U.S. Consumer Product Safety Commission
Page 2

     a.    *Identify all the person(s) or entity(ies) from whom you received the product and for each person or entity provide:*
         i.    *The nature of the transaction(s) by which you received the product such as importation, purchase, consignment, etc.;*
         ii.    *The name of the manufacturer(s) of the product;*
         iii.    *The total amount of product received;*
         iv.    *The type or character of the product in each shipment including the dimensions, whether the product was synthetic or non-synthetic or a mixture of both, and the component materials of the product, if known, and*
         v.    *The date on which you received the product.*

a.    North Pacific Group, Inc
    i.    Purchased from North Pacific.
    ii.    Uncertain of Manufacturer. Believed to be manufactured in China.
    iii.    571,200 square feet.
    iv.    20 truck loads consisting of 11,900 pieces of 1/2"x4'x12' Gypsum Wallboard
    v.    First truckload received on July 27, 2006. Last truck received on August 23, 2006.

     b.    *Identify all person(s) or entity(ies) to or for whom you sold, offered for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported the product and for each person or entity provide:*
         i.    *The nature of the transaction(s) by which you transferred the product such as sale, installation, etc.;*
         ii.    *The name of the manufacturer(s) of the product;*
         iii.    *The total amount of product sold, offered for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported;*
         iv.    *The type or character of the product in each shipment including the dimensions, whether the product was synthetic or non-synthetic or a mixture of both, and the component materials of the product, if known, and*
         v.    *The date on which you received the product.*

b.    We did not track to whom we sold this specific product as we sold other brands of product during this time as well.  See also Response to Question 3a (i-v) above.

FOWLER WHITE BURNETT P.A.  CONFIDENTIAL – SUBJECT
TO PROTECTIVE ORDER

SM0039

cb:  Drywall - MDL 2047
100039 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 3

4.    *Provide all documents and records related to the transactions identified in Request No. 3.*

Attached are invoices from North Pacific for gypsum drywall sold to Smoky Mountain Materials, Inc. for the periods of 7/31/06 to 8/30/06. (See Tab 1).

5.    *Provide the following:*
      a.    *Amount of drywall imported from China currently in your inventory.*
      b.    *Address(es) of where you currently store and maintain any drywall imported from China, and identify the person(s) who supervises your drywall inventory at that location(s).*

a.    None.
b.    Not applicable.

6.    *Has your firm had communication with any Chinese manufacturer, distributor or exporter, either through a representative in China or outside of China, about the product or the drywall problem?  If so, describe.*

North Pacific Group, Inc. has been advised of claims being asserted against Emerald Coast Building Materials.

7.    *Identify all complaints or claims of any sort related to the drywall problem including but not limited to warranty or insurance claims, legal actions, repair, refund, or injury claims, comments related to quality or conformity of the drywall, or customer complaints, received or made by your firm, including any internal complaints or claims, in any manner.  Include information related to any such complaint or claims received or made by your firm from or to any person or entity identified in your response to Request No. 3.  For each such complaint or claim, provide:*

      a.    *The identity of any person or entity making such complaint or claim;*
      b.    *The person or entity receiving such complaint or claim;*
      c.    *The date of such complaint or claim;*
      d.    *The substance of such complaint or claim;*
      e.    *The means of communication of such complaint or claim (e.g. letter, etc.); and*
      f.    *All actions taken in response or the resolution of any such complaint or claim.*

FOWLER WHITE BURNETT P.A.    CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

SM0040

cb: Drywall - MDL 2047
100040 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 4

a.      Adams Homes of North West Florida, Inc.

        Rightway Drywall, Inc.

        Mitchell Homes

        Heritage Homes of NW Florida, LLC

        Solid Construction of the Gulf Coast, Inc. d/b/a Westerheim Homes

        Mitchell Company, Inc. v. Rightway Drywall, Inc. et al., currently pending
        in U.S. District Court for the Eastern District of Louisiana (MDL 2047)
        (Smoky Mountain/Emerald Coast was brought into the case via third-party
        complaint by Rightway Drywall).

        Diges E. Little, et. al. v. Mitchell Company, Inc. et al., currently pending in
        the Circuit Court of Mobile Alabama (Case No.: 901153).

        Informal claim by Ryan and Danielle Willey regarding home located at 1722
        Graduate Way, Pensacola FL 32514.

        Informal claim by Carson Fluharty regarding home located at 1706 Graduate
        Way, Pensacola FL 32514.

        Informal claim by Heritage Homes on behalf of Blake Weekley regarding
        home located at 6227 Clear Creek Road, Milton, FL 32570.

        Informal claim by Heritage Homes on behalf of James and Sarah Knowles
        regarding home located at 4355 Highway 4, Jay, FL 32565.

        Informal claim by Heritage Homes on behalf of Mr. and Mrs. I. D. Brewton
        regarding home located at 8804 Jernings Road, Pensacola, FL 32514.

        Informal claim by Mid-Continent on behalf of Solid Construction of the Gulf
        Coast, Inc. the general contractor for the Fluharty residence at 1706 Graduate
        Way, Pensacola FL 32514.

b.      Emerald Coast Building Materials.

c.      Adams Homes - September 2, 2008
        Rightway Drywall/Mitchell Homes - March 3, 2009
        Heritage Homes - April 22, 2009
        Solid Construction/Westerheim Homes - April 22, 2009
        Mitchell Company, Inc. v. Rightway Drywall, Inc. et al. - May 14, 2009
        Little, et. al. v. Mitchell Company, Inc. et al. - June 23, 2009

FOWLER WHITE BURNETT P.A.   CONFIDENTIAL – SUBJECT
TO PROTECTIVE ORDER

SM0041

cb:  Drywall - MDL 2047
        100041 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 5

> Willey Residence (Westerheim Homes) - April 20, 2009
> Fluharty Residence (Westerheim Homes) - April 17, 2009
> Weekley Residence (Heritage Homes) - June 22, 2009
> Knowles Residence (Heritage Homes) - April 22, 2009
> Brewton Residence (Heritage Homes) - May 26, 2009
> Mid-Continent on behalf of Solid Construction of the Gulf Coast, Inc. - June 7, 2009

d.   Claimants complained that the homeowners had notified them of sulfur-like odors, corrosion to copper wiring, premature corrosion of air conditioning coils, corrosion of other metal objects in the homes, etc.

e.   Correspondence from claimants as well as service of suit in the Mitchell and Little matters, as referenced above.

f.   Emerald Coast Building Materials notified its supplier, North Pacific Group, Inc. of said claims and tendered defense to same.

