# Purchase Order 707429

## Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| 07/26/06 | | | | |
| | | 07/26/06 | 437506 | N |

| | EA    / | | DW1212 | | | |
|---|---|---|---|---|---|---|
| 612 | 07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | | | 9.600 | 5875.20 |

RECEIVED

JUL 2 8 2006

BY:

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

Page    1

Duplicate Copy

Authorized Signature

SM0084

cb:  Drywall - MDL 2047
100084 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
100085 - Smoky Mountain Materials, Inc.

SM0085

Shipper's No. 437506

Carrier's No.

THIS SHIPPING ORDER — must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and relinquished by the Agent or Carrier issuing this Shipping Order.

Carrier's Name: Emerald Coast 5/31/37

RECEIVED subject to the classifications and tariffs in effect on the date of issue of this Shipping Order.

at Port of Pensacola (Date) 7-27-06 FROM 320A S Barcell St Pens. Fl

Consigned TO: Emerald Coast Building Materials

Destination: 3041D Pagetov St     City Pensacola     State

Route:

Delivering Carrier:

Collect on Delivery $

| No. Packages | H.M. | Kind of Packages, Description of Articles, Special Marks, and Exceptions | *Weight (Sub to Cor.) | Class or Rate | Ck. Column |
|---|---|---|---|---|---|
| 9 | | Bd 12"x4'x12' Gypsum Drywall 45768 lbs | | | |
| | | 9 175 pcs - 612 pcs 5727 lbs | | | |
| | | Customer PO 70742? | | | |
| | | Time 2:55 PM | | | |
| | | load must be tarped | | | |

Note: Storage Co
For Nat'l Pacific Group - Shovettime

2

C. O. D. (Charges to be C. O. D.)
□ Shipper
□ Consignee
If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier
Per
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$

AUG-25-2006(FRI) 11:30                                                        P. 002/004
RX Date/Time     AUG-24-2006(THU) 17:07                  601 735 2602          P. 001
08/24/2006 16:18 FAX 601 735 2602          NORTH PACIFIC GROUP               @001

 **North Pacific**

| SOUTHERN<br>P. O. Box 301<br>Waynesboro, MS 39367<br>Tel 601-735-5051<br>Fax 601-735-2602<br>www.northpacific.com | **INVOICE**<br>0043278901 |
|---|---|

| PLEASE REMIT TO: | Invoice Date: 08/24/06 |
|---|---|
| North Pacific<br>PO Box 643226<br>Cincinnati, OH 45264-3226<br>USA | Account #: SMOKY001 0001<br>Branch/Division: 40201001<br>Phone #: (850)471-8201<br>Fax #: (865)937-8762<br>Page: 1 of 1 |

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5218 S. National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CUSPU PATE STEV.
Pensacola FL 32526

| P.O.#: 707401 | Job #: 218 | Ordered By: | | |
|---|---|---|---|---|
| Ship Date: 08/24/06<br>Frt. Term: Cust Pickup | Ship Via:Truck<br>Ref. #: PENSACOLA FL/16582 | B/L #:<br>Sales Agent: TRowell | | Orig. Inv #: |

| QUANTITY<br>SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED<br>QUANTITY | PRICE / UOM | EXTENDED<br>AMOUNT |
|---|---|---|---|---|---|
| 512 | PC | BGWGYAAA120504   1/2 4x12<br>Gypsum Drywall A Grade | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER!<br>A cash discount is not an automatic discount. It is an incentive to<br>pay within specified time. Unearned discounts will not be allowed. | | | |

**TERMS:** 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 09/03/06

| | TOTAL DUE: | $5,875.20 |
|---|---|---|

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0086

cb: Drywall - MDL 2047

100086 - Smoky Mountain Materials, Inc.

# Purchase Order 707481

**Vendor Number   NORTHP**

merald Coast Bldg Materials Pcola
40 North Palafox Street
nsacola, FL  32534

lephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | Origin | 1% 10 net 30 | |
|---|---|---|---|---|---|
| 8/04/06 | | | | | |
| | | 08/04/06 | | | N |
| | | | DW1212 | | |
| 612 | EA / 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

|  |  |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge    1

Duplicate Copy

Authorized Signature

SM0087

cb:  Drywall - MDL 2047

100087 - Smoky Mountain Materials, Inc.

MON.



### North Pacific

www.northpacific.com

## Facsimile Transmission

To: Name: Bill
Company:
Fax Number: 1-850-471-6294
Voice Phone:

From: Name: Todd Rowell
Fax Number:
Voice Phone: 1-800-378-3268//601-671-3268

**Fax Notes:**

```
PICK-UP #'S
437511  707475
432784  707476
432785  707477
432786  707478
432787  707479
432788  707480          PO #'S
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487
```

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: ‹WHENFAXED›
Number of pages including this cover sheet: 01

SM0088

cb: Drywall - MDL 2047
100088 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047

100089 · Smoky Mountain Materials, Inc.

