UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

---

IN RE CHINESE-MANUFACTURED DRYWALL        MDL No. 2047

PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   SECTION: L

THIS DOCUMENT RELATES TO:

                                                    JUDGE FALLON

THE MITCHELL COMPANY, INC. v.        MAG. JUDGE WILKINSON

KNAUF GIPS, KG; et al.; Case No. 09-cv-4115

---

## DECLARATION OF CHUCK STEFAN

STATE OF ALABAMA

COUNTY OF MOBILE

     I, Chuck Stefan, after having been first duly sworn, state and affirm as follows:

     1.     My name is Chuck Stefan, and I am the Executive Vice President of The

Mitchell Company, Inc.

2.     Attached hereto as Exhibit A are the Plaintiff Profile Forms for certain houses in Pensacola, Florida, constructed by the Mitchell Company, Inc.  The information on the Profile Forms was true and correct at the time that they were prepared. All of the information is still true and correct, except we now know that the manufacturer of the drywall was Taishan Gypsum.

3.     Attached hereto as Exhibit B are true and correct copies of invoices reflecting Mitchell's purchases of drywall from Rightway Drywall Inc. These purchases were made for the purpose of building homes in Pensacola, Florida. Those homes are described in the Plaintiff Profile Forms attached as Exhibit A.

4. The photographs attached as Exhibit C were taken at 5926 Bilek Drive in Pensacola, FL and accurately depict the markings on the drywall in this and the other homes referenced in Mitchell's Plaintiff Profile Forms.

Chester J. Stefan

⅃2⅃

Sworn to and declared before me on this 30th day of April _____, 2012.


*Dorothy L. Brewer*

NOTARY PUBLIC

My commission expires: 09-25-2012

# EXHIBIT A

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: *UNKNOWN*

Address of Affected Property: *5910 BILEK De.*
*Pensacola FL 32526*

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form: *CHESTER STEFAN*

Is above your primary residence?   Yes   (No)

Mailing Address (if different): *P.O. BOX 160306*
*MOBILE, AL 36616*

Phone: *(251)-380-2929*

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   Owner-Occupant   Owner Only ,   Renter-Occupant

Represented By: *STEVE NICHOLAS*

Address: *1601 DAUPHIN ST.*
*MOBILE, AL 36604*

Phone: *251-471-6171*

Case No. /Docket Info: *09-00089 NORTHERN DISTRICT OF FLORIDA*

**Section II. Insurance Information**

Homeowner/ Renter Insurer:

Policy #:

Agent:

Address:

Phone: (     )         -

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One. | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Yes | No | |
| *THE MITCHELL CO. INC* | / / | / / | M / F | / / | Yes | No | *BUILDER* |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an Inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   TOM  CALDWELL

1.2. When did the inspection take place?   3 18 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   TOM  CALDWELL

2.2. When was this determination made?   3 18 09

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| UNKNOWN | MADE IN CHINA | ALL WALLS - NO CEILINGS |
| | | |
| | | |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1200 | | | |
| Estimated Sq. Ft. of Drywall | 3408 | Occupied | X | |
| Height of Interior Walls | 8 Ft | Year-round | X | |
| Number of Bedrooms | 3 | Summer | | |
| Number of Bathrooms | 2 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | | X | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 1 18 07 | Completion Date | 3 291 07 |
|---|---|---|---|
| Move In Date: | 10 11 07 | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

THE MITCHELL COMPANY, INC

Address:   P.O. BOX 160306
MOBILE, AL 36616

Phone:   (251) 380-2929

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:

RIGHT WAY DRYWALL

Address:   P.O. BOX 7017
WARNER ROBBINS, GA

Phone:   (478- 785 - 8444

**Section X. Drywall Supplier**

Drywall Supplier's Name:

RIGHT WAY DRYWALL, INC

Address:   7425 COCHRAN ST,
MALON, GA

Phone:   (478- 785 - 8444

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

# Deland
## 1200 * Square footage will vary depending upon exterior finish
24-0 x 62-0 (add 2' for covered porch)

*Mark Risco*
*Cottage Series*
5910 Bilek Dr.



LOT/BLK/COMM: _____
ELEVATION: _____
(Circle One)                    A        B
KITCHEN ORIENTATION: _____
(Circle One)              Left      Right
OPTIONAL COVERED PORCH (per plan)?
(Circle One)              YES       NO

Authorized By _____





www.mitchellhomes.com



EQUAL HOUSING
OPPORTUNITY



04/08

Mitchell Homes reserves the right of price, plan or specification change without notice.

