

HERITAGE HOMES
2475 NINE MILE RD SUITE E
PENSACOLA FL 32514
Phone (850) 477-0006
DRAWN BY : COMPU-EASY SERVICES

The Cambridge
Knowles Residence
DRAWING DATE : Feb. 20, 2006
Approved By :

THESE PLANS ARE FOR THE EXPRESS USE
BY HERITAGE HOMES OF MOBILE, INC. NOT
TO BE COPIED OR USED FOR ANY OTHER
PURPOSE THAN IN THE CONSTRUCTION OF
A HOME BY HERITAGE HOMES.

CITY:
COUNTY:
STATE:

SHEET
1

FLOOR PLAN
SCALE 1/4" = 1'0"

OVERVIEW

PERSPECTIVE VIEW

Knowles



Knowles



Knowles



Knowles



Plaintiff Profile Form - Residential Properties

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

---

**Section I. Property Information**

Name Property Owner: **I.D. Brewton**

Address of Affected Property: **8804 Jernigan Road**
**Pensacola, FL 32514**

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form: **Heritage Homes**

Is above your primary residence?   Yes   (No)

Mailing Address (if different): **Heritage Homes**
**PO Box 190879**
**Mobile, AL 36619-0879**

Phone: **(251) 666-3950**

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   Owner-Occupant   Owner Only   Renter-Occupant

Represented By: **Steven L. Nicholas**

Address: **Cunningham Bounds, LLC**
**PO Box 66705**
**Mobile, AL 36660**

Phone: **(251) 471-6191**

Case No. /Docket Info:

---

**Section II. Insurance Information**

Homeowner/ Renter Insurer:

Policy #:

Agent:

Address:

Phone: (        ) -

**+ Attach Copy of Insurance Declaration Page**

---

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | | |
| Heritage Homes | / / | / / | M / F | / / | Yes | No | Builder |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Heritage Homes

1.2. When did the inspection take place?   05/20/09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Heritage Homes

2.2. When was this determination made?   05/20/09

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| China | See attached photo | throughout |
| | | |
| | | |
| | | |

## Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2403 | | | |
| Estimated Sq. Ft. of Drywall | 8640 | Occupied | ✔ | |
| Height of Interior Walls | 8' | Year-round | ✔ | |
| Number of Bedrooms: | 4 | Summer | ✔ | |
| Number of Bathrooms: | 2 | Winter | ✔ | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | ✔ | |
| Copper Piping | ✔ | | |
| Copper Fixtures | ✔ | | |
| Other Fixtures | ✔ | | |
| Were repairs made to the plumbing system? | | ✔ | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✔ | | |
| Switches | ✔ | | |
| Main Panel | | ✔ | |
| 2nd Panel | ✔ | | |
| Exposed Copper Wires | ✔ | | |
| Were repairs made to the electrical system? | | ✔ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start Date: 05/08/06 | Completion Date | 10/13/06 | |
| Move In Date: / / | Date Acquired Home | 10/13/06 | |

Date Range for Renovations: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start Date: / / | Completion Date | / / | |
| Move In Date: / / | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | ✔ | |
| First Floor: Full Wall of drywall replaced | | ✔ | |
| Second Floor: Any drywall replaced | | ✔ | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Heritage Homes of NW Florida

Address:   PO Box 190879

Mobile, AL

Phone:   (251) 666- 3950

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

Boutwell Drywall

Address:   7537 Pine Meadows Loop

Pace, FL 32571

Phone:   (850) 994-4897

## Section X. Drywall Supplier

Drywall Supplier's Name:

Smokey Mountain Materials, Inc

Address: d/b/a Emerald Coast Bldg Materials

8040 North Palafox St.

Pensacola, FL 32534

Phone:   ( )   .

Supplier:   North Pacific Group, Inc.

