UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| DOROTHY ARNDT, et al | * | |
| vs. | * | |
| GEBRUEDER KNAUF | * | |
| VERWALTUNGSGESELLSCHAFT, | * | |
| KG, et al | * | |
| Case No. 2:11-cv-2349-EEF-JCW | * | MAG. WILKINSON |

**DEFENDANT MEDALLION HOMES GULF COAST, INC.'S
MOTION TO EXCEED PAGE LIMITATION**

Defendant Medallion Homes Gulf Coast, Inc. ("Medallion Homes"), pursuant to

Federal Rule of Civil Procedure 7 and Local Rule 7.8.1E, hereby files this Motion to Exceed

Page Limitation for its Motion to Dismiss (the "Motion"), and respectfully requests that this

Court enter an Order allowing Medallion Homes to exceed the twenty-five (25) page

limitation for its Motion for the reasons set forth in the attached Memorandum of Law filed

in support of this Motion.

WHEREFORE, Defendant Medallion Homes Gulf Coast, Inc. respectfully requests

that the instant Motion be granted and that an Order be entered permitting Medallion Homes'

Motion to exceed the twenty-five (25) page limitation, together with such other and further

relief that the Court deems just and proper under the circumstances.

KREBS, FARLEY & PELLETERI, P.L.L.C.

/s/ Charles B. Long
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone:   504-299-3570
Facsimile:   504-299-3582
E-mail:      clong@kfplaw.com
E-mail:      tpeyton@kfplaw.com

ATTORNEYS FOR DEFENDANT
MEDALLION HOMES GULF COAST, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of May, 2012, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/Charles B. Long
CHARLES B. LONG

2