UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: DOROTHY ARNDT, et al vs. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al | * * * * * * | JUDGE FALLON |
| Case No. 2:11-cv-2349-EEF-JCW | * | MAG. WILKINSON |

**DEFENDANT MEDALLION HOMES GULF COAST, INC.'S MEMORANDUM
IN SUPPORT OF MOTION TO EXCEED PAGE LIMITATION**

Defendant Medallion Homes Gulf Coast, Inc. ("Medallion Homes"), pursuant to

Federal Rule of Civil Procedure 7 and Local Rule 7.8.1E, hereby files this Memorandum in

Support of its Motion to Exceed Page Limitation for its Motion to Dismiss (the "Motion"),

and respectfully requests that this Court enter an Order allowing Medallion Homes to exceed

the twenty-five (25) page limitation for its Motion, and as grounds therefore states as

follows:

1.     Local Rule 7.8.1E states that "[e]xcept with prior permission of the judge, no

trial brief or memorandum supporting or opposing a motion shall exceed 25 pages in length."

L.R. 7.8.1E.

2.     Due to the complex nature of this action, Medallion Homes' Motion exceeds

the twenty-five (25) page limitation.  Medallion Homes has made efforts to edit its Motion

to comply with the page limitation, but found that eliminating the extensive arguments and

case law cited therein would have compromised its substance.

WHEREFORE, Defendant Medallion Homes Gulf Coast, Inc. respectfully requests that the instant Motion be granted and that an Order be entered permitting Medallion Homes' Motion to exceed the twenty-five (25) page limitation, together with such other and further relief that the Court deems just and proper under the circumstances.

KREBS, FARLEY & PELLETERI, P.L.L.C.

/s/ Charles B. Long
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone:   504-299-3570
Facsimile:   504-299-3582
E-mail:       clong@kfplaw.com
E-mail:       tpeyton@kfplaw.com

ATTORNEYS FOR DEFENDANT
MEDALLION HOMES GULF COAST, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of May, 2012, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/Charles B. Long
CHARLES B. LONG