UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON (L) |
| ALL CASES | * * * | MAGISTRATE WILKINSON (4) |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

CHARLES TOKARZ

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the Vice-President of MEDALLION HOMES GULF COAST, INC. ("Medallion Homes") and, as such, has personal knowledge of the following based on his review of records maintained by Medallion Homes in the regular course of business.

2. Medallion Homes is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Manatee County, Florida.

3. Medallion Homes is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.

4. Medallion Homes has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. Medallion Homes has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.



EXHIBIT "A"

6. Medallion Homes does not have an agent for service of process in Louisiana.

7. Medallion Homes does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Medallion Homes does not solicit business in Louisiana and has never transacted business in Louisiana.

9. Medallion Homes has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Medallion Homes does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Medallion Homes has never received any business from any contacts in Louisiana, whether individual customers or business customers.

12. Medallion Homes never anticipated it would be haled into court in Louisiana.

CHARLES TOKARZ

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 3 DAY OF May, 2012.

NOTARY PUBLIC    Joylyn Sanchez

Notary Public State of Florida
Joylyn Sanchez
My Commission EE029663
Expires 12/03/2014