UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: DOROTHY ARNDT, et al vs. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al Case No. 2:11-cv-2349-EEF-JCW | * * * * * * * | JUDGE FALLON

MAG. WILKINSON |

**NOTICE OF SUBMISSION**

**TAKE NOTICE** that Defendant Medallion Homes Gulf Coast, Inc.'s Motion to Dismiss will be submitted for consideration on May 23, 2012 at 9:00 a.m.

                                          KREBS, FARLEY & PELLETERI, P.L.L.C.

                                          */s/ Charles B. Long*
                                          CHARLES B. LONG (#22824)
                                          THOMAS H. PEYTON (#32635)
                                          400 Poydras Street, Suite 2500
                                          New Orleans, Louisiana   70130
                                          Telephone:   504-299-3570
                                          E-mail:   clong@kfplaw.com
                                          E-mail:   tpeyton@kfplaw.com
                                          ATTORNEYS FOR DEFENDANT
                                          MEDALLION HOMES GULF COAST, INC.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 8th day of May, 2012, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                       */s/Charles B. Long*
                                                       CHARLES B. LONG