UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| Cassidy, et al. v. Gerbrueder Knauf Verwaltungsgesellschaft, KG, et al., Case No. 11-cv-3023 (E.D.La.) | JUDGE FALLON MAG. JUDGE WILKINSON |

_____ /

## NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of O'Connor & O'Connor, LLC, and hereby files its Notice of Appearance as counsel on behalf of Defendant JIM'S DRYWALL, INC. It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this action.

Respectfully submitted,

By:   /s/ Kieran F. O'Connor
KIERAN F. O'CONNOR, ESQUIRE
Florida Bar No. 896829
koconnor@oconlaw.com
DEREK J. ANGELL, ESQUIRE
Florida Bar No. 73449
dangell@oconlaw.com
O'CONNOR & O'CONNOR, LLC
840 South Denning Drive, Suite 200
Winter Park, Florida 32789
Telephone: (407) 843-2100
Facsimile: (407) 843-2061
*Attorneys for Defendant Jim's Drywall, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this **8th** day of May, 2012.

/s/ Kieran F. O'Connor

Kieran F. O'Connor, Esquire