UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL<br>            PRODUCTS LIABILITY LITIGATION | MDL  2047<br><br>SECTION:  L |
| This Document Relates to:<br>RICHARD AND CONSTANCE ALMEROTH,<br>ET AL v. TAISHAN GYPSUM CO., LTD. f/k/a<br>SHANDONG TAIHE DONGZIN CO., ET LTD. | JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

Case No. 2:12-cv-00498
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Charles J. Foret and Jason R. Garrot of the law firm of Briney Foret Corry hereby enter their appearance on behalf of CITY SALVAGE, INC. All pleadings and other papers in this case should be served upon undersigned counsel.[1]

RESPECTFULLY SUBMITTED:

BRINEY FORET CORRY, LLP


By:   /s/ Charles J. Foret
         CHARLES J. FORET (#05700)
         JASON R. GARROT (#29202)
413 Travis Street, Suite 200
Post Office Drawer 51367
Lafayette, LA 70505-1367
Telephone:  (337) 237-4070
Facsimile:  (337) 233-8719
ATTORNEYS FOR DEFENDANT,
CITY SALVAGE, INC.

---

[1] This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of May, 2012.

                */s/ Charles J. Foret*
                CHARLES J. FORET