UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| This Document Relates to All Cases | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Mr. William Bowman, President of Florida Style Services of Southwest Florida, Inc. IT IS ORDERED that this correspondence is to be filed into the record.

New Orleans, Louisiana, this 7th day of May 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE