# United States District Court
# For the Eastern District of Louisiana

Case No. 12-0498
Sect. L Mag. 2

Richard & Constance Almeroth
**Plaintiffs,**

v.

Taishan Gypsum Company   ( ∠ )
**Defendants,**

In response to the summons served on ***FLORIDA STYLE SERVICES OF SOUTHWEST FLORIDA INC.*** (defendant 103) by the law firm of Herman, Herman, Katz & Cotlar, LLP

Counts I through XIV
Florida Style Services of Southwest Florida Inc. Rejects all claims.

## Basis for rejection

1.) *Florida Style Services of Southwest Florida Inc.* is not a Construction Company.

2.) *Florida Style Services of Southwest Florida Inc.* has never engaged in the purchase, installation, importing, marketing, selling or subcontracting of the installation of Drywall.

3.) *Florida Style Services of Southwest Florida Inc.* while incorporated in 2003 was not a functioning business untill 2010. Well after the problems of Chinese Drywall were discovered.

4.) Florida Style Services of Southwest Florida Inc. is listed as the "Contractor / Installer Defendant" by Avalon Preserve Developers LLC. (On page 13 of 89). *Florida Style Services of Southwest Florida Inc.* has never entered into a contract with Avalon Preserve Developers LLC. for any type of services

5.) *Florida Style Services of Southwest Florida Inc.* believes it has been mistaken for the defendant "Florida Style Services Inc." which was a construction company that bought, sold, installed and did subcontract the installation of Drywall during the period in question.

6.) Per construction (Lee County) records "Florida Style Services Inc." did work and contracted with

Avalon Preserve Developers LLC.

7.) Plaintiffs Lawyers have made a clerical error due to the similar names of two different firms.

Florida Style Services of Southwest Florida Inc. and Florida Style Services Inc. (FEI/EIN

650850383)

## **PRAYER FOR RELIEF**

Florida Style Services of Southwest Florida Inc. ask to be dismiss from this suit as it has never been involved in the business or practices which have been outlined in the Plaintiffs Suit. Further it has never done business with any of the defendants or Plaintiffs in this suit. To continue to force Florida Style Services of Southwest Florida Inc. to defend against this wrongful suit will result in cost and expenses to Florida Style Services of Southwest Florida Inc. that would be unfair due to a clerical error by Plaintiffs lawyers

Submitted By:

William Bowman President
Florida Style Services of Southwest Florida Inc.
7238 Hendry Creek Drive
Fort Myers, Florida Inc. 33908
Todman2@comcast.net

Date:  April 18, 2012

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Richard and Constance Almeroth, et al | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  12-0498 Section L |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co, Ltd. | ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Florida Style Services of Southwest Florida, Inc.
7238 Hendry Creek Drive
Ft. Myers, FL 33908

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

CLERK OF COURT

Date:  MAR - 5 2012

*Signature of Clerk or Deputy Clerk*

DATE: 4-3-12  6:10 P.M.

*Barbara Graef*
APPTD 157-