UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Sean and Beth Payton, et. al. v. Knauf Gips, KG, et al. Case No. 09-7628 | ) ) ) ) | MAG. JUDGE WILKINSON |
| Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al. Case No. 11-3023 | ) ) ) ) ) | |

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AND TO SUBSTITUTE COUNSEL

Pursuant to Local Rule 83.2.11, the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Hausfeld, LLP, and Levin, Fishbein, Sedran & Berman, counsel of record for Plaintiffs Paul Johnson and Caron Johnson, hereby file their Memorandum in Support of Motion to Withdraw and to Substitute Counsel. In support thereof, Movants state as follows:

Undersigned counsel hereby requests that the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Hausfeld, LLP, and Levin, Fishbein, Sedran & Berman be permitted to withdraw as counsel, that they be relieved of any further responsibility as counsel to the Johnsons in this matter, and that Daniel Rosenbaum, Esq. for the law firm of Rosenbaum Mollengarden, PLLC be substituted as counsel of record representing the Johnsons in the instant case. Mr. Rosenbaum and the law firm of Rosenbaum Mollengarden, PLLC are counsel of record in the Johnsons' Chinese drywall claim filed in the 17th Judicial Circuit in and for Broward County, Florida.

Under the circumstances, it is requested that the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Hausfeld, LLP, and Levin, Fishbein, Sedran & Berman be granted leave to withdraw as counsel for the Plaintiffs, that they be discharged of any further obligations in this matter, and that Daniel Rosenbaum, Esq. and the law firm of Rosenbaum Mollengarden, PLLC be substituted as counsel of record in this matter.

This motion is made in good faith and will not prejudice any party. None of the parties will suffer any prejudice if the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Hausfeld, LLP, and Levin, Fishbein, Sedran & Berman withdraw from this case, and are substituted as counsel of record by Daniel Rosenbaum, Esq. and the law firm of Rosenbaum Mollengarden, PLLC.

WHEREFORE, the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Hausfeld, LLP, Levin, Fishbein, and Sedran & Berman request this Honorable Court to allow the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Hausfeld, LLP, and Levin, Fishbein, Sedran & Berman to withdraw as counsel of record for the Plaintiffs and to be discharged from any further obligations in this case, and to be substituted as counsel of record in this matter by Daniel Rosenbaum, Esq. and the law firm of Rosenbaum Mollengarden, PLLC.

Respectfully Submitted,

/s/Patrick S. Montoya
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ
KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL   33134
Phone: (305) 476-7400

Fax: (305) 476-7444
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AND TO SUBSTITUE COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of May, 2012. I further certify that the above and foregoing has been served on Plaintiffs Paul Johnson and Caron Johnson, 12708 Equestrian Trail, Davie, FL, 33330, and on Daniel Rosenbaum, esq., Rosenbaum Mollengarden, PLLC, 250 Australian Avenue South, 5th Floor, West Palm Beach, Florida, 33401, along with notification of all pending deadlines and court appearances in this litigation, via certified mail, electronic mail, and regular U.S. Mail.

/s/ Patrick S. Montoya