UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Sean and Beth Payton, et. al. v. Knauf Gips, KG, et al. Case No. 09-7628 | ) ) ) ) | MAG. JUDGE WILKINSON |
| Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al. Case No. 11-3023 | ) ) ) ) ) ) | |

## ORDER GRANTING MOTION TO WITHDRAW AND TO SUBSTITUTE COUNSEL FOR MR. PAUL JOHNSON AND MRS. CARON JOHNSON

Considering the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Hausfeld, LLP, and Levin, Fishbein, Sedran & Berman's Motion to Withdraw and to Substitute Counsel for Plaintiffs Paul Johnson and Caron Johnson (Doc. # _____), having been advised in all the premises, and having found that the above referenced counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Hausfeld, LLP, and Levin, Fishbein, Sedran & Berman's Motion to Withdraw and to Substitute Counsel for Plaintiffs Paul Johnson and Caron Johnson (Doc. # _____) is GRANTED. The law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Hausfeld, LLP, and Levin, Fishbein, Sedran & Berman are discharged from any further obligation as counsel of record to the Johnsons in this matter, and are substituted as counsel of record in this matter by Daniel Rosenbaum, Esq., of the law firm of Rosenbaum Mollengarden,

PLLC.  The law firm of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane shall serve the Order upon Daniel Rosenbaum, Esq., of the law firm of Rosenbaum Mollengarden, PLLC within 10 days of the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge