IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Almeroth, et al. vs. Taishan Gypsum Co., Ltd., et al. | * * * | |
| Case No. 12-0498, Sect. L MAG 2 | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

NOW COMES, the Defendant, Sleuth, Inc., through the undersigned counsel, who respectfully moves this Honorable Court for an Order allowing James H. Burgess, Jr., Esquire and the law firm of Burgess, Harrell, Mancuso, Olson & Colton, P.A., to withdraw as counsel of record, and allowing Jeremy D. Bertsch, Esquire and the law firm of Sellars, Marion & Bachi, P.A., to be substituted as counsel of record for Sleuth, Inc. in the above-captioned matter. The request to withdrawal and substitution will not alter or delay any scheduling matters or deadlines, nor will it prejudice any party.

WHEREFORE, Defendant, Sleuth, Inc., prays that James H. Burgess, Jr., Esquire and the law firm of Burgess, Burgess, Harrell, Mancuso, Olson & Colton, P.A., be withdrawn as counsel of record, and that Jeremy D. Bertsch, Esquire, and the law firm of Sellars, Marion & Bachi, P.A. be allowed to enroll as counsel of record on behalf of Sleuth, Inc. in these proceedings, and that the Court's records be changed to reflect the same.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _____ day of May, 2012.

| | |
|---|---|
| BURGESS, HARRELL, MANCUSO, OLSON & COLTON, P.A. | SELLARS, MARION & BACHI, P.A. |
| _____ | _____ |
| James H. Burgess | Jeremy D. Bertsch |
| Florida Bar No.: 280763 | Florida Bar No.: 0043308 |
| 1776 Ringling Boulevard | 811 North Olive Avenue |
| Sarasota, FL 34236 | West Palm Beach, FL 33401 |
| Telephone: (941) 366-3700 | Telephone: (561) 655-8111 |
| Facsimile: (941) 366-0189 | Facsimile: (561) 655-4994 |