IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Almeroth, et al. vs. Taishan Gypsum Co., Ltd., et al. | * * * | |
| Case No. 12-0498, Sect. L MAG 2 | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

*********************************************

## ORDER

This matter came before the Court on the Joint Motion to Withdraw and Substitute Counsel, in the above civil action. The Court, having considered the Joint Motion, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Joint Motion to Withdraw and Substitute Counsel on behalf of Defendant, Sleuth, Inc., is hereby granted and that James H. Burgess, Jr., Esquire and the law firm of Burgess, Burgess, Harrell, Mancuso, Olson & Colton, P.A., be withdrawn as counsel of record, and that Jeremy D. Bertsch, Esquire, and the law firm of Sellars, Marion & Bachi, P.A. be allowed to enroll as counsel of record on behalf of Sleuth, Inc. in these proceedings, and that the Court's records be changed to reflect the same.

New Orleans, Louisiana, this _____ day of _____, 2012.

HONORABLE ELDON E. FALLON

_____
U.S. DISTRICT COURT JUDGE