| | |
|---|---|
| Laura Haya, et. al., Plaintiff(s)<br>vs.<br>Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>**1-800-328-7171**<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 113373-0171

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lauris Boulanger, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

**Name of Server:** __Carlos Ayuirre__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __10th__ day of __November__, 20 __11__, at __3:48__ o'clock __P__ M

**Place of Service:** at __1986 NE 149th Street__, in __North Miami, FL  33181__

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lauris Boulanger, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Sonia Digenova Secretary__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair _____
Approx. Age __30__ ; Approx. Height __5'5__ ; Approx. Weight __140__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __11__ day of __November__, 20 __11__

Notary Public         (Commission Expires)

Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013