Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0042

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Littles Construction of Central Florida, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Polk )

Name of Server: **Michael Mosely**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 4th day of November, 20 11, at 11:35 o'clock A M

Place of Service: at 1316 Arrowhead Court, in Auburndale, FL 33823

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Littles Construction of Central Florida, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Nancy Tracey, co-tenant and Roommate to Agent Michael Littles**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair ___
Approx. Age 43 ; Approx. Height 5'4" ; Approx. Weight 200

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Michael E. Mosely*
Signature of Server

Subscribed and sworn to before me this 4th day of November, 20 11

*Becky S. Gaston*
Notary Public    (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Becky S. Gaston
Commission # DD775794
Expires: MAY 31, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

**APS International, Ltd.**