Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co, Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0052

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lowe's Home Centers, Inc., Corporation Service Company
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **North Carolina** ) ss.
County of: **Johnston** )

**Name of Server:** __Jennifer McCracken__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **7th** day of **November**, 20 **11**, at **12:19** o'clock **P** M

**Place of Service:** at **327 Hillsborough Street**, in **Raleigh, NC 27603**

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lowe's Home Centers, Inc., Corporation Service Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Heather Hughes, Legal Assistant**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **female** Skin Color **white** ; Hair Color **brown** ; Facial Hair **no**
Approx. Age **39** ; Approx. Height **5'6"** ; Approx. Weight **230**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **8th** day of **November**, 2011

_(signature)_ Signature of Server

_(signature)_ Notary Public   8/29/16 (Commission Expires)

**APS International, Ltd.**

_[Notary seal: DAWN CRESCIMANNO, NOTARY PUBLIC, JOHNSTON COUNTY, NC, Comm Ex 8/29/16]_