UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON (L) |
| DANIEL ABREU, et al. | * | |
| vs. | * | |
| GEBRUEDER KNAUF | * | |
| VERWALTUNGSGESELLSCHAFT, KG, | * | |
| et al | * | |
| Case No. 11-252 | * | MAG. WILKINSON (4) |

**JOINT MOTION FOR ENTRY OF STIPULATION
CONCERNING DISMISSAL OF DEFENDANT AND
<u>SUBSTITUTION OF APPROPRIATE PARTY AS DEFENDANT</u>**

NOW INTO COURT, through undersigned counsel, come the Plaintiff Steering Committee ("PSC"), Wyman Stokes Builder, Inc. and Wyman Stokes Builder, LLC,[1] who respectfully present the agreed stipulation attached hereto as Exhibit "A" to the Court for approval. The parties further represent to the Court that the attached stipulation is fair, adequate and reasonable to dismiss an improper party and to substitute the appropriate party as a defendant. For these reasons, the parties jointly move the Court for an Order approving the agreed stipulation attached hereto as Exhibit "A."

WHEREFORE, the PSC, Wyman Stokes Builder, Inc., and Wyman Stokes Builder, LLC request that this Court approve the agreed stipulation and enter same into the record.

---

[1] By entering into this stipulation and joining in the instant motion, Wyman Stokes Builder, Inc. and Wyman Stokes Builder, LLC are not waiving any rights or defenses and

Respectfully submitted,

Dated: May 9, 2012

*/s/ Russ M. Herman* | */s/ Charles B. Long*
--- | ---
Russ M. Herman, Esq. (Bar No. 6819) | CHARLES B. LONG (#22824)
Leonard A. Davis, Esq. (Bar No. 14190) | THOMAS H. PEYTON (#32635)
Herman, Herman, Katz & Cotlar, LLP | Krebs, Farley & Pelleteri, P.L.L.C.
820 O'Keefe Avenue | 400 Poydras Street, Suite 2500
New Orleans, Louisiana 70113 | New Orleans, Louisiana   70130
Phone: (504) 581-4892 | Telephone:   504-299-3570
Fax: (504) 561-6014 | Facsimile:   504-299-3582
E-mail: ldavis@hhkc.com | E-mail:   clong@kfplaw.com
 | E-mail:   tpeyton@kfplaw.com

Plaintiffs' Liaison Counsel
MDL 2047

ATTORNEYS FOR DEFENDANTS
WYMAN STOKES BUILDER, INC. &
WYMAN STOKES BUILDER, LLC.

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax
alevin@lfsblaw.com

Plaintiffs' Lead Counsel
MDL 2047

---

expressly reserve all rights to object to jurisdiction, venue, and preserving all defenses.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing joint motion for entry of stipulation concerning dismissal of defendant and substitution of appropriate party as defendant, has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 9th day of May, 2012.

> */s/ Leonard A. Davis*
> Leonard A. Davis, Esq.
> Herman, Herman, Katz & Cotlar, LLP
> 820 O'Keefe Avenue
> New Orleans, Louisiana 70133
> Phone: (504) 581-4892
> Fax: (504) 561-6024
> Ldavis@hhkc.com
> Plaintiffs' Liaison Counsel
> MDL 2047