Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  113373-0026

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
   --LTL Construction, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Hillsborough__ )

**Name of Server:** __Lydia Velez__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __10th__ day of __November__, 20 __11__, at __5:37__ o'clock __P__ M

**Place of Service:** at __4400 Helena Street NE__, in __Saint Petersburg, FL  33703__

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**LTL Construction, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __William Pugh    Registered Agent__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __m__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair ____
Approx. Age __45__ ; Approx. Height __6' 0"__ ; Approx. Weight __190__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Lydia Velez_  11/14/11
Signature of Server

Subscribed and sworn to before me this __14th__ day of __November__, 20 __11__

_____
Notary Public    (Commission Expires)
3/2/13

**APS International, Ltd.**