Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0027

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Malphus and Sons
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

Name of Server: **Lynn A Anderson**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 19 day of November, 2011, at 11:30 o'clock A M

Place of Service: at 17705 Crystal Cove Place, in Lutz, FL 33549

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Malphus and Sons** c/o Wilbert Malphus, President
By delivering them into the hands of an officer or managing agent whose name and title is: Patricia Malphus, Wife Authorized to Accept

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color Black ; Hair Color Black ; ~~Facial Hair~~ Glasses
Approx. Age 65 ; Approx. Height 5'6" ; Approx. Weight 125 lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Lynn A Anderson*
Signature of Server

Subscribed and sworn to before me this 22 day of November, 20 11

Notary Public   (Commission Expires)

**APS International, Ltd.**

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters