UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| ALL CASES | * * * | MAGISTRATE WILKINSON |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

## STANVILLE EASTMOND

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the Director of Eastmond Enterprises, Inc. ("Eastmond Enterprises"), and as such, has personal knowledge of the following based on his review of records maintained by Eastmond Enterprises in the regular course of business.

2. Eastmond Enterprises is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Lee County, Florida.

3. Eastmond Enterprises is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.

4. Eastmond Enterprises has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.



EXHIBIT "A"

5. Eastmond Enterprises has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. Eastmond Enterprises does not have an agent for service of process in Louisiana.

7. Eastmond Enterprises does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Eastmond Enterprises does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Eastmond Enterprises has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Eastmond Enterprises does not maintain an office, store, headquarters, shop, warehouse or any other facility in the State of Louisiana.

11. Eastmond Enterprises has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Eastmond Enterprises never anticipated it would be haled into court in Louisiana.

_____
STANVILLE EASTMOND

SWORN TO AND SUBSCRIBED
BEFORE ME THIS ___ DAY OF December, 2011.

_____
NOTARY PUBLIC
Debra L. Rost

NOTARY PUBLIC-STATE OF FLORIDA
Debra L. Rost
Commission #DD861370
Expires: FEB. 15, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

2