## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: "L" (2) |
| THIS DOCUMENT APPLIES TO: Jessica Cassidy v. Knauf, et al (2:11-cv-3023) | * * * * | JUDGE ELDON E. FALLON MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE ELDON E. FALLON:**

Defendant gives notice to the Court that Matthew J. Ungarino and Daniel G. Collarini of the firm of Ungarino & Eckert, L.L.C. will be counsel of record for the defendant, Faith Built Homes.  Notice of this designation is provided to all of the parties as required by the Federal Rules of Civil Procedure.

Respectfully submitted,

**UNGARINO & ECKERT L.L.C.**

**/s/ MATTHEW J. UNGARINO**
**MATTHEW J. UNGARINO (#15061)**
**DANIEL G. COLLARINI (#29128)**
**3850 N. Causeway Blvd., Suite 1280**
**Metairie, Louisiana  70002**
**Telephone:    (504) 836-7531**
**Fax:              (504) 836-7538**
**mungarino@ungarino-eckert.com**

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have on this 10th day of May, 2012, electronically filed a copy of the foregoing with the Clerk of Court to be served by operation of the Court's electronic filing system upon the parties of record.

/s/ MATTHEW J. UNGARINO

F:\DOCS\12000's\12200-12299\12232\Notice of Appearance.FaithBuiltHomes.sff.doc