UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: "L" (2) |
| THIS DOCUMENT APPLIES TO: Jessica Cassidy v. Knauf, et al (2:11-cv-3023) | * * * * | JUDGE ELDON E. FALLON MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE ELDON E. FALLON:**

Defendant gives notice to the Court that Matthew J. Ungarino and Daniel G. Collarini of the firm of Ungarino & Eckert, L.L.C. will be counsel of record for the defendant, JVP Drywall and Finish, Inc.  Notice of this designation is provided to all of the parties as required by the Federal Rules of Civil Procedure.

Respectfully submitted,

UNGARINO & ECKERT L.L.C.

/s/ MATTHEW J. UNGARINO
MATTHEW J. UNGARINO (#15061)
DANIEL G. COLLARINI (#29128)
3850 N. Causeway Blvd., Suite 1280
Metairie, Louisiana  70002
Telephone:     (504) 836-7531
Fax:              (504) 836-7538
mungarino@ungarino-eckert.com

2

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have on this 10th day of May, 2012, electronically filed a copy of the foregoing with the Clerk of Court to be served by operation of the Court's electronic filing system upon the parties of record.

/s/ MATTHEW J. UNGARINO