Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et.
al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  113373-0174

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Matsa Construction Company, Inc., c/o Mateo Sanchez
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_        ) ss.
County of: _Dade_          )

Name of Server: _Carlos Aguirre_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _12th_ day of _November_ , 20 _11_ , at _11:53_ o'clock _A_ M

Place of Service: at _8543 SW 149th Terrace_ , in _Palmetto Bay, FL  33158_

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Matsa Construction Company, Inc., c/o Mateo Sanchez**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Gloria Sanchez Wife_

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Black_ ; Facial Hair
Approx. Age _50_ ; Approx. Height _5'7_ ; Approx. Weight _145_

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
_14_ day of _November_ , 20 _11_

_____              _____
Signature of Server                  (Notary Public          (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013