Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0126

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--MC Contractors, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Collier** )

Name of Server: **Joseph R. Crupe**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **29th** day of **November**, 20 **11**, at **5:40** o'clock **P** M

Place of Service: at **4040 16 Avenue SE**, in **Naples, FL 34117**

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**MC Contractors, Inc**

Person Served, and Method of Service: By delivering them into the hands of a **spouse of Registered Agent** whose name and title is: **Marta Cardona, spouse of the Registered Agent Jose Abin at their residence.**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **tan** ; Hair Color **Brown** ; Facial Hair ____
Approx. Age **45** ; Approx. Height **5'4"** ; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server **#157299**
APS International, Ltd.

Subscribed and sworn to before me this **6th** day of **December**, 20 **11**

**Traci J. DeSalvo**
Notary Public    (Commission Expires)

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

5915