Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0074

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Medallion Homes Gulf Coast, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Manatee )

Name of Server: **Maryellen Janney**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 7th day of Nov, 20 11, at 10:20 o'clock A M

Place of Service: at 2212 58th Avenue E., in Bradenton, FL 34203

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Medallion Homes Gulf Coast, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Charles Tokarz, Vice-President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Gray ; Facial Hair —
Approx. Age 60 ; Approx. Height 5'7" ; Approx. Weight 180

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Maryellen Janney #0099*
Signature of Server

Subscribed and sworn to before me this 7th day of Nov, 20 11

*Shelly Huffman*
Notary Public         (Commission Expires)

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru Troy Cain Insurance 800-385-7019

**APS International, Ltd.**

66487