Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0271

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Morales Carpentry
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Louisiana ) ss.
County of: St. Bernard )

**Name of Server:** Roy Busiere, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 2 day of December, 20 11, at 8:48 o'clock A M

**Place of Service:** at 4925 Delacrouix Hwy., in St. Bernard, LA 70085

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Morales Carpentry**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Danny Morales, owner   Personal Svc.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Brown ; Facial Hair none
Approx. Age 40 ; Approx. Height 5'7" ; Approx. Weight 180

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Roy Busiere
Signature of Server

Subscribed and sworn to before me this 2 day of Dec, 20 11

Vicki H. Conners
Notary Public    (Commission Expires)

VICKI H. CONNERS
ID #63216
Parish of St. Tammany
Commission for Life

**APS International, Ltd.**