Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0091

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Next Level Group, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **VIRGINIA** ) ss.
County of: **City of Norfolk**
Name of Server: **William L. Sassee, Jr.**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **8th** day of **November**, 20 **11**, at **2:38** o'clock **P** M

**Place of Service:** at **3345 Bridge Road, Suite 916**, in **Suffolk, VA 23435**

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Next Level Group, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **James W. Backus, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair **No**
Approx. Age **50-55**; Approx. Height **6'**; Approx. Weight **200 lbs**.

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **8th** day of **November**, 20 **11**

Signature of Server

Notary Public       4-30-2014
                   (Commission Expires)

APS International, Ltd.

TEENA MARIE DRISKELL
NOTARY PUBLIC
REG. # 268501
MY COMMISSION EXPIRES
Apr. 30, 2014
COMMONWEALTH OF VIRGINIA