Laura Haya, et. al., Plaintiff(s)
    vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0053

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
    --Northstar Homes, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Georgia** ) ss.
County of: **Gwinnett** )

**Name of Server:** Jim Estlund, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 10th day of Nov., 2011, at 4:00 o'clock PM

**Place of Service:** at 671 Main Street, Ste. 200, in Suwannee, GA 30024

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Northstar Homes, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Registered Agent Beth Hilscher

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color B/N ; Facial Hair No
Approx. Age 30's ; Approx. Height 5-6 ; Approx. Weight 140

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server — Jim Est

Subscribed and sworn to before me this 11th day of Nov, 2011

Matthew Davy  July 11, 2014
Notary Public    (Commission Expires)
matt davy

**APS International, Ltd.**

*[Notary Seal: MATTHEW DAVY NOTARY PUBLIC EXPIRES JULY 11, 2014 GEORGIA WALTON COUNTY]*