Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN  55439-3122

APS File #:  113373-0127

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Paul Homes, Inc, a/k/a Management Services of Lee County, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 14th day of November, 20 11, at 10:55 o'clock A M

Place of Service: at 4524 SE 16th Place #2C, in Cape Coral, FL  33904

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Paul Homes, Inc, a/k/a Management Services of Lee County, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Linda Paul, Vice President

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color Blonde ; Facial Hair ___
Approx. Age 45-50 ; Approx. Height 5'3" ; Approx. Weight 145

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray   #57153
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 18th day of November, 20 11
Traci A. DeSalvo   10/26/15
Notary Public   (Commission Expires)

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

5911