IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED ) | | |
|     DRYWALL PRODUCTS ) | MDL NO. 2047 | |
|     LIABILITY LITIGATION ) | | |
| ) | SECTION: L | |
| ) | | |
| ) | JUDGE FALLON | |
| ) | | |
| ) | MAG. JUDGE WILKINSON | |

## MEDIATION ORDER

After conference(s) with members of the Plaintiffs' Steering Committee, representative(s) for Knauf, representative(s) for Interior Exterior and its insurers, and representative(s) of North River Insurance Company, the Court has determined that it is appropriate to schedule a mediation in New Orleans, Louisiana.

Accordingly, IT IS ORDERED that the following parties shall appear before the Court-appointed mediator on Thursday, May 31, 2012 at 9:00 a.m. CST for mediation with John Perry, the mediator: Russ M. Herman, Arnold Levin, Fred Longer and Leonard A. Davis for the Plaintiffs' Steering Committee; Phil D. Nizialek, A. Hugh Scott, D. Russell Holwadel, Richard Duplantier, Melissa Swabacker and Gary Russo and/or Megan Donohue for Interior Exterior and its insurers; Kerry Miller and Steven Glickstein for the Knauf Entities; Kevin Risely, Sidney Angelle and Brian Martin, for North River Insurance Company.

All attorneys and a corporate representative from Knauf, Interior Exterior and North River Insurance Company with full settlement authority shall be present at the mediation with full settlement authority, as well as a representative of the Plaintiffs' Steering Committee, who shall have full settlement authority.

New Orleans, Louisiana, this 10th day of May, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE