Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  113373-0093

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Preserve Development, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Virginia ) ss.
County of: City of Norfolk
Name of Server: Barry Driskell, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 19th day of December, 20 11, at 6:31 o'clock P M

Place of Service: at 213B 65th Street, in Virginia Beach, VA 23451

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Preserve Development, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Jeffrey J. Wermers, Registered Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair No
Approx. Age 45 ; Approx. Height 6'0" ; Approx. Weight 180 LBS

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 19th day of December, 20 11

Notary Public

4-30-2014 (Commission Expires)

APS International, Ltd.

TEENA MARIE DRISKELL
NOTARY PUBLIC
REG. #268501
MY COMMISSION EXPIRES
Apr. 30, 2014
COMMONWEALTH OF VIRGINIA