Case 2:09-md-02047-EEF-MBN Document 14265 Filed 05/10/12 Page 1 of 1

Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0043

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Quality Builders of North Florida, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Fla** ) ss.
County of: **Hamilton** )

**Name of Server:** _James L. Silcox_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **8th** day of **November**, 20 **11**, at **3:20** o'clock **P** M

**Place of Service:** at **3595 NW 76 Lane**, in **Jennings, FL 32053**

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Quality Builders of North Florida, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Lynette Wiser, Mother in Law to Paul Wiser / Former Owner of Quality Bldrs, Served at Her Home Where He Lives Now_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **Wht**; Hair Color **Gry**; Facial Hair **No**
Approx. Age **55-60**; Approx. Height **5'7**; Approx. Weight **135**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_James L. Silcox_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **10th** day of **November**, 20 **11**

_Patricia L. Adams_
Notary Public         (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Patricia L. Adams
Commission #DD877905
Expires: MAY 07, 2013
BONDED THRU ATLANTIC BONDING CO., INC.