Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0130

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--RA Grant Corporation
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

Name of Server: __Raymond V. Laakso__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __10th__ day of __November__, 20 __11__, at __10:45__ o'clock __A__ M

Place of Service: at __860 A S.E 46th Lane__, in __Cape Coral, FL 33904__

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**RA Grant Corporation**

Person Served, and Method of Service: By delivering them into the hands of a __spouse of Registered Agent__ whose name and title is: __MaryAnn Matey, spouse of Registered Agent James Matey (Residential address)__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __F__; Skin Color __white__; Hair Color __Gray__; Facial Hair ____
Approx. Age __65__; Approx. Height __5'4"__; Approx. Weight __120__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #15715H

Subscribed and sworn to before me this __18th__ day of __November__, 20 __11__
__Traci A. DeSalvo__  10/26/15
Notary Public       (Commission Expires)

**APS International, Ltd.**

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

5912