Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0131

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Ramos Builders, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22nd** day of **November**, 20 **11**, at **9:45** o'clock **A** M

Place of Service: at **5358 Mayfair Court**, in **Cape Coral, FL 33904**

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Ramos Builders, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Edward Ramos, Vice President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **Tan** ; Hair Color **Salt/pepper** Facial Hair ___
Approx. Age **45-50**; Approx. Height **5'9"** ; Approx. Weight **175**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Barbara Gray* #157153
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **23rd** day of **November**, 20 **11**
*Traci DeSalvo*
Notary Public    (Commission Expires)

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141848
Expires 10/26/2015