Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0260

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ray Horvath Drywall, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: OKEECHOBEE )

**Name of Server:** GREGORY GERNAT, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4 day of NOV, 20 11, at 4:53 o'clock P M

**Place of Service:** at 10155 NE 101st Street, in Okeechobee, FL 34972

**Documents Served:** the undersigned served the documents described as:
Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Ray Horvath Drywall, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: RAY HORVATH, REGISTERED AGENT

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color WHITE; Hair Color GRAY; Facial Hair N
Approx. Age 65; Approx. Height 5'10"; Approx. Weight 220

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Gregory Gernat*
Signature of Server
06-17

Subscribed and sworn to before me this 11th day of November, 20 11

*Peggy Gerth*
Notary Public          (Commission Expires)

APS International, Ltd.



PEGGY GERTH
MY COMMISSION # DD768681
EXPIRES March 16, 2012
Fl Notary Discount Assoc Co