Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et.
al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   113373-0055

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Renola Equity Fund III, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

**State of:**  CALIFORNIA          ) ss.
**County of:**  SAN DIEGO          )

**Name of Server:**  JACK H. YOUNG          , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**  that on the 14th day of November          , 20 11 , at 10:00 o'clock    A M

**Place of Service:**  at 2445 Alpine Blvd.          , in Alpine, CA  91901

**Documents Served:**  the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:**  A true and correct copy of the aforesaid document(s) was served on:
**Renola Equity Fund III, LLC**

**Person Served, and Method of Service:**  By delivering them into the hands of an officer or managing agent whose name and
title is: JEFF CASTELLAW, MANAGER, AUTHORIZED TO ACCEPT

**Description of Person Receiving Documents:**  The person receiving documents is described as follows:
Sex  M ; Skin Color WHITE ; Hair Color BLK/GRAY ; Facial Hair  NONE
Approx. Age  57 ; Approx. Height 5'10" ; Approx. Weight 170 lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:**  Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_Jack H Yg_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
15th day of November , 20 11

_Notary Public_          (Commission Expires)

JAMES J. MAISANO
COMM. #1790050
NOTARY PUBLIC·CALIFORNIA
San Diego County
Comm. Expires Feb 13, 2012
SEC1   SEC1