Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0094

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

# AFFIDAVIT OF SERVICE -- Corporate

**Service of Process on:**
--Residential Concepts, Ltd.
Court Case No. 11-1077 Section L

State of: Virginia ) ss.
County of: City of Norfolk )

**Name of Server:** Brian Noth, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5th day of December, 20 11, at 4:40 o'clock P M

**Place of Service:** at 4525 South Boulevard, Suite 300, in Virginia Beach, VA 23452

**Documents Served:** the undersigned served the documents described as:
Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Residential Concepts, Ltd.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Robert Rolott, Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Red; Facial Hair No
Approx. Age 60-65; Approx. Height 6'; Approx. Weight 180 lbs.

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 5th day of December, 20 11

Notary Public 4-30-2014 (Commission Expires)

**APS International, Ltd.**

TEENA MARIE DRISKELL NOTARY PUBLIC REG. # 268501 MY COMMISSION EXPIRES Apr. 30, 2014 COMMONWEALTH OF VIRGINIA