Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0040

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Roche JR Construction, Inc., c/o All Florida Firm, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: VOLUSIA )

**Name of Server:** BILL PHELPS, undersigned, being duly sworn, deposes and says that at the time of service, he/she was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 12TH day of November, 20 11, at 3:00 o'clock P M

**Place of Service:** at 557 Noremac Drive, in Deltona, FL 32738

**Documents Served:** the undersigned served the documents described as:
Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Roche JR Construction, Inc., c/o All Florida Firm, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: JAMISON JESSUP, REGISTERED AGENT

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color BLACK ; Facial Hair —
Approx. Age 55 ; Approx. Height 5'9" ; Approx. Weight 220

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Bill Phelps
Signature of Server

Subscribed and sworn to before me this 14th day of November, 20 11

Notary Public    (Commission Expires)

**APS International, Ltd.**

CHRISTIN ERJAVEC
Commission # DD 933371
Expires October 15, 2013
Bonded Thru Troy Fain Insurance 800-385-7019