Laura Haya, et. al., Plaintiff(s)
    vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0068

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
    --Rogers Company, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **OKALOOSA** )

**Name of Server:** **GLENROY LITTLE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **10** day of **NOV**, 20 **11**, at **3:10** o'clock **P.** M

**Place of Service:** at **1201 Eglin Parkway**, in **Shalimar, FL 32579**

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Rogers Company, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Melissa Ambubuyog as Paralegal to O. Michael Chesser**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Blk**; Facial Hair **None**
Approx. Age **35**; Approx. Height **5'8"**; Approx. Weight **145**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ Little_
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this **16th** day of **November**, 20 **11**

_/s/ K T_ **2014**
Notary Public   (Commission Expires)



KRISTINA TRAIL
MY COMMISSION # EE 009861
EXPIRES: July 19, 2014
Bonded Thru Notary Public Underwriters