Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0032

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Roy Harris Drywall, Inc.

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 11-1077 Section L

State of: **Florida** ) ss.
County of: **Hillsborough** )

Name of Server: **Harold Reilly**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **11th** day of **November**, 20 **11**, at **6:15** o'clock **P** M

Place of Service: at **7246 Mako Drive** . in Hudson, FL 34667

Documents Served: the undersigned served the documents described as:
Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Roy Harris Drywall, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Earl Stockton, President**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Black** ; Facial Hair ____
Approx. Age **50** ; Approx. Height **5' 11"** ; Approx. Weight **200**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Harold L. Reilly*  11/17/11
Signature of Server

Subscribed and sworn to before me this **17th** day of **November**, 20 **11**

*Elaine Jones*
Notary Public  (Commission Expires)
3/2/13

APS International, Ltd.

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters