Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd. et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0211

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Schmidth Brothers Homes, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **Hillsborough** )

Name of Server: **JAMIE SNYDER**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **21** day of **November**, 20**11**, at **5:43** o'clock **P** M

Place of Service: at ~~1909~~ **1009** Symphony Isles Blvd. , in Apollo Beach, FL 33572

Documents Served: the undersigned served the documents described as:
Summons and Second Amended Class Action Complaint (IX) w/Jury Demand: Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Schmidth Brothers Homes, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Darlene Schmidt, Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** : Skin Color **Cauc** : Hair Color **Blond** : Facial Hair ____
Approx. Age **55** : Approx. Height **5'5"** : Approx. Weight **130 lbs**

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*[Signature] Jamie Snyder*
Signature of Server

Subscribed and sworn to before me this **5** day of **December**, 20**11**

*[Signature]*
Notary Public (Commission Expires)

APS International, Ltd.

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters