Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0056

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Smokey Mountain Materials, Inc., National Registered Agents, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Tennessee** ) ss.
County of: **Davidson** )
Name of Server: **Lee A. Miller**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **10th** day of **November**, 20 **11**, at **2:05** o'clock **P** M

Place of Service: at **2300 Hillsboro Road, Ste. 305**, in **Nashville, TN 37212**

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Smokey Mountain Materials, Inc., National Registered Agents, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Deborah Nickerson, RA**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F**; Skin Color **Wht**; Hair Color **blond**; Facial Hair **∅**
Approx. Age **55**; Approx. Height **5'6**; Approx. Weight **140**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Lee A. Miller*
Signature of Server

Subscribed and sworn to before me this **10th** day of **November**, 20 **11**

Notary Public (Commission Expires)

My Commission Expires NOV. 7, 2012

**APS International, Ltd.**