Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0262

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Stadelman Drywall
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: IndianRiver )

Name of Server: **William Bressett**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 7 day of November, 2011, at 3:00 o'clock P M

Place of Service: at 1825 First Place, in Vero Beach, FL 32962

Documents Served: the undersigned served the documents described as:
Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Stadelman Drywall

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Thomas Stadelman

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex m ; Skin Color w ; Hair Color Gry/brn ; Facial Hair yes
Approx. Age 45 ; Approx. Height 5'10" ; Approx. Weight 200 lbs

xx To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 15 day of NOVEMBER, 20 11

DAVID SHERMAN BONNER
Notary Public (Commission Expires)

APS International, Ltd.

DAVID SHERMAN BONNER
Notary Public, State of Florida
My Commission Expires 3/1/2014
Comm. No. DD966537