Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  113373-0215

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL.

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Suntree Homes, Inc.
Court Case No. 11-1077 Section L

| | |
|---|---|
| State of: | Florida ) ss. |
| County of: | Palm Beach ) |
| Name of Server: | MIchael Rocco , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the 17th day of November , 20 11 , at 10:42 o'clock A. M |
| Place of Service: | at 2113 Greenview Cove Drive , in West Palm Beach, FL 33414 |
| Documents Served: | the undersigned served the documents described as: Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: Suntree Homes, Inc. |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: George Barin, Managing Agent / Owner |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex M ; Skin Color White ; Hair Color Grey ; Facial Hair ____ Approx. Age 60 ; Approx. Height 5'7" ; Approx. Weight 220 |
| | ☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. Michael Rocco Signature of Server APS International, Ltd. | Subscribed and sworn to before me this 21 day of November , 20 11 Jonathan Levy Notary Public (Commission Expires) |