Laura Haya, et. al., Plaintiff(s)
  vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0036

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--TFH Corp.

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 11-1077 Section L

---

State of: **Florida** ) ss.
County of: **Hillsborough** )

**Name of Server:** **Edward Scott**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **10th** day of **November**, 20 **11**, at **8:05** o'clock **P** M

**Place of Service:** at 3634 Swans Landing Drive, in Land O' Lakes, 34639

**Documents Served:** the undersigned served the documents described as:
Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
TFH Corp.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Zack Tripp Json**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Brown**; Facial Hair ____
Approx. Age **17** ; Approx. Height **5' 10"**; Approx. Weight **165**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Edward Scott_
Signature of Server    11/16/11

Subscribed and sworn to before me this **16th** day of **November**, 20**11**

_Elaine F. Jones_
Notary Public    (Commission Expires)
3/2/13

**APS International, Ltd.**

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters