Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0064

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Haskell Company
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **FLORIDA** ) ss.
County of: **DUVAL** )

**Name of Server:** **DENNIS BARTILUCCI**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **7** day of **NOV**, 20**11**, at **2:05** o'clock **P** M

**Place of Service:** at 111 Riverside Avenue, in Jacksonville, FL 32231

**Documents Served:** the undersigned served the documents described as:
Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
The Haskell Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **RENEE HARRELL   COMPT.**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **BROWN**; Facial Hair **—**
Approx. Age **30**; Approx. Height **5'9"**; Approx. Weight **125**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury      Subscribed and sworn to before me this
that the foregoing is true and correct.                                      **8** day of **NOV**, 20**11**

_[signature]_                                                                _[signature]_   Apr-16-2013
Signature of Server                                                          Notary Public   (Commission Expires)

**APS International, Ltd.**

NATASHIA SKYE MCCARTY
MY COMMISSION #DD881310
EXPIRES: APR 16, 2013
Bonded through 1st State Insurance