# Exhibit "C"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
www.flsb.uscourts.gov

| | |
|---|---|
| In re<br><br>MERCEDES HOMES, INC., *et al.*<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 09-11191 (PGH)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Elizabeth Adam, hereby certify that, on the 27th day of February, 2009, I caused the following document to be served via first-class mail upon the service lists attached hereto as **Exhibit A**:

- **Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines** [attached hereto as **Exhibit B**]

I declare that the statements above are true to the best of my knowledge, information and belief.

Dated: March 16, 2009          /s/ *Elizabeth Adam*
                               Elizabeth Adam

Exhibit A - First Class Mail
Creditor Matrix

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| EDINSON, ANDREW | | 2844 SW 24TH AVE | | | CAPE CORAL | FL | 33914 | |
| Edith Ramos | | 119 Lodge Pole Cir | | | Georgetown | FL | 32139 | |
| Edith Spaulding | | PO BOX 2303 | | | Keller | TX | 76244 | |
| Edmond, John | | 2892 LOUISE CIR SW WEST | | | PORT ST LUCIE | FL | 34953 | |
| Edmund Kendrick | | 2627 Lyndscape St | | | Orlando | FL | 32833 | |
| Edmund, Carol | | 930 ALBERTVILLE DR | | | KISSIMMEE | FL | 34759 | |
| Edna Leventhal | | 2508 SW Deckard St | | | Port St Lucie | FL | 34953 | |
| Edouard / Francois, Gusner / Florance | | 1384 DARROW RD NW | | | PALM BAY | FL | 32908 | |
| Edouard, Dudeline | | 4713 PLAYSCHOOL DR | | | JACKSONVILLE | FL | 32210 | |
| Edras Lopez | | 1435 King St | Lot A 12 | | Cocoa | FL | 32922 | |
| EDUARD, ABRAMOV | | 521 EVERGREEN TERRACE SE | | | PORT ST LUCIE | FL | 34983 | |
| Eduardo Alvarez | | 4413 Ixora Cir | | | Lake Worth | FL | 33461 | |
| Eduardo Cobon | | 87 Ferne Ln | | | Lake Worth | FL | 33467 | |
| Eduardo Gomez | | 849 Bay Ln Apt No 2 | | | Crescent City | FL | 32112 | |
| Eduardo Lopez | | 1107 Willow Ln | | | Cocoa | FL | 32922 | |
| Eduardo Rodriguez | | 187 Colonial Blvd | | | Greenacres | FL | 33463 | |
| EDUARDO, RENATA C | | 1038 PROVINCETOWN LN SW | | | PORT ST LUCIE | FL | 34953 | |
| EDWARD & SUSAN HALL | | 5425 Areca Palm St | | | Cocoa | FL | 32927 | |
| Edward Beaudy | | 4803 Sandtyn Dr | | | Wayhaw | NC | 28173 | |
| Edward C Paden Jr , John W Bright & | | 6109 Fairoak Dr | | | VILLA RICA | GA | 30180 | |
| EDWARD FARNSCHLADER FRAMING INC | | PO BOX 110141 | | | PALM BAY | FL | 32911-0141 | |
| EDWARD FARNSCHLADER FRAMING, INC | | 465 ONTARIO ST NW | | | PALM BAY | FL | 32907 | |
| Edward Garcia | | 1126 S W 8th Pl | | | Cape Coral | FL | 33991 | |
| EDWARD JAYNES & CO, INC | | 358 HIBISCUS AVE STE C | | | Merritt Island | FL | 32953 | |
| EDWARD JAYNES AND COMPANY | | 358 HIBISCUS AVE STE C | | | Merritt Island | FL | 32953 | |
| Edward Klish | | 3360 Deer Lakes Dr | | | Melbourne | FL | 32940 | |
| Edward Lutz | | 2911 Tewinseh River | Rd | | Lansing | MI | 48906 | |
| Edward Ritenour | | 1902 Manor Dr | | | Cocoa | FL | 32922 | |
| Edward Roth | | 830 Lakeview St | | | Merritt Island | FL | 32953 | |
| EDWARD RYCKMAN INC | | PO BOX 13869 | | | FORT PIERCE | FL | 34979-3869 | |
| Edward Schultz | | 5781 Cape Harbour dr unit 1207 | | | Cape Coral | FL | 33914 | |
| Edward Tekel Jr | | 27609 Rileywood Dr | | | Daphne | AL | 36526 | |
| Edward Williams | | P O Box 8524 | | | ORLANDO | FL | 32828 | |
| EDWARDS EXTERMINATING INC | | 3815 N U S HWY 1 | | | COCOA | FL | 32926 | |
| EDWARDS ORNAMENTAL IRON | | 1252 W BEAVER ST | | | JACKSONVILLE | FL | 32204 | |
| EDWARDS, AUDREY | | 2364 FLEMING AVE SW | | | PALM BAY | FL | 32908 | |
| Edwards, Gloria | | 442 CREMONA AVE NW | | | PALM BAY | FL | 32907 | |
| Edwards, Ifraing | | 1337 Willow Branch Dr | | | ORLANDO | FL | 32828 | |
| EDWARDS, JASON | | 13950 ne 150TH AVE | | | MC COY | FL | 32134 | |
| Edwards, Joslyn | | 7845 103RD CT | | | VERO BEACH | FL | 32967 | |
| EDWARDS, KAYLA | | 3485 LIVE OAK HOLLOW DR | | | Orange Park | FL | 32065 | |
| Edwards, Kristine | | 12358 COUNTRY DAY CR | | | FORT MYERS | FL | 33913 | |

