Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0058

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Home Team, d/b/a Great Southern Homes, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

**Name of Server:** _Joe R Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _8_ day of _November_, 20_11_, at _3:05_ o'clock _P_ M

**Place of Service:** at _17065 West Wortham Road_, in _Gulfport, MS 39574_

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**The Home Team, d/b/a Great Southern Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Dawn Chamberlain - Office Manager_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Red_ ; Facial Hair ____
Approx. Age _50-55_ ; Approx. Height _5'6_ ; Approx. Weight _150_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _9_ day of _Nov_, 20_11_

Signature of Server

Notary Public     (Commission Expires)

**APS International, Ltd.**

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 98685
CHRISTOPHER BAZINET
Commission Expires
March 29, 2015
HARRISON COUNTY