Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0041

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The St. Joe Company
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: FLORIDA ) ss.
County of: WALTON )

**Name of Server:** James Ingle, Jr., undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4 day of November, 20 11, at 7:55 o'clock A M

**Place of Service:** at 133 South Watersound Parkway, in Watersound, FL 32413

**Documents Served:** the undersigned served the documents described as:
Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
The St. Joe Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Lynne Lewis, Legal Secretary

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color ____ ; Facial Hair ____
Approx. Age ____ ; Approx. Height ____ ; Approx. Weight ____

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____  # 448
Signature of Server

Subscribed and sworn to before me this 4 day of November, 20 11

_____
Notary Public        (Commission Expires)

**APS International, Ltd.**



CINDY L PATTON
MY COMMISSION # EE 117164
EXPIRES: October 7, 2015
Bonded Thru Budget Notary Services