Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0136

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Timberline Builders, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __22nd__ day of __November__, 20 __11__, at __10:56__ o'clock __A__ M

**Place of Service:** at __3618 Del Prado Blvd__, in __Cape Coral, FL  33904__

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Timberline Builders, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __George Diggs, President__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __Gray__ ; Facial Hair ____
Approx. Age __45-50__ ; Approx. Height __6'0"__ ; Approx. Weight __200__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X __Barbara Gray__  #157153
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __23rd__ day of __November__, 20 __11__

__Traci A. DeSalvo__
Notary Public      (Commission Expires)

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

5898