Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0252

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Tindle Homes
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Alabama** ) ss.
County of: **Baldwin** )

Name of Server: **Daniel A. Moynihan**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **12TH** day of **November**, 20 **11**, at **12:15** o'clock **P** M

Place of Service: at **43241 State Highway 225**, in **Bay Minette, AL  36507**

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Tindle Homes**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Anna Tindle - Mother of Owner - Tindle Homes**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **WHT** ; Hair Color **BRO** ; Facial Hair **N/A**
Approx. Age **50** ; Approx. Height **5'4"** ; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Daniel A. Moynihan*
Signature of Server

Subscribed and sworn to before me this **15th** day of **November**, 20 **12**

*Sibyl C. Hester*
Notary Public     (Commission Expires)
**06/24/2012**

**APS International, Ltd.**