Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0277

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Total Community Action, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: Orleans )

Name of Server: __Roy Busiere__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __2__ day of __Dec.__, 20 __11__, at __10:55__ o'clock __A__ M

Place of Service: at __1420 S. Jefferson Davis Parkway__, in __New Orleans, LA 70125__

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Total Community Action, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Regina Martin, Manager    Personal Sec__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__; Skin Color __Black__; Hair Color __Black__; Facial Hair __None__
Approx. Age __57__; Approx. Height __5'6"__; Approx. Weight __160__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Roy Busiere__
Signature of Server

Subscribed and sworn to before me this __2__ day of __Dec__, 20 __11__

__Vicki H. Conners__
Notary Public     (Commission Expires)

**APS International, Ltd.**

VICKI H. CONNERS
ID #63216
Parish of St. Tammany
Commission for Life