Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  113373-0059

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Total Drywall, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Georgia** ) ss.
County of: **Fulton** )

**Name of Server:** **Rhon Evans**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **7th** day of **November**, 20 **11**, at **1:04** o'clock **P** M

**Place of Service:** at **5961-B Live Oak Parkway**, in **Norcross, GA 30093**

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Total Drywall, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Lori Lemons, Operations Manager**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **black**; Facial Hair ____
Approx. Age **43**; Approx. Height **5'6"**; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **14th** day of **November**, 20 **11**

Notary Public

[Notary seal: HEATHER DESCHENE, GEORGIA, EXPIRES DEC. 9, 2014, DEKALB COUNTY]

**APS International, Ltd.**


199947