Laura Haya, et. al., Plaintiff(s)
   vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0096

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ventura Supply, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _VIRGINIA_ ) ss.
County of: _City of Norfolk_
Name of Server: _BRIAN Nath_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _10th_ day of _November_, 20 _11_, at _11:47_ o'clock _A_ M

**Place of Service:** at _301 Bendix Road, Suite 500 -- Convergence Center IV_, in _Virginia Beach, VA 23452_

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Ventura Supply, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer, or managing agent whose name and title is: _Richard E. Biemiller, Registered agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _White_; Hair Color _Brown_; Facial Hair _No_
Approx. Age _40-45_; Approx. Height _5'10"_; Approx. Weight _160 lbs_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _10th_ day of _November_, 20 _11_
_4-30-2014_
Notary Public        (Commission Expires)

APS International, Ltd.

[Notary Seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. #268501, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]