Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  113373-0139

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Waterways Joint Venture IV, LLC
Court Case No. 11-1077 Section L

> LEVIN, FISHBEIN, ET AL
> Ms. Jennifer Lascio
> 510 Walnut St., Ste. 500
> Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Collier_ )

Name of Server: _Joseph R. Cripe_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _6th_ day of _December_, 20 _11_, at _6:00_ o'clock _P_ M

Place of Service: at _4711 First Ave NW_, in _Naples, FL 34119_

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Waterways Joint Venture IV, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Richard Davenport, Registered Agent_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _white_ ; Hair Color _Gray_ ; Facial Hair _____
Approx. Age _60_ ; Approx. Height _6'2"_ ; Approx. Weight _190_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _6th_ day of _December_, 20 _11_

_Traci A. DeSalvo_
Notary Public       (Commission Expires)

Signature of Server _#157299_

**APS International, Ltd.**

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

5901