Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0185

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --WB Howland Co., LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Fla_ ) ss.
County of: _Suwannee_ )
Name of Server: _James L. Silcox_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _9th_ day of _November_, 20 _11_, at _1:40_ o'clock _P_ M

Place of Service: at _610 11 St._, in _Live Oak, FL  32064_

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**WB Howland Co., LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _William Howland / OWNER_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Wht_ ; Hair Color _Grey_ ; Facial Hair _No_
Approx. Age _60-65_ ; Approx. Height _5-9_ ; Approx. Weight _200_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_James L. Silcox_
Signature of Server

Subscribed and sworn to before me this _10th_ day of _November_, 20 _11_

_Patricia L. Adams_
Notary Public           (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Patricia L. Adams
Commission # DD877905
Expires:  MAY 07, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

**APS International, Ltd.**