Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0097

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Wermers Development, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Virginia } ss.
County of: City of Norfolk

Name of Server: Barry Driskell, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 19th day of December, 20 11, at 6:31 o'clock P M

Place of Service: at 213B 65th Street, in Virginia Beach, VA 23451

Documents Served: the undersigned served the documents described as:
Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Wermers Development, Inc.** c/o Jeffrey J. Wermers
By delivering them into the hands of an officer or managing agent whose name and title is: Registered Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Brown; Facial Hair No
Approx. Age 45; Approx. Height 6'0"; Approx. Weight 180 LBS

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Barry Driskell_
Signature of Server

Subscribed and sworn to before me this 20th day of December, 20 11
4-30-2014
Notary Public    (Commission Expires)

APS International, Ltd.

TEENA MARIE DRISKELL
NOTARY PUBLIC
REG. # 268501
MY COMMISSION EXPIRES
Apr. 30, 2014
COMMONWEALTH OF VIRGINIA