Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0037

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--West Florida Construction Group, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Hillsborough )

Name of Server: Christinia Theisen, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 11 day of November, 20 11, at 9:25 o'clock AM

Place of Service: at 14616 Canopy Drive, in Tampa, FL 33626

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**West Florida Construction Group, Inc.** c/o Brent Balch, R.A -
By delivering them into the hands of an officer or managing agent whose name and title is: Angie Balch, Wife, Auth. to Accept

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color Cauc ; Hair Color Blond ; ~~Facial Hair~~
Approx. Age 30 ; Approx. Height 5'8" ; Approx. Weight 130 lbs
☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 14 day of November, 20 11

Notary Public        (Commission Expires)

**APS International, Ltd.**



SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters