Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0098

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Zaccaria Construction, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Virginia** ) ss.
County of: **City of Norfolk** )

Name of Server: **Barry Driskell**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **19th** day of **November**, 20**11**, at **3:09** o'clock **P** M

Place of Service: at 1305 Ewell Road, in Virginia Beach, VA 23452
**Agreed to meet at WAWA's, 201 S. Rosemont Road, Virginia Beach, VA 23452**

Documents Served: the undersigned served the documents described as:
Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Zaccaria Construction, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Christopher Zaccaria, Registered Agent**
**He does reside at 1305 Ewell Road, Chesapeake, VA 23320**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair **Yes**
Approx. Age **45-50**; Approx. Height **5'10"**; Approx. Weight **210**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Barry Driskell*
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **5th** day of **December**, 20**11**

Notary Public

(Commission Expires) **4-30-2014**

[Notary Seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 268501, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]