Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0184

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Zamora Homes Corporation
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )
Name of Server: __Carlos Aguirre__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __9th__ day of __November__, 20 __11__, at __3:02__ o'clock __P__ M

Place of Service: at __260 Palermo Avenue__, in __Coral Gables, FL 33134__

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Zamora Homes Corporation**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Maria Z. Perez Secretary__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Black__ ; Facial Hair ____
Approx. Age __32__ ; Approx. Height __5'4__ ; Approx. Weight __175__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __11__ day of __November__, 20 __11__

Notary Public (Commission Expires)

Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013

**APS International, Ltd.**