# EXHIBIT E

```
                    CITY  OF  CAPE  CORAL
                    CERTIFICATE OF OCCUPANCY
                         PERMANENT

                ISSUE DATE:         11/03/06

LOCATION: 2832 SW 36TH TER

STRAP #: 05-45-23-C4-04905-0160        PERMIT #: 06-00025655

OWNER INFORMATION:                     OCCUPANCY TYPE    : RESIDENTIAL 1 & 2 FA
   ROY GERARD +
   14 PENNIMAN LN                      CONST. TYPE       : TYPE VI UNSPRK/UNPRO
   ROY NANCY T/C
   HAMPTON, NH 03842-2714              ALLOWABLE OCC CONTENT:

CONTRACTOR INFORMATION:                ALLOWABLE FLOOR LOAD :
   PAUL GARY G
   PAUL HOMES                          GAC UNIT             :    74-0
   4524 SE 16TH PL #2C
   CAPE CORAL, FL 33904-7475           PLAT BOOK PAGE# :   13
   (941)542-1750                       # OF PLATTED LOTS:             2.0000
   COMPETENCY #:                       ZONING             :  R1BW
   REG OR STATE LIC: CGC047296
                                       TYPE OF WORK       :  NEW CONSTRUCTION

                                       NUMBER OF STORIES  :          1.00

                                       FLOOD ELEVATION    :          9.0000

                                       FLOOD CODE         :              A8

                                       NUMBER OF BEDROOMS :          3.00

                                       NUMBER OF BATHROOMS:          2.50

                                       TOTAL DWELLING UNITS:         1.00

                                       TOTAL BLDG SIZE    :       3554.00
```

SAID PREMISES HEREBY ARE FOUND TO COMPLY WITH THE BUILDING
ORDINANCES AND ZONING OF SAID CITY. THIS FORM IS A
"CERTIFICATE OF OCCUPANCY" WHEN VALIDATED.

DATE 11/3/06      _____
                  DEPT. OF COMMUNITY DEVELOPMENT

              VOID UNLESS SIGNED BY BUILDING OFFICIAL