# EXHIBIT F

Plaintiff Profile Form - Residential Properties

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

**For Internal Use Only**
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information
Name Property Owner: Gerard & Nancy Roy
Address of Affected Property: 2832 SW 36th Terrace
City: Cape Coral  State: FL  Zip: 33914
Is this Property: Residential [✓]  Commercial [ ]  Governmental [ ]
Name of Person Completing this Form: Peter J. Cambs
Is above your primary residence? Yes [✓] No [ ]
Mailing Address (if different):
City:  State:  Zip:
Phone: 239.945.4275
* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.
Check one: Owner-Occupant [✓]  Owner Only [ ]  Renter-Occupant [ ]
Represented By: Parker Waichman Alonso LLP
Address: 3301 Bonita Beach Road
City: Bonita Springs  State: FL  Zip: 34134
Phone: 800-LAW-INFO
Case No./Docket Info: 09-7628

### Section II. Insurance Information
Homeowner/Renter Insurer: American Integrity Ins. Co.
Policy #: AIH136970
Agent: Look Insurance
Address: 4903 Chiquita Blvd
City: Cape Coral  State: FL  Zip: 33914
Phone: 239-542-4189

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Gerard Roy | 11/01/2006 | | M [✓] F [ ] | unk | Yes [✓] No [ ] | Owner-Occupant |
| Nancy Roy | 11-01-2006 | | M [ ] F [✓] | | Yes [✓] No [ ] | Owner-Occupant |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  Yes ☑ No ☐

   1.1. If "Yes" to Question 1.0 Section IV, Who conducted the inspection?  IES

   1.2. When did the inspection take place?  10/30/2009

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  Yes ☑ No ☐

   2.1. If "Yes" to Question 2.0, Section IV, Who made this determination?  Dan Reid

   2.2. When was this determination made?  10/30/2009

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf - Tianjin | Knauf-Tianjin ASTM C36 | Attic Ceiling |
| USG | Sheetrock brand | garage attic, ceiling utility room |
| "4feetx12feet1/2inch" | "4feetx12feet1/2inch" | Upper walls of home |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/ distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall?  Yes ☐ No ☑

   1.1. If "Yes" to question 1.0 Section V, to whom has any such notice been sent?

     1.2. When was notice sent?

     + Attach copy of notice Sent

2.0. Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home?  Yes ☐ No ☑

   2.1. If "Yes" to Question 2.0, Section V, to whom has the request been made?

     2.2. When was the request made?

     + Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall?  Yes ☐ No ☑

   3.1. If "No" to question 3.0, Section V. Have any such repairs to your home been offered?  Yes ☐ No ☑

     3.1.a. If "Yes" to question 3.1, Section V. When was the offer made?

     3.1.b. Who made the offer?

   3.2. If "Yes" to Question 3.0, Section V, Have any such repairs to your home been initiated?  Yes ☐ No ☑

     3.2.a. Have any such repairs to your home been completed?  Yes ☐ No ☑

     3.2.b. Who paid or is paying for the repairs?

     3.2.c. What was/is the total cost?

     3.2.d. Have samples of the Chinese-manufactured drywall been kept?  Yes ☑ No ☐

     3.2.e. Who possesses the samples?

### Section VI. Questions for Florida Residents Only*

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home?  Yes ☐ No ☑

   1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent?

     1.2. When was notice sent?

     + Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558?  Yes ☐ No ☐

   2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?

     2.2. When was it received?

3.0. Has anyone inspected your home in response to your notice under Chapter 558?  Yes ☐ No ☐

   3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558?  Yes ☐ No ☐

   4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?

