# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

Richard and Constance Almeroth, et al

       Plaintiff

v.

Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.

       Defendant

Civil Action No. 12-0498 Section L

## VERIFIED MOTION TO DISMISS PLAINTIFF'S UNMIBUS CLASS ACTION COMPLAINT (XIII) BY DEFENDANT ARIF PARUPIA, AN INDIVIDUAL DEFENDANT, BASED UPON IMPROPER PARTY AND IMPROPER VENUE PURSUANT TO RULE 12(b)(1),(2),(3) AND (6)

COMES NOW, an Individual Defendant, ARIF PARUPIA, pro se, and in response to the Complaint for Class Action and would hereby file this Motion to Dismiss pursuant to Rule 12(b)(1),(2),(3) and (6) and would state as follows:

1. That the Defendant, ARIF PARUPIA, as an individual Defendant, is a resident of the State of Florida in St. Lucie County.

2. That the Defendant, ARIF PARUPIA hereby asserts this Motion to Dismiss pursuant to Rule 12(b) as a defense to the Plaintiff's complaint in that the Plaintiff lacks:

    a. subject matter jurisdiction

    b. personal jurisdiction

TENDERED FOR ...

MAY -2 2012

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

      c.      improper venue

      d.      failure to state a claim on which relief can be granted.

3. That the alleged subject matter is a commercial plaza located at 1605 Port St. Lucie Blvd., Port St. Lucie, Florida 34952. (See attached page 1 of 30 Exhibit "A")

4. That this plaza was owned by a corporation known as Adams Place, LLC (See copy of enclosed State of Florida Public Records reflecting an active corporation, Adams Place, LLC Exhibit "B") in which the Defendant, ARIF PARUPIA, is the managing member.

5. That Conway Center, LLC purchased this center from Adams Place, LLC. on or about July 31, 2008. (Said copy of the Deed is enclosed herewith as Exhibit "C.")

6. That the Defendant, ARIF PARUPIA, has no business connections, personal ties, and/or contacts whatsoever with the State of Louisiana.

7. That the Defendant, ARIF PARUPIA, has never resided during his entire life in the State of Louisiana.

8.. That the subject matter of these allegations against the Defendant, ARIF PARUPIA, is all located in Port St. Lucie, Florida.

9. That the Defendant, ARIF PARUPIA, has never had personal ownership interest in the subject property, nor was he the contractor who performed either the drywall subcontracting and/or building of the commercial building.

10. That the limited liability company, Adams Place, LLC contracted with Pat's Construction, LLC for the construction of the subject plaza and a final contractor's final payment affidavit was signed by the contractor of record on August 24, 2007. (Attached herewith as Exhibit "D.")

11. That the subject property was built by Pat S. Construction, LLC, as shown by Exhibit "E1-E4."

12. That the Defendant, ARIF PARUPIA, has never been a builder or a licensed general contractor or subcontractor for any trade, including drywall; however, the Plaintiff's complaint page 1 of 15 lists me as a builder which is inaccurate (See Exhibit "F")

WHEREFORE, the Defendant, ARIF PARUPIA, based upon the foregoing facts and circumstances requests this Honorable Court to enter an Order hereby dismissing ARIF PARUPIA as an individual party defendant as there is a lack of subject matter jurisdiction, a lack of personal jurisdiction, improper venue, and failure to state a claim on which relief can be granted, pursuant to Rule 12(b)(1)(2)(3)and (6) as there is no factual basis whatsoever with which to personally obligate me as an individual given all of the allegations alleged in the class action complaint as pled.

## VERIFICATION

I, ARIF PARUPIA, being first duly sworn in accordance with law, do hereby depose and state that I have read the foregoing Verified Motion to Dismiss pursuant to Rule 12(b), and that it is true and correct to the best of my knowledge and information.

_____

ARIF PARUPIA

**STATE OF FLORIDA**

**COUNTY OF ST. LUCIE**

BEFORE ME, the undersigned authority, personally appeared ARIF PARUPIA, personally known to me or who produced _____ as identification, and who, after being duly sworn, stated under oath that he signed the foregoing document on behalf of Defendant, and it is true and correct to the best of his knowledge and information.

SWORN TO AND SUBSCRIBED before me this  1st  day of May 2012.

