UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED ) | |
|         DRYWALL PRODUCTS ) | MDL NO. 2047 |
|         LIABILITY LITIGATION ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | SECTION: L |
| ) | |
| *Hobbie, et al. v.* ) | JUDGE FALLON |
| *RCR Holdings II, LLC, et al.,* ) | |
| ) | |
| No. 10-1113 ) | |
| ) | MAG. JUDGE WILKINSON |
| _____) | |

**JOINT MOTION OF PLANTIFFS AND DEFENDANT RCR HOLDINGS II, LLC
FOR AN ORDER: (1) PRELIMINARILY APPROVING THE RCR SETTLEMENT;
(2) CONDITIONALLY CERTIFYING A SETTLEMENT CLASS;
(3) APPROVING THE FORM OF NOTICE AND AUTHORIZING THE
DISSEMINATION OF THE NOTICE; (4) SCHEDULING A FAIRNESS HEARING; AND
(5) STAYING THE LITIGATION AGAINST RCR**

Plaintiffs and Defendant RCR Holdings II, LLC ("RCR")[1] hereby jointly move this Court for an Order:

1. Preliminarily approving the proposed Class Action Settlement with RCR;

2. Conditionally certifying the Settlement Class, appointing Wendy Lee Hobbie as Class Representative, and appointing Gary E. Mason and Daniel R. Bryson of Whitfield Bryson & Mason LLP, Joel R. Rhine of Rhine Law Firm, P.C., and Adam Linkhorst of Linkhorst & Hockin P.A. as Settlement Class Counsel;

3. Approving the form and content of the proposed notice and authorizing its dissemination to members of the Settlement Class;

---

[1] Capitalized terms used in this Joint Motion shall have the same meaning as those defined in the Settlement Agreement Regarding Claims Against RCR Holdings II, LLC Related to Villa Lago at Renaissance Commons in MDL No. 2047, dated May 9, 2012 (the "RCR Settlement"), attached as Exhibit 1 to the accompanying Memorandum of Law, filed herewith.

4. Finding that the proposed plan for distributing Class Notice provides the best notice practicable, satisfies the notice requirements of Rule 23(e) and satisfies all other legal and due process requirements.

5. Scheduling a Fairness Hearing; and

6. Staying the Actions only as they relate to RCR in the Litigation, pending a determination on the final approval of the Settlement and entry of the Final Order and Judgment.

This Joint Motion is made pursuant to Federal Rules of Civil Procedure 23(e) and is supported by the accompanying memorandum of law, the RCR Settlement Agreement (with exhibits) filed contemporaneously herewith, the Court's file in this Action, and such other argument or evidence as may be presented at or prior to the hearing on the Joint Motion.

DATED: May 14, 2012                                  Respectfully submitted,

/s/ Gary E. Mason
Gary E. Mason
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Ave., NW, Suite 605
Washington, D.C.  20036
Telephone:  (202) 429-2290
Facsimile:  (202) 429-2294

Adam C. Linkhorst, Esq.
LINKHORST & HOCKIN P.A.
4495 Military Trail, Suite 106
Jupiter, Florida 33458
Telephone:  561.626.8880  / 954.776.5990
Facsimile:  561.626.8885

Joel R. Rhine
RHINE LAW FIRM
314 Walnut Street, Suite 1000
Wilmington  NC  28401
Telephone:  (910) 772-9960
Facsimile:  (910) 772-9062

Daniel K. Bryson

WHITFIELD BRYSON & MASON LLP
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482
Telephone: (888) 981-0939
Facsimile: (919) 981-0199

Chris Coffin
PENDLEY BAUDIN & COFFIN, LP
Post Office Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Telephone:  (225) 687-6396

 Stephen Mullins
LUCKEY & MULLINS
2016 Bienville Blvd
P.O. Box 990
Ocean Springs, MS 39564
Telephone:  (228) 875-3175
Facsimile:   (228) 872-4719

*Attorneys for Plaintiffs*