# If You Own a Residence in Villa Lago at Renaissance Commons in Boynton Beach, Florida

## A Lawsuit And Settlement May Affect You.

There is a lawsuit involving damages caused by Chinese Drywall that was installed in the Residences in Villa Lago. A settlement has been reached with Defendant RCR Holdings II, LLC ("RCR").

### What is the lawsuit about?

On June 15, 2009, the Judicial Panel on Multidistrict Litigation created MDL 2047 in order to consolidate lawsuits brought in several federal district courts in the Gulf Coast and mid-Atlantic regions of the United States by property owners whose homes and other properties were allegedly damaged by Chinese Drywall. This litigation seeks relief on behalf of persons with claims arising out of Chinese Drywall installed in Villa Lago. The Defendant RCR denies Plaintiffs' allegations. The Court has not decided who is right.

### Who is included in the lawsuit?

You are a member of the Class if you are a person who, as of September 21, 2009, owned a Residence located in Villa Lago at Renaissance Commons in Boynton Beach, Florida, regardless of whether or not you owned the unit as of the date of this Notice.

### What does the Settlement provide?

The Settlement, consisting of an award totaling $4,800,000, is being presented to the Court for approval. The Settlement Fund will be used to resolve the claims of the individual owners of Residences located in Villa Lago. The cost to administer the Settlement as well as attorneys' fees and payment to the Class Representative will come out of the Settlement Fund. More details are available at http://www.laed.uscourts.gov/Drywall/Settlements.htm. In the future, Plaintiffs' counsel will request attorneys' fees not to exceed one-third of the Settlement Fund, plus reimbursement of costs and expenses.

### How can I get a payment?

No money will be distributed until the completion of the case, so that all funds received in this case, whether through settlements or judgment following trial with the non-settling Defendants, can be distributed together at one time. You will need to file a valid claim form when the claims period begins. A notice about the claims process will be made available at a later date.

At this time, it is unknown how much each individual will receive. Each individual may receive cash compensation, remediation of their Residence or a combination thereof. In the event that any money remains following all distribution efforts approved by the Court, the Court may order additional distributions to participating individuals.

If you want to receive notice about the claims process or future settlements, you should register by calling Whitfield Bryson & Mason LLP at (202) 429-2290.

### What are my rights?

If you do nothing, your rights will be affected. If you do not want to be legally bound by the lawsuits, you must exclude yourself from the Class. The deadline to exclude yourself is ____ ___, 2012. If you do not exclude yourself you will not be able to sue RCR for any claim relating to this lawsuit.

The Court will hold a hearing on _____ __, 2012 to consider whether to approve the Settlement. If you stay in the Class, you may object to the Settlement by ___ __, 2012. You or your own lawyer may appear and speak at the hearing at your own expense.

Any request for exclusion from the Class must be mailed to:

**Gary E. Mason**, Whitfield Bryson & Mason LLP, 1625 Massachusetts Ave., NW, Suite 605, Washington, DC 20036; and **Lysa M. Friedlieb**, Luks, Santaniello, Petrillo & Jones, 301 Yamato Road, Suite 1234, Boca Raton, FL 33431.

Any objection and/or notice of intent to appear at the hearing must be mailed to:

**Clerk of Court**, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130; **Gary E. Mason**, Whitfield Bryson & Mason LLP, 1625 Massachusetts Ave., NW, Suite 605, Washington, DC 20036; and **Lysa M. Friedlieb**, Luks, Santaniello, Petrillo & Jones, 301 Yamato Road, Suite 1234, Boca Raton, FL 33431.

Additional trials involving the other Defendants in this case may take place at a later date.