# Exhibit "D"

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
## West Palm Beach Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re | Chapter 11 Cases |
| MERCEDES HOMES, INC., *et al.* | Case No. 09-11191 (PGH) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Staci McFadden, hereby certify that, on or before the 30th day of March, 2009, I caused the following documents to be served via First Class mail on the parties attached hereto as **Exhibit A**:

- **Notice of Bar Date for Filing Proofs of Claim** [Docket No. 393]
- **(Blank) Proof of Claim** [Form B10]
- **Order Re Instructions to Pro Se Litigants** [Docket No. 276]

Furthermore, on or before the 30th day of March, 2009, I caused the following documents to be served via First Class mail on the parties attached hereto as **Exhibit B**:

- **Notice of Bar Date for Filing Proofs of Claim** [Docket No. 393]
- **Order Re Instructions to Pro Se Litigants** [Docket No. 276]

Furthermore, on or before the 30th day of March, 2009, I caused the following documents to be served via First Class mail on the parties attached hereto as **Exhibit C** and **Exhibit D**:

- **Notice of Bar Date for Filing Proofs of Claim** [Docket No. 393]
- **(Customized) Proof of Claim** [Form B10]
- **Order Re Instructions to Pro Se Litigants** [Docket No. 276]

Dated: March 31, 2009

_____
Staci McFadden

Exhibit D

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| EDDIE HUGGINS LAND GRADING CO INC | | 2520 SE WILLOUGHBY BLVD | | | STUART | FL | 34994 | |
| EDDIE HUGGINS LAND GRADING CO LLC | | 2520 SE WILLOUGHBY BLVD | | | STUART | FL | 34994 | |
| EDDIE PIECARA CUSTOM PAINTING INC | | 4587 LAKE JAMES CIR | | | EDGEWATER | FL | 32141 | |
| EDDINGER CHARLOTTE | | 2782 GLENRIDGE CIR | | | MERRITT ISLAND | FL | 32953 | |
| EDDY R RESNICK ESQ | | 2020 ASHLEY OAKS CIR STE101 | | | WESLYEY CHAPEL | FL | 33544 | |
| EDEN HAGOS TESFAMICHAEL AMINE & | | 7100 CANYONBROOKDR | | | PLANO | TX | 75074 | |
| EDENS SHANNON | | 10514 BERMUDA ISLEDR | | | TAMPA | FL | 33647 | |
| EDGAR OLMOS | | 205 N COLORADO AVE | | | DELAND | FL | 32724 | |
| EDGAR ORTIZ | | 700 N COURTENAY PKWY APT 124 | | | MERRITT ISLAND | FL | 32953 | |
| EDGAR RODRIGUEZ | | 700 N COURTENAY PKWY | NO 124 | | MERRITT ISLAND | FL | 32953 | |
| EDGAR VEGA | | 9506 SCHMIDT LN | | | MANOR | TX | 78653 | |
