# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL ABREU, individually and on behalf of all others similarly situated, ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS] | CASE NO.  11-252<br>SECT. L MAG 2<br>Chinese Drywall MDL Case No.  2047 |
| Plaintiffs, | |
| v. | JURY TRIAL DEMAND<br>OMNIBUS COMPLAINT (VIII) |
| GERBRUEDER KNAUF VERWALTUNGSGESELLSCHAT, KG, et al, and [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, including, MERCEDES HOMES, LLC] | |
| Defendants | |
| _____/. | |

## **ORDER**

THIS COURT, having reviewed the file and being otherwise fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that in the aforestyled case, Defendant, Mercedes Homes, LLC's Motion to Dismiss With Prejudice is hereby GRANTED.

NEW ORLEANS, LOUISIANA this __ day of _____, 2012.

_____
EDWIN E. FALLON
UNITED STATED DISTRICT JUDGE