UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | Judge Fallon |
| This document relates to All Cases | * | |
| | * | Mag. Judge Wilkinson |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED AGENDA
## FOR MAY 17, 2012 STATUS CONFERENCE

- I. PRE-TRIAL ORDERS

- II. STATE COURT TRIAL SETTINGS

- III. INSURANCE ISSUES

- IV. HOME BUILDERS FEES AND COSTS

- V. STATE/FEDERAL COORDINATION

- VI. OMNIBUS CLASS ACTION COMPLAINTS

- VII. PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

- VIII. PILOT PROGRAM

- IX. TERM SHEET AGREEMENT BETWEEN PSC AND THE KNAUF ENTITIES REGARDING SETTLEMENTS WITH HOMEBUILDERS

- X. KNAUF DEFENDANTS

- XI. TAISHAN DEFENDANTS

- XII. INTERIOR EXTERIOR DEFENDANT

- XIII. BANNER DEFENDANTS

XIV. VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XV. L&W DEFENDANT

XVI. PLAINTIFF AND DEFENDANT PROFILE FORMS

XVII. FREQUENTLY ASKED QUESTIONS

XVIII. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XIX. *PRO SE* CLAIMANTS

XX. LIAISON COUNSEL MEETING WITH MEDIATOR

XXI. PHYSICAL EVIDENCE PRESERVATION ORDER

XXII. ENTRY OF PRELIMINARY DEFAULT

XXIII. ALREADY REMEDIATED HOMES

XXIV. NEXT STATUS CONFERENCE