# EXHIBIT D

Contractor's License #
__CRC018069__

# CONSTRUCTION AGREEMENT

THIS AGREEMENT made this the 25th day of February 2005 by and between WOODLAND ENTERPRISES, INC., (hereinafter referred to as "Contractor") whose address is 15592 Jupiter Farms Road and William J. Gorie_____ (hereinafter referred to as "Purchaser") whose address is 16855 98th Way North, Jupiter, FL 33478; Home phone

## WITNESSETH

CONTRACTOR and Purchaser for good and valuable consideration as hereinafter set forth do mutually agree as follows:

1. **SCOPE OF WORK:** Contractor agrees to furnish all materials, labor, building permit and services necessary to construct a single family residence on the property described in Paragraph 2 below and agrees to build and construct said residence in a workman like manner in accordance with all applicable building codes and in substantial compliance with those plans and specifications.

2. **CONSTRUCTION LOCATION:** The Contractor agrees to construct said residence upon the property legally described as follows: Lot 37, Section 34, Block 2354, Port St. Lucie.

2a. **STRUCTURE TO BE BUILT:** Birch Model w/ changes; total sq. ft: 1,961.46; L.A.: 1,513.46.

3. **PAYMENT:** The total purchase price for the subject single family residence described above, including improvements, selected options, limited fill and lot prep as set forth herein shall be:

| | |
|---|---|
| Basic Price Of House | $127,494.90 |
| Selected Options and Allowances: (See Description Below) | $ 24,006.43 |
| Cost Of Lot allowance $10,000.00 | $ 10,000.00 |
| Total Purchase Price | $151,501.33 |
| Deposit Due Upon Execution Of Contract | $ ~~1,000.00~~ |
| Additional Deposit Due Upon Construction Mortgage Closing | $ |
| Balance Of Contract Due In Accordance With Draw Schedule Set Forth In Paragraph 6. | $ |

## SELECTED OPTIONS AND COSTS THEREOF ARE AS FOLLOWS:

| | |
|---|---|
| - Thicker edge 4" slab in rear of house (12 x 37'8") | $2,034.18 |
| - Additional concrete (3 x 14 walkway, 3 x 5 walkway, 17 x 20 drive, 10 x 20 drive | $2,089.50 |
| - Add sliding glass door in master bedroom | $690.00 |
| - Ceramic tile all of living area (kitchen, baths and foyer already included) | $4,602.75 |
| - Garage door opener w/ 2 buttons | $390.00 |
| - Allowance toward water and sewer (credit from well, pump, and septic) | $3,200.00 |
| - Add 2 SH windows in master bedroom | $1,000.00 |

1

Initials _____ / _____

**\* The above selected options supersede the standard specifications
listed on pages 11, 12 and 14 (where applicable).**

Any options or extras not mentioned above shall be at an additional cost and shall be paid in accordance with the terms set forth below.

4.     **FINANCING:** If the Purchase price or any part of it is to be financed by a third party loan, this Contract is conditioned upon Purchaser obtaining a written commitment for a construction loan and permanent financing loan within _____ days from the date hereof, for a fixed or adjustable rate loan, for the principle amount of _____
($_____) at the prevailing interest rate. Purchaser agrees to make application within five (5) days of executing this agreement and use reasonable diligence to obtain said Commitment and thereafter, to satisfy the terms and conditions of the commitment and close the loan. Purchaser shall pay all loan expenses. If Purchaser fails to obtain the commitment or fails to waive his rights under this subparagraph within the time for obtaining the commitment, or after diligent effort fails to meet the terms and the conditions of the commitment, then either party by written notice to the other, may cancel this agreement

   a.   Upon written notification that the Purchaser has obtained a firm Commitment for the construction loan and permanent loan, satisfactory to Contractor, providing that Purchaser has paid all deposits required under this Contract, and further provided that the Purchaser has approved the plans and specifications, Contractor will: Secure all required building permits; and construction will commence not more than 60 days after issuance of said permits.

   b.   In the event the Purchaser through no fault of its own fails to obtain a firm commitment for a construction and permanent loan within the time provided, Contractor shall return to Purchaser all deposits paid under the Contract, less any actual expenses incurred by the Contractor, in which event the Contract shall be null and void and both parties released of all further liability hereunder. If Purchaser intentionally or negligently fails and refuses to obtain a firm commitment for a construction loan and permanent financing, Within the time provided or fails to pay all deposits due under this Agreement the Contractor may at its discretion retain all deposits received as liquidated damages or at its sole option may pursue any other rights it may have at law or equity .

