# EXHIBIT E

Building Department of Port St. Lucie, FL
CERTIFICATE OF OCCUPANCY          PERMIT #: 0535219

THIS CERTIFICATE ISSUED PURSUANT TO THE REQUIREMENTS OF SECTION 150.10392 OF THE CITY CODE CERTIFYING THAT AT THE TIME OF ISSUANCE THIS STRUCTURE WAS IN COMPLIANCE WITH THE VARIOUS ORDINANCES OF THE CITY OF PORT ST. LUCIE REGULATING BUILDING CONSTRUCTION OR USE FOR THE FOLLOWING:

USE CLASSIFICATION: SINGLE FAMILY RESIDENCE

OWNER: GORIE, WILLIAM                    TYPE: RS

ADDRESS: 593 SW COLUMBUS DR              CONST TYPE: CBS

CONTRACTOR: WOODLAND ENTERPRISES INC     UNITS: 1

SEC/BLK/LOT: 33-2354-34                  COMPLETED: 09/22/06

LOCALITY: Port St. Lucie, Florida        Fire Dist: St. Lucie County

BY: BUILDING DEPT.
* * * POST IN A CONSPICUOUS PLACE * * *
BUILDING OFFICIAL

Building Department of Port St. Lucie, FL
CERTIFICATE OF OCCUPANCY          PERMIT #: 0535219

THIS CERTIFICATE ISSUED PURSUANT TO THE REQUIREMENTS OF SECTION 150.10392 OF THE CITY CODE CERTIFYING THAT AT THE TIME OF ISSUANCE THIS STRUCTURE WAS IN COMPLIANCE WITH THE VARIOUS ORDINANCES OF THE CITY OF PORT ST. LUCIE REGULATING BUILDING CONSTRUCTION OR USE FOR THE FOLLOWING:

USE CLASSIFICATION: SINGLE FAMILY RESIDENCE

OWNER: GORIE, WILLIAM                    TYPE: RS

ADDRESS: 593 SW COLUMBUS DR              CONST TYPE: CBS

CONTRACTOR: WOODLAND ENTERPRISES INC     UNITS: 1

SEC/BLK/LOT: 33-2354-34                  COMPLETED: 09/22/06

LOCALITY: Port St. Lucie, Florida        Fire Dist: St. Lucie County

BY: BUILDING DEPT.
BUILDING OFFICIAL        * * * POST IN A CONSPICUOUS PLACE * * *