# EXHIBIT F

FILE # 3096927  OR BOOK 2867  PAGE 1786, Recorded 08/17/2007 at 01:45 PM
Doc Tax: $1680.00

This Document Prepared By and Return to:
Charles A. Schwab, Esquire
Disque & Schwab, P.A.
192 NW Central Park Plaza
Port St. Lucie, FL 34986
SLW Courthouse Box 40

Parcel ID Number: 3420-665-0726-0007

# Warranty Deed

This Indenture, Made this 2 day of August, 2007 A.D., Between
William John Gorie, a married man
of the County of Roane, State of Tennessee, grantor, and
Patrick Gorie, a single man

whose address is: 593 SW Columbus Drive, Port St. Lucie, FL 34953

of the County of St. Lucie, State of Florida, grantee,

Witnesseth that the GRANTOR, for and in consideration of the sum of ----------TEN DOLLARS ($10)---------- DOLLARS, and other good and valuable consideration to GRANTOR in hand paid by GRANTEE, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said GRANTEE and GRANTEE'S heirs, successors and assigns forever, the following described land, situate, lying and being in the County of St. Lucie State of Florida to wit:

Lot 37, Block 2354, Port St. Lucie, Section Thirty Four, according to the map or plat thereof as recorded in Plat Book 15, Pages 9 through 9W, Public Records of St. Lucie County, Florida.

Subject to restrictions, reservations and easements of record, if any, and taxes subsequent to 2006.

The property herein conveyed DOES NOT constitute the HOMESTEAD property of the Grantor. The Grantor's HOMESTEAD address is 111 Sawmill Cove, Rockwood, TN 37854.

and the grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

**In Witness Whereof,** the grantor has hereunto set his hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Tricia Thompson
Printed Name: Tricia Thompson
Witness

William John Gorie (Seal)
P.O. Address: 111 Sawmill Cove, Rockwood, TN 37854

Whitney Summers
Printed Name: Whitney Summers
Witness

STATE OF Tennessee
COUNTY OF Roane

The foregoing instrument was acknowledged before me this 2nd day of August, 2007 by
William John Gorie, a married man

he is personally known to me or he has produced his Florida driver's license as identification.

Tabatha Watt
Printed Name: Tabatha Watt
Notary Public
My Commission Expires: 2/16/11

(Seal: TABATHA WATTS, STATE OF TENNESSEE, NOTARY PUBLIC, ROANE COUNTY)

GORIEPATRICK

Laser Generated by © Display Systems, Inc. 2007 (863) 763-5555 Form FLWD-1