# EXHIBIT G

PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

*Section I. Property Information*

Name Property Owner: Patrick Gorie
Address of Affected Property: 593 SW Columbus Drive, Port St. Lucie, FL 34953
Is this Property:* [X] Residential [ ] Commercial [ ] Governmental
Name of Person Completing this Form: Patrick Gorie
Is above your primary residence? (•) Yes ( ) No
Mailing Address (if different): P.O. Box 94, Palm City, FL 34991
Phone: (772) 634 - 5959

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: [ ] Owner-Occupant [X] Owner Only [ ] Renter-Occupant

Represented By: Allison Grant P.A.
Address: 730 S. Federal Highway, Lake Worth, FL 33460
Phone: (561) 994 - 9646
Case No. /Docket Info: 12-0498 Omni XIII

*Section II. Insurance Information*

Homeowner/ Renter Insurer: Cypress Property and Casualty
Policy #: FYN 80445820181
Agent: Timothy W. McGlynn
Address: McGlynn Financial Services, 1707 NW Federal Highway, Stuart, FL 34994-9631
Phone: (772) 692 - 5152

+ Attach Copy of Insurance Declaration Page

*Section III. Claimant Information*

| Name of Claimant | Dates Occupied: Move-in | Dates Occupied: Leave | Gender | Date of Birth | Are you claiming personal injuries?* (Circle One) | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Patrick Gorie | 08 / / 07 | 10 / / 11 | M (X) / F | 10 03 / 70 | (•) Yes ( ) No | Owner Only |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.



GORIE, P 0001

2.1. If "Yes" to Question 2.0, Section IV, Who made this determination? Patrick Gorie

2.2. When was this determination made? 10 /19 /11

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location In Home |
|---|---|---|
| Taishan | eet x 12feet x 1/2inch | various |
| | | |
| | | |
| | | |

**Section VI. Home Information**

| | |
|---|---|
| Approx. Sq. Ft. of House: | 1527 |
| Estimated Sq. Ft. of Drywall | |
| Height of Interior Walls | 8'+ |
| Number of Bedrooms: | 4 |
| Number of Bathrooms: | 2 |

| | Yes | No |
|---|---|---|
| Occupied | ☐ | ☒ |
| Year-round | ☐ | ☐ |
| Summer | ☐ | ☐ |
| Winter | ☐ | ☐ |

**Plumbing System**

| | Blackening or Corrosion? Yes | No | N/A |
|---|---|---|---|
| PVC/ CPVC/ Plastic Piping | ☐ | ☒ | ☐ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☒ | ☐ | ☐ |
| Other Fixtures | ☒ | ☐ | ☐ |
| Were repairs made to the plumbing system? | NO | | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? Yes | No | N/A |
|---|---|---|---|
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | ☒ | ☐ | ☐ |
| 2nd Panel | ☐ | ☐ | ☒ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☐ | ☒ | |
| Dates: | | | |

**+ Attach Copy of Floor Plan on 8 1/2" X 11" paper**

**Section VII. Construction/Renovation Information**

**Date Range for New Home Construction: (Month/Day/Year)**

| | | | |
|---|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | Date Acquired Home | 08 /02 /07 |

**Date Range for Renovations: (Month/Day/Year)**

| | | | |
|---|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☐ | ☐ |
| First Floor: Full Wall of drywall replaced | ☐ | ☐ | ☐ |
| Second Floor: Any drywall replaced | ☐ | ☐ | ☐ |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name: Woodland Enterprises, Inc.

Address: 15592 Jupiter Farms Road
Jupiter, FL 33478

Phone: (561 ) 575 - 7565

**+ Attach Copy of Construction/Renovation Contract**

**+ Attach Copy of New Home Warranty Declaration**

**Section IX. Drywall Installer**

Drywall Installer's Name: Triple "E" Drywall

Address: 2723 Horseshoe Trail
Palm City, FL 34990

Phone: (561 ) 715 - 9357

**Section X. Drywall Supplier**

Drywall Supplier's Name: Banner Supply Company

Address: 7195 NW 30th Street
Miami, FL 33323

Phone: ( ) -

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| --- | --- | --- | --- |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |



