UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.: 02047<br>Case No.: 12-0498<br>Section L |
| THIS DOCUMENT RELATES TO:<br>RICHARD and CONSTANCE ALMEROTH, et al. v.<br>TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD., et al._____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that, upon pleadings and other matters of record, the undersigned moves the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Courtroom 468, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, as soon as counsel can be heard, for an order setting for hearing **Woodland Enterprises, Inc.'s** Motion to Dismiss, With Prejudice, the Claims Brought Against it in the Almeroth Omnibus Class Action Complaint (Omni XII) by Plaintiff, **Patrick Gorie** and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted, this 17th day of May, 2012.

| | |
|---|---|
| **PHELPS DUNBAR, LLP**<br>By:  /s/ Brent B. Barriere<br>  Brent B. Barriere (La. Bar No. 2818)<br>  D. Skylar Rosenbloom (La Bar No. 31309)<br>  Canal Place Suite 2000<br>  365 Canal Street<br>  New Orleans, Louisiana 70130-6534<br>  Telephone: (504) 566-1311<br>  Telecopier: (504) 568-9130<br>  Email: Brent.barriere@phelps.com<br>    Skylar.rosenbloom@phelps.com<br>*LOCAL COUNSEL FOR DEFENDANT WOODLAND ENTERPRISES, INC.* | **AKERMAN SENTERFITT**<br>By:  /s/ Stacy Bercun Bohm<br>  Stacy Bercun Bohm (Fla. Bar No. 022462)<br>  Valerie B. Greenberg. (Fla. Bar No. 26514<br>  Leslie Miller Tomczak (Fla. Bar No. 126489)<br>  Las Olas Centre II, Suite 1600<br>  350 East Las Olas Boulevard<br>  Fort Lauderdale, Florida 33301-2229<br>  Telephone: (954) 463-2700<br>  Telecopier: (954) 463-2224<br>  Email: stacy.bohm@akerman.com<br>    valerie.greenberg@akerman.com<br>    leslie.tomczak@akerman.com<br>*LEAD COUNSEL FOR DEFENDANT WOODLAND ENTERPRISES, INC.* |

{24256444;1}22553119;1}

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document and exhibits have been served on Plaintiffs' Liaison Counsel, Russ Herman, at Herman, Katz & Coltar, LLP, 820 O'Keefe Avenue., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, at Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, LA 70163 (kmiller@frilot.com) by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of May, 2012.

/s/   Stacy Bercun Bohm