MINUTE ENTRY
FALLON, J.
MAY 17, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED    DRYWALL PRODUCTS    LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: All Cases | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Susan Zielie

Appearances:   Leonard Davis, Esq. for Plaintiffs' Liaison Counsel
               Dorothy Wimberly, Esq. for Homebuilders' Steering Committee
               Nick Panayotopouloas, Esq. for Certain Banner Defendants

---

I.  Order to All HomeBuilders Who Have Failed to Comply with Fee Order (R. Doc. 12546)

    ARGUMENT-The Court directed the Homebuilders' Steering Committee ("HSC") to submit a final, updated list of all non-compliant homebuilders. Thereafter, the Court will issue appropriate contempt and/or sanctions orders against the non-compliant homebuilders. It will also bar the homebuilders from dismissal until they comply with their payment obligations to the HSC.

II. Rule to Show Cause Why CNBM (USA), Corp. Expenses and Costs Incurred by the PSC and Banner Should Not be Imposed   (R. Doc. 14089)

    ARGUMENT-CNBM (USA), Corp. has not responded to the Court's Order. The Court has reviewed the briefing and affidavits submitted by the movants and finds that the relief requested is appropriate. Accordingly, IT IS ORDERED that CNBM (USA), Corp. is to reimburse the movants in the amounts contained in the filed affidavits, as well as twice this amount in sanctions, with interest to run from the date of this Order.


JS10:    :08