UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
      PRODUCTS LIABILITY LITIGATION   : SECTION:  L
                                       :
                                       : JUDGE FALLON
                                       : MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES.**

### ORDER

Considering the Joint Motion of Plaintiffs and Defendant RCR Holdings II, LLC For an Order: (1) Preliminarily Approving the RCR Settlement; (2) Conditionally Certifying a Settlement Class; (3) Approving the Form of Notice and Authorizing Dissemination of the Notice; (4) Scheduling a Fairness Hearing; and (5) Staying the Litigation Against RCR (R. Doc. 14341), IT IS ORDERED that this Motion is scheduled for hearing following the monthly status conference on June 14, 2012, at 9:00 a.m.  Responses in opposition to the Motion are to be filed with the Court by June 5, 2012.

New Orleans, Louisiana this 17th day of May 2012.

_____
U.S. District Judge