UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>Gross v. Knauf Gips KG et al.,<br>Case No. 09-6690; | ) ) ) ) | |
| Wiltz v. Beijing New Building Materials Public Ltd. Co. et al., Case No. 10-361; WILKINSON | ) ) ) | JUDGE FALLON<br>MAG.     JUDGE |
| The Mitchell Co., Inc. v. Knauf Gips KG, et al., Case No. 09-4115; and | ) ) ) ) | |
| Germano, et al. v. Taishan Gypsum Co., Ltd., et al., Case No. 09-6687. | ) ) ) ) | |

**(PROPOSED) ORDER**

Considering the State of Louisiana's Motion and Incorporated Memorandum to Join the Plaintiffs Steering Committee's Response to Taishan's Motions Pursuant to Rule 12(b)(2) (the "M&M"), and good cause appearing therefor;

IT IS ORDERED that the State of Louisiana's M&M is authorized to be filed in the record of the above captioned and titled proceedings.

New Orleans, Louisiana this ___ day of May, 2012.

_____
DISTRICT JUDGE