UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON (L) |
| ALL CASES | * * * | MAGISTRATE WILKINSON (4) |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

JAMES B. PAINE

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President for Jade Organization, Inc., ("Jade"), and as such, has personal knowledge of the following based on his review of records maintained by Jade in the regular course of business.

2. Jade is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Broward County, Florida.


EXHIBIT A

3. Jade does not sell any type of home. Jade is a homebuilder that contracts with third party vendors for the construction of single-family homes and townhomes.

4. Jade has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. Jade has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. Jade does not have an agent for service of process in Louisiana.

7. Jade does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Jade does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Jade has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Jade does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Jade has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Jade never anticipated it would be haled into court in Louisiana.

JAMES B. PAINE

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 13 DAY OF SEP, 2011.

NOTARY PUBLIC



BRENDA FAY GORDON
Notary Public - State of Florida
My Comm. Expires Apr 5, 2014
Commission # DD 973203
Bonded Through National Notary Assn.

2