Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   109745-0231

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--B&E Construction of Miami, Corp.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Dade_ )

Name of Server: _CARLOS AGUIRRE_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _12th_ day of _April_ , 20 _11_ , at _2:02_ o'clock _P_ M

Place of Service: at _7944 SW 199th Terrace_ , in _Miami, FL 33189_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**B&E Construction of Miami, Corp.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Virma Elordi   Co- Resident_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Red_ ; Facial Hair _____
Approx. Age _40_ ; Approx. Height _5'7_ ; Approx. Weight _150_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this _14_ day of _April_ , 20 _11_

_____
Notary Public          (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jesy Rodriguez Leon
Commission #DD763471
Expires:  FEB. 28, 2012
BONDED THRU ATLANTIC BONDING CO., INC