**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

This document relates to:

RICHARD and CONSTANCE
ALMEROTH, et. al.
vs.
TAISHAN GYPSUM CO., LTD., et. al.
CASE NO. 12-0498
**********************************************

STATE OF FLORIDA
COUNTY OF ST. LUCIE

## AFFIDAVIT OF EUGENE B. MACK

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Eugene B. Mack, who, after being duly sworn, states as follows:

1. At all relevant times, I served as Regional Manager on behalf of Allied Building Products Corp., d/b/a Southern Atlantic Supply Division Corp. ("Allied"), a New Jersey Corporation with its principal place of business located in New Jersey.

2. In this capacity, I am familiar with the nature of the business, including the general, day-to-day operations of Allied.

3. I am of proper age, sound mind, and capable of providing this

Affidavit.

4. Allied is not authorized to do, and has never done, business in the State of Louisiana.

5. I am not personally, nor in my capacity as a Regional Manager on behalf of Allied, aware of Allied selling any products in the State of Louisiana.

6. I am not personally, nor in my capacity as a Regional Manager on behalf of Allied, aware that Allied has ever advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

7. I am not personally, nor in my capacity as a Regional Manager on behalf of Allied, aware of Allied ever receiving any business from any contacts in the State of Louisiana, whether individual customers or business customers.

8. Allied does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of Louisiana

9. Allied does not, and has never solicited any business in the State of Louisiana.

[signature on next page]

By: _____
Eugene B. Mack
Allied Building Products Corp.

Sworn to and subscribed

before me this 18th day

of May, 2012

_____
Notary Public

CHERY MAPP
MY COMMISSION # DD 859846
EXPIRES: April 19, 2013
Bonded Thru Notary Public Underwriters