IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MDL Docket No. 2047

SECTION L

DISTRICT JUDGE FALLON

MAGISTRATE JUDGE WILKINSON

This document relates to:

RICHARD and CONSTANCE ALMEROTH, et. al.
vs.
TAISHAN GYPSUM CO., LTD., et. al.
CASE NO. 12-0498

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant, Allied Building Products Corp., has filed the attached Motion to Dismiss.

PLEASE TAKE FURTHER NOTICE that the Motion will be brought on for hearing on May 29, 2012.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhke.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, LLC, Suite 3700, 1100 Poydras St., New Orleans, LA 70163, kmiller@frilot.com, by U.S. Mail and email upon all parties by electronically uploading same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing in accordance with the procedures established in MDL 2047.

This 18th day of May, 2012.

                                                /s/ M. Craig Hall
                                                M. Craig Hall
                                                GBN: 319220
                                                Counsel for Defendant

Oldcastle Law Group
900 Ashwood Parkway, Suite 700
Atlanta, GA 30338
(phone) 770/392/5300
(facsimile) 770/392/5305
Craig.Hall@Oldcastlelaw.com