360-7008

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | * * | SECTION: L JUDGE FALLON |
| David Gross, Cheryl Gross and Louis Velez, individually, and on behalf of all others similarly situated, v. Knauf Gips KG, et al. Case No. 2:09-cv-6690 | * * * * * * | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Great Western Building Materials, which respectfully moves this Honorable Court to withdraw the name of Laura M. Mayes, formerly of the law firm of Degan, Blanchard & Nash, as counsel of record and substitute Renee F. Smith of the law firm of Degan, Blanchard & Nash.

-1-

**WHEREFORE**, Defendant, Great Western Building Materials, prays that this Court allow Laura M. Mayes, formally of the law firm of Degan, Blanchard & Nash, to be permitted to withdraw as counsel from this matter and that the law firm of Degan, Blanchard & Nash be allowed to substitute and enroll Renee F. Smith as counsel of record.

Degan, Blanchard & Nash respectfully request that copies of all pleadings, notices, motions and other documents that are required to be served on counsel of record shall be served by the CM/ECF System.

Respectfully submitted,

/s/ Foster P. Nash, III
Foster P. Nash, III, Esq. (#19079)
Renee F. Smith (#23568)
Degan, Blanchard & Nash
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
E-mail: fnash@degan.com
E-mail: rsmith@degan.com
Tel: (504) 529-3333
Fax: (504) 529-3337
*Attorneys for Defendant, Great Western Building Materials*

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Motion to Withdraw and Substitute Counsel of Record has been served upon all counsel for record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  18th  day of   May  , 2012

        /s/ Foster P. Nash
        Foster P. Nash

L:\360\7008\Doc\17 Motion to Withdraw and Substitute.doc