360-7008

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * | **MDL No. 2047** |
| **DRYWALL PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **SECTION: L** |
| | * | **JUDGE FALLON** |
| **David Gross, Cheryl Gross and Louis** | * | **MAG. JUDGE WILKINSON** |
| **Velez, individually, and on behalf of** | * | |
| **all others similarly situated, v. Knauf** | * | |
| **Gips KG, et al.** | * | |
| **Case No. 2:09-cv-6690** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**O R D E R**

Considering the foregoing Motion to Withdraw and Substitute Counsel of Record:

**IT IS ORDERED** that Laura M. Mayes be allowed to withdraw from this matter and that

Renee F. Smith of the law firm of Degan, Blanchard & Nash, be substituted as counsel of record

for Defendant, Great Western Building Materials, in the captioned matter, and that copies of all

notices and pleadings that are required to be served on counsel of record shall be served on

Renee F. Smith and the law firm of Degan, Blanchard Nash.

-1-

**THUS DONE AND SIGNED** this _____ day of May, 2012 at New Orleans, Louisiana.

_____
**JUDGE**

L:\Docs\360\7008\Doc\17.1 Order for Motion to Withdraw and Substitute.doc