UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| THE MITCHELL COMPANY, INC. v. | MAG. JUDGE WILKINSON |
| KNAUF GIPS, KG; et al.; Case No. 09-cv-4115 | |

DECLARATION OF CHUCK STEFAN

STATE OF ALABAMA

COUNTY OF MOBILE

I, Chuck Stefan, after having been first duly sworn, state and affirm as follows:

1. My name is Chuck Stefan, and I am the Executive Vice President of The Mitchell Company, Inc.

2. Attached hereto as Exhibit A are the Plaintiff Profile Forms for certain houses in Pensacola, Florida, constructed by the Mitchell Company, Inc. The information on the Profile Forms was true and correct at the time that they were prepared. All of the information is still true and correct, except we now know that the manufacturer of the drywall was Taishan Gypsum.

3. Attached hereto as Exhibit B are true and correct copies of invoices reflecting Mitchell's purchases of drywall from Rightway Drywall Inc. These purchases were made for the purpose of building homes in Pensacola, Florida. Those homes are described in the Plaintiff Profile Forms attached as Exhibit A.

4. The photographs attached as Exhibit C were taken at 5926 Bilek Drive in Pensacola, FL and accurately depict the markings on the drywall in this and the other homes referenced in Mitchell's Plaintiff Profile Forms.

_____
Chester J. Stefan

Sworn to and declared before me on this 30th day of April, 2012.

*Dorothy L. Brewer*
NOTARY PUBLIC
My commission expires: 09-25-2012