UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| THE MITCHELL COMPANY, INC. v. KNAUF GIPS, KG; et al.; Case No. 09-cv-4115 | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### DECLARATION OF KRISTEN LAW SAGAFI

STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

I, Kristen Law Sagafi, after having been first duly sworn, state and affirm as follows:

1. My name is Kristen Law Sagafi, and I am counsel for The Mitchell Co., Inc. ("Mitchell") in the above-captioned matter. I am over the age of nineteen (19) years and make this declaration upon my personal knowledge.

2. Mitchell perfected service of its original Complaint on defendant Taishan on May 8, 2009. Documents memorializing effective service on Taishan are attached hereto as Exhibit 1

3. Attached hereto as Exhibit 2 are documents Bates stamped Devon 0002 - Devon 00017, which appear to comprise Devon International Group's submission to the U.S. Consumer Product Safety Commission, dated June 17, 2009.

4. Attached hereto as Exhibit 3 are documents Bates stamped Devon-00438, Devon-00449-50, Devon-00452, Devon-00645, Devon-00658, and Devon-00663, which depict packaged drywall bearing the Devon logo and imprinted with the words: "MADE IN CHINA MEET OR EXCEEDS ASTM 01396 04 STANDARD."

5. Attached hereto as Exhibit 4 is a document Bates stamped Devon 00951, which appears to be a letter dated July 21, 2006 from Frank Johnston of North Pacific Group to Ruth Wu of Devon International Trading.

6. Attached hereto as Exhibit 5 are documents Bates stamped Devon-00571-77 and Devon-00581-86, which appear to detail discharge of drywall from the ship Sanko Rally in the Port of Pensacola, FL between June 15, 2006 and July 12, 2006.

7. Attached hereto as Exhibit 6 are documents Bates stamped SM0033-SM0130, which appear to be two submissions on behalf of Emerald Coast Building Materials to the U.S. Consumer Products Safety Commission - one dated August 7, 2009 and another dated August 20, 2009.

I swear under penalty of perjury of the laws of California and the United States that the foregoing is true and accurate to the best of my ability.

_____
Kristen Law Sagafi

Sworn to and declared before me on this 17th day of May, 2012.

[Notary Seal: DOUGLAS CLEVENGER, COMM. #1868979, NOTARY PUBLIC-CALIFORNIA, SAN FRANCISCO COUNTY, My Comm. Expires Aug. 21, 2013]

_____
NOTARY PUBLIC
My commission expires August 21, 2013

1036941.1                                    2