# EXHIBIT 1

Case Name: The Mitchell Company, Inc. v. Knauf Gips KG
Defendant: Taisan Gypsum Co., Ltd.
Court Case No.: 3:09-cv-00089-MCR-MD

### CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.*    *que la demande a été exécutée*
     - the (date)    *8/5, 2009*
     *- le (date)*
     - at (place, street, number)    Taian Intermediate People's Court, Shandong Province
     *- à (localité, rue numéro)*

     - in one of the following methods authorised by article 5-
     *- dans une des formes suivantes prévues à l'article 5:*
        [X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            *a)*    *selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ]  (b)   in accordance with the following particular method*:
            *b)*    *selon la forme particulière suivante:* _____

        [ ]  (c)   by delivery to the addressee, who accepted it voluntarily.*
            *c)*    *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
     - (identity and description of person)    Zhang Wenjun
     *- (identité et qualité de la personne)*

     - relationship to the addressee (family, business or other):   staff of the branch for law affairs.
     *- liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*

2)    that the document has not been served, by reason of the following facts*:
*2.*    *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____     Done at   Beijing    , the 9/16, 2009
                                         *Fait à*                                 *, le*

In appropriate cases, documents establishing the service:     Signature and/or stamp.
*Le cas échéant, les documents justificatifs de l'exécution:*     *Signature et/ou cachet*

                                              中华人民共和国
                                              司   法   部
                                                司法协助专用章

*    Delete if inappropriate.
     *Rayer les mentions inutiles.*

                             2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Florida

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **DIVISION OF JUDICIAL ASSISTANCE**<br>**Ministry of Justice**<br>**No.10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br><br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   **(identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*      Taisan Gypsum Co., Ltd.
_____Dawenkou Daiyue District,  RC-271026 Tai'an Shandong, China_____
                   Tel:
[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)   selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____
_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Documents to be Served | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A.              , the<br>                                                        , *le*  3 | 30 | 09<br><br>**Signature and/or stamp.**<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,        **USM-94**
both of which may still be used)                              (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

山东省泰安市中级人民法院

# 送 达 回 证

（各类案件通用）

FX-09-660
SX-09-567

| 案 由 | 协助送达 | 案 号 | (2009)泰高法协字第29号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 美国联邦地区法院佛罗里达州北部管区<br>传票一份，诉状一份（共计4页） | | |
| 受送达人 | 泰山石膏股份有限公司 | | |
| 送达地址 | 本院 | | |
| 受送达人签<br>名或盖章 | 张文君（该公司法规部职员）09年 5月 8日 | | |
| 代收人及<br>代收理由 | | | 年 月 日 |
| 备 考 | | | |

填发人　　　　　　　　　　　　送达人

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、
行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定
办理。
②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关
系及代收理由。



# EXHIBIT 2

Kevin G. Sugg
*Counsel*

phone: 610-757-4147
fax: 610-768-4509
e-mail: ksugg@devonhealth.com

**DEVON**
INTERNATIONAL
GROUP

June 17, 2009

<u>Via Overnight Delivery</u>

Office of Compliance and Field Operations
U.S. Consumer Product Safety Commission
Attention: Mary Kroh, Compliance Officer
Room 613-15
4330 East West Highway
Bethesda, MD 20814-4408

    RE:   Devon International Trading, Inc.
              CPSC File No. PI090017

Dear Ms. Kroh,

    Enclosed please find Devon International Trading, Inc.'s Response to the CPSC's Request For Information dated May 18, 2009. This response is made pursuant to section 15(b) of the Consumer Product Safety Act, 15 U.S.C. §2064 (a). Should you have any questions regarding Devon International Trading, please do not hesitate to contact me.

              Sincerely,

              Kevin G. Sugg
              Counsel
              Devon International Trading, Inc.

KGS/pld
Enclosures



**p|** 800•431•2273

**a|** 1100 first avenue
suite 100
king of prussia, pa
19406

**w|** devonintlgroup.com

PLAINTIFF'S EXHIBIT
Blumberg No. 5113
80

## DEVON INTERNATIONAL TRADING INC.'S RESPONSE
## TO REQUEST FOR INFORMATION DATED MAY 18, 2009
## CPSC FILE NO. PI090017

1.      Identify the person providing the answer(s) contained in your response to this letter.

      Answer:  Ruth Wu
           Vice-President of Operations
           Devon International Trading, Inc.
           1100 First Avenue
           King Of Prussia, PA 19406
           610-757-4103
           rwu@devonintlgroup.com

           Kevin G. Sugg, Esquire
           Counsel for Devon International Trading, Inc.
           1100 First Avenue
           King Of Prussia, PA 19406
           610-757-4147
           ksugg@devonintlgroup.com

2.      Did you sell, offer for sale, manufacture for sale, distribute in commerce, purchase, transfer, deliver, install, or import, in any way product during the relevant time frame?

      Answer:  Yes.  Devon International Trading ("Devon") imported and sold the product to distributors and wholesalers.

3.      If you answered "yes" to request No. 2, list all such shipments of product including, for each individual shipment:

      Answer:  Devon imported three shipments of drywall from China between June 1, 2006 and July 7, 2006.  The primary shipment arrived in Pensacola, Florida on or about June 16, 2006 (hereinafter referred to as "Shipment No. 1").  The second shipment arrived in Elizabeth, New Jersey on or about June 27, 2006 (hereinafter referred to as "Shipment No. 2").  The third shipment arrived in Chicago, Illinois on or about July 7, 2006 (hereinafter referred to as "Shipment No. 3").

      a.  The name of the manufacturer of the product;

      Answer:  Shandong Taihe Dongxin Co., Ltd. for all three shipments.

           i. Any identifying marks or brands on the product, including any date codes and style numbers;

1

Answer: Individual sheets of drywall contained the following statement: "MADE IN CHINA MEET OR EXCEEDS ASTM C1396 04 STANDARD." In Shipment No. 1, drywall sheets were packaged in seven thousand one hundred thirty-three (7,133) bundles containing sixty-eight (68) sheets of drywall each. Packaging on the outside of the bundles contained a logo stated as "Devon Building Products."

