# EXHIBIT 6



**FOWLERWHITE**
ATTORNEYS AT LAW
**BURNETT**

MIAMI · FORT LAUDERDALE · WEST PALM BEACH · ST. PETERSBURG · VERO BEACH

ESPIRITO SANTO PLAZA
FOURTEENTH FLOOR
1395 BRICKELL AVENUE
MIAMI, FLORIDA 33131
TELEPHONE (305) 789-9200
FACSIMILE (305) 789-9201

WWW.FOWLER-WHITE.COM

EDWARD J. BRISCOE
DIRECT PHONE No.: (305) 789-9252
DIRECT FACSIMILE No.: (305) 789-9201
EBRISCOE@FOWLER-WHITE.COM

August 7, 2009

*Via Certified Mail, Return Receipt Requested*

PRIVILEGED AND CONFIDENTIAL

Mary Kroh
Compliance Officer
Office of Compliance and Field Operations
U.S. Consumer Product Safety Commission
Room 613-15
4330 East West Highway
Bethesda, MD 20814-4408

　　　　Re:　CPSC File No. PI090017
　　　　　　　Drywall Imported from the People's Republic of China

Dear Ms. Kroh:

　　　　Please allow this letter to serve as a response on behalf of Emerald Coast Building Materials to the U.S. Consumer Product Safety Commission's request for information regarding Chinese drywall. While not conceding to application of the Consumer Product Safety Act to this case, we provide the following confidential itemized responses to your requests:

*1.　Identify the person providing the answer(s) contained in your response to this letter.*

William B. Batting, General Manager, Emerald Coast Building Materials, 8040 N. Palafox Street, Suite B, Pensacola, FL 32534, with the assistance of the undersigned counsel.

*2.　Did you sell, offer for sale, purchase, transfer, delivery, or install in any way, any product during the relevant time frame?*

Yes.

*3.　If you answered "Yes" to Request No. 2, provide the following information concerning the product:*

　　　　*a.　Identify all the person(s) or entity(ies) from whom you received the product and for each person or entity provide:*
　　　　　　*i.　The nature of the transaction(s) by which you received the product such as importation, purchase, consignment, etc.;*

FOWLER WHITE BURNETT P.A.　CONFIDENTIAL – SUBJECT
TO PROTECTIVE ORDER

SM0033

cb: Drywall - MDL 2047
100033 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 2

    ii.    *The name of the manufacturer(s) of the product;*

    iii.    *The total amount of product received;*

    iv.    *The type or character of the product in each shipment including the dimensions, whether the product was synthetic or non-synthetic or a mixture of both, and the component materials of the product, if known, and*

    v.    *The date on which you received the product.*

a.    North Pacific Group, Inc

    i.    Purchased from North Pacific.

    ii.    Uncertain of Manufacturer. Believed to be manufactured in China.

    iii.    571,200 square feet.

    iv.    20 truck loads consisting of 11,900 pieces of 1/2"x4'x12' Gypsum Wallboard

    v.    First truckload received on July 27, 2006. Last truck received on August 23, 2006.

    b.    *Identify all person(s) or entity(ies) to or for whom you sold, offered for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported the product and for each person or entity provide:*

    i.    *The nature of the transaction(s) by which you transferred the product such as sale, installation, etc.;*

    ii.    *The name of the manufacturer(s) of the product;*

    iii.    *The total amount of product sold, offered for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported;*

    iv.    *The type or character of the product in each shipment including the dimensions, whether the product was synthetic or non-synthetic or a mixture of both, and the component materials of the product, if known, and*

    v.    *The date on which you received the product.*

b.    We did not track to whom we sold this specific product as we sold other brands of product during this time as well.  See also Response to Question 3a (i-v) above.

4.    *Provide all documents and records related to the transactions identified in Request No. 3.*

Emerald Coast Building Materials has been granted an extension of time in which to respond to this particular request, and will therefore provide same on the agreed upon date of August 21, 2009.

FOWLER WHITE BURNETT P.A.    **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

cb:  Drywall - MDL 2047

100034 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 3

5. *Provide the following:*
   a. *Amount of drywall imported from China currently in your inventory.*
   b. *Address(es) of where you currently store and maintain any drywall imported from China, and identify the person(s) who supervises your drywall inventory at that location(s).*

a. None.
b. Not applicable.

6. *Has your firm had communication with any Chinese manufacturer, distributor or exporter, either through a representative in China or outside of China, about the product or the drywall problem? If so, describe.*

North Pacific Group, Inc. has been advised of claims being asserted against Emerald Coast Building Materials.

7. *Identify all complaints or claims of any sort related to the drywall problem including but not limited to warranty or insurance claims, legal actions, repair, refund, or injury claims, comments related to quality or conformity of the drywall, or customer complaints, received or made by your firm, including any internal complaints or claims, in any manner. Include information related to any such complaint or claims received or made by your firm from or to any person or entity identified in your response to Request No. 3. For each such complaint or claim, provide:*

   a. *The identity of any person or entity making such complaint or claim;*
   b. *The person or entity receiving such complaint or claim;*
   c. *The date of such complaint or claim;*
   d. *The substance of such complaint or claim;*
   e. *The means of communication of such complaint or claim (e.g. letter, etc.); and*
   f. *All actions taken in response or the resolution of any such complaint or claim.*

a. Adams Homes of North West Florida, Inc.

   Rightway Drywall, Inc.

   Mitchell Homes

FOWLER WHITE BURNETT P.A.     CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**SM0035**

cb: Drywall - MDL 2047
100035 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 4

Heritage Homes of NW Florida, LLC

Solid Construction of the Gulf Coast, Inc. d/b/a Westerheim Homes

Mitchell Company, Inc. v. Rightway Drywall, Inc. et al., currently pending in U.S. District Court for the Eastern District of Louisiana (MDL 2047) (Smoky Mountain/Emerald Coast was brought into the case via third-party complaint by Rightway Drywall).

Diges E. Little, et. al. v. Mitchell Company, Inc. et al., currently pending in the Circuit Court of Mobile Alabama (Case No.: 901153).

Informal claim by Ryan and Danielle Willey regarding home located at 1722 Graduate Way, Pensacola FL 32514.

Informal claim by Carson Fluharty regarding home located at 1706 Graduate Way, Pensacola FL 32514.

Informal claim by Heritage Homes on behalf of Blake Weekley regarding home located at 6227 Clear Creek Road, Milton, FL 32570.

Informal claim by Heritage Homes on behalf of James and Sarah Knowles regarding home located at 4355 Highway 4, Jay, FL 32565.

Informal claim by Heritage Homes on behalf of Mr. and Mrs. I. D. Brewton regarding home located at 8804 Jernings Road, Pensacola, FL 32514.

Informal claim by Mid-Continent on behalf of Solid Construction of the Gulf Coast, Inc. the general contractor for the Fluharty residence at 1706 Graduate Way, Pensacola FL 32514.

b.  Emerald Coast Building Materials.

c.  Adams Homes - September 2, 2008
    Rightway Drywall/Mitchell Homes - March 3, 2009
    Heritage Homes - April 22, 2009
    Solid Construction/Westerheim Homes - April 22, 2009
    Mitchell Company, Inc. v. Rightway Drywall, Inc. et al. - May 14, 2009
    Little, et. al. v. Mitchell Company, Inc. et al. - June 23, 2009
    Willey Residence (Westerheim Homes) - April 20, 2009
    Fluharty Residence (Westerheim Homes) - April 17, 2009
    Weekley Residence (Heritage Homes) - June 22, 2009
    Knowles Residence (Heritage Homes) - April 22, 2009
    Brewton Residence (Heritage Homes) - May 26, 2009

FOWLER WHITE BURNETT P.A.

CONFIDENTIAL – SUBJECT
TO PROTECTIVE ORDER

SM0036

cb: Drywall - MDL 2047
100036 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 5

       Mid-Continent on behalf of Solid Construction of the Gulf Coast, Inc. - June 7, 2009

d.    Claimants complained that the homeowners had notified them of sulfur-like odors, corrosion to copper wiring, premature corrosion of air conditioning coils, corrosion of other metal objects in the homes, etc.

e.    Correspondence from claimants as well as service of suit in the Mitchell and Little matters, as referenced above.

f.    Emerald Coast Building Materials notified its supplier, North Pacific Group, Inc. of said claims and tendered defense to same.

8.    *Provide all documents and records related to the complaint or claims identified in Request No. 7.*

Emerald Coast Building Materials has been granted an extension of time in which to respond to this particular request, and will therefore provide same on the agreed upon date of August 21, 2009.

      If we can be of any further assistance in this matter, please do not hesitate to contact us.

          Very truly yours,

          Edward J. Briscoe
          Attorney for Smoky Mountain Materials, Inc.
          d/b/a Emerald

W:\78688\LETTR404-Resp to CPSC Inquiry re Emerald Coast.SMH



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

Postage | $ | .42
Certified Fee |
Return Receipt Fee (Endorsement Required) |
Restricted Delivery Fee (Endorsement Required) |
Total Postage & Fees | $ |

Postmark Here

7006 3450 0002 8854 1566

Sent To M. Kroh - U.S. Consumer Prod Safety Com
Street, Apt. No.; or PO Box No. 4330 East West Hwy Rm 613-15
City, State, ZIP+4 Bethesda MD 20814

PS Form 3800, August 2006     See Reverse for Instructions

CONFIDENTIAL – SUBJECT
TO PROTECTIVE ORDER

FOWLER WHITE BURNETT P.A.

SM0037

cb: Drywall - MDL 2047
    100037 - Smoky Mountain Materials, Inc.

# FOWLER WHITE
### ATTORNEYS AT LAW
# BURNETT

MIAMI • FORT LAUDERDALE • WEST PALM BEACH • ST. PETERSBURG • VERO BEACH

ESPIRITO SANTO PLAZA
FOURTEENTH FLOOR
1395 BRICKELL AVENUE
MIAMI, FLORIDA 33131
TELEPHONE (305) 789-9200
FACSIMILE (305) 789-9201

WWW.FOWLER-WHITE.COM

EDWARD J. BRISCOE
DIRECT PHONE NO.: (305) 789-9252
DIRECT FACSIMILE NO.: (305) 789-9201
EBRISCOE@FOWLER-WHITE.COM

August 20, 2009

PRIVILEGED AND CONFIDENTIAL

_Via Certified Mail, Return Receipt Requested_

Mary Kroh
Compliance Officer
Office of Compliance and Field Operations
U.S. Consumer Product Safety Commission
Room 613-15
4330 East West Highway
Bethesda, MD 20814-4408

Re:   CPSC File No. PI090017
      Drywall Imported from the People's Republic of China

Dear Ms. Kroh:

In follow-up to our prior correspondence to you dated August 7, 2009, this will confirm that we previously requested and obtained an extension of time in which to provide responses to numbers 4 and 8 below, on behalf of Emerald Coast Building Materials. Accordingly, please allow this to serve as Emerald Coast Building Materials' supplemental response to the U.S. Consumer Product Safety Commission's request for information regarding Chinese drywall. While not conceding to application of the Consumer Product Safety Act to this case, we provide the following confidential itemized responses to your requests:

_1.      Identify the person providing the answer(s) contained in your response to this letter._

William B. Batting, General Manager, Emerald Coast Building Materials, 8040 N. Palafox Street, Suite B, Pensacola, FL 32534, with the assistance of the undersigned counsel.

_2.      Did you sell, offer for sale, purchase, transfer, delivery, or install in any way, any product during the relevant time frame?_

Yes.

_3.      If you answered "Yes" to Request No. 2, provide the following information concerning the product:_

FOWLER WHITE BURNETT P.A.   CONFIDENTIAL – SUBJECT
                            TO PROTECTIVE ORDER

SM0038

cb:  Drywall - MDL 2047
     100038 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 2

      a.     *Identify all the person(s) or entity(ies) from whom you received the product and for each person or entity provide:*

            i.    *The nature of the transaction(s) by which you received the product such as importation, purchase, consignment, etc.;*

            ii.   *The name of the manufacturer(s) of the product;*

            iii.  *The total amount of product received;*

            iv.  *The type or character of the product in each shipment including the dimensions, whether the product was synthetic or non-synthetic or a mixture of both, and the component materials of the product, if known, and*

            v.   *The date on which you received the product.*

a.    North Pacific Group, Inc
      i.    Purchased from North Pacific.
      ii.   Uncertain of Manufacturer. Believed to be manufactured in China.
      iii.  571,200 square feet.
      iv.  20 truck loads consisting of 11,900 pieces of 1/2"x4'x12' Gypsum Wallboard
      v.   First truckload received on July 27, 2006. Last truck received on August 23, 2006.

      b.     *Identify all person(s) or entity(ies) to or for whom you sold, offered for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported the product and for each person or entity provide:*

            i.    *The nature of the transaction(s) by which you transferred the product such as sale, installation, etc.;*

            ii.   *The name of the manufacturer(s) of the product;*

            iii.  *The total amount of product sold, offered for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported;*

            iv.  *The type or character of the product in each shipment including the dimensions, whether the product was synthetic or non-synthetic or a mixture of both, and the component materials of the product, if known, and*

            v.   *The date on which you received the product.*

b.    We did not track to whom we sold this specific product as we sold other brands of product during this time as well.  See also Response to Question 3a (i-v) above.

FOWLER WHITE BURNETT P.A.   CONFIDENTIAL – SUBJECT
TO PROTECTIVE ORDER

SM0039

cb:  Drywall - MDL 2047
100039 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 3

*4.      Provide all documents and records related to the transactions identified in Request No. 3.*

Attached are invoices from North Pacific for gypsum drywall sold to Smoky Mountain Materials, Inc. for the periods of 7/31/06 to 8/30/06. (See Tab 1).

