UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| THE MITCHELL COMPANY, INC. v. KNAUF GIPS, KG; et al.; Case No. 09-cv-4115 | MAG. JUDGE WILKINSON |

### DECLARATION OF ROBERT SCHARF

STATE OF N.Y.

COUNTY OF Nassau

I, Robert Scharf, after having been first duly sworn, state and affirm as follows:

1. My name is Robert Scharf, and I am over the age of nineteen (19) years and make this declaration upon my personal knowledge.

2. Attached as Exhibit A hereto is the deposition which I gave in the case of *Langham v. Devon International; et al.*

3. My testimony in the *Langham* case was under oath, and my testimony was truthful to the best of my ability. The facts set forth in the deposition are true and correct based upon my personal knowledge and recollection.

*/s/ Robert Scharf*
Robert Scharf