UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

---

IN RE CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THIS DOCUMENT RELATES TO:

THE MITCHELL COMPANY, INC. v.
KNAUF GIPS, KG; et al.; Case No. 09-cv-4115

and

PAYTON; et al. v. KNAUF GIPS, KG; et al.
Case No. 09-07628

MDL No. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

---

## DECLARATION OF JONATHON LAW

STATE OF ALABAMA

COUNTY OF BALDWIN

Before me, the undersigned authority, personally appeared Jonathon Law who, having

been first duly sworn, doth depose and say as follows:

    1.    My name is Jonathon Law, and I am a licensed practicing attorney in Daphne,

Alabama.

    2.    Attached to the Declaration of Kristen Law Sagafi are documents bearing the

following Bates numbers:

DEVON 00002 - DEVON 00017

-1-

DEVON 00438

DEVON 00449-50

DEVON 00452

DEVON 00645

DEVON 00658

DEVON 00663

DEVON 00951

DEVON 00571-77

DEVON 00581-86.

These documents were part of a group of documents produced to me by Devon International in that matter styled *Langham v. Devon International; et al.*, Case No. CV-2009-900948, Circuit Court of Baldwin County, Alabama, pursuant to a request for production in that litigation.  The documents were produced on or about February 11, 2011 by counsel defending Devon in that matter.

3.      I swear under penalty of perjury of the laws of the State of Alabama and the United States that the foregoing is true and accurate to the best of my ability.

4.      Further affiant sayeth not.

_____

JONATHON LAW

Sworn to and subscribed before me on this  11th  day of May, 2012.

_____

Notary Public

My commission expires:

DEBORAH M. GARRISON
NOTARY PUBLIC
STATE OF ALABAMA
MY COMMISSION EXPIRES AUG. 9, 2015

-2-