UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| THE MITCHELL COMPANY, INC. v. KNAUF GIPS, KG; et al.; Case No. 09-cv-4115 | MAG. JUDGE WILKINSON |

DECLARATION OF MIKE JENKINS

STATE OF Georgia

COUNTY OF Bibb

1. My name is Mike Jenkins, and I am President of Rightway Drywall, Inc.

2. In 2006, Rightway Drywall, Inc. installed drywall in several homes in Bilek Manor, Pensacola, Florida, under a purchase order from Mitchell Homes, Inc. A copy of the invoices and purchase orders related to those transactions is attached as Exhibit A hereto.

3. The drywall installed in the subject homes was purchased from Emerald Coast Building Materials in Pensacola Florida shortly before installation in the subject homes.

4. I declare under penalty of perjury that the foregoing is true and correct.

Mike Jenkins

−1−

Sworn to and declared before me on this 30th day of April, 2012.

Cindi S. Taylor, Notary Public, GA, Peach Cty.

