# EXHIBIT A

# Mitchell Homes

Mr. Mike Jenkins                                                    March 3, 2009
Rightway Drywall, Inc.
7425 Cochran Street
Macon, Georgia  31216

Dear Mike,

I hope you can be of some assistance.  I am sure you are aware of the Chinese sheetrock issue in southern Florida.  It appears as though Lennar has taken a direct hit.

We have had some of the same symptoms here in Pensacola.  Specifically, we have experienced repeated replacements of evaporative coils.  This has been confined to one subdivision and to date nine homes.

I have enclosed the sheetrock invoices for the homes experiencing the problem.  My request of you is to enquire with Emerald Coast as to the possibility of these homes containing the suspect sheetrock.

The stories from South Florida are trickling North via the Internet.  We would like to be proactive with our action before the trickle turns flood-like.  Our experience is limited to the replacement of evaporative coils only.

Mike if there is any information you can provide, we would be most appreciative.

Respectfully,

Tom Caldwell
Mitchell homes
Pensacola, Florida

RIGHTWAY 0010

MDL-2047  re Drywall - Mitchell
cb:100710

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date | Customer ID | Invoice ID |
|---|---|---|
| 08/29/2006 | MIT001 | 112710 |

| Draw ID | Work Order | Ship Date |
|---|---|---|
| 2 | | |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 4 B
P/O # 500002513 & 2514

5919 Bilek Drive

Ship Via
None

## INVOICE

| 1 | 82 pc - 1/2" Drywall | 1,517.00 |
|---|---|---|
| 2 | 27 pc Ceiling Drywall | 525.15 |
| 3 | Hang & Finish 109 pc Drywall | 3,243.84 |
| 4 | Hang & Finsh Knock Down Ceiling | 194.40 |

RECEIVED
AUG 3 0 2006
BY



*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

Amount Billed          $5,480.39

Retainage Held

09/08/2006                                          $5,480.39

**RIGHTWAY 0011**

MDL-2047  re Drywall - Mitchell
cb:100711



Page 1

**PURCHASE ORDER**
**500002513**

**JOB NUMBER: 127000004B**
**ORDER DATE: 8/1/2006**

| **VENDOR:** RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:                    Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br>Bilek Manor, Lot 4B<br>5919 Bilek Dr<br>Pensacola FL 32526 |
|---|---|

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|
| G 1016-AP | FREEPORT | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* *35110 DRYWALL LABOR* \*\*\*\*** | | | | |
| 1000 | Hang & Finish Sheetrock | 109.00 | bd | 29.76 | 3,243.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,296.00 | sqft | 0.15 | 194.40 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 3,438.24 |
| Tax | 0.00 |
| **TOTAL ORDER** | **3,438.24** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.          Date _____

Superintendent _____          Date _____

3298 Summit Boulevard     Pensacola   FL   32503          Phone: 850-433-6400   Fax: 850-433-644?

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0012**

MDL-2047 re Drywall - Mitchell
cb:100712



Page 1

## PURCHASE ORDER
### 500002514

**JOB NUMBER: 127000004B**
**ORDER DATE: 8/1/2006**

| **VENDOR:** RIGHTWAY DRYWALL, INC. | **DELIVER TO:** Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:          Fax: | Bilek Manor, Lot 4B<br>5919 Bilek Dr<br>Pensacola FL 32526 |

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|
| G 1016-AP | FREEPORT | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | |
| 1000 | 1/2" Regular Sheetrock | 82.00 | bd | 18.50 | 1,517.00 |
| 1120 | Ceiling Sheetrock | 27.00 | bd | 19.45 | 525.15 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 2,042.15 |
| Tax | ~~153.16~~ |
| **TOTAL ORDER** | ~~2,195.31~~ |

*Jot 2,042.15*

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.     Date _____

Superintendent _____     Date _____

3298 Summit Boulevard      Pensacola   FL   32503          Phone: 850-433-6400  Fax: 850-433-6447

## IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES

**RIGHTWAY 0013**

MDL-2047 re Drywall - Mitchell
cb:100713

08/29/2006 TUE 10:44 FAX → Peggy/Joe Daniels ☒005/006

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA 31095-7017

| Invoice Date | Customer ID | Invoice ID |
|---|---|---|
| 08/29/2006 | MIT001 | 112711 |
| Draw ID | Work Order | Ship Date |
| 2 | | |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 23 C
P/O # 500003348 & 3349

