UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES AND<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>Case No. 09-cv-07628 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-06690 (E.D. La.)<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 2:11-00252 (E.D. La.)<br><br>*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-1363 (E.D. La.)<br><br>*Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-2349 (E.D. La.)<br><br>*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-3023 (E.D. La.)<br><br>*Vickers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MOTION FOR AN ORDER: (1) PRELIMINARILY APPROVING
THE SETTLEMENT AGREEMENT IN MDL NO. 2047 REGARDING
CLAIMS INVOLVING BUILDERS, INSTALLERS, SUPPLIERS
AND PARTICIPATING INSURERS; (2) CONDITIONALLY CERTIFYING
A SETTLEMENT CLASS; (3) APPROVING THE FORM NOTICE
TO CLASS MEMBERS; (4) SCHEDULING A JOINT FAIRNESS
HEARING; AND (5) STAYING CLAIMS AGAINST BUILDERS,
<u>INSTALLERS, SUPPLIERS, AND PARTICIPATING INSURERS</u>**

Proposed Class Counsel and the Plaintiffs' Steering Committee ("PSC"), hereby move this Court for an Order:

1. Conditionally certifying the Class for purposes of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers (the "Global Settlement");[1]

2. Granting preliminary approval to the proposed Global Settlement, finalized as of May 18, 2012;[2]

3. Appointing the following Class representatives: Paul and Therese Petkin; Felix Diaz; Amelia De Jesus; Richard Sage; Villa at Oak Hammock, LLC; WM Townhomes, LLC; Dean and Dawn Amato; Byron and Debra Byrne; Donald and Marcelyn Puig; Edward and Susan Beckendorf; and Danny and Celeste O'Keefe and each class representative identified in each Omni Complaint and each Complaint in Intervention to an Omni Complaint in MDL 2047.

4. Appointing Russ Herman and Arnold Levin as Class Counsel and the Plaintiffs' Steering Committee ("PSC") as Of-Counsel;

5. Approving the form and manner of Notice to Class Members with deadlines for Opt-Out Requests and Objections;[3]

6. Scheduling a Joint Fairness Hearing to consider the Global Settlement; and

---

[1] The Participating Defendants are identified in Exhibit 1 to the Global Settlement. The Participating Insurers are identified in Exhibit 2 to the Global Settlement.

[2] The Global Settlement is attached as Exhibit A to the accompanying Memorandum of Law in support of this Motion. The Settling Parties are still in the process of executing the Global Settlement. Class Counsel will provide the Court with a copy of the fully executed Global Settlement as soon as all Settling Parties have signed the agreement. Capitalized terms used in this Motion have the same meaning as the same terms used in the Global Settlement.

[3] The Settling Parties are in the process of finalizing the proposed form of notice to Class Members. Class Counsel and the PSC will supplement this motion with the proposed form of notice in advance of the preliminary approval hearing currently scheduled for May 31, 2012.

7. Staying and enjoining the prosecution of all claims which have been asserted against the Participating Defendants and Participating Insurers in the Litigation, all CDW-Related Actions, and all Related Claims, whether or not the Settling Parties are named parties to the lawsuit.

This Motion is supported by the accompanying Memorandum of Law and the Global Settlement (with exhibits) filed contemporaneously herewith.

WHEREFORE, proposed Class Counsel and the PSC respectfully request that, after due consideration, the Court grant this Motion for an Order:  (1) preliminarily approving the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers; (2) conditionally certifying a settlement class; (3) approving the form of Notice to Class Members; (4) scheduling a Joint Fairness Hearing; and (5) staying claims against builders, installers, suppliers, and Participating Insurers.

Respectfully submitted,

Dated: May 18, 2012           /s/ Russ M. Herman
          Russ M. Herman, Esquire (Bar No. 6819)
          Leonard A. Davis, Esquire (Bar No. 14190)
          Stephen J. Herman, Esquire (Bar No. 23129)
          HERMAN, HERMAN & KATZ, LLP
          820 O'Keefe Avenue
          New Orleans, LA 70113
          Phone: (504) 581-4892
          Fax: (504) 561-6024
          Ldavis@hhklawfirm.com
          *Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Sandra L. Duggan (On the Brief)
Matthew C. Gaughan (On the Brief)
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
PODHURST ORSECK, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
COLSON, HICKS, EIDSON, COLSON
 MATTHEWS, MARTINEZ, GONZALES,
 KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
LEVIN, PAPANTONIO, THOMAS, MITCHELL
 ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
LAMBERT AND NELSON
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
 & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
PARKER, WAICHMAN, ALONSO, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
MORGAN & MORGAN
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
LUMPKIN & REEVES
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
SEEGER WEISS, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
dan@wbmllp.com

Richard J. Serpe
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
LEMMON LAW FIRM, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**PROPOSED CLASS COUNSEL**

| | |
|---|---|
| Arnold Levin | Russ M. Herman, Esquire (Bar No. 6819) |
| LEVIN, FISHBEIN, SEDRAN & BERMAN | HERMAN, HERMAN & KATZ, LLP |
| 510 Walnut Street, Suite 500 | 820 O'Keefe Avenue |
| Philadelphia, PA 19106 | New Orleans, LA 70113 |
| Phone: (215) 592-1500 | Phone: (504) 581-4892 |
| Fax: (215) 592-4663 | Fax: (504) 561-6024 |
| Alevin@lfsblaw.com | Rherman@hhklawfirm.com |

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Motion for an Order: (1) Preliminarily Approving The Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers; (2) Conditionally Certifying a Settlement Class; (3) Approving the Form Notice to Class Members; (4) Scheduling a Joint Fairness Hearing; and (5) Staying Claims Against Builders, Installers, Suppliers, and Participating Insurers has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of May, 2012.

                                                                  /s/ Leonard A. Davis
                                                                  Leonard A. Davis, Esquire
                                                                  Herman, Herman & Katz, LLP
                                                                  820 O'Keefe Avenue
                                                                  New Orleans, Louisiana 70113
                                                                  Phone: (504) 581-4892
                                                                  Fax: (504) 561-6024
                                                                  Ldavis@hhklawfirm.com
                                                                *Plaintiffs' Liaison Counsel in MDL 2047*
                                                                *Co-counsel for Plaintiffs*