UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

---

IN RE CHINESE-MANUFACTURED DRYWALL     MDL No. 2047

PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - SECTION: L

THIS DOCUMENT RELATES TO:

                            JUDGE FALLON

THE MITCHELL COMPANY, INC. v.       MAG. JUDGE WILKINSON

KNAUF GIPS, KG; et al.; Case No. 09-cv-4115

---

## DECLARATION OF CHUCK STEFAN

STATE OF ALABAMA

COUNTY OF MOBILE

     I, Chuck Stefan, after having been first duly sworn, state and affirm as follows:

     1.      My name is Chuck Stefan, and I am the Executive Vice President of The

Mitchell Company, Inc.

2.      Attached hereto as Exhibit A are the Plaintiff Profile Forms for certain

houses in Pensacola, Florida, constructed by the Mitchell Company, Inc.  The information

on the Profile Forms was true and correct at the time that they were prepared. All of the

information is still true and correct, except we now know that the manufacturer of the

drywall was Taishan Gypsum.

3.      Attached hereto as Exhibit B are true and correct copies of invoices

reflecting Mitchell's purchases of drywall from Rightway Drywall Inc. These purchases were

made for the purpose of building homes in Pensacola, Florida. Those homes are described

in the Plaintiff Profile Forms attached as Exhibit A.

4. The photographs attached as Exhibit C were taken at 5926 Bilek Drive in

Pensacola, FL and accurately depict the markings on the drywall in this and the other

homes referenced in Mitchell's Plaintiff Profile Forms.

Chester J. Stefan

Sworn to and declared before me on this _30th_ day of _april_ , 2012.

_Dorathy L. Brewer_

NOTARY PUBLIC

My commission expires: _09-25-2012_

# EXHIBIT A

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

| For Internal Use Only |
|---|
| _____ |
| File Number |
| |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges.  Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary.  All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: UNKNOWN
Address of Affected Property: 5910 Bilek Dr.
Pensacola FL 32526

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form: CHESTER STEFAN

Is above your primary residence?   Yes   (No)

Mailing Address (if different): P.O. BOX 160306
MOBILE, AL 36616

Phone: (251)-380-2929

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   Owner-Occupant   Owner Only   Renter-Occupant

Represented By: STEVE NICHOLAS
Address: 1601 DAUPHIN ST.
MOBILE, AL 36604

Phone: 251-471-6171

Case No./Docket Info: 09-00089 NORTHERN
DISTRICT OF FLORIDA

**Section II. Insurance Information**

Homeowner/ Renter Insurer: _____

Policy #: _____
Agent: _____

Address: _____
_____

Phone: ( ____ ) ____ - ____

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | | |
| THE MITCHELL CO. INC | / / | / / | M / F | / / | Yes | No | BUILDER |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  (Yes)  No

  1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  TOM CALDWELL

    1.2. When did the inspection take place?  3 18 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  (Yes)  No

  2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  TOM CALDWELL

    2.2. When was this determination made?  3 18 09

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| UNKNOWN | MADE IN CHINA | ALL WALLS - NO CEILINGS |
| | | |
| | | |

**Section VI. Home Information**

| | | Yes | No |
|---|---|---|---|
| Approx. Sq. Ft. of House: | 1200 | | |
| Estimated Sq. Ft. of Drywall | 3408 | Occupied | X | |
| Height of interior Walls | 8 Ft | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | | X | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start Date: | 1 8 07 | Completion Date | 3 29 07 |
| Move In Date: | 10 11 07 | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

THE MITCHELL COMPANY, INC

Address:  P.O. BOX 160306
MOBILE, AL 36616

Phone:  251 380-2929

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:

RIGHT WAY DRYWALL

Address:  P.O. BOX 7017
WARNER ROBBINS, GA

Phone:  (478) 785 - 8444

**Section X. Drywall Supplier**

Drywall Supplier's Name:

RIGHT WAY DRYWALL, INC

Address:  7425 COCHRAN ST,
MALON, GA

Phone:  (478) 785 - 8444

Plaintiff Profile Form - Residential Properties

*Section XI. Verification of Plaintiff Profile Form*

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | |
|---|---|
| _____  9/1/09 | _____  , |
| Claimant's Signature        Date Signed | Claimant's Signature        Date Signed |
| _____  , | _____  , |
| Claimant's Signature        Date Signed | Claimant's Signature        Date Signed |
| _____  , | _____  |
| Claimant's Signature        Date Signed | Claimant's Signature        Date Signed |

# Deland

## 1200 * Square footage will vary depending upon exterior finish

24-0 x 62-0 (add 2' for covered porch)

*Mark Risco*

*Cottage Series*

5910 Bilek
Rn.

**LOT/BLK/COMM:** _____

**ELEVATION:**

(Circle One)               A     B

**KITCHEN ORIENTATION:**

(Circle One)          Left    Right

**OPTIONAL COVERED PORCH** (per plan)?

(Circle One)          YES    NO

_____

Authorized By: _____



AREA CALCULATIONS
LIVING AREA     1200
PORCHES         108
TOTAL           1308
PATIO           130

ADD PORCH
FOR ELEV. "A"

COVD PORCH
ELEV. "B"



ELEVATION A



ELEVATION B

## www.mitchellhomes.com



EQUAL HOUSING
OPPORTUNITY



# Mitchell Homes
### BUILDING AFFORDABLE HOMES FOR OVER 50 YEARS

Mitchell Homes reserves the right of price. plan or specification change without notice.

04/08

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

For Internal Use Only

File Number _____

Date Received _____

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect.  You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges.  Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary.  All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

## Section I. Property Information

Name Property Owner **UNKNOWN**

Address of Affected Property **5914 Birek Dr., Pensacola FL 32526**

Is this Property:* **(Residential)**   Commercial   Governmental

Name of Person Completing this Form **CHESTER STEFAN**

Is above your primary residence?   Yes **(No)**

Mailing Address (if different) **P.O. BOX 160306 MOBILE, AL 36616**

Phone: **(251) - 380 - 2929**

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   Owner-Occupant   Owner Only   Renter-Occupant

Represented By: **STEVE NICHOLAS**

Address: **1601 DAUPHIN ST. MOBILE, AL 36604**

Phone: **251 - 471 - 6171**

Case No. /Docket Info: **09-00089 NORTHERN DISTRICT OF FLORIDA**

## Section II. Insurance Information

Homeowner/ Renter Insurer: _____

Policy #: _____

Agent: _____

Address: _____

Phone: ( ) _____

+ Attach Copy of  Insurance Declaration Page

## Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| THE MITCHELL CO. INC. | / / | / / | M / F | / / | Yes   No | BUILDER |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  (Yes)  No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   TOM  CALDWELL

     1.2. When did the inspection take place?   3 18 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  (Yes)  No

   2.1. If "Yes" to Question 2.0 Section IV. Who made this determination?   TOM  CALDWELL

     2.2. When was this determination made?   3 18 09

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| UNKNOWN | MADE IN CHINA | ALL WALLS - NO CEILINGS |
|  |  |  |
|  |  |  |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1016 | | | |
| Estimated Sq. Ft. of Drywall | 3936 | Occupied | X | |
| Height of interior Walls | 8 FT | Year-round | X | |
| Number of Bedrooms: | 2 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | | X | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 8 18 06 | Completion Date | 10 18 06 |
|---|---|---|---|
| Move In Date: | 10 31 06 | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

THE MITCHELL COMPANY, INC

Address:   P.O. BOX 160306,
MOBILE, AL 36616

Phone:   251 380-2929

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:

RIGHT WAY DRYWALL

Address:   P.O. BOX 7017
WARNER ROBBINS, GA

Phone:   (478) 785 - 8444

**Section X. Drywall Supplier**

Drywall Supplier's Name:

RIGHT WAY DRYWALL, INC

Address:   7425 COCHRAN ST,
MALON, GA

Phone:   (478) 785 - 8444

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

9/1/09

# Freeport

*Lynn Lussier*

*Cottage Series*

5914 Bilok R

## 1016

\* Square footage will vary depending upon exterior finish

25-0 x 53-0 (add 10' for covered porch)



**LOT/BLK/COMM:** _____

**ELEVATION:**

(Circle One)                  A      B

**KITCHEN ORIENTATION:**

(Circle One)              Left    Right

**OPTIONAL COVERED PORCH** (per plan)?

(Circle One)              YES    NO

Authorized By: _____



**ELEVATION A**



**ELEVATION B**

### AREA CALCULATIONS

| | |
|---|---|
| LIVING AREA | 1016 |
| GARAGE | 261 |
| FRONT COVD. PORCH | 109 |
| TOTAL | 1388 |
| PATIO | 130 |

# www.mitchellhomes.com


EQUAL HOUSING OPPORTUNITY


# Mitchell Homes
### BUILDING AFFORDABLE HOMES FOR OVER 50 YEARS

04/08

Mitchell Homes reserves the right of price, plan or specification change without notice.

