## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - THIS DOCUMENT RELATES TO: | SECTION: L |
| THE MITCHELL COMPANY, INC. v. KNAUF GIPS, KG; et al.; Case No. 09-cv-4115 | JUDGE FALLON MAG. JUDGE WILKINSON |

### DECLARATION OF KRISTEN LAW SAGAFI

STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

I, Kristen Law Sagafi, after having been first duly sworn, state and affirm as follows:

1.      My name is Kristen Law Sagafi, and I am counsel for The Mitchell Co., Inc. ("Mitchell") in the above-captioned matter. I am over the age of nineteen (19) years and make this declaration upon my personal knowledge.

2.      Mitchell perfected service of its original Complaint on defendant Taishan on May 8, 2009.  Documents memorializing effective service on Taishan are attached hereto as Exhibit 1

3.      Attached hereto as Exhibit 2 are documents Bates stamped Devon 0002 - Devon 00017, which appear to comprise Devon International Group's submission to the U.S. Consumer Product Safety Commission, dated June 17, 2009.

1

4.     Attached hereto as Exhibit 3 are documents Bates stamped Devon-00438, Devon-00449-50, Devon-00452, Devon-00645, Devon-00658, and Devon-00663, which depict packaged drywall bearing the Devon logo and imprinted with the words: "MADE IN CHINA MEET OR EXCEEDS ASTM 01396 04 STANDARD."

5.     Attached hereto as Exhibit 4 is a document Bates stamped Devon 00951, which appears to be a letter dated July 21, 2006 from Frank Johnston of North Pacific Group to Ruth Wu of Devon International Trading.

6.     Attached hereto as Exhibit 5 are documents Bates stamped Devon-00571-77 and Devon-00581-86, which appear to detail discharge of drywall from the ship Sanko Rally in the Port of Pensacola, FL between June 15, 2006 and July 12, 2006.

7.     Attached hereto as Exhibit 6 are documents Bates stamped SM0033-SM0130, which appear to be two submissions on behalf of Emerald Coast Building Materials to the U.S. Consumer Products Safety Commission - one dated August 7, 2009 and another dated August 20, 2009.

I swear under penalty of perjury of the laws of California and the United States that the foregoing is true and accurate to the best of my ability.

_____
Kristen Law Sagafi

Sworn to and declared before me on this 17th day of May, 2012.

DOUGLAS CLEVENGER
COMM. #1858979
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires Aug, 21, 2013

_____
NOTARY PUBLIC
My commission expires August 21, 2013

1036941.1                                    2

# EXHIBIT 1

Case Name: The Mitchell Company, Inc. v. Knauf Gips KG
Defendant: Taisan Gypsum Co., Ltd.
Court Case No.: 3:09-cv-00089-MCR-MD

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
*1.   que la demande a été exécutée*
    - the (date)       8/5, 2009
    - *le (date)*
    - at (place, street, number)   Taian  Intermediate  People's  Court,  Shandong  Province
    - *à (localité, rue numéro)*

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
        [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ] (b)  in accordance with the following particular method*:
        *b)   selon la forme particulière suivante:* _____

        [ ] (c)   by delivery to the addressee, who accepted it voluntarily.*
        *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)   Zhang Wenjun
    - *(identité et qualité de la personne)*

    - relationship to the addressee (family, business or other):   Staff of the branch for law affairs.
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2)  that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Piéces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at   Beijing  中华人民共和国  8/16,国  2009
*Fait à*
                                                  司  法  , le 部
Signature and/or stamp.   司法协助专用章
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **DIVISION OF JUDICIAL ASSISTANCE**<br>**Ministry of Justice**<br>**No.10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br><br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* ___Taisan Gypsum Co., Ltd.___

___Dawenkou Daiyue District, RC-271026 Tai'an Shandong, China___

Tel:

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a)  selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  *b)  selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Complaint | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A. |
| Summons in a Civil Action | , the<br>*le* 3 30/09 |
| Translations | |
| Summary of the Documents to be Served | |
| | Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)        (Est. 11/22/77)

\* Delete if inappropriate.
. *Rayer les mentions inutiles*

山东省泰安市中级人民法院

# 送 达 回 证

(各类案件通用)

FX-09-660
SX-09-567

| 案　由 | 协助送达 | 案　号 | (2009)泰高法协字第29号 |
|---|---|---|---|
| 送达文书名称和件数 | 美国联邦地区法院佛罗里达州北部管区 传票一份，诉状一份 (共计47页) | | |
| 受送达人 | 泰山石膏股份有限公司 | | |
| 送达地址 | 本院 | | |
| 受送达人签名或盖章 | 谈文君(该公司法规部职员) 09年 5月 8日 | | |
| 代收人及代收理由 | | | 年　月　日 |
| 备　考 | | | |

填发人　　　　　　　　　　送达人　尹超磊

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、
　　行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定
　　办理。
　　②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关
　　系及代收理由。



# EXHIBIT 2

Kevin G. Sugg
*Counsel*

phone: 610-757-4147
fax: 610-768-4509
e-mail: ksugg@devonhealth.com

**DEVON**
INTERNATIONAL
GROUP

June 17, 2009

<u>Via Overnight Delivery</u>

Office of Compliance and Field Operations
U.S. Consumer Product Safety Commission
Attention:  Mary Kroh, Compliance Officer
Room 613-15
4330 East West Highway
Bethesda, MD 20814-4408

     RE:    Devon International Trading, Inc.
               CPSC File No. PI090017

Dear Ms. Kroh,

    Enclosed please find Devon International Trading, Inc.'s Response to the CPSC's Request For Information dated May 18, 2009.  This response is made pursuant to section 15(b) of the Consumer Product Safety Act, 15 U.S.C. §2064 (a).  Should you have any questions regarding Devon International Trading, please do not hesitate to contact me.

             Sincerely,

             Kevin G. Sugg
             Counsel
             Devon International Trading, Inc.

KGS/pld
Enclosures

p| 800•431•2273

a| 1100 first avenue

suite 100

king of prussia, pa

19406


PLAINTIFF'S
EXHIBIT
80

w| devonintlgroup.com

Devon - 00002

**DEVON INTERNATIONAL TRADING INC.'S RESPONSE
TO REQUEST FOR INFORMATION DATED MAY 18, 2009
CPSC FILE NO. PI090017**

1.      Identify the person providing the answer(s) contained in your response to this letter.

          Answer:  Ruth Wu
                   Vice-President of Operations
                   Devon International Trading, Inc.
                   1100 First Avenue
                   King Of Prussia, PA 19406
                   610-757-4103
                   rwu@devonintlgroup.com

                   Kevin G. Sugg, Esquire
                   Counsel for Devon International Trading, Inc.
                   1100 First Avenue
                   King Of Prussia, PA 19406
                   610-757-4147
                   ksugg@devonintlgroup.com

2.      Did you sell, offer for sale, manufacture for sale, distribute in commerce, purchase, transfer, deliver, install, or import, in any way product during the relevant time frame?

          Answer:  Yes.  Devon International Trading ("Devon") imported and sold the product to distributors and wholesalers.

3.      If you answered "yes" to request No. 2, list all such shipments of product including, for each individual shipment:

          Answer:  Devon imported three shipments of drywall from China between June 1, 2006 and July 7, 2006.  The primary shipment arrived in Pensacola, Florida on or about June 16, 2006 (hereinafter referred to as "Shipment No. 1").  The second shipment arrived in Elizabeth, New Jersey on or about June 27, 2006 (hereinafter referred to as "Shipment No. 2").  The third shipment arrived in Chicago, Illinois on or about July 7, 2006 (hereinafter referred to as "Shipment No. 3").

          a.  The name of the manufacturer of the product;

          Answer:  Shandong Taihe Dongxin Co., Ltd. for all three shipments.

               i. Any identifying marks or brands on the product, including any date codes and style numbers;

1

Answer:  Individual sheets of drywall contained the following statement: "MADE IN CHINA MEET OR EXCEEDS ASTM C1396 04 STANDARD."  In Shipment No. 1, drywall sheets were packaged in seven thousand one hundred thirty-three (7,133) bundles containing sixty-eight (68) sheets of drywall each.  Packaging on the outside of the bundles contained a logo stated as "Devon Building Products."

ii.  The date of manufacture;

Answer:  Between March 15, 2006 and May 31, 2006.  The exact dates of manufacture are unknown.

iii.  The location of manufacture, including the name of the gypsum mine, or other mine, if known;

Answer:  Unknown.

b.  The amount of product in the shipment;

Answer:  Shipment No. 1 contained 485,044 (+/-3%) sheets of drywall.  In the course of ocean transit from China to Pensacola, Florida, Shipment No. 1 was significantly damaged.  As a result of the damage, 255,680 sheets of drywall (3,760 bundles) were declared to be unusable, and 229,364 sheets of drywall (3,373 bundles) were determined to be available for sale.   Shipment No. 2 contained 658 sheets of drywall.  Shipment No. 3 contained 650 sheets of drywall.

c.  The retail price of the product;

Answer:  For Shipment No. 1, see Exhibit "A".  For Shipment No. 2, the wholesale price was $2.00 per sheet for a total sale price of $1,316.00.  For Shipment No. 3, the wholesale price was $4.27 per sheet for a total sale price of $1,024.80.

d.  The type or character of the product in the shipment including the dimensions, whether the product was synthetic or non-synthetic or a mixture of both, and the component materials of the product;

Answer:  The product was gypsum board.  The exact composition and component materials of the product are unknown.  The dimensions were 4' x 12' x 12.7mm.

e.  Identify the person or entity from whom you received the product;

Answer:  The manufacturer of the drywall was Shandong Taihe Dongxin Co., Ltd., Dawenkou, Daiye District, Taian City, Shandong Province, China 271026, phone: 86-538-8811449, fax:  86-538-8811323.  The product was purchased through a trading company, Shanghai Yu Yuan Import & Export Company, No. 19, Wenchang Road, Shanghai City, China, phone: 021-63550563.

