AUG-25-2006(FRI) 11:31
08/24/06 11:21AM PST  ->  8656378762

P.003/004
P. 001

Pg 1/1

![North Pacific logo] **North Pacific**

SOUTHERN
P. O Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

| INVOICE |
|---|
| 0043279201 |

Invoice Date: 08/24/06
Account #: SMOKY001 0001
Branch/Division: 45301001
Phone #: (850)471-8291
Fax #: (885)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**

North Pacific
PO Box 643226
Cincinnati, OH 45264-3226
USA

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emoarld Coast Building Materials
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CPU @  PATE STEVEDORE
Pensacola FL 32528

| P.O.#: 707484 | | Job #: 218 | Ordered By: | | | |
|---|---|---|---|---|---|---|
| Ship Date: 08/24/06 | | Ship Via: Truck | B/L #: | | | |
| Frt. Term: Cust Pickup | | Ref. #: PO # 165924 | Sales Agent: TRowell | | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 812 | PC | BGWGYAAA120504   1/2 4x12 | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | | | | |
| | | SUBTOTAL: | | | 5,875.20 |
| | | | | | |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to | | | |
| | | pay within specified time. Unearned discounts will not be allowed. | | | |

**TERMS:** 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 09/03/06

**TOTAL DUE:** $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0058

cb:  Drywall - MDL 2047
100058 - Smoky Mountain Materials, Inc.

# Purchase Order 707484

## Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL  32534

lephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| Order Date | Ship Via | | F.O.B. | Terms |
|---|---|---|---|---|
| 3/04/06 | | | Origin | 1% 10 net 30 |
| | Freight | Req'd Date | Confirmed By | Remarks |
| | | 08/04/06 | | N |
| Qty Required | Qty Req Date / Description | | Unit Cost | Extended Cost |
| 612 | EA       /  08/04/06 | DW1212  1/2" 4 X 12 REGULAR DRYWALL | 9.600 | 5875.20 |

**RECEIVED**
AUG 2 3 2006
BY:

| | | |
|---|---|---|
| Non Taxable Subtotal | | 5875.20 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | 5875.20 |

ge     1

Duplicate Copy

Authorized Signature

SM0059

cb:  Drywall - MDL 2047
100059 - Smoky Mountain Materials, Inc.



# N North Pacific

www.northpacific.com

## Facsimile Transmission

To:    Name:    Bill
       Company:
       Fax Number:1-850-471-6294
       Voice Phone:

From:  Name:    Todd Rowell
       Fax Number:
       Voice Phone:  1-800-378-3268//601-671-3268

## Fax Notes:

PICK-UP #'S
437511  707475
432784  707476
432785  707477
432786  707478
432787  707479
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487

PO #'s

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

cb:  Drywall - MDL 2047
      100060 - Smoky Mountain Materials, Inc.

# Purchase Order 707484

### Vendor Number NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:
**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:
**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| P.O. Date | Ship Via | FOB | Terms |
|---|---|---|---|
| 08/04/06 | | Origin | 1% 10 net 30 |

| Buyer | Freight | Req Date | Confirming To | Print | |
|---|---|---|---|---|---|
| | | 08/04/06 | | | N |

| Qty Required | U/M Date | | Description | | Unit Price | Extension |
|---|---|---|---|---|---|---|
| | EA / | | DW1212 | | | |
| 612 | 08/04/06 | | 1/2" 4 X 12 REGULAR DRYWALL | | | |

| | |
|---|---|
| Non Taxable Subtotal | |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

Page   1

Vendor Original  (Reprinted)

Authorized Signature

SM0061

cb:  Drywall - MDL 2047
100061 - Smoky Mountain Materials, Inc.

982446/B3876 CVT 4/99

3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 432792

Carrier's Name: Emerald Coast   TRK 37          Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at Port of Pensacola   (Date) 8-22-06   FROM 720 A S. Barracks St

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned To Emerald Coast Building Materials

Destination 8040 Palafox St   Street Pensacola   City

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor)

Route

Delivery Address ★

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

Street _____ City _____ State _____

**C. O. D.** Charges to be Paid by:
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 98 | | 1/2" x 4 x 12 Gypsum Board | 59,127 | 163 | |
| | | @ 612 pcs | | | |
| | | PO # 707484 | | | |
| | | Time 11:00 Am must be tarped | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$ _____

*The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification.

*Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

Late stevedore & Co.
for North Pacific Group   Shipper. Per _____

Permanent post-office address of shipper.

TO Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

2

cb: Drywall - MDL 2047
100062 - Smoky Mountain Materials, Inc.

SM0062

JUL-31-2006(MON) 09:10                                               P.004/007
Rx Date/Time      JUL-31-2006(MON) 07:54                             P.001
07/31/06 05:56AM PST  ->  8656378782        8778812331       Pg 1/1

## North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

| INVOICE |
| --- |
| 0043750401 |

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8291
Fax #: (865)637-8782
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

BILL TO:

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32528

| P.O.#: 707427 | | Job #: 218 | | Ordered By:  Bill | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Ship Date: 07/28/06 | | Ship Via: Truck | B/L #: | | | | | |
| Frt. Term: Cust Pickup | | Ref. #:   PENSACOLA, FL/43750 Sales Agent: TRowell | | | Orig. Inv #: | | | |
| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | | CONVERTED QUANTITY | PRICE / UOM | | EXTENDED AMOUNT | |
| 612 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | | 29.3760 | 200.00  /MSF | | 5,875.20 | |
| | | SUBTOTAL: | | | | | 5,875.20 | |
| | | THANK YOU FOR THE ORDER! | | | | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | | | | |

NET 30 DAYS

TERMS:  1% CD ADF 10 days ADI, net 15 days ADI
        You may deduct $58.75 if paid by 08/10/06

TOTAL DUE:  $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this extends legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0063

cb:  Drywall - MDL 2047
     100063 - Smoky Mountain Materials, Inc.

# Purchase Order 707427

### Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL 32534

Telephone 850/471-6291

**To:**

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

**Ship To:**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL 32534

| O Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 07/26/06 | | Origin | 1% 10 net 30 |
| Buyer | Freight | Req Date | Confirm To | Remarks | |
| | | 07/26/06 | 437504 | | N |

| Qty Regular | Qty Boxes | Req | Date Requested | Description | Item Number | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|
| 612 | EA / 07/26/06 | | | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | 9.600 | 5875.20 |

RECEIVED
JUL 2 8 2006
BY:

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

Page 1

Duplicate Copy

Authorized Signature

SM0064

cb: Drywall - MDL 2047
100064 - Smoky Mountain Materials, Inc.

SM0065

cb:  Drywall - MDL 2047
100065 - Smoky Mountain Materials, Inc.

982448/83876 CVT 4/99

3-PART STOCK FORM NO. B-3876

THIS SHIPPING ORDER   must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 437504

Carrier's Name: Emerald Coast – 37/37

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,
at Port of Pensacola (Date) 7-27-06 FROM 720 A S Perrocks St. Pens, Fl

Consigned TO Emerald Coast Building Materials

Destination 8040 Perlafox St. Street        Pens City

County              FL State        Zip

Route

Delivering Carrier                Car or Vehicle Initials and No.

Collect on Delivery $               And Remit to

Street              City        State

C.O.D. Charges to be.
Paid by:
☐ Shipper   ☐ Consignee

| No. Package | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Bnd | | 1/2" x 4' x 12' Gypsum Drywall | | | |
| | | @ 476 pcs | 45988 lbs | | |
| | | Customer P.O. 707927 | 59,127 lbs | | |
| | | Loaded 9 Bnds at driver's request | | | |
| | | Time 11 30 AM | | | |
| | | Load must be tarped | | | |

Rate stated by ___ for North Pac Fic Group Shipper, Per ____

Permanent post-office address of shipper.

2

JUL-31-2006(MON) 09:10    P.006/007
Rx Date/Time    JUL-31-2006(MON) 07:55    8778812331    P.001
07/31/06 05:57AM PST  ->  8656378762    Pg 1/1

**North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

**INVOICE**
0043750701

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-6291
Fax #: (865)637-8762
Page: 1 of 1

PLEASE REMIT TO:
North Pacific
PO Box 643226
Cincinnati, OH 45264-3226
USA

BILL TO:
Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

SHIP TO:
Smoky Mountain Materials Inc
8040 N. Palafox St
Pensacola FL 32528

| P.O.#: 707430 | Job #: 218 | Ordered By: Bill | | | |
|---|---|---|---|---|---|
| Ship Date: 07/28/06 | Ship Via:Truck | BIL #: | | | |
| Frt. Term: Cust Pickup | Ref. #: PENSACOLA, FL/18562 Sales Agent: TRowell | | Orig. Inv #: | | |
| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
| 612 | PC | BGWGYAAA120504   1/2 4x12 | 28.3760 | 200.00 /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |

THANK YOU FOR THE ORDER!
A cash discount is not an automatic discount. It is an incentive to
pay within specified time. Unearned discounts will not be allowed.

NET 20 Days

TERMS: 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $58.75 if paid by 08/10/06

TOTAL DUE: $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above part. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. C.K.O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0066

cb: Drywall - MDL 2047
100066 - Smoky Mountain Materials, Inc.

