

633 Yesler Way Seattle, WA 98104    www.pfiserves.com
800 232-8854    206 521-9000    fax: 800 734-6859

# PROCESS SERVICE INVOICE

Bill To:

**GREENBERG TRAURIG**
**1221 BRICKELL AVENUE**
**MIAMI, FL 33131**

Account #: 102412      Phone: 305 579 0811
Client Attn:
Order Attn: TIM KOLAYA

INVOICE #: **5950308**

DATE:    Aug 21 2009
BILL REF:

**AMOUNT DUE : $0.00**

| | |
|---|---|
| COURT: | IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA |
| CASE NAME: | LENNAR HOMES, LLC f/k/a LENNAR HOMES, INC., a Florida limited liability vs. KNAUF GIPS, KG, a German corporation, et al. |
| CASE NUMBER: | 09-07901CA23      HEARING DATE: |
| SERVEE: | TAISHAN GYPSUM CO. LTD f/k/a SHANDONG TAIHE DONGXIN CO. LTD. |
| PERSON SERVED: | SERVED BY THE CHINESE AUTHORITIES |
| SERVICE DATE: | Aug 3 2009 12:00AM      SERVED BY: |
| SERVICE ADDRESS: | DAWENKOU, DAIYUE DISTRICT TAISHAN CITY SHANDONG PROVINCE, 271026 CHINA |
| DOCUMENTS: | AMENDED SUMMONS; FIRST AMENDED COMPLAINT (SUBMITTED IN DUPLICATE WITH TRANSLATIONS) |
| SERVICE NOTE | |

**BAD ADDRESS LIST**

**INVESTIGATION STATUS:**

| SERVICE PERFORMED | NOTE | | RATE |
|---|---|---|---|
| | | | Price |
| | | SUB TOTAL | 0.00 |
| | | PREPAID RETAINER | 0.00 |
| | | AMOUNT DUE | 0.00 |

Documents are served in accordance with and pursuant to: the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*
   the (date) _Aug, 3rd, 2009_
   at (place, street, number) _Tai An Intermediate People's court of Shan Dong province_

   in one of the following methods authorized by article 5:

   ☑ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

   ☐ (b) in accordance with the following particular method:*
   _____

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*

   The documents referred to in the request have been delivered to:
   (identity and description of person)
   _张文君_

   relationship to the addressee family, business, or other
   _the stuff of the law department of the company_

2) that the document has not been served, by reason of the following facts:*
   _____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***

Annexes

Documents returned:
_____

Done at _Beijing 华人民共和国_ 4th, 2009
Signature and/or stamp 司　法　部
司法协助专用章

In appropriate cases, documents establishing the service:
_____


TRACKING #: 5950308

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

SX-09-1126

山东省泰安市中级人民法院

# 送 达 回 证

（各类案件通用）

| 案　由 | 委托送达 | 案　号 | (2009)鲁泰法协字第47号 |
|---|---|---|---|
| 送达文书名称和件数 | 美国佛罗里达州迈阿密达德县第十一司法巡回区巡回法庭　诉讼材料一案 | | |
| 受送达人 | 泰山石膏股份有限公司 | | |
| 送达地址 | 本院 | | |
| 受送达人签名或盖章 | 张文君(该公司法规部职员)　2009年 8月 3 日 | | |
| 代收人及代收理由 | 　　　　　　　　　　　　　年　月　日 | | |
| 备　考 | | | |

填发人　　　　　　　　　　　　　送达人

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送人的关系及代收理由。

# 山东省高级人民法院

鲁高法协受(2009)47号

最高人民法院外事局：

　　贵院法协[2009]1175号关于＿＿美国＿＿＿请求向
泰山石膏股份有限公司＿＿＿＿＿＿＿＿＿＿＿＿＿
送达法律文书一事，业已经＿山东省泰安市中级人民法院＿
将该法律文书送达有关当事人/因＿＿＿＿＿＿＿＿＿＿
＿＿＿＿原因未能送达，现将送达回证附后/将所附材料退
回，请查收。



山东省高级人民法院外事办公室
2009年8月10日

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | MINISTRY OF JUSTICE OF CHINA<br>BUREAU OF INTERNATIONAL JUDICIAL ASSISTANCE<br>10 CHAOYANGMEN NANDAJIE<br>CHAOYANG DISTRICT<br>BEIJING |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
(identity and address)

**TAISHAN GYPSUM CO. LTD f/k/a SHANDONG TAIHE DONGXIN CO. LTD.**
**DAWENKOU, DAIYUE DISTRICT**
**TAISHAN CITY**
**SHANDONG PROVINCE 271026**
**CHINA**

DOB:            Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*

_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:
List of documents:
**AMENDED SUMMONS; FIRST AMENDED COMPLAINT (SUBMITTED IN DUPLICATE WITH TRANSLATIONS)**

Done at Seattle, Washington USA, on Jun 22 2009

Signature and/or stamp

*PFI* PROCESS FORWARDING INTERNATIONAL


TRACKING #: 5950308

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)

# SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

(article 5, fourth paragraph)

Name and address of the requesting authority:   Rick Hamilton
633 Yesler Way
Seattle, WA 98104
United States of America

Particulars of the parties:

LENNAR HOMES, LLC f/k/a LENNAR HOMES, INC., a Florida limited liability company, and U.S. HOME CORPORATION, a Delaware corporation   vs.   KNAUF GIPS, KG, a German corporation, et al.

## JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Defendants of the institution against them of a claim for civil damages, and summon them to answer to the claim.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiffs are seeking to recover civil damages and other relief, amount to be determined in court.

Date and place for entering appearance:*
Defendant has twenty days from receipt of the accompanying Summons to make a written appearance, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
    Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a