

29460483

Feb 8 2010
6:12PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

LENNAR HOMES, LLC f/k/a LENNAR
HOMES, INC., a Florida limited liability
company, and U.S. HOME CORPORATION,
a Delaware corporation,

            Plaintiffs,

v.

KNAUF GIPS KG, a German corporation, *et al.*

            Defendants,

_____/

CASE NO.  09-07901 CA 42

CHINESE DRYWALL

### MOTION FOR DEFAULT AGAINST BMD, INC., BILL PFANNKUCH FRAMING, INC., ROTHCHILT INTERNATIONAL LTD., TAISHAN GYPSUM CO. LTD., f/k/a SHANDONG TAIHE DONGXIN CO. LTD., BEIJING NEW BUILDING MATERIAL PUBLIC LIMITED COMPANY, AND ALL FLORIDA DRYWALL SUPPLIES, INC.

Plaintiffs LENNAR HOMES, LLC f/k/a LENNAR HOMES, INC., and U.S. HOME CORPORATION (collectively "Lennar"), by and through undersigned counsel respectfully move for the entry of a Default by the Court against **Defendants, BMD, INC. (BMD")**, **BILL PFANNKUCH FRAMING, INC. ("BPF")**, **ROTHCHILT INTERNATIONAL LTD. ("ROTHCHILT"),   TAISHAN GYPSUM CO. LTD. f/k/a SHANDONG TAIHE DONGXIN CO. LTD. ("TAISHAN"),  BEIJING NEW BUILDING MATERIAL PUBLIC LIMITED COMPANY ("BNBM"), and ALL FLORIDA DRYWALL SUPPLIES, INC. ("ALL FLORIDA"),** for failure to serve any paper on the undersigned or file any paper as required by law.  In further support of its motion, Lennar states:

    1.      On January 30, 2009, Lennar filed its original Complaint in this action.

2.     On February 24, 2009, Lennar perfected service of its Summons and original Complaint on BMD. ("Exhibit A").

3.     On March 26, 2009, Lennar perfected service of its Summons and original Complaint on BPF. ("Exhibit B").

4.     Thereafter, on June 10, 2009, Lennar filed its First Amended Complaint ("Amended Complaint") in this action and proceeded to serve this new pleading on multiple defendants that had not yet been served with the original Complaint, including ROTHCHILT, TAISHAN, BNBM, and ALL FLORIDA.

5.     Also in June 2009, Lennar engaged the services of Process Forwarding International ("PFI") to effect service of process on TAISHAN, ROTHCHILT, and BNBM, consistent with the provisions of the Hague Convention, as these parties did not have an agent for service within the United States.

6.     On July 7, 2009, Lennar perfected service of its Summons and Amended Complaint in this action on ROTHCHILT. ("Exhibit C").

7.     On August 3, 2009, Lennar perfected service of its Summons and Amended Complaint in this action on TAISHAN. ("Exhibit D").

8.     On August 17, 2009, Lennar perfected service of its Summons and Amended Complaint in this action on BNBM. ("Exhibit E").

9.     On October 24, 2009, Lennar perfected service of its Summons and Amended Complaint in this action on ALL FLORIDA. ("Exhibit F").

10.     Neither BMD nor BPF have served any pleading or paper in response to the original Complaint to date.

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

11.   Neither ROTHCHILT, TAISHAN, BNBM, nor ALL FLORIDA have served any pleading or paper in response to the Amended Complaint to date.

12.   On November 24, 2009, Lennar submitted motions for the entry of Defaults by the Clerk of Court against BMD, BPF, ROTHCHILT, TAISHAN and BNBM, for failure of these defendants to serve any responsive pleading or paper in this action as required by law.

13.   In response, the Clerk of Court issued a Notice of Default not Entered, indicating that it could not locate proofs of service on ROTHCHILT, TAISHAN and BNBM, in the Court file. ("Exhibit G"). Accordingly, Lennar is filing along with this motion proofs of service on these three defendants and is also attaching them as Exhibits C, D and E to this motion.

14.   The Clerk of Court also issued a separate Notice of Default not Entered, listing various docket entries, including motions and a notice of bankrupcty, as a reason for not entering the requested defaults. ("Exhibit H"). Upon a request for clarification, the Clerk of Court explained that the docket entries listed did not identify, in their title, the defendant who had submitted the motion, and that the motions themselves could not be located in the Court file. Therefore, in the absence of those motions, the Clerk of Court was unable to determine with the requisite certainty that neither BMD, BPF, ROTHCHILT, TAISHAN, nor BNBM had filed a responsive pleading or paper in this action.

