Mar 9 2010 10:42AM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

LENNAR HOMES, LLC f/k/a LENNAR
HOMES, INC., a Florida limited liability
company, and U.S. HOME CORPORATION,
a Delaware corporation,

CASE NO. 09-07901 CA 42

CHINESE DRYWALL

      Plaintiffs,

v.

KNAUF GIPS KG, a German corporation, *et al.*

      Defendants,
_____/

### DEFAULT AGAINST DEFENDANT, TAISHAN GYPSUM CO. LTD. f/k/a SHANDONG TAIHE DONGXIN CO. LTD.

**THIS MATTER** having come before the Court on Plaintiffs Lennar Homes, LLC f/k/a Lennar Homes, Inc., and U.S. Home Corporation's Motion for Default Against Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co. Ltd., the Court having considered the motion and all supporting materials, having considered all matters of record, and being otherwise fully advised in the premises, it is hereby ORDERED and ADJUDGED as follows:

1. A Default is entered in this action against Defendant, Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co. Ltd., for failure to serve or file any paper as required by law.

**DONE AND ORDERED** in Chambers, at Miami, Miami-Dade County, Florida, this 18 day of February, 2010.

_____
HONORABLE JOSEPH P. FARINA
CIRCUIT COURT JUDGE

Copies furnished to:
All parties and counsel of record