IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY,
FLORIDA

CASE NUMBER: 09-07901 CA 42

LENNAR HOMES, LLC f/k/a LENNAR
HOMES, INC., a Florida limited liability
company, and U.S. HOME CORPORATION,
a Delaware corporation,

        Plaintiffs,

vs.

KNAUF GIPS KG, a German corporation, et al.

        Defendants.

_____/

## TAISHAN GYPSUM CO. LTD.'S MOTION TO VACATE
## THE ENTRY OF DEFAULT AND TO DISMISS THE COMPLAINT

Defendant Taishan Gypsum Co. Ltd. ("Taishan") submits this motion, and memorandum of law in support thereof, for an order (1) pursuant to Rule 1.500(d) of the Florida Rules of Civil Procedure, vacating and setting aside the February 18, 2010 Order of this Court entering a default against Taishan, and (2) pursuant to Rule 1.140(b)(2) dismissing the complaint on the grounds of lack of personal jurisdiction.

As explained in more detail in the attached memorandum, which is incorporated herein as if stated in full, the preliminary default must be vacated and the action dismissed for several reasons. First, it is void because: (a) there is no basis under the Florida long-arm statute upon

which to assert jurisdiction over Taishan; and (b) the Court cannot exercise personal jurisdiction over Taishan consistent with the Due Process Clause of the United States Constitution because Taishan lacks the requisite minimum contacts with Florida. Further, even assuming the Court had jurisdiction over Taishan, the default should be vacated because any failure by Taishan to timely respond was excusable.

WHEREFORE, Taishan respectfully requests that, pursuant to rules 1.500 and 1.140(b)(2) of the Florida Rules of Civil Procedure, this Court vacate the default entered against Taishan on February 18, 2010, and dismiss this action because the Court does not have jurisdiction over Taishan.

Respectfully submitted,

HOGAN LOVELLS US LLP
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:   (305) 459-6500
Facsimile:   (305) 459-6550

By: _____
Alvin F. Lindsay
Florida Bar Number: 939056
alvin.lindsay@hoganlovells.com
Clayton P. Solomon
Florida Bar Number: 72851
clayton.solomon@hoganlovells.com

and

Joe Cyr (pending *pro hac vice*)
joe.cyr@hoganlovells.com
Frank Spano (pending *pro hac vice*)
frank.spano@hoganlovells.com
Eric Statman (pending *pro hac vice*)
eric.statman@hoganlovells.com
Matthew J. Galvin (pending *pro hac vice*)
matthew.galvin@hoganlovells.com
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100

***Attorneys for Taishan Gypsum Co. Ltd.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail this 30th day of September 2010, upon the addressees listed in the attached service list.

By: _____
Alvin F. Lindsay