# Hogan Lovells

May 17, 2012

HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: 212-918-3000
Facsimile:  212-918-3100

**BY FIRST CLASS MAIL**

Chinese Drywall Depository
Herman Herman Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

RE:   IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION; MDL NO. 2047

Dear Sir or Madam:

As agreed to by the parties on April 23, 2012 and in accordance with Fed. R. Civ. P. 30(e), enclosed please find the executed *revised* errata sheets for the following depositions in the above-referenced matter:

- Deposition of Tongchun Jia on January 9, 2012;
- Deposition of Tongchun Jia on January 10, 2012;
- Deposition of Tinghuan Fu on January 10, 2012;
- Deposition of Shiliang Peng on January 11, 2012;
- Deposition of Gang Che on January 11, 2012;
- Deposition of Gang Che on January 12, 2012;
- Deposition of Wenlong Peng on January 13, 2012.

Sincerely,

Courtney Colligan
Associate
Direct: 212-918-3039

Enclosures

cc:   Kristie Martello (all by e-mail)
      Lenny Davis, Esq.
      Russ M. Herman, Esq.
      Arnold Levin, Esq.
      Fred Longer, Esq.
      Gerald E. Meunier, Esq.
      Dorothy Wimberly, Esq.

Hilarie Bass, Esq.
Nick Panayotolpoulos, Esq.
Ken Hardt, Esq.
Jim Garner, Esq.
Ted Brenner, Esq.
J. Brian Slaughter, Esq.
David Black, Esq.
Carline Eiselen, Esq.
Chris Seeger, Esq.
Richard Serpe, Esq.
Patrick Montoya, Esq.
Jane Byrne, Esq.
Julia Beskin, Esq.
Mark Salky, Esq.
Tim Kolaya, Esq.
Matthew Clark, Esq.
Shubhra Mashelkar, Esq.
Scott George, Esq.
Bruce Steckler, Esq.
Anthony Irpino, Esq.
Jordan Chaikin, Esq.
Andrew Lemmon, Esq.
Bob Brown, Esq.
Tom Owen, Esq.

## Revised Errata Sheet of Transcript of the Testimony of: Tongchun Jia

贾同春证人证言勘误表

**January 9 2012**

2012年1月9日

| Page: Line(s) 页码：行数 | Change from 原文 | Change to 更正 | Reason 原因 |
|---|---|---|---|
| 510:11-12 | "stamped TG 0020686 through TG 0020789"<br>"盖章的 TG 0020686 至 TG 0020789" | "stamped TG 0020686 through TG 0020709"<br>"盖章的 TG 0020686 至 TG 0020709" | Bates number correction<br>贝茨编号校正 |
| 551:9 | "33"<br>"33" | "33.33"<br>"33.33" | Clarification<br>具体说明 |
| 592:13 | "TG 0020789"<br>"TG 0020789" | "TG 0020709"<br>"TG 0020709" | Bates number correction<br>贝茨编号校正 |
| 592:18 | "TG 0020789"<br>"TG 0020789" | "TG 0020709"<br>"TG 0020709" | Bates number correction<br>贝茨编号校正 |
| 593:1 | "TG 0020789"<br>"TG 0020789" | "TG 0020709"<br>"TG 0020709" | Bates number correction<br>贝茨编号校正 |
| 645:10 | "value added invoice"<br>"增值发票" | "value added tax invoice"<br>"增值税发票" | Translation correction<br>翻译校正 |
| 645:12 | "value added invoice"<br>"增值发票" | "value added tax invoice"<br>"增值税发票" | Translation correction<br>翻译校正 |
| 645:19-20 | "value added invoice"<br>"增值发票" | "value added tax invoice"<br>"增值税发票" | Translation correction<br>翻译校正 |
| 649:7-8 | "asset evaluation"<br>"资产评估" | "asset valuation"<br>"资产估价" | Translation correction<br>翻译校正 |

April 23, 2012

- 2 -

| 721:12 | "peak" "山顶" | "peek" "瞄" | Spelling error 拼写错误 |
|---|---|---|---|
| 727:4-5 | "I believe the lease is inaccurate." "我认为租约不确切。" | I believe, at least, it is inaccurate." "我认为这至少是不确切的。" | Spelling error 拼写错误 |
| 745:10 | "Shang Zianming" "Shang Zianming" | Shang Jianming "Shang Jianming" | Spelling error 拼写错误 |
| 745:11 | "Zhon Chanxing" "Zhon Chanxing" | Zhou Changxing "Zhou Changxing" | Spelling error 拼写错误 |
| 753:15 | "Xiantgan" "Xiantgan" | "Xiangtan" "Xiangtan（湘潭）" | Spelling error 拼写错误 |
| 790:3 | "Yang Jaipo" "Yang Jaipo" | "Yang Jiapo" "Yang Jiapo（杨家坡）" | Spelling error 拼写错误 |

