泰山石膏股份有限公司



繁體中文 | English

站内搜索：
输入关键字    提交    加入收藏    返回首页

**首页  公司介绍  企业文化  新闻动态  产品中心  销售服务  战略合作  人力资源  联系我们**

欢迎光临泰山石膏股份有限公司网站！

## 新闻图片 PICTURE STORY



省建材工会走访慰问我公司困难职工

## 新闻中心 Latest News  更多

### 葫芦岛市委书记孙兆林到辽宁公司调研

| · 宁夏回族自治区主席到银川公司调研 | 2012-04-10 |
| · 机关管理干部竞聘工作圆满结束 | 2012-04-07 |
| · 聊城市市长到聊城分公司调研 | 2012-03-24 |
| · 市总工会领导来公司调研 | 2012-03-15 |
| · 我公司被授予2011年度泰安市管理创新"十佳... | 2012-03-05 |
| · 潞城分公司喜获双荣誉 | 2012-03-01 |
| · 省建材工会走访慰问我公司困难职工 | 2012-01-21 |
| · 我公司热电联产汽轮机节能技术改造项目环评... | 2012-01-09 |

## 通知公告

· 《北新青年》征稿通知 2011-11-19
· 关于开展庆祝建党90周年征文比赛网上投票的通知 2011-06-10
· 关于在公司加强禁烟管理的规定 2011-05-07

脱硫石膏投资合作

泰山石膏电子地图

## 社会责任 DUTY  更多
- 真情相助 让爱飞扬
- 参与慈善事业 奉献一片爱心
- 安全部参加安全咨询日活动
- 依法节能 全民行动
- 抗震救灾募献爱心 捐动活动正在进行

## 公司简介 COMPANY PROFILE  更多



泰山石膏股份有限公司是国家重点新型建筑材料生产企业，亚洲最大的纸面石膏板生产企业，年生产能力9.5亿平方米。

## 行业动态 INDUSTRY TRENDS  更多

| ▸ 石膏板吊顶常识及选购技巧 | 2011-02-28 |
| ▸ 石膏板天花吊顶优缺点及运用 | 2011-02-28 |
| ▸ 绿色节能循环利用 石膏建材筑就环保建筑 | 2010-12-31 |
| ▸ 缺乏行业标准制约低碳建材发展 | 2010-12-31 |
| ▸ 石膏是室内最好的建材 | 2010-12-30 |

## 友情链接 LINKS  更多
· 中国建筑材料集团有限公司
· 北新集团建材股份有限公司
· 中国建筑材料联合会
· 中国建材网
· 中国纸网

## 下属企业 SUBSIDIARY  更多
- 泰山石膏（河南）有限公司
- 泰山石膏（铜陵）有限公司
- 泰山石膏（江阴）有限公司
- 泰山石膏（温州）有限公司
- 泰山石膏（江西）有限公司
- 泰山石膏（平山）有限公司
- 泰山石膏（重庆）有限公司
- 泰山石膏（湘潭）有限公司
- 泰山石膏（陕西）有限公司
- 湖北泰山建材有限公司

## 企业内刊 ENTERPRISE JOUENAL  更多



▸ [256]公司举...    ▸ [266]泰山石...
▸ [265]鱼香天...   ▸ [265]食尚坊
▸ [265]人生要...   ▸ [265]年轻无...
▸ [265]修 身...    ▸ [265]引风机...
▸ [265]质量控...   ▸ [265]吹响安...

## 文化活动 ACTICITIES  更多

| ▸ 入厂有感 | 2012-05-16 |
| ▸ 公司会计专业竞聘答辩会圆满结束 | 2011-09-16 |
| ▸ 银川公司组织各种娱乐活动欢度中... | 2011-09-13 |

公司会计专业竞聘答辩会圆满结束

http://www.taihegroup.com/                                   5/18/2012

