# GYPSUM

(Data in thousand metric tons unless otherwise noted)

**Domestic Production and Use:** In 2010, domestic production of crude gypsum was estimated to be 9.0 million tons with a value of about $58.5 million. The leading crude gypsum-producing States were, in descending order, Nevada, Iowa, California, Oklahoma, Texas, Arkansas, New Mexico, Indiana, Michigan, and Arizona, which together accounted for 83% of total output. Overall, 46 companies produced gypsum in the United States at 55 mines in 18 States, and 9 companies calcined gypsum at 57 plants in 29 States. Approximately 90% of domestic consumption, which totaled approximately 19 million tons, was accounted for by manufacturers of wallboard and plaster products. Approximately 1 million tons for cement production and agricultural applications, and small amounts of high-purity gypsum for a wide range of industrial processes accounted for the remaining tonnage. At the beginning of 2010, the production capacity of operating wallboard plants in the United States was about 26.8 billion square feet[1] per year.

| **Salient Statistics—United States:** | **2006** | **2007** | **2008** | **2009** | **2010**[e] |
|---|---|---|---|---|---|
| Production: | | | | | |
|   Crude | 21,100 | 17,900 | 14,400 | 9,400 | 9,000 |
|   Synthetic[2] | 9,290 | 8,500 | 7,740 | 7,700 | 7,500 |
|   Calcined[3] | 26,100 | 16,700 | 18,000 | 14,000 | 13,000 |
| Wallboard products sold (million square feet[1]) | 35,000 | 27,800 | 20,700 | 18,500 | 17,700 |
| Imports, crude, including anhydrite | 11,400 | 9,390 | 7,330 | 4,220 | 3,300 |
| Exports, crude, not ground or calcined | 143 | 147 | 149 | 156 | 360 |
| Consumption, apparent[4] | 41,600 | 35,600 | 29,300 | 21,200 | 19,400 |
| Price: | | | | | |
|   Average crude, f.o.b. mine, dollars per metric ton | 8.83 | 7.50 | 8.70 | 8.50 | 6.50 |
|   Average calcined, f.o.b. plant, dollars per metric ton | 41.79 | 38.30 | 42.64 | 35.00 | 33.00 |
| Employment, mine and calcining plant, number[e] | 5,900 | 6,000 | 5,400 | 4,500 | 4,500 |
| Net import reliance[5] as a percentage of apparent consumption | 27 | 26 | 24 | 19 | 15 |

**Recycling:** Some of the more than 4 million tons of gypsum waste that was generated by wallboard manufacturing, wallboard installation, and building demolition was recycled. The recycled gypsum was used primarily for agricultural purposes and feedstock for the manufacture of new wallboard. Other potential markets for recycled gypsum include athletic field marking, cement production as a stucco additive, grease absorption, sludge drying, and water treatment.

**Import Sources (2006–09):** Canada, 66%; Mexico, 26%; Spain, 7%; and other, 1%.

| **Tariff:** | Item | Number | Normal Trade Relations 12-31-10 |
|---|---|---|---|
| | Gypsum; anhydrite | 2520.10.0000 | Free. |

**Depletion Allowance:** 14% (Domestic and foreign).

**Government Stockpile:** None.

**Events, Trends, and Issues:** U.S. gypsum production declined as the housing and construction markets continued to falter, with apparent consumption decreasing by about 8% compared with that of 2009. China, the world's leading producer, produced approximately five times the amount produced in the United States, the world's fourth ranked producer. Iran ranked second in world production and supplied much of the gypsum needed for construction in the Middle East. Spain, the leading European producer, ranked third in the world, and supplied both crude gypsum and gypsum products to much of Western Europe. An increased use of wallboard in Asia, coupled with new gypsum product plants, spurred increased production in that region. As more cultures recognize the economy and efficiency of wallboard use, worldwide production of gypsum is expected to increase.

