



- Company Overview
- Executive Team
- Alibaba Group Culture and Values
  - Integrity and Compliance
- Alibaba in the Community
- Press Center
  - Alibaba Group Press Releases
  - Alibaba Group in the News
  - Media Resources
  - Media Relations Contacts
- Contact Us
- We Are Hiring **Hot**

## Company Overview

Alibaba Group makes it easy for anyone to buy or sell online anywhere in the world. It is a family of Internet-based businesses that includes online marketplaces that facilitate business-to-business international and domestic China trade, retail and payment platforms, shopping search engine and data-centric cloud computing services. The Group was founded in 1999 by Jack Ma, a pioneer who has aspired to help make the Internet accessible, trustworthy and beneficial for everyone. The privately held Alibaba Group reaches Internet users in more than 240 countries and regions. Alibaba Group, including its affiliated entities, employs more than 25,000 people in some 70 cities in Greater China, India, Japan, Korea, the United Kingdom and the United States.

The Alibaba Group companies and affiliated entities include:



**Alibaba.com - Global leader in e-commerce for small businesses**

Alibaba.com (HKSE: 1688) (1688.HK) is the global leader in e-commerce for small businesses and the flagship company of Alibaba Group.

Founded in 1999 in Hangzhou, China, Alibaba.com makes it easy for millions of buyers and suppliers around the world to do business online mainly through three marketplaces: a global trade platform (www.alibaba.com) for importers and exporters; a Chinese platform (www.1688.com) for domestic trade in China; and a transaction-based wholesale platform on the global site (www.aliexpress.com) geared for smaller buyers seeking fast shipment of small quantities of goods. Together, these marketplaces form a community of more than 79.7 million registered users in more than 240 countries and regions.

As part of its strategy to transition into a holistic platform where small companies can build and manage their online business more easily, Alibaba.com also offers Chinese traders a wide array of business management software, Internet infrastructure services and export-related services directly or through companies it has acquired including HiChina and One-Touch, as well as educational services to incubate enterprise management and e-commerce professionals. Alibaba.com also owns Vendio and Auctiva, leading providers of third-party e-commerce solutions for online merchants. Alibaba.com has offices in more than 70 cities across Greater China, India, Japan, Korea, the United Kingdom and the United States.

Alibaba.com completed its US$1.7 billion initial public offering on the Hong Kong Stock Exchange in November 2007, the biggest Internet IPO at the time since Google's 2004 offering on the NASDAQ.

↑Top



**Taobao Marketplace - China's primary C2C online shopping destination**

Launched in 2003, Taobao Marketplace (www.taobao.com) is the leading consumer-to-consumer (C2C) online marketplace in China. Its mission is to foster a comprehensive e-commerce ecosystem that will provide partners and consumers with the best user experience possible. With more than 800 million product listings and more than 370 million registered users currently, Taobao Marketplace is the primary online shopping destination for the largest online population in the world* and is one of the world's top 20 most visited websites.**

Taobao Marketplace is wholly owned by Alibaba Group.

*According to China Internet Network Information Center (CNNIC), China had 531 million Internet users as of December 31, 2011.*

*\*\* According to Alexa and DoubleClick Ad Planner by Google site rankings.*

↑Top



**Tmall.com - China's leading B2C shopping destination with the greatest selection of quality brands and authentic products**

Launched in April 2008, Tmall.com (www.tmall.com) is the online shopping landmark in China with more than 50% share of the country's business-to-consumer (B2C) online retail market according to iResearch. An open B2C platform with the most comprehensive brand selection, Tmall.com has established itself as the premier destination for authentic, quality products catering to increasingly sophisticated Chinese consumers and is the most visited B2C online retail website in China*. In June 2011, it was separated from Taobao's C2C marketplace and became an independent business.

Tmall.com currently features more than 70,000 major multinational and Chinese brands from more than 50,000 merchants. It offers several product verticals with customized customer services, including Consumer Electronics mall; Home Furnishing mall; Designer Footwear mall; Beauty mall; and Imported Goods mall. Brands with flagship retail storefronts on Tmall.com include UNIQLO, L'Oréal, adidas, P&G, Benefit, Unilever, Gap, Ray-Ban and Levi's. Tmall.com set a record for highest single-day transaction volume during a special promotion on November 11, 2011, facilitating the sales of goods totaling RMB3.36 billion (US$531.76 million) on the day or an average of more than RMB38,000 (US$6,022.18) per second.

Tmall.com is wholly owned by Alibaba Group.

*\* According to Alexa site rankings.*

↑Top



**eTao - China's most comprehensive shopping search engine**

eTao (www.etao.com) is the most comprehensive shopping search engine in China in terms of product and merchant information. It was beta-launched by Taobao in October 2010 as an independent shopping search engine and became an independent business in June 2011. Its mission is to create a "one-stop shopping engine" which can address the problems faced by Chinese consumers before and after shopping online, assist them in making purchase decisions, and help them identify low-cost, high-quality merchandise on the Internet faster.

Features and services include product search, group buy search, movie ticket search, e-promotion platform and Tao Bar community. It currently features more than 1 billion product listings, more than 5,000 quality business-to-consumer merchants, 600 group shopping websites, and more than 200 million pieces of shopping-related information.

eTao reflects product results from various major online shopping websites including Taobao Marketplace, Tmall.com, Amazon China, Gome, Yihaodian, Nike China and Vancl.

eTao is wholly owned by Alibaba Group.

