中文版 | English

>> Collection



**Gypsum board series**

Gypsum board

series

### Standard gypsum board

| Normal gypsum board (Plasterboard) |
| --- |
| It is of ivory color that is nice whether being painted or used as the end color.  |

| Specification | | | |
| --- | --- | --- | --- |
| Types | Thickness | Kg/m2 | PCS/20' Container approximately |
| Normal | 9.5mm | 7.6 | 880 |
|  | 12mm | 8.8 | 710 |
|  | 12.7mm | 9.2 | 670 |
|  | 15mm | 11.6 | 520 |
|  | 15.9mm | 12 | 480 |

Remark:

TAISHAN Gypsum Plasterboard is available to be manufactured according users' requirement if within the following dimensions: Thickness 9.5-25mm；width1200-1250mm；length 1800-3660mm.

We can produce by both Metric and Imperial systems.

**Technical performance**

| Item | Standard value | Actual value | | | |
| --- | --- | --- | --- | --- | --- |
|  |  | Thickness (mm) | Normal | Fire proof | Water proof |
| Weight per unit (kg/m2) | ≯9.5 | 9.5 | 7.7 | 8.3 | 8.2 |
|  | ≯12.0 | 12 | 9.4 | 9 | 10.3 |

|  | | | | | | |
|---|---|---|---|---|---|---|
|  | ≱15.0 | | 15 | 11.6 | 11.8 | - - - |
| Rupture load (N) | vertical | Horizontal | Thickness（mm） | | Vertical | Horizontal |
|  | ≱360 | ≱140 | 9.5 | | 513 | 171 |
|  | ≱500 | ≱180 | 12 | | 684 | 213 |
|  | ≱650 | ≱220 | 15 | | 781 | 281 |
| Protect paper joint with core material | Not naked | | Not naked | | | |
| Stability of meeting fire (for fire proof board) | ≱20 | | >20 | | | |
| Soap up ratio(%)(for fire proof board) | ≱10 | | Thickness (mm) | | Soap up ratio | |
|  |  | | 9.5 | | 7.2 | |
|  |  | | 12(12.7) | | 8.5 | |
| Inner irradiation ratio | IRa≤1.0 A type direction materials | | IRa<1.0 | | | |
| Outer irradiation ratio | Iγ≤1.3 A type direction materials | | Iγ<0.1 | | | |
| Remark: According to China standard of GB/T 9775-2008 | | | | | | |
| **Certificate: ISO9001 ISO14001** | | | | | | |

ADD : in the east of national road 104,25 kilometers south to Tai'an city    E-mail : office@taihegroup.com

TEL : +86.538 8811077 8812677      FAX : +86.538 8811077      Website:http://www.taihegroup.com

TAISHAN GYPSUM CO.,LTD. 2011 .All rights reserved.