**MAERSK LOGISTICS**
*as Agents for DSL Star Express*
2 GIRALDA FARMS MADISON, NJ 17940
Tel: (800) 823-2641    Fax:

**REVISED ARRIVAL NOTICE**

05/08/06

| | |
|---|---|
| NOTIFY PARTY: | LA SUPREMA ENTERPRISE INC<br>20201 EAST COUNTRY CLUB DRIVE<br>SUITE 501 AVENTURA FL 33180 |
| | Tel:N/A    Fax: |
| SHIPPER: | ROTHCHILT INTERNATIONAL LTD<br>N-510 CHIA HSIN BLDG ANNEX 96<br>CHUNG SHAN N.RD SEC2 TAIPEI TAIWAN |
| CONSIGNEE: | LA SUPREMA ENTERPRISES<br>c/o MCSI |
| | Tel:1-786-316-5658    Fax: 1-305-931-2016 |
| CARGO AVAILABLE AT: | |
| | Tel:    Fax: |

OUR REF NO: 80-40-24798
CONTACT:
CUST REF#:
HBL: DSLS TST0197273
AMS #:
IT #:
Issued at:
Dated:
MBL: MAEU556650013
ORIGIN: QINGDAO
POD: MIA
POD ETA: 05/15/06
FIN. DEST: MIAMI FL 5206
FIN. ETA:
VESSEL: CSCL NINGBO
VOYAGE: 0606
SHIPMENT TYPE: CY/CY
CNTR(S)#: MSKU8622388 \ GESU4313992 \
TCNU9153520 \ MSKU8410091 \
CLHU8636623 \ PONU7414197 \
PONU7534343 \ POCU7013735 \
PONU7521177 \ GESU4894896

| MARKS | COMMODITY | KGS | CBM |
|---|---|---|---|
| 10x40HIGH<br>GDS<br>LA SUPREMA | GESU4894896/40HIGH S/N 6425698<br>0/PIECES 27500K<br><br>0   PIECES<br>    DRYWALL<br>    LA SUPREMA<br><br>    GDS<br>    LA SUPREMA<br>MSKU8622388/40HIGH S/N 6435716<br>0/PIECES 27500K<br>0/PIECES 27500K<br>POCU7023735/40HIGH S/N 6425171<br>MSKU8490091/40HIGH S/N 6410542<br>0/PIECES 27500K<br>PONU7534343/40HIGH S/N 6425626<br>0/PIECES 27500K | 275000.00K<br>606265.00L | 400.000M<br>14125.800F |

TOTAL PACKAGES: 7,610

| | | |
|---|---|---|
| OCEAN FREIGHT IMPORT | $28,500.00 | In accordance with US Customs regulations, all cargo will be ordered to General Order (G.O) on the 15 h day after arrival of vessel if entry is not filed. Please allow us 24 hours to release cargo after receiving your payment and endorsed Bill of Lading (if required). No personal checks accepted.<br>Please make checks payable to:<br>Maersk Logistics USA, Inc.<br>2 GIRALDA FARMS MADISON, NJ 17940 |
| PLEASE PAY THIS AMOUNT - > | 28,500.00 COL. | |

SUP EN 0001844

**MAERSK LOGISTICS**
*as Agents for DSL Star Express*
2 GIRALDA FARMS MADISON, NJ 17940
Tel: (800) 823-2641    Fax:

REVISED ARRIVAL NOTICE

05/08/06

| | |
|---|---|
| NOTIFY PARTY: | LA SUPREMA ENTERPRISE INC<br>20201 EAST COUNTRY CLUB DRIVE<br>SUITE 501 AVENTURA FL 33180<br>Tel:N/A    Fax: |
| SHIPPER: | ROTHCHILT INTERNATIONAL LTD<br>N-510 CHIA HSIN BLDG ANNEX 96<br>CHUNG SHAN N.RD SEC2 TAIPEI TAIWAN |
| CONSIGNEE: | LA SUPREMA ENTERPRISES<br>c/o MCSI<br>Tel:1-786-316-5658    Fax: 1-305-931-2016 |
| CARGO AVAILABLE AT: | Tel:    Fax: |

OUR REF NO: 80-40-24798
CONTACT:
CUST REF#:
HBL: DSLS TST0197273
AMS #:
IT #:
Issued at:
Dated:
MBL: MAEU556650013
ORIGIN: QINGDAO
POD: MIA
POD ETA: 05/15/06
FIN. DEST: MIAMI FL 5206
FIN. ETA:
VESSEL: CSCL NINGBO
VOYAGE: 0606
SHIPMENT TYPE: CY/CY
CNTR(S)#: MSKU8622388 \ GESU4363992 \
TCNU9153520 \ MSKU8490091 \
CLHU8636623 \ PONU7484197 \
PONU7534343 \ POCU7023735 \
PONU7521177 \ GESU4894896

| MARKS | COMMODITY | KGS | CBM |
|---|---|---|---|
| | 0/PIECES 27500K<br>TCNU9153520/40HIGH S/N 6410457<br>0/PIECES 27500K<br>PONU7521177/40HIGH S/N 6425693<br>0/PIECES 27500K<br>PONU7484197/40HIGH S/N 6425176<br>0/PIECES 27500K | | |

TOTAL PACKAGES: 7,620

In accordance with US Customs regulations, all cargo will be ordered to General Order (G.O) on the 15th day after arrival of vessel if entry is not filed.

Please allow us 24 hours to release cargo after receiving your payment and endorsed Bill of Lading (if required). No personal checks accepted.

Please make checks payable to:
Maersk Logistics USA, Inc.
2 GIRALDA FARMS MADISON, NJ 17940

PLEASE PAY THIS AMOUNT - >

SUP EN 0001845