**MAERSK CUSTOMS SERVICES INC.**

With offices in:
Chicago
Dallas
Kansas City
Los Angeles (2)
Miami
New York
Savannah
Seattle
Dallas

790 NW 107TH AVE.
SUITE 400
MIAMI, FL 33172
(305) 485-3681

United States Customs Brok
International Freight Forwar.
CHB Lic. 6431
FMC Lic. 2961

## INVOICE

TO: LA SUPREMA ENTERPRISE INC
2221 NE 164 STREET
MIAMI, FL 33160

INVOICE DATE: 16 MAY 2006
INVOICE #: MIA600254100

VESSEL NAME: CSCL NINGBO
MASTER B/L NO. MAEU 556650013
NO. OF CTNS:      7620 PCS
ENTRY NO. 595 4148506 2
REFERENCE: TS4450
COUNTRY/ORIGIN: TSINGTAO; QUINGDAO,

FILE REFERENCE NUMBER
01-07-10-06-102420

SEE ATTACH

\*--------- CHARGES   INCURRED ---------\*

| | AMOUNT |
|---|---|
| 221 MERCHANDISE PROCESSING FEE | 52.25 |
| 222 HARBOR MAINTENANCE FEE | 31.10 |
| 230 OCEAN FREIGHT | 28,500.00 |
| 280 CARTAGE | 5,928.00 |
| 600 U.S. CUSTOMS ENTRY SERVICES | 100.00 |
| 640 DELIVERY ORDERS | 150.00 |
| 645 MARINE INSURANCE | 292.86 |

INSURED VALUE - $ 58,572.
6 - FORT MYERS
2 - ALLSTEEL          2 - TAMPA

TOTAL PAYABLE TO MAERSK CUSTOMS SERVICES        35,054.21 USD

Remit To
MAERSK CUSTOMS SERVICES INC.
5000 CARNEGIE BOULEVARD
PAYMENT SERVICES, SECOND FLOOR
CHARLOTTE, NC 28209

Wire To
BANK OF AMERICA, DALLAS, TX
ABA# 026009593  ACCT# 3756676691

PAGE 1

MERCHANDISE RELEASED BY CUSTOMS IS DONE UNDER BOND AND IS SUBJECT TO REDELIVERY TO CUSTOMS ON DEMAND. FAILURE TO RETURN MERCHANDISE MAKES THE IMPORTER SUBJECT TO PENALTY FOR FULL AMOUNT OF BOND.

TERMS: NET CASH
PLEASE NOTE: THIS INVOICE INCLUDES CASH OUTLAYS MADE FOR YOUR ACCOUNT. PLEASE REMIT UPON RECEIPT.
If you are the importer of record, payment to the broker will not relieve you of liability from Customs charges (duties, taxes or other debts owed Customs)in the event the charges are not paid by the broker. Therefore, if you pay by the Customs charges may be paid with a separate check payable to the "Uni States Customs Service" which shall be delivered to Customs by the broker.

SAG014

Maersk Customs Services Inc., has a policy agains payment, solicitation, or receipt of any rebate, directly o indirectly, which would be unlawful under the United State Shipping Act of 1984. Upon request, we shall provide  arge men

**SUP EN 0001836**

All shipments handled subject to Maersk Customs Services Inc. terms and conditions, a co.