

COMBINED TRANSPORT BILL OF LADING

| SHIPPER | SHIPPER'S REF. | BILL OF LADING NO. |
|---|---|---|
| ROTHCHILT INTERNATIONAL LTD<br>N-510 CHIA HSIN BLDG<br>ANNEX 96 CHUNG SHAN N.RD<br>SEC.2 TAIPEI TAIWAN | | DSLSTST0197273 |

F/AGENT & REFERENCE
DSL STAR EXPRESS
8686 NEW TRAILS DRIVE
THE WOODLANDS, TEXAS 77381

| CONSIGNEE (not negotiable unless consigned "to order" or "to order of" a named Person or "to order of bearer") | FOR CARGO RELEASE, PLEASE CONTACT: |
|---|---|
| LA SUPREMA ENTERPRISE INC<br>20201 EAST COUNTRY CLUB DRIVE SUITE<br>501 AVENTURA FL 33180 | |

| NOTIFY PARTY (see clause 22) | SHIPPER'S INSTRUCTIONS (NOT PART OF BILL OF LADING) |
|---|---|
| LA SUPREMA ENTERPRISE INC<br>20201 EAST COUNTRY CLUB DRIVE SUITE<br>501 AVENTURA FL 33180 | |

| PLACE OF RECEIPT | PORT OF LOADING | PRE-CARRIAGE BY (only applicable for Combined Transport from Place of Receipt - see clauses 1 - 6) |
|---|---|---|
| QINGDAO | QINGDAO | |
| VESSEL (see clauses 1 - 19) | VOYAGE NO. | DOCK RECEIPT NO. | NUMBER OF ORIGINAL B/SL |
| E.R. LONDON | 0603 | | 3 (THREE) |
| PORT OF DISCHARGE | PLACE OF DELIVERY | SHIPPER DECLARED VALUE US$ (see clause 7.3) |
| MIAMI | MIAMI | |

| CONTAINER NO/SEAL NO.<br>MARKS AND NUMBERS | NO. OF CONTAINERS<br>OR PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|
| | | 10x40HIGH<br>SAID TO CONTAIN<br><br>DETAILS AS PER ATTACHED SHEET | | |
| TOTAL: | 7620 SHEETS | | 275000.000 | 400.000 |




SHIPPERS LOAD STOWAGE, COUNT AND WEIGHT
SERVICE TYPE: CY/CY
FREIGHT COLLECT

**SUP EN 0001842**

SHIPPED ON BOARD E.R. LONDON ON 09 APR., 2006 FROM QINGDAO

TOTAL NO. OF CONTAINERS OR PACKAGES RECEIVED BY CARRIER: TEN CONTAINERS

| FREIGHT AND CHARGES | PREPAID | COLLECT | |
|---|---|---|---|
| | | | RECEIVED by the Carrier from the Shipper, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein, the total number or quantity of Containers or other packages or units indicated in the box above entitled "Total No. of Containers or Packages Received by Carrier" for Carriage from the Port of Loading (or the Place of Receipt, if mentioned above) to the Port of Discharge (or the Place of Delivery, if mentioned above), such Carriage being always subject to the terms, rights, defences, provisions, conditions, exceptions, limitations, and liberties hereof (INCLUDING ALL THOSE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND THOSE TERMS AND CONDITIONS CONTAINED IN THE CARRIER'S APPLICABLE TARIFF). |
| | | | In accepting this bill of lading, any local customs or privileges to the contrary notwithstanding, the Merchant agrees to be bound by all Terms and Conditions stated herein whether written, printed, stamped or incorporated on the face or reverse side hereof, as fully as if they were all signed by the Merchant. IN WITNESS WHEREOF the number of original Bills of Lading stated above have been signed and wherever one original Bill of Lading has been surrendered any others shall be void. |
| | | | PLACE AND DATE OF ISSUE |


COMBINED TRANSPORT BILL OF LADING

ATTACHMENT NO.: 001

BILL OF LADING NO. DSLSTST0197273

CONTAINER & SEAL:
CLHU8636623
6425119
GESU4363992
6410541
GESU4894896
6425698
MSKU8490091
6410542
MSKU8622388
6435716
POCU7023735
6425171
PONU7484197
6425176
PONU7521177
6425693
PONU7534343
6425626
TCNU9153520
6410457

| MARKS & NOS.: | PACKAGES: | DESCRIPTION: | KGS: | CBM: |
|---|---|---|---|---|
| GDS | | DRYWALL | | |
| LA SUPREMA | | LA SUPREMA | | |
| TOTAL: | 7620 SHEETS | | 275000.000 | 400.000 |

*** END OF HBL ***



ORIGINAL

**SUP EN 0001843**