# ROTHCHILT INTERNATIONAL LIMITED

N-510 Chia Hsin Bldg Annex, 96 Chung Shan N. Rd. Sec. 2, Taipei Taiwan R.O.C.
Tel:02-25224518, Fax:25636604/25683167, Email: gdm@gdoulatram.com.tw

## COMMERCIAL INVOICE

Invoice No.: TS-4450                                    PAGE :   1

Messrs. : LA SUPREMA ENTERPRISE INC                     Date : APR. 9, 2006
          20201 EAST COUNTRY CLUB DRIVE SUITE 501       Cust#: USA001
          AVENTURA FL 33180 USA

Vessel : E.R. LONDON V.0603
Sailing On/About: APR. 9, 2006
Shipment: From QINGDAO  To MIAMI, FL
Terms   : FOB QUINGDAO
Payment : TT

| Description | Quantity | Unit Price | Amount (US$) |
|---|---|---|---|
| S/C NO. 260234 | | | |
| PLASTER BOARD DRY WALL 1220 X 2440 X 12.5 TE | 3,840 SHEETS | 2.50 | 9,600.00 |
| S/C NO.251309 | | | |
| PLASTER BOARD DRY WALL 12.7MM X 1220MM X 3660MM | 3,780 SHEETS | 3.72 | 14,061.60 |
| Total: | 7,620 SHEETS | US$ | 23,661.60 |
| | PLUS 3% COMM | | 709.85 |
| | PLUS PACKING CHARGE | | 508.00 |
| | Total Amount | US$ | 24,879.45 |

SAY TOTAL U.S. DOLLARS TWENTY FOUR THOUSAND EIGHT HUNDRED AND SEVENTY NINE AND CENTS FORTY FIVE ONLY.

COUNTRY OF ORIGIN : CHINA
SUPPLIER : BEIJING BUILDING MATERIALS IMPORT & EXPORT CORPORATION
           ROM B307 JINYU MANSION NO. 129A XUANWUMEN XIDAJIE XICHENG DISTRICT
           BEIJING CHINA (MR. KEVIN)
CNTNR# CLHU8636623, GESU4894896, POCU7023735, PONU7484197, PONU7521177,
       PONU7534343 - EACH 630 SHETS OF SIZE 12.7*1220*3660MM
       TCNU9153520, GESU4363992, MSKU8490091, MSKU8622388 -
       EACH 960 SHEETS OF SIZE 12.5*1220*2440MM

SUP EN 0003020

...THE END...