# ROTCHILT INTERNATIONAL LIMITED

N-510 Chia Hsin Bldg Annex, 96 Chung Shan N. Rd. Sec. 2, Taipei Taiwan R.O.C.

Tel:02-25224518, Fax:25636604/25683167, Email: gdm@gdoulatram.com.tw

## PACKING / WEIGHT LIST

Invoice No.: TS-4450    PAGE :  1

Messrs. : LA SUPREMA ENTERPRISE INC        Date : APR. 9, 2006
          20201 EAST COUNTRY CLUB DRIVE SUITE 501    Cust#: USA001
          AVENTURA FL 33180 USA

Vessel : E.R. LONDON V.0603
Sailing On/About: APR. 9, 2006
Shipment: From QINGDAO To MIAMI, FL

| Carton No. | Description | Quantity | N.W. (KGS) | G.W. (KGS) | Meas'mt (m³) |
|---|---|---|---|---|---|
|  | S/C NO. 260234 |  |  |  |  |
| 3840 SHEETS | PLASTER BOARD DRY WALL 1220 X 2440 X 12.7 TE | 3,840 SHEETS | 108,000 | 110,000 | 11.430 |
|  | S/C NO. 251309 |  |  |  |  |
| 3780 SHEETS | PLASTER BOARD DRY WALL 12.7MM X 1220MM X 3660MM | 3,780 SHEETS | 162,000 | 165,000 | 16.878 |
| Total: 7,620 SHEETS |  | 7,620 SHEETS | 270,000 | 275,000 | 28.308 |

SAY TOTAL SEVEN THOUSAND SIX HUNDRED AND TWENTY SHEETS ONLY.

SUPPLIER :. BEIJING BUILDING MATERIALS IMPORT & EXPORT CORPORATION
            ROM B307 JINYU MANSION NO. 129A XUANWUMEN XIDAJIE XICHENG DISTRICT
            BEIJING CHINA (MR. KEVIN)
CNTNR# CLHU8636623, GESU4894896, POCU7023735, PONU7484197, PONU7521177,
       PONU7534343 - EACH 630 SHEETS OF SIZE 12.7*1220*3660MM
       TCNU9153520, GESU4363992, MSKU8490091, MSKU8622388 -
       EACH 960 SHEETS OF SIZE 12.7*1220*2440MM

SUP EN 0001841

ROTHCHILT INTERNATIONAL LIMITED