# LA SUPREMA TRADING, INC.

4456 N.W. 74™ AVE.  
MIAMI, FL 33166

PH:(305)463-0821  
FAX:(305)463-0822

5/15/06

**INVOICE# CH-022**

| SOLD TO: | SHIP TO: | TRUCKER | TERMS |
|---|---|---|---|
| BANNER SUPPLY | 2910 CARGO ST. | C.J FREIGHT | PREPAID |
| FT. MYERS | FT. MYERS, FL. 33916 | | |

| | | | | |
|---|---|---|---|---|
| CLHU8803042 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7659398 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7539643 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7661604 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| OCLU7009615 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7949083 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7596495 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7656296 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7351050 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| MSKU8907879 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7623564 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7781425 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| CAXU9957384 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| SEAU8579567 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU8028421 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| GATU8683860 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| TCNU9570714 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| CLHU8029614 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| MAEU8119380 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7384618 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| CLHU8636623 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| GESU4894896 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| POCU7023735 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7484197 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7521177 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7534343 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| TOTAL CONT:26 | TOTAL SHEETS | 16380 | TOTAL: | **$193,415.04** |

SUP TR 0004684