# LA SUPREMA TRADING, INC.

4456 N.W. 74TH AVE.  
MIAMI, FL 33166

PH:(305)463-0821  
FAX:(305)463-0822

5/15/06

**INVOICE# CH-023**

| SOLD TO: | SHIP TO: | | TERMS |
|---|---|---|---|
| BANNER SUPPLY | 1254 SOUTH US HWY 41 | | PREPAID |
| TAMPA | GIBSONTON, FL. 33534 | | |

| CONTAINERS | DESCRIPTION | SHEETS | PRICE | TOTAL | TRUCKER |
|---|---|---|---|---|---|
| TCNU9153520 | ½ X 4 X 8R | 960 | $257.00 | $7,864.32 | C J Freight |
| GESU4363992 | ½ X 4 X 8R | 960 | $257.00 | $7,864.32 | C J Freight |
| TOTAL CONT: 2 | SHEETS | 1920 | TOTAL | $15,728.64 | |

SUP TR 0003378