# LA SUPREMA ENTERPRISE, INC.

7410 N.E. 3ʳᴰ COURT  
MIAMI, FL 33139

PH: 786-316-5658  
FAX: 305-931-2016  
E-MAIL: SFARAH555@CS.COM

5/15/06  
INVOICE # : ALL-10  
SOLD TO:  
ALLSTEEL  
1250 NW 23ʳᴰ AVE.  
FT. LAUDERDALE, FL. 33311

| CONTAINER | SHEETS | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|---|
| MSKU8490091 | 960 | ½ X 4 X 8R | $250.00 | $7,680.00 |
| MSKU8622388 | 960 | ½ X 4 X 8R | $250.00 | $7,680.00 |
| TOTAL CONT; 2 | 1920 | | TOTAL: | $15,360.00 |

Paid in Full  
7/25/06  
Check # 007518

SUP EN 0003252