8.   *Provide all documents and records related to the complaint or claims identified in Request No. 7.*

Attached are the materials regarding the following claims, as referenced in response to number 7 above:

> Mitchell Company, Inc. v. Rightway Drywall, Inc. et al., currently pending in U.S. District Court for the Eastern District of Louisiana (MDL 2047) (Smoky Mountain/Emerald Coast was brought into the case via third-party complaint by Rightway Drywall).  (See Tab 2).

> Diges E. Little, et. al. v. Mitchell Company, Inc. et al., currently pending in the Circuit Court of Mobile Alabama (Case No.: 901153).  (See Tab 3).

> Informal claim by Ryan and Danielle Willey regarding home located at 1722 Graduate Way, Pensacola FL 32514.  (See Tab 4).

> Informal claim by Carson Fluharty regarding home located at 1706 Graduate Way, Pensacola FL 32514.  (See Tab 5).

> Informal claim by Heritage Homes on behalf of Blake Weekley regarding home located at 6227 Clear Creek Road, Milton, FL 32570.  (See Tab 6).

> Informal claim by Heritage Homes on behalf of James and Karah Knowles regarding home located at 4355 Highway 4, Jay, FL 32565.  (See Tab 7).

FOWLER WHITE BURNETT P.A.   CONFIDENTIAL – SUBJECT
TO PROTECTIVE ORDER

SM0042

cb:  Drywall - MDL 2047
100042 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 6

Informal claim by Heritage Homes on behalf of Mr. and Mrs. I. D. Brewton regarding home located at 8804 Jerningan Road, Pensacola, FL 32514. (See Tab 8).

Informal claim by Mid-Continent on behalf of Solid Construction of the Gulf Coast, Inc. the general contractor for the Fluharty residence at 1706 Graduate Way, Pensacola FL 32514.  (See Tab 9).

Correspondence dated March 12, 2009 from counsel for Emerald Coast Building Materials to North Pacific Group, Inc. notifying North Pacific Group, Inc. of said claims and tendering defense to same.  (See Tab 10).

Correspondence dated July 14, 2009 from counsel for Emerald Coast Building Materials to North Pacific Group, Inc. providing second notification to North Pacific Group, Inc. of said claims and reiterating tender of defense to same.  (See Tab 11).

If we can be of any further assistance in this matter, please do not hesitate to contact us.

Very truly yours,

Edward J. Briscoe
Attorney for Smoky Mountain Materials, Inc.
d/b/a Emerald Coast Building Materials

W:\7868B\LETTR322-Supp Resp to CPSC Inquiry.SMH

| U.S. Postal Service™ | | |
|---|---|---|
| **CERTIFIED MAIL™ RECEIPT** | | |
| *(Domestic Mail Only; No Insurance Coverage Provided)* | | |
| For delivery information visit our website at www.usps.com₃ | | |
| **OFFICIAL USE** | | |
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | 8/21/09 |
| Total Postage & Fees | $ | |
| Sent To M. Kroh - CPSC | | |
| Street, Apt. No.; or PO Box No. 4330 East West Hwy, Rm 613-15 | | |
| City, State, ZIP+4 Bethesda, MD 20814-4408 | | |
| PS Form 3800, August 2006 | See Reverse for Instructions | |

7006 3450 0002 8854 1573

CONFIDENTIAL – SUBJECT
TO PROTECTIVE ORDER

FOWLER WHITE BURNETT P.A.

SM0043

cb:  Drywall - MDL 2047
100043 - Smoky Mountain Materials, Inc.

JUL-31-2006(MON) 09:10                                                    P. 003/007
Rx Date/Time    JUL-31-2006(MON) 07:53      8778812331.              P. 001
07/31/06 05:54AM PST  ->  8656478762

## North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

### PLEASE REMIT TO:
North Pacific
PO Box 643226
Cincinnati, OH 45264-3226
USA

**INVOICE**

0043750101

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-9281
Fax #: (865)637-8762.
Page: 1 of 1

Pg 1/1

### BILL TO:
Smoky Mountain Materials Inc
521B S National Dr
Knoxville TN 37914

### SHIP TO:
Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32526

| P.O.#: 707424 | | Job #: 218 | Ordered By: Bill | | | |
|---|---|---|---|---|---|---|
| Ship Date: 07/28/06 | | Ship Via: Truck | B/L #: | | | |
| Frt. Term: Cust Pickup | | Ref. #: Pensacola/437591 | Sales Agent: TRowell | | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 476 | PC | BGWGYAAA120504   1/2 4x12 | 22.8480 | 200.00 /MSF | 4,569.60 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 4,569.60 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to | | | |
| | | pay within specified time. Unearned discounts will not be allowed. | | | |

NET 30 DAYS

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $45.70 if paid by 08/10/06

**TOTAL DUE:**  54,669.60

Invoice payable in U.S. funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If the amounts legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

Received Time Jul 31  9:33AM

SM0044

cb: Drywall - MDL 2047
100044 - Smoky Mountain Materials, Inc.

# Purchase Order 707424-A

### Vendor Number   NORTHP

merald Coast Bldg Materials Pcola
40 North Palafox Street
nsacola, FL  32534

lephone 850/471-6291

**To:**
North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

**Ship To:**
Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

**** THIS IS A CHANGE ORDER ****

| | | Origin | 1% 10 net 30 |
|---|---|---|---|
| 7/26/06 | | | |
| | 07/26/06 | 437501 | N |

| | | | | | |
|---|---|---|---|---|---|
| 476 | EA        /  07/26/06 | DW1212  1/2" 4 X 12 REGULAR DRYWALL | 9.600 | 4569.60 | 0.00 |

RECEIVED
JUL 2 8 2006
BY: _____

| | |
|---|---|
| Non Taxable Subtotal | 4569.60 0.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge   1

Duplicate Copy  (Reprinted)                    Authorized Signature

SM0045

cb:  Drywall - MDL 2047
100045 - Smoky Mountain Materials, Inc.