SM0089

THIS SHIPPING ORDER — must be legibly filled in, in ink, in hard type (print or ink, and related by the carrier under the Uniform Straight Bill of Lading Act).

Shipper's No. 432289

Carrier's No.

Carrier's Name: Ezra McCord 37/37

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

at 8-2-06 FROM 730/15 Road 107

Consigned To: Smoky Mountain Materials

Destination: 2010 Polk St.

State: Louisiana

County:

Route:

Delivering Carrier:

Collect on Delivery $

| No. Packages | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column |
|---|---|---|---|---|
| 960 | 1/2" x 4 x 12 Gypsum Board | 5124/5 | | |
| | @ 612 Pcs | | | |
| 6 | POA 707/31 | | | |
| | Total 110 M | | | |

M/A for shipping

Act Received change = Smoky Mountain

for Roberto Rochac Group

C.O.D. Charges to be
Prepaid
□ Shipper
□ Consignee

2

AUG-25-2006(FRI) 11:31      P.004/004

08/24/06 11:21AM PST  -> 8656378762      Pg 1/1

 **North Pacific**

SOUTHERN
P.O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

**INVOICE**

0043279001

Invoice Date: 08/24/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-6291
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**

North Pacific
PO Box 643228
Cincinnati, OH 45264-3228
USA

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CUSPU PATE STEV
Pensacola FL 32526

| P.O.#: 707482 | | Job #: 218 | Ordered By: | | | |
|---|---|---|---|---|---|---|
| Ship Date: 08/24/06 | | Ship Via: Truck | B/L #: | | | Orig. Inv #: |
| Frt. Term: Cust Pickup | | Ref. #: PENSACOLA, FL/16592 Sales Agent: T Rowell | | | | |
| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
| 812 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | | |

**TERMS:** 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 09/03/06

**TOTAL DUE:** $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination in the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

Received Time Aug 25  11:55AM

cb: Drywall - MDL 2047

100090 - Smoky Mountain Materials, Inc.

SM0090

# Purchase Order 707482

Vendor Number  NORTHP

ıerald Coast Bldg Materials Pcola
ł0 North Palafox Street
nsacola, FL  32534

ephone 850/471-6291

To:  .

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | | Origin | | 1% 10 net 30 |
|---|---|---|---|---|---|---|
| ı/04/06 | | | | | | |
| | | | 08/04/06 | | | N |
| | | | | | | |
| 612 | EA  /  08/04/06 | DW1212  1/2" 4 X 12 REGULAR DRYWALL | | | 9.600 | 5875.20 |

RECEIVED
AUG 2 2 2006
BY: DDP

| | | |
|---|---|---|
| Non Taxable Subtotal | | 5875.20 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | |

ıge  1

Duplicate Copy

Authorized Signature

SM0091

cb:  Drywall - MDL 2047
100091 - Smoky Mountain Materials, Inc.

*MON.*



## North Pacific

www.northpacific.com

# Facsimile Transmission

To:   Name:    Bill
      Company:
      Fax Number: 1-850-471-6294
      Voice Phone:

From:  Name:    Todd Rowell
       Fax Number:
       Voice Phone:  1-800-378-3268//601-671-3268

Fax Notes:

PICK-UP #'S
437511   707475
432784   707476
432785   707477
432786   707478      PO#'s
432787   707479
432788   707480
432789   707481
432790   707482
432791   707483
432792   707484
432793   707485
432794   707486
432795   707487

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: ‹WHENFAXED›
Number of pages including this cover sheet: 01

SM0092

cb:  Drywall - MDL 2047
100092 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047

100093 - Smoky Mountain Materials, Inc.

SM0093

3-PART STOCK FORM NO. B-3876

THIS SHIPPING ORDER, must be legibly filled in, to be Uniform Bill of Lading.

Carrier's Name:

Shipper's No. 432750

Carrier's No.

RECEIVED subject to the classifications and tariffs in effect on the date of the issue of this

Consigned TO Emerald Coast of Bull Head

Destination 2010 7 21 7 St ____ Jones

Route:

Delivering Carrier:

Collect on Delivery $

9ll x 4' x 12 Gypsum Board 59,122

Cut Res

Post 703482

Frame Becklin

Mount & Tape

Per Smith work

For North East and

06-03-2006(THU) 16:12
Rx Date/Time        AUG-03-2006(THU) 14:13
8/03/06 12:15PM PST  ->  8656378762

B778012331

P.002/002
P.001

Pg 1/1

**N North Pacific**

SOUTHERN
P.O. Box 391
Waynesboro, MS 39367
Tel 801-735-5051
Fax 801-735-2802
www.northpacific.com

**INVOICE**
0043751001

Invoice Date: 08/03/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8281
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643228
Cincinnati, OH 45264-3228
USA

**BILL TO:**
Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**
Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32626

| P.O.#: 707433 | | Job #: 218 | | Ordered By: Bill | | |
|---|---|---|---|---|---|---|
| Ship Date: 08/03/06 | | Ship Via: Truck | B/L #: | | | |
| Frt. Term: Cust Pickup | | Ref. #: PO # 437510 | Sales Agent: TRowell | | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 544 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | 28.1120 | 200.00 /MSF | 5,222.40 |
| | | SUBTOTAL: | | | 5,222.40 |

THANK YOU FOR THE ORDER!
A cash discount is not an automatic discount. It is an incentive to
pay within specified time. Unearned discounts will not be allowed.