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: UNKNOWN
Address of Affected Property: 5914 Bleck Dr Pensacola FL 32526

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form: CHESTER STEFAN

Is above your primary residence?   Yes   (No)

Mailing Address (if different): P.O. BOX 160306 MOBILE, AL 36616

Phone: (251)-380-2929

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   Owner-Occupant   Owner Only   Renter-Occupant

Represented By: STEVE NICHOLAS
Address: 1601 DAUPHIN ST, MOBILE, AL 36604

Phone: 251-471-6171

Case No./Docket Info: 09-00089 NORTHERN DISTRICT OF FLORIDA

**Section II. Insurance Information**

Homeowner/ Renter Insurer:

Policy #:

Agent:

Address:

Phone: (   )

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-In | Leave | | | Circle One. | | |
| THE MITCHELL CO. INC | / / | / / | M / F | / / | Yes | No | BUILDER |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   TOM CALDWELL

1.2. When did the inspection take place?   3 18 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   TOM CALDWELL

2.2. When was this determination made?   3 18 09

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| UNKNOWN | MADE IN CHINA | ALL WALLS - NO CEILINGS |
| | | |
| | | |

**Section VI. Home Information**

| | | Yes | No |
|---|---|---|---|
| Approx. Sq. Ft. of House: | 1016 | | |
| Estimated Sq. Ft. of Drywall | 3936 | Occupied | X | |
| Height of Interior Walls | 8 FT | Year-round | X | |
| Number of Bedrooms | 2 | Summer | | |
| Number of Bathrooms | 2 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | | X | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 8 18 06 | Completion Date | 10 18 06 |
|---|---|---|---|
| Move In Date: | 10 31 06 | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

THE MITCHELL COMPANY, INC

Address:   P.O. BOX 160306
MOBILE, AL 36616

Phone:   251) 380-2929

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:

RIGHT WAY DRYWALL

Address:   P.O. BOX 7617
WARNER ROBBINS, GA

Phone:   (478-785-8444

**Section X. Drywall Supplier**

Drywall Supplier's Name:

RIGHT WAY DRYWALL, INC

Address:   7425 COCHRAN ST,
MALON, GA

Phone:   (478-785-8444

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| _____ Claimant's Signature | 9/1/09 Date Signed | _____ Claimant's Signature | _____ Date Signed |
| _____ Claimant's Signature | _____ Date Signed | _____ Claimant's Signature | _____ Date Signed |
| _____ Claimant's Signature | _____ Date Signed | _____ Claimant's Signature | _____ Date Signed |

# Freeport

*Lynn Lussier*

*Cottage Series*

5914 Bilek N

## 1016  * Square footage will vary depending upon exterior finish

25-0 x 53-0 (add 10' for covered porch)



LOT/BLK/COMM: _____

ELEVATION: _____
(Circle One)                    A          B

KITCHEN ORIENTATION:
(Circle One)              Left      Right

OPTIONAL COVERED PORCH (per plan)
(Circle One)              YES      NO

_____
Authorized By





### AREA CALCULATIONS

| | |
|---|---|
| LIVING AREA | 1016 |
| GARAGE | 261 |
| FRONT COVD. PORCH | 108 |
| TOTAL | 1386 |
| PATIO | 130 |

## www.mitchellhomes.com



EQUAL HOUSING
OPPORTUNITY



**Mitchell Homes**
BUILDING AFFORDABLE HOMES FOR OVER 50 YEARS

Mitchell Homes reserves the right of price, plan or specification change without notice.

04/08

Plaintiff Profile Form – Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION                SECTION: L
THIS DOCUMENT RELATES TO: ALL CASES          JUDGE FALLON
                                             MAG. JUDGE WILKINSON

| For Internal Use Only |
| --- |
| File Number |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: UNKNOWN
Address of Affected Property: 5918 Bilek Dr. Pensacola FL 32526

Is this Property: (Residential)   Commercial   Governmental

Name of Person Completing this Form: CHESTER STEFAN

Is above your primary residence? Yes (No)

Mailing Address (if different): P.O. BOX 160306 MOBILE, AL 36616

Phone: (251)-380-2929

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   Owner-Occupant   Owner Only   , Renter-Occupant

Represented By: STEVE NICHOLAS
Address: 1601 DAUPHIN ST, MOBILE, AL 36604

Phone: 251-471-6171
Case No./Docket Info: 09-00089 NORTHERN DISTRICT OF FLORIDA

**Section II. Insurance Information**

Homeowner/ Renter Insurer: _____

Policy #: _____
Agent: _____
Address: _____

Phone: ( ) _____

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One. | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Move-in | Leave | | | | | |
| THE MITCHELL CO. INC. | / / | / / | M / F | / / | Yes | No | BUILDER |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   TOM CALDWELL