10200 SW Greenburg Road

Portland, OR   97223

Plaintiff Profile Form – Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| Claimant's Signature | 9/2/09 Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3



FLOOR PLAN
SCALE 1/4" = 1'0"

OVERVIEW

PERSPECTIVE VIEW

HERITAGE HOMES
P.O. Box 190879
Mobile, Al 36619
Phone (850)477-0006
DRAWN BY : COMPU-EASY SERVICES

The Cambridge
Brewton Residence
DRAWING DATE : Dec, 8, 2005
Approved By :

THESE PLANS ARE FOR THE EXPRESS USE
BY HERITAGE HOMES OF MOBILE, INC. NOT
TO BE COPIED OR USED FOR ANY OTHER
PURPOSE THAN IN THE CONSTRUCTION OF
A HOME BY HERITAGE HOMES.
CITY:         COUNTY:         STATE:

SHEET
1



# EXHIBIT B

# Mitchell Homes

Mr. Mike Jenkins                                          March 3, 2009
Rightway Drywall, Inc.
7425 Cochran Street
Macon, Georgia   31216

Dear Mike,

I hope you can be of some assistance.  I am sure you are aware of the Chinese sheetrock issue in southern Florida.  It appears as though Lennar has taken a direct hit.

We have had some of the same symptoms here in Pensacola.  Specifically, we have experienced repeated replacements of evaporative coils.  This has been confined to one subdivision and to date nine homes.

I have enclosed the sheetrock invoices for the homes experiencing the problem.  My request of you is to enquire with Emerald Coast as to the possibility of these homes containing the suspect sheetrock.

The stories from South Florida are trickling North via the Internet.  We would like to be proactive with our action before the trickle turns flood-like.  Our experience is limited to the replacement of evaporative coils only.

Mike if there is any information you can provide, we would be most appreciative.

Respectfully,

Tom Caldwell
Mitchell homes
Pensacola, Florida

3298 SUMMIT BOULEVARD, #18 • PENSACOLA, FLORIDA 32503-4350 • (850) 433-6400 • FAX (850) 433-6447

**RIGHTWAY 0010**

MDL-2047 re Drywall - Mitchell
cb:100710

08/29/2006 TUE 10:43 FAX ┄┄ Peggy/Joe Daniels ☒004/006

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA 31095-7017

| Invoice Date | Customer ID | Invoice ID |
|---|---|---|
| 08/29/2006 | MIT001 | 112710 |
| Draw ID | Work Order | Ship Date |
| 2 | | |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 4 B
P/O # 500002513 & 2514

5919 Bilek Drive

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 82 pc - 1/2" Drywall | 1,517.00 |
| 2 | 27 pc Ceiling Drywall | 525.15 |
| 3 | Hang & Finish 109 pc Drywall | 3,243.84 |
| 4 | Hang & Finsh Knock Down Ceiling | 194.40 |

RECEIVED
AUG 3 0 2006
BY:

"Do It The Right Way; Let Rightway Do It"
Thank you for choosing Rightway Drywall, Inc.

| DATE DUE: | | Amount Billed | $5,480.39 |
|---|---|---|---|
| | | Retainage Held | |
| | 09/08/2006 | | $5,480.39 |

**RIGHTWAY 0011**

MDL-2047 re Drywall - Mitchell
cb:100711



Page 1

**JOB NUMBER: 127000004B**
**ORDER DATE: 8/1/2006**

| VENDOR:  RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:                    Fax: | DELIVER TO: Bilek Manor (Cottages)<br><br>Bilek Manor, Lot 4B<br>5919 Bilek Dr<br>Pensacola FL 32526 |
|---|---|

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 1016-AP | FREEPORT | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | | |
| 1000 | Hang & Finish Sheetrock | 109.00 | bd | 29.76 | 3,243.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,296.00 | sqft | 0.15 | 194.40 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

| | | |
|---|---|---|
| Net Order | | 3,438.24 |
| Tax | | 0.00 |
| **TOTAL ORDER** | | **3,438.24** |

Total Price Includes Sales Tax If Applicable.

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____   Date _____

Company: RIGHTWAY DRYWALL, INC.