Exhibit A - First Class Mail
Creditor Matrix

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| LAOS, JOSE | | 5638 NW 26TH ST | | | HOLLYWOOD | FL | 33024 | |
| LAOS, JOSE | | PO BOX 551822 | | | DAVIE | FL | 33355 | |
| LAOS, JOSE L | | 3773 KAKOPO ST SW | | | PORT ST LUCIE | FL | 34953 | |
| Laos, Jose Luis | | 1533 IFFLA AVE SW | | | PORT ST LUCIE | FL | 34953 | |
| Laos, Jose Luis | | 4215 BACHMAN ST SW | | | PORT SAINT LUCIE | FL | 34953 | |
| LAOS, MAOYIN | | 2341 W 69TH ST | | | HIALEAH | FL | 33016 | |
| Laos, Maoyin | | 261 INWOOD AVE SW | | | PORT ST LUCIE | FL | 34984 | |
| Lapilusa, Joseph & Darlene | | 10176 Lancashire Dr | | | JACKSONVILLE | FL | 32219 | |
| LaPointe, Mark | | 1954 LAZY OAKS LOOP | | | SAINT CLOUD | FL | 34771 | |
| LAPORE, CHRISTOPHER | | 30 JUNIPER PASS TERRACE | | | OCALA | FLORIDA | 34480 | |
| Lapriola, Randy & Amy | | 186 SPRING VALLEY AVE | | | SEBASTIAN | FL | 32958 | |
| LAQUINTA MELBOURNE | | 7200 GEORGE T EDWARDS DR | | | Melbourne | FL | 32940 | |
| LAQUISHA HOSLEY | | 4705 JACKSON MEADOWS | | | SACHSE | TX | 75048 | |
| Lara Noel | | 5215 Abbey Park Ave | | | Tampa | FL | 33647 | |
| Lara, Domingo & Maria | | 3021 GALT CIR SE | | | PORT SAINT LUCIE | FL | 34984 | |
| Lara, Inova | | 10225 110th St SW | | | OCALA | FL | 34476 | |
| LARA, MELISSA | | 11306 BLACKMOOR DR | | | Austin | TX | 78759 | |
| LARA, RODOLFO C | | 901 ALBION ST NW | | | PALM BAY | FL | 32907 | |
| Lara, Roger/Liyanis | | 6137 APOLLOS CORNER WAY | | | ORLANDO | FL | 32829 | |
| Lara, Roy and Maribel | | 2987 SW 145th Ct | | | MIAMI | FL | 33175 | |
| Laranjeira, Andrey | | 637 MC HOLE AVE SW | | | PORT ST LUCIE | FL | 34953 | |
| Laraque, Karly & Dherly | | 7303 Clearwater Dr | | | SPRING HILL | FL | 34606 | |
| LARDNER, JULIA | | 1218 WONDERWOOD DE | | | ATLANTIC BEACH | FL | 32233 | |
| LARGIE, JOAN J/KEVIN E | | 1645 SUMTER LN | | | WEST MELBOURNE | FL | 32904 | |
| LARIOS, JOSE/VILMA | | 1103 DUNHAM ST SE | | | PALM BAY | FL | 32908 | |
| LARIOS, JOSE/VILMA | | 242 UMBER ST NW | | | PALM BAY | FL | 32907 | |
| LARKIN CONTRACTING, INC | | 6001 NORTH 50TH ST | | | TAMPA | FL | 33610 | |
| Larkin, Robert | | 1805 Grasmere | | | APOPKA | FL | 32703 | |
| Larkins, Thomas & Karey | | 26508 SHOREGRASS DR | | | WESLEY CHAPEL | FL | 33543 | |
| Larmond, Sean & Mishell | | 11125 CHEROKEE COVE DR | | | JACKSONVILLE | FL | 32221 | |
| LAROCK, DONALD & JUDITH | | 817 SE HAAS AVE | | | PORT ST LUCIE | FL | 34953 | |
| LaRocke, Donald and Judith | | 817 HAAS AVE SW | | | PORT ST LUCIE | FL | 34953 | |
| LARRIER, PAULA | | 20120 NW 39TH CT | | | MIAMI GARDENS | FL | 33056 | |
| Larrinaga, Raoul & Iris | | 1505 REAGAN DR | | | WYLIE | TX | 75098 | |
| Larry Adams | | 1213 Rosa L Jones | | | Rockledge | FL | 32955 | |
| LARRY BERG | | 806 WINDSOR CIR | | | BRANDON | FL | 33510 | |
| Larry Blair Jr | | 260 Ellwood Ave | | | Satellite Beach | FL | 32937 | |
| LARRY BUTCHERINE | | 4440 KINGSVILLE DR | | | COCOA | FL | 32927 | |
| LARRY C OSTEEN, TAX COLLECTOR | | 3485 SE WILLOUGHBY BLVD | | | STUART | FL | 34994-5062 | |
| LARRY FAVOR | | 821 ORANGE AVE | | | CRESCENT CITY | FL | 32112 | |
| LARRY GOSSAGE | | 1908 DOVE FIELD PL | | | BRANDON | FL | 33510 | |
| Larry Griffin | | 906 N W 9TH ST | | | OCALA | FL | 34475 | |
| LARRY J MORELLI, INC | | 2066 ALAMEDA DR | | | SPRING HILL | FL | 34609 | |
| Larry Kearse | | 2465 170th St | | | Citra | FL | 32113 | |