     4.2. When was it received?

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558?  Yes ☐ No ☐

   5.1. If "Yes" to Question 5.0., Section VI. Who performed these repairs?

     5.2. What repairs were performed?

     5.3. When were the repairs performed?

*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs' claims, nor do plaintiffs waive any rights or agree that such notice is required. Defendants contend that plaintiffs are not relieved of any obligations they may or may not have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

Plaintiff Profile Form - Residential Properties

### Section VII. Home Information

| | | | | Yes | No |
|---|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 4587 | | | | |
| Estimated Sq. Ft. of Drywall | unk | Occupied | | / | |
| Height of Interior Walls | unk | Year-round | | / | |
| Number of Bedrooms: | 3 | Summer | | / | |
| Number of Bathrooms: | 2 | Winter | | / | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | / | | |
| Copper Piping | / | | |
| Copper Fixtures | / | | |
| Other Fixtures | / | | |
| Were repairs made to the plumbing system? | | | |

Dates: unk

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | / | | |
| Switches | / | | |
| Main Panel | / | | |
| 2nd Panel | / | | |
| Exposed Copper Wires | / | | |
| Were repairs made to the electrical system? | | | |

Dates: unk

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VIII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | | Completion Date | |
|---|---|---|---|
| Move in Date: | 11/01/2006 | Date Acquired Home | 11/01/2006 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | | Completion Date | |
|---|---|---|---|
| Move in Date: | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section IX. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
Paul Homes

Address: 4624 SE 16th Place #2C

City: Cape Coral  State: fl  Zip: 33914

Phone: 239-542-1750

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section X. Drywall Installer

Drywall Installer's Name:

Address:

City:   State:   Zip:

Phone:

### Section XI. Drywall Supplier

Drywall Supplier's Name:

Address:

City:   State:   Zip:

Phone:

### Section XII. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____   _____   _____   _____
Claimant's Signature        Date Signed       Claimant's Signature       Date Signed

_____   _____   _____   _____
Claimant's Signature        Date Signed       Claimant's Signature       Date Signed

_____   _____   _____   _____
Claimant's Signature        Date Signed       Claimant's Signature       Date Signed

**American Integrity Insurance Company of Florida**
7850 W Courtney Campbell Cswy, Suite 1200
Tampa, FL 33607-1462

Customer Service: 1-888-360-5516

Notice Date: 09/07/2008
**PREMIUM DUE NOTICE**

| Policy Number | Policy Type | Due Date | Policy Effective Date | Policy Expiration Date |
|---|---|---|---|---|
| AIH136970 | HO3 | 10/17/2008 | 11/06/2008 | 11/06/2009 |

Statement Mailed To:
NANCY ROY and/or GERARD ROY
2832 SW 36th Ter
Cape Coral, FL 33914-4856

Agent:
AG3100
LOOK INSURANCE INC
4803 CHIQUITA BLVD
CAPE CORAL, FL 33914
230-542-4100

This is our offer to renew your policy. For coverage to be in effect, your payment for the Total Premium Due must reach our office by the Policy Effective Date shown above. If your payment is not received by this date, coverage will cease as of 12:01 AM.

For your records
Check Number:
Check Date:

| ☐ Full Pay | Due Date | ☐ 2-Pay | Due Date | ☐ 3-Pay | Due Date | ☐ 4-Pay | Due Date |
|---|---|---|---|---|---|---|---|
| $2279.00 | 10/17/2008 | $1156.00 | 10/17/2008 | $930.80 | 10/17/2008 | $593.00 | 10/17/2008 |
| | | $1129.00 | 1/5/2009 | 678.60 | 1/5/2009 | $566.00 | 1/5/2009 |
| | | | | 678.60 | 3/6/2009 | $566.00 | 3/6/2009 |
| | | | | | | $566.00 | 5/5/2009 |

Keep this portion of the statement for your records.

**IMPORTANT:** Detach and return this notice below, along with your payments, in the envelope provided. If your mortgage holder pays your premiums, a separate notice has been sent to them. Please make sure that they have received it and scheduled to pay your premiums on time.

**American Integrity Insurance Company of Florida**
MSC #504
P.O. Box 830469
Birmingham, AL 35283-0469

Notice Date: 09/07/2008
**PREMIUM DUE NOTICE**

| Policy Number | Total Balance | Minimum Due | Amount Enclosed | Payment Due Date |
|---|---|---|---|---|
| AIH136970 | $2279.00 | $2279.00 | | 10/17/2008 |

Please enter amount enclosed

Make Checks Payable To:
American Integrity Insurance Company of Florida
MSC #504
P.O. Box 830469
Birmingham, AL 35283-0469

Policy Holder: NANCY ROY and/or GERARD ROY
2832 SW 36th Ter
Cape Coral, FL 33914-4856

AIIC HO RN 08 08

RoyG000004