Notary Public, State of Florida

DANIELLE CHIBAS
MY COMMISSION # EE 185479
EXPIRES: April 1, 2016
Bonded Thru Budget Notary Services

 April 1, 2016 
My Commission Expires:

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was provided by United States Mail to Russ M. Hermann, Esquire, Leonard A. Davis, Esquire, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113 this  1st  day of May 2012.

Respectfully submitted:

ARIF PARUPIA, Defendant
10850 Kimberfyld Lane
Port St. Lucie, Florida 34986
772-370-7573

*Richard and Constance Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XIII) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor Defendant/ Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 1. | Almeroth, Richard and Constance | 5253 Brushy Mtn. Road Moravian Falls, NC 28654 | 704 N. Ocean Blvd. Unit 1001 Pompano Beach, FL 33062 | Allison Grant, P.A. | 704 N. Ocean Blvd. Associates, Ltd. (1) | Boulanger Drywall Corp. (40) | G. Proulx, LLC (108) Metro Resources Corp. (188) |
| 2. | Aldi, Inc. | 2651 SR 17 S Haines City, FL 33845 | 6503 Interbay Blvd. Tampa, FL 33611 | Allison Grant, P.A. | | Talmadge Drywall, Inc. (265) | Black Bear Gypsum Supply, Inc. (36) |
| 3. | Armenter, Sebastian and Monteverde, Sandra | 10 Venetian Way #2202 Miami Beach, FL 33139 | 704 N. Ocean Blvd. Unit 1004 Pompano Beach, FL 33062 | Allison Grant, P.A. | 704 N. Ocean Blvd. Associates, Ltd. (1) | Boulanger Drywall Corp. (40) | G. Proulx, LLC (108) Metro Resources Corp. (188) |
| 4. | Bacon, Doug and Joy | 19712 Lake Osceola Lane Odessa, FL 33556 | | Allison Grant, P.A. | | Talmadge Drywall, Inc. (265) | |
| 5. | Bucaj, Alfons | 5555 42nd Terrace Vero Beach, FL 32967 | 8320 Meredith Place Vero Beach, FL 32968 | Allison Grant, P.A. | | | |
| 6. | Conway Centre, LLC | c/o White Company 1600 S. Brentwood #770 St. Louis, MO 63144 | 1605 Port St. Lucie Blvd. Port St. Lucie, FL 34952 (This is the address for the entire building – each bay has a separate address) | Allison Grant, P.A. | Arif Parupia (21) | | |
| 7. | Conway Centre, LLC | c/o White Company 1600 S. Brentwood #770 St. Louis, MO 63144 | 1649 Port St. Lucie Blvd. Port St. Lucie, FL 34952 | Allison Grant, P.A. | Arif Parupia (21) Pat's Construction LLC (206) | | |
| 8. | Conway Centre, LLC | c/o White Company 1600 S. Brentwood #770 St. Louis, MO 63144 | 1653 Port St. Lucie Blvd. Port St. Lucie, FL 34952 | Allison Grant, P.A. | Arif Parupia (21) Pat's Construction LLC (206) | | |

Page 1 of 89


EXHIBIT A

# FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List            Entity Name Search  [Submit]
No Events           No Name History

## Detail by Entity Name

### Florida Limited Liability Company
ADAM'S PLACE, LLC

### Filing Information
Document Number L04000014755
FEI/EIN Number   300232174
Date Filed       02/13/2004
State            FL
Status           ACTIVE

### Principal Address
10850 KIMBERFYLD LANE
PORT ST LUCIE FL 34986

### Mailing Address
10850 KIMBERFYLD LANE
PORT ST LUCIE FL 34986

### Registered Agent Name & Address
PARUPIA, ARIF
10850 KIMBERFYLD LANE
PORT ST LUCIE FL 34986 US

### Manager/Member Detail
Name & Address

Title MGRM

PARUPIA, ARIF
10850 KIMBERFYLD LANE
PORT ST LUCIE FL 34986

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2009 | 04/10/2009 |
| 2010 | 04/09/2010 |
| 2011 | 03/25/2011 |

### Document Images

03/25/2011 -- ANNUAL REPORT    [View image in PDF format]
04/09/2010 -- ANNUAL REPORT    [View image in PDF format]
04/10/2009 -- ANNUAL REPORT    [View image in PDF format]