| EDGAR VERDUO | | 1709 MERCER AVE APT NO 1 | | | WEST PALM BEACH | FL | 33401 | |
| EDGARD BECERRIL | | 502 B ALBATROSS | | | KISSIMMEE | FL | 34759 | |
| EDGARS CLEANING SERVICE | VEGA GRACE | 9506 SCHMIDT LN | | | MANOR | TX | 78653 | |
| EDGE INFORMATION MANAGEMENT INC | | PO BOX 3378 | | | MELBOURNE | FL | 32902-3378 | |
| EDGE RICHARD | | 762 SE ALBATROS | | | PORT ST LUCIE | FL | 34982 | |
| EDI EXPRESS | | PO BOX 2149 | | | GARDENA | CA | 90247-0149 | |
| EDILBERTO GUTIERREZ | | 300 S W 40TH ST | | | OCALA | FL | 34474 | |
| EDINSON ANDREW | | 2844 SW 24 AVE | | | CAPE CORAL | FL | 33914 | |
| EDINSON ANDREW | | 2844 SW 24TH AVE | | | CAPE CORAL | FL | 33914 | |
| EDITH RAMOS | | 119 LODGE POLE CIR | | | GEORGETOWN | FL | 32139 | |
| EDITH SPAULDING | | PO BOX 2303 | | | KELLER | TX | 76244 | |
| EDMOND JOHN | | 2892 LOUISE CIR SW WEST | | | PORT ST LUCIE | FL | 34953 | |
| EDMUND CAROL | | 930 ALBERTVILLE DR | | | KISSIMMEE | FL | 34759 | |
| EDMUND KENDRICK | | 2627 LYNDSCAPE ST | | | ORLANDO | FL | 32833 | |
| EDNA LEVENTHAL | | 2508 SW DECKARD ST | | | PORT ST LUCIE | FL | 34953 | |
| EDOUARD DUDELINE | | 4713 PLAYSCHOOLDR | | | JACKSONVILLE | FL | 32210 | |
| EDOUARD FRANCOIS GUSNER FLORANCE | | 1384 DARROW RD NW | | | PALM BAY | FL | 32908 | |
| EDRAS LOPEZ | | 1435 KING ST LOT A 12 | | | COCOA | FL | 32922 | |
| EDUARD ABRAMOV | | 521 EVERGREEN TERRACE SE | | | PORT ST LUCIE | FL | 34983 | |
| EDUARDO ALVAREZ | | 4413 IXORA CIR | | | LAKE WORTH | FL | 33461 | |
| EDUARDO COBON | | 87 FERNE LN | | | LAKE WORTH | FL | 33467 | |
| EDUARDO GOMEZ | | 849 BAY LN APT NO 2 | | | CRESCENT CITY | FL | 32112 | |
| EDUARDO LOPEZ | | 1107 WILLOW LN | | | COCOA | FL | 32922 | |
| EDUARDO RENATA C | | 1038 PROVINCETOWN LN SW | | | PORT ST LUCIE | FL | 34953 | |
| EDUARDO RODRIGUEZ | | 187 COLONIAL BLVD | | | GREENACRES | FL | 33463 | |
| EDWARD & SUSAN HALL | | 5425 ARECA PALM ST | | | COCOA | FL | 32927 | |
| EDWARD BEAUDRY | | 4803 SANDTYN DR | | | WAYHAW | NC | 28173 | |
| EDWARD C PADEN JR JOHN W BRIGHT & | | 6109 FAIROAK DR | | | VILLA RICA | GA | 30180 | |
| EDWARD FARNSCHLADER FRAMING INC | | 465 ONTARIO ST NW | | | PALM BAY | FL | 32907 | |
| EDWARD FARNSCHLADER FRAMING INC | | PO BOX 110141 | | | PALM BAY | FL | 32911-0141 | |