5.     **START OF CONSTRUCTION:** Having commenced construction, Contractor will complete same as expediently as conditions will permit. Delivery date shall be approximately 180 working days after the slab is poured. Contractor will not be held in default by any delay caused by circumstances not within the Contractors control. Purchaser expressly agrees that Contractor will not be responsible for any loss, damage, expenses or inconvenience alleged to have been incurred or sustained by Purchaser directly or indirectly as a result of delayed completion of the proposed improvements and delivery to the Purchaser. Contractor unconditionally guarantees to Purchaser that the home or unit shall be completed and available for occupancy within two (2) years from the date of this agreement and time shall be of the essence as to this two year period.

6.     **DRAW SCHEDULE:** See Exhibit "A" attached hereto. If this construction is being financed by a 3rd Party Loan, this Contract is expressly conditioned upon Contractor's approval of the Lender's Draw Schedule. If Contractor is not satisfied it may terminate this Contract, and return Purchaser's Deposit, less Contractor's out of pocket expenses up to the time of termination.

7.     **POSSESSION:** It is acknowledged by the parties hereto that Contractor and its agents have exclusive possession of the premises during construction, in order to minimize the risk of loss to Purchaser and to maximize performance Of the Contractor's employees and subcontractors. Therefore, Purchaser shall not enter the premises during the construction

Initials _____ / _____

period or prior to acceptance of the completed residence except with an authorized representative of the Contractor. Contractor shall deliver possession of the premises at completion of the residence in accordance with the terms of this agreement and upon payment in full of the Contract sum plus all work change orders. Final inspection by the building department or building inspector having jurisdiction and the issuance of the Certificate of Occupancy or Certificate of Completion shall be deemed substantial Completion of all improvements. Purchaser agrees not to take possession of the residence or property until all monies have been paid in full. Purchasers taking possession of the premises prior to the Contractor being paid in full shall be deemed to have taken the residence in "As Is" condition, unconditionally accepting any and all unfinished items or defective work as properly completed and waiving all warranties herein and shall remain fully liable for all unpaid balances.

8. **HEALTH PERMITS**: Contractor is hereby authorized to take all necessary action to make application for a permit from the County Health Department having jurisdiction of said property to install a septic system in the above described real property (if a septic system is applicable). Said application generally requires an engineering survey, a 6 ft. deep hole and an application fee, all of which costs approximately _____. The Purchaser as described above shall pay cost of the Health Permit in the event the Contract is canceled prior to construction beginning.

9. **WELL WATER**: If the premises described herein shall not be served by a public water supply, Contractor shall provide Purchaser a well, including casing up to 60 feet deep, pump and all required pipe so as to flow sufficient fresh water to serve the premises, However, the Contractor makes no warranties, expressly or implied as to the quality of the water supplied which will be provided, and specifically said quality is not! represented to be potable or otherwise suitable for drinking, nor is the quality of said water provided warranted, express or implied to meet the limitations or standards for drinking water as set forth by the United States Public Service, the State of Florida Department of Heath & Rehabilitative Services, any County Department of Health, or those of any other agency or branch of the United States, State of Florida or County having jurisdiction over said property, or any other governmental authority claiming jurisdiction over the property described herein.

10. **SUBSTITUTION & CHANGES**: Contractor shall have the right to substitute building materials, appliances and fixtures of other like kind, quality and to make minor structural changes in keeping with all applicable building codes and on the basis of good design standards. Except for the right of Contractor to make such substitution, there shall be no changes or variance from the referenced drawings and specifications and selection sheet except as specifically provided herein.

   A. **CONDITIONS FOR CHANGES**:

   1. The home will be built substantially in accordance with the plans and specifications referred to above and will incorporate all options selected and shown on this Contract and Addendum hereto. Any deviations must be acknowledged in writing by the Contractor. If any changes are made after execution of this agreement which effect if the price herein agreed to, Purchaser will be charged a minimum of $100.00 for each change made to cover processing and documentation costs for said change in addition to any charges incurred as a result of the change requested. The Purchaser must pay the cost of the change in full at the time the change work order is executed.

   2. Contractor will clear the lot of all small growth such as Palmettos in an area consisting of not more than _____ sq. ft. If a larger area is to be cleared such will be done on a cost bid basis by contractor and will be treated as a price change request under subparagraph "A (1)" above.

3                                                                  Initials _____ / _____

3. Any change request will include an extension of time, which extends the delivery date. Any change request, which does not mention a change in time, will implicitly increase the delivery date by five (5) days.

B. All trees will be removed that are within 5 feet of the house or in the driveway or walks, or in the direct path of water, sewer or septic tank area, electric lines or in a future drainage swale on the side of the house. Contractor and Purchaser will arrange a meeting to discuss tree removal prior to the start of the construction.