GORIE, P 0003

INSURED: PATRICK W GORIE
593 SW COLUMBUS DR
PORT SAINT LUCIE FL 34953-6043

Telephone: 772-634-5959

AGENT: TIMOTHY W MCGLYNN
MCGLYNN FINANCIAL SERVICES
1707 NW FEDERAL HWY
STUART FL 34994-9631

Telephone: 772-692-5152

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:

593 SW COLUMBUS DR PORT SAINT LUCIE FL 34953-6043

IF PAYMENT IS NOT RECEIVED ON OR BEFORE THE POLICY RENEWAL EFFECTIVE DATE, THIS POLICY WILL NOT BE IN FORCE.
Coverage is provided where premium and limit of liability is shown.
Flood coverage is not provided by Cypress Property & Casualty Insurance Company and is not a part of this policy.

| | LIMIT OF LIABILITY | PREMIUMS |
|---|---|---|
| **SECTION I COVERAGE** | | $ 802.00 |
| A. DWELLING | $ 187,500.00 | |
| B. OTHER STRUCTURES | $ 3,750.00 | INCLUDED |
| C. PERSONAL PROPERTY | $ 93,750.00 | INCLUDED |
| D. LOSS OF USE | $ 18,750.00 | |
| **SECTION II COVERAGE** | | $ 30.00 |
| E. PERSONAL LIABILITY | $ 300,000.00 | INCLUDED |
| F. MEDICAL PAYMENTS | $ 1,000.00 | |
| **OPTIONAL COVERAGES** | | $ 60.00 |
| Sub-Limit - Fungi,Rot,Bacteria | $25,000/$50,000 | INCLUDED |
| MAN-Ordinance or Law Increase | 25% | $ 25.00 |
| WATER BACK UP/SUMP OVERFLOW | $ 5,000.00 | $ 120.00 |
| PERS PROP REPL COST | | $ 13.00 |
| SINKHOLE COVERAGE | | |

| | |
|---|---|
| TOTAL POLICY PREMIUM, ASSESSMENTS, FEES, AND ALL SURCHARGES: | $ 1,122.00 |
| PREMIUM CHANGE DUE TO RATE CHANGE: | $ 1.00 |
| PREMIUM CHANGE DUE TO COVERAGE CHANGE: | NONE |

**PLEASE CONTACT YOUR AGENT IF THERE ARE ANY QUESTIONS PERTAINING TO YOUR POLICY.**

**FORMS AND ENDORSEMENTS**

| | | | |
|---|---|---|---|
| *CPC-103 | (09/09) | *CPC-107 | (09/09) |
| *CPC-127 | (09/09) | *CPC-159 | (04/11) |
| CPC-302 | (09/09) | CPC-305 | (01/11) |
| CPC-309 | (11/04) | CPC-320 | (09/09) |

Continued on Forms Schedule

COUNTERSIGNED DATE 06/30/2011

BY [signature]

**ADDITIONAL INTERESTS**

MORTGAGEE
596559817

NATIONSTAR MORTGAGE LLC
ISAOA/ATIMA
P O BOX 7729
SPRINGFIELD OH 45501

INSURED'S COPY

GORIE, P 0004

RENEWAL DECLARATION Effective: 08/11/2011 Date Issued: 06/30/2011

| INSURED | AGENT 0587337 |
|---|---|
| PATRICK W GORIE<br>593 SW COLUMBUS DR<br>PORT SAINT LUCIE FL 34953-6043 | TIMOTHY W MCGLYNN<br>MCGLYNN FINANCIAL SERVICES<br>1707 NW FEDERAL HWY<br>STUART FL 34994-9631 |
| Telephone: 772-634-5959 | Telephone: 772-692-5152 |

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:

593 SW COLUMBUS DR PORT SAINT LUCIE FL 34953-6043

All other perils deductible: $ 1,000.00
Hurricane deductible: $ 3,750.00

| | |
|---|---|
| SECTION I, SECTION II AND OPTIONAL PREMIUMS | $ 1,050.00 |
| EMERGENCY MANAGEMENT TRUST FUND SURCHARGE | $ 2.00 |
| MGA POLICY FEE | $ 25.00 |
| NIDR ID Restoration Service | $ 20.00 |
| FL HURRICANE CATASTROPHE FUND ASSESSMENT | $ 14.00 |
| 2005 CITIZENS EMERGENCY HIGH RISK ACCOUNT ASSESSMENT | $ 11.00 |
| TOTAL POLICY PREMIUM, ASSESSMENTS, FEES, AND ALL SURCHARGES | $ 1,122.00 |

Note: The portion of your premium for Hurricane Coverage is $323.00

AN ADJUSTMENT OF 1 % IS INCLUDED TO REFLECT BUILDING GRADE FOR YOUR AREA. ADJUSTMENTS RANGE FROM 1% SURCHARGE TO 11 % CREDIT.

MARSHALL SWIFT/BOECKH RESIDENTIAL BUILDING COST TRENDS INDEX FACTORS WERE USED TO UPDATE YOUR INSURANCE VALUES TO ALLOW FOR INFLATION.

| | | | | | |
|---|---|---|---|---|---|
| FORM TYPE | HO-3 | YEAR BUILT | 2006 | TOWN/ROW HOUSE | N |
| CONSTRUCT TYPE | M | SENIOR/RETIREE | N | NUMBER OF FAMILIES | 1 |
| TERRITORY | 562 | PROTECTION CLASS | 03 | OPEN WATER | N |
| USE CODE | P | ACCRED BUILDER | N | MUNICIPAL CODE | 999 |
| COUNTY CODE | 56 | PROT DEVICE/BURGLAR | N | PROT DEVICE/FIRE | N |
| PROT DEV/SPRINKLER | N | PROT DEV/SEC COM | N | WIND/HAIL EXCLUSION | N |
| REPLACEMENT COST | Y | OCCUPANCY CODE | OWNER | ROOF COVER | F |
| ROOF DECK | X | ROOF/WALL CONNECT | X | OPENING PROTECT | N |
| ROOF SHAPE | H | SWR | X | PD CLAIM SURCHARGE | N |

**THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT OF POCKET EXPENSES TO YOU.**

**THIS POLICY CONTAINS A CO-PAY PROVISION THAT MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.**

INSURED'S COPY GORIE, P 0005

INSURED: AGENT: 0587337

PATRICK W GORIE
593 SW COLUMBUS DR
PORT SAINT LUCIE FL 34953-6043

Telephone: 772-634-5959

TIMOTHY W MCGLYNN
MCGLYNN FINANCIAL SERVICES
1707 NW FEDERAL HWY
STUART FL 34994-9631

Telephone: 772-692-5152

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:

593 SW COLUMBUS DR PORT SAINT LUCIE FL 34953-6043

**LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE FROM THE NATIONAL FLOOD INSURANCE PROGRAM. WITHOUT THIS COVERAGE, YOU MAY HAVE UNCOVERED LOSSES. PLEASE DISCUSS THESE COVERAGES WITH YOUR INSURANCE AGENT.**

**Coinsurance Contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the insured.**

GORIE, P 0006

# FORMS SCHEDULE

(continued from page 1)

| | | | | |
|---|---|---|---|---|
| CPC-325 (09/09) | CPC-345 (09/09) | CPC-358 (10/05) | CPC-361 (09/09) | CPC-363 (09/09) |
| CPC-366 (09/09) | * CPC-372 (01/11) | CPC360 (09/09) | * FL INFL-01(01/05) | HO-0003 (10/00) |
| HO-0495 (10/00) | HO-0496 (10/00) | OIRB11655 (07/07) | TOC HO3 (09/09) | |

GORIE, P 0007



Building Details Parcel ID 3420-065-0726-000-7 Card Number 1 Account Number 59129

| Code Description | Area | Perimeter |
|---|---|---|
| ASEA - Aluminum Screen Enclosure Avg | 444 | 98 |
| BAS - BASE AREA | 1527 | 190 |
| GAA - Garage Attached Average | 441 | 84 |
| OPAA - Open Porch Attached Average | 16 | 16 |



GORIE, P 0008