    ii. The date of manufacture;

Answer: Between March 15, 2006 and May 31, 2006. The exact dates of manufacture are unknown.

    iii. The location of manufacture, including the name of the gypsum mine, or other mine, if known;

Answer: Unknown.

b. The amount of product in the shipment;

Answer: Shipment No. 1 contained 485,044 (+/-3%) sheets of drywall. In the course of ocean transit from China to Pensacola, Florida, Shipment No. 1 was significantly damaged. As a result of the damage, 255,680 sheets of drywall (3,760 bundles) were declared to be unusable, and 229,364 sheets of drywall (3,373 bundles) were determined to be available for sale. Shipment No. 2 contained 658 sheets of drywall. Shipment No. 3 contained 650 sheets of drywall.

c. The retail price of the product;

Answer: For Shipment No. 1, see Exhibit "A". For Shipment No. 2, the wholesale price was $2.00 per sheet for a total sale price of $1,316.00. For Shipment No. 3, the wholesale price was $4.27 per sheet for a total sale price of $1,024.80.

d. The type or character of the product in the shipment including the dimensions, whether the product was synthetic or non-synthetic or a mixture of both, and the component materials of the product;

Answer: The product was gypsum board. The exact composition and component materials of the product are unknown. The dimensions were 4' x 12' x 12.7mm.

e. Identify the person or entity from whom you received the product;

Answer: The manufacturer of the drywall was Shandong Taihe Dongxin Co., Ltd., Dawenkou, Daiye District, Taian City, Shandong Province, China 271026, phone: 86-538-8811449, fax: 86-538-8811323. The product was purchased through a trading company, Shanghai Yu Yuan Import & Export Company, No. 19, Wenchang Road, Shanghai City, China, phone: 021-63550563.

2

i. The nature of the transaction by which you received the product such as importation, sale, consignment, etc;

Answer:  Devon purchased the product in China and transported it to the United States.

ii. The date on which you received the product;

Answer:  Devon received Shipment No. 1 at the port of Qingdao, China on or about May 1, 2006.  Devon received Shipment No. 2 at the port of Qingdao, China on or about May 28, 2006.  Devon received Shipment No. 3 at the port of Qingdao, China on or about June 1, 2006.

iii. The manner in which you transferred the product (e.g. ship, rail, truck, etc.) and the name, address, and telephone number of the carrier;

Answer:  Shipment No. 1 was transported by ship from the port of Qingdao, China to the port of Pensacola, Florida by China National Chartering Corp., Beijing, China.  Shipment No. 2 was transported by ship from the port of Qingdao, China to the port of Elizabeth, New Jersey by Mediterranean Shipping (address unknown).  Shipment No. 3 was transported from the port of Qingdao, China to Chicago, Illinois by ship and rail (carrier unknown).

f. Identify the person or entity to or for whom you sold, distributed, purchased, transferred, delivered, installed, or imported the product;

Answer: For Shipment No. 1, see Exhibit "A".  Shipment No. 2 was sold to Associated Auctioneers, 2400 E. Tioga Street, Philadelphia, PA 19134.  From Shipment No. 3, 240 sheets of drywall were sold to Greenwood Products, Inc., 15895 SW 72nd Avenue, Portland, Oregon 97224.  The remaining 410 sheets of drywall from Shipment No. 3 remain unsold.

i. The nature of the transaction by which you sold, distributed, purchased, transferred, delivered or installed the product;

Answer:  The products in all three Shipments were sold to distributors or wholesalers, except for 2,380 sheets of drywall from Shipment No. 1 that were sold to individuals via ebay.

ii. The date on which you sold, distributed, purchased, transferred, delivered, installed, or imported the product;

Answer:  For Shipment No. 1, see Exhibit "A".  Shipment No. 2 was sold to Associated Auctioneers on or about December 8, 2006.  From Shipment No. 3, 240 sheets of drywall were sold to Greenwood Products on or about July 7, 2006.

3

Devon - 00005

iii.  The manner in which you transferred the product (e.g. ship, rail, truck, etc.) and the name, address, and telephone number of the carrier.

Answer:  For Shipment No. 1, see Exhibit "A".  For Shipment No. 2, Associated Auctioneers received possession of the drywall at the marine terminal or warehouse in New Jersey.  For Shipment No. 3, Greenwood Products received possession of the drywall at the warehouse of PacTrans Air & Sea, Inc. in Elk Grove Village, Illinois.

4.      Provide all documents and records related to the transactions identified in Request No. 3.

Answer:  See documents attached hereto as Exhibit "B".

5.      Provide the following:

a.  Address(es) where you currently store and maintain any drywall imported from China, and identify the person(s) who supervises your drywall inventory at that location(s).

Answer:  For Shipment No. 3, the unsold 410 sheets of drywall are in the possession and control of PacTrans Air & Sea, Inc., 950 Thorndale Avenue, Elk Grove Village, Illinois, 60007, phone 847-766-9988, fax 847-766-9020.

b.  Amount of drywall imported from China currently in your inventory?

Answer:  None.

6.      Identify any communication your firm has had with any Chinese manufacturer, distributor or exporter, either through a representative in China or outside of China, about the product or the drywall problem?  For any such communication, state:

a.  The identity of any person or entity involved in such communication;

Answer:  Devon has not had any communication with the manufacturer regarding the "drywall problem."  Devon communicated with the manufacturer regarding the purchase of the drywall.  Devon's representatives were Robert Scharf and Julian Chu.

b.  The date of any such communication;

Answer:  Between January 2006 and May 2006, Devon had numerous communications regarding the purchase of the drywall.

c.  The substance of any such communication; and

4

Answer:  Purchase of the drywall.

    d.  If your communication related to a purchase of product, describe the process by which your firm made the transaction including:

        i.  Is the product manufactured to your firm's requested specification?

Answer:  Yes.

        ii.  Does your firm place the order from a catalog?

Answer:  No.

7.    Provide all documents and records related to the communications identified in Request No. 6.

Answer:  See the documents attached hereto as Exhibit "C".

8.    Identify any persons or entities other than your firm who sold, offered for sale, manufactured for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported any product during the relevant time frame.