*5.      Provide the following:*
      *a.      Amount of drywall imported from China currently in your inventory.*
      *b.      Address(es) of where you currently store and maintain any drywall imported from China, and identify the person(s) who supervises your drywall inventory at that location(s).*

a.      None.
b.      Not applicable.

*6.      Has your firm had communication with any Chinese manufacturer, distributor or exporter, either through a representative in China or outside of China, about the product or the drywall problem?  If so, describe.*

North Pacific Group, Inc. has been advised of claims being asserted against Emerald Coast Building Materials.

*7.      Identify all complaints or claims of any sort related to the drywall problem including but not limited to warranty or insurance claims, legal actions, repair, refund, or injury claims, comments related to quality or conformity of the drywall, or customer complaints, received or made by your firm, including any internal complaints or claims, in any manner.  Include information related to any such complaint or claims received or made by your firm from or to any person or entity identified in your response to Request No. 3.  For each such complaint or claim, provide:*

      *a.      The identity of any person or entity making such complaint or claim;*
      *b.      The person or entity receiving such complaint or claim;*
      *c.      The date of such complaint or claim;*
      *d.      The substance of such complaint or claim;*
      *e.      The means of communication of such complaint or claim (e.g. letter, etc.); and*
      *f.      All actions taken in response or the resolution of any such complaint or claim.*

FOWLER WHITE BURNETT P.A.    CONFIDENTIAL – SUBJECT
TO PROTECTIVE ORDER

U.S. Consumer Product Safety Commission
Page 4

a.   Adams Homes of North West Florida, Inc.

     Rightway Drywall, Inc.

     Mitchell Homes

     Heritage Homes of NW Florida, LLC

     Solid  Construction of the Gulf Coast, Inc. d/b/a Westerheim Homes

     Mitchell Company, Inc. v. Rightway Drywall, Inc. et al., currently pending
     in U.S. District Court for the Eastern District of Louisiana (MDL 2047)
     (Smoky Mountain/Emerald Coast was brought into the case via third-party
     complaint by Rightway Drywall).

     Diges E. Little, et. al. v. Mitchell Company, Inc. et al., currently pending in
     the Circuit Court of Mobile Alabama (Case No.: 901153).

     Informal claim by Ryan and Danielle Willey regarding home located at 1722
     Graduate Way, Pensacola FL 32514.

     Informal claim by Carson Fluharty regarding home located at 1706 Graduate
     Way, Pensacola FL 32514.

     Informal claim by Heritage Homes on behalf of Blake Weekley regarding
     home located at 6227 Clear Creek Road, Milton, FL 32570.

     Informal claim by Heritage Homes on behalf of James and Sarah Knowles
     regarding home located at 4355 Highway 4, Jay, FL 32565.

     Informal claim by Heritage Homes on behalf of Mr. and Mrs. I. D. Brewton
     regarding home located at 8804 Jernings Road, Pensacola, FL 32514.

     Informal claim by Mid-Continent on behalf of Solid Construction of the Gulf
     Coast, Inc. the general contractor for the Fluharty residence at 1706 Graduate
     Way, Pensacola FL 32514.

b.   Emerald Coast Building Materials.

c.   Adams Homes - September 2, 2008
     Rightway Drywall/Mitchell Homes - March 3, 2009
     Heritage Homes - April 22, 2009
     Solid Construction/Westerheim Homes - April 22, 2009
     Mitchell Company, Inc. v. Rightway Drywall, Inc. et al. - May 14, 2009
     Little, et. al. v. Mitchell Company, Inc. et al. - June 23, 2009

FOWLER WHITE BURNETT P.A.    CONFIDENTIAL – SUBJECT
                                         TO PROTECTIVE ORDER

SM0041

cb:  Drywall - MDL 2047
          100041 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 5

      Willey Residence (Westerheim Homes) - April 20, 2009
      Fluharty Residence (Westerheim Homes) - April 17, 2009
      Weekley Residence (Heritage Homes) - June 22, 2009
      Knowles Residence (Heritage Homes) - April 22, 2009
      Brewton Residence (Heritage Homes) - May 26, 2009
      Mid-Continent on behalf of Solid Construction of the Gulf Coast, Inc. - June 7, 2009

d.      Claimants complained that the homeowners had notified them of sulfur-like odors, corrosion to copper wiring, premature corrosion of air conditioning coils, corrosion of other metal objects in the homes, etc.

e.      Correspondence from claimants as well as service of suit in the Mitchell and Little matters, as referenced above.

f.      Emerald Coast Building Materials notified its supplier, North Pacific Group, Inc. of said claims and tendered defense to same.

8.    *Provide all documents and records related to the complaint or claims identified in Request No. 7.*

Attached are the materials regarding the following claims, as referenced in response to number 7 above:

      Mitchell Company, Inc. v. Rightway Drywall, Inc. et al., currently pending in U.S. District Court for the Eastern District of Louisiana (MDL 2047) (Smoky Mountain/Emerald Coast was brought into the case via third-party complaint by Rightway Drywall). (See Tab 2).

      Diges E. Little, et. al. v. Mitchell Company, Inc. et al., currently pending in the Circuit Court of Mobile Alabama (Case No.: 901153). (See Tab 3).

      Informal claim by Ryan and Danielle Willey regarding home located at 1722 Graduate Way, Pensacola FL 32514. (See Tab 4).

      Informal claim by Carson Fluharty regarding home located at 1706 Graduate Way, Pensacola FL 32514. (See Tab 5).

      Informal claim by Heritage Homes on behalf of Blake Weekley regarding home located at 6227 Clear Creek Road, Milton, FL 32570. (See Tab 6).

      Informal claim by Heritage Homes on behalf of James and Karah Knowles regarding home located at 4355 Highway 4, Jay, FL 32565. (See Tab 7).

FOWLER WHITE BURNETT P.A.   CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

U.S. Consumer Product Safety Commission
Page 6

Informal claim by Heritage Homes on behalf of Mr. and Mrs. I. D. Brewton regarding home located at 8804 Jerningan Road, Pensacola, FL 32514. (See Tab 8).

Informal claim by Mid-Continent on behalf of Solid Construction of the Gulf Coast, Inc. the general contractor for the Fluharty residence at 1706 Graduate Way, Pensacola FL 32514. (See Tab 9).

Correspondence dated March 12, 2009 from counsel for Emerald Coast Building Materials to North Pacific Group, Inc. notifying North Pacific Group, Inc. of said claims and tendering defense to same. (See Tab 10).

Correspondence dated July 14, 2009 from counsel for Emerald Coast Building Materials to North Pacific Group, Inc. providing second notification to North Pacific Group, Inc. of said claims and reiterating tender of defense to same. (See Tab 11).

If we can be of any further assistance in this matter, please do not hesitate to contact us.

Very truly yours,

Edward J. Briscoe
Attorney for Smoky Mountain Materials, Inc.
d/b/a Emerald Coast Building Materials

W:\78688\LETTR322-Supp Resp to CPSC Inquiry.SMH



**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

FOWLER WHITE BURNETT P.A.

SM0043

cb:  Drywall - MDL 2047
100043 - Smoky Mountain Materials, Inc.

JUL-31-2006(MON) 09:10                         P. 003/007

Rx Date/Time      JUL-31-2006(MON) 07:53      8778812331          P. 001
07/31/06 05:54AM PST  ->  8656378762              Pg 1/1

## North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 38367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

| INVOICE |
|---|
| 0043750101 |

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8281
Fax #: (865)837-8762
Page: 1 of 1

**PLEASE REMIT TO:**

North Pacific
PO Box 643226
Cincinnati, OH 45264-3226
USA

**BILL TO:**

Smoky Mountain Materials Inc
521B S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32526

| P.O.#: 707424 | | Job #: 216 | | Ordered By: Bill | | | |
|---|---|---|---|---|---|---|---|
| Ship Date: 07/28/06 | | Ship Via: Truck | | B/L #: | | | |
| Frt. Term: Cust. Pickup | | Ref. #: Pensacola/437501 | | Sales Agent: TRowell | | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 476 | PC | BGWGYAAA120504   1/2 4x12 | 22.8480 | 200.00 /MSF | 4,569.60 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 4,569.60 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to | | | |
| | | pay within specified time. Unearned discounts will not be allowed. | | | |

NET 30 DAYS

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $45.70 if paid by 08/10/06

| TOTAL DUE: | $4,569.60 |
|---|---|

Invoice payable in U.S. funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

Received Time Jul 31   9:33AM

SM0044

cb:  Drywall - MDL 2047
100044 - Smoky Mountain Materials, Inc.

# Purchase Order  707424-A

**Vendor Number   NORTHP**

Emerald Coast Bldg Materials Pcola
40 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

| To: | Ship To: |
|---|---|
| North Pacific Group, Inc.<br>P.O. Drawer 391<br>Waynesboro, MS 39367 | Emerald Coast Bldg Materials Pcola<br>8040 North Palafox Street<br>Pensacola, FL  32534 |

**** THIS IS A CHANGE ORDER ****

| PO Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 7/26/06 | | Origin | 1% 10 net 30 |

| Buyer | Freight | Req Date | ConfirmNo To | Remarks | N |
|---|---|---|---|---|---|
| | | 07/26/06 | 437501 | | N |

| Qty Required | U/M Date Received | Reg No Cust Item No. Description | Cust Item No. | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| 476 | EA     /<br>07/26/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 4569.60     0.00 |

RECEIVED
JUL 2 8 2006
BY:

| | |
|---|---|
| | 4569.60 |
| Non Taxable Subtotal | 0.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 0.00 |

Page    1

Duplicate Copy  (Reprinted)                         Authorized Signature

SM0045

cb:  Drywall - MDL 2047
100045 - Smoky Mountain Materials, Inc.

# Purchase Order 707424

### Vendor Number  NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

| To: | Ship To: |
|-----|----------|
| **North Pacific Group, Inc.**<br>**P.O. Drawer 391**<br>**Waynesboro, MS 39367** | **Emerald Coast Bldg Materials Pcola**<br>**8040 North Palafox Street**<br>**Pensacola, FL  32534** |

| P.O. Date | Ship Via | F.O.B. | Terms |
|-----------|----------|--------|-------|
| 07/26/06 | | Origin | 1% 10 net 30 |

| Buyer | Branch | Req. Date | Applicable To | Resale | |
|-------|--------|-----------|---------------|--------|---|
| | | 07/26/06 | | | N |

| Qty Regular | UM Sched. Item<br>Date Required | Your Item No.<br>Description | Qty Ship | Unit Cost | Extended Cost |
|-------------|-------------------------------|------------------------------|----------|-----------|---------------|
| 612 | EA        /<br>07/26/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

| | | |
|---|---|---|
| Non Taxable Subtotal | | 5875.20 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | 5875.20 |

Page  1

Vendor Original                                Authorized Signature

SM0046

cb:  Drywall - MDL 2047
100046 - Smoky Mountain Materials, Inc.

# Purchase Order  707424

## Vendor Number  NORTHP

merald Coast Bldg Materials Pcola
40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| PO Date | Ship Via | FOB | Terms | |
|---|---|---|---|---|
| 7/26/06 | | Origin | 1% 10 net 30 | |
| Buyer | Freight | Req Date | According To | Remarks | N |
| | | 07/26/06 | 437501 | | |

| Qty Required | U/M Req'd / Date Requested | Item No. / Description | Our Item No. | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| 612 | EA    /<br>07/26/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

ge    1

Duplicate Copy

_____
Authorized Signature

SM0047

cb:  Drywall - MDL 2047
100047 - Smoky Mountain Materials, Inc.

98244B/BS876 CVT 4/99

3-PART STOCK FORM NO. B-3876

THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent issuing same.

Shipper's No. 437501

Carrier's Name _Emerald Coast - 37/37_     Carrier's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at _Port of Pensacola_ (Date) _7-27-06_ FROM _720 A5 Barracks St Pen_

Consigned TO _Emerald Coast Building Materials_

Destination _8040 Palafox_ St. _Pens._     City _____

_____ County _____ State _____ Zip _____

Route _____

Delivering Carrier _____     Car or Vehicle Initials and No. _____

Collect on Delivery $ _____     And Remit to _____

C.O.D. charges to be
Paid by
☐ Shipper   ☐ Consignee

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 Bnd | | 4 x 4 x 12 Gypsum Drywall | 45,988 lbs | | |
| | | @ 476 pcs | | | |
| | | Customer PO Bill | | | |
| | | Time 8:40 AM | | | |
| | | load must be tarped | | | |

Shipper, per _Shawn Davis_

_Tate Stevedore Co_

Permanent post-office address of shipper.

2

AUG-03-2006(THU) 16:12                                                                P. 001/002
  Rx Date/Time    AUG-03-2006(THU) 14:13          B778B12331                          P 001
8/03/06 12:14PM PST  ->  8656378762                                    Pg 1/1

**N North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 38367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

| INVOICE |
| --- |
| 0043750901 |

Invoice Date:  08/03/06
Account #:  SMOKY001 0001
Branch/Division:  40301001
Phone #:  (850)471-6281
Fax #:  (865)637-8762
Page:  1  of  1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

BILL TO:

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32528

| P.O.#: 707432 | Job #: 218 | Ordered By: Bill | |
| --- | --- | --- | --- |
| Ship Date: 08/03/06 | Ship Via: Truck | Bill #: | |
| Frt. Term: Cust Pickup | Ref. #: PENSACOLA, FL/16582 | Sales Agent: TRowell | Orig. Inv #: |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 612 | PC | BGWGYAAA120504   1/2 4x12 | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | | SUBTOTAL: | | 5,875.20 |

THANK YOU FOR THE ORDER!
A cash discount is not an automatic discount. It is an incentive to
pay within specified time. Unearned discounts will not be allowed.