5926 Bilat DUE

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 92 pc - 1/2" Drywall | 1,702.00 |
| 2 | 40 pc Ceiling Drywall | 778.00 |
| 3 | Hang & Finish 132 pc Drywall | 3,928.32 |
| 4 | Hang & Finish Knock Down Ceilings | 236.10 |

RECEIVED
AUG 3 0 2006
BY:

"Do It The Right Way; Let Rightway Do It"
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| | Amount Billed | $6,644.42 |
|---|---|---|
| | Retainage Held | |
| 09/08/2006 | | $6,644.42 |

**RIGHTWAY 0014**

MDL-2047 re Drywall - Mitchell
cb:100714



Page 1

**JOB NUMBER: 127000023C**
**ORDER DATE: 8/9/2006**

| **VENDOR:** RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:          Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br><br>Bilek Manor, Lot 23C<br>5926 Bilek Dr.<br>Pensacola FL 32526 |
|---|---|

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|
| G 1254 A | Delmar | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | | |
| 1000 | Hang & Finish Sheetrock | 132.00 | bd | 29.76 | 3,928.32 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,574.00 | sqft | 0.15 | 236.10 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

|  | |
|---|---|
| Net Order | 4,164.42 |
| Tax | 0.00 |
| **TOTAL ORDER** | **4,164.42** |

Total Price Includes Sales Tax If Applicable.

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.        Date _____        Superintendent _____        Date _____

3298 Summit Boulevard      Pensacola   FL    32503                    Phone:  850-433-6400   Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0015**

MDL-2047  re Drywall - Mitchell
cb:100715



Page 1

JOB NUMBER: 127000023C
ORDER DATE: 8/9/2006

| VENDOR: RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017 WARNER ROBINS, GA 31095-7017 Phone:          Fax: | Bilek Manor, Lot 23C 5926 Bilek Dr. Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 1254 A | Delmar | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | |
| 1000 | 1/2" Regular Sheetrock | 92.00 | bd | 18.50 | 1,702.00 |
| 1120 | Ceiling Sheetrock | 40.00 | bd | 19.45 | 778.00 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 2,480.00 |
| Tax | ~~186.00~~ |
| **TOTAL ORDER** | ~~2,666.00~~ |

$ 2,480.00

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.        Date _____        Superintendent _____        Date _____

3298 Summit Boulevard        Pensacola   FL    32503        Phone: 850-433-6400   Fax: 850-433-644

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0016**

MDL-2047  re Drywall - Mitchell
cb:100716

08/29/2006 TUE 10:44  FAX  →→→ Peggy/Joe Daniels                    ☒006/006

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date | Customer ID | Invoice ID |
|---|---|---|
| 08/29/2006 | MIT001 | 112712 |
| Draw ID | Work Order | Ship Date |
| 2 | | |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 25 C
P/O # 500003350 & 3351

5934 BILEK DRIVE

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 56 pc 1/2" Drywall | 1,036.00 |
| 2 | 28 pc Ceiling Drywall | 544.60 |
| 3 | Hang & Finish 84 pc Drywall | 2,499.84 |
| 4 | Hang & Finish Knock Down Ceilings | 201.60 |

ENTERED

RECEIVED
AUG 3 0 2006
BY:_____

*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| | |
|---|---|
| Amount Billed | $4,282.04 |
| Retainage Held | |

09/08/2006                         $4,282.04

**RIGHTWAY 0017**

MDL-2047  re Drywall - Mitchell
cb:100717



Page 1

**JOB NUMBER: 127000025C**
**ORDER DATE: 8/9/2006**

| **VENDOR:** RIGHTWAY DRYWALL, INC. | **DELIVER TO:** Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:              Fax: | Bilek Manor, Lot 25C<br>5934 Bilek Dr.<br>Pensacola FL 32526 |

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|
| S 922 C | ARBOR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | |
| 1000 | Hang & Finish Sheetrock | 84.00 | bd | 29.76 | 2,499.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,344.00 | sqft | 0.15 | 201.60 |

| | | |
|---|---|---|
| **NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP** | Net Order | 2,701.44 |
| **ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA** | Tax | 0.00 |
| **DE LA OBRA DE CONSTRUCCIÓN** | **TOTAL ORDER** | **2,701.44** |

Total Price Includes Sales Tax If Applicable.