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary.  All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner  *UNKNOWN*
Address of Affected Property  *5918 Bilek Dr.*
*Pensacola FL 32526*

Is this Property:*  (Residential)   Commercial   Governmental

Name of Person Completing this Form  *CHESTER STEFAN*

Is above your primary residence?   Yes  (No)

Mailing Address (if different)  *P.O. BOX 160306*
*MOBILE, AL*
*36616*

Phone:  *(251)-380-2929*

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   Owner-Occupant   Owner Only   Renter-Occupant

Represented By:  *STEVE NICHOLAS*
Address:  *1601 DAUPHIN ST*
*MOBILE, AL 36604*

Phone:  *251-471-6171*
Case No. /Docket Info:  *09-00089 NORTHERN*

**Section II. Insurance Information**

Homeowner/ Renter Insurer:

Policy #:

Agent:

Address:

Phone:  (          )          -

+ Attach Copy of  Insurance Declaration Page

**Section III. Claimant Information**   *DISTRICT OF FLORIDA*

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| *THE MITCHELL CO. INC* | / / | / / | M / F | / / | Yes   No | *BUILDER* |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  (Yes)   No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   TOM CALDWELL

   1.2. When did the inspection take place?   3 18 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  (Yes)   No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   TOM CALDWELL

   2.2. When was this determination made?   3 18 09

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| UNKNOWN | MADE IN CHINA | ALL WALLS - NO CEILINGS |
| | | |
| | | |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1254 | | | |
| Estimated Sq. Ft. of Drywall | 4416 | Occupied | X | |
| Height of interior Walls | 8 FT | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | X |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | | X | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 7 13 06 | Completion Date | 10 11 06 |
|---|---|---|---|
| Move In Date: | 10 27 06 | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
THE MITCHELL COMPANY, INC

Address: P.O. BOX 160306
MOBILE, AL 36616

Phone: 251 380-2929

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name: RIGHT WAY DRYWALL

Address: P.O. BOX 7017
WARNER ROBBINS, GA

Phone: (478 - 785 - 8444

### Section X. Drywall Supplier

Drywall Supplier's Name: RIGHT WAY DRYWALL, INC

Address: 7425 COCHRAN ST.
MACON, GA

Phone: (478 - 785 - 8444

Plaintiff Profile Form - Residential Properties

| *Section XI. Verification of Plaintiff Profile Form* |
|---|

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | 9/1/09 | _____ | _____ |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

# Delmar

## 1264

*Lula Daniels*
*Cottage Series*
5918
Bilek Mr.

*Square footage will vary depending upon exterior finish

25-0 x 65-0 (add 10' for covered porch)



LOT/BLK/COMM: _____

**ELEVATION:** _____
(Circle One)                    A        B

**KITCHEN ORIENTATION:** _____
(Circle One)                    Left    Right

**OPTIONAL COVERED PORCH** (per plan)?
(Circle One)                    YES    NO

Authorized By _____

### ELEVATION A



### ELEVATION B



**AREA CALCULATIONS**

| | |
|---|---|
| LIVING AREA | 1264 s.f. |
| GARAGE | 256 s.f. |
| COVD. PORCHES | 375 s.f. |
| TOTAL AREA | 1895 s.f. |

## www.mitchellhomes.com





EQUAL HOUSING OPPORTUNITY

**BUILDING AFFORDABLE HOMES FOR OVER 50 YEARS**

Mitchell Homes reserves the right of price, plan or specification change without notice.

04/08

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | For Internal Use Only |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 | _____ |
| PRODUCTS LIABILITY LITIGATION | SECTION: L | File Number |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON | |
| | MAG. JUDGE WILKINSON | Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: UNKNOWN
Address of Affected Property: 5919 Bilek
Pensacola FL 32526

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form: CHESTER STEFAN

Is above your primary residence?   Yes   (No)

Mailing Address (if different): P.O. BOX 160306
MOBILE, AL 36616

Phone: (251)-380-2929

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   Owner-Occupant   Owner Only   Renter-Occupant

Represented By: STEVE NICHOLAS
Address: 1601 DAUPHIN ST.
MOBILE, AL 36604

Phone: 256-471-6171

Case No./Docket Info: 09-00089 NORTHERN DISTRICT OF FLORIDA

**Section II. Insurance Information**

Homeowner/ Renter Insurer: _____

Policy #: _____
Agent: _____

Address: _____

Phone: ( ) - _____

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal Injuries?* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | | |
| THE MITCHELL CO. INC | / / | / / | M / F | / / | Yes | No | BUILDER |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   TOM  CALDWELL

      1.2. When did the inspection take place?   3 18 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   TOM  CALDWELL

      2.2. When was this determination made?   3 18 09

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| UNKNOWN | MADE IN CHINA | ALL WALLS - NO CEILINGS |
| | | |
| | | |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1016 | | | |
| Estimated Sq. Ft. of Drywall | 3936 | Occupied | X | |
| Height of interior Walls | 8 FT | Year-round | X | |
| Number of Bedrooms: | 2 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | | X | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 8 7 06 | Completion Date | 10 4 06 |
|---|---|---|---|
| Move In Date: | 12 22 06 | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

THE MITCHELL COMPANY, INC

Address:   P.O. BOX 160306,
MOBILE, AL 36616

Phone:   251 380-2929

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:

RIGHT WAY DRYWALL

Address:   P.O. BOX 7017
WARNER ROBBINS, GA

Phone:   (478 - 785 - 8444

**Section X. Drywall Supplier**

Drywall Supplier's Name:

RIGHT WAY DRYWALL, INC

Address:   7425 COCHRAN ST,
MALON, GA

Phone:   (478 - 785 - 8444

Plaintiff Profile Form - Residential Properties

*Section XI. Verification of Plaintiff Profile Form*

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| | 9/1/09 | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

# Freeport

## 1016

*Ronald Hawey*
*Cottage Series*
5919 Bilok Dr.

\* Square footage will vary depending upon exterior finish

25-0 x 53-0 (add 10' for covered porch)



LOT/BLK/COMM:

ELEVATION:
(Circle One)                  A     B

KITCHEN ORIENTATION:
(Circle One)                  Left   Right

OPTIONAL COVERED PORCH (per plan)?
(Circle One)                  YES   NO

Authorized By

### ELEVATION A



### ELEVATION B



AREA CALCULATIONS
| | |
|---|---|
| LIVING AREA | 1016 |
| GARAGE | 261 |
| FRONT COVD. PORCH | 108 |
| TOTAL | 1388 |
| PATIO | 130 |

## www.mitchellhomes.com



EQUAL HOUSING OPPORTUNITY



**Mitchell Homes**
BUILDING AFFORDABLE HOMES FOR OVER 50 YEARS

Mitchell Homes reserves the right of price, plan or specification change without notice.

04/08

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner   *UNKNOWN*

Address of Affected Property   *5923 BILEK*
*PENSACOLA FL 32526*

Is this Property:*   (Residential)   Commercial   Governmental

Name of Person Completing this Form   *CHESTER STEFAN*

Is above your primary residence?   Yes  (No)

Mailing Address (if different)   *P.O. BOX 160306*
*MOBILE, AL*
*36616*

Phone:   *(251) - 380 - 2929*

* If your response is commercial or governmental you will not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   Owner-Occupant   Owner Only   Renter-Occupant

Represented By:   *STEVE NICHOLAS*

Address:   *1601 DAUPHIN ST.*
*MOBILE, AL 36604*

Phone:   *251 - 471 - 6171*

Case No./Docket Info:   *09-00089  NORTHERN*

**Section II. Insurance Information**

Homeowner/ Renter Insurer:

Policy #:

Agent:

Address:

Phone:   (          )        -

+ Attach Copy of  Insurance Declaration Page

**Section III. Claimant Information**   *DISTRICT OF FLORIDA*

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | *Circle One* | |
| *THE MITCHELL CO. INC* | / / | / / | M / F | / / | Yes  No | *BUILDER* |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   TOM CALDWELL

1.2. When did the inspection take place?   3 18 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   TOM CALDWELL

2.2. When was this determination made?   3 18 09

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| UNKNOWN | MADE IN CHINA | ALL WALLS - NO CEILINGS |
| | | |
| | | |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1016 | | | |
| Estimated Sq. Ft. of Drywall | 3408 | Occupied | X | |
| Height of Interior Walls | 8 FT | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | X |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | | X | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 8 17 06 | Completion Date | 10 16 06 |
|---|---|---|---|
| Move In Date: | 2 28 07 | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:
THE MITCHELL COMPANY, INC
Address: P.O. BOX 160306
MOBILE, AL 36616

Phone: (251) 380-2929

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:
RIGHT WAY DRYWALL
Address: P.O. BOX 7017
WARNER ROBBINS, GA

Phone: (478) 785-8444

**Section X. Drywall Supplier**

Drywall Supplier's Name:
RIGHT WAY DRYWALL, INC
Address: 7425 COCHRAN ST,
MALON, GA

Phone: (478) 785-8444

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

# Deland
## 1200

*Charles Padgett*
*Cottage Series*
5923 Bilek Dr.