2

i. The nature of the transaction by which you received the product such as importation, sale, consignment, etc;

Answer: Devon purchased the product in China and transported it to the United States.

ii. The date on which you received the product;

Answer: Devon received Shipment No. 1 at the port of Qingdao, China on or about May 1, 2006. Devon received Shipment No. 2 at the port of Qingdao, China on or about May 28, 2006. Devon received Shipment No. 3 at the port of Qingdao, China on or about June 1, 2006.

iii. The manner in which you transferred the product (e.g. ship, rail, truck, etc.) and the name, address, and telephone number of the carrier;

Answer: Shipment No. 1 was transported by ship from the port of Qingdao, China to the port of Pensacola, Florida by China National Chartering Corp., Beijing, China. Shipment No. 2 was transported by ship from the port of Qingdao, China to the port of Elizabeth, New Jersey by Mediterranean Shipping (address unknown). Shipment No. 3 was transported from the port of Qingdao, China to Chicago, Illinois by ship and rail (carrier unknown).

f. Identify the person or entity to or for whom you sold, distributed, purchased, transferred, delivered, installed, or imported the product;

Answer: For Shipment No. 1, see Exhibit "A". Shipment No. 2 was sold to Associated Auctioneers, 2400 E. Tioga Street, Philadelphia, PA 19134. From Shipment No. 3, 240 sheets of drywall were sold to Greenwood Products, Inc., 15895 SW 72nd Avenue, Portland, Oregon 97224. The remaining 410 sheets of drywall from Shipment No. 3 remain unsold.

i. The nature of the transaction by which you sold, distributed, purchased, transferred, delivered or installed the product;

Answer: The products in all three Shipments were sold to distributors or wholesalers, except for 2,380 sheets of drywall from Shipment No. 1 that were sold to individuals via ebay.

ii. The date on which you sold, distributed, purchased, transferred, delivered, installed, or imported the product;

Answer: For Shipment No. 1, see Exhibit "A". Shipment No. 2 was sold to Associated Auctioneers on or about December 8, 2006. From Shipment No. 3, 240 sheets of drywall were sold to Greenwood Products on or about July 7, 2006.

3

iii.  The manner in which you transferred the product (e.g. ship, rail, truck, etc.) and the name, address, and telephone number of the carrier.

Answer: For Shipment No. 1, see Exhibit "A". For Shipment No. 2, Associated Auctioneers received possession of the drywall at the marine terminal or warehouse in New Jersey. For Shipment No. 3, Greenwood Products received possession of the drywall at the warehouse of PacTrans Air & Sea, Inc. in Elk Grove Village, Illinois.

4.      Provide all documents and records related to the transactions identified in Request No. 3.

Answer:  See documents attached hereto as Exhibit "B".

5.      Provide the following:

a. Address(es) where you currently store and maintain any drywall imported from China, and identify the person(s) who supervises your drywall inventory at that location(s).

Answer:  For Shipment No. 3, the unsold 410 sheets of drywall are in the possession and control of PacTrans Air & Sea, Inc., 950 Thorndale Avenue, Elk Grove Village, Illinois, 60007, phone 847-766-9988, fax 847-766-9020.

b. Amount of drywall imported from China currently in your inventory?

Answer:  None.

6.      Identify any communication your firm has had with any Chinese manufacturer, distributor or exporter, either through a representative in China or outside of China, about the product or the drywall problem?  For any such communication, state:

a.  The identity of any person or entity involved in such communication;

Answer:  Devon has not had any communication with the manufacturer regarding the "drywall problem." Devon communicated with the manufacturer regarding the purchase of the drywall. Devon's representatives were Robert Scharf and Julian Chu.

b.  The date of any such communication;

Answer:  Between January 2006 and May 2006, Devon had numerous communications regarding the purchase of the drywall.

c.  The substance of any such communication; and

4

Answer:  Purchase of the drywall.

    d.  If your communication related to a purchase of product, describe the process by which your firm made the transaction including:

        i.  Is the product manufactured to your firm's requested specification?

Answer:  Yes.

        ii.  Does your firm place the order from a catalog?

Answer:  No.

7.      Provide all documents and records related to the communications identified in Request No. 6.

Answer:  See the documents attached hereto as Exhibit "C".

8.      Identify any persons or entities other than your firm who sold, offered for sale, manufactured for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported any product during the relevant time frame.

Answer:  None.

9.      Identify all complaints or claims of any sort related to the drywall problem including but not limited to, warranty or insurance claims, legal actions, repair, refund, or injury claims, comments related to quality or conformity of the drywall, or customer complaints, made by your firm, or received by your firm, including any internal complaints or claims, in any manner.  Include information related to any such complaint or claims received by your firm from any person or entity identified in your response to Request Nos. 3 or 8. For each such complaint or claim, provide:

Answer:  Devon has been advised by its customer, North Pacific Group, Inc., of several potential Chinese drywall claims.  No direct claims have been made against Devon.

    a.  The identity of any person or entity making such complaint or claim;

Answer:  1.  ENAP, Inc., 555 Hudson Valley Avenue, Suite 200, New Windsor, NY 12553-5509.  2. Adams Homes (address unknown).

    b.  The person or entity receiving such complaint or claim;

Devon - 00007

Answer:  North Pacific Group, Inc.

c.   The date of such complaint or claim;

Answer:  Devon was advised on or about June 9, 2009 regarding the claim by ENAP.  With regard to the Adams Homes claim, Devon was first advised on or about April 1, 2009.

d.   The substance of such complaint or claim;

Answer:  Apparent odor problems and suspected corrosion of wiring.

e.   The means of communication of such complaint or claim; and

Answer:  Devon was advised by email.

f.   All actions taken in response or the resolution of any such complaint or claim.

Answer:  None by Devon.


10.   Provide all documents and records related to the complaint or claims identified in Request No. 9.

Answer:  See the documents attached hereto as Exhibit "D".

Devon - 00008

# EXHIBIT A

Devon - 00009

## EXHIBIT A

1.  Product from Shipment No. 1 was sold to the following purchasers:

a.  North Pacific Group, Inc.
    10200 S.W. Greenburg Road
    Portland, OR 97233
    Ph: 503-231-1166

    Dates of Purchase:  8/1/2006 to 9/5/2006.

    Amount Purchased:  27,195 sheets (approximate).

    Price:  $8.50 per sheet.
    Total payments received from North Pacific equaled $231,158.39.

    Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of
    Pensacola.


b.  Mazer Discount Home Center
    2 South 41st Street
    Birmingham, AL 55222-1929
    Ph: 205-595-5521

    Dates of Purchase:  8/9/2006 to 5/7/2007

    Amount Purchased:  84,121 sheets (approximate).

    Price:  6,188 sheets at $9.00 per sheet and 248,234 sheets (approximate) at $3.50
    per sheet.  Total payments received from Mazer equaled $294,426.

    Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of
    Pensacola.


c.  Gulf Coast Shelter
    P.O. Box 1372
    Fairhope, AL 36533
    Ph: 866-517-1240

    Dates of Purchase:  12/14/2006 to 5/31/2007

    Amount Purchased:  132,685 sheets (approximate)

Price: $4.00 per sheet.
   Total payments received from Gulf Coast equaled $530,740.

Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

d.   Caremia Builders, LLC
     P.O. Box 6482
     Slidell, LA 70469

     Date of Purchase: 4/17/2007

     Amount Purchased: 476 sheets.

     Price: $2,000 (total purchase).

     Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

e.   Maga Material Supply, Inc.
     542 McGuire Road
     Pelham, AL 35124

     Date of Purchase: 4/27/2007

     Amount Purchased:  476 sheets.

     Price: $476 (total purchase).

     Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

f.   Omega Steel Co.
     10 Washington Street
     Madison, Illinois 62060

     Date of Purchase: 3/9/2007

     Amount Purchased:  476 sheets.

     Price:  $2,000 (total purchase).

Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

g.      Charles Nicholas
        Address Unknown

        Date of Purchases:  4/9/2007 and 4/27/2007

        Amount Purchased:  2,856 sheets.

        Price:  $15,535 (total purchase).

        Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

h.      Sharkey Sales
        Address Unknown

        Date of Purchase:  4/25/2007

        Amount Purchased:  952 sheets.

        Price:  $3,808 (total purchase).

        Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

i.      Rick Stockett
        Address Unknown

        Date of Purchase:  4/25/2007

        Amount Purchased: 476 sheets.

        Price:  $1,904 (total purchase).

        Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

j.      Between 3/16/2007 and 4/22/2007, Devon sold approximately 2,380 sheets of drywall to five individuals via ebay.  The sales were in lots of 476 sheets each. The sale price for each lot was $2,000. These purchases were made by the

following individuals:  Brian Yarbor, 5579 Douglas Ferry Rd., Caryville, FL 32427 on 3/16/2007; Tommie Jones, Airport Firehouse, 900 Airline Highway, Kenner, LA 70062 on 3/29/2007; Timothy Ducey, 128, N. 82nd Street, Belleville, IL 62223 on 4/5/2007; Phillip Tencer (address unknown) on 4/12/2007; and Emily Peterson (APS Elevator Company, Inc.) (address unknown) on 4/22/2007. Devon believes that the Buyers picked up their purchases at the Port of Pensacola.

# EXHIBIT B

To: 516-599-8228
Bob Scharf
2 pages



DEVON INTERNATIONAL TRADING

## Order Request (PO# D0603019)

**From:**    Devon International Trading, Inc
             Devon Building Products
             1100 First Ave, Suite 100
             King of Prussia, PA 19406
             Ruth Wu/U.S. office              610-757-4103  (Phone)
                                              610-930-4035 (Fax)
             Julian Chu/Shanghai office       21-62717110 x115 (phone)
                                              21-62716166 (fax)

**To:**      Shandong Taihe Dongxin Co.,Ltd.
             Dawenkou, Daiyue District, Taian City, Shandong Province. China  271026
                                              86-538-8811449 (phone)
                                              86-538-8811323 (fax)

**Date:**        March 15, 2006

**Description:**     485,044 (+/-3%) sheets of Drywalls
**Quantity:**        4 ft (W) x 12 ft (L), **12.7 mm (thickness)** per sheet, **tapered**
                     No more than 94.50 lbs per sheet,
                     please see the attached documents for more product specs
                     EXW $3.05 per sheet
                     Total: $1,479,384.20

**Packaging**       **Per Sheet:**
**requirements:**    4'(W) x 12' (L) x 12.7mm  (thickness) per sheet
                     93.6 lbs (the less the better) per sheet,

                     **Per Bundle:**
                     68 sheets per bundle,
                     1.24m(W)x 3.68m(L)x 0.989m(H), 4.513 CBM per bundle including pallet
                     Total: 7133 bundles, 3.25 Metric Tons/bundle, 3.575 short tons/bundle

                     *Drywalls are bundled by metal bands, covered by carboards on
                     all sides, bundled by metal bands again,
                     Wooden feet are added to palletize each bundle.
                     Devon Building Product logo to be imprinted on the cardboards

**Shiplpng**        Breakbulk
**Method:**

**Destination:**    ~~Mobile, Alabama~~  Pensaeola, FL  Ruth Wu

**Latest shipping**  All cargo should be ready at the port by April 10-15, 2006
**date:**

**onsignee:**       Devon International Trading, Inc
                    1100 First Ave, Suite 100, King of Prussia, PA 19406

Devon - 00015

07/07 2006 16:44 FAX 86 21 62716166     DEVEN INC                                    ☒001

TO: Ruth:  3 pages. Julian.

傳貨確認书                                    No. 06JYUN-DEV001
SALES CONFIRMATION                          Date. MAR 30,2006

To Messrs.