# Purchase Order 707430

## Vendor Number  NORTHP

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| | | | F.O.B. | | Terms |
|---|---|---|---|---|---|
| | | | Origin | | 1% 10 net 30 |
| 7/26/06 | | | | | |
| | | 07/26/06 | 437507 | | N |

| Qty Ordered | Date Required | Description | | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| | EA        / | | DW1212 | | |
| 612 | 07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

RECEIVED
JUL 2 8 2006
BY:

| | | |
|---|---|---|
| Non Taxable Subtotal | | 5875.20 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | 5875.20 |

age    1

Duplicate Copy

Authorized Signature

SM0067

cb:  Drywall - MDL 2047
100067 - Smoky Mountain Materials, Inc.

SM0068

cb: Drywall - MDL 2047
100068 - Smoky Mountain Materials, Inc.

982446B3876 CVT 4/69

3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filled in, in Ink, in Indelible Pencil, or in Carbon, and be retained by the Agent.

Shipper's No. **437507**

Carrier's Name: **Emerald Coast - 24/24**          Carrier's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Port of Pensacola** (Date) **7-27-06** FROM **720 A S Barracks St. Pens. Fl**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail-or-rail-water shipment, or (2) in the applicable motor carrier classification or tariff, if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO **Emerald Coast Building Materials**
On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination **8040 Palafox St** Street          **Pensacola** City

_____ County          **Fl** State          _____ Zip

Route _____

Delivery Address ★ _____

Delivering Carrier _____          Car or Vehicle Initials and No. _____

Collect on Delivery $ _____          And Remit to _____

Street _____          City _____          State _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor)

**C. O. D.** Charges to be
Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 | Bn | 1/2" x 4' x 12' Gypsum Drywall | 45,988 lbs | | |
| | | @ 476 pc  612 pcs | 59,127 lbs | | |
| | | Customer P.O. 707430 | | | |
| | | | | | |
| | | Time  3:20 PM | | | |
| | | Load must be tarped | | | |

Received $_____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

(The signature here acknowledges only the amount prepaid.)

Charges Advanced $_____

*If the shipment moves between two ports by a carrier by water, the law requires that bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

Para Stevedore Co
for North Pacific Group          Shipper, Per _____

Permanent post-office address of shipper _____

☞ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

X _____

If the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification, see Rule 5 of the National Motor Freight Classification.
A shipper's weight, in lieu of stamp; not a part of, nor of, bill of lading approved by the Interstate Commerce Commission.

2

JUL-31-2006(MON) 09:10                                                                    P. 005/007
   Rx Date/Time      JUL-31-2006(MON) 07:55          8778812331                           P. 001
07/31/06 05:56AM PST  ->  8656378762              Pg 1/1

## North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

| INVOICE |
|---------|
| 0043750501 |

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8291
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH 45264-3226
USA

**BILL TO:**
Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**
Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32528

| P.O.#: 707428 | Job #: 218 | Ordered By: Bill | | | |
|---|---|---|---|---|---|
| Ship Date: 07/28/06 | Ship Via: Truck | B/L #: | | | |
| Frt. Term: Cust Pickup | Ref. #: PENSACOLA, FL/165B2 Sales Agent: TRowell | | Orig. Inv #: | | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 612 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | SUBTOTAL: | | | 5,875.20 |

THANK YOU FOR THE ORDER!
A cash discount is not an automatic discount. It is an incentive to
pay within specified time. Unearned discounts will not be allowed.

*(handwritten: NET 30 DAYS)*

**TERMS:**  1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $58.75 if paid by 08/10/06

| TOTAL DUE: | $5,875.20 |
|---|---|

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per
month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be
assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction
will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for
ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This
sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0069

cb:  Drywall - MDL 2047
100069 - Smoky Mountain Materials, Inc.

# Purchase Order  707426

**Vendor Number**  NORTHP

…erald Coast Bldg Materials Pcola
…0 North Palafox Street
…nsacola, FL  32534

…ephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| Date | Ship Via | FOB | Terms |
|---|---|---|---|
| /26/06 | | Origin | 1% 10 net 30 |
| Buyer | Ref No | Req Date | Confirming? | Reprice? |
| | | 07/26/06 | 437503 | N |

| Qty Required | Date Required | Itm Desc/Prod No/Vendor Item No/Description | Unit Cost | Extended Cost |
|---|---|---|---|---|
| 612 | EA  /  07/26/06 | DW1212  1/2" 4 X 12 REGULAR DRYWALL | 9.600 | 5875.20 |

RECEIVED
JUL 2 8 2006
BY:

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

…ge   1

Duplicate Copy                                   Authorized Signature

SM0070

cb:  Drywall - MDL 2047
100070 - Smoky Mountain Materials, Inc.

98244S/B3876 CVT 4/99

SM0071

cb: Drywall - MDL 2047

100071 - Smoky Mountain Materials, Inc.

3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filled in, in Ink, in Indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. **437503**

Carrier's Name: **Emerald Coast— 24/24**      Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Port of Pensacola** (Date) **7-27-06** FROM **720 A S. Barracks St. Pens. Fl**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO **Emerald Coast Building Materials**

(Mail or street address for purposes of notification only)

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Destination **8040 Palafox St** Street    **Pens.** City

_____ County    **Fl** State    _____ Zip

(Signature of consignor.)

Route _____

Delivery Address ★ _____

(To be filled in only when shipper desires and governing tariffs provide for delivery hereof.)

Delivering Carrier _____    Car or Vehicle Initials and No. _____

**C.O.D.** Charges to be
Paid by □ Shipper □ Consignee

Collect on Delivery $ _____    And Remit to _____

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Bnd | | 1/2" x 4' x 12' Gypsum | 45,768 lbs | | |
| | | @ 476 pcs   612 pcs | 59,127 lbs | | |
| | | Customer P.O. 707426 | | | |
| | | Loaded 9 Bnds at drivers request | | | |
| | | Time 11:00 AM | | | |
| | | Load must be tarped | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced $ _____

Note—The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rules 5 of the National Motor Freight Classification.

Rate Stevedore 60.61 Ton   N.Pacific Grain
for North Pacific Grain      Shipper, Per _____

Permanent post-office address of shipper. Rate Stevedore 60.61

☞ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

X _____

**2**

JUL-31-2006(MON) 09:11                                                                P.007/007

Rx Date/Time      JUL-31-2006(MON) 07:56        8778812331              Pg 1/1          P 001
)7/31/06 05:57AM PST  ->  8656378762

![North Pacific logo] **North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 38367
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

## INVOICE
### 0043750301

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-6291
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH 45264-3226
USA

**BILL TO:**
Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**
Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32626

| P.O.#: 707426 | | Job #: 218 | | Ordered By: Bill | | | |
|---|---|---|---|---|---|---|---|
| Ship Date: 07/28/06 | | Ship Via:Truck | | B/L #: | | | |
| Frt. Term: Cust Pickup | | Ref. #: PENSACOLA, FL/16582 Sales Agent: TRovell | | | Orig. Inv #: | | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 812 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | |

NET 30 DAYS

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $58.75 if paid by 08/10/06

**TOTAL DUE:**  $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To assure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state/then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0072

cb: Drywall - MDL 2047
100072 - Smoky Mountain Materials, Inc.

# Purchase Order  707428

### Vendor Number   NORTHP

merald Coast Bldg Materials Pcola
40 North Palafox Street
nsacola, FL  32534

lephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| Date | Ship Via | | F.O.B. | Terms |
|---|---|---|---|---|
| 7/26/06 | | | Origin | 1% 10 net 30 |
| | Ship | Ref Date | Confirming To | Reprint | |
| | | 07/26/06 | 437505 | | N |
| Qty. Required | Qty. Used Req. Information No. Date Requested Description | | Our Item No. | Unit Cost | Extended Cost |
| 612 | EA      /<br>07/26/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

RECEIVED

JUL 2 8 2006

BY:

| | | |
|---|---|---|
| Non Taxable Subtotal | | 5875.20 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | 5875.20 |

age   1

Duplicate Copy

Authorized Signature

SM0073

cb:  Drywall - MDL 2047
100073 - Smoky Mountain Materials, Inc.

SM0074

cb: Drywall - MDL 2047
100074 - Smoky Mountain Materials, Inc.

982446/B3876 CVT 4/99

3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filed in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. **437505**

Carrier's Name: **Emerald Coast - 24/54**          Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **Port of Pensacola** (Date) **7-27-06** FROM **720 A S. Barracks St. Pens. Fl**

Consigned TO **Emerald Coast Building Materials**

Destination **8040 Palafox St**          **Pens.**          City

Route

Delivering Carrier          Car or Vehicle Initials and No.

Collect on Delivery $          And Remit to

C.O.D. Charges to be Paid by
☐ Shipper  ☐ Consignee

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 97 Bnd | | 1/2" x 4' x 12' Gypsum Drywall | | | |
| | | @ 476 | 45,788 lbs | | |
| | | Customer P.O. 707428 | 59,127 lbs | | |
| | | Loaded 9 Bnds at driver's request | | | |
| | | Time 1:30 PM | | | |
| | | Load to be tarped | | | |

rate stevedore co.
for North Pacific Group  Shipper, per

2

AUG-01-2006(TUE) 15:06          P.001/002
  Rx Date/Time    AUG-01-2006(TUE) 08:38          P.001
08/01/06 06:40AM PST  -> 8656378762
                                       B778812331        Pg 1/1

**N North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 39357
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

| INVOICE |
|---------|
| 0043750B02 |

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8281
Fax #: (885)837-8762
Page: 1 of 1
Reprinted: 08/01/06  06:40:36

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

BILL TO:

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32528

| P.O.#: 707431 | | Job #: 218 | | Ordered By: Bill | | | |
|---|---|---|---|---|---|---|---|
| Ship Date: 07/31/06 | | Ship Via:Truck | | B/L #: | | | |
| Frt. Term: Cust Pickup | | Ref. #: PENSACOLA, FL/43750 | Sales Agent: TRowell | | Orig. Inv #: | | |
| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | | CONVERTED QUANTITY | PRICE / UOM | | EXTENDED AMOUNT |
| 612 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | | 29.3760 | 200.00 | /MSF | 5,875.20 |
| | | SUBTOTAL: | | | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | | | |

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $58.75 if paid by 08/10/06

| TOTAL DUE: | 5,875.20 |
|---|---|

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. C.R.O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale

SM0075

cb:  Drywall - MDL 2047
100075 - Smoky Mountain Materials, Inc.