15.   In light of the foregoing and in an effort to assist the Court in its consideration of this motion for default, Lennar reconstructed the record for the motions and notice missing from the Court file. The motions, notice and corresponding index are being filed concurrently herewith as an Appendix to the instant motion. (Attached hereto as "Exhibit I" for the Court's easy reference is a copy of the Index to the Appendix).

3

16.     As can be gleaned from the Appendix, neither of the motions or notice of bankruptcy missing from the Court file was submitted by either BMD, BPF, ROTHCHILT, TAISHAN, BNBM, or ALL FLORIDA.

17.     In addition, Lennar is filing along with this motion an affidavit from its counsel affirming that counsel has not received any responsive pleading or paper from either BMD, BPF, ROTHCHILT, TAISHAN, BNBM, or ALL FLORIDA as required by law. ("Exhibit J").

18.     Pursuant to Rule 1.140(a) of the Florida Rules of Civil Procedure, BMD, BPF, ROTHCHILT, TAISHAN, BNBM and ALL FLORIDA had twenty (20) days from the date of service on each to serve their response to Lennar's pleading. Because they have failed to serve any responsive pleading or paper to date, Lennar is entitled to the entry of a Default against each one of these defendants as a matter of law.

WHEREFORE, Lennar respectfully seeks the entry of Defaults against BMD, BPF, ROTHCHILT, TAISHAN, BNBM and ALL FLORIDA, and the entry of any further relief this Court deems just and proper.

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for Lennar Homes, LLC, and U.S.*
*Home Corporation*
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
E-mail: bassh@gtlaw.com
E-mail: salkym@gtlaw.com

By: *Angelika Hunnefeld /for*
        HILARIE BASS
        Florida Bar No. 334323
        MARK A. SALKY
        Florida Bar No. 058221

4

CASE NO.  09-07901 CA 42

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion for Default** has been served on Plaintiffs' Liaison Counsel, Ervin Gonzalez, Esq., and Defendants' Liaison Counsel, Robert Fitzsimmons, Esq., <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with the Electronic Service Order dated November 6, 2009, and that the foregoing was filed with the Miami-Dade Clerk of Court by paper, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, as well as by U.S. Mail on all the parties listed on the attached Service List, on this 8th day of February, 2010.

Angelika Hinnefeld /for
MARK A. SALKY

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

*Lennar Homes, LLC &  U.S. Home Corporation v. Knauf GIPS, KG, et al.*
**Case No. 09-07901 CA 42**

### SERVICE LIST

| | |
|---|---|
| **Randall P. Mueller, Esq.**<br>Carey O'Malley Whitaker & Mueller, P.A.<br>712 South Oregon Avenue<br>Tampa, Florida 33606-2543<br>Telephone: 813-250-0577<br>Facsimile: 813-250-9898<br><br>*Co-Counsel for Northeast Drywall, Inc.* | **F. William Harvey, Esq.**<br>F. William Harvey, P.A.<br>5402 Red Cypress Lane<br>Tamarac, Florida 33319<br>Telephone: 786-201-5290<br>Facsimile: 954-486-3206<br><br><br>*Counsel for Active Drywall South, Inc.* |
| **BMD, Inc.**<br>*Attention: Benjamin Money, President*<br>6163 Joe Jeff Street<br>North Port, FL 34286 | **David A. Glenny, Esq.**<br>Bice Cole Law Firm, P.L.<br>1333 S.E. 25th Loop, Suite 101<br>Ocala, Florida 34471-1071<br>Telephone: 352-732-2255<br>Facsimile: 352-351-0166<br><br>*Counsel for 1st Drywall, LLC* |
| **All Florida Drywall Supplies Inc.**<br>*Attention: Deborah F. Harrell, Registered Agent*<br>504 Debuel Road<br>Lutz, Florida 33549 | **Bill Pfannkuch Framing, Inc.**<br>*Attention: William A. Pfannkuch, Registered Agent*<br>1958 Trout Circle<br>Englewood, Florida 34224 |
| **All Florida Drywall Supplies Inc.**<br>*Attention: Deborah F. Harrell, President*<br>8503 Sunstate Street<br>Tampa, Florida 33634 | **Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co. Ltd.**<br>*Attention: President / Vice President / or Agent Authorized to Receive Service under Section 48.081, Florida Statutes*<br>Dawenkou, Daiyue District<br>Taishan City, Shandong Province<br>P.R. China 271026 |
| **Knauf Gips KG**<br>*Attention: President / Vice President / or Agent Authorized to Receive Service under Section 48.081, Florida Statutes*<br>Am Bahnhof 7<br>D-97346 Iphofen<br>Germany | **Beijing New Building Material, PLC**<br>*Attention: President / Vice President / or Agent Authorized to Receive Service under Section 48.081, Florida Statutes*<br>No. 16 West Road<br>Jiacaicheng, Xisanqi<br>Haidian District<br>Beijing, P.R. China 100096 |