*[signature]*
2012.5.2

April 23, 2012

## Revised Errata Sheet of Transcript of the Testimony of: Tongchun Jia

贾同春证人证言勘误表

### January 10 2012

2012年1月10日

| Page: Line(s) 页码：行数 | Change from 原文 | Change to 更正 | Reason 原因 |
|---|---|---|---|
| 850:6 | "ASO" "ASO" | "ISO" "ISO" | Spelling error 拼写错误 |
| 855:20 | "inimaginable" "inimaginable" | "unimaginable" "unimaginable（难以想象的）" | Spelling error 拼写错误 |
| 856:18 | "inimaginable" "inimaginable" | "unimaginable" "unimaginable（难以想象的）" | Spelling error 拼写错误 |
| 868:21 | "there" "那里" | "their" "他们的" | Spelling error 拼写错误 |
| 869:9 | "he" "he（他）" | "the" "the（定冠词）" | Spelling error 拼写错误 |
| 888:14 | "processing" "processing" | "process in" "process in" | Spelling error 拼写错误 |
| 889:18 | "260,000" "260,000" | "2,600,000" "2,600,000" | Translation correction 翻译校正 |

*[signature] 2012.5*

April 23, 2012

## Revised Errata Sheet of Transcript of the Testimony of: Tinghuan Fu

付廷环证人证言勘误表

**January 10 2012**

2012年1月10日

| Page: Line(s) 页码：行数 | Change from 原文 | Change to 更正 | Reason 原因 |
|---|---|---|---|
| 30:3 | "2007" "2007" | "2008" "2008" | Translation correction 翻译校正 |
| 70:1 | "advertisement" "广告" | "reports" "报告" | Translation correction 翻译校正 |
| 81:1 | "This is not necessarily be the fact." "这不一定是事实。" | "This is not necessarily the fact." "这不一定是事实。" | Clarification 具体说明 |
| 82:6 | "Chinese" "中文" | "English" "英语" | Translation correction (see page 82, line 13 of same deposition) 翻译校正 |
| 92:14 | "manufacturer" "生产商" | "manufacturing" "生产部" | Clarification 具体说明 |
| 115:10 | "TG" "泰山石膏" | "[but from] TG" "【但从】泰山石膏" | Clarification (see page 115, line 13 of same deposition) 具体说明 |

*[signature] 1/5/2012*

April 23, 2012

## Revised Errata Sheet of Transcript of the Testimony of: Shiliang Peng

彭世亮证人证言勘误表

### January 11 2012

2012年1月11日

| Page: Line(s) 页码：行数 | Change from 原文 | Change to 更正 | Reason 原因 |
|---|---|---|---|
| 49:14 | "the trading companies sold to us out of" <br> "向我方在中国以外出售产品的贸易公司" | "the trading companies sold from us out of" <br> "贸易公司向中国以外销售" | Translation correction <br> 翻译校正 |
| 75:3 | "legal person" <br> "法人" | "legal representative" <br> "法人代表" | Translation correction <br> 翻译校正 |
| 75:14 | "Liaocheng" <br> "聊城" | "Lucheng" <br> "潞城" | Spelling <br> 拼写错误 |
| 79:4 | "legal person" <br> "法人" | "legal representative" <br> "法人代表" | Translation correction <br> 翻译校正 |
| 126:2 | "transactioned" <br> "transactioned"（交易，错误拼写） | "transacted" <br> "transacted"（交易） | Spelling error <br> 拼写错误 |

*[Signature]* 2012年1月2日

April 23, 2012

## Revised Errata Sheet of Transcript of the Testimony of: Wenlong Peng

彭文龙证人证言勘误表

### January 13 2012

2012 年 1 月 13 日

| Page: Line(s) 页码：行数 | Change from 原文 | Change to 更正 | Reason 原因 | Resolution from 4.18.12 Meeting |
|---|---|---|---|---|
| 494:22 | "email" "电子邮件" | "website" "网站" | Clarification 具体说明 | Agreed to by the parties |
| 494:23 | "email" "电子邮件" | "website" "网站" | Clarification 具体说明 | Agreed to by the parties |
| 513:18 | "email address" "电子邮件地址" | "email" "电子邮件" | Clarification 具体说明 | Agreed to by the parties |

*[signature]  2012. 5. 2*

April 23, 2012

## Revised Errata Sheet of Transcript of the Testimony of: Gang Che

车刚证人证言勘误表

**January 11 2012**

2012年1月11日

| Page: Line 页码：行数 | Change from 原文 | Change to 更正 | Reason 原因 |
|---|---|---|---|
| 82:5-6 | "Do not keep on falling up on the frame." <br> "不要总是拘泥于框架。" | "Do not keep on following up on the form." <br> "不要总是询问格式。" | Clarification <br> 具体说明 |
| 113:12 | "frame" <br> "框架" | "form" <br> "格式" | Translation correction <br> 翻译校正 |

*[Signature]* 2012.5.2

April 23, 2012

## Revised Errata Sheet of Transcript of the Testimony of: Gang Che

车刚证人证言勘误表

**January 12 2012**

2012年1月12日

| Page: Line(s)  页码：行数 | Change from  原文 | Change to  更正 | Reason  原因 |
|---|---|---|---|
| 227:5 | "replacement"  "替代" | "place"  "座位" | Translation correction  翻译校正 |
| 249:17 | "customed"  "定制" | "customary"  "习惯的" | Clarification  具体说明 |
| 250:18 | "our intercompany"  "我们公司间" | "Oriental company"  "Oriental 公司" | Spelling correction  拼写校正 |
| 270:9 | "he"  "他" | "she"  "她" | Clarification  具体说明 |

*[signature]* 2012.5.2

April 23, 2012