Demand for gypsum depends principally on the strength of the construction industry—particularly in the United States, where about 95% of the gypsum consumed is used for building plasters, the manufacture of portland cement, and wallboard products. The construction of wallboard plants designed to use synthetic gypsum as feedstock will result in less use of natural gypsum as these new plants become operational. Imports decreased by approximately 21% compared with those of 2009. Exports, although very low compared with imports, more than doubled.

Prepared by **Robert D. Crangle, Jr. [(703) 648-6410, rcrangle@usgs.gov, fax: (703) 648-7757]**

# GYPSUM

Through 2010, more than 3,600 homeowner complaints from 39 States, the District of Columbia, American Samoa, and Puerto Rico were filed with the U.S. Consumer Product Safety Commission regarding reports of corrosive drywall. The problematic drywall, which was suspected of causing health ailments and the corrosion of metal components within an affected home, was thought to have been imported from China in 2006 and 2007. According to the U.S. International Trade Commission, more than 300 metric tons of Chinese drywall was imported into the United States in 2010, which represented less than 1% of total 2010 imports. For comparative purposes, Chinese drywall imports in 2006 were 218,000 metric tons and 12,400 metric tons in 2007.

**World Mine Production and Reserves:**

|  | Mine production 2009 | Mine production 2010$^e$ | Reserves$^6$ |
|---|---|---|---|
| United States | 9,400 | 9,000 | 700,000 |
| Algeria | 1,700 | 1,700 | |
| Argentina | 1,300 | 1,300 | |
| Australia | 3,500 | 3,500 | |
| Brazil | 1,920 | 1,900 | 1,300,000 |
| Canada | 3,540 | 3,500 | 450,000 |
| China | 45,000 | 45,000 | |
| Egypt | 2,500 | 2,500 | |
| France | 2,300 | 2,300 | |
| Germany | 1,898 | 1,900 | |
| India | 2,600 | 2,500 | |
| Iran | 13,000 | 13,000 | |
| Italy | 4,130 | 4,100 | Reserves are large in major |
| Japan | 5,750 | 5,800 | producing countries, but data |
| Mexico | 5,760 | 5,800 | for most are not available. |
| Poland | 1,500 | 1,500 | |
| Russia | 2,900 | 2,900 | |
| Saudi Arabia | 2,100 | 2,100 | |
| Spain | 11,500 | 11,500 | |
| Thailand | 8,500 | 8,500 | |
| Turkey | 3,100 | 3,100 | |
| United Kingdom | 1,700 | 1,700 | |
| Other countries | 11,400 | 11,000 | |
| World total (rounded) | 148,000 | 146,000 | Large |

**World Resources:** Domestic gypsum resources are adequate but unevenly distributed. Large imports from Canada augment domestic supplies for wallboard manufacturing in the United States, particularly in the eastern and southern coastal regions. Imports from Mexico supplement domestic supplies for wallboard manufacturing along portions of the U.S. western seaboard. Large gypsum deposits occur in the Great Lakes region, the midcontinent region, and several Western States. Foreign resources are large and widely distributed; 88 countries produce gypsum.

**Substitutes:** In such applications as stucco and plaster, cement and lime may be substituted for gypsum; brick, glass, metallic or plastic panels, and wood may be substituted for wallboard. Gypsum has no practical substitute in the manufacturing of portland cement. Synthetic gypsum generated by various industrial processes, including flue gas desulfurization of smokestack emissions, is very important as a substitute for mined gypsum in wallboard manufacturing, cement production, and agricultural applications (in descending tonnage order). In 2010, synthetic gypsum accounted for approximately 45% of the total domestic gypsum supply.

---

$^e$Estimated.
$^1$The standard unit used in the U.S. wallboard industry is square feet. Multiply square feet by $9.29 \times 10^{-2}$ to convert to square meters.
$^2$Data refer to the amount sold or used, not produced.
$^3$From domestic crude and synthetic.
$^4$Defined as crude production + total synthetic reported used + imports – exports.
$^5$Defined as imports – exports.
$^6$See Appendix C for resource/reserve definitions and information concerning data sources.

**U.S. Geological Survey, Mineral Commodity Summaries, January 2011**