↑Top

**Alibaba Cloud Computing - Developer of advanced data-centric cloud computing services**

Alibaba Cloud Computing was established in September 2009 with the mission of building an advanced data-centric cloud computing service platform. The company is committed to supporting the growth of Alibaba Group and the whole e-commerce ecosystem by providing a comprehensive suite of Internet-based computing services, which include e-commerce data mining, high-speed massive e-commerce data processing, and data customization.

Alibaba Cloud Computing is wholly owned by Alibaba Group.

↑Top



**China Yahoo! - One of China's leading Internet portals**

Alibaba Group acquired China Yahoo! (www.yahoo.com.cn) in October 2005 as part of its strategic partnership with Yahoo! Inc. China Yahoo! is one of the leading Chinese-language portals with a focus on essential Internet services including news, email and search.

China Yahoo! is wholly owned by Alibaba Group.

↑Top



**Alipay - China's leading third-party online payment platform**

Launched in 2004, Alipay (www.alipay.com) is China's leading third-party online payment solution with nearly half of the share of the country's third-party online payment market*. It provides an easy, safe and secure way for millions of individuals and businesses to make and receive payments on the Internet. It had more than 650 million registered accounts as of December 2011. On November 11, 2011, Alipay set a record for the highest daily number of transactions, facilitating 33.69 million transactions during the 24-hour period.

The preferred online payment tool of Internet merchants in China, Alipay provides an escrow payment service that reduces transaction risk for online consumers. Shoppers have the ability to verify whether they are happy with goods they have purchased before releasing funds to the seller. Alipay was a key catalyst in the growth of the online retail market in China from RMB1 billion in gross merchandise volume (GMV) in 2003 to RMB248 billion in GMV in 2009**.

Alipay partners with more than 100 financial institutions including leading national and regional banks across China as well as Visa and MasterCard to facilitate payments in China and abroad. In addition to Taobao Marketplace and Tmall.com, Alipay provides payment solutions for more than 460,000 merchants, covering a wide range of industries including online retail, virtual gaming, digital communications, commercial services, air ticketing and utilities. It also offers an online payment solution to help merchants worldwide sell directly to consumers in China and supports transactions in 12 major foreign currencies.

Alipay is an affiliate of Alibaba Group.

*\* Q4 2011 and FY2011 Core Data on China's Third-Party Online Payment Market: iResearch Consulting Group.*
*\*\* iResearch China Internet Market Annual Review Report 2009: iResearch Consulting Group.*

↑Top

**History & Milestones**

| | |
|---|---|
| **1999** | Alibaba Group is officially established by its 18 founders, led by Jack Ma, working out of a Hangzhou apartment. |
| **1999-2000** | Alibaba Group raises US$25 million from Softbank, Goldman Sachs, Fidelity, and other institutions. |
| **2002** | Alibaba.com becomes profitable. |
| **2003** | Consumer e-commerce website Taobao is founded, again in Jack Ma's apartment. |
| **2004** | Online payment system Alipay is launched. |
| **2005** | Alibaba Group forms a strategic partnership with Yahoo! Inc. and takes over the operation of China Yahoo!. |
| **2006** | Alibaba Group makes a strategic investment in Koubei.com. |

| | |
|---|---|
| **2007** | Internet-based business software company Alisoft is launched. (January)<br>Alibaba.com Limited lists on the Hong Kong Stock Exchange. (November)<br>Alibaba Group launches Alimama, an online advertising exchange company. (November) |
| **2008** | Taobao Mall (currently known as Tmall.com), a dedicated B2C platform, is introduced to complement Taobao's C2C marketplace. (April)<br>Koubei.com is merged with China Yahoo! to form Yahoo! Koubei. (June)<br>Alimama is integrated with Taobao. (September)<br>Alibaba Group R&D Institute is established. (September) |
| **2009** | Alisoft is merged with Alibaba Group R&D Institute. (July)<br>Alisoft's Business Management Software division is injected into Alibaba.com. (August)<br>Koubei.com is injected into Taobao as part of the "Big Taobao" strategy, which positions Taobao as a one-stop e-commerce service provider to promote wider use of e-commerce among consumers. (August)<br>Alibaba Cloud Computing is established in conjunction with Alibaba Group's 10th anniversary celebration. (September) |
| **2010** | Alibaba Group creates a cross-business team comprising senior managers from Taobao, Alipay, Alibaba Cloud Computing and China Yahoo! to execute a full-scale roll-out of the "Big Taobao" strategy. (March)<br>Alibaba Group announces that it will begin in 2010 to earmark 0.3 percent of annual revenues to fund efforts designed to spur environmental awareness and conservation in China and around the world. (May)<br>Taobao Mall launches a new independent web domain, Tmall.com. (November) |
| **2011** | Alibaba Group announces its plan to build a network of warehouses across China and, together with its partners, drive major investment in logistics development in the country. (January)<br>Alibaba Group reorganizes Taobao into three separate companies, Taobao Marketplace, Tmall.com and eTao, to capture the Chinese consumer e-commerce opportunities. (June) |
| **2012** | Tmall.com changes its Chinese name to strengthen its positioning as a source of high-quality, brand-name products. (January) |

Email this page　　　　　　Bookmark this page

Company Info
Alibaba Group: Alibaba.com: Alibaba China - Alibaba International - Alibaba Japan | Taobao | Alipay | Yahoo! China | Koubei.com | Alisoft
Copyright Notice © 1999-2008 Alibaba Group Holding Limited and/or its subsidiaries and licensors. All rights reserved.