# Purchase Order 707424

### Vendor Number   NORTHP

merald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| 07/26/06 | | | | |
| | | 07/26/06 | | N |
| | EA    / | | DW1212 | |
| 612 | 07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | 9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

age    1

**Vendor Original**                    **Authorized Signature**

SM0046

cb:  Drywall - MDL 2047
100046 - Smoky Mountain Materials, Inc.

# Purchase Order 707424

## Vendor Number NORTHP

Emerald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL 32534

ilephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL 32534**

| | | | F.O.B. | Terms |
|---|---|---|---|---|
| 7/26/06 | | | Origin | 1% 10 net 30 |

| | | | Ship Via | | Remarks | |
|---|---|---|---|---|---|---|
| | | 07/26/06 | 437501 | | | N |

| Quantity | | Description | | Unit Price | Extended Total |
|---|---|---|---|---|---|
| | EA / | DW1212 | | | |
| 612 | 07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

| | | |
|---|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge 1

**Duplicate Copy**

**Authorized Signature**

SM0047

cb: Drywall - MDL 2047
100047 - Smoky Mountain Materials, Inc.

THIS SHIPPING ORDER — must be legibly filled in, in ink, indelible Pencil, or in Carbon, and retained by the Agent.

3-PART STOCK FORM NO. B-3876

Shipper's No. 437501

Carrier's Name: Emerald Coast 37637

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Original Bill of Lading,

at Port of Pensacola (Point) 3-27-06 FROM 720 A S Barracks St Pen

Consigned TO Emerald Coast Building Material/s

Destination 840 Palafox St Pens                         Street                    City                State                Zip

Route:

Delivering Carrier                                        Car or Vehicle Initials and No.

Collect on Delivery $

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 Bad | | Guage pc Gypsum Drywall 45288 lbs | | | |
| | | Customer to Bill | | | |
| | | Time 8:40 AM | | | |
| | | load must be tarped | | | |

Kate Stevenson

2

SM0048

AUG-03-2006(THU) 16:12
Rx Date/Time      AUG-03-2006(THU) 14:13
8/03/06 12:14PM PST  -->  8656378762

8778012331

P.001/002
P 001

Pg 1/1

## North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 38367
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

**INVOICE**
0043750901

Invoice Date: 08/03/06
Account #: SMOKY001 0001
Branch/Division: 40391001
Phone #: (850)471-9281
Fax #: (866)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**

North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

**BILL TO:**

Smoky Mountain Materials Inc
6218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32526

| P.O.#: 707432 | | Job #: 218 | | Ordered By: Bill | | | |
|---|---|---|---|---|---|---|---|
| Ship Date: 08/03/06 | | Ship Via: Truck | | BILL #: | | | |
| Frt. Term: Cust Pickup | | Ref. #: PENSACOLA, FL/18593 | Sales Agent: TRowell | Orig. Inv #: | | | |
| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
| 612 | PC | BGWGYAAA120504    1/2 4x12 Gypsum Drywall A Grade | | 28.3760 | 200.00  /MSF | 5,875.20 |
| | | SUBTOTAL: | | | | 5,875.20 |

THANK YOU FOR THE ORDER!
A cash discount is not an automatic discount. It is an incentive to
pay within specified time. Unearned discounts will not be allowed.

(handwritten: NET 30)

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $58.75 if paid by 08/13/06

**TOTAL DUE:**  $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per
month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be
assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction
will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for
ultimate destination to the above part. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This
sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

# Purchase Order 707432

### Vendor Number  NORTHP

:merald Coast Bldg Materials Pcola
!40 North Palafox Street
:nsacola, FL  32534

lephone 850/471-6291

**To:**

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

**Ship To:**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | Origin | 1% 10 net 30 |
|---|---|---|---|
| 7/28/06 | | | |
| | 07/28/06 | 437509 | N |

| Qty Required | | | Description | | Unit Price | Ext of Line |
|---|---|---|---|---|---|---|
| 612 | EA / 07/28/06 | | DW1212 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

**RECEIVED**

AUG 0 1 2006

BY:

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge  1

Duplicate Copy

Authorized Signature

SM0050

cb:  Drywall - MDL 2047
100050 - Smoky Mountain Materials, Inc.

NorthPacificGrp,Inc  7/26/2006 2:00  PAGE  1/1  RightFax

*#37*



www.northpacific.com

# Facsimile Transmission

To:     Name:     Bill
        Company:
        Fax Number: 1-850-471-6294
        Voice Phone:

From:   Name:     Todd Rowell
        Fax Number:
        Voice Phone: 1-800-378-3268//601-671-3268

Fax Notes:

PATE STEVEDORE CO.
720A S. BARRAKCS ST, BUILDING 2
PORT OF PENSACOLA
850-438-3648
ASK FOR ROSALIE

HOURS: 7-4

FIRST 10 PICK-UP #'S
437501
437502
437503
437504
437505
437506
437507
437508
~~437509~~
437510

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

SM0051

cb:  Drywall - MDL 2047
100051 - Smoky Mountain Materials, Inc.

3-PART: STOCK FORM NO. B-3878

Shipper's No. 437509
Carrier's No.

THIS SHIPPING ORDER - must be legibly filled in, in ink, in Indelible Pencil, or in Carbon, and retained by the Agent.

Carrier's Name: Emerald Coast 37/377
Port of Pensacola 2.07-06 FROM DIA-3 Barracks & Pens, Fl

Consigned TO Emerald Coast Building Materials

Destination 8040 Belfort Street   Pensacola   Fl

Route

Delivering Carrier

Collect on Delivery $

| No. Packages | HM. | Description | Weight | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 957 bdl | | 1/2" x 4' x 12' Gypsum Drywall 45,863 lbs | | | |
| | | @ 476 pc | 59,127 lbs | | |
| | | CM STOCK# 00 707432 | | | |

Price Each
field must be tarped

C.O.D. Charges to be paid by □ Shipper  □ Consignee

□ Consignor

SM0052

cb:  Drywall - MDL 2047
100052 - Smoky Mountain Materials, Inc.