NET 30

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $52.22 if paid by 08/13/06

**TOTAL DUE:** 55,222.40

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

cb: Drywall - MDL 2047
100094 - Smoky Mountain Materials, Inc.

# Purchase Order 707433-A

### Vendor Number   NORTHP

nerald Coast Bldg Materials Pcola
140 North Palafox Street
ensacola, FL  32534

lephone 850/471-6291

| To: | Ship To: |
|-----|----------|
| **North Pacific Group, Inc.**<br>P.O. Drawer 391<br>Waynesboro, MS 39367 | **Emerald Coast Bldg Materials Pcola**<br>8040 North Palafox Street<br>Pensacola, FL  32534 |

#### **** THIS IS A CHANGE ORDER ****

| | | | Origin | | 1% 10 net 30 |
|---|---|---|---|---|---|
| 7/26/06 | | | | | |
| | | 07/26/06 | 437510 | | N |

| | | | | | |
|---|---|---|---|---|---|
| | EA      /<br>07/26/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | | | |
| 544 | | | 9.600 | 5222.40 | |

```
RECEIVED
AUG 0 1 2006
BY:
```

| | |
|---|---|
| Non Taxable Subtotal | 5222.40 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge   1

Duplicate Copy                    Authorized Signature

SM0095

cb:  Drywall - MDL 2047
100095 - Smoky Mountain Materials, Inc.

# Purchase Order 707433

### Vendor Number   NORTHP

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| 7/28/06 | | | Origin | | 1% 10 net 30 | |
|---|---|---|---|---|---|---|
| | | 07/28/06 | | | | N |
| | EA     / | | DW1212 | | | |
| 612 | 07/28/06 | 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

|  |  |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge   1

Vendor Original

Authorized Signature

SM0096

cb:  Drywall - MDL 2047
100096 - Smoky Mountain Materials, Inc.

# Purchase Order 707433
## Vendor Number  NORTHP

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| 7/26/06 | | | | |
| | | 07/26/06 | 437510 | N |
| | EA    / | | DW1212 | | |
| 612 | 07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | | 9,600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge   1

**Duplicate Copy**

**Authorized Signature**

SM0097

cb: Drywall - MDL 2047
100097 - Smoky Mountain Materials, Inc.

8600WS

THIS SHIPPING ORDER

3-PART-STOCK FORM NO. B-3876

Shipper's No. 437510

Carrier's Name: Emerald Coast - 337/37

at Port of Pensacola 8-1-06    FROM 720 A.S. Barracks St. Pensa

Consigned TO: Emerald Coast Building Materials

Destination 8040 Valaro St   State FL

Route:

Delivering Carrier

Collect on Delivery

| No. Packages | Kind | Description | Weight |
|---|---|---|---|
| 8 | Bnd 12" x 4' x 12' Gypsum Drywal | 16,780 lbs |
| | G-476 | 5,477 lbs |
| | Customer P.O. 707453 | 52,257 lbs |

Time 10:05 AM
Load Must be tarped

Port Stevens Co
for No. in Breck Group NC 28906

2



AUG-15-2006(TUE) 08:52
   Rx Date/Time    AUG-11-2006(FRI) 13:29
8/11/06, 11:31AM PST  ->  8656378782

8776812331

P. 006/007
P. 001

Pg 1/1

## N North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 36367
Tel:601-735-5051
Fax:601-735-2602
www.northpacific.com

**INVOICE**

0043751101

| | |
|---|---|
| Invoice Date: | 08/11/06 |
| Account #: | SMOKY001 0001 |
| Branch/Division: | 40301001 |
| Phone #: | (850)471-8291 |
| Fax #: | (865)837-8782 |
| Page: | 1 of 1 |

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emeald Coast Building Materials
6218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CPU @  PATE STEVEDORE
Pensacola FL 32526

| P.O.#: 707475 | | Job #: 218 | | Ordered By: | | | |
|---|---|---|---|---|---|---|---|
| Ship Date: 08/10/06 | | Ship Via: Truck | | BIL #: | | | |
| Frt. Term: Cust Pickup | | Ref. #: PENSACOLA FL/16562 | Sales Agent: TRowell | | Orig. Inv #: | | |
| **QUANTITY SHIPPED** | **UOM** | **ITEM / DESCRIPTION** | | **CONVERTED QUANTITY** | **PRICE / UOM** | | **EXTENDED AMOUNT** |
| 812 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | | 29.3760 | 200.00 /MSF | | 5,875.20 |
| | | SUBTOTAL: | | | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | | | |

NET 30

**TERMS:** 1% CD ADF 10 days ADI; net 30 days ADI
You may deduct $58.75 if paid by 08/21/06

**TOTAL DUE:**    55,875.20

Invoice payable in U.S. Funds unless otherwise noted. To assure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0099

cb:  Drywall - MDL 2047
100099 - Smoky Mountain Materials, Inc.