1.2. When did the inspection take place?   3 18 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   TOM CALDWELL

2.2. When was this determination made?   3 18 09

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| UNKNOWN | MADE IN CHINA | ALL WALLS - NO CEILINGS |
| | | |
| | | |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1254 | | | |
| Estimated Sq. Ft. of Drywall | 4416 | Occupied | X | |
| Height of Interior Walls | 8 FT | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | | X | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 7 13 06 | Completion Date | 10 11 06 |
|---|---|---|---|
| Move In Date: | 10 27 06 | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

Address:   THE MITCHELL COMPANY, INC
P.O. BOX 160306
MOBILE, AL 36616

Phone:   251 380-2929

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:   RIGHT WAY DRYWALL

Address:   P.O. BOX 7817
WARNER ROBBINS, GA

Phone:   (478- 785 - 8444

**Section X. Drywall Supplier**

Drywall Supplier's Name:   RIGHT WAY DRYWALL, INC

Address:   7425 COCHRAN ST.
MACON, GA

Phone:   (478- 785 - 8444

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |
|---|

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | _9/1/09_ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

# Delmar

*Lula Daniels*
*Cottage Series*
5918
Bilek Dr.

## 1264 * Square footage will vary depending upon exterior finish

25-0 x 65-0 (add 10' for covered porch)



LOT/BLK/COMM: _____
ELEVATION: _____
(Circle One)                    A        B
KITCHEN ORIENTATION: _____
(Circle One)                 Left        Right
OPTIONAL COVERED PORCH (per plan)?
(Circle One)                 YES        NO

_____
Authorized By _____

### ELEVATION A



### ELEVATION B



AREA CALCULATIONS

| | |
|---|---|
| LIVING AREA | 1264 s.f. |
| GARAGE | 306 s.f. |
| COVD. PORCHES | 375 s.f. |
| TOTAL AREA | 1955 s.f. |

## www.mitchellhomes.com



EQUAL HOUSING OPPORTUNITY



# Mitchell Homes
### BUILDING AFFORDABLE HOMES FOR OVER 50 YEARS

04/08

Mitchell Homes reserves the right of price, plan or specification change without notice.

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION                SECTION: L
THIS DOCUMENT RELATES TO: ALL CASES          JUDGE FALLON
                                             MAG. JUDGE WILKINSON

| For Internal Use Only |
|---|
| File Number |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn your responses are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: **UNKNOWN**

Address of Affected Property: **5919 DiLeK Pensacola FL 32526**

Is this Property: *Residential*   Commercial   Governmental

Name of Person Completing this Form: **CHESTER STEFAN**

Is above your primary residence? Yes **No**

Mailing Address (if different): **P.O. BOX 160306 MOBILE, AL 36616**

Phone: **(251)-380-2929**

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   Owner-Occupant   Owner Only   Renter-Occupant

Represented By: **STEVE NICHOLAS**

Address: **1601 DAUPHIN ST MOBILE, AL 36604**

Phone: **251-471-6171**

Case No./Docket Info: **09-00089 NORTHERN DISTRICT OF FLORIDA**

### Section II. Insurance Information

Homeowner/ Renter Insurer: _____

Policy #: _____

Agent: _____

Address: _____

Phone: (    ) _____

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One. | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | | |
| THE MITCHELL CO. INC | / / | / / | M / F | / / | Yes | No | BUILDER |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   TOM CALDWELL

1.2. When did the inspection take place?   3 18 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   TOM CALDWELL

2.2. When was this determination made?   3 18 09

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| UNKNOWN | MADE IN CHINA | ALL WALLS - NO CEILINGS |
| | | |
| | | |

**Section VI. Home Information**

| | | Yes | No |
|---|---|---|---|
| Approx. Sq. Ft. of House: | 1016 | | |
| Estimated Sq. Ft. of Drywall | 3936 | Occupied | X | |
| Height of Interior Walls | 8 FT | Year-round | X | |
| Number of Bedrooms: | 2 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | | X | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 8 17 06 | Completion Date | 10 4 06 |
|---|---|---|---|
| Move In Date: | 12 22 06 | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:
THE MITCHELL COMPANY, INC

Address:   P.O. BOX 160306,
MOBILE, AL 36616

Phone:   251 380-2929

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:   RIGHT WAY DRYWALL

Address:   P.O. BOX 7017
WARNER ROBBINS, GA

Phone:   (478 - 785 - 8444

**Section X. Drywall Supplier**

Drywall Supplier's Name:   RIGHT WAY DRYWALL, INC

Address:   7425 COCHRAN ST,
MALON, GA

Phone:   (478 - 785 - 8444

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| Claimant's Signature | 9/1/09 Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3