Superintendent _____   Date _____

3298 Summit Boulevard      Pensacola   FL   32503                        Phone:  850-433-6400   Fax: 850-433-644?

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0012**

MDL-2047  re Drywall - Mitchell
cb:100712



Page 1

**PURCHASE ORDER**
**500002514**

JOB NUMBER: 127000004B
ORDER DATE: 8/1/2006

| VENDOR:  RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:          Fax: | Bilek Manor, Lot 4B<br>5919 Bilek Dr<br>Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 1016-AP | FREEPORT | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **** 35120 DRYWALL MAT **** | | | | | |
| 1000 | 1/2" Regular Sheetrock | 82.00 | bd | 18.50 | 1,517.00 |
| 1120 | Ceiling Sheetrock | 27.00 | bd | 19.45 | 525.15 |

<u>NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP</u>
<u>ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA</u>
DE LA OBRA DE CONSTRUCCIÓN

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 2,042.15 |
| Tax | ~~150.16~~ |
| **TOTAL ORDER** | ~~2,495.31~~ |

*paid* 2,042.15

---

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.        Date _____        Superintendent _____        Date _____

3298 Summit Boulevard      Pensacola   FL    32503                          Phone:  850-433-6400  Fax: 850-433-644?

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0013**

MDL-2047  re Drywall - Mitchell
cb:100713

08/29/2006 TUE 10:44  FAX  →→→ Peggy/Joe Daniels                    ☒005/006

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date 08/29/2006 | Customer ID MIT001 | Invoice ID 112711 |
|---|---|---|
| Draw ID 2 | Work Order | Ship Date |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 23 C
P/O # 500003348 & 3349

5926 Bilek Drive

Ship Via:
None

## INVOICE

| 1 | 92 pc - 1/2" Drywall | 1,702.00 |
| 2 | 40 pc Ceiling Drywall | 778.00 |
| 3 | Hang & Finish 132 pc Drywall | 3,928.32 |
| 4 | Hang & Finish Knock Down Ceilings | 236.10 |

ENTERED

RECEIVED
AUG 3 0 2006
BY:

"Do It The Right Way; Let Rightway Do It"
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

|  | Amount Billed | $6,644.42 |
|---|---|---|
|  | Retainage Held |  |
| 09/08/2006 |  | $6,644.42 |

**RIGHTWAY 0014**

MDL-2047  re Drywall - Mitchell
cb:100714



Page 1

**PURCHASE ORDER**
**500003348**

**JOB NUMBER: 127000023C**
**ORDER DATE: 8/9/2006**

| **VENDOR:** RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:              Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br><br>Bilek Manor, Lot 23C<br>5926 Bilek Dr.<br>Pensacola FL 32526 |
|---|---|

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 1254 A | Delmar | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* *35110 DRYWALL LABOR* \*\*\*\*** | | | | |
| 1000 | Hang & Finish Sheetrock | 132.00 | bd | 29.76 | 3,928.32 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,574.00 | sqft | 0.15 | 236.10 |

NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP

ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA

DE LA OBRA DE CONSTRUCCIÓN

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 4,164.42 |
| Tax | 0.00 |
| **TOTAL ORDER** | **4,164.42** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____

Company: RIGHTWAY DRYWALL, INC.     Date _____     Superintendent _____     Date _____

3298 Summit Boulevard     Pensacola   FL    32503                    Phone: 850-433-6400   Fax: 850-433-644?

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0015**

MDL-2047  re Drywall - Mitchell
cb:100715



Page 1

### PURCHASE ORDER
### 500003349

**JOB NUMBER: 127000023C**
**ORDER DATE: 8/9/2006**

| VENDOR: RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:            Fax: | DELIVER TO: Bilek Manor (Cottages)<br><br>Bilek Manor, Lot 23C<br>5926 Bilek Dr.<br>Pensacola FL 32526 |
| --- | --- |

| Model #<br>G 1254 A | Model Name<br>Delmar | Garage / Driveway<br>LH |
| --- | --- | --- |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
| --- | --- | --- | --- | --- | --- |
| **** | **35120 DRYWALL MAT ****** | | | | |
| 1000 | 1/2" Regular Sheetrock | 92.00 | bd | 18.50 | 1,702.00 |
| 1120 | Ceiling Sheetrock | 40.00 | bd | 19.45 | 778.00 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
| --- | --- |
| Net Order | 2,480.00 |
| Tax | ~~186.00~~ |
| TOTAL ORDER | ~~2,666.00~~ |