**EXHIBIT B**

http://www.sunbiz.org/scripts/cordet.e...    doc_number=L04000014...    11/18/2011

EDWIN M. FRY, Jr., CLERK OF THE CIRCUIT COURT - SAINT LUCIE COUNTY
FILE # 3241166 OR BOOK 3002 PAGE 1570, Recorded 08/06/2008 at 01:23 PM
Doc Tax: $15750.00

# Warranty Deed

This Indenture, made, July 31, 2008 A.D.
Between
Adam's Place, LLC, a Florida limited liability company whose post office address is: 10850 Kimberfyld Lane, Port St. Lucie, Florida 34986, Grantor and Conway Centre, LLC, a Missouri limited liability company whose post office address is: 1600 S. Brentwood Blvd., Suite 770, St. Louis, MO 63144, Grantee,

Witnesseth, that the said Grantor, for and in consideration of the sum of Ten and No/100 Dollars ($10.00), to it in hand paid by the said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee forever, the following described land, situate, lying and being in the County of St. Lucie, State of Florida, to wit:

Lots 19, 20, 21, 22, 23, 24 and 25, Block 80, SOUTH PORT ST. LUCIE UNIT FIVE, as per Plat thereof, recorded in Plat Book 14, Pages 12, 12A to 12G of the Public Records of ST. LUCIE COUNTY, Florida.

Subject to taxes for the current year, covenants, restrictions and easements of record, if any.

Parcel Identification Number: 3422-525-0793-000/2

And the said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.
In Witness Whereof, the said Grantor has caused this instrument to be executed in its name by its duly authorized officer and caused its corporate seal to be affixed the day and year first above written.

Adam's Place, LLC, a Florida limited liability company

Signed and Sealed in Our Presence:

By: _____
Arif Parupia
Its Managing Member

Cindy Lou Wilhoite
Witness Print Name: Cindy Lou Wilhoite

Roxanne M. Huldeen
Witness Print Name: Roxanne M. Huldeen

State of Florida
County of St. Lucie

The foregoing instrument was acknowledged before me this 31st day of July, 2008, by Arif Parupia, the Managing Member of Adam's Place, LLC, a Florida limited liability company who is personally known to me or has produced _____ as identification.

Cindy Lou Wilhoite (Seal)
Notary Public
Notary Printed Name: _____
My Commission Expires:

CINDY LOU WILHOITE
MY COMMISSION # DD432071
EXPIRES: July 02, 2009
Fl. Notary Discount Assoc. Co.

Prepared by and Return to:
Cindy Lou Wilhoite, an employee of
Landtech Title Services, Inc.,
1609 SE Port St. Lucie Blvd.
Port St. Lucie, Florida 34952

File Number: LT0806-012


EXHIBIT C

# CONTRACTOR'S FINAL PAYMENT AFFIDAVIT

STATE OF FLORIDA
COUNTY OF MARTIN

Before me, the undersigned authority, personally appeared Joyce Rogolino, who, after being first duly sworn, deposes and says of her own personal knowledge, the following:

1. She is the Managing Member of Pat's Construction, LLC., which does business in the State of Florida, hereinafter referred to as the "Contractor."

2. Contractor, pursuant to a contract with Adam's Place, LLC, hereinafter referred to as the "Owner," has furnished or caused to be furnished labor, materials, and services for the construction of certain improvements to real property as more particularly set forth in said contract.

3. This affidavit is executed by the Contractor in accordance with section 713.06 of the Florida Statutes for the purposes of obtaining final payment from the Owner in the amount of $10,000.00.

4. All work to be performed under the contract has been fully completed, and all lienors under the direct contract have been paid in full.

Signed, sealed, and delivered on this 21 day of August, 2007.

Pat's Construction, LLC.

By Joyce Rogolino
Managing Member

Sworn to before me on this 21 day of August, 2007, by Joyce Rogolino, who is personally known to me or has produced FL OLR245 73 4/28620 as identification.