| EDWARD GARCIA | | 1126 S W 8TH PLACE | | | CAPE CORAL | FL | 33991 | |
| EDWARD GARCIA | | 1126 SW 8TH PLACE | | | CAPE CORAL | FL | 33991 | |
| EDWARD JAYNES & CO INC | | 358 HIBISCUS AVE STE C | | | MERRITT ISLAND | FL | 32953 | |
| EDWARD JAYNES AND COMPANY | | 358 HIBISCUS AVE STE C | | | MERRITT ISLAND | FL | 32953 | |
| EDWARD KLISH | | 3360 DEER LAKES DR | | | MELBOURNE | FL | 32940 | |
| EDWARD LUTZ | | 2911 TEWINSEH RIVER RD | | | LANSING | MI | 48906 | |
| EDWARD RITENOUR | | 1902 MANOR DR | | | COCOA | FL | 32922 | |
| EDWARD ROTH | | 8301 LAKEVIEW ST | | | COCOA | FL | 32953 | |
| EDWARD RYCKMAN INC | | PO BOX 13869 | | | MERRITT ISLAND | FL | 32953 | |
| EDWARD SCHULTZ | | 5781 CAPE HARBOUR DR UNIT 1207 | | | FORT PIERCE | FL | 34979-3869 | |
| EDWARD TEKEL JR | | 27609 RILEYWOOD DR | | | CAPE CORAL | FL | 33914 | |
| EDWARD WILLIAMS | | PO BOX 8524 | | | DAPHNE | AL | 36526 | |
| EDWARDS AUDREY | | 2364 FLEMING AVE SW | | | COCOA | FL | 32922 | |
| EDWARDS EXTERMINATING INC | | 3815 N U S HWY 1 | | | PALM BAY | FL | 32908 | |
| EDWARDS GLORIA | | 442 CREMONA AVE NW | | | COCOA | FL | 32926 | |
| EDWARDS IFRAING | | 1337 WILLOW BRANCHDR | | | PALM BAY | FL | 32907 | |
| EDWARDS JASON | | 13950 NE 150TH AVE | | | ORLANDO | FL | 32828 | |
| EDWARDS JOSLYN | | 7845 103RD COURT | | | MC COY | FL | 32134 | |
| EDWARDS KAYLA | | 3485 LIVE OAK HOLLOW DR | | | VERO BEACH | FL | 32967 | |
| EDWARDS KRISTINE | | 12358 COUNTRY DAY CR | | | ORANGE PARK | FL | 32065 | |
| EDWARDS LENNOX VELMA | | 1301 GILPIN ST NW | | | FORT MYERS | FL | 33913 | |
| EDWARDS MARTIN & SHARON | | 3370 TITANIC CIR | | | PALM BAY | FL | 32907 | |
| EDWARDS MICHAEL BRENT & LAURA L | | 5288 BRIGHTON PARK LN | | | MELBOURNE | FL | 32901 | |
| EDWARDS ORNAMENTAL IRON | | 1252 W BEAVER ST | | | JACKSONVILLE | FL | 32210 | |
| EDWARDS RICHARD | | PO BOX 1637 | | | JACKSONVILLE | FL | 32204 | |
| EDWARDS RODRIGUEZ SAMUEL INGRID | | 2836 LAFAYETTE TRACEDR | | | BUNNELL | FL | 32110 | |
| EDWARDS ROGER CARRIE | | 15760 SILENT TREE PLACE | | | SAINT CLOUD | FL | 34772 | |
| EDWARDS RONNIE | | 10171 CARRIAGE HOUSE CT | | | WOODBRIDGE | VA | 22191 | |
| EDWARDS SABRINA | | 928 FOX CHAPEL LN | | | JACKSONVILLE | FL | 32221 | |
| EDWARDS STEVE DOROTHY | | 8818 SHINDLER CROSSING | | | JACKSONVILLE | FL | 32222 | |