Contractor reserves the right to remove any trees within the area described above, or trees which Contractor in, at its sole discretion, judges that the roots are so damaged by construction that the tree would be expected to die. Contractor will not be required to remove trees for the Purchasers convenience or remove trees outside the area affected by construction.

C. The elevation of the house may necessitate the Contractor to fill around trees when establishing the final grade of the lot. It is the Purchasers responsibility to remove excess dirt around trees that have been graded higher than the original grade to establish a well so that the roots may continue to breath.

Contractor does not guarantee the life or growth of any tree.

11. **FINAL GRADING:** Purchaser recognizes that the County Health Department dictates the elevation at which the sewer invert leaves the foundation and also the lot drainage plan; and that the Building Department having jurisdiction of the construction dictates the elevation at which the culvert height must be set. Contractor must comply with the elevations as directed. Purchaser understands that such requirements determine the floor of the house and driveway elevations. Contractor will provide limited fill and limited grading of the lot to comply with elevation and drainage plans as established by local governing authorities. See paragraph 12 for Contractor's allowance.

12. **FILL, GRADING & CLEARING ALLOWANCE:** Contractor has allowed a total of $ 10,000.00 for clearing (clearing consists of brush and tree removal within five feet of house), grading, fill dirt, house pad, septic sand and culvert.

The following tree species must be eradicated from site prior to certificate of occupancy: A. Melaleuca, B. Brazilian Pepper, C. Australian Pine, D. Earleaf Acacia**. Should additional cost be incurred for removal of these species, customer shall be responsible for said cost. If additional trees must be purchased for lot to meet county codes, cost of same shall be the responsibility of customer. Lot prep is allowance only: Due to Building and Health Dept. changing elevations and standing water regulations, an exact elevation cannot be determined at this time. Any additional costs incurred for fill, customer agrees to pay out-of-pocket. Any amount above this will be paid by the Purchaser as an extra, prior to the additional clearing, grading and/or fill being provided.

13. **SOD:** Upon completion of the construction, driveway and grade established, Contractor will provide and install 5000 s.f. of sod. It shall be the Purchasers responsibility to water, maintain and establish the lawn growth. Contractor does not guarantee the life or growth of the sod.

14. **LOT BOUNDARIES:** Purchaser shall at his/her expense supply a survey showing the dimension of the lot and approximate location of the house on the lot and septic locations and all surveys required for construction.

15. **OCCUPANCY:** Occupying of any part of the property by the Purchaser shall be deemed to constitute an acknowledgment of complete, unqualified, irrevocable and satisfactory performance by the Contractor of the construction according to this Contract, and concurrence that any and all balances outstanding are due and payable to the Contractor.

4    Initials _____ / _____

16. **FINAL PAYMENT**: Final Payment shall be due when the Certificate of Occupancy or Certificate of Completion is issued by the applicable building department. Owner shall not take possession of the premises prior to full payment being made to the Contractor.

In the event any payment is delayed for any reason not attributable to the fault of the Contractor, Purchaser shall pay Contractor, in addition to all other sums called for hereunder, interest upon the unpaid balance due under the Agreement. Said interest shall be at a rate of 18% per annum or the maximum interest allowed by law, whichever is greater, and shall begin to accrue the day payment is due and unpaid.

17. **LIMITED WARRANTY**: See attached Exhibit "C".

18. **EXECUTION**: If the parties do not execute this agreement simultaneously, then the party who has not signed shall have 72 hours with which to sign this contract or this Contract can be declared null and void by notification in writing to the party who has not executed the Contract. Time shall be of the essence of this Contract.

19. **ANTICIPATORY BREACH**: If Purchaser, before Contractor starts construction, without legal excuse, attempts to breach this Contract and prevent Contractor from beginning construction of said residence, the Contractor shall be reimbursed by the Purchaser for the actual expense incurred up to the time of the breach, and for all profit which would have naturally flowed from this Contract, as if it had been fully completed, in addition to any legal fees incurred in order to collect same.

20. **GOVERNING LAW**: This Contract shall be construed in accordance with the laws of the State of Florida and venue shall be deemed proper in Palm Beach County, Florida.

21. **DEFAULT - LIQUIDATED DAMAGES**: All monies paid to the Contractor pursuant to this contract will be applied to the Purchase Price so long as Purchasers are not in default under the terms of this Agreement. In the event the Purchaser or its lender fails and refuses to make any payment when due as provided herein, such unpaid balance shall earn interest (at a rate of 18% per annum, or the maximum allowed by law whichever is greater) from the date of Purchasers or its lenders failure to pay. Any and all monies previously paid by Purchaser or its lender may be retained by the Contractor and applied to said interest charge, which application shall in no way prejudice the rights of Contractor to sue for additional damages incurred. In the event Purchaser defaults hereunder, Contractor shall have the option to terminate this Contract and retain all monies previously paid by the Purchaser as its liquidated damages with five (5) days written notice to the Purchaser, or Contractor at its option, may sue for its damages or pursue any other legal or equitable remedy it may have.