Answer:  None.

9.    Identify all complaints or claims of any sort related to the drywall problem including but not limited to, warranty or insurance claims, legal actions, repair, refund, or injury claims, comments related to quality or conformity of the drywall, or customer complaints, made by your firm, or received by your firm, including any internal complaints or claims, in any manner.  Include information related to any such complaint or claims received by your firm from any person or entity identified in your response to Request Nos. 3 or 8. For each such complaint or claim, provide:

Answer:  Devon has been advised by its customer, North Pacific Group, Inc., of several potential Chinese drywall claims.  No direct claims have been made against Devon.

    a.  The identity of any person or entity making such complaint or claim;

Answer:  1. ENAP, Inc., 555 Hudson Valley Avenue, Suite 200, New Windsor, NY 12553-5509. 2. Adams Homes (address unknown).

    b.  The person or entity receiving such complaint or claim;

Devon - 00007

Answer:  North Pacific Group, Inc.

   c.   The date of such complaint or claim;

Answer:  Devon was advised on or about June 9, 2009 regarding the claim by ENAP.  With regard to the Adams Homes claim, Devon was first advised on or about April 1, 2009.

   d.   The substance of such complaint or claim;

Answer:  Apparent odor problems and suspected corrosion of wiring.

   e.   The means of communication of such complaint or claim; and

Answer:  Devon was advised by email.

   f.   All actions taken in response or the resolution of any such complaint or claim.

Answer:  None by Devon.

10.     Provide all documents and records related to the complaint or claims identified in Request No. 9.

Answer:  See the documents attached hereto as Exhibit "D".

6

# EXHIBIT A

Devon - 00009

## EXHIBIT A

1.      Product from Shipment No. 1 was sold to the following purchasers:

a.      North Pacific Group, Inc.
        10200 S.W. Greenburg Road
        Portland, OR 97233
        Ph: 503-231-1166

        Dates of Purchase: 8/1/2006 to 9/5/2006.

        Amount Purchased: 27,195 sheets (approximate).

        Price: $8.50 per sheet.
        Total payments received from North Pacific equaled $231,158.39.

        Manner of Transfer: Product delivered to Buyer or Buyer's carrier at the Port of
        Pensacola.


b.      Mazer Discount Home Center
        2 South 41st Street
        Birmingham, AL 55222-1929
        Ph: 205-595-5521

        Dates of Purchase: 8/9/2006 to 5/7/2007

        Amount Purchased: 84,121 sheets (approximate).

        Price: 6,188 sheets at $9.00 per sheet and 248,234 sheets (approximate) at $3.50
        per sheet. Total payments received from Mazer equaled $294,426.

        Manner of Transfer: Product delivered to Buyer or Buyer's carrier at the Port of
        Pensacola.


c.      Gulf Coast Shelter
        P.O. Box 1372
        Fairhope, AL 36533
        Ph: 866-517-1240

        Dates of Purchase: 12/14/2006 to 5/31/2007

        Amount Purchased: 132,685 sheets (approximate)

Price: $4.00 per sheet.
Total payments received from Gulf Coast equaled $530,740.

Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

d.    Caremia Builders, LLC
P.O. Box 6482
Slidell, LA 70469

Date of Purchase: 4/17/2007

Amount Purchased:  476 sheets.

Price: $2,000 (total purchase).

Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

e.    Maga Material Supply, Inc.
542 McGuire Road
Pelham, AL 35124

Date of Purchase: 4/27/2007

Amount Purchased:  476 sheets.

Price: $476 (total purchase).

Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

f.    Omega Steel Co.
10 Washington Street
Madison, Illinois 62060

Date of Purchase: 3/9/2007

Amount Purchased:  476 sheets.

Price: $2,000 (total purchase).

Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

g.  Charles Nicholas
    Address Unknown

    Date of Purchases:  4/9/2007 and 4/27/2007

    Amount Purchased:  2,856 sheets.

    Price:  $15,535 (total purchase).

    Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

h.  Sharkey Sales
    Address Unknown

    Date of Purchase:  4/25/2007

    Amount Purchased:  952 sheets.

    Price:  $3,808 (total purchase).

    Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

i.  Rick Stockett
    Address Unknown

    Date of Purchase:  4/25/2007

    Amount Purchased: 476 sheets.

    Price:  $1,904 (total purchase).

    Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

j.  Between 3/16/2007 and 4/22/2007, Devon sold approximately 2,380 sheets of drywall to five individuals via ebay.  The sales were in lots of 476 sheets each. The sale price for each lot was $2,000. These purchases were made by the

following individuals:  Brian Yarbor, 5579 Douglas Ferry Rd., Caryville, FL 32427 on 3/16/2007; Tommie Jones, Airport Firehouse, 900 Airline Highway, Kenner, LA 70062 on 3/29/2007; Timothy Ducey, 128, N. 82nd Street, Belleville, IL 62223 on 4/5/2007; Phillip Tencer (address unknown) on 4/12/2007; and Emily Peterson (APS Elevator Company, Inc.) (address unknown) on 4/22/2007. Devon believes that the Buyers picked up their purchases at the Port of Pensacola.

# EXHIBIT B

*To: 516-599-8228*
*Bob Scharf*
*2 pages*



### DEVON INTERNATIONAL TRADING

## Order Request (PO# D0603019)

**From:**      Devon International Trading, Inc
              Devon Building Products
              1100 First Ave, Suite 100
              King of Prussia, PA 19406
              Ruth Wu/U.S. office          610-757-4103  (Phone)
                                          610-930-4035 (Fax)
              Julian Chu/Shanghai office   21-62717110 x115 (phone)
                                          21-62716166 (fax)

**To:**        Shandong Taihe Dongxin Co.,Ltd.
              Dawenkou, Daiyue District, Taian City, Shandong Province. China  271026
                                          86-538-8811449 (phone)
                                          86-538-8811323 (fax)

**Date:**      March 15, 2006

**Description:**   485,044 (+/-3%) sheets of Drywalls
**Quantity:**      4 ft (W) x 12 ft (L), **12.7 mm (thickness)** per sheet, **tapered**
                   No more than 94.50 lbs per sheet,
                   please see the attached documents for more product specs
                   EXW $3.05 per sheet
                   Total: $1,479,384.20