NET 30

TERMS: 1% CD ADF 10 days ADI, net 15 days ADI
     You may deduct 558.75 if paid by 08/13/06

| TOTAL DUE: | 55,875.20 |
| --- | --- |

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0049

cb:  Drywall - MDL 2047
   100049 - Smoky Mountain Materials, Inc.

# Purchase Order 707432

**Vendor Number  NORTHP**

Emerald Coast Bldg Materials Pcola
140 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

| To: | Ship To: |
|---|---|
| North Pacific Group, Inc.<br>P.O. Drawer 391<br>Waynesboro, MS 39367 | Emerald Coast Bldg Materials Pcola<br>8040 North Palafox Street<br>Pensacola, FL  32534 |

| P.O. Date | Ship Via | F.O.B. | Term |
|---|---|---|---|
| 7/26/06 | | Origin | 1% 10 net 30 |

| Freight | Rcvd Date | Continuing To | Remarks |
|---|---|---|---|
| | 07/26/06 | 437509 | N |

| Qty. Required | Qty Rcvd Required Yet To Rec<br>Due Requested | Our Items<br>Description | Unit Cost | Extended Cost |
|---|---|---|---|---|
| 612 | EA      /<br>07/26/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | 9.600 | 5875.20 |

```
RECEIVED
AUG 0 1 2006
BY:
```

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

Page   1

Duplicate Copy

Authorized Signature

SM0050

cb:  Drywall - MDL 2047

100050 - Smoky Mountain Materials, Inc.

NorthPacificGrp,Inc  7/26/2006 2:00   PAGE  1/1   RightFax

*#37*

 **North Pacific**

www.northpacific.com

# Facsimile Transmission

TO:  Name:  BILL
     Company:
     Fax Number: 1-850-471-6294
     Voice Phone:

FROM:  Name:   Todd Rowell
       Fax Number:
       Voice Phone:  1-800-378-3268//601-671-3268

## Fax Notes:

PATE STEVEDORE CO.
720A S. BARRAKCS ST, BUILDING 2
PORT OF PENSACOLA
850-438-3648
ASK FOR ROSALIE

HOURS: 7-4

FIRST 10 PICK-UP #'S
437501
437502
437503
437504
437505
437506
437507
437508
437509
437510

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

cb:  Drywall - MDL 2047
100051 - Smoky Mountain Materials, Inc.

982446/33876 CVT 4/99

3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER**  must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 437509

Carrier's Name: **Emerald Coast - 37/377**    Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Port of Pensacola** (Date) **8-01-06** FROM **720 A.S. Barracks St. Jens, Fl.**

Consigned TO **Emerald Coast building Materials**

Destination **8040 Palafox St**    Street       **Pensacola**    City

County       **Fl**    State       Zip

Route

Delivering Carrier                Car or Vehicle Initials and No.

Collect on Delivery $                And Remit to

C. O. D. Charges to be
Paid by
☐ Shipper   ☐ Consignee

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9-7 bnd | | 1/2" x 4' x 12' Gypsum Drywall | 45,988 lbs | | |
| | | @ 476 pc | 59,127 lbs | | |
| | | Customer P.O. 707432 | | | |
| | | Time 0810 | | | |
| | | load must be tarped | | | |

Rate Steve does for North Pacific group

Permanent post-office address of shipper.

Per — Apprinum Detach and retain
This Shipping Order which must sign
the Original Bill of Lading

2

cb: Drywall - MDL 2047
100052 - Smoky Mountain Materials, Inc.

SM0052

AUG-15-2006(TUE) 08:51                                          P. 003/007
Rx Date/Time    AUG-11-2006(FRI) 13:27    B778812551            P. 001
08/11/06 11:29AM PST  ->  8656378762          Pg 1/1

## North Pacific

SOUTHERN
P. O. Box 351
Waynesboro, MS 39367
Tel:601-735-5051
Fax:601-735-2602
www.northpacific.com

**INVOICE**

0043278801

| | |
|---|---|
| Invoice Date: | 08/11/08 |
| Account #: | SMOKY001 0001 |
| Branch/Division: | 40301001 |
| Phone #: | (850)471-6201 |
| Fax #: | (866)637-8762 |
| Page: | 1 of 1 |

*Contacted*
*Lonnie Wilson 4/24/08*

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH  45264-3228
USA

BILL TO:

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5218 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
CPU PATE STEVEDORE
Pensacola FL 32526

*About Adams Hms Issue*

| P.O.#: 707480 | Job #: 218 | | Ordered By: | | | |
|---|---|---|---|---|---|---|
| Ship Date: 08/10/06 | Ship Via:Truck | | B/L #: | | | |
| Frt. Term: Cust Pickup | Ref. #: PENSACOLA, FL/16593 | Sales Agent: TRowell | | Orig. Inv #: | | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 612 | PC | BGWGYAAA120504  1/2 4x12 | 29.3760 | 200.00  /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | |

*NET 30*

TERMS: 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 08/21/06

TOTAL DUE: 55,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

Received Time Aug. 15.  9:15AM

SM0053

cb: Drywall - MDL 2047
100053 - Smoky Mountain Materials, Inc.

# Purchase Order  707480

**Vendor Number**   NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| Order Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 8/04/06 | | Origin | 1% 10 net 30 |

| Buyer | Freight | Req Date | Confirming To | Remarks | |
|---|---|---|---|---|---|
| | | 08/04/06 | | | N |

| Qty Required | Date Requested | Req No Our Item No Description | Our Item No | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| 612 | EA    /    08/04/06 | DW1212  1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

|  |  |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

Page   1

Duplicate Copy  (Reprinted)

Authorized Signature

SM0054

cb:  Drywall - MDL 2047
100054 - Smoky Mountain Materials, Inc.

00/04/06 05:54:10    NorthPacificGrp,Inc->        423 929 9707  RightFax        Page 001

*Mon.*



## North Pacific

www.northpacific.com

# Facsimile Transmission

TO:    Name:    Bill
       Company:
       Fax Number: 1-850-471-6294
       Voice Phone:

From:  Name:    Todd Rowell
       Fax Number:
       Voice Phone:  1-800-378-3268//601-671-3268


Fax Notes:

PICK-UP #'S
437511  707475
432784  707476
432785  707477
432786  707478
432787  707479
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487

PO #'s

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268


Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01


SM0055

cb:  Drywall - MDL 2047
     100055 - Smoky Mountain Materials, Inc.

# Purchase Order 707480

**Vendor Number   NORTHP**

Emerald Coast Bldg Materials Pcola
)040 North Palafox Street
'ensacola, FL  32534

'elephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| P.O. Date | Ship Via | FOB | Terms |
|---|---|---|---|
| 8/04/06 | | Origin | 1% 10 net 30 |
| Buyer | Customer # | Confirming to | Tax / N |
| | 08/04/06 | | N |

| Qty Required | U/M Date Required | Purchasing Description | Our Item No. | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| | EA       / | | DW1212 | | |
| 612 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | ▆▆▆ | ▆▆▆ |

| | |
|---|---|
| Non Taxable Subtotal | ▆▆▆ |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | ▆▆▆ |

age    1

Vendor Original  (Reprinted)

Authorized Signature

SM0056

cb:  Drywall - MDL 2047
100056 - Smoky Mountain Materials, Inc.

982446B3876 CVT 4/09

3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 432788

Carrier's Name: Emerald Coast 37/39T

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Pt of Pensacola (Date) 8-08-06 FROM 7204 S Bonn St

Consigned To Emerald Coast Buildi Material

Destination 8043 Palafox St Street   Pensacol City

County   State   Zip

Route

Delivering Carrier   Car or Vehicle Initials and No.

Collect on Delivery $   And Remit to

Street   City   State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 98 Bdls | | 1/2" x 4 x 12 Gypsum board | 59,127 lb | | |
| | | @ 612 Pcs | | | |
| | | PO# 702480 | | | |
| | | Time 1025 AM | | | |
| | | Must be Tarp'd | | | |

note Ship out for Worth Pac. E.C. Crew

Shipper, Per

Permanent post-office address of shipper,

2

AUG-25-2006(FRI) 11:31                                                    P. 003/004
08/24/06 11:21AM PST  ->  8656378762                             Pg 1/1

![North Pacific logo] **North Pacific**

SOUTHERN
P. O Box 391
Waynesboro, MS 38367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

| INVOICE |
|---|
| 0043279201 |

Invoice Date: 08/24/06
Account #: SMOKY001 0001
Branch/Division: 45301001
Phone #: (850)471-8291
Fax #: (885)637-8762
Page:  1 of 1

**PLEASE REMIT TO:**

North Pacific
PO Box 643226
Cincinnati, OH  45264-3228
USA

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emearld Coast Building Materials
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CPU @  PATE STEVEDORE
Pensacola FL 32526

| P.O.#: 707484 | | Job #: 218 | Ordered By: | | |
|---|---|---|---|---|---|
| Ship Date: 08/24/06 | | Ship Via: Truck | B/L #: | | |
| Frt. Term: Cust Pickup | | Ref. #:  PO # 165924 | Sales Agent: TRowell | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 812 | PC | BGWGYAAA120504   1/2 4x12 | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to | | | |
| | | pay within specified time. Unearned discounts will not be allowed. | | | |

**TERMS:** 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 09/03/06

| TOTAL DUE: | $5,875.20 |
|---|---|

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

# Purchase Order 707484

### Vendor Number  NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL 32534

Telephone 850/471-6291

To:

**North Pacific Group, Inc.**
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

**Emerald Coast Bldg Materials Pcola**
8040 North Palafox Street
Pensacola, FL 32534

| Order Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 8/04/06 | | Origin | 1% 10 net 30 |

| Buyer | Freight | Req'l Date | Confirming To | Remarks | |
|---|---|---|---|---|---|
| | | 08/04/06 | | | N |

| Qty Required | Date Required | Item Number / Description | Unit Cost | Extended Cost |
|---|---|---|---|---|
| 612 | EA / 08/04/06 | DW1212 1/2" 4 X 12 REGULAR DRYWALL | 9.600 | 5875.20 |

RECEIVED
AUG 2 3 2006
BY:

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

Page   1

Duplicate Copy

Authorized Signature

SM0059

cb:  Drywall - MDL 2047
100059 - Smoky Mountain Materials, Inc.

00/04/06 05:54:10    NorthPacificGrp,Inc->        423 929 9707  RightFax        Page 001


HON.
37


# North Pacific

www.northpacific.com

## Facsimile Transmission

To:     Name:    Bill
        Company:
        Fax Number:1-850-471-6294
        Voice Phone:

From:   Name:    Todd Rowell
        Fax Number:
        Voice Phone:  1-800-378-3268//601-671-3268

## Fax Notes:

PICK-UP #'S
437511  707475
432784  707476
432785  707477
432786  707478
432787  707479
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487


PO#'s

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: ‹WHENFAXED›
Number of pages including this cover sheet: 01

# Purchase Order 707484

### Vendor Number  NORTHP

merald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| P.O. Date | Ship Via | | FOB | | 1% 10 net 30 |
|---|---|---|---|---|---|
| 08/04/06 | | | Origin | | |
| Buyer | | Req Date | Confirming | Freight | N |
| | | 08/04/06 | | | |
| Qty Required | U/M Date Req/Promised | Description | | Unit $ | Extended $ |
| | EA      / | | DW1212 | | |
| 612 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | ▬▬▬ | ▬▬▬ |

| | | |
|---|---|---|
| Non Taxable Subtotal | | ▬▬▬ |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | |

age      1

Vendor Original  (Reprinted)

Authorized Signature

SM0061

cb:  Drywall - MDL 2047

100061 - Smoky Mountain Materials, Inc.

982446/B3876 CVT 4/99

3-PART STOCK FORM NO. B-3876

Shipper's No. 432792

**THIS SHIPPING ORDER** must be legibly filed in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Carrier's Name: Emerald Coast TRK 37                     Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola (Date) 8-22-06      FROM 720 A S Barracks St

Consigned TO Emerald Coast Building Materials

Destination 8040 Palafox St          Pensacola

County            State FL        Zip

Route

Delivering Carrier          Car or Vehicle Initials and No.

Collect on Delivery $          And Remit to

C.O.D. Charges to be
Paid by
☐ Shipper  ☐ Consignee

| No. Package | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 98 | | 1/2" x 4' x 12' Gypsum Board | 59,127 | 163 | |
| | | @ 612 pcs | | | |
| | | PO # 707484 | | | |
| | | Time 11:00am | | | |
| | | Must be tarped | | | |

Nate Stevedore Expo
for North Pacific Group

2

JUL-31-2006(MON) 09:10
Rx Date/Time    JUL-31-2006(MON) 07:54
07/31/06 05:56AM PST  ->  8656378782

8778812331

P.004/007
P.001

Pg 1/1

## North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39387
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

**INVOICE**

0043750401

| | |
|---|---|
| Invoice Date: | 07/31/06 |
| Account #: | SMOKY001 0001 |
| Branch/Division: | 40301001 |
| Phone #: | (850)471-8291 |
| Fax #: | (865)637-8782 |
| Page: | 1 of 1 |

**PLEASE REMIT TO:**

North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

BILL TO:

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32528

| P.O.#: 707427 | Job #: 218 | Ordered By: Bill | | | |
|---|---|---|---|---|---|
| Ship Date: 07/28/06 | | B/L #: | | | |
| Frt. Term: Cust Pickup | Ship Via:Truck | | | | |
| | Ref. #:  PENSACOLA, FL/43750 | Sales Agent:  TRowell | | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 612 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | 29.3760 | 200.00  /MSF | 5,875.20 |
| | | SUBTOTAL: | | | 5,875.20 |

THANK YOU FOR THE ORDER!

A cash discount is not an automatic discount. It is an incentive to
pay within specified time. Unearned discounts will not be allowed.