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____

Company: RIGHTWAY DRYWALL, INC.              Date _____              Superintendent _____              Date _____

3298 Summit Boulevard      Pensacola   FL    32503                    Phone: 850-433-6400  Fax: 850-433-647_

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0018**

MDL-2047  re Drywall - Mitchell
cb:100718



Page 1

**JOB NUMBER: 127000025C**
**ORDER DATE: 8/9/2006**

| VENDOR: RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017 WARNER ROBINS, GA 31095-7017 Phone: Fax: | Bilek Manor, Lot 25C 5934 Bilek Dr. Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| S 922 C | ARBOR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | | |
| 1000 | 1/2" Regular Sheetrock | 56.00 | bd | 18.50 | 1,036.00 |
| 1120 | Ceiling Sheetrock | 28.00 | bd | 19.45 | 544.60 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 1,580.60 |
| Tax | ~~118.55~~ |
| **TOTAL ORDER** | ~~1,699.15~~ |

$1,580.60

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____

Company: RIGHTWAY DRYWALL, INC.        Date _____        Superintendent _____        Date _____

3298 Summit Boulevard        Pensacola   FL    32503        Phone: 850-433-6400  Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0019**

MDL-2047 re Drywall - Mitchell
cb:100719

09/05/2006 TUE 16:48 FAX  →→→ Peggy/Joe Daniels                    ☒006/006

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date 09/05/2006 | Customer ID MIT001 | Invoice ID 112748 |
|---|---|---|
| Draw ID 2 | Work Order | Ship Date |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:  Bilek Manor Cottags - Lot 21 C
PO # 500003346 & 3347

5918 BILEK DRIVE

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 92 pc 1/2" Drywall | | 1,702.00 |
| 40 pc Ceiling Drywall | | 778.00 |
| Hang &.Finish 132 pc Drywall | | 3,928.32 |
| 1574 SF Knock Down Ceilings | | 236.10 |

ENTERED

MiKe
1850/SHEET !!!
No cHANGe From last Week !
our Conversation

RECEIVED
SEP - 6 2006

TDM

"Do It The Right Way; Let Rightway Do It"
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:                    Amount Billed       $6,644.42

                             Retainage Held

09/15/2006                                       $6,644.42

**RIGHTWAY 0020**

MDL-2047  re Drywall - Mitchell
cb:100720



Page 1

| | |
|---|---|
| **VENDOR:**  RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:                    Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br>Bilek Manor, Lot 21C<br>5918 Bilek Drive<br>Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 1254-B | DELMAR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* *35110 DRYWALL LABOR* \*\*\*\*** | | | | |
| 1000 | Hang & Finish Sheetrock | 132.00 | bd | 29.76 | 3,928.32 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,574.00 | sqft | 0.15 | 236.10 |

|  | |
|---|---|
| **NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**<br>**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**<br>**DE LA OBRA DE CONSTRUCCIÓN** | Net Order    4,164.42<br>Tax    0.00<br>**TOTAL ORDER    4,164.42** |

Total Price Includes Sales Tax If Applicable.

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____

Company: RIGHTWAY DRYWALL, INC.          Date _____          Superintendent          Date _____

3298 Summit Boulevard      Pensacola  FL    32503          Phone:  850-433-6400   Fax: 850-433-64__

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0021**

MDL-2047  re Drywall - Mitchell<br>cb:100721



Page 1

**PURCHASE ORDER**
**500003347**

**JOB NUMBER:** 127000021C
**ORDER DATE:** 8/9/2006

| **VENDOR:** RIGHTWAY DRYWALL, INC. | **DELIVER TO:** Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:            Fax: | Bilek Manor, Lot 21C<br>5918 Bilek Drive<br>Pensacola FL 32526 |

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|
| G 1254-B | DELMAR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | |
| 1000 | 1/2" Regular Sheetrock | 92.00 | bd | 18.50 | 1,702.00 |
| 1120 | Ceiling Sheetrock | 40.00 | bd | 19.45 | 778.00 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 2,480.00 |
| Tax | ~~186.00~~ |
| **TOTAL ORDER** | ~~2,666.00~~ |

2480.00

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature

by _____          Date _____          Superintendent _____          Date _____
Company: RIGHTWAY DRYWALL, INC.