\* Square footage will vary depending upon exterior finish

24-0 x 62-0 (add 2' for covered porch)

| LOT/BLK/COMM: | | |
|---|---|---|
| **ELEVATION:** | | |
| (Circle One) | A | B |
| **KITCHEN ORIENTATION:** | | |
| (Circle One) | Left | Right |
| **OPTIONAL COVERED PORCH** (per plan)? | | |
| (Circle One) | YES | NO |

Authorized By:



PATIO

OPTIONAL COVERED PORCH

LIVING ROOM   MASTER BEDROOM

DINING ROOM

BATH

KITCHEN

BATH

LNDRY RM.

BEDROOM #1   BEDROOM #2

ADD PORCH FOR ELEV. "A"   COVD PORCH ELEV. "B"

AREA CALCULATIONS
LIVING AREA 1200
PORCHES 109
TOTAL 1309
PATIO 80



**ELEVATION A**



**ELEVATION B**

# www.mitchellhomes.com



EQUAL HOUSING OPPORTUNITY



# Mitchell Homes
## BUILDING AFFORDABLE HOMES FOR OVER 50 YEARS

04/08

Mitchell Homes reserves the right of price, plan or specification change without notice.

Plaintiff Profile Form - Residential Properties

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number _____

Date Received _____

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary.  All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner  *UNKNOWN*

Address of Affected Property  *5926 BILEK DR.*
*Pensacola FL 32526*

Is this Property:*  (Residential)    Commercial    Governmental

Name of Person Completing this Form  *CHESTER STEFAN*

Is above your primary residence?   Yes  (No)

Mailing Address (if different)  *P.O. BOX 160306*
*MOBILE, AL 36616*

Phone:  *(251)-380-2929*

\* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:     Owner-Occupant     Owner Only     Renter-Occupant

Represented By:  *STEVE NICHOLAS*

Address:  *1601 DAUPHIN ST.*
*MOBILE, AL 36604*

Phone:  *251-471-6171*

Case No. /Docket Info:  *09-00089   NORTHERN*
*DISTRICT OF FLORIDA*

**Section II. Insurance Information**

Homeowner/ Renter Insurer:  _____

Policy #:  _____

Agent:  _____

Address:  _____
_____
_____

Phone:  (     )     -  _____

+ Attach Copy of  Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | *Circle One* | |
| *THE MITCHELL CO. INC* | /  / | /  / | M / F | /  / | Yes    No | *BUILDER* |
| | /  / | /  / | M / F | /  / | Yes    No | |
| | /  / | /  / | M / F | /  / | Yes    No | |
| | /  / | /  / | M / F | /  / | Yes    No | |
| | /  / | /  / | M / F | /  / | Yes    No | |
| | /  / | /  / | M / F | /  / | Yes    No | |
| | /  / | /  / | M / F | /  / | Yes    No | |
| | /  / | /  / | M / F | /  / | Yes    No | |

\* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form- Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  (Yes)  No

  1.1, If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  TOM  CALDWELL

    1.2. When did the inspection take place?  3 /8/ 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  (Yes)  No

  2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  TOM  CALDWELL

    2.2. When was this determination made?  3 /8/ 09

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| UNKNOWN | MADE IN CHINA | ALL WALLS - NO CEILINGS |
| | | |
| | | |

**Section VI. Home Information**

| | | Yes | No |
|---|---|---|---|
| Approx. Sq. Ft. of House: | 1254 | | |
| Estimated Sq. Ft. of Drywall | 4416 | Occupied | X | |
| Height of interior Walls | 8 FT | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | | X | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 8 /10/ 06 | Completion Date | 10 /18/ 06 |
|---|---|---|---|
| Move In Date: | 12 /15/ 06 | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

Address:  THE MITCHELL COMPANY, INC
P.O. BOX 160306
MOBILE, AL 36616

Phone:  251 380-2929

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:  RIGHT WAY DRYWALL

Address:  P.O. BOX 7017
WARNER ROBBINS, GA

Phone:  (478-785-8444

**Section X. Drywall Supplier**

Drywall Supplier's Name:  RIGHT WAY DRYWALL, INC

Address:  7425 COCHRAN ST,
MACON, GA

Phone:  (478-785-8444

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

# Delmar
## 1264

*Nana Williams*
*Cottage Series*
5926
Bilek Dr.

* Square footage will vary depending upon exterior finish

25-0 x 65-0 (add 10' for covered porch)



LOT/BLK/COMM: _____

ELEVATION: 

(Circle One)                    A        B

KITCHEN ORIENTATION:

(Circle One)              Left      Right

OPTIONAL COVERED PORCH (per plan)?

(Circle One)              YES      NO

Authorized By: _____



ELEVATION A



ELEVATION B

**AREA CALCULATIONS**

| | |
|---|---|
| LIVING AREA | 1264 s.f. |
| GARAGE | 256 s.f. |
| COVD. PORCHES | 375 s.f. |
| TOTAL AREA | 1895 s.f. |

## www.mitchellhomes.com



EQUAL HOUSING OPPORTUNITY



## Mitchell Homes
### BUILDING AFFORDABLE HOMES FOR OVER 50 YEARS

04/08

Mitchell Homes reserves the right of price, plan or specification change without notice.

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | For Internal Use Only |
|---|---|

IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION                        SECTION: L
THIS DOCUMENT RELATES TO: ALL CASES          JUDGE FALLON
                                                                    MAG. JUDGE WILKINSON

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: UNKNOWN
Address of Affected Property: 5934 Bilek Dr. Pensacola FL 32526

Is this Property:* (Residential)   Commercial   Governmental
Name of Person Completing this Form: CHESTER STEFAN
Is above your primary residence? Yes (No)
Mailing Address (if different): P.O. BOX 160306 MOBILE, AL 36616
Phone: (251)-380-2929

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   Owner-Occupant   Owner Only   Renter-Occupant
Represented By: STEVE NICHOLAS
Address: 1601 DAUPHIN ST. MOBILE, AL 36604
Phone: 251-471-6171
Case No./Docket Info: 09-00089  NORTHERN DISTRICT OF FLORIDA

**Section II. Insurance Information**

Homeowner/ Renter Insurer:
Policy #:
Agent:
Address:
Phone: (      )

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied Move-in | Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One. | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| THE MITCHELL CO. INC | / / | / / | M / F | / / | Yes No | BUILDER |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1:

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  (Yes)  No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  TOM CALDWELL

1.2. When did the inspection take place?  3 18 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  (Yes)  No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  TOM CALDWELL

2.2. When was this determination made?  3 18 09

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| UNKNOWN | MADE IN CHINA | ALL WALLS - NO CEILINGS |
| | | |
| | | |

**Section VI. Home Information**

| | | Yes | No |
|---|---|---|---|
| Approx. Sq. Ft. of House: | 922 | | |
| Estimated Sq. Ft. of Drywall | 2688 | Occupied | X | |
| Height of interior Walls | 8 FT | Year-round | X | |
| Number of Bedrooms: | 2 | Summer | |
| Number of Bathrooms: | 2 | Winter | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | | X | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 8 18 06 | Completion Date | 10 19 06 |
|---|---|---|---|
| Move In Date: | 10 13 06 | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

THE MITCHELL COMPANY, INC

Address:  P.O. BOX 160306
MOBILE, AL 36616

Phone:  251) 380-2929

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:

RIGHT WAY DRYWALL

Address:  P.O. BOX 7017
WARNER ROBBINS, GA

Phone:  (478-785-8444

**Section X. Drywall Supplier**

Drywall Supplier's Name:

RIGHT WAY DRYWALL, INC

Address:  7425 COCHRAN ST.
MALON, GA

Phone:  (478-785-8444

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____     9/1/09 ,        _____     _____ ,
Claimant's Signature          Date Signed          Claimant's Signature          Date Signed

_____     _____ ,        _____     _____ ,
Claimant's Signature          Date Signed          Claimant's Signature          Date Signed

_____     _____ ,        _____     _____ ,
Claimant's Signature          Date Signed          Claimant's Signature          Date Signed

# Arbor

## 922
*Square footage will vary depending upon exterior finish*
24-10 x 47-6

*Susan Posey*
*Cottage Series*
5924 5934
Bilak Dr



**LOT/BLK/COMM:** _____

**ELEVATION:** _____

(Circle One)          A          B

**KITCHEN ORIENTATION:**

(Circle One)          Left      Right

**OPTIONAL COVERED PORCH** (per plan)?

(Circle One)          YES      NO

_____

Authorized By: _____



ELEVATION A

### AREA CALCULATIONS

| | |
|---|---|
| LIVING AREA | 922 |
| STORAGE | 32 |
| PORCH | 44 |
| TOTAL | 998 |
| PATIO | 130 |

# www.mitchellhomes.com



EQUAL HOUSING
OPPORTUNITY



# Mitchell Homes
**BUILDING AFFORDABLE HOMES FOR OVER 50 YEARS**

04/08

Mitchell Homes reserves the right of price, plan or specification change without notice.