Devon International Trading , Inc                    買 卖 人
1100 First Ave, Suite 100, King of Prussia, PA 19406    For account of:

兹我貨确认于下列货品。兹具之条款如下:
We hereby confirm having sold you the following goods on
terms and conditions as specified below:

Your Cable/Confirmation:

| Name of Commodity, Specification and Shipping Mark | Quantity | Unit Price | Total Amount |
|---|---|---|---|
|  |  | FOB SHANGHAI |  |
| Drywalls<br>4 ft (W) x 12 ft (L), 12.7mm(thickness)<br>93.60 lbs per sheet (no more than 94.50 lbs)<br>68 sheets per bundle, total: 7133 bundles<br>bundled by metal bands,covered by carboards<br><br>tapered | 485044 sheets | usd 2.99 | USD 1450281.56 |
|  |  |  | USD 1450281.56 |

(5) 裝 运 期 限<br>Time of Shipment:
☐ 收到信用证...天内装运。
☒ 30% shipment should be ready at the port within 15 days after 30% T/T payment received<br>35% shipment should be ready at the port within 15 days after next 35%T/T payment received<br>Surplus products should be ready at the port within 15 days after all remain payment received

(6) 付 款 条 件<br>Terms of Payment:
☐ ...

Pensacola, FL ⟶

☒ T/T PAYMENT

(7) 保 险<br>Insurance:
☒ 由一切及风险...一切险。  By Seller
☐

(8) 备 注<br>Addknown:
☐ ...

The Buyer shall establish the covering Letter of Credit before the above-stipulated time, failing which the Seller reserves the right to rescind without further notice, or to accept whole or any part of this Sales Confirmation non-fulfilling by the Buyer, or to lodge a claim for direct losses sustained, if any.

For transactions concluded on C.I.F.basis, it is understood that the insurance amount will be for 110% of the invoice value against the risks specified in the Sales Confirmation  If additional insurance amount or coverage is required,the Buyer must have the consent of the Seller before shipment;and the additional premium is to be borne by the Buyer.

QUALITY/QUANTITY DISCREPANCY:In case of quality discrepancy, the Buyer should claim within 30 days after the arrival of the goods at port of destination; while for quantity discrepancy,the Buyer should claim within 15 days after the arrival of the goods at port of destination. It is understood that the Seller shall not be liable for any discrepancy of the goods shipped due to the causes for which the Insurance Company, Shipping Company, other transportation organization, or Post Office is liable.

The Seller shall not be held liable for failure or delay in delivery of the entire lot or a portion of the goods under this Sales Confirmation in consequence of any Force Majeure incidents.

The Buyer is required to return one copy of the Sales Confirmation immediately after receipt of the same. Objection, if any, should be raised by the Buyer within...hours of this Sales Confirmation. In the absence of which it is understood that the Buyer has accepted the terms and conditions of the Sales Confirmation.

The effectiveness of the contract is subject to the Seller's signature as well as the seal is stamped by the responsible specially for the Sales Confirmation.

# Order Contract

(Translation)

Supplier: Taian City Taishan Gypsum Board Inc
Buyer: Shanghai Yu Yuan Import & Export Company

Contract Number:
Location:

1. Product name, specs, quantity and amount:

| Product Name | Specifications (unit: mm) | Quantity (unit: sheet) | EXW unit price (yuan/sheet) | Total Amount (unit: RMB yuan) |
|---|---|---|---|---|
| Regular gypsum board | 3660x1220x12.7 | 485044 | 26.30 | ¥12756657.20 |
| Total Amount: Twelve Million Seven Hundred Fifty Six Thousand Six Hundred and Fifty Seven 20/100 Yuans |

2. Quality Standard: Use United States' ASTM C36 and C1396 as production standards to enforce strictly. Every piece of drywall board is imprinted "Made in China Meet or Exceeds ASTM C1396 04 Standard". Also the packaging has shipping mark to include logo provided by U.S. Devon company and the related specs information (see point 4 in this contract). Each of the two sides of the drywalls needs a 40-50 mm wedge-shaped edge. Each board weights less than 42 kg, thickness allowance 0 to -0.4mm.

3. Packaging requirement: Every two pieces' shorter sides (1220mm) need white paper without imprint to seal them. Use plywood-made pallet base. Each pallet loads 68 sheets. Every bundle of drywalls needs two layers of plastic film to wrap it up well. 6 sides of the bundle use drywalls and use metal band to wrap the bundle up.

4. Shipping mark: On the package it should imprint buyer's designated shipping mark.

Devon Company Logo:



Buyer's designated shipping mark:

| | |
|---|---|
| **Shipping Mark:** <br> L/G-022006 | |
| **Goods Name:** <br> GYPSUM BOARD | |
| **Size:** 1220×3660×12.7mm | |

Devon - 00017

# EXHIBIT 3



2006/04/19 17:57

Devon - 00438

PLAINTIFF'S
EXHIBIT
81



Devon - 00449



Devon - 00450



Devon - 00452



Devon - 00645



Devon - 00658



Devon - 00663

# EXHIBIT 4

 **North Pacific**

July 21, 2006

Ms. Ruth Wu
Devon International Trading

Via facsimile : 610 930-4035

Dear Ms. Wu:

We are returning your invoice unpaid along with a copy of an email transmitted to Bob
Scharf. This material was supposed to have shipped back in March. All along we have
been telling Bob that the market may drop and the material needs to be shipped. Once
the vessel finally arrived we again asked to ship as fast as possible but we were held up
an additional month due to the damage and slow off loading as well as legal and
insurance holds on the material. Finally we were given the go ahead to begin shipping
but by this time, some four months after the intended shipment date, our customers
cancelled their orders to us due to the late shipping. North Pacific Group had no
alternative but to cancel the purchase due to late shipment.

We have communicated with Bob repeatedly during this process concerning the
timeliness of shipment. We have told Bob that North Pacific will assist Devon in
marketing the material, however the market has dropped and the sales value will be less
than our original orders contained. We have salvaged a small number of orders and we
will honor our original purchase price for these loads only. Any future shipments will be
at an agreed upon price at the time of shipment. If you would like us to continue to
market the material we will do all we can to help you with disposing of the material.

Sincerely,

*Frank Johnston*

Frank Johnston
Division Manager
North Pacific Group
Southern



PLAINTIFF'S
EXHIBIT
77

DEVON 00951

# EXHIBIT 5

P.2

Devon - 00571

850-438-5214

Rosalie

Aug 28 06 01:20p

BOB SCHARF - 516-599-8228
G. JACKSON - 601-735-2602
RUTH WU - 610-930-4035

| | EX SANKO RALLY DATE | PICK UP NO. | CUSTOMER PO | NUMBER OF BDLS | TOTAL BDLS TO DATE | | DEVON INTERNATIONAL PATE STEVEDORE COMPANY MV SANKO RALLY DISCHARGE SHEETROCK PORT OF PENSACOLA 6/15-7/12/06 |
|---|---|---|---|---|---|---|---|
| 1 | 7/18/06 | 391852 | APO 36541 | 7 | 7 | | ORGILL/COTTONDALE TRUCK 303/316 |
| 2 | 7/18/06 | 391926 | APO 36548 | 7 | 14 | | ORGILL/COTTONDALE TRUCK 309/311T |
| 3 | 7/19/06 | 359382 | VERBAL | 7 | 21 | | NORPAC/WALKER BROS/CARNEY TRK 16/26 |
| 4 | 7/20/06 | 393598 | JB02738 | 7 | 28 | | NORPAC/ACE-GAUTHIER/SHELTON OP210/2399 |
| 5 | 7/20/06 | 391177 | 436650 | 7 | 35 | | STOCK BLDG, METAIRIE/ADD TRUCKING  1337/153T |
| 6 | 7/20/06 | 391848 | APO 36533 | 0 | 35 | RETURNED 7/25 | ORGILL/ANNISTON, AL/WBS 445347/111688 |
| 7 | 7/20/06 | 391846 | APO 36417 | 7 | 42 | | ORGILL/THOMASVILLE AL/WHISTL.DIX 1/99404 |
| 12 | 7/21/06 | 391845 | APO 36416 | 7 | 49 | | ORGILL/THOMASVILLE AL/COMPASS TPORT 7/3 |
| 8 | 7/20/06 | 391844 | APO 36419 | 7 | 49 | | ORGILL/PINE LA/FORREST PROD. 410/725 |
| 9 | 7/21/06 | 391830 | APO 36482 | 7 | 56 | | ORGILL/LUMBER CITY GA/BETHEL FARMS 144/163 |
| 10 | 7/21/06 | 432690 | GEORGE 4 | 7 | 63 | | BLACK BEAR/CLEARWATER FL/C&S 69/713 |
| 11 | 7/21/06 | 432692 | GEORGE 6 | 7 | 70 | | BLACK BEAR/CLEARWATER FL/CHOPCO 409/RH533 |
| 12 | 7/21/06 | 391845 | APO 36416 | 7 | 77 | | ORGILL/THOMASVILLE AL/COMPASS TPORT 7/3 |
| | | | | 84 | | | SUBMITTED TO DEVON 7/21/06 |
| 13 | 7/21/06 | 391851 | APO36540 | 0 | 77 | RETURNED 7/24 | ORGILL/HATTIESBURG, MS/YADA 002/728 |
| 14 | 7/24/06 | 391853 | APO36546 | 7 | 84 | | ORGILL/TRUSSVILLE, AL/RJ&JTRUCKING 109/T11 |
| 15 | 7/24/06 | 432699 | GEORGE 12 | 7 | 91 | | BLACK BEAR/CLEARWATER, FL/ZERIMAR ZAID 717/7177 |
| 16 | 7/24/06 | 458935 | 70552 | 7 | 98 | | NORPAC/WALKER BROS/CARNEY TRK 1/23 |
| | | | | 21 | | | SUBMITTED TO DEVON/NORPAC 7/25/06 |
| 17 | 7/25/06 | 432691 | GEORGE 5 | 7 | 105 | | BLACK BEAR/SAN ANTONIO, TX/WINDCHESTER EXPRESS 5/1 |
| 18 | 7/25/06 | 432697 | GEORGE 10 | 7 | 112 | | BLACK BEAR/CLEARWATER, FL/GYPSUM EXPRESS 06318/7197 |
| 19 | 7/25/06 | 464868 | 205929 | 7 | 119 | | DISPATCH-70696/FORT PAINE, AL/SUNRISE EXPRESS 066/4839 |
| 20 | 7/25/06 | 391850 | APO36538 | 7 | 126 | | ORGILL/GADSDEN, AL/ WBS 445347/111688 |
| 21 | 7/25/06 | 432694 | GEORGE8 | 7 | 133 | | BLACK BEAR/CLEARWATER, FL/AUGUSTINE TRUCKING 794/4201 |
| 22 | 7/25/06 | 458936 | 70553 | 7 | 140 | | NORPAC/WALKER BROS/CARNEY TRK 11/22 |
| 23 | 7/25/06 | 458937 | 70554 | 7 | 147 | | NORPAC/WALKER BROS/CARNEY TRK 5/29 |
| | | | | 49 | | | SUBMITTED TO DEVON/NORPAC 7/25/06 |
| 24 | 7/27/06 | 437505 | 707428 | 9 | 156 | | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 24/24 |
| 25 | 7/27/06 | 437504 | 707427 | 9 | 165 | | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 37/37 |
| 26 | 7/27/06 | 437503 | 707426 | 9 | 174 | | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 24/24 |