# Purchase Order 707431

### Vendor Number   NORTHP

merald Coast Bldg Materials Pcola
40 North Palafox Street
nsacola, FL  32534

lephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| Date | Ship Via | | F.O.B. | | Terms |
|---|---|---|---|---|---|
| 7/26/06 | | | Origin | | 1% 10 net 30 |
| | Freight | Req Date | Confirmation | Reference | N |
| | | 07/26/06 | 437508 | | N |
| Qty Ordered | U/M Dept. Bid. no Voucher no Description | | | Unit Cost | Estimated Cost |
| 612 | EA        /<br>07/26/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

**RECEIVED**
**JUL 2 8 2006**
**BY:**

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

ge    1

Duplicate Copy                    Authorized Signature

SM0076

cb:  Drywall - MDL 2047
100076 - Smoky Mountain Materials, Inc.

SM0077

cb: Drywall - MDL 2047
100077 - Smoky Mountain Materials, Inc.

98244603876 CVT 4/99

3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filled in, in Ink, in Indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 437508

Carrier's Name: Emerald Coast - 24/34          Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading.

at Port of Pensacola (Date) 7-28-06 FROM 720 A S Barracks St Pens El

Consigned TO Emerald Coast Building Materials

Destination 8040 Palafox St       Pensacola     El

Route

Delivering Carrier                          Car or Vehicle Initials and No.

Collect on Delivery $                        And Remit to

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Bnd | | 1/2" x 4' x 12' Gypsum Drywall | 45,988 | lbs | |
| | | @ 476 pcs - 612 pcs | 59,127 | lbs | |
| | | Customer P.O. 707431 | | | |
| | | Time 3:30 P.M. | | | |
| | | load must be tarped | | | |

Date Stevedore Co
for North Pacific Group Shipper Per

C.O.D. Charges to be Paid by
☐ Shipper  ☐ Consignee

Permanent post-office address of shipper

Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

2

JUL-31-2006(MON) 09:09                                          P. 001/007
  Rx Date/Time   JUL-31-2006(MON) 07:54      8778812331         P. 001
7/31/06 05:55AM PST  ->  8656378762                    Pg 1/1

## North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

| INVOICE |
|---------|
| 0043750201 |

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-6291
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH 45264-3226
USA

**BILL TO:**

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32626

| P.O.#: 707425 | | Job #: 218 | | Ordered By: Bill | | | |
|---|---|---|---|---|---|---|---|
| Ship Date: 07/28/06 | | | | B/L #: | | | |
| Frt. Term: Cust Pickup | | Ship Via: Truck | | | | | |
| | | Ref. #: PENSACOLA, FL/16583 | Sales Agent: TRowell | | Orig. Inv #: | | |
| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | | CONVERTED QUANTITY | PRICE / UOM | | EXTENDED AMOUNT |
| 478 | PC | BGWGYAAA120504    1/2 4x12 | | 22.8480 | 200.00 | /MSF | 4,569.60 |
| | | Gypsum Drywall A Grade. | | | | | |
| | | SUBTOTAL: | | | | | 4,569.60 |
| | | THANK YOU FOR THE ORDER! | | | | | |
| | | A cash discount is not an automatic discount. It is an incentive to | | | | | |
| | | pay within specified time. Unearned discounts will not be allowed. | | | | | |

NET 30 DAYS

TERMS:  1% CD ADF 10 days ADI, net 15 days ADI
        You may deduct $45.70 if paid by 08/10/06

| TOTAL DUE: | 54,569.60 |
|---|---|

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination in the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0078

cb:  Drywall - MDL 2047
      100078 - Smoky Mountain Materials, Inc.

# Purchase Order 707425-A

### Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

    North Pacific Group, Inc.
    P.O. Drawer 391
    Waynesboro, MS 39367

Ship To:

    Emerald Coast Bldg Materials Pcola
    8040 North Palafox Street
    Pensacola, FL  32534

**** THIS IS A CHANGE ORDER ****

| Date | Sold Via | F.O.B. | | Term |
|---|---|---|---|---|
| 07/26/06 | | Origin | | 1% 10 net 30 |
| | Freight | Your Date | Confirm To | Remarks |
| | | 07/26/06 | 437502 | N |
| Qty Regular | Date Requested | Description | | Prices | Extended |
| 476 | EA    /  07/26/06 | DW1212  1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 4569.60 |

| | |
|---|---|
| Non Taxable Subtotal | 4569.60 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 4569.60 |

Page   1

Duplicate Copy

Authorized Signature

SM0079

cb:  Drywall - MDL 2047
100079 - Smoky Mountain Materials, Inc.

# Purchase Order 707425

**Vendor Number   NORTHP**

merald Coast Bldg Materials Pcola
40 North Palafox Street
nsacola, FL  32534

lephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 7/26/06 | | Origin | 1% 10 net 30 |
| | Freight | Confirming To | Remarks |
| | | 07/26/06 | N |

| Qty. Required | Unit Reqd / Date Requested | Rev. No / Your Item No. Description | Our Item No. | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| 612 | EA / 07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | 9.600 | 5875.20 |

| | | |
|---|---|---|
| Non Taxable Subtotal | | 5875.20 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | 5875.20 |

ge    1

Vendor Original                    Authorized Signature

SM0080

cb:  Drywall - MDL 2047
100080 - Smoky Mountain Materials, Inc.

# Purchase Order 707425

**Vendor Number** NORTHP

merald Coast Bldg Materials Pcola
40 North Palafox Street
nsacola, FL 32534

lephone 850/471-6291

**To:**
North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

**Ship To:**
Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL 32534

| Date | Ship Via | | Origin | Terms |
| --- | --- | --- | --- | --- |
| 7/26/06 | | | | 1% 10 net 30 |
| | | Req Date | Confirm To | Buyers | N |
| | | 07/26/06 | 437502 | | |
| Qty Required | Date Required | Item No/Vendor Item No Description | | Unit Cost | Extended Cost |
| 612 | 07/26/06 | EA      /  DW1212 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

| | |
| --- | --- |
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

ge    1

Duplicate Copy

Authorized Signature

SM0081

cb: Drywall - MDL 2047
100081 - Smoky Mountain Materials, Inc.

SM0082

cb: Drywall - MDL 2047
100082 - Smoky Mountain Materials, Inc.

982446/63876 CVT 409

3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 437502

Carrier's Name: Emerald Coast - 24/24

Carrier's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of the Bill of lading,

at _____ (Date) _____ FROM _____

Consigned TO Emerald Coast Building Materials

Destination 8040 Palafox Street _____ City Pens.

Route _____ County _____ State Fl. Zip _____

Delivery Address: ★

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

C.O.D. Charges to be Paid by:
☐ Shipper   ☐ Consignee

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 brd | | 1/2 x 4' x 12' Gypsum Drywall | | | |
| | | @ 476 pcs | 45988 lbs | | |
| | | Customer P.O. Bill2 | | | |
| | | Time 8:50 AM | | | |
| | | Load must be tarped | | | |

Pat c Steve dart Co Shipper by Shawah lairs

X Ulman Wells

Permanent post-office address of shipper _____

2

JUL-31-2006(MON) 09:10                                                          P.002/007
  Rx Date/Time      JUL-31-2006(MON) 07:52        8778812331          Pg 1/1    P.001
07/31/06 05:54AM PST  ->  8656378782

## North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39387
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

| INVOICE |
|---|
| 0043750601 |

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 46301001
Phone #: (850)471-8281
Fax #: (865)637-8782
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

**BILL TO:**

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32526

| P.O.#: 707429 | | Job #: 218 | Ordered By: Bill | | | | |
|---|---|---|---|---|---|---|---|
| Ship Date: 07/28/06 | | Ship Via:Truck | BILL #: | | | | |
| Frt. Term: Cust Pickup | | Ref. #: PENSACOLA, FL/4376Sales Agent: TRowall | | | | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 612 | PC | BGWGYAAA120504    1/2 4x12 Gypsum Drywall A Grade | 29.3760 | 200.00  /MSF | 5,875.20 |
| | | SUBTOTAL: | | | 5,875.20 |

THANK YOU FOR THE ORDER!
A cash discount is not an automatic discount. It is an incentive to
pay within specified time. Unearned discounts will not be allowed.