| **Rothchilt International Ltd.** | **Pingyi Zhongxing Paper-Faced Plasterboard Co.** |
|---|---|
| *Attention: President / Vice President / or Agent Authorized to Receive Service under Section 48.081, Florida Statutes* | **Ltd. f/k/a Shandong Chenxiang Building Materials Co. Ltd.** |
| A02 5/F Zhongnongxin International Building No. 181 East | *Attention:  President / Vice President / or Other Agent Authorized to Receive Service under Section 48.081, Florida Statutes* |
| Zhongshan Road | Chuangye North Road, Pingyi Industrial Park (Pingyi |
| Haishu District, Ningbo City | Shengyuan New Materials Co. Ltd. West Courtyard) |
| P.R. China | Linyi |
|  | Pingyi County, Shandong Province 273300 |
|  | China |

"Exhibit A"

# AFFIDAVIT OF SERVICE

**State of FLORIDA**        **County of DADE**        **Circuit Court**

Case Number: 09-7901CA23

Plaintiff:
**LENNAR HOMES, LLC F/K/A LENNAR HOMES, INC. ET. AL.**

vs.

Defendant:
**KNAUF GIPS KG ET. AL.**

For:
Josha Alhafel, Esq.
GREENBERG TRAURIG
1221 Brickell Avenue
Miami, FL 33131

Received by OJF Services, Inc. on the 23rd day of February, 2009 at 4:09 pm to be served on **BMD, INC R/A GARY A. FRACASSI, 218 S BUMBY AVE, ORLANDO, FL 32803.**

I, Daniel R. Ward, being duly sworn, depose and say that on the 24th day of February, 2009 at 11:40 am, I:

**SERVED** the within named corporation by delivering a true copy of the **SUMMONS AND COMPLAINT with Exhibits** at the address of **218 S BUMBY AVE, ORLANDO, FL 32803** with the date and hour of service endorsed thereon by me to: **Gary A. Fracassi** as Registered Agent of same, and informed said person of the contents therein, pursuant to F.S. 48.081(3) and 48.091.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a **Sheriff's Appointed** process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action. Pursuant to F.S. 92.525(2), no notary is required.

Subscribed and Sworn to before me on the 25th day of February, 2009 by the affiant who is personally known to me.

NOTARY PUBLIC-STATE OF FLORIDA

AMANDA J. TAYLOR
Comm# DD0771889
Expires 3/24/2012
Florida Notary Assn., Inc

**Daniel R. Ward**
SPS#M9504

**OJF Services, Inc.**
14707 S. Dixie Highway
Suite 212
Palmetto Bay, FL 33176
(954) 929-4215
Our Job Serial Number: 2009004816

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w

3734

"Exhibit B"

# RETURN OF SERVICE

**State of FLORIDA**                  **County of DADE**          FILED FOR RECORD Court

Case Number: 09-7901CA23                                         2009 APR 16   PM 5: 16

Plaintiff:                                                       HARVEY RUVIN
**LENNAR HOMES, LLC F/K/A LENNAR HOMES, INC. ET. AL.**           CLERK, CIRCUIT & COUNTY CTS
vs.                                                              MIAMI-DADE COUNTY, FLA.
Defendant:                                                       CIVIL DIVISION
**KNAUF GIPS KG ET. AL.**

For: Josha Alhalel, Esq.
     GREENBERG TRAURIG

Received by OJF SERVICES, INC. on the 19th day of February, 2009 at 10:38 am to be served on **BILL
PFANNKUCH FRAMING, INC R/A WILLIAM A. PFANNKUCH, 1725 BIMINI WAY, SEABROOK, TX 77586.** I,
_CHARLES  Block_____ , do hereby affirm that on the _26th_ day of _MARCH_ , 20_09_ at _9 :30_ pm.,
executed service by delivering a true copy of the **SUMMONS AND COMPLAINT** in accordance with state statutes in
the manner marked below:

( ) PUBLIC AGENCY: By serving _____ . _____ as _____ of
the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ . _____ as
_____

( ) CORPORATE SERVICE: By serving _____ . _____ as
_____

( ) OTHER SERVICE: As described in the Comments below by serving _____ as
_____

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _Personal Service_____
_____
_____

I CERTIFY THAT I AM OVER THE AGE OF 18 AND HAVE NO INTEREST IN THE ABOVE ACTION. "UNDER
PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE
FACTS STATED IN IT ARE TRUE".