AUG-15-2006(TUE) 08:51

Rx Date/Time    AUG-11-2006(FRI) 13:27

08/11/06 11:29AM PST  ->  8656378762

8778812331

P 003/007
P.001

Pg 1/1

## ![N] North Pacific

SOUTHERN
P. O. Box 381
Waynesboro, MS 39367
Tel 601-735-3051
Fax 601-735-2602
www.northpacific.com

**INVOICE**

0043278801

| | |
|---|---|
| Invoice Date: | 08/11/06 |
| Account #: | SMOKY001 0001 |
| Branch/Division: | 40301801 |
| Phone #: | (850)471-8291 |
| Fax #: | (850)637-8762 |
| Page: | 1 of 1 |

**PLEASE REMIT TO:**

North Pacific
PO Box 643226
Cincinnati, OH 45284-3228
USA

*Contacted Lonnie Wilson 4/24/08*

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
6218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CPU PATE STEVEDORE
Pensacola FL 32528

*About Adams Hms Issue*

| P.O.#: 707480 | Job #: 218 | Ordered By: | | | | |
|---|---|---|---|---|---|---|
| Ship Date: 08/10/06 | Ship Via: Truck | B/L #: | | | | |
| Frt. Term: Cust Pickup | Ref. #: PENSACOLA, FL 1859 | Sales Agent: TRowall | | Ord. Inv #: | | |
| **QUANTITY SHIPPED** | **UOM** | **ITEM / DESCRIPTION** | **CONVERTED QUANTITY** | **PRICE / UOM** | **EXTENDED AMOUNT** | |
| 812 | PC | 8GWGYAAA120504   1/2 4x12 Gypsum Drywall 'A Grade | 29.3760 | 200.00  /MSF | 5,875.20 | |
| | | SUBTOTAL: | | | 5,875.20 | |
| | | THANK YOU FOR THE ORDER! A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | | |

*NET 30*

**TERMS:** 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 08/21/06

**TOTAL DUE:** $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

Received Time Aug 15   9:15AM

SM0053

cb: Drywall - MDL 2047
100053 - Smoky Mountain Materials, Inc.

# Purchase Order 707480

**Vendor Number  NORTHP**

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | Origin | | 1% 10 net 30 |
|---|---|---|---|---|---|
| 8/04/06 | | | | | N |
| | | 08/04/06 | | | |
| | | | DW1212 | | |
| 612 | EA / 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

age    1

Duplicate Copy  (Reprinted)                    Authorized Signature

SM0054

cb:  Drywall - MDL 2047

100054 - Smoky Mountain Materials, Inc.

08/04/06 05:54:10   NorthPacificGrp,Inc->    423 929 9787  RightFax          Page 001

*Mon.*

 **North Pacific**

www.northpacific.com

# Facsimile Transmission

To:      Name:      Bill
         Company:
         Fax Number:1-850-471-6294
         Voice Phone:

From:    Name:      Todd Rowell
         Fax Number:
         Voice Phone:  1-800-378-3268//601-671-3268

Fax Notes:
_____

PICK-UP #'S
437511  707475
432784  707476
432785  707477                 PO#'S
432786  707478
432787  707479
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

_____

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

_____

SM0055

cb: Drywall - MDL 2047
100055 - Smoky Mountain Materials, Inc.



# Purchase Order 707480

**Vendor Number  NORTHP**

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| | | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|---|
| 8/04/06 | | | | | |
| | | 08/04/06 | | | N |
| | EA      / | | DW1212 | | |
| 612 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | | |

| | |
|---|---|
| Non Taxable Subtotal | |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

age     1

Vendor Original  (Reprinted)

Authorized Signature

SM0056

cb:  Drywall - MDL 2047

100056 - Smoky Mountain Materials, Inc.



SM0057

cb: Drywall - MDL 2047

100057 - Smoky Mountain Materials, Inc.

AUG-25-2006(FRI) 11:31                                                    P. 003/004
08/24/06 11:21AM PST  ->  8656378762                      Pg 1/1

## ◉N North Pacific

SOUTHERN
P. O Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

| INVOICE |
|---|
| 0043278201 |

Invoice Date: 08/24/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8291
Fax #: (885)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 843226
Cincinnati, OH 45284-3226
USA

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
6218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CPU @  PATE STEVEDORE
Pensacola FL 32526

| P.O.#: 767484 | | Job #: 218 | | Ordered By: | | | |
|---|---|---|---|---|---|---|---|
| Ship Date: 08/24/06 | | Ship Via:Truck | | B/L #: | | | |
| Frt. Term: Cust Pickup | | Ref. #:  PO # 165824 | | Sales Agent: TRowell | | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 612 | PC | BGWGYAAA120504    1/2 4x12 | 29.3760 | 200.00  /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |

THANK YOU FOR THE ORDER!

A cash discount is not an automatic discount. It is an incentive to
pay within specified time. Unearned discounts will not be allowed.

**TERMS:** 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 09/03/06

| TOTAL DUE: | $5,875.20 |
|---|---|

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per
month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be
assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction
will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for
ultimate destination in the above paid. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This
sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0058

cb:  Drywall - MDL 2047
100058 - Smoky Mountain Materials, Inc.

## Purchase Order  707484
### Vendor Number   NORTHP



Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| 3/04/06 | | | | |
| | | 08/04/06 | | N |
| | | | DW1212 | |
| 612 | EA / 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | 9.600 | 5875.20 |

RECEIVED
AUG 2 3 2006
BY:

| Non Taxable Subtotal | 5875.20 |
|---|---|
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

Page    1

Duplicate Copy

Authorized Signature

SM0059

cb:  Drywall - MDL 2047
100059 - Smoky Mountain Materials, Inc.