## Purchase Order 707475
### Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | | Origin | | 1% 10 net 30 | |
|---|---|---|---|---|---|---|---|
| 8/04/06 | | | | | | | |
| | | | 08/04/06 | | | | N |
| | EA    / | | DW1212 | | | | |
| 612 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | | 9.600 | 5875.20 | |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge   1

Duplicate Copy  (Reprinted)                    Authorized Signature

SM0100

cb:  Drywall - MDL 2047
100100 - Smoky Mountain Materials, Inc.

80/04/06 05:54:10    NorthPacificGrp,Inc→        423 929 9787   RightFax        Page 001  *#24*

*Mon.*


## North Pacific

www.northpacific.com

# Facsimile Transmission

To:    Name:    Bill
       Company:
       Fax Number: 1-850-471-6294
       Voice Phone:

From:  Name:    Todd Rowell
       Fax Number:
       Voice Phone: 1-800-378-3268//601-671-3268

## Fax Notes:

PICK-UP #'S
437511  707475
432784  707476
432785  707477
432786  707478
432787  707479
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487

PO #'s

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

SM0101

cb: Drywall - MDL 2047
100101 - Smoky Mountain Materials, Inc.

# Purchase Order 707475

### Vendor Number  NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| 08/04/06 | | | | |
| | | 08/04/06 | | N |

| Qty | Date | Description | | |
|---|---|---|---|---|
| | EA / | DW1212 | | |
| 612 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | ▬ | ◄▬ |

| | | |
|---|---|---|
| Non Taxable Subtotal | | ▬ |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | |

age   1

Vendor Original  (Reprinted)

Authorized Signature

SM0102

cb:  Drywall - MDL 2047
100102 - Smoky Mountain Materials, Inc.

3-PART STOCK FORM NO. B-3876

THIS SHIPPING ORDER   must be legibly filled in, in ink, in indelible Pencil, or in
Carbon, and retained by the Agent.

Shipper's No. 437511

Carrier's Name: Emerald Coast 37/37/T                                    Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at Port of Pensacola        (Date) 8-07-06 FROM 720A S Pararoxo St Pens

Consigned TO Emerald Coast Building Materials

Destination 8040 Blakea St     Street E Pensacola     City

County _____ State _____ Zip

Route _____

Delivering Carrier _____ Car or Vehicle Initials and No.

Collect on Delivery $ _____ And Remit to _____

Street _____ City _____ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Bdls | | ½" x 4' x 12" Gypsum Board | 59,127 lbs. | | |
| | | @ 612 pcs | | | |
| | | Customer PO: 707475 | | | |
| | | Time 1:20 | | | |
| | | must be tarped | | | |

Re: steve dorc. CO         Shipper, Per WJ One
for North Pacific Group

Permanent post-office
address of shipper.

2

AUG-15-2006(TUE) 08:51
   Rx Date/Time   AUG-11-2006(FRI) 13:26   8776812331          P.002/007
08/11/08 11:28AM PST   8656378762                Pg 1/1          P. 001

## North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 38367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

| **INVOICE** |
| --- |
| 0043278401 |

Invoice Date: 08/11/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8291
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH 45264-3226
USA

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
6218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CUSPU PATE STEV
Pensacola FL 32526

| P.O.#: | | Job #: 218 | | Ordered By: | | |
| --- | --- | --- | --- | --- | --- | --- |
| Ship Date: 08/10/06 | | Ship Via: Truck | | B/L #: | | |
| Frt. Term: Del/Frt Ppd | | Ref. #: PO # 185924 | | Sales Agent: TRowell | | Orig. Inv #: |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 612 | PC | BGWGYAAA120504  1/2 4x12<br>Gypsum Drywall A Grade | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER!<br>A cash discount is not an automatic discount. It is an incentive to<br>pay within specified time. Unearned discounts will not be allowed. | | | |

NET 30

TERMS: 1% CD 10 days ADI, net 30 days ADI
      You may deduct $58.75 if paid by 08/21/06

| TOTAL DUE: | $5,875.20 |
| --- | --- |

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

Received Time Aug 15. 9:15AM

cb: Drywall - MDL 2047
100104 - Smoky Mountain Materials, Inc.

# Purchase Order 707476

### Vendor Number   NORTHP

merald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| 8/04/06 | | | | Origin | | 1% 10 net 30 | |
|---|---|---|---|---|---|---|---|
| | | | 08/04/06 | | | | N |
| | | | | | | | |
| | EA      / | | | DW1212 | | | |
| 612 | 08/04/06 | | 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 | |

| | | |
|---|---|---|
| Non Taxable Subtotal | 5875.20 | |
| Taxable Subtotal | 0.00 | |
| Tax | 0.00 | |
| Total | | |

ge   1

Duplicate Copy  (Reprinted)                    Authorized Signature

SM0105

cb:  Drywall - MDL 2047
100105 - Smoky Mountain Materials, Inc.