# Freeport

*Ronald Hawey*

*Cottage Series*

5919 Bilak Dr.

## 1016 * Square footage will vary depending upon exterior finish

25-0 x 53-0 (add 10' for covered porch)



LOT/BLK/COMM:

ELEVATION:
(Circle One)          A          B

KITCHEN ORIENTATION:
(Circle One)               Left     Right

OPTIONAL COVERED PORCH (per plan):
(Circle One)               YES     NO

Authorized By:



**ELEVATION A**



**ELEVATION B**



### AREA CALCULATIONS
| | |
|---|---|
| LIVING AREA | 1016 |
| GARAGE | 267 |
| FRONT COVD. PORCH | 108 |
| TOTAL | 1388 |
| PATIO | 130 |

# www.mitchellhomes.com



EQUAL HOUSING OPPORTUNITY



# Mitchell Homes
### BUILDING AFFORDABLE HOMES FOR OVER 50 YEARS

Mitchell Homes reserves the right of price, plan or specification change without notice.

04/08

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number _____

Date Received _____

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner **UNKNOWN**

Address of Affected Property **5923 BILCK Pensacola FL 32526**

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form **CHESTER STEFAN**

Is above your primary residence? Yes (No)

Mailing Address (if different) **P.O. BOX 160306 MOBILE, AL 36616**

Phone: **(251)-380-2929**

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: Owner-Occupant   Owner Only   Renter-Occupant

Represented By: **STEVE NICHOLAS**

Address: **1601 DAUPHIN ST. MOBILE, AL 36604**

Phone: **251-471-6171**

Case No./Docket Info: **09-00089 NORTHERN DISTRICT OF FLORIDA**

**Section II. Insurance Information**

Homeowner/ Renter Insurer: _____

Policy #: _____

Agent: _____

Address: _____

Phone: ( ) _____

**+ Attach Copy of Insurance Declaration Page**

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal Injuries?* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-In | Leave | | | Circle One | | |
| **THE MITCHELL CO. INC** | / / | / / | M / F | / / | Yes | No | **BUILDER** |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

    1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   TOM CALDWELL

    1.2. When did the inspection take place?   3 18 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

    2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   TOM CALDWELL

    2.2. When was this determination made?   3 18 09

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| UNKNOWN | MADE IN CHINA | ALL WALLS - NO CEILINGS |
| | | |
| | | |

## Section VI. Home Information

| Approx. Sq. Ft. of House: | 1016 | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | 3408 | Occupied | X | |
| Height of Interior Walls | 8 FT | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | X |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | | X | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 8 17 06 | Completion Date | 10 16 06 |
|---|---|---|---|
| Move in Date: | 2 28 07 | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move in Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

THE MITCHELL COMPANY, INC

Address:   P.O. BOX 160306
MOBILE, AL 36616

Phone:   251) 380-2929

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

RIGHT WAY DRYWALL

Address:   P.O. BOX 7017
WARNER ROBBINS, GA

Phone:   (478 - 785 - 8444

## Section X. Drywall Supplier

Drywall Supplier's Name:

RIGHT WAY DRYWALL, INC

Address:   7425 COCHRAN ST,
MALON, GA

Phone:   (478 - 785 - 8444

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed 9/1/09 | Claimant's Signature | Date Signed |
|---|---|---|---|

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|

# Deland

## 1200

*Charles Padgett
Cottage Series
5923 Bilok Dr.*

* Square footage will vary depending upon exterior finish

24-0 x 62-0 (add 2' for covered porch)

LOT/BLK/COMM:_____

ELEVATION:_____
(Circle One)                    A        B

KITCHEN ORIENTATION:_____
(Circle One)              Left    Right

OPTIONAL COVERED PORCH (per plan):_____
(Circle One)              YES    NO

Authorized By_____



PATIO
OPTIONAL COVERED PORCH

LIVING ROOM    MASTER BEDROOM

DINING ROOM

BATH

KITCHEN    BATH

LNDRY RM.

BEDROOM #1    BEDROOM #2

ADD PORCH FOR ELEV. "A"    COVD PORCH ELEV. "B"

AREA CALCULATIONS
LIVING AREA    1200
PORC-IES       109
TOTAL          1309
PATIO          150



**ELEVATION A**



**ELEVATION B**

# www.mitchellhomes.com



EQUAL HOUSING OPPORTUNITY



# Mitchell Homes
### BUILDING AFFORDABLE HOMES FOR OVER 50 YEARS

Mitchell Homes reserves the right of price, plan or specification change without notice.