*JCF $2,480.00*

---

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____

Company: RIGHTWAY DRYWALL, INC.    Date _____    Superintendent _____    Date _____

3298 Summit Boulevard    Pensacola  FL    32503              Phone: 850-433-6400   Fax: 850-433-644

## IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES

**RIGHTWAY 0016**

MDL-2047  re Drywall - Mitchell
cb:100716

08/29/2006 TUE 10:44 FAX ••• Peggy/Joe Daniels ⊠006/006



Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA 31095-7017

| Invoice Date | Customer ID | Invoice ID |
|---|---|---|
| 08/29/2006 | MIT001 | 112712 |

| Draw ID | Work Order | Ship Date |
|---|---|---|
| 2 | | |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 25 C
P/O # 500063350 & 3351
5934 Bilek Drive

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 56 pc 1/2" Drywall | 1,036.00 |
| 2 | 28 pc Ceiling Drywall | 544.60 |
| 3 | Hang & Finish 84 pc Drywall | 2,499.84 |
| 4 | Hang & Finish Knock Down Ceilings | 201.60 |

ENTERED

RECEIVED
AUG 3 0 2006
BY:_____

"Do It The Right Way; Let Rightway Do It"
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| Amount Billed | $4,282.04 |
|---|---|
| Retainage Held | |
| 09/08/2006 | $4,282.04 |

**RIGHTWAY 0017**

MDL-2047 re Drywall - Mitchell
cb:100717



Page 1

**PURCHASE ORDER**
**500003350**

**JOB NUMBER:** 127000025C
**ORDER DATE:** 8/9/2006

| **VENDOR:** RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:               Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br><br>Bilek Manor, Lot 25C<br>5934 Bilek Dr.<br>Pensacola FL 32526 |
|---|---|

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|
| S 922 C | ARBOR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | | |
| 1000 | Hang & Finish Sheetrock | 84.00 | bd | 29.76 | 2,499.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,344.00 | sqft | 0.15 | 201.60 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 2,701.44 |
| Tax | 0.00 |
| **TOTAL ORDER** | **2,701.44** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:
by _____
Company: RIGHTWAY DRYWALL, INC.      Date _____      Superintendent _____      Date _____

3298 Summit Boulevard      Pensacola   FL    32503                    Phone: 850-433-6400   Fax: 850-433-644?

## IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES

**RIGHTWAY 0018**

MDL-2047  re Drywall - Mitchell
cb:100718



Page 1

PURCHASE ORDER
500003351

JOB NUMBER: 127000025C
ORDER DATE: 8/9/2006

| VENDOR: RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:                Fax: | Bilek Manor, Lot 25C<br>5934 Bilek Dr.<br>Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| S 922 C | ARBOR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **** 35120 DRYWALL MAT **** | | | | | |
| 1000 | 1/2" Regular Sheetrock | 56.00 | bd | 18.50 | 1,036.00 |
| 1120 | Ceiling Sheetrock | 28.00 | bd | 19.45 | 544.60 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 1,580.60 |
| Tax | ~~118.55~~ |
| TOTAL ORDER | ~~1,699.15~~ |

for $1,580.60

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____                Date _____

Company: RIGHTWAY DRYWALL, INC.          Superintendent _____   Date _____

3298 Summit Boulevard        Pensacola   FL   32503                    Phone: 850-433-6400   Fax: 850-433-6447

## IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES

**RIGHTWAY 0019**

MDL-2047  re Drywall - Mitchell
cb:100719

09/05/2006 TUE 16:48  FAX  +++ Peggy/Joe Daniels                         ☑006/006