Notary Public - State of Florida

_____
[Print, type or stamp commissioned name of notary]

____ Personally known
✓ Produced identification
Type of identification produced

**EXHIBIT D**

EDWIN M. FRY, JR. CLERK OF THE CIRCUIT COURT SAINT LUCIE COUNTY
FILE # 2604996 OR BOOK 2218 PAGE 646, Recorded 04/19/2005 at 10:01 AM

Exhibit "15"

# NOTICE OF COMMENCEMENT

Parcel ID No._____

Loan Number: 5224533512

This Notice of Commencement is filed in connection with mortgage filed in O.R. Book_____, page_____, Public Records of_____ County, Florida.

STATE OF FLORIDA
COUNTY OF ST. LUCIE

RETURN TO:
LANDTECH TITLE COURTHOUSE
BOX 12

The undersigned hereby give notice that improvements will be made to certain real property, and in accordance with Chapter 713, Florida Statutes, the following information is stated in this Notice of Commencement.

1. Description of Property:

   LOTS 19 20, 21, 22, 23, 24, AND 25, BLOCK 80, SOUTH PORT ST LUCIE UNIT 5, AS PER PLAT THEREOF, RECORDED IN PLAT BOOK 14, PAGE 12, 12A THROUGH 12G OF THE PUBLIC RECORDS OF ST LUCIE COUNTY, FLORIDA.

2. General description of Improvements: Subject property and all improvements

3. Owner: **Name:** ADAM'S PLACE, LLC
   **Address:** 439 SE Port St Lucie Blvd #109
   PORT ST LUCIE, FL 34987

   Fee Simple Ownership

4. Contractor: **Name:** PAT'S CONSTRUCTION
   **Phone Number:**
   **Address:**

5. Surety: N/A

6. Lender: HARBOR FEDERAL SAVINGS BANK
   P.O. Box 249
   Fort Pierce, FL 34954
   Phone Number: 772-460-7207 or 1-800-226-4375, ext 1624

7. Persons within the State of Florida designated by Owner upon whom notices or other documents may be served as provided by Section 713.13(1)(a)7, Florida Statutes: N/

8. In addition to himself, Owner designates, HARBOR FEDERAL SAVINGS BANK, Attn: Construction Department, P.O. Box 249, Fort Pierce, Florida 34954, to receive a copy of the Lienor's Notice as provided in Section 713.13(1)(b), Florida statutes.

9. Expiration date of Notice of Commencement: 1 year from the date of recording of this instrument.

Owner _____ ARIF PARUPIA, MANAGING MEMBER

Owner _____

STATE OF FLORIDA
COUNTY OF Parupia

SWORN TO AND SUBSCRIBED before me this 23rd day of March 2005 by Arif _____ who is personally known to me or who has produced _____ as identification and did/did not take an oath.

Notary Public - State OF Florida
My Commission Expires:

CYNTHIA BUNTEN
MY COMMISSION # DD 328461
EXPIRES: May 7, 2008
Bonded Thru Notary Public Underwriters

EXHIBIT
E1

3/2/04 - XD1309

LT 0503-092

```
11/04/11                Building Department of Port St. Lucie, FL                    Page    2
12:33:21          Inspection History for Permit: 0523462      Permit Type: MS
                Location: 1605-SH SE PORT ST LUCIE BLVD
                Contractor: PAT'S CONSTRUCTION LLC
        Result
Type    I/R Ordered   Inspector Inspected Fee Due Notes
```