Exhibit D

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| LANG TERENCE | | 10650 LEADER LN | | | ORLANDO | FL | 32825 | |
| LANG TONDALAYA | | 817 SONGBIRD DR | | | ORANGE PARK | FL | 32065 | |
| LANGDON CAROL | | 623 CANVAS COURT | | | LANCASTER | TX | 75146 | |
| LANGEL MICHAEL & SANDRA | | 5329 CONLEYDR NW | | | PORT SAINT LUCIE | FL | 34986 | |
| LANGEL MICHAEL & SANDRA | | 9121 LAKE PARK CIR NORTH | | | DAVIE | FL | 33328 | |
| LANGFORD KEITH | | 103 N SADDLE RIDGE DR | | | CEDAR PARK | TX | 78613 | |
| LANGHARDT FRED & HARRIET | | 2749 WOOD STORK TRL | | | ORANGE PARK | FL | 32073 | |
| LANGILLE HEATHER & ROGER | | 1004 SEMMES LN | | | INDIAN TRAIL | NC | 28079 | |
| LANGLADE LAURENT & SUZANNE | | 12701 MONTEREY PATH | | | AUSTIN | TX | 78732 | |
| LANGLEY CORPORATE INVESTMENTS INC | | PO BOX 120355 | | | CLERMONT | FL | 34712 | |
| LANGLEY CORPORATE INVESTMENTS INC | | P O BOX 120355 | | | CLERMONT | FL | 34712 | |
| LANGNER THOMAS & MARGARET | | 3650 MARBURY COURT | | | LAND O LAKES | FL | 34639 | |
| LANGTON ANDRE | | 11057 APPLE BLOSSOM TR W | | | JACKSONVILLE | FL | 32218 | |
| LANHAM IAN & HEATHER M | | 7121 OUTRIGGER TERRACE N | | | CITRUS SPRINGS | FL | 34434 | |
| LANINGHAM STEVE & SHELBY | | 1800 ELDORADO PKWY | | | LITTLE ELM | FL | 75068 | |
| LANKES MICHAEL & CHERYL | | 1356 JANE CT | | | MERRITT ISLAND | FL | 32952 | |
| LANNIJER DEREK SIANA | | 611 WAKEVIEWDR | | | ORANGE PARK | FL | 32065 | |
| LANOIX MICHELETTE | | 465 LADYSLIPPER ST SW | | | PALM BAY | FL | 32908 | |
| LANOUETTE ALAN AND MARIAN | | 12260 COUNTRY DAY CIR | | | FORT MYERS | FL | 33913 | |
| LANPHER ERIC | | 11705 SUN GLASS DR | | | MANOR | TX | 78653 | |
| LANTIGUA ALFREDO | | 9563 MUSE PLACE | | | ORLANDO | FL | 32829 | |
| LANTRY NEVIN AND BEVERLY | | 3139 ARDEN CIR | | | MELBOURNE | FL | 32935 | |
| LANZAFAME VINCENT AND FLORA | | 865 SANDHURST CT | | | TITUSVILLE | FL | 32780 | |
| LAOS DAVID | | 6365 TAFT ST STE 3006 | | | HOLLYWOOD | FL | 33024 | |
| LAOS DAVID J | | 4550 ULETA ST SW | | | PORT ST LUCIE | FL | 34953 | |
| LAOS ISABEL | | 2810 BIRCH TERRACE | | | DAVIE | FL | 33330 | |
| LAOS ISABEL | | 6365 TAFT ST | | | HOLLYWOOD | FL | 33024 | |
| LAOS JOSE | | 8165 100TH COURT | | | VERO BEACH | FL | 32967 | |
| LAOS JOSE | | 5638 NW 26TH ST | | | HOLLYWOOD | FL | 33024 | |
| LAOS JOSE | | PO BOX 551822 | | | DAVIE | FL | 33355 | |
| LAOS JOSE L | | 3773 KAKOPO ST SW | | | PORT ST LUCIE | FL | 34953 | |
| LAOS JOSE LUIS | | 1533 IFFLA AVE SW | | | PORT ST LUCIE | FL | 34953 | |
| LAOS JOSE LUIS | | 4215 BACHMAN ST SW | | | PORT SAINT LUCIE | FL | 34953 | |
| LAOS MAOYIN | | 2341 W 69TH ST | | | HIALEAH | FL | 33016 | |
| LAOS MAOYIN | | 261 INWOOD AVE SW | | | PORT ST LUCIE | FL | 34984 | |