22. **UNUSUAL FORMATIONS**: The Contractor reserves the right to cancel this contract and refund all monies in the event any geological or physical formations make it impractical or impossible to construct the type of house selected on the real property referred to above. Unusual formations shall include but not be limited to muck and shell rock. Contractor may at its option continue with this Contract where owners execute a work change order contemplating rectifying the unusual formation problem and agreeing to pay Contractor for the cost thereof.

23. **RADON GAS**: Radon is a naturally occurring radioactive gas, that when accumulated in a building in sufficient quantities, may present health risk the persons who are exposed to it over time. Levels of Radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding Radon and Radon testing may be obtained from your County Public Health Unit.

24. **ENTIRE AGREEMENT**: It is understood by and between the parties hereto that this Contract including the plans, specifications, selection sheets referred to above and any addendum to the contract which have been signed by the parties, contain all terms and conditions agreed upon between the parties, there being no oral conditions, representations,

5                                                                Initials _____ / _____

warranties or any other agreement made by the Contractor or any agent of the Contractor not contained herein. Any subsequent conditions, representations or warranties or other agreements shall not be valid and binding upon the parties hereto unless made in writing and signed by both Purchaser and Contractor. Any representations made by any Realtor or any other agent of any Realtor is in no way binding upon the Contractor.

25. **REALTOR**: The parties agree that no real estate broker or salesmen was involved in the formation of this agreement and if any claim is made by the aforesaid individuals the Purchasers shall be fully responsible and indemnify the Contractor for any commissions claimed.

26. **TIME**: Time is of the essence in this Contract.

27. **PAYMENT DIRECTLY TO CONTRACTOR**: If any of the Construction funds concerning this project are supplied by a third party lender, Purchasers agree to execute any and all documents that authorize the lending institution to make all construction draw checks payable directly and solely to Contractor after each phase of completion and a favorable inspection by the lending institution, without any further written authorization by the Purchasers.

28. **ATTORNEYS FEES**: In the event of litigation or binding arbitration, to enforce the terms of this agreement, the prevailing party shall be entitled to recover reasonable attorney's fees and costs incurred.

29. **RIGHT TO RECORD AGREEMENT**: Purchaser specifically gives the Contractor the right to file in the Public Records all documents referred to herein in this Agreement.

30. **PUNCH LIST ITEMS**: The fact that there may be items to be corrected or completed as listed on a punch list will not prevent release of the final draw if a Certificate of Occupancy or Certificate of Completion has been issued. Purchaser shall not be entitled to possession until Purchaser, or his authorized agent shall have inspected the residence in the company of an authorized representative of the Contractor for the purpose of specifying complaints concerning the physical condition of the residence. Any physical defect or alleged defects not so specified on the punch list at the time shall be deemed to have occurred after said date, while the residence was in possession of the Purchaser. Purchaser and Contractor's representative shall sign said punch list. Failure of the Purchaser to make inspection when requested shall not delay release of last draw and shall be deemed a waiver of Purchaser's right to correction of said deficiencies. Contractor shall have 90 days from execution of the punch list to correct those items, which in its sole discretion, deems legitimate defects.

31. **NOTICES**: Whenever any notice to Purchaser is required same may be either delivered or mailed by Certified Mail, addressed to Purchaser, at the address set forth in this Agreement. Whenever notice to Contractor is required the same shall be mailed by Certified Mail to Contractor addressed to Contractor at its address set forth in this Agreement. All notices shall be deemed and considered delivered when mailed as herein provided.

32. **CAPTIONS**: The titles of various paragraphs of this Agreement are for the convenience and reference only and in no way define, limited, effect or describe the scope of the paragraph.

33. **REPRESENTATIONS**: Purchaser represents that he has not relied upon any statement, verbal, or written published by or under the authority of Contractor in any advertising and promotional matter, not limited to brochures, newspaper or radio or television advertisements, but has based his decision on personal investigation, observation and the materials provided herewith. Changes or amendments to the residence, including but not limited to the plans, specifications, equipment and legal description of lot may be made from time to time which do not materially effect the rights of the Contractor, the value of the residence, without the approval of the Purchaser. Such changes or amendments, which do not materially

6                                                                     Initials _____ / _____

affect the rights and liabilities of the Parties of this agreement, shall not be a cause or reason for termination or rescission by any party.

34.  **DEFAULT BY CONTRACTOR**: In the even. of a default by contractor, the sole remedy of Purchaser shall be to file an action for specific performance. In no event shall Contractor be liable to Purchaser for any damages of any nature, which Purchaser may sustain.