**Packaging
requirements:**    <u>Per Sheet:</u>
                   4'(W) x 12' (L) x 12.7mm  (thickness) per sheet
                   93.6 lbs (the less the better) per sheet,

                   <u>Per Bundle:</u>
                    68 sheets per bundle,
                   1.24m(W)x 3.68m(L)x 0.989m(H), 4.513 CBM per bundle including pallet
                   Total: 7133 bundles, 3.25 Metric Tons/bundle, 3.575 short tons/bundle

                   *Drywalls are bundled by metal bands, covered by carboards on
                   all sides, bundled by metal bands again,
                   Wooden feet are added to palletize each bundle.
                   Devon Building Product logo to be imprinted on the cardboards

**Shiplpng
Method:**          Breakbulk

**Destination:**   ~~Mobile, Alabama~~ *Pensaeola, FL Ruth Wu*

**Latest shipping
date:**            All cargo should be ready at the port by April 10-15, 2006

**ɔnsignee:**      Devon International Trading, Inc
                   1100 First Ave, Suite 100, King of Prussia, PA 19406

06/05/2009 03:37 6162537593 PAUL CROWLEY PAGE 06

07/07 2006 18:44 FAX 86 21 62716166 DEVEN INC ☑001

TO: Ruth: 3 pages. Julan.

传货确认书

## SALES CONFIRMATION

No. 06JYUN-DEV001
Date. MAR 30,2006

Devon International Trading , Inc
1100 First Ave, Suite 100, King of Prussia, PA 19406

For account of:

| Name of Commodity, Specification and Shipping Mark | Quantity | Unit Price | Total Amount |
|---|---|---|---|
| | | FOB SHANGHAI | |
| Drywalls<br>4 ft (W) x 12 ft (L), 12.7mm(thickness)<br>93.60 lbs per sheet (no more than 94.50 lbs)<br>68 sheets per bundle, total: 7133 bundles<br>bundled by metal bands, covered by carboards<br>*Tapered* | 485044 sheets | usd 2.99 | USD 1450281.56 |
| | | | USD 1450281.56 |

(5) 装运期限 Time of Shipment:
☐ 收到即装运期.
☑ 30% shipment should be ready at the port within 15 days after 30% T/T payment received
35% shipment should be ready at the port within 15 days after next 35%T/T payment received
Surplus products should be ready at the port within 15 days after all remain payment received

(6) 付款条件 Terms of Payment:
☐ By L/C: Confirmed, Irrevocable Letter of Credit to be opened before ...

Pensacola, FL

☑ T/T PAYMENT

(7) 保险 Insurance:
☑ By Seller

(8) 备注 Addition:
☐

The Buyer shall establish the covering Letter of Credit before the above-stipulated time, failing which the Seller reserves the right to rescind without further notice, or to accept whole or any part of this Sales Confirmation non-fulfilling by the Buyer, or to lodge a claim for direct losses sustained, if any.

QUALITY/QUANTITY DISCREPANCY: In case of quality discrepancy, the Buyer should claim within 30 days after the arrival of the goods at port of destination; while for quantity discrepancy, the Buyer should claim within 15 days after the arrival of the goods at port of destination. It is understood that the Seller shall not be liable for any discrepancy of the goods shipped due to the causes for which the Insurance Company, Shipping Company, other transportation organization, or Post Office is liable.

The Seller shall not be held liable for failure on delay in delivery of the entire lot or a portion of the goods under this Sales Confirmation in consequence of any Force Majeure incidents.

The Buyer is required to return one copy of this Sales Confirmation immediately after receipt of the same. Objection, if any, should be raised by the Buyer within ... hours after receipt of this Sales Confirmation. In the absence of which it is understood that the Buyer has accepted the terms and conditions of this Sales Confirmation.

The effectiveness of this contract is subject to the Seller's signature as well as the seal that is stamped by the corporation especially for the Sales Confirmation.

Devon - 00016

# Order Contract

(Translation)

Supplier: Taian City Taishan Gypsum Board Inc
Buyer: Shanghai Yu Yuan Import & Export Company

Contract Number:
Location:

1. Product name, specs, quantity and amount:

| Product Name | Specifications (unit: mm) | Quantity (unit: sheet) | EXW unit price (yuan/sheet) | Total Amount (unit: RMB yuan) |
|---|---|---|---|---|
| Regular gypsum board | 3660x1220x12.7 | 485044 | 26.30 | ¥12756657.20 |
| Total Amount: Twelve Million Seven Hundred Fifty Six Thousand Six Hundred and Fifty Seven 20/100 Yuans | | | | |

2. Quality Standard: Use United States' ASTM C36 and C1396 as production standards to enforce strictly. Every piece of drywall board is imprinted "Made in China Meet or Exceeds ASTM C1396 04 Standard". Also the packaging has shipping mark to include logo provided by U.S. Devon company and the related specs information (see point 4 in this contract). Each of the two sides of the drywalls needs a 40-50 mm wedge-shaped edge. Each board weights less than 42 kg, thickness allowance 0 to -0.4mm.

3. Packaging requirement: Every two pieces' shorter sides (1220mm) need white paper without imprint to seal them. Use plywood-made pallet base. Each pallet loads 68 sheets. Every bundle of drywalls needs two layers of plastic film to wrap it up well. 6 sides of the bundle use drywalls and use metal band to wrap the bundle up.