NET 30 DAYS

TERMS:  1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $58.75 if paid by 08/10/06

TOTAL DUE:    $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per
month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be
assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction
will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for
ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This
sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0063

cb:  Drywall - MDL 2047
100063 - Smoky Mountain Materials, Inc.

# Purchase Order 707427

### Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
:40 North Palafox Street
ensacola, FL  32534

lephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| O Date | Ship Via | | F.O.B. | Terms |
|---|---|---|---|---|
| 7/26/06 | | | Origin | 1% 10 net 30 |
| yer | Freight | Req. Date | urchase | Repack |
| | | 07/26/06 | 437504 | N |

| Qty Ordered | Req. Date Requested | Vendor Item Number | Chk'd In | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| | | DW1212 | | | |
| 612 | EA    /    07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

RECEIVED
JUL 2 8 2006
BY:

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

age    1

**Duplicate Copy**

**Authorized Signature**

SM0064

cb:  Drywall - MDL 2047
100064 - Smoky Mountain Materials, Inc.

SM0065

cb: Drywall - MDL 2047
100065 - Smoky Mountain Materials, Inc.

3-PART STOCK FORM NO. S-3976

THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 437504

Carrier's Name: Emerald Coast — 37/37          Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola (Date) 7-27-06 FROM 720 A S Barracks St, Pens, Fl

Consigned TO Emerald Coast Building Materials

Destination 8040 Palafox St          Pens          City          State          Zip

Route

Delivering Carrier          Car or Vehicle Initials and No.

Collect on Delivery $          And Remit to

C.O.D. charges to be.
Paid by
☐ Shipper   ☐ Consignee

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Bun | | 1/2" x 4' x 12' Gypsum Drywall | | | |
| | | @ 476 pcs | 45488 lbs | | |
| | | Customer P.O. 707427 | 59127 lbs | | |
| | | Loaded 9 Bnds at drivers request | | | |
| | | Time 11:30 AM | | | |
| | | Load must be tarped | | | |

Rate recieved ea
for North Pacific Group          Shipper Per Shaun Raub

Permanent post-office address of shipper

2

JUL-31-2006(MON) 09:10
Rx Date/Time    JUL-31-2006(MON) 07:55          8778812331
07/31/06 05:57AM PST  ->  8656378762

P.006/007
P.001
Pg 1/1

# North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 38367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

**INVOICE**
0043750701

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-6291
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH 45264-3226
USA

**BILL TO:**
Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**
Smoky Mountain Materials Inc
8040 N. Palafox St
Pensacola FL 32528

P.O.#: 707430    Job #: 218    Ordered By: Bill
BILL #:
Ship Date: 07/28/06    Ship Via:Truck    PENSACOLA, FL/18592Sales Agent: TRowell    Orig. Inv #:
Frt. Term: Cust Pickup    Ref. #:

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 612 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | 28.3760 | 200.00 /MSF | 5,875.20 |
| | | SUBTOTAL: | | | 5,875.20 |

THANK YOU FOR THE ORDER!
A cash discount is not an automatic discount. It is an incentive to
pay within specified time. Unearned discounts will not be allowed.

NET 20 Days

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $58.75 if paid by 08/10/06

**TOTAL DUE:** $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above part. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. C.O.D. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0066

cb: Drywall - MDL 2047
100066 - Smoky Mountain Materials, Inc.

# Purchase Order 707430

**Vendor Number   NORTHP**

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| | | | F.O.B. | Terms |
|---|---|---|---|---|
| | | | Origin | 1% 10 net 30 |
| 7/26/06 | | | | |
| Freight | Req Date | | | N |
| | 07/26/06 | 437507 | | |

| Qty Required | Date Required | Description | Unit Cost | Expected Cost |
|---|---|---|---|---|
| | | DW1212 | | |
| 612 | EA       /<br>07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | 9.600 | 5875.20 |

RECEIVED
JUL 2 8 2006
BY:

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

age    1

**Duplicate Copy**                    **Authorized Signature**

SM0067

cb:  Drywall - MDL 2047
100067 - Smoky Mountain Materials, Inc.

SM0068

cb: Drywall - MDL 2047
io0068 - Smoky Mountain Materials, Inc.

982446B3876 CVT 4/96

3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 437502

Carrier's Name: Emerald Coast - 34/34        Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading

at Port of Pensacola (Date) 7-27-06 FROM 720 A S Barracks St. Pens. Fl

Consigned TO Emerald Coast Building Materials

Destination 8040 Palafox Street        Pensacola

County        Fl        State        Zip

Route

Delivering Carrier        Car or Vehicle Initials and No.

Collect on Delivery $        And Remit to

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Bdl | | ½" x 4' x 12' Gypsum Drywall | 45,988 lbs | | |
| | | @ 476 pc, 612 pcs | 59,127 lbs | | |
| | | Customer P.O 702430 | | | |
| | | | | | |
| | | Time 3:20 PM | | | |
| | | Load must be tarped | | | |

Pac Stock-Dale Co. for North Pacific Group Shipper, Per Brown Davis

Permanent post-office address of shipper

2

JUL-31-2006(MON) 09:10                                                                    P. 005/007
  Rx Date/Time     JUL-31-2006(MON) 07:55          8778812331                             P. 001
07/31/06 05:56AM PST  ->  8656378762                                      Pg 1/1

![North Pacific logo] **North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

**INVOICE**

| 0043750501 |

| Invoice Date: | 07/31/06 |
| Account #: | SMOKY001 0001 |
| Branch/Division: | 40301001 |
| Phone #: | (850)471-8291 |
| Fax #: | (865)637-8762 |
| Page: | 1 of 1 |

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

**BILL TO:**
Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**
Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32528

| P.O.#: 707428 | Job #: 218 | Ordered By: Bill | | | |
| Ship Date: 07/28/06 | Ship Via:Truck | B/L #: | | Orig. Inv #: | |
| Frt. Term: Cust Pickup | Ref. #:  PENSACOLA, FL/165B2 | Sales Agent:  TRowell | | | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 812 | PC | BGWGYAAA120504   1/2 4x12<br>Gypsum Drywall A Grade | 29.3760 | 200.00  /MSF | 5,875.20 |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER!<br>A cash discount is not an automatic discount. It is an incentive to<br>pay within specified time. Unearned discounts will not be allowed. | | | |

*NET 30 DAYS*

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $58.75 if paid by 08/10/06

| TOTAL DUE: | $5,875.20 |

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0069

cb:  Drywall - MDL 2047
100069 - Smoky Mountain Materials, Inc.

# Purchase Order 707426

**Vendor Number** NORTHP

Emerald Coast Bldg Materials Pcola
40 North Palafox Street
Pensacola, FL 32534

Telephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL 32534

| Date | Ship Via | FOB | Terms |
|---|---|---|---|
| 7/26/06 | | Origin | 1% 10 net 30 |

| Buyer | PO Date | Req Date | Confirming | Reprint |
|---|---|---|---|---|
| | | 07/26/06 | 437503 | N |

| Qty Required | PO Date / Date Required | P.O. No. / Requisition No. / Description | Unit Cost | Extended Cost |
|---|---|---|---|---|
| 612 | EA   /  07/26/06 | DW1212   1/2" 4 X 12 REGULAR DRYWALL | 9.600 | 5875.20 |

RECEIVED
JUL 2 8 2006
BY:

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

Page    1

**Duplicate Copy**

Authorized Signature

SM0070

cb:  Drywall - MDL 2047
100070 - Smoky Mountain Materials, Inc.

SM0071

cb: Drywall - MDL 2047
100071 - Smoky Mountain Materials, Inc.

98244B/B3876 CVT 4/99

'3-PART STOCK FORM NO. B-3876

THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 437503

Carrier's Name: Emerald Coast - 24/74          Carrier's No.

RECEIVED, subject to the classification and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola (Date) 7-27-06 FROM 720 A S Barracks St. Pens Fl

Consigned TO Emerald Coast Building Materials

Destination 8040 Palafox St Street        Pens          City

Route                    County          State                    Zip

Delivery Address

Delivering Carrier                    Car or Vehicle Initials and No.

Collect on Delivery $                    And Remit to

C.O.D. Charges to be
Paid by
☐ Shipper  ☐ Consignee

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 7 Bnd. | | 1/2" x 4' x 12' Gypsum     Drywall | 45,586 lbs | | |
| | | @ #776 pcs   612 pcs | 59,127 lbs | | |
| | | Customer P.O. 707421 | | | |
| | | Loaded 9 Bnds at drivers request | | | |
| | | Time  11:00 AM | | | |
| | | Load must be tarped | | | |

Rate Steven Epps
for North Pacific Group    Disdale Metro

Permanent post-office address of shipper

2

JUL-31-2006(MON) 09:11                                                                P. 007/007

Rx Date/Time     JUL-31-2006(MON) 07:56          8778812331          P 001
07/31/06 05:57AM PST  ->  8656378762                                 Pg 1/1

**North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 38367
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

**INVOICE**

0043750301

Invoice Date:  07/31/06
Account #:  SMOKY001 0001
Branch/Division:  40301001
Phone #:  (850)471-8291
Fax #:  (865)637-8762
Page:  1 of 1

PLEASE REMIT TO:
North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

BILL TO:

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32626

| P.O.#: 707426 | | Job #: 218 | | Ordered By:  Bill | | | |
|---|---|---|---|---|---|---|---|
| | | | | B/L #: | | | |
| Ship Date: 07/28/06 | | Ship Via:Truck | | | | Orig. Inv #: | |
| Frt. Term: Cust Pickup | | Ref. #:  PENSACOLA, FL/16582 Sales Agent:  T.Rowell | | | | | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 812 | PC | BGWGYAAA120504   1/2 4x12 | 29.3760 | 200.00  /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |

THANK YOU FOR THE ORDER!
A cash discount is not an automatic discount. It is an incentive to
pay within specified time. Unearned discounts will not be allowed.

NET 30 DAYS

TERMS:  1% CD ADF 10 days ADI, net 15 days ADI
You may deduct 558.75 if paid by 08/10/06

**TOTAL DUE:**   $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To assure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination in the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&.O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

cb:  Drywall - MDL 2047
100072 - Smoky Mountain Materials, Inc.

# Purchase Order  707428

## Vendor Number   NORTHP

merald Coast Bldg Materials Pcola
40 North Palafox Street
nsacola, FL  32534

lephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| Date | Ship Via | | FOB | | Terms | | |
|---|---|---|---|---|---|---|---|
| 7/26/06 | | | Origin | | 1% 10 net 30 | | |
| Buyer | Origin | Req. Date | Conforming To | Req. By | | | N |
| | | 07/26/06 | 437505 | | | | |
| Qty. Required | Date Required | Description | | | Unit Cost | | Extended Cost |
| 612 | EA        /<br>07/26/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | | | 9.600 | | 5875.20 |

RECEIVED

JUL 2 8 2006

BY:

| | | |
|---|---|---|
| Non Taxable Subtotal | | 5875.20 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | 5875.20 |

age    1

**Duplicate Copy**

Authorized Signature

SM0073

cb:  Drywall - MDL 2047
100073 - Smoky Mountain Materials, Inc.

SM0074

cb: Drywall - MDL 2047
100074 - Smoky Mountain Materials, Inc.

982446/83876 CVT 499

3-PART STOCK FORM NO. B-3876

THIS SHIPPING ORDER  must be legibly filed in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 437505

Carrier's Name: Emerald Coast - 24/24

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,
at Port of Pensacola (Date) 1-27-06 FROM 720 A S. Barracks St. Pens. Fl

Consigned TO Emerald Coast Building Materials

Destination 8040 Palafox St  Street  Pens.  City

Route:

Delivering Carrier:

Collect on Delivery $ _____ And Remit to

| No.
Packages | H.M. | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Subject to Correction) | Class
or Rate | Check
Column |
|---|---|---|---|---|---|
| 97 Bnd | | 1/2" X 4' X 12' Gypsum Drywall | | | |
| | | @ 476 | 45,785 lbs | | |
| | | Customer P.O. 707428 | 59,127 lbs | | |
| | | Loaded 9 Bnds at driver's request | | | |
| | | Time 1:30 PM | | | |
| | | had to be tarped | | | |

Tate Stevedore Co.
for North Pacific Group Shipper, per _____

2

P. 001/002

AUG-91-2006(TUE) 15:06                                          P. 001
    Rx Date/Time      AUG-01-2006(TUE) 08:38
08/01/06 06:40AM PST  -> 8656378762

B778812331                    Pg 1/1

# North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39357
Tel 601-735-5051
Fax 801-735-2802
www.northpacific.com

| INVOICE |
| --- |
| 0043750B02 |

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8281
Fax #: (885)837-8762
Page: 1 of 1
Reprinted: 08/01/06  06:40:36

**PLEASE REMIT TO:**

North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

BILL TO:

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32526

| P.O.#: 707431 | | Job #: 216 | | Ordered By: Bill | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Ship Date: 07/31/06 | | Ship Via: Truck | | BIL #: | | | |
| Frt. Term: Cust Pickup | | Ref. #: PENSACOLA, FL/43750 | Sales Agent: TRowell | | Orig. Inv #: | | |
| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT | |
| 612 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | | 29.3760 | 200.00  /MSF | 5,875.20 | |
| | | SUBTOTAL: | | | | 5,875.20 | |
| | | THANK YOU FOR THE ORDER! A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | | | |

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $58.75 if paid by 08/10/06

TOTAL DUE: $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. C.R.O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0075

# Purchase Order  707431

## Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| PO Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 07/26/06 | | Origin | 1% 10 net 30 |

| Via | Freight | Req Date | Confirmed To | Remarks | |
|---|---|---|---|---|---|
| | | 07/26/06 | 437508 | | N |

| Qty Ordered | Qty/Dept. Rcd. No. | Number etc. Date Requested Description | Our Item No. | Unit Cost | Estimated Cost |
|---|---|---|---|---|---|
| 612 | EA       /<br>07/26/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

RECEIVED

JUL 2 8 2006

BY: _____

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

Page     1

**Duplicate Copy**

Authorized Signature

SM0076

cb:  Drywall - MDL 2047
100076 - Smoky Mountain Materials, Inc.