3298 Summit Boulevard      Pensacola    FL    32503                    Phone:  850-433-6400   Fax: 850-433-64

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0022**

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date 09/12/2006 | Customer ID MIT001 | Invoice ID 112803 |
|---|---|---|
| Draw ID 2 | Work Order | Ship Date |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 5B
P/O #500003387 & 3388

5923 Bilek Drive

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 71 pc - 1/2" Drywall | 1,139.55 |
| 2 | 36 pc Ceiling Drywall | 624.60 |
| 3 | Hang & Finish 107 pc Drywall | 3,184.32 |
| 4 | Hang & Finish 1728 SF Knock Down Ceilings | 259.20 |

ENTERED

SEP 1 3 2006



*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

Amount Billed          $5,207.67

Retainage Held

09/22/2006                                    $5,207.67

**RIGHTWAY 0023**

MDL-2047  re Drywall - Mitchell
cb:100723



Page 1

**PURCHASE ORDER**
**500003388**

JOB NUMBER: 127000005B
ORDER DATE: 8/11/2006

| VENDOR: RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017 WARNER ROBINS, GA 31095-7017 Phone:               Fax: | Bilek Manor, Lot 5B 5923 Bilek Drive Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| S 1200-B | DELAND | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **** *35120 DRYWALL MAT* **** | | | | |
| 1000 | 1/2" Regular Sheetrock | 71.00 | bd | ~~18.50~~ | ~~1,313.50~~ |
| 1120 | Ceiling Sheetrock | 36.00 | bd | ~~19.45~~ | ~~700.20~~ |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | ~~2,013.70~~ |
| Tax | ~~151.03~~ |
| **TOTAL ORDER** | ~~2,164.73~~ |

*handwritten:* $\cancel{2013.70}$

*handwritten:*
71 bd. X = 16.05 = 1139.
36 bd X = 17.35 = 624.4
1764.1

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by
Company: RIGHTWAY DRYWALL, INC.                Date                    Superintendent                    Date

3298 Summit Boulevard     Pensacola  FL   32503          Phone: 850-433-6400  Fax: 850-433-644?

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0024**

MDL-2047  re Drywall - Mitchell
cb:100724



Page 1

| **PURCHASE ORDER** |
|---|
| **500003387** |

**JOB NUMBER: 127000005B**
**ORDER DATE: 8/11/2006**

| **VENDOR:** RIGHTWAY DRYWALL, INC. | **DELIVER TO:** Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:          Fax: | Bilek Manor, Lot 5B<br>5923 Bilek Drive<br>Pensacola FL 32526 |

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|
| S 1200-B | DELAND | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* *35110 DRYWALL LABOR* \*\*\*\*** | | | | |
| 1000 | Hang & Finish Sheetrock | 107.00 | bd | 29.76 | 3,184.32 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,728.00 | sqft | 0.15 | 259.20 |

| **NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP** | | |
|---|---|---|
| **ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA** | Net Order | 3,443.52 |
| **DE LA OBRA DE CONSTRUCCIÓN** | Tax | 0.00 |
| Total Price Includes Sales Tax If Applicable. | **TOTAL ORDER** | **3,443.52** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____

Company: RIGHTWAY DRYWALL, INC.          Date _____          Superintendent _____          Date _____

3298 Summit Boulevard          Pensacola   FL   32503          Phone: 850-433-6400   Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0025**

MDL-2047  re Drywall - Mitchell
cb:100725

09/12/2006 TUE 7:45 FAX  →→→ Peggy/Joe Daniels                              ☒002/007

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date 09/12/2006 | Customer ID MIT001 | Invoice ID 112804 |
|---|---|---|
| Draw ID 2 | Work Order | Ship Date |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 8B
P/O # 500003431 & 3432

5935 Bilek Drive

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 56 pc 1/2" Regular Drywall | 898.80 |
| 2 | 28 pc Ceiling Drywall | 485.80 |
| 3 | Hang & Finish 84 pc Drywall | 2,499.84 |
| 4 | Hang & Finish 1344 SF Knock Down Ceilings | 201.60 |