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number _____

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: *UNKNOWN*

Address of Affected Property: *5938 Bilek Dr. Pensacola FL 32526*

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form: *CHESTER STEFAN*

Is above your primary residence?   Yes   (No)

Mailing Address (if different): *P.O. BOX 160306 MOBILE, AL 36616*

Phone: *(251)-380-2929*

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   Owner-Occupant   Owner Only   Renter-Occupant

Represented By: *STEVE NICHOLAS*

Address: *1601 DAUPHIN ST. MOBILE, AL 36604*

Phone: *251-471-6171*

Case No./Docket Info: *09-00089 NORTHERN DISTRICT OF FLORIDA*

**Section II. Insurance Information**

Homeowner/ Renter Insurer: _____

Policy #: _____

Agent: _____

Address: _____

Phone: (   )   - _____

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | | |
| *THE MITCHELL CO. INC* | / / | / / | M / F | / / | Yes | No | *BUILDER* |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   TOM CALDWELL

1.2. When did the inspection take place?   3 18 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   TOM CALDWELL

2.2. When was this determination made?   3 18 09

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| UNKNOWN | MADE IN CHINA | ALL WALLS - NO CEILINGS |
| | | |
| | | |

**Section VI. Home Information**

| | | | | Yes | No |
|---|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 922 | | | | |
| Estimated Sq. Ft. of Drywall | 2688 | Occupied | | X | |
| Height of interior Walls | 8 FT | Year-round | | X | |
| Number of Bedrooms | 2 | Summer | | | |
| Number of Bathrooms | 2 | Winter | | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | | X | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start In Date: | 8 13 06 | Completion Date | 10 13 06 |
| Move In Date: | 11 130 06 | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start In Date: | / / | Completion Date | / / |
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

THE MITCHELL COMPANY, INC

Address:   P.O. BOX 160306,   MOBILE, AL 36616

Phone:   251 380-2929

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:

RIGHT WAY DRYWALL

Address:   P.O. BOX 7017   WARNER ROBBINS, GA

Phone:   (478 - 785 - 8444

**Section X. Drywall Supplier**

Drywall Supplier's Name:

RIGHT WAY DRYWALL, INC

Address:   7425 COCHRAN ST,   MALON, GA

Phone:   (478 - 785 - 8444

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _Christer J. Stefan_ 9/1/09 | _____ |
|:---:|:---:|
| Claimant's Signature          Date Signed | Claimant's Signature          Date Signed |

| _____ | _____ |
|:---:|:---:|
| Claimant's Signature          Date Signed | Claimant's Signature          Date Signed |

| _____ | _____ |
|:---:|:---:|
| Claimant's Signature          Date Signed | Claimant's Signature          Date Signed |

# Arbor

## 922

*Randy Hughes*
*Cottage Series*
5938
Bilek Dr

\* Square footage will vary depending upon exterior finish

24-10 x 47-6



**LOT/BLK/COMM:** _____

**ELEVATION:** _____
(Circle One)                    A     B

**KITCHEN ORIENTATION:**
(Circle One)              Left     Right

**OPTIONAL COVERED PORCH** (per plan)?
(Circle One)              YES     NO

_____

Authorized By: _____



ELEVATION A

### AREA CALCULATIONS

| | |
|---|---|
| LIVING AREA | 922 |
| STORAGE | 32 |
| PORCH | 44 |
| TOTAL | 998 |
| PATIO | 130 |

# www.mitchellhomes.com



EQUAL HOUSING
OPPORTUNITY



# Mitchell Homes
### BUILDING AFFORDABLE HOMES FOR OVER 50 YEARS

04/08

Mitchell Homes reserves the right of price, plan or specification change without notice.

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | For Internal Use Only |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 | File Number |
| PRODUCTS LIABILITY LITIGATION | SECTION: L | |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON | Date Received |
| | MAG. JUDGE WILKINSON | |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: UNKNOWN
Address of Affected Property: 1698 Bright Leaf Ct Cantonment FL 32533

Is this Property:* (Residential)  Commercial  Governmental

Name of Person Completing this Form: CHESTER STEFAN

Is above your primary residence? Yes (No)

Mailing Address (if different): P.O. BOX 160306 MOBILE, AL 36616

Phone: (251) 380-2929

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: Owner-Occupant    Owner Only    Renter-Occupant

Represented By: STEVE NICHOLAS
Address: 1601 DAUPHIN ST. MOBILE, AL 36604

Phone: 251-471-6171
Case No./Docket Info: 09-00089 NORTHERN DISTRICT OF FLORIDA

**Section II. Insurance Information**

Homeowner/ Renter Insurer: _____

Policy #: _____
Agent: _____

Address: _____

Phone: ( ) - _____

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | | |
| THE MITCHELL CO. INC. | / / | / / | M / F | / / | Yes | No | BUILDER |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   TOM CALDWELL

1.2. When did the inspection take place?   3 18 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   TOM CALDWELL

2.2. When was this determination made?   3 18 09

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| UNKNOWN | MADE IN CHINA | ALL WALLS - NO CEILINGS |
| | | |
| | | |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2967 | Occupied | X | |
| Estimated Sq. Ft. of Drywall | 7488 | Year-round | X | |
| Height of interior Walls | 9 + 15 FT | Summer | | |
| Number of Bedrooms: | 4 | Winter | | |
| Number of Bathrooms: | 3 | | | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | | X | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 1 /17/ 07 | Completion Date | 11 /10/ 06 |
|---|---|---|---|
| Move In Date: | 1 /17/ 07 | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

THE MITCHELL COMPANY, INC

Address:   P.O. BOX 160306
MOBILE, AL 36616

Phone:   (251) 380-2929

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

RIGHT WAY DRYWALL

Address:   P.O. BOX 7017
WARNER ROBBINS, GA

Phone:   (478) 785-8444

### Section X. Drywall Supplier

Drywall Supplier's Name:

RIGHT WAY DRYWALL, INC

Address:   7425 COCHRAN ST.
MALON, GA

Phone:   (478) 785-8444

Plaintiff Profile Form - Residential Properties

---

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | |
|---|---|
| _____ Claimant's Signature | _____ , Date Signed |
| _____ Claimant's Signature | _____ , Date Signed |
| _____ Claimant's Signature | _____ , Date Signed |
| _____ Claimant's Signature | _____ , Date Signed |
| _____ Claimant's Signature | _____ , Date Signed |
| _____ Claimant's Signature | _____ , Date Signed |

*1693 Brightleaf*
*Lister*



# Winnfield

**Elevation A**

**Elevation B**

© The Mitchell Company, Inc. Copyright 2005

**Winnfield 2967**

3/05



**Barrier-Free Housing**



# Mitchell Homes

**BUILDING FINE HOMES IN DELIGHTFUL COMMUNITIES**



EQUAL HOUSING OPPORTUNITY

Maintaining a policy of continual research and improvement.  Mitchell Homes reserves the right of price, plan or specification change without notice.

Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

| For Internal Use Only |
|---|
| File Number |
| |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: **Blake Weekley**

Address of Affected Property: **6227 Clear Creek Rd**
**Milton, FL  32570**

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form: **Heritage Homes**

Is above your primary residence?   Yes   (No)

Mailing Address (if different): **Heritage Homes**
**PO Box 190879**
**Mobile, AL  36619-0879**

Phone: **(251) 666-3950**

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   Owner-Occupant   Owner Only   Renter-Occupant

Represented By: **Steven L. Nicholas**

Address: **Cunningham Bounds, LLC**
**PO Box 66705**
**Mobile, AL  36660**

Phone: **(251) 471-6191**

Case No./Docket Info:

**Section II. Insurance Information**

Homeowner/ Renter Insurer: _____

Policy #: _____

Agent: _____

Address: _____
_____
_____

Phone: (_____) _____-_____

**+ Attach Copy of Insurance Declaration Page**

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | | |
| Heritage Homes | / / | / / | M / F | / / | Yes | No | Builder |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Heritage Homes
   1.2. When did the inspection take place?   05/ /69

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Heritage Homes
   2.2. When was this determination made?   05/ /09

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| China | See attached photo | throughout |
| | | |
| | | |
| | | |

### Section VI. Home Information

| Approx. Sq. Ft. of House: | 2470 | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | 9072 | Occupied | ✓ | |
| Height of interior Walls | 8' | Year-round | ✓ | |
| Number of Bedrooms: | 4 | Summer | | ✓ |
| Number of Bathrooms: | 2 | Winter | | ✓ |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | ✓ | |
| Copper Piping | ✓ | | |
| Copper Fixtures | ✓ | | |
| Other Fixtures | ✓ | | |
| Were repairs made to the plumbing system? | | ✓ | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | | ✓ | |
| 2nd Panel | ✓ | | |
| Exposed Copper Wires | ✓ | | |
| Were repairs made to the electrical system? | | ✓ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 06/12/06 | Completion Date | 11/09/06 |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | 11/09/06 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | ✓ | |
| First Floor: Full Wall of drywall replaced | | ✓ | |
| Second Floor: Any drywall replaced | | ✓ | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