1



PLAINTIFF'S EXHIBIT
82
Blumberg No. 5113

8/28/20061:56 PM

P.3

850-438-5214

Devon - 00572

Rosalie

Aug 28 06 01:20p

BOB SCHARF - 516-599-8228
G. JACKSON - 601-735-2602
RUTH WU - 610-930-4035

| EX SANKO RALLY DATE | PICK UP NO. | CUSTOMER PO | NUMBER OF BDLS | TOTAL BDLS TO DATE | | DEVON INTERNATIONAL PATE STEVEDORE COMPANY MV SANKO RALLY DISCHARGE SHEETROCK PORT OF PENSACOLA 6/15-7/12/06 |
|---|---|---|---|---|---|---|
| 27 | 7/27/06 | 432693 | GEORGE 7 | 7 | 181 | BLACK BEAR/SAN ANTONIO, FL/PHILLIP WILLIAMS + SON 5/108 |
| 28 | 7/27/06 | 391187 | 4361828 | 7 | 188 | STOCK BLDG/METAIRIE, LA/ADD TRUCKING  78/2738 |
| 29 | 7/27/06 | 437501 | 707424 | 7 | 195 | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 37/37 |
| 30 | 7/27/06 | 437502 | 707425 | 7 | 202 | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 24/24 |
| 31 | 7/27/06 | 466006 | 70832 | 7 | 209 | NORPAC/GYPSUM PRODUCTS INC/SHELTON TRK  OP258/3999 |
| 32 | 7/27/06 | 437506 | 707429 | 9 | 218 | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 37/37 |
| 33 | 7/27/06 | 437507 | 707430 | 9 | 227 | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 24/24 |
| | | | | 80 | | SUBMITTED TO DEVON/NORPAC 7/27/06 |
| 34 | 7/28/06 | 437508 | 707431 | 9 | 236 | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 24/24 |
| | | | | 9 | | SUBMITTED TO DEVON/NORPAC 7/28/06 |
| 35 | 7/31/06 | 437596 | ROWLAND 1 | 7 | 243 | LIVE OAKS, FL/CONSOLIDATED LUMBER TRANS 520/0202 |
| 36 | 7/31/06 | 391847 | APO36308 | 7 | 250 | ORGILL/ANDALUSIA, FL/HUGGIND TRANS 408916/1133 |
| | | | | 14 | | SUBMITTED TO DEVON/NORPAC 7/31/06 |
| 37 | 8/1/06 | 391842 | APO36455 | 7 | 257 | ORGILL/NAVARRE, FL/RAPID TRANS 777/T777 |
| 38 | 8/1/06 | 437509 | 707432 | 9 | 266 | EMERALD COAST BLDG/P'COLA, FL/EMERALD COAST 37/37T |
| 39 | 8/1/06 | 391843 | APO36456 | 7 | 273 | ORGILL/NAVARRE, FL/RAPID TRANS 777/T777 |
| 40 | 8/1/06 | 437510 | 707433 | 8 | 281 | EMERALD COAST BLDG/P'COLA, FL/EMERALD COAST 37/37 |
| | | | | 31 | | SUBMITTED TO DEVON/NORPAC 8/1/06 |
| 41 | 8/3/06 | 458938 | 70555 | 7 | 288 | NORPAC/WALKER BROS/CARNEY TRK 7/34 |
| 42 | 8/3/06 | 391855 | APO36579 | 7 | 295 | ORGILL/PHILADELPHIA, MS/P.HUGHES TRK 1019/1005 |
| 43 | 8/3/06 | 437598 | ROWLAND 3 | 7 | 302 | ENAP/LIVE OAK, FL/2 BROTHERS TRK 1/111669 |
| | | | | 21 | | SUBMITTED TO DEVON/NORPAC 8/3/06 |
| 44 | 8/4/06 | 391849 | APO 36535 | 7 | 309 | ORGILL/TUPELO, MS/NEW LINE TRANS 8231/8797 |
| | | | | 7 | | SUBMITTED TO DEVON/NORPAC 8/7/06 |
| 45 | 8/7/06 | 432784 | 707476 | 9 | 318 | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37 |
| 46 | 8/7/06 | 432785 | 707477 | 9 | 327 | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37 |
| 47 | 8/7/06 | 437511 | 707475 | 9 | 336 | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37 |
| | | | | 27 | | SUBMITTED TO DEVON/NORPAC 8/7/06 |
| 48 | 8/8/06 | 432788 | 707480 | 9 | 345 | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37 |
| 49 | 8/8/06 | 432786 | 707478 | 9 | 354 | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37 |

2

8/28/2006 1:56 PM

P.1

850-438-5214

Devon - 00573

Rosalie

Aug 28 06 01:20p

BOB SCHARF - 516-599-8228
G. JACKSON - 601-735-2602
RUTH WU - 610-930-4035

| | EX SANKO RALLY DATE | PICK UP NO. | CUSTOMER PO | NUMBER OF BDLS | TOTAL BDLS TO DATE | | DEVON INTERNATIONAL PATE STEVEDORE COMPANY MV SANKO RALLY DISCHARGE SHEETROCK PORT OF PENSACOLA 6/15-7/12/06 |
|---|---|---|---|---|---|---|---|
| 50 | 8/8/06 | 432787 | 707479 | 9 | 363 | | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 24/24 |
| | | | | 27 | | | SUBMITTED TO DEVON/NORPAC 8/8/06 |
| 51 | 8/9/06 | 437597 | rowland 2 | 7 | 370 | | ENAP/LIVE OAK, FL/J A RAY TRUCKING 6739/07649 |
| | | | | 7 | | | SUBMITTED TO DEVON/NORPAC 8/9/06 |
| | 8/10/06 | 394845 AND 391846 | | -9 | 361 | | RETURNED FOR RECEIPT ONLY PER NORPAC - SEE PICTUR |
| 52 | 8/15/06 | 437599 | ROWLAND 4 | 7 | 368 | | ENAP/JACKSONVILLE/CONS LBR 30956/DA-48-0100 |
| | | | | 7 | | | SUBMITTED TO DEVON/NORPAC 8/15/06 |
| 53 | 8/21/06 | 432789 | 707481 | 9 | 377 | | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37 |
| 54 | 8/21/06 | 432790 | 707482 | 9 | 386 | | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37F |
| | | | | 18 | | | SUBMITTED TO DEVON/NORPAC 8/21/06 |
| 55 | 8/22/06 | 432792 | 707484 | 9 | 395 | | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37F |
| | | | | 9 | | | SUBMITTED TO DEVON/NORPAC 8/22/06 |
| 56 | 8/23/06 | 432791 | 707483 | 9 | | | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37F |
| | | | | 9 | | | SUBMITTED TO DEVON/NORPAC 8/28/06 |

8/28/20061:57 PM

Aug 28 06 01:20p    Rosalie                   850-438-5214              p.4

STRAIGHT BILL OF LADING~ SHORT FORM        ORIGINAL   NOT NEGOTIABLE

Shipper's No. 43.2791

Carrier's Name: Emerald Coast   TRK-37

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading.

at Port of Pensacola  (Date) 8-23-06  FROM 720A S Barracks St

Consigned TO Emerald Coast Building Material

Destination 3040 Palafox St   Street   Pensacola   City

Route _____ County _____ State FL _____ Zip

Delivery Address ★

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

C.O.D. Charges to be
Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To Be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

| No. Packages | TCM | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 1 Blk | | 1/2"x4'x12' Gypsum Board | 59,127 | 11 | |
| | | @ 612 Pcs | | | |
| | | PO# 707483 | | | |
| | | Time: 9:10 am | | | |
| | | Must be Tarped | | | |

Date steve pate co.
for North Pacific Group  Shipper, Per _____   Per _____  Agent

Permanent post-office
address of shipper,

Per _____

1

Devon - 00574

P. 4

850-438-5214

Rosalie

Aug 22 06 03:26p

**STRAIGHT BILL OF LADING— SHORT FORM**    ORIGINAL – NOT NEGOTIABLE    Shipper's No. 432792

Carrier's Name: Emerald Coast TRK 37    Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at Port of Pensacola (Date) 8-22-06 FROM 720A S. Barracks St

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its (railway) operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only)

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor)

Consigned TO Emerald Coast Building Materials

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination 3040 Palafox St   Street _____ Pensacola City

_____ County _____ FL State _____ Zip

Delivery Address ★

Route _____

(to be filed in only when shipper desires and governing tariffs provide for delivery thereof.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

_____ Street _____ City _____ State

**C. O. D.** Charges to be Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."

* "Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 98 | | ½" x 4' x 12' Gypsum Board | 59,127 | lbs | |
| | | @ 612 pcs | | | |
| | | PO # 707484 | | | |
| | | Time 11:00 AM | | | |
| | | Must be tarped | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE— Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

per _____

Rate Stevedore & Co.
for North Pacific Group Shipper, Per _____   _____ Agent

Per _____

Permanent post-office address of shipper _____

Devon - 00575

Aug 21 06 03:41p      Rosalie              850-438-5214            p.5

# STRAIGHT BILL OF LADING— SHORT FORM

ORIGINAL—NOT NEGOTIABLE

Shipper's No. ~432790

Carrier's Name: Emerald Coast 27/37F

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

Carrier's No.

at Port of Pensacola (Date) 8-21-06 FROM 720A S. Barracks St

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO Emerald Coast Building Materials

Destination 8010 P Lloyd Dr. Street Pens. City

_____ County _____ FL State _____ Zip

Route _____

Delivery Address ★ (to be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

_____ Street _____ City _____ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 784 | | ½" x 4' x 12' Gypsum Board | 59127 | ½ | |
| | | @ 616 Pcs | | | |
| | | PO # 702482 | | | |
| | | Time: 340 PM | | | |
| | | must be tarped | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Date stele note

for North Pacific Group Shipper, Per _____ Darrell

Permanent post-office address of shipper. _____

Per X Dan Roberts Agent

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor.)