NET 20 DAYS

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct 858.75 if paid by 08/10/06

| TOTAL DUE: | $5,875.20 |
|---|---|

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per
month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be
assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction
will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for
ultimate destination in the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This
sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

# Purchase Order 707429

**Vendor Number   NORTHP**

merald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

| To: | Ship To: |
|---|---|
| **North Pacific Group, Inc.**<br>**P.O. Drawer 391**<br>**Waynesboro, MS 39367** | Emerald Coast Bldg Materials Pcola<br>8040 North Palafox Street<br>Pensacola, FL  32534 |

| Ord Date | Ship Via | FOB | Terms | |
|---|---|---|---|---|
| 07/26/06 | | Origin | 1% 10 net 30 | |
| Buyer | Freight | Req Date | Confirmed To | Remarks |
| | | 07/26/06 | 437506 | N |

| Qty Request | Unit Dept / Reqr no Date Requested | Your Item No<br>Description | Our Item No | Unit Qty | Extended Cost |
|---|---|---|---|---|---|
| 612 | EA      /<br>07/26/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

RECEIVED
JUL 2 8 2006
BY: _____

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

ge    1

Duplicate Copy                                          Authorized Signature

SM0084

cb:  Drywall - MDL 2047
100084 - Smoky Mountain Materials, Inc.

982446/B3876 CVT 4/09

SM0085

3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 437506

Carrier's Name: Emerald Coast 37/37          Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola (Date) 7-27-06 FROM 720 A S. Barracks St. Pens Fl

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or route, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination; it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO Emerald Coast Building Materials

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name as otherwise provided in Item 430, Sec. 1.

Destination 8040 Palafox St                Pensacola          City

County _____ Fl _____ State _____ Zip

Route _____

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

Street _____ City _____ State _____

| No. Packages | H.M. | Kind of Package Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 7 Brd | | 1/2" x 4' x 12' Gypsum Drywall | 45988 lbs | | |
| | | a-476 pcs 612 pcs | 59121 lbs | | |
| | | Customer PO: 707429 | | | |
| | | | | | |
| | | Time 2:55 PM | | | |
| | | Load must be tarped | | | |

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor)

**C. O. D.** Charges to be
Paid by
☐ Shipper    ☐ Consignee.

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

_____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$ _____

"The fibre containers used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."

"Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission."

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

Rate Stevedore Co
for North Pacific Group   Shipper, Per Shawn Lewis

Permanent post-office address of shipper.

☞ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

X _____

2

cb: Drywall - MDL 2047

100085 - Smoky Mountain Materials, Inc.

AUG-25-2006(FRI) 11:30                                          P.002/004
Rx Date/Time    AUG-24-2006(THU) 17:07      601 735 2602        P. 001
08/24/2006 16:18 FAX 601 735 2602     NORTH PACIFIC GROUP       @ 001

# North Pacific

SOUTHERN
P. O. Box 301
Waynesboro, MS 39367
Tel 801-735-5951
Fax 801-735-2602
www.northpacific.com

## INVOICE
## 0043278901

| | |
|---|---|
| Invoice Date: | 08/24/06 |
| Account #: | SMOKY001 0001 |
| Branch/Division: | 40301001 |
| Phone #: | (850)471-8201 |
| Fax #: | (865)637-8762 |
| Page: | 1 of 1 |

**PLEASE REMIT TO:**

North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5218 S. National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CUSPU PATE STEV.
Pensacola FL 32526

| P.O.#: 707401 | Job #: 218 | Ordered By: | | | |
|---|---|---|---|---|---|
| Ship Date: 08/24/06 | Ship Via:Truck | B/L #: | | | |
| Frt. Term: Cust Pickup | Ref. #:  PENSACOLA FL/1859 | Sales Agent:  TRowell | Orig. Inv #: | | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 612 | PC | BGWGYAAA120504    1/2 4x12 Gypsum Drywall A Grade | 29.3760 | 200.00  /MSF | 5,875.20 |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | |

**TERMS:**   1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 09/03/06

| | |
|---|---|
| TOTAL DUE: | $5,875.20 |

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination in the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0086

cb:  Drywall - MDL 2047
100086 - Smoky Mountain Materials, Inc.

# Purchase Order 707481

**Vendor Number** NORTHP

Emerald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL 32534

elephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL 32534

| Ord Date | Ship Via | F.O.B. | | Terms |
|---|---|---|---|---|
| 8/04/06 | | Origin | | 1% 10 net 30 |
| | Freight | Rm Date | Confirm To | Remarks | N |
| | | 08/04/06 | | |

| Qty Required | Qty Open / Date Requested | Item Number / Description | Option Nbr | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| 612 | EA  /<br>08/04/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

age   1

Duplicate Copy

Authorized Signature

SM0087

1/06 05:54:18    NorthPacificGrp,Inc->    423 929 9707  RightFax    Page 001

*MON.*


## North Pacific

www.northpacific.com

# Facsimile Transmission

To:   Name:    Bill
      Company:
      Fax Number:1-850-471-6294
      Voice Phone:

From:  Name:    Todd Rowell
       Fax Number:
       Voice Phone:  1-800-378-3268//601-671-3268


Fax Notes:

PICK-UP #'S
437511  707475
432784  707476
432785  707477
432786  707478
432787  707479
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487

*PO#'s*

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268


Date and time of transmission: ‹WHENFAXED›
Number of pages including this cover sheet: 01

SM0088

cb:  Drywall - MDL 2047
     100088 - Smoky Mountain Materials, Inc.

SM0089

cb: Drywall - MDL 2047
100089 - Smoky Mountain Materials, Inc.

982446/B3876 CVT 4/99

3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and be retained by the Agent.

Shipper's No. _432989_

Carrier's Name: _Emerald Coast 37/37_          Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at _Port of Pensacola_ (Date) _8-21-06_ FROM _720 AS Barracks St_

Consigned TO _Emerald Coast Building Materials_

Destination _3010 Palafox St_          Street     _Pensacola_     City

Route

County _____ State _FL_ Zip

Delivering Carrier          Car or Vehicle Initials and No.

Collect on Delivery $          And Remit to

C. O. D. Charges to be Paid by
☐ Shipper  ☐ Consignee

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Bdls | | ½" x 4' x12' Gypsum Board | 57,127 | 1.5 | |
| | | @ 612 Pcs | | | |
| 6/7 | | PO # 707181 | | | |
| | | Time: 11:10 AM | | | |
| | | Must be tarped | | | |

per Stevedore Co. for North Pacific Group          Shipper, Per _Donald Carr_

**Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.**

Permanent post-office address of shipper.

2

AUG-25-2006(FRI) 11:31          P.004/004
8/24/06 11:21AM PST  ->  8656378762

Pg 1/1

**North Pacific**

SOUTHERN
P.O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

**INVOICE**

0043279001

Invoice Date: 08/24/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8281
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH 45264-3226
USA

BILL TO:

Smoky Mountain Materials Inc
DBA Emeard Coast Building Materials
5215 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
CUSPU PATE STEV
Pensacola FL 32528

| P.O.#: 707482 | | Job #: 218 | Ordered By: | | | |
|---|---|---|---|---|---|---|
| Ship Date: 08/24/06 | | Ship Via:Truck | B/L #: | | | |
| Frt. Term: Cust Pickup | | Ref. #:  PENSACOLA, FL/1658 Sales Agent:  TRowell | | | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 812 | PC | BGWGYAAA120504   1/2 4x12 | 29.3780 | 200.00 /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | |

TERMS:  1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 09/03/06

TOTAL DUE:   $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

Received Time Aug 25  11:55AM

SM0090

cb:  Drywall - MDL 2047
100090 - Smoky Mountain Materials, Inc.

# Purchase Order  707482

**Vendor Number   NORTHP**

ıerald Coast Bldg Materials Pcola
40 North Palafox Street
ınsacola, FL  32534

ephone 850/471-6291

**To:**

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

**Ship To:**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| PO Date | Ship Via | FOB | Terms |
|---|---|---|---|
| 8/04/06 | | Origin | 1% 10 net 30 |

| Via | Freight | Req. Date | Confirmed To | Remarks | |
|---|---|---|---|---|---|
| | | 08/04/06 | | | N |

| Qty Regular | UM / Date / Req. No Your Item Date Required / Description | Our Item No. | Unit Cost | Extended Cost |
|---|---|---|---|---|
| 612 | EA   /  08/04/06  1/2" 4 X 12 REGULAR DRYWALL | DW1212 | 9.600 | 5875.20 |

RECEIVED
AUG 2 2 2006
BY: DDR

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

ıge    1

Duplicate Copy

Authorized Signature

SM0091

cb:  Drywall - MDL 2047
100091 - Smoky Mountain Materials, Inc.

00/04/06 05:54:10    NorthPacificGrp,Inc→      423 929 9787  RightFax            Page 001

*MON.*


# North Pacific

www.northpacific.com
## Facsimile Transmission

TO:  Name:    Bill
     Company:
     Fax Number: 1-850-471-6294
     Voice Phone:

From:  Name:    Todd Rowell
       Fax Number:
       Voice Phone:  1-800-378-3268//601-671-3268

Fax Notes:

PICK-UP #'S
437511  707475
432784  707476
432785  707477
432786  707478
432787  707479
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487

*PO #'s*

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: ‹WHENFAXED›
Number of pages including this cover sheet: 01

SM0092

cb:  Drywall - MDL 2047
100092 - Smoky Mountain Materials, Inc.

SM0093

cb:  Drywall - MDL 2047
100093 - Smoky Mountain Materials, Inc.