                                    _____

                                    PROCESS SERVER # 5Ct+207
                                    Appointed in accordance
                                     with State Statutes

                                    **OJF SERVICES, INC.**
                                    **13727 S.W. 152nd Street**
                                    **P.M.B. 354**
                                    **Miami, FL  33177**
                                    **(786) 293-5750**
                                    Our Job Serial Number: 2009003741

Copyright © 1992-2003 Database Services, Inc. - Process Server's Toolbox V6.2u

"Exhibit C"

# IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

LENNAR HOMES, LLC f/k/a LENNAR HOMES, INC., a Florida limited liability company, and U.S. HOME CORPORATION, a Delaware corporation

           PLAINTIFF/PETITIONER

VS.

KNAUF GIPS, KG, a German corporation, et al.

           DEFENDANT/RESPONDENT

CAUSE #:   09-07901CA23

CERTIFICATE OF SERVICE

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

**ABC Legal Services, Inc.**
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING #: 5950328

**ORIGINAL
PROOF OF SERVICE**

GREENBERG TRAURIG
1221 BRICKELL AVENUE
MIAMI, FL 33131
305 579-0811
Page 1 of 1

# CERTIFICATE

The undersigned authority has the honour to certify, inconformity with Article of the Convention.

(1) that the document has been served*

- The (date) Has been served at about 12:00 pm. on Tuesday 7th July, 2009.
  At (place, street, number ) Harney Corporate Services. Road Town, Tortola, BVI.

- in one of the following methods authorized by Article 5:

    [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first
    Paragraph of Article 5 of the Convention. *

    [ ] (b) in accordance with the following particular method: *
    xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx.

    [ ] (c) by delivery to the addressee, who accepted it voluntarily. *
    Harney Corporate Services. – Registered Agent for Rothchilt International Limited.

The documents referred to on the request have been delivered to:

- (identity and description or person)
  Rexella Hodge

- (Relationship to the addressee (family, business or other):
  Manager

(2) That the document has not been served, by the reason of the following facts:
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Annexes

Documents returned:

1. Certificate – Vol. 55/2485
2. Documents requested to be served

Done at Registrar's Office, Road Town, Tortola
British Virgin Islands on 13th July, 2009

In appropriate cases, documents
Establishing the service:

_____

_____

_____

*Delete if inappropriate

Signature and/or stamp

Paula Ajarie
Registrar, High Court

"Exhibit D"

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*

    the (date) _Aug, 3rd, 2009_

    at (place, street, number) _Tai An Intermediate People's court of Shan Dong province_

    in one of the following methods authorized by article 5:

        ☑ (a) in accordance with the provisions of sub-paragraph (a)
of the first paragraph of article 5 of the Convention.*

        ☐ (b) in accordance with the following particular method:*

        ☐ (c) by delivery to the addressee, who accepted it voluntarily.*

    The documents referred to in the request have been delivered to:

        (identity and description of person)

        _张文君_

    relationship to the addressee family, business, or other
_the staff of the law department of the Company_

2) that the document has not been served, by reason of the following facts:*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***

Annexes

Documents returned:

Done at _Beijing_ 中华人民共和国 _14th, 2009_

Signature and/or stamp



司法部
司法协助专用章

In appropriate cases, documents establishing
the service:

TRACKING #: 5950308

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

FX-09-1175
SX09-1126
USA

## INTERMEDIATE PEOPLE'S COURT OF TAIAN CITY, SHANDONG PROVINCE
### PROOF OF SERVICE
[Seal: Intermediate People's Court of Taian City, Shandong Province]
(Common Use for Various Types of Cases)

| Cause of Action | Service by mandate | Case No. | (2009) Lu Gao Fa Xie Shou Zi No. 47 |
|---|---|---|---|
| Name of Document Served and Number of Copies | Eleventh Judicial Circuit Court, Miami-Dade County, Florida, USA<br><br>Documentary evidence in litigation for one case | | |
| Recipient | Taishan Gypsum Co., Ltd. | | |
| Address for Service | This Court | | |
| Recipient Signature or Seal | Zhang Wenjun (staff member at the legal department of the company)<br><br>August 3, 2009 | | |
| Substitute Recipient and Reason(s) | Date | | |
| Notes | | | |

Issuer:                                    Server: Zhang Lei

Note:

(1)   The service of litigation documents in criminal actions is executed in accordance with the requirements as described in the Criminal Proceeding Code § 57; the service of litigation documents in civil and administrative actions is executed in accordance with or with reference to the requirements as described in the Civil Proceeding Code § 78 and § 79.