08/04/06 05:54:18   NorthPacificGrp,Inc->        423 929 9787   RightFax        Page 001





**(N) North Pacific**

www.northpacific.com

# Facsimile Transmission

**To:**   Name:      Bill
          Company:
          Fax Number: 1-850-471-6294
          Voice Phone:

**From:** Name:      Todd Rowell
          Fax Number:
          Voice Phone: 1-800-378-3268//601-671-3268

**Fax Notes:**

PICK-UP #'S
437511  707475
432784  707476
432785  707477
432786  707478
432787  707479         PO#'s
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

# Purchase Order 707484

**Vendor Number   NORTHP**

:merald Coast Bldg Materials Pcola
040 North Palafox Street
'ensacola, FL  32534

elephone 850/471-6291

To:
**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:
**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**



| | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| 08/04/06 | | | | |
| | 08/04/06 | | | N |

| | | | | | |
|---|---|---|---|---|---|
| | EA      / | DW1212 | | | |
| 612 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | | |

| | |
|---|---|
| Non Taxable Subtotal | |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

age    1

**Vendor Original  (Reprinted)**

Authorized Signature

SM0061

cb:  Drywall – MDL 2047
100061 – Smoky Mountain Materials, Inc.



Shipper's No. 432292

Carrier's No.

3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent of the Originating Line.

Carrier's Name: Emerald Coast Trk 37

at Ft Walton Beach (Date) 8-22-06 FROM 7304 S. Burbank St

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Shipping Order...

Consigned TO Emerald Coast Building Materials

Destination 2040 Pilafer St Pensacola

Street Delivery Address

City FL State Zip

Route

Delivering Carrier

Collect on Delivery $

| Mfr. Package | H/M | No. Shipping Units Description of Articles, Special Marks and Exceptions | Weight (Sub. to Cor.) | Class or Rate | Ck Col. |
|---|---|---|---|---|---|
| | | 784 1/2 x 12 x 12 Gypsum Board | 59,127 lbs | | |
| | | Cuiped | | | |
| | | PO# 202481 | | | |
| | | Time 11:00am | | | |
| | | Mark Joe Jones | | | |

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled...

Date Signature Eco

for Morrison Management Corp

SM0062

cb: Drywall - MDL 2047

100062 - Smoky Mountain Materials, Inc.

JUL-31-2006(MON) 09:10                                                    P.004/007
    Rx Date/Time    JUL-31-2006(MON) 07:54          8778812331            P.001
07/31/06 05:56AM PST  ->  8656378762                        Pg 1/1

**N North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

| INVOICE |
|---|
| 00437504D1 |

Invoice Date:  07/01/06
Account #:  SMOKY001 0001
Branch/Division:  40301001
Phone #:  (850)471-6281
Fax #:  (865)637-8762
Page:  1  of  1

| PLEASE REMIT TO: |
|---|
| North Pacific |
| PO Box 643226 |
| Cincinnati, OH  45264-3226 |
| USA |

BILL TO:

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32526

| P.O.#: 707427 | Job #: 218 | | Ordered By:  Bill | | | |
|---|---|---|---|---|---|---|
| Ship Date: 07/28/06 | | Ship Via: Truck | BIL #: | | | |
| Frt. Term: Cust Pickup | | Ref. #:  PENSACOLA, FL/43750 | Sales Agent:  TRowell | | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 612 | PC | BGWGYAAA120504   1/2 4x12 | 29.3760 | 200.00  /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | |

*NET 30 DAYS*

TERMS: 1% CD ADF 10 days ADI, net 15 days ADI
         You may deduct $58.75 if paid by 08/10/06

| TOTAL DUE: | $5,875.20 |
|---|---|

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If title extends legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0063

cb:  Drywall - MDL 2047
100063 - Smoky Mountain Materials, Inc.

# Purchase Order  707427

### Vendor Number  NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|---|
| 7/26/06 | | | | | |
| | | 07/26/06 | 437504 | | N |
| | EA      / | | DW1212 | | |
| 612 | 07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

**RECEIVED**
**JUL 2 8 2006**
**BY:**

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

Page    1

Duplicate Copy

Authorized Signature

SM0064

cb:  Drywall - MDL 2047
100064 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
100066 - Smoky Mountain Materials Inc

SM0065

Shipper's No. 437504

Carrier's No. _____

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Carrier's Name: _Emerald Coast_ 7-31-37

at _Port of Pensacola_ (Date) _7-27-05_ FROM _326 A.S. Barracks St. Pens, Fl_

Consigned TO: _Emerald Coast Building Materials_

Destination: _8040 Pelatox St._   County _____   City _____  Zip _____

Route: _____

Delivering Carrier: _____   Car or Vehicle Initials and No. _____

Collect on Delivery $ _____

| No. Packages | H/M |  |  | *Weight (Sub. to Cor.) |
|---|---|---|---|---|
| 9 | | 1 Am. 4 "2"x4'x12" Gypsum Drywall | | |
| | | 9 - 978 pcs. | | 45,466 lbs |
| | | Customer PO: 707973  5412 lbs | | |
| | | loaded 9 Bnds, drivers require | | |
| | | Time 11:30 AM | | |
| | | Must Must be taped | | |

C.O.D. ☐ Charges to be.
☐ Delivery ☐ Consignee
☐ Shipper ☐ We to be prepaid
Received Charges $ _____
☐ Agent or Cashier

X  2

JUL-31-2006(MON) 09:10
Rx Date/Time    JUL-31-2006(MON) 07:55                    8778812331
07/31/06 05:57AM PST  ->  8656378762

P.006/007
P.001
Pg 1/1

**North Pacific**

SOUTHERN
P.O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

**INVOICE**

0043750701

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (800)471-6291
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**

North Pacific
PO Box 643226
Cincinnati, OH 45264-3228
USA

**BILL TO:**

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32528

| P.O.#: 707430 | | Job #: 216 | Ordered By: Bill | | | |
|---|---|---|---|---|---|---|
| Ship Date: 07/28/06 | | Ship Via: Truck | BIL #: | | Orig. Inv #: | |
| Frt. Term: Cust Pickup | | Ref. #: PENSACOLA, FL/18592 | Sales Agent: TRowell | | | |
| **QUANTITY SHIPPED** | **UOM** | **ITEM / DESCRIPTION** | **CONVERTED QUANTITY** | **PRICE / UOM** | **EXTENDED AMOUNT** |
| 612 | PC | BGWGYAAA120504   1/2 4x12 | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to | | | |
| | | pay within specified time. Unearned discounts will not be allowed. | | | |

NET 20 DAYS

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $58.75 if paid by 08/10/06

**TOTAL DUE:** $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To assure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above part. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. C.A.D.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0066

cb: Drywall - MDL 2047
100066 - Smoky Mountain Materials, Inc.