#37

Mon.



## North Pacific

www.northpacific.com

# Facsimile Transmission

TO:    Name:    Bill
       Company:
       Fax Number: 1-850-471-6294
       Voice Phone:

FROM:  Name:    Todd Rowell
       Fax Number:
       Voice Phone: 1-800-378-3268//601-671-3268

Fax Notes:

```
PICK-UP #'S
437511   707475
432784   707476
432785   707477
432786   707478
432787   707479
432788   707480
432789   707481
432790   707482
432791   707483
432792   707484
432793   707485
432794   707486
432795   707487
```

PO #'s

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

SM0106

cb:  Drywall - MDL 2047
       100106 - Smoky Mountain Materials, Inc.

# Purchase Order 707476

## Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| P.O. Date | | | | Origin | | 1% 10 net 30 |
|---|---|---|---|---|---|---|
| 08/04/06 | | | 08/04/06 | | | N |

| Qty Required | | | | | | |
|---|---|---|---|---|---|---|
| | EA          / | | DW1212 | | | |
| 612 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | ▓▓▓ | | ▓▓▓ |

| | | |
|---|---|---|
| Non Taxable Subtotal | | ▓▓▓ |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | ▓▓▓ |

Page   1

Vendor Original  (Reprinted)                    Authorized Signature

SM0107

cb:  Drywall - MDL 2047
100107 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
100108 - Smoky Mountain Materials Inc
SM0108

AUG-15-2006(TUE) 08:51
Rx Date/Time     AUG-11-2006(FRI) 13:28                    6778812331                          P. 004/007
08/11/06 11:29AM PST  ->  8658375762                                          Pg 1/1              P. 001

**N North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 38367
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

| INVOICE |
| --- |
| 0043278501 |

Invoice Date: 08/11/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8291
Fax #: (865)837-8762
Page: 1 of 1

**PLEASE REMIT TO:**

North Pacific
PO Box 643228
Cincinnati, OH  45264-3228
USA

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emearld Coast Building Materials
6218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CPU PATE STEVEDORE
Pensacola FL 32526

| P.O.#: 707477 | Job #: 218 | Ordered By: | | | |
| --- | --- | --- | --- | --- | --- |
| Ship Date: 08/10/06 | Ship Via: Truck | B/L #: | | | |
| Frt. Term: Cust Pickup | Ref. #: PENSACOLA, FL/1659 | Sales Agent: TRowell | | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 812 | PC | EGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | 29.3760 | 200.00  /MSF | 5,875.20 |
| | | SUBTOTAL: | | | 5,875.20 |

THANK YOU FOR THE ORDER!
A cash discount is not an automatic discount. It is an incentive to
pay within specified time. Unearned discounts will not be allowed.

**TERMS:** 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 08/21/06

| TOTAL DUE: | $5,875.20 |
| --- | --- |

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per
month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be
assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction
will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for
ultimate destination in the above pad. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This
sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0109

cb:  Drywall – MDL 2047
100109 - Smoky Mountain Materials, Inc.

# Purchase Order 707477

### Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
40 North Palafox Street
nsacola, FL  32534

lephone 850/471-6291

**To:**

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

**Ship To:**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| B/04/06 | | | | Origin | | 1% 10 net 30 | |
|---|---|---|---|---|---|---|---|
| | | .08/04/06 | | | | | N |
| 612 | EA        /
08/04/06 | DW1212
1/2" 4 X 12 REGULAR DRYWALL | | | 9.600 | 5875.20 | |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

age  1

**Duplicate Copy  (Reprinted)**

**Authorized Signature**

SM0110

cb:  Drywall - MDL 2047
100110 - Smoky Mountain Materials, Inc.

*Mon.*



## North Pacific

www.northpacific.com

# Facsimile Transmission

To:     Name:     Bill
        Company:
        Fax Number: 1-850-471-6294
        Voice Phone:

From:   Name:     Todd Rowell
        Fax Number:
        Voice Phone:   1-800-378-3268//601-671-3268

Fax Notes:

PICK-UP #'S
437511   707475
432784   707476
432785   707477        PO #'s
432786   707478
432787   707479
432788   707480
432789   707481
432790   707482
432791   707483
432792   707484
432793   707485
432794   707486
432795   707487

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

cb:  Drywall - MDL 2047
100111 - Smoky Mountain Materials, Inc.

# Purchase Order 707477

**Vendor Number  NORTHP**

merald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**



| Date | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| 08/04/06 | | | | |
| | | 08/04/06 | | N |
| Qty Required | | | | |
| 612 | EA    / 08/04/06 | DW1212 1/2" 4 X 12 REGULAR DRYWALL | ▬▬▬ | ▬▬▬ |

|  |  |
|---|---|
| Non Taxable Subtotal | ▬▬▬ |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

age   1

**Vendor Original  (Reprinted)**

**Authorized Signature**

SM0112

cb:  Drywall – MDL 2047

100112 – Smoky Mountain Materials, Inc.