04/08

Plaintiff Profile Form – Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

| For Internal Use Only |
|---|
| File Number |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: UNKNOWN
Address of Affected Property: 5926 BILEK DR. Pensacola FL 32526

Is this Property: (Residential)   Commercial   Governmental

Name of Person Completing this Form: CHESTER STEFAN

Is above your primary residence? Yes (No)

Mailing Address (if different): P.O. BOX 160306 MOBILE, AL 36616

Phone: (251)-380-2929

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: Owner-Occupant   Owner Only   Renter-Occupant

Represented By: STEVE NICHOLAS
Address: 1601 DAUPHIN ST, MOBILE, AL 36604

Phone: 251-471-6171

Case No./Docket Info: 09-00089 NORTHERN DISTRICT OF FLORIDA

**Section II. Insurance Information**

Homeowner/ Renter Insurer:

Policy #:
Agent:
Address:

Phone: ( )

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal Injuries?* Circle One. | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | | |
| THE MITCHELL CO. INC | / / | / / | M / F | / / | Yes | No | BUILDER |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   TOM CALDWELL

1.2. When did the inspection take place?   3 18 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   TOM CALDWELL

2.2. When was this determination made?   3 18 09

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| UNKNOWN | MADE IN CHINA | ALL WALLS - NO CEILINGS |
| | | |
| | | |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1254 | | | |
| Estimated Sq. Ft. of Drywall | 4416 | Occupied | X | |
| Height of Interior Walls | 8 FT | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | | X | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 8 /10/ 06 | Completion Date | 10 /18/ 06 |
|---|---|---|---|
| Move in Date: | 12 /15/ 06 | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move in Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

THE MITCHELL COMPANY, INC

Address:   P.O. BOX 160306
MOBILE, AL 36616

Phone:   251 380-2929

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:   RIGHT WAY DRYWALL

Address:   P.O. BOX 7017
WARNER ROBBINS, GA

Phone:   (478 785 - 8444

**Section X. Drywall Supplier**

Drywall Supplier's Name:   RIGHT WAY DRYWALL, INC

Address:   7425 COCHRAN ST,
MACON, GA

Phone:   (478 - 785 - 8444

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

# Delmar
## 1264

*Nana Williams*
*Cottage Series*
*5926*
*Bilek Dr.*

\* Square footage will vary depending upon exterior finish

25-0 x 65-0 (add 10' for covered porch)



LOT/BLK/COMM:

ELEVATION:

(Circle One)                    A        B

KITCHEN ORIENTATION:

(Circle One)              Left    Right

OPTIONAL COVERED PORCH (per plan):

(Circle One)              YES    NO

Authorized By:



ELEVATION A



ELEVATION B

AREA CALCULATIONS
LIVING AREA
GARAGE
COVD. PORCHES
TOTAL AREA


EQUAL HOUSING
OPPORTUNITY

# www.mitchellhomes.com


## Mitchell Homes
### BUILDING AFFORDABLE HOMES FOR OVER 50 YEARS

04/08

Mitchell Homes reserves the right of price, plan or specification change without notice.

Plaintiff Profile Form – Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

| For Internal Use Only |
|---|
| File Number |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: UNKNOWN
Address of Affected Property: 5934 Bilek Dr. Pensacola FL 32526

Is this Property: (Residential)   Commercial   Governmental

Name of Person Completing this Form: CHESTER STEFAN

Is above your primary residence?   Yes   (No)

Mailing Address (if different): P.O. BOX 160306 MOBILE, AL 36616

Phone: (251-380-2929)

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   Owner-Occupant   Owner Only   , Renter-Occupant

Represented By: STEVE NICHOLAS
Address: 1601 DAUPHIN ST. MOBILE, AL 36604

Phone: 251-471-6171
Case No./Docket Info: 09-00089   NORTHERN   DISTRICT OF FLORIDA

**Section II. Insurance Information**

Homeowner/ Renter Insurer:

Policy #:
Agent:
Address:

Phone: (    )

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied Move-In | Leave | Gender | Date of Birth | Are you claiming personal Injuries?* Circle One. | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| THE MITCHELL CO. INC | / / | / / | M / F | / / | Yes   No | BUILDER |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   TOM CALDWELL

1.2. When did the inspection take place?   3 18 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   TOM CALDWELL

2.2. When was this determination made?   3 18 09

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| UNKNOWN | MADE IN CHINA | ALL WALLS - NO CEILINGS |

### Section VI. Home Information

| | | Yes | No |
|---|---|---|---|
| Approx. Sq. Ft. of House: | 922 | | |
| Estimated Sq. Ft. of Drywall | 2688 | | |
| | Occupied | X | |
| Height of Interior Walls | 8 FT | Year-round | X |
| Number of Bedrooms: | 2 | Summer | |
| Number of Bathrooms: | 2 | Winter | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | | X | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 8 18 06 | Completion Date | 10 19 06 |
|---|---|---|---|
| Move in Date: | 10 19 06 | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move in Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:   THE MITCHELL COMPANY, INC
P.O. BOX 160306
MOBILE, AL 36616