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA 31095-7017

| Invoice Date 09/05/2006 | Customer ID MIT001 | Invoice ID 112748 |
|---|---|---|
| Draw ID 2 | Work Order | Ship Date |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor Cottags - Lot 21 C
PO # 500003348 & 3347

5918 Bilek Drive

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 92 pc 1/2" Drywall | | 1,702.00 |
| 40 pc Ceiling Drywall | | 778.00 |
| Hang & Finish 132 pc Drywall | | 3,928.32 |
| 1574 SF Knock Down Ceilings | | 236.10 |

*ENTERED*

*MiKe*
*I85 q/SHEET !!!*
*NO CHANGE From Last Week!*
*our Conversation*
*TOM*

RECEIVED
SEP - 8 2006

*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

| DATE DUE: | Amount Billed | $6,644.42 |
|---|---|---|
| | Retainage Held | |
| 09/15/2006 | | $6,644.42 |

**RIGHTWAY 0020**

MDL-2047  re Drywall - Mitchell
cb:100720



Page 1

**PURCHASE ORDER**
**500003346**

**JOB NUMBER: 127000021C**
**ORDER DATE: 8/9/2006**

| | |
|---|---|
| **VENDOR:** RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:           Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br><br>Bilek Manor, Lot 21C<br>5918 Bilek Drive<br>Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 1254-B | DELMAR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | | |
| 1000 | Hang & Finish Sheetrock | 132.00 | bd | 29.76 | 3,928.32 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,574.00 | sqft | 0.15 | 236.10 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 4,164.42 |
| Tax | 0.00 |
| **TOTAL ORDER** | **4,164.42** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.          Date _____          Superintendent _____          Date _____

3298 Summit Boulevard     Pensacola  FL    32503          Phone:  850-433-6400   Fax: 850-433-64__

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0021**

MDL-2047  re Drywall - Mitchell
cb:100721



Page 1

**PURCHASE ORDER**

500003347

**JOB NUMBER:** 127000021C
**ORDER DATE:** 8/9/2006

| **VENDOR:** RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:          Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br><br>Bilek Manor, Lot 21C<br>5918 Bilek Drive<br>Pensacola FL 32526 |
|---|---|

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 1254-B | DELMAR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* *35120 DRYWALL MAT* \*\*\*\*** | | | | |
| 1000 | 1/2" Regular Sheetrock | 92.00 | bd | 18.50 | 1,702.00 |
| 1120 | Ceiling Sheetrock | 40.00 | bd | 19.45 | 778.00 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 2,480.00 |
| Tax | ~~186.00~~ |
| **TOTAL ORDER** | ~~2,666.00~~ |

*Job 2480.00*

---

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.         Date _____

Superintendent _____         Date _____

3298 Summit Boulevard      Pensacola   FL    32503                Phone: 850-433-6400   Fax: 850-433-64

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0022**

MDL-2047  re Drywall - Mitchell
cb:100722

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date 09/12/2006 | Customer ID MIT001 | Invoice ID 112803 |
|---|---|---|
| Draw ID 2 | Work Order | Ship Date |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:      Bilek Manor - Lot 5B
                   P/O #500003387 & 3388

                   5923 Bilek Drive

Ship Via
None

## INVOICE

| 1 | 71 pc - 1/2" Drywall | 1,139.55 |
|---|---|---|
| 2 | 36 pc Ceiling Drywall | 624.60 |
| 3 | Hang & Finish 107 pc Drywall | 3,184.32 |
| 4 | Hang & Finish 1728 SF Knock Down Ceilings | 259.20 |