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | PARTIAL ELES PASSED ON 9/15/05 BY 217, HAND TICKET. |
|  |  |  |  |  |  |  | 09/15/2005 08:21:27  Added By: Mmoore  Notes: PARTIAL ELES, ISSUED HAND TICKET. |
|  |  |  |  |  |  |  | 09/14/2005 10:23:02  Added By: Mmoore  Notes: partial elect slab |
|  |  |  |  |  |  |  | Insp. Note: |
| ELES | S | I | 03/26/06 | 217 | 03/27/06 | 0.00 | Insp. Note: |
| ELES | P | I | 03/26/06 | 217 | 03/27/06 | 0.00 | Insp. Note: |
| FINL | C | I | 07/27/06 | Kmendo | 07/27/06 | 0.00 | Insp. Note: |
| FINL | P | I | 07/27/06 | 241 | 07/27/06 | 0.00 | 07/27/2006 09:11:10  Added By: Kmendoza Notes: hand ticket given out for AM inspection per Chuck T |
|  |  |  |  |  |  |  | Insp. Note: |
| FIRA | V | I | 04/13/06 | Ddavis | 04/13/06 | 0.00 | Insp. Note: |
| FIRE | P | I | 03/23/06 | 251 | 03/28/06 | 0.00 | Insp. Note: |
| FIRM | P | I | 07/24/06 | 911 | 07/24/06 | 0.00 | Insp. Note: |
| FIRP | P | I | 06/25/06 | 251 | 06/26/06 | 0.00 | Insp. Note: |
| FOOT | F | I | 10/13/05 | 221 | 10/14/05 | 0.00 | Insp. Note: |
| FOOT | S | R | 10/27/05 | 245 | 10/28/05 | 0.00 | Insp. Note: |
| FOOT | P | R | 01/16/06 | 245 | 01/17/06 | 0.00 | 11/04/2005 11:14:10  Added By: Mmoore  Notes: FOOTER PASSED ON 11/3/05 BY 208, UNABLE TO PUT IN RESULTS BECAUSE PLUR IS NOT FINALIZED. 11/02/2005 15:58:42  Added By: Cwilliams Notes: HANDTICKET ISSUED FOR FOOTER INSPECTION FOR 11/3/05 |
|  |  |  |  |  |  |  | Insp. Note: |
| FRAM | P | I | 03/23/06 | 251 | 03/28/06 | 0.00 | Insp. Note: |
| LATH | F | I | 01/20/06 | 245 | 01/23/06 | 0.00 | partial only  Insp. Note: |
| LATH | P | R | 01/30/06 | 245 | 01/30/06 | 0.00 | Insp. Note: |
| METR | P | I | 06/15/06 | 257 | 06/16/06 | 0.00 | 06/26/2006 11:46:38  Added By: Mmoore  Notes: Emailed FPL for meter. 06/23/2006 08:25:56  Added By: Mmoore  Notes: Emailed FPL for meter. Insp. Note: |
| OPRO | P | I | 07/05/06 | 200 | 07/05/06 | 0.00 | Insp. Note: |

EXHIBIT E2

```
11/04/11                Building Department of Port St. Lucie, FL                      Page    3
12:33:21           Inspection History for Permit: 0523462      Permit Type: MS
                   Location: 1605-SH SE PORT ST LUCIE BLVD
                   Contractor: PAT'S CONSTRUCTION LLC
         Result
Type     I/R  Ordered   Inspector  Inspected  Fee Due  Notes
```

| Type | Result I/R | Ordered | Inspector | Inspected | Fee Due | Notes |
|---|---|---|---|---|---|---|
| PFRA | P I | 06/25/06 | 251 | 06/26/06 | 0.00 | Insp. Note: |
| PLUF | F I | 06/29/06 | 249 | 06/30/06 | 0.00 | not ready Insp. Note: |
| PLUF | P R | 07/05/06 | 249 | 07/06/06 | 0.00 | UNIT 12 NEEDS H C BOWL Insp. Note: |
| PLUR | S I | 09/15/05 | 238 | 09/16/05 | 0.00 | partial 9/16/05; see plans as marked retest pvc water test as marked on plans need correct asbuilts for shell drawings Insp. Note: |
| PLUR | S I | 09/26/05 | 238 | 09/27/05 | 0.00 | see prints Insp. Note: |
| PLUR | F I | 09/28/05 | 238 | 09/29/05 | 0.00 | still low pvc water tenant #8 Insp. Note: |
| PLUR | F R | 09/29/05 | 238 | 09/30/05 | 0.00 | tenant #8 low pvc water test Insp. Note: |
| PLUR | F R | 10/02/05 | 238 | 10/03/05 | 0.00 | still low pvc water level on tenant #8 R-3 fee Insp. Note: |
| PLUR | S R | 10/03/05 | 238 | 10/04/05 | 0.00 | tenant #8 pvc water test Insp. Note: |
| PLUR | F I | 01/20/06 | 238 | 01/23/06 | 0.00 | use directional fittings in vacuum lines, sweeps and 45's. Insp. Note: |
| PLUR | F R | 01/24/06 | 238 | 01/25/06 | 0.00 | not ready Insp. Note: |
| PLUR | C R | 01/30/06 | 238 | 01/31/06 | 0.00 | signed off 10/28/05 #245 Insp. Note: |
| PLUR | P I | 02/01/06 | 238 | 02/01/06 | 0.00 | Insp. Note: |
| PLUT | F I | 03/23/06 | 238 | 03/24/06 | 0.00 | not ready installation and plans at rough don't match plans and installation at rough. Insp. Note: |
| PLUT | S R | 03/24/06 | 238 | 03/27/06 | 0.00 | need corrected as-builts for #1 tenant space for water cooler, #12 tenant grease lines. MSK-1 sinks not all installed per plans, fixture detail calls for 3" waste line and traps not 2". as-builts pending since rough. Insp. Note: |