| LAPILUSA JOSEPH & DARLENE | | 10176 LANCASHIRE DR | | | JACKSONVILLE | FL | 32219 | |
| LAPOINTE MARK | | 1954 LAZY OAKS LOOP | | | SAINT CLOUD | FL | 34771 | |
| LAPORE CHRISTOPHER | | 30 JUNIPER PASS TERRACE | | | OCALA | FL | 34480 | |
| LAPRIOLA RANDY & AMY | | 186 SPRING VALLEY AVE | | | SEBASTIAN | FL | 32958 | |
| LAQUINTA MELBOURNE | | 7200 GEORGE T EDWARDSDR | | | MELBOURNE | FL | 32940 | |
| LAQUISHA HOSLEY | | 4705 JACKSON MEADOWS | | | SACHSE | TX | 75048 | |
| LARA DOMINGO & MARIA | | 3021 GALT CIR SE | | | PORT SAINT LUCIE | FL | 34984 | |
| LARA INOVA | | 10225 110TH ST SW | | | OCALA | FL | 34476 | |
| LARA MELISSA | | 11306 BLACKMOOR DR | | | AUSTIN | TX | 78759 | |
| LARA NOEL | | 5215 ABBEY PARK AVE | | | TAMPA | FL | 33647 | |
| LARA RODOLFO C | | 901 ALBION ST NW | | | PALM BAY | FL | 32907 | |
| LARA ROGER LIYANIS | | 6137 APOLLOS CORNER WAY | | | ORLANDO | FL | 32829 | |
| LARA ROY AND MARIBEL | | 2987 SW 145TH CT | | | MIAMI | FL | 33175 | |
| LARANJEIRA ANDREY | | 637 MC HOLE AVE SW | | | PORT ST LUCIE | FL | 34953 | |
| LARAQUE KARLY & DHERLY | | 7303 CLEARWATER DR | | | SPRING HILL | FL | 34606 | |
| LARDNER JULIA | | 1218 WONDERWOOD DE | | | ATLANTIC BEACH | FL | 32233 | |
| LARGIE JOAN J KEVIN E | | 1645 SUMTER LN | | | WEST MELBOURNE | FL | 32904 | |
| LARIOS JOSE VILMA | | 1103 DUNHAM ST SE | | | PALM BAY | FL | 32908 | |
| LARIOS JOSE VILMA | | 242 UMBER ST NW | | | PALM BAY | FL | 32907 | |
| LARKIN CONTRACTING INC | | 6001 NORTH 50TH ST | | | TAMPA | FL | 33610 | |
| LARKIN ROBERT | | 1805 GRASMERE | | | APOPKA | FL | 32703 | |
| LARKINS THOMAS & KAREY | | 26508 SHOREGRASSDR | | | WESLEY CHAPEL | FL | 33543 | |
| LARMOND SEAN & MISHELL | | 11125 CHEROKEE COVE DR | | | JACKSONVILLE | FL | 32221 | |
| LAROCK DONALD & JUDITH | | 817 SE HAAS AVE | | | PORT ST LUCIE | FL | 34953 | |
| LAROCKE DONALD AND JUDITH | | 817 HAAS AVE SW | | | PORT ST LUCIE | FL | 34953 | |
| LARRIER PAULA | | 20120 NW 39TH CT | | | MIAMI GARDENS | FL | 33056 | |
| LARRINAGA RAOUL & IRIS | | 1505 REAGANDR | | | WYLIE | TX | 75098 | |
| LARRY ADAMS | | 1213 ROSA L JONES | | | ROCKLEDGE | FL | 32955 | |
| LARRY BERG | | 806 WINDSOR CIR | | | BRANDON | FL | 33510 | |
| LARRY BLAIR JR | | 260 ELLWOOD AVE | | | SATELLITE BEACH | FL | 32937 | |
| LARRY BUTCHERINE | | 4440 KINGSVILLEDR | | | COCOA | FL | 32927 | |
| LARRY C OSTEEN TAX COLLECTOR | | 3485 SE WILLOUGHBY BLVD | | | STUART | FL | 34994-5062 | |
| LARRY FAVOR | | 821 ORANGE AVE | | | CRESCENT CITY | FL | 32112 | |
| LARRY GOSSAGE | | 1908 DOVE FIELD PLACE | | | BRANDON | FL | 33510 | |
| LARRY GRIFFIN | | 906 N W 9TH ST | | | OCALA | FL | 34475 | |
| LARRY J MORELLI INC | | 2066 ALAMEDA DR | | | SPRING HILL | FL | 34609 | |