35.  **FEES AND ASSESSMENTS**: Buyer is responsible for any and all Federal, State, Municipal, city or town fees and assessments pertaining to sewer, water, gas, electric, storm drainage, impact and homeowners association related costs.

36.  **SELECTIONS**: Purchaser agrees to promptly make any color or optional item selections from choices provided by Contractor. Any selection shall be final, unless the selection becomes unavailable to Contractor and Contractor requests Purchaser to make an alternate selection. If Purchaser fails to make any selection within 10 days after Contractors request to do so, then Contractor may at its option, make the selection on Purchasers behalf, without further notice and such selection shall be binding upon Purchaser. In connection with texture of furnished materials, Purchaser recognizes that the color and texture of it are not always true and therefore, Contractor shall not be responsible or liable for any variation thereof.

37.  **CERTIFIED FUNDS**: In the event that there is no third party financing for the construction of this residence, all funds paid by Purchaser to Contractor will be paid by cash, certified check or cashier's check. Purchaser shall establish a checking or savings account in both the Purchaser's and Contractor's Name and deposit the contract amount therein, less any deposits paid upon the execution of this agreement.

38.  **CHANGES IN CODE**: Any additional costs for labor, services and materials required by the building, zoning, health department and/or other governmental authority through a change in the code shall be the responsibility of the Purchaser. Purchaser further agrees to purchase a builder's risk policy on said residence naming Contractor as an additional insured. If Purchasers fail to do so, Contractor at its option, and without any responsibility to do so, may purchase it and the cost of the policy shall be borne solely by the Purchaser.

39.  **THE RISK OF LOSS**: Any loss and/or damage to said residence including but not limited to fire, theft, vandalism, rain, wind or any act of nature shall be borne solely by the Purchaser.

40.  **BINDING EFFECT**: The parties expressly agree that this contract shall be binding upon their respective heirs, administrators and/or assigns.

41.  **NO WAIVER**: The failure of the Contractor to insist in anyone or more instances upon the strict performance of anyone or more obligations under this contract or to exercise any election shall not be construed as a waiver or relinquishment for the future performance of such one or more obligations under this contract.

42.  **WAIVER OF JURY**: Purchaser hereby does waive trial by jury in any action, proceeding, claim or counter-claim brought by Purchaser on any matters arising out of or in any way connected with this Agreement.

43.  **ASSIGNMENT**: The Purchaser may not assign This Agreement without the prior written consent of the Contractor.

44.  **SEVERABILITY**: The provisions of this Agreement shall be deemed severable, and the invalidity or enforceability of anyone or more of the provisions of this Agreement shall not affect the validity and enforceability of the other provisions.

45.  **VENUE**: Venue for all litigation shall be in Palm Beach County, Florida, unless

Initials _____ / _____

otherwise dictated by Statute.

46. **MATERIALS:** All materials will be provided by Woodland Enterprises, Inc. or their approved suppliers.

47. **ELECTRICAL DISCONNECT CHARGE:** A charge of four hundred ($400.00) dollars will be required if electrical panel cannot be placed back-to-back with Florida Power and Light's electrical service.

48. **COSTS:** Labor and material costs for construction of this home/improvement are based on current known costs and building codes. Additional costs, in excess of 3% incurred through national emergency, acts of nature, or price increases over which Contractor has no control shall be the responsibility of Owner.

49. **WOOD/ LAMINATE FLOORING:** Woodland Enterprises, Inc. is not responsible for floor preparation needed to install wood or laminate flooring. There will be an additional charge if purchaser requests the baseboard be installed after the wood/laminate to cover painting and possible caulking of baseboard to the wood/laminate floor. Woodland Enterprises, Inc. is not responsible for damage to flooring should the purchaser take the responsibility to provide the flooring. Furthermore, wood/laminate flooring will increase the construction time of your home.

50. **PUMPS:** If Woodland Enterprises, Inc. cannot gain enough access for concrete trucks to pour concrete and a boom pump is required, the purchaser agrees to cover such costs.

51. **SEPTIC SYSTEMS:** Information concerning the proper use and maintenance of your septic system is included in purchaser warranty package. The care of the system lies solely with the Owners. Woodland Enterprises, Inc. warrants that the soil and installation of the septic system meet code. No other warranties are expressed or implied by Woodland Enterprises, Inc.

Initials _____ / _____

## NOTICE TO PURCHASER:

THE BUYER OF A ONE FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% OF THE PURCHASE PRICE) DEPOSITED IN AN INTEREST BEARING ESCROW ACCOUNT. THE BUYER MAY WAIVE THIS RIGHT IN WRITING.