4. Shipping mark: On the package it should imprint buyer's designated shipping mark.

Devon Company Logo:



Buyer's designated shipping mark:

| Shipping Marks: L/G-022006 | |
|---|---|
| Goods Name: GYPSUM BOARD | |
| Size: 1220×3660×12.7mm | |

Devon - 00017

# EXHIBIT 3



2006/04/19 17:57

Devon - 00438

PLAINTIFF'S
EXHIBIT
81



Devon - 00449



Devon - 00450



Devon - 00452



Devon - 00645



Devon - 00658



Devon - 00663

# EXHIBIT 4

07/21/2006 10:15 FAX 601 735 2602     NORTH PACIFIC GROUP                          ☑001

 **North Pacific**

July 21, 2006

Ms. Ruth Wu
Devon International Trading

Via facsimile : 610 930-4035

Dear Ms. Wu:

We are returning your invoice unpaid along with a copy of an email transmitted to Bob Scharf. This material was supposed to have shipped back in March. All along we have been telling Bob that the market may drop and the material needs to be shipped. Once the vessel finally arrived we again asked to ship as fast as possible but we were held up an additional month due to the damage and slow off loading as well as legal and insurance holds on the material. Finally we were given the go ahead to begin shipping but by this time, some four months after the intended shipment date, our customers cancelled their orders to us due to the late shipping. North Pacific Group had no alternative but to cancel the purchase due to late shipment.

We have communicated with Bob repeatedly during this process concerning the timeliness of shipment. We have told Bob that North Pacific will assist Devon in marketing the material, however the market has dropped and the sales value will be less than our original orders contained. We have salvaged a small number of orders and we will honor our original purchase price for these loads only. Any future shipments will be at an agreed upon price at the time of shipment. If you would like us to continue to market the material we will do all we can to help you with disposing of the material.

Sincerely,

*Frank Johnston*

Frank Johnston
Division Manager
North Pacific Group
Southern



PLAINTIFF'S
EXHIBIT
**77**

**SOUTHERN**

P.O. Drawer 391, 797 Industrial Park Drive | Waynesboro, MS 39367 | 601.735.5051
www.northpacific.com

DEVON 00951

# EXHIBIT 5

P.2

Devon - 00571

850-438-5214     Rosalie

Aug 28 06 01:20p

BOB SCHARF - 516-599-8228
G. JACKSON - 601-735-2602
RUTH WU - 610-930-4035

| | EX SANKO RALLY DATE | PICK UP NO. | CUSTOMER PO | NUMBER OF BDLS | TOTAL BDLS TO DATE | | DEVON INTERNATIONAL PATE STEVEDORE COMPANY NV SANKO RALLY DISCHARGE SHEETROCK PORT OF PENSACOLA 6/15-7/12/06 |
|---|---|---|---|---|---|---|---|
| 1 | 7/18/06 | 391852 | APO 36541 | 7 | 7 | | ORGILL/COTTONDALE TRUCK 303/316 |
| 2 | 7/18/06 | 391926 | APO 36548 | 7 | 14 | | ORGILL/COTTONDALE TRUCK 309/311T |
| 3 | 7/19/06 | 359382 | VERBAL | 7 | 21 | | NORPAC/WALKER BROS/CARNEY TRK 16/26 |
| 4 | 7/20/06 | 393598 | JB02738 | 7 | 28 | | NORPAC/ACE-GAUTHIER/SHELTON OP210/2399 |
| 5 | 7/20/06 | 391177 | 436650 | 7 | 35 | | STOCK BLDG, METAIRIE/ADD TRUCKING  1337/153T |
| 6 | 7/20/06 | 391848 | APO 36533 | 0 | 35 | RETURNED 7/25 | ORGILL/ANNISTON, AL/WBS 445347/111688 |
| 7 | 7/20/06 | 391846 | APO 36417 | 7 | 42 | | ORGILL/THOMASVILLE AL/WHISTL.DIX 1/99404 |
| 12 | 7/21/06 | 391845 | APO 36416 | 7 | 49 | | ORGILL/THOMASVILLE AL/COMPASS TPORT 7/3 |
| 8 | 7/20/06 | 391844 | APO 36419 | 7 | 49 | | ORGILL/PINE LA/FORREST PROD. 410/725 |
| 9 | 7/21/06 | 391830 | APO 36482 | 7 | 56 | | ORGILL/LUMBER CITY GA/BETHEL FARMS 144/163 |
| 10 | 7/21/06 | 432690 | GEORGE 4 | 7 | 63 | | BLACK BEAR/CLEARWATER FL/C&S 69/713 |
| 11 | 7/21/06 | 432692 | GEORGE 6 | 7 | 70 | | BLACK BEAR/CLEARWATER FL/CHOPCO 409/RH533 |
| 12 | 7/21/06 | 391845 | APO 36416 | 7 | 77 | | ORGILL/THOMASVILLE AL/COMPASS TPORT 7/3 |
| | | | | 84 | | | SUBMITTED TO DEVON 7/21/06 |
| 13 | 7/21/06 | 391851 | APO36540 | 0 | 77 | RETURNED 7/24 | ORGILL/HATTIESBURG, MS/YADA 002/728 |
| 14 | 7/24/06 | 391853 | APO36546 | 7 | 84 | | ORGILL/TRUSSVILLE, AL/RJ&JTRUCKING 109/T11 |
| 15 | 7/24/06 | 432699 | GEORGE 12 | 7 | 91 | | BLACK BEAR/CLEARWATER, FL/ZERIMAR ZAID 717/7177 |
| 16 | 7/24/06 | 458935 | 70552 | 7 | 98 | | NORPAC/WALKER BROS/CARNEY TRK 1/23 |
| | | | | 21 | | | SUBMITTED TO DEVON 7/25/06 |
| 17 | 7/25/06 | 432691 | GEORGE 5 | 7 | 105 | | BLACK BEAR/SAN ANTONIO, TX/WINDCHESTER EXPRESS 5/1 |
| 18 | 7/25/06 | 432697 | GEORGE 10 | 7 | 112 | | BLACK BEAR/CLEARWATER, FL/GYPSUM EXPRESS 06318/7197 |
| 19 | 7/25/06 | 464868 | 205929 | 7 | 119 | | DISPATCH-70696/FORT PAINE, AL/SUNRISE EXPRESS 066/4839 |
| 20 | 7/25/06 | 391850 | APO36538 | 7 | 126 | | ORGILL/GADSDEN, AL/ WBS 445347/111688 |
| 21 | 7/25/06 | 432694 | GEORGE8 | 7 | 133 | | BLACK BEAR/CLEARWATER, FL/AUGUSTINE TRUCKING 794/4201 |
| 22 | 7/25/06 | 458936 | 70553 | 7 | 140 | | NORPAC/WALKER BROS/CARNEY TRK 11/22 |
| 23 | 7/25/06 | 458937 | 70554 | 7 | 147 | | NORPAC/WALKER BROS/CARNEY TRK 5/29 |
| | | | | 49 | | | SUBMITTED TO DEVON/NORPAC 7/25/06 |
| 24 | 7/27/06 | 437505 | 707428 | 9 | 156 | | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 24/24 |
| 25 | 7/27/06 | 437504 | 707427 | 9 | 165 | | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 37/37 |
| 26 | 7/27/06 | 437503 | 707426 | 9 | 174 | | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 24/24 |