SM0077

cb: Drywall - MDL 2047
100077 - Smoky Mountain Materials, Inc.

99244B/93876 CVT 4/99

3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in Indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 437508

Carrier's Name: Emerald Coast - 24/24          Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola          (Date) 7-28-06 FROM 720 A. S. Barracks St. Pens. Fl

Consigned TO Emerald Coast Building Materials

Destination 8040 Palafox St. _____ Pensacola _____ City

County _____ Fl State _____ Zip

Route _____ Delivery Address _____

Delivering Carrier _____ Car or Vehicle Initials and No.

Collect on Delivery $ _____ And Remit to _____

**C.O.D.** Charges to be
Paid by
☐ Shipper   ☐ Consignee

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Bnd | | 1/2" x 4' x 12' Gypsum Drywall | 45,988 lbs | | |
| | | @ 476 pcs - 612 pcs | 59,127 lbs | | |
| | | Customer P.O. 707431 | | | |
| | | Time 3:30 PM | | | |
| | | load must be tarped | | | |

for North Pacific Group _____ Shipper, Per _____ Brandon Sims

Permanent post-office address of shipper.

Agent must detach and retain
this Shipping Order and must sign
the Original Bill of Lading.

2

JUL-31-2006(MON) 09:09                                                                    P. 001/007
  Rx Date/Time    JUL-31-2006(MON) 07:54              8778812331                           P. 001
7/31/06 05:55AM PST  ->  8656378762                              Pg 1/1

## North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 38387
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

| INVOICE |
| --- |
| 0043750201 |

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-6291
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**

North Pacific
PO Box 643226
Cincinnati, OH 45264-3226
USA

**BILL TO:**

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32626

| P.O.#: 707425 | | Job #: 218 | | Ordered By: Bill | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Ship Date: 07/28/06 | | B/L #: | | | | | |
| Frt. Term: Cust Pickup | | Ship Via: Truck   Ref. #:  PENSACOLA, FL#16583 Sales Agent: TRowell | | | | Orig. Inv #: | |
| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | | CONVERTED QUANTITY | PRICE / UOM | | EXTENDED AMOUNT |
| 478 | PC | BGWGYAAA120504    1/2 4x12 Gypsum Drywall A Grade. | | 22.8480 | 200.00 | /MSF | 4,569.60 |
| | | | SUBTOTAL: | | | | 4,569.60 |
| | | THANK YOU FOR THE ORDER! | | | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | | | |

NET 30 DAYS

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $45.70 if paid by 08/10/06

| TOTAL DUE: | 54,569.60 |
| --- | --- |

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination in the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

cb: Drywall - MDL 2047
100078 - Smoky Mountain Materials, Inc.

# Purchase Order 707425-A

**Vendor Number  NORTHP**

merald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

**** THIS IS A CHANGE ORDER ****

| Date | Sold Via | | F.O.B. | Terms |
|---|---|---|---|---|
| 07/26/06 | | | Origin | 1% 10 net 30 |
| | Freight | Date Sent | Confirmed To | Remarks | N |
| | | 07/26/06 | 437502 | | |
| Qty Ordered | Unit Date Req'd | No. Container No. Description | | Price | Extended |
| | EA      / | | DW1212 | 9.600 | 4569.60 |
| 476 | 07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | | | |

| | | |
|---|---|---|
| Non Taxable Subtotal | | 4569.60 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | 4569.60 |

Page   1

Duplicate Copy

Authorized Signature

SM0079

cb:  Drywall - MDL 2047
100079 - Smoky Mountain Materials, Inc.

# Purchase Order  707425

### Vendor Number   NORTHP

merald Coast Bldg Materials Pcola
40 North Palafox Street
ensacola, FL  32534

lephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 7/26/06 | | Origin | 1% 10 net 30 |
| | | 07/26/06 | Confirming To | | | N |

| Qty Required | Unit | Req. No. Your Item No. Date Requested Description | Our Item No. | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| 612 | EA / 07/26/06 | DW1212 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

| | | |
|---|---|---|
| Non Taxable Subtotal | | 5875.20 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | 5875.20 |

ge    1

Vendor Original

Authorized Signature

SM0080

cb:  Drywall - MDL 2047

100080 - Smoky Mountain Materials, Inc.

# Purchase Order  707425

**Vendor Number**   NORTHP

Emerald Coast Bldg Materials Pcola
40 North Palafox Street
nsacola, FL  32534

lephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| Date | Ship Via | | Origin | | 1% 10 net 30 |
|---|---|---|---|---|---|
| 7/26/06 | Each | Req No | Confirm To | Buyers | N |
| | | 07/26/06 | 437502 | | |

| Qty Required | Unit Req'd / Date Requested | Rec'd No / Item No Description | Our Item No | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| 612 | EA    /
07/26/06 | DW1212
1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

| | | |
|---|---|---|
| Non Taxable Subtotal | | 5875.20 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | 5875.20 |

ge     1

**Duplicate Copy**

**Authorized Signature**

SM0081

cb:  Drywall - MDL 2047
100081 - Smoky Mountain Materials, Inc.

SM0082

cb: Drywall - MDL 2047

100082 - Smoky Mountain Materials, Inc.

3-PART STOCK FORM NO. B-3876

THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 437502

Carrier's Name: Emerald Coast - 24/24

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at _____ (Date) _____ FROM _____

Consigned TO Emerald Coast Building Materials

Destination 8040 Palafax St      ens

County _____ F'      State _____ Zip _____

Route _____

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Return to _____

Street _____ City _____ State _____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 Bnd | | 1/2 x 4' x 12' Gypsum Drywall | | | |
| | | @ 476 pcs | 45988 | lbs | |
| | | Customer PO Bill 2 | | | |
| | | Time 8 50 AM | | | |
| | | Load must be tarped | | | |
| | | late Steve dare (a     Showork barn) | | | |

C.O.D.

Permanent post-office address of shipper.

2

JUL-31-2006(MON) 09:10                                                      P. 002/007
  Rx Date/Time      JUL-31-2006(MON) 07:52          8778812331             P. 001
07/31/06 05:54AM PST  ->  8656378762                         Pg 1/1

![North Pacific logo] **North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

| | |
|---|---|
| **INVOICE** | |
| 0043750601 | |

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8291
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

**BILL TO:**
Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**
Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32526

| P.O.#: 707429 | | Job #: 218 | Ordered By: Bill | | | |
|---|---|---|---|---|---|---|
| Ship Date: 07/28/06 | | Ship Via: Truck | Bill #: | | | Orig. Inv #: |
| Frt. Term: Cust Pickup | | Ref. #: PENSACOLA, FL/4375 | Sales Agent: TR | | | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 612 | PC | BGWGYAAA120504    1/2 4x12<br>Gypsum Drywall A Grade | 29.3760 | 200.00  /MSF | 5,875.20 |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER!<br>A cash discount is not an automatic discount. It is an incentive to<br>pay within specified time. Unearned discounts will not be allowed. | | | |

*[handwritten: NET 20 DAYS]*

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct 858.75 if paid by 08/10/06

| | |
|---|---|
| **TOTAL DUE** | $5,875.20 |

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per
month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be
assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction
will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for
ultimate destination in the above part. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E &O.E. This
sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

cb:  Drywall - MDL 2047
100083 - Smoky Mountain Materials, Inc.

# Purchase Order 707429

### Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:
**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:
**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| PO Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 07/26/06 | | Origin | 1% 10 net 30 |

| Buyer | Freight | Req Date | Confirming To | Remarks | |
|---|---|---|---|---|---|
| | | 07/26/06 | 437506 | | N |

| Qty Ordered | Um Dept Req No Date Required | Your Item No Description | Vendor Item No | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| 612 | EA      /<br>07/26/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

**RECEIVED**
**JUL 2 8 2006**
**BY:**

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

Page   1

Duplicate Copy                           Authorized Signature

SM0084

cb:  Drywall - MDL 2047
100084 - Smoky Mountain Materials, Inc.

SM0085

cb: Drywall - MDL 2047
100085 - Smoky Mountain Materials, Inc.

982440/88979 CVT 469

3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** - must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. **437506**

Carrier's Name: **Emerald Coast 37/37**        Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Port of Pensacola** (Date) **7-27-06** FROM **720 A S Barracks St. Pens. Fl**

the property described below, in apparent good order, except as noted (content and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination: it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO **Emerald Coast Building Materials**

Destination **8040 Palafox** Street **Pensacola** City

County                State                Zip

Route

Delivering Carrier                            Car or Vehicle Initials and No.

Collect on Delivery $                         And Remit to

**C.O.D.** Charges to be
Paid by
☐ Shipper   ☐ Consignee

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 | | Brd 1/2" x 4' x 12' Gypsam Drywall | 45788 lbs | | |
| | | @ 476 pcs - 612 pcs | 5927 lbs | | |
| | | Customer P.O. 707429 | | | |
| | | | | | |
| | | Time 2:55 PM | | | |
| | | load must be tarped | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$ _____

"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."

"Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission."

**NOTE**—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

Note: Stev. coffs
for North Point Group

Shipper _____ **Shawn Davis**

☞ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

Permanent post-office
address of shipper.

Per _____

**2**

AUG-25-2006(FRI) 11:30                                        P.002/004
Rx Date/Time     AUG-24-2006(THU) 17:07        601 735 2602    P.001
08/24/2006 16:18 FAX 601 735 2602    NORTH PACIFIC GROUP        ☒001

 **North Pacific**

SOUTHERN
P. O. Box 301
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

| **INVOICE** |
|---|
| 0043278901 |

Invoice Date: 08/24/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8201
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**

North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5218 S. National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CUSPU PATE STEV.
Pensacola FL 32526

| P.O.#: 707401 | Job #: 218 | Ordered By: | | | |
|---|---|---|---|---|---|
| Ship Date: 08/24/06 | | Ship Via:Truck | B/L #: | | |
| Frt. Term: Cust Pickup | | Ref. #:  PENSACOLA FL/1858 Sales Agent: TRowell | | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 612 | PC | BGWGYAAA120504   1/2 4x12 | 29.3760 | 200.00  /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to | | | |
| | | pay within specified time. Unearned discounts will not be allowed. | | | |

**TERMS:** 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 09/03/06

| TOTAL DUE: | $5,875.20 |
|---|---|

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0086

cb:  Drywall - MDL 2047
100086 - Smoky Mountain Materials, Inc.

# Purchase Order 707481

**Vendor Number   NORTHP**

merald Coast Bldg Materials Pcola
40 North Palafox Street
nsacola, FL  32534

lephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | F.O.B | | Term | |
|---|---|---|---|---|---|---|
| | | | Origin | | 1% 10 net 30 | |
| 8/04/06 | | | | | | N |
| | | 08/04/06 | | | | |
| | | | DW1212 | | | |
| 612 | EA    /<br>08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | | 9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

ge    1

Duplicate Copy

Authorized Signature

SM0087

cb:  Drywall - MDL 2047
100087 - Smoky Mountain Materials, Inc.

1/06 05:54:18   NorthPacificGrp,Inc->   423 929 9787  RightFax   Page 001

*MON.*



## North Pacific

www.northpacific.com

# Facsimile Transmission

TO:   Name:   Bill
      Company:
      Fax Number: 1-850-471-6294
      Voice Phone:

From:  Name:   Todd Rowell
       Fax Number:
       Voice Phone:  1-800-378-3268//601-671-3268

Fax Notes:

PICK-UP #'S
437511   707475
432784   707476
432785   707477
432786   707478
432787   707479
432788   707480
432789   707481
432790   707482
432791   707483
432792   707484
432793   707485
432794   707486
432795   707487

*PO#'S*

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: ‹WHENFAXED›
Number of pages including this cover sheet: 01

SM0088

cb:  Drywall - MDL 2047
     100088 - Smoky Mountain Materials, Inc.

SM0089

cb: Drywall - MDL 2047
100089 - Smoky Mountain Materials, Inc.

3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filed in, in ink, in indelible Pencil, or in Carbon, and be retained by the Agent.

Shipper's No. 432989

Carrier's Name: Emerald Coast 37/37          Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola          (Date) 8-21-06   FROM 720 A.S. Barracks St

Consigned TO Emerald Coast Building Materials

Destination 8010 Palafox St          City Pensacola

County          State FL          Zip

Route

Delivering Carrier          Car or Vehicle Initials and No.

Collect on Delivery $          And Remit to

C.O.D. Charges to be Paid by ☐ Shipper  ☐ Consignee

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 pallets | | ½" x 4' x 12 Gypsum Board | 57,127 | | 15 |
| | | @ 612 Pcs | | | |
| 6/71 | | PO # 707481 | | | |
| | | Time: 11:10 AM | | | |
| | | must be tarped | | | |
| | | per estevedore Co | | | |
| | | for North Pacific Group | | | |

Shipper, Per _____

Permanent post-office address of shipper

2

AUG-25-2006(FRI) 11:31                                                                    P. 004/004
8/24/06 11:21AM PST  ->  8656378762

 **North Pacific**

SOUTHERN
P.O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

Pg 1/1

| INVOICE |
|---|
| 0043279001 |

Invoice Date: 08/24/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8281
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH 45264-3226
USA

BILL TO:

Smoky Mountain Materials Inc
DBA Emeerld Coast Building Materials
5218 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
CUSPU PATE STEV
Pensacola FL 32528

| P.O.#: 707482 | | | Job #: 218 | | Ordered By: | | | |
|---|---|---|---|---|---|---|---|---|
| Ship Date: 08/24/06 | | | Ship Via:Truck | | B/L #: | | | |
| Frt. Term: Cust Pickup | | | Ref. #:  PENSACOLA, FL/1658 | | Sales Agent:  TRowell | | Orig. Inv #: | |
| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | | | CONVERTED QUANTITY | PRICE / UOM | | EXTENDED AMOUNT |
| 812 | PC | BGWGYAAA120504    1/2 4x12 | | | 29.3760 | 200.00 /MSF | | 5,875.20 |
| | | Gypsum Drywall A Grade | | | | | | |
| | | | SUBTOTAL: | | | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | | | | |
| | | A cash discount is not an automatic discount. It is an incentive to | | | | | | |
| | | pay within specified time. Unearned discounts will not be allowed. | | | | | | |

**TERMS:** 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 09/03/06

TOTAL DUE:   $5,875.20

Invoice payable In U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per
month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be
assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction
will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for
ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This
sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

Received Time Aug. 25. 11:55AM

SM0090

cb:  Drywall - MDL 2047
100090 - Smoky Mountain Materials, Inc.