ENTERED

SEP 1 8 2006

"Do It The Right Way; Let Rightway Do It"
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

Amount Billed          $4,086.04

Retainage Held

09/22/2006                          $4,086.04

**RIGHTWAY 0026**

MDL-2047  re Drywall - Mitchell
cb:100726



Page 1

### PURCHASE ORDER
### 500003432

**JOB NUMBER: 127000008B**
**ORDER DATE: 8/11/2006**

| | |
|---|---|
| **VENDOR:** RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:          Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br>Bilek Manor, Lot 8B<br>5935 Bilek Drive<br>Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 922-A | ARBOR | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | |
| 1000 | 1/2" Regular Sheetrock | 56.00 | bd | ~~18.50~~ | ~~1,036.00~~ |
| 1120 | Ceiling Sheetrock | 28.00 | bd | ~~19.45~~ | ~~544.60~~ |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | ~~1,580.60~~ |
| Tax | ~~118.55~~ |
| **TOTAL ORDER** | ~~1,699.15~~ |

*(handwritten)* JB B 1580.60

*(handwritten)*
56 bd x 16.05 = 898.80
28 bd x 17.35 = 485.80
1384.60

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.                    Date _____    Superintendent _____    Date _____

3298 Summit Boulevard     Pensacola   FL   32503                    Phone: 850-433-6400  Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0027**

MDL-2047 re Drywall - Mitchell
cb:100727



Page 1

**PURCHASE ORDER**
**500003431**

JOB NUMBER: 127000008B
ORDER DATE: 8/11/2006

| VENDOR: RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:            Fax: | Bilek Manor, Lot 8B<br>5935 Bilek Drive<br>Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 922-A | ARBOR | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **** 35110 DRYWALL LABOR **** | | | | |
| 1000 | Hang & Finish Sheetrock | 84.00 | bd | 29.76 | 2,499.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,344.00 | sqft | 0.15 | 201.60 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 2,701.44 |
| Tax | 0.00 |
| **TOTAL ORDER** | **2,701.44** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.          Date _____          Superintendent          Date

3298 Summit Boulevard          Pensacola   FL    32503                    Phone: 850-433-6400   Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0028**

MDL-2047  re Drywall - Mitchell
cb:100728

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA 31095-7017

| Invoice Date 09/12/2006 | Customer ID MIT001 | Invoice ID 112807 |
|---|---|---|
| Draw ID 2 | Work Order | Ship Date |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 20 C
P/O # 5000035~~40 & 35~~41

5914 Bilek Drive

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 82 pc 1/2" Regular Drywall | 1,316.10 |
| 2 | 27 pc Ceiling Sheetrock Drywall | 468.45 |
| 3 | Hang & Finish 109 pc Drywall | 3,243.84 |
| 4 | Hang & Finish 1296 SF Knock Down Ceilings | 194.40 |

ENTERED

SEP 1 3 2006

*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| | Amount Billed | $5,222.79 |
|---|---|---|
| | Retainage Held | |
| 09/22/2006 | | $5,222.79 |

**RIGHTWAY 0029**

MDL-2047 re Drywall - Mitchell
cb:100729



Page 1

**PURCHASE ORDER**
**500003540**

**JOB NUMBER: 127000020C**
**ORDER DATE: 8/14/2006**

| VENDOR: RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017 <br> WARNER ROBINS, GA 31095-7017 <br> Phone:          Fax: | Bilek Manor, Lot 20C <br> 5914 Bilek Dr. <br> Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | | |
| 1000 | Hang & Finish Sheetrock | 109.00 | bd | 29.76 | 3,243.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,296.00 | sqft | 0.15 | 194.40 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 3,438.24 |
| Tax | 0.00 |
| **TOTAL ORDER** | **3,438.24** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.          Date _____          Superintendent _____          Date _____

3298 Summit Boulevard     Pensacola   FL   32503                    Phone: 850-433-6400  Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0030**