   Heritage Homes of NW Florida
Address:  PO Box 190879
   Mobile, AL

Phone:  (251) 666-3950

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:   Champion Drywall

Address:  4348 Hwy 90
   Pace, FL 32571

Phone:  (850) 995-7202

### Section X. Drywall Supplier

Drywall Supplier's Name:   Smokey Mountain Materials, Inc

Address: d/b/a Emerald Coast Bldg Materials
   8040 North Palafox St.
   Pensacola, FL 32534

Phone:  ( ) -

Supplier:   North Pacific Group, Inc.
   10200 SW Greenburg Road
   Portland, OR    97223

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| | 9/2/09 | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3



PERSPECTIVE VIEW

OVERVIEW

HERITAGE HOMES
2475 Nine Mile Rd, Suite E
Pensacola, FL 32514
Phone (850) 477-0006
DRAWN BY : COMPU-EASY SERVICES

The Cambridge
Weekley Residence
DRAWING DATE : Jan. 29, 2006
Approved By :

THESE PLANS ARE FOR THE EXPRESS USE BY HERITAGE HOMES OF MOBILE, INC. NOT TO BE COPIED OR USED FOR ANY OTHER PURPOSE THAN IN THE CONSTRUCTION OF A HOME BY HERITAGE HOMES.
CITY:         COUNTY:         STATE:

SHEET
1

FLOOR PLAN
SCALE 1/4" = 1' 0"



Weekley



Plaintiff Profile Form – Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: James Knowles
Address of Affected Property: 4355 Highway 4
Jay, FL 32565

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form: Heritage Homes

Is above your primary residence?   Yes   (No)

Mailing Address (if different): Heritage Homes
PO Box 190879
Mobile, AL 36619-0879

Phone: (251) 666-3950

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   Owner-Occupant   Owner Only   Renter-Occupant

Represented By: Steven L. Nicholas
Address: Cunningham Bounds, LLC
PO Box 66705
Mobile, AL 36660

Phone: (251) 471-6191

Case No. /Docket Info:

**Section II. Insurance Information**

Homeowner/ Renter Insurer:

Policy #:
Agent:

Address:

Phone: (   )   -

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | | |
| Heritage Homes | / / | / / | M / F | / / | Yes | No | Builder |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)  No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Heritage Homes

   1.2. When did the inspection take place?   04/00/09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)  No

   2.1. If "Yes" to Question 2.0 Section IV. Who made this determination?   Heritage Homes

   2.2. When was this determination made?   04/00/09

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| China | See attached photo | throughout |
| | | |
| | | |
| | | |

### Section VI. Home Information

| | | Yes | No |
|---|---|---|---|
| Approx. Sq. Ft. of House: | 1907 | | |
| Estimated Sq. Ft. of Drywall | 7680 | Occupied | ✔ | |
| Height of Interior Walls | 8' | Year-round | ✔ | |
| Number of Bedrooms: | 4 | Summer | ✔ | |
| Number of Bathrooms: | 2 | Winter | ✔ | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | ✔ | |
| Copper Piping | ✔ | | |
| Copper Fixtures | ✔ | | |
| Other Fixtures | ✔ | | |
| Were repairs made to the plumbing system? | | ✔ | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✔ | | |
| Switches | ✔ | | |
| Main Panel | | ✔ | |
| 2nd Panel | ✔ | | |
| Exposed Copper Wires | ✔ | | |
| Were repairs made to the electrical system? | | ✔ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| | | | |
|---|---|---|---|
| Start Date: | 06/19/06 | Completion Date | 10/09/06 |
| Move In Date: | | Date Acquired Home | 10/09/06 |

**Date Range for Renovations: (Month/Day/Year)**

| | | | |
|---|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | ✔ | |
| First Floor: Full Wall of drywall replaced | | ✔ | |
| Second Floor: Any drywall replaced | | ✔ | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Heritage Homes of NW Florida

Address:  PO Box 190879

Mobile, AL

Phone:  (251) 666-3950

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Boutwell Drywall

Address:  7537 Pine Meadows Loop

Pace, FL 32571

Phone:  (850) 994-4897

### Section X. Drywall Supplier

Drywall Supplier's Name:

Smokey Mountain Materials, Inc

Address: d/b/a Emerald Coast Bldg Materials

8040 North Palafox St.

Pensacola, FL 32534

Phone:  (   )   -

Supplier:  North Pacific Group, Inc.
10200 SW Greenburg Road
Portland, OR  97223

Plaintiff Profile Form - Residential Properties

*Section XI. Verification of Plaintiff Profile Form*

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

9/2/09

Page 3



PERSPECTIVE VIEW

OVERVIEW

FLOOR PLAN
SCALE 1/4" = 1' 0"

Knowles



Knowles



Knowles



Knowles



Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | For Internal Use Only |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: I.D. Brewton
Address of Affected Property: 8804 Jernigan Road
Pensacola, FL 32514

Is this Property:* (Residential)  Commercial  Governmental

Name of Person Completing this Form: Heritage Homes

Is above your primary residence?  Yes  (No)

Mailing Address (if different): Heritage Homes
PO Box 190879
Mobile, AL 36619-0879

Phone: (251) 666-3950

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:  Owner-Occupant  Owner Only  Renter-Occupant

Represented By: Steven L. Nicholas
Address: Cunningham Bounds, LLC
PO Box 66705
Mobile, AL 36660

Phone: (251) 471-6191

Case No. /Docket Info:

**Section II. Insurance Information**

Homeowner/ Renter Insurer:

Policy #:

Agent:

Address:

Phone: (     )     -

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | | |
| Heritage Homes | / / | / / | M / F | / / | Yes | No | Builder |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

**1.0.** Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

**1.1.** If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Heritage Homes

**1.2.** When did the inspection take place?   05/20/09

**2.0.** Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

**2.1.** If "Yes" to Question 2.0 Section IV. Who made this determination?   Heritage Homes

**2.2.** When was this determination made?   05/20/09

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| China | See attached photo | throughout |
| | | |
| | | |
| | | |

## Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2403 | | | |
| Estimated Sq. Ft. of Drywall | 8640 | Occupied | ✔ | |
| Height of Interior Walls | 8' | Year-round | ✔ | |
| Number of Bedrooms: | 4 | Summer | ✔ | |
| Number of Bathrooms: | 2 | Winter | ✔ | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | ✔ | |
| Copper Piping | ✔ | | |
| Copper Fixtures | ✔ | | |
| Other Fixtures | ✔ | | |
| Were repairs made to the plumbing system? | | ✔ | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✔ | | |
| Switches | ✔ | | |
| Main Panel | | ✔ | |
| 2nd Panel | ✔ | | |
| Exposed Copper Wires | ✔ | | |
| Were repairs made to the electrical system? | | ✔ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 05/08/06 | Completion Date | 10/13/06 |
|---|---|---|---|
| Move In Date: | | Date Acquired Home | 10/13/06 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | ✔ | |
| First Floor: Full Wall of drywall replaced | | ✔ | |
| Second Floor: Any drywall replaced | | ✔ | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Heritage Homes of NW Florida

Address: PO Box 190879

Mobile, AL

Phone: (251) 666-3950

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

Boutwell Drywall

Address: 7537 Pine Meadows Loop

Pace, FL 32571

Phone: (850) 994-4897

## Section X. Drywall Supplier

Drywall Supplier's Name:

Smokey Mountain Materials, Inc

Address: d/b/a Emerald Coast Bldg Materials

8040 North Palafox St.

Pensacola, FL 32534

Phone: (   )   -

Supplier:  North Pacific Group, Inc.
           10200 SW Greenburg Road
           Portland, OR    97223

Plaintiff Profile Form - Residential Properties

*Section XI. Verification of Plaintiff Profile Form*

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | 9/2/09 | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |



PERSPECTIVE VIEW

OVERVIEW

HERITAGE HOMES
P. O. Box 190879
Mobile, Al 36619
Phone (850)477-0006
DRAWN BY : COMPU-EASY SERVICES

The Cambridge
Brewton Residence
DRAWING DATE : Dec. 8, 2005
Approved By :

THESE PLANS ARE FOR THE EXPRESS USE
BY HERITAGE HOMES OF MOBILE, INC. NOT
TO BE COPIED OR USED FOR ANY OTHER
PURPOSE THAN IN THE CONSTRUCTION OF
A HOME BY HERITAGE HOMES.
CITY:          COUNTY:          STATE:

SHEET
1

FLOOR PLAN
SCALE 1/4" = 1' 0"



# EXHIBIT B

# Mitchell Homes

Mr. Mike Jenkins                                                        March 3, 2009
Rightway Drywall, Inc.
7425 Cochran Street
Macon, Georgia   31216

Dear Mike,

I hope you can be of some assistance.  I am sure you are aware of the Chinese sheetrock issue in southern Florida.  It appears as though Lennar has taken a direct hit.