C.O.D. Charges to be Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

1 The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification.

2 Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

1

Devon - 00576

STRAIGHT BILL OF LADING — SHORT FORM

ORIGINAL - NOT NEGOTIABLE

Shipper's No. 432989

Carrier's Name: Emerald Coast 37/37

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading

at Port of Pensacola (Date) 8-21-06 FROM 720 A S Barracks St

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or route where it is necessary to carry to said destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO Emerald Coast Building Materials

Destination 3040 Palafox St       Street         Pensacola        City

_____ County _____ Fl State _____ Zip

Route _____

Delivery Address _____ (*To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

Street _____ City _____ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Bdls | | ½" x 4 x 12 Gypsum Board | 59,127 | 153 | |
| | | @ 612 Pcs | | | |
| | | PO # 737481 | | | |
| | | | | | |
| | | Time: 11:10 AM | | | |
| | | must be tarped | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

Rate Stevedore Co.
for North Pacific Group    Shipper, Per _____

Permanent post-office address of shipper, _____                                          Agent

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor)

C.O.D. Charges to be
Paid by _____
☐ Shipper  ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$ _____

1

Aug 17 06 02:14p       Rosalie              850-438-5214           p.4

**STRAIGHT BILL OF LADING – SHORT FORM**

ORIGINAL – NOT NEGOTIABLE

Shipper's No. 432787

Carrier's Name Emerald Coast 24/24

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at Fort Pensacola          (Date) 08-08-06          FROM 720 A S Barracks St

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route, or route, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only)

Consigned TO Emerald Coast Build Materials

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination 8080 Palafox St     Pensacola

County _____  Street _____  State Fl  City _____

Route _____

Delivery Address ★ (★To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)  Zip _____

Delivering Carrier _____  Car or Vehicle Initials and No. _____

Collect on Delivery $ _____  And Remit to _____

Street _____  City _____  State _____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9846 | | ½" x 4' x 12' Gypsum Board | 59127 | | |
| | | @ 612 Pcs | | | |
| | | @ 1 707479 | | | |
| | | | | | |
| | | Time 8:25 AM | | | |
| | | Must be Tarped | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Pate Stevedore Co
North Pacific Group    Shipper, Per Sharon Davis    per _____

_____ agent post-office address of shipper.

Per Vincent _____    Agent

**Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.**

_____ (Signature of consignor.)

**C. O. D.** Charges to be Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here. "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced $ _____

*The fibre containers used for this shipment conform to the specifications set forth in the box maker's certification thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification.

† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Aug 17 06 02:14p    Rosalie                 850-438-5214              p.3

STRAIGHT BILL OF LADING– SHORT FORM

ORIGINAL – NOT NEGOTIABLE

Shipper's No. *43 27 86*

Carrier's Name: *Emerald Coast 37/37*

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading

at *Port of Pensacola* (Date) *8-09-06* FROM *720 A S. Barracks St*

Consigned TO *Emerald Coast Building Materials*

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in item 430, Sec. 7.

Destination _____ County _____ Street *FL* _____ City

Route _____ Delivery Address ✱ _____ State _____ Zip

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

Street _____ City _____ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| *96* | | *8 ½' x 4 x 12' Gypsum Board* | *59,127* | *16* | |
| | | *@ 612 Pcs* | | | |
| | | *PO! 707878* | | | |
| | | *Time: 7:58 AM* | | | |
| | | *Must be Tarped* | | | |

C. O. D. Charges to be Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

*Pate Stevedore Co.*
*or North Pacific Group* Shipper, Per *Sharon Davis*

Per *David Roberts* Agent

Permanent post-office address of shipper.

Devon - 00582

Aug 17 06 02:14p    Rosalie                    850-438-5214              p.2

**STRAIGHT BILL OF LADING– SHORT FORM**

ORIGINAL – NOT NEGOTIABLE

Shipper's No. 432788

Carrier's Name: Emerald Coast 37/37T

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this bill of lading,

at Port of Pensacola (Date) 8-08-06 FROM 720 A S Pensacola St

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operation, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned To Emerald Coast Building Materials

Destination 3040 Palafox St        Ft Pensacola

_____ County _____ Street _____ State _____ City _____ Zip

Route _____

Delivery Address _____ (*To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor)

**C. O. D.** Charges to be Paid by ☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

Per _____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced: $ _____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Rk | | 5/8" x 4 x 12 Gypsum Board | 59,122 lbs | | |
| | | @ 612 Pcs | | | |
| | | PO SR 707480 | | | |
| | | | | | |
| | | Time /025 Am | | | |
| | | Must be Tarp | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

Gate Steve date Co
or North Pacific Group Shipper, Per _____

† The fibre containers used for this shipment conform to the specifications and form in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification.
‡ Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

_____ Agent

permanent post-office address of shipper.

Devon - 00584

P.6

850-438-5214

Rosalie

Aug 07 06 04:09p

STRAIGHT BILL OF LADING— SHORT FORM

ORIGINAL – NOT NEGOTIABLE

Carrier's Name: Emerald Coast   37/37/T

Shipper's No. 437511

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading.

at Pearl Pensacola   (Date) 8-07-06   FROM 720A S. Barracks St Pensacola

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as shown below, which carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned To Emerald Coast Building Materials

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor)

Destination 8040 Palafox St   Street   Pensacola   City

_____ County   Fl State   _____ Zip

Route _____

Delivery Address ★

(To be filled in only when shipper desires and governing tariffs provide for delivery thereat)

Delivering Carrier _____   Car or Vehicle Initials and No. _____

(Signature of consignee)

Collect on Delivery $ _____   And Remit to _____

C. O. D. Charges to be
Paid by
☐ Shipper   ☐ Consignee

_____ Street   _____ City   _____ State

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 978 | | 1/2 x 4 x 12 Gypsum Board | 59,127 lbs | | |
| | | @ 612 Pcs | | | |
| | | Customer PO: 707475 | | | |
| | | | | | |
| | | Time 1:30 | | | |
| | | must be tarped | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced $ _____

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

*The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification.

°Shipper's imprint in lieu of stamp; not a part of bill of lading; approved by the Interstate Commerce Commission.

Pate Steve Dare CO
or North Pacific Group   Shipper, Per _____

Permanent post-office address of shipper.

_____ Agent

1

**STRAIGHT BILL OF LADING— SHORT FORM**

ORIGINAL — NOT NEGOTIABLE

Shipper's No. 432785

Carrier's Name: Emerald Coast   37/37

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this bill of lading,

Carrier's No.

at Port of Pensacola   (Date) 8-07-06   FROM 70 A S Barracks St Pensacola

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company has the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO Emerald Coast Building Materials

(Mail or street address of consignee for purposes of notification only)

Destination 3040 Palafox St   Street   Pensacola   City

_____ County   _____ State   _____ Zip

Route _____   Delivery Address ★

Delivering Carrier _____   (+To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

_____ Car or Vehicle Initials and No.

Collect on Delivery $ _____   And Remit to _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor)

**C. O. D.** Charges to be
Paid by
☐ Shipper  ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Bdl | | ½' x 4' x12' Gypsum Board | 59,124 lbs | | |
| | | @ 612 pcs | | | |
| | | PO: 707477 | | | |
| | | | | | |
| | | Time: 10:55 AM | | | |
| | | Must be tarped | | | |

Received $ _____ in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
* Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE— Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

Pate Stevedore Co.
for North Pacific Group   Shipper, Per Sharon Davis

Per _____

Permanent post-office address of shipper.   Per David Roberts   Agent

1

P.4

850-438-5214

Rosalie

Aug 07 06 04:08p

Devon - 00586

**STRAIGHT BILL OF LADING-- SHORT FORM**

ORIGINAL -- NOT NEGOTIABLE

Carrier's Name: Emerald Coast 37 / 37T

Shipper's No. _____

Carrier's No. 432784

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Pralot Pensoh (Date) 8-7-06  FROM

Consigned To Emerald Coast

Destination 806 Palafox St   Street Pensacola   City

Route _____  County _____  State _____  Zip _____

Delivery Address _____

Delivering Carrier _____  Car or Vehicle Initials and No. _____

Collect on Delivery $ _____  And Remit to _____

Street _____  City _____  State _____

C. O. D. Charges to be Paid by
☐ Shipper  ☐ Consignee

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 96 | | 1/2 " x 4' x 12' Gypsum Board | 59127 lbs | | |
| | | @ 612FC | | | |
| | | PO 707476 | | | |
| | | Time 0900 | | | |
| | | must be tarped | | | |

Shipper, Per _____

Agent

For Dan Roberts

7

# EXHIBIT 6



FOWLER WHITE
ATTORNEYS AT LAW
BURNETT

MIAMI • FORT LAUDERDALE • WEST PALM BEACH • ST. PETERSBURG • VERO BEACH

ESPIRITO SANTO PLAZA
FOURTEENTH FLOOR
1395 BRICKELL AVENUE
MIAMI, FLORIDA 33131
TELEPHONE (305) 789-9200
FACSIMILE (305) 789-9201

WWW.FOWLER-WHITE.COM

EDWARD J. BRISCOE
DIRECT PHONE NO.: (305) 789-9252
DIRECT FACSIMILE NO.: (305) 789-9201
EBRISCOE@FOWLER-WHITE.COM

August 7, 2009

*Via Certified Mail, Return Receipt Requested*

PRIVILEGED AND CONFIDENTIAL

Mary Kroh
Compliance Officer
Office of Compliance and Field Operations
U.S. Consumer Product Safety Commission
Room 613-15
4330 East West Highway
Bethesda, MD 20814-4408

Re:   CPSC File No. PI090017
      <u>Drywall Imported from the People's Republic of China</u>

Dear Ms. Kroh:

Please allow this letter to serve as a response on behalf of Emerald Coast Building Materials to the U.S. Consumer Product Safety Commission's request for information regarding Chinese drywall. While not conceding to application of the Consumer Product Safety Act to this case, we provide the following confidential itemized responses to your requests:

*1.      Identify the person providing the answer(s) contained in your response to this letter.*

William B. Batting, General Manager, Emerald Coast Building Materials, 8040 N. Palafox Street, Suite B, Pensacola, FL 32534, with the assistance of the undersigned counsel.

*2.      Did you sell, offer for sale, purchase, transfer, delivery, or install in any way, any product during the relevant time frame?*

Yes.

*3.      If you answered "Yes" to Request No. 2, provide the following information concerning the product:*

     *a.      Identify all the person(s) or entity(ies) from whom you received the product and for each person or entity provide:*
         *i.      The nature of the transaction(s) by which you received the product such as importation, purchase, consignment, etc.;*

FOWLER WHITE BURNETT P.A.   CONFIDENTIAL – SUBJECT
                            TO PROTECTIVE ORDER

SM0033

cb:  Drywall - MDL 2047
      100033 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 2

        *ii.*    *The name of the manufacturer(s) of the product;*
        *iii.*   *The total amount of product received;*
        *iv.*   *The type or character of the product in each shipment including the dimensions, whether the product was synthetic or non-synthetic or a mixture of both, and the component materials of the product, if known, and*
        *v.*    *The date on which you received the product.*

  a.    North Pacific Group, Inc
      i.     Purchased from North Pacific.
      ii.    Uncertain of Manufacturer. Believed to be manufactured in China.
      iii.   571,200 square feet.
      iv.   20 truck loads consisting of 11,900 pieces of 1/2"x4'x12' Gypsum Wallboard
      v.    First truckload received on July 27, 2006. Last truck received on August 23, 2006.