982448/B3876 CVT 4/99

3-PART STOCK FORM NO. B-3876

THIS SHIPPING ORDER must be legibly filled in, in ink, indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. *432790*

Carrier's Name *Emerald Coast 37/37F*          Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at *Port of Pensacola* (Date) *8-21-06*  FROM *720A S Barracks St*

Consigned TO *Emerald Coast Building Material*

Destination *8010 Pole of St*          Street          *Pens-* City

County          State *FL*          Zip

Route

Delivery Address ★

Delivering Carrier          Car or Vehicle Initials and No.

Collect on Delivery $          And Remit to

Street          City          State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction)* | Class or Rate | Check Column |
|---|---|---|---|---|---|
| *96* | | *bds 5/8"x4'x12 Gypsum Board* | *59,127* | *(k)* | |
| | | *@ 612 Pcs* | | | |
| | | *PO# 707482* | | | |
| | | *Time: 3:40 PM* | | | |
| | | *must be tarped* | | | |

*rate stencil no it*
*for North Pacific Grp*

C.O.D. Charges to be Paid by
☐ Shipper  ☐ Consignee

Permanent post-office address of shipper.

2

P. 002/002
P. 001

JG-03-2006(THU) 16:12
Rx Date/Time   AUG-03-2006(THU) 14:13
3/03/06 12:15PM PST  ->  8656378762

8778812331

Pg 1/1

## North Pacific

SOUTHERN
P.O. Box 391
Waynesboro, MS 38387
Tel 601-735-6051
Fax 601-735-2602
www.northpacific.com

### INVOICE
#### 0043751001

Invoice Date: 08/03/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8281
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

**BILL TO:**
Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**
Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32626

| P.O.#: 707433 | | Job #: 216 | Ordered By: Bill | | | |
|---|---|---|---|---|---|---|
| Ship Date: 08/03/06 | | Ship Via: Truck | B/L #: | | | |
| Frt. Term: Cust Pickup | | Ref. #: PO # 437510 | Sales Agent: TRowell | | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 544 | PC | BGWGYAAA120504   1/2 4x12 | 26.1120 | 200.00 /MSF | 5,222.40 |
| | | Gypsum Drywall A Grade | | | |
| | | | | SUBTOTAL: | 5,222.40 |

THANK YOU FOR THE ORDER!
A cash discount is not an automatic discount. It is an incentive to
pay within specified time. Unearned discounts will not be allowed.

NET 30

TERMS: 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $52.22 if paid by 08/13/06

TOTAL DUE:   $5,222.40

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this extends legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0094

cb:  Drywall - MDL 2047
100094 - Smoky Mountain Materials, Inc.

# Purchase Order 707433-A

### Vendor Number  NORTHP

merald Coast Bldg Materials Pcola
I40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

**North Pacific Group, Inc.**
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

**Emerald Coast Bldg Materials Pcola**
8040 North Palafox Street
Pensacola, FL  32534

#### **** THIS IS A CHANGE ORDER ****

| P.O. Date | Ship Via | F.O.B. | | Terms |
|-----------|----------|--------|--|-------|
| 7/26/06 | | Origin | | 1% 10 net 30 |

| | Freight | Req Date | Confirm To | Remarks | |
|--|---------|----------|------------|---------|--|
| | | 07/26/06 | 437510 | | N |

| Qty Required | UM / Date Required | Part No. / Description | Our Item No. | Unit Cost | Extended Cost |
|--------------|--------------------|-----------------------|--------------|-----------|---------------|
| 544 | EA        /<br>07/26/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5222.40 |

RECEIVED

AUG 0 1 2006

BY:

| | |
|--|--|
| Non Taxable Subtotal | 5222.40 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5222.40 |

ge    1

Duplicate Copy                              Authorized Signature

SM0095

cb:  Drywall - MDL 2047
100095 - Smoky Mountain Materials, Inc.

# Purchase Order 707433

## Vendor Number  NORTHP

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

**North Pacific Group, Inc.**
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

**Emerald Coast Bldg Materials Pcola**
8040 North Palafox Street
Pensacola, FL  32534

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 7/26/06 | | Origin | 1% 10 net 30 |

| Buyer | Freight | Bill Date | Confirming to | Remark | |
|---|---|---|---|---|---|
| | | 07/26/06 | | | N |

| Qty Required | Bill Date / Req Date | Item No / Description | Unit Cost | Extended Cost |
|---|---|---|---|---|
| 612 | EA         /<br>07/26/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | 9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

ge  **1**

Vendor Original

Authorized Signature

SM0096

cb:  Drywall - MDL 2047
100096 - Smoky Mountain Materials, Inc.

# Purchase Order 707433

**Vendor Number  NORTHP**

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

**To:**

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

**Ship To:**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| O Date | Ship Via | | | F.O.B. | Terms |
|---|---|---|---|---|---|
| 7/26/06 | | | | Origin | 1% 10 net 30 |
| eva | Freight | Req Date | | P Confirmation | Remarks | Tax |
| | | 07/26/06 | | 437510 | | N |
| Qty Required | Um Date Qty Requested | Item Number Description | | | Unit Cost | Extended Cost |
| 612 | EA  /  07/26/06 | DW1212  1/2" 4 X 12 REGULAR DRYWALL | | | 9.600 | 5875.20 |

| | | |
|---|---|---|
| Non Taxable Subtotal | | 5875.20 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | 5875.20 |

ge  1

Duplicate Copy                          Authorized Signature

SM0097

cb:  Drywall - MDL 2047
100097 - Smoky Mountain Materials, Inc.

SM0098

cb: Drywall - MDL 2047
100098 - Smoky Mountain Materials, Inc.

982446/83876 CVT 4/99

3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in Indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 437510

Carrier's Name: Emerald Coast - 37/37                Carrier's No.

RECEIVED, subject to the classification and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola (Date) 8-1-06 FROM 920 A. S. Barracks St. Pensa

the property described below, in apparent good order, except as noted (contents and condition of packages unknown) marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination...

Consigned TO Emerald Coast Building Materials

Destination 8040 Palafox St            Street        Pensacola        City

County ___ State FL Zip

Route ___

Delivering Carrier ___ Car or Vehicle Initials and No. ___

Collect on Delivery $ ___ And Remit to ___

Street ___ City ___ State ___

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 8 | | Brd 1/2" x 4' x 12' Gypsum Drywall | 45,988 lbs | | |
| | | @ 47L | 59,127 lbs | | |
| | | Customer P.O. 707433 | 52,557 lbs | | |
| | | Time 10:05 AM | | | |
| | | Load must be tarped | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is a carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Pat's Steve Gate Co. for North Pacific Group        Shipper, Per Shana Ayers

Permanent post-office address of shipper.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor)

**C.O.D.** Charges to be

Paid by ☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To Be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

†"If This" containers used for this shipment conform to the specifications set forth in the bax maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."

Shipper's imprint in lieu of stamp; not a part of Bill of lading approved by the Interstate Commerce Commission.

Agent must detach and retain this Shipping Order and must sign the Original Bill of lading.

X _____

2

AUG-15-2006(TUE) 08:52
Rx Date/Time    AUG-11-2006(FRI) 13:29
8/11/06 11:31AM PST  ->  8656378762

8776812331

P. 006/007
P. 001

Pg 1/1

## N North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

**INVOICE**

0043751101

| | |
|---|---|
| Invoice Date: | 08/11/06 |
| Account #: | SMOKY001 0001 |
| Branch/Division: | 40301001 |
| Phone #: | (850)471-8291 |
| Fax #: | (866)637-8762 |
| Page: | 1 of 1 |

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CPU @  PATE STEVEDORE
Ponsacola FL 32526

| P.O.#: 707475 | Job #: 218 | Ordered By: | | | | |
|---|---|---|---|---|---|---|
| Ship Date: 08/10/06 | Ship Via: Truck | B/L #: | | | | |
| Frt. Term: Cust Pickup | Ref. #: PENSACOLA FL/18598 | Sales Agent: TRowell | Orig. Inv #: | | | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 812 | PC | BGWGYAAA120504   1/2 4x12 | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to | | | |
| | | pay within specified time. Unearned discounts will not be allowed. | | | |

TERMS: 1% CD ADF 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 08/21/06

**TOTAL DUE:** 55,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

# Purchase Order  707475

### Vendor Number  NORTHP

Emerald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

| To: | Ship To: |
|---|---|
| North Pacific Group, Inc.<br>P.O. Drawer 391<br>Waynesboro, MS 39367 | Emerald Coast Bldg Materials Pcola<br>8040 North Palafox Street<br>Pensacola, FL  32534 |

| Order Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 8/04/06 | | Origin | 1% 10 net 30 |

| Via Freight | Tax Date | Confirming To | Resale # |
|---|---|---|---|
| | 08/04/06 | | N |

| Qty Ordered | Unit Date Req'd<br>Date Required | Vendor Item No<br>Description | Unit Cost | Estimated Cost |
|---|---|---|---|---|
| 612 | EA      /<br>08/04/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | 9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

age    1

Duplicate Copy  (Reprinted)                    Authorized Signature

SM0100

cb:  Drywall – MDL 2047
100100 - Smoky Mountain Materials, Inc.

00/04/06 05:54:10    NorthPacificGrp,Inc->      423 929 9787  RightFax       Page 001    #24

Mon.



www.northpacific.com

## Facsimile Transmission

**TO:**   Name:      Bill
          Company:
          Fax Number: 1-850-471-6294
          Voice Phone:

**From:** Name:      Todd Rowell
          Fax Number:
          Voice Phone:  1-800-378-3268//601-671-3268


**Fax Notes:**

PICK-UP #'S

✓437511  707475
✓432784  707476 —
✓432785  707477
432786   707478
432787   707479
432788   707480
432789   707481
432790   707482
432791   707483
432792   707484
432793   707485
432794   707486
432795   707487

PO#'S

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268


Date and time of transmission: ‹WHENFAXED›
Number of pages including this cover sheet: 01


SM0101

cb:  Drywall - MDL 2047
     100101 - Smoky Mountain Materials, Inc.