(2)   In case of receiving a litigation document by substitution, after having signed the document or affixed a seal on it, the substitute recipient should also indicate his/her relationship with the recipient and the reason(s) for substitution.

"Exhibit E"

12/22/2009  15:48    206-224-3410        INT FORWADING              PAGE  18

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the document has been served*

the (date) ___ _Not mentioned_ _____

at (place, street, number) _No 16 West Road, Jian Cai Cheng , Xisan Qi, Haidian District, Beijing_ _____

in one of the following methods authorized by article 5:

   ☑ (a) in accordance with the provisions of sub-paragraph (a)
of the first paragraph of article 5 of the Convention.*

   ☐ (b) in accordance with the following particular method:* _____

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.* _____

The documents referred to in the request have been delivered to:

(identity and description of person)

_陈祖才 (chen zu cai)_ _____

relationship to the addressee family, business, or other

_the staff of the law department of this company_ _____

2) that the document has not been served, by reason of the following facts:* _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.*

Annexes

Documents returned:

_____
_____
_____

Done at _Beijing_ _____ the _Aug. 17th, 2009_

Signature and/or stamp人 民 共 和
司 法 部
司法协助专用章

In appropriate cases, documents establishing
the service:

_____
_____
_____

TRACKING #: 5950329

USM-94 (Rev. 11/22/77)
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

SX-09-1121
USA

SUPERIOR PEOPLE'S COURT OF BEIJING
PROOF OF SERVICE
[Seal: Superior People's Court of Beijing]

| Cause of Action | | Case No. | Fa Xie (2009) 1174 |
|---|---|---|---|
| Name of Document Served and Number of Copies | One copy of document summary<br>One copy of petition | One copy of subpoena<br>One copy of document | |
| Recipient | BNBM Group Limited | | P10   D5 |
| Address for Service | No. 16 Jiancaicheng West Road, West Sanqi, Haidian District, Beijing | | |
| Recipient Signature or Seal | Chen Zhucai   [illegible] Department Service Specialist, 65 23 28 19 8408160035   0108298<br>[Seal: BNBM Group Limited] | | |
| Substitute Recipient and Reason(s) | | | |
| Notes | USA, with translated version | | |

Issuer: Chen Xin                                                  Server:

Note:

(1)   The service of litigation documents in criminal actions is executed in accordance with the requirements as described in the Criminal Proceeding Code § 51; the service of litigation documents in civil and administrative actions is executed in accordance with or with reference to the requirements as described in the Civil Proceeding Code § 78 and § 79.

(2)   In case of receiving a litigation document by substitution, after having signed the document or affixed a seal on it, the substitute recipient should also indicate his/her relationship with the recipient and the reason(s) for substitution.

(3)   The Proof of Service applies to service in Hong Kong and Macao.

"Exhibit F"

# AFFIDAVIT OF SERVICE

State of FLORIDA                    County of DADE                         Circuit Court

Case Number: 09-7901CA23

Plaintiff:
LENNAR HOMES, LLC F/K/A LENNAR HOMES, INC. ET. AL.
vs.
Defendant:
KNAUF GIPS KG ET. AL.

For:
Hilarie Bass
GREENBERG TRAUIG, P.A.
1221 Brickell Ave
Miami, FL 33131

Received by OJF SERVICES, INC. on the 1st day of October, 2009 at 1:15 pm to be served on ALL FLORIDA DRYWALL SUPPLIES, INC. DEBORAH F. HARRELL, 504 DEBUEL ROAD, LUTZ, FL 33549.

I, Carlos Frontela, being duly sworn, depose and say that on the 24th day of October, 2009 at 10:05 am, I:

INDIVIDUALLY/PERSONALLY served by delivering a true copy of the SUMMONS AND COMPLAINT with the date and hour of service endorsed thereon by me, to: DEBORAH F. HARRELL at the address of: 504 DEBUEL ROAD, LUTZ, FL 33549, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Appointed Process Server, in good standing, in the judicial circuit in which the process was served. Signed under the penalties of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true: NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2)

Notary Public State of Florida
Thomas Talavora
My Commission DD933127
Expires 10/14/2013

Subscribed and Sworn to before me on the 28th day of October, 2009 by the affiant who is personally known to me.