# Purchase Order 707430

### Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:                                              Ship To:

North Pacific Group, Inc.                        Emerald Coast Bldg Materials Pcola
P.O. Drawer 391                                  8040 North Palafox Street
Waynesboro, MS 39367                             Pensacola, FL  32534

| | | | | Origin | | 1% 10 net 30 | |
|---|---|---|---|---|---|---|---|
| 7/26/06 | | | 07/26/06 | 437507 | | | N |
| 612 | EA        /<br>07/26/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | | | 9.600 | 5875.20 | |

RECEIVED
JUL 2 8 2006
BY:

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

age    1

Duplicate Copy                              Authorized Signature

SM0067

cb:  Drywall - MDL 2047
100067 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
100068 - Smoky Mountain Materials, Inc.
8900SM

Shipper's No. 437502

THIS SHIPPING ORDER

Carrier's Name: Emerald Coast - 7/6/24

at Port of Pensacola 7-27-06 FROM 720 A S Barracks St Pens, Fl

Consigned TO Emerald Coast Building Materials

Destination 8040 Valator St Pensacola

| No. Packages | Kind of package, Description of Articles | Weight | |
|---|---|---|---|
| 9 | Pcs 12'x8'x12' Gypsum Drywall | 45,755 lbs | |
| | @ 4.75 pc 612 pcs | 59,101 lbs | |
| | Customer PO 702130 | | |

Time 3:20 PM
Load must be tarped

Pers Stevenson

JUL-31-2006(MON) 09:10                                                    P.005/007
Rx_Date/Time    JUL-31-2006(MON) 07:55        8778012331                  P.001
07/31/06 05:56AM PST  ->  8656378762           Pg 1/1

**North Pacific**

SOUTHERN
P.O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

**INVOICE**
0043750501

Invoice Date: 07/31/06
Account #:  SMOKY001 0001
Branch/Division: 403301001
Phone #: (850)471-8291
Fax #: (865)637-8762
Page:  1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643228
Cincinnati, OH  45264-3228
USA

BILL TO:

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32528

| P.O.#: 707428 | Job #: 218 | Ordered By: Bill | | | | |
|---|---|---|---|---|---|---|
| Ship Date: 07/28/06 | Ship Via: Truck | B/L #: | | | | |
| Frt. Term: Cust Pickup | Ref. #: PENSACOLA, FL/1658 | Sales Agent: TRowell | | Orig. Inv #: | | |
| **QUANTITY SHIPPED** | **UOM** | **ITEM / DESCRIPTION** | | **CONVERTED QUANTITY** | **PRICE / UOM** | **EXTENDED AMOUNT** |
| 812 | PC | BGWGYAAA120504  1/2 4x12 Gypsum Drywall A Grade | | 29.3760 | 200.00  /MSF | 5,875.20 |
| | | | SUBTOTAL: | | | 5,875.20 |

THANK YOU FOR THE ORDER!

A cash discount is not an automatic discount. It is an incentive to
pay within specified time. Unearned discounts will not be allowed.

NET 30 Days

TERMS:  1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $58.75 if paid by 08/10/06

**TOTAL DUE:**     $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per
month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be
assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction
will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for
ultimate destination to the above part. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This
sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0069

cb:  Drywall - MDL 2047
100069 - Smoky Mountain Materials, Inc.

## Purchase Order 707426

Vendor Number   NORTHP

erald Coast Bldg Materials Pcola
I0 North Palafox Street
nsacola, FL  32534

ephone 850/471-6291

To:
North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:
Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| /26/06 | | | Origin | | 1% 10 net 30 | |
|---|---|---|---|---|---|---|
| | | 07/26/06 | 437503 | | | N |
| | EA      / | DW1212 | | | | |
| 612 | 07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | | 5875.20 |

**RECEIVED**
JUL 2 8 2006
BY: _____

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge    1

Duplicate Copy

Authorized Signature

SM0070

cb:  Drywall - MDL 2047
100070 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
1J0021 - Smoky Mountain Materials, Inc.
SM0071

THIS SHIPPING ORDER must be legibly filled in, in Ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 437503

Carrier's No.

Carrier's Name: Emerald Coast - 24/24

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola (Daily) 7-27-05 FROM 701 S. Barracks St Pens. F.

Consigned TO: Emerald Coast Building Materials Pens

Destination 8040 Valafox St Street _____ EL _____

75 Route _____ County _____ State _____ ZIP _____

Delivering Carrier _____

Collect on Delivery $ _____

| No. Packages | H.M. | | Weight (Sub. to Cor.) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 | | 2nd 1/2X40 X12 GYP/m Drywall | | | |
| 1 | | @ 1775 pcs 612 pcs | | 152,760 lbs | |
| | | Customer PO 2075476 | | 59,127-10s | |
| | | Loaded 9 Bnds at drivers request | | | |
| | | Time 11:00 AM | | | |
| | | Load must be tarped | | | |

Date Stacked 07-27-XX
for North Pasco Centre N.O. 1000

2

JUL-31-2006(MON) 09:11
  Rx Date/Time    JUL-31-2006(MON) 07:56    8778812331
07/31/06 05:57AM PST  ->  8656378762

P. 007/007
P 001
Pg 1/1

## North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

**INVOICE**

0043750301

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8281
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**

North Pacific
PO Box 843226
Cincinnati, OH 45284-3226
USA

**BILL TO:**

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32626

| | | | | | | |
|---|---|---|---|---|---|---|
| P.O.#: 707426 | | Job #: 218 | Ordered By: Bill | | | |
| Ship Date: 07/28/06 | | Ship Via: Truck | BIL #: | | | |
| Frt. Term: Cust Pickup | | Ref. #: | PENSACOLA, FL/18592Sales Agent: TRowell | | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 812 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | |

*Net 30 Days* (handwritten)

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $58.75 if paid by 08/10/06

| TOTAL DUE: | $5,875.20 |
|---|---|

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above part. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

cb: Drywall - MDL 2047
100072 - Smoky Mountain Materials, Inc.