98244B/8887E CVT 4/99

3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 4327 8 5

Carrier's Name: Snow ball Coral 37/37          Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola          (Date) 8-07-06   FROM 710 A S Barrancas St. Pensa

Consigned TO Emerald Coast Building materials

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination 3040 Palafox St          Street          Pensacola          City

County          F(          State          Zip

Route

Delivery
Address ★

Delivering Carrier          Car or Vehicle Initials and No.

Collect on Delivery $          And Remit to

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Bdl | | 1/2" x 4' x 12' Gypsum Board | 59,127 lbs | | |
| | | @ 612 pcs | | | |
| | | PO: 707477 | | | |
| | | Time 10:55 AM | | | |
| | | Must be tarped | | | |

for North Pacific Group          Shipper, Per Anoira Warr

Permanent post-office
address of shipper,

2

SM0113

cb:  Drywall - MDL 2047
100113 - Smoky Mountain Materials, Inc.

AUG-15-2006(TUE) 08:51.
Rx Date/Time     AUG-11-2006(FRI) 13:25          8778812331                    P.001/007
8/11/06-11:27AM PST  ->  8656378762                              Pg 1/1          P.001

## North Pacific

SOUTHERN
P.O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

| **INVOICE** |
| --- |
| 0043278601 |

Invoice Date: 08/11/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8231
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**

North Pacific
PO Box 643228
Cincinnati, OH 45264-3228
USA

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CPU-PATE STEVEDORE
Pensacola FL 32528

| P.O. #: 707478 | Job #: 218 | Ordered By: | |
| --- | --- | --- | --- |
| Ship Date: 08/10/06 | Ship Via: Truck | BIL #: | |
| Frt. Terms: Cust Pickup | Ref. #: PENSACOLA, FL/1658 | Sales Agent: TRowell | Orig. Inv #: |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 812 | PC | BGWGYAAA120504   1/2 4x12 | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to | | | |
| | | pay within specified time. Unearned discounts will not be allowed. | | | |

NET 30

TERMS: 1% CD 10 days ADI, net 30 days ADI
    You may deduct $58.75 if paid by 08/21/06

| | TOTAL DUE: | $5,875.20 |
| --- | --- | --- |

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0114

cb:  Drywall - MDL 2047
    100114 - Smoky Mountain Materials, Inc.

# Purchase Order 707478

**Vendor Number   NORTHP**

merald Coast Bldg Materials Pcola
40 North Palafox Street
ensacola, FL 32534

elephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL 32534

| | | | | Origin | | 1% 10 net 30 |
|---|---|---|---|---|---|---|
| 8/04/06 | | | | | | |
| | | 08/04/06 | | | | N |

| 612 | EA / 08/04/06 | DW1212 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

age   1

Duplicate Copy (Reprinted)                                  Authorized Signature

SM0115

cb: Drywall - MDL 2047
100115 - Smoky Mountain Materials, Inc.

00/04/06 05:54:10   NorthPacificGrp,Inc->      423 929 9787  RightFax        Page 001

*MON.*


## North Pacific

www.northpacific.com

# Facsimile Transmission

To:      Name:     Bill
         Company:
         Fax Number: 1-850-471-6294
         Voice Phone:

From:    Name:     Todd Rowell
         Fax Number:
         Voice Phone:  1-800-378-3268//601-671-3268

Fax Notes:

PICK-UP #'S
437511   707475
432784   707476       } PO #'S
432785   707477
432786   707478
432787   707479
432788   707480
432789   707481
432790   707482
432791   707483
432792   707484
432793   707485
432794   707486
432795   707487

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

SM0116

cb:  Drywall - MDL 2047
     100116 - Smoky Mountain Materials, Inc.



**Purchase Order** 707478

Vendor Number  NORTHP

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL 32534

elephone 850/471-6291

To:
North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:
Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL 32534

| | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| )8/04/06 | | | | |
| | 08/04/06 | | | N |

| | EA / | DW1212 | | |
|---|---|---|---|---|
| 612 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | |

|  | |
|---|---|
| Non Taxable Subtotal | |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

Page   1

Vendor Original  (Reprinted)

Authorized Signature

SM0117

cb:  Drywall - MDL 2047
100117 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
100118 - Smoky Mountain Materials, Inc.

SMO118

THIS SHIPPING ORDER

Shipper's No. 45338

Carrier's No.