Phone:   251 380-2929

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:   RIGHT WAY DRYWALL

Address:   P.O. BOX 7017
WARNER ROBBINS, GA

Phone:   (478- 785 - 8444

### Section X. Drywall Supplier

Drywall Supplier's Name:   RIGHT WAY DRYWALL, INC

Address:   7425 COCHRAN ST,
MALON, GA

Phone:   (478- 785 - 8444

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| _____ | 9/1/09 | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

# Arbor

## 922

*Square footage will vary depending upon exterior finish*

24-10 x 47-6

*Susan Posey*
*Cottage Series*
5936 5934
Bilek Dr





LOT/BLK/COMM: _____

ELEVATION: _____
(Circle One)          A        B

KITCHEN ORIENTATION: _____
(Circle One)          Left    Right

OPTIONAL COVERED PORCH (per plan)?
(Circle One)          YES    NO

Authorized By: _____



ELEVATION A

| AREA CALCULATIONS | |
|---|---|
| LIVING AREA | 922 |
| STORAGE | 32 |
| PORCH | 44 |
| TOTAL | 998 |
| PATIO | 130 |

# www.mitchellhomes.com



EQUAL HOUSING OPPORTUNITY



# Mitchell Homes
## BUILDING AFFORDABLE HOMES FOR OVER 50 YEARS

04/08

Mitchell Homes reserves the right of price, plan or specification change without notice.

Plaintiff Profile Form: Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: *UNKNOWN*

Address of Affected Property: *5938 Bilek Dr. Pensacola FL 32526*

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form: *CHESTER STEFAN*

Is above your primary residence?   Yes  (No)

Mailing Address (if different): *P.O. BOX 160306 MOBILE, AL 36616*

Phone: *(251)-380-2929*

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   Owner-Occupant   Owner Only   Renter-Occupant

Represented By: *STEVE NICHOLAS*

Address: *1601 DAUPHIN ST. MOBILE, AL 36604*

Phone: *251-471-6171*

Case No./Docket Info: *09-00089 NORTHERN DISTRICT OF FLORIDA*

**Section II. Insurance Information**

Homeowner/ Renter Insurer: _____

Policy #: _____

Agent: _____

Address: _____

Phone: ( ) _____

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-In | Leave | | | Circle One. | | |
| *THE MITCHELL CO. INC.* | / / | / / | M / F | / / | Yes | No | *BUILDER* |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?     (Yes)   No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   TOM CALDWELL

1.2. When did the inspection take place?   3 18 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   TOM CALDWELL

2.2. When was this determination made?   3 18 09

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location In Home |
|---|---|---|
| UNKNOWN | MADE IN CHINA | ALL WALLS - NO CEILINGS |
| | | |
| | | |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 922 | | | |
| Estimated Sq. Ft. of Drywall | 2688 | Occupied | X | |
| Height of Interior Walls | 8 FT | Year-round | X | |
| Number of Bedrooms: | 2 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | | X | |
| Were repairs made to the plumbing system? | | | X |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date | 8 23 06 | Completion Date | 10 13 06 |
|---|---|---|---|
| Move In Date | 11 30 06 | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:   THE MITCHELL COMPANY, INC

Address:   P.O. BOX 160306   MOBILE, AL 36616

Phone:   251) 380-2929

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:   RIGHT WAY DRYWALL

Address:   P.O. BOX 7817   WARNER ROBBINS, GA

Phone:   (478 - 785 - 8444

**Section X. Drywall Supplier**

Drywall Supplier's Name:   RIGHT WAY DRYWALL, INC

Address:   7425 COCHRAN ST,   MACON, GA

Phone:   (478 - 785 - 8444

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | |
|---|---|
| _____ 9/1/09 | _____ |
| Claimant's Signature   Date Signed | Claimant's Signature   Date Signed |
| _____ | _____ |
| Claimant's Signature   Date Signed | Claimant's Signature   Date Signed |
| _____ | _____ |
| Claimant's Signature   Date Signed | Claimant's Signature   Date Signed |

# Arbor

**922**  * Square footage will vary depending upon exterior finish

24-10 x 47-6

*Randy Hughes*
*Cottage Series*
5938
*Bilek Dr*



**LOT/BLK/COMM:** _____

**ELEVATION:** _____
(Circle One)                A          B

**KITCHEN ORIENTATION:** _____
(Circle One)                Left    Right?

**OPTIONAL COVERED PORCH** (per plan)?
(Circle One)                YES    NO

_____
Authorized By

**ELEVATION A**





| AREA CALCULATIONS | |
|---|---|
| LIVING AREA | 922 |
| STORAGE | 32 |
| PORCH | 44 |
| TOTAL | 998 |
| PATIO | 130 |

# www.mitchellhomes.com





EQUAL HOUSING OPPORTUNITY

Mitchell Homes reserves the right of price, plan or specification change without notice.