ENTERED

RECEIVED
SEP 1 8 2006
BY



*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

Amount Billed        $5,207.67

Retainage Held

09/22/2006                              $5,207.67

RIGHTWAY 0023

MDL-2047 re Drywall - Mitchell
cb:100723



Page 1

**PURCHASE ORDER**
**500003388**

**JOB NUMBER:** 127000005B
**ORDER DATE:** 8/11/2006

| VENDOR: RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:                    Fax: | Bilek Manor, Lot 5B<br>5923 Bilek Drive<br>Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| S 1200-B | DELAND | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **** 35120 DRYWALL MAT **** | | | | | |
| 1000 | 1/2" Regular Sheetrock | 71.00 | bd | 18.50 | 1,313.50 |
| 1120 | Ceiling Sheetrock | 36.00 | bd | 19.45 | 700.20 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 2,013.70 |
| Tax | 151.03 |
| **TOTAL ORDER** | **2,164.73** |

*[handwritten]*
71 bd. X = 16.05 = 1139.
36 bd. X = 17.35 = 624.4
1764.

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by
Company: RIGHTWAY DRYWALL, INC.          Date                    Superintendent                    Date

3298 Summit Boulevard      Pensacola   FL   32503          Phone: 850-433-6400   Fax: 850-433-644?

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0024**

MDL-2047  re Drywall - Mitchell
cb:100724



Page 1

## PURCHASE ORDER
### 500003387
**JOB NUMBER:** 127000005B
**ORDER DATE:** 8/11/2006

| **VENDOR:** RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:          Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br><br>Bilek Manor, Lot 5B<br>5923 Bilek Drive<br>Pensacola FL 32526 |
|---|---|

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|
| S 1200-B | DELAND | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | | |
| 1000 | Hang & Finish Sheetrock | 107.00 | bd | 29.76 | 3,184.32 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,728.00 | sqft | 0.15 | 259.20 |

<u>**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**</u>
<u>**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**</u>
<u>**DE LA OBRA DE CONSTRUCCIÓN**</u>

| | |
|---|---|
| Net Order | 3,443.52 |
| Tax | 0.00 |
| **TOTAL ORDER** | **3,443.52** |

Total Price Includes Sales Tax If Applicable.

---

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.          Date _____          Superintendent _____          Date _____

3298 Summit Boulevard          Pensacola    FL    32503          Phone: 850-433-6400   Fax: 850-433-6447

## IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES

**RIGHTWAY 0025**

MDL-2047  re Drywall - Mitchell
cb:100725

09/12/2006 TUB 7:45 FAX  →→→ Peggy/Joe Daniels                    ☑002/007

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date | Customer ID | Invoice ID |
| 09/12/2006 | MIT001 | 112804 |
| Draw ID | Work Order | Ship Date |
| 2 | | |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 8B
P/O # 5000003431 & 3432

5935 Bilek Drive

Ship Via
None

## INVOICE

| 1 | 56 pc 1/2" Regular Drywall | 698.80 |
| 2 | 28 pc Ceiling Drywall | 485.80 |
| 3 | Hang & Finish 84 pc Drywall | 2,499.84 |
| 4 | Hang & Finish 1344 SF Knock Down Ceilings | 201.60 |

ENTERED

SEP 1 8 2006

*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| | Amount Billed | $4,086.04 |
| | Retainage Held | |
| 09/22/2006 | | $4,086.04 |

**RIGHTWAY 0026**

MDL-2047 re Drywall - Mitchell
cb:100726



Page 1

**PURCHASE ORDER**
**500003432**

**JOB NUMBER: 127000008B**
**ORDER DATE: 8/11/2006**

| **VENDOR:** RIGHTWAY DRYWALL, INC. | **DELIVER TO:** Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017 WARNER ROBINS, GA 31095-7017 Phone:          Fax: | Bilek Manor, Lot 8B 5935 Bilek Drive Pensacola FL 32526 |

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|
| G 922-A | ARBOR | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | | |
| 1000 | 1/2" Regular Sheetrock | 56.00 | bd | ~~18.50~~ | ~~1,036.00~~ |
| 1120 | Ceiling Sheetrock | 28.00 | bd | ~~18.45~~ | ~~544.60~~ |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Net Order    ~~1,580.60~~
Tax    ~~118.55~~
**TOTAL ORDER**    ~~1,699.15~~

Total Price Includes Sales Tax If Applicable.