EXHIBIT E3

```
11/04/11                Building Department of Port St. Lucie, FL              Page    4
12:33:21        Inspection History for Permit: 0523462      Permit Type: MS
              Location: 1605-SH SE PORT ST LUCIE BLVD
              Contractor: PAT'S CONSTRUCTION LLC
```

```
        Result
Type    I/R  Ordered   Inspector  Inspected  Fee Due  Notes
---------------------------------------------------------------------------------
PLUT    P I  04/14/06    238      04/17/06    0.00   Insp. Note:
ROOF    C I  03/22/06    WEB      03/22/06    0.00   Insp. Note:
ROOF    P I  03/22/06    251      03/23/06    0.00   Insp. Note:
ROSH    F I  11/25/05    208      11/28/05    0.00   Insp. Note:
ROSH    P R  12/01/05    208      12/02/05    0.00   Insp. Note:
SEWR    P I  07/20/06    200      07/20/06    0.00   07/20/2006 15:55:40  Added By: Mmoore   Notes:
                                                     Approved per Revised Engr Ltr dated 7/14/06
                                                     for SEWR from Joseph T. Friscia Lic #31443.
                                                     07/10/2006 14:00:30  Added By: Mmoore   Notes:
                                                     Rejected Engr Ltr from Joseph T. Friscia per
                                                     Doug.  Needs correct address, type in permit
                                                     #, correct description of work performed,
                                                     field report attached is in correct).
                                                     Contacted Pete 370-7573 with info.
                                                     07/10/2006 07:32:00  Added By: Mmoore   Notes:
                                                     Received Engr Ltr dated 7/6/06 for SEWR from
                                                     Joseph T. Friscia Lic #31443.  Gave letter to
                                                     Doug for approval.
                                                     Insp. Note:
SLAB    C I  03/23/06    252      03/24/06    0.00   Insp. Note:
SLAB    P I  03/23/06    251      03/24/06    0.00   Insp. Note:
TERM    P I  06/22/06    200      06/22/06    0.00   Insp. Note:
TIEB    S I  11/08/05    221      11/09/05    0.00   01/24/2006 08:23:46  Added By: Mmoore   Notes:
                                                     TIEB passed on 11/9/05 by 221.
                                                     Insp. Note:
TIEB    P I  01/24/06    245      01/24/06    0.00   01/24/2006 08:24:10  Added By: Mmoore   Notes:
                                                     TIEB passed on 11/9/05 by 221.  Issued hand
                                                     ticket for TIEB on PRIV WALL.
                                                     Insp. Note:
UTIL    P I  08/05/06    600      08/05/06    0.00   Insp. Note:
WNDR    F I  02/27/06    208      02/28/06    0.00   Insp. Note:
WNDR    C R  03/23/06    252      03/24/06    0.00   Insp. Note:
WNDR    P I  03/23/06    251      03/24/06    0.00   Insp. Note:
```



EXHIBIT E4

*RICHARD AND CONSTANCE ALMEROTH, ET AL. v. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL.*