I understand that I may request to escrow all deposits (up to 10% of the purchase price). As provided in the State Escrow Law, Section 501.1375, Florida Statutes. I further understand that if I require the funds to be held in escrow, you may charge me the cost of a premium for surety bond, or may charge me the interest that you pay to borrow money in the amount equal to the funds held in the escrow account. Such additional charges for placing the deposit escrow will be paid by me at closing.
ANY PAYMENT IN EXCESS OF 10% OF THE PURCHASE PRICE PRIOR TO CLOSING PURSUANT TO THIS CONTRACT MAYBE USED FOR CONSTRUCTION PURPOSES.

### PLEASE CHECK AN OPTION:

__✓__    We the undersigned Purchasers hereby waive our right to have our money held in an interest bearing escrow account as allowed by law.

_WJR_ Initials            _____ Initials

_____    We the undersigned Purchasers request our deposit monies be held in an interest bearing escrow account, with interest to be paid to the Contractor.

_____ Initials            _____ Initials

9                                                      Initials _WJR_ / _____

NOTICE TO PURCHASER:

In accordance with Florida Statute section 489.1425 Contractor hereby gives Notice to Purchaser of the CONSTRUCTION INDUSTRY RECOVERY FUND.

PAYMENT MAY BE AVAILABLE FROM THE CONSTRUCTION INDUSTRY RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A STATE LICENCED CONTRACTOR. FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENCING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS:

> CONSTRUCTION INDUSTRY LICENSING BOARD
> 7960 ARLINGTON EXPRESSWAY, SUITE 300
> JACKSONVILLE, FL 32211
>
> TELE: 904-727 5630

In witness whereof the parties hereto set their hand and seals as of the day and year indicated below:

WITNESS:

By: _____ 3/3/05
Contractor          Date

_____ 3/03/05
Purchaser          Date

_____  _____
Purchaser          Date

10                                        Initials _____ / _____

# WOODLAND ENTERPRISES, INC.
## SPECIFICATIONS FOR THE GORIE RESIDENCE

### STANDARD FEATURES INCLUDE:
One year full service builders warranty
Impact fees at date of signing
Permits
25 year three-tab asphalt fiberglass roof shingles

### CONSTRUCTION FEATURES INCLUDE:
Concrete block and steel construction
Steel reinforced monolithic slab with stucco finish
Subterranean soil treatment
Renewable termite bond
Hurricane resistant engineered roof trusses
5/8" CDX plywood roofing
Wire lath and stucco soffits and lanai ceilings
Truss covered porches/entries (per plan)
Interior metal 16" O.C. studs
Steel garage door with hurricane bracing
Steel foam filled exterior doors
Plumbing: Copper water lines and PVC Drains

### DESIGN FEATURES INCLUDE:
Aladdin "Commander" soil resistant carpeting
3 ¼" Colonial fingerjoint baseboards painted white and installed before flooring
2 ¼" fingerjoint casings painted white
Hollow core masonite 6 panel colonist interior doors painted white
Hollow core masonite raised panel interior bi-fold closet doors painted white
Vinyl coated ventilated shelving: 1 shelf -clothes and 4 shelves - linen
Knockdown finish on ceilings with 5/8" drywall
Interior walls painted white with one coat orange peel and one coat latex paint
(Colorwheel: 200i interior flat)
Marble carrara window sills (white and grey)
Bronze or white single hung windows with bronze or white trim (screens included)
Tempered sliding glass doors (per plan)
Lighted walk-in closets (per plan)
Kwikset "Tylo" knobs in antique brass finish for interior/exterior hardware
Stucco banding and quoins are optional
Inside garage walls are skim coated with stucco
Interior trim painted white w/ 2 coats semi gloss latex paint (Colorwheel: 360 optima)

### KITCHEN AND BATH FEATURES INCLUDE:
Ceramic tile on kitchen and bathroom floors
Kenmore 18' cubic refrigerator with ice maker (46-37872)
Kenmore 4 cycle dishwasher (22-14071)
Kenmore disposer (42-6012)
Kenmore electric range with self-clean oven & timer (22-93402)
Kenmore Ductless range hood with 2 speed fan and light (22-53345)

11                                                           Initials _____ / _____

## WOODLAND ENTERPRISES, INC.
## SPECIFICATIONS FOR THE GORIE RESIDENCE (CONT'D.)

Flat panel oak cabinets in kitchen and baths
30" uppers in kitchen, standard height vanities (31"/30" depending on cabinet line)
Double compartment stainless steel kitchen sink  (Dayton #3322)
Mica countertops in kitchen w/ 4"backsplash
Cultured marble vanity tops
5 shelf linen closets (per plan)
Built-in pantry (per plan)
Universal-Rundle elongated water saver toilets in white or bone (UR4196)
Universal-Rundle enamel steel tubs in white or bone
Recessed 'no drip' washer connection
Vented exhaust fans to exterior
Ceramic tile in wet areas of bath only to be installed approx. 7ft up from floor
Moen Chrome Chateau 7442, 4621, 2352, 2353, 6980 faucets (per plan)
Full width mirrors over vanities 40" high

### TOTAL ENERGY SAVING PACKAGE:

10 seer high efficiency central air conditioning system or per "J" Manuel
Foil R-4 insulation in exterior walls of living area
R-19 insulation in living area ceilings
40 gallon quick-recovery hot water heater
Insulated attic air conditioning duct
Energy efficient attic ventilation
Exterior exhausted vents and dryer vent

### ELECTRICAL FEATURES INCLUDE:

3 GFI weatherproof exterior outlets
Ground fault receptacles in kitchen and baths
Prewired for garage door opener
Pre-wired for 2 TV and 2 phone outlets
150 amp electrical service
All copper electrical wiring
White outlet covers / Door Chime
Ceiling fan pre-wire (per plans)
Smoke detectors
220 volt dryer outlet
Standard electrical switches in white

### EXTERIOR FEATURES INCLUDE:

5000 square feet of Floritam sod
Slab for A/C and pump (3' x 4' each) / 17 X 20 Concrete parking pad for 2 car garage
3 exterior hose bibs
2 X 6 Facia
Exterior walls painted with Colorwheel 110 optima latex acrylic flat
Exterior doors painted with Colorwheel 350 optima exterior latex acrylic semigloss

Initials 

## Exhibit A

| | |
|---|---|
| 1) Deposit upon signing Agreement | $ |
| 2) Additional deposit due at closing (10%) | $ |
| 3) When Slab is complete (20%) | $ |
| 4) When Roof is sheathed (35%) | $ |
| 5) When rough Air Conditioning, and Electric are installed (20%) | $ |
| 6) When Standing Trim is set (10%) | $ |
| 7) Upon Completion of Contract by the Contractor (5%) | $ |
| **TOTAL CONTRACT SUM** | **$151,501.33** |

13

Initials _____ / _____

## Exhibit B

## ALLOWANCES

- CeramicTile:      $1.50 (for tile only)(to be installed: in all of living area)
- Carpet:           $9.00 per yd. (L & M)
- Light Fixtures:   $250.00
- Lot Prep          $10,000.00

## SPECIAL NOTES

All lot preparation and surveys are the responsibility of the purchaser.

**Woodland Enterprises, Inc.**
**15592 Jupiter Farms Road**
**Jupiter, FL  33478**

Authorization of Owner (or Owners) to:

_PT. ST. LUCIE_ ~~County~~ CITY Building & Zoning
_____ County Health Dept.
_____ County Concurrency

The Undersigned do hereby authorize Woodland Enterprises, Inc. to act on my (their) behalf and to make representations on my(their) behalf. In authorizing the agent of Woodland Enterprises, Inc. to represent (me) (us), the owner (s) attest that the application is made in good faith and that any information by the owner (s) is accurate and complete.

State of Florida
County of _ST. LUCIE_

The foregoing instrument was acknowledged before me this _4-26-05_ by _WILLIAM J. GORIE_ who is personally known to me or who has produced _D.K._ (type of identification) as identification and who did (did not) take an oath.

_Carol Anne Gache_                      _William J. Gorie_
Notary Public Signature                 Signature of Owner

_CAROL ANNE GACHE_                      _WILLIAM J. GORIE_
Notary Public Name Printed              Owner's Name (Print)

(Notary Seal)   CAROL ANNE GACHE'
                MY COMMISSION # DD 350881
                EXPIRES: September 24, 2008
                Bonded Thru Notary Public Underwriters

_____
Signature of Owner

_____
Owner's Name (Print)

_____
Street Address

_____
City, State, Zip Code

_____
Telephone

15                              Initials _WJG_ / _____

## Exhibit C
## LIMITED WARRANTY

WOODLAND ENTERPRISES, INC. warrants to purchasers ("Buyer") of homes sold and constructed by the COMPANY that such home is constructed in a good and workmanlike manner; is fit for the purpose for which it was intended and has been constructed in accordance with accepted building practices. It has been inspected by our trained personnel and by the building department of the area in which it is situated.

1. The warranty set forth in this Limited Warranty commences on the date that title to your home is conveyed to you (the "closing") and applies only to those items set forth in paragraphs 6.a and 6.b hereof. Any time periods specified herein will not be extended by any acts or inaction on the part of buyer or Seller, and are not waived or extended by any repairs, delays in repairs or requests for repairs unless said extension is specifically made in writing signed by the COMPANY.

2. Any request for service under this Limited Warranty must be sent in writing during the period of the applicable portion of this Limited Warranty to our office at the address appearing below on the signature line of the Limited Warranty. The request for service must set forth the nature of your warranty claim and a description of the alleged problem. Any request for service should also indicate times during normal business hours when you will be available at your home so that we can schedule an inspection and the appropriate work.

3. This Limited Warranty runs in favor only of the original Buyer of the home and is non-transferable. Any obligations under this Limited Warranty terminate if the property is resold or is no longer occupied by the homeowner to whom it is originally issued.

4. The Limited Warranty shall be automatically void in the event you or any person, firm or entity retained or authorized by you adds to or in any manner modifies any items constructed or supplied by the COMPANY, or if you make any structural or other changes.

5. Warranty work under this Limited Warranty will be performed only by the undersigned or by a contractor provided by the undersigned. There will be no charge to Buyer for labor, materials or transportation on the warranty work covered by this limited Warranty.

6. **WARRANTED ITEMS**:
   a. For a period of one (1) year after Closing. We will repair or replace whichever we determine to be appropriate in our sole judgment, any structural defects in workmanship or materials in the following:
   1) Plumbing
   2) Electrical System
   3) Air Conditioning system and heating system

   b. We hereby assign and pass through to you the manufacturer's warranty, if any, for appliances and equipment such as refrigerator, range, hot water heater, washing machine, clothes dryer, garbage disposal, ventilating fan, air conditioner and like items. Such items are excluded from this Limited Warranty. It will be your responsibility to timely assert any claim against the manufacturer.

7. **NON-WARRANTED ITEMS**: This Limited Warranty expressly excludes and there will be no implied assumption of responsibility for:
   a. Exterior Walls;
   b. Cracked and/or broken tile;
   c. Burned out fuses, circuit breakers and light bulbs;
   d. Broken glass or torn screens unless called to the COMPANY's attention prior to closing;
   e. Mirror defects, unless called to the COMPANY's attention prior to closing;
   f. Repainting of walls or ceilings, or refinishing of woodwork or cabinets unless any defects are called to the COMPANY'S attention in writing, at or prior to closing;
   g. Spots or imperfections in carpeting included in the home, unless called to the COMPANY'S attention in writing, at or prior to closing;
   h. Any items not specifically listed as a warranted item in paragraph 6.a. and 6.b. of this Limited Warranty;
   i. Landscaping and lawn; The COMPANY assumes no responsibility for these items; however, the COMPANY will replace any dead landscaping called to its attention in writing, at or prior to the closing;
   j. Concrete coloring;
   k. Ceramic tile or grout cracking;
   l. Any item where the claimed defect or malfunction was caused by the buyer or any third party; the Buyer failing to provide necessary maintenance; or if caused by acts of God.
   m. Any coating, paint, or stain, on garage floors,

8. THERE ARE NO WARRANTIES THAT EXTEND BEYOND THE DESCRIPTION OF THE FACE HEREOF. THIS LIMITED WARRANTY IS THE ONLY EXPRESSED WARRANTY GIVEN. THIS LIMITED WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE, MERCHANTABILITY, OR THAT THE HOME WILL BE CONSTRUCTED IN ACCORDANCE WITH THE PLANS AND SPECIFICATIONS ON FILE WITH ANY GOVERNMENTAL AUTHORITY, WHETHER ARISING FROM CUSTOM, USAGE, COURSE OF TRADE, STATUTES, CASE LAW OR OTHERWISE, AND SHALL BE LIMITED TO THE WARRANTY PERIODS SET FORTH ABOVE. THE UNDERSIGNED DISCLAIMS ANY LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES INCLUDING, BUT NOT LIMITED TO, INABILITY TO POSSESS THE UNIT, INCONVENIENCE, STORAGE COSTS, LOSS OF TIME, PERSONAL INJURY, DAMAGE TO IMPROVEMENTS MADE BY YOU, OR ANY OF YOUR PERSONAL PROPERTY.

9. If you seek to pursue any claim or denied request for service under this Limited Warranty, you must give us notice of your intent to make a claim and the estimated amount of the claim in writing. Thereafter, we may notify you within thirty (30) days from receipt of said notice of our election to have the claim settled by arbitration in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association. In the event that we fail to so notify you within said thirty (30) day period, then you may proceed to commence an action for such claim in the courts of the State of Florida. In the event that we prevail on your claim, whether said claim be arbitrated or litigated, you shall be liable for all costs and expenses incurred by us on said claim, which sum shall include reasonable attorneys' fees.

AGREED AND ACCEPTED:
BUYERS (S):

_____ Dated: 03/03/05

COMPANY: Woodland Enterprises, Inc.

BY: _____ Dated: 3/3/05

16

Initials _____ / _____