PLAINTIFF'S
EXHIBIT
82

8/28/20061:56 PM

1

BOB SCHARF - 516-599-8228
G. JACKSON - 601-735-2602
RUTH WU - 610-930-4035

| | EX SANKO RALLY DATE | PICK UP NO. | CUSTOMER PO | NUMBER OF BDLS | TOTAL BDLS TO DATE | | DEVON INTERNATIONAL PATE STEVEDORE COMPANY MV SANKO RALLY DISCHARGE SHEETROCK PORT OF PENSACOLA 6/15-7/12/06 |
|---|---|---|---|---|---|---|---|
| 27 | 7/27/06 | 432693 | GEORGE 7 | 7 | 181 | | BLACK BEAR/SAN ANTONIO, FL/PHILLIP WILLIAMS + SON 5/108 |
| 28 | 7/27/06 | 391187 | 4361828 | 7 | 188 | | STOCK BLDG/METAIRIE, LA/ADD TRUCKING  78/2738 |
| 29 | 7/27/06 | 437501 | 707424 | 7 | 195 | | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 37/37 |
| 30 | 7/27/06 | 437502 | 707425 | 7 | 202 | | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 24/24 |
| 31 | 7/27/06 | 466006 | 70832 | 7 | 209 | | NORPAC/GYPSUM PRODUCTS INC/SHELTON TRK  OP258/3999 |
| 32 | 7/27/06 | 437506 | 707429 | 9 | 218 | | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 37/37 |
| 33 | 7/27/06 | 437507 | 707430 | 9 | 227 | | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 24/24 |
| | | | | 80 | | | **SUBMITTED TO DEVON/NORPAC 7/27/06** |
| 34 | 7/28/06 | 437508 | 707431 | 9 | 236 | | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 24/24 |
| | | | | 9 | | | **SUBMITTED TO DEVON/NORPAC 7/28/06** |
| 35 | 7/31/06 | 437596 | ROWLAND 1 | 7 | 243 | | LIVE OAKS, FL/CONSOLIDATED LUMBER TRANS 520/0202 |
| 36 | 7/31/06 | 391847 | APO36308 | 7 | 250 | | ORGILL/ANDALUSIA, FL/HUGGIND TRANS 408916/1133 |
| | | | | 14 | | | **SUBMITTED TO DEVON/NORPAC 7/31/06** |
| 37 | 8/1/06 | 391842 | APO36455 | 7 | 257 | | ORGILL/NAVARRE, FL/RAPID TRANS 777/1777 |
| 38 | 8/1/06 | 437509 | 707432 | 9 | 266 | | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 37/37T |
| 39 | 8/1/06 | 391843 | APO36456 | 7 | 273 | | ORGILL/NAVARRE, FL/RAPID TRANS 777/1777 |
| 40 | 8/1/06 | 437510 | 707433 | 8 | 281 | | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 37/37 |
| | | | | 31 | | | **SUBMITTED TO DEVON/NORPAC 8/1/06** |
| 41 | 8/3/06 | 458938 | 70555 | 7 | 288 | | NORPAC/WALKER BROS/CARNEY TRK 7/34 |
| 42 | 8/3/06 | 391855 | APO36579 | 7 | 295 | | ORGILL/PHILADELPHIA, MS/P.HUGHES TRK 1019/1005 |
| 43 | 8/3/06 | 437598 | ROWLAND 3 | 7 | 302 | | ENAP/LIVE OAK, FL/2 BROTHERS TRK 1/111669 |
| | | | | 21 | | | **SUBMITTED TO DEVON/NORPAC 8/3/06** |
| 44 | 8/4/06 | 391849 | APO 36535 | 7 | 309 | | ORGILL/TUPELO, MS/NEW LINE TRANS 8231/8797 |
| | | | | 7 | | | **SUBMITTED TO DEVON/NORPAC 8/7/06** |
| 45 | 8/7/06 | 432784 | 707476 | 9 | 318 | | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37 |
| 46 | 8/7/06 | 432785 | 707477 | 9 | 327 | | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37 |
| 47 | 8/7/06 | 437511 | 707475 | 9 | 336 | | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37 |
| | | | | 27 | | | **SUBMITTED TO DEVON/NORPAC 8/7/06** |
| 48 | 8/8/06 | 432788 | 707480 | 9 | 345 | | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37 |
| 49 | 8/8/06 | 432786 | 707478 | 9 | 354 | | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37 |

2

8/28/20061:56 PM

P.3    850-438-5214    Devon -00572    Rosalie    Aug 28 06 01:20p

BOB SCHARF - 516-599-8228
G. JACKSON - 601-735-2602
RUTH WU - 610-930-4035

| | EX SANKO RALLY DATE | PICK UP NO. | CUSTOMER PO | NUMBER OF BDLS | TOTAL BDLS TO DATE | | DEVON INTERNATIONAL PATE STEVEDORE COMPANY MV SANKO RALLY DISCHARGE SHEETROCK PORT OF PENSACOLA 6/15-7/12/06 |
|---|---|---|---|---|---|---|---|
| 50 | 8/8/06 | 432787 | 707479 | 9 | 363 | | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 24/24 |
| | | | | 27 | | | SUBMITTED TO DEVON/NORPAC 8/8/06 |
| 51 | 8/9/06 | 437597 | rowland 2 | 7 | 370 | | ENAP/LIVE OAK, FL/J A RAY TRUCKING 6739/07649 |
| | | | | 7 | | | SUBMITTED TO DEVON/NORPAC 8/9/06 |
| | 8/10/06 | 394845 AND 391846 | | -9 | 361 | | RETURNED FOR RECEIPT ONLY PER NORPAC - SEE PICTUR |
| 52 | 8/15/06 | 437599 | ROWLAND 4 | 7 | 368 | | ENAP/JACKSONVILLE/CONS LBR 30956/DA-48-0100 |
| | | | | 7 | | | SUBMITTED TO DEVON/NORPAC 8/15/06 |
| 53 | 8/21/06 | 432789 | 707481 | 9 | 377 | | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37 |
| 54 | 8/21/06 | 432790 | 707482 | 9 | 386 | | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37F |
| | | | | 18 | | | SUBMITTED TO DEVON/NORPAC 8/21/06 |
| 55 | 8/22/06 | 432792 | 707484 | 9 | 395 | | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37F |
| | | | | 9 | | | SUBMITTED TO DEVON/NORPAC 8/22/06 |
| 56 | 8/23/06 | 432791 | 707483 | 9 | | | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37F |
| | | | | 9 | | | SUBMITTED TO DEVON/NORPAC 8/28/06 |

P.1

850-438-5214

Devon-00573   Rosalie

Aug 28 06 01:20p

3

8/28/20061:57 PM

Aug 28 06 01:20p     Rosalie                    850-438-5214                p.4

STRAIGHT BILL OF LADING— SHORT FORM          ORIGINAL   NOT NEGOTIABLE

Shipper's No. 43.3791

Carrier's Name: Emerald Coast     TRK-37

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at Port of Pensacola (Date) 8-23-06   FROM 720 A S Barracks St

Consigned TO Emerald Coast building Materials

Destination 5040 Palafox St   Street      Pensacola   City

County          State FL          Zip

Route

Delivery Address ★

Delivering Carrier                    Car or Vehicle Initials and No.

Collect on Delivery $ _____ And Remit to _____

C.O.D. Charges to be
Paid by
☐ Shipper  ☐ Consignee

| No. Packages | TCM | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 1 Bdl | | ½"x4'x12' Gypsum Board | 59,127 | L | |
| | | @ 612 Pcs | | | |
| | | PO # 707483 | | | |
| | | Time: 9:10 am | | | |
| | | must be Tarped | | | |

Date Steve Oats Co
for North Pacific Group   Shipper, Per

Permanent post-office address of shipper,

Per

Agent

1

Devon - 00574

STRAIGHT BILL OF LADING— SHORT FORM          ORIGINAL – NOT NEGOTIABLE          Shipper's No. 432792

Carrier's Name: Emerald Coast TRK 37          Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at Port of Pensacola (Date) 8-22-06      FROM 720 A S. Barracks St

Consigned TO Emerald Coast Building Materials

Destination 5640 Palafox St          Street          Pensacola          City

_____ County _____ State _____ Zip

Delivery Address ★

Route _____

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

C.O.D. Charges to be
Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To Be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 98 | | 1/2" x 4' x 12' Gypsum Board | 59127 lbs | | |
| | | @ 612 pcs | | | |
| | | PO # 702484 | | | |
| | | Time 11:00am | | | |
| | | Must be tarped | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$ _____

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

Tate stevedore & Co.
for North Pacific Group          Shipper, Per _____          Per _____          Agent

Permanent post-office address of shipper _____

P.4          850-438-5214     Rosalie          Aug 22 06 03:26p          Devon - 00575

Aug 21 06 03:41p        Rosalie                850-438-5214              p.5

STRAIGHT BILL OF LADING— SHORT FORM        ORIGINAL—NOT NEGOTIABLE        Shipper's No. ~432790

Carrier's Name: Emerald Coast 37/37F

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,        Carrier's No.

at Port of Pensacola (Date) 8-21-06   FROM 720A S. Barracks St

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO Emerald Coast Building Material

Destination 8010 F (Ly of D) Street        Pens.        City

_____ County _____        State _____ Zip

Route _____

Delivery Address ★ (to be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____        Car or Vehicle Initials and No. _____

Collect on Delivery $ _____        And Remit to _____

Street _____        City _____        State _____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 756 | | ½"x4'x12' Gypsum Board | 59127 | ½ | |
| | | @ 612 Pcs | | | |
| | | PO# 702482 | | | |
| | | | | | |
| | | Time: 340 PM | | | |
| | | must be tarped | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Date steve note        per _____
for North Pacific Group        Shipper, Per _____
_____ Darrell

Permanent post-office        _____ Agent
Address of shipper. _____        Per X David Roberts

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor)

C.O.D. Charges to be
Paid by
☐ Shipper  ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

1 The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification.
†Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

STRAIGHT BILL OF LADING— SHORT FORM

ORIGINAL - NOT NEGOTIABLE

Shipper's No. 432989

Carrier's Name: Emerald Coast  37/37

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at Port of Pensacola (Date) 8-21-06 FROM 720 A S Barracks St

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place or delivery at said destination, if on its own railroad, water line, highway route or routes, or rustle the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO Emerald Coast Building Materials

Destination 3040 Palafox St Street    Pensacola    City
                                County              State    Zip

Route _____    Delivery Address★

Delivering Carrier _____    Car or Vehicle Initials and No. _____

Collect on Delivery $ _____    And Remit to _____

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor)

C. O. D. Charges to be
Paid by —
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

| No. Packages | H.M. | Kind of Packages, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Bdls | | ½" x 4' x 12 Gypsum Board | 59,127 | 153 | |
| | | @ 612 Pcs | | | |
| | | PO# 707481 | | | |
| | | | | | |
| | | Time: 11:10 AM | | | |
| | | must be tarped | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____

Pate Stevedoring Co-
for North Pacific Group Shipper, Per _____    Agent

1 The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification.
1 Shipper's Imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Permanent post-office address of shipper.

☒ _____    Agent

1

Aug 17 06 02:14p    Rosalie              850-438-5214           p.4

**STRAIGHT BILL OF LADING – SHORT FORM**

ORIGINAL – NOT NEGOTIABLE

Shipper's No. *432787*

Carrier's Name *Emerald Coast 24/24*

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at *Pcat of Pensacola*    (Date) *08-08-06*   FROM *720 A.S. Barracks St*

Consigned TO *Emerald Coast Build Materials*

Destination *8010 Palafox St*   Street   *Pensacola*   City

County   *Fl*   State   Zip

Route

Delivery Address ★

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor)

**C.O.D.** Charges to be
Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here. "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced $ _____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 B | 6 | ½" x4'x12' Gypsum Board | 59,127 | | |
| | | @ 612 Pcs | | | |
| | | R 1 707479 | | | |
| | | Time 8:25 AM | | | |
| | | Must be Tarped | | | |

*† If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE.—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding*

*Pate Stevedore Co*
*North Pacific Group* Shipper, Per *Sharon Davis*   Per

Per *Vincent Gills*   Agent

Devon - 00581

**STRAIGHT BILL OF LADING– SHORT FORM**

ORIGINAL – NOT NEGOTIABLE

Shipper's No. _43278__

Carrier's Name: _Emerald Coast 37/37_

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at _Port of Pensacola_ (Date) _8-09-06_ FROM _720 A S. Barracks St_

Consigned TO _Emerald Coast Building Materials_

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination _____ Street _____ City _Pens._

County _____ State _Fl_ Delivery Address ★

Route _____ Zip

Delivering Carrier _____ Car or Vehicle Initials and No.

Collect on Delivery $ _____ And Remit to

C. O. D. Charges to be Paid by  ☐ Shipper  ☐ Consignee

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 96 | | 1/2"x4x12' Gypsum Board | 59,127 | 16 | |
| | | @ 612 Pcs | | | |
| | | PO: 707878 | | | |
| | | Time: 7:58 AM | | | |
| | | Must be Tarped | | | |

Tate Stevedore Co.
or North Pacific Group  Shipper, Per _Sharon Davis_

Per _David Roberts_  Agent

permanent post-office address of shipper.

1

Aug 17 06 02:14p     Rosalie                    850-438-5214              p.2

## STRAIGHT BILL OF LADING– SHORT FORM

ORIGINAL – NOT NEGOTIABLE

Shipper's No. 432788

Carrier's Name: Emerald Coast 37/32T

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at Port of Pensacola (Date) 8-08-06   FROM 720 A.S. Pensacola St

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operation, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned To Emerald Coast Building Materials

Destination 3040 Palafox St                    Street    FL    Pensacola    City

Route _____ County _____     State _____     Zip

Delivering Carrier _____    Car or Vehicle Initials and No. _____

Collect on Delivery $ _____    And Remit to _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor)

C.O.D. Charges to be
Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Rd | | 5/8" x 4 x 12 Gypsum Board | 59,128 lbs | | |
| | | @ 612 Pcs | | | |
| | | PO# 707480 | | | |
| | | | | | |
| | | Time /0:25 AM | | | |
| | | Must be Tarped | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$ _____

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

† The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification.
† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Tate Stevedore Co.
or North Pacific Group  Shipper, Per _____

Permanent post-office address of shipper.

X Darrell _____ Agent

Devon - 00583

Devon - 00584

STRAIGHT BILL OF LADING– SHORT FORM

ORIGINAL – NOT NEGOTIABLE

Shipper's No. 437511

Carrier's Name Emerald Coast 37/ 37/T

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola (Date) 8-07-06 FROM 720A S. Barracks St Pensacol

Carrier's No.

Consigned TO Emerald Coast Building Materials

Destination 8040 Tolotan ST          Street      Pensacola      City

Route          County          State          Zip

Delivering Carrier          Car or Vehicle Initials and No.

Collect on Delivery $          And Remit to

C. O. D. Charges to be
Paid by
☐ Shipper   ☐ Consignee

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Bds | | 1/2 x 4 x 12" Gypsum Board | 59,127 | 165 | |
| | | @ 61200 | | | |
| | | Customer PO: 707475 | | | |
| | | Time 1:30 | | | |
| | | must be to appt | | | |

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Late steve dore co
at North Pacific Group   Shipper, Per

Agent

Permanent post-office
address of shipper.

P.5

850-438-5214

Rosalie

Aug 07 06 04:09p

Devon - 00585

**STRAIGHT BILL OF LADING– SHORT FORM**

ORIGINAL – NOT NEGOTIABLE

Carrier's Name: Emerald Coast    37/37     Shipper's No. 432785

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at Town of Pensacol    (Date) 8-07-06    FROM 120 S. Barracks St Pensacol

Consigned TO: Emerald Coast Builder materials

Destination 3040 Palafox St    Street    Pensacola    City

_____ County    _____ State    _____ Zip

Route _____

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weig'h (Subject In Correction) | Class. or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Blk | ½ | x 4'x1' Gypsum Board | 59,121 lbs | | |
| | | @ 612 pcs | | | |
| | | PO! 707477 | | | |
| | | Time: 10:55 AM | | | |
| | | Must be tarped | | | |

C. O. D. Charges to be
Paid by
☐ Shipper    ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

†"The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."

†"Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Tate Steincarte Co
for North Pacific Group    Shipper, Per Sharon Davis    Per _____    Agent

Permanent post-office address of shipper.

R. David Roberts

P.4

850-438-5214

Rosalie

Aug 07 06 04:09p

Devon - 00586

STRAIGHT BILL OF LADING– SHORT FORM

ORIGINAL – NOT NEGOTIABLE

Carrier's Name: Emerald Coast 37 / 37 T

Shipper's No.

Carrier's No. 432784

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading

at Pt 101 Parish _____ (Date) 8-7-06 _____ FROM

Consigned To Emerald Coast

Destination 3040 PalafoxST ___ Street ___ Pensacola ___ City

Route _____ County _____ State _____ Zip

Delivery Address ★

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

C. O. D. Charges to be
Paid by
☐ Shipper   ☐ Consignee

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 96d | | 1 ½" x 4' x 12 Gypsum Board | 59127 | | |
| | | @ 6129c | | | |
| | | @ 707476 | | | |
| | | | | | |
| | | Time 0900 | | | |
| | | must be tarped | | | |

The signed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ Shipper, Per _____

Permanent post-office
address of shipper.

_____ Agent
Per Dan Roberts

7