# Purchase Order  707482

**Vendor Number  NORTHP**

Emerald Coast Bldg Materials Pcola
40 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| PO Date | Sold Via | FOB | | Terms |
|---|---|---|---|---|
| 8/04/06 | | Origin | | 1% 10 net 30 |
| Arrival | Freight | Req. Date | Confirmed To | Taxable |
| | | 08/04/06 | | N |

| Qty Regular | UM / Dept / Rcd. Description | Our Item No. | Unit Cost | Extended Cost |
|---|---|---|---|---|
| | EA     / | DW1212 | 9.600 | 5875.20 |
| 612 | 08/04/06 | | | |
| | 1/2" 4 X 12 REGULAR DRYWALL | | | |

```
RECEIVED
AUG 2 2 2006
BY: DDR
```

| | | |
|---|---|---|
| Non Taxable Subtotal | | 5875.20 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | 5875.20 |

Page   1

**Duplicate Copy**

_____
**Authorized Signature**

SM0091

cb:  Drywall - MDL 2047
100091 - Smoky Mountain Materials, Inc.

00/04/06 05:54:10   NorthPacificGrp,Inc→      423 929 9707  RightFax          Page 001

*MON.*



## North Pacific

www.northpacific.com

# Facsimile Transmission

**To:**  Name:    Bill
        Company:
        Fax Number: 1-850-471-6294
        Voice Phone:

**From:** Name:    Todd Rowell
        Fax Number:
        Voice Phone:  1-800-378-3268//601-671-3268

**Fax Notes:**

PICK-UP #'S
437511  *707475*
432784  *707476*
432785  *707477*
432786  *707478*
432787  *707479*
432788  *707480*
432789  *707481*
432790  *707482*
432791  *707483*
432792  *707484*
432793  *707485*
432794  *707486*
432795  *707487*

*PO #'s*

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

SM0092

cb: Drywall - MDL 2047
100092 - Smoky Mountain Materials, Inc.

SM0093

cb: Drywall - MDL 2047
100093 - Smoky Mountain Materials, Inc.

3-PART STOCK FORM NO. B-3876

THIS SHIPPING ORDER must be legibly filled in, in ink, indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 432790

Carrier's No. Emerald Coast 37/37F

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola (Date) 8-21-06 FROM 720A S Barcelona St

Consigned TO Emerald Coast Bridal Material

Destination 8090 Pal... of St    Pens.    Fl.

County ____ State ____ Zip ____

Route ____

Delivering Carrier ____ Car or Vehicle Initials and No. ____

Collect on Delivery $ ____ And Remit to ____

Street ____ City ____ State ____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 96 | | ½"x8'x12' Gypsum Board | 59,123 | lb. | |
| | | @ 612 Pcs | | | |
| | | PO # 707482 | | | |
| | | Time 340 PM | | | |
| | | must be on rt | | | |

rate stege wolf ____
for North Pacific Group    Shipper, Per ____

Permanent post-office
address of shipper.

C.O.D. Charges to be Paid by ☐ Shipper ☐ Consignee

2

X ____

JG-03-2006(THU) 16:12                                      B778B12331       P.002/002
   Rx Date/Time    AUG-03-2006(THU) 14:13                                   P.001
3/03/06 12:15PM PST  ->  8656378762                         Pg 1/1

**N North Pacific**

SOUTHERN
P.O. Box 391
Waynesboro, MS 38387
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

| | |
|---|---|
| **INVOICE** | |
| 0043751001 | |
| Invoice Date: | 08/03/06 |
| Account #: | SMOKY001 0001 |
| Branch/Division: | 40301001 |
| Phone #: | (850)471-8281 |
| Fax #: | (865)637-8762 |
| Page: | 1 of 1 |

**PLEASE REMIT TO:**
North Pacific
PO Box 643228
Cincinnati, OH  45264-3228
USA

**BILL TO:**
Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**
Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32626

| P.O.#: 707433 | Job #: 218 | Ordered By: Bill | |
|---|---|---|---|
| | | B/L #: | |
| Ship Date: 08/03/06 | Ship Via:Truck | Sales Agent: TRowell | Orig. Inv #: |
| Frt. Term: Cust Pickup | Ref. #: PO # 437510 | | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 544 | PC | BGWGYAAA120504   1/2 4x12 | 28.1120 | 200.00 /MSF | 5,222.40 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,222.40 |

THANK YOU FOR THE ORDER!
A cash discount is not an automatic discount. It is an incentive to
pay within specified time. Unearned discounts will not be allowed.

*NET 30*

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $52.22 if paid by 08/13/06

**TOTAL DUE:**   $5,222.40

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this extends legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0094

cb: Drywall - MDL 2047
100094 - Smoky Mountain Materials, Inc.

# Purchase Order 707433-A

### Vendor Number   NORTHP

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

### **** THIS IS A CHANGE ORDER ****

| P.O. Date | Ship Via | | | F.O.B. | Terms |
|---|---|---|---|---|---|
| 7/26/06 | | | | Origin | 1% 10 net 30 |

| | Freight | Req Date | Confirm to | Remarks | |
|---|---|---|---|---|---|
| | | 07/26/06 | 437510 | | N |

| Qty Required | U/M Conv. Date Requested | Req Line No. Description | Our Item No. | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| 544 | EA        / 07/26/06 | DW1212 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5222.40 |

RECEIVED

AUG 0 1 2006

BY:

| | | |
|---|---|---|
| Non Taxable Subtotal | | 5222.40 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | 5222.40 |

ge   1

Duplicate Copy                                   Authorized Signature

SM0095

cb:  Drywall - MDL 2047
100095 - Smoky Mountain Materials, Inc.

# Purchase Order 707433

### Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| Due | Ship Via | F.O.B | Terms |
|---|---|---|---|
| 7/26/06 | | Origin | 1% 10 net 30 |

| | Freight | Req Date | Confirming to | Remark | |
|---|---|---|---|---|---|
| | | 07/26/06 | 6107610 | | N |

| Qty Required | Qty Req/Rec Unit/Item No. Qty Required Description | Unit/Item No. Unit Price | Extended Cost |
|---|---|---|---|
| 612 | EA        /     07/26/06    1/2" 4 X 12 REGULAR DRYWALL | DW1212              9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

ge     1

Vendor Original                          Authorized Signature

SM0096

cb:  Drywall - MDL 2047
100096 - Smoky Mountain Materials, Inc.

# Purchase Order 707433

### Vendor Number  NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

**North Pacific Group, Inc.**
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| P.O. Date | Ship Via | | F.O.B. | Terms |
|---|---|---|---|---|
| 7/26/06 | | | Origin | 1% 10 net 30 |
| | Freight | Req. Date | PO Confirmed | Remarks | Tax |
| | | 07/26/06 | 437510 | | N |

| Qty. Required | Will Ship/Bac. Req. Date Required | Our Item No. Description | Our Item No. | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| | EA        / | DW1212 | | | |
| 612 | 07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

Page    1

Duplicate Copy

Authorized Signature

SM0097

cb:  Drywall - MDL 2047
100097 - Smoky Mountain Materials, Inc.

SM0098

cb: Drywall - MDL 2047

100098 - Smoky Mountain Materials, Inc.

982446/B3876 CVT 4/99

3-PART STOCK FORM NO. B-3876

THIS SHIPPING ORDER   must be legibly filled in, in ink, in indelible Pencil, or in
Carbon, and retained by the Agent.

Shipper's No. 437510

Carrier's Name: Emerald Coast - 37/37                    Carrier's No.

Port of Pensacola   (Date)   8-1-06   FROM 720 A S Barracks St. Pens Fl

Consigned TO Emerald Coast Building Materials

Destination   8040 Palatox St.   Pensacola

County ____ Fl ____ Street ____ City ____ Zip

Route ____

Delivering Carrier ____   Car or Vehicle Initials and No. ____

Collect on Delivery $ ____   And Remit to ____

| No. Packages | H.M. | Kind of Package, Description of Articles | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 8 | | Brd  1/2" X 4' X 12' Gypsum Drywall | 45,988  lbs | | |
| | | @  47L | 5910  lb | | |
| | | Customer P.O.  707433 | 52,557  lbs | | |
| | | | | | |
| | | Time  10:05 AM | | | |
| | | Load must be tarped | | | |

C.O.D.  Charges to be
Paid by:
☐ Shipper   ☐ Consignee

for North Pacific Group   Shipper, Drawa Ward

Agent must detach and retain
this Shipping Order and must sign
the Original Bill of Lading

Permanent post-office
address of shipper,

2

AUG-15-2006(TUE) 08:52                                   8776812331                          P. 006/007
     Rx Date/Time    AUG-11-2006(FRI) 13:29                                                   P. 001
8/11/06. 11:31AM PST  ->  8656378762                                      Pg 1/1

# ⚡ North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 38367
Tel: 601-735-3051
Fax: 601-735-2602
www.northpacific.com

| INVOICE |
|---|
| 0043751101 |

Invoice Date: 08/11/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8291
Fax #: (855)637-8782
Page: 1 of 1

## PLEASE REMIT TO:

North Pacific
PO Box 643226
Cincinnati, OH 45264-3226
USA

BILL TO:

Smoky Mountain Materials Inc
DBA Emeaeld Coast Building Materials
5218 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
CPU @ PATE STEVEDORE
Pensacola FL 32526

| P.O.#: 707475 | | Job #: 218 | | Ordered By: | | | |
|---|---|---|---|---|---|---|---|
| Ship Date: 08/10/06 | | Ship Via: Truck | | B/L #: | | | |
| Frt. Term: Cust Pickup | | Ref. #: PENSACOLA FL/16562 | Sales Agent: TRowell | | Orig. Inv #: | | |
| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT | |
| 812 | PC | BGWGYAAA120504   1/2 4x12 | | 29.3760 | 200.00 /MSF | 5,875.20 | |
| | | Gypsum Drywall A Grade | | | | | |
| | | | SUBTOTAL: | | | 5,875.20 | |
| | | THANK YOU FOR THE ORDER! | | | | | |
| | | A cash discount is not an automatic discount. It is an incentive to | | | | | |
| | | pay within specified time. Unearned discounts will not be allowed. | | | | | |

NET 30

TERMS: 1% CD ADF 10 days ADI, net 30 days ADI
        You may deduct $58.75 if paid by 08/21/06

| TOTAL DUE: | 55,875.20 |
|---|---|

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.C. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0099

cb: Drywall - MDL 2047
     100099 - Smoky Mountain Materials, Inc.

# Purchase Order 707475

### Vendor Number  NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| P.O. Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 8/04/06 | | Origin | 1% 10 net 30 |

| Order Via Phone | Tax Exp | Confirming To | Reorder | N |
|---|---|---|---|---|
| | 08/04/06 | | | |

| Qty Required | UM Date / Date Required | Product No / Description | | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| 612 | EA          /<br>08/04/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

|  | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

Page    1

Duplicate Copy  (Reprinted)                    Authorized Signature

SM0100

cb:  Drywall - MDL 2047
100100 - Smoky Mountain Materials, Inc.

00/04/06 05:54:10    NorthPacificGrp,Inc->    423 929 9787  RightFax    Page 001

#24

Mon.


# North Pacific

www.northpacific.com

# Facsimile Transmission

TO:     Name:        Bill
        Company:
        Fax Number: 1-850-471-6294
        Voice Phone:

From:   Name:        Todd Rowell
        Fax Number:
        Voice Phone:  1-800-378-3268//601-671-3268


## Fax Notes:

PICK-UP #'S
✓437511  707475
✓432784  707476 -
✓432785  707477
 432786  707478
 432787  707479
 432788  707480
 432789  707481
 432790  707482
 432791  707483
 432792  707484
 432793  707485
 432794  707486
 432795  707487

PO#'s

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268


Date and time of transmission: ‹WHENFAXED›
Number of pages including this cover sheet: 01

SM0101

cb: Drywall - MDL 2047
100101 - Smoky Mountain Materials, Inc.

# Purchase Order  707475

Vendor Number  NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| P.O. Date | Ship Via | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| 08/04/06 | | | Origin | |
| Buyer | Freight | Item Date | Confirmation | Difference | N |
| | | 08/04/06 | | | |

| Qty. Required | U/M Dept. Item No. Year Item No. Date Received Description | | Location No. | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| 612 | EA          /   08/04/06 | DW1212   1/2" 4 X 12 REGULAR DRYWALL | | ▬▬ | ▬▬ |

| | |
|---|---|
| Non Taxable Subtotal | ▬▬ |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | ▬▬ |

Page   1

Vendor Original  (Reprinted)

Authorized Signature

SM0102

cb:  Drywall - MDL 2047
100102 - Smoky Mountain Materials, Inc.

982446/83876 CVT 4/99

3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filled in, in Ink, in Indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 4375r1

Carrier's Name: Emerald Coast 37/37/T          Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola (Date) 8-07-06 FROM 720A S Barracks St Pens

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said Bill of Lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only)

Consigned TO Emerald Coast Buildin Materials

Destination 8040 Palafox St     Street     Pensacola     City

_____ County     FL State     Zip

Delivery
Route     Address ★

Delivering Carrier     Car or Vehicle Initials and No.

Collect on Delivery $ _____ And Remit to _____

_____ Street     _____ City     _____ State

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor)

**C.O.D.** Charges to be Paid by □ Shipper □ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on property described hereon.

_____ Agent or Cashier

(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Bdl | | 1/2" x 4' x 12" Gypsum Board | 59,127 lbs | | |
| | | @ 612 Pcs | | | |
| | | Customer PO: 702475 | | | |
| | | | | | |
| | | Time 1:30 | | | |
| | | must be tarped | | | |

†The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

†Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Nate Steve Gore Co     Shipper, Per     W. Jones

for North Pacific Group

Permanent post-office
address of shipper.

☞ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

2

cb: Drywall - MDL 2047
100103 - Smoky Mountain Materials, Inc.

AUG-15-2006(TUE) 08:51                                                    P. 002/007
      Rx Date/Time    AUG-11-2006(FRI) 13:26        8776812331             P. 001
08/11/06  11:28AM PST  ->  8656378762                          Pg 1/1

# North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

PLEASE REMIT TO:
North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

| INVOICE | |
|---|---|
| 0043278401 | |

Invoice Date: 08/11/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8281
Fax #: (865)637-8762
Page: 1 of 1

BILL TO:

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5218 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
CUSPU PATE STEV
Pensacola FL 32526

| P.O.#: | | Job #: 218 | | Ordered By: | | |
|---|---|---|---|---|---|---|
| Ship Date: 08/10/06 | | Ship Via:Truck | | B/L #: | | |
| Frt. Term: Del/Frt Ppd | | Ref. #:  PO # 185824 | | Sales Agent: TRowell | | Orig. Inv #: |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 612 | PC | BGWGYAAA120504   1/2 4x12 | 29.3760 | 200.00  /MSF | 5,875.20 |
| | | Gyppum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to | | | |
| | | pay within specified time. Unearned discounts will not be allowed. | | | |

_Net 30_ (handwritten)

TERMS:  1% CD 10 days ADI, net 30 days ADI
        You may deduct $58.75 if paid by 08/21/06

| TOTAL DUE: | $5,875.20 |
|---|---|

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

Received Time Aug. 15   9:15AM

SM0104

cb:  Drywall - MDL 2047
     100104 - Smoky Mountain Materials, Inc.

# Purchase Order 707476

## Vendor Number  NORTHP

emerald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| Date | Ship Via | FOB | Terms |
|---|---|---|---|
| 8/04/06 | | Origin | 1% 10 net 30 |

| | Freight | Req Date | Confirming To | Remarks | |
|---|---|---|---|---|---|
| | | 08/04/06 | | | N |

| Qty Required | U/M Date / Date Received | Req No Qty Order NR Description | Our Item No | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| 612 | EA / 08/04/06 | DW1212 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

|  |  |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

ge    1

Duplicate Copy  (Reprinted)                         Authorized Signature

SM0105

cb:  Drywall - MDL 2047
100105 - Smoky Mountain Materials, Inc.

00/04/06 05:54:18     NorthPacificGrp,Inc->     423 929 9787  RightFax        Page 001   #37

MON.



## North Pacific

www.northpacific.com

## Facsimile Transmission

To:      Name:     Bill
         Company:
         Fax Number: 1-850-471-6294
         Voice Phone:

From:    Name:     Todd Rowell
         Fax Number:
         Voice Phone:  1-800-378-3268//601-671-3268

nits  Done  Fax Notes:

PICK-UP #'S
437511  707475
432784  707476
432785  707477
432786  707478          PO #'S
432787  707479
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

SM0106

cb: Drywall - MDL 2047
100106 - Smoky Mountain Materials, Inc.

# Purchase Order 707476

**Vendor Number   NORTHP**

Emerald Coast Bldg Materials Pcola
040 North Palafox Street
Pensacola, FL  32534

elephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| P.O. Date | Ship Via | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| 08/04/06 | | | | |
| Buyer | Freight | Plac. Ord. Date | Confirm to | Terms | N |
| | | 08/04/06 | | | |

| Qty. Required | U/M Date Required | Our Item No. Description | Our Item No. | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| | EA    / | | DW1212 | | |
| 612 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | ▬▬ | ▬▬ |

| | | |
|---|---|---|
| Non Taxable Subtotal | | ▬▬ |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | ▬▬ |

age     1

**Vendor Original  (Reprinted)**

**Authorized Signature**

SM0107

cb:  Drywall - MDL 2047
100107 - Smoky Mountain Materials, Inc.

SM0108

cb: Drywall - MDL 2047
100108 - Smoky Mountain Materials, Inc.

'3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filed in, in Ink, In Indelible Pencil, or in
Carbon, and retained by the Agent.

Shipper's No. _____

Carrier's Name: Emerald Coast 37 / 377                    Carrier's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this bill of lading.

at Pada Parrish (Date) 8-7-06 FROM

Consigned TO Emerald Coast

Destination 8046 Palafox St   Street   Pensacola   City

Route _____ County _____ State _____ Zip _____

Delivery Address ★

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Retail to _____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9Bdl | | ½" x 4' x12' Gypsum Board | 59127/25 | | |
| | | @ 6.12/ea | | | |
| 50 | | PO# 10741/6 | | | |
| | | Time 0900 | | | |
| | | ↓ 50 to ea.oo | | | |

**C. O. D.** Charges to be
Paid by
☐ Shipper   ☐ Consignee

Shipper Per _____

☞ Agent must detach and retain this Shipping Order, and must sign the Original Bill of Lading.

Permanent post-office address of shipper. _____

2

AUG-15-2006(TUE) 08:51
Rx Date/Time    AUG-11-2006(FRI) 13:28
08/11/06 11:29AM PST  ->  8656376762                    8778812331                    Pg 1/1                    P. 004/007
                                                                                                                P. 001

# North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

| INVOICE |
|---|
| 004327B501 |

Invoice Date: 08/11/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8281
Fax #: (865)637-8762
Page: 1 of 1

## PLEASE REMIT TO:

North Pacific
PO Box 643228
Cincinnati, OH 45264-3228
USA

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emearld Coast Building Materials
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CPU PATE STEVEDORE
Pensacola FL 32526

| P.O.#: 707477 | | Job #: 218 | | Ordered By: | | | |
|---|---|---|---|---|---|---|---|
| Ship Date: 08/10/06 | | Ship Via: Truck | | B/L #: | | | |
| Frt. Term: Cust Pickup | | Ref. #:  PENSACOLA FL/18582 | Sales Agent: TRowell | | Orig. Inv #: | | |
| **QUANTITY SHIPPED** | **UOM** | **ITEM / DESCRIPTION** | | **CONVERTED QUANTITY** | **PRICE / UOM** | **EXTENDED AMOUNT** | |
| 612 | PC | BGWGYAAA120504   1/2 4x12 | | 29.3760 | 200.00  /MSF | 5,875.20 | |
| | | Gypsum Drywall A Grade | | | | | |
| | | | SUBTOTAL: | | | 5,875.20 | |
| | | THANK YOU FOR THE ORDER! | | | | | |
| | | A cash discount is not an automatic discount. It is an incentive to | | | | | |
| | | pay within specified time. Unearned discounts will not be allowed. | | | | | |

*Net 30*

**TERMS:** 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 08/21/06

| TOTAL DUE: | $5,875.20 |
|---|---|

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above part. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0109

cb: Drywall - MDL 2047
100109 - Smoky Mountain Materials, Inc.

# Purchase Order 707477

**Vendor Number   NORTHP**

Emerald Coast Bldg Materials Pcola
40 North Palafox Street
Pensacola, FL 32534

Telephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL 32534

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 8/04/06 | | Origin | 1% 10 net 30 |

| Buyer | Req Date | Confirming | Remarks |
|---|---|---|---|
| | 08/04/06 | | N |

| Qty Ordered | U/M | Date Required | Our Item No. / Date Requested Description | Unit Remarks | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|
| 612 | EA | 08/04/06 | DW1212 / 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

Page 1

**Duplicate Copy  (Reprinted)**

Authorized Signature

SM0110

cb:  Drywall - MDL 2047
100110 - Smoky Mountain Materials, Inc.

*Mon.*



www.northpacific.com

# Facsimile Transmission

```
To:    Name:    Bill
       Company:
       Fax Number: 1-850-471-6294
       Voice Phone:

From:  Name:    Todd Rowell
       Fax Number:
       Voice Phone: 1-800-378-3268//601-671-3268
```

**Fax Notes:**

```
PICK-UP #'S
435711   707475
432784   707476
432785   707477        PO #'S
432786   707478
432787   707479
432788   707480
432789   707481
432790   707482
432791   707483
432792   707484
432793   707485
432794   707486
432795   707487
```

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: ‹WHENFAXED›
Number of pages including this cover sheet: 01

SM0111

cb:  Drywall - MDL 2047
100111 - Smoky Mountain Materials, Inc.

# Purchase Order 707477

**Vendor Number  NORTHP**

Emerald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL 32534

elephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| P.O. Date | Ship Via | | Terms | 1% 10 net 30 |
|---|---|---|---|---|
| 08/04/06 | | Origin | | |
| Buyer | Freight | Confirmation to | | N |
| | | 08/04/06 | | |

| Qty. Required | U/M Dept. Req No. Your Item No. | Description | Identification No. | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| | EA          / | | DW1212 | | |
| 612 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | ▬▬▬ | ▬▬▬ |

| | |
|---|---|
| Non Taxable Subtotal | ▬▬▬ |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

Page  1

**Vendor Original  (Reprinted)**

**Authorized Signature**

SM0112

cb:  Drywall - MDL 2047

100112 - Smoky Mountain Materials, Inc.

982446/B3876 CVT 4/99

3-PART STOCK FORM NO: B-3876

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 43278

Carrier's Name: Emerald Coast 37/37                          Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola (Date) 8-07-06 FROM 710 A S. Barracks St Pensacola

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company, (the word company being throughout this contract for meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway or rocks, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth, in the classification or tariff which governs the transportation of this and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO Emerald Coast Buildin Material
     On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

(Mail or street address for purposes of notification only.)

Destination 3040 Palafox St                Pensacola
     _____County_____Street_____City

     _____State_____Zip

Route

Delivery Address

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

     Street                          City                          State

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor.)

**C. O. D.** Charges to be Paid by ☐ Shipper   ☐ Consignee

If charges are to be prepaid, stamp here, "To Be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Bdls | | ½" x 4' x 12' Gypsum Board | 59,127 lbs | | |
| | | @ 612 pcs | | | |
| | | PO: 707477 | | | |
| | | | | | |
| | | Time: 10:55 AM | | | |
| | | Must be tarped | | | |

Received $ _____ in prepayment of the charges on property described hereon.

Agent or Cashier

Per _____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced: $

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

‡ "The fibre containers used for this conform to the specifications set forth in box maker's certificate thereon, and all requirements of Rule 41 of the Uniform Freight Classification."

‡ Shipper's imprint in lieu of stamp; not part of bill of lading approved by the Commerce Commission.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

ate Stevedore Co
for North Pacific Group Shipper, Per Shaun Ward

ⓇⒺⓈ Agent must detach and retain this Shipping Order, and must sign the Original Bill of Lading.

Permanent post-office address of shipper.

X Davi...

2

SM0113

cb:  Drywall - MDL 2047
100113 - Smoky Mountain Materials, Inc.

AUG-15-2006(TUE) 08:51
Rx Date/Time     AUG-11-2006(FRI) 13:25                    8778812331                          P.001/007
8/11/06 -11:27AM PST  ->  8656378762                                    Pg 1/1                  P.001

## North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39387
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

**INVOICE**

0043278601

Invoice Date: 08/11/08
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8281
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643228
Cincinnati, OH  45264-3228
USA

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CPU-PATE STEVEDORE
Pensacola FL 32526

| P.O.#: 707478 | Job #: 218 | Ordered By: | | | |
|---|---|---|---|---|---|
| Ship Date: 08/10/08 | Ship Via:Truck | B/L #: | | | |
| Frt. Term: Cust Pickup | Ref. #: PENSACOLA, FL/1859 | Sales Agent: TRowell | | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 812 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | |

NET 30

TERMS: 1% CD 10 days ADI, net 30 days ADI
       You may deduct $58.75 if paid by 08/21/06

**TOTAL DUE:**   $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0114

# Purchase Order  707478

### Vendor Number  NORTHP

merald Coast Bldg Materials Pcola
)40 North Palafox Street
'ensacola, FL  32534

'elephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| Order Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 8/04/06 | | Origin | 1% 10 net 30 |

| Buyer | Freight | Req Date | Confirm To | Remarks |
|---|---|---|---|---|
| | | 08/04/06 | | N |

| Qty Ordered | U/M Rcvd  Req No  Date Req'd | Item No  Description | Our Item No | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| 612 | EA      /  08/04/06 | DW1212  1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

age    1

Duplicate Copy  (Reprinted)                    Authorized Signature

SM0115

cb:  Drywall - MDL 2047
100115 - Smoky Mountain Materials, Inc.

00/04/06 05:54:10    NorthPacificGrp,Inc->      423 929 9707   RightFax          Page 001

*Mon.*

 **North Pacific**

www.northpacific.com

# Facsimile Transmission

To:   Name:    Bill
      Company:
      Fax Number: 1-850-471-6294
      Voice Phone:

From:  Name:    Todd Rowell
       Fax Number:
       Voice Phone: 1-800-378-3268//601-671-3268

## Fax Notes:

PICK-UP #'S
✓437511  707475
✓432784  707476
✓432785  707477
 432786  707478
 432787  707479
 432788  707480
 432789  707481
 432790  707482
 432791  707483
 432792  707484
 432793  707485
 432794  707486
 432795  707487

} PO#'s

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

SM0116

cb: Drywall - MDL 2047
100116 - Smoky Mountain Materials, Inc.

# Purchase Order 707478

### Vendor Number NORTHP

Emerald Coast Bldg Materials Pcola
)040 North Palafox Street
ensacola, FL 32534

elephone 850/471-6291

To:
North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:
Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL 32534

| P.O. Date | Ship Via | Origin | 1% 10 net 30 |
|---|---|---|---|
| 08/04/06 | | | |
| Buyer | Freight | Req. Date | Confirming | Remit | N |
| | | 08/04/06 | | | |

| Qty. Required | U/M Date Required | Description | | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| | EA    / | | DW1212 | ▬▬▬ | ▬▬▬ |
| 612 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | | |

| | | |
|---|---|---|
| Non Taxable Subtotal | | ▬▬▬ |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | ▬▬▬ |

Page   1

Vendor Original  (Reprinted)

Authorized Signature

SM0117

cb:  Drywall - MDL 2047
100117 - Smoky Mountain Materials, Inc.

SM0118

cb: Drywall - MDL 2047
100118 - Smoky Mountain Materials, Inc.

3-PART STOCK FORM NO. B-3876

THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible Pencil, or in...

Shipper's No. 432786

Carrier's Name: Emerald Coast 37/37

Carrier's No.

at _____ Date 8-01-06 FROM 720 AS Enneahs St

Consigned TO Emerald Coast Drywall McTavish

Destination _____ Pens

Route _____

Delivering Carrier _____

Collect on Delivery $ _____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 96 | | 1/2" x 4' x 12' Gypsum Board | 59,127 | 6 | |
| | | @ 6/12 Pcs | | | |
| | | PO 707478 | | | |
| | | | | | |
| | | Temp: 758 0M | | | |
| | | Mr Abe Tara | | | |

Pate Warehouse Co
Mr North Pacific Group    Shipper, Per Sharon Owens

Permanent post-office
address of shipper.

C.O.D.

Agent must detach and retain
this Shipping Order, which must also
the Original Bill of Lading.

2



AUG-15-2006(TUE) 08:51   RX Date/Time   AUG-11-2006(FRI) 13:28                    P.005/007
08/11/06 11:30AM PST → 8656378762         8778812331              Pg 1/1            P.001

**North Pacific**

SOUTHERN
P.O. Box 391
Waynesboro, MS 39367
Tel 601-735-6051
Fax 601-735-2602
www.northpacific.com

## INVOICE

0043278701

Invoice Date: 08/11/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8281
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

**BILL TO:**
Smoky Mountain Materials Inc
DBA Emeeld Coast Building Materials
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**
Smoky Mountain Materials Inc
PATE STEV.
Pensacola, FL 32526

| P.O.#: 707479 | | Job #: 210 | Ordered By: | | | |
|---|---|---|---|---|---|---|
| Ship Date: 08/10/06 | | Ship Via: Truck | B/L #: | | | |
| Frt. Term: Cust Pickup | | Ref. #:  PENSACOLA, FL/4327 | Sales Agent:  TRowell | | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 812 | PC | BGWGYAAA120504    1/2 4x12 Gypsum Drywall A Grade | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | |

Net 30

**TERMS:** 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 08/21/06

**TOTAL DUE:** $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgement issued in connection with this sale.

SM0119

cb:  Drywall - MDL 2047
100119 - Smoky Mountain Materials, Inc.

# Purchase Order 707479

## Vendor Number  NORTHP

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| Date | Ship Via | | F.O.B. | Terms |
|---|---|---|---|---|
| 8/04/06 | | | Origin | 1% 10 net 30 |

| Salesman | Freight | Req Date | Confirmation | Remarks | |
|---|---|---|---|---|---|
| | | 08/04/06 | | | N |

| Qty Required | U/M Part / Description | Our Item No | Unit Price | Extended |
|---|---|---|---|---|
| | | DW1212 | | |
| 612 | EA   /   08/04/06   1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

ge    1

Duplicate Copy  (Reprinted)                    Authorized Signature

SM0120

cb:  Drywall - MDL 2047
100120 - Smoky Mountain Materials, Inc.

00/04/06 05:54:10    NorthPacificGrp,Inc->      423 929 9787  RightFax        Page 001

*MON.*



www.northpacific.com

# Facsimile Transmission

To:   Name:    Bill
      Company:
      Fax Number: 1-850-471-6294
      Voice Phone:

From:  Name:    Todd Rowell
       Fax Number:
       Voice Phone:  1-800-378-3268//601-671-3268

Fax Notes:

PICK-UP #'S
437511  707475
432784  707476
432785  707477
432786  707478
432787  707479
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487

PO #'S

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

SM0121

cb:  Drywall - MDL 2047
100121 - Smoky Mountain Materials, Inc.

# Purchase Order 707479

### Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:
North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:
Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| P.O. Date | Ship Via | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| 08/04/06 | | | Origin | |
| Buyer | Freight | Req. No. | Confirming | N |
| | | 08/04/06 | | |

| Qty. Required | U/M Dept. Date Required | Req. No. Description | Your Item No. | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| 612 | EA    / 08/04/06 | DW1212 1/2" 4 X 12 REGULAR DRYWALL | | ▬ | ▬ |

| | | |
|---|---|---|
| Non Taxable Subtotal | | ▬ |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | |

Vendor Original  (Reprinted)

Authorized Signature

SM0122

cb:  Drywall - MDL 2047
100122 - Smoky Mountain Materials, Inc.

SM0123

cb: Drywall - MDL 2047
IOO123 - Smoky Mountain Materials, Inc.

SHPART STOCK FORM NO. B-3876

THIS SHIPPING ORDER ,must be legibly filed in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 432787

Carrier's Name Emerald Coast 2481

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Pat Pensacol (Date) 08-08-06 FROM 720 A S Barcelo St

Consigned TO Emerald Coast Building Materials

Destination 8040 Palafox St  Street  Pensacola  City

Route  County  Delivery Address ★  State  Zip

Delivering Carrier  Car or Vehicle Initials and No.

Collect on Delivery $  And Remit to

Street  City  State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 944 | | ½" x ¼ x 12' Gypsun Board | 59,127 | | |
| | | P 612 Poo | | | |
| | | P 707470 | | | |
| | | Time 8:25 AM | | | |
| | | Must be Tarped | | | |

Late Stevedore ao for North Pacific Group  Shipper Per Shawn Davis

Permanent post-office address of shipper.

C.O.D. charges to be Paid by
☐ Shipper  ☐ Consignee

Agent must detach and retain the Shipping Order and must sign the Original Bill of Lading.

2

AUG-30-2006(WED) 10:01                                                    P. 001/001
    Rx Date/Time    AUG-30-2006(WED) 09:17          8778812331            P. 001
8/30/06 06:20AM PST  ->  8856378762                         Pg 1/1

## North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 38387
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

**INVOICE**

0043279101

| | |
|---|---|
| Invoice Date: | 08/30/06 |
| Account #: | SMOKY001 0001 |
| Branch/Division: | 40301001 |
| Phone #: | (850)471-6291 |
| Fax #: | (865)637-8762 |
| Page: | 1 of 1 |

**PLEASE REMIT TO:**

North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CPU PATE STEVEDORE
Pensacola FL 32526

| P.O.#: 707483 | Job #: 218 | Ordered By: | | | |
|---|---|---|---|---|---|
| Ship Date: 08/29/06 | Ship Via: Truck | B/L #: | | | |
| Frt. Term: Cust Pickup | Ref. #:  PENSACOLA, FL/1659/Sales Agent:  TRowell | | Orig. Inv #: | | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| | | Claim adjustment amount due to 32 pcs being split | | | |
| 612 | PC | SGWGYAAA120504    1/2 4x12 | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |
| | | Claim Adjustment | | | -307.20 |

THANK YOU FOR THE ORDER!
A cash discount is not an automatic discount. It is an incentive to
pay within specified time. Unearned discounts will not be allowed.

*[handwritten: Adjusting for 34 pcs damaged. Told w/North Pacific to make adj to be $316.40  8/30/06]*

*[handwritten circled: 5548.80]*

**TERMS:** 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 09/09/06

| TOTAL DUE: | $8,568.00 |
|---|---|

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per
month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be
assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction
will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for
ultimate destination in the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This
sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0124

# Purchase Order 707483-A

## Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

**** THIS IS A CHANGE ORDER ****

| | Ship Via | | F.O.B. | | |
|---|---|---|---|---|---|
| 8/04/06 | | | Origin | | 1% 10 net 30 |
| Buyer | Freight | Prepaid | Confirming To | Reason | N |
| | | 08/04/06 | | | |
| Qty Ordered | U/M Date Req. Rcv. Vendor No. Date Required | Description | Our Item No. | Unit Cost | Extended Cost |
| 578 | EA          /<br>08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | 9.600 | 5548.80 |

Rec. 8/24/06

| | | | |
|---|---|---|---|
| | Non Taxable Subtotal | 5548.80 |
| | Taxable Subtotal | 0.00 |
| | Tax | 0.00 |
| | Total | 5548.80 |

Page    1

Duplicate Copy                    Authorized Signature

SM0125

cb:  Drywall - MDL 2047
100125 - Smoky Mountain Materials, Inc.

00/01/06 05:54:18    NorthPacificGrp,Inc->     423 929 9707  RightFax          Page 001

*MON.*



www.northpacific.com

# Facsimile Transmission

To:     Name:     Bill
        Company:
        Fax Number: 1-850-471-6294
        Voice Phone:

From:   Name:     Todd Rowell
        Fax Number:
        Voice Phone:  1-800-378-3268//601-671-3268


Fax Notes:

PICK-UP #'S
437511   707475
432784   707476
432785   707477
432786   707478       *PO#'S*
432787   707479
432788   707480
432789   707481
432790   707482
432791   707483
432792   707484
432793   707485
432794   707486
432795   707487

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268


Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01


SM0126

cb:  Drywall - MDL 2047
100126 - Smoky Mountain Materials, Inc.

# Purchase Order 707483

**Vendor Number   NORTHP**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:
North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:
Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| P.O. Date | Ship Via | Origin | 1% 10 net 30 |
|---|---|---|---|
| 08/04/06 | | | |
| Buyer | Freight | Due Date | Confirm To | N |
| | | 08/04/06 | | |

| Qty. Required | U/M Part No. / Rev No. Date Required Description | Condition No. | Unit Cost | Extended |
|---|---|---|---|---|
| 612 | EA  / <br> 08/04/06 | DW1212 <br> 1/2" 4 X 12 REGULAR DRYWALL | ~~____~~ | ~~____~~ |

| | | |
|---|---|---|
| Non Taxable Subtotal | | ~~____~~ |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | |

Page   1

**Vendor Original  (Reprinted)**                    Authorized Signature

SM0127

cb:  Drywall - MDL 2047
100127 - Smoky Mountain Materials, Inc.

# Purchase Order 707483

## Vendor Number   NORTHP

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL 32534

elephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 8/04/06 | | Origin | 1% 10 net 30 |

| | Order Date | Req Date | Confirm To | Remarks | |
|---|---|---|---|---|---|
| | | 08/04/06 | | | N |

| Qty Ordered | Unit Date Ordered Date Received | Your Item No. Description | Our Item No. | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| 612 | EA  /  08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | 9.600 | 5875.20 |

*578*

*3¢ per DAMAGED (CRAKED) IN 1/2*

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

ge   1

Vendor Original  (Reprinted)                    Authorized Signature

SM0128

cb:  Drywall - MDL 2047
100128 - Smoky Mountain Materials, Inc.

# Purchase Order 707483

### Vendor Number  NORTHP

Emerald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| Order Date | Ship Via | | | Terms |
|---|---|---|---|---|
| 8/04/06 | | | Origin | 1% 10 net 30 |

| Buyer | Freight | Req. Date | Confirming To | Taxable |
|---|---|---|---|---|
| | | 08/04/06 | | N |

| Qty. Ordered | UM | Item No. | Unit Cost | Extended Cost |
|---|---|---|---|---|
| | Date Required | Description | | |
| 612 | EA      / | DW1212 | 9.600 | 5875.20 |
| | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | |

| | | |
|---|---|---|
| Non Taxable Subtotal | | 5875.20 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | |

age    1

**Duplicate Copy  (Reprinted)**          Authorized Signature

SM0129

cb:  Drywall - MDL 2047
100129 - Smoky Mountain Materials, Inc.

SM0130

cb: Drywall - MDL 2047
100130 - Smoky Mountain Materials, Inc.

THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

3-PART STOCK FORM NO. B-9876

Shipper's No. 432791

Carrier's Name: Emerald Coast Trk 37

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola (date) 8-23-06 FROM 720A Skunko St

Consigned TO Emerald Coast Building Material

Destination 5040 Palafox St Pensacola

County _____ State FL Zip

Route

Delivering Carrier _____ Car or Vehicle Initials and No.

Collect on Delivery $ _____ And Item No.

C.O.D. Charges to be
Paid by ☐ Shipper ☐ Consignee

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Bdls | | ½" x 4' x 12' Gypsum Board | 59,124 | 1 | |
| | | @ 612 PCS | | | |
| | | PO # 707483 | | | |
| | | | | | |
| | | Time: 9:10 AM | CONCEALED DAMAGE | 36 PCS | |
| | | Must be Taped | | | |

Plate Stevedore for North Pacific Group

Permanent post-office address of shipper.

The Agent must detach and retain the Shipping Order and must sign Original Bill of Lading.

2