MDL-2047  re Drywall - Mitchell
cb:100730



Page 1

**JOB NUMBER:** 127000020C
**ORDER DATE:** 8/14/2006

| **VENDOR:** RIGHTWAY DRYWALL, INC. | **DELIVER TO:** Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:          Fax: | Bilek Manor, Lot 20C<br>5914 Bilek Dr.<br>Pensacola FL 32526 |

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| \*\*\*\* 35120 DRYWALL MAT \*\*\*\* | | | | | |
| 1000 | 1/2" Regular Sheetrock | 82.00 | bd | 18.50 | 1,517.00 |
| 1120 | Ceiling Sheetrock | 27.00 | bd | 19.45 | 525.15 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| Net Order | 2,042.15 |
|---|---|
| Tax | 153.16 |
| **TOTAL ORDER** | 2,195.31 |

*[handwritten]* 82 bd × 16.05 = 1316.1
*[handwritten]* 27 bd × 17.35 = 468.
*[handwritten]* 1784.5

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.          Date _____          Superintendent _____          Date _____

3298 Summit Boulevard      Pensacola   FL   32503          Phone: 850-433-6400  Fax: 850-433-644

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0031**

MDL-2047 re Drywall - Mitchell
cb:100731

09/26/2006 TUE 13:55 FAX   ---> Peggy/Joe Daniels                                    ☒003/005

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date | Customer ID | Invoice ID |
|---|---|---|
| 09/26/2006 | MIT001 | 112908 |

| Draw ID | Work Order | Ship Date |
|---|---|---|
| 2 | | |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 26 C
P/O # 500008654 &3655

5938 Bilek Drive

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 56 pc 1/2" Regular Drywall | 898.80 |
| 2 | 28 pc Ceiling Drywall | 485.80 |
| 3 | Hang & Finish 84 Drywall Boards | 2,499.84 |
| 4 | 1344 SF Knock Down Ceiling Finish | 201.60 |

SEP 2 7 2006



*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| | Amount Billed | $4,086.04 |
|---|---|---|
| | Retainage Held | |
| 10/06/2006 | | $4,086.04 |

**RIGHTWAY 0032**

MDL-2047  re Drywall - Mitchell
cb:100732



Page 1

**PURCHASE ORDER**
**500003655**

JOB NUMBER: 127000026C
ORDER DATE: 8/14/2006

| VENDOR: RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017 | Bilek Manor, Lot 26C |
| WARNER ROBINS, GA 31095-7017 | 5938 Bilek Drive |
| Phone:          Fax: | Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| S 922-C | ARBOR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* *35120 DRYWALL MAT* \*\*\*\*** | | | | | |
| 1000 | 1/2" Regular Sheetrock | 56.00 | bd | ~~16.50~~ | ~~1,036.00~~ |
| 1120 | Ceiling Sheetrock | 28.00 | bd | ~~18.45~~ | ~~544.60~~ |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 1,580.60 |
| Tax | ~~118.55~~ |
| **TOTAL ORDER** | ~~1,699.15~~ |

*(handwritten)*

56 bd x 16.05 = 898.8
28 bd x 17.35 = 485.8
$ 1384.6

$ 1384.60

---

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.          Date _____

Superintendent _____          Date _____

3298 Summit Boulevard     Pensacola   FL    32503          Phone: 850-433-6400   Fax: 850-433-644

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0033**

MDL-2047  re Drywall - Mitchell
cb:100733



Page 1

**PURCHASE ORDER**

**500003654**

**JOB NUMBER: 127000026C**
**ORDER DATE: 8/14/2006**

| VENDOR: RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017 WARNER ROBINS, GA 31095-7017 Phone:                 Fax: | Bilek Manor, Lot 26C 5938 Bilek Drive Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| S 922-C | ARBOR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* *35110 DRYWALL LABOR* \*\*\*\*** | | | | | |
| 1000 | Hang & Finish Sheetrock | 84.00 | bd | 29.76 | 2,499.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,344.00 | sqft | 0.15 | 201.60 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 2,701.44 |
| Tax | 0.00 |
| **TOTAL ORDER** | **2,701.44** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____

Company: RIGHTWAY DRYWALL, INC.          Date _____          Superintendent _____          Date _____

3298 Summit Boulevard          Pensacola   FL    32503                    Phone:  850-433-6400   Fax: 850-433-644

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0034**

MDL-2047  re Drywall - Mitchell
cb:100734