We have had some of the same symptoms here in Pensacola.  Specifically, we have experienced repeated replacements of evaporative coils.  This has been confined to one subdivision and to date nine homes.

I have enclosed the sheetrock invoices for the homes experiencing the problem.  My request of you is to enquire with Emerald Coast as to the possibility of these homes containing the suspect sheetrock.

The stories from South Florida are trickling North via the Internet.  We would like to be proactive with our action before the trickle turns flood-like.  Our experience is limited to the replacement of evaporative coils only.

Mike if there is any information you can provide, we would be most appreciative.

Respectfully,

Tom Caldwell
Mitchell homes
Pensacola, Florida



3298 SUMMIT BOULEVARD, #18 • PENSACOLA, FLORIDA 32503-4350 • (850) 433-6400 • FAX (850) 433-6447

**RIGHTWAY 0010**

MDL-2047  re Drywall - Mitchell
cb:100710

08/29/2006 TUE 10:43  FAX  →→→ Peggy/Joe Daniels                                    ☑004/006

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date | Customer ID | Invoice ID |
|---|---|---|
| 08/29/2006 | MIT001 | 112710 |
| Draw ID | Work Order | Ship Date |
| 2 | | |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 4 B
P/O # 500002513 & 2514

5919 Bilek Drive

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 82 pc - 1/2" Drywall | 1,517.00 |
| 2 | 27 pc Ceiling Drywall | 525.15 |
| 3 | Hang & Finish 109 pc Drywall | 3,243.84 |
| 4 | Hang & Finsh Knock Down Ceiling | 194.40 |



RECEIVED
AUG 3 0 2006
BY _____



"Do It The Right Way; Let Rightway Do It"
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| Amount Billed | $5,480.39 |
|---|---|
| Retainage Held | |

09/08/2006                                              $5,480.39

**RIGHTWAY 0011**

MDL-2047  re Drywall - Mitchell
cb:100711



Page 1

| | |
|---|---|
| | **PURCHASE ORDER** |
| | **500002513** |

**JOB NUMBER: 127000004B**
**ORDER DATE: 8/1/2006**

| **VENDOR:** RIGHTWAY DRYWALL, INC. | **DELIVER TO:** Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:            Fax: | Bilek Manor, Lot 4B<br>5919 Bilek Dr<br>Pensacola FL 32526 |

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|
| G 1016-AP | FREEPORT | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* *35110 DRYWALL LABOR* \*\*\*\*** | | | | |
| 1000 | Hang & Finish Sheetrock | 109.00 | bd | 29.76 | 3,243.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,296.00 | sqft | 0.15 | 194.40 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

| | |
|---|---|
| Net Order | 3,438.24 |
| Tax | 0.00 |
| **TOTAL ORDER** | **3,438.24** |

Total Price Includes Sales Tax If Applicable.

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.              Date _____       Superintendent _____       Date _____

3298 Summit Boulevard      Pensacola   FL   32503                   Phone:  850-433-6400   Fax: 850-433-644?

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0012**

MDL-2047  re Drywall - Mitchell
cb:100712



Page 1

**PURCHASE ORDER**
**500002514**

**JOB NUMBER: 127000004B**
**ORDER DATE: 8/1/2006**

| **VENDOR:** RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:              Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br><br>Bilek Manor, Lot 4B<br>5919 Bilek Dr<br>Pensacola FL 32526 |
|---|---|

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|
| G 1016-AP | FREEPORT | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | | |
| 1000 | 1/2" Regular Sheetrock | 82.00 | bd | 18.50 | 1,517.00 |
| 1120 | Ceiling Sheetrock | 27.00 | bd | 19.45 | 525.15 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**
<u>Total Price Includes Sales Tax If Applicable.</u>

| | |
|---|---|
| Net Order | 2,042.15 |
| Tax | ~~168.16~~ |
| **TOTAL ORDER** | ~~2,195.31~~ |

*2,042.15*

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.          Date _____          Superintendent _____          Date _____

3298 Summit Boulevard        Pensacola   FL    32503                          Phone: 850-433-6400   Fax: 850-433-644?

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0013**

MDL-2047  re Drywall - Mitchell
cb:100713

08/29/2006 TUE 10:44 FAX   →→→ Peggy/Joe Daniels                                    Ø005/006

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date 08/29/2006 | Customer ID MIT001 | Invoice ID 112711 |
|---|---|---|
| Draw ID 2 | Work Order | Ship Date |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 23 C
P/O # 500003348 & 3349                5926 Bilek Drive

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 92 pc - 1/2" Drywall | 1,702.00 |
| 2 | 40 pc Ceiling Drywall | 778.00 |
| 3 | Hang & Finish 132 pc Drywall | 3,928.32 |
| 4 | Hang & Finish Knock Down Ceilings | 236.10 |

ENTERED

RECEIVED
AUG 3 0 2006
BY:



*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| | |
|---|---|
| Amount Billed | $6,644.42 |
| Retainage Held | |
| 09/08/2006 | $6,644.42 |

**RIGHTWAY 0014**

MDL-2047  re Drywall - Mitchell
cb:100714



Page 1

### PURCHASE ORDER
### 500003348

**JOB NUMBER: 127000023C**
**ORDER DATE: 8/9/2006**

| **VENDOR:** RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:            Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br>Bilek Manor, Lot 23C<br>5926 Bilek Dr.<br>Pensacola FL 32526 |
|---|---|

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|
| G 1254 A | Delmar | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | | |
| 1000 | Hang & Finish Sheetrock | 132.00 | bd | 29.76 | 3,928.32 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,574.00 | sqft | 0.15 | 236.10 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 4,164.42 |
| Tax | 0.00 |
| **TOTAL ORDER** | **4,164.42** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.                Date _____        Superintendent _____        Date _____

3298 Summit Boulevard      Pensacola   FL   32503                     Phone: 850-433-6400  Fax: 850-433-6447

## IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES

**RIGHTWAY 0015**

MDL-2047  re Drywall - Mitchell
cb:100715



Page 1

**PURCHASE ORDER**
**500003349**

**JOB NUMBER: 127000023C**
**ORDER DATE: 8/9/2006**

| VENDOR: RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017 | Bilek Manor, Lot 23C |
| WARNER ROBINS, GA 31095-7017 | 5926 Bilek Dr. |
| Phone:            Fax: | Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 1254 A | Delmar | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | | |
| 1000 | 1/2" Regular Sheetrock | 92.00 | bd | 18.50 | 1,702.00 |
| 1120 | Ceiling Sheetrock | 40.00 | bd | 19.45 | 778.00 |

NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP
ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA
DE LA OBRA DE CONSTRUCCIÓN

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 2,480.00 |
| Tax | ~~136.00~~ |
| **TOTAL ORDER** | ~~2,666.00~~ |

$ 2,480.00

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:
by _____
Company: RIGHTWAY DRYWALL, INC.                    Date _____        Superintendent _____        Date _____

3298 Summit Boulevard      Pensacola   FL    32503                    Phone:  850-433-6400   Fax: 850-433-644

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0016**

MDL-2047  re Drywall - Mitchell
cb:100716

08/29/2006 TUE 10:44 FAX   →→→ Peggy/Joe Daniels                                    ☒006/006

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date | Customer ID | Invoice ID |
|---|---|---|
| 08/29/2006 | MIT001 | 112712 |
| Draw ID | Work Order | Ship Date |
| 2 | | |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 25 C
P/O # 50000 3350 & 3351

5934 Bilek Drive

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 56 pc 1/2" Drywall | 1,036.00 |
| 2 | 28 pc Ceiling Drywall | 544.60 |
| 3 | Hang & Finish 84 pc Drywall | 2,499.84 |
| 4 | Hang & Finish Knock Down Ceilings | 201.60 |

ENTERED

RECEIVED
AUG 3 0 2006
BY:

*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| | |
|---|---|
| Amount Billed | $4,282.04 |
| Retainage Held | |
| 09/08/2006 | $4,282.04 |

**RIGHTWAY 0017**

MDL-2047  re Drywall - Mitchell
cb:100717



Page 1

**PURCHASE ORDER**
**500003350**

**JOB NUMBER: 127000025C**
**ORDER DATE: 8/9/2006**

| VENDOR: RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:                Fax: | DELIVER TO: Bilek Manor (Cottages)<br>Bilek Manor, Lot 25C<br>5934 Bilek Dr.<br>Pensacola FL 32526 |
|---|---|

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| S 922 C | ARBOR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | | |
| 1000 | Hang & Finish Sheetrock | 84.00 | bd | 29.76 | 2,499.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,344.00 | sqft | 0.15 | 201.60 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**
Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 2,701.44 |
| Tax | 0.00 |
| **TOTAL ORDER** | **2,701.44** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:
by _____
Company: RIGHTWAY DRYWALL, INC.          Date _____          Superintendent _____          Date _____

3298 Summit Boulevard      Pensacola   FL   32503                    Phone: 850-433-6400   Fax: 850-433-644?

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0018**

MDL-2047  re Drywall - Mitchell
cb:100718



Page 1

JOB NUMBER: 127000025C
ORDER DATE: 8/9/2006

| VENDOR:  RIGHTWAY DRYWALL, INC. | DELIVER TO:  Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017 WARNER ROBINS, GA 31095-7017 Phone:                        Fax: | Bilek Manor, Lot 25C 5934 Bilek Dr. Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| S 922 C | ARBOR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | | |
| 1000 | 1/2" Regular Sheetrock | 56.00 | bd | 18.50 | 1,036.00 |
| 1120 | Ceiling Sheetrock | 28.00 | bd | 19.45 | 544.60 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 1,580.60 |
| Tax | ~~118.55~~ |
| **TOTAL ORDER** | ~~1,699.15~~ |

*$ 1580.60*

| The work has been completed according to the terms and conditions stated in our contract. Authorized Signature: | |
|---|---|
| by _____ Company:  RIGHTWAY DRYWALL, INC.      Date _____ | Superintendent _____      Date _____ |

3298 Summit Boulevard      Pensacola    FL    32503          Phone:  850-433-6400   Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0019**

MDL-2047  re Drywall - Mitchell
cb:100719

09/05/2006 TUE 16:48 FAX   →→→ Peggy/Joe Daniels                    ☑006/006

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date | Customer ID | Invoice ID |
|---|---|---|
| 09/05/2006 | MIT001 | 112748 |

Draw ID
2

Work Order

Ship Date

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor Cottags - Lot 21 C
PO # 500003346 & 3347

5918 BILEK DRIVE

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 92 pc 1/2" Drywall | | 1,702.00 |
| 40 pc Ceiling Drywall | | 778.00 |
| Hang & Finish 132 pc Drywall | | 3,928.32 |
| 1574 SF Knock Down Ceilings | | 236.10 |

ENTERED

MIKE
$850/SHEET !!!
No CHANGE FROM LAST WEEK!
OUR CONVERSATION
TDM

RECEIVED
SEP - 6 2006

*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

| DATE DUE: | | |
|---|---|---|
| | Amount Billed | $6,644.42 |
| | Retainage Held | |
| 09/15/2006 | | $6,644.42 |

RIGHTWAY 0020

MDL-2047  re Drywall - Mitchell
cb:100720



Page 1

### PURCHASE ORDER
**500003346**

**JOB NUMBER: 127000021C**
**ORDER DATE: 8/9/2006**

| **VENDOR:** RIGHTWAY DRYWALL, INC. | **DELIVER TO:** Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:                    Fax: | Bilek Manor, Lot 21C<br>5918 Bilek Drive<br>Pensacola FL 32526 |

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|
| G 1254-B | DELMAR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* *35110 DRYWALL LABOR* \*\*\*\*** | | | | |
| 1000 | Hang & Finish Sheetrock | 132.00 | bd | 29.76 | 3,928.32 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,574.00 | sqft | 0.15 | 236.10 |

| | |
|---|---|
| **NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP** | Net Order    4,164.42 |
| **ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA** | Tax    0.00 |
| **DE LA OBRA DE CONSTRUCCIÓN** | **TOTAL ORDER    4,164.42** |
| Total Price Includes Sales Tax If Applicable. | |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:
by _____        _____        _____        _____
Company: RIGHTWAY DRYWALL, INC.        Date        Superintendent        Date

3298 Summit Boulevard        Pensacola   FL    32503        Phone: 850-433-6400  Fax: 850-433-64⋯

## IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES

**RIGHTWAY 0021**

MDL-2047  re Drywall - Mitchell
cb:100721



Page 1

**PURCHASE ORDER**
**500003347**

JOB NUMBER: 127000021C
ORDER DATE: 8/9/2006

| VENDOR: RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:            Fax: | Bilek Manor, Lot 21C<br>5918 Bilek Drive<br>Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 1254-B | DELMAR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | | |
| 1000 | 1/2" Regular Sheetrock | 92.00 | bd | 18.50 | 1,702.00 |
| 1120 | Ceiling Sheetrock | 40.00 | bd | 19.45 | 778.00 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**
Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 2,480.00 |
| Tax | ~~186.00~~ |
| **TOTAL ORDER** | ~~2,666.00~~ |

*2,480.00*

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.        Date _____        Superintendent _____        Date _____

3298 Summit Boulevard        Pensacola   FL   32503                    Phone: 850-433-6400  Fax: 850-433-644

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0022**

MDL-2047  re Drywall - Mitchell
cb:100722

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA 31095-7017

| Invoice Date 09/12/2006 | Customer ID MIT001 | Invoice ID 112803 |
|---|---|---|
| Draw ID 2 | Work Order | Ship Date |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 5B
P/O #500003387 & 3388

5923 Bilek Drive

Ship Via
None

## INVOICE

| 1 | 71 pc - 1/2" Drywall | 1,139.55 |
| 2 | 38 pc Ceiling Drywall | 624.60 |
| 3 | Hang & Finish 107 pc Drywall | 3,184.32 |
| 4 | Hang & Finish 1728 SF Knock Down Ceilings | 259.20 |



ENTERED

SEP 1 3 2006



*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

Amount Billed          $5,207.67

Retainage Held

09/22/2006                                        $5,207.67

---

**RIGHTWAY 0023**

MDL-2047  re Drywall - Mitchell
cb:100723



Page 1

**PURCHASE ORDER**
**500003388**

**JOB NUMBER: 127000005B**
**ORDER DATE: 8/11/2006**

| **VENDOR:** RIGHTWAY DRYWALL, INC. | **DELIVER TO:** Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:          Fax: | Bilek Manor, Lot 5B<br>5923 Bilek Drive<br>Pensacola FL 32526 |

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|
| S 1200-B | DELAND | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | |
| 1000 | 1/2" Regular Sheetrock | 71.00 | bd | ~~18.50~~ | ~~1,313.50~~ |
| 1120 | Ceiling Sheetrock | 36.00 | bd | ~~19.45~~ | ~~700.20~~ |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | ~~2,013.70~~ |
| Tax | ~~151.03~~ |
| **TOTAL ORDER** | ~~2,164.73~~ |

*(handwritten)* 2013.70

$71 \ bd. \ x = 16.05 = 1139.$
$36 \ bd \ x = 17.35 = 624.4$
$1764.$

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.                Date _____

Superintendent _____    by _____ Date _____

3298 Summit Boulevard      Pensacola   FL   32503                Phone: 850-433-6400  Fax: 850-433-644?

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0024**

MDL-2047  re Drywall - Mitchell
cb:100724



Page 1

**PURCHASE ORDER**
**500003387**

JOB NUMBER: 127000005B
ORDER DATE: 8/11/2006

| VENDOR: RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:        Fax: | Bilek Manor, Lot 5B<br>5923 Bilek Drive<br>Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| S 1200-B | DELAND | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | |
| 1000 | Hang & Finish Sheetrock | 107.00 | bd | 29.76 | 3,184.32 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,728.00 | sqft | 0.15 | 259.20 |

NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP
ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA
DE LA OBRA DE CONSTRUCCIÓN

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 3,443.52 |
| Tax | 0.00 |
| **TOTAL ORDER** | **3,443.52** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____        _____        _____        _____
Company: RIGHTWAY DRYWALL, INC.        Date        Superintendent        Date

3298 Summit Boulevard        Pensacola    FL    32503        Phone: 850-433-6400   Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0025**

MDL-2047  re Drywall - Mitchell
cb:100725



09/12/2006 TUE 7:45 FAX  →→→ Peggy/Joe Daniels                              ☒002/007

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA 31095-7017

| Invoice Date | Customer ID | Invoice ID |
|---|---|---|
| 09/12/2006 | MIT001 | 112804 |
| Draw ID | Work Order | Ship Date |
| 2 | | |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 8B
P/O # 50000331 & 3432

5935 Bilek Drive

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 56 pc 1/2" Regular Drywall | 898.80 |
| 2 | 28 pc Ceiling Drywall | 485.80 |
| 3 | Hang & Finish 84 pc Drywall | 2,499.84 |
| 4 | Hang & Finish 1344 SF Knock Down Ceilings | 201.60 |

SEP 1 3 2006

*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| Amount Billed | $4,086.04 |
|---|---|
| Retainage Held | |
| 09/22/2006 | $4,086.04 |

**RIGHTWAY 0026**

MDL-2047  re Drywall - Mitchell
cb:100726



Page 1

**PURCHASE ORDER**
**500003432**

**JOB NUMBER: 127000008B**
**ORDER DATE: 8/11/2006**

| VENDOR:  RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:                    Fax: | Bilek Manor, Lot 8B<br>5935 Bilek Drive<br>Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 922-A | ARBOR | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | |
| 1000 | 1/2" Regular Sheetrock | 56.00 | bd | ~~18.50~~ | ~~1,036.00~~ |
| 1120 | Ceiling Sheetrock | 28.00 | bd | ~~19.45~~ | ~~544.60~~ |

<u>**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**</u>
<u>**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**</u>
<u>**DE LA OBRA DE CONSTRUCCIÓN**</u>

| | |
|---|---|
| Net Order | ~~1,580.60~~ |
| Tax | ~~118.55~~ |
| **TOTAL ORDER** | ~~1,699.15~~ |

Total Price Includes Sales Tax If Applicable.

*[handwritten] 1580.60*

*[handwritten]*
56 bd × 16.05 = 898.80
28 bd × 17.35 = 485.80
1384.60

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.        Date _____        Superintendent _____        Date _____

3298 Summit Boulevard        Pensacola   FL    32503                Phone: 850-433-6400   Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0027**

MDL-2047  re Drywall - Mitchell
cb:100727



Page 1

JOB NUMBER: 127000008B
ORDER DATE: 8/11/2006

| VENDOR: RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:          Fax: | Bilek Manor, Lot 8B<br>5935 Bilek Drive<br>Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 922-A | ARBOR | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | |
| 1000 | Hang & Finish Sheetrock | 84.00 | bd | 29.76 | 2,499.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,344.00 | sqft | 0.15 | 201.60 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

| | |
|---|---|
| Net Order | 2,701.44 |
| Tax | 0.00 |
| **TOTAL ORDER** | **2,701.44** |

Total Price Includes Sales Tax If Applicable.

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____     _____
Company: RIGHTWAY DRYWALL, INC.     Date          Superintendent          Date

3298 Summit Boulevard     Pensacola   FL   32503          Phone: 850-433-6400   Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0028**

MDL-2047  re Drywall - Mitchell
cb:100728

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date 09/12/2006 | Customer ID MIT001 | Invoice ID 112807 |
|---|---|---|
| Draw ID 2 | Work Order | Ship Date |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 20 C
P/O # 50000354O & 3541

5914 Bilek Drive

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 82 pc 1/2" Regular Drywall | 1,316.10 |
| 2 | 27 pc Ceiling Sheetrock Drywall | 468.45 |
| 3 | Hang & Finish 109 pc Drywall | 3,243.84 |
| 4 | Hang & Finish 1296 SF Knock Down Ceilings | 194.40 |

ENTERED

SEP 1 3 2006



*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| Amount Billed | $5,222.79 |
|---|---|
| Retainage Held | |
| 09/22/2006 | $5,222.79 |

**RIGHTWAY 0029**

MDL-2047  re Drywall - Mitchell
cb:100729



Page 1

**PURCHASE ORDER**
**500003540**

**JOB NUMBER:** 127000020C
**ORDER DATE:** 8/14/2006

| **VENDOR:** RIGHTWAY DRYWALL, INC. | **DELIVER TO:** Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:          Fax: | Bilek Manor, Lot 20C<br>5914 Bilek Dr.<br>Pensacola FL 32526 |

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | |
| 1000 | Hang & Finish Sheetrock | 109.00 | bd | 29.76 | 3,243.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,296.00 | sqft | 0.15 | 194.40 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 3,438.24 |
| Tax | 0.00 |
| **TOTAL ORDER** | **3,438.24** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____

Company: RIGHTWAY DRYWALL, INC.          Date _____          Superintendent _____          Date _____

3298 Summit Boulevard          Pensacola   FL   32503                    Phone:  850-433-6400   Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0030**

MDL-2047  re Drywall - Mitchell
cb:100730



Page 1

| **VENDOR:** RIGHTWAY DRYWALL, INC. | **DELIVER TO:** Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017 <br> WARNER ROBINS, GA 31095-7017 <br> Phone:                    Fax: | Bilek Manor, Lot 20C <br> 5914 Bilek Dr. <br> Pensacola FL 32526 |

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | | |
| 1000 | 1/2" Regular Sheetrock | 82.00 | bd | ~~18.50~~ | ~~1,517.00~~ |
| 1120 | Ceiling Sheetrock | 27.00 | bd | 19.45 | ~~525.15~~ |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

<u>Total Price Includes Sales Tax If Applicable.</u>

|  |  |
|---|---|
| Net Order | ~~2,042.15~~ |
| Tax | ~~153.16~~ |
| **TOTAL ORDER** | ~~2,195.31~~ |

*(handwritten)*
Reg 2
ceiling 2

82 bd x 16.05 = 1316.1
27 bd x 17.35 = 468.
1784.

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.          Date _____          Superintendent _____          Date _____

3298 Summit Boulevard      Pensacola   FL   32503                    Phone: 850-433-6400   Fax: 850-433-644

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0031**

MDL-2047  re Drywall - Mitchell
cb:100731

09/26/2006 TUE 13:55 FAX → Peggy/Joe Daniels                                    ☒003/005

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date | Customer ID | Invoice ID |
|---|---|---|
| 09/26/2006 | MIT001 | 112908 |
| Draw ID | Work Order | Ship Date |
| 2 | | |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 26 C
P/O #  500003654 &3655

5938 Bilek Drive

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 56 pc 1/2" Regular Drywall | 898.80 |
| 2 | 28 pc Ceiling Drywall | 485.80 |
| 3 | Hang & Finish 84 Drywall Boards | 2,499.84 |
| 4 | 1344 SF Knock Down Ceiling Finish | 201.60 |

SEP 2 7 2006

*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

Amount Billed          $4,086.04

Retainage Held

10/06/2006                                            $4,086.04

**RIGHTWAY 0032**

MDL-2047  re Drywall - Mitchell
cb:100732



Page 1

**PURCHASE ORDER**
**500003655**

**JOB NUMBER: 127000026C**
**ORDER DATE:** 8/14/2006

| VENDOR:  RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017 WARNER ROBINS, GA 31095-7017 Phone:                    Fax: | Bilek Manor, Lot 26C 5938 Bilek Drive Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| S 922-C | ARBOR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* *35120 DRYWALL MAT* \*\*\*\*** | | | | |
| 1000 | 1/2" Regular Sheetrock | 56.00 | bd | ~~16.50~~ | ~~1,036.00~~ |
| 1120 | Ceiling Sheetrock | 28.00 | bd | ~~18.45~~ | ~~544.60~~ |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

Net Order    1,580.60
Tax    ~~118.55~~
**TOTAL ORDER**    ~~1,699.15~~

*(handwritten)*
56 bd x 16.05 = 898.8(
28 bd x 17.35 = 485.8
$ 1384.6(

$ 1384.60

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:
by _____
Company: RIGHTWAY DRYWALL, INC.          Date _____          Superintendent _____          Date _____

3298 Summit Boulevard     Pensacola   FL   32503          Phone:  850-433-6400   Fax: 850-433-644(

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0033**

MDL-2047  re Drywall - Mitchell
cb:100733



Page 1

**PURCHASE ORDER**
**500003654**

**JOB NUMBER: 127000026C**
**ORDER DATE: 8/14/2006**

| **VENDOR:** RIGHTWAY DRYWALL, INC. | **DELIVER TO:** Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017 WARNER ROBINS, GA 31095-7017 Phone:          Fax: | Bilek Manor, Lot 26C 5938 Bilek Drive Pensacola FL 32526 |

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|
| S 922-C | ARBOR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* *35110 DRYWALL LABOR* \*\*\*\*** | | | | | |
| 1000 | Hang & Finish Sheetrock | 84.00 | bd | 29.76 | 2,499.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,344.00 | sqft | 0.15 | 201.60 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**
Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 2,701.44 |
| Tax | 0.00 |
| **TOTAL ORDER** | **2,701.44** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:
by _____
Company: RIGHTWAY DRYWALL, INC.        Date _____        Superintendent _____        Date _____

3298 Summit Boulevard        Pensacola   FL   32503        Phone: 850-433-6400   Fax: 850-433-644

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

**RIGHTWAY 0034**

MDL-2047  re Drywall - Mitchell
cb:100734

# EXHIBIT C

3/24/2009





5926 BiLEK DRIVE
DANA WilliAMS

MARCH 20, 2009





Case 2:09-md-02047-EEF-MBN   Document 14374   Filed 05/18/12



Case 2:09-md-02047-EEF-MBN   Document 14374   Filed 05/18/1











CHINA    MEET   OR EXCEEDS .ASTM C1396 04

MADE IN CHINA   M

CHINA MEET OR EXC

OR EXCEEDS .ASTM

STM C1396 04 STAND





Case 2:09-md-02047-EEF-MBN   Document 14374   Filed 05/18/12






Case 2:09-md-02047-EEF-MBN   Document 14374   Filed 05/18/1