    *b.*    *Identify all person(s) or entity(ies) to or for whom you sold, offered for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported the product and for each person or entity provide:*
        *i.*    *The nature of the transaction(s) by which you transferred the product such as sale, installation, etc.;*
        *ii.*   *The name of the manufacturer(s) of the product;*
        *iii.*  *The total amount of product sold, offered for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported;*
        *iv.*  *The type or character of the product in each shipment including the dimensions, whether the product was synthetic or non-synthetic or a mixture of both, and the component materials of the product, if known, and*
        *v.*    *The date on which you received the product.*

b.    We did not track to whom we sold this specific product as we sold other brands of product during this time as well.  See also Response to Question 3a (i-v) above.

*4.*    *Provide all documents and records related to the transactions identified in Request No. 3.*

Emerald Coast Building Materials has been granted an extension of time in which to respond to this particular request, and will therefore provide same on the agreed upon date of August 21, 2009.

FOWLER WHITE BURNETT P.A.   CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

SM0034

cb:  Drywall - MDL 2047
100034 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 3

5.     *Provide the following:*
       a.     *Amount of drywall imported from China currently in your inventory.*
       b.     *Address(es) of where you currently store and maintain any drywall imported from China, and identify the person(s) who supervises your drywall inventory at that location(s).*

a.     None.
b.     Not applicable.


6.     *Has your firm had communication with any Chinese manufacturer, distributor or exporter, either through a representative in China or outside of China, about the product or the drywall problem? If so, describe.*


North Pacific Group, Inc. has been advised of claims being asserted against Emerald Coast Building Materials.


7.     *Identify all complaints or claims of any sort related to the drywall problem including but not limited to warranty or insurance claims, legal actions, repair, refund, or injury claims, comments related to quality or conformity of the drywall, or customer complaints, received or made by your firm, including any internal complaints or claims, in any manner. Include information related to any such complaint or claims received or made by your firm from or to any person or entity identified in your response to Request No. 3. For each such complaint or claim, provide:*

       a.     *The identity of any person or entity making such complaint or claim;*
       b.     *The person or entity receiving such complaint or claim;*
       c.     *The date of such complaint or claim;*
       d.     *The substance of such complaint or claim;*
       e.     *The means of communication of such complaint or claim (e.g. letter, etc.); and*
       f.     *All actions taken in response or the resolution of any such complaint or claim.*

a.     Adams Homes of North West Florida, Inc.

       Rightway Drywall, Inc.

       Mitchell Homes

FOWLER WHITE BURNETT P.A.     CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

SM0035

cb: Drywall - MDL 2047

100035 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 4

     Heritage Homes of NW Florida, LLC

     Solid Construction of the Gulf Coast, Inc. d/b/a Westerheim Homes

     Mitchell Company, Inc. v. Rightway Drywall, Inc. et al., currently pending
     in U.S. District Court for the Eastern District of Louisiana (MDL 2047)
     (Smoky Mountain/Emerald Coast was brought into the case via third-party
     complaint by Rightway Drywall).

     Diges E. Little, et. al. v. Mitchell Company, Inc. et al., currently pending in
     the Circuit Court of Mobile Alabama (Case No.: 901153).

     Informal claim by Ryan and Danielle Willey regarding home located at 1722
     Graduate Way, Pensacola FL 32514.

     Informal claim by Carson Fluharty regarding home located at 1706 Graduate
     Way, Pensacola FL 32514.

     Informal claim by Heritage Homes on behalf of Blake Weekley regarding
     home located at 6227 Clear Creek Road, Milton, FL 32570.

     Informal claim by Heritage Homes on behalf of James and Sarah Knowles
     regarding home located at 4355 Highway 4, Jay, FL 32565.

     Informal claim by Heritage Homes on behalf of Mr. and Mrs. I. D. Brewton
     regarding home located at 8804 Jernings Road, Pensacola, FL 32514.

     Informal claim by Mid-Continent on behalf of Solid Construction of the Gulf
     Coast, Inc. the general contractor for the Fluharty residence at 1706 Graduate
     Way, Pensacola FL 32514.

b.    Emerald Coast Building Materials.

c.    Adams Homes - September 2, 2008
      Rightway Drywall/Mitchell Homes - March 3, 2009
      Heritage Homes - April 22, 2009
      Solid Construction/Westerheim Homes - April 22, 2009
      Mitchell Company, Inc. v. Rightway Drywall, Inc. et al. - May 14, 2009
      Little, et. al. v. Mitchell Company, Inc. et al. - June 23, 2009
      Willey Residence (Westerheim Homes) - April 20, 2009
      Fluharty Residence (Westerheim Homes) - April 17, 2009
      Weekley Residence (Heritage Homes) - June 22, 2009
      Knowles Residence (Heritage Homes) - April 22, 2009
      Brewton Residence (Heritage Homes) - May 26, 2009

FOWLER WHITE BURNETT P.A.   CONFIDENTIAL – SUBJECT
                          TO PROTECTIVE ORDER

cb:  Drywall - MDL 2047
        100036 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 5

Mid-Continent on behalf of Solid Construction of the Gulf Coast, Inc. - June 7, 2009

d.   Claimants complained that the homeowners had notified them of sulfur-like odors, corrosion to copper wiring, premature corrosion of air conditioning coils, corrosion of other metal objects in the homes, etc.

e.   Correspondence from claimants as well as service of suit in the Mitchell and Little matters, as referenced above.

f.   Emerald Coast Building Materials notified its supplier, North Pacific Group, Inc. of said claims and tendered defense to same.

8.   *Provide all documents and records related to the complaint or claims identified in Request No. 7.*

Emerald Coast Building Materials has been granted an extension of time in which to respond to this particular request, and will therefore provide same on the agreed upon date of August 21, 2009.

If we can be of any further assistance in this matter, please do not hesitate to contact us.

Very truly yours,

Edward J. Briscoe
Attorney for Smoky Mountain Materials, Inc.
d/b/a Emerald

W:\78688\LETTR404-Resp to CPSC Inquiry re Emerald Coast.SMH

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .42 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7006 3450 0002 8854 1566

Sent To M. Kroh - U.S. Consumer Prod Safety Com
Street, Apt. No.; or PO Box No. 4330 East West Hwy Rm 613-15
City, State, ZIP+4 Bethesda MD 20814

PS Form 3800, August 2006          See Reverse for Instructions

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

FOWLER WHITE BURNETT P.A.

SM0037

cb:  Drywall - MDL 2047
100037 - Smoky Mountain Materials, Inc.

# FOWLER WHITE
### ATTORNEYS AT LAW
# BURNETT

MIAMI • FORT LAUDERDALE • WEST PALM BEACH • ST. PETERSBURG • VERO BEACH

ESPIRITO SANTO PLAZA
FOURTEENTH FLOOR
1395 BRICKELL AVENUE
MIAMI, FLORIDA 33131
TELEPHONE (305) 789-9200
FACSIMILE (305) 789-9201

WWW.FOWLER-WHITE.COM

EDWARD J. BRISCOE
DIRECT PHONE NO.: (305) 789-9252
DIRECT FACSIMILE NO.: (305) 789-9201
EBRISCOE@FOWLER-WHITE.COM

August 20, 2009

*Via Certified Mail, Return Receipt Requested*

PRIVILEGED AND CONFIDENTIAL

Mary Kroh
Compliance Officer
Office of Compliance and Field Operations
U.S. Consumer Product Safety Commission
Room 613-15
4330 East West Highway
Bethesda, MD 20814-4408

Re:   CPSC File No. PI090017
      Drywall Imported from the People's Republic of China

Dear Ms. Kroh:

In follow-up to our prior correspondence to you dated August 7, 2009, this will confirm that we previously requested and obtained an extension of time in which to provide responses to numbers 4 and 8 below, on behalf of Emerald Coast Building Materials. Accordingly, please allow this to serve as Emerald Coast Building Materials' supplemental response to the U.S. Consumer Product Safety Commission's request for information regarding Chinese drywall. While not conceding to application of the Consumer Product Safety Act to this case, we provide the following confidential itemized responses to your requests:

*1.      Identify the person providing the answer(s) contained in your response to this letter.*

William B. Batting, General Manager, Emerald Coast Building Materials, 8040 N. Palafox Street, Suite B, Pensacola, FL 32534, with the assistance of the undersigned counsel.

*2.      Did you sell, offer for sale, purchase, transfer, delivery, or install in any way, any product during the relevant time frame?*

Yes.

*3.      If you answered "Yes" to Request No. 2, provide the following information concerning the product:*

FOWLER WHITE BURNETT P.A.   **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

SM0038

cb: Drywall - MDL 2047
100038 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 2

    a.    *Identify all the person(s) or entity(ies) from whom you received the product and for each person or entity provide:*

        i.    *The nature of the transaction(s) by which you received the product such as importation, purchase, consignment, etc.;*

        ii.    *The name of the manufacturer(s) of the product;*

        iii.    *The total amount of product received;*

        iv.    *The type or character of the product in each shipment including the dimensions, whether the product was synthetic or non-synthetic or a mixture of both, and the component materials of the product, if known, and*

        v.    *The date on which you received the product.*

a.    North Pacific Group, Inc

    i.    Purchased from North Pacific.

    ii.    Uncertain of Manufacturer. Believed to be manufactured in China.

    iii.    571,200 square feet.

    iv.    20 truck loads consisting of 11,900 pieces of 1/2"x4'x12' Gypsum Wallboard

    v.    First truckload received on July 27, 2006. Last truck received on August 23, 2006.

    b.    *Identify all person(s) or entity(ies) to or for whom you sold, offered for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported the product and for each person or entity provide:*

        i.    *The nature of the transaction(s) by which you transferred the product such as sale, installation, etc.;*

        ii.    *The name of the manufacturer(s) of the product;*

        iii.    *The total amount of product sold, offered for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported;*

        iv.    *The type or character of the product in each shipment including the dimensions, whether the product was synthetic or non-synthetic or a mixture of both, and the component materials of the product, if known, and*

        v.    *The date on which you received the product.*

b.    We did not track to whom we sold this specific product as we sold other brands of product during this time as well.  See also Response to Question 3a (i-v) above.

FOWLER WHITE BURNETT P.A.   CONFIDENTIAL – SUBJECT
TO PROTECTIVE ORDER

SM0039

cb:  Drywall - MDL 2047
100039 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 3

4.    *Provide all documents and records related to the transactions identified in Request No. 3.*

Attached are invoices from North Pacific for gypsum drywall sold to Smoky Mountain Materials, Inc. for the periods of 7/31/06 to 8/30/06. (See Tab 1).

5.    *Provide the following:*
   a.    *Amount of drywall imported from China currently in your inventory.*
   b.    *Address(es) of where you currently store and maintain any drywall imported from China, and identify the person(s) who supervises your drywall inventory at that location(s).*

a.    None.
b.    Not applicable.

6.    *Has your firm had communication with any Chinese manufacturer, distributor or exporter, either through a representative in China or outside of China, about the product or the drywall problem? If so, describe.*

North Pacific Group, Inc. has been advised of claims being asserted against Emerald Coast Building Materials.

7.    *Identify all complaints or claims of any sort related to the drywall problem including but not limited to warranty or insurance claims, legal actions, repair, refund, or injury claims, comments related to quality or conformity of the drywall, or customer complaints, received or made by your firm, including any internal complaints or claims, in any manner. Include information related to any such complaint or claims received or made by your firm from or to any person or entity identified in your response to Request No. 3. For each such complaint or claim, provide:*

   a.    *The identity of any person or entity making such complaint or claim;*
   b.    *The person or entity receiving such complaint or claim;*
   c.    *The date of such complaint or claim;*
   d.    *The substance of such complaint or claim;*
   e.    *The means of communication of such complaint or claim (e.g. letter, etc.); and*
   f.    *All actions taken in response or the resolution of any such complaint or claim.*

FOWLER WHITE BURNETT P.A.     CONFIDENTIAL – SUBJECT
                              TO PROTECTIVE ORDER

SM0040

cb:  Drywall - MDL 2047
        100040 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 4

a.      Adams Homes of North West Florida, Inc.

        Rightway Drywall, Inc.

        Mitchell Homes

        Heritage Homes of NW Florida, LLC

        Solid  Construction of the Gulf Coast, Inc. d/b/a Westerheim Homes

        Mitchell Company, Inc. v. Rightway Drywall, Inc. et al., currently pending
        in U.S. District Court for the Eastern District of Louisiana (MDL 2047)
        (Smoky Mountain/Emerald Coast was brought into the case via third-party
        complaint by Rightway Drywall).

        Diges E. Little, et. al. v. Mitchell Company, Inc. et al., currently pending in
        the Circuit Court of Mobile Alabama (Case No.: 901153).

        Informal claim by Ryan and Danielle Willey regarding home located at 1722
        Graduate Way, Pensacola FL 32514.

        Informal claim by Carson Fluharty regarding home located at 1706 Graduate
        Way, Pensacola FL 32514.

        Informal claim by Heritage Homes on behalf of Blake Weekley regarding
        home located at 6227 Clear Creek Road, Milton, FL 32570.

        Informal claim by Heritage Homes on behalf of James and Sarah Knowles
        regarding home located at 4355 Highway 4, Jay, FL 32565.

        Informal claim by Heritage Homes on behalf of Mr. and Mrs. I. D. Brewton
        regarding home located at 8804 Jernings Road, Pensacola, FL 32514.

        Informal claim by Mid-Continent on behalf of Solid Construction of the Gulf
        Coast, Inc. the general contractor for the Fluharty residence at 1706 Graduate
        Way, Pensacola FL 32514.

b.      Emerald Coast Building Materials.

c.      Adams Homes - September 2, 2008
        Rightway Drywall/Mitchell Homes - March 3, 2009
        Heritage Homes - April 22, 2009
        Solid Construction/Westerheim Homes - April 22, 2009
        Mitchell Company, Inc. v. Rightway Drywall, Inc. et al. - May 14, 2009
        Little, et. al. v. Mitchell Company, Inc. et al. - June 23, 2009

FOWLER WHITE BURNETT P.A.   CONFIDENTIAL – SUBJECT
TO PROTECTIVE ORDER

SM0041

cb:  Drywall - MDL 2047
100041 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 5

> Willey Residence (Westerheim Homes) - April 20, 2009
> Fluharty Residence (Westerheim Homes) - April 17, 2009
> Weekley Residence (Heritage Homes) - June 22, 2009
> Knowles Residence (Heritage Homes) - April 22, 2009
> Brewton Residence (Heritage Homes) - May 26, 2009
> Mid-Continent on behalf of Solid Construction of the Gulf Coast, Inc. - June 7, 2009

d.    Claimants complained that the homeowners had notified them of sulfur-like odors, corrosion to copper wiring, premature corrosion of air conditioning coils, corrosion of other metal objects in the homes, etc.

e.    Correspondence from claimants as well as service of suit in the Mitchell and Little matters, as referenced above.

f.    Emerald Coast Building Materials notified its supplier, North Pacific Group, Inc. of said claims and tendered defense to same.

8.    *Provide all documents and records related to the complaint or claims identified in Request No. 7.*

Attached are the materials regarding the following claims, as referenced in response to number 7 above:

> Mitchell Company, Inc. v. Rightway Drywall, Inc. et al., currently pending in U.S. District Court for the Eastern District of Louisiana (MDL 2047) (Smoky Mountain/Emerald Coast was brought into the case via third-party complaint by Rightway Drywall). (See Tab 2).

> Diges E. Little, et. al. v. Mitchell Company, Inc. et al., currently pending in the Circuit Court of Mobile Alabama (Case No.: 901153). (See Tab 3).

> Informal claim by Ryan and Danielle Willey regarding home located at 1722 Graduate Way, Pensacola FL 32514. (See Tab 4).

> Informal claim by Carson Fluharty regarding home located at 1706 Graduate Way, Pensacola FL 32514. (See Tab 5).

> Informal claim by Heritage Homes on behalf of Blake Weekley regarding home located at 6227 Clear Creek Road, Milton, FL 32570. (See Tab 6).

> Informal claim by Heritage Homes on behalf of James and Karah Knowles regarding home located at 4355 Highway 4, Jay, FL 32565. (See Tab 7).

FOWLER WHITE BURNETT P.A.    CONFIDENTIAL – SUBJECT
TO PROTECTIVE ORDER

SM0042

U.S. Consumer Product Safety Commission
Page 6

Informal claim by Heritage Homes on behalf of Mr. and Mrs. I. D. Brewton regarding home located at 8804 Jerningan Road, Pensacola, FL 32514. (See Tab 8).

Informal claim by Mid-Continent on behalf of Solid Construction of the Gulf Coast, Inc. the general contractor for the Fluharty residence at 1706 Graduate Way, Pensacola FL 32514. (See Tab 9).

Correspondence dated March 12, 2009 from counsel for Emerald Coast Building Materials to North Pacific Group, Inc. notifying North Pacific Group, Inc. of said claims and tendering defense to same. (See Tab 10).

Correspondence dated July 14, 2009 from counsel for Emerald Coast Building Materials to North Pacific Group, Inc. providing second notification to North Pacific Group, Inc. of said claims and reiterating tender of defense to same. (See Tab 11).

If we can be of any further assistance in this matter, please do not hesitate to contact us.

Very truly yours,

Edward J. Briscoe
Attorney for Smoky Mountain Materials, Inc.
d/b/a Emerald Coast Building Materials

W:\78688\LETTR322-Supp Resp to CPSC Inquiry.SMH



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | 8/21\09 |
| Total Postage & Fees | $ | |

Sent To  M. Kroh - CPSC
Street, Apt. No.; or PO Box No.  4330 East West Hwy, Rm 613-15
City, State, ZIP+4  Bethesda, MD 20814-4408

PS Form 3800, August 2006        See Reverse for Instructions

7006 3450 0002 8854 1573

CONFIDENTIAL – SUBJECT
TO PROTECTIVE ORDER

FOWLER WHITE BURNETT P.A.

SM0043

cb: Drywall - MDL 2047
100043 - Smoky Mountain Materials, Inc.

JUL-31-2006(MON) 09:10                                                           P. 003/007
Rx Date/Time      JUL-31-2006(MON) 07:53        8778812331                       P. 001
07/31/06 05:54AM PST  ->  8656378762                          Pg 1/1

### North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

| INVOICE |
|---|
| 0043750101 |

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-9281
Fax #: (865)837-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

BILL TO:

Smoky Mountain Materials Inc
521B S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32526

| P.O.#: 707424 | | Job #: 216 | | Ordered By: Bill | | |
|---|---|---|---|---|---|---|
| Ship Date: 07/28/06 | | Ship Via: Truck | | B/L #: | | |
| Frt. Term: Cust. Pickup | | Ref. #: Pensacola/437501 | Sales Agent: TRowell | | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 476 | PC | BGWGYAAA120504    1/2 4x12 | 22.8480 | 200.00 /MSF | 4,569.60 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 4,569.60 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to | | | |
| | | pay within specified time. Unearned discounts will not be allowed. | | | |

NET 30 DAYS

TERMS:  1% CD ADF 10 days ADI, net 15 days ADI
        You may deduct $45.70 if paid by 08/10/06

TOTAL DUE:  $4,569.60

Invoice payable in U.S. funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

Received Time Jul 31   9:33AM

**SM0044**

cb:  Drywall - MDL 2047
        100044 - Smoky Mountain Materials, Inc.

# Purchase Order 707424-A

**Vendor Number  NORTHP**

Emerald Coast Bldg Materials Pcola
40 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

**\*\*\*\* THIS IS A CHANGE ORDER \*\*\*\***

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 7/26/06 | | Origin | 1% 10 net 30 |
| Buyer | Freight | Req Date | Confirming To | Remarks | N |
| | | 07/26/06 | 437501 | | N |

| Qty Required | U/M Part No. Date Received Date Requested Description | Our Item No. | Unit Cost | Extended Cost |
|---|---|---|---|---|
| 476 | EA    /  07/26/06 | DW1212  1/2" 4 X 12 REGULAR DRYWALL | 9.600 | 4569.60   0.00 |

RECEIVED
JUL 2 8 2006
BY:

|  | |
|---|---|
| Non Taxable Subtotal | 4569.00  0.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 0.00 |

Page 1

Duplicate Copy  (Reprinted)                    Authorized Signature

SM0045

cb:  Drywall - MDL 2047
100045 - Smoky Mountain Materials, Inc.

# Purchase Order 707424

## Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

| To: | Ship To: |
|---|---|
| North Pacific Group, Inc.<br>P.O. Drawer 391<br>Waynesboro, MS 39367 | Emerald Coast Bldg Materials Pcola<br>8040 North Palafox Street<br>Pensacola, FL  32534 |

| P.O. Date | Shipper | F.O.B. | Terms |
|---|---|---|---|
| 07/26/06 | | Origin | 1% 10 net 30 |

| Buyer | Freight | Req. Date | Ship Via To | Remarks | |
|---|---|---|---|---|---|
| | | 07/26/06 | | | N |

| Qty. Required | UM Req. / Date Received | Your Item No. Description | Unit Cost | Extended Cost |
|---|---|---|---|---|
| 612 | EA      /<br>07/26/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | 9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

Page  1

Vendor Original                          Authorized Signature

SM0046

cb:  Drywall - MDL 2047
100046 - Smoky Mountain Materials, Inc.

# Purchase Order 707424

### Vendor Number  NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL 32534

Telephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL 32534

| PO Date | Ship Via | FOB | Terms | |
|---|---|---|---|---|
| 7/26/06 | | Origin | 1% 10 net 30 | |
| Buyer | Freight | Req Date | Confirmed To | Remarks | N |
| | | 07/26/06 | 437501 | | |

| Qty Required | U/M Item Date Requested | Your Item No. / Description | Our Item No. | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| 612 | EA          /<br>07/26/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

| | | |
|---|---|---|
| Non Taxable Subtotal | | 5875.20 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | 5875.20 |

Page     1

Duplicate Copy

Authorized Signature

SM0047

cb:  Drywall - MDL 2047

100047 - Smoky Mountain Materials, Inc.

982446/B3876 CVT 4/99

3-PART STOCK FORM NO. B-3876

THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible pencil, or in Carbon, and retained by the Agent.

Shipper's No. 437501

Carrier's Name  Emerald Coast 37/37

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at  Port of Pensacola  (Date)  7-27-06  FROM  720 A S Barracks St. Pen

the property described below, in apparent good order, except as noted (contents and condition of package unknown), marked, consigned, and destined as shown below which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or route, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Freight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and this said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO  Emerold Coast Building Materials

On Collect on Delivery Shipments the letters "COD" must appear before consignee's name or as otherwise provided in item 430, Sec. 1.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

Destination  8040 Palafox St.  Pens  City

County _____ State  Fl  Zip

Route _____

(Signature of consignor)

Delivery Address _____

(To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____  Car or Vehicle Initials and No. _____

C.O.D. charges to be

Paid by
☐ Shipper   ☐ Consignee

Collect on Delivery $ _____  And Remit to _____

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Street _____  City _____  State _____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 Bnd | | 1/2x4'x12' Gypsum Drywall | 45,988 lbs | | |
| | | @ 476 pcs | | | |
| | | Customer PO Bill 1 | | | |
| | | Time 8:40 AM | | | |
| | | Load must be tarped | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____
Agent of Cashier

The signature here acknowledges only the amount prepaid.

Charges Advanced:

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

**This Bill constitutes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification.**

†Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Pate Stevedore Co  Shipper, Per  Shaun Dowd

Permanent post-office address of shipper.

☞ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

2

AUG-03-2006(THU) 16:12                                              P. 001/002
  Rx Date/Time    AUG-03-2006(THU) 14:13        B778B12331          P 001
3/03/06 12:14PM PST  ->  86S6378762                        Pg 1/1

**N North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 38367
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

| INVOICE |
|---|
| 0043750901 |

Invoice Date: 08/03/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8281
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

BILL TO:

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32528

| P.O.#: 707432 | Job #: 218 | Ordered By: Bill | | |
|---|---|---|---|---|
| Ship Date: 08/03/06 | Ship Via: Truck | BILL #: | | |
| Frt. Term: Cust Pickup | Ref. #: PENSACOLA, FL/16592 | Sales Agent: TRowell | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 612 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | SUBTOTAL: | | | 5,875.20 |

THANK YOU FOR THE ORDER!
A cash discount is not an automatic discount. It is an incentive to
pay within specified time. Unearned discounts will not be allowed.

*(handwritten: NET 30, circled)*

TERMS: 1% CD ADF 10 days ADI, net 15 days ADI
       You may deduct 558.75 if paid by 08/13/06

| TOTAL DUE: | 55,875.20 |
|---|---|

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0049

cb:  Drywall - MDL 2047
     100049 - Smoky Mountain Materials, Inc.

# Purchase Order 707432

## Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

| To: | Ship To: |
|---|---|
| **North Pacific Group, Inc.**<br>P.O. Drawer 391<br>Waynesboro, MS 39367 | **Emerald Coast Bldg Materials Pcola**<br>8040 North Palafox Street<br>Pensacola, FL  32534 |

| PO Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 7/26/06 | | Origin | 1% 10 net 30 |

| Buyer | Req Date | Confirming To | Remark | |
|---|---|---|---|---|
| | 07/26/06 | 437509 | | N |

| Qty. Required | Unit/Date Required/Date Requested | Our Item No./Description | Our Remark | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| 612 | EA        /<br>07/26/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

RECEIVED
AUG 0 1 2006
BY: ✓

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

Page    1

Duplicate Copy                           Authorized Signature

SM0050

cb:  Drywall - MDL 2047
100050 - Smoky Mountain Materials, Inc.

NorthPacificGrp,Inc  7/26/2006 2:00   PAGE  1/1   RightFax

#37


## North Pacific

www.northpacific.com
# Facsimile Transmission

TO:     Name:    BILL
        Company:
        Fax Number:1-850-471-6294
        Voice Phone:

FROM:   Name:    Todd Rowell
        Fax Number:
        Voice Phone:  1-800-378-3268//601-671-3268


## Fax Notes:

PATE STEVEDORE CO.
720A S. BARRAKCS ST, BUILDING 2
PORT OF PENSACOLA
850-438-3648
ASK FOR ROSALIE

HOURS: 7-4

FIRST 10 PICK-UP #'S
437501
437502
437503
437504
437505
437506
437507
437508
437509
437510


Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01


SM0051

cb:  Drywall - MDL 2047
100051 - Smoky Mountain Materials, Inc.

982440/B3876 CVT 4/99

3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 437509

Carrier's Name: Emerald Coast - 37/37T          Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at Port of Pensacola (Date) 8-01-06 FROM 720 A.s Barrack's & Jens. Fl.

Consigned TO Emerald Coast Building Materials

Destination 8040 Palato St          Pensacola          City

_____ County   Fl State          Zip

Route

Delivery Address ★

Delivering Carrier                    Car or Vehicle Initials and No.          C. O. D.

Collect on Delivery $          And Remit to

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9-7 bnd | | 1/2" x 4' x 12' Gypsum Drywall | 45,768 lbs | | |
| | | @ 476 pc | 59,127 lbs | | |
| | | Customer P.O. 707432 | | | |
| | | Time 0810 | | | |
| | | Load must be tarped | | | |

Rate stevedore unloaded
for North Pacific Group

Shipper, Per

Permanent post-office address of shipper.

2

AUG-15-2006(TUE) 08:51
Rx Date/Time    AUG-11-2006(FRI) 13:27
08/11/06 11:29AM PST  ->  8656378762

8778812551

P. 003/007
P. 001

Pg 1/1

## North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

### INVOICE

0043278801

Invoice Date: 08/11/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-6201
Fax #: (866)637-8762
Page: 1 of 1

*Contacted Lonnie Wilson 4/24/08*

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH 45264-3226
USA

**BILL TO:**
Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**
Smoky Mountain Materials Inc
CPU PATE STEVEDORE
Pensacola FL 32528

*About Adams Hms Issue*

| P.O.#: 707480 | Job #: 218 | Ordered By: | | | |
|---|---|---|---|---|---|
| Ship Date: 08/10/06 | Ship Via: Truck | B/L #: | | | |
| Frt. Term: Cust Pickup | Ref. #: PENSACOLA, FL/16592 Sales Agent: TRowell | Orig. Inv #: | | | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 612 | PC | BGWGYAAA120504  1/2 4x12 | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | |

*NET 30*

**TERMS:** 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 08/21/06

TOTAL DUE: 55,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

Received Time Aug 15  9:15AM

SM0053

cb: Drywall - MDL 2047
100053 - Smoky Mountain Materials, Inc.

# Purchase Order  707480

### Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
)40 North Palafox Street
'ensacola, FL  32534

elephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| Order Date | Ship Via | | F.O.B. | Terms |
|---|---|---|---|---|
| 8/04/06 | | | Origin | 1% 10 net 30 |
| Buyer | Freight | Req Date | Confirming | Remarks |
| | | 08/04/06 | | N |
| Qty Required | Um Dt. Req No. Your Item No. Date Requested Description | | Unit Cost | Extended Cost |
| 612 | EA / 08/04/06 | DW1212 1/2" 4 X 12 REGULAR DRYWALL | 9.600 | 5875.20 |

| | | |
|---|---|---|
| Non Taxable Subtotal | | 5875.20 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | 5875.20 |

age   1

Duplicate Copy  (Reprinted)

Authorized Signature

SM0054

cb:  Drywall - MDL 2047
100054 - Smoky Mountain Materials, Inc.

00/04/06 05:54:10    NorthPacificGrp,Inc->        423 929 9707   RightFax        Page 001

*Mon.*


## North Pacific

www.northpacific.com
# Facsimile Transmission

TO:    Name:    Bill
       Company:
       Fax Number: 1-850-471-6294
       Voice Phone:

From:  Name:    Todd Rowell
       Fax Number:
       Voice Phone:  1-800-378-3268//601-671-3268

Fax Notes:

PICK-UP #'S
437511  707475
432784  707476
432785  707477
432786  707478
432787  707479      } PO #'s
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: ‹WHENFAXED›
Number of pages including this cover sheet: 01

SM0055

cb: Drywall - MDL 2047
100055 - Smoky Mountain Materials, Inc.

# Purchase Order 707480

Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| P.O. Date | Ship Via | | FOB | | Terms |
|---|---|---|---|---|---|
| 08/04/06 | | | Origin | | 1% 10 net 30 |
| Buyer | Print ID | Print Date | Confirming To | Reprint | N |
| | | 08/04/06 | | | |

| Qty Required | U/M Date / Price Yard / Landed Date Required Description | Product Code | Unit Cost | Extended |
|---|---|---|---|---|
| 612 | EA     /  08/04/06  1/2" 4 X 12 REGULAR DRYWALL | DW1212 | ~~—~~ | ~~—~~ |

|  |  |
|---|---|
| Non Taxable Subtotal | ~~—~~ |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | ~~—~~ |

age      1

Vendor Original  (Reprinted)

Authorized Signature

SM0056

cb:  Drywall - MDL 2047
100056 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
100057 - Smoky Mountain Materials, Inc.

SM0057

982446/B3876 CVT 4/99

3-PART STOCK FORM NO. B-3876

## THIS SHIPPING ORDER must be legibly filled in, in ink, in Indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 432788

Carrier's Name: Emerald Coast 37/37T

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Pat of Pennecola (Date) 8-08-06 FROM 7045 Beulah St

Consigned TO Emerald Coast Build Material

Destination 8040 Palafox St Street Pensacola City

County FL State Zip

Route

Delivering Carrier

Car or Vehicle Initials and No.

Collect on Delivery $

And Remit to

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 98/8½ | | x 4 x 12 Gypsum Board | 59,137 lbs | | |
| | | @ 612 Pcs | | | |
| | | PO# 707480 | | | |
| | | Time 1025 AM | | | |
| | | Must be Taped | | | |

nate steve datt co
for Worth Pacific Group Shipper, Per

C.O.D. Charges to be Paid by ☐ Shipper ☐ Consignee

Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

2