# Purchase Order 707475

## Vendor Number NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL 32534

Telephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL 32534**

| P.O. Date | Ship Via | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|---|
| 08/04/06 | | | | | |
| Buyer | Freight | Item Date | Confirming To | | N |
| | | 08/04/06 | | | |

| Qty. Required | U/M Graphic Item No. / Your Item No. / Date Required | Description | Unit Cost | Extended Cost |
|---|---|---|---|---|
| 612 | EA / 08/04/06 | DW1212 1/2" 4 X 12 REGULAR DRYWALL | ▬ | ▬ |

| | |
|---|---|
| Non Taxable Subtotal | ▬ |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | ▬ |

Page    1

Vendor Original  (Reprinted)                Authorized Signature

SM0102

cb:  Drywall - MDL 2047
100102 - Smoky Mountain Materials, Inc.

982446/83876 CVT 4/99

3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filled in, in Ink, Indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 4375rl

Carrier's Name: Emerald Coast 37/37/T          Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola        (Date) 8-07-06 FROM 720A S Barracks St Pens

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier or Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO Emerald Coast Building Materials          (Mail or street address for purposes of notification only)

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination 8040 Palafox St   Street   Pensacola   City

County _____ FL State _____ Zip _____

Route _____

Delivery Address ★ (*To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

Street _____ City _____ State _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor)

**C.O.D.** Charges to be Paid by ☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Bdl | | ½" x 4 x 12" Gypsum Board | 59,127 lbs | | |
| | | @ 612 Pcs | | | |
| | | Customer PO: 702475 | | | |
| | | | | | |
| | | Time 1:30 | | | |
| | | must be tarped | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

Per _____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced: $ _____

† The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Classification and Rule 5 of the National Freight Classification."

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

for North Pacific Group          Shipper, Per _____

†"Shipper's imprint in lieu of stamp; not a part of Bill of lading approved by the Commerce Commission.

☞ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

date steve dore co

Permanent post-office address of shipper.

2

cb:  Drywall - MDL 2047
100103 - Smoky Mountain Materials, Inc.

AUG-15-2006(TUE) 08:51                                                              P. 002/007
    Rx Date/Time      AUG-11-2006(FRI) 13:26        8776812331                      P. 001
08/11/06  11:28AM PST  -> 8656378762                              Pg 1/1

# North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

| INVOICE |
| --- |
| 0043278401 |

Invoice Date: 08/11/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8291
Fax #: (865)637-8762
Page: 1 of 1

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emaerld Coast Building Materials
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CUSPU PATE STEV
Pensacola FL 32526

| P.O.#: | | Job #: 218 | | Ordered By: | | |
| --- | --- | --- | --- | --- | --- | --- |
| Ship Date: 08/10/06 | | Ship Via:Truck | | B/L #: | | |
| Frt. Term: Del/Frt Ppd | | Ref. #: PO # 185824 | | Sales Agent: TRowell | | Orig. Inv #: |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 612 | PC | BGWGYAAA120504   1/2 4x12 | 29.3760 | 200.00  /MSF | 5,875.20 |
| | | Gyppum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to | | | |
| | | pay within specified time. Unearned discounts will not be allowed. | | | |

*Net 30* (handwritten)

TERMS:  1% CD 10 days ADI/ net 30 days ADI
        You may deduct $58.75 if paid by 08/21/06

| TOTAL DUE: | $5,875.20 |
| --- | --- |

Invoice payable in U.S. funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

Received Time Aug. 15   9:15AM

SM0104

cb:  Drywall - MDL 2047
    100104 - Smoky Mountain Materials, Inc.

# Purchase Order 707476

**Vendor Number  NORTHP**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| PO Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 8/04/06 | | Origin | 1% 10 net 30 |

| Via | Freight | Req Date | Confirming To | Remarks | |
|---|---|---|---|---|---|
| | | 08/04/06 | | | N |

| Qty Required | U/M Date / Date Required | Item No / Vendor No / Description | | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| 612 | EA      / 08/04/06 | DW1212 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

Page    1

Duplicate Copy  (Reprinted)          Authorized Signature

SM0105

cb:  Drywall - MDL 2047
100105 - Smoky Mountain Materials, Inc.

00/04/06 05:54:18    NorthPacificGrp,Inc->    423 929 9787  RightFax    Page 001    #37

MON.



### North Pacific

www.northpacific.com

## Facsimile Transmission

To:     Name:      Bill
        Company:
        Fax Number: 1-850-471-6294
        Voice Phone:

From:   Name:      Todd Rowell
        Fax Number:
        Voice Phone:  1-800-378-3268//601-671-3268

nits  Done  Fax Notes:

PICK-UP #'S
437511  707475
432784  707476
432785  707477
432786  707478
432787  707479
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487

PO#'s

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

SM0106

cb: Drywall - MDL 2047

100106 - Smoky Mountain Materials, Inc.

# Purchase Order 707476

**Vendor Number   NORTHP**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| P.O. Date | Ship Via | Origin | 1% 10 net 30 |
|---|---|---|---|
| 08/04/06 | | | |

| Buyer | Freight | Due Date | Confirm To | N |
|---|---|---|---|---|
| | | 08/04/06 | | |

| Qty Required | U/M Date Required | Part Number Description | Unit Cost | Extended Cost |
|---|---|---|---|---|
| | EA    / | DW1212 | | |
| 612 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | ▬▬ | ▬▬ |

| | |
|---|---|
| Non Taxable Subtotal | ▬▬ |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | ▬▬ |

Page    1

Vendor Original  (Reprinted)                      Authorized Signature

SM0107

cb:  Drywall - MDL 2047
100107 - Smoky Mountain Materials, Inc.

SM0108

9824463876 CVT 4/99

**3-PART STOCK FORM NO. B-3876**

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. _____

Carrier's Name: *Emerald Coast* 37 / 37 T          Carrier's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at *Pasco Parish*  (Date) *8-7-06*  **FROM**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party in any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said Uniform Domestic Straight Bill of Lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO *Emerald Coast*

Destination *806 Palafox St*          Street          *Pensacola*          City

_____ County          _____ State          _____ Zip

Route _____          Delivery Address ★ _____

Delivering Carrier _____          Car or Vehicle Initials and No. _____

Collect on Delivery $ _____          And Remit to _____

(Mail or street address for purposes of notification only)

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor)

**C. O. D.** Charges to be
Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$ _____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction)* | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 bdl | | ½" X 4' X 12' Gypsum Board | 59127 lbs | | |
| | | @ 612 ℓℓ | | | |
| | | PO# 109476 | | | |
| | | Time 0900 | | | |
| | | # 60 tonnes | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

Permanent post-office address of shipper.

_____ Shipper, Per _____

The "Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

X *David Roberts*

2

cb: Drywall - MDL 2047
100108 - Smoky Mountain Materials, Inc.

AUG-15-2006(TUE) 08:51
Rx Date/Time     AUG-11-2006(FRI) 13:20
08/11/06 11:29AM PST  ->  8656376762

8778812331

P. 004/007
P. 001

Pg 1/1

### North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

**INVOICE**

0043278501

| | |
|---|---|
| Invoice Date: | 08/11/06 |
| Account #: | SMOKY001 0001 |
| Branch/Division: | 40301001 |
| Phone #: | (850)471-8291 |
| Fax #: | (865)637-8762 |
| Page: | 1 of 1 |

**PLEASE REMIT TO:**

North Pacific
PO Box 643228
Cincinnati, OH  45264-3228
USA

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CPU PATE STEVEDORE
Pensacola FL 32526

| P.O.#: 707477 | | Job #: 218 | | Ordered By: | | | |
|---|---|---|---|---|---|---|---|
| Ship Date: 08/10/06 | | Ship Via: Truck | | B/L #: | | | |
| Frt. Term: Cust Pickup | | Ref. #:  PENSACOLA FL/16582 | Sales Agent: TRowell | | | Orig. Inv #: | |
| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT | |
| 612 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | | 29.3760 | 200.00  /MSF | 5,875.20 | |
| | | SUBTOTAL: | | | | 5,875.20 | |
| | | THANK YOU FOR THE ORDER! A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | | | |

**TERMS:** 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 08/21/06

**TOTAL DUE:** $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&.O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

cb:  Drywall - MDL 2047
100109 - Smoky Mountain Materials, Inc.

# Purchase Order 707477

**Vendor Number   NORTHP**

Emerald Coast Bldg Materials Pcola
40 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

**To:**

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

**Ship To:**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 8/04/06 | | Origin | 1% 10 net 30 |

| | Req. Date | Confirm to | Remarks |
|---|---|---|---|
| | 08/04/06 | | N |

| Qty Ordered | U/M   Date Req. | Part Item No. Description | Unit Cost | Extended Cost |
|---|---|---|---|---|
| 612 | EA    /   08/04/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | 9.600 | 5875.20 |

| | | |
|---|---|---|
| Non Taxable Subtotal | | 5875.20 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | 5875.20 |

Page   1

Duplicate Copy  (Reprinted)                    Authorized Signature

SM0110

cb:  Drywall - MDL 2047
100110 - Smoky Mountain Materials, Inc.

00/04/06 05:54:18     NorthPacificGrp,Inc→     423 929 9707  RightFax          Page 001

*MON.*


## North Pacific

www.northpacific.com

# Facsimile Transmission

TO:    Name:     Bill
       Company:
       Fax Number:1-850-471-6294
       Voice Phone:

From:  Name:     Todd Rowell
       Fax Number:
       Voice Phone:  1-800-378-3268//601-671-3268

Fax Notes:

PICK-UP #'S
437511  707475
432784  707476
432785  707477
432786  707478
432787  707479
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487

} PO#'S

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: ‹WHENFAXED›
Number of pages including this cover sheet: 01

SM0111

# Purchase Order 707477

**Vendor Number   NORTHP**

Emerald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:
North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:
Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| P.O. Date | Ship Via | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| 08/04/06 | | | | |
| Buyer | Freight | | Confirmation to | N |
| | | 08/04/06 | | |

| Qty. Required | U/M | Dept. Item No. Your Item No. Date Requested Description | Oration No. | Ship Code | Extended Price |
|---|---|---|---|---|---|
| | EA / | DW1212 | | | |
| 612 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | | |

| | | |
|---|---|---|
| Non Taxable Subtotal | | |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | |

age    1

**Vendor Original  (Reprinted)**

Authorized Signature

SM0112

982446/83876 CVT 4/99

3-PART STOCK FORM NO: B-3876

**THIS SHIPPING ORDER** must be legibly filled in, in Ink, Indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 43278

Carrier's Name: Emerald Coast   37/37          Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading.

at Port of Pensacol   (Date) 8-07-06   FROM 720 A S Barracks St Pensa

*(block of fine print about terms and conditions of carriage)*

Subject to Section 7 of conditions, if ment is to be delivered to the consignee recourse on the consignee, the consignor sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Consigned TO Emerald Coast Buildin Material
On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination 3040 Palafox St   Pensacola   City
County   State FL   Zip

Route

Delivery
Address ★

Delivering Carrier                Car or Vehicle Initials and No.

(Signature of consignee.)

Collect on Delivery $                And Remit to

**C. O. D.** Charges to be
Paid by
☐ Shipper   ☐ Consigne

Street                City                State

If charges are to be prepaid, stamp here, "To Be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Bdls | | 1/2" x 4' x 12' Gypsum Board | 59,127 lbs | | |
| | | @ 612 pcs | | | |
| | | PO! 707477 | | | |
| | | | | | |
| | | Time: 10:55 AM | | | |
| | | Must be tarped | | | |

Received $ _____ in prepayment of the charges on property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

† *The fibre containers used for this confisls to the specifications set forth box maker's certificate thereon, and requirements of Rule 41 of the Uniform Freight Classification.
†Shipper's imprint in lieu of stamp; not of bill of lading approved by the Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE—When the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Rate stevedore co
for North Pacific Group   Shipper, Per Shawn David

Permanent post-office address of shipper.

‡‡‡ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.
X David

2

SM0113

AUG-15-2006(TUE) 08:51
Rx Date/Time      AUG-11-2006(FRI) 13:25                8778812331                          P. 001/007
8/11/06 -11:27AM PST  ->  865637878?                                                        P. 001

# North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

**PLEASE REMIT TO:**

North Pacific
PO Box 643228
Cincinnati, OH  45264-3228
USA

| INVOICE |
|---|
| 0043278601 |

Invoice Date: 08/11/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8291
Fax #: (865)637-8762
Page: 1 of 1

Pg 1/1

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CPU-PATE STEVEDORE
Pensacola FL 32528

| P.O.#: 707478 | | Job #: 218 | Ordered By: | | | |
|---|---|---|---|---|---|---|
| Ship Date: 08/10/06 | | Ship Via: Truck | B/L #: | | | |
| Frt. Term: Cust Pickup | | Ref. #:  PENSACOLA, FL/1659 | Sales Agent: TRowell | | Orig. Inv #: | |
| **QUANTITY SHIPPED** | **UOM** | **ITEM / DESCRIPTION** | **CONVERTED QUANTITY** | **PRICE / UOM** | **EXTENDED AMOUNT** |
| 812 | PC | BGWGYAAA120504   1/2 4x12 | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | | SUBTOTAL: | | 5,875.20 |

THANK YOU FOR THE ORDER!

A cash discount is not an automatic discount. It is an incentive to
pay within specified time. Unearned discounts will not be allowed.

NET 30

TERMS:  1% CD 10 days ADI, net 30 days ADI
        You may deduct $58.75 if paid by 08/21/06

| | |
|---|---|
| **TOTAL DUE:** | $5,875.20 |

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0114

cb:  Drywall - MDL 2047
100114 - Smoky Mountain Materials, Inc.

# Purchase Order 707478

**Vendor Number   NORTHP**

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | Ship Via | | | | Terms | |
|---|---|---|---|---|---|---|---|
| 8/04/06 | | | | Origin | | 1% 10 net 30 | |
| | | | Req Date | | Remarks | | N |
| | | | 08/04/06 | | | | |
| | | Item No | | Our Item No | Unit Cost | Extended Cost | |
| | | Description | | | | | |
| 612 | EA    / | DW1212 | | | 9.600 | 5875.20 | |
| | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | | | | |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

ge    1

Duplicate Copy  (Reprinted)                    Authorized Signature

SM0115

cb:  Drywall - MDL 2047
100115 - Smoky Mountain Materials, Inc.

00/04/06 05:54:18   NorthPacificGrp,Inc→      423 929 9787  RightFax         Page 001

*Mon.*


## North Pacific

www.northpacific.com

# Facsimile Transmission

To:   Name:     Bill
      Company:
      Fax Number: 1-850-471-6294
      Voice Phone:

From: Name:     Todd Rowell
      Fax Number:
      Voice Phone:  1-800-378-3268//601-671-3268

Fax Notes:

PICK-UP #'S
437511  707475
432784  707476
432785  707477
432786  707478
432787  707479
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487

PO #'s

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

SM0116

cb: Drywall - MDL 2047
100116 - Smoky Mountain Materials, Inc.

# Purchase Order  707478
### Vendor Number  NORTHP

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| P.O. Date | Ship Via | Origin | 1% 10 net 30 |
|---|---|---|---|
| )8/04/06 | | | |
| Buyer | Freight | Received by | Confirming | Remarks | N |
| | | 08/04/06 | | | |

| Qty. Required | U/M Date Required | Item No. Description | Unit Price | Extended Cost |
|---|---|---|---|---|
| 612 | EA      /<br>08/04/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | ▓▓▓▓ | ▓▓▓▓ |

| | | |
|---|---|---|
| | Non Taxable Subtotal | ▓▓▓▓ |
| | Taxable Subtotal | 0.00 |
| | Tax | 0.00 |
| | Total | ▓▓▓▓ |

'age   1

**Vendor Original  (Reprinted)**

**Authorized Signature**

SM0117

cb:  Drywall - MDL 2047
100117 - Smoky Mountain Materials, Inc.

SM0118

cb: Drywall - MDL 2047
100118 - Smoky Mountain Materials, Inc.

982445/B3876 CVT 4/99

3 PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. **432786**

Carrier's Name: *Emerald Coast 37/37*                    Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at *Port of Pensacola* (Date) *8-08-06*   FROM *725 A S. Emrick St*

Consigned TO *Emerald Coast Bld. Materials*

Destination _____ Street *Pens*  City

County _____ State *Fl*  Zip

Route _____ Delivery Address

Delivering Carrier _____ Car or Vehicle Initials and No.

Collect on Delivery $ _____ And Remit to

Street _____ City _____ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| *96bdb½ x4x12 Gypsum Board* | | | *59,127* | *16* | |
| *@ 612 Pcs* | | | | | |
| *PO 702478* | | | | | |
| | | | | | |
| *Time 7 58 A M* | | | | | |
| *Must be Tarped* | | | | | |

*rate Stevedore Co*
*for North Pacific Group* Shipper, per *Shawn Uni*

Permanent post-office address of shipper.

**2**



AUG-15-2006(TUE) 08:51
RX Date/Time   AUG-11-2006(FRI) 13:28
08/11/06 11:30AM PST  →  8656378762

8778812331

P.005/007
P.001

Pg 1/1

## North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

| INVOICE |
| --- |
| 0043278701 |

Invoice Date: 08/11/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8281
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643228
Cincinnati, OH  45264-3228
USA

**BILL TO:**
Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**
Smoky Mountain Materials Inc
PATE STEV.
Pensacola, FL 32526

| P.O.#: 707479 | | Job #: 218 | Ordered By: | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Ship Date: 08/10/06 | | Ship Via: Truck | B/L #: | | | |
| Frt. Term: Cust Pickup | | Ref. #:  PENSACOLA, FL/4327 | Sales Agent:  TRowell | Orig. Inv #: | | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 612 | PC | BGWGYAAA120504   1/2 4x12 | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to | | | |
| | | pay within specified time. Unearned discounts will not be allowed. | | | |

NeT 30

**TERMS:**  1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 08/21/06

| TOTAL DUE: | $5,875.20 |
| --- | --- |

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0119

cb: Drywall - MDL 2047
100119 - Smoky Mountain Materials, Inc.

# Purchase Order 707479

### Vendor Number  NORTHP

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| Date |  | F.O.B. | Terms |
|---|---|---|---|
| 8/04/06 |  | Origin | 1% 10 net 30 |

|  | Freight | Req Date | Confirming | Reprint |  |
|---|---|---|---|---|---|
|  |  | 08/04/06 |  |  | N |

| Qty Required | U/M Dept. Item No. Date Required | Our Item No. Description | Unit Price | Extended Price |
|---|---|---|---|---|
| 612 | EA      /
08/04/06 | DW1212
1/2" 4 X 12 REGULAR DRYWALL | 9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

ge      1

**Duplicate Copy  (Reprinted)**        **Authorized Signature**

SM0120

cb:  Drywall - MDL 2047
100120 - Smoky Mountain Materials, Inc.

*Mon.*



www.northpacific.com

# Facsimile Transmission

**To:**   Name:    Bill
         Company:
         Fax Number: 1-850-471-6294
         Voice Phone:

**From:** Name:    Todd Rowell
         Fax Number:
         Voice Phone:  1-800-378-3268//601-671-3268

**Fax Notes:**

PICK-UP #'S
437511  707475
432784  707476
432785  707477
432786  707478
432787  707479
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487

PO#'s

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

SM0121

cb: Drywall - MDL 2047
100121 - Smoky Mountain Materials, Inc.

# Purchase Order 707479

## Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| P.O. Date | Ship Via | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| 08/04/06 | | | Origin | |
| Buyer | Req'd Date | | | N |
| | 08/04/06 | | | |

| Qty. Required | U/M / Date Required | Description | Our Item No. | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| 612 | EA    / 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | | |

| | | | | |
|---|---|---|---|---|
| | | Non Taxable Subtotal | | |
| | | Taxable Subtotal | | 0.00 |
| | | Tax | | 0.00 |
| | | Total | | |

age   1

**Vendor Original  (Reprinted)**

**Authorized Signature**

SM0122

cb:  Drywall - MDL 2047
100122 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
100123 - Smoky Mountain Materials, Inc.

SM0123

98244&/63876 CVT 4/99

8-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. *432787*

Carrier's Name *Emerald Coast 24/4*

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at *Port of Pensacola*  (Date) *08-08-06*  FROM *720 A S. Barracks St*

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below...

Consigned TO *Emerald Coast Build Materials*

Destination *8080 Palafox St*  Street  *Pensacola*  City

County  *Fl*  State  Zip

Route  Delivery Address ★

Delivering Carrier  Car or Vehicle Initials and No.

Collect on Delivery $  And Remit to

**C. O. D.** Charges to be Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9666 |  | *X' x' x 12' Gypsum Board* | 59/28 |  |  |
|  |  | *@ 612 Po* |  |  |  |
|  |  | *B' 707470* |  |  |  |
|  |  | *Time 8 25 AM* |  |  |  |
|  |  | *Must be Tarped* |  |  |  |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

*Pete Stevedore co.
for North Pacific Group*  Shipper, Per *Jason Davis*

Permanent post-office address of shipper:

The "Agent must detach and retain the Shipping Order and must sign the Original Bill of Lading.

2

 **North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 38387
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

### INVOICE
0043279101

Invoice Date: 08/30/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-6291
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

BILL TO:

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5218 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
CPU PATE STEVEDORE
Pensacola FL 32526

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| | | P.O.#: 707483   Job #: 218   Ordered By: | | | |
| | | Ship Date: 08/29/06   Ship Via: Truck   B/L #: | | | |
| | | Frt. Term: Cust Pickup   Ref. #: PENSACOLA, FL/1659/Sales Agent: TRowell   Orig. Inv #: | | | |
| | | Claim adjustment amount due to 32 pcs being split | | | |
| 612 | PC | SGWGYAAA120504   1/2 4x12 | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |
| | | Claim Adjustment | | | -307.20 |

THANK YOU FOR THE ORDER!
A cash discount is not an automatic discount. It is an incentive to
pay within specified time. Unearned discounts will not be allowed.

*Adjusting for 34 pcs damaged. Told w/North Pacific to make adj. to be 316.40 8/30/06*

5548.80

**TERMS:** 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 09/09/06

TOTAL DUE: $5,568.00

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination in the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

SM0124

# Purchase Order 707483-A

## Vendor Number   NORTHP

:merald Coast Bldg Materials Pcola
)40 North Palafox Street
'ensacola, FL  32534

'elephone 850/471-6291

**To:**

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

**Ship To:**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

#### **** THIS IS A CHANGE ORDER ****

| | Ship To | | F.O.B. | | 1% 10 net 30 | |
|---|---|---|---|---|---|---|
| 3/04/06 | | | Origin | | | |
| | Freight | | Shipping to | | Remarks | N |
| | | 08/04/06 | | | | |
| | U/M Date Req. Rec Vendor No | | Our Item No | | | |
| Qty. Required | Date Requested Description | | DW1212 | Unit Cost | Extended Cost | |
| 578 | EA       / 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | 9.600 | 5548.80 | |

Rec. 8/24/06

| | | |
|---|---|---|
| Non Taxable Subtotal | 5548.80 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5548.80 |

ge    1

Duplicate Copy                                        Authorized Signature

SM0125

cb:  Drywall - MDL 2047
100125 - Smoky Mountain Materials, Inc.

00/04/06 05:54:18    NorthPacificGrp,Inc->        423 929 9707  RightFax        Page 001

*MON.*

 **North Pacific**

www.northpacific.com

# Facsimile Transmission

To:      Name:      Bill
         Company:
         Fax Number: 1-850-471-6294
         Voice Phone:

From:    Name:      Todd Rowell
         Fax Number:
         Voice Phone:  1-800-378-3268//601-671-3268

Fax Notes:

PICK-UP #'S
437511  707475
432784  707476
432785  707477
432786  707478
432787  707479
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487

PO #'S

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

SM0126

cb: Drywall - MDL 2047
100126 - Smoky Mountain Materials, Inc.

# Purchase Order  707483

## Vendor Number  NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| P.O. Date | | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|---|
| 08/04/06 | | | | | |
| Buyer | Freight | Req Date | Contract | | N |
| | | 08/04/06 | | | |

| Qty. Required | U/M Part No. / Reg Up Vendor Item Id<br>Part Number / Description | Condition No. | Unit Cost | Extended |
|---|---|---|---|---|
| 612 | EA    /<br>08/04/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | ~~—~~ | ~~—~~ |

| | |
|---|---|
| Non Taxable Subtotal | ~~—~~ |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

Page    1

Vendor Original  (Reprinted)                     Authorized Signature

SM0127

cb:  Drywall - MDL 2047
100127 - Smoky Mountain Materials, Inc.

# Purchase Order 707483

## Vendor Number   NORTHP

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| Date | Ship Via | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|---|
| 8/04/06 | | | | | |
| | | | 08/04/06 | | N |

| Qty Required | U/M Date Req'd Required | Your Item No. Description | Our Item No. | Unit Price | Extended Cost |
|---|---|---|---|---|---|
| 612 | EA / 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | 9.600 | 5875.20 |

*57X*

*3¢ pcs DAMAGED*
*(CRAKED) IN 1/2*

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 5875.20 |

ge    1

Vendor Original  (Reprinted)                    Authorized Signature

SM0128

cb:  Drywall - MDL 2047
100128 - Smoky Mountain Materials, Inc.

# Purchase Order 707483

### Vendor Number  NORTHP

merald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| Order Date | Ship Via | | | Terms |
|---|---|---|---|---|
| 8/04/06 | | Origin | | 1% 10 net 30 |
| Buyer | Freight | Reg. Date | Confirming To | Taxable |
| | | 08/04/06 | | N |
| Qty Ordered | U/M Req. / Rec No. Date Required Description | | Our Item No. Unit Cost | Extended Cost |
| 612 | EA      /  08/04/06 | DW1212  1/2" 4 X 12 REGULAR DRYWALL | 9.600 | 5875.20 |

| | | |
|---|---|---|
| Non Taxable Subtotal | | 5875.20 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | 5875.20 |

ge    1

Duplicate Copy  (Reprinted)                    Authorized Signature

SM0129

SM0130

cb: Drywall - MDL 2047
100130 - Smoky Mountain Materials, Inc.

98244/B/63876 CVT 4/99

3° PART STOCK FORM NO. B-3876

THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 432791

Carrier's Name: Emerald Coast    TRK 37         Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola (Date) 8-23-06 FROM 720 A S Barracks St

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO Emerald Coast Build Materials

Destination 5040 Palafox St                    Pensacola          City

County              Street          Fl    State           Zip

Route

Delivering Carrier                     Car or Vehicle Initials and No.

Collect on Delivery $              And Remit to

Street                    City                    State

Subject to Section 7 of conditions, if this shipment if to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor)

C. O. D. Charges to be
Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 | | 60lb ½" x 4 x 12 Gypsum Board | 59127 | 1L | |
| | | @ 612 PCS | | | |
| | | PO# 707483 | | | |
| | | CONCEALED DAMAGE | | | |
| | | Time 9:10 AM | | 36 PCS | |
| | | must be Tarped | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Per Steve Dote to for North Pacific Group

†If the shipment is weighed at the point of origin, the following signatures confirm to the specifications set forth in the bill marked a certificate thereon, and all other certificates by Rule 41 of the Uniform Freight Classification and Rule 3 of the National Motor Freight Classification.
Shipper, imprint, in lieu of stamp; but a part of bill of lading approved by the Interstate Commerce Commission.

Permanent post-office address of shipper

The Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

2