NOTARY PUBLIC

Carlos Frontela
CPS#05-749196

OJF SERVICES, INC.
14707 S. Dixie Highway
Suite 212
Palmetto Bay, FL 33176
(786) 293-5750
Our Job Serial Number: 2009005522
Ref: 2009019011

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3u

"Exhibit G"

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☒ CIVIL | **NOTICE OF DEFAULT NOT ENTERED** | 04 7901 CA |
| ☐ FAMILY | | |
| ☐ DISTRICTS | | |

| PLAINTIFF(S)/PETITIONER(S) | VS. | DEFENDANT(S)/RESPONDENT(S) | CLERK IN |
|---|---|---|---|

2009 NOV 24 PM 3: 29

Lennar Home            Knoa Gipky

A MOTION FOR DEFAULT WAS SUBMITTED AGAINST: DN11, DN21 DN03

A default will not be entered by the Clerk against this defendant(s)/respondent(s) for one or more of the following reasons:

☐ MOTION FOR DEFAULT IS UNSIGNED OR DOES NOT HAVE AN ORIGINAL SIGNATURE.

☐ ORIGINAL, NOTARIZED PROOF OF PUBLICATION NEEDS TO BE FILED.

☒ OUR RECORDS INDICATE NO EXECUTED SERVICE ON DEFENDANT(S)/RESPONDENT(S). CHECK YOUR RECORDS.

☐ NON-MILITARY AFFIDAVIT FOR INDIVIDUAL DEFENDANT(S)/RESPONDENT(S) REQUIRED. IF AFFIDAVIT IS INCORPORATED IN INITIAL PLEADINGS, THE PLEADING MUST BE ACKNOWLEDGED UNDER OATH.

☐ ANSWER OR OTHER PAPER FILED BY DEFENDANTS(S)/RESPONDENTS(S).

☐ THE CLERK IS UNABLE TO ENTER A DEFAULT ON SERVICE BY PUBLICATION FOR ONE OR MORE OF THE FOLLOWING REASONS:
　　☐ Notice of action mailed by the Clerk has been returned undelivered.
　　☐ Correspondence from defendant(s)/respondent(s) in the file.
　　☐ Residence of defendant(s)/respondendents(s) is unknown.
　　☐ Pursuant to Administrative Judges Directive

☐ SUMMONS SERVED ON :
　　☐ OUT OF STATE DEFENDANT(S)/RESPONDENT(S)　☐ JOHN AND/OR JANE DOE
　　☐ SECRETARY OF STATE.　　☐ UNKNOWN TENANT
　　CLERK NOT AUTHORIZED TO ENTER THE DEFAULT.

☐ AMENDED SERVICE RETURN. CLERK NOT AUTHORIZED TO ENTER THE DEFAULT.

☐ OTHER REASON(S) AS FOLLOWS: _____
_____

☐ SUBMIT MOTION AND ORDER TO JUDGE FOR DEFAULT NAMING DEFENDANT(S)/RESPONDENT(S) TO BE DEFAULTED.

**PLEASE ATTACH A COPY OF THIS *NOTICE OF DEFAULT NOT ENTERED* WHEN SUBMITTING REQUESTED PLEADINGS NEEDED FOR PROCESSING MOTION FOR DEFAULT AND DEFAULT.**

A copy of this notice was mailed to a moving party that requested entry of the default on _____.

| DEFAULT CLERK'S TELEPHONE NUMBERS: | CIRCUIT CIVIL | (305) 349-7463 |
|---|---|---|
| | COUNTY CIVIL | (305) 349-7435 |
| | FAMILY DIVISION | (305) 349-6052 |
| | DISTRICT COURTS | |

| **HARVEY RUVIN**<br>**CLERK OF COURTS** | BY: | DEPUTY CLERK | 11/24/09 DATE |
|---|---|---|---|

White - Case File　　Yellow - Plaintiff/Petitioner or Plaintiff Attorney/Petitioner's Attorney
Clerk's web address: www.miami-dadeclerk.com

"Exhibit H"

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☒ CIVIL | **NOTICE OF DEFAULT NOT ENTERED** | *09 7901* |
| ☐ FAMILY | | |
| ☐ DISTRICTS | | |

| PLAINTIFF(S)/PETITIONER(S)    VS.    DEFENDANT(S)/RESPONDENT(S) | CLOCK IN |
|---|---|

*Lennar Home*                    *Knauf Gip ng*

A MOTION FOR DEFAULT WAS SUBMITTED AGAINST: *DN11, DN13, DN12, DN24, DN03*

A default will not be entered by the Clerk against this defendant(s)/respondent(s) for one or more of the following reasons:

☐ MOTION FOR DEFAULT IS UNSIGNED OR DOES NOT HAVE AN ORIGINAL SIGNATURE.
☐ ORIGINAL, NOTARIZED PROOF OF PUBLICATION NEEDS TO BE FILED.
☐ OUR RECORDS INDICATE NO EXECUTED SERVICE ON DEFENDANT(S)/RESPONDENT(S). CHECK YOUR RECORDS.
☐ NON-MILITARY AFFIDAVIT FOR INDIVIDUAL DEFENDANT(S)/RESPONDENT(S) REQUIRED. IF AFFIDAVIT IS INCORPORATED IN INITIAL PLEADINGS, THE PLEADING MUST BE ACKNOWLEDGED UNDER OATH.
☐ ANSWER OR OTHER PAPER FILED BY DEFENDANTS(S)/RESPONDENTS(S).
☐ THE CLERK IS UNABLE TO ENTER A DEFAULT ON SERVICE BY PUBLICATION FOR ONE OR MORE OF THE FOLLOWING REASONS:
    ☐ Notice of action mailed by the Clerk has been returned undelivered.
    ☐ Correspondence from defendant(s)/respondent(s) in the file.
    ☐ Residence of defendant(s)/respondendent(s) is unknown.
    ☐ Pursuant to Administrative Judges Directive
☐ SUMMONS SERVED ON :
    ☐ OUT OF STATE DEFENDANT(S)/RESPONDENT(S)    ☐ JOHN AND/OR JANE DOE
    ☐ SECRETARY OF STATE.    ☐ UNKNOWN TENANT
    CLERK NOT AUTHORIZED TO ENTER THE DEFAULT.
☐ AMENDED SERVICE RETURN. CLERK NOT AUTHORIZED TO ENTER THE DEFAULT. *4/07*
☒ OTHER REASON(S) AS FOLLOWS: *9/11, 9/11, 7/6, 4/09, 4/69, 4/09 Motion to Dismiss; 8/28 Motion for extention of time; 5/27 Notice of Bankruptcy 4/08*
☐ SUBMIT MOTION AND ORDER TO JUDGE FOR DEFAULT NAMING DEFENDANT(S)/RESPONDENT(S) TO BE DEFAULTED. *motion to strike (3) is not in court file.*

**PLEASE ATTACH A COPY OF THIS *NOTICE OF DEFAULT NOT ENTERED* WHEN SUBMITTING REQUESTED PLEADINGS NEEDED FOR PROCESSING MOTION FOR DEFAULT AND DEFAULT.**

A copy of this notice was mailed to a moving party that requested entry of the default on _____.

| DEFAULT CLERK'S TELEPHONE NUMBERS: | CIRCUIT CIVIL | (305) 349-7463 |
|---|---|---|
| | COUNTY CIVIL | (305) 349-7435 |
| | FAMILY DIVISION | (305) 349-6052 |
| | DISTRICT COURTS | _____ |

| **HARVEY RUVIN CLERK OF COURTS** | BY: _____ DEPUTY CLERK | *11/20/09* DATE |
|---|---|---|

White - Case File    Yellow - Plaintiff/Petitioner or Plaintiff Attorney/Petitioner's Attorney

"Exhibit I"

CASE NO.  09-07901 CA 42

## INDEX TO APPENDIX

| Tab | Date in Clerk's Notice | Date of Service | Party | Description |
|-----|------------------------|-----------------|-------|-------------|
|  | **Motions to Dismiss** | | | |
| 1 | 04/07/09 | 04/03/09 | S.D. & Associates, Inc. | Motion to Dismiss Claim for Breach of Implied Warranty of Fitness for a Particular Purpose |
| 2 | 04/09/09 | 04/03/09 | Ocean Construction, Inc. | Motion to Dismiss Claim for Breach of Implied Warranty of Fitness for a Particular Purpose |
| 3 | 04/09/09 | 04/03/09 | Residential Drywall, Inc. | Motion to Dismiss Claim for Breach of Implied Warranty of Fitness for a Particular Purpose |
| 4 | 04/09/09 | 04/06/09 | Banner Supply Co. | Motion to Dismiss on Behalf of Defendant, Banner Supply Co. Pursuant to Rule 1.130(a), Rule 1.140(b)(6) and Motion to Strike Pursuant to Rule 1.140(f) |
| 5 | 07/06/09 | 07/07/09 | Residential Drywall, Inc. | Motion to Dismiss Plaintiffs' First Amended Complaint or in the Alternative Motion for a More Definitive Statement and Motion to Strike |
| 6 | N/A | 07/07/09 | S.D. & Associates | Motion to Dismiss Plaintiffs' First Amended Complaint or in the Alternative Motion for a More Definitive Statement and Motion to Strike |
| 7 | N/A | 07/07/09 | MDW Drywall, Inc. | Motion to Dismiss Plaintiffs' First Amended Complaint or in the Alternative Motion for a More Definitive Statement and Motion to Strike |
| 8 | N/A | 07/07/09 | B&B Stucco, Inc. | Motion to Dismiss and/or Strike |
| 9 | N/A | 07/07/09 | Harrell's Drywall, Inc. | Motion to Dismiss and/or Strike |
| 10 | N/A | 07/07/09 | Ocean Construction, Inc. | Motion to Dismiss and/or Strike |
| 11 | N/A | 07/07/09 | Northeast Drywall Co. | Motion to Dismiss and/or Strike |
| 12 | N/A | 07/07/09 | All County Drywall Service, Inc. | Motion to Dismiss and/or Strike |
| 13 | N/A | 07/24/09 | Florida Style Services, Inc. | Renewed Motion to Dismiss for Forum Non Conveniens |

CASE NO.  09-07901 CA 42

| Tab | Date in Clerk's Notice | Date of Service | Party | Description |
|-----|------------------------|-----------------|-------|-------------|
| 14 | 09/11/09 | 09/08/09 | 1st Drywall, LLC | Motion to Dismiss and Strike and Supporting Memorandum of Law |
| 15 | 09/11/09 | 09/08/09 | Alpha & Omega Contractors, Inc. | Motion to Dismiss Plaintiffs' First Amended Complaint |
| **Motion for Extension of Time** | | | | |
| 16 | 08/28/09 | 08/24/09 | La Suprema Trading, Inc. and La Suprema Enterprise, Inc. | Notice of Appearance and for Extension of Time |
| **Notice of Bankruptcy** | | | | |
| 17 | 05/27/09 | 05/26/09 | Black Bear Gypsum Supply, Inc. | Notice of Pending Bankruptcy Proceedings |
| **Motion to Strike** | | | | |
| 18 | 04/08/09 | 04/06/09 | Banner Supply Co. | Motion to Dismiss on Behalf of Defendant, Banner Supply Co. Pursuant to Rule 1.130(a), Rule 1.140(b)(6) and Motion to Strike Pursuant to Rule 1.140(f) |

"Exhibit J"

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

LENNAR HOMES, LLC f/k/a LENNAR
HOMES, INC., a Florida limited liability
company, and U.S. HOME CORPORATION,
a Delaware corporation,

CASE NO.  09-07901 CA 42

CHINESE DRYWALL

        Plaintiffs,

v.

KNAUF GIPS KG, a German corporation, *et
al.*

        Defendants,

_____/

### AFFIDAVIT OF ADAM M. FOSLID

State of Florida      )
                  )   ss:
County of Miami-Dade  )

      BEFORE ME, the undersigned authority, personally appeared Adam M. Foslid, who

deposes and says:

      1.    I am an attorney with the law firm of Greenberg Traurig, P.A., and counsel of

record for Plaintiffs in the above styled action.

      2.    I have been involved in the representation of Plaintiffs in connection with the

above styled action from its inception, and I am familiar with the responsive pleadings and

motions that have been filed by the various defendants in this case.

      3.    Neither BMD, INC., BILL PFANNKUCH FRAMING, INC., ROTHCHILT

INTERNATIONAL LTD.,   TAISHAN GYPSUM CO. LTD. f/k/a SHANDONG TAIHE

DONGXIN CO. LTD.,   BEIJING NEW BUILDING MATERIAL PUBLIC LIMITED

CASE NO.  09-07901 CA 42

COMPANY, nor ALL FLORIDA DRYWALL SUPPLIES, INC., have filed or served any responsive pleading or paper to Lennar's Complaint or First Amended Complaint in this action to date.

FURTHER AFFIANT SAYETH NAUGHT.

ADAM M. FOSLID

Subscribed and sworn to before me, a notary public, this 3rd day of February, 2010, by Adam M. Foslid, who is personally known to me.

NOTARY SEAL

Notary: _____

Print Name: _Yanelis D. Bello_

Notary Public, State of Florida

My commission expires: _April 7, 2011_

YANELIS D. BELLO
Notary Public - State of Florida
My Commission Expires Apr 7, 2011
Commission # DD 637684
Bonded Through National Notary Assn.

2