# Purchase Order  707428

Vendor Number   NORTHP

merald Coast Bldg Materials Pcola
40 North Palafox Street
nsacola, FL  32534

lephone 850/471-6291

| To: | Ship To: |
|-----|----------|
| North Pacific Group, Inc.<br>P.O. Drawer 391<br>Waynesboro, MS 39367 | Emerald Coast Bldg Materials Pcola<br>8040 North Palafox Street<br>Pensacola, FL  32534 |

| | | | Origin | | 1% 10 net 30 |
|---|---|---|---|---|---|
| 7/26/06 | | | | | N |
| | | 07/26/06 | 437505 | | |

| | EA    /<br>07/26/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |
|---|---|---|---|---|---|
| 612 | | | | | |

**RECEIVED**
JUL 2 8 2006
BY:

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge    1

Duplicate Copy

Authorized Signature

SM0073

cb:  Drywall - MDL 2047
100073 - Smoky Mountain Materials, Inc.

Case 2:09-md-02047-EEF-MBN   Document 14207-3   Filed 05/08/12   Page 36 of 45

cb: Drywall - MDL 2047
100074 - Smoky Mountain Materials, Inc

SM0074

3-PART STOCK FORM NO. 83-3876

THIS SHIPPING ORDER   must be legibly filled in in inkless block letters...

Shipper's No. 437505

Carrier's No.

Carrier's Name: Emerald Coast - 24/54

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this...

Consigned TO: Emerald Coast Building Materials   FROM: 720 A S Barracks St Pens Fl

Destination: 8010 Natchez St    Pens

Route.

Delivering Carrier.

Collect on Delivery $

| No. Package | H.M. | Description of Articles | Weight | Class or Rate |
|---|---|---|---|---|
| 972 Bd | | 1/2" x 4' x 12' Gypsum Drywall | 45,488 lbs | |
| | | @ 476 | | |
| | | Customer PO 707,728   50,877 BF | | |
| | | Loaded 9 Bds at 36 & 1 ct each 54 | | |
| | | Time 1:20 PM | | |
| | | Load to be tarped | | |

Per Note Signature Co.
for No trailers (trucks must use shipper sign
(Vol 5-27-06)

2

AUG-01-2006(TUE) 15:06                                                          P. 001/002
    Rx Date/Time      AUG-01-2006(TUE) 08:30        B778812331                  P. 001
08/01/06 06:40AM PST  ->  8666378762                          Pg 1/1

**N North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 39357
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

| INVOICE |
| :-: |
| 0043750802 |

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (860)471-9281
Fax #: (865)637-8762
Page: 1 of 1
Reprinted: 08/01/06  06:40:36

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

BILL TO:

Smoky Mountain Materials Inc
521B S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32526

| P.O.#: 707431 | | Job #: 215 | | Ordered By: Bill | | BILL #: | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ship Date: 07/31/06 | | Ship Via: Truck | | | | | | Orig. inv #: | |
| Frt. Term: Cust Pickup | | Ref. #: PENSACOLA, FL/43750 | Sales Agent: TRowell | | | | | | |
| **QUANTITY SHIPPED** | **UOM** | **ITEM / DESCRIPTION** | | | **CONVERTED QUANTITY** | **PRICE / UOM** | | **EXTENDED AMOUNT** | |
| 612 | PC | BGWGYAAA120504   1/2 4x12 | | | 28.3760 | 200.00 | /MSF | 5,675.20 | |
| | | Gypsum Drywall A Grade | | | | | | | |
| | | | | SUBTOTAL: | | | | 5,675.20 | |
| | | THANK YOU FOR THE ORDER! | | | | | | | |
| | | A cash discount is not an automatic discount. It is an incentive to | | | | | | | |
| | | pay within specified time. Unearned discounts will not be allowed. | | | | | | | |

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
       You may deduct $56.75 if paid by 08/10/06

| TOTAL DUE: | $5,675.20 |
| :-: | :-: |

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.0% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. C.I.O.E. This sale is subject to the terms and conditions of our Order Acknowledgement issued in connection with this sale.

SM0075

cb:  Drywall - MDL 2047
100075 - Smoky Mountain Materials, Inc.

# Purchase Order 707431

### Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | Origin | 1% 10 net 30 |
|---|---|---|---|
| 07/28/06 | | | |
| | 07/28/06 | 437508 | N |

| | | | DW1212 | | |
|---|---|---|---|---|---|
| 612 | EA      /<br>07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

**RECEIVED**

JUL 2 8 2006

BY:

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

Page   1

**Duplicate Copy**

**Authorized Signature**

SM0076

cb:  Drywall - MDL 2047

100076 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
10902?? - Knauf y Montaña Materials.doc

SM0077

Shipper's No. 437508

Carrier's No.

3-PART STOCK FORM NO. B-3876

THIS SHIPPING ORDER must be legibly filled in, in ink, or in indelible Pencil, or in Carbon, and retained by the Agent.

Carrier's Name: Emerald Coast   2/4/34

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola Date 1-26-06 FROM 20 A's Barracks St Pens, Fl

Consigned TO Emerald Coast Building Materials

Destination 8040 Pajalox St Street Pensacola

Route

Delivering Carrier

Collect on Delivery $

| No. Packages | †† | Description of Articles, Special Marks and Exceptions | *Weight (Subject to Correction) | Class or Rate | CK Column |
|---|---|---|---|---|---|
| 9 Pru | 12" x 12" x 12" Gypsum Drywall | 1562 lbs | | |
| | 9 478 pcs 612 pcs | 59,127 lbs | | |
| | Customer PO 107431 | | | |
| | Time 3:30 pm | | | |
| | Load must be tarped | | | |
| | PATC Steven Colson | | | |
| | for Knauf Plasterboard Tianjin China co LTD | | | |

2

JUL-31-2006(MON) 09:09
Rx Date/Time    JUL-31-2006(MON) 07:54
7/31/06 05:55AM PST  ->  8656378762

8778812331

P.001/007
P 001

Pg 1/1

**North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

**INVOICE**

0043750201

| Invoice Date: | 07/31/06 |
| Account #: | SMOKY001 0001 |
| Branch/Division: | 40301001 |
| Phone #: | (850)471-8291 |
| Fax #: | (865)637-8762 |
| Page: | 1 of 1 |

**PLEASE REMIT TO:**

North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

**BILL TO:**

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32526

| P.O.#: 767425 | Job #: 218 | | Ordered By: Bill | | | |
| Ship Date: 07/28/06 Frt. Terms: Cust Pickup | Ship Via: Truck Ref. #: PENSACOLA, FL | B/L #: 65523Sales Agent: TRowell | | Orig. Inv #: | | |
| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 478 | PC | BGWGYAAA120504  1/2 4x12 | 22.8480 | 200.00 /MSF | 4,569.60 |
| | | Gypsum Drywall A Grade. | | | |
| | | SUBTOTAL: | | | 4,569.60 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to | | | |
| | | pay within specified time. Unearned discounts will not be allowed. | | | |

NET 30 DAYS

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $45.70 if paid by 08/10/06

**TOTAL DUE:** 54,569.60

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0078

cb:  Drywall - MDL 2047
100078 - Smoky Mountain Materials, Inc.

# Purchase Order 707425-A
### Vendor Number  NORTHP

merald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:
    North Pacific Group, Inc.
    P.O. Drawer 391
    Waynesboro, MS 39367

Ship To:
    Emerald Coast Bldg Materials Pcola
    8040 North Palafox Street
    Pensacola, FL  32534

**** THIS IS A CHANGE ORDER ****

| | | | Origin | | 1% 10 net 30 |
|---|---|---|---|---|---|
| 07/26/06 | | 07/26/06 | 437502 | | N |

| | | | | | |
|---|---|---|---|---|---|
| 476 | EA    /<br>07/26/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 4569.60 |

|  |  |
|---|---|
| Non Taxable Subtotal | 4569.60 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

age    1

Duplicate Copy

Authorized Signature

SM0079

cb:  Drywall - MDL 2047
100079 - Smoky Mountain Materials, Inc.

# Purchase Order  707425

**Vendor Number   NORTHP**

merald Coast Bldg Materials Pcola
40 North Palafox Street
nsacola, FL  32534

lephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | Origin | | 1% 10 net 30 | |
|---|---|---|---|---|---|---|
| 7/26/06 | | | | | | |
| | | 07/26/06 | | | | N |
| | EA    / | DW1212 | | | | |
| 612 | 07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge   1

Vendor Original                    Authorized Signature

SM0080

cb:  Drywall - MDL 2047
100080 - Smoky Mountain Materials, Inc.

# Purchase Order  707425

### Vendor Number  NORTHP

erald Coast Bldg Materials Pcola
40 North Palafox Street
nsacola, FL 32534

lephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL 32534

| | | | Origin | | 1% 10 net 30 | |
|---|---|---|---|---|---|---|
| /26/06 | | | | | | |
| | | 07/26/06 | 437502 | | | N |
| 612 | EA  /  07/26/06 | DW1212  1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 | |

|  |  |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge    1

Duplicate Copy                    Authorized Signature

SM0081

cb:  Drywall - MDL 2047
100081 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
1000828 - Smoky Mountain Materials Inc

SM0082

STRAIGHT STOCK FORM/NO. B-8876

THIS SHIPPING ORDER, must be legibly filled in, in ink, in indelible Pencil, or in carbon, and retained by the Agent.

Carrier's Name: F. Emerald Coast 24/24

Shipper's No. 437502

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

FROM

Consigned TO: F. Emerald Coast Building Materials

Destination: 8040 Valatox Street Liens

County _____ State FL _____ Zip _____

Delivery Address _____

City _____ State _____ Zip _____

Route _____

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ C.O.D. Charge to be: ☐ Shipper ☐ Consignee

| No. Package | H.M. | Description | Weight | Class or Rate | Check |
|---|---|---|---|---|---|
| 7 bd | | 1/2 x 4 x 12 Gypsum Drywall | | | |
| | | @ 476 pcs | 45,988 lbs | | |
| | | Customer PO B1112 | | | |
| | | Time 8:50 AM | | | |
| | | Load must be tarped | | | |

Per C. Steve Glenn — Smoky Mountain Materials

2

JUL-31-2006(MON) 09:10                                                    P.002/007
  Rx Date/Time    JUL-31-2006(MON) 07:52        8778812331        P.001
07/31/06 05:54AM PST  -> 8656378782                        Pg 1/1

**North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 38367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

| INVOICE |
|---|
| 0043750601 |

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 403001001
Phone #: (850)471-8291
Fax #: (865)537-8782
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH  45264-3228
USA

**BILL TO:**
Smoky Mountain Materials Inc
6218 S National Dr
Knoxville TN 37914

**SHIP TO:**
Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32528

| P.O.# 707429 | | Job #: 216 | Ordered By: Bill | | |
|---|---|---|---|---|---|

Ship Date: 07/28/06          Ship Via: Truck     BILL #:
Frt. Term: Cust Pickup       Ref. #: PENSACOLA, FL/43786  Sales Agent: TRewall     Orig. Inv #:

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 612 | PC | BGWGYAAA120504   1/2 4x12<br>Gypsum Drywall A Grade | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | SUBTOTAL: | | | 5,875.20 |

THANK YOU FOR THE ORDER!
A cash discount is not an automatic discount. It is an incentive to
pay within specified time. Unearned discounts will not be allowed.

*Net 30 Days*

TERMS:  1% CD ADF 10 days ADI, net 15 days ADI
        You may deduct $58.75 if paid by 08/10/06

| TOTAL DUE: | $5,875.20 |
|---|---|

Invoice payable in full. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0083

cb:  Drywall - MDL 2047
     100083 - Smoky Mountain Materials, Inc.