AUG-15-2006(TUE) 08:51
RX Date/Time  AUG-11-2006(FRI) 13:28
08/11/06 11:30AM PST → 8656378762                          8778812331          P.005/007
                                                                                P.001
                                                            Pg 1/1

# N North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

| INVOICE |
| --- |
| 0043278701 |

Invoice Date: 08/11/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8281
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643228
Cincinnati, OH 45264-3228
USA

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
PATE STEV.
Pensacola, FL 32526

| P.O.#: 707479 | Job #: 210 | Ordered By: | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Ship Date: 08/10/06 | Ship Via: Truck | | BL #: | | | |
| Frt. Term: Cust Pickup | Ref. #: PENSACOLA, FL/43278 | Sales Agent: TRowell | | Orig. Inv #: | | |
| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | | EXTENDED AMOUNT |
| 612 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | 29.3760 | 200.00 | /MSF | 5,875.20 |
| | | SUBTOTAL: | | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | | |

NET 30

TERMS: 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 08/21/06

|  TOTAL DUE: | $5,875.20 |
| --- | --- |

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&.O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0119

cb: Drywall – MDL 2047
100119 - Smoky Mountain Materials, Inc.

# Purchase Order 707479

### Vendor Number   NORTHP

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| 8/04/06 | | 08/04/06 | | N |

| | EA / | DW1212 | | |
|---|---|---|---|---|
| 612 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | 9.600 | 5875.20 |

|  |  |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge   1

**Duplicate Copy  (Reprinted)**

**Authorized Signature**

SM0120

cb:  Drywall - MDL 2047
100120 - Smoky Mountain Materials, Inc.

00/04/06 05:54:18    NorthPacificGrp,Inc→      423 929 9707   RightFax          Page 001

*Mon.*



## North Pacific

www.northpacific.com

# Facsimile Transmission

TO:     Name:    Bill
        Company:
        Fax Number: 1-850-471-6294
        Voice Phone:

From:   Name:    Todd Rowell
        Fax Number:
        Voice Phone:  1-800-378-3268//601-671-3268


**Fax Notes:**

PICK-UP #'S
437511   707475
432784   707476
432785   707477
432786   707478
432787   707479
432788   707480
432789   707481
432790   707482
432791   707483
432792   707484
432793   707485
432794   707486
432795   707487



PO #'s

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268


Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

SM0121

cb: Drywall – MDL 2047
100121 – Smoky Mountain Materials, Inc.

# Purchase Order 707479

### Vendor Number  NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

**To:**

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

**Ship To:**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| Order Date | | | | Origin | 1% 10 net 30 | |
|---|---|---|---|---|---|---|
| 08/04/06 | | | | | | |
| | | 08/04/06 | | | | N |

| Qty Required | | | | | | |
|---|---|---|---|---|---|---|
| 612 | EA    /  08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | | ▬▬▬ | ▬▬▬ |

| | |
|---|---|
| Non Taxable Subtotal | ▬▬▬ |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

Page   1

Vendor Original  (Reprinted)                    Authorized Signature

SM0122

cb:  Drywall - MDL 2047
100122 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
100123 - Smoky Mountain Materials Inc

SM0123

THIS SHIPPING ORDER

**UNIFORM STOCK FORM NO. B-3876**

Shipper's No. 432787

Carrier's No.

Carrier's Name: Emerald

Dated 08-08-08   FROM 7-30-15 B

Consigned TO

Destination 2010

Street

County   State   City   Zip

Route

Delivering Carrier   Car or Vehicle Initials and No.

Collect on Delivery $

C. O. D. charge to be
□ Paid by □ Consignee

| No. Packages | H.M. | Kind of Packaging, Description of Articles, Special Marks and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 940 | | 4 xxx 1/2 Gypsum Board | 59/32 | | |
| | | @ .10 257426 | | | |
| | | Free 8:35 AM | | | |
| | | Nanc 1021 | | | |

2

AUG-30-2006(WED) 10:01                                                                    P. 001/001
      Rx Date/Time      AUG-30-2006(WED) 09:17          8770812331                        P. 001
8/30/06 06:20AM PST -> 8656378762                                        Pg 1/1

## North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39387
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

**INVOICE**
0043279101

| | |
|---|---|
| Invoice Date: | 08/30/06 |
| Account #: | SMOKY001 0001 |
| Branch/Division: | 40351001 |
| Phone #: | (850)471-8291 |
| Fax #: | (865)637-8762 |
| Page: | 1 of 1 |

**PLEASE REMIT TO:**
North Pacific
PO Box 843226
Cincinnati, OH  45284-3226
USA

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
6218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CPU PATE STEVEDORE
Pensacola FL 32526

| P.O.#: 707483 | Job #: 218 | Ordered By: | | |
|---|---|---|---|---|
| Ship Date: 08/29/06 | Ship Via:Truck | Bill #: | | |
| Frt. Term: Cust Pickup | Ref. #:  PENSACOLA, FL/16593 | Sales Agent: TRowell | | Orig. Inv #: |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| | | Claim adjustment amount due to 32 pcs being split | | | 5,875.20 |
| 612 | PC | 8GWGYAAA120504   1/2 4x12 | 29.3760 | 200.00 /MSF | |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |
| | | Claim Adjustment | | | -307.20 |

THANK YOU FOR THE ORDER!

A cash discount is not an automatic discount. It is an incentive to
pay within specified time. Unearned discounts will not be allowed.

*[handwritten notes:] ADJ for 34 pcs Damaged  Todd w/ North Pacific  make adj to be $316.40  8/30/06*

*[handwritten:] 5548.80*

**TERMS:** 1% CD 10 days ADI, net 30 days ADI
          You may deduct $58.75 if paid by 09/09/06

**TOTAL DUE:** $6,568.00

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per
month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be
assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction
will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for
ultimate destination in the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This
sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

cb:  Drywall - MDL 2047
    100124 - Smoky Mountain Materials, Inc.

# Purchase Order 707483-A

## Vendor Number   NORTHP

merald Coast Bldg Materials Pcola
40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

   North Pacific Group, Inc.
   P.O. Drawer 391
   Waynesboro, MS 39367

Ship To:

   Emerald Coast Bldg Materials Pcola
   8040 North Palafox Street
   Pensacola, FL  32534

#### **** THIS IS A CHANGE ORDER ****

| | | | | Origin | | 1% 10 net 30 |
|---|---|---|---|---|---|---|
| 8/04/06 | | | | | | N |
| | | | 08/04/06 | | | |

| | EA / | | DW1212 | | | |
|---|---|---|---|---|---|---|
| 578 | 08/04/06 | | 1/2" 4 X 12 REGULAR DRYWALL | 9.600 | | 5548.80 |

*Rec. 8/24/06*

| | |
|---|---|
| Non Taxable Subtotal | 5548.80 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge   1

Duplicate Copy

Authorized Signature

SM0125

cb:  Drywall - MDL 2047

100125 - Smoky Mountain Materials, Inc.

00/04/06 05:54:10   NorthPacificGrp,Inc->      423 929 9707   RightFax      Page 001

*MON.*



## North Pacific

www.northpacific.com

# Facsimile Transmission

To:      Name:      Bill
         Company:
         Fax Number: 1-850-471-6294
         Voice Phone:

From:    Name:      Todd Rowell
         Fax Number:
         Voice Phone:  1-800-378-3268//601-671-3268

## Fax Notes:

```
PICK-UP #'S
437511  707475  ┐
432784  707476  │
432785  707477  │
432786  707478  │    PO#'S
432787  707479  │
432788  707480  │    ───────
432789  707481  │
432790  707482  │
432791  707483  │
432792  707484  │
432793  707485  │
432794  707486  │
432795  707487  ┘
```

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

SM0126

cb: Drywall - MDL 2047

100126 - Smoky Mountain Materials, Inc.



# Purchase Order  707483

**Vendor Number  NORTHP**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

**To:**

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

**Ship To:**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|---|
| 08/04/06 | | | | | |
| | | 08/04/06 | | | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| | EA    / | | DW1212 | | | |
| 612 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | | ▬▬ | ▬▬ |

|  | |
|---|---|
| Non Taxable Subtotal | ▬▬ |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

Page    1

Vendor Original  (Reprinted)          Authorized Signature

SM0127

cb:  Drywall - MDL 2047
100127 - Smoky Mountain Materials, Inc.

# Purchase Order  707483
### Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| 8/04/08 | | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|---|
| | | 08/04/06 | | | N |
| 612 | EA      /
08/04/06 | DW1212
1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

*578*

*34 pcs DAMAGED (CRAKED) IN 1/2*

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge   1

Vendor Original  (Reprinted)                     Authorized Signature

SM0128

cb:  Drywall - MDL 2047
100128 - Smoky Mountain Materials, Inc.

# Purchase Order  707483

### Vendor Number   NORTHP

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:                                                    Ship To:

North Pacific Group, Inc.                  Emerald Coast Bldg Materials Pcola
P.O. Drawer 391                              8040 North Palafox Street
Waynesboro, MS 39367                   Pensacola, FL  32534

| 8/04/06 | | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|---|
| | | 08/04/06 | | | N |
| 612 | EA  /  08/04/06 | DW1212  1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

|  |  |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge   1

Duplicate Copy  (Reprinted)                          Authorized Signature

SM0129

cb:  Drywall - MDL 2047
100129 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
100130 - Smoky Mountain Materials, Inc.

SM0130

THIS SHIPPING ORDER

Shipper's No. 433291

Carrier's No.

Carrier's Name: Emco Official TBX 37

FROM 7204 Skipworth Rd

at Memphis 8-2300

Consigned TO General Gyp Building Materials

Destination 2040 Fairfield Pkwd

Route

Delivering Carrier

Collect on Delivery $

| No. Pkgs. | Description | Weight | Class or Rate |
|---|---|---|---|
| 9 | 540 Pcs 4'x12'x1/2" Gypsum Board 54729 | | |
| | C 612.00 | | |
| | Per 6729.33 | | |
| | June 9:10 AM | | |
| | Won't be responsible | | |

COLLENS DAMAGE 2 PCS

RATE STEVE NOTE

FOR MOTHER FOR TRUCK

2

A