04/08

Plaintiff Profile Form – Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number _____

Date Received _____

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: UNKNOWN

Address of Affected Property: 1698 Bright Leaf Ct Cantonment FL 32533

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form: CHESTER STEFAN

Is above your primary residence? Yes (No)

Mailing Address (if different): P.O. BOX 160306 MOBILE, AL 36616

Phone: (251)-380-2929

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: Owner-Occupant   Owner Only   Renter-Occupant

Represented By: STEVE NICHOLAS

Address: 1601 DAUPHIN ST, MOBILE, AL 36604

Phone: 251-471-6171

Case No. /Docket Info: 09-00089 NORTHERN DISTRICT OF FLORIDA

**Section II. Insurance Information**

Homeowner/ Renter Insurer: _____

Policy #: _____

Agent: _____

Address: _____

Phone: (   ) _____

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One. | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Yes | No | |
| THE MITCHELL CO. INC | / / | / / | M / F | / / | Yes | No | BUILDER |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   TOM  CALDWELL

1.2. When did the inspection take place?   3 18 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   TOM  CALDWELL

2.2. When was this determination made?   3 18 09

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| UNKNOWN | MADE IN CHINA | ALL WALLS - NO CEILINGS |
| | | |
| | | |

**Section VI. Home Information**

| | | | | Yes | No |
|---|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2967 | | | | |
| Estimated Sq. Ft. of Drywall | 7488 | Occupied | | X | |
| Height of Interior Walls | 9 + 15 Ft | Year-round | | X | |
| Number of Bedrooms: | 4 | Summer | | | |
| Number of Bathrooms: | 3 | Winter | | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | | X | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 1 / 17 / 07 | Completion Date | 11 / 10 / 06 |
|---|---|---|---|
| Move In Date: | 1 / 17 / 07 | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

THE MITCHELL COMPANY, INC

Address:   P.O. BOX 160306
MOBILE, AL 36616

Phone:   251  380-2929

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:   RIGHT WAY DRYWALL

Address:   P.O. BOX 7017
WARNER ROBBINS, GA

Phone:   (478- 785 - 8444

**Section X. Drywall Supplier**

Drywall Supplier's Name:   RIGHT WAY DRYWALL, INC

Address:   7425 COCHRAN ST,
MALON, GA

Phone:   (478- 785 - 8444

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| _____ | 9/1/09 | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3

*1693 Brightleaf*
*Lister*



# Winnfield

**Elevation A**

**Elevation B**

## Winnfield
## 2967

3/05



*Barrier-Free Housing*

www.mitchellhomes.com



# Mitchell Homes
## BUILDING FINE HOMES IN DELIGHTFUL COMMUNITIES



EQUAL HOUSING OPPORTUNITY

Maintaining a policy of continual research and improvement, Mitchell Homes reserves the right of price, plan or specification change without notice.

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number _____

Date Received _____

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

## Section I. Property Information

Name Property Owner **Blake Weekley**

Address of Affected Property **6227 Clear Creek Rd**
**Milton, FL 32570**

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form **Heritage Homes**

Is above your primary residence?   Yes   (No)

Mailing Address (if different) **Heritage Homes**
**PO Box 190879**
**Mobile, AL 36619-0879**

Phone: **(251) 666-3950**

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   Owner-Occupant   Owner Only   Renter-Occupant

Represented By: **Steven L. Nicholas**
Address: **Cunningham Bounds, LLC**
**PO Box 66705**
**Mobile, AL 36660**

Phone: **(251) 471-6191**

Case No. /Docket Info: _____

## Section II. Insurance Information

Homeowner/ Renter Insurer: _____

Policy #: _____

Agent: _____

Address: _____
_____
_____

Phone: ( ) _____

+ Attach Copy of Insurance Declaration Page

## Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Heritage Homes | / / | / / | M / F | / / | Yes   No | Builder |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)  No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Heritage Homes

1.2. When did the inspection take place?   05/ /09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)  No

2.1. If "Yes" to Question 2.0 Section IV. Who made this determination?   Heritage Homes

2.2. When was this determination made?   05/ /09

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| China | See attached photo | throughout |
| | | |
| | | |
| | | |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2470 | | | |
| Estimated Sq. Ft. of Drywall | 9072 | Occupied | ✔ | |
| Height of Interior Walls | 8' | Year-round | ✔ | |
| Number of Bedrooms: | 4 | Summer | | ✔ |
| Number of Bathrooms: | 2 | Winter | | ✔ |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | ✔ | |
| Copper Piping | ✔ | | |
| Copper Fixtures | ✔ | | |
| Other Fixtures | ✔ | | |
| Were repairs made to the plumbing system? | | ✔ | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✔ | | |
| Switches | ✔ | | |
| Main Panel | | ✔ | |
| 2nd Panel | ✔ | | |
| Exposed Copper Wires | ✔ | | |
| Were repairs made to the electrical system? | | ✔ | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 06/12/06 | Completion Date | 11/09/06 |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | 11/09/06 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| | Yes | No | N/A |
|---|---|---|---|
| Renovation(s) | | | |
| First Floor: 1/2 Wall of drywall replaced | | ✔ | |
| First Floor: Full Wall of drywall replaced | | ✔ | |
| Second Floor: Any drywall replaced | | ✔ | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

Heritage Homes of NW Florida

Address:   PO Box 190879

Mobile, AL

Phone:   (251) 666- 3950

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:

Champion Drywall

Address:   4348 Hwy 90

Pace, FL 32571

Phone:   (850) 995-7202

**Section X. Drywall Supplier**

Drywall Supplier's Name:

Smokey Mountain Materials, Inc

Address: d/b/a Emerald Coast Bldg Materials

8040 North Palafox St.

Pensacola, FL 32534

Phone:   ( )   .

Supplier:   North Pacific Group, Inc.
10200 SW Greenburg Road
Portland, OR   97223

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | 9/2/09 | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |





Weekley



Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: **James Knowles**
Address of Affected Property: **4355 Highway 4**
**Jay, FL 32565**

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form: **Heritage Homes**

Is above your primary residence?   Yes   (No)

Mailing Address (if different): **Heritage Homes**
**PO Box 190879**
**Mobile, AL 36619-0879**

Phone: **(251) 666 - 3950**

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   Owner-Occupant   Owner Only   Renter-Occupant

Represented By: **Steven L. Nicholas**
Address: **Cunningham Bounds, LLC**
**PO Box 66705**
**Mobile, AL 36660**

Phone: **(251) 471 - 6191**

Case No./Docket Info:

**Section II. Insurance Information**

Homeowner/ Renter insurer:

Policy #:

Agent:

Address:

Phone: (          )          -

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | | |
| | | | | | Yes | No | |
| Heritage Homes | / / | / / | M / F | / / | Yes | No | Builder |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)  No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Heritage Homes

   1.2. When did the inspection take place?   04/00/09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)  No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Heritage Homes

   2.2. When was this determination made?   04/00/09

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| China | See attached photo | throughout |
| | | |
| | | |
| | | |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1907 | | | |
| Estimated Sq. Ft. of Drywall | 7680 | Occupied | ✔ | |
| Height of Interior Walls | 8' | Year-round | ✔ | |
| Number of Bedrooms: | 4 | Summer | | |
| Number of Bathrooms: | 2 | Winter | ✔ | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | |
| Copper Piping | ✔ | | |
| Copper Fixtures | ✔ | | |
| Other Fixtures | ✔ | | |
| Were repairs made to the plumbing system? | | ✔ | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✔ | | |
| Switches | ✔ | | |
| Main Panel | | ✔ | |
| 2nd Panel | ✔ | | |
| Exposed Copper Wires | ✔ | | |
| Were repairs made to the electrical system? | | ✔ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start Date: | 06/19/06 | Completion Date | 10/09/06 |
| Move In Date: | / / | Date Acquired Home | 10/09/06 |

Date Range for Renovations: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | ✔ | |
| First Floor: Full Wall of drywall replaced | | ✔ | |
| Second Floor: Any drywall replaced | | ✔ | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

Heritage Homes of NW Florida

Address:   PO Box 190879

Mobile, AL

Phone:   (251) 666- 3950

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:

Boutwell Drywall

Address:   7537 Pine Meadows Loop

Pace, FL   32571

Phone:   (850) 994- 4897

**Section X. Drywall Supplier**

Drywall Supplier's Name:

Smokey Mountain Materials, Inc

Address: d/b/a Emerald Coast Bldg Materials

8040 North Palafox St.

Pensacola, FL   32534

Phone:   (   )   -

Supplier:   North Pacific Group, Inc.
10200 SW Greenburg Road
Portland, OR   97223

Plaintiff Profile Form – Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| Claimant's Signature | 9/2/09<br>Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3