*(handwritten)* ~~1580.60~~

$$56 \ bd \ x \ 16.05 = 898.80$$
$$28 \ bd \ x \ 17.35 = 485.80$$
$$1384.60$$

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.    Date _____     Superintendent _____     Date _____

3298 Summit Boulevard    Pensacola   FL   32503     Phone: 850-433-6400   Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0027**

MDL-2047 re Drywall - Mitchell
cb:100727



Page 1

| PURCHASE ORDER |
|---|
| 500003431 |

**JOB NUMBER: 127000008B**
**ORDER DATE: 8/11/2006**

| VENDOR: RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:          Fax: | Bilek Manor, Lot 8B<br>5935 Bilek Drive<br>Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 922-A | ARBOR | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **** 35110 DRYWALL LABOR **** | | | | | |
| 1000 | Hang & Finish Sheetrock | 84.00 | bd | 29.76 | 2,499.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,344.00 | sqft | 0.15 | 201.60 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 2,701.44 |
| Tax | 0.00 |
| **TOTAL ORDER** | **2,701.44** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.          Date _____

Superintendent _____          Date _____

3298 Summit Boulevard     Pensacola  FL   32503          Phone: 850-433-6400   Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0028**

MDL-2047  re Drywall - Mitchell
cb:100728

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date | Customer ID | Invoice ID |
|---|---|---|
| 09/12/2006 | MIT001 | 112807 |
| Draw ID | Work Order | Ship Date |
| 2 | | |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:  Bilek Manor - Lot 20 C
P/O # 600003540 & 3541

6914 Bilek Drive

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 82 pc 1/2" Regular Drywall | 1,316.10 |
| 2 | 27 pc Celling Sheetrock Drywall | 468.45 |
| 3 | Hang & Finish 109 pc Drywall | 3,243.84 |
| 4 | Hang & Finish 1296 SF Knock Down Cellings | 194.40 |

ENTERED

SEP 1 3 2006

"Do It The Right Way; Let Rightway Do It"
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

Amount Billed          $5,222.79

Retainage Held

09/22/2006                                        $5,222.79

**RIGHTWAY 0029**

MDL-2047  re Drywall - Mitchell
cb:100729



Page 1

| PURCHASE ORDER |
| :---: |
| 500003540 |

**JOB NUMBER:** 127000020C
**ORDER DATE:** 8/14/2006

| **VENDOR:** RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:                Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br><br>Bilek Manor, Lot 20C<br>5914 Bilek Dr.<br>Pensacola FL 32526 |
| :--- | :--- |
| **Model #** | **Model Name**                    **Garage / Driveway** |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
| :--- | :--- | ---: | :--- | ---: | ---: |
| **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | | |
| 1000 | Hang & Finish Sheetrock | 109.00 | bd | 29.76 | 3,243.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,296.00 | sqft | 0.15 | 194.40 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

|  |  |
| :--- | ---: |
| Net Order | 3,438.24 |
| Tax | 0.00 |
| **TOTAL ORDER** | **3,438.24** |

Total Price Includes Sales Tax If Applicable.

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____        Date _____                _____                Date _____
Company:  RIGHTWAY DRYWALL, INC.                                Superintendent

3298 Summit Boulevard        Pensacola   FL   32503                        Phone: 850-433-6400   Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0030**

MDL-2047  re Drywall - Mitchell
cb:100730



Page 1

**PURCHASE ORDER**
**500003541**

**JOB NUMBER:** 127000020C
**ORDER DATE:** 8/14/2006

| VENDOR: RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:            Fax: | DELIVER TO: Bilek Manor (Cottages)<br>Bilek Manor, Lot 20C<br>5914 Bilek Dr.<br>Pensacola FL 32526 |
|---|---|

| Model # | Model Name | Garage / Driveway |
|---|---|---|

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | | |
| 1000 | 1/2" Regular Sheetrock | 82.00 | bd | ~~18.50~~ | 1,517.00 |
| 1120 | Ceiling Sheetrock | 27.00 | bd | 19.45 | ~~525.15~~ |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | ~~2,042.15~~ |
| Tax | ~~153.16~~ |
| **TOTAL ORDER** | ~~2,195.31T~~ |

*(handwritten)*

~~2,042.15~~

Neg 5:    82 bd  x  16.05  = 1316.1

ceiling 2    27 bd  x  17.35  = 468.

1784.5

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____

Company: RIGHTWAY DRYWALL, INC.     Date _____     Superintendent _____     Date _____

3298 Summit Boulevard     Pensacola   FL   32503          Phone: 850-433-6400  Fax: 850-433-644

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0031**

MDL-2047  re Drywall - Mitchell
cb:100731

09/26/2006 TUE 13:55  FAX  +++ Peggy/Joe Daniels                                          ☑003/005

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date | Customer ID | Invoice ID |
|---|---|---|
| 09/26/2006 | MIT001 | 112908 |
| Draw ID | Work Order | Ship Date |
| 2 | | |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 26 C
P/O #  500008654 83655

5938 Bilek Drive

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 56 pc 1/2" Regular Drywall | 898.80 |
| 2 | 28 pc Ceiling Drywall | 485.80 |
| 3 | Hang & Finish 84 Drywall Boards | 2,499.84 |
| 4 | 1344 SF Knock Down Ceiling Finish | 201.60 |

SEP 27 2006

*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

|  | Amount Billed | $4,086.04 |
|---|---|---|
|  | Retainage Held | |
| 10/06/2006 | | $4,086.04 |

**RIGHTWAY 0032**

MDL-2047  re Drywall - Mitchell
cb:100732



Page 1

### PURCHASE ORDER
### 500003655

**JOB NUMBER: 127000026C**
**ORDER DATE: 8/14/2006**

| VENDOR: RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:            Fax: | Bilek Manor, Lot 26C<br>5938 Bilek Drive<br>Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| S 922-C | ARBOR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | |
| 1000 | 1/2" Regular Sheetrock | 56.00 | bd | ~~16.50~~ | ~~1,038.00~~ |
| 1120 | Ceiling Sheetrock | 28.00 | bd | ~~18.45~~ | ~~544.60~~ |

<u>NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP</u>
<u>ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA</u>
DE LA OBRA DE CONSTRUCCIÓN

Net Order     1,580.60
Tax     ~~118.55~~
**TOTAL ORDER**     ~~1,699.15~~

Total Price Includes Sales Tax If Applicable.

*(handwritten)*
56 bd x 16.05 = 898.8(
28 bd x 17.35 = 485.8
$ 1384.6(
$ 1384.60

---

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.        Date _____        Superintendent _____        Date _____

3298 Summit Boulevard        Pensacola   FL   32503        Phone: 850-433-6400  Fax: 850-433-644

## IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES

**RIGHTWAY 0033**

MDL-2047  re Drywall - Mitchell
cb:100733



Page 1

**PURCHASE ORDER**
**500003654**

**JOB NUMBER: 127000026C**
**ORDER DATE: 8/14/2006**

| **VENDOR:** RIGHTWAY DRYWALL, INC. | **DELIVER TO:** Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:          Fax: | Bilek Manor, Lot 26C<br>5938 Bilek Drive<br>Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| S 922-C | ARBOR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | | |
| 1000 | Hang & Finish Sheetrock | 84.00 | bd | 29.76 | 2,499.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,344.00 | sqft | 0.15 | 201.60 |

| | |
|---|---|
| **NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP** | Net Order   2,701.44 |
| **ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA** | Tax   0.00 |
| **DE LA OBRA DE CONSTRUCCIÓN** | **TOTAL ORDER   2,701.44** |

Total Price Includes Sales Tax If Applicable.

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:
by _____
Company: RIGHTWAY DRYWALL, INC.          Date _____          Superintendent _____          Date _____

3298 Summit Boulevard       Pensacola   FL    32503                    Phone: 850-433-6400  Fax: 850-433-644

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0034**

MDL-2047  re Drywall - Mitchell
cb:100734

# EXHIBIT C











