**EXHIBIT "B" – DEFENDANTS NAMED IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XIII)**

|  | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| 17. | Andrea Varuso Corne and Scott M. Corne | Contractor | 1728 Lake Salvador Drive Harvey, LA 70058 | Louisiana - Individual | c/o Andrea Varuso Corne and Scott M. Corne 6663 Vicksburg Street New Orleans, LA 70124 |
| 18. | Angel Developments, LLC |  | 216 SW Macly Way Port St. Lucie, FL 34986 |  | Gabriel A. Angel 216 SW Maclay Way Port St. Lucie, FL 34986 |
| 19. | Antonieta Torres | Installer | 12 Elbow Reach Lane Williamsburg, VA 23185 | Individual | 12 Elbow Reach Lane Williamsburg, VA 23185 |
| 20. | Aranda Homes, Inc. | Builder | 1310 SW 4th Terrace Cape Coral, FL 33991 | Florida | John J. Conti 1310 SW 4th Terrace Cape Coral, FL 33991 |
| 21. | Arif Parupia | Builder | 10850 Kimberfyld Ln. Port St. Lucie, FL 34986 | Florida | 10850 Kimberfyld Ln. Port St. Lucie, FL 34986 |
| 22. | ATCO Int. Corp. | Installer | 13870 SW 151 Lane Miami, FL 33186 | Florida | Maria I Trigo Concepcion 150 E. 1st Ave. Apt. 310 Hialeah, FL 33010 |
| 23. | Avalon Building Corporation of Tampa Bay | Builder | 905 M.L. King Drive, Ste. 250 Tarpon Springs, FL 34689 | Florida | 905 M.L. King Drive, Ste. 250 Tarpon Springs, FL 34689 |
| 24. | B & B Stucco, Inc. | Installer | 12244 Treeline Avenue - Suite #10 Fort Myers, FL 33913 | Florida | Carolyn S. Bowe 12244 Treeline Avenue - Suite #10 Fort Myers, FL 33913 |
|  | B&E Wholesale | Distributor | 1950 Abundance Street New Orleans, LA 70122 | Louisiana | Allen Pigg 1950 Abundance Street New Orleans, LA 70122 |

Page 3 of 35

**EXHIBIT F**

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

Richard and Constance Almeroth, et al

Plaintiff

Civil Action No. 12-0498 Section L

v.

Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.

Defendant

## MEMORANDUM OF LAW SUPPORTING THE AMENDED VERIFIED MOTION TO DISMISS BY DEFENDANT ARIF PARUPIA BASED UPON RULE 12(B)

COMES NOW, the Individual Defendant, ARIF PARUPIA, pro se, and does hereby file this memorandum in support of the Verified Motion to Dismiss and would state:

1. That Federal Civil Procedure Rule 12 Defenses and Objections states, pursuant to Paragraph (b) that it is a defense to a claim for relief in any pleading for

    1. Lack of subject matter jurisdiction,
    2. Lack of personal jurisdiction,
    3. Improper venue, and
    6. Failure to state a claim upon which relief could be granted.

2. That the Plaintiff's complaint lists 15 pages of Defendants all of which are corporations and/or other legal entities except for myself and one other "individual".

3. That the Complaint on its face does not show my involvement as an "individual" but

Page 1 of 3

10. That any and all witnesses, facts, and evidence regarding this matter would be located in Port St. Lucie, St. Lucie County, Florida including the Plaintiff, a limited liability company. If myself and/or any other entity that I am involved with may have some responsibility to the Plaintiff as alleged in this complaint, the subject matter is in St. Lucie County, Florida.

WHEREFORE, the Individual Defendant, ARIF PARUPIA, hereby submits this Memorandum of Law pursuant to Rule 12(b),(1),(2),(3) and (6) in support of its Amended Verified Motion to Dismiss.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was provided by United States Mail to Russ M. Hermann, Esquire, Leonard A. Davis, Esquire, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113 this _1st_ day of May 2012.

Respectfully submitted:

_____
ARIF PARUPIA, Defendant
10850 Kimberfyld Lane
Port St. Lucie, Florida 34986
772-370-7573

May 1, 2012

Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

In Re: CV 12-0498 Richard and Constance Almeroth, et al

Dear Sirs:

Please find enclosed my Verified Motion to Dismiss Plaintiff's Umnibus Class Action Complaint (XIII) with Memorandum of Law.

If the same becomes necessary, I would like to have a hearing on my motion. Also, due to the physical distance of my residence, if it all possible, could I attend by telephone? Again, thank you for your patience with my pro se response. If you should have any questions, please feel free to contact me.

Thank you.

_____
ARIF PARUPIA, Defendant
10850 Kimberfyld Lane
Port St. Lucie, Florida 34986
772-370-7573

TENDERED FOR FILING
MAY -2 2012
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk