# In Re:

*Chinese Drywall Products Liability Litigation MDL*

---

*Salomon H. Abadi*

*October 19, 2009*

---

## GOLKOW TECHNOLOGIES, INC.

*Excellence In Court Reporting For Over 20 Years*

*877.370.3377*

*deps@golkow.com*

Original File sa101909.txt

Min-U-Script® with Word Index

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA
 2
                              X
 3   IN RE:                   X
     CHINESE-MANUFACTURED     X  MDL No. 2047
 4   DRYWALL PRODUCTS         X  SECTION: L
     LIABILITY LITIGATION     X
 5                            X  JUDGE FALLON
     This document applies    X
 6   to all cases            X  MAG. JUDGE WILKINSON
 7
 8
 9        30(b)(6) VIDEOTAPED DEPOSITION OF
10        LA SUPREMA ENTERPRISE, INC. and
11   LA SUPREMA TRADING, INC., by and through
12            SALOMON H. ABADI
13
14          Monday, October 19, 2009
15
16
17
18
19
20
21
22        GOLKOW TECHNOLOGIES, INC.
23     ph 877.370.3377  |  fax 917.591.5672
24            deps@golkow.com
```

Page 2

```
 1      30(b)(6) VIDEOTAPED DEPOSITION OF
 2  LA SUPREMA ENTERPRISE, INC. and LA SUPREMA
 3  TRADING, INC., by and through SALOMON H.
 4  ABADI, produced as a witness at the instance
 5  of the Plaintiffs, and duly sworn, was taken
 6  in the above styled and numbered cause on
 7  Monday, October 19, 2009, from 10:48 a.m. to
 8     7:04 p.m., before Susan Perry Miller, CSR-TX,
 9  CCR-LA, RDR, CRR, Certified LiveNote™
10  Reporter, reported via Machine Shorthand with
11  Realtime Computer Translation and reported at
12  the offices of Colson Hicks Eidson, 255
13  Aragon Avenue, 2nd Floor, Coral Gables,
14  Florida, pursuant to Notice, the Federal
15  Rules of Civil Procedure, and/or any
16  provisions stated on the record.
17  •_____•
18
19
20
21
22
23
24
```

Page 3

```
 1                  APPEARANCES
 2   FOR PLAINTIFFS:
 3
        COLSON HICKS EIDSON
 4      255 Aragon Avenue, 2nd Floor
        Coral Gables, Florida  33134
 5      (T) 305.476.7400  |  (F) 305.476.7444
     By  Ervin A. Gonzalez, Esq.
 6          ervin@colson.com
            Patrick S. Montoya, Esq.
 7          patrick@colson.com
 8
        ALTERS BOLDT BROWN
 9      RASH & CULMO, P.A.
        4141 N.E. 2nd Avenue, Suite 201
10      Miami, Florida  33137
        (T) 305.571.8550  |  (F) 305.571.8558
11   By  Robert B. Brown, III, Esq.
            (Via Teleconference)
12
13      ROBERTS & DURKEE, P.A.
        Alhambra Towers, Penthouse I
14      121 Alhambra Plaza, Suite 1603
        Coral Gables, Florida  33134
15      (T) 305.442.1700  |  (F) 305.442.2559
     By  Carolina Suarez, Esq.
16          (Via Teleconference)
17
     FOR INDEPENDENT BUILDERS SUPPLY ASSOCIATION
18   (IBSA):
19      FULMER, LeROY, ALBEE,
        BAUMANN & GLASS, PLC
20      2866 East Oakland Park Blvd.
        Fort Lauderdale, Florida  33306
21      (T) 954.707.4430  |  (F) 954.707.4431
     By  Gary F. Baumann, Esq.
22          gbaumann@FulmerLeRoy.com
23
24
```

Page 4

```
 1  APPEARANCES, Continued:
 2  FOR L&W SUPPLY, USG, and ALL INTERIOR SUPPLY:
 3      HAYNSWORTH SINKLER BOYD, P.A.
        75 Beattie Place, Eleventh Floor
 4      Greenville, South Carolina  29601
        (T) 864.240.3200  |  (F) 864.240.3300
 5   By  Wm. David Conner, Esq.
            dconner@hsblawfirm.com
 6
 7
     FOR LENNAR CORPORATION, LENNAR HOMES, LLC,
 8   and U.S. HOMES:
 9      GREENBERG TRAURIG, P.A.
        1221 Brickell Avenue
10      Miami, Florida  33131
        (T) 305.579.0500  |  (F) 305.579.0717
11   By  Adam M. Foslid, Esq.
            foslida@gtlaw.com
12
13
     FOR BANNER SUPPLY CO.:
14
        ADORNO & YOSS, LLP
15      350 East Las Olas Boulevard
        Suite 1700
16      Fort Lauderdale, Florida  33301
        (T) 954.763.1200  |  (F) 954.766.7800
17   By  Jeffrey A. Backman, Esq.
            jbackman@adorno.com
18          Jan Douglas Atlas, Esq.
            jda@adorno.com
19
20
21   FOR 1ST DRYWALL (In the Lennar Case Only):
22      BICE COLE LAW FIRM, P.L.
        999 Ponce de Leon Blvd., Suite 710
23      Coral Gables, Florida  33134
        (T) 305.444.1225  |  (F) 305.446.1598
24   By  Susan J. Cole, Esq.
            cole@bicecolelaw.com
```

Page 5

1   APPEARANCES, Continued:

2
    FOR LA SUPREMA ENTERPRISE, INC., and
3   LA SUPREMA TRADING, INC.:

4       ROSENTHAL, ROSENTHAL, RASCO,
        KAPLAN, LLC
5       One Aventura, Suite 600
        20900 N.E. 30th Avenue
6       Aventura, Florida 33180
        (T) 305.937.0300 | (F) 305.937.1311
7       By Eduardo I. Rasco, Esq.
           fedsite@rrrklaw.com
8          Steve M. Bimston, Esq.
           SMB@rrrklaw.com
9

10
    FOR BLACK BEAR GYPSUM SUPPLY, INC., and SMOKY
11  MOUNTAIN MATERIALS, INC.:

12      FOWLER WHITE BURNETT, P.A.
        Espirito Santa Plaza
13      1395 Brickell Avenue, 14th Floor
        Miami, Florida 33131-3302
14      (T) 305.789.9200 | (F) 305.789.9201
        By Elizabeth J. Ferry, Esq.
15         eferry@fowler-white.com

16
    FOR KNAUF GIPS KG, KNAUF WUHU; and KNAUF
17  PLASTERBOARD TIANJIN CO. LTD. (In the
18  Morris-Chin, Vickers & Lebron Cases):

19      BAKER & McKENZIE, LLP
        Mellon Financial Center
20      1111 Brickell Avenue, Suite 1700
        Miami, Florida 33131
21      (T) 305.789.8900 | (F) 305.789.8953
        By Donald J. Hayden, Esq.
22         donald.j.hayden@bakernet.com

23

24

Page 6

1   APPEARANCES, Continued:

2   FOR ALL COUNTY DRYWALL SERVICE, B&B STUCCO,
    HARRELL'S DRYWALL, NORTHEAST DRYWALL CO., and
3   OCEAN CONSTRUCTION, INC.:

4       PAXTON & SMITH
        Barristers Building, Suite 500
5       1615 Forum Place
        West Palm Beach, Florida 33401
6       (T) 561.684.2121 | (F) 561.684.6855
        By Mark C. Charter, Esq.
7          mcc@paxsmith.com

8
    FOR TOBIN TRADING CORP.:
9
        BRENNER, EVANS & MILLMAN, P.C.
10      411 East Franklin Street, Suite 200
        Richmond, Virginia 23219
11      (T) 804.644.1300 | (F) 804.644.1354
        By Theodore I. Brenner, Esq.
12         (Via Teleconference)

13
    FOR INTERIOR EXTERIOR BUILDING SUPPLY:
14
        GALLOWAY JOHNSON TOMPKINS
15      BURR & SMITH
        One Shell Square
16      701 Poydras Street, 40th Floor
        New Orleans, Louisiana 70139
17      (T) 504.525.6802 | (F) 504.525.2456
        By Lambert J. Hassinger, Jr., Esq.
18         jhassinger@gjtbs.com
           (Via Teleconference)
19

20  FOR BUILDING MATERIALS WHOLESALE:

21      CARR ALLISON
        100 Vestavia Parkway
22      Birmingham, Alabama 35216
        (T) 205.822.2006 | (F) 205.822.2057
23      By Jordan D. Watson, Esq.
           jwatson@carrallison.com
24         (Via Teleconference)

Page 7

1   APPEARANCES, Continued:

2   FOR RESIDENTIAL DRYWALL, INC., S.D. &
    ASSOCIATES, INC., MDW DRYWALL, INC., and
3   OCEAN CONSTRUCTION, INC. (In the Lennar Case
    in Miami-Dade County):

4
        SELLARS, MARION & BACHI, P.A.
5       811 North Olive Avenue
        West Palm Beach, Florida 33401
6       (T) 561.655.8111 | (F) 561.655.4994
        By Jeremy D. Bertsch, Esq.
7          jbertsch@smb-law.com
           (Via Teleconference)
8

9   FOR ALPHA & OMEGA CONTRACTORS:

10      ROBERTS, REYNOLDS, BEDARD &
        TUZZIO, P.A.
11      470 Columbia Drive, Suite 101C
        West Palm Beach, Florida 33409
12      (T) 561.688.6560 | (F) 561.688.2343
        By Christen T. Fay, Esq.
13         cfay@rrbpa.com
           (Via Teleconference)
14

15  FOR CENTURY SUPPLY & PORTABLE, INC.:
    Sarah Steele (Via Teleconference)
16

17  FOR VARIOUS DEFENDANTS:
    Bob Fitzsimmons (Via Teleconference)
18

19  INTERPRETER:

20      Vicente J. De la Vega
        PRECISION TRANSLATING SERVICES, INC.
21

22  VIDEOGRAPHER:

23      Mark Reitz
        Golkow Technologies, Inc.
24

Page 8

1               INDEX

2   30(b)(6) VIDEOTAPED DEPOSITION OF LA SUPREMA

3     ENTERPRISE, INC. and LA SUPREMA TRADING,

4          INC., by and through

5       SALOMON H. ABADI, October 19, 2009

6                                       Page

7 APPEARANCES                              3

8 PRELIMINARY PROCEEDINGS                 13

9

10  EXAMINATION OF SALOMON H. ABADI:

11
    BY MR. GONZALEZ:                      17
12
    BY MR. HAYDEN:                       225
13
    BY MS. FERRY:                        265
14

15 CERTIFICATE                           276

16 ACKNOWLEDGMENT OF DEPONENT            277

17 ERRATA                               278

18 LAWYER'S NOTES                        279

19

20

21

22

23

24

Page 9

| 1 | | EXHIBIT INDEX | |
| 2 | | Description | Page |
| 3 | La Suprema 30(b)(6)-365 | Copy of Business Card of Hans-Ulrich Hummel, SUP EN_0004706 | - 32 |
| 6 | La Suprema 30(b)(6)-366 | Sole Agent Contract between Knauf Plasterboard (Tianjin) Co., Ltd., and Rothchilt International Limited, dated March 13, 2006, SUP EN_0003595 | - 66 |
| 11 | La Suprema 30(b)(6)-367 | Sole Agent Contract between Rothchilt International limited and La Suprema Enterprise, Inc., dated March 13, 2006, SUP EN_0003596 | - 74 |
| 14 | La Suprema 30(b)(6)-368 | Handwritten and Typewriten Notes, SUP EN_0003594 | - 114 |
| 16 | La Suprema 30(b)(6)-369 | Knauf Letter to Salomon Abadi dated November 29, 2006, Re: Shipment of Plasterboard Under Contract No. EX-USA -20060313, with Attachment(s), SUP EN_0003573 - SUP EN_0003577 | - 119 |
| 22 | La Suprema 30(b)(6)-370 | Letter from Banner Supply Co. to Knauf Gypsum Company dated December 5, 2006, SUP EN_0003540 | - 129 |

Page 10

| 1 | La Suprema 30(b)(6)-371 | Letter from Banner Supply Co. to Knauf Plasterboard (Tianjin) Co., Ltd., dated December 6, 2006, SUP EN_0003541 | - 131 |
| 4 | La Suprema 30(b)(6)-372 | Letter from WCI Communities to Rothchilt International Limited dated October 11, 2007, Re: Notice of Claim by Pablo Rosales and Glenn Ramirez, SUP EN_0003563 - SUP EN_0003565 | - 133 |
| 11 | La Suprema 30(b)(6)-373 | Series of E-mails beginning with E-mail from Jack Landers to SFARAH555@cs.com dated August 8, 2008, Subject: FW: Bad wallboard issue?, SUP EN_0003562; ending with SUP EN_0003557 | - 136 |
| 16 | La Suprema 30(b)(6)-374 | Letter from GL Homes to La Suprema Enterprise, Inc., dated April 29, 2009, Re: Notice of intent to immediately repair Canyon Isles' homes containing defective drywall supplied by La Suprema in Lots 1, 59, 147, 148 & 157, SUP EN_0003580, with Other Correspondence, beginning with SUP EN_0003582 and ending with SUP EN_0003551 | - 142 |

Page 11

| 1 | La Suprema 30(b)(6)-375 | Letter from Hanover Insurance Group, Inc., to Jack Landers, Banner Supply Company, dated October 1, 2008, SUP EN_0003523 - SUP EN_0003536 | - 144 |
| 5 | La Suprema 30(b)(6)-376 | E-mail from Rothchilt International Limited to SFARAH555@cs.com dated January 9, 2009, Subject: Re: E-mail address (Knauf), SUP EN_0003554 - SUP EN_0003555 | - 145 |
| 11 | La Suprema 30(b)(6)-377 | Letter from Michael Feldman to Knauf Plasterboard (Tianjin) Co., Ltd., dated January 21, 2009, SUP EN_0003543 | - 149 |
| 14 | La Suprema 30(b)(6)-378 | "The Statement from Knauf," SUP EN_0003567 - SUP EN_0003570 | - 152 |
| 17 | La Suprema 30(b)(6)-379 | Chain of E-mails ending with E-mail to Michael Feldman from sfarah555@cs.com dated February 23, 2009, Subject: Fwd: Knauf plasterboard - confidential, SUP EN_0003552 - SUP EN_0003553 | - 155 |

Page 12

| 1 | La Suprema 30(b)(6)-380 | Chain of E-mails ending with E-mail to Michael Feldman from sfarah555@cs.com dated March 8, 2009, Subject: Fwd: (Rising Spam Alert)Balance Refund, SUP EN_0003544 | - 160 |
| 6 | La Suprema 30(b)(6)-381 | Chain of E-mails ending with E-mail to Michael Feldman from sfarah555@cs.com dated March 8, 2009, Subject: Fwd: Knauf Plasterboard, SUP EN_0003545 - SUP EN_0003546 | - 162 |
| 11 | La Suprema 30(b)(6)-382 | G. Doulatram & Sons LTD Correspondence to La Suprema Enterprise, Inc., Re: Gypsum Plaster Board, SUP EN_0002851, SUP EN_0002999, SUP EN_0002795 | - 165 |
| 16 | La Suprema 30(b)(6)-383 | Index of Pre-Marked Pingyi Exhibits | - 183 |
| 17 | La Suprema 30(b)(6)-384 | Index of Pre-Marked Beijing Exhibits | - 184 |
| 19 | La Suprema 30(b)(6)-385 | Index of Pre-Marked Knauf Exhibits | - 184 |

---

Page 13

1    PRELIMINARY PROCEEDINGS
2 (Monday, October 19, 2009, 10:48 a.m.)
3    THE VIDEOGRAPHER: Please hold.
4    This begins the videotaped
5 deposition of Salomon H. Abadi in the
6 matter of Chinese Manufactured Drywall
7 Products Liability Litigation in the
8 United States District Court, Eastern
9 District of Louisiana, taking place at
10 255 Aragon Avenue, 2nd Floor, Coral
11 Gables, Florida. Today's date is
12 October 19th. The time is 10:48.
13    The video operator is Mark
14 Reitz of Golkow Technologies. The
15 court reporter is Susan Miller of
16 Golkow Technologies.
17    Counsel, please introduce
18 yourselves and whom you represent.
19    MR. GONZALEZ: Hi. Ervin
20 Gonzalez on behalf of the Plaintiffs'
21 Steering Committee.
22    MR. RASCO: Eduardo Rasco on
23 behalf of La Suprema Enterprises and
24 La Suprema Trading.

---

Page 14

1    MR. BIMSTON: Steve Bimston on
2 behalf of both La Suprema entities.
3    MS. COLE: Susan Cole on behalf
4 of 1st Drywall in the Lennar case
5 only.
6    MR. HAYDEN: Don Hayden on
7 behalf of KPT and Knauf Gips and Knauf
8 Wuhu.
9    MR. BACKMAN: Jeff Backman on
10 behalf of Banner Supply.
11    MS. FERRY: Elizabeth Ferry on
12 behalf of Black Bear Gypsum Supply and
13 Smoky Mountain Materials.
14    MR. FOSLID: Adam Foslid,
15 Greenberg Traurig, on behalf of
16 Lennar, Lennar Homes, and U.S. Homes.
17    MR. CONNER: David Conner on
18 behalf of L&W Supply, USG Corporation,
19 and All Interior Supply.
20    MR. ATLAS: Jan Atlas on behalf
21 of Banner Supply.
22    MR. BAUMANN: Gary Baumann on
23 behalf of IBSA.
24    MR. GAUGHAN: Matthew Gaughan

---

Page 15

1 on behalf of Plaintiffs.
2    MR. MONTOYA: Patrick Montoya
3 on behalf of the Plaintiffs.
4    THE INTERPRETER: Vince de la
5 Vega, Precision Translating Services.
6    THE REPORTER: Would those on
7 the phone announce themselves, please?
8    MR. GONZALEZ: Counsel on the
9 phone, please?
10    MR. HASSINGER: Joe Hassinger
11 on behalf of Interior Exterior
12 Building Supply.
13    MR. BERTSCH: Jeremy Bertsch on
14 behalf of Residential Drywall, S.D. &
15 Associates, Ocean Construction, and
16 MDW Drywall.
17    MR. BROWN: Bob Brown on behalf
18 of Plaintiffs.
19    THE REPORTER: I'm sorry?
20    MR. GONZALEZ: Bob Brown on
21 behalf of Plaintiffs.
22    THE REPORTER: Thank you.
23    MR. WATSON: Jordan Watson on
24 behalf of Building Material Wholesale.

---

Page 16

1    MR. CHAIKIN: Jordan Chaikin on
2 behalf of the Plaintiffs.
3    MS. FAY: Christen Fay on
4 behalf of Alpha & Omega Contractors.
5 Hello?
6    THE REPORTER: Anyone else?
7    MS. SUAREZ: Carolina Suarez
8 from Roberts & Durkee on behalf of the
9 Plaintiffs.
10    (Speakerphone inaudible,
11 clarification requested by the
12 reporter.)
13    MR. FITZSIMMONS: My name is
14 Bob Fitzsimmons on behalf of several
15 defendants.
16    MS. FAY: And I'm Christen Fay
17 on behalf of Alpha & Omega
18 Contractors.
19    THE REPORTER: Anyone else?
20    MS. STEELE: Sarah Steele on
21 behalf of Century Supply & Portable,
22 Inc.
23    THE REPORTER: Anyone else?
24    (No response.)

---

Page 17

1   (The Interpreter and Witness
2 were sworn by the reporter.)
3     SALOMON H. ABADI,
4 Having taken an oath to tell the truth, the
5 whole truth, and nothing but the truth, was
6 examined and testified as follows:
7     EXAMINATION
8     BY MR. GONZALEZ:
9 Q.  I understand you speak some
10   English.
11 A.  Yes, some.
12 Q.  All right.  It's important that
13   you allow the interpreter to translate first
14   before you answer, even if you understood the
15   question.
16 A.  Okay.  It will be like that.
17 Q.  It will make it go smoother.
18 A.  Okay.
19 Q.  Tell us your name.
20 A.  Salomon Abadi.
21 Q.  By whom are you employed?
22 A.  La Suprema Enterprise.
23 Q.  In what capacity?
24 A.  I am the owner.

Page 18

1 Q.  Do you have any employees?
2 A.  No.
3 Q.  What about La Suprema Trading?
4   Are you employed by that company as well?
5 A.  No, not really, because
6   La Suprema Trading's lifespan was short.
7 Q.  What was La Suprema Trading's
8   lifespan?
9 A.  Six months.
10 Q.  What months were those?
11 A.  I don't recall.
12 Q.  What's the relationship between
13   La Suprema Trading and La Suprema
14   Enterprises?
15 A.  La Suprema Trading, La Suprema
16   Enterprise is the one that imported the
17   drywall.  And La Suprema Trading is the one
18   that sold the drywall.
19 Q.  How long have you been in the
20   drywall business?
21 A.  More or less like 2004.
22 Q.  How did you get involved in it?
23 A.  I used to sell drywall from
24   Mexico from the Panel Rey brand.

Page 19

1 Q.  In what capacity?
2 A.  I was a broker.
3 Q.  Under what company?
4 A.  La Suprema Enterprise.
5 Q.  How long has La Suprema
6   Enterprise been in existence?
7 A.  I don't -- I don't know.  I
8   don't remember now.
9 Q.  In the '90s or in the 2000s?
10 A.  The 2000s.
11 Q.  What was the first company that
12   La Suprema used to buy from?
13     MR. RASCO: Objection, form.
14     THE WITNESS: Excuse me?
15     MR. RASCO: Don't be concerned.
16 A.  Panel Rey.
17     BY MR. GONZALEZ:
18 Q.  Panel Rey.
19     From Mexico?
20 A.  Yes.
21 Q.  How long did you purchase from
22   Panel Rey in Mexico?
23     MR. RASCO: Objection, form.
24 A.  Well, for -- well, I believe

Page 20

1   two years.
2     BY MR. GONZALEZ:
3 Q.  How did you get involved in
4   buying drywall from the Chinese companies?
5 A.  Because in 2000 -- in 2005,
6   there was no drywall in the market, and the
7   Mexicans were not supplying merchandise.  So
8   I went to look for it.  I looked everywhere,
9   and I found it in China.
10 Q.  Who did you deal with in China?
11     MR. RASCO: Objection, form.
12 A.  With Rothchilt International.
13     BY MR. GONZALEZ:
14 Q.  What is Rothchilt
15   International?
16 A.  They are brokers.
17 Q.  Where are they located?
18 A.  In Ningbo, China.  Ningbo.
19 Q.  Did you meet with them in
20   China, or did they meet with you here in the
21   United States?
22 A.  In China.
23 Q.  Did you meet them in their
24   offices?

Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 21

1  A.  Yes.
2  Q.  Do you remember where their
3   offices were located?
4  A.  In Ningbo.
5  Q.  Do you have an address for
6   them?
7  A.  You have it on your papers.
8  Q.  Are they still in business?
9  A.  I believe so.
10  Q.  In the same address?
11  A.  I believe so.  I don't know.
12  Q.  Who did you deal with at
13   Rothchilt?
14  A.  I dealt with Mr. Ramesh at the
15   Rothchilt.  He was the owner.
16  Q.  What's his legal name?
17  A.  Ramesh.  That's his name.
18   That's what I have.
19  Q.  How do you spell it?
20  A.  R-A-M-E-S-H.
21  Q.  Do you know where he's from?
22  A.  I believe he's from India.
23  Q.  What language did you transact
24   business in?

Page 22

1  A.  In English.
2  Q.  Did you need an interpreter?
3  A.  No.
4  Q.  So for purposes of transacting
5   business with Rothchilt, you did not need an
6   interpreter?
7  A.  No.
8  Q.  And you felt comfortable
9   speaking English to Mr. Ramesh?
10  A.  Well, more or less.  We could
11   make do.
12  Q.  When did the meeting occur in
13   China?
14  A.  In 2005.
15  Q.  Do you remember the month?
16  A.  I believe -- I believe it was
17   in October.
18  Q.  Other than yourself and
19   Mr. Ramesh, who else was present?
20  A.  The secretary.
21  Q.  Mr. Ramesh's secretary?
22  A.  Yes.
23  Q.  Do you remember his or her
24   name?

Page 23

1  A.  Rosa.
2  Q.  Do you remember Rosa's last
3   name?
4  A.  No.
5  Q.  What conversations did you have
6   at that first meeting?
7  A.  That I was looking for
8   construction material, specifically drywall.
9  Q.  What did he say?
10  A.  Let's look for it.
11  Q.  Did he tell you where he would
12   look?
13  A.  We went to a convention that
14   was taking place in China for construction
15   materials.  And there we looked into several
16   factories.
17  Q.  Where was the convention held?
18  A.  Canton.
19  Q.  Was it in October of 2005?
20  A.  I believe so.
21  Q.  What companies did you deal
22   with there?
23      MR. RASCO: Objection, form.
24  A.  If I remember correctly, I

Page 24

1   believe that there we met Beijing Building
2   Materials, and I am not sure -- I am not too
3   sure, Pingyi Baier.
4      BY MR. GONZALEZ:
5  Q.  Did you begin to transact
6   business with Beijing Building Materials and
7   Pingyi Baier after that meeting?
8  A.  Not exactly, no.
9  Q.  Tell us how you got into the
10   business of buying and selling Chinese
11   drywall in the United States.
12  A.  I went to China.  I obtained
13   the prices.  I came to the U.S.  I obtained
14   the freight.  I put everything together.  I
15   went back to China, and I placed the orders.
16  Q.  Chronologically, when did this
17   occur?
18  A.  That occurred between October
19   and November, 2005, more or less.
20  Q.  What manufacturing companies
21   did you work with?
22      MR. RASCO: Objection, form.
23  A.  In China, I worked with Beijing
24   Building Materials, Gingee Baier.

1     MR. GONZALEZ: Pingyi Baier.
2  Pingyi Baier.
3     THE INTERPRETER: Pingyi Baier.
4  A.  And Knauf Tianjin.
5     BY MR. GONZALEZ:
6  Q.  During what period of times did
7   you deal with each?
8  A.  I don't understand the
9   question.
10  Q.  When did you start purchasing
11   from Beijing Building Materials?
12     MR. RASCO: Objection, form.
13  A.  I believe it was -- I believe
14   it was like in November 2005.
15     BY MR. GONZALEZ:
16  Q.  When did it end, if ever?
17     MR. RASCO: Objection, form.
18  A.  It ended, if I remember
19   correctly, like around August, like around
20   July, August.  July, August, and I'll tell
21   you again, if I remember correctly, July,
22   August 2006.  July, August, maybe later.
23     BY MR. GONZALEZ:
24  Q.  What about for Pingyi Baier?

1  Q.  You can finish.
2  A.  Yes.  Yes, between July and
3   August, more or less.  I don't have the
4   papers, but that's more or less around that
5   date.
6  Q.  What happened around that time,
7   July-August of 2006, that you stopped
8   purchasing Chinese drywall?
9  A.  The market was falling.
10  Q.  At what point in time did you
11   learn that the Chinese drywall was
12   problematic?
13     MR. RASCO: Objection, form.
14  A.  I believe it was when -- in the
15   month of October, I'm not too sure of the
16   date, but it was more or less when we
17   received a complaint.  I received a call from
18   Mr. Mickey Banner, Mickey Banner, from Banner
19   Supplies, that there was a problem in a house
20   that had a strange smell.
21     BY MR. GONZALEZ:
22  Q.  What month was that?
23  A.  I've already told you October,
24   maybe the end of October, maybe the beginning

1  A.  The same.
2  Q.  November start and roughly
3   ending July or August of '06?
4  A.  More or less, yes.
5  Q.  And what about for Knauf?
6  A.  Knauf was different, because in
7   Knauf, they were not ready to make deliveries
8   until March.  So with Knauf, we started at --
9   well, they started delivering -- well, I
10   remember that it was after the Chinese year.
11     (In English)  New Year.
12   New Year, more or less end of
13   October, end of February, beginning of March.
14  Q.  Would that be February-March
15   of 2006 --
16  A.  Yes.
17  Q.  -- as a start date?
18  A.  Yes.
19  Q.  And when did you stop
20   transacting business with Knauf, if ever?
21  A.  I believe right about the same
22   date as the others.
23  Q.  July-August of 2006?
24  A.  It could be, yes, that...

1   of November.  I'm not -- I'm not sure.
2  Q.  What year?
3  A.  2006.
4  Q.  Did other complaints come after
5   that?
6  A.  As far as I know -- when I was
7   told about the complaints of those,
8   whatchamacallit, those homes, of those homes,
9   and I didn't know anything else until the end
10   of -- until the end of 2008.
11  Q.  Who is Banner?
12  A.  Banner.  Banner is the one that
13   would buy the drywall from me.
14  Q.  What business is Banner in?
15  A.  They sell drywall.
16  Q.  And in October of 2006, they
17   complained that certain homes that they sold
18   drywall to had strange smells?
19  A.  In October 2006, they reported
20   that there was a complaint from one house or
21   several houses and that an investigation into
22   it had to take place.
23  Q.  And they were notifying you
24   because you sold them the drywall?

Page 29

1 A. They notified me, if I remember
2 correctly, because the company -- the company
3 that owned the house had undertaken a -- they
4 had retained a company, a company that does
5 environmental testings, and they were the
6 ones that said that the drywall was the
7 causing agent, the drywall was the causing
8 agent of the smell.
9 Q. What did you do when you got
10 that notice about the smelly drywall?
11 A. Called Rothchilt.
12 Q. What did you tell them?
13 A. They called Knauf, because they
14 had determined that the drywall that was in
15 the homes was from Knauf and that there was
16 and -- and what was going on.
17 MR. HAYDEN: Okay, just for the
18 record, on a going-forward basis, I'd
19 ask that the witness -- there's
20 multiple Knauf entities involved. To
21 the extent if you know an entity's
22 name, if you could provide the name
23 rather than generality.
24 (Interpreter translating.)

Page 30

1 MR. RASCO: To the extent that
2 you can.
3 A. It was Knauf Tianjin.
4 BY MR. GONZALEZ:
5 Q. Who did you speak with at
6 Rothchilt?
7 A. With Mr. Jawahar.
8 Q. How do you spell Mister -- how
9 do you spell "Jawahar"?
10 A. J-A-H-A-R. No, J-A-H-W-A-R or
11 something like that.
12 Q. How did you communicate, in
13 what language?
14 A. In English.
15 Q. What did he say?
16 A. That he was going to call them.
17 Q. He was going to call Knauf
18 Tianjin?
19 A. Yes.
20 Q. Did he do it?
21 A. Sure.
22 Q. What happened then?
23 A. Knauf Tianjin's response the
24 first time was that there was nothing wrong

Page 31

1 with the drywall.
2 Q. Knauf Tianjin told that to
3 Rothchilt?
4 A. Yes.
5 Q. And then Rothchilt told you?
6 A. Yes.
7 Q. What did you do?
8 A. I called them back.
9 Q. And what did you say?
10 A. That the drywall is bad, that
11 there's a problem.
12 Q. What did you ask them to do
13 about it?
14 A. To send someone to Miami to see
15 what's going on.
16 Q. Did they?
17 A. Yes.
18 Q. Who?
19 A. They sent a man from Germany,
20 from Knauf Gips.
21 Q. Who did they send?
22 A. You-all have a card there.
23 Q. So when you --
24 A. I believe that the last name

Page 32

1 is -- what's the name of the one that makes
2 the cartoons, it's -- oh, those little
3 figurines, porcelain, from Germany.
4 Q. Was it Hans-Ulrich Hummel?
5 A. That's the one.
6 Q. I'll show you what we'll mark
7 as Plaintiff's Exhibit No. 1 to your
8 deposition.
9 (Whereupon, Deposition Exhibit
10 La Suprema 30(b)(6)-365, Copy of
11 Business Card of Hans-Ulrich Hummel,
12 SUP EN_0004706, was marked for
13 identification and/or introduced.)
14 BY MR. GONZALEZ:
15 Q. Is that the business card of
16 Hans Ulrich Hummel?
17 A. Yes, sir.
18 Q. And is that the individual that
19 Knauf Gips KG from Germany sent down to meet
20 with you?
21 MR. HAYDEN: Objection, form.
22 A. Yes, sir.
23 BY MR. GONZALEZ:
24 Q. And what did you tell

Case 2:09-md-02047-EEF-MBN   Document 14390-24   Filed 05/18/12   Page 10 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 33

1  Mr. Hummel about the problem with the
2  drywall?
3  A.  That we had -- that the
4  drywall -- that there were homes that
5  smelled.
6  Q.  When did he meet with you?
7  A.  I don't remember.
8  Q.  Roughly.
9  A.  Don't know.
10  Q.  What year?
11  A.  2006.
12  Q.  So sometime after October.
13  A.  Yes.  Yes.
14  Q.  But before December 31st, 2006?
15  A.  Yes.
16  Q.  What did you tell him,
17  specifically, to the best of your
18  recollection?
19  A.  That there was -- that there
20  was this problem, that Banner was
21  complaining.  The installers -- not the
22  installers, that there was this house that
23  was smelling, and there were several houses
24  that there was a -- that there was smelling,

Page 34

1  and that there was concern in the market on
2  account of this problem.
3  Q.  What did you want him to do?
4  A.  To go see the house.
5  Q.  Did he go?
6  A.  Yes.
7  Q.  Did you go with him?
8  A.  Yes.
9  Q.  What did you find?
10  A.  A house that smelled.
11  Q.  Describe the smell.
12  A.  The smell is, in my opinion, it
13  smelled like strongly -- it had a strong
14  smell of construction materials.
15  Q.  Like rotten eggs?
16  A.  No.
17  Q.  Strong metallic smell?
18  A.  No, it smelled like -- like
19  cement, the smell like had -- well, the house
20  I went to -- like when the house is under
21  construction, that was the smell, but it was
22  a little bit stronger than normal, right?
23  Q.  So it was not a normal smell?
24  A.  I couldn't tell you whether

Page 35

1  it's a normal smell.  I smelled that -- I
2  sensed that it was a construction smell, a
3  construction smell.  I didn't smell the eggs,
4  as they say.
5  Q.  You were still concerned,
6  though, right?
7  A.  When this man came, he was --
8  well, this man, according to what I had been
9  led to believe, he was, he is -- he was, he
10  is one of the whatchamacallit, one of the
11  greatest scientists in the world, in the
12  drywall business.
13  Q.  Hans Ulrich Hummel?
14  A.  That's what I was told.
15  Q.  And he works for Knauf?
16  A.  That's what he said.
17  Q.  Did you speak in English?
18  A.  Yes.
19  Q.  Did he speak English well?
20  A.  Very well.
21  Q.  So you took him there to help
22  you solve a problem.
23      MR. RASCO: Objection, form.
24  A.  Well, the problem was Banner's,

Page 36

1  and then someone from Banner -- well, Mickey
2  came from Banner and he was also going to see
3  the houses.
4      BY MR. GONZALEZ:
5  Q.  Okay.  So it was you, Mickey,
6  and Mr. Hummel?
7  A.  Correct.
8  Q.  You from La Suprema, right?
9  A.  Yes.
10  Q.  Mr. Hummel from Knauf, right?
11  A.  Yes.
12      MR. HAYDEN: I'm going to
13  object -- Ervin, just for
14  clarification as we go forward, and I
15  know it's difficult, there's different
16  Knauf entities.
17      MR. GONZALEZ: Yeah, we've
18  already established that his card says
19  Knauf Gips.  So when I say Mr. Hummel
20  and I refer to Knauf, we're looking at
21  the card that says Knauf Gips KG.
22      MR. HAYDEN: If we can go
23  forward on that assumption, that's
24  fine.

Page 37

1    MR. GONZALEZ: Well, that's the
2 only thing I have so far on the
3 record.
4    MR. HAYDEN: Yeah, but saying
5 Knauf, there's --
6    MR. GONZALEZ: When I say Knauf
7 as to Mr. Hummel, I'm referring to
8 Knauf Gips KG --
9    MR. HAYDEN: Okay, fine.
10    MR. GONZALEZ: -- with the
11 German address, which I can't
12 pronounce, but it looks like
13 Bahnhof 7, 97346, Iphofen.
14    MR. HAYDEN: Very good.
15    MR. GONZALEZ: Really.
16    BY MR. GONZALEZ:
17 Q.  Okay.  And Mickey from
18 Banner --
19    MR. BACKMAN: And if I could
20 just assert the same objection there
21 as to Banner.  We have several Banner
22 entities so to the extent we could
23 identify, that would be very helpful.
24    BY MR. GONZALEZ:

Page 38

1 Q.  Do you know what Banner
2 entity --
3    THE INTERPRETER: For the
4 record, would you like for me to
5 interpret every comment and objection?
6    MR. RASCO: I'm asking you to
7 interpret that one.
8    THE INTERPRETER: Could you
9 read that back, please?
10    MR. BACKMAN: There are several
11 Banner entities, so to the extent he
12 can identify which one, it would be
13 very helpful.
14 A.  Yes.  Mr. Mickey, whose last
15 name I don't remember, is the one who's in
16 charge of Pompano, Banner Pompano.
17    BY MR. GONZALEZ:
18 Q.  When did the meeting take
19 place?
20 A.  Between October and
21 December 2006.  I am responding in the same
22 fashion because I am unable to give you a
23 specific date.
24 Q.  How many homes were inspected

Page 39

1   at that time?
2 A.  I don't remember.
3 Q.  More than one?
4 A.  I really don't remember.  I
5   don't know.  It could be -- well, I don't --
6   I don't remember.
7 Q.  At least one?
8 A.  Yes.
9 Q.  Maybe more?
10 A.  Maybe.
11 Q.  How long did it take?
12 A.  How long did what take?
13 Q.  The inspection of the home or
14   homes that were done between October and
15   December 2006, which included you, on behalf
16   of La Suprema, Mr. Hummel on behalf of
17   Knauf Gips, and Mickey, whose last name you
18   do not remember, from Banner Pompano.
19 A.  Well, I believe that -- well,
20   my estimate is that -- well, we entered the
21   house and -- an hour, I don't believe longer.
22 Q.  Was any testing done?
23 A.  No.
24 Q.  What did you guys do?

Page 40

1 A.  Smelled the house.
2 Q.  All right.  So you walk in and
3   you (demonstrating) smell the house and then
4   you left.
5 A.  Exactly.
6 Q.  What did you determine from
7   walking in as a group, smelling the house,
8   and walking out?
9 A.  That there was a smell.
10 Q.  What happened after that?
11 A.  Mr. Hummel left.
12 Q.  And was anything resolved?
13 A.  He said he was going to speak
14   with Mr. Knauf, and they were going to see
15   what -- what -- they were going to send other
16   technicians.
17 Q.  Did that happen?
18 A.  Yes.
19 Q.  When did that happen?
20 A.  I believe he -- I believe that
21   was -- I believe that Mr. Don can give a
22   better date.
23 Q.  Give us your best estimate.
24 A.  Between November 2006 and

Page 41

1   December 2006.
2  Q.  Who came down?
3  A.  Mr. Mark Norris.
4  Q.  Who did Mr. Norris work for?
5  A.  For Knauf Tianjin.
6  Q.  Did he come with anyone else?
7  A.  No, he came by himself that
8   time.
9  Q.  What did he come to do?
10  A.  To smell the house.
11  Q.  Another smeller?
12  A.  Yes.
13  Q.  What was his position?
14  A.  He is, as far as I understand
15   it, the one in charge of the Knauf Tianjin
16   factory.
17  Q.  Do you know what his degree is
18   in?
19  A.  He didn't tell me.
20  Q.  Did he do anything other than
21   walk into a house and smell it?
22  A.  On that occasion, the problem
23   had grown, and they had entered -- they had
24   already entered, gone into, several homes.

Page 42

1  Q.  Where were the homes located?
2  A.  In Fort Lauderdale, someplace
3   in Broward, I don't remember.
4  Q.  Did you go with him?
5  A.  A couple of times.
6  Q.  What was done?
7  A.  Smelled the homes.
8  Q.  What did you smell then?
9  A.  I only smelled what I have
10   always smelled, and that was a very -- that
11   was a strong construction smell.  But to me,
12   well, in my opinion, it was construction
13   smell.  Well, I mean, I didn't -- I didn't
14   smell anything strange.  I was not perceiving
15   what everybody else was perceiving.
16  Q.  What was everybody else
17   perceiving?
18  A.  That the house -- that the
19   house was closed and that there was -- well,
20   there was a strong construction smell to it,
21   a strong construction smell to it.  That was
22   my opinion, the smell it had.  The smell, the
23   smell, the smell was not going away.
24  Q.  What were the others saying

Page 43

1   they smelled?
2  A.  Don't know.
3  Q.  Have you heard the term,
4   "smells like rotten eggs"?
5  A.  In the last six months, a great
6   deal.
7  Q.  But when you were there with a
8   Knauf individual, when they came back, did
9   you ever hear any of the Knauf individuals,
10   any of the Knauf entities, Tianjin or Gips,
11   say it smelled like rotten eggs?
12  A.  That term came out now.
13  Q.  What did Mr. Norris say to you
14   about what he smelled?
15  A.  Mr. Norris said that that was a
16   normal smell of the gypsum from China.
17  Q.  So from your understanding, all
18   of the gypsum from China smells like the one
19   that you smelled in Florida?
20      MR. RASCO:  Objection, form.
21      MR. HAYDEN:  Foundation.
22  A.  That was said by Mr. Mark
23   Norris.
24      BY MR. GONZALEZ:

Page 44

1  Q.  And he's the head of the
2   factory for Knauf Tianjin?
3  A.  Yes, and I need to go to the
4   bathroom.
5  Q.  Okay.
6      THE VIDEOGRAPHER:  Going off
7   the record, the time is 11:31.
8      (Recess taken, 11:31 a.m. to
9   11:38 a.m.)
10      THE VIDEOGRAPHER:  We're on the
11   record.  The time is 11:38.
12      BY MR. GONZALEZ:
13  Q.  How was the smell described to
14   you by the Knauf Tianjin manager?
15  A.  Are we speaking about
16   Mr. Norris?
17  Q.  Norris.
18  A.  Okay.  He said that the gypsum
19   from China, different from the U.S. gypsum,
20   comes from a natural mine, and that therefore
21   the gypsum smelled.  That's it.
22  Q.  Was he concerned?
23      MR. HAYDEN:  I'll object.  That
24   asks him to -- objection.

Page 45

1 A. I believe so.
2 MR. RASCO: Are you sure?
3 MR. HAYDEN: Yes.
4 BY MR. GONZALEZ:
5 Q. What gave you that impression?
6 A. Well, that Mr. Knauf from
7 Germany would call him every day at midday.
8 Q. About what?
9 A. To see what was going on.
10 Q. What was going on?
11 A. That the homes smelled.
12 Q. Obviously something is going
13 on, right?
14 MR. HAYDEN: Objection,
15 argumentative.
16 A. And I believe that they were
17 concerned on account of a problem that had
18 never come up.
19 BY MR. GONZALEZ:
20 Q. Who did Mr. Knauf keep calling?
21 MR. HAYDEN: Objection,
22 mischaracterizes testimony.
23 A. Mr. Knauf, I -- I remember,
24 because on several occasions Mr. Norris told

Page 46

1 me that he had a conference call with
2 Mr. Knauf.
3 BY MR. GONZALEZ:
4 Q. What was the sum and substance
5 of the conference call?
6 A. He -- he -- I could not hear
7 what he was talking about. He would leave
8 and he would talk with him in private.
9 Q. How often did that occur?
10 A. I believe like twice, in my
11 presence.
12 Q. Where is Mr. Knauf's address?
13 Where is he located?
14 MR. HAYDEN: Objection,
15 speculation. Foundation.
16 A. I believe he's in Germany.
17 BY MR. GONZALEZ:
18 Q. What do you base that on?
19 A. In that their headquarters is
20 in Germany.
21 Q. Do you know what Mr. Knauf's
22 position is?
23 A. That's the owner. He is, as
24 they say, the big boss.

Page 47

1 Q. Who made the decision to send
2 the Knauf employees to Florida to inspect and
3 smell the homes?
4 A. I don't know. I don't know,
5 but most probably -- and this is -- this
6 is -- I'm just taking a guess here -- that
7 was Mr. Knauf.
8 MR. HAYDEN: Objection,
9 speculation.
10 BY MR. GONZALEZ:
11 Q. So you don't know who -- you
12 don't know who actually sent the Knauf
13 employees, but you know that Mr. Knauf was
14 involved with the Knauf employees' work in
15 Florida?
16 A. What I can tell you is as
17 follows: This man, Mr. Hans Hummel, has
18 direct access to Mr. Knauf. He does not
19 report to anybody else, unless it's Mr. Knauf
20 in Germany or Mr. Knauf's daughter in Turkey,
21 because he told me so.
22 Q. So we know that Mr. Knauf in
23 Germany was directly involved with the
24 investigations in Florida involving the

Page 48

1 smelly drywall.
2 MR. HAYDEN: Objection,
3 speculation, lack of foundation.
4 A. He was the orchestra director.
5 BY MR. GONZALEZ:
6 Q. Telling people what to do.
7 A. Sure.
8 Q. And you have personal knowledge
9 of that?
10 A. No.
11 Q. You know that because
12 Mr. Hummel told you that directly?
13 A. Mr. Hummel told me that he, he
14 reported directly to Mr. Knauf and to
15 Mr. Knauf's daughter, because she -- she
16 has -- she controls part of Europe, and she
17 is based out of Turkey.
18 Q. What is her --
19 A. I did not pull out that type of
20 information, that type of information, out of
21 thin air. That was given to me by this man.
22 Q. "This man" being Mr. Hummel?
23 A. Yes.
24 Q. Who worked for Knauf Gips.

Page 49

1 A. Yes.
2 Q. And they also involved the
3 manager of Knauf Tianjin?
4 A. Yes.
5 Q. And other Knauf employees came
6 to inspect the homes after that, correct?
7 MR. HAYDEN: Objection. I'd
8 ask to just clarify which Knauf entity
9 we're talking about.
10 A. The man --
11 MR. HAYDEN: Because now you're
12 not talking about --
13 MR. GONZALEZ: I'll clarify it,
14 but I have to get the answer first.
15 MR. RASCO: You have to give
16 him the objections also, please,
17 especially like this one.
18 THE INTERPRETER: That's what I
19 had asked a moment ago, sir. I don't
20 know -- you're telling me that you
21 want me to pick and choose, but I
22 can't pick and choose.
23 MR. RASCO: Any objections
24 should be interpreted.

Page 50

1 THE INTERPRETER: That's why I
2 had asked.
3 MR. HAYDEN: My objection is to
4 form. There are several Knauf
5 entities involved, and the Knauf
6 general name was used.
7 THE WITNESS: Okay.
8 BY MR. GONZALEZ:
9 Q. My question was very general.
10 There were other Knauf employees that were
11 sent down to Florida to investigate the
12 smelly drywall problem, correct?
13 A. Yes -- oh, excuse me.
14 Q. Do you know who they were?
15 A. After Mr. Norris came to Miami
16 on the first occasion and he left, taking
17 with him sort of an impression as to what had
18 happened, he came back to the U.S. after
19 about two or three weeks with another man who
20 didn't work at the China factory, but I don't
21 remember now what his name is or -- he was
22 Australian. That's what I remember, he was
23 Australian.
24 Q. So that's roughly in late

Page 51

1 November of 2006?
2 A. I don't know. I don't exactly
3 remember when.
4 Q. But it's certainly after
5 October and before December 31st, 2006?
6 A. Ask Mr. Don, he can give you
7 the exact dates.
8 Q. How do you know that Mr. Don
9 can give us the exact dates?
10 A. Because when Mr. Mark Norris
11 came, Mr. Norris wouldn't even go to the
12 bathroom without asking Mr. Don, Mr. Norris
13 and another young man who came from Chicago.
14 Q. For permission?
15 A. Sure.
16 MR. HAYDEN: Off the record.
17 Should I be concerned here?
18 MR. GONZALEZ: Not at all.
19 (Laughter.)
20 BY MR. GONZALEZ:
21 Q. What was the purpose of the new
22 person coming down, the Australian Knauf
23 employee?
24 A. To assist Mr. Mark Norris.

Page 52

1 Q. At this point in time, did the
2 inspections increase from the smell test to
3 something more substantive?
4 A. Yes.
5 Q. How did it change?
6 A. Well, they retained a company
7 from Arkansas or Alabama, a company that
8 carries out tests.
9 Q. What company was it?
10 A. Don't know.
11 Q. What tests were carried out?
12 A. They cut pieces of drywall from
13 five or six homes, and they carried out tests
14 on them to see what the drywall had.
15 Q. Who cut the wall?
16 A. The young man from this
17 company.
18 Q. What role did the Knauf Tianjin
19 person play and the Australian Knauf employee
20 play in this?
21 A. I don't know. I don't know.
22 Maybe they were telling them what house to
23 cut from or in which house to cut. I don't
24 know. I don't know.

Case 2:09-md-02047-EEF-MBN   Document 14390-24   Filed 05/18/12   Page 15 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 53

1 Q. You weren't telling them what
2 houses to go to, right?
3 A. When Mr. Mark Norris arrived in
4 Miami, he said that they were going to be in
5 charge of all of this matter. So truth be
6 told, here, I -- the ones that were in charge
7 of this were the gentleman from Knauf and the
8 gentleman from Baker & McKenzie.
9    MR. HAYDEN: Objection, move to
10 strike. Lacks foundation.
11    BY MR. GONZALEZ:
12 Q. And do you have personal
13 knowledge of that?
14 A. Yes.
15 Q. How many homes were tested by
16 the inspection company at Knauf's request?
17 A. I don't know. I've explained
18 to you that between five and 10 homes, could
19 be more, it could be less. I don't know. I
20 have no idea.
21 Q. And were these homes also in
22 Broward?
23 A. I believe so.
24 Q. Did you go to the homes when

Page 54

1 they were being tested?
2 A. I remember that I saw them. I
3 saw these young men when they came to the
4 houses. I was not at every house, but I did
5 see them. I did see them come in with these
6 immense Ziplocs, putting the whatchamacallit,
7 the drywall, in to carry out the tests.
8 Q. Did you know what tests they
9 were going to conduct?
10 A. I had no idea.
11 Q. Do you know what the results of
12 the tests were?
13 A. Well, Mr. Norris promised that
14 we were going to get those results, and I
15 never got those results. I received -- well,
16 I think that a month or two ago, while
17 surfing the internet, I found the results.
18 But I -- and I'm sure that that was even the
19 result. I saw a letter, a letter from an
20 Arkansas company, telling Knauf that these
21 were the results, et cetera, et cetera.
22 Q. What were the results?
23 A. I don't know how to read that.
24 Q. Knauf never shared the results

Page 55

1 with you?
2 A. Knauf neither --
3 whatchamacallit, what was that, share --
4 what's that, what was it that you asked me?
5 Q. Did Knauf give you the results
6 of the studies?
7 A. Knauf had no communication
8 whatsoever with La Suprema or La Suprema
9 Enterprise after December or January. After
10 that, I didn't know anything more from them.
11 Q. So after December 2006,
12 January 2007, you never heard from Knauf
13 again?
14    MR. HAYDEN: You have to speak
15 out loud.
16    THE WITNESS: Yes, I know.
17 A. More or less, give-and-take,
18 those months.
19    MR. GONZALEZ: He needs to
20 change the tape.
21    THE VIDEOGRAPHER: Going off
22 the record. This marks the end of
23 Videotape No. 1.
24    (Recess taken, 11:55 a.m. to

Page 56

1 12:02 p.m.)
2    THE VIDEOGRAPHER: This marks
3 the beginning of Tape 2 in the
4 videotaped deposition of Salomon
5 Abadi. Going on the record, the time
6 is 12:02.
7    BY MR. GONZALEZ:
8 Q. Based on what you were told by
9 Mr. Hummel from Knauf Gips from Germany, how
10 involved was Mr. Knauf in this investigation
11 in Florida involving the Chinese drywall that
12 smelled?
13    MR. HAYDEN: I'm going to
14 object on lack of foundation, but go
15 ahead.
16 A. Mister -- Mr. Hummel did not
17 tell me that Mr. Knauf was involved. He told
18 me that he would report directly, directly --
19 directly to him, Mr. Knauf, and his daughter.
20    BY MR. GONZALEZ:
21 Q. And was Mr. Knauf telling him
22 what to do?
23    MR. HAYDEN: Objection,
24 spec- -- that's total speculation.

Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 57

1   A.   I don't know.  I don't know.
2       BY MR. GONZALEZ:
3   Q.   When did you discover that the
4   drywall was also causing air conditioning
5   coils to blacken?
6       MR. RASCO: Objection, form.
7       MR. GONZALEZ: You want me to
8   rephrase it, I will.
9       MR. RASCO: Go ahead.
10      BY MR. GONZALEZ:
11  Q.   Did there come a point in
12  time -- did there come a point in time when
13  you discovered that air conditioning coils
14  were turning black as a result of the Chinese
15  drywall?
16  A.   Yes, in the publication by the
17  Wall Street Journal.
18  Q.   When was that?
19  A.   I don't know.
20  Q.   What year?
21  A.   It was either at the end of
22  this year or the beginning of this past year,
23  and I'm not sure whether it was the Wall
24  Street Journal or the Miami Herald.  It was

Page 58

1   in a newspaper.
2   Q.   Same question with respect to
3   wires turning black.  When did you first
4   become aware that the wires were turning
5   black as a result of the Chinese drywall?
6   A.   All, all of the information
7   that I have gathered, that I presently have
8   regarding the ACs, the wires, the coils, have
9   been either through the internet or the
10  newspapers or television.
11  Q.   And when did you first obtain
12  that knowledge?
13  A.   I've already -- I've already
14  responded to you.  Either the end of last
15  year or the beginning of this one.
16  Q.   When is the end of last year
17  for you?
18  A.   (In English)  Are we talking
19  Christian year or Jewish year?
20  Q.   I'm talking about when you say,
21  "I learned it at the end of last year" --
22  A.   (In English)  December.
23  Q.   -- or "the beginning of this
24  year," that can mean different things to

Page 59

1   different people, as you have now identified.
2   A.   Okay.  I will respond to you in
3   this fashion.  I found out that there were
4   problems with the -- with the pipes at the
5   end of 2008 to the beginning of 2009.
6   Q.   So somewhere between November
7   of 2008 and January of 2009?
8   A.   I'll let you have the month of
9   November and just give-and-take, because I'm
10  not sure.
11  Q.   What did you do about it when
12  you found out?
13  A.   I found out -- I found out that
14  there were problems with Lennar because
15  Banner had told me that in the month of
16  November, but I didn't know what problems
17  existed.  I knew, I always knew the smelly
18  board, okay?  But I knew -- I never knew that
19  they were having problems with the pipes,
20  with the air conditioning.  I got to find out
21  for the first time more or less about that
22  time period.
23  Q.   So smelly boards you knew about
24  in 2006.

Page 60

1   A.   Yes.
2   Q.   And you informed Rothchilt
3   about your concerns about the smelly drywall,
4   right?
5   A.   Sure.
6   Q.   And you also personally told
7   Knauf about your concerns about the smelly
8   drywall in 2006, correct?
9   A.   Correct.
10  Q.   And you told, through
11  Rothchilt, B -- Beijing Building Supplies
12  about your concerns over the smelly drywall,
13  correct?
14  A.   No.
15  Q.   Wasn't Rothchilt the
16  distributor for Beijing Building Supplies as
17  well?
18  A.   Yes.
19  Q.   And wasn't Rothchilt also the
20  distributor for Pingyi Baier?
21  A.   Yes.
22  Q.   So when you explained your
23  concerns over the smelly drywall, did it
24  include all of the manufacturers you were

Page 61

1  purchasing from, or just Knauf?
2  A.  The only problem that I have
3  had is with Knauf.
4  Q.  Okay.  Now, did Knauf ever
5  satisfy your concerns over the smelly drywall
6  problem?
7  A.  I don't understand the
8  question.
9  Q.  Did Knauf ever tell you, "We're
10  going to fix the problem"?
11     MR. HAYDEN: Objection,
12  speculation.
13  A.  Mr. Norris told me that they
14  were an international factory and that they
15  would handle everything.
16     BY MR. GONZALEZ:
17  Q.  When Mr. Norris from Knauf told
18  you that they were an international factory,
19  did that include the United States of
20  America?
21     MR. HAYDEN: Objection,
22  speculation.  Hearsay.
23  A.  It could be, yes.
24     MR. HAYDEN: Speculation.  Move

Page 62

1  to strike.
2     BY MR. GONZALEZ:
3  Q.  Was it your understanding
4  that -- was it your understanding that Knauf
5  as an international corporation was doing
6  business in the United States of America?
7     MR. HAYDEN: I'll object to the
8  form.
9  A.  When I -- when I went to see
10  the Knauf factory in Tianjin, those people
11  had a football stadium packed with drywall
12  ready to send to the U.S.
13     BY MR. GONZALEZ:
14  Q.  And that was in -- between
15  October and November of 2006?
16  A.  No, 2005.
17  Q.  Okay.  That was
18  October-November 2005?
19  A.  Yes.
20  Q.  What was Rothchilt's
21  relationship with Knauf?
22     MR. HAYDEN: Objection --
23  objection, foundation, speculation.
24  A.  Well, you've got the paperwork

Page 63

1  there.
2     BY MR. GONZALEZ:
3  Q.  I want your understanding of
4  it.
5  A.  They are the agents.
6  Q.  So we're clear, Rothchilt -- to
7  your understanding Rothchilt was the agent of
8  Knauf?
9  A.  Those are the papers that are
10  signed.
11  Q.  I'm asking your understanding
12  of the relationship.
13     MR. RASCO: Objection,
14  competence.
15     MR. HAYDEN: Objection,
16  mischaracterizes the document.
17     BY MR. GONZALEZ:
18  Q.  Do you know?
19  A.  Well, they negotiated the
20  prices, okay?  They negotiated the prices.
21  They signed the contract.  And afterwards
22  gave me a contract.
23     MR. HAYDEN: Could we get a
24  clarification as to who "they" is?

Page 64

1  A.  So the -- I ask you the
2  question, how do you interpret that
3  relationship?
4     BY MR. GONZALEZ:
5  Q.  Knauf used Rothchilt as its
6  agent, correct, in China?
7  A.  Correct.
8  Q.  And then Rothchilt dealt with
9  you to sell the Knauf drywall in Florida
10  during the years that you sold it?
11     THE INTERPRETER: Could you
12  read that back, Ms. Reporter, please?
13     THE REPORTER: Yes, sir.
14     BY MR. GONZALEZ:
15  Q.  And Rothchilt dealt with you to
16  sell the Knauf drywall in Florida?
17     MR. HAYDEN: I'm going to
18  object just that -- to the
19  misstatement of the --
20     MR. GONZALEZ: Under the Rules
21  of Federal Rules of Civil Procedure,
22  you can object to form, but you cannot
23  do much more than that.
24  A.  You have hit the nail on the

Case 2:09-md-02047-EEF-MBN   Document 14390-24   Filed 05/18/12   Page 18 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 65

1  head.
2      BY MR. GONZALEZ:
3  Q.  Okay.  Explain that.
4  A.  It's clear.
5  Q.  Okay.  I'm going to show you
6  what we'll mark as Exhibit 357 for this
7  deposition.
8      MR. RASCO: Actually, why don't
9  you use the whole Bates number.  It's
10  Suprema, SUP --
11      MR. MONTOYA: I'm sorry, 366,
12  excuse me.
13      MR. RASCO: -- SUP EN 357.
14      MR. MONTOYA: What?
15      MR. GONZALEZ: No, no, no, this
16  is that number.  It's not the Bates
17  number.  These are my numbers for
18  these exhibits.
19      MR. RASCO: Oh, these are your
20  numbers.
21      MR. GONZALEZ: Right.
22      MR. RASCO: I apologize.
23      MR. GONZALEZ: We have exhibit
24  numbers, and we have Bates stamp

Page 66

1  numbers.
2      MR. RASCO: I thought -- oh.
3      MR. GONZALEZ: They're
4  different.
5      (Whereupon, Deposition Exhibit
6  La Suprema 30(b)(6)-366, Sole Agent
7  Contract between Knauf Plasterboard
8  (Tianjin) Co., Ltd., and Rothchilt
9  International Limited, dated March 13,
10  2006, SUP EN_0003595, was marked for
11  identification and/or introduced.)
12      MR. GONZALEZ: Yes, show it
13  to -- I have one for you, Don.
14      THE INTERPRETER: Gentlemen,
15  pardon me asking, but if you're going
16  to refer to documents, may I have a
17  copy of it also?  Thank you.
18      MR. RASCO: I thought you were
19  referring to the Bates stamp
20  previously.
21      MR. GONZALEZ: 366, also known
22  as Bates stamp number SUP EN 3595.
23      MR. RASCO: If you could do
24  that, I'd appreciate it.

Page 67

1      MR. GONZALEZ: I will do my
2  best, and you'll help me do it.
3      BY MR. GONZALEZ:
4  Q.  I've shown you Exhibit 366.
5  Can you tell us what this is?
6      MR. RASCO: 356?
7      THE INTERPRETER: No, sir, it's
8  366.
9  A.  Well, here it says, "Sole Agent
10  Contract," correct.  It says here, "Contract
11  number" so-so and so.  Would you like me
12  to -- would you like me to number the
13  contract for you?
14      BY MR. GONZALEZ:
15  Q.  Before we get to that, how did
16  you -- did you get a copy of this document?
17  A.  Yes.
18  Q.  How did you get it?
19  A.  It was sent to me.  It was sent
20  to me by Rothchilt.
21  Q.  Who at Rothchilt sent it to
22  you?
23  A.  Jawahar.
24  Q.  Jawahar.

Page 68

1      Did you keep it as part of your
2  business records?
3  A.  Yes.
4  Q.  And are you in the business of
5  keeping business records?
6      MR. RASCO: Objection, form.
7      BY MR. GONZALEZ:
8  Q.  As part of your business, do
9  you keep business records?
10  A.  I try to keep the least
11  possible.
12  Q.  But you kept this one?
13  A.  Yes.
14  Q.  Is this a true and correct copy
15  of the document?
16  A.  I believe so.
17  Q.  Do you know whose signature
18  that is on the bottom?
19  A.  I believe it's Mark Norris'.
20  Q.  Who worked for whom?
21  A.  He is the one who was in charge
22  of Knauf Tianjin.
23  Q.  Okay.  Let's look at this
24  document together.  On the top it has a

Case 2:09-md-02047-EEF-MBN   Document 14390-24   Filed 05/18/12   Page 19 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 69

1   contract number, right?
2   A.   Correct.
3   Q.   And it says, "Ex-USA"?
4   A.   Yes.
5   Q.   Does that mean it's going to
6   the United States of America?
7        MR. HAYDEN: Objection,
8   speculation.
9   A.   Ask Mr. Norris.
10       BY MR. GONZALEZ:
11  Q.   You don't know?  Do you know
12  what the numbers mean?
13  A.   No.
14  Q.   The date of this document is
15  March 13th, 2006, correct?
16  A.   Correct.
17  Q.   And it says, "Seller:  Knauf
18  Plasterboard Tianjin Company, Ltd.," correct?
19  A.   Correct.
20  Q.   "Attention, Mark Norris,"
21  right?
22  A.   Correct.
23  Q.   And then the buyer, it says,
24  "Rothchilt International Limited," correct?

Page 70

1   A.   Correct.
2   Q.   "Attention, Salomon," right?
3   A.   Correct.
4   Q.   Is that you?
5   A.   I don't believe there's another
6   Salomon.
7   Q.   Okay.  So they listed you as
8   the Rothchilt International Limited person.
9        MR. RASCO: Objection, form.
10  A.   It could be.  But I believe --
11  but it's a mistake, but it could be.
12       BY MR. GONZALEZ:
13  Q.   Okay.  Then under description,
14  it says standard board, right?
15  A.   Yes.
16  Q.   That's wallboard, right?
17  Drywall?
18  A.   Yes.
19  Q.   And what was the quantity?
20  A.   The quantity I believe is
21  1,890,000 pieces.
22  Q.   What does the "M2" mean?
23  A.   The M2 are the meters, the
24  linear feet.  Linear foot.  In drywall, sales

Page 71

1   are not made by pieces, but it is sold by
2   feet.
3   Q.   So that's 8,439,228 feet?
4   A.   No, I believe it's -- no, I
5   believe it's meters, because in China they
6   use meters.  They do not use feet.
7   Q.   So 8,439,228 meters?
8   A.   Correct.
9   Q.   At $4.50 apiece?
10  A.   Correct.
11  Q.   For a total of $8,505,000,
12  correct?
13  A.   Correct.
14  Q.   That's U.S. dollars, right?
15  A.   They are U.S. dollars, yes,
16  yes.
17  Q.   Okay.  So if we go down to --
18  where it says, "Sole Agent Areas" --
19  A.   Okay.
20  Q.   -- it says, "Sole Agent Areas,
21  Florida, USA," correct?
22  A.   Correct.
23  Q.   So looking at this document,
24  it's clear that Knauf is appointing Rothchilt

Page 72

1   International to be the sole agent for it for
2   Florida, United States of America, correct?
3        MR. RASCO: Objection, form.
4   A.   Correct.
5        BY MR. GONZALEZ:
6   Q.   And then it states, The seller
7   appoint buyer as sole agent of the above
8   plasterboard in Florida, USA?
9   A.   Where does it say that?
10  Q.   The sentence underneath "Sole
11  Agent Areas, Florida USA."
12  A.   Yes.
13  Q.   It also says, "Seller will not
14  ship goods to any port in Florida through
15  other customers," correct?
16  A.   Correct.
17  Q.   And then it has the shipping
18  dates from March 11th, 2006, through
19  March 11th, 2007, right?
20  A.   Correct.
21  Q.   And the shipping instructions
22  are 60 containers per week, right?
23  A.   Correct.
24  Q.   For a total of 3,000 containers

Page 73

1  for one year, correct?
2  A.  Correct.
3  Q.  And those containers are those
4  big metal boxes that are stacked on ships,
5  right?
6  A.  Correct.
7  Q.  And this drywall was actually
8  shipped from China to the United States
9  through shipping, correct?  Marine shipping.
10 A.  Correct.
11 Q.  And when I say "marine
12 shipping," to use plain language, boats.
13 A.  Correct.
14 Q.  And the destination was the
15 Miami port in Florida, correct?
16 A.  Correct.
17 Q.  I'm going to show you what we
18 will mark as Exhibit 367.
19     MR. RASCO: Bates stamp?
20     MR. GONZALEZ: Bates stamp
21 number 3596.
22     MR. RASCO: SUP EN 3596?
23     MR. GONZALEZ: SUP EN 3596.
24     (Whereupon, Deposition Exhibit

Page 74

1  La Suprema 30(b)(6)-367, Sole Agent
2  Contract between Rothchilt
3  International Limited and La Suprema
4  Enterprise, Inc., dated March 13,
5  2006, SUP EN_0003596, was marked for
6  identification and/or introduced.)
7     BY MR. GONZALEZ:
8  Q.  Now, this is a Sole Agent
9  Contract, is the title of it, right?
10 A.  Correct.
11 Q.  And it has the same contract
12 number as the Exhibit 366, correct?
13 A.  Yes.
14 Q.  And in this document, the
15 seller is Rothchilt International Limited,
16 correct?
17 A.  Correct.
18 Q.  And the buyer here is
19 La Suprema Enterprise, Inc., right?  Right?
20 A.  Correct.
21 Q.  That's your company.
22 A.  That's mine.
23 Q.  And the "Attention: Salomon,"
24 that's you?

Page 75

1  A.  There's no other.
2  Q.  If we go to the description,
3  although some parts are blacked out, we're
4  referring to the same specification and
5  quantity in drywall that we were referring to
6  in Exhibit 366, correct?
7  A.  Correct.
8  Q.  So we're talking about the same
9  $8,505,000 worth of Chinese drywall
10 manufactured by Knauf Tianjin?
11 A.  No.
12 Q.  What are we referring to?
13 A.  Well, if you look, if you look
14 down below, it says, "STB board."
15 Q.  STD.
16 A.  Yeah.  You'll see that it says,
17 "Buying commission."
18 Q.  No, no.  That's not my
19 question.  The product that we're talking
20 about is the same?
21 A.  Yes, but you did mention a
22 figure in dollars, and the figure in dollars
23 is not the same between this contract and the
24 other one.

Page 76

1  Q.  Let's start from the product.
2  The product is the same?
3  A.  The product is the same.
4  Q.  It's the same drywall,
5  1,890,000 pieces, right?
6  A.  Correct.
7  Q.  And it's 843 -- 8,439,228
8  meters.  Right?
9  A.  Correct.
10 Q.  Okay.  But the price changes.
11 A.  Correct.
12 Q.  Because there's an additional
13 commission of 4% charged.
14 A.  Correct.
15 Q.  So if we wanted to get the
16 number, we would increase $8,505,000 by 4%.
17 Is that right?
18 A.  Correct.
19 Q.  Okay.  Now, in this document,
20 Rothchilt International appoints you as the
21 sole agent for the Knauf drywall for Florida
22 USA, correct?
23 A.  Correct.
24 Q.  And it states that the seller,

Page 77

1  Rothchilt, appoints buyer, you, La Suprema,
2  as agent for above plasterboard in Florida
3  USA, right?
4       (Interpreter translating.)
5       THE INTERPRETER: Could you
6  read that back, please?
7       THE REPORTER: Yes, one moment.
8       MR. GONZALEZ: I can restate
9  it.
10       BY MR. GONZALEZ:
11  Q.  "The seller appoints buyer as
12  sole agent of the above plasterboard in
13  Florida USA."  That's what it says in the
14  sentence under "Sole Agent Areas," right?
15  A.  Yes.
16  Q.  And it also says the seller
17  will not ship goods to any port in Florida
18  through other customers.
19  A.  Correct.
20  Q.  And that's shipping dates from
21  March 11th -- is that 11 -- March 11th, 2006,
22  to March 11th, 2007, right?
23  A.  Correct.
24  Q.  60 containers per week, right?

Page 78

1  A.  Correct.
2  Q.  For a total of 3,000 containers
3  for one year.
4  A.  Correct.
5  Q.  Okay.  And the destination of
6  the drywall is the Port of Miami, Florida,
7  USA, correct?
8  A.  But this is not said here.
9  Q.  Destination?
10  A.  Is that said here?  Yes, yes,
11  yes, yes, correct.
12  Q.  Okay.  And this was signed by
13  Ramesh -- it looks like Alwani?
14  A.  Alwani, yes.  Yes.
15  Q.  And he was a representative for
16  Rothchilt?
17  A.  To my understanding, he is the
18  owner.
19  Q.  And you recognize his
20  signature?
21  A.  No.  But that's how they sent
22  it.
23  Q.  And you kept it in the regular
24  course of business?

Page 79

1  A.  I kept it in a box, yes.
2  Q.  And these are part of your
3  business records?
4  A.  These are part of the things
5  that I have kept from the drywall documents,
6  yes.
7  Q.  All right.  So if you go to
8  366, Knauf appoints Rothchilt as its sole
9  agent to sell in Florida.
10  A.  Correct.
11  Q.  And then Rothchilt appoints you
12  as its sole agent to sell the Knauf product
13  that we're talking about in Florida during
14  the same time.
15  A.  Correct.
16  Q.  So at the time you were selling
17  this drywall in Florida, you were actually
18  acting as the sole agent for Knauf?
19       MR. RASCO: Objection, form.
20       MR. HAYDEN: Objection, form.
21  A.  Well, the manner in which
22  you're presenting this, well, if we look at
23  this contract, I am Rothchilt's agent, but I
24  am -- but selling the Knauf gypsum.  So

Page 80

1  everything is interlocked.
2       BY MR. GONZALEZ:
3  Q.  And you used the word
4  "married," didn't you?
5  A.  Yes.
6  Q.  And marriage is a formal
7  relationship, correct?
8       MR. HAYDEN: Objection.
9  A.  I believe it's too formal.
10       BY MR. GONZALEZ:
11  Q.  So when you said "marriage,"
12  you were intentionally using that word?
13  A.  Knowing full well what I was
14  saying.
15       MR. GONZALEZ: Okay.  Let's
16  take a lunch break.
17       THE VIDEOGRAPHER: We're going
18  off the record, the time is 12:32.
19       (Lunch recess taken, 12:32 p.m.
20  to 1:55 p.m.)
21       THE VIDEOGRAPHER: Please hold.
22  This marks the beginning of Tape 3,
23  Volume 1, in the videotaped deposition
24  of Salomon Abadi.  Going on the

Page 81

1  record, the time is 1:35 -- 1:55.
2      BY MR. GONZALEZ:
3  Q.  Do you remember when your last
4  shipment of Knauf product was scheduled to
5  arrive in the United States?
6  A.  I believe that the last
7  shipment was -- the last ship was on
8  September the 20th, '06, when it arrived.
9  Q.  Was that sold?
10 A.  Yes, it was.  Well, that was
11 turned over to the owner, which was Banner.
12     MR. BACKMAN: Same objection as
13 before.
14     BY MR. GONZALEZ:
15 Q.  Do you know which Banner
16 company that was?
17 A.  To all Banners.
18 Q.  Okay.  Do you know if Banner
19 paid for the product?
20 A.  Prepaid.
21 Q.  Did there come a point in time
22 where Banner told you they were concerned
23 about the defectiveness of that Chinese
24 drywall?

Page 82

1  A.  Well, when the problem arose,
2  when the problem occurred in October.
3  Q.  What happened?
4  A.  I received a phone call from
5  Mickey from Banner Pompano telling me that he
6  had a problem.  Well, I believe that the
7  company -- well, that there was a lady, that
8  there was a lady who was complaining about a
9  smell in her home and that there was a
10 company in Fort Lauderdale.  I'm not sure
11 which one it was, a developer, a developer
12 that was also having problems.
13 Q.  You got -- you told us earlier
14 that you got Knauf involved in the inspection
15 of the drywall problems in Florida.  Right?
16 A.  Yes, sure.
17 Q.  Did there come a point in time
18 where Knauf told you, "Our product is
19 defective, don't sell it anymore"?
20 A.  When Mr. Hummel came to Miami,
21 after Mr. Hummel left, we received
22 instructions not to -- not to sell the
23 product anymore.
24 Q.  Who instructed you not to sell

Page 83

1  the Knauf drywall product anymore?
2      MR. HAYDEN: I'm going to
3  object.
4  A.  Knauf Tianjin.
5      MR. HAYDEN: And Ervin, just so
6  we're clear, and I think you might
7  have clarified this already.  When
8  you're saying Knauf, you mean KPT
9  unless you distinguish otherwise?
10     MR. GONZALEZ: Well, Mr. Hummel
11 works for Knauf.
12     MR. HAYDEN: Mr. Hummel does
13 work for Knauf, yes.
14     MR. GONZALEZ: And that's who
15 got -- gave him the instruction is
16 what I heard.
17     MR. HAYDEN: Okay, but --
18     MR. GONZALEZ: Are we having --
19 is this an off-the-record discussion
20 or --
21     MR. HAYDEN: This is off the
22 record.
23     MR. GONZALEZ: Okay.  So it's
24 an off-the-record discussion.

Page 84

1      (Discussion off the record.)
2      MR. GONZALEZ: Okay.  Let's go
3  back on.
4      THE INTERPRETER: Knauf.  Knauf
5  Tianjin.
6      MR. RASCO: What was the last
7  question?  And read back the answer
8  also.
9      THE REPORTER: Yes, sir.  One
10 moment.
11     (The reporter read back the
12 following portion of the preceding
13 record.)
14     "QUESTION: Who instructed you
15 not to sell the Knauf drywall product
16 anymore?
17     "ANSWER: Knauf Tianjin."
18     (End of readback.)
19     THE INTERPRETER: May I
20 request, please, for the record, that
21 before an objection or a comment is
22 interposed, to allow me to interpret
23 the answer given by the witness for
24 the record so that in case it's a

Case 2:09-md-02047-EEF-MBN   Document 14390-24   Filed 05/18/12   Page 23 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 85

1   prolonged answer, I'm able to
2   interpret that and not have to try to
3   remember it throughout the discussion.
4       MR. GONZALEZ: Yes.
5       THE INTERPRETER: Thank you,
6   sir.
7       BY MR. GONZALEZ:
8   Q.   What were you told by Knauf
9   Tianjin with respect to not selling the
10   drywall, the Chinese drywall, anymore in
11   Florida?
12   A.   Knauf Tianjin sent a -- I don't
13   quite remember whether it was through
14   Ms. Cecilia Wang or through Rothchilt, that
15   we could not deliver to any jobsite, not even
16   one more drywall sheet.
17   Q.   And did they tell you it was
18   because the drywall was defective?
19   A.   No.
20   Q.   Did they explain to you why
21   they didn't want you to sell any more Knauf
22   product anymore?
23   A.   Well, they wanted to -- well,
24   they wanted to -- well, it seems to me they

Page 86

1   believed -- well, they wanted to -- wanted to
2   know what was happening.
3   Q.   Did they reimburse you for the
4   product that you purchased from them?
5   A.   Mr. Gonzalez, you must
6   understand that I -- that the product came in
7   prepaid and that the product was delivered to
8   the buyer, which was Banner.  I know that
9   Banner picked up all of the sheets, and the
10   sheets were sent to a Banner Supply warehouse
11   in Pompano.  And after that, I -- and after
12   that, I didn't know anything else.  I don't
13   know what Knauf could have done with Banner
14   Supply.
15   Q.   Do you have personal knowledge
16   that Banner collected all of the Knauf
17   drywall from the last shipment and placed it
18   in a warehouse in Pompano?
19   A.   Repeat the question?
20   Q.   Do you have personal knowledge
21   that Banner collected the Knauf drywall from
22   the last shipment and placed them all in a
23   warehouse in Pompano?
24       MR. BACKMAN: Same objection.

Page 87

1   A.   What I have knowledge of is if
2   you look at the documents, there are some
3   letters there from Banner Supply in Miami and
4   from Banner Supply Port St. Lucie, and I do
5   know that those sheets, that all of the
6   Banner Supply sheets with the Knauf brand
7   were dispatched to a warehouse in Pompano.
8       BY MR. GONZALEZ:
9   Q.   Did Knauf reimburse Banner for
10   the cost of the -- of that drywall that they
11   stored in a warehouse in Pompano?
12       MR. HAYDEN: Objection,
13   foundation.
14       BY MR. GONZALEZ:
15   Q.   Do you have reason to believe
16   that Knauf reimbursed Banner for the payment
17   of the drywall that it did not use and
18   instead stored in a warehouse in Pompano?
19       MR. HAYDEN: Same objection.
20   A.   Well, I believe that Knauf did
21   something with Banner, because otherwise
22   Banner would have come after me to collect.
23       BY MR. GONZALEZ:
24   Q.   Did you ask Knauf to take care

Page 88

1   of the problem so that you would not have a
2   legal problem with Banner with respect to the
3   defective drywall?
4   A.   I have told you previously that
5   when Mr. Mark Norris arrived in Miami, he
6   said that he would handle everything.  So I
7   thought that, well, they were going to -- to
8   whatchamacallit, to handle all of those legal
9   problems and those type of things, and well,
10   I -- and everything was fine until 2008.
11   Q.   When did Banner place the Knauf
12   drywall in a warehouse?
13       MR. BACKMAN: Form.
14   A.   I don't have the exact dates.
15       BY MR. GONZALEZ:
16   Q.   Roughly.
17   A.   I believe that -- I believe
18   that between January and March.
19   Q.   Of what year?
20   A.   But you have the letters there,
21   review them.  2000-- 2007.
22   Q.   Now, did Mr. Norris handle
23   everything with regard to the defective
24   drywall to your satisfaction?

Case 2:09-md-02047-EEF-MBN   Document 14390-24   Filed 05/18/12   Page 24 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 89

1    MR. HAYDEN: Objection,
2  speculative.
3  A.  I believe so, because as of
4  that time, as of 2008 when he came over and
5  he took charge of, he took possession of all
6  of the problem, I did not know anything else
7  about 2006, 2006.
8    BY MR. GONZALEZ:
9  Q.  Was that the -- did that happen
10  in the year 2006, when he came and met with
11  you?
12  A.  Yeah.
13  Q.  And since then, you have not
14  had to reimburse anybody for the defective
15  drywall made by Knauf, right?
16  A.  No.
17  Q.  And you believe that Knauf has
18  been handling the situation with the
19  companies that made claims about the
20  defective drywall to you?
21  A.  I believe so, that they -- in
22  2006, 2007, when that problem occurred, I
23  don't know.  I don't know for a fact.  But I
24  did not hear anything else, okay?  I did not

Page 90

1  hear anything else about -- from Knauf or
2  this problem until this Lennar problem
3  occurred.
4  Q.  "Lennar problem" meaning that
5  the developer Lennar sued you for the
6  defective drywall?
7  A.  Correct.
8  Q.  Now, Mr. Norris was working for
9  Knauf Tianjin, right?
10  A.  Correct.
11  Q.  And he's the one that told you,
12  "Don't worry about the problems with the
13  drywall, we'll take care of you, we are an
14  international company," right?
15    MR. HAYDEN: Objection, form.
16  A.  Correct.
17    BY MR. GONZALEZ:
18  Q.  And he also led you to
19  believe -- strike that.
20    He also told you that Knauf had
21  businesses in every major city in the world?
22    MR. HAYDEN: Objection, form.
23  A.  I don't know if he told me
24  that, but it's known that -- it's known that

Page 91

1  Knauf has factories everywhere in the world.
2    BY MR. GONZALEZ:
3  Q.  In fact, you've had situations
4  where Knauf Tianjin didn't have enough
5  drywall for you to purchase and they sent you
6  elsewhere in the world to purchase it,
7  correct?
8    MR. HAYDEN: Objection, form.
9  A.  Correct.  At a given time,
10  Knauf Tianjin could only supply me with 30
11  containers a week or they could not at a
12  certain given time, and they were the link
13  for purchases in Indonesia.
14    BY MR. GONZALEZ:
15  Q.  And at that time, did you
16  purchase from Knauf Indonesia?
17  A.  Through Rothchilt, yes.
18  Q.  What year was that?
19  A.  2006.
20  Q.  Did there come a point in time
21  where Knauf Tianjin then became available to
22  sell you product again and told you, "Buy
23  from us," buy from Knauf Tianjin again?
24  A.  Yes.

Page 92

1  Q.  Who was making the decision as
2  to which Knauf entity you should buy from?
3    MR. HAYDEN: Objection,
4  speculation.
5  A.  Don't know.
6    BY MR. GONZALEZ:
7  Q.  But you were certainly directed
8  to purchase from different Knauf entities
9  throughout the world.
10    MR. HAYDEN: Objection, form.
11  A.  The people from Knauf Tianjin
12  set up the link for purchases in Knauf
13  Indonesia.  They made all the arrangements.
14    BY MR. GONZALEZ:
15  Q.  Did they tell you that Knauf --
16  did Knauf Tianjin tell you that Knauf
17  Indonesia was a related company?
18  A.  Remember that all these
19  transactions were made through Rothchilt, but
20  I suppose that they're all related.
21  Q.  Based on your own
22  observations --
23    MR. HAYDEN: Objection,
24  speculation.

Page 93

1      BY MR. GONZALEZ:
2  Q.  Based on your own observations
3  and dealings with Knauf Tianjin and
4  Knauf Gips and Knauf Indonesia, do you
5  believe them to be all interrelated?
6      MR. HAYDEN: Objection,
7  improper opinion.
8  A.  Yes.
9      BY MR. GONZALEZ:
10  Q.  And why is that?
11  A.  Well, because they all work
12  together.  You can imagine that after they
13  picked up these sheets and they placed them
14  in the Pompano warehouse, I get a phone call
15  like about eight months thereafter from Knauf
16  Brazil, from whom I had previously purchased,
17  and I was told they had -- I was told they
18  had 52,000 or 53,000 sheets that had to leave
19  the country.
20  Q.  Leave what country?
21  A.  (In English) USA.
22      And that they were in a
23  warehouse in Pompano.
24  Q.  Why was Knauf Brazil calling

Page 94

1  you about the drywall that was in a Pompano
2  warehouse?
3      MR. HAYDEN: Objection,
4  speculation.
5  A.  Maybe they were given the
6  mission to sell it, I don't know.
7      BY MR. GONZALEZ:
8  Q.  Why did they call you?  Why did
9  Knauf Brazil call you?
10      MR. HAYDEN: Same objection.
11      BY MR. GONZALEZ:
12  Q.  Let me rephrase the question.
13      When you spoke -- did you speak
14  to the Knauf Brazil person?
15  A.  Yes.
16  Q.  Do you remember who you spoke
17  with?
18  A.  I believe the name was
19  Marcello.
20  Q.  And his last name?
21  A.  I believe it's Hansen.
22  Marcello Hansen, I believe.
23  Q.  What was the substance of the
24  conversation?

Page 95

1  A.  Well, way before I did -- had
2  my business dealings with China, I had
3  purchased 50 containers from them and, well,
4  we -- at a given time, they told me they
5  could not provide me with any because they
6  had too large of a market, a domestic market.
7  But the relationship continued.  The
8  relationship continued, and he -- well, the
9  relationship continued and he would come to
10  Miami and we would go out to eat and then one
11  day he called me, he called me and he told me
12  that the merchandise was available, whether I
13  wanted that.
14  Q.  Whether you wanted to buy that
15  drywall?
16  A.  Yes.
17  Q.  And the drywall he was
18  referring to was the drywall in the Pompano
19  warehouse that was stored by Banner?
20      MR. HAYDEN: Objection, total
21  speculation, form.
22      MR. BACKMAN: Form.
23  A.  Yes.
24      BY MR. GONZALEZ:

Page 96

1  Q.  And that's what Mr. Marcello
2  Hansen of Knauf Brazil told you?
3  A.  Mr. Marcello -- well,
4  Mr. Marcello Hansen did not tell me that they
5  were in the Banner warehouse.  They told me
6  that they had been put away in Pompano.
7  Q.  Okay.  And what did you do?
8  A.  I told them, "Yes, I want to go
9  see them."
10  Q.  What happened next?
11  A.  I didn't go.
12  Q.  Why not?
13  A.  I forgot.  We made an
14  appointment.  We made an appointment, and I
15  wanted to go see them, but I wasn't going to
16  go buy them, and I didn't go to the
17  appointment.
18  Q.  Do you believe it's the same
19  drywall that was warehoused by Banner, the
20  Knauf defective drywall that had been
21  warehoused by Banner?
22      MR. HAYDEN: Objection, lack of
23  foundation.
24  A.  Yes.

Page 97

1    BY MR. GONZALEZ:
2  Q.  Why do you believe that?
3  A.  Because there was no other
4    drywall in Miami, Knauf brand, that was in
5    Pompano and two plus two equals four.
6  Q.  Common sense, right?
7  A.  Yes.
8  Q.  Do you know what happened to
9    the drywall?
10    MR. HAYDEN: Objection,
11  foundation.
12  A.  I have no idea.
13    BY MR. GONZALEZ:
14  Q.  Was there any writing that
15    confirmed this communication?
16  A.  What kind of communication?
17  Q.  Letter, e-mail, note?
18  A.  Look, this business deal, this
19    is a gentlemen's deal.  This was done by
20    word, look, do this, do that.  And it was
21    always handled correctly and nothing had ever
22    had to be done in writing, and they never
23    asked me for nothing in writing.  Everything
24    was always done verbally.

Page 98

1  Q.  Do you know if Knauf reimbursed
2    Banner $890,000 for bad drywall?
3    MR. HAYDEN: Objection,
4  foundation.
5  A.  I was the one that returned 890
6    or 900,000 to Banner because they no longer
7    wanted the merchandise.
8    BY MR. GONZALEZ:
9  Q.  Why didn't they want the
10    merchandise, because it was defective?
11    MR. BACKMAN: Form.
12  A.  Because the brand by then
13    was -- nobody wanted the brand.
14    BY MR. GONZALEZ:
15  Q.  Because the drywall was
16    defective, right?
17    MR. HAYDEN: Objection, form.
18  A.  Because the drywall had issues.
19    BY MR. GONZALEZ:
20  Q.  And the issues the drywall had
21    was that it was defective?
22    MR. BACKMAN: Form.
23    MR. HAYDEN: Objection, form.
24    MR. RASCO: Objection, form.

Page 99

1  A.  The sheets -- the sheets
2    smelled.  I am not able to determine whether
3    the sheets were defective or not because I am
4    not an expert in the subject matter.
5    BY MR. GONZALEZ:
6  Q.  And you agree that the
7    sheets -- the Knauf drywall sheets smelled so
8    bad that you were willing to return $890,000
9    for them?
10    MR. BACKMAN: Form.
11    MR. HAYDEN: Form.
12    MR. RASCO: Form.  Form also.
13  A.  There was nothing to be done.
14    BY MR. GONZALEZ:
15  Q.  You felt it was the right thing
16    to do?
17  A.  Yes.
18    MR. HAYDEN: Objection.
19    BY MR. GONZALEZ:
20  Q.  And you agreed that the drywall
21    shouldn't smell like that?
22    MR. BACKMAN: Form.
23    MR. HAYDEN: Form.
24  A.  I agree that the drywall

Page 100

1    shouldn't have these problems.  I have never
2    run into a situation such as this, and I
3    don't think anybody should run into a
4    situation such as this.
5    BY MR. GONZALEZ:
6  Q.  Let's talk about that a little
7    bit.  Drywall should not have a strong smell,
8    correct?
9    MR. HAYDEN: Objection, form,
10  foundation.
11    MR. RASCO: Objection, form.
12  A.  In my opinion, and I'm not an
13    expert, I'm just a broker, I am not the one
14    that installs it, that handles it or that
15    handles the drywall, but I don't smell
16    anything here, and these walls contain
17    drywall.  Are we clear so far?
18    BY MR. GONZALEZ:
19  Q.  That's right.  So first of all,
20    the drywall shouldn't have a strong smell,
21    correct?
22    MR. RASCO: Objection,
23  competence.
24    MR. HAYDEN: Objection,

Page 101

1  foundation.
2  A.  It should not have a smell.
3      BY MR. GONZALEZ:
4  Q.  Drywall should not corrode air
5  conditioning coils, correct?
6      MR. BACKMAN: Objection.
7      MR. HAYDEN: Objection, form.
8      MR. RASCO: Objection, form.
9  A.  Sure, they should not.
10      Q.  BY MR. GONZALEZ:
11  Q.  Drywall should not corrode
12  wiring?
13      MR. HAYDEN: Objection, form,
14  foundation.
15      MR. RASCO: Objection, form.
16  A.  No.
17      BY MR. GONZALEZ:
18  Q.  Drywall should not corrode
19  plumbing.
20      MR. RASCO: Objection, form.
21      MR. HAYDEN: Same objection.
22  A.  No.
23      BY MR. GONZALEZ:
24  Q.  And if drywall is doing that,

Page 102

1  that's bad drywall.
2      MR. HAYDEN: Objection,
3  argumentative as well as the other
4  objection.
5      MR. RASCO: Objection, form.
6  A.  I suppose so. I suppose so.
7      BY MR. GONZALEZ:
8  Q.  And that's why you were willing
9  to reimburse Banner its money?
10  A.  Yes.
11      MR. BACKMAN: Form.
12      MR. HAYDEN: Objection, form.
13      BY MR. GONZALEZ:
14  Q.  Because it was the right thing
15  to do?
16      MR. HAYDEN: Objection, form.
17  A.  Yes.
18      BY MR. GONZALEZ:
19  Q.  And you try to please your
20  customers by providing them quality product.
21  A.  I imagine that's what you try
22  to do with your customers, correct, Counsel?
23  Q.  And that's what you try to do,
24  right?

Page 103

1  A.  Yes.
2  Q.  Has Knauf done anything to try
3  to fix the problem with your business as a
4  result of the problems they caused you?
5  A.  No.  There's an e-mail that
6  says -- no, there's an e-mail because they
7  have a deposit that they did not want to
8  return to me, and the deposit says that
9  Mr. Norris --
10      MR. GONZALEZ: E-mail.
11      THE WITNESS: No, no, the
12  deposit says that Mr. Norris says that
13  he does not want to do any more
14  business with me whatsoever.  I
15  correct, I correct, I correct.  The
16  e-mail says that Mr. Norris does not
17  want to do any further business with
18  me.
19      BY MR. GONZALEZ:
20  Q.  Do you know why that is?
21      MR. HAYDEN: Objection.  Total
22  speculation, hearsay.
23  A.  Ask him.  But there, in the
24  e-mail, it says that on my account, they

Page 104

1  ended up with some materials they were not
2  able to sell.  Why my fault, I did not
3  manufacture that.
4      BY MR. GONZALEZ:
5  Q.  They made it.
6  A.  Of course.
7  Q.  And it was defective, and it
8  caused you to lose money.
9      MR. HAYDEN: Objection, form,
10  foundation.
11  A.  Well, I am now the type of
12  person that cannot deal in any construction
13  material business because I am public enemy
14  no. 1 now.
15      BY MR. GONZALEZ:
16  Q.  Why is that?
17  A.  Because I brought the product.
18  Q.  What product are we referring
19  to?
20  A.  We're talking about Knauf,
21  Knauf's drywall.
22  Q.  Who did you sell the Knauf
23  drywall product to when you brought it in
24  from China?  And specifically I'm referring

Salomon H. Abadi
October 19, 2009

Page 105

1   to the drywall.
2       MR. HAYDEN: And just so I'm
3   clear, because we're going back to
4   Knauf again, KPT, right?
5       MR. GONZALEZ: Knauf Tianjin.
6   A.  99.999 percent was dispatched
7   to all of the Banner yards, Banner Supply
8   yards.  And a little bit was dispatched to
9   84 Lumber in Fort Myers.
10      BY MR. GONZALEZ:
11  Q.  What year for each, please?
12  Specifically what years for Banner.
13  A.  2006.
14  Q.  And what about for lumber,
15  84 Lumber?
16  A.  The same.
17  Q.  2006?
18  A.  Yes.
19  Q.  Did 84 Lumber make a complaint
20  to you about the quality of the drywall made
21  by Knauf Tianjin that you sold it?
22  A.  No.  Oh, forgive me.  I need to
23  go to the boys' room one minute.
24  Q.  Sure, absolutely.

Page 106

1       THE VIDEOGRAPHER: Going off
2   the record, it's 2:29.
3       (Recess taken, 2:29 p.m. to
4       2:37 p.m.)
5       THE VIDEOGRAPHER: Please hold.
6   We're back on the record.  The time is
7       2:37.
8       BY MR. GONZALEZ:
9   Q.  How much product did you --
10  when I say "product," I'm talking about the
11  drywall -- did you purchase from China from
12  the Beijing company and Pingyi Baier as
13  opposed to Knauf?
14  A.  He's got his -- you have the
15  documents.
16  Q.  I do.  Right.  What's your
17  understanding, if you were going to say
18  percentagewise and there's three entities,
19  BNB or Beijing, Pingyi Baier and Knauf, more
20  or less?
21  A.  More or less about -- a little
22  bit more than 50 -- a little bit more than
23  50% was purchased from Knauf.  One could say
24  that about 30% was -- from whatchamacallit,

Page 107

1   from Beijing Building Materials, and the
2   other 20 from Pingyi Baier.  That's -- well,
3   I don't know.  I'm guessing here.
4   Q.  An educated estimate?
5   A.  Give-and-take, yeah.
6   Q.  Okay.  What distinguishing
7   marks does the Pingyi Baier drywall have on
8   it?
9   A.  None.
10  Q.  Does it say "Pingyi Baier" on
11  it?
12  A.  No.
13  Q.  Does it say "Chinese Drywall"?
14  A.  No.
15  Q.  It has no markings on it at
16  all?
17  A.  Not that I recall.
18  Q.  How about the Beijing product,
19  Beijing Materials?
20  A.  What about it?
21  Q.  What distinguishing marks does
22  it have?
23  A.  None.
24  Q.  It doesn't say BNB, BMB or

Page 108

1   Beijing Materials?
2   A.  It doesn't say -- it doesn't
3   say anything.
4   Q.  How about Knauf?  Knauf?
5   A.  Knauf has its -- its
6   whatchamacallit -- its Knauf label.
7   Q.  Okay.  Now, in 2006, do you --
8   I'm going to ask you, there's a long list of
9   companies here and I'm going to ask you which
10  ones you remember La Suprema selling to.
11      AC-1 Building, do you remember
12  that?
13  A.  Yes.
14  Q.  Did you sell to them?
15  A.  Yes.
16  Q.  What year did you sell Chinese
17  drywall to them?
18  A.  I believe we could simplify.
19  Everything was sold in 2006.
20  Q.  Okay.  Let's do it that way.
21  I'll ask -- I'm going to give you this
22  preface so that you'll know that it's the
23  same question, and the question for all of
24  these will be, do you remember selling

Page 109

1    Chinese drywall to the following companies in
2    2006?
3    A.  That's fine.
4    Q.  AC 1 Building.
5    A.  Yes.
6    Q.  All Steel?
7    A.  Yes.
8    Q.  Banner Miami?
9    A.  Yes.
10   Q.  Banner Fort Myers?
11   A.  Yes.
12   Q.  Banner Pompano?
13   A.  Yes.
14   Q.  Banner Port St. Lucie?
15   A.  Yes.
16   Q.  Banner Supply Company Tampa?
17   A.  Yes.
18   Q.  Black Bear Gypsum?
19   A.  Yes.
20   Q.  Cape Cement and Supply?
21   A.  Yes.
22   Q.  Cape Cement and Supply Company?
23    May be the same one.
24   A.  Well, it's the same, yes.

Page 110

1    Q.  Doral Building Supply Corp.?
2    A.  Yes.
3    Q.  Gulfeagle Supply?
4    A.  Yes.
5    Q.  Nachon Enterprises?
6    A.  Yes.
7    Q.  And 84 Lumber Company?
8    A.  Yes.
9    Q.  Do you remember any others?
10   A.  I don't remember now.  I
11   believe that contains them all.  That's what
12   I found.
13   Q.  About how much in terms of
14   price is involved in sales for those
15   companies of the Chinese drywall?
16   A.  I don't understand your
17   question.
18   Q.  Is it $16 million, $20 million
19   worth of drywall, roughly?
20   A.  Thereabouts.
21   Q.  And how many meters of drywall
22   sheets are we talking about?
23   A.  I have no idea.
24   Q.  Would it be in the millions?

Page 111

1    A.  I have no idea.
2    Q.  Where was the drywall shipped
3    into that you bought from China in 2006
4    through Rothchilt?
5    A.  I don't understand your
6    question.
7    Q.  What was the port of entry that
8    the drywall from China came in?
9    A.  Port of Miami.
10   Q.  All of it?
11   A.  I believe -- I believe it was
12   all through Miami, unless there could be a
13   minuscule part that came in through the port
14   of whatchamacallit, Fort Myers, no, not Fort
15   Myers, what's the name of the one in -- Fort
16   Lauderdale.  Fort Lauderdale.
17   Q.  Port Everglades?
18   A.  Port Everglades, that's the
19   one.
20   Q.  And the shipments came in to
21   Miami from February of 2006 through September
22   2006, right?
23   A.  No, I believe they arrived a
24   little bit before that.

Page 112

1    Q.  How soon?
2    A.  Unless I'm mistaken, the first
3    ship, the first container arrived in Miami in
4    December the 28th, the first ship.
5    Q.  2005?
6    A.  28th of December, 2005, yes.
7    Q.  And the last shipment that you
8    remember receiving was in September 2006?
9    A.  Yes.
10   Q.  And you cancelled your orders
11   after that because of your concerns over the
12   defective drywall, right?
13   A.  We had temporarily suspended
14   our orders because the market was slow.  We
15   had a contract with Rothchilt and Knauf
16   wherein we had to give them 30 days to
17   cancel -- to hold back an order, but at the
18   moment, I had orders for 400 containers from
19   Banner Supply which I had to cancel.
20   Q.  Because of your concerns over
21   the defective nature of the drywall from
22   Knauf, right?
23   A.  Yes.
24   Q.  Did you also have concerns over

Case 2:09-md-02047-EEF-MBN   Document 14390-24   Filed 05/18/12   Page 30 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 113

1   the drywall made by Beijing Materials?
2   A.   No.
3   Q.   What about Pingyi Baier?
4   A.   No.
5        (Sotto voce discussion.)
6        BY MR. GONZALEZ:
7   Q.   How many people are employed by
8   your company?
9   A.   You are looking at him right
10  now.
11  Q.   The entire company is you?
12  A.   Exactly.
13  Q.   How about for La Suprema
14  Trading?
15  A.   You're looking at it.  You're
16  looking at it right now.
17  Q.   Okay.  So the difference
18  between La Suprema Enterprises and La Suprema
19  Trading is that La Suprema Enterprises would
20  buy the drywall from China and La Suprema
21  Trading would sell it for the most part, here
22  in the United States?
23  A.   Correct.
24       (Indiscernible noise from the

Page 114

1   speakerphone.)
2        THE REPORTER: I'm sorry, is
3   that meant to be on the record?  This
4   is the court reporter.
5        MR. RASCO: No, it's not.
6        BY MR. GONZALEZ:
7   Q.   I'll show you what we'll mark
8   as the next exhibit.
9        (Whereupon, Deposition Exhibit
10  La Suprema 30(b)(6)-368, Handwritten
11  and Typewritten Notes, SUP EN_0003594,
12  was marked for identification and/or
13  introduced.)
14       BY MR. GONZALEZ:
15  Q.   I'm showing you Exhibit
16  No. 368, Bates stamp number SUP EN_3594.
17       MR. RASCO: Bates stamp number
18  SUP EN --
19       MR. GONZALEZ: I did that
20  already.  I did it for you.
21       MR. RASCO: Oh, I'm sorry.
22       BY MR. GONZALEZ:
23  Q.   This is part of the document --
24  this one is part of the documents you

Page 115

1   produced.  Can you tell us what we're looking
2   at?
3   A.   Yes.  You're looking at the
4   number of containers that I brought and the
5   pieces.
6        THE INTERPRETER: I'm sorry,
7   gentlemen.  Could we again ask the
8   people on the phone to mute because
9   they are interrupting?
10       MR. GONZALEZ: Yeah.  Guys on
11  the phone, we are hearing your
12  comments.  If you can please hit your
13  mute buttons, it would be appreciated.
14  Thank you.
15       BY MR. GONZALEZ:
16  Q.   Okay.  So when you have -- here
17  it says "Clark," what does Clark mean?  Is
18  that the name of --
19  A.   (In English)  Clark is the guy
20  who used to handle --
21       Clark is the one who -- oh,
22  respond, because I forgot this was in
23  English.
24  Q.   You actually speak very well.

Page 116

1        MR. RASCO: I dispute that.
2   When you have a phone conversation
3   with him in English, you would
4   understand why he needs a translator.
5   A.   I don't understand that.
6        MR. GONZALEZ: So far we're
7   very impressed with his English.
8        MR. RASCO: You're easily
9   impressed.
10       MR. GONZALEZ: No.  I'll tell
11  you, it's good.
12       BY MR. GONZALEZ:
13  Q.   So Clark is?  Tell us who Clark
14  is.
15  A.   Clark is the one who handled
16  the Pingyi Baier account.
17  Q.   Okay.  When it says, "391 HQ X
18  684 PCS = 267,444 PCS," what does that mean?
19  A.   It means 391 high cube
20  containers times 684 pieces per container
21  total 267,444 pieces that were purchased from
22  that company.
23  Q.   Okay.  So when you say
24  "pieces," you mean sheets of drywall?

Page 117

1  A.  Yes.
2  Q.  So you purchased 267,444 pieces
3  of drywall from Pingyi Baier in 2006.
4  A.  Correct.
5  Q.  Okay.  So if I go to the next
6  one, Kevin, that's Beijing Building Materials
7  Import and Export Corp.?
8  A.  Correct.
9  Q.  And this shows us that you
10  purchased 394,680 drywall sheets from Beijing
11  Building Materials in 2006.
12  A.  Correct.
13  Q.  Then when we go to Knauf, it
14  shows 782,460 pieces of Chinese drywall
15  purchased in 2006.
16  A.  Correct.
17  Q.  And of that, 193 sheets came
18  from Knauf Indonesia?
19  A.  No, 193 containers.
20  Q.  Okay.  Because it says "PCS."
21  A.  Yes, but there's a mistake
22  there.
23  Q.  Okay.  So if we did 193
24  containers, how many pieces would be in each

Page 118

1  container?
2  A.  Multiply by 630.
3  Q.  And that would give us?
4  A.  I don't know.  You add it up.
5      This is amazing.  You all went
6  to school and nobody can figure this without
7  a calculator?
8  Q.  193 times 630.  That's why we
9  went to law school, not engineering school.
10      If we do the quick math there
11  with our trusty calculator, it would equal
12  121,590 sheets of drywall.
13      MR. RASCO: Objection, form.
14  That's not a question.
15  A.  If that's what your calculator
16  says, then that's what it is.
17      BY MR. GONZALEZ:
18  Q.  Okay.  And that would be 193
19  containers that carried 630 pieces of drywall
20  from Knauf Indonesia.
21  A.  Correct.
22  Q.  All of the drywall that's part
23  of Exhibit 368 came into Florida?
24  A.  Yes.

Page 119

1  Q.  And based on your
2  understanding, they either came in through
3  the Port of Miami or Port Everglades?
4  A.  Correct.
5  Q.  And of that, you believe that
6  99.9% came in through the Port of Miami?
7  A.  And even more than that, what
8  was brought in through Port Everglades, you
9  can count with the fingers of one hand.  It
10  was very little.
11      (Whereupon, Deposition Exhibit
12  La Suprema 30(b)(6)-369, Knauf Letter
13  to Salomon Abadi dated November 29,
14  2006, Re: Shipment of Plasterboard
15  Under Contract No. EX-USA -20060313,
16  with Attachment(s), SUP EN_0003573 -
17  SUP EN_0003577, was marked for
18  identification and/or introduced.)
19      BY MR. GONZALEZ:
20  Q.  I'm showing you what we've
21  marked as Exhibit 369, Bates number
22  SUP EN_3573.
23      Before I get to that one, I
24  forgot to ask you an important question.  If

Page 120

1  you go back to 368, this one, did you prepare
2  that document?
3  A.  No.  This document was prepared
4  by Rothchilt.
5  Q.  368 was prepared by Rothchilt?
6  A.  Yes.  But some time ago.
7  Q.  Right.  In 2006?
8      MR. HAYDEN: Objection.
9  A.  When we ended the -- when we
10  ended the -- when we ended the transaction, I
11  asked him to prepare an inventory of
12  whatchamacallit, of what was it that was
13  purchased, and from whom, and this is what
14  they sent us.
15      BY MR. GONZALEZ:
16  Q.  Okay.  When was this prepared?
17  A.  In 2000 and -- maybe 2006, the
18  end.
19  Q.  And it was sent to you by
20  Rothchilt?
21  A.  Yes.
22  Q.  Okay.  You have kept this as
23  part of your regular business records, right?
24  A.  Yes.

Page 121

1  Q.  Okay.  Now, if you turn to 369,
2  Bates stamp number SUP EN_3573, it's a letter
3  from Knauf with apparently Chinese writing
4  next to the word "Knauf."  And it's a letter
5  written in English dated November 29th, 2006,
6  to you, Mr. Salomon Abadi.  However, it
7  indicates Rothchilt International Limited as
8  the company.
9     Did you receive this letter
10  from Knauf?
11  A.  No.
12  Q.  How did you obtain this letter?
13  A.  Surfing the -- surfing the
14  internet.
15  Q.  Is this a document you said you
16  found on the internet?
17  A.  Yes.
18  Q.  What site did you find it
19  under?
20  A.  Don't know.
21  Q.  Do you remember what you
22  searched in order to find it?
23  A.  I don't remember, but it could
24  be that I could have written Knauf.

Page 122

1  Q.  Do you have access to Knauf's
2  database?
3  A.  No.
4  Q.  What about Rothchilt's?
5  A.  No.
6  Q.  Is it your understanding that
7  you typed in Knauf.com and you were able to
8  access this document?
9  A.  No.
10  Q.  Try to retrace for us how you
11  were able to find this document through the
12  internet, please, to the best of your
13  ability.
14  A.  I don't remember.
15  Q.  Did you start with Yahoo.com or
16  Google.com?
17  A.  I don't remember.  I'd like to
18  assist you, but I don't -- I don't remember.
19  What I could assist you with is that
20  Rothchilt didn't receive this letter either.
21  Q.  How do you know that?
22  A.  Because when I found this
23  letter some months ago, I had asked Rothchilt
24  whether they had received it, and I was told

Page 123

1  they had not.
2  Q.  The letter dated November 2006
3  confirms that you had contacted Knauf about
4  concerns your customers had over the smell of
5  some of Knauf Tianjin's plasterboard imported
6  into the United States, right?
7  A.  Correct.
8  Q.  And in the letter in the second
9  paragraph, Knauf writes, "The plasterboard
10  that I was directed as having a smell does
11  have a different smell than synthetic
12  plasterboard.  Put it simply, it smells like
13  the plasterboard made from natural gypsum in
14  China and much of the plasterboard Knauf
15  Tianjin manufactures every day."
16  A.  That's what it says there.
17  Q.  In fact, one of the Knauf
18  Tianjin employees had told you the same thing
19  beforehand?
20  A.  Well, the man who signs the
21  letter is the one who said it.
22  Q.  Mr. Norris?
23  A.  Correct.
24  Q.  And I see that this is a cc, a

Page 124

1  copy to Mickey Coblentz?
2  A.  Yes.  I believe that's the last
3  name for the Pompano gentleman, the Banner
4  Pompano.
5  Q.  So when we've been talking
6  about Mickey from Banner, it's probably
7  Mickey Coblentz?
8  A.  Yes.
9  Q.  Now, attached to the letter is
10  a report from the Center of Toxicology and
11  Environmental Health that begins at Bates
12  stamp number 3575.
13     Is this the report that you
14  said you were able to find in the internet
15  but could not understand?
16  A.  Yes.
17     MR. GONZALEZ: Okay.  We need
18  to change the tape.
19     THE VIDEOGRAPHER: This marks
20  the end of Tape 3.  Going off the
21  record, the time is 3:03.
22     (Recess taken, 3:03 p.m. to
23     3:06 p.m.)
24     THE VIDEOGRAPHER: Please hold.

Case 2:09-md-02047-EEF-MBN   Document 14390-24   Filed 05/18/12   Page 33 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 125

1  This marks the beginning of Tape 4,
2  Volume 1, in the videotaped deposition
3  of Salomon Abadi. Going on the
4  record. The time is 3:06.
5      BY MR. GONZALEZ:
6  Q. Mr. Abadi, looking at Bates
7  stamp number 3575, Exhibit 369, the title of
8  the company that prepared this report or the
9  name of the company is Center for Toxicology
10 and Environmental Health, LLC, and they're
11 located in Little Rock, Arkansas. Is that
12 the testing company that you, along with some
13 representatives of Knauf, used to test some
14 of the homes?
15     MR. HAYDEN: Objection, form.
16 A. Well, I guess -- go ahead. No,
17 interpret it for me.
18     THE INTERPRETER: Could you
19 read that back, please?
20     MR. GONZALEZ: I'll rephrase
21 it.
22     BY MR. GONZALEZ:
23 Q. I'm looking at page 3575 of
24 Exhibit 369, and the name of the company that

Page 126

1  wrote the report is Center for Toxicology and
2  Environmental Health, LLC, and it's a company
3  from Little Rock, Arkansas. I remember
4  earlier today you told me that a testing
5  company was hired by Knauf to test homes
6  where you sold Knauf Chinese drywall and that
7  the company was from Arkansas.
8      Was that company the Center for
9  Toxicology and Environmental Health, LLC?
10 A. First of all, I have not sold
11 any sheets to any homes. Because the way I
12 understood the question, he said that I had
13 sold to homes. I haven't sold to any home.
14 Okay?
15     This company -- I don't know
16 the name of this company. I do remember that
17 when these young men were in Miami, they told
18 me that they came from either Alabama or
19 Arkansas, but I'm assuming that this is the
20 one.
21 Q. Did you read the report?
22 A. I glanced at it.
23 Q. Okay. Did you glance at
24 page 3576?

Page 127

1  A. I glanced at -- it doesn't
2  matter, what do you want me to look at?
3  Q. I'd like to direct your
4  attention to the last paragraph of page 3576,
5  as part of Exhibit 369. And it states,
6  "Chemical analysis of the bulk plasterboard
7  indicates that it contains a naturally
8  occurring iron disulfide mineral, e.g.,
9  pyrite. Chemical analysis suggests that this
10 mineral appears to be the source of the
11 sulfur containing compounds emitted from this
12 product."
13     It also states, "Laboratory
14 observations indicated that one of the other
15 plasterboards from Chinese manufacturers had
16 a similar odor as the Knauf Tianjin product.
17 This product also contained the iron
18 disulfide mineral."
19     Had you read that before?
20 A. I really just glanced at it. I
21 didn't pay much attention to it because I
22 don't understand. I really don't understand
23 these type of matters.
24 Q. Were you aware that the strong

Page 128

1  smell from the Chinese drywall was
2  sulfur-related?
3      MR. HAYDEN: Objection,
4  foundation.
5  A. I had heard it.
6      BY MR. GONZALEZ:
7  Q. And based on what we just read
8  together, this report seems to confirm that
9  there was a sulfur problem.
10     MR. RASCO: Objection, form.
11 A. I am not accredited to
12 understand a lab test, so therefore, Counsel,
13 Counselor, I would not be able to respond
14 neither yes nor no to you.
15     BY MR. GONZALEZ:
16 Q. You just know that the Chinese
17 drywall sold to you by Knauf had a smell
18 problem, but you don't know what caused it.
19 A. Correct.
20 Q. Okay. I'm going to show you
21 what will be marked as Exhibit 370, Bates
22 stamp number -- I'm sorry, Bates stamp number
23 SUP EN_3540.
24     (Whereupon, Deposition Exhibit

Case 2:09-md-02047-EEF-MBN Document 14390-24 Filed 05/18/12 Page 34 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 129

1  La Suprema 30(b)(6)-370, Letter from
2  Banner Supply Co. to Knauf Gypsum
3  Company dated December 5, 2006,
4  SUP EN_0003540, was marked for
5  identification and/or introduced.)
6  　　　BY MR. GONZALEZ:
7  Q.  This is a letter dated
8  December 5th, 2006 from Gus Coffinas,
9  C-O-F-F-I-N-A-S, operating partner at Banner
10  Supply Company, Port St. Lucie, to Knauf
11  Gypsum Company, and it states, "To Whom It
12  May Concern:  As per your request and
13  instructions, we have made arrangements to
14  ship all Knauf Chinese manufactured Board
15  (Blue & Gold end tabs only) to Banner Supply
16  Company, Pompano Beach, Florida.  Below you
17  will find a breakdown of our costs incurred,"
18  and it indicates $173,134.
19  A.  Correct.
20  Q.  What is this telling us?
21  A.  Those are the sheets that were
22  returned to Knauf from the area from the
23  Port St. Lucie yard.
24  Q.  Are these the ones that you

Page 130

1  believe are still being stored in a Pompano
2  warehouse?
3  　　　MR. HAYDEN: Objection,
4  speculation.
5  A.  I don't know if they are stored
6  there.  I do know that in 2006, they went to
7  the Pompano warehouse that -- that -- a
8  warehouse that Banner had in Pompano.  Now, I
9  mean, that was at that time.  I don't know if
10  they still exist there or not.
11  　　　BY MR. GONZALEZ:
12  Q.  How did you get this document?
13  A.  I don't remember.  I believe I
14  asked for it.
15  Q.  Who did you ask for it?
16  A.  I don't remember now.
17  Q.  Do you maintain this
18  Exhibit 370 as part of your business records?
19  A.  It was in the boxes.
20  Q.  In your business records boxes?
21  A.  Exactly.
22  　　　Are we through with this one?
23  Q.  Yes, we're through with that
24  one.

Page 131

1  　　　I'm going to show what we're
2  going to mark as the next exhibit
3  number which is 371, Bates stamp number
4  SUP EN_3541.
5  　　　(Whereupon, Deposition Exhibit
6  La Suprema 30(b)(6)-371, Letter from
7  Banner Supply Co. to Knauf
8  Plasterboard (Tianjin) Co., Ltd.,
9  dated December 6, 2006,
10  SUP EN_0003541, was marked for
11  identification and/or introduced.)
12  　　　BY MR. GONZALEZ:
13  Q.  This is a letter with "Banner
14  Supply Company" on the top with its little
15  flag insignia dated December 6th, 2006 from
16  Jack Landers, vice president, to Knauf
17  Plasterboard (Tianjin) Company, attention,
18  Mark Norris.
19  　　　And it states, "As per your
20  request our board count of Knauf plaster
21  board (China) is 23,600 pieces of ½ 4X12 and
22  the freight charges for delivery to the
23  warehouse will be $10,750.00."
24  　　　Can you tell us what this is

Page 132

1  showing us?
2  　　　MR. HAYDEN: Objection,
3  foundation.
4  A.  Well, this shows exactly what
5  was written on the letter, what was picked
6  up, the whatchamacallit, the recall.
7  　　　BY MR. GONZALEZ:
8  Q.  How did you get this letter?
9  A.  I asked for it.
10  Q.  Do you remember who you asked?
11  A.  No.
12  Q.  Now, when you asked for this
13  information, did you ask for it to confirm
14  that Knauf was reimbursing Banner for the
15  defective drywall?
16  　　　MR. BACKMAN: Form.
17  A.  Well, I had to find out what
18  was going on, because Knauf said that they
19  would handle it.  But the deal had been made
20  between Banner and Knauf, not between Knauf
21  and I, so I had to cover my back.  I had to
22  know clearly.
23  　　　BY MR. GONZALEZ:
24  Q.  Do you know who Jack Landers

Page 133

1  is?
2  A.  Sure.
3  Q.  How do you know him?
4  A.  He's one of the owners, Banner
5  owners.
6      (Whereupon, Deposition Exhibit
7  La Suprema 30(b)(6)-372, Letter from
8  WCI Communities to Rothchilt
9  International Limited dated October
10  11, 2007, Re: Notice of Claim by Pablo
11  Rosales and Glenn Ramirez,
12  SUP EN_0003563 - SUP EN_0003565, was
13  marked for identification and/or
14  introduced.)
15      BY MR. GONZALEZ:
16  Q.  I'm showing you what's been
17  marked as 372, Bates stamp number
18  SUP EN_3563.  It's a letter from
19  WCI Communities dated October 11th, 2007,
20  signed by Keith Hurand, Southeast Division
21  President, and it's to Rothchilt
22  International regarding notice of
23  claim by Pablo Rosales and Glenn Ramirez.
24      How did you get this letter?

Page 134

1  A.  It was sent to me by Rothchilt.
2  Q.  Why?
3  A.  Because they were sent a --
4  there was a claim filed against them.
5  Q.  Attached to it is another
6  notice letter, it starts on Bates stamp
7  number 3564, part of the same exhibit number,
8  and if you go to the page 3565, the letter
9  states under paragraphs 1 and 2, "The defects
10  and deficiencies as to which this notice is
11  being provided are as follows, 1: Emanating
12  from the property are noxious and offensive
13  odors causing property to be unlivable and
14  uninhabitable."
15  A.  Where does it say that?
16  Q.  Page 3565, paragraphs 1 and 2
17  and the preface to it.  That's what it says,
18  right?
19  A.  Yes.
20  Q.  And the next paragraph,
21  number 2, states, "The purchasers believe
22  that the drywall and plaster installed in the
23  subject property are defective and are the
24  source of the above referenced noxious and

Page 135

1  offensive odors," correct?
2  A.  Correct.
3  Q.  By this date, you already knew
4  that to be true, correct?
5  A.  I do remember this case, that
6  Rothchilt sent me this letter.  But nobody
7  notified me in Miami of this problem.  And I
8  told Rothchilt to notify -- to send it to
9  whatchamacallit, to Knauf.
10  Q.  But you already knew as of 2006
11  that Knauf was aware of the stinky drywall
12  problem?
13  A.  Sure.
14  Q.  So you were not surprised to
15  hear in 2007 that Knauf product also was
16  affecting other homeowners?
17  A.  Yes, it surprised me.
18  Q.  Why?
19  A.  Because Knauf came to Miami in
20  2006, and I don't know what they did.  They
21  did something, because everything, everything
22  suddenly quieted down.  And then, receiving
23  this letter practically a year later?  And
24  not only that, but that it had not been sent

Page 136

1  through the proper channels.  It was sent
2  directly through Rothchilt.  The channel
3  would have been -- well, this is not a direct
4  channel.  That's why the letter surprised me.
5  Q.  You would have expected it to
6  go to Banner, then to you and then to
7  Rothchilt?
8  A.  Correct.
9  Q.  Okay.  But the complaints that
10  are being made are consistent with the
11  complaints you were aware of in 2006.
12  A.  Correct.
13  Q.  I'll show you what we'll mark
14  as 373.
15      (Whereupon, Deposition Exhibit
16  La Suprema 30(b)(6)-373, Series of
17  E-mails beginning with E-mail from
18  Jack Landers to SFARAH555@cs.com dated
19  August 8, 2008, Subject: FW: Bad
20  wallboard issue?, SUP EN_0003562;
21  ending with SUP EN_0003557, was marked
22  for identification and/or introduced.)
23      BY MR. GONZALEZ:
24  Q.  Bates stamp number SUP EN_3562.

Case 2:09-md-02047-EEF-MBN   Document 14390-24   Filed 05/18/12   Page 36 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 137

1  This is an e-mail from Jack Landers sent
2  August 8th, 2008, Subject, bad wallboard
3  issue, and then at the very top, it says,
4  "Michael Feldman."
5     Do you know who Michael Feldman
6  is?
7  A.  (In English)  He is my lawyer.
8  Q.  Oh, okay.
9     It states here, "Good morning."
10  Subject, bad wallboard issue, question mark.
11  The e-mail states, "I am looking for some
12  guidance with this complaint.  After you read
13  this document, call.  I have forwarded this
14  to the Attorney with the Knauff board.  I
15  am asking the boys in Ft. Myers and Tampa
16  to pull their records to see if these are our
17  houses shipped, also possibly which brand."
18     And then attached to it are
19  several e-mails.
20     MR. RASCO: Hold on a second.
21  Let me look at these, because this is
22  his other attorney, and I'm just
23  trying to determine whether or not --
24  the first page is not privileged, but

Page 138

1  I just want to look if it was
2  inadvertently sent to you.
3     Okay.  It appears that third
4  parties were copied on all of these
5  documents; therefore, it's not
6  privileged and I withdraw the
7  objection.
8     MR. GONZALEZ: If you had
9  inadvertently provided us with
10  attorney-client communications, we
11  would certainly turn them over
12  immediately to you and not keep
13  copies.
14     MR. RASCO: Appreciate it.
15     BY MR. GONZALEZ:
16  Q.  Okay.  How did you get this
17  letter?
18  A.  My e-mail.  Here it is, cc sent
19  to me.
20  Q.  What was your understanding of
21  the problem?
22  A.  I didn't know, didn't know what
23  problem existed, but I knew there were
24  problems.

Page 139

1  Q.  And the types of problems were
2  the same that you were aware of in 2006
3  involving the smelly drywall from Knauf,
4  right?
5  A.  Yes.
6  Q.  I'm sorry, if you go to the
7  front of 373, in the very top it indicates
8  some photographs were attached.  Do you have
9  those photos?
10  A.  No.
11  Q.  Did you open them at the time?
12  A.  I don't believe so.
13     MR. HAYDEN: Ervin, just on the
14  second one also, it doesn't have the
15  attachment with it.
16     MR. RASCO: I think this is the
17  attachment.  I think he sent it to
18  Michael Feldman and this is the
19  document attached.
20     MR. GONZALEZ: We're talking
21  about, for the record, page 3558 which
22  also indicates an attachment which we
23  don't know if it's included or not.
24     If you can turn to 3558,

Page 140

1  please.
2     MR. RASCO: If you look, it's a
3  forward.  3558 is a forward.
4     MR. GONZALEZ: Okay.  He
5  forwards it to his lawyer.
6     MR. RASCO: That's correct.
7  A.  So what page are we going to?
8     BY MR. GONZALEZ:
9  Q.  3558.
10     Did you forward the contents of
11  3562 to your lawyer?
12     MR. HAYDEN: It's out of order.
13     (Sotto voce discussion.)
14  A.  Yes.
15     MR. GONZALEZ: But they're
16  chronologically correct.
17     MR. RASCO: 3557 is the last
18  one.
19     MR. HAYDEN: No, actually
20  they're not.
21     MR. GONZALEZ: The first one is
22  dated August 8, 2008, which is
23  page 3562.  Chronologically, that
24  comes before September 24th, 2008,

Page 141

1  which is 3558. So sequentially, it's
2  out of order. However,
3  chronologically, it's in order as to
4  those two pages.
5      MR. RASCO: And the last page
6  also.
7      MR. HAYDEN: That's what I was
8  looking at.
9      MR. GONZALEZ: That's correct.
10 The last page is a string e-mail
11 which -- the last page, 3557, is dated
12 October 1, 2008, which, again, would
13 be in correct chronological order.
14     MR. RASCO: Is that "in
15 correct" or "incorrect"? "In correct"
16 or "incorrect"? In, space, correct,
17 or incorrect?
18     MR. GONZALEZ: Oh. It is in
19 the correct chronological order, thank
20 you, but not in the correct sequential
21 numerical order. We opted for the
22 chronological order for clarity.
23     MR. BACKMAN: Sounds like a
24 good time for a short bathroom break.

Page 142

1      MR. GONZALEZ: Okay. We're
2  going to take a six-minute break for
3  the bathroom.
4      THE VIDEOGRAPHER: Going off
5  the record, the time is 3:32.
6      (Recess taken, 3:32 p.m. to
7  3:40 p.m.)
8      THE VIDEOGRAPHER: Please hold.
9      (Whereupon, Deposition Exhibit
10 La Suprema 30(b)(6)-374, Letter from
11 GL Homes to La Suprema Enterprise,
12 Inc., dated April 29, 2009, Re: Notice
13 of intent to immediately repair Canyon
14 Isles' homes containing defective
15 drywall supplied by La Suprema in Lots
16 1, 59, 147, 148 & 157, SUP EN_0003580,
17 with Other Correspondence, beginning
18 with SUP EN_0003582 and ending with
19 SUP EN_0003551, was marked for
20 identification and/or introduced.)
21     THE VIDEOGRAPHER: We're back
22 on the record, the time is 3:40.
23     BY MR. GONZALEZ:
24 Q. All right. I'm going to show

Page 143

1  you composite Exhibit 374, which includes
2  several notice letters --
3      (Discussion off the record.)
4      BY MR. GONZALEZ:
5  Q. I would ask you to look at
6  them, please. 3580 -- they're all
7  SUP EN_3580, 3581, 3582, 3583, 3584, 3585,
8  3586, 3587, 3588, 3589, 3590, '91, '92; then
9  SUP TR_4413, and SUP EN_3578, 3579, 3547,
10 3548, 3549, 3550, 3551.
11     THE INTERPRETER: Would you
12 like me to interpret?
13     MR. GONZALEZ: No.
14     BY MR. GONZALEZ:
15 Q. Did you have a chance to look
16 through these?
17 A. Well, glancing at them.
18 Q. These are notice letters
19 regarding drywall with the smell problem,
20 correct?
21 A. Yes.
22     MR. GONZALEZ: Next number,
23 please.
24     (Whereupon, Deposition Exhibit

Page 144

1  La Suprema 30(b)(6)-375, Letter from
2  Hanover Insurance Group, Inc., to Jack
3  Landers, Banner Supply Company, dated
4  October 1, 2008, SUP EN_0003523 -
5  SUP EN_0003536, was marked for
6  identification and/or introduced.)
7      THE WITNESS: Is this another
8  one?
9      MR. RASCO: Are you adding this
10 to the composite exhibit?
11     MR. GONZALEZ: No, it's a new
12 one. 375, Bates stamp number 3523.
13     BY MR. GONZALEZ:
14 Q. It's a letter dated October 1,
15 2008, to Mr. Jack Landers, owner, Banner
16 Supply Company from the Hanover Insurance
17 Group, and it's a letter written apparently
18 by Law Offices of Adorno & Yoss.
19     MR. BACKMAN: Objection to
20 form. It's not.
21     MR. GONZALEZ: It's not? I'm
22 sorry.
23     Let me correct that. Let me
24 correct that.

Page 145

BY MR. GONZALEZ:
1   BY MR. GONZALEZ:
2   Q.  It is not a letter from
3   Adorno & Yoss.  It is a letter from Hanover
4   Insurance Company -- Insurance Group which
5   refers to the Law Offices of Adorno & Yoss.
6       How did you get this letter?
7   A.  Don't know.  I think it must
8   have come in with one of the letters that I
9   was sent, but it's that I've received so many
10  letters, because I have seen Adorno & Yoss.
11  They do send me correspondence for the
12  lawsuit, so maybe it was stuck in one of
13  them.
14  Q.  Was this letter in your -- the
15  box of business records that you maintain?
16  A.  No, this letter, this paper,
17  no, unless I'm mistaken.  No, I received
18  this -- no, no, this is this year's, I
19  believe.  I don't know.
20  Q.  Okay.  I'll show you what we
21  will mark as 376.  Bates stamp number 3554 is
22  the first page.
23      (Whereupon, Deposition Exhibit
24  La Suprema 30(b)(6)-376, E-mail from

Page 146

1   Rothchilt International Limited to
2   SFARAH555@cs.com dated January 9,
3   2009, Subject: Re: E-mail address
4   (Knauf), SUP EN_0003554 --
5   SUP EN_0003555, was marked for
6   identification and/or introduced.)
7       BY MR. GONZALEZ:
8   Q.  By the way, when we see
9   SFARAH555@cs.com, that's your e-mail address?
10  A.  Yes.
11  Q.  What is this 376?
12  A.  Well, this 376 is that we were
13  starting to have problems and we called the
14  girl who would attend to us at Knauf.  If you
15  look at the date, it's January 2009.  Okay.
16  And she said we were to call Mr. Douglas
17  Sanders.
18  Q.  And who is Mr. Sanders?
19  A.  The attorney here, and it says,
20  "Douglas B. Sanders, Baker & McKenzie, LLP."
21  That's Knauf's attorney.
22  Q.  Was that the same lawyers that
23  were at the inspections in 2006?
24      MR. HAYDEN: Objection,

Page 147

1   foundation.
2   A.  I don't know.  I don't
3   remember.  Could be.  I'm not sure.  I don't
4   remember his exact name, but it could be him.
5   I do know that there was a young man from
6   Baker & McKenzie who would come from Chicago,
7   so it could be, and I don't know whether it's
8   him or not.
9       BY MR. GONZALEZ:
10  Q.  And you told us already about
11  Don from Miami.
12  A.  Yes.
13  Q.  He was the Baker McKenzie
14  lawyer in Miami that attended some of the
15  inspections with Knauf in 2006?
16      (Sotto voce discussion.)
17  A.  Yes.
18      BY MR. GONZALEZ:
19  Q.  And he's present with us here
20  today?
21  A.  Much nicer.
22      MR. HAYDEN: Than before?
23      THE WITNESS: Today you're much
24  nicer.

Page 148

1       MR. GONZALEZ: We've only
2   started.
3       MR. HAYDEN: Wait until he gets
4   to ask you questions.
5       MR. GONZALEZ: Let the record
6   reflect that we're all smiling and
7   laughing when we said that.  We were
8   kidding.
9       BY MR. GONZALEZ:
10  Q.  Okay.  Did you contact Doug
11  Sanders?
12  A.  No.
13  Q.  Why?
14      MR. BACKMAN: Ervin, let me
15  just go back real quick to the Hanover
16  reservation of rights letter.
17      MR. GONZALEZ: Yeah, you want
18  to put this on the record?
19      MR. BACKMAN: Yeah, just to the
20  extent --
21      MR. GONZALEZ: Give us exhibit
22  numbers so we're clear.
23      MR. BACKMAN: Exhibit 375.
24  It's Bates numbers 3523 through 3536

Page 149

1  to the extent that that was an
2  inadvertent production of privileged
3  communication.  I just want to reserve
4  that.  We'll get to the bottom of it
5  on our end.
6      MR. GONZALEZ: It got to me
7  through production through the
8  30(b)(6) request, so you'll know, of
9  La Suprema, not through your client or
10  your office.
11      MR. BACKMAN: Okay.  Thank you.
12  BY MR. GONZALEZ:
13  Q.  Okay.  Turning now to -- have
14  we marked this one?  377.
15      (Whereupon, Deposition Exhibit
16  La Suprema 30(b)(6)-377, Letter from
17  Michael Feldman to Knauf Plasterboard
18  (Tianjin) Co., Ltd., dated January 21,
19  2009, SUP EN_0003543, was marked for
20  identification and/or introduced.)
21      BY MR. GONZALEZ:
22  Q.  This is a new one, Bates stamp
23  number 3543.
24      Have you seen this letter

Page 150

1  before?
2  A.  Yes.
3  Q.  What is it?
4      MR. HAYDEN: Let me see it.
5  Hold on.
6  A.  This is a letter prepared by my
7  attorney at that time, who was Michael
8  Feldman, addressed to Knauf Tianjin, telling
9  them that we had problems.
10      BY MR. GONZALEZ:
11  Q.  Did you instruct Mr. Feldman to
12  send this letter?
13  A.  Yes.
14  Q.  And copied on the letter was
15  your company, La Suprema Enterprises, Inc.,
16  right?
17  A.  Correct.
18  Q.  And Rothchilt International
19  Limited, right?
20  A.  Correct.
21  Q.  And the paragraph before the
22  signature paragraph states, "Our client will
23  expect Knauf to indemnify and hold
24  harmless -- hold them harmless from all

Page 151

1  claims concerning any defects in connection
2  with the plasterboard, and this demand shall
3  serve as written notice of our client's claim
4  pursuant to Florida Statutes section 558.04."
5  A.  Correct.
6  Q.  What defects were you concerned
7  about?
8  A.  Well, by that time, things had
9  already come out in the papers and apparently
10  the people from Knauf had not been able to
11  reach any agreements with the Lennar people,
12  and --
13  Q.  Well, my question is more
14  specific.  You're saying here that you want
15  Knauf to be responsible for the defects in
16  connection with their plasterboard.  What
17  defects were you concerned about, you?
18  A.  Well, by that time, by that
19  time, we already knew about the pipes, about
20  the AC coils, about the wires.  By that time,
21  there were all the things that had not as yet
22  come out in 2006.
23  Q.  So in this letter, you're
24  asking Knauf to be responsible and

Page 152

1  accountable for having sold defective drywall
2  that damaged air conditioning coils, plumbing
3  and wiring.
4  A.  Yes.
5  Q.  I'll show you what's been --
6  will be marked as 378.  It starts with Bates
7  stamp number 3566.
8      (Whereupon, Deposition Exhibit
9  La Suprema 30(b)(6)-378, "The
10  Statement from Knauf," SUP EN_0003567
11  - SUP EN_0003570, was marked for
12  identification and/or introduced.)
13      BY MR. GONZALEZ:
14  Q.  And this is an e-mail from you
15  to Michael Feldman, your attorney, with an
16  attachment, and it states, "Knauf issued a
17  statement in Chinese because in China there
18  are big concerns and they call it," quote,
19  "'the poison board,'" closed quote.  "This is
20  more or less the transition" -- I'm sorry,
21  "more or less the translation, also the
22  government also approached them to see what's
23  going on."
24      MR. RASCO: I'm going to object

Case 2:09-md-02047-EEF-MBN  Document 14390-24  Filed 05/18/12  Page 40 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 153

1  to this one; this was inadvertently.
2  This is attorney-client privileged.
3      MR. GONZALEZ: It is?  Okay.
4      MR. RASCO: It's communication
5  from him to Mr. Feldman.
6      MR. GONZALEZ: Can you look
7  also at the attachment and see if you
8  believe --
9      MR. RASCO: I don't recognize
10  the attachment.
11      MR. GONZALEZ: Okay, so we'll
12  take out the first page.
13      MR. RASCO: Mr. Abadi, did you
14  or your attorney prepare this
15  attachment?
16      THE WITNESS: No.
17      MR. RASCO: Okay.  No problem
18  with the attachment.
19      MR. GONZALEZ: Okay.  So shall
20  I take off the first page?
21      MR. RASCO: I appreciate that.
22      MR. GONZALEZ: And I'm going to
23  be handing it to you.
24      MR. HAYDEN: Well, was this

Page 154

1  provided to him by another --
2      MR. GONZALEZ: We're talking
3  about the first page.
4      MR. RASCO: The first page is a
5  forward, is a statement from the
6  client to the lawyer, and I object.
7  It was inadvertently produced.
8      MR. GONZALEZ: And I'm going to
9  instruct my office not to use that
10  document and to remove it from ours,
11  and if we find it again to destroy it.
12      MS. COLE: Are we going to
13  re-number the exhibit?
14      MR. GONZALEZ: I'm going to use
15  the same number, but it's going to
16  start on page 3567 unless the sticker
17  is no longer available.
18      MR. RASCO: To the extent that
19  any of the plaintiffs or defendants
20  have this document, SUP EN_3568, at
21  this point, it appears to have been an
22  inadvertent dissemination of
23  attorney-client information, and I
24  would ask that they return the same to

Page 155

1  my office.
2      BY MR. GONZALEZ:
3  Q.  Okay.  So 378 now starts with
4  Bates stamp number 3567.  Without telling us
5  any conversations with your lawyer regarding
6  this document, can you tell us what this
7  document is?
8  A.  This is a document, this is an
9  explanation or statement made by Knauf about
10  the problem having to do with -- about the
11  problem, about its problem, about the problem
12  they had in the U.S.  Unless I'm mistaken,
13  this statement was in their website.
14  Q.  Knauf's website?
15  A.  Yes.  I believe.
16      This will stay here?  Doesn't
17  matter.
18      MR. GONZALEZ: I'm sorry,
19  SUP EN_3552, Exhibit 379.
20      (Whereupon, Deposition Exhibit
21  La Suprema 30(b)(6)-379, Chain of
22  E-mails ending with E-mail to Michael
23  Feldman from sfarah555@cs.com dated
24  February 23, 2009, Subject: Fwd: Knauf

Page 156

1  plasterboard - confidential,
2  SUP EN_0003552 - SUP EN_0003553, was
3  marked for identification and/or
4  introduced.)
5      BY MR. GONZALEZ:
6  Q.  I'm showing you an e-mail from
7  you to -- actually it's from "wangmeng" to
8  you, and wangmeng's e-mail is
9  wangmeng1967@hotmail.com, and it states,
10  "Dear Salomon, how are you recently!"  Then,
11  "Confidential:  As far as I know, Knauf
12  already presented full U.S. expert test
13  report to related US court, the test report
14  shows the odor has no harmful effects, and
15  the 'copper blacken' appears to be connected
16  to the specific climatic conditions in
17  Florida.  We keep posted, please don't worry.
18  Any more inquiry, you can contact our
19  lawyer," and then it states Doug Sanders of
20  Baker McKenzie.
21      And then apparently it's signed
22  by Cecilia.
23      Who is Cecilia?
24  A.  Cecilia is the one that had the

Page 157

1 Rothchilt account at whatchamacallit, at
2 Knauf.
3 BY MR. GONZALEZ:
4 Q. Did she work for Rothchilt or
5 for Knauf?
6 A. For Knauf Tianjin.
7 Q. Okay.
8 MR. RASCO: Is this 379?
9 MR. GONZALEZ: It is.
10 BY MR. GONZALEZ:
11 Q. And is that her e-mail,
12 "wangmeng"?
13 A. I believe so.
14 Q. So as late as February 2009,
15 she's telling you not to worry.
16 A. Yes.
17 Q. But to this date, has Knauf
18 provided you with any legal counsel or
19 assistance in paying your legal bills?
20 A. No, but I would like for them
21 to pay them for me.
22 Q. Do you have any insurance?
23 A. No.
24 Q. So we're clear, you have no

Page 158

1 insurance that covers the claims that are
2 being made against you regarding the
3 defective Chinese drywall?
4 A. No, sir.
5 Q. No, sir, you have none?
6 A. I have no insurance.
7 MR. RASCO: Liability?
8 MR. GONZALEZ: Right. Go
9 ahead, Counsel. Please be clear.
10 MR. RASCO: Just to be clear, I
11 object to form. By "insurance" you
12 mean liability insurance, product
13 liability insurance?
14 MR. GONZALEZ: And if you'd
15 like me to rephrase it, I will.
16 MR. RASCO: No, I just want to
17 make sure you're clear for the record.
18 MR. GONZALEZ: No, I want him
19 to be clear, and I want you to be
20 clear.
21 MR. RASCO: Well, because he
22 has auto insurance, health insurance.
23 MR. GONZALEZ: I will be as
24 clear as you need me to be, and I will

Page 159

1 restate it so there's no
2 misunderstanding.
3 MR. RASCO: Please.
4 BY MR. GONZALEZ:
5 Q. So we're clear, do you have any
6 product liability insurance or insurance of
7 any kind that would provide you with coverage
8 for the matters asserted relating to the
9 Chinese drywall problems that you are
10 involved in?
11 A. No, and it was never requested.
12 Q. Do you expect Knauf to be
13 responsible and accountable for the defective
14 drywall products that it sold to you through
15 Rothchilt?
16 A. 100%, and I expect them to do
17 what's right in solving this disaster that's
18 here.
19 Q. As an agent for Knauf through
20 the contract documents we saw previously,
21 what would you expect Knauf to do?
22 MR. HAYDEN: Objection, form.
23 MR. RASCO: Objection, form.
24 A. I expect them to resolve the

Page 160

1 problem that the affected families have. And
2 that they come to Miami and pay the legal
3 fees for Banner Enterprises and La Suprema
4 Enterprises.
5 BY MR. GONZALEZ:
6 Q. Let's go to Exhibit 380 now,
7 Bates stamp number SUP EN_3544.
8 (Whereupon, Deposition Exhibit
9 La Suprema 30(b)(6)-380, Chain of
10 E-mails ending with E-mail to Michael
11 Feldman from sfarah555@cs.com dated
12 March 8, 2009, Subject: Fwd: (Rising
13 Spam Alert)Balance Refund,
14 SUP EN_0003544, was marked for
15 identification and/or introduced.)
16 BY MR. GONZALEZ:
17 Q. If we go to the original
18 message from jawahar@rothchilt.com to
19 Salomon, you, and the body of the letter --
20 the body of the e-mail is dated January 24th,
21 2007, and it states, "Dear Jawahar, I have
22 just spoken to Mark" -- actually, I'm sorry,
23 we have to go one step further down. It's to
24 jawahar@rothchilt@zjip.com from -- who is it

Case 2:09-md-02047-EEF-MBN   Document 14390-24   Filed 05/18/12   Page 42 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 161

1  from -- WangLan@mail.Knauf.com, and it's
2  apparently written by Cecilia Wang, Knauf
3  Plasterboard (Tianjin), and she copies
4  mark@mail.Knauf.com.
5      Who is Mark?
6  A.  Mark Norris.
7  Q.  The manager of Knauf Tianjin?
8  A.  Yes.
9  Q.  And she writes to Jawahar, who
10  is the owner of Rothchilt, right?
11  A.  Jawahar is not the owner of
12  Rothchilt.
13  Q.  He works for Rothchilt?
14  A.  Yes.
15  Q.  Okay.  "I just spoken to Mark,
16  please attention Mark will NEVER," in capital
17  letters, "consider the deposit refund until
18  the problem in US has been settled.  Any
19  refund issue in future, please contact Mark
20  directly.  Regards, Cecilia Wang."
21      What is this referring to?
22  A.  We had to pay in advance the
23  merchandise to whatchamacallit, to Rothchilt,
24  to Knauf.  We had to leave a deposit of, I

Page 162

1  believe, $150,000, rotating.  And when we
2  stopped everything, there was a balance.
3  There was a small balance.  And we asked them
4  for it.
5  Q.  To return it?
6  A.  Yes.  And look what they send
7  us.
8  Q.  They didn't want to return it?
9  A.  We're talking about peanuts.  I
10  bought from them millions of dollars, and
11  we're talking about a deposit of 10, $20,000
12  that was left.
13  Q.  So even though they sold you
14  defective drywall, they refused to return
15  your deposit?
16      MR. HAYDEN: Objection, form.
17  A.  It cannot be any clearer than
18  this.
19      BY MR. GONZALEZ:
20  Q.  I'll show you what we'll mark
21  as 381.
22      (Whereupon, Deposition Exhibit
23  La Suprema 30(b)(6)-381, Chain of
24  E-mails ending with E-mail to Michael

Page 163

1  Feldman from sfarah555@cs.com dated
2  March 8, 2009, Subject: Fwd: Knauf
3  Plasterboard, SUP EN_0003545 -
4  SUP EN_0003546, was marked for
5  identification and/or introduced.)
6      BY MR. GONZALEZ:
7  Q.  And I'd like to direct your
8  attention towards the middle of the page.
9  It's an e-mail from "wangmeng" -- by the way,
10  Bates stamp number SUP EN_3545 is the first
11  page -- "wangmeng" to you and Jawahar, and
12  it's dated March 12, 2008, and it states,
13  "Dear Salomon.  First of all, welcome to
14  China!  Regarding the smelly -- regarding the
15  smelly board in 2006, Knauf too much
16  money and we didn't clear all stock in Miami
17  till today.  Although I don't know the whole
18  story, but I know Knauf face a compensation
19  and we lose huge money, and Mark told me we
20  will not do business with you any longer."
21      Do you remember receiving this
22  e-mail?  What is she referring to here?  And
23  this is from Cecilia.
24  A.  It's clear here, a smelly

Page 164

1  board.
2  Q.  And by "smelly board," was that
3  the smelly drywall?
4  A.  Yes.
5  Q.  And Knauf is complaining that
6  it's already lost too much money in making
7  the smelly board?
8      MR. HAYDEN: Objection,
9  misstates the -- mischaracterizes the
10  letter.  Objection, foundation.
11  A.  He is saying that they lost a
12  lot of money and that Mark is not going to
13  refund me my money, and that he doesn't want
14  to do business with me; when the one who
15  doesn't want to do business with him is I.
16      BY MR. GONZALEZ:
17  Q.  And the reason you didn't want
18  to do business with him anymore was because
19  he sold you defective drywall?
20  A.  Because we have a problem, we
21  have a present problem that has not -- has
22  whatchamacallit, has not finished.
23  Q.  Regarding the defective Chinese
24  drywall?

1    MR. HAYDEN: Objection, form.
2  A.  Yes.
3    BY MR. GONZALEZ:
4  Q.  And those were the ones that
5  were made by Knauf?
6  A.  Yes.
7  Q.  Okay.
8    MR. GONZALEZ: 382, Bates stamp
9  number SUP EN_2851.
10    (Whereupon, Deposition Exhibit
11  La Suprema 30(b)(6)-382, G. Doulatram
12  & Sons LTD Correspondence to La
13  Suprema Enterprise, Inc., Re: Gypsum
14  Plaster Board, SUP EN_0002851,
15  SUP EN_0002999, SUP EN_0002795, was
16  marked for identification and/or
17  introduced.)
18    MR. HAYDEN: They're not
19  sequential Bates numbers.  Are they a
20  composite?
21    MR. GONZALEZ: They're not.
22    MR. HAYDEN: Is this some type
23  of composite?
24    MR. GONZALEZ: It's a composite

1  exhibit, and it includes Bates stamp
2  number 2851, all SUP EN, first one
3  2851, next one 2999, the last one
4  2795.
5    BY MR. GONZALEZ:
6  Q.  Who is G. Doulatram & Sons LTD?
7  A.  They are related to Rothchilt.
8  Q.  How?
9  A.  Don't know.
10  Q.  They have the same address as
11  Rothchilt.
12  A.  Don't know.  I know they have,
13  I know they are related, but I don't know
14  how.
15    MR. GONZALEZ: And I've only
16  got two minutes, and then we have to
17  change the tape again.  Can we agree
18  that the documents that he did not
19  prepare that have been produced are
20  part of the records he's kept as his
21  business records?
22    MR. RASCO: I think the
23  testimony will be that he found these
24  in his box.

1    MR. GONZALEZ: In his business
2  box.
3    MR. RASCO: In his business
4  box.
5    MR. GONZALEZ: And therefore
6  part of his business records?
7    MR. RASCO: And then you make
8  your own conclusions, that's the fact
9  he found them in his business box.
10    MR. GONZALEZ: Can we stipulate
11  that you've produced them as part of
12  the 30(b)(6) production requested?
13    MR. RASCO: I will stipulate
14  that that was a document produced by
15  us.  It has our Bates numbers.
16    MR. GONZALEZ: Okay.  Is that
17  true for all the documents that we
18  have been looking at today?
19    MR. RASCO: Thus far, we've
20  produced documents under the Bates
21  number SUP EN and then the number and
22  SUP TR for Trading and then the
23  number.  Those are documents I
24  stipulate that we produced them.

1    MR. GONZALEZ: Okay.  And then
2  to the extent if it's a document he
3  created, we're stipulating to
4  authenticity and business records
5  exception, correct?  If he created
6  them.
7    MR. RASCO: To the extent
8  that --
9    MR. GONZALEZ: Let's change the
10  tape and then you think about that and
11  if not, I'll go back and do it the
12  hard way.
13    MR. RASCO: Right, I
14  understand.  I understand what you're
15  trying to do.
16    THE VIDEOGRAPHER: This marks
17  the end of Tape 4, we're going off the
18  record.  The time is 4:13.
19    (Recess taken, 4:13 p.m. to
20  4:18 p.m.)
21    THE VIDEOGRAPHER: Please hold.
22  This marks the beginning of
23  Videotape 5 in the videotaped
24  deposition of Salomon Abadi.  The time

Page 169

1  is 4:18.  We're on the record.
2      MR. GONZALEZ: Mr. Rasco, this
3  is to confirm the discussion we had
4  during the break in order to try to
5  move this deposition along, and please
6  clarify me if I'm wrong, but I think
7  we've agreed to stipulate that any
8  document prepared by La Suprema
9  Enterprises or La Suprema Trading or
10  by Mr. Abadi himself, we are
11  stipulating to authenticity and to the
12  business records exception.  Is that
13  correct?
14      MR. RASCO: You're referring to
15  the exhibits already marked in
16  evidence, for identification?
17      MR. GONZALEZ: That's correct,
18  yes.
19      MR. RASCO: Yes, but a very
20  quick review of them indicates to me I
21  haven't seen a single document he
22  created.
23      MR. GONZALEZ: The e-mail.
24      MR. RASCO: The e-mails to the

Page 170

1  extent that he created e-mails and
2  they were in his string, yes, I
3  stipulate to that.
4      MR. GONZALEZ: Okay.  And to
5  the extent that the documents he did
6  not prepare but were prepared by
7  others, we're stipulating that those
8  documents are maintained by him as
9  part of his business practice in a box
10  where he puts business documents of
11  this sort in at his business.
12      MR. RASCO: In various boxes,
13  yes.
14      MR. GONZALEZ: Okay.  Then with
15  respect to the documents that you have
16  produced today for the 30(b)(6)
17  deposition, this general understanding
18  applies.
19      MR. RASCO: Yes, it does.
20      MR. GONZALEZ: Okay.  Then
21  specifically what we're going to do
22  now in light of that to speed this up,
23  we're going to, with the assistance of
24  my law partner, Patrick Montoya, go

Page 171

1  over areas of documents for us to
2  identify on the record which will
3  include...
4      Patrick?
5      MR. MONTOYA: What we've done
6  is segregated by invoice number,
7  according to Rothchilt, it has a
8  four-digit invoice number, has a
9  reference number.  That matches up to
10  the bill of lading number and the
11  Maersk number as well.  We've bundled
12  them together by exhibit so you can
13  match up the Rothchilt invoice to the
14  bill of lading number to the Maersk
15  number to the Customs paper.  All
16  those are in an exhibit by exhibit by
17  exhibit package.  The Rothchilt
18  invoice identifies a supplier as
19  either Pingyi, as Beijing Building
20  Materials, or Knauf.
21      We have grouped Knauf together,
22  Pingyi together, and Beijing together
23  and we can go -- we've premarked them
24  as exhibits and you can go through

Page 172

1  them and satisfy yourself that those
2  are what we say they are; and that's
3  how we'd like to go through them.
4      MR. GONZALEZ: So with respect
5  to those documents, can we agree, and
6  you'll verify it now, that we can
7  agree to authenticity to the extent
8  that they are documents received by
9  La Suprema from others that have been
10  maintained as business records by
11  La Suprema in the boxes contained in
12  his business.
13      MR. RASCO: You're asking for a
14  stipulation as to ultimate
15  authenticity as a business record, or
16  are you asking us to stipulate that
17  those are records that were received
18  by him in the ordinary course of
19  business and put into his business
20  boxes?  Because I can stipulate to the
21  latter.
22      MR. GONZALEZ: The latter and
23  produced as such.
24      MR. RASCO: And produced as

Page 173

1 such, because he did not create those
2 documents, and so I can't stipulate to
3 authenticity.
4    MR. GONZALEZ: Agreed. And so
5 we're clear on those, and we'll now
6 run those into the record in a minute.
7    The next area of documents are
8 documents relating to the sale of
9 drywall by La Suprema to others, and
10 that was organized as follows.
11    Mr. Montoya?
12    MR. MONTOYA: That was
13 organized to who they shipped them to.
14 For instance, the list that Ervin read
15 through, the Banner entities, the
16 Nachon Enterprises, the 84 Lumber, all
17 the different entities that La Suprema
18 shipped to, we grouped those together
19 showing what they shipped.
20    Also included in those exhibits
21 as composite exhibits are the credit
22 memos that La Suprema sent out as
23 well. They're all on La Suprema
24 letterhead and organized by whoever

Page 174

1 they shipped them to -- whoever
2 La Suprema shipped them to.
3    MR. RASCO: As to La Suprema
4 invoices, they were created by
5 Suprema, that's my understanding, and
6 they are La Suprema business records
7 and we will stipulate to authenticity
8 of those invoices.
9    MR. GONZALEZ: And business
10 records exception?
11    MR. RASCO: I believe it is. I
12 can't make that ruling, but I think it
13 is an exception under business
14 records.
15    MR. GONZALEZ: Here's what I'm
16 asking. I don't want to run through
17 the questions, which would be about
18 five of them. One, is La Suprema in
19 the business --
20    MR. RASCO: Let me make it
21 simple. As to the invoices, they were
22 created by La Suprema in the ordinary
23 course of business. They were kept
24 and maintained, and they are true and

Page 175

1 accurate copies.
2    MR. GONZALEZ: And they were
3 prepared by someone with knowledge at
4 or about the time so indicated in the
5 documents?
6    MR. RASCO: They were prepared
7 by the only one employee of
8 La Suprema, and that's Mr. Abadi.
9    MR. GONZALEZ: Okay. So with
10 that general stipulation, what I'd
11 like to do now is take a five- or
12 six-minute break, maybe 10 minutes,
13 for you to review all these documents
14 for purposes of moving -- marking them
15 accordingly as we've now discussed.
16 Is that okay with you?
17    MR. RASCO: That's perfect.
18    MR. GONZALEZ: And that will
19 save us well over an hour.
20    MR. RASCO: And I appreciate
21 that.
22    MR. GONZALEZ: Okay. Very
23 well. We're going to do that now.
24    THE VIDEOGRAPHER: We're going

Page 176

1 off the record. The time is 4:23.
2    (Recess taken, 4:23 p.m. to
3    4:37 p.m.)
4    THE VIDEOGRAPHER: Please hold.
5 We're back on the record. The time is
6 4:37.
7    MR. GONZALEZ: All right.
8 Mr. Rasco, for the purposes of
9 evidentiary stipulations, we've
10 prepared several sets of exhibits.
11 The first set of exhibits are exhibits
12 that we segregated by supplier. The
13 first supplier is Pingyi, P-I-N-G-Y-I,
14 and what we did is we put together the
15 Maersk shipping documents that
16 referred to the Rothchilt invoice.
17 Also packaged together with the bill
18 of lading.
19    The reference number on the
20 Rothchilt invoice matches the Maersk
21 shipping document and the bill of
22 lading matches the Customs document.
23 We've put those together by
24 transaction, and we've premarked them

Page 177

1  as exhibits.
2     You reviewed the Pingyi
3  exhibits only as to Pingyi
4  Manufacturing, you reviewed the
5  Beijing exhibits to Beijing Building
6  Materials as a supplier, and you
7  reviewed the Knauf exhibits.  And my
8  understanding is that you've
9  stipulated that these were documents
10 that La Suprema Enterprises kept as a
11 business record in its boxes at
12 La Suprema.
13    MR. RASCO: I did review those
14 documents.  They all appear to be
15 shipping documents.  I have not
16 reviewed every document, but I've
17 reviewed a number of them, and they
18 all appear to be as you represent.  To
19 the extent that those are the
20 documents that you've just
21 represented, those are documents
22 received by La Suprema entities in the
23 ordinary course of business, kept by
24 them in the ordinary course of

Page 178

1  business in his business boxes he
2  refers to.
3     These are documents that were
4  not created by La Suprema, but were
5  received by La Suprema in the ordinary
6  course of business, and they were
7  produced by La Suprema.
8     MR. MONTOYA: We're in
9  agreement.  So what I will do for the
10 record is I will read in the premarked
11 exhibit numbers for Pingyi exhibits,
12 and then I'll shift to Beijing, and
13 then to Knauf.
14    MR. BACKMAN: Patrick, before
15 you do, could you just run through one
16 example, like show the reference
17 numbers and how you did this?
18    MR. RASCO: And could the --
19 did the videographer get that?  I
20 didn't have my --
21    THE VIDEOGRAPHER: Your mic,
22 yeah.  You could ask the court
23 reporter first.
24    MR. RASCO: The court reporter

Page 179

1  I'm sure got it.
2     THE VIDEOGRAPHER: If you
3  could, the last 30 seconds on your
4  side, if you could go back through and
5  repeat it so the audio is clear.
6     MR. RASCO: I will, okay.  Let
7  me just repeat to the best of my
8  ability.
9     I did review the documents you
10 referenced, and they appeared to be
11 documents which are shipping documents
12 for each of the various manufacturers.
13    They do not include any
14 documents created by La Suprema
15 Enterprises, but they were documents
16 that were received by La Suprema
17 Enterprises in the ordinary course of
18 business.  They were maintained as
19 copies in the ordinary course of
20 business, and those are true and
21 correct copies to the best of
22 La Suprema's knowledge.  They were
23 produced by La Suprema as documents
24 received by them in the ordinary

Page 180

1  course of business.
2     And based upon your
3  representation that no other documents
4  are included in there, I did glance
5  through the documents, I did not
6  review each and every document, but I
7  glanced through them and they appear
8  to be documents as you have
9  represented.
10    MR. MONTOYA: What you will
11 find in each package is a Maersk
12 Customs Service invoice, and on that
13 invoice, it will have a reference
14 number and it says, for example, this
15 is Exhibit 59, it says, "TS-4288."  If
16 you flip through the package, the
17 composite Exhibit 59, you'll see a
18 commercial invoice from Rothchilt
19 International that also has invoice
20 number TS-4288.
21    In this example, it's gypsum
22 plasterboard 3,420 sheets and the
23 supplier is Pingyi Baier Building
24 Materials Company, Limited, and that

Page 181

1   Bates label number is 463. There's
2   also a packing list that's Bates label
3   464 from Rothchilt that also
4   references invoice 4288. You will
5   also have a document as a bill of
6   lading that has a bill of lading
7   number in the upper right-hand corner,
8   and that bill of lading number will
9   also match a Maersk logistics document
10  called Port Arrival Notice Invoice.
11      The bills of lading numbers
12  will match, and in this case, it's
13  DSLSTSTO-192889. There's also, for
14  further clarification, there's a
15  Maersk bill of lading number and that
16  number is NAEU-550299844, both the
17  bill of lading number and the Maersk
18  number you will find throughout each
19  package of documents. So the
20  Rothchilt invoice number matches to
21  the bill of lading number matches to
22  the Maersk number. That's how we've
23  classified each one.
24      MR. BACKMAN: Okay.

Page 182

1       MR. MONTOYA: The overall
2   classification of each exhibit goes by
3   the Rothchilt invoice number. That's
4   what we started with and that's how we
5   put the packages together.
6       MR. RASCO: And for the record,
7   that's the way in which the documents
8   were produced. They were produced in
9   sets per shipment, which includes each
10  of those specific documents you
11  mentioned in every shipment, and every
12  shipment has a set of documents.
13      MR. MONTOYA: I'm going to read
14  through. We have copies for all
15  counsel of the premarked exhibits that
16  relate to Pingyi.
17      The exhibit numbers are: 1
18  through 2, 36 through 39, 46, 48, 58
19  through 60, 71, 88 through 94, 97
20  through 100, 111 through 119, 125
21  through 131, 134 through 136, 145, 150
22  through 152, 155 through 156, 166, 175
23  through 176, 181 through 182, 187, 201
24  through 202, 206 through 209, 223

Page 183

1   through 228 -- I'm sorry, 223, and
2   228. 230, 294 through 295, 325
3   through 328, and 345 through 346.
4       If there's no objection from
5   counsel, I think it might be a lot
6   easier for me to make a copy of the
7   index rather than read these in, and
8   it will go a lot faster.
9       MR. RASCO: That's fine. And
10  you represent that the index
11  represents the documents you've
12  marked, and the numbers you're reading
13  are not the La Suprema Enterprise
14  Bates stamp numbers; they are simply
15  exhibit numbers that you have assigned
16  to these documents.
17      MR. MONTOYA: That's correct.
18  So we will mark, in accordance with
19  the consecutive numbers we have,
20  starting at 383, we will mark the
21  Pingyi exhibit index.
22      (Whereupon, Deposition Exhibit
23  La Suprema 30(b)(6)-383, Index of
24  Pre-Marked Pingyi Exhibits, was marked

Page 184

1   for identification and/or introduced.)
2       MR. MONTOYA: The Beijing
3   exhibit index will be number 384.
4       (Whereupon, Deposition Exhibit
5   La Suprema 30(b)(6)-384, Index of
6   Pre-Marked Beijing Exhibits, was
7   marked for identification and/or
8   introduced.)
9       MR. MONTOYA: The Knauf exhibit
10  index will be No. 385.
11      (Whereupon, Deposition Exhibit
12  La Suprema 30(b)(6)-385, Index of
13  Pre-Marked Knauf Exhibits, was marked
14  for identification and/or introduced.)
15      MR. MONTOYA: Let me shift to
16  the next set of documents.
17      MR. RASCO: Do you have an
18  extra copy of the indexes?
19      MR. MONTOYA: Yes.
20      MR. RASCO: These were already
21  included, right?
22      MR. MONTOYA: Correct.
23      MR. RASCO: That's Knauf.
24  That's 385.

Page 185

1   MR. MONTOYA: Right.
2   MR. RASCO: May I see the --
3   MR. MONTOYA: Do you want
4   these?
5   MR. RASCO: Sure.
6   And when you reference Beijing,
7   you mean Beijing Materials and
8   Supplies?
9   MR. MONTOYA: Yes, as they're
10  identified in the Rothchilt invoices.
11  MR. RASCO: Correct.
12  MR. MONTOYA: The next set of
13  documents are -- all have La Suprema
14  letterhead.  They are classified by
15  La Suprema's -- they're invoices from
16  La Suprema to whoever purchased the
17  drywall, also including packing lists
18  and invoices.  And those documents
19  that we've looked at together start at
20  Exhibit No. 355, and that's from
21  La Suprema to Cape Cement and Supply.
22  MR. RASCO: Do you have an
23  extra for me?
24  MR. MONTOYA: Yes.

Page 186

1   MR. HAYDEN: What exhibit
2   number?
3   MR. MONTOYA: 355.
4   MR. RASCO: Is this a full copy
5   or --
6   MR. MONTOYA: No, that's one
7   plus four so you can take just one of
8   the copies.
9   MR. RASCO: These documents are
10  marked as Exhibit 355 appear to be on
11  La Suprema letterhead, to the extent
12  that they are on La Suprema letterhead
13  and not -- well, I just saw another
14  document, there's an e-mail here.
15  Well, to the extent that they are on
16  La Suprema letterhead, they are
17  business records created by La Suprema
18  in the ordinary course of business at
19  or about the time the document is
20  dated and they have been maintained
21  and they are true and correct copies
22  of the business records.
23  However, 355 contains documents
24  which are not created by La Suprema.

Page 187

1   To the extent that they are, I see an
2   e-mail here, there's an e-mail from
3   somebody at Cape Cement, and then I
4   see also bills of lading intermingled
5   in these documents.  Actually, the
6   bills of ladings are at the end from
7   very careful review, the bills of
8   lading begin at SUP EN_3689,
9   consecutively numbered it appears
10  through 3697.  These are bills of
11  ladings received by La Suprema,
12  created by third parties, kept in the
13  ordinary course of business in his
14  business boxes.
15  MR. MONTOYA: Correct.  We're
16  in agreement.
17  MS. FERRY: May I ask a
18  question?  These documents appear to
19  be not in order, in Bates order.
20  They -- were they produced in this
21  order or have you reorganized them?
22  MR. MONTOYA: No, we've
23  reorganized them chronologically.  So
24  you'll find the earliest date first on

Page 188

1   the top of the package all the way
2   down through the bottom.
3   MR. RASCO: That's correct.  At
4   the time that we were produced the
5   documents, they were not in any order,
6   and due to the time constraints to
7   produce these documents, they were
8   produced as found.
9   MR. MONTOYA: Understood.  So
10  we're in agreement on Exhibit 355.
11  Any document that has La Suprema
12  Enterprise letterhead across the top
13  is we've stipulated as to authenticity
14  and that it's a business record?
15  MR. RASCO: I do.
16  MR. MONTOYA: Any other record
17  is a record that has been kept by
18  La Suprema in the ordinary course and
19  scope of the business, but not created
20  by it.
21  MR. RASCO: I agree with that
22  stipulation.
23  MR. MONTOYA: Exhibit 360 is a
24  package of invoices from Rothchilt

Page 189

1    International.
2       MR. RASCO: Is this one set or
3    many?
4       MR. MONTOYA: That is one set.
5    And the stipulation with these
6    documents is that they were kept in
7    the ordinary course and scope of
8    business of La Suprema Enterprise, but
9    not created by La Suprema.
10      MR. RASCO: It appears on quick
11   review of these documents they are all
12   commercial invoices from Rothchilt to
13   La Suprema.  These are documents that
14   were produced by La Suprema.  I
15   believe they should probably be in
16   Bates stamps, unless you've changed
17   the order.  The commercial invoices
18   were all produced together so they
19   should be consecutive even if they're
20   out of order now, and they were
21   documents received by La Suprema in
22   the ordinary course of business, kept
23   in the ordinary course of business,
24   and to the best of La Suprema's

Page 190

1    knowledge, this is a true and correct
2    copy of the document received.
3       To the extent that there's any
4    handwriting on that, I'm not speaking
5    to that.  I reviewed whether there is
6    or not, but a quick review shows that
7    there may not be any handwriting on
8    this.
9       MR. MONTOYA: Exhibit 360, the
10   way they were organized was by
11   transaction number or by the invoice
12   number at Rothchilt.  It starts at
13   4239 and goes to 4240 and runs
14   upwards.
15      MR. RASCO: So you indexed
16   these or sorted them by Rothchilt
17   invoice number.
18      MR. MONTOYA: Correct.
19      MR. RASCO: Okay.
20      MR. BACKMAN: Since we're all
21   asking questions, did those not match
22   up to Maersk documents and bills of
23   lading?
24      MR. MONTOYA: They were in a

Page 191

1    separate section of the production, so
2    we simply put them all together.
3       MR. RASCO: I think that they
4    are included in the Maersk, but since
5    we didn't have every single shipping
6    document and we had a separate set of
7    invoices, we produced them in the
8    hopes that to the extent there are any
9    shipping documents or missing
10   shipments that this may cover it.  I
11   did not analyze them or did not review
12   them.
13      I simply found that it was
14   possible that they may create -- show
15   additional transactions because I knew
16   that I didn't have every single
17   shipping document.
18      MR. BACKMAN: There may be an
19   overlap between that and the previous
20   exhibits.
21      MR. RASCO: I guarantee you
22   there's an overlap.  To the extent of
23   how much, whether it's 90% or 80%, I
24   just tried to give you as many

Page 192

1    transactions as possible.
2       MR. BACKMAN: Understood, thank
3    you.
4       MR. MONTOYA: Exhibit 361 are
5    purchase orders from Gulfeagle Supply
6    to La Suprema, and the stipulation
7    here is that these were received by
8    La Suprema Enterprises and were kept
9    in the ordinary course and scope of
10   business of La Suprema Enterprises,
11   but were not created by La Suprema.
12      MR. RASCO: That's correct.
13   There's also an e-mail in here, a
14   second page.  The second page is an
15   e-mail.
16      MR. MONTOYA: Same stipulation,
17   correct?
18      MR. RASCO: Let me see.  Yes.
19   It refers to purchase orders.
20      MR. MONTOYA: Right.
21      MR. RASCO: Yes, same
22   stipulation.
23      MR. MONTOYA: That's 361.
24      363 is the same stipulation,

Page 193

1  it's purchase orders from 84 Lumber
2  Company to La Suprema Enterprises.
3  These are documents that were kept in
4  the ordinary course and scope of
5  business by La Suprema Enterprises,
6  but not created by La Suprema.  So
7  they're purchase orders and bills of
8  lading in Exhibit 363.
9     MR. RASCO: That's correct.
10  That is correct.  And produced by
11  La Suprema.
12     MR. MONTOYA: Exhibit 364 are
13  purchase orders and bills of lading
14  from Nachon, N-A-C-H-O-N, Enterprises,
15  and the stipulation here is that these
16  are documents that were kept in the
17  ordinary course and scope of business
18  of La Suprema Enterprises, but not
19  created by La Suprema.
20     MR. RASCO: I stipulate.
21     MR. MONTOYA: And this last set
22  of documents are documents that we've
23  both reviewed that are on La Suprema
24  Enterprises letterhead that were kept

Page 194

1  in the ordinary course and scope of
2  business by La Suprema Enterprises and
3  created by La Suprema Enterprises.
4     MR. RASCO: May I see them?
5     MR. MONTOYA: Sure.
6     MR. RASCO: These don't include
7  any -- these are the documents that
8  only include La Suprema?
9     MR. MONTOYA: Correct.  I went
10  through the ones that we had -- saw
11  problems with first and these are the
12  easier ones.
13     MR. RASCO: Yes.  During the
14  break, we looked, and these are the
15  documents -- you're representing to me
16  these are documents I already
17  reviewed.  These are documents that
18  are for the most part, not completely,
19  invoices by La Suprema Enterprises or
20  La Suprema Trading, and these invoices
21  to the extent that they are -- have
22  the letterhead of La Suprema
23  Enterprises or La Suprema Trading were
24  documents that were created in the

Page 195

1  ordinary course of business at or
2  about the time that the document
3  reflects to be dated, were kept in the
4  ordinary course of business and are
5  true and correct copies of those
6  documents.
7     MR. MONTOYA: And I'll read in
8  the exhibit numbers on these.  The
9  stipulation from counsel goes to
10  Exhibits 362 --
11     MR. RASCO: Will you be handing
12  me my copies?  I'll just double-check.
13     MR. MONTOYA: Sure.  362, 359,
14  358.
15     MR. RASCO: Yes, so far.
16     MR. MONTOYA: 357.
17     MR. RASCO: You just handed me
18  two 359s.  I need 358.
19     MR. MONTOYA: You need 358?
20     MR. RASCO: Yeah, you gave me
21  two 359.
22     MR. MONTOYA: 357.
23     MR. RASCO: You gave me back
24  two, the same 359.  I need 358.

Page 196

1     MR. MONTOYA: You know why,
2  because it's very small, that's why.
3     MR. RASCO: 357 appears to have
4  a lot of handwriting for whatever
5  reason.  I can't -- without talking to
6  my client, I can't make a stipulation
7  as to the handwriting.  However,
8  otherwise the printed documents are La
9  Suprema Enterprises or La Suprema
10  Trading packing lists and invoices,
11  and, therefore, we stipulate to their
12  authenticity.
13     Whose handwriting is this?
14  Take a look at this, tell me whose
15  handwriting that is.  That's on
16  No. 357.
17     (Speaking Spanish.)
18     MR. RASCO: I did that on
19  purpose.  When I speak to him in
20  Spanish, it's off the record.
21     THE REPORTER: Yes, sir.
22     MR. RASCO: It appears from a
23  quick review, without going through
24  every document, he indicates that the

Page 197

1   handwriting on there is his.
2       MR. MONTOYA: Okay.
3   Exhibit 357, do you have that?
4       MR. RASCO: Yes, Exhibit 357.
5       MR. MONTOYA: Okay.
6   Exhibit 356 is from La Suprema to
7   Doral Building Supply.  And the same
8   stipulations as to business records
9   and to authenticity?
10      MR. RASCO: Yes, we stipulate.
11      MR. MONTOYA: Exhibit 354 is
12  from La Suprema to Black Bear, same
13  stipulations as to business records
14  and authenticity?
15      MR. RASCO: Yes, we'll
16  stipulate.
17      MR. MONTOYA: Exhibit 353 is
18  from La Suprema to Banner Supply
19  Company, Tampa.
20      MR. RASCO: Yes, these are all
21  La Suprema documents, 353, I'll
22  stipulate.
23      MR. MONTOYA: Exhibit 352 is
24  from Banner to Port St. Lucie.

Page 198

1       MR. RASCO: That's from
2   La Suprema.
3       MR. MONTOYA: Correct.
4       MR. RASCO: To Banner,
5   Port St. Lucie.
6       MR. MONTOYA: Correct.
7       MR. RASCO: These all appear to
8   be La Suprema invoices, we stipulate
9   to authenticity.
10      MR. MONTOYA: And to business
11  records?
12      MR. RASCO: That's what my
13  stipulation is, yes.
14      MR. MONTOYA: Okay.  Then
15  Exhibit 351 is from La Suprema to
16  Banner, Pompano.
17      MR. RASCO: Yes, they are, and
18  these are invoices created by
19  Banner -- I'm sorry, created by
20  La Suprema.  I stipulate either
21  Trading or Enterprise, and I stipulate
22  to authenticity as to either.
23      MR. MONTOYA: Exhibit 347 is
24  from La Suprema to AC-1 or AC-I

Page 199

1   Supply, I'm not sure if it's an "I" or
2   a "1."
3       MR. RASCO: It's a 1.  I
4   stipulate to authenticity.  These are
5   all La Suprema documents.
6       MR. MONTOYA: Exhibit 358 is
7   from La Suprema to All Steel?
8       MR. RASCO: The last one was
9   Exhibit 347?
10      MR. MONTOYA: Yes.
11      MR. RASCO: Okay.  Because that
12  was out of order.
13      MR. MONTOYA: We went from 351
14  to 347.
15      MR. RASCO: Correct.  That's
16  why I asked.
17      MR. MONTOYA: Exhibit 348, from
18  La Suprema to All Steel.
19      MR. RASCO: Yes, these --
20  Exhibit 348 appears to be La Suprema
21  documents.  We stipulate to
22  authenticity.
23      MR. MONTOYA: Exhibit 350 is
24  from La Suprema to Banner, Fort Myers.

Page 200

1       MR. RASCO: I stipulate that
2   these are all La Suprema documents,
3   and therefore we stipulate to their
4   authenticity.  To the extent that I'm
5   making a stipulation and there should
6   be a casual or random document not on
7   La Suprema Trading or La Suprema
8   Enterprises letterhead, then I'm not
9   stipulating to that.  Every single
10  document of La Suprema carries its
11  letterhead.
12      MR. GONZALEZ: As to those
13  documents that may be inadvertently
14  within those, we're agreeing that they
15  are documents kept within the course
16  of business in the box that we've
17  previously identified it.
18      MR. RASCO: Thus far that's
19  been the case, to the best of my
20  knowledge.  I've not looked at every
21  document, but that appears to be the
22  case, correct.
23      MR. MONTOYA: Exhibit 349,
24  La Suprema to Banner, Miami.

Page 201

1    MR. RASCO: I agree, 349 we'll
2  stipulate to authenticity.
3    MR. MONTOYA: That's all I have
4  for the documents.
5    MR. GONZALEZ: Okay. I have a
6  series of questions, not many, and
7  then I'm going to pass the witness at
8  that point.
9    BY MR. GONZALEZ:
10  Q.  Did you have any contact with
11  anybody from Pingyi Baier?
12  A.  When -- at the first time that
13  I -- we -- yes.
14  Q.  Who?
15  A.  Mr. Clark.
16  Q.  Where is Mr. Clark located?
17  A.  At Pingyi Baier.
18  Q.  In China?
19  A.  In China, of course.
20  Q.  What city?
21  A.  Don't know. The address is
22  there.
23  Q.  Did you have contact with him
24  one time or more than one?

Page 202

1  A.  One time.
2  Q.  Do they do business in the
3  United States, Pingyi Baier?
4  A.  Don't know.
5  Q.  Do you know who their agent is
6  in the United States?
7  A.  Don't know.
8  Q.  Did you enter into a sole agent
9  agreement similar to the one you did with
10  Rothchilt with respect to Knauf as to
11  Pingyi Baier?
12  A.  No.
13  Q.  What about Beijing Materials,
14  did you have a contact with someone there?
15  A.  Yes.
16  Q.  Who?
17  A.  With Mr. Kevin.
18  Q.  Once or more than once?
19  A.  One time.
20  Q.  Did you enter into an agency
21  agreement with Beijing Materials through
22  Rothchilt like you did with Knauf?
23  A.  No.
24  Q.  Does Beijing Materials do

Page 203

1  business in the United States, to your
2  knowledge?
3  A.  Don't know.
4  Q.  Did you distribute any Chinese
5  drywall to entities outside of Florida?
6  A.  I believe so.
7  Q.  Where to?
8  A.  I sent some containers through
9  Jamaica and some containers to Puerto Rico.
10  Q.  Whose product did you send?
11  A.  Don't remember.
12  Q.  That would have been either
13  Pingyi Baier, Beijing, or Knauf?
14  A.  It was not Knauf. It was
15  either Pingyi Baier or Knauf or Beijing
16  Building.
17  Q.  But not Knauf?
18  A.  No.
19  Q.  Was that in 2006?
20  A.  Yes.
21  Q.  Have you heard any complaints
22  from Puerto Rico or Jamaica about that
23  product?
24  A.  No.

Page 204

1  Q.  Did you make any shipments that
2  came in through Louisiana?
3  A.  No.
4  Q.  Did you ship to Louisiana?
5  A.  No.
6  Q.  Have you had any contact with
7  Louisiana?
8    MR. RASCO: Objection, form.
9  A.  Well, I went to Louisiana to
10  see if I could sell, but I was not successful
11  there.
12    BY MR. GONZALEZ:
13  Q.  So you sold no drywall to
14  Louisiana?
15  A.  Only to Florida, Puerto Rico,
16  Jamaica, if I'm not mistaken.
17  Q.  Did Knauf have a bank account
18  in the United States that you wire
19  transferred monies to for the purchase and
20  sales of goods?
21    MR. RASCO: Objection, form.
22    MR. HAYDEN: Same objection.
23  A.  No, not that I know of.
24    BY MR. GONZALEZ:

Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 205

1  Q.   What about Pingyi Baier or BNB?
2  A.   Not that I know of.
3  Q.   Did you receive any samples
4   from Knauf before you purchased the drywall?
5  A.   I went to the factory.  I took
6   some of their samples.
7  Q.   Do you still have them?
8  A.   No.
9  Q.   What did you do with them?
10  A.   I believe I showed them to
11   Banner, either I showed them to Banner or I
12   threw them away when all of this was over
13   with.
14  Q.   Did they smell bad, the
15   samples?
16  A.   Not that I remember.
17  Q.   How about from Beijing
18   Products, BNB --
19     MR. RASCO: You keep saying
20   BNB.  I don't know who BNB is.  It's
21   Beijing Building Materials and Supply
22   Company, just to be clear.
23     BY MR. GONZALEZ:
24  Q.   Beijing Building and Supply

Page 206

1   Company, did you receive any samples from
2   them?
3  A.   Yes.  In China, they gave me
4   samples in China.
5  Q.   Do you have those samples?
6  A.   No.
7  Q.   Do you know what you did with
8   them?
9  A.   I threw them away, or I gave
10   them away.
11  Q.   Did they smell bad?
12  A.   No.
13  Q.   How about Pingyi Baier, did you
14   receive any samples from Pingyi Baier?
15  A.   Yes.
16  Q.   Did you get them in China?
17  A.   Yes.
18  Q.   And what did you do with those
19   samples?
20  A.   I showed them, or if not, I
21   threw them away.
22  Q.   Have you ever been convicted of
23   a crime involving a felony or a misdemeanor
24   involving dishonesty or falsity in the United

Page 207

1   States?
2  A.   No.  Oh, excuse me.  Go ahead,
3   go ahead.
4  Q.   Have you ever been convicted of
5   a crime involving a felony or a misdemeanor
6   involving dishonesty or falsity?
7  A.   No.
8  Q.   How about outside the United
9   States, including Panama?
10  A.   Yes.
11  Q.   Yes, you have, or no, you have
12   never?
13  A.   Yes, I have.
14  Q.   Okay.  And where is that?
15  A.   Panama.
16  Q.   And what were the charges for?
17  A.   Owing money to a bank.
18  Q.   Was that civil or criminal?
19  A.   It was civil, and when the
20   bank -- it was a government bank, and the
21   case was a civil case, and when the bank saw
22   that, they changed it and turned it into a
23   criminal charge.
24  Q.   Because the bank was owned by

Page 208

1   the government?
2  A.   Yes.
3  Q.   So the civil violation becomes
4   a penal code violation in Panama.
5  A.   I don't want to go into details
6   because the case is still up for appeal.
7     MR. GONZALEZ: Counsel?
8     MR. RASCO: It was a yes-or-no
9   question.  I think the answer was yes.
10     THE WITNESS: (In English)
11   Yes.
12     BY MR. GONZALEZ:
13  Q.   Okay.  And you have not had to
14   serve any time, right?
15  A.   No.
16  Q.   Currently, are you a fugitive?
17  A.   Not to my understanding.
18     MR. GONZALEZ: Okay.  And,
19   Counsel, if you need to raise at any
20   time the appropriate objection, if
21   you'll please do so.
22     MR. RASCO: He's answered.
23     MR. GONZALEZ: Okay.
24     MR. RASCO: But I think at this

Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 209

1   point, you've asked enough questions
2   and according to the rules, you're
3   entitled to know the events and he's
4   answered the questions and I'd ask you
5   to move on.
6       MR. GONZALEZ: Okay.  So you
7   are instructing him not to answer any
8   further questions regarding these
9   matters?
10      MR. RASCO: I believe so, yes.
11      BY MR. GONZALEZ:
12  Q.   Just so that we're clear, did
13  any of those legal problems deal with
14  drywall, defective drywall?
15      MR. RASCO: You can answer that
16  question.
17  A.   None.
18      BY MR. GONZALEZ:
19  Q.   And I would assume none of the
20  matters had any relevancy to this litigation,
21  right?
22  A.   Nothing to do with it.
23  Q.   Have you had any -- have you
24  done any testing or had any testing done of

Page 210

1   the drywall?
2   A.   That's for the manufacturers to
3   do.
4   Q.   So the answer is no, you have
5   not?
6   A.   No, I have not done so.
7   Q.   Do you have any plans on doing
8   it, other than what your lawyer has told you?
9   Just yourself, as a businessman.
10  A.   No.
11      MR. GONZALEZ: Let me just take
12  a look at my notes, and I may be
13  either done or very close to being
14  done.
15      THE VIDEOGRAPHER: Going off
16  the record.  The time is 5:11.
17      (Recess taken, 5:11 p.m. to
18  5:17 p.m.)
19      THE VIDEOGRAPHER: Going back
20  on the record, the time is 5:17.
21      MR. GONZALEZ: Okay.  Ready?
22      BY MR. GONZALEZ:
23  Q.   Okay.  We're back on.
24      The Pingyi Baier drywall, did

Page 211

1   it have side tape with any markings on it?
2   A.   No.
3   Q.   What about the Beijing
4   problem -- the Beijing product?
5   A.   No.
6   Q.   Did any of the installers
7   complain to you, or did you become aware of
8   any of the installers complaining about the
9   drywall making them sick or smelling bad?
10  A.   No.
11  Q.   Have you ever heard of that?
12  A.   No.
13  Q.   Have you heard that some
14  workers thought that it smelled so bad and
15  made them sick that they wore masks?
16  A.   No.
17  Q.   I'm going to show you what
18  we've marked as 386, and it's the 30(b)(6)
19  notice.  How did you go about finding the
20  documents we requested?
21  A.   What documents did you request?
22  Q.   All the documents that you
23  produced for this deposition.  Where did you
24  find them?

Page 212

1   A.   In my boxes.
2   Q.   Did you do an exhaustive search
3   for all drywall-related documents in your
4   office?
5   A.   Yes.
6   Q.   Where were all those documents
7   located?
8   A.   In some boxes.
9   Q.   Can you describe the boxes for
10  us?
11  A.   Like the ones you have back
12  there.
13  Q.   Bankers boxes?
14  A.   Yes, that type of boxes and
15  manila boxes.
16  Q.   About how many, roughly?
17  A.   Like two or three.
18  Q.   Is that where you keep all of
19  the records that you have with respect to
20  Chinese drywall documents?
21  A.   Yes.
22  Q.   Are there any other documents
23  somewhere else related to the Chinese
24  drywall?  Related to.

Case 2:09-md-02047-EEF-MBN Document 14390-24 Filed 05/18/12 Page 55 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 213

1  A.  No.
2  Q.  Do you have a computer?
3  A.  Sure.
4  Q.  Do you store any of your
5  documents electronically in your computer?
6  A.  In 2000 -- are we talking about
7  the Knauf matter, the drywall matter?
8  Q.  Drywall documents.
9      MR. RASCO: Chinese drywall
10  documents?
11      MR. GONZALEZ: Generally
12  drywall documents first.
13  A.  The computer that I used at
14  that time became obsolete and I threw it
15  away, so I don't have any type of documents
16  on the computer used in 2006.
17      BY MR. GONZALEZ:
18  Q.  Did you keep the data?
19  A.  No, because there was no need
20  for that.  Remember that the business was
21  over with.
22  Q.  Did you dispose of your hard
23  drive?
24  A.  Yes.

Page 214

1  Q.  Did you -- do you have a
2  document retention system in your office,
3  electronic?
4  A.  No.
5  Q.  Did you store the data
6  anywhere, the electronic data?
7  A.  No.
8  Q.  What computer did you have that
9  you threw away that included the drywall
10  documents?
11  A.  I had them on an old computer
12  that I had.
13  Q.  Do you use the Mac system -- or
14  do you use the -- a Macintosh computer or an
15  IBM compatible computer, IBM or PC?
16  A.  PC, the one that uses Windows,
17  right?
18  Q.  Okay.  What Windows program did
19  you have?
20  A.  I don't know.  I don't know, I
21  don't remember.
22  Q.  Who did you use for IT
23  assistance, computer assistance?
24  A.  What's that?

Page 215

1  Q.  If you had a problem with your
2  computer, who would you use?
3  A.  I don't remember.  My computers
4  didn't have much problems.
5  Q.  What computer do you have
6  today?
7  A.  I think it's a Dell.
8  Q.  What operating system does it
9  have?
10  A.  (In English)  Windows.
11  Q.  Do you operate it on your own?
12  A.  Well, it's a computer that --
13  well, are you referring to the computer for
14  the business or for the whatchamacallit,
15  personal?
16  Q.  Any computer that you use that
17  you use for sending e-mails, receiving
18  documents, sending documents, storing
19  documents, regarding, relating or referring
20  to Chinese drywall.
21  A.  The computer that contained the
22  drywall information does not exist.  But all
23  of the information was contained in the
24  boxes.

Page 216

1  Q.  I understand that.  But the
2  current computer that you have today, does it
3  have any of that information in it?
4  A.  No.
5  Q.  Why did you throw it away?
6  A.  Because it was useless by then.
7  Q.  When did you throw it away?
8  A.  I think I threw it away, 2007,
9  more or less.
10  Q.  Before or after you received
11  notices from different companies about the
12  problem with the Chinese drywall?
13      MR. RASCO: Objection, form.
14  A.  After.
15      MR. HAYDEN: I'm sorry, could
16  you go back?  What was the date again?
17      (The reporter read back the
18  following portion of the preceding
19  record.)
20      "ANSWER: I think I threw it
21  away, 2007, more or less."
22      (End of readback.)
23      BY MR. GONZALEZ:
24  Q.  So you received notice of the

Page 217

1  Chinese drywall problems from Banner and from
2  others and then you threw away the computer
3  that had information involving the Chinese
4  drywall in it.  Right?
5  A.  Yes.
6  Q.  And you didn't keep any of the
7  electronic data?
8  A.  The electronic data, in my
9  world -- in my world, they're better kept in
10  a box than on a computer.
11  Q.  How did you dispose of the
12  computer?
13  A.  Threw it away.
14  Q.  Garbage can in front of the --
15  front post in front of your house, did you
16  burn it, did you give it to charity?
17  A.  I don't remember.  Don't
18  remember.  Don't remember.
19  Q.  It was broken?
20  A.  It could be.
21  Q.  You don't remember?
22  A.  Don't remember.
23  Q.  How many computers do you have
24  today?

Page 218

1  A.  I have one computer in the
2  room.
3  Q.  Do you work out of home?
4  A.  Yes.
5  Q.  Are you married?
6  A.  Yes.
7  Q.  Does your wife have a computer?
8  A.  We use the same one.
9  Q.  Is her name Farah?
10  A.  No.
11  Q.  Because your e-mail name has
12  Farah in it.
13  A.  Because my daughter's name is
14  Farida, and Farah is more or less -- Farah is
15  the nickname.
16  Q.  Do the children also use the
17  same computer?
18  A.  Yes.
19  Q.  If we wanted to confirm that
20  you have produced all of the documents that
21  are required under the 30(b)(6) document
22  we've shown you, how would we be able to
23  verify that?
24      MR. RASCO: Objection, form.

Page 219

1  A.  Speak with my attorney.
2      BY MR. GONZALEZ:
3  Q.  How did you look for the
4  documents we were requesting?
5  A.  I took the boxes and, okay, I
6  took out one by one those things that you had
7  asked for.
8  Q.  Then what did you do?
9  A.  I turned them in to my
10  attorney.
11  Q.  How did you get the e-mails
12  that were produced today?
13  A.  Which of them all?
14  Q.  The ones you produced today.
15  Did you download them from your computer and
16  then printed them?
17  A.  I believe so.
18  Q.  You threw away your computer in
19  what year, 2007?
20  A.  2007.
21  Q.  So the e-mails that are dated
22  after 2007 are still in that computer you now
23  have, correct?
24  A.  No.

Page 220

1  Q.  What did you do with them?
2  A.  They erase automatically.
3  Q.  Did you erase your hard drive?
4  A.  No.  The e-mails, the
5  Compuserve system I use, keeps the e-mail for
6  30 days; and after that, it's automatically
7  erased.
8  Q.  Is that your e-mail account at
9  "SFARAH" at cs.com?
10  A.  Yes.
11  Q.  How long have you had an
12  account with Compuserve?
13  A.  10 years.
14  Q.  Is that account still active?
15  A.  Yes.
16  Q.  Is it still accessible to you?
17  A.  Yes.
18  Q.  Is it in your personal name or
19  your company's name?
20  A.  Personal.
21  Q.  Under what name?
22  A.  Salomon Abadi.
23  Q.  Is La Suprema Enterprises still
24  an active business?

Case 2:09-md-02047-EEF-MBN  Document 14390-24  Filed 05/18/12  Page 57 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 221

1    THE INTERPRETER: Active?
2    MR. GONZALEZ: Active.
3  A.  No.
4    BY MR. GONZALEZ:
5  Q.  When did it stop doing
6  business?
7  A.  Two months ago.
8  Q.  How about --
9    MR. RASCO: Hold on.  Objection
10 to the translation.
11   (Speaking Spanish.)
12   THE INTERPRETER: I heard hace,
13 H-A-C-E, dos, D-O-S, meses, M-E-S-E-S,
14 atras, A-T-R-A-S, which means "two
15 months ago."
16   MR. GONZALEZ: Let me ask
17 again.
18   THE INTERPRETER: If I may also
19 request that the witness remove his
20 hands from his mouth when he's
21 answering so that I can clearly hear
22 him, please.
23 A.  A few months ago.
24   BY MR. GONZALEZ:

Page 222

1  Q.  How many?
2  A.  Don't know.
3  Q.  More than six?
4  A.  No.
5  Q.  More than three?
6  A.  Thereabouts.
7  Q.  Okay.  How about La Suprema
8  Trading Company, is it still in business?
9  A.  No.
10 Q.  When did it stop doing
11 business?
12 A.  2007, 2006 at the end.
13 Q.  Do you still do business with
14 Rothchilt?
15 A.  I used to.
16 Q.  When did that stop?
17   THE INTERPRETER: When did that
18 finish?
19 A.  When this got hot.
20   BY MR. GONZALEZ:
21 Q.  When was that?
22 A.  I think a few months ago, like
23 four or five months ago.
24 Q.  What were you bringing in

Page 223

1  through Rothchilt?
2  A.  We would bring in packing
3  material, wire.
4  Q.  Did you do any business with
5  Knauf after 2006?
6  A.  I would like to make reference
7  to the e-mail you saw, and I believe it's
8  quite clear that they did not want to do
9  business, so therefore your answer is no.
10 Q.  What about with Pingyi Baier?
11 After 2006, did you do any more business with
12 them?
13 A.  No.
14 Q.  What about Beijing Materials,
15 did you do any business with them after 2006?
16   MR. HAYDEN: Objection, form.
17 A.  No.
18   BY MR. GONZALEZ:
19 Q.  When was the last time you sold
20 drywall?
21 A.  It's in your invoices.
22 Q.  You haven't sold them since?
23 A.  No.
24 Q.  When you sold the Mexican

Page 224

1  drywall, you never had a problem, right?
2  A.  Never.
3  Q.  When you sold the Knauf Chinese
4  drywall, you've had plenty of problems,
5  right?
6    MR. HAYDEN: Objection, form.
7  A.  Nightmares.
8    MR. GONZALEZ: All right.  At
9  this time, subject to verifying that
10 we've gotten all of the documents that
11 we requested under our 30(b)(6), I
12 will pass the witness.  And Counsel,
13 I'll discuss with you the computer
14 issues at another date, and I'm going
15 to reserve that for further discussion
16 with you.
17   MR. RASCO: That's fine.  You
18 can reserve anything you want.
19 Today's the day to ask your questions.
20   MR. GONZALEZ: No, I mean I
21 have to discuss it with you, but I
22 don't know if it would be appropriate
23 to discuss it in a group setting.
24   MR. RASCO: That's fine.

Case 2:09-md-02047-EEF-MBN   Document 14390-24   Filed 05/18/12   Page 58 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 225

1    MR. HAYDEN: Do I need a --
2    MR. MONTOYA: Here's one.
3    MR. GONZALEZ: Do you want to
4  change the tape?
5    THE VIDEOGRAPHER: Sure. This
6  marks the end of Tape 5 in the video
7  deposition of Salomon Abadi. We're
8  going off the record. The time is
9    5:35.
10    (Recess taken, 5:35 p.m. to
11    5:41 p.m.)
12    THE VIDEOGRAPHER: Please hold.
13  This marks the beginning of Tape 6 in
14  the videotaped deposition of Salomon
15  Abadi. The time is 5:41. Please
16  continue.
17    EXAMINATION
18    BY MR. HAYDEN:
19  Q.  Okay. Mr. Abadi, my name is
20  Don Hayden. I represent Knauf Plasterboard
21  Tianjin. Okay. Just for the record, I'm
22  going to raise an objection. I am going to
23  ask you some questions today that are going
24  to follow up on some of the questions that

Page 226

1  have been posed by Mr. Gonzalez, and I'll try
2  and cover as much as I can today, but with
3  the understanding that this is the first
4  deposition in this very complicated matter,
5  and we received the documents a few days ago
6  from your counsel, it's being done on an
7  expedited basis.
8    We anticipate that there will
9  be additional documents that will come to
10  light, maybe not from your company but from
11  others, in which we will want to ask you
12  questions.
13    And we were not involved in the
14  selection of today's date for the deposition,
15  and we may have to call you again at a later
16  date if some new evidence arises or there's
17  some new documents we need to ask you
18  questions about, okay?
19    MR. RASCO: And I will object
20  to that, as Mr. Abadi was court
21  ordered by Judge Fallon to appear
22  today and it was not designated that
23  there would be a second deposition.
24  To the contrary, I was led to believe

Page 227

1  this would be it, and he is available,
2  so...
3    BY MR. HAYDEN:
4  Q.  Okay. Mr. Abadi, the computer
5  account that you have, is it with -- who do
6  you have your -- who's your internet service
7  provider?
8  A.  Compuserve.
9  Q.  Oh, Compuserve. And you've had
10  them for about 10 years. Is that right?
11  A.  Yes.
12  Q.  Okay. And has that service
13  been provided at your home address?
14  A.  Yes.
15  Q.  Okay. Have you always operated
16  during the time period from, say, 2004 to the
17  present, have you always operated your two
18  businesses, La Suprema Trading and La Suprema
19  Enterprises, out of your home?
20  A.  Since when?
21  Q.  Since 2004.
22  A.  No.
23  Q.  When did you start operating
24  out of your home address?

Page 228

1  A.  Since the company started.
2  Q.  Okay. And when did the company
3  start?
4  A.  I don't have the exact date.
5  Q.  Okay. I believe at the
6  beginning of the deposition you indicated
7  that La Suprema Enterprises was created in
8  approximately 2000? Is that correct?
9  A.  No, I did not say that.
10  Q.  Okay. When was it created?
11  A.  I don't have the exact date.
12  2003, 2004, thereabouts.
13  Q.  Okay. And La Suprema Trading,
14  when was that created?
15  A.  2006.
16  Q.  Okay. And when La Suprema
17  Enterprises was created, where was it working
18  out of?
19  A.  From my house.
20  Q.  Okay. And so whenever it was,
21  2003, 2004 to the present, La Suprema
22  Enterprises was working out of your home.
23  A.  In 2006, I obtained a small
24  warehouse to do unload and reloading of the

Page 229

1 drywall.
2 Q.   And where was that warehouse
3 located?
4 A.   Unless I'm mistaken, 4456
5 Northwest, I think it was either 57th or
6 58th Avenue or Street.  I don't quite
7 remember.
8 Q.   And how long did you have that
9 warehouse?
10 A.   The contract was for a year.
11 Q.   And were you operating out of
12 that location for one year?
13 A.   Yes.
14 Q.   Okay.  And did you also have
15 your offices in that warehouse?
16 A.   Yes.
17 Q.   Okay.  And when you were at
18 that warehouse, did you use the same internet
19 service provider, Compuserve, as you used at
20 your home?
21 A.   Yes.
22 Q.   Did you receive the bills for
23 your warehouse services from the -- from
24 Compuserve on the same bill that you received

Page 230

1 for your home services?
2 A.   I don't understand your
3 question.
4 Q.   Okay.  Were there two separate
5 bills that you received?  Did you receive one
6 bill for the warehouse and another bill for
7 your home address?
8 A.   From what?
9 Q.   For the computer service that
10 was being provided.
11 A.   No.  I have the Compuserve one,
12 and they automatically deduct from the -- if
13 I recall correctly, from the credit card.
14 And when we were at the warehouse -- I'm with
15 you -- when we were at the warehouse, I
16 requested -- BellSouth connected me, but I
17 would access the Compuserve one because all
18 of my information was contained therein.
19 Q.   Okay.  And did you have
20 separate computers at the home and at the
21 warehouse during that time period?
22 A.   Yes.
23 Q.   Okay.  And where is the
24 computer that was located at the warehouse

Page 231

1 during that time period?
2 A.   In the garbage can.
3 Q.   Okay.  Is that the computer we
4 were talking about that was thrown away?
5 A.   Yes.
6 Q.   Okay.  And with regard to the
7 home computer, how many computers do you have
8 in the home?
9 A.   One.
10 Q.   And that's shared by the
11 family?
12 A.   Yes.
13 Q.   Okay.  So you do your business
14 on the same computer that your family does
15 their other business?
16 A.   Yes.
17 Q.   Is it a desktop or a laptop?
18 A.   It's a desktop.
19 Q.   Okay.  And how long have you
20 had it?
21 A.   Don't know.  Quite some time.
22 Q.   Okay.  For more than five
23 years?
24 A.   Don't know.

Page 232

1 Q.   Okay.  Did you have it in 2005
2 and 2006?
3 A.   I believe so.
4 Q.   And did you do business with
5 regard to the Chinese drywall on that
6 computer?
7 A.   No.
8 Q.   What is the e-mail address of
9 that computer?
10 A.   SFARAH555@cs.com.
11 Q.   Okay.  I think you've seen a
12 couple of e-mails today, and I'll show them
13 to you again, that had that e-mail address.
14 Would that indicate to you that
15 the home address was used for some of the
16 Chinese drywall business?
17 MR. RASCO: Objection, form.
18 A.   It could have happened.  It
19 could have happened.
20 BY MR. HAYDEN:
21 Q.   Okay.  But it wasn't the
22 primary computer that you used for your
23 business at -- before the business computer
24 broke.  Is that right?

Page 233

1  A.  No.
2  Q.  Okay.  When your business
3  computer broke, did you take any steps to try
4  to transfer data from the business computer
5  to the home computer that you're using now?
6  A.  Let me say, I didn't do it, but
7  I'm going to clarify something here because I
8  do believe there is an issue with the
9  computers.  I am not a computer expert, nor
10  do I manage my business through the computer.
11  The computer that -- I use a computer to do
12  the invoicing, okay?  To write a letter, and
13  to look at the e-mails.  That's as far as I
14  go, that's as far as my -- whatchamacallit --
15  my knowledge goes regarding computers.
16  Q.  Okay.  And do you also draft
17  e-mails on that same computer?
18  A.  Yes.  Which one?
19  Q.  The computer at home that
20  you're using now.
21  A.  Yes.
22  Q.  Okay.  Now, the business
23  computer, I believe you said broke down
24  sometime in 2007.  Can you be more -- can you

Page 234

1  be more exact with regard to the date that it
2  broke down?
3  A.  No.
4  Q.  Was it at the beginning of the
5  year or at the end of the year?
6  A.  Don't know.  I don't -- don't
7  remember.
8  Q.  How do you know it was in 2007?
9  A.  Because unless I'm mistaken,
10  when I turned over the warehouse, by then
11  the warehouse -- the computer was by then too
12  old, and I threw it away.
13  Q.  Okay.  At the time that you
14  threw away the computer, did you have pending
15  sales agreements with various companies?
16  A.  No.
17  Q.  Were you an active company in
18  2007?
19  A.  In regards to trading, yes.  It
20  was inactive in regards to --
21     (In English)  In regards to
22  Enterprise, no.
23  Q.  Okay.  So with regard to
24  enterprises, you were not an active company?

Page 235

1     MR. RASCO:  Be clear on this.
2  Are you saying active or an active or
3  an inactive?
4     BY MR. HAYDEN:
5  Q.  Were you an active -- was
6  Enterprises an active company in 2007?
7  A.  Yes.
8  Q.  Were you sending out business
9  e-mails in the year 2007?
10  A.  Yes.
11  Q.  Okay.  And would you send those
12  out of the home computer or the computer from
13  the warehouse?
14  A.  From the home computers.
15  Q.  Okay.  Now, did you -- what
16  steps did you take to collect the information
17  from the home computer relating to the
18  requests that were made of you for
19  electronically stored information?
20  A.  None.
21  Q.  Okay.  So there's no collection
22  of electronic documents from the home
23  computer?
24  A.  No.

Page 236

1  Q.  Were you ever provided with a
2  letter from your attorney advising you to
3  hold certain documentation?
4     MR. RASCO:  Objection,
5  attorney-client privilege.
6     MR. HAYDEN:  I'll strike that.
7     BY MR. HAYDEN:
8  Q.  Now, you'd mentioned that you
9  were over in China and had been to the Knauf
10  Plasterboard Tianjin plant.
11  A.  Yes.
12  Q.  When -- when was that?
13  A.  It was like in 2005, near the
14  end, like in November, November 2005.
15  Q.  Okay.  In the period from when
16  I believe Enterprises was created first, when
17  enterprises was created until 2005 when you
18  went to China, what was the business activity
19  of La Suprema Enterprises?
20  A.  Sell used garments and sell
21  drywall.
22  Q.  Used garments?
23  A.  Used garments.
24  Q.  Okay.  And were these used

Page 237

1  garments imported?
2  A.  No.
3  Q.  Okay.  Who would you sell the
4  used garments to?
5  A.  To the recycling companies.
6  Q.  Okay.  How much of your
7  business was that?
8  A.  At that time, it was all the
9  business.
10  Q.  Okay.  And then you began to
11  sell drywall?  Is that right?
12  A.  Yes.
13  Q.  How did you get into the
14  drywall business?
15  A.  Panel Rey was referred to me.
16  And I started at a time when there was a
17  shortage.
18  Q.  And Panel Rey was the Mexican
19  drywall company, correct?
20  A.  Correct.
21  Q.  And you first purchased from
22  Panel Rey for two years.  Is that correct?
23  A.  Yes.  We purchased through a
24  company named, I believe, Dukes International

Page 238

1  I believe was the name.
2  Q.  Okay.  So you didn't have a
3  direct connection with Panel Rey.  Is that
4  right?
5  A.  Correct.
6  Q.  And this Dukes company, was
7  this a U.S. company or was it a Mexican
8  company?
9  A.  If I'm not mistaken, it was
10  United States.  It was a United States
11  company.
12  Q.  And when did you start
13  importing drywall from Panel Rey?
14  A.  I think it was in 2004.
15  Q.  Early?  What time of year?
16  A.  I don't know.  Don't know.
17  Q.  Did you ever have any
18  complaints with regard to the Panel Rey
19  product?
20  A.  Never.
21  Q.  Okay.  Who did you sell -- who
22  were your major accounts that you sold the
23  Panel Rey product to?
24  A.  Banner Supply.

Page 239

1  Q.  Okay.  Besides Panel Rey, did
2  you sell any other foreign drywall at that
3  time?
4  A.  At what time?
5  Q.  In 2004 and 2005.
6  A.  Yes.
7  Q.  What other companies?
8  A.  Knauf Brazil.  Knauf Brazil.
9  Q.  Brazil, okay.
10  How did you come to import
11  Knauf Brazil products?
12  A.  Because I went to a
13  construction fair, construction material
14  fair, in Sao Paulo, and they were exhibiting
15  and we established a contact.
16  Q.  Okay.  And when did you
17  start -- did there come a point in time when
18  you started importing drywall from Knauf
19  Brazil?
20  A.  I don't more or less recall.  I
21  don't more or less recall the date, but it
22  was a short period.  It was a very short
23  period.
24  Q.  Okay.  Was it in 2004 or 2005?

Page 240

1  A.  I'd be lying to you if I were
2  to tell you.
3  Q.  Would your records indicate --
4  refresh your recollection as to when that
5  period was?
6  A.  I believe they would.
7  Q.  Okay.  How much Brazilian
8  drywall did you import into the United
9  States?
10  A.  I don't believe there were more
11  than 50 containers, maybe less.
12  Q.  And the 50 containers were
13  spread out over how many shipments?
14  A.  I do not remember.
15  Q.  Okay.  Do you -- do you recall
16  how long a period you were shipping drywall
17  from Knauf Brazil?
18  A.  One or two months.
19  Q.  Okay.  Did you ever have any
20  complaints about a Knauf Brazil product?
21  A.  On the contrary.  We wanted
22  more.
23  Q.  Why were you not given more?
24  A.  As I told Mr. Gonzalez, when I

Page 241

1  started placing the orders, they told me they
2  could not dispatch them because the domestic
3  market -- there was high-demand in the
4  domestic market, and there was no
5  merchandise.  And they didn't have paper
6  from -- well, they just came up this whole
7  story, that they didn't have sufficient
8  paper.  Excuses.
9  Q.   Okay.  And then there came a
10  point in time where you stopped obtaining
11  drywall from Panel Rey, right?
12  A.   Correct.
13  Q.   And what was the reason for
14  discontinuing the relationship with Panel
15  Rey?
16  A.   I did not dis- -- first of all,
17  I had no relationship with Panel Rey myself
18  or La Suprema.  We had a -- we had a
19  relationship with Dukes International, and
20  Panel Rey stopped selling to Dukes
21  International.
22  Q.   Okay.  Were you told why Panel
23  Rey stopped selling to Dukes International?
24  A.   No.

Page 242

1  Q.   Okay.  Going back quickly to
2  Knauf Brazil, who did you sell that board to
3  in the United States?
4  A.   To Banner Supply Company.
5  Q.   Did you sell it to anyone else?
6  A.   No.
7  Q.   Now, we've mentioned two
8  foreign drywall companies that you imported
9  drywall into the United States for.  What was
10  the next company that -- the next foreign
11  drywall company that you began to have a
12  relationship with?
13  A.   Pingyi Baier, Beijing Building
14  Materials, and Knauf Tianjin, in that order.
15  Q.   Okay.  Okay.  First with regard
16  to Pingyi, who was your contact at -- how did
17  you come to get to know Pingyi?
18  A.   I am not -- Rothchilt took me
19  to Pingyi.
20  Q.   How did you come to get to know
21  Rothchilt?
22  A.   It was referred to me.
23  Q.   Okay.  Who referred Rothchilt
24  to you?

Page 243

1  A.   A relative.
2  Q.   What relative?
3  A.   A cousin.
4  Q.   Okay.  And what is your
5  cousin's name?
6  A.   Isaac Terrazi.
7  Q.   And where -- where does he
8  live?
9  A.   In Panama.
10  Q.   And how did he know Rothchilt?
11  A.   Because he works for them.
12  Q.   Okay.  Does he have an
13  ownership interest in Rothchilt?
14  A.   No.
15  Q.   How long has he worked for
16  Rothchilt?
17      MR. RASCO: Objection.  Object
18  to form.
19  A.   Just a moment.  He's not a
20  Rothchilt employee.
21      BY MR. HAYDEN:
22  Q.   Okay.  You said he works for
23  Rothchilt.  What do you mean?
24  A.   No, no, I made a mistake in the

Page 244

1  manner in which I -- working with them means
2  he does business with them.  In my world, in
3  my world, when one uses the word "works,"
4  means that they do business with them.
5  Q.   Okay.  So he had worked with
6  Rothchilt previously?
7  A.   Okay.  I'm going to put it in a
8  way you'll understand it.  He did business
9  previously with Rothchilt.
10  Q.   Okay.  How long had he worked
11  for Rothchilt or worked with Rothchilt?
12  A.   He didn't tell me.
13  Q.   Okay.  Did you solicit him for
14  individuals who might be able to provide you
15  with foreign drywall?
16  A.   I don't understand the
17  question.
18  Q.   Okay.  Well, we've mentioned
19  two companies, and both seem to have
20  discontinued their service to you.  Did there
21  come a point in time where you were actively
22  soliciting people in the market to find an
23  alternative foreign manufacturer of drywall?
24  A.   Yes, I was looking for

Case 2:09-md-02047-EEF-MBN   Document 14390-24   Filed 05/18/12   Page 63 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 245

1  merchandise.
2  Q.  Okay.  Was there a point in
3  time where you did not have a relationship
4  with a foreign manufacturer to import
5  drywall?
6  A.  A couple of months.
7  Q.  Okay.  When was that?
8  A.  After Brazil stopped
9  dispatching to me.
10  Q.  And that was sometime in 2004?
11  A.  No.  No, I believe it was 2005.
12  Q.  Okay.  And then you were
13  introduced -- how long after that were you
14  introduced to Rothchilt through your cousin?
15  A.  I don't remember.
16  Q.  Okay.  Was it more than a few
17  months?
18  A.  Thereabouts.
19  Q.  Okay.  It was still in 2005,
20  correct?
21  A.  Yes, sure.
22  Q.  And Rothchilt, the first
23  company that Rothchilt introduced you to was
24  Pingyi?

Page 246

1  A.  No.
2  Q.  Who was it?
3  A.  Beijing Building Materials.
4  Q.  Okay.  And Beijing Building
5  Materials, are you aware of the fact that it
6  has -- it's related to several other
7  companies with similar names, including
8  Beijing New Building Materials?
9  A.  No.
10  Q.  Okay.  Have you ever heard the
11  acronym BN -- BNBM?
12  A.  I don't remember.
13  Q.  Okay.  When was the -- who was
14  the first person that you met at Rothchilt
15  through your contact with your cousin?
16  A.  Mr. Ramesh.
17  Q.  And what was the position of
18  Mr. Ramesh?
19  A.  He is -- my understanding is
20  he's one of the partners in the company.
21  Q.  And where did you meet him?
22  A.  In China.
23  Q.  Okay.  Was this your first
24  visit to China?

Page 247

1  A.  Yes.
2  Q.  Okay.  So when you say China,
3  Rothchilt is a Taiwanese company.  Did he
4  meet you in the People's Republic of China or
5  in Taiwan?
6      MR. GONZALEZ: Objection to
7  form.
8  A.  In the Republic -- in the
9  Chinese Republic.
10      BY MR. HAYDEN:
11  Q.  Okay.  What city did he meet
12  you in?
13  A.  The first time was in
14  Guangzhou, Canton.
15  Q.  Okay.  And at that time, did he
16  take you to a drywall plant?
17  A.  No.
18  Q.  How long was your visit with
19  Mr. Ramesh?
20  A.  My visit in China on that trip
21  was a four or five-day visit.
22  Q.  Okay.  And besides Mr. Ramesh,
23  who else did you visit with with regard to
24  possibly importing drywall from China?

Page 248

1  A.  Well, during that -- well, if I
2  recall correctly, that was the Canton fair.
3  I went to the Canton fair.  Okay.  And there
4  we met Beijing Building Materials and we met,
5  well, many people who sold drywall at the
6  fair.
7  Q.  Did you enter into any
8  negotiations with anyone at the fair with
9  regard to purchasing drywall for importation
10  into the United States?
11  A.  Sure we did.  We asked
12  everybody for prices.
13  Q.  And when you say, "We asked
14  everyone," who else was there with you?
15  A.  Rosa was there, who was
16  Ramesh's secretary.  She was the one who was
17  taking me around, taking me around the fair.
18  Q.  Was anyone else there?
19  A.  Anyone else there about what?
20  Q.  Anyone else there as your
21  representative or agent.
22  A.  Accompanying me at the fair,
23  no.
24  Q.  Okay.  After the fair, what did

Page 249

1   you do in China on that visit?
2   A.   Came back to Miami.
3   Q.   Okay.  And then did you have
4   another visit to China shortly thereafter?
5   A.   Yes.
6   Q.   When was that?
7   A.   Maybe two or three weeks
8   thereafter.
9   Q.   And on that visit, did you meet
10  anyone from the three Chinese drywall
11  manufacturers that you've referenced?
12  A.   The three of them.
13  Q.   Okay.  And you -- I believe you
14  indicated you met BBM first, you met Beijing
15  Building Materials first.
16  A.   Yes, the -- the
17  whatchamacallit.  We met the Beijing Building
18  Materials at the show.
19  Q.   Okay.  So that was in your
20  first visit in Canton, correct?
21  A.   Yes.
22  Q.   Did you enter into an agreement
23  with Beijing Building Materials at the show
24  in Canton?

Page 250

1   A.   I don't remember.
2   Q.   Okay.  Do you recall --
3   A.   I don't remember.
4   Q.   Do you recall which
5   manufacturer you had your first contract
6   with?
7   A.   It could be that it was with
8   Beijing.
9   Q.   Okay.  Do you recall when that
10  was?
11  A.   It could have been the fair as
12  well as it could have been after the fair.
13  I'm not sure.
14  Q.   Okay.  When was the fair?
15  A.   The Canton fair is done every
16  year on October the 15th.
17  Q.   Okay.  So it was October
18  the 15th of 2005.  Is that correct?
19  A.   Well, that's the day it starts.
20  I don't remember the day I got there.  If you
21  are -- if you want me to -- if you want me
22  to -- if you want to -- if you want to box me
23  into a day, I can't give you that.
24  Q.   No, I don't.

Page 251

1   A.   I'm giving you a give-and-take.
2   Q.   No, I don't.  But, sir, you had
3   your first contact with anyone from Beijing
4   Building Materials on or around October 15th,
5   2005, and I believe you just testified that
6   you had discussions with them about
7   purchasing drywall for importation into the
8   United States.
9   A.   Yes.
10  Q.   Okay.  When were your
11  negotiations with them finalized?
12  A.   I believe it was on the second
13  trip.  I'm not sure.  I don't remember, I am
14  not sure.  I don't remember.
15  Q.   Okay.  And I believe you said
16  the second was two or three weeks later, so
17  we're now sometime in November of 2005.  And
18  at or around that time, did you enter into a
19  contract with Beijing Building Materials?
20  A.   Yes.  We asked them for a small
21  delivery to test their merchandise.
22  Q.   Did you go to their -- to any
23  of their plants?
24  A.   They took me to a -- they,

Page 252

1   along with Rothchilt, took me to a plant they
2   said was theirs.
3   Q.   And where was that located?
4   A.   Don't remember.
5   Q.   Was it near Beijing?
6   A.   Well, it was -- well, it could
7   be like five or six hours from Beijing.
8   Q.   By car?
9   A.   Yes.  If I recall correctly.
10  Something very funny happened to me that day,
11  right.
12  Q.   What?
13  A.   If you have time?
14  Q.   I have all the time in the
15  world.
16  A.   Well, it so happens that winter
17  starts in China in the month of November, and
18  there is a lot of --
19      MR. RASCO:  Fog.
20  A.   -- fog in Beijing.  And we were
21  in the expressway when nighttime came, and
22  the expressway was shut down at 8:00 o'clock
23  at night.  And it was not -- it was not
24  reopened until 11:00 o'clock the next

Case 2:09-md-02047-EEF-MBN Document 14390-24 Filed 05/18/12 Page 65 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 253

1 morning. So I do remember that.
2 BY MR. HAYDEN:
3 Q. Okay. Is that your interesting
4 story?
5 A. (In English) Yes.
6 (Comments off the record.)
7 BY MR. HAYDEN:
8 Q. But in that second trip, you
9 entered into an agreement with Beijing
10 Building Materials and board was shipped from
11 China to the United States, correct?
12 A. Yes, but what I am -- what I am
13 not clear about is whether the agreement took
14 place during the first trip or the second
15 trip.
16 Q. Okay. And did you require any
17 specifications for the drywall from Beijing
18 Building Materials when you ordered the
19 material for import into the United States?
20 A. Yes. We asked them to be
21 manufactured 4 by 12.
22 Q. Is that it?
23 A. And to do them with the STA --
24 ASTM American Standard, with the American

Page 254

1 Standard, ASTM.
2 Q. And what is the American
3 Standard?
4 A. I don't know. I know that the
5 standard is ASTM.
6 Q. Okay. But it was a standard --
7 A. And that --
8 Q. It was a standard that you gave
9 them, correct?
10 A. I asked them for the standard.
11 Q. I believe that on some of the
12 board there is a reference to ASTM C 36. Is
13 that the standard that you requested be --
14 that the Chinese board be in conformance
15 with?
16 A. I don't remember.
17 Q. Okay. Who would remember?
18 A. Mr. Kevin.
19 Q. Okay. And did you provide
20 Mr. Kevin or anyone else at Beijing Building
21 Materials with documentation that set forth
22 your specifications for the board you were
23 purchasing for import into the United States?
24 A. No.

Page 255

1 Q. Mr. Kevin was located where?
2 A. I believe in Beijing.
3 Q. In Beijing? Is that where the
4 Beijing Building Material office was?
5 A. Yes.
6 Q. Okay. And where -- and the
7 plant that they took you to was about five or
8 six hours from there, correct?
9 A. I believe. I believe so.
10 Q. Okay. But you don't know the
11 name of the city or location that the plant
12 was located?
13 A. No, no. I truly don't.
14 Q. Okay. Now, on this second
15 trip, did you make any -- did you have any
16 discussions with any other Chinese
17 manufacturer?
18 A. Yes.
19 Q. Who else?
20 A. With Pingyi and with Knauf.
21 Q. Okay. First with regard to
22 Pingyi, where did you meet -- where did you
23 first meet someone from Pingyi?
24 A. At their factory.

Page 256

1 Q. And where was their factory
2 located?
3 A. Don't know.
4 Q. Okay. Was it near Beijing?
5 A. No. I believe also four or
6 five hours. I believe it was about four or
7 five hours from Beijing.
8 Q. Okay. Do you know what
9 province it was in?
10 A. I don't remember.
11 Q. Okay. Is there any
12 documentation that you would have that would
13 refresh your recollection?
14 A. Maybe some of the papers that's
15 there (indicating).
16 THE INTERPRETER: Gentlemen,
17 when you find it appropriate, I need
18 to take a five-minute break to clear
19 the cobwebs.
20 MR. HAYDEN: Let me just get
21 through the two manufacturers.
22 THE INTERPRETER: Sure. When
23 you find it appropriate.
24 BY MR. HAYDEN:

Page 257

1 Q. Do you recall if the Pingyi
2 plant was located in Shandong? Does that
3 refresh your recollection?
4 A. If it says so there, there it
5 is.
6 Q. Okay. And you dealt with a
7 particular person there as well; that was
8 who?
9 A. I think the name was Mark.
10 Q. Mark at Pingyi?
11 A. Yes.
12 Q. Okay. And then finally -- and
13 then shortly after going to their factory,
14 you entered into an agreement with Pingyi to
15 purchase drywall for importation into the
16 United States, correct?
17 A. I made my purchase right there.
18 Q. Okay. And when you say you
19 "made your purchase right there," what do you
20 mean?
21 A. It means I placed the order
22 right away. Once I went to the factory, I
23 placed the order.
24 Q. Okay. And then the next

Page 258

1 company that you were dealing with was Knauf.
2 A. Correct.
3 Q. And that was Knauf Plasterboard
4 Tianjin?
5 A. Correct.
6 Q. And who did you deal with at
7 Knauf Plasterboard Tianjin?
8 A. I spoke with Cecilia Wang and
9 with the other young man who is there on the
10 card.
11 Q. Mark Norris?
12 A. No.
13 Q. Okay. And where did you meet
14 Ms. Wang and the other gentleman?
15 A. At the plant.
16 Q. Okay. So at KPT's plant in
17 Tianjin, correct?
18 A. What's KPT?
19 Q. Okay. I'm using an acronym,
20 I'm sorry, for Knauf Plasterboard Tianjin.
21 A. Yes.
22 Q. When did you first meet Mark
23 Norris?
24 A. When the problem originated.

Page 259

1 Q. Okay. And when was that?
2 A. That was in -- if I remember
3 correctly, the end of October, the beginning
4 of November, 2006.
5 Q. And that was in the United
6 States, correct?
7 A. Yes.
8 Q. Okay. You realize that Mark
9 Norris was the commercial director for Knauf
10 Plasterboard Tianjin during the time period
11 in which you had your relationship with them,
12 correct?
13 A. I don't know what his position
14 was. I know that he was the one in charge of
15 the factory, but I don't know what his
16 position was.
17 Q. Okay. He was the one that you
18 understood to be in charge?
19 A. Yes. Cecilia was -- yes,
20 Cecilia always made reference as Mark being
21 the boss.
22 Q. Okay. And between the time
23 that you first met Mark in October of 2006
24 or -- strike that.

Page 260

1 Before the time you met Mark
2 Norris in October of 2006 here in the United
3 States, is it your testimony that you had no
4 communications with Mr. Norris?
5 A. Not as far as I remember. At
6 the time, I believe he sent me an e-mail
7 telling me his arrival time so I could go get
8 him at the airport.
9 Q. Okay. And that was his arrival
10 time to appear here in the United States in
11 October of 2006?
12 A. Yes.
13 Q. Okay. Prior to that, you had
14 no communications with Mr. Norris?
15 A. Not that I remember.
16 Q. Okay. Just -- and we'll take a
17 break. You were dealing with three
18 different -- as far as I can tell, you were
19 dealing with Rothchilt, which was located --
20 it was a Taiwanese company located in Taiwan,
21 right? And you were dealing with three
22 separate Chinese drywall manufacturers.
23 Would it be fair to say that
24 the majority of your communications with

Page 261

1  those companies, given the time differential,
2  was through e-mail communication?
3  A.  No.
4  Q.  Well, how did you communicate
5  with these entities?
6  A.  I would never communicate with
7  them.  The one that communicated with them
8  was Rothchilt.  Everything I -- everything
9  that was done was done through Rothchilt, so
10  when he tells me that I was managing three
11  companies, three -- three factories and
12  Rothchilt at the same time, that is not
13  correct.
14      What is correct is that
15  Roth- -- I -- all of my information was
16  through Rothchilt, and Rothchilt managed the
17  factory in China.
18  Q.  Okay.  Would it be fair to say
19  that most of your communications with
20  Rothchilt were through e-mail communications?
21  A.  It could be.  There were a lot
22  of phone calls.  We used both.  I used the
23  phone more than the e-mails.
24  Q.  Okay.  And when you had

Page 262

1  communications with Rothchilt, did you ever
2  have occasion to copy anyone at one of the
3  three Chinese manufacturers that were
4  involved?
5  A.  Copy what?
6  Q.  Copy them on the communication.
7  A.  No.
8  Q.  Did you understand -- do you
9  understand Rothchilt to be your agent or the
10  agent of the Chinese manufacturer?
11      MR. RASCO: Objection.
12      MR. GONZALEZ: Form.
13  A.  Okay.  I believe that Rothchilt
14  is a broker just like I am.  Okay.  I don't
15  know what the difference -- okay.  I don't
16  know what the difference is, and I asked
17  Counselor Gonzalez -- I don't know, and I ask
18  you also -- I don't know what the difference
19  is between a broker and an agent.  I don't...
20      BY MR. HAYDEN:
21  Q.  Who finalized the agreements
22  with the three manufacturers?
23  A.  Rothchilt.
24  Q.  Were you involved at all in

Page 263

1  those negotiations?
2  A.  Yes.
3  Q.  You were actually present at
4  the -- during the negotiations, correct?
5  A.  Yes, in some of them.
6  Q.  Okay.  Well, when the three
7  agreements were finalized during the second
8  visit to China, you were present when they
9  were finalized, correct?
10  A.  Two of the three times.
11  Q.  Okay.  What are the two -- what
12  were the two times?
13  A.  Beijing Building Material and
14  Pingyi Baier, yes.
15  Q.  Okay.  And after that second
16  visit to China, how many times did you --
17  have you returned to China?
18  A.  I believe three times or four
19  times.
20      MR. GONZALEZ: Don, our
21  interpreter needs to have a moment.
22      THE INTERPRETER: Thank you,
23  sir.
24      MR. HAYDEN: And that's where

Page 264

1  I'm going to let him have a moment.
2      THE VIDEOGRAPHER: This marks
3  the end of Tape 6 in the videotaped
4  deposition of Salomon Abadi.  Going
5  off the record.  The time is 6:41.
6      (Recess taken, 6:41 p.m. to
7  6:53 p.m.)
8      THE VIDEOGRAPHER: This marks
9  the beginning of Tape 7 in the
10  videotaped deposition of Salomon
11  Abadi, going on the record.  The time
12  is 6:53.
13      MR. HAYDEN: This is Don Hayden
14  again.  While I have additional
15  questions for this witness, I am
16  passing the witness to one of the
17  defense counsel who has some questions
18  and would like to finish hers up that
19  she has at the present time this
20  evening.
21      MS. FERRY: Thank you.
22      MR. RASCO: You need a
23  microphone.
24      MS. FERRY: I have one right

Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 265

1  here.
2      EXAMINATION
3      BY MS. FERRY:
4  Q.  My name is Elizabeth Ferry from
5  Fowler White Burnett.  I'm here on behalf of
6  Black Bear Gypsum, and I would like to state
7  for the record that I am reserving the right
8  to further questioning upon availability of
9  additional information as discovery
10 progresses.
11     MR. RASCO: And I reiterate my
12 position that we are willing to be
13 here today, and we are here today to
14 answer questions.
15     MS. FERRY: Thank you.
16     BY MS. FERRY:
17 Q.  Mr. Abadi, you shipped drywall
18 to Black Bear at its location in Pinellas
19 County.  Is that correct?
20 A.  I don't remember.
21 Q.  You have no knowledge or
22 evidence that the drywall that Black Bear
23 received from La Suprema was subsequently
24 sent to any other county in Florida?

Page 266

1      MR. RASCO: Objection, form.
2      BY MS. FERRY:
3  Q.  Is that correct?
4  A.  No.
5  Q.  No, as in you have no
6  information, or -- is that --
7  A.  I don't know what they did with
8  the drywall.
9  Q.  So you don't know if any of
10 that drywall ended up back in the south
11 Florida area?
12 A.  No.
13 Q.  La Suprema never disclosed to
14 Black Bear the manufacturer or the country of
15 origin of the drywall that La Suprema sold to
16 Black Bear. Is that correct?
17 A.  Not the manufacturer; the
18 origin, yes.
19 Q.  In what manner was that
20 information about the country of origin
21 disclosed?
22 A.  Verbal.
23 Q.  What exactly was the content of
24 that information?

Page 267

1  A.  That the drywall came from
2  China.
3  Q.  Do you have any evidence or
4  document of any sort to support your
5  statement that this information was disclosed
6  to Black Bear?
7  A.  No.
8      MS. FERRY: Thank you.  That's
9  all I have for right now.
10     MR. RASCO: Anyone else?
11     (No response.)
12     MR. RASCO: Mr. Backman, did
13 you have some questions?
14     MR. BACKMAN: I have a lot of
15 questions, but Mr. Hayden, I believe,
16 was going to finish first.  But I
17 thought we agreed outside that we were
18 going to get a new date for your
19 client to finish the deposition.
20     MR. RASCO: I told you that I
21 would be happy to speak to you
22 regarding any additional information
23 you have, but we are here today to
24 provide the deposition of the La

Page 268

1  Suprema entities per the court order,
2  and we are ready, willing and able to
3  continue this deposition until such
4  time as the questions cease.
5      MR. BACKMAN: Can we just go
6  off the record for a second?
7      THE VIDEOGRAPHER: Going off
8  the record.  The time is 6:58.
9      (Break taken, 6:58 p.m. to
10 6:59 p.m.)
11     THE VIDEOGRAPHER: Going back
12 on the record.  The time is 6:59.
13     MR. BACKMAN: Jeff Backman for
14 Banner Supply.  It's 7:00 o'clock.  I
15 believe Mr. Hayden on behalf of Knauf
16 has multiple hours' worth of
17 questioning.
18     I know that on behalf of Banner
19 Supply, the various Banner Supply
20 entities, that I will have certainly
21 probably multiple hours of
22 questioning, maybe at least in excess
23 of an hour, so at this point, I'm
24 going to move -- and counsel for

Page 269

1  Lennar also has questions that he's
2  going to want to ask as well, so I'm
3  going to move --
4      MR. GONZALEZ: For multiple
5  hours?
6      MR. FOSLID: For at least an
7  hour, I believe.
8      MR. BACKMAN: That will put us
9  into tomorrow if we all ask our
10  questions.  We've been here since
11  10:30.  I am going to move for a
12  protective order at this time.
13      MR. GONZALEZ: I would also
14  have redirect, I might add, very
15  significant and substantial redirect.
16      MR. BACKMAN: Okay.  And so
17  based upon that and the hour of the
18  evening as well as the -- on behalf of
19  my client, the lack of coordination
20  with the scheduling of this
21  deposition, as well as the -- what we
22  consider to be the premature
23  scheduling of the deposition in light
24  of inadequate discovery that we've not

Page 270

1  had the opportunity to conduct, I'm
2  going to move for a protective order
3  to postpone this deposition as well.
4      MR. GONZALEZ: Let me add some
5  other things that I've observed just
6  sitting here.  I've noticed that the
7  interpreter has advised us that his
8  eyes are glazing over and that he's
9  having a difficult time concentrating,
10  has requested a break late in the
11  evening.  One of the attorneys has
12  advised me that she has to eat at
13  regular intervals for health reasons.
14      The court reporter has been
15  diligently typing away for many, many
16  hours and is looking tired at this
17  point; and in the best interests of
18  the health and welfare of all
19  concerned, I believe that the motion
20  is not abusive and is well taken and
21  is appropriate under the Rules of
22  Civil Procedure.
23      MR. HAYDEN: And just to add
24  some additional bases, I believe that

Page 271

1  from the questioning that I've done as
2  well as Mr. Gonzalez, I believe that
3  there are additional documents that
4  would be responsive to some of the
5  requests that have not yet been
6  produced and that there are documents
7  from the various other entities who
8  communicated with Mr. Abadi and his
9  companies during the course of the
10  relevant time period whose -- and
11  those documents would be very relevant
12  to the questioning of Mr. Abadi.
13      MR. GONZALEZ: Who joins in the
14  motion?
15      MR. FOSLID: Adam Foslid on
16  behalf of the Lennar entities.
17      MS. COLE: Susan Cole does.
18      MR. GONZALEZ: Knauf?
19      MR. HAYDEN: Don Hayden on
20  behalf of the KPT, Knauf Wuhu and
21  Knauf Gips.
22      MS. COLE: Susan Cole on behalf
23  of 1st Drywall.
24      MS. FERRY: Elizabeth Ferry on

Page 272

1  behalf of Black Bear.
2      MR. CONNER: David Conner on
3  behalf of L&W Supply.
4      MR. HAYDEN: Anybody on the
5  phone?
6      MR. GONZALEZ: On the phone,
7  anybody?
8      (No response.)
9      MR. GONZALEZ: Plaintiffs'
10  counsel on behalf of the PSC.
11      So given that it is too late to
12  get Judge Fallon on the phone because
13  he's not there, I think the
14  appropriate thing would be to
15  terminate the deposition until we have
16  a ruling on the motion and if everyone
17  is in agreement, with the exception of
18  Mr. Rasco, who I understand wants to
19  go forward, I think we should do that.
20  Mr. Rasco?
21      MR. RASCO: Well, I do want to
22  go forward and we here and we are
23  prepared to go forward and documents
24  have been disseminated.

Case 2:09-md-02047-EEF-MBN Document 14390-24 Filed 05/18/12 Page 70 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

Page 273

1    MR. GONZALEZ: Understood.
2    MR. RASCO: I just want to make
3  everybody aware that my client had to
4  cancel some business travel as a
5  result -- in order to be available
6  here.  He did so because we felt that
7  we were ordered to be here.
8    My client will not be available
9  probably till sometime in November
10  after this, middle of November or
11  thereafter.  So I'm advising you all
12  now, he's not going to cancel his
13  plans again; and to the extent that
14  you are here and present and
15  available, I'd request that you ask
16  your questions now.
17    At a later date, I've told each
18  of you independently that I am willing
19  to assist you if you have questions or
20  clarifications, and I will stick to
21  that.  You can call me and ask me.  I
22  will make my time available outside
23  the deposition to try to clarify
24  documents, if that's the case.

Page 274

1    But for the most part, I feel
2  that if you have questions, now is the
3  time, you should ask them.  We're
4  here, we're available, and we're ready
5  and willing to proceed.
6    MR. HAYDEN: I appreciate that,
7  Mr. Rasco.  What I would suggest is
8  given that your -- it sounds like your
9  client has a travel schedule.  If we
10  could get some -- you know, some other
11  dates that are available that, you
12  know, for purposes of this protective
13  order that's going to be put in place,
14  maybe we could work around that so
15  it's at the convenience of your client
16  and all parties involved.
17    MR. RASCO: Contact me and I
18  would be happy to provide you dates.
19    MR. GONZALEZ: Okay.  Thank you
20  very much.
21    MR. BACKMAN: Let me just add
22  Gary Baumann on behalf of IBSA also
23  joins in the motion.
24    MR. GONZALEZ: Given the time

Page 275

1  and the fact that we need a ruling on
2  this motion, which we're not going to
3  be able to get at this time, I believe
4  the deposition is now adjourned.
5    Thank you.
6    THE VIDEOGRAPHER: This marks
7  the end of Videotape No. 7 in the
8  videotaped deposition of Salomon
9  Abadi.  Going off the record, the time
10  is 7:04.
11    (Deposition recessed at
12    7:04 p.m.)
13    *-*-*-*-*-*-*-*-*-*-*-*-
14
15
16
17
18
19
20
21
22
23
24

Page 276

1                    CERTIFICATE
2
3        I, SUSAN PERRY MILLER, Certified
   Shorthand Reporter (TX), Certified Court
4  Reporter (LA), Certified LiveNote™ Reporter,
   NCRA Certified Realtime Reporter, NCRA
5  Registered Diplomate Reporter, do hereby
   certify that prior to the commencement of the
6  examination, SALOMON H. ABADI was duly sworn
   by me to testify to the truth, the whole
7  truth and nothing but the truth.
8        I DO FURTHER CERTIFY that the
   foregoing is a verbatim transcript of the
9  testimony as taken stenographically by and
   before me at the time, place and on the date
10 hereinbefore set forth, to the best of my
   ability.
11
         I DO FURTHER CERTIFY that I am
12 neither a relative nor employee nor attorney
   nor counsel of any of the parties to this
13 action, and that I am neither a relative nor
   employee of such attorney or counsel, and
14 that I am not financially interested in the
   action.
15
16
17     _____
18     SUSAN PERRY MILLER
       Certified LiveNote™ Reporter
19     NCRA Certified Realtime Reporter
       NCRA Registered Diplomate Reporter
20
       Dated:  26th day of October, 2009
21
22
23
24

Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

---

Page 277

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2

 3

 4          I, _____, do
    hereby certify that I have read the foregoing
 5  pages and that the same is a correct
    transcription of the answers given by me to
 6  the questions therein propounded, except for
    the corrections or changes in form or
 7  substance, if any, noted in the attached
    Errata Sheet.
 8

 9

10

11

12  _____
    SALOMON H. ABADI          DATE
13

14

15  Subscribed and sworn to before me this

16  _____ day of _____, 20 _____.

17  My commission expires: _____

18

19  Notary Public

20

21

22

23

24
```

---

Page 279

```
 1               - - - - - -
                LAWYER'S NOTES
 2               - - - - - -

 3  PAGE   LINE

 4  ____   ____   _____

 5  ____   ____   _____

 6  ____   ____   _____

 7  ____   ____   _____

 8  ____   ____   _____

 9  ____   ____   _____

10  ____   ____   _____

11  ____   ____   _____

12  ____   ____   _____

13  ____   ____   _____

14  ____   ____   _____

15  ____   ____   _____

16  ____   ____   _____

17  ____   ____   _____

18  ____   ____   _____

19  ____   ____   _____

20  ____   ____   _____

21  ____   ____   _____

22  ____   ____   _____

23  ____   ____   _____

24  ____   ____   _____
```

---

Page 278

```
 1               - - - - - -
                   ERRATA
 2               - - - - - -

 3  PAGE   LINE   CHANGE

 4  ____   ____   _____

 5  REASON: _____

 6  ____   ____   _____

 7  REASON: _____

 8  ____   ____   _____

 9  REASON: _____

10  ____   ____   _____

11  REASON: _____

12  ____   ____   _____

13  REASON: _____

14  ____   ____   _____

15  REASON: _____

16  ____   ____   _____

17  REASON: _____

18  ____   ____   _____

19  REASON: _____

20  ____   ____   _____

21  REASON: _____

22  ____   ____   _____

23  REASON: _____

24  ____   ____   _____
```

---

**Chinese Drywall Products Liability Litigation MDL**

Salomon H. Abadi
October 19, 2009

## $

**$10,750.00 (1)**
131:23
**$150,000 (1)**
162:1
**$16 (1)**
110:18
**$173,134 (1)**
129:18
**$20 (1)**
110:18
**$20,000 (1)**
162:11
**$4.50 (1)**
71:9
**$8,505,000 (3)**
71:11;75:9;76:16
**$890,000 (2)**
98:2;99:8

## *

***-*-*-*-*-*-*-*-*-*-*- (1)**
275:13

## •

**•_• (1)**
2:17

## 0

**06 (2)**
26:3;81:8

## 1

**1 (16)**
32:7;55:23;80:23;
104:14;109:4;125:2;
134:9,11,16;141:12;
142:16;144:4,14;
182:17;199:2,3
**1,890,000 (2)**
70:21;76:5
**1:35 (1)**
81:1
**1:55 (2)**
80:20;81:1
**10 (5)**
53:18;162:11;
175:12;220:13;
227:10
**10:30 (1)**
269:11
**10:48 (3)**
2:7;13:2,12
**100 (1)**
182:20
**100% (1)**
159:16

**11 (2)**
77:21;133:10
**11:00 (1)**
252:24
**11:31 (2)**
44:7,8
**11:38 (2)**
44:9,11
**11:55 (1)**
55:24
**111 (1)**
182:20
**119 (1)**
182:20
**11th (6)**
72:18,19;77:21,21,
22;133:19
**12 (2)**
163:12;253:21
**12:02 (2)**
56:1,6
**12:32 (2)**
80:18,19
**121,590 (1)**
118:12
**125 (1)**
182:20
**13 (2)**
66:9;74:4
**131 (1)**
182:21
**134 (1)**
182:21
**136 (1)**
182:21
**13th (1)**
69:15
**145 (1)**
182:21
**147 (1)**
142:16
**148 (1)**
142:16
**150 (1)**
182:21
**152 (1)**
182:22
**155 (1)**
182:22
**156 (1)**
182:22
**157 (1)**
142:16
**15th (3)**
250:16,18;251:4
**166 (1)**
182:22
**175 (1)**
182:22
**176 (1)**
182:23
**181 (1)**
182:23

**182 (1)**
182:23
**187 (1)**
182:23
**19 (2)**
2:7;13:2
**193 (5)**
117:17,19,23;
118:8,18
**19th (1)**
13:12
**1st (2)**
14:4;271:23

## 2

**2 (5)**
56:3;134:9,16,21;
182:18
**2:29 (2)**
106:2,3
**2:37 (2)**
106:4,7
**20 (1)**
107:2
**2000 (4)**
20:5;120:17;
213:6;228:8
**2000- (1)**
88:21
**2000s (2)**
19:9,10
**2003 (2)**
228:12,21
**2004 (9)**
18:21;227:16,21;
228:12,21;238:14;
239:5,24;245:10
**2005 (20)**
20:5;22:14;23:19;
24:19;25:14;62:16,
18;112:5,6;232:1;
236:13,14,17;239:5,
24;245:11,19;
250:18;251:5,17
**2006 (72)**
25:22;26:15,23;
27:7;28:3,16,19;
33:11,14;38:21;
39:15;40:24;41:1;
51:1,5;55:11;59:24;
60:8;62:15;66:10;
69:15;72:18;74:5;
77:21;89:7,7,10,22;
91:19;105:13,17;
108:7,19;109:2;
111:3,21,22;112:8;
117:3,11,15;119:14;
120:7,17;121:5;
123:2;129:3,8;130:6;
131:9,15;135:10,20;
136:11;139:2;
146:23;147:15;

151:22;163:15;
203:19;213:16;
222:12;223:5,11,15;
228:15,23;232:2;
259:4,23;260:2,11
**20060313 (1)**
119:15
**2007 (20)**
55:12;72:19;
77:22;88:21;89:22;
133:10,19;135:15;
160:21;216:8,21;
219:19,20,22;
222:12;233:24;
234:8,18;235:6,9
**2008 (13)**
28:10;59:5,7;
88:10;89:4;136:19;
137:2;140:22,24;
141:12;144:4,15;
163:12
**2009 (12)**
2:7;13:2;59:5,7;
142:12;146:3,15;
149:19;155:24;
157:14;160:12;163:2
**201 (1)**
182:23
**202 (1)**
182:24
**206 (1)**
182:24
**209 (1)**
182:24
**20th (1)**
81:8
**21 (1)**
149:18
**223 (2)**
182:24;183:1
**228 (2)**
183:1,2
**23 (1)**
155:24
**23,600 (1)**
131:21
**230 (1)**
183:2
**24th (2)**
140:24;160:20
**255 (2)**
2:12;13:10
**267,444 (3)**
116:18,21;117:2
**2795 (1)**
166:4
**2851 (2)**
166:2,3
**28th (2)**
112:4,6
**29 (2)**
119:13;142:12
**294 (1)**

183:2
**295 (1)**
183:2
**2999 (1)**
166:3
**29th (1)**
121:5
**2nd (2)**
2:13;13:10

## 3

**3 (2)**
80:22;124:20
**3,000 (2)**
72:24;78:2
**3,420 (1)**
180:22
**3:03 (2)**
124:21,22
**3:06 (2)**
124:23;125:4
**3:32 (2)**
142:5,6
**3:40 (2)**
142:7,22
**30 (4)**
91:10;112:16;
179:3;220:6
**30% (1)**
106:24
**30b6 (7)**
2:1;149:8;167:12;
170:16;211:18;
218:21;224:11
**30b6-365 (1)**
32:10
**30b6-366 (1)**
66:6
**30b6-367 (1)**
74:1
**30b6-368 (1)**
114:10
**30b6-369 (1)**
119:12
**30b6-370 (1)**
129:1
**30b6-371 (1)**
131:6
**30b6-372 (1)**
133:7
**30b6-373 (1)**
136:16
**30b6-374 (1)**
142:10
**30b6-375 (1)**
144:1
**30b6-376 (1)**
145:24
**30b6-377 (1)**
149:16
**30b6-378 (1)**
152:9

**30b6-379 (1)**
155:21
**30b6-380 (1)**
160:9
**30b6-381 (1)**
162:23
**30b6-382 (1)**
165:11
**30b6-383 (1)**
183:23
**30b6-384 (1)**
184:5
**30b6-385 (1)**
184:12
**31st (2)**
33:14;51:5
**325 (1)**
183:2
**328 (1)**
183:3
**345 (1)**
183:3
**346 (1)**
183:3
**347 (3)**
198:23;199:9,14
**348 (2)**
199:17,20
**349 (2)**
200:23;201:1
**350 (1)**
199:23
**351 (2)**
198:15;199:13
**352 (1)**
197:23
**3523 (2)**
144:12;148:24
**353 (2)**
197:17,21
**3536 (1)**
148:24
**354 (1)**
197:11
**3543 (1)**
149:23
**3547 (1)**
143:9
**3548 (1)**
143:10
**3549 (1)**
143:10
**355 (5)**
185:20;186:3,10,
23;188:10
**3550 (1)**
143:10
**3551 (1)**
143:10
**3554 (1)**
145:21
**3557 (2)**
140:17;141:11

**3558 (5)**
139:21,24;140:3,9;
141:1
**356 (2)**
67:6;197:6
**3562 (2)**
140:11,23
**3564 (1)**
134:7
**3565 (2)**
134:8,16
**3566 (1)**
152:7
**3567 (2)**
154:16;155:4
**357 (8)**
65:6,13;195:16,22;
196:3,16;197:3,4
**3575 (3)**
124:12;125:7,23
**3576 (2)**
126:24;127:4
**3579 (1)**
143:9
**358 (5)**
195:14,18,19,24;
199:6
**3580 (1)**
143:6
**3581 (1)**
143:7
**3582 (1)**
143:7
**3583 (1)**
143:7
**3584 (1)**
143:7
**3585 (1)**
143:7
**3586 (1)**
143:8
**3587 (1)**
143:8
**3588 (1)**
143:8
**3589 (1)**
143:8
**359 (3)**
195:13,21,24
**3590 (1)**
143:8
**3595 (1)**
66:22
**3596 (3)**
73:21,22,23
**359s (1)**
195:18
**36 (2)**
182:18;254:12
**360 (2)**
188:23;190:9
**361 (2)**
192:4,23

**362 (2)**
195:10,13
**363 (2)**
192:24;193:8
**364 (1)**
193:12
**366 (7)**
65:11;66:21;67:4,
8;74:12;75:6;79:8
**367 (1)**
73:18
**368 (4)**
114:16;118:23;
120:1,5
**369 (5)**
119:21;121:1;
125:7,24;127:5
**3697 (1)**
187:10
**370 (2)**
128:21;130:18
**371 (1)**
131:3
**372 (1)**
133:17
**373 (2)**
136:14;139:7
**374 (1)**
143:1
**375 (2)**
144:12;148:23
**376 (3)**
145:21;146:11,12
**377 (1)**
149:14
**378 (2)**
152:6;155:3
**379 (2)**
155:19;157:8
**380 (1)**
160:6
**381 (2)**
162:21
**382 (1)**
165:8
**383 (1)**
183:20
**384 (1)**
184:3
**385 (2)**
184:10,24
**386 (1)**
211:18
**39 (1)**
182:18
**391 (2)**
116:17,19
**394,680 (1)**
117:10

---

**4**

**4 (3)**

**125:1;168:17;**
253:21
**4% (2)**
76:13,16
**4:13 (2)**
168:18,19
**4:18 (2)**
168:20;169:1
**4:23 (2)**
176:1,2
**4:37 (2)**
176:3,6
**400 (1)**
112:18
**4239 (1)**
190:13
**4240 (1)**
190:13
**4288 (1)**
181:4
**4456 (1)**
229:4
**46 (1)**
182:18
**463 (1)**
181:1
**464 (1)**
181:3
**48 (1)**
182:18
**4X12 (1)**
131:21

---

**5**

**5 (3)**
129:3;168:23;
225:6
**5:11 (2)**
210:16,17
**5:17 (2)**
210:18,20
**5:35 (2)**
225:9,10
**5:41 (2)**
225:11,15
**50 (4)**
95:3;106:22;
240:11,12
**50% (1)**
106:23
**52,000 (1)**
93:18
**53,000 (1)**
93:18
**558.04 (1)**
151:4
**57th (1)**
229:5
**58 (1)**
182:18
**58th (1)**
229:6

**59 (1)**
142:16;180:15,17
**5th (1)**
129:8

---

**6**

**6 (3)**
131:9;225:13;
264:3
**6:41 (2)**
264:5,6
**6:53 (2)**
264:7,12
**6:58 (2)**
268:8,9
**6:59 (2)**
268:10,12
**60 (3)**
72:22;77:24;
182:19
**630 (3)**
118:2,8,19
**684 (2)**
116:18,20
**6th (1)**
131:15

---

**7**

**7 (3)**
37:13;264:9;275:7
**7:00 (1)**
268:14
**7:04 (3)**
2:8;275:10,12
**71 (1)**
182:19
**782,460 (1)**
117:14

---

**8**

**8 (4)**
136:19;140:22;
160:12;163:2
**8,439,228 (3)**
71:3,7;76:7
**8:00 (1)**
252:22
**80% (1)**
191:23
**84 (6)**
105:9,15,19;110:7;
173:16;193:1
**843 (1)**
76:7
**88 (1)**
182:19
**890 (1)**
98:5
**8th (1)**
137:2

## 9

**9 (1)**
146:2
**90% (1)**
191:23
**900,000 (1)**
98:6
**90s (1)**
19:9
**91 (1)**
143:8
**92 (1)**
143:8
**94 (1)**
182:19
**97 (1)**
182:19
**97346 (1)**
37:13
**99.9% (1)**
119:6
**99.999 (1)**
105:6

## A

**ABADI (26)**
2:4;13:5;17:3,20;
56:5;80:24;119:13;
121:6;125:3,6;
153:13;168:24;
169:10;175:8;
220:22;225:7,15,19;
226:20;227:4;264:4,
11;265:17;271:8,12;
275:9
**ability (2)**
122:13;179:8
**able (12)**
85:1;99:2;104:2;
122:7,11;124:14;
128:13;151:10;
218:22;244:14;
268:2;275:3
**above (5)**
2:6;72:7;77:2,12;
134:24
**absolutely (1)**
105:24
**abusive (1)**
270:20
**AC (2)**
109:4;151:20
**AC-1 (2)**
108:11;198:24
**access (4)**
47:18;122:1,8;
230:17
**accessible (1)**
220:16
**Accompanying (1)**

248:22
**accordance (1)**
183:18
**according (3)**
35:8;171:7;209:2
**accordingly (1)**
175:15
**account (1)**
34:2;45:17;
103:24;116:16;
157:1;204:17;220:8,
12,14;227:5
**accountable (2)**
152:1;159:13
**accounts (1)**
238:22
**accredited (1)**
128:11
**accurate (1)**
175:1
**AC-I (1)**
198:24
**acronym (2)**
246:11;258:19
**across (1)**
188:12
**ACs (1)**
58:8
**acting (1)**
79:18
**active (10)**
220:14,24;221:1,2;
234:17,24;235:2,2,5,
6
**actively (1)**
244:21
**activity (1)**
236:18
**actually (10)**
47:12;65:8;73:7;
79:17;115:24;
140:19;156:7;
160:22;187:5;263:3
**Adam (2)**
14:14;271:15
**add (5)**
118:4;269:14;
270:4,23;274:21
**adding (1)**
144:9
**additional (8)**
76:12;191:15;
226:9;264:14;265:9;
267:22;270:24;271:3
**address (14)**
21:5,10;37:11;
46:12;146:3,9;
166:10;201:21;
227:13,24;230:7;
232:8,13,15
**addressed (1)**
150:8
**adjourned (1)**

275:4
**Adorno (4)**
144:18;145:3,5,10
**advance (1)**
161:22
**advised (1)**
270:7,12
**advising (1)**
236:2;273:11
**affected (1)**
160:1
**affecting (1)**
135:16
**afterwards (1)**
63:21
**again (15)**
25:21;55:13;
91:22,23;105:4;
115:7;141:12;
154:11;166:17;
216:16;221:17;
226:15;232:13;
264:14;273:13
**against (2)**
134:4;158:2
**agency (1)**
202:20
**agent (28)**
29:7,8;63:7;64:6;
66:6;67:9;71:18,20;
72:1,7,11;74:1,8;
76:21;77:2,12,14;
79:9,12,18,23;
159:19;202:5,8;
248:21;262:9,10,19
**agents (1)**
63:5
**ago (10)**
49:19;54:16;
120:6;122:23;221:7,
15,23;222:22,23;
226:5
**agree (7)**
99:6,24;166:17;
172:5,7;188:21;
201:1
**agreed (4)**
99:20;169:7;
173:4;267:17
**agreeing (1)**
200:14
**agreement (10)**
178:9;187:16;
188:10;202:9,21;
249:22;253:9,13;
257:14;272:17
**agreements (4)**
151:11;234:15;
262:21;263:7
**ahead (6)**
56:15;57:9;
125:16;158:9;207:2,
3

**air (6)**
48:21;57:4,13;
59:20;101:4;152:2
**airport (1)**
260:8
**Alabama (2)**
52:7;126:18
**AlertBalance (1)**
160:13
**allow (2)**
17:13;84:22
**along (3)**
125:12;169:5;
252:1
**Alpha (2)**
16:4,17
**alternative (1)**
244:23
**although (2)**
75:3;163:17
**Alwani (2)**
78:13,14
**always (7)**
42:10;59:17;
97:21,24;227:15,17;
259:20
**amazing (1)**
118:5
**America (4)**
61:20;62:6;69:6;
72:2
**American (3)**
253:24,24;254:2
**analysis (2)**
127:6,9
**analyze (1)**
191:11
**and/or (22)**
2:15;32:13;66:11;
74:6;114:12;119:18;
129:5;131:11;
133:13;136:22;
142:20;144:6;146:6;
149:20;152:12;
156:3;160:15;163:5;
165:16;184:1,7,14
**answered (2)**
208:22;209:4
**anticipate (1)**
226:8
**anymore (7)**
82:19,23;83:1;
84:16;85:10,22;
164:18
**apiece (1)**
71:9
**apologize (1)**
65:22
**apparently (5)**
121:3;144:17;
151:9;156:21;161:2
**appeal (1)**
208:6

**appear (6)**
177:14,18;180:7;
186:10;187:18;
198:7;226:21;260:10
**appeared (1)**
179:10
**appears (10)**
127:10;138:3;
154:21;156:15;
187:9;189:10;196:3,
22;199:20;200:21
**applies (1)**
170:18
**appoint (1)**
72:7
**appointing (1)**
71:24
**appointment (3)**
96:14,14,17
**appoints (5)**
76:20;77:1,11;
79:8,11
**appreciate (5)**
66:24;138:14;
153:21;175:20;274:6
**appreciated (1)**
115:13
**approached (1)**
152:22
**appropriate (6)**
208:20;224:22;
256:17,23;270:21;
272:14
**approximately (1)**
228:8
**April (1)**
142:12
**Aragon (2)**
2:13;13:10
**area (3)**
129:22;173:7;
266:11
**Areas (5)**
71:18,20;72:11;
77:14;171:1
**argumentative (2)**
45:15;102:3
**arises (1)**
226:16
**Arkansas (6)**
52:7;54:20;
125:11;126:3,7,19
**arose (1)**
82:1
**around (9)**
25:19,19;27:4,6;
248:17,17;251:4,18;
274:14
**arrangements (2)**
92:13;129:13
**Arrival (3)**
181:10;260:7,9
**arrive (1)**

81:5
**arrived (5)**
  53:3;81:8;88:5;
  111:23;112:3
**assert (1)**
  37:20
**asserted (1)**
  159:8
**assigned (1)**
  183:15
**assist (4)**
  51:24;122:18,19;
  273:19
**assistance (4)**
  157:19;170:23;
  214:23,23
**assume (1)**
  209:19
**assuming (1)**
  126:19
**assumption (1)**
  36:23
**ASTM (4)**
  253:24;254:1,5,12
**ATLAS (2)**
  14:20,20
**atras (1)**
  221:14
**A-T-R-A-S (1)**
  221:14
**attached (5)**
  124:9;134:5;
  137:18;139:8,19
**attachment (8)**
  139:15,17,22;
  152:16;153:7,10,15,
  18
**Attachments (1)**
  119:16
**attend (1)**
  146:14
**attended (1)**
  147:14
**Attention (8)**
  69:20;70:2;74:23;
  127:4,21;131:17;
  161:16;163:8
**Attorney (10)**
  137:14,22;146:19,
  21;150:7;152:15;
  153:14;219:1,10;
  236:2
**attorney-client (4)**
  138:10;153:2;
  154:23;236:5
**attorneys (1)**
  270:11
**audio (1)**
  179:5
**August (10)**
  25:19,20,20,22,22;
  26:3;27:3;136:19;
  137:2;140:22

**Australian (4)**
  50:22,23;51:22;
  52:19
**authenticity (16)**
  168:4;169:11;
  172:7,15;173:3;
  174:7;188:13;
  196:12;197:9,14;
  198:9,22;199:4,22;
  200:4;201:2
**auto (1)**
  158:22
**automatically (3)**
  220:2,6;230:12
**availability (1)**
  265:8
**available (10)**
  91:21;95:12;
  154:17;227:1;273:5,
  8,15,22;274:4,11
**Avenue (3)**
  2:13;13:10;229:6
**aware (8)**
  58:4;127:24;
  135:11;136:11;
  139:2;211:7;246:5;
  273:3
**away (20)**
  42:23;96:6;
  205:12;206:9,10,21;
  213:15;214:9;216:5,
  7,8,21;217:2,13;
  219:18;231:4;
  234:12,14;257:22;
  270:15

---

## B

**back (31)**
  24:15;31:8;38:9;
  43:8;50:18;64:12;
  77:6;84:3,7,11;
  105:3;106:6;112:17;
  120:1;125:19;
  132:21;142:21;
  148:15;168:11;
  176:5;179:4;195:23;
  210:19,23;212:11;
  216:16,17;242:1;
  249:2;266:10;268:11
**BACKMAN (34)**
  14:9,9;37:19;
  38:10;81:12;86:24;
  88:13;95:22;98:11,
  22;99:10,22;101:6;
  102:11;132:16;
  141:23;144:19;
  148:14,19,23;
  149:11;178:14;
  181:24;190:20;
  191:18;192:2;
  267:12,14;268:5,13,
  13;269:8,16;274:21

**bad (11)**
  31:10;98:2;99:8;
  102:1;136:19;137:2,
  10;205:14;206:11;
  211:9,14
**Bahnhof (1)**
  37:13
**Baier (30)**
  24:3,7,24;25:1,2,3,
  24;60:20;106:12,19;
  107:2,7,10;113:3;
  116:16;117:3;
  180:23;201:11,17;
  202:3,11;203:13,15;
  205:1;206:13,14;
  210:24;223:10;
  242:13;263:14
**Baker (5)**
  53:8;146:20;
  147:6,13;156:20
**balance (2)**
  162:2,3
**bank (6)**
  204:17;207:17,20,
  20,21,24
**Bankers (1)**
  212:13
**Banner (87)**
  14:10,21;27:18,18,
  18;28:11,12,12,14;
  33:20;36:1,2;37:18,
  21,21;38:1,11,16;
  39:18;59:15;81:11,
  15,18,22;82:5;86:8,
  9,10,13,16,21;87:3,4,
  6,9,16,21,22;88:2,11;
  95:19;96:5,19,21;
  98:2,6;102:9;105:7,
  7,12;109:8,10,12,14,
  16;112:19;124:3,6;
  129:2,9,15;130:8;
  131:7,13;132:14,20;
  133:4;136:6;144:3,
  15;160:3;173:15;
  197:18,24;198:4,16,
  19;199:24;200:24;
  205:11,11;217:1;
  238:24;242:4;
  268:14,18,19
**Banners (1)**
  81:17
**Banner's (1)**
  35:24
**base (1)**
  46:18
**based (8)**
  48:17;56:8;92:21;
  93:2;119:1;128:7;
  180:2;269:17
**bases (1)**
  270:24
**basis (2)**
  29:18;226:7

**Bates (37)**
  65:9,16,24;66:19,
  22;73:19,20;114:16,
  17;119:21;121:2;
  124:11;125:6;
  128:21,22;131:3;
  133:17;134:6;
  136:24;144:12;
  145:21;148:24;
  149:22;152:6;155:4;
  160:7;163:10;165:8,
  19;166:1;167:15,20;
  181:1,2;183:14;
  187:19;189:16
**bathroom (4)**
  44:4;51:12;
  141:24;142:3
**Baumann (3)**
  14:22,22;274:22
**BBM (1)**
  249:14
**Beach (1)**
  129:16
**Bear (10)**
  14:12;109:18;
  197:12;265:6,18,22;
  266:14,16;267:6;
  272:1
**became (2)**
  91:21;213:14
**become (2)**
  58:4;211:7
**becomes (1)**
  208:3
**beforehand (1)**
  123:19
**began (2)**
  237:10;242:11
**begin (2)**
  24:5;187:8
**beginning (17)**
  26:13;27:24;56:3;
  57:22;58:15,23;59:5;
  80:22;125:1;136:17;
  142:17;168:22;
  225:13;228:6;234:4;
  259:3;264:9
**begins (2)**
  13:4;124:11
**behalf (30)**
  13:20,23;14:2,3,7,
  10,12,15,18,20,23;
  16:2,4,8,14,17,21;
  39:15,16;265:5;
  268:15,18;269:18;
  271:16,20,22;272:1,
  3,10;274:22
**Beijing (58)**
  24:1,6,23;25:11;
  60:11,16;106:12,19;
  107:1,18,19;108:1;
  113:1;117:6,10;
  171:19,22;177:5,5;

178:12;184:2,6;
  185:6,7;202:13,21,
  24;203:13,15;
  205:17,21,24;211:3,
  4;223:14;242:13;
  246:3,4,8;248:4;
  249:14,17,23;250:8;
  251:3,19;252:5,7,20;
  253:9,17;254:20;
  255:2,3,4;256:4,7;
  263:13
**BellSouth (1)**
  230:16
**below (2)**
  75:14;129:16
**Besides (2)**
  239:1;247:22
**best (9)**
  33:17;40:23;67:2;
  122:12;179:7,21;
  189:24;200:19;
  270:17
**better (2)**
  40:22;217:9
**big (3)**
  46:24;73:4;152:18
**bill (13)**
  171:10,14;176:17,
  21;181:5,6,8,15,17,
  21;229:24;230:6,6
**bills (11)**
  157:19;181:11;
  187:4,6,7,10;190:22;
  193:7,13;229:22;
  230:5
**Bimston (2)**
  14:1,1
**bit (6)**
  34:22;100:7;
  105:8;106:22,22;
  111:24
**Black (13)**
  14:12;57:14;58:3,
  5;109:18;197:12;
  265:6,18,22;266:14,
  16,16;267:6;272:1
**blacked (1)**
  75:3
**blacken (1)**
  57:5
**blacken' (1)**
  156:15
**Blue (1)**
  129:15
**BMB (1)**
  107:24
**BN (1)**
  246:11
**BNB (6)**
  106:19;107:24;
  205:1,18,20,20
**BNBM (1)**
  246:11

**board (17)**
59:18;70:14;
75:14;129:14;
131:20,21;137:14;
163:15;164:1,2,7;
165:14;242:2;
253:10;254:12,14,22
**board' (1)**
152:19
**boards (1)**
59:23
**boats (1)**
73:12
**Bob (1)**
16:14
**body (2)**
160:19,20
**boss (2)**
46:24;259:21
**both (5)**
14:2;181:16;
193:23;244:19;
261:22
**bottom (3)**
68:18;149:4;188:2
**bought (2)**
111:3;162:10
**box (10)**
79:1;145:15;
166:24;167:2,4,9;
170:9;200:16;
217:10;250:22
**boxes (17)**
73:4;130:19,20;
170:12;172:11,20;
177:11;178:1;
187:14;212:1,8,9,13,
14,15;215:24;219:5
**boys (1)**
137:15
**boys' (1)**
105:23
**brand (6)**
18:24;87:6;97:4;
98:12,13;137:17
**Brazil (14)**
93:16,24;94:9,14;
96:2;239:8,8,9,11,
19;240:17,20;242:2;
245:8
**Brazilian (1)**
240:7
**break (10)**
80:16;141:24;
142:3;169:4;175:12;
194:14;256:18;
260:17;268:9;270:10
**breakdown (1)**
129:17
**bring (1)**
223:2
**bringing (1)**
222:24

**broke (4)**
232:24;233:3,23;
234:2
**broken (1)**
217:19
**broker (4)**
19:2;100:13;
262:14,19
**brokers (1)**
20:16
**brought (4)**
104:17,23;115:4;
119:8
**Broward (2)**
42:3;53:22
**Building (34)**
24:1,6,24;25:11;
60:11,16;107:1;
108:11;109:4;110:1;
117:6,11;171:19;
177:5;180:23;197:7;
203:16;205:21,24;
242:13;246:3,4,8;
248:4;249:15,17,23;
251:4,19;253:10,18;
254:20;255:4;263:13
**bulk (1)**
127:6
**bundled (1)**
171:11
**burn (1)**
217:16
**Burnett (1)**
265:5
**business (113)**
18:20;21:8,24;
22:5;24:6,10;26:20;
28:14;32:11,15;
35:12;62:6;68:2,4,5,
8,9;78:24;79:3;95:2;
97:18;103:3,14,17;
104:13;120:23;
130:18,20;145:15;
163:20;164:14,15,
18;166:21;167:1,3,6,
9;168:4;169:12;
170:9,10,11;172:10,
12,15,19,19;174:6,9,
13,19,23;177:11,23;
178:1,1,6;179:18,20;
180:1;186:17,18,22;
187:13,14;188:14,
19;189:8,22,23;
192:10;193:5,17;
194:2;195:1,4;197:8,
13;198:10;200:16;
202:2;203:1;213:20;
215:14;220:24;
221:6;222:8,11,13;
223:4,9,11,15;
231:13,15;232:4,16,
23,23;233:2,4,10,22;
235:8;236:18;237:7,

9,14;244:2,4,8;273:4
**businesses (2)**
90:21;227:18
**businessman (1)**
210:9
**buttons (1)**
115:13
**buy (8)**
19:12;28:13;
91:22,23;92:2;95:14;
96:16;113:20
**buyer (6)**
69:23;72:7;74:18;
77:1,11;86:8
**buying (3)**
20:4;24:10;75:17

**C**

**calculator (3)**
118:7,11,15
**call (15)**
27:17;30:16,17;
45:7;46:1,5;82:4;
93:14;94:8,9;137:13;
146:16;152:18;
226:15;273:21
**Called (7)**
29:11,13;31:8;
95:11,11;146:13;
181:10
**calling (2)**
45:20;93:24
**calls (1)**
261:22
**came (32)**
24:13;35:7;36:2;
41:2,7;43:8,12;49:5;
50:15,18;51:11,13;
54:3;82:20;86:6;
89:4,10;111:8,13,20;
117:17;118:23;
119:2,6;126:18;
135:19;204:2;241:6,
9;249:2;252:21;
267:1
**can (43)**
27:1;30:2;36:22;
38:12;40:21;47:16;
51:6,9;58:24;64:22;
67:5;77:8;93:12;
115:1,12;118:6;
119:9;131:24;
139:24;153:6;155:6;
156:18;166:17;
167:10;171:12,23,
24;172:5,6,20;186:7;
209:15;212:9;
217:14;221:21;
224:18;226:2;231:2;
233:24,24;260:18;
268:5;273:21
**cancel (4)**

112:17,19;273:4,
12
**cancelled (1)**
112:10
**Canton (7)**
23:18;247:14;
248:2,3;249:20,24;
250:15
**Canyon (1)**
142:13
**capacity (2)**
17:23;19:1
**Cape (2)**
109:20,22;185:21;
187:3
**capital (1)**
161:16
**car (1)**
252:8
**card (7)**
31:22;32:11,15;
36:18,21;230:13;
258:10
**care (2)**
87:24;90:13
**careful (1)**
187:7
**Carolina (1)**
16:7
**carried (3)**
52:11,13;118:19
**carries (2)**
52:8;200:10
**carry (1)**
54:7
**cartoons (1)**
32:2
**case (10)**
14:4;84:24;135:5;
181:12;200:19,22;
207:21,21;208:6;
273:24
**casual (1)**
200:6
**cause (1)**
2:6
**caused (3)**
103:4;104:8;
128:18
**causing (4)**
29:7,7;57:4;
134:13
**cc (2)**
123:24;138:18
**CCR-LA (1)**
2:9
**cease (1)**
268:4
**Cecilia (10)**
85:14;156:22,23,
24;161:2,20;163:23;
258:8;259:19,20
**cement (5)**

34:19;109:20,22;
185:21;187:3
**Center (4)**
124:10;125:9;
126:1,8
**Century (1)**
16:21
**certain (3)**
28:17;91:12;236:3
**certainly (4)**
51:4;92:7;138:11;
268:20
**Certified (1)**
2:9
**cetera (2)**
54:21,21
**CHAIKIN (2)**
16:1,1
**Chain (3)**
155:21;160:9;
162:23
**chance (1)**
143:15
**change (6)**
52:5;55:20;
124:18;166:17;
168:9;225:4
**changed (2)**
189:16;207:22
**changes (1)**
76:10
**channel (2)**
136:2,4
**channels (1)**
136:1
**charge (9)**
38:16;41:15;53:5,
6;68:21;89:5;
207:23;259:14,18
**charged (1)**
76:13
**charges (2)**
131:22;207:16
**charity (1)**
217:16
**Chemical (2)**
127:6,9
**Chicago (2)**
51:13;147:6
**children (1)**
218:16
**China (48)**
20:9,10,18,20,22;
22:13;23:14;24:12,
15,23;43:16,18;
44:19;50:20;64:6;
71:5;73:8;95:2;
104:24;106:11;
111:3,8;113:20;
123:14;131:21;
152:17;201:18,19;
206:3,4,16;236:9,18;
246:22,24;247:2,4,

Case 2:09-md-02047-EEF-MBN   Document 14390-24   Filed 05/18/12   Page 77 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

20,24;249:1,4;
252:17;253:11;
261:17;263:8,16,17;
267:2
**China! (1)**
163:14
**Chinese (45)**
13:6;20:4;24:10;
26:10;27:8,11;56:11;
57:14;58:5;75:9;
81:23;85:10;107:13;
108:16;109:1;
110:15;117:14;
121:3;126:6;127:15;
128:1,16;129:14;
152:17;158:3;159:9;
164:23;203:4;
212:20,23;213:9;
215:20;216:12;
217:1,3;224:3;232:5,
16;247:9;249:10;
254:14;255:16;
260:22;262:3,10
**choose (2)**
49:21,22
**Christen (2)**
16:3,16
**Christian (1)**
58:19
**chronological (3)**
141:13,19,22
**Chronologically (5)**
24:16;140:16,23;
141:3;187:23
**city (4)**
90:21;201:20;
247:11;255:11
**Civil (7)**
2:15;64:21;
207:18,19,21;208:3;
270:22
**Claim (4)**
133:10,23;134:4;
151:3
**claims (3)**
89:19;151:1;158:1
**clarification (4)**
16:11;36:14;
63:24;181:14
**clarifications (1)**
273:20
**clarified (1)**
83:7
**clarify (5)**
49:8,13;169:6;
233:7;273:23
**clarity (1)**
141:22
**Clark (9)**
115:17,17,19,21;
116:13,13,15;
201:15,16
**classification (1)**

182:2
**classified (2)**
181:23;185:14
**clear (25)**
63:6;65:4;71:24;
83:6;100:17;105:3;
148:22;157:24;
158:9,10,17,19,20,
24;159:5;163:16,24;
173:5;179:5;205:22;
209:12;223:8;235:1;
253:13;256:18
**clearer (1)**
162:17
**clearly (2)**
132:22;221:21
**client (10)**
149:9;150:22;
154:6;196:6;267:19;
269:19;273:3,8;
274:9,15
**client's (1)**
151:3
**climatic (1)**
156:16
**close (1)**
210:13
**closed (2)**
42:19;152:19
**Co (5)**
66:8;129:2;131:7,
8;149:18
**Coblentz (2)**
124:1,7
**cobwebs (1)**
256:19
**code (1)**
208:4
**Coffinas (1)**
129:8
**C-O-F-F-I-N-A-S (1)**
129:9
**coils (6)**
57:5,13;58:8;
101:5;151:20;152:2
**COLE (7)**
14:3,3;154:12;
271:17,17,22,22
**collect (2)**
87:22;235:16
**collected (2)**
86:16,21
**collection (1)**
235:21
**Colson (1)**
2:12
**comfortable (1)**
22:8
**coming (1)**
51:22
**comment (2)**
38:5;84:21
**comments (2)**

115:12;253:6
**commercial (4)**
180:18;189:12,17;
259:9
**commission (2)**
75:17;76:13
**Committee (1)**
13:21
**Common (1)**
97:6
**communicate (3)**
30:12;261:4,6
**communicated (2)**
261:7;271:8
**communication (7)**
55:7;97:15,16;
149:3;153:4;261:2;
262:6
**communications (7)**
138:10;260:4,14,
24;261:19,20;262:1
**Communities (2)**
133:8,19
**companies (17)**
20:4;23:21;24:20;
89:19;108:9;109:1;
110:15;216:11;
234:15;237:5;239:7;
242:8;244:19;246:7;
261:1,11;271:9
**company (74)**
18:4;19:3,11;29:2,
2,4,4;52:6,7,9,17;
53:16;54:20;69:18;
74:21;81:16;82:7,10;
90:14;92:17;106:12;
109:16,22;110:7;
113:8,11;116:22;
121:8;125:8,9,12,24;
126:2,5,7,8,15,16;
129:3,10,11,16;
131:14,17;144:3,16;
145:4;150:15;
180:24;193:2;
197:19;205:22;
206:1;222:8;226:10;
228:1,2;234:17,24;
235:6;237:19,24;
238:6,7,8,11;242:4,
10,11;245:23;
246:20;247:3;258:1;
260:20
**company's (1)**
220:19
**compatible (1)**
214:15
**compensation (1)**
163:18
**competence (2)**
63:14;100:23
**complain (1)**
211:7
**complained (1)**

28:17
**complaining (4)**
33:21;82:8;164:5;
211:8
**complaint (4)**
27:17;28:20;
105:19;137:12
**complaints (7)**
28:4,7;136:9,11;
203:21;238:18;
240:20
**completely (1)**
194:18
**complicated (1)**
226:4
**composite (7)**
143:1;144:10;
165:20,23,24;
173:21;180:17
**compounds (1)**
127:11
**Compuserve (8)**
220:5,12;227:8,9;
229:19,24;230:11,17
**Computer (53)**
2:11;213:2,5,13,
16;214:8,11,14,15,
23;215:2,5,12,13,16,
21;216:2;217:2,10,
12;218:1,7,17;
219:15,18,22;
224:13;227:4;230:9,
24;231:3,7,14;232:6,
9,22,23;233:3,4,5,9,
10,11,11,17,19,23;
234:11,14;235:12,
12,17,23
**computers (7)**
215:3;217:23;
230:20;231:7;233:9,
15;235:14
**concentrating (1)**
270:9
**concern (2)**
34:1;129:12
**concerned (9)**
19:15;35:5;44:22;
45:17;51:17;81:22;
151:6,17;270:19
**concerning (1)**
151:1
**concerns (10)**
60:3,7,12,23;61:5;
112:11,20,24;123:4;
152:18
**conclusions (1)**
167:8
**conditioning (5)**
57:4,13;59:20;
101:5;152:2
**conditions (1)**
156:16
**conduct (2)**

54:9;270:1
**conference (2)**
46:1,5
**confidential (2)**
156:1,11
**confirm (4)**
128:8;132:13;
169:3;218:19
**confirmed (1)**
97:15
**confirms (1)**
123:3
**conformance (1)**
254:14
**connected (2)**
156:15;230:16
**connection (3)**
151:1,16;238:3
**Conner (4)**
14:17,17;272:2,2
**consecutive (2)**
183:19;189:19
**consecutively (1)**
187:9
**consider (2)**
161:17;269:22
**consistent (1)**
136:10
**constraints (1)**
188:6
**construction (13)**
23:8,14;34:14,21;
35:2,3;42:11,12,20,
21;104:12;239:13,13
**contact (12)**
148:10;156:18;
161:19;201:10,23;
202:14;204:6;
239:15;242:16;
246:15;251:3;274:17
**contacted (1)**
123:3
**contain (1)**
100:16
**contained (5)**
127:17;172:11;
215:21,23;230:18
**container (3)**
112:3;116:20;
118:1
**containers (17)**
72:22,24;73:3;
77:24;78:2;91:11;
95:3;112:18;115:4;
116:20;117:19,24;
118:19;203:8,9;
240:11,12
**containing (2)**
127:11;142:14
**contains (3)**
110:11;127:7;
186:23
**content (1)**

Case 2:09-md-02047-EEF-MBN   Document 14390-24   Filed 05/18/12   Page 78 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

266:23
**contents (1)**
140:10
**continue (2)**
225:16;268:3
**continued (3)**
95:7,8,9
**contract (18)**
63:21,22;66:7;
67:10,10,13;69:1;
74:2,9,11;75:23;
79:23;112:15;
119:15;159:20;
229:10;250:5;251:19
**Contractors (2)**
16:4,18
**contrary (2)**
226:24;240:21
**controls (1)**
48:16
**convenience (1)**
274:15
**convention (2)**
23:13,17
**conversation (2)**
94:24;116:2
**conversations (2)**
23:5;155:5
**convicted (2)**
206:22;207:4
**coordination (1)**
269:19
**copied (2)**
138:4;150:14
**copies (10)**
138:13;161:3;
175:1;179:19,21;
182:14;186:8,21;
195:5,12
**copper (1)**
156:15
**Copy (12)**
32:10;66:17;
67:16;68:14;124:1;
183:6;184:18;186:4;
190:2;262:2,5,6
**Coral (2)**
2:13;13:10
**corner (1)**
181:7
**Corp (2)**
110:1;117:7
**Corporation (2)**
14:18;62:5
**correctly (9)**
23:24;25:19,21;
29:2;97:21;230:13;
248:2;252:9;259:3
**Correspondence (3)**
142:17;145:11;
165:12
**corrode (3)**
101:4,11,18

**cost (1)**
87:10
**costs (1)**
129:17
**Counsel (15)**
13:17;102:22;
128:12;157:18;
158:9;182:15;183:5;
195:9;208:7,19;
224:12;226:6;
264:17;268:24;
272:10
**Counselor (2)**
128:13;262:17
**count (2)**
119:9;131:20
**country (4)**
93:19,20;266:14,
20
**County (2)**
265:19,24
**couple (3)**
42:5;232:12;245:6
**course (25)**
78:24;104:6;
172:18;174:23;
177:23,24;178:6;
179:17,19;180:1;
186:18;187:13;
188:18;189:7,22,23;
192:9;193:4,17;
194:1;195:1,4;
200:15;201:19;271:9
**Court (9)**
13:8,15;114:4;
156:13;178:22,24;
226:20;268:1;270:14
**cousin (3)**
243:3;245:14;
246:15
**cousin's (1)**
243:5
**cover (3)**
132:21;191:10;
226:2
**coverage (1)**
159:7
**covers (1)**
158:1
**create (2)**
173:1;191:14
**created (26)**
168:3,5;169:22;
170:1;174:4,22;
178:4;179:14;
186:17,24;187:12;
188:19;189:9;
192:11;193:6,19;
194:3,24;198:18,19;
228:7,10,14,17;
236:16,17
**credit (2)**
173:21;230:13

**crime (2)**
206:23;207:5
**criminal (2)**
207:18,23
**CRR (1)**
2:9
**cscom (1)**
220:9
**CSR-TX (1)**
2:8
**cube (1)**
116:19
**current (1)**
216:2
**Currently (1)**
208:16
**customers (5)**
72:15;77:18;
102:20,22;123:4
**Customs (3)**
171:15;176:22;
180:12
**cut (4)**
52:12,15,23,23

**D**

**damaged (1)**
152:2
**data (6)**
213:18;214:5,6;
217:7,8;233:4
**database (1)**
122:2
**date (22)**
13:11;26:17,22;
27:5,16;38:23;40:22;
69:14;135:3;146:15;
157:17;187:24;
216:16;224:14;
226:14,16;228:4,11;
234:1;239:21;
267:18;273:17
**dated (27)**
66:9;74:4;119:13;
121:5;123:2;129:3,7;
131:9,15;133:9,19;
136:18;140:22;
141:11;142:12;
144:3,14;146:2;
149:18;155:23;
160:11,20;163:1,12;
186:20;195:3;219:21
**dates (7)**
51:7,9;72:18;
77:20;88:14;274:11,
18
**daughter (3)**
47:20;48:15;56:19
**daughter's (1)**
218:13
**David (2)**
14:17;272:2

**day (8)**
45:7;95:11;
123:15;224:19;
250:19,20,23;252:10
**days (3)**
112:16;220:6;
226:5
**deal (7)**
20:10;21:12;
23:21;25:7;43:6;
97:18,19;104:12;
132:19;209:13;258:6
**dealing (4)**
258:1;260:17,19,
21
**dealings (2)**
93:3;95:2
**dealt (4)**
21:14;64:8,15;
257:6
**Dear (3)**
156:10;160:21;
163:13
**December (14)**
33:14;38:21;
39:15;41:1;51:5;
55:9,11;58:22;112:4,
6;129:3,8;131:9,15
**decision (2)**
47:1;92:1
**deduct (1)**
230:12
**defective (25)**
82:19;85:18;88:3,
23;89:14,20;90:6;
96:20;98:10,16,21;
99:3;104:7;112:12,
21;132:15;134:23;
142:14;152:1;158:3;
159:13;162:14;
164:19,23;209:14
**defectiveness (1)**
81:23
**defects (5)**
134:9;151:1,6,15,
17
**defendants (2)**
16:15;154:19
**defense (1)**
264:17
**deficiencies (1)**
134:10
**degree (1)**
41:17
**deliver (1)**
85:15
**delivered (1)**
86:7
**deliveries (1)**
26:7
**delivering (1)**
26:9
**delivery (2)**

131:22;251:21
**Dell (1)**
215:7
**demand (1)**
151:2
**demonstrating (1)**
40:3
**deposit (7)**
103:7,8,12;161:17,
24;162:11,15
**DEPOSITION (51)**
2:1;13:5;32:8,9;
56:4;65:7;66:5;
73:24;80:23;114:9;
119:11;125:2;
128:24;131:5;133:6;
136:15;142:9;
143:24;145:23;
149:15;152:8;
155:20;160:8;
162:22;165:10;
168:24;169:5;
170:17;183:22;
184:4,11;211:23;
225:7,14;226:4,14,
23;228:6;264:4,10;
267:19,24;268:3;
269:21,23;270:3;
272:15;273:23;
275:4,8,11
**Describe (2)**
34:11;212:9
**described (1)**
44:13
**description (2)**
70:13;75:2
**designated (1)**
226:22
**desktop (2)**
231:17,18
**destination (3)**
73:14;78:5,9
**destroy (1)**
154:11
**details (1)**
208:5
**determine (3)**
40:6;99:2;137:23
**determined (1)**
29:14
**developer (3)**
82:11,11;90:5
**difference (4)**
113:17;262:15,16,
18
**different (11)**
26:6;36:15;44:19;
58:24;59:1;66:4;
92:8;123:11;173:17;
216:11;260:18
**differential (1)**
261:1
**difficult (2)**

36:15;270:9
**diligently (1)**
    270:15
**direct (5)**
    47:18;127:3;
    136:3;163:7;238:3
**directed (2)**
    92:7;123:10
**directly (8)**
    47:23;48:12,14;
    56:18,18,19;136:2;
    161:20
**director (2)**
    48:4;259:9
**dis- (1)**
    241:16
**disaster (1)**
    159:17
**disclosed (3)**
    266:13,21;267:5
**discontinued (1)**
    244:20
**discontinuing (1)**
    241:14
**discover (1)**
    57:3
**discovered (1)**
    57:13
**discovery (2)**
    265:9;269:24
**discuss (3)**
    224:13,21,23
**discussed (1)**
    175:15
**discussion (10)**
    83:19,24;84:1;
    85:3;113:5;140:13;
    143:3;147:16;169:3;
    224:15
**discussions (2)**
    251:6;255:16
**dishonesty (2)**
    206:24;207:6
**dispatch (1)**
    241:2
**dispatched (3)**
    87:7;105:6,8
**dispatching (1)**
    245:9
**dispose (2)**
    213:22;217:11
**dispute (1)**
    116:1
**disseminated (1)**
    272:24
**dissemination (1)**
    154:22
**distinguish (1)**
    83:9
**distinguishing (2)**
    107:6,21
**distribute (1)**
    203:4

**distributor (2)**
    60:16,20
**District (2)**
    13:8,9
**disulfide (2)**
    127:8,18
**Division (1)**
    133:20
**document (46)**
    63:16;67:16;
    68:15,24;69:14;
    71:23;74:14;76:19;
    114:23;120:2,3;
    121:15;122:8,11;
    130:12;137:13;
    139:19;154:10,20;
    155:6,7,8;167:14;
    168:2;169:8,21;
    176:21,22;177:16;
    180:6;181:5,9;
    186:14,19;188:11;
    190:2;191:6,17;
    195:2;196:24;200:6,
    10,21;214:2;218:21;
    267:4
**documentation (3)**
    236:3;254:21;
    256:12
**documents (106)**
    66:16;79:5;87:2;
    106:15;114:24;
    138:5;159:20;
    166:18;167:17,20,
    23;170:5,8,10,15;
    171:1;172:5,8;173:2,
    7,8;175:5,13;176:15;
    177:9,14,15,20,21;
    178:3;179:9,11,11,
    14,15,23;180:3,5,8;
    181:19;182:7,10,12;
    183:11,16;184:16;
    185:13,18;186:9,23;
    187:5,18;188:5,7;
    189:6,11,13,21;
    190:22;191:9;193:3,
    16,22,22;194:7,15,
    16,17,24;195:6;
    196:8;197:21;199:5,
    21;200:2,13,15;
    201:4;211:20,21,22;
    212:3,6,20,22;213:5,
    8,10,12,15;214:10;
    215:18,18,19;
    218:20;219:4;
    224:10;226:5,9,17;
    235:22;271:3,6,11;
    272:23;273:24
**dollars (5)**
    71:14,15;75:22,22;
    162:10
**domestic (3)**
    95:6;241:2,4
**Don (11)**

14:6;40:21;51:6,8,
    12;66:13;147:11;
    225:20;263:20;
    264:13;271:19
**done (20)**
    39:14,22;42:6;
    86:13;97:19,22,24;
    99:13;103:2;171:5;
    209:24,24;210:6,13,
    14;226:6;250:15;
    261:9,9;271:1
**Doral (2)**
    110:1;197:7
**dos (1)**
    221:13
**D-O-S (1)**
    221:13
**double-check (1)**
    195:12
**Doug (2)**
    148:10;156:19
**Douglas (2)**
    146:16,20
**Doulatram (2)**
    165:11;166:6
**down (12)**
    32:19;41:2;50:11;
    51:22;71:17;75:14;
    135:22;160:23;
    188:2;233:23;234:2;
    252:22
**download (1)**
    219:15
**draft (1)**
    233:16
**drive (2)**
    213:23;220:3
**Drywall (198)**
    13:6;14:4;18:17,
    18,20,23;20:4,6;
    23:8;24:11;27:8,11;
    28:13,15,18,24;29:6,
    7,10,14;31:1,10;
    33:2,4;35:12;48:1;
    50:12;52:12,14;54:7;
    56:11;57:4,15;58:5;
    60:3,8,12,23;61:5;
    62:11;64:9,16;70:17,
    24;73:7;75:5,9;76:4,
    21;78:6;79:5,17;
    81:24;82:15;83:1;
    84:15;85:10,10,16,
    18;86:17,21;87:10,
    17;88:3,12,24;89:15,
    20;90:6,13;91:5;
    94:1;95:15,17,18;
    96:19,20;97:4,9;
    98:2,15,18,20;99:7,
    20,24;100:7,15,17,
    20;101:4,11,18,24;
    102:1;104:21,23;
    105:1,20;106:11;
    107:7,13;108:17;

109:1;110:15,19,21;
    111:2,8;112:12,21;
    113:1,20;116:24;
    117:3,10,14;118:12,
    19,22;126:6;128:1,
    17;132:15;134:22;
    135:11;139:3;
    142:15;143:19;
    152:1;158:3;159:9,
    14;162:14;164:3,19,
    24;173:9;185:17;
    203:5;204:13;205:4;
    209:14,14;210:1,24;
    211:9;212:20,24;
    213:7,8,9,12;214:9;
    215:20,22;216:12;
    217:1,4;223:20;
    224:1,4;229:1;232:5,
    16;236:21;237:11,
    14,19;238:13;239:2,
    18;240:8,16;241:11;
    242:8,9,11;244:15,
    23;245:5;247:16,24;
    248:5,9;249:10;
    251:7;253:17;
    257:15;260:22;
    265:17,22;266:8,10,
    15;267:1;271:23
**drywall-related (1)**
    212:3
**DSLSTSTO-192889 (1)**
    181:13
**due (1)**
    188:6
**Dukes (5)**
    237:24;238:6;
    241:19,20,23
**duly (1)**
    2:5
**During (14)**
    25:6;64:10;79:13;
    169:4;194:13;
    227:16;230:21;
    231:1;248:1;253:14;
    259:10;263:4,7;
    271:9
**Durkee (1)**
    16:8

—————
         **E**
—————

**earlier (2)**
    82:13;126:4
**earliest (1)**
    187:24
**Early (1)**
    238:15
**easier (2)**
    183:6;194:12
**easily (1)**
    116:8
**Eastern (1)**
    13:8

**eat (2)**
    95:10;270:12
**Eduardo (1)**
    13:22
**educated (1)**
    107:4
**effects (1)**
    156:14
**eg (1)**
    127:8
**eggs (4)**
    34:15;35:3;43:4,
    11
**Eidson (1)**
    2:12
**eight (1)**
    93:15
**either (14)**
    57:21;58:9,14;
    119:2;122:20;
    126:18;171:19;
    198:20,22;203:12,
    15;205:11;210:13;
    229:5
**electronic (5)**
    214:3,6;217:7,8;
    235:22
**electronically (2)**
    213:5;235:19
**Elizabeth (3)**
    14:11;265:4;
    271:24
**else (23)**
    16:6,19,23;22:19;
    28:9;41:6;42:15,16;
    47:19;86:12;89:6,24;
    90:1;212:23;242:5;
    247:23;248:14,18,
    19,20;254:20;
    255:19;267:10
**elsewhere (1)**
    91:6
**e-mail (39)**
    97:17;103:5,6,10,
    16,24;136:17;137:1,
    11;138:18;141:10;
    145:24;146:3,9;
    152:14;155:22;
    156:6,8;157:11;
    160:10,20;162:24;
    163:9,22;169:23;
    186:14;187:2,2;
    192:13,15;218:11;
    220:5,8;223:7;232:8,
    13;260:6;261:2,20
**E-mails (16)**
    136:17;137:19;
    155:22;160:10;
    162:24;169:24;
    170:1;215:17;
    219:11,21;220:4;
    232:12;233:13,17;
    235:9;261:23

**Emanating (1)**
134:11
**emitted (1)**
127:11
**employed (3)**
17:21;18:4;113:7
**employee (4)**
51:23;52:19;
175:7;243:20
**employees (6)**
18:1;47:2,13;49:5;
50:10;123:18
**employees' (1)**
47:14
**EN (7)**
65:13;66:22;
73:22,23;114:18;
166:2;167:21
**EN_0002795 (1)**
165:15
**EN_0002851 (1)**
165:14
**EN_0002999 (1)**
165:15
**EN_0003523 (1)**
144:4
**EN_0003536 (1)**
144:5
**EN_0003540 (1)**
129:4
**EN_0003541 (1)**
131:10
**EN_0003543 (1)**
149:19
**EN_0003544 (1)**
160:14
**EN_0003545 (1)**
163:3
**EN_0003546 (1)**
163:4
**EN_0003551 (1)**
142:19
**EN_0003552 (1)**
156:2
**EN_0003553 (1)**
156:2
**EN_0003554 (1)**
146:4
**EN_0003555 (1)**
146:5
**EN_0003557 (1)**
136:21
**EN_0003562 (1)**
136:20
**EN_0003563 (1)**
133:12
**EN_0003565 (1)**
133:12
**EN_0003567 (1)**
152:10
**EN_0003570 (1)**
152:11
**EN_0003573 (1)**

119:16
**EN_0003577 (1)**
119:17
**EN_0003580 (1)**
142:16
**EN_0003582 (1)**
142:18
**EN_0003594 (1)**
114:11
**EN_0003595 (1)**
66:10
**EN_0003596 (1)**
74:5
**EN_0004706 (1)**
32:12
**EN_2851 (1)**
165:9
**EN_3540 (1)**
128:23
**EN_3541 (1)**
131:4
**EN_3544 (1)**
160:7
**EN_3545 (1)**
163:10
**EN_3552 (1)**
155:19
**EN_3562 (1)**
136:24
**EN_3563 (1)**
133:18
**EN_3568 (1)**
154:20
**EN_3573 (2)**
119:22;121:2
**EN_3578 (1)**
143:9
**EN_3580 (1)**
143:7
**EN_3594 (1)**
114:16
**EN_3689 (1)**
187:8
**end (27)**
25:16;26:12,13;
27:24;28:9,10;55:22;
57:21;58:14,16,21;
59:5;84:18;120:18;
124:20;129:15;
149:5;168:17;187:6;
216:22;222:12;
225:6;234:5;236:14;
259:3;264:3;275:7
**ended (6)**
25:18;104:1;
120:9,10,10;266:10
**ending (6)**
26:3;136:21;
142:18;155:22;
160:10;162:24
**enemy (1)**
104:13
**engineering (1)**

118:9
**English (20)**
17:10;22:1,9;
26:11;30:14;35:17,
19;58:18,22;93:21;
115:19,23;116:3,7;
121:5;137:7;208:10;
215:10;234:21;253:5
**enough (2)**
91:4;209:1
**enter (5)**
202:8,20;248:7;
249:22;251:18
**entered (5)**
39:20;41:23,24;
253:9;257:14
**ENTERPRISE (15)**
2:2;17:22;18:16;
19:4,6;55:9;74:4,19;
142:11;165:13;
183:13;188:12;
189:8;198:21;234:22
**Enterprises (36)**
13:23;18:14;
110:5;113:18,19;
150:15;160:3,4;
169:9;173:16;
177:10;179:15,17;
192:8,10;193:2,5,14,
18,24;194:2,3,19,23;
196:9;200:8;220:23;
227:19;228:7,17,22;
234:24;235:6;
236:16,17,19
**entire (1)**
113:11
**entities (18)**
14:2;29:20;36:16;
37:22;38:11;43:10;
50:5;92:8;106:18;
173:15,17;177:22;
203:5;261:5;268:1,
20;271:7,16
**entitled (1)**
209:3
**entity (3)**
38:2;49:8;92:2
**entity's (1)**
29:21
**entry (1)**
111:7
**environmental (5)**
29:5;124:11;
125:10;126:2,9
**equal (1)**
118:11
**equals (1)**
97:5
**erase (2)**
220:2,3
**erased (1)**
220:7
**Ervin (6)**

13:19;36:13;83:5;
139:13;148:14;
173:14
**especially (1)**
49:17
**established (2)**
36:18;239:15
**estimate (3)**
39:20;40:23;107:4
**et (2)**
54:21,21
**Europe (1)**
48:16
**even (7)**
17:14;51:11;
54:18;85:15;119:7;
162:13;189:19
**evening (3)**
264:20;269:18;
270:11
**events (1)**
209:3
**Everglades (4)**
111:17,18;119:3,8
**everybody (4)**
42:15,16;248:12;
273:3
**everyone (2)**
248:14;272:16
**everywhere (2)**
20:8;91:1
**evidence (4)**
169:16;226:16;
265:22;267:3
**evidentiary (1)**
176:9
**exact (7)**
51:7,9;88:14;
147:4;228:4,11;
234:1
**exactly (7)**
24:8;40:5;51:2;
113:12;130:21;
132:4;266:23
**EXAMINATION (3)**
17:7;225:17;265:2
**examined (1)**
17:6
**example (3)**
178:16;180:14,21
**exception (5)**
168:5;169:12;
174:10,13;272:17
**excess (1)**
268:22
**Excuse (4)**
19:14;50:13;
65:12;207:2
**Excuses (1)**
241:8
**exhaustive (1)**
212:2
**Exhibit (84)**

32:7,9;65:6,23;
66:5;67:4;73:18,24;
74:12;75:6;114:8,9,
15;118:23;119:11,
21;125:7,24;127:5;
128:21,24;130:18;
131:2,5;133:6;134:7;
136:15;142:9;143:1,
24;144:10;145:23;
148:21,23;149:15;
152:8;154:13;
155:19,20;160:6,8;
162:22;165:10;
166:1;171:12,16,16,
17;178:11;180:15,
17;182:2,17;183:15,
21,22;184:3,4,9,11;
185:20;186:1,10;
188:10,23;190:9;
192:4;193:8,12;
195:8;197:3,4,6,11,
17,23;198:15,23;
199:6,9,17,20,23;
200:23
**exhibiting (1)**
239:14
**exhibits (19)**
65:18;169:15;
171:24;173:20,21;
176:10,11,11;177:1,
3,5,7;178:11;182:15;
183:24;184:6,13;
191:20;195:10
**exist (2)**
130:10;215:22
**existed (2)**
59:17;138:23
**existence (1)**
19:6
**expect (5)**
150:23;159:12,16,
21,24
**expected (1)**
136:5
**expedited (1)**
226:7
**expert (4)**
99:4;100:13;
156:12;233:9
**Explain (2)**
65:3;85:20
**explained (2)**
53:17;60:22
**explanation (1)**
155:9
**Export (1)**
117:7
**expressway (2)**
252:21,22
**extent (22)**
29:21;30:1;37:22;
38:11;148:20;149:1;
154:18;168:2,7;

Case 2:09-md-02047-EEF-MBN   Document 14390-24   Filed 05/18/12   Page 81 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

170:1,5;172:7;
177:19;186:11,15;
187:1;190:3;191:8,
22;194:21;200:4;
273:13
**extra (2)**
184:18;185:23
**Ex-USA (2)**
69:3;119:15
**eyes (1)**
270:8

**F**

**face (1)**
163:18
**fact (6)**
89:23;91:3;
123:17;167:8;246:5;
275:1
**factories (3)**
23:16;91:1;261:11
**factory (13)**
41:16;44:2;50:20;
61:14,18;62:10;
205:5;255:24;256:1;
257:13,22;259:15;
261:17
**fair (15)**
239:13,14;248:2,3,
6,8,17,22,24;250:11,
12,14,15;260:23;
261:18
**falling (1)**
27:9
**Fallon (2)**
226:21;272:12
**falsity (2)**
206:24;207:6
**families (1)**
160:1
**family (2)**
231:11,14
**far (13)**
28:6;37:2;41:14;
100:17;116:6;
156:11;167:19;
195:15;200:18;
233:13,14;260:5,18
**Farah (4)**
218:9,12,14,14
**Farida (1)**
218:14
**fashion (2)**
38:22;59:3
**faster (1)**
183:8
**fault (1)**
104:2
**Fay (4)**
16:3,3,16,16
**February (4)**
26:13;111:21;

155:24;157:14
**February-March (1)**
26:14
**Federal (2)**
2:14;64:21
**feel (1)**
274:1
**fees (1)**
160:3
**feet (4)**
70:24;71:2,3,6
**Feldman (11)**
137:4,5;139:18;
149:17;150:8,11;
152:15;153:5;
155:23;160:11;163:1
**felony (2)**
206:23;207:5
**felt (3)**
22:8;99:15;273:6
**Ferry (13)**
14:11,11;187:17;
264:21,24;265:3,4,
15,16;266:2;267:8;
271:24,24
**few (4)**
221:23;222:22;
226:5;245:16
**figure (3)**
75:22,22;118:6
**figurines (1)**
32:3
**filed (1)**
134:4
**finalized (4)**
251:11;262:21;
263:7,9
**finally (1)**
257:12
**find (16)**
34:9;59:20;
121:18,22;122:11;
124:14;129:17;
132:17;154:11;
180:11;181:18;
187:24;211:24;
244:22;256:17,23
**finding (1)**
211:19
**fine (7)**
36:24;37:9;88:10;
109:3;183:9;224:17,
24
**fingers (1)**
119:9
**finish (5)**
27:1;222:18;
264:18;267:16,19
**finished (1)**
164:22
**first (51)**
17:13;19:11;23:6;
30:24;49:14;50:16;

58:3,11;59:21;
100:19;112:2,3,4;
126:10;137:24;
140:21;145:22;
153:12,20;154:3,4;
163:10,13;166:2;
176:11,13;178:23;
187:24;194:11;
201:12;213:12;
226:3;236:16;
237:21;241:16;
242:15;245:22;
246:14,23;247:13;
249:14,15,20;250:5;
251:3;253:14;
255:21,23;258:22;
259:23;267:16
**FITZSIMMONS (2)**
16:13,14
**five (9)**
52:13;53:18;
174:18;222:23;
231:22;252:7;255:7;
256:6,7
**five- (1)**
175:11
**five-day (1)**
247:21
**five-minute (1)**
256:18
**fix (2)**
61:10;103:3
**flag (1)**
131:15
**flip (1)**
180:16
**Floor (2)**
2:13;13:10
**Florida (34)**
2:14;13:11;43:19;
47:2,15,24;50:11;
56:11;64:9,16;71:21;
72:2,8,11,14;73:15;
76:21;77:2,13,17;
78:6;79:9,13,17;
82:15;85:11;118:23;
129:16;151:4;
156:17;203:5;
204:15;265:24;
266:11
**Fog (2)**
252:19,20
**follow (1)**
225:24
**following (3)**
84:12;109:1;
216:18
**follows (4)**
17:6;47:17;
134:11;173:10
**foot (1)**
70:24
**football (1)**

62:11
**foreign (6)**
239:2;242:8,10;
244:15,23;245:4
**forgive (1)**
105:22
**forgot (3)**
96:13;115:22;
119:24
**form (71)**
19:13,23;20:11;
23:23;24:22;25:12,
17;27:13;32:21;
35:23;43:20;50:4;
57:6;62:8;64:22;
68:6;70:9;72:3;
79:19,20;88:13;
90:15,22;91:8;92:10;
95:21,22;98:11,17,
22,23,24;99:10,11,
12,12,22,23;100:9,
11;101:7,8,13,15,20;
102:5,11,12,16;
104:9;118:13;
125:15;128:10;
132:16;144:20;
158:11;159:22,23;
162:16;165:1;204:8,
21;216:13;218:24;
223:16;224:6;
232:17;243:18;
247:7;262:12;266:1
**formal (2)**
80:6,9
**Fort (9)**
42:2;82:10;105:9;
109:10;111:14,14,
15,16;199:24
**forth (1)**
254:21
**forward (9)**
36:14,23;140:3,3,
10;154:5;272:19,22,
23
**forwarded (1)**
137:13
**forwards (1)**
140:5
**Foslid (5)**
14:14,14;269:6;
271:15,15
**found (13)**
20:9;54:17;59:3,
12,13,13;110:12;
121:16;122:22;
166:23;167:9;188:8;
191:13
**Foundation (18)**
43:21;46:15;48:3;
53:10;56:14;62:23;
87:13;96:23;97:11;
98:4;100:10;101:1,
14;104:10;128:4;

132:3;147:1;164:10
**four (7)**
97:5;186:7;
222:23;247:21;
256:5,6;263:18
**four-digit (1)**
171:8
**Fowler (1)**
265:5
**freight (2)**
24:14;131:22
**front (4)**
139:7;217:14,15,
15
**Ft (1)**
137:15
**fugitive (1)**
208:16
**full (3)**
80:13;156:12;
186:4
**funny (1)**
252:10
**further (6)**
103:17;160:23;
181:14;209:8;
224:15;265:8
**future (1)**
161:19
**FW (1)**
136:19
**Fwd (3)**
155:24;160:12;
163:2

**G**

**Gables (2)**
2:13;13:11
**Garbage (2)**
217:14;231:2
**garments (3)**
236:20,22,23;
237:1,4
**Gary (2)**
14:22;274:22
**gathered (1)**
58:7
**Gaughan (2)**
14:24,24
**gave (8)**
45:5;63:22;83:15;
195:20,23;206:3,9;
254:8
**general (4)**
50:6,9;170:17;
175:10
**generality (1)**
29:23
**Generally (1)**
213:11
**gentleman (4)**
53:7,8;124:3;

258:14
**Gentlemen (3)**
66:14;115:7;
256:16
**gentlemen's (1)**
97:19
**German (1)**
37:11
**Germany (9)**
31:19;32:3,19;
45:7;46:16,20;47:20,
23;56:9
**gets (1)**
148:3
**Gingee (1)**
24:24
**Gips (12)**
14:7;31:20;32:19;
36:19,21;37:8;39:17;
43:10;48:24;56:9;
93:4;271:21
**girl (1)**
146:14
**give-and-take (4)**
55:17;59:9;107:5;
251:1
**given (11)**
48:21;84:23;91:9,
12;94:5;95:4;
240:23;261:1;
272:11;274:8,24
**giving (1)**
251:1
**GL (1)**
142:11
**glance (2)**
126:23;180:4
**glanced (4)**
126:22;127:1,20;
180:7
**glancing (1)**
143:17
**glazing (1)**
270:8
**Glenn (2)**
133:11,23
**goes (4)**
182:2;190:13;
195:9;233:15
**going-forward (1)**
29:18
**Gold (1)**
129:15
**Golkow (2)**
13:14,16
**GONZALEZ (278)**
13:19,20;17:8;
19:17;20:2,13;24:4;
25:1,5,15,23;27:21;
30:4;32:14,23;36:4,
17;37:1,6,10,15,16,
24;38:17;43:24;
44:12;45:4,19;46:3,

17;47:10;48:5;
49:13;50:8;51:18,20;
53:11;55:19;56:7,20;
57:2,7,10;61:16;
62:2,13;63:2,17;
64:4,14,20;65:2,15,
21,23;66:3,12,21;
67:1,3,14;68:7;
69:10;70:12;72:5;
73:20,23;74:7;77:8,
10;80:2,10,15;81:2,
14;83:10,14,18,23;
84:2;85:4,7;86:5;
87:8,14,23;88:15;
89:8;90:17;91:2,14;
92:6,14;93:1,9;94:7,
11;95:24;97:1,13;
98:8,14,19;99:5,14,
19;100:5,18;101:3,
10,17,23;102:7,13,
18;103:10,19;104:4,
15;105:5,10;106:8;
113:6;114:6,14,19,
22;115:10,15;116:6,
10,12;118:17;
119:19;120:15;
124:17;125:5,20,22;
128:6,15;129:6;
130:11;131:12;
132:7,23;133:15;
136:23;138:8,15;
139:20;140:4,8,15,
21;141:9,18;142:1,
23;143:4,13,14,22;
144:11,13,21;145:1;
146:7;147:9,18;
148:1,5,9,17,21;
149:6,12,21;150:10;
152:13;153:3,6,11,
19,22;154:2,8,14;
155:2,18;156:5;
157:3,9,10;158:8,14,
18,23;159:4;160:5,
16;162:19;163:6;
164:16;165:3,8,21,
24;166:5,15;167:1,5,
10,16;168:1,9;169:2,
17,23;170:4,14,20;
172:4,22;173:4;
174:9,15;175:2,9,18,
22;176:7;200:12;
201:5,9;204:12,24;
205:23;208:7,12,18,
23;209:6,11,18;
210:11,21,22;
213:11,17;216:23;
219:2;221:2,4,16,24;
222:20;223:18;
224:8,20;225:3;
226:1;240:24;247:6;
262:12,17;263:20;
269:4,13;270:4;
271:2,13,18;272:6,9;

273:1;274:19,24
**good (4)**
37:14;116:11;
137:9;141:24
**goods (3)**
72:14;77:17;
204:20
**Googlecom (1)**
122:16
**government (3)**
152:22;207:20;
208:1
**great (1)**
43:5
**greatest (1)**
35:11
**Greenberg (1)**
14:15
**group (5)**
40:7;144:2,17;
145:4;224:23
**grouped (2)**
171:21;173:18
**grown (1)**
41:23
**Guangzhou (1)**
247:14
**guarantee (1)**
191:21
**guess (2)**
47:6;125:16
**guessing (1)**
107:3
**guidance (1)**
137:12
**Gulfeagle (2)**
110:3;192:5
**Gus (1)**
129:8
**guy (1)**
115:19
**guys (2)**
39:24;115:10
**Gypsum (14)**
14:12;43:16,18;
44:18,19,21;79:24;
109:18;123:13;
129:2,11;165:13;
180:21;265:6

# H

**hace (1)**
221:12
**H-A-C-E (1)**
221:13
**hand (1)**
119:9
**handed (1)**
195:17
**handing (2)**
153:23;195:11
**handle (6)**

61:15;88:6,8,22;
115:20;132:19
**handled (2)**
97:21;116:15
**handles (2)**
100:14,15
**handling (1)**
89:18
**hands (1)**
221:20
**handwriting (7)**
190:4,7;196:4,7,
13,15;197:1
**Handwritten (1)**
114:10
**Hanover (4)**
144:2,16;145:3;
148:15
**Hans (3)**
32:16;35:13;47:17
**Hansen (3)**
94:21,22;96:2,4
**Hans-Ulrich (2)**
32:4,11
**happen (3)**
40:17,19;89:9
**happened (10)**
27:6;30:22;40:10;
50:18;82:3;96:10;
97:8;232:18,19;
252:10
**happening (1)**
86:2
**happens (1)**
252:16
**happy (2)**
267:21;274:18
**hard (3)**
168:12;213:22;
220:3
**harmful (1)**
156:14
**harmless (2)**
150:24,24
**Hayden (123)**
14:6,6;29:17;
32:21;36:12,22;37:4,
9,14;43:21;44:23;
45:3,14,21;46:14;
47:8;48:2;49:7,11;
50:3;51:16;53:9;
55:14;56:13,23;
61:11,21,24;62:7,22;
63:15,23;64:17;69:7;
79:20;80:8;83:2,5,
12,17,21;87:12,19;
89:1;90:15,22;91:8;
92:3,10,23;93:6;
94:3,10;95:20;96:22;
97:10;98:3,17,23;
99:11,18,23;100:9,
24;101:7,13,21;
102:2,12,16;103:21;

104:9;105:2;120:8;
125:15;128:3;130:3;
132:2;139:13;
140:12,19;141:7;
146:24;147:22;
148:3;150:4;153:24;
159:22;162:16;
164:8;165:1,18,22;
186:1;204:22;
216:15;223:16;
224:6;225:1,18,20;
227:3;232:20;235:4;
236:6,7;243:21;
247:10;253:2,7;
256:20,24;262:20;
263:24;264:13,13;
267:15;268:15;
270:23;271:19,19;
272:4;274:6
**head (2)**
44:1;65:1
**headquarters (1)**
46:19
**Health (7)**
124:11;125:10;
126:2,9;158:22;
270:13,18
**hear (6)**
43:9;46:6;89:24;
90:1;135:15;221:21
**heard (9)**
43:3;55:12;83:16;
128:5;203:21;
211:11,13;221:12;
246:10
**hearing (1)**
115:11
**Hearsay (2)**
61:22;103:22
**held (1)**
23:17
**Hello (1)**
16:5
**help (2)**
35:21;67:2
**helpful (2)**
37:23;38:13
**Herald (1)**
57:24
**Here's (2)**
174:15;225:2
**Hi (1)**
13:19
**Hicks (1)**
2:12
**high (1)**
116:19
**high-demand (1)**
241:3
**himself (2)**
41:7;169:10
**hired (1)**
126:5

Case 2:09-md-02047-EEF-MBN   Document 14390-24   Filed 05/18/12   Page 83 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

**hit (2)**
64:24;115:12
**hold (15)**
13:3;80:21;106:5;
112:17;124:24;
137:20;142:8;150:5,
23,24;168:21;176:4;
221:9;225:12;236:3
**home (21)**
39:13;82:9;
126:13;218:3;
227:13,19,24;
228:22;229:20;
230:1,7,20;231:7,8;
232:15;233:5,19;
235:12,14,17,22
**homeowners (1)**
135:16
**Homes (26)**
14:16,16;28:8,8,
17;29:15;33:4;
38:24;39:14;41:24;
42:1,7;45:11;47:3;
49:6;52:13;53:15,18,
21,24;125:14;126:5,
11,13;142:11,14
**hopes (1)**
191:8
**hot (1)**
222:19
**hour (5)**
39:21;175:19;
268:23;269:7,17
**hours (7)**
252:7;255:8;
256:6,7;268:21;
269:5;270:16
**hours' (1)**
268:16
**house (21)**
27:19;28:20;29:3;
33:22;34:4,10,19,20;
39:21;40:1,3,7;
41:10,21;42:18,19;
52:22,23;54:4;
217:15;228:19
**houses (6)**
28:21;33:23;36:3;
53:2;54:4;137:17
**HQ (1)**
116:17
**huge (1)**
163:19
**Hummel (21)**
32:4,11,16;33:1;
35:13;36:6,10,19;
37:7;39:16;40:11;
47:17;48:12,13,22;
56:9,16;82:20,21;
83:10,12
**Hurand (1)**
133:20

# I

**IBM (2)**
214:15,15
**IBSA (2)**
14:23;274:22
**idea (5)**
53:20;54:10;
97:12;110:23;111:1
**identification (22)**
32:13;66:11;74:6;
114:12;119:18;
129:5;131:11;
133:13;136:22;
142:20;144:6;146:6;
149:20;152:12;
156:3;160:15;163:5;
165:16;169:16;
184:1,7,14
**identified (3)**
59:1;185:10;
200:17
**identifies (1)**
171:18
**identify (3)**
37:23;38:12;171:2
**imagine (2)**
93:12;102:21
**immediately (2)**
138:12;142:13
**immense (1)**
54:6
**Import (6)**
117:7;239:10;
240:8;245:4;253:19;
254:23
**important (2)**
17:12;119:24
**importation (3)**
248:9;251:7;
257:15
**imported (4)**
18:16;123:5;
237:1;242:8
**importing (3)**
238:13;239:18;
247:24
**impressed (2)**
116:7,9
**impression (2)**
45:5;50:17
**improper (1)**
93:7
**inactive (2)**
234:20;235:3
**inadequate (1)**
269:24
**inadvertent (2)**
149:2;154:22
**inadvertently (5)**
138:2,9;153:1;
154:7;200:13

**inaudible (1)**
16:10
**INC (9)**
2:2,3;16:22;74:4,
19;142:12;144:2;
150:15;165:13
**include (6)**
60:24;61:19;
171:3;179:13;194:6,
8
**included (7)**
39:15;139:23;
173:20;180:4;
184:21;191:4;214:9
**includes (3)**
143:1;166:1;182:9
**including (3)**
185:17;207:9;
246:7
**incorrect (3)**
141:15,16,17
**increase (2)**
52:2;76:16
**incurred (1)**
129:17
**indemnify (1)**
150:23
**independently (1)**
273:18
**index (8)**
183:7,10,21,23;
184:3,5,10,12
**indexed (1)**
190:15
**indexes (1)**
184:18
**India (1)**
21:22
**indicate (2)**
232:14;240:3
**indicated (4)**
127:14;175:4;
228:6;249:14
**indicates (7)**
121:7;127:7;
129:18;139:7,22;
169:20;196:24
**indicating (1)**
256:15
**Indiscernible (1)**
113:24
**individual (2)**
32:18;43:8
**individuals (2)**
43:9;244:14
**Indonesia (7)**
91:13,16;92:13,17;
93:4;117:18;118:20
**information (19)**
48:20,20;58:6;
132:13;154:23;
215:22,23;216:3;
217:3;230:18;

235:16,19;261:15;
265:9;266:6,20,24;
267:5,22
**informed (1)**
60:2
**inquiry (1)**
156:18
**insignia (1)**
131:15
**inspect (2)**
47:2;49:6
**inspected (1)**
38:24
**inspection (3)**
39:13;53:16;82:14
**inspections (3)**
52:2;146:23;
147:15
**installed (1)**
134:22
**installers (4)**
33:21,22;211:6,8
**installs (1)**
100:14
**instance (2)**
2:4;173:14
**instead (1)**
87:18
**instruct (2)**
150:11;154:9
**instructed (2)**
82:24;84:14
**instructing (1)**
209:7
**instruction (1)**
83:15
**instructions (3)**
72:21;82:22;
129:13
**Insurance (14)**
144:2,16;145:4,4;
157:22;158:1,6,11,
12,13,22,22;159:6,6
**intent (1)**
142:13
**intentionally (1)**
80:12
**interest (1)**
243:13
**interesting (1)**
253:3
**interests (1)**
270:17
**Interior (1)**
14:19
**interlocked (1)**
80:1
**intermingled (1)**
187:4
**International (24)**
20:12,15;61:14,18;
62:5;66:9;69:24;
70:8;72:1;74:3,15;

76:20;90:14;121:7;
133:9,22;146:1;
150:18;180:19;
189:1;237:24;
241:19,21,23
**internet (8)**
54:17;58:9;
121:14,16;122:12;
124:14;227:6;229:18
**interposed (1)**
84:22
**interpret (7)**
38:5;7;64:2;84:22;
85:2;125:17;143:12
**interpreted (1)**
49:24
**Interpreter (30)**
17:1,13;22:2,6;
25:3;29:24;38:3,8;
49:18;50:1;64:11;
66:14;67:7;77:4,5;
84:4,19;85:5;115:6;
125:18;143:11;
221:1,12,18;222:17;
256:16,22;263:21,
22;270:7
**interrelated (1)**
93:5
**interrupting (1)**
115:9
**intervals (1)**
270:13
**into (31)**
23:15;24:9;28:21;
41:21,24;100:2,3;
111:3;118:23;123:6;
172:19;173:6;202:8,
20;207:22;208:5;
237:13;240:8;242:9;
248:7,10;249:22;
250:23;251:7,18;
253:9,19;254:23;
257:14,15;269:9
**introduce (1)**
13:17
**introduced (24)**
32:13;66:11;74:6;
114:13;119:18;
129:5;131:11;
133:14;136:22;
142:20;144:6;146:6;
149:20;152:12;
156:4;160:15;163:5;
165:17;184:1,8,14;
245:13,14,23
**inventory (1)**
120:11
**investigate (1)**
50:11
**investigation (2)**
28:21;56:10
**investigations (1)**
47:24

Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

**invoice (16)**
171:6,8,13,18;
176:16,20;180:12,
13,18,19;181:4,10,
20;182:3;190:11,17

**invoices (16)**
174:4,8,21;185:10,
15,18;188:24;
189:12,17;191:7;
194:19,20;196:10;
198:8,18;223:21

**invoicing (1)**
233:12

**involved (16)**
18:22;20:3;29:20;
47:14,23;49:2;50:5;
56:10,17;82:14;
110:14;159:10;
226:13;262:4,24;
274:16

**involving (8)**
47:24;56:11;
139:3;206:23,24;
207:5,6;217:3

**Iphofen (1)**
37:13

**iron (2)**
127:8,17

**Isaac (1)**
243:6

**Isles' (1)**
142:14

**issue (5)**
136:20;137:3,10;
161:19;233:8

**issued (1)**
152:16

**issues (3)**
98:18,20;224:14

**J**

**Jack (6)**
131:16;132:24;
136:18;137:1;144:2,
15

**J-A-H-A-R (1)**
30:10

**J-A-H-W-A-R (1)**
30:10

**Jamaica (3)**
203:9,22;204:16

**Jan (1)**
14:20

**January (8)**
55:9,12;59:7;
88:18;146:2,15;
149:18;160:20

**Jawahar (8)**
30:7,9;67:23,24;
160:21;161:9,11;
163:11

jawahar@rothchilt@zjipcom (1)

160:24

jawahar@rothchiltcom (1)
160:18

**Jeff (2)**
14:9;268:13

**Jewish (1)**
58:19

**jobsite (1)**
85:15

**joins (2)**
271:13;274:23

**Jordan (1)**
16:1

**Journal (2)**
57:17,24

**Judge (2)**
226:21;272:12

**July (6)**
25:20,20,21,22;
26:3;27:2

**July-August (1)**
26:23;27:7

**K**

**keep (10)**
45:20;68:1,9,10;
138:12;156:17;
205:19;212:18;
213:18;217:6

**keeping (1)**
68:5

**keeps (1)**
220:5

**Keith (1)**
133:20

**kept (20)**
68:12;78:23;79:1,
5;120:22;166:20;
174:23;177:10,23;
187:12;188:17;
189:6,22;192:8;
193:3,16,24;195:3;
200:15;217:9

**Kevin (2)**
117:6;202:17;
254:18,20;255:1

**KG (3)**
32:19;36:21;37:8

**kidding (1)**
148:8

**kind (2)**
97:16;159:7

**Knauf (263)**
14:7,7;25:4;26:5,6,
7,8,20;29:13,15,20;
30:3,17,23;31:2,20;
32:19;35:15;36:10,
16,19,20,21;37:5,6,8;
39:17;40:14;41:5,15;
43:8,9,10;44:2,14;
45:6,20,23;46:2;
47:2,7,12,13,14,18,
19,22;48:14,24;49:3,
5,8;50:4,5,10;51:22;
52:18,19;53:7;54:20,
24;55:2,5,7,12;56:9,
10,17,19,21;60:7;
61:1,3,4,9,17;62:4,
10,21;63:8;64:5,9,
16;66:7;68:22;
69:17;71:24;75:10;
76:21;79:8,12,18,24;
81:4;82:14,18;83:1,
4,8,11,13;84:4,4,15,
17;85:8,12,21;86:13,
16,21;87:6,9,16,20,
24;88:11;89:15,17;
90:1,9,20;91:1,4,10,
16,21,23;92:2,8,11,
12,15,16,16;93:3,4,4,
15,24;94:9,14;96:2,
20;97:4;98:1;99:7;
103:2;104:20,22;
105:4,5,21;106:13,
19,23;108:4,4,5,6;
112:15,22;117:13,
18;118:20;119:12;
121:3,4,10,24;123:3,
5,9,14,17;125:13;
126:5,6;127:16;
128:17;129:2,10,14,
22;131:7,16,20;
132:14,18,20,20;
135:9,11,15,19;
139:3;146:4,14;
147:15;149:17;
150:8,23;151:10,15,
24;152:10,16;155:9,
24;156:11;157:2,5,6,
17;159:12,19,21;
161:2,7,24;163:2,15,
18;164:5;165:5;
171:20,21;177:7;
178:13;184:9,13,23;
202:10,22;203:13,
14,15,17;204:17;
205:4;213:7;223:5;
224:3;225:20;236:9;
239:8,8,11,18;
240:17,20;242:2,14;
255:20;258:1,3,7,20;
259:9;268:15;
271:18,20,21

**Knaufcom (1)**
122:7

**Knauff (1)**
137:14

**Knauf's (9)**
46:12,21;47:20;
48:15;53:16;104:21;
122:1;146:21;155:14

**knew (10)**
59:17,17,18,18,23;
135:3,10;138:23;
151:19;191:15

**Knowing (1)**
80:13

**knowledge (13)**
48:8;53:13;58:12;
86:15,20;87:1;175:3;
179:22;190:1;
200:20;203:2;
233:15;265:21

**known (3)**
66:21;90:24,24

**KPT (5)**
14:7;83:8;105:4;
258:18;271:20

**KPT's (1)**
258:16

**L**

**L&W (2)**
14:18;272:3

**LA (153)**
2:2,2;13:23,24;
14:2;17:22;18:3,6,7,
13,13,15,15,17;19:4,
5,12;32:10;36:8;
39:16;55:8,8;66:6;
74:1,3,19;77:1;
108:10;113:13,18,
18,19,20;114:10;
119:12;129:1;131:6;
133:7;136:16;
142:10,11,15;144:1;
145:24;149:9,16;
150:15;152:9;
155:21;160:3,9;
162:23;165:11,12;
169:8,9;172:9,11;
173:9,17,22,23;
174:2,3,6,18,22;
175:8;177:10,12,22;
178:4,5,7;179:14,16,
22,23;183:13,23;
184:5,12;185:13,15,
16,21;186:11,12,16,
17,24;187:11;
188:11,18;189:8,9,
13,14,21,24;192:6,8,
10,11;193:2,5,6,11,
18,19,23;194:2,3,8,
19,20,22,23;196:8,9;
197:6,12,18,21;
198:2,8,15,20,24;
199:5,7,18,20,24;
200:2,7,7,10,24;
220:23;222:7;
227:18,18;228:7,13,
16,21;236:19;
241:18;265:23;
266:13,15;267:24

**lab (1)**
128:12

**label (3)**
108:6;181:1,2

**Laboratory (1)**
127:13

**lack (4)**
48:3;56:14;96:22;
269:19

**Lacks (1)**
53:10

**lading (16)**
171:10,14;176:18,
22;181:6,6,8,11,15,
17,21;187:4,8;
190:23;193:8,13

**ladings (2)**
187:6,11

**lady (2)**
82:7,8

**Landers (6)**
131:16;132:24;
136:18;137:1;144:3,
15

**language (3)**
21:23;30:13;73:12

**laptop (1)**
231:17

**large (1)**
95:6

**last (27)**
23:2;31:24;38:14;
39:17;43:5;58:14,16,
21;81:3,6,7;84:6;
86:17,22;94:20;
112:7;124:2;127:4;
140:17;141:5,10,11;
166:3;179:3;193:21;
199:8;223:19

**late (4)**
50:24;157:14;
270:10;272:11

**later (5)**
25:22;135:23;
226:15;251:16;
273:17

**latter (2)**
172:21,22

**Lauderdale (4)**
42:2;82:10;
111:16,16

**laughing (1)**
148:7

**Laughter (1)**
51:19

**law (4)**
118:9;144:18;
145:5;170:24

**lawsuit (1)**
145:12

**lawyer (8)**
137:7;140:5,11;
147:14;154:6;155:5;
156:19;210:8

**lawyers (1)**
146:22

**learn (1)**

Case 2:09-md-02047-EEF-MBN   Document 14390-24   Filed 05/18/12   Page 85 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

27:11
**learned (1)**
58:21
**least (4)**
39:7;68:10;
268:22;269:6
**leave (4)**
46:7;93:18,20;
161:24
**led (3)**
35:9;90:18;226:24
**left (5)**
40:4,11;50:16;
82:21;162:12
**legal (7)**
21:16;88:2,8;
157:18,19;160:2;
209:13
**Lennar (10)**
14:4,16,16;59:14;
90:2,4,5;151:11;
269:1;271:16
**less (4)**
18:21;22:10;
24:19;26:4,12;27:3,
4,16;53:19;55:17;
59:21;106:20,21;
152:20,21;216:9,21;
218:14;239:20,21;
240:11
**letter (49)**
54:19,19;97:17;
119:12;121:2,4,9,12;
122:20,23;123:2,8,
21;124:9;129:1,7;
131:6,13;132:5,8;
133:7,18,24;134:6,8;
135:6,23;136:4;
138:17;142:10;
144:1,14,17;145:2,3,
6,14,16;148:16;
149:16,24;150:6,12,
14;151:23;160:19;
164:10;233:12;236:2
**letterhead (10)**
173:24;185:14;
186:11,12,16;
188:12;193:24;
194:22;200:8,11
**letters (7)**
87:3;88:20;143:2,
18;145:8,10;161:17
**Liability (5)**
13:7;158:7,12,13;
159:6
**lifespan (2)**
18:6,8
**light (3)**
170:22;226:10;
269:23
**Limited (11)**
66:9;69:24;70:8;
74:3,15;121:7;133:9,

22;146:1;150:19;
180:24
**Linear (2)**
70:24,24
**link (2)**
91:12;92:12
**list (3)**
108:8;173:14;
181:2
**listed (1)**
70:7
**lists (2)**
185:17;196:10
**Litigation (2)**
13:7;209:20
**little (11)**
32:2;34:22;100:6;
105:8;106:21,22;
111:24;119:10;
125:11;126:3;131:14
**live (1)**
243:8
**LiveNote™ (1)**
2:9
**LLC (3)**
125:10;126:2,9
**LLP (1)**
146:20
**located (16)**
20:17;21:3;42:1;
46:13;125:11;
201:16;212:7;229:3;
230:24;252:3;255:1,
12;256:2;257:2;
260:19,20
**location (3)**
229:12;255:11;
265:18
**logistics (1)**
181:9
**long (14)**
18:19;19:5,21;
39:11,12;108:8;
220:11;229:8;
231:19;240:16;
243:15;244:10;
245:13;247:18
**longer (4)**
39:21;98:6;
154:17;163:20
**look (23)**
20:8;23:10,12;
68:23;75:13,13;
79:22;87:2;97:18,20;
127:2;137:21;138:1;
140:2;143:5,15;
146:15;153:6;162:6;
196:14;210:12;
219:3;233:13
**looked (5)**
20:8;23:15;
185:19;194:14;
200:20

**looking (15)**
23:7;36:20;71:23;
113:9,15,16;115:1,3;
125:6,23;137:11;
141:8;167:18;
244:24;270:16
**looks (2)**
37:12;78:13
**lose (2)**
104:8;163:19
**lost (3)**
163:15;164:6,11
**lot (7)**
164:12;183:5,8;
196:4;252:18;
261:21;267:14
**Lots (1)**
142:15
**loud (1)**
55:15
**Louisiana (6)**
13:9;204:2,4,7,9,
14
**Ltd (6)**
66:8;69:18;131:8;
149:18;165:12;166:6
**Lucie (6)**
87:4;109:14;
129:10,23;197:24;
198:5
**Lumber (7)**
105:9,14,15,19;
110:7;173:16;193:1
**lunch (2)**
80:16,19
**lying (1)**
240:1

## M

**M2 (2)**
70:22,23
**Mac (1)**
214:13
**Machine (1)**
2:10
**Macintosh (1)**
214:14
**Maersk (11)**
171:11,14;176:15,
20;180:11;181:9,15,
17,22;190:22;191:4
**maintain (2)**
130:17;145:15
**maintained (5)**
170:8;172:10;
174:24;179:18;
186:20
**major (2)**
90:21;238:22
**majority (1)**
260:24
**makes (1)**

32:1
**making (4)**
92:1;164:6;200:5;
211:9
**man (13)**
31:19;35:7,8;
47:17;48:21,22;
49:10;50:19;51:13;
52:16;123:20;147:5;
258:9
**manage (1)**
233:10
**managed (1)**
261:16
**manager (3)**
44:14;49:3;161:7
**managing (1)**
261:10
**manila (1)**
212:15
**manner (3)**
79:21;244:1;
266:19
**manufacture (1)**
104:3
**Manufactured (4)**
13:6;75:10;
129:14;253:21
**manufacturer (7)**
244:23;245:4;
250:5;255:17;
262:10;266:14,17
**manufacturers (9)**
60:24;127:15;
179:12;210:2;
249:11;256:21;
260:22;262:3,22
**manufactures (1)**
123:15
**manufacturing (2)**
24:20;177:4
**many (18)**
38:24;53:15;
110:21;113:7;
117:24;145:9;189:3;
191:24;201:6;
212:16;217:23;
222:1;231:7;240:13;
248:5;263:16;
270:15,15
**Marcello (5)**
94:19,22;96:1,3,4
**March (14)**
26:8,13;66:9;
69:15;72:18,19;74:4;
77:21,21,22;88:18;
160:12;163:2,12
**Marine (2)**
73:9,11
**Mark (37)**
13:13;32:6;41:3;
43:22;51:10,24;53:3;
65:6;68:19;69:20;

73:18;88:5;114:7;
131:2,18;136:13;
137:10;145:21;
160:22;161:5,6,15,
16,19;162:20;
163:19;164:12;
183:18,20;257:9,10;
258:11,22;259:8,20,
23;260:1
**mark@mailKnaufcom (1)**
161:4
**marked (30)**
32:12;66:10;74:5;
114:12;119:17,21;
128:21;129:4;
131:10;133:13,17;
136:21;142:19;
144:5;146:5;149:14,
19;152:6,11;156:3;
160:14;163:4;
165:16;169:15;
183:12,24;184:7,13;
186:10;211:18
**market (9)**
20:6;27:9;34:1;
95:6,6;112:14;241:3,
4;244:22
**marking (1)**
175:14
**markings (2)**
107:15;211:1
**marks (14)**
55:22;56:2;80:22;
107:7,21;124:19;
125:1;168:16,22;
225:6,13;264:2,8;
275:6
**marriage (2)**
80:6,11
**married (2)**
80:4;218:5
**masks (1)**
211:15
**match (4)**
171:13;181:9,12;
190:21
**matches (5)**
171:9;176:20,22;
181:20,21
**material (7)**
23:8;104:13;
223:3;239:13;
253:19;255:4;263:13
**Materials (36)**
14:13;23:15;24:2,
6,24;25:11;34:14;
104:1;107:1,19;
108:1;113:1;117:6,
11;171:20;177:6;
180:24;185:7;
202:13,21,24;
205:21;223:14;
242:14;246:3,5,8;

Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

248:4;249:15,18,23;
251:4,19;253:10,18;
254:21
**math (1)**
118:10
**matter (8)**
13:6;53:5;99:4;
127:2;155:17;213:7,
7;226:4
**matters (4)**
127:23;159:8;
209:9,20
**Matthew (1)**
14:24
**may (15)**
66:16;84:19;
109:23;129:12;
185:2;187:17;190:7;
191:10,14,18;194:4;
200:13;210:12;
221:18;226:15
**maybe (16)**
25:22;27:24,24;
39:9,10;52:22;94:5;
120:17;145:12;
175:12;226:10;
240:11;249:7;
256:14;268:22;
274:14
**McKenzie (5)**
53:8;146:20;
147:6,13;156:20
**mean (15)**
42:13;58:24;69:5,
12;70:22;83:8;
115:17;116:18,24;
130:9;158:12;185:7;
224:20;243:23;
257:20
**meaning (1)**
90:4
**means (5)**
116:19;221:14;
244:1,4;257:21
**meant (1)**
114:3
**meet (13)**
20:19,20,23;32:19;
33:6;246:21;247:4,
11;249:9;255:22,23;
258:13,22
**meeting (4)**
22:12;23:6;24:7;
38:18
**memos (1)**
173:22
**men (2)**
54:3;126:17
**mention (1)**
75:21
**mentioned (4)**
182:11;236:8;
242:7;244:18

**merchandise (8)**
20:7;95:12;98:7,
10;161:23;241:5;
245:1;251:21
**meses (1)**
221:13
**M-E-S-E-S (1)**
221:13
**message (1)**
160:18
**met (10)**
24:1;89:10;
246:14;248:4,4;
249:14,14,17;
259:23;260:1
**metal (1)**
73:4
**metallic (1)**
34:17
**meters (6)**
70:23;71:5,6,7;
76:8;110:21
**Mexican (3)**
223:24;237:18;
238:7
**Mexicans (1)**
20:7
**Mexico (3)**
18:24;19:19,22
**Miami (27)**
31:14;50:15;53:4;
57:24;73:15;78:6;
82:20;87:3;88:5;
95:10;97:4;109:8;
111:9,12,21;112:3;
119:3,6;126:17;
135:7,19;147:11,14;
160:2;163:16;
200:24;249:2
**mic (1)**
178:21
**Michael (9)**
137:4,5;139:18;
149:17;150:7;
152:15;155:22;
160:10;162:24
**Mickey (11)**
27:18,18;36:1,5;
37:17;38:14;39:17;
82:5;124:1,6,7
**microphone (1)**
264:23
**midday (1)**
45:7
**middle (2)**
163:8;273:10
**might (4)**
83:6;183:5;
244:14;269:14
**Miller (2)**
2:8;13:15
**million (2)**
110:18,18

**millions (2)**
110:24;162:10
**mine (2)**
44:20;74:22
**mineral (3)**
127:8,10,18
**minuscule (1)**
111:13
**minute (2)**
105:23;173:6
**minutes (2)**
166:16;175:12
**mischaracterizes (3)**
45:22;63:16;164:9
**misdemeanor (2)**
206:23;207:5
**missing (1)**
191:9
**mission (1)**
94:6
**misstatement (1)**
64:19
**misstates (1)**
164:9
**mistake (3)**
70:11;117:21;
243:24
**mistaken (7)**
112:2;145:17;
155:12;204:16;
229:4;234:9;238:9
**Mister (2)**
30:8;56:16
**misunderstanding (1)**
159:2
**moment (7)**
49:19;77:7;84:10;
112:18;243:19;
263:21;264:1
**Monday (2)**
2:7;13:2
**money (8)**
102:9;104:8;
163:16,19;164:6,12,
13;207:17
**monies (1)**
204:19
**month (7)**
22:15;27:15,22;
54:16;59:8,15;
252:17
**months (14)**
18:9,10;43:5;
55:18;93:15;122:23;
221:7,15,23;222:22,
23;240:18;245:6,17
**MONTOYA (64)**
65:11,14;170:24;
171:5;173:11,12;
178:8;180:10;182:1,
13;183:17;184:2,9,
15,19,22;185:1,3,9,
12,24;186:3,6;

187:15,22;188:9,16,
23;189:4;190:9,18,
24;192:4,16,20,23;
193:12,21;194:5,9;
195:7,13,16,19,22;
196:1;197:2,5,11,17,
23;198:3,6,10,14,23;
199:6,10,13,17,23;
200:23;201:3;225:2
**More (46)**
18:21;22:10;
24:19;26:4,12;27:3,
4,16;39:3,9;52:3;
53:19;55:10,17;
59:21;64:23;85:16,
21;103:13;106:19,
21,22,22;119:7;
151:13;152:20,21;
156:18;201:24;
202:18;216:9,21;
218:14;222:3,5;
223:11;231:22;
233:24;234:1;
239:20,21;240:10,
22,23;245:16;261:23
**morning (2)**
137:9;253:1
**most (5)**
47:5;113:21;
194:18;261:19;274:1
**motion (5)**
270:19;271:14;
272:16;274:23;275:2
**Mountain (1)**
14:13
**mouth (1)**
221:20
**move (8)**
53:9;61:24;169:5;
209:5;268:24;269:3,
11;270:2
**moving (1)**
175:14
**much (15)**
64:23;106:9;
110:13;123:14;
127:21;147:21,23;
163:15;164:6;
191:23;215:4;226:2;
237:6;240:7;274:20
**multiple (4)**
29:20;268:16,21;
269:4
**Multiply (1)**
118:2
**must (2)**
86:5;145:7
**mute (2)**
115:8,13
**Myers (6)**
105:9;109:10;
111:14,15;137:15;
199:24

**myself (1)**
241:17

**N**

**Nachon (3)**
110:5;173:16;
193:14
**N-A-C-H-O-N (1)**
193:14
**NAEU-550299844 (1)**
181:16
**nail (1)**
64:24
**name (35)**
16:13;17:19;
21:16,17;22:24;23:3;
29:22,22;31:24;32:1;
38:15;39:17;50:6,21;
94:18,20;111:15;
115:18;124:3;125:9,
24;126:16;147:4;
218:9,11,13;220:18,
19,21;225:19;238:1;
243:5;255:11;257:9;
265:4
**named (1)**
237:24
**names (1)**
246:7
**natural (2)**
44:20;123:13
**naturally (1)**
127:7
**nature (1)**
112:21
**near (3)**
236:13;252:5;
256:4
**need (16)**
22:2,5;44:3;
105:22;124:17;
158:24;195:18,19,
24;208:19;213:19;
225:1;226:17;
256:17;264:22;275:1
**needs (3)**
55:19;116:4;
263:21
**negotiated (2)**
63:19,20
**negotiations (4)**
248:8;251:11;
263:1,4
**neither (2)**
55:2;128:14
**New (9)**
26:11,12;51:21;
144:11;149:22;
226:16,17;246:8;
267:18
**newspaper (1)**
58:1

**newspapers (1)**
58:10
**next (15)**
96:10;114:8;
117:5;121:4;131:2;
134:20;143:22;
166:3;173:7;184:16;
185:12;242:10,10;
252:24;257:24
**nicer (2)**
147:21,24
**nickname (1)**
218:15
**night (1)**
252:23
**Nightmares (1)**
224:7
**nighttime (1)**
252:21
**Ningbo (3)**
20:18,18;21:4
**nobody (3)**
98:13;118:6;135:6
**noise (1)**
113:24
**None (6)**
107:9,23;158:5;
209:17,19;235:20
**nor (2)**
128:14;233:9
**normal (4)**
34:22,23;35:1;
43:16
**Norris (34)**
41:3,4;43:13,15,
23;44:16,17;45:24;
50:15;51:10,11,12,
24;53:3;54:13;61:13,
17;69:9,20;88:5,22;
90:8;103:9,12,16;
123:22;131:18;
161:6;258:11,23;
259:9;260:2,4,14
**Norris' (1)**
68:19
**Northwest (1)**
229:5
**note (1)**
97:17
**Notes (2)**
114:11;210:12
**Notice (13)**
2:14;29:10;
133:10,22;134:6,10;
142:12;143:2,18;
151:3;181:10;
211:19;216:24
**noticed (1)**
270:6
**notices (1)**
216:11
**notified (2)**
29:1;135:7

**notify (1)**
135:8
**notifying (1)**
28:23
**November (20)**
24:19;25:14;26:2;
28:1;40:24;51:1;
59:6,9,16;62:15;
119:13;121:5;123:2;
236:14,14;251:17;
252:17;259:4;273:9,
10
**noxious (2)**
134:12,24
**number (67)**
65:9,16,17;66:22;
67:11,12;69:1;73:21;
74:12;76:16;114:16,
17;115:4;119:21;
121:2;124:12;125:7;
128:22,22;131:3,3;
133:17;134:7,7,21;
136:24;143:22;
144:12;145:21;
149:23;152:7;
154:15;155:4;160:7;
163:10;165:9;166:2;
167:21,21,23;171:6,
8,9,10,11,14,15;
176:19;177:17;
180:14,20;181:1,7,8,
15,16,17,18,20,21,
22;182:3;184:3;
186:2;190:11,12,17
**numbered (2)**
2:6;187:9
**numbers (18)**
65:17,20,24;66:1;
69:12;148:22,24;
165:19;167:15;
178:11,17;181:11;
182:17;183:12,14,
15,19;195:8
**numerical (1)**
141:21

## O

**oath (1)**
17:4
**object (12)**
36:13;44:23;
56:14;62:7;64:18,22;
83:3;152:24;154:6;
158:11;226:19;
243:17
**Objection (111)**
19:13,23;20:11;
23:23;24:22;25:12,
17;27:13;32:21;
35:23;37:20;38:5;
43:20;44:24;45:14,
21;46:14;47:8;48:2;

49:7;50:3;53:9;
56:23;57:6;61:11,21;
62:22,23;63:13,15;
68:6;69:7;70:9;72:3;
79:19,20;80:8;81:12;
84:21;86:24;87:12,
19;89:1;90:15,22;
91:8;92:3,10,23;
93:6;94:3,10;95:20;
96:22;97:10;98:3,17,
23,24;99:18;100:9,
11,22,24;101:6,7,8,
13,15,20,21;102:2,4,
5,12,16;103:21;
104:9;118:13;120:8;
125:15;128:3,10;
130:3;132:2;138:7;
144:19;146:24;
159:22,23;162:16;
164:8,10;165:1;
183:4;204:8,21,22;
208:20;216:13;
218:24;221:9;
223:16;224:6;
225:22;232:17;
236:4;243:17;247:6;
262:11;266:1
**objections (2)**
49:16,23
**observations (3)**
92:22;93:2;127:14
**observed (1)**
270:5
**obsolete (1)**
213:14
**obtain (2)**
58:11;121:12
**obtained (3)**
24:12,13;228:23
**obtaining (1)**
241:10
**Obviously (1)**
45:12
**occasion (3)**
41:22;50:16;262:2
**occasions (1)**
45:24
**occur (3)**
22:12;24:17;46:9
**occurred (4)**
24:18;82:2;89:22;
90:3
**occurring (1)**
127:8
**o'clock (3)**
252:22,24;268:14
**October (30)**
2:7;13:2,12;22:17;
23:19;24:18;26:13;
27:15,23,24;28:16,
19;33:12;38:20;
39:14;51:5;62:15;
82:2;133:9,19;

141:12;144:4,14;
250:16,17;251:4;
259:3,23;260:2,11
**October-November (1)**
62:18
**odor (2)**
127:16;156:14
**odors (2)**
134:13;135:1
**off (21)**
44:6;51:16;55:21;
80:18;83:21;84:1;
106:1;124:20;142:4;
143:3;153:20;
168:17;176:1;
196:20;210:15;
225:8;253:6;264:5;
268:6,7;275:9
**offensive (2)**
134:12;135:1
**office (6)**
149:10;154:9;
155:1;212:4;214:2;
255:4
**offices (6)**
2:12;20:24;21:3;
144:18;145:5;229:15
**off-the-record (2)**
83:19,24
**often (1)**
46:9
**old (3)**
214:11;234:12
**Omega (2)**
16:4,17
**once (3)**
202:18,18;257:22
**one (103)**
18:16,17;28:12,20;
32:1,5;35:10,10;
38:7,12,15;39:3,7;
41:15;43:18;49:17;
58:15;66:13;68:12,
21;73:1;75:24;77:7;
78:3;82:11;84:9;
85:16;90:11;95:10;
98:5;100:13;105:23;
106:23;109:23;
111:15,19;114:24;
115:21;116:15;
117:6;119:9,23;
120:1;123:17,21;
126:20;127:14;
130:22,24;133:4;
139:14;140:18,21;
144:8,12;145:8,12;
149:14,22;153:1;
156:24;160:23;
164:14;166:2,3,3;
174:18;175:7;
178:15;181:23;
186:6,7;189:2,4;
199:8;201:24,24;

202:1,9,19;214:16;
218:1,8;219:6,6;
225:2;229:12;230:5,
11,17;231:9;233:18;
240:18;244:3;
246:20;248:16;
259:14,17;261:7;
262:2;264:16,24;
270:11
**ones (9)**
29:6;53:6;108:10;
129:24;165:4;
194:10,12;212:11;
219:14
**only (13)**
14:5;37:2;42:9;
61:2;91:10;129:15;
135:24;148:1;
166:15;175:7;177:3;
194:8;204:15
**open (1)**
139:11
**operate (1)**
215:11
**operated (2)**
227:15,17
**operating (4)**
129:9;215:8;
227:23;229:11
**operator (1)**
13:13
**opinion (5)**
34:12;42:12,22;
93:7;100:12
**opportunity (1)**
270:1
**opposed (1)**
106:13
**opted (1)**
141:21
**orchestra (1)**
48:4
**order (25)**
112:17;121:22;
140:12;141:2,3,13,
19,21,22;169:4;
187:19,19,21;188:5;
189:17,20;199:12;
242:14;257:21,23;
268:1;269:12;270:2;
273:5;274:13
**ordered (3)**
226:21;253:18;
273:7
**orders (10)**
24:15;112:10,14,
18;192:5,19;193:1,7,
13;241:1
**ordinary (20)**
172:18;174:22;
177:23,24;178:5;
179:17,19,24;
186:18;187:13;

188:18;189:7,22,23;
192:9;193:4,17;
194:1;195:1,4
**organized (4)**
173:10,13,24;
190:10
**origin (3)**
266:15,18,20
**original (1)**
160:17
**originated (1)**
258:24
**others (8)**
26:22;42:24;
110:9;170:7;172:9;
173:9;217:2;226:11
**otherwise (3)**
83:9;87:21;196:8
**ours (1)**
154:10
**out (36)**
40:8;43:12;48:17,
19,20;52:8,11,13;
54:7;55:15;59:3,12,
13,13,20;75:3;95:10;
132:17;140:12;
141:2;151:9,22;
153:12;173:22;
189:20;199:12;
218:3;219:6;227:19,
24;228:18,22;
229:11;235:8,12;
240:13
**outside (4)**
203:5;207:8;
267:17;273:22
**over (18)**
60:12,23;61:5;
81:11;89:4;112:11,
20,24;123:4;138:11;
171:1;175:19;
205:12;213:21;
234:10;236:9;
240:13;270:8
**overall (1)**
182:1
**overlap (2)**
191:19,22
**Owing (1)**
207:17
**own (4)**
92:21;93:2;167:8;
215:11
**owned (2)**
29:3;207:24
**owner (8)**
17:24;21:15;
46:23;78:18;81:11;
144:15;161:10,11
**owners (2)**
133:4,5
**ownership (1)**
243:13

## P

**Pablo (2)**
133:10,23
**package (6)**
171:17;180:11,16;
181:19;188:1,24
**packaged (1)**
176:17
**packages (1)**
182:5
**packed (1)**
62:11
**packing (4)**
181:2;185:17;
196:10;223:2
**page (22)**
125:23;126:24;
127:4;134:8,16;
137:24;139:21;
140:7,23;141:5,10,
11;145:22;153:12,
20;154:3,4,16;163:8,
11;192:14,14
**pages (1)**
141:4
**paid (1)**
81:19
**Panama (4)**
207:9,15;208:4;
243:9
**Panel (17)**
18:24;19:16,18,22;
237:15,18,22;238:3,
13,18,23;239:1;
241:11,14,17,20,22
**paper (4)**
145:16;171:15;
241:5,8
**papers (5)**
21:7;27:4;63:9;
151:9;256:14
**paperwork (1)**
62:24
**paragraph (5)**
123:9;127:4;
134:20;150:21,22
**paragraphs (2)**
134:9,16
**pardon (1)**
66:15
**part (20)**
48:16;68:1,8;79:2,
4;111:13;113:21;
114:23,24;118:22;
120:23;127:5;
130:18;134:7;
166:20;167:6,11;
170:9;194:18;274:1
**particular (1)**
257:7
**parties (3)**

138:4;187:12;
274:16
**partner (2)**
129:9;170:24
**partners (1)**
246:20
**parts (1)**
75:3
**pass (2)**
201:7;224:12
**passing (1)**
264:16
**past (1)**
57:22
**Patrick (3)**
170:24;171:4;
178:14
**Paulo (1)**
239:14
**pay (4)**
127:21;157:21;
160:2;161:22
**paying (1)**
157:19
**payment (1)**
87:16
**PC (2)**
214:15,16
**PCS (1)**
116:18,18;117:20
**peanuts (1)**
162:9
**penal (1)**
208:4
**pending (1)**
234:14
**people (10)**
48:6;59:1;62:10;
92:11;113:7;115:8;
151:10,11;244:22;
248:5
**People's (1)**
247:4
**per (7)**
72:22;77:24;
116:20;129:12;
131:19;182:9;268:1
**perceiving (3)**
42:14,15,17
**percent (1)**
105:6
**percentagewise (1)**
106:18
**perfect (1)**
175:17
**period (12)**
25:6;59:22;
227:16;230:21;
231:1;236:15;
239:22,23;240:5,16;
259:10;271:10
**permission (1)**
51:14

**Perry (1)**
2:8
**person (7)**
51:22;52:19;70:8;
94:14;104:12;
246:14;257:7
**personal (7)**
48:8;53:12;86:15,
20;215:15;220:18,20
**personally (1)**
60:6
**phone (10)**
82:4;93:14;115:8,
11;116:2;261:22,23;
272:5,6,12
**photographs (1)**
139:8
**photos (1)**
139:9
**pick (2)**
49:21,22
**picked (3)**
86:9;93:13;132:5
**pieces (13)**
52:12;70:21;71:1;
76:5;115:5;116:20,
21,24;117:2,14,24;
118:19;131:21
**Pinellas (1)**
265:18
**Pingyi (48)**
24:3,7;25:1,2,3,24;
60:20;106:12,19;
107:2,7,10;113:3;
116:16;117:3;
171:19,22;176:13;
177:2,3;178:11;
180:23;182:16;
183:21,24;201:11,
17;202:3,11;203:13,
15;205:1;206:13,14;
210:24;223:10;
242:13,16,17,19;
245:24;255:20,22,
23;257:1,10,14;
263:14
**P-I-N-G-Y-I (1)**
176:13
**pipes (3)**
59:4,19;151:19
**place (7)**
13:9;23:14;28:22;
38:19;88:11;253:14;
274:13
**placed (6)**
24:15;86:17,22;
93:13;257:21,23
**placing (1)**
241:1
**plain (1)**
73:12
**Plaintiffs (4)**
2:5;16:2,9;154:19

**Plaintiff's (1)**
32:7
**Plaintiffs' (2)**
13:20;272:9
**plans (2)**
210:7;273:13
**plant (8)**
236:10;247:16;
252:1;255:7,11;
257:2;258:15,16
**plants (1)**
251:23
**plaster (3)**
131:20;134:22;
165:14
**Plasterboard (27)**
66:7;69:18;72:8;
77:2,12;119:14;
123:5,9,12,13,14;
127:6;131:8,17;
149:17;151:2,16;
156:1;161:3;163:3;
180:22;225:20;
236:10;258:3,7,20;
259:10
**plasterboards (1)**
127:15
**play (2)**
52:19,20
**Please (31)**
13:3,17;38:9;
49:16;64:12;77:6;
80:21;84:20;102:19;
105:11;106:5;
115:12;122:12;
124:24;125:19;
140:1;142:8;143:6,
23;156:17;158:9;
159:3;161:16,19;
168:21;169:5;176:4;
208:21;221:22;
225:12,15
**plenty (1)**
224:4
**plumbing (2)**
101:19;152:2
**plus (2)**
97:5;186:7
**pm (23)**
2:8;56:1;80:19,20;
106:3,4;124:22,23;
142:6,7;168:19,20;
176:2,3;210:17,18;
225:10,11;264:6,7;
268:9,10;275:12
**point (16)**
27:10;52:1;57:11,
12;81:21;82:17;
91:20;154:21;201:8;
209:1;239:17;
241:10;244:21;
245:2;268:23;270:17
**poison (1)**

152:19
**Pompano (24)**
  38:16,16;39:18;
  82:5;86:11,18,23;
  87:7,11,18;93:14,23;
  94:1;95:18;96:6;
  97:5;109:12;124:3,4;
  129:16;130:1,7,8;
  198:16
**porcelain (1)**
  32:3
**port (20)**
  72:14;73:15;
  77:17;78:6;87:4;
  109:14;111:7,9,13,
  17,18;119:3,3,6,8;
  129:10,23;181:10;
  197:24;198:5
**Portable (1)**
  16:21
**portion (2)**
  84:12;216:18
**posed (1)**
  226:1
**position (6)**
  41:13;46:22;
  246:17;259:13,16;
  265:12
**possession (1)**
  89:5
**possible (3)**
  68:11;191:14;
  192:1
**possibly (2)**
  137:17;247:24
**post (1)**
  217:15
**posted (1)**
  156:17
**postpone (1)**
  270:3
**practically (1)**
  135:23
**practice (1)**
  170:9
**preceding (2)**
  84:12;216:18
**preface (2)**
  108:22;134:17
**PRELIMINARY (1)**
  13:1
**premarked (4)**
  171:23;176:24;
  178:10;182:15
**Pre-Marked (3)**
  183:24;184:6,13
**premature (1)**
  269:22
**Prepaid (2)**
  81:20;86:7
**prepare (2)**
  120:1,11;153:14;
  166:19;170:6

**prepared (11)**
  120:3,5,16;125:8;
  150:6;169:8;170:6;
  175:3,6;176:10;
  272:23
**presence (1)**
  46:11
**present (9)**
  22:19;147:19;
  164:21;227:17;
  228:21;263:3,8;
  264:19;273:14
**presented (1)**
  156:12
**presenting (1)**
  79:22
**presently (1)**
  58:7
**president (2)**
  131:16;133:21
**previous (1)**
  191:19
**previously (7)**
  66:20;88:4;93:16;
  159:20;200:17;
  244:6,9
**price (2)**
  76:10;110:14
**prices (4)**
  24:13;63:20,20;
  248:12
**primary (1)**
  232:22
**printed (2)**
  196:8;219:16
**Prior (1)**
  260:13
**private (1)**
  46:8
**privilege (1)**
  236:5
**privileged (4)**
  137:24;138:6;
  149:2;153:2
**probably (5)**
  47:5;124:6;
  189:15;268:21;273:9
**problem (45)**
  27:19;31:11;33:1,
  20;34:2;35:22,24;
  41:22;45:17;50:12;
  61:2,6,10;82:1,2,6;
  88:1,2;89:6,22;90:2,
  2,4;103:3;128:9,18;
  135:7,12;138:21,23;
  143:19;153:17;
  155:10,11,11,11;
  160:1;161:18;
  164:20,21;211:4;
  215:1;216:12;224:1;
  258:24
**problematic (1)**
  27:12

**problems (20)**
  59:4,14,16,19;
  82:12,15;88:9;90:12;
  100:1;103:4;138:24;
  139:1;146:13;150:9;
  159:9;194:11;
  209:13;215:4;217:1;
  224:4
**Procedure (3)**
  2:15;64:21;270:22
**proceed (1)**
  274:5
**PROCEEDINGS (1)**
  13:1
**produce (1)**
  188:7
**produced (27)**
  2:4;115:1;154:7;
  166:19;167:11,14,
  20,24;170:16;
  172:23,24;178:7;
  179:23;182:8,8;
  187:20;188:4,8;
  189:14,18;191:7;
  193:10;211:23;
  218:20;219:12,14;
  271:6
**product (35)**
  75:19;76:1,2,3;
  79:12;81:4,19;82:18,
  23;83:1;84:15;
  85:22;86:4,6,7;
  91:22;102:20;
  104:17,18,23;106:9,
  10;107:18;127:12,
  16,17;135:15;
  158:12;159:6;
  203:10,23;211:4;
  238:19,23;240:20
**production (4)**
  149:2,7;167:12;
  191:1
**Products (4)**
  13:7;159:14;
  205:18;239:11
**program (1)**
  214:18
**progresses (1)**
  265:10
**prolonged (1)**
  85:1
**promised (1)**
  54:13
**pronounce (1)**
  37:12
**proper (1)**
  136:1
**property (3)**
  134:12,13,23
**protective (3)**
  269:12;270:2;
  274:12
**provide (7)**

29:22;95:5;159:7;
  244:14;254:19;
  267:24;274:18
**provided (7)**
  134:11;138:9;
  154:1;157:18;
  227:13;230:10;236:1
**provider (2)**
  227:7;229:19
**providing (1)**
  102:20
**province (1)**
  256:9
**provisions (1)**
  2:16
**PSC (1)**
  272:10
**public (1)**
  104:13
**publication (1)**
  57:16
**Puerto (3)**
  203:9,22;204:15
**pull (2)**
  48:19;137:16
**purchase (15)**
  19:21;91:5,6,16;
  92:8;106:11;192:5,
  19;193:1,7,13;
  204:19;257:15,17,19
**purchased (13)**
  86:4;93:16;95:3;
  106:23;116:21;
  117:2,10,15;120:13;
  185:16;205:4;
  237:21,23
**purchasers (1)**
  134:21
**purchases (2)**
  91:13;92:12
**purchasing (6)**
  25:10;27:8;61:1;
  248:9;251:7;254:23
**purpose (2)**
  51:21;196:19
**purposes (4)**
  22:4;175:14;
  176:8;274:12
**pursuant (2)**
  2:14;151:4
**put (12)**
  24:14;96:6;
  123:12;148:18;
  172:19;176:14,23;
  182:5;191:2;244:7;
  269:8;274:13
**puts (1)**
  170:10
**putting (1)**
  54:6
**pyrite (1)**
  127:9

**Q**

**quality (2)**
  102:20;105:20
**quantity (3)**
  70:19,20;75:5
**quick (6)**
  118:10;148:15;
  169:20;189:10;
  190:6;196:23
**quickly (1)**
  242:1
**quieted (1)**
  135:22
**quite (4)**
  85:13;223:8;
  229:6;231:21
**quote (2)**
  152:18,19

**R**

**raise (2)**
  208:19;225:22
**Ramesh (9)**
  21:14,17;22:9,19;
  78:13;246:16,18;
  247:19,22
**R-A-M-E-S-H (1)**
  21:20
**Ramesh's (2)**
  22:21;248:16
**Ramirez (2)**
  133:11,23
**random (1)**
  200:6
**Rasco (187)**
  13:22,22;19:13,15,
  23;20:11;23:23;
  24:22;25:12,17;
  27:13;30:1;35:23;
  38:6;43:20;45:2;
  49:15,23;57:6,9;
  63:13;65:8,13,19,22;
  66:2,18,23;67:6;
  68:6;70:9;72:3;
  73:19,22;79:19;84:6;
  98:24;99:12;100:11,
  22;101:8,15,20;
  102:5;114:5,17,21;
  116:1,8;118:13;
  128:10;137:20;
  138:14;139:16;
  140:2,6,17;141:5,14;
  144:9;152:24;153:4,
  9,13,17,21;154:4,18;
  157:8;158:7,10,16,
  21;159:3,23;166:22;
  167:3,7,13,19;168:7,
  13;169:2,14,19,24;
  170:12,19;172:13,
  24;174:3,11,20;

175:6,17,20;176:8;
177:13;178:18,24;
179:6;182:6;183:9;
184:17,20,23;185:2,
5,11,22;186:4,9;
188:3,15,21;189:2,
10;190:15,19;191:3,
21;192:12,18,21;
193:9,20;194:4,6,13;
195:11,15,17,20,23;
196:3,18,22;197:4,
10,15,20;198:1,4,7,
12,17;199:3,8,11,15,
19;200:1,18;201:1;
204:8,21;205:19;
208:8,22,24;209:10,
15;213:9;216:13;
218:24;221:9;
224:17,24;226:19;
232:17;235:1;236:4;
243:17;252:19;
262:11;264:22;
265:11;266:1;
267:10,12,20;
272:18,20,21;273:2;
274:7,17

**rather (2)**
29:23;183:7

**RDR (1)**
2:9

**Re (5)**
119:14;133:10;
142:12;146:3;165:13

**reach (1)**
151:11

**read (17)**
38:9;54:23;64:12;
77:6;84:7,11;125:19;
126:21;127:19;
128:7;137:12;
173:14;178:10;
182:13;183:7;195:7;
216:17

**readback (2)**
84:18;216:22

**reading (1)**
183:12

**ready (5)**
26:7;62:12;
210:21;268:2;274:4

**real (1)**
148:15

**realize (1)**
259:8

**really (5)**
18:5;37:15;39:4;
127:10,22

**Realtime (1)**
2:11

**reason (4)**
87:15;164:17;
196:5;241:13

**reasons (1)**

270:13

**recall (13)**
18:11;107:17;
132:6;230:13;
239:20,21;240:15;
248:2;250:2,4,9;
252:9;257:1

**receive (7)**
121:9;122:20;
205:3;206:1,14;
229:22;230:5

**received (24)**
27:17,17;54:15;
82:4,21;122:24;
145:9,17;172:8,17;
177:22;178:5;
179:16,24;187:11;
189:21;190:2;192:7;
216:10,24;226:5;
229:24;230:5;265:23

**receiving (4)**
112:8;135:22;
163:21;215:17

**recently! (1)**
156:10

**Recess (11)**
44:8;55:24;80:19;
106:3;124:22;142:6;
168:19;176:2;
210:17;225:10;264:6

**recessed (1)**
275:11

**recognize (2)**
78:19;153:9

**recollection (4)**
33:18;240:4;
256:13;257:3

**record (55)**
2:16;29:18;37:3;
38:4;44:7,11;51:16;
55:22;56:5;80:18;
81:1;83:22;84:1,13,
20,24;106:2,6;114:3;
124:21;125:4;
139:21;142:5,22;
143:3;148:5,18;
158:17;168:18;
169:1;171:2;172:15;
173:6;176:1,5;
177:11;178:10;
182:6;188:14,16,17;
196:20;210:16,20;
216:19;225:8,21;
253:6;264:5,11;
265:7;268:6,8,12;
275:9

**records (26)**
68:2,5,9;79:3;
120:23;130:18,20;
137:16;145:15;
166:20,21;167:6;
168:4;169:12;
172:10,17;174:6,10,

14;186:17,22;197:8,
13;198:11;212:19;
240:3

**recycling (1)**
237:5

**redirect (2)**
269:14,15

**refer (2)**
36:20;66:16

**reference (8)**
171:9;176:19;
178:16;180:13;
185:6;223:6;254:12;
259:20

**referenced (3)**
134:24;179:10;
249:11

**references (1)**
181:4

**referred (4)**
176:16;237:15;
242:22,23

**referring (13)**
37:7;66:19;75:4,5,
12;95:18;104:18,24;
161:21;163:22;
169:14;215:13,19

**refers (3)**
145:5;178:2;
192:19

**reflect (1)**
148:6

**reflects (1)**
195:3

**refresh (3)**
240:4;256:13;
257:3

**Refund (4)**
160:13;161:17,19;
164:13

**refused (1)**
162:14

**regard (10)**
88:23;231:6;
232:5;234:1,23;
238:18;242:15;
247:23;248:9;255:21

**regarding (12)**
58:8;133:22;
143:19;155:5;158:2;
163:14,14;164:23;
209:8;215:19;
233:15;267:22

**Regards (4)**
161:20;234:19,20,
21

**regular (3)**
78:23;120:23;
270:13

**reimburse (4)**
86:3;87:9;89:14;
102:9

**reimbursed (2)**

87:16;98:1

**reimbursing (1)**
132:14

**reiterate (1)**
265:11

**Reitz (1)**
13:14

**relate (1)**
182:16

**related (8)**
92:17,20;156:13;
166:7,13;212:23,24;
246:6

**relating (4)**
159:8;173:8;
215:19;235:17

**relationship (14)**
18:12;62:21;
63:12;64:3;80:7;
95:7,8,9;241:14,17,
19;242:12;245:3;
259:11

**relative (2)**
243:1,2

**relevancy (1)**
209:20

**relevant (2)**
271:10,11

**reloading (1)**
228:24

**remember (76)**
19:8;21:2;22:15,
23;23:2,24;25:18,21;
26:10;29:1;33:7;
38:15;39:2,4,6,18;
42:3;45:23;50:21,22;
51:3;54:2;81:3;85:3,
13;92:18;94:16;
108:10,11,24;110:9,
10;112:8;121:21,23;
122:14,17,18;126:3,
16;130:13,16;
132:10;135:5;147:3,
4;163:21;203:11;
205:16;213:20;
214:21;215:3;
217:17,18,18,21,22;
229:7;234:7;240:14;
245:15;246:12;
250:1,3,20;251:13,
14;252:4;253:1;
254:16,17;256:10;
259:2;260:5,15;
265:20

**remove (2)**
154:10;221:19

**re-number (1)**
154:13

**reopened (1)**
252:24

**reorganized (2)**
187:21,23

**repair (1)**

142:13

**Repeat (3)**
86:19;179:5,7

**rephrase (4)**
57:8;94:12;
125:20;158:15

**report (10)**
47:19;56:18;
124:10,13;125:8;
126:1,21;128:8;
156:13,13

**reported (4)**
2:10,11;28:19;
48:14

**Reporter (19)**
2:10;13:15;16:6,
12,19,23;17:2;64:12,
13;77:7;84:9,11;
114:2,4;178:23,24;
196:21;216:17;
270:14

**represent (4)**
13:18;177:18;
183:10;225:20

**representation (1)**
180:3

**representative (2)**
78:15;248:21

**representatives (1)**
125:13

**represented (2)**
177:21;180:9

**representing (1)**
194:15

**represents (1)**
183:11

**Republic (3)**
247:4,8,9

**request (8)**
53:16;84:20;
129:12;131:20;
149:8;211:21;
221:19;273:15

**requested (8)**
16:11;159:11;
167:12;211:20;
224:11;230:16;
254:13;270:10

**requesting (1)**
219:4

**requests (2)**
235:18;271:5

**require (1)**
253:16

**required (1)**
218:21

**reservation (1)**
148:16

**reserve (3)**
149:3;224:15,18

**reserving (1)**
265:7

**resolve (1)**

Case 2:09-md-02047-EEF-MBN   Document 14390-24   Filed 05/18/12   Page 91 of 95
Chinese Drywall Products Liability Litigation MDL

Salomon H. Abadi
October 19, 2009

159:24
**resolved (1)**
40:12
**respect (7)**
58:2;85:9;88:2;
170:15;172:4;
202:10;212:19
**respond (3)**
59:2;115:22;
128:13
**responded (1)**
58:14
**responding (1)**
38:21
**response (4)**
16:24;30:23;
267:11;272:8
**responsible (3)**
151:15,24;159:13
**responsive (1)**
271:4
**restate (2)**
77:8;159:1
**result (5)**
54:19;57:14;58:5;
103:4;273:5
**results (8)**
54:11,14,15,17,21,
22,24;55:5
**retained (2)**
29:4;52:6
**retention (1)**
214:2
**retrace (1)**
122:10
**return (6)**
99:8;103:8;
154:24;162:5,8,14
**returned (3)**
98:5;129:22;
263:17
**review (11)**
88:21;169:20;
175:13;177:13;
179:9;180:6;187:7;
189:11;190:6;
191:11;196:23
**reviewed (8)**
177:2,4,7,16,17;
190:5;193:23;194:17
**Rey (17)**
18:24;19:16,18,22;
237:15,18,22;238:3,
13,18,23;239:1;
241:11,15,17,20,23
**Rico (3)**
203:9,22;204:15
**right (84)**
17:12;26:21;
34:22;35:6;36:8,10;
40:2;45:13;53:2;
60:4;65:21;69:1,21;
70:2,14,16;71:14;

72:19,22;73:5;74:9,
19,19;76:5,8,17;
77:3,14,22,24;79:7;
82:15;89:15;90:9,14;
97:6;98:16;99:15;
100:19;102:14,24;
105:4;106:16;
111:22;112:12,22;
113:9,16;120:7,23;
123:6;134:18;139:4;
142:24;150:16,19;
158:8;159:17;
161:10;168:13;
176:7;184:21;185:1;
192:20;208:14;
209:21;214:17;
217:4;224:1,5,8;
227:10;232:24;
237:11;238:4;
241:11;252:11;
257:17,19,22;
260:21;264:24;
265:7;267:9
**right-hand (1)**
181:7
**rights (1)**
148:16
**Rising (1)**
160:12
**Roberts (1)**
16:8
**Rock (2)**
125:11;126:3
**role (1)**
52:18
**room (2)**
105:23;218:2
**Rosa (2)**
23:1;248:15
**Rosales (2)**
133:11,23
**Rosa's (1)**
23:2
**rotating (1)**
162:1
**Roth- (1)**
261:15
**Rothchilt (107)**
20:12,14;21:13,15;
22:5;29:11;30:6;
31:3,5;60:2,11,15,
19;63:6,7;64:5,8,15;
66:8;67:20,21;69:24;
70:8;71:24;74:2,15;
76:20;77:1;78:16;
79:8,11;85:14;91:17;
92:19;111:4;112:15;
120:4,5,20;121:7;
122:20,23;133:8,21;
134:1;135:6,8;136:2,
7;146:1;150:18;
157:1,4;159:15;
161:10,12,13,23;

166:7,11;171:7,13,
17;176:16,20;
180:18;181:3,20;
182:3;185:10;
188:24;189:12;
190:12,16;202:10,
22;222:14;223:1;
242:18,21,23;
243:10,13,16,20,23;
244:6,9,11,11;
245:14,22,23;
246:14;247:3;252:1;
260:19;261:8,9,12,
16,16,20;262:1,9,13,
23
**Rothchilt's (3)**
62:20;79:23;122:4
**rotten (3)**
34:15;43:4,11
**roughly (6)**
26:2;33:8;50:24;
88:16;110:19;212:16
**Rules (5)**
2:15;64:20,21;
209:2;270:21
**ruling (3)**
174:12;272:16;
275:1
**run (5)**
100:2,3;173:6;
174:16;178:15
**runs (1)**
190:13

---

# S

**sale (1)**
173:8
**sales (4)**
70:24;110:14;
204:20;234:15
**SALOMON (22)**
2:3;13:5;17:3,20;
56:4;70:2,6;74:23;
80:24;119:13;121:6;
125:3;156:10;
160:19;163:13;
168:24;220:22;
225:7,14;264:4,10;
275:8
**same (46)**
21:10;26:1,21;
37:20;38:21;58:2;
74:11;75:4,8,20,23;
76:2,3,4;79:14;
81:12;86:24;87:19;
94:10;96:18;101:21;
105:16;108:23;
109:23,24;123:18;
134:7;139:2;146:22;
154:15,24;166:10;
192:16,21,24;
195:24;197:7,12;

204:22;218:8,17;
229:18,24;231:14;
233:17;261:12
**samples (8)**
205:3,6,15;206:1,
4,5,14,19
**Sanders (5)**
146:17,18,20;
148:11;156:19
**Sao (1)**
239:14
**Sarah (1)**
16:20
**satisfaction (1)**
88:24
**satisfy (2)**
61:5;172:1
**save (1)**
175:19
**saw (8)**
54:2,3,19;159:20;
186:13;194:10;
207:21;223:7
**saying (8)**
37:4;42:24;80:14;
83:8;151:14;164:11;
205:19;235:2
**schedule (1)**
274:9
**scheduled (1)**
81:4
**scheduling (2)**
269:20,23
**school (3)**
118:6,9,9
**scientists (1)**
35:11
**scope (6)**
188:19;189:7;
192:9;193:4,17;
194:1
**search (1)**
212:2
**searched (1)**
121:22
**second (14)**
123:8;137:20;
139:14;192:14,14;
226:23;251:12,16;
253:8,14;255:14;
263:7,15;268:6
**seconds (1)**
179:3
**secretary (3)**
22:20,21;248:16
**section (2)**
151:4;191:1
**seem (1)**
244:19
**seems (2)**
85:24;128:8
**segregated (2)**
171:6;176:12

**selection (1)**
226:14
**sell (27)**
18:23;28:15;64:9,
16;79:9,12;82:19,22,
24;84:15;85:21;
91:22;94:6;104:2,22;
108:14,16;113:21;
204:10;236:20,20;
237:3,11;238:21;
239:2;242:2,5
**Seller (7)**
69:17;72:6,13;
74:15;76:24;77:11,
16
**selling (8)**
24:10;79:16,24;
85:9;108:10,24;
241:20,23
**send (11)**
31:14,21;40:15;
47:1;62:12;135:8;
145:11;150:12;
162:6;203:10;235:11
**sending (3)**
215:17,18;235:8
**sense (1)**
97:6
**sensed (1)**
35:2
**sent (27)**
31:19;32:19;
47:12;50:11;67:19,
19,21;78:21;85:12;
86:10;91:5;120:14,
19;134:1,3;135:6,24;
136:1;137:1;138:2,
18;139:17;145:9;
173:22;203:8;260:6;
265:24
**sentence (2)**
72:10;77:14
**separate (5)**
191:1,6;230:4,20;
260:22
**September (4)**
81:8;111:21;
112:8;140:24
**sequential (2)**
141:20;165:19
**sequentially (1)**
141:1
**Series (2)**
136:16;201:6
**serve (2)**
151:3;208:14
**Service (6)**
180:12;227:6,12;
229:19;230:9;244:20
**services (2)**
229:23;230:1
**set (10)**
92:12;176:11;

**sets (2)**
  176:10;182:9
**setting (1)**
  224:23
**settled (1)**
  161:18
**several (13)**
  16:14;23:15;
  28:21;33:23;37:21;
  38:10;41:24;45:24;
  50:4;137:19;143:2;
  176:10;246:6
**SFARAH (1)**
  220:9
**SFARAH555@cscom (7)**
  136:18;146:2,9;
  155:23;160:11;
  163:1;232:10
**shall (2)**
  151:2;153:19
**Shandong (1)**
  257:2
**share (1)**
  55:3
**shared (2)**
  54:24;231:10
**sheet (1)**
  85:16
**sheets (19)**
  86:9,10;87:5,6;
  93:13,18;99:1,1,3,7,
  7;110:22;116:24;
  117:10,17;118:12;
  126:11;129:21;
  180:22
**shift (2)**
  178:12;184:15
**ship (7)**
  72:14;77:17;81:7;
  112:3,4;129:14;
  204:4
**shipment (9)**
  81:4,7;86:17,22;
  112:7;119:14;182:9,
  11,12
**shipments (4)**
  111:20;191:10;
  204:1;240:13
**shipped (10)**
  73:8;111:2;
  137:17;173:13,18,
  19;174:1,2;253:10;
  265:17
**shipping (14)**
  72:17,21;73:9,9,
  12;77:20;176:15,21;
  177:15;179:11;
  191:5,9,17;240:16
**ships (1)**
  73:4

**short (4)**
  18:6;141:24;
  239:22,22
**shortage (1)**
  237:17
**Shorthand (1)**
  2:10
**shortly (2)**
  249:4;257:13
**show (18)**
  32:6;65:5;66:12;
  73:17;114:7;128:20;
  131:1;136:13;
  142:24;145:20;
  152:5;162:20;
  178:16;191:14;
  211:17;232:12;
  249:18,23
**showed (3)**
  205:10,11;206:20
**showing (5)**
  114:15;119:20;
  132:1;133:16;156:6;
  173:19
**shown (2)**
  67:4;218:22
**shows (5)**
  117:9,14;132:4;
  156:14;190:6
**shut (1)**
  252:22
**sick (2)**
  211:9,15
**side (2)**
  179:4;211:1
**signature (3)**
  68:17;78:20;
  150:22
**signed (5)**
  63:10,21;78:12;
  133:20;156:21
**significant (1)**
  269:15
**signs (1)**
  123:20
**similar (3)**
  127:16;202:9;
  246:7
**simple (1)**
  174:21
**simplify (1)**
  108:18
**simply (4)**
  123:12;183:14;
  191:2,13
**single (4)**
  169:21;191:5,16;
  200:9
**site (1)**
  121:18
**sitting (1)**
  270:6
**situation (3)**

89:18;100:2,4
**situations (1)**
  91:3
**Six (6)**
  18:9;43:5;52:13;
  222:3;252:7;255:8
**six-minute (2)**
  142:2;175:12
**slow (1)**
  112:14
**small (4)**
  162:3;196:2;
  228:23;251:20
**smell (45)**
  27:20;29:8;34:11,
  12,14,17,19,21,23;
  35:1,2,3,3;40:3,9;
  41:10,21;42:8,11,13,
  14,20,21,22,22,23,
  23;43:16;44:13;
  47:3;52:2;82:9;
  99:21;100:7,15,20;
  101:2;123:4,10,11;
  128:1,17;143:19;
  205:14;206:11
**smelled (19)**
  33:5;34:10,13,18;
  35:1;40:1;42:7,9,10;
  43:1,11,14,19;44:21;
  45:11;56:12;99:2,7;
  211:14
**smeller (1)**
  41:11
**smelling (4)**
  33:23,24;40:7;
  211:9
**smells (4)**
  28:18;43:4,18;
  123:12
**smelly (17)**
  29:10;48:1;50:12;
  59:17,23;60:3,7,12,
  23;61:5;139:3;
  163:14,15,24;164:2,
  3,7
**smiling (1)**
  148:6
**Smoky (1)**
  14:13
**smoother (1)**
  17:17
**sold (25)**
  18:18;28:17,24;
  64:10;71:1;81:9;
  105:21;108:19;
  126:6,10,13,13;
  128:17;152:1;
  159:14;162:13;
  164:19;204:13;
  223:19,22,24;224:3;
  238:22;248:5;266:15
**Sole (16)**
  66:6;67:9;71:18,

20;72:1,7,10;74:1,8;
  76:21;77:12,14;79:8,
  12,18;202:8
**solicit (1)**
  244:13
**soliciting (1)**
  244:22
**solve (1)**
  35:22
**solving (1)**
  159:17
**somebody (1)**
  187:3
**someone (5)**
  31:14;36:1;175:3;
  202:14;255:23
**someplace (1)**
  42:2
**sometime (5)**
  33:12;233:24;
  245:10;251:17;273:9
**somewhere (2)**
  59:6;212:23
**Sons (2)**
  165:12;166:6
**soon (1)**
  112:1
**sorry (14)**
  65:11;114:2,21;
  115:6;128:22;139:6;
  144:22;152:20;
  155:18;160:22;
  183:1;198:19;
  216:15;258:20
**sort (3)**
  50:17;170:11;
  267:4
**sorted (1)**
  190:16
**so-so (1)**
  67:11
**Sotto (3)**
  113:5;140:13;
  147:16
**Sounds (2)**
  141:23;274:8
**source (2)**
  127:10;134:24
**south (1)**
  266:10
**Southeast (1)**
  133:20
**space (1)**
  141:16
**Spam (1)**
  160:13
**Spanish (3)**
  196:17,20;221:11
**speak (11)**
  17:9;30:5;35:17,
  19;40:13;55:14;
  94:13;115:24;
  196:19;219:1;267:21

**Speakerphone (2)**
  16:10;114:1
**speaking (5)**
  22:9;44:15;190:4;
  196:17;221:11
**spec- (1)**
  56:24
**specific (4)**
  38:23;151:14;
  156:16;182:10
**specifically (5)**
  23:8;33:17;
  104:24;105:12;
  170:21
**specification (1)**
  75:4
**specifications (2)**
  253:17;254:22
**speculation (15)**
  46:15;47:9;48:3;
  56:24;61:12,22,24;
  62:23;69:8;92:4,24;
  94:4;95:21;103:22;
  130:4
**speculative (1)**
  89:2
**speed (1)**
  170:22
**spell (3)**
  21:19;30:8,9
**spoke (3)**
  94:13,16;258:8
**spoken (2)**
  160:22;161:15
**spread (1)**
  240:13
**St (6)**
  87:4;109:14;
  129:10,23;197:24;
  198:5
**STA (1)**
  253:23
**stacked (1)**
  73:4
**stadium (1)**
  62:11
**stamp (26)**
  65:24;66:19,22;
  73:19,20;114:16,17;
  121:2;124:12;125:7;
  128:22,22;131:3;
  133:17;134:6;
  136:24;144:12;
  145:21;149:22;
  152:7;155:4;160:7;
  163:10;165:8;166:1;
  183:14
**stamps (1)**
  189:16
**standard (9)**
  70:14;253:24;
  254:1,3,5,6,8,10,13
**start (11)**

25:10;26:2,17;
76:1;122:15;154:16;
185:19;227:23;
228:3;238:12;239:17
**started (8)**
26:8,9;148:2;
182:4;228:1;237:16;
239:18;241:1
**starting (2)**
146:13;183:20
**starts (6)**
134:6;152:6;
155:3;190:12;
250:19;252:17
**state (1)**
265:6
**stated (1)**
2:16
**Statement (6)**
152:10,17;154:5;
155:9,13;267:5
**States (47)**
13:8;20:21;24:11;
61:19;62:6;69:6;
72:2,6;73:8;76:24;
81:5;113:22;123:6;
127:5,13;129:11;
131:19;134:9,21;
137:9,11;150:22;
152:16;156:9,19;
160:21;163:12;
202:3,6;203:1;
204:18;207:1,9;
238:10,10;240:9;
242:3,9;248:10;
251:8;253:11,19;
254:23;257:16;
259:6;260:3,10
**Statutes (1)**
151:4
**stay (1)**
155:16
**STB (1)**
75:14
**STD (1)**
75:15
**Steel (3)**
109:6;199:7,18
**Steele (2)**
16:20,20
**Steering (1)**
13:21
**step (1)**
160:23
**steps (2)**
233:3;235:16
**Steve (1)**
14:1
**stick (1)**
273:20
**sticker (1)**
154:16
**still (13)**

21:8;35:5;130:1,
10;205:7;208:6;
219:22;220:14,16,
23;222:8,13;245:19
**stinky (1)**
135:11
**stipulate (22)**
167:10,13,24;
169:7;170:3;172:16,
20;173:2;174:7;
193:20;196:11;
197:10,16,22;198:8,
20,21;199:4,21;
200:1,3;201:2
**stipulated (2)**
177:9;188:13
**stipulating (4)**
168:3;169:11;
170:7;200:9
**stipulation (13)**
172:14;175:10;
188:22;189:5;192:6,
16,22,24;193:15;
195:9;196:6;198:13;
200:5
**stipulations (3)**
176:9;197:8,13
**stock (1)**
163:16
**stop (4)**
26:19;221:5;
222:10,16
**stopped (6)**
27:7;162:2;
241:10,20,23;245:8
**store (2)**
213:4;214:5
**stored (6)**
87:11,18;95:19;
130:1,5;235:19
**storing (1)**
215:18
**story (3)**
163:18;241:7;
253:4
**strange (3)**
27:20;28:18;42:14
**Street (3)**
57:17,24;229:6
**strike (5)**
53:10;62:1;90:19;
236:6;259:24
**string (2)**
141:10;170:2
**strong (8)**
34:13,17;42:11,20,
21;100:7,20;127:24
**stronger (1)**
34:22
**strongly (1)**
34:13
**stuck (1)**
145:12

**studies (1)**
55:6
**styled (1)**
2:6
**Suarez (2)**
16:7,7
**subject (10)**
99:4;134:23;
136:19;137:2,10;
146:3;155:24;
160:12;163:2;224:9
**subsequently (1)**
265:23
**substance (2)**
46:4;94:23
**substantial (1)**
269:15
**substantive (1)**
52:3
**successful (1)**
204:10
**suddenly (1)**
135:22
**sued (1)**
90:5
**sufficient (1)**
241:7
**suggest (1)**
274:7
**suggests (1)**
127:9
**sulfur (2)**
127:11;128:9
**sulfur-related (1)**
128:2
**sum (1)**
46:4
**SUP (55)**
32:12;65:10,13;
66:10,22;73:22,23;
74:5;114:11,16,18;
119:16,17,22;121:2;
128:23;129:4;131:4,
10;133:12,12,18;
136:20,21,24;
142:16,18,19;143:7,
9,9;144:4,5;146:4,5;
149:19;152:10,11;
154:20;155:19;
156:2,2;160:7,14;
163:3,4,10;165:9,14,
15,15;166:2;167:21,
22;187:8
**supplied (1)**
142:15
**supplier (5)**
171:18;176:12,13;
177:6;180:23
**Supplies (4)**
27:19;60:11,16;
185:8
**Supply (39)**
14:10,12,18,19,21;

16:21;86:10,14;87:3,
4,6;91:10;105:7;
109:16,20,22;110:1,
3;112:19;129:2,10,
15;131:7,14;144:3,
16;185:21;192:5;
197:7,18;199:1;
205:21,24;238:24;
242:4;268:14,19,19;
272:3
**supplying (1)**
20:7
**support (1)**
267:4
**suppose (3)**
92:20;102:6,6
**SUPREMA (152)**
2:2,2;13:23,24;
14:2;17:22;18:3,6,7,
13,13,15,15,17;19:4,
5,12;32:10;36:8;
39:16;55:8,8;65:10;
66:6;74:1,3,19;77:1;
108:10;113:13,18,
18,19,20;114:10;
119:12;129:1;131:6;
133:7;136:16;
142:10,11,15;144:1;
145:24;149:9,16;
150:15;152:9;
155:21;160:3,9;
162:23;165:11,13;
169:8,9;172:9,11;
173:9,17,22,23;
174:2,3,5,6,18,22;
175:8;177:10,12,22;
178:4,5,7;179:14,16,
23;183:13,23;184:5,
12;185:13,16,21;
186:11,12,16,17,24;
187:11;188:11,18;
189:8,9,13,14,21;
192:6,8,10,11;193:2,
5,6,11,18,19,23;
194:2,3,8,19,20,22,
23;196:9,9;197:6,12,
18,21;198:2,8,15,20,
24;199:5,7,18,20,24;
200:2,7,7,10,24;
220:23;222:7;
227:18,18;228:7,13,
16,21;236:19;
241:18;265:23;
266:13,15;268:1
**Suprema's (3)**
179:22;185:15;
189:24
**sure (33)**
24:2,3;27:15;28:1;
30:21;45:2;48:7;
51:15;54:18;57:23;
59:10;60:5;82:10,16;
101:9;105:24;133:2;

135:13;147:3;
158:17;179:1;185:5;
194:5;195:13;199:1;
213:3;225:5;245:21;
248:11;250:13;
251:13,14;256:22
**surfing (3)**
54:17;121:13,13
**surprised (3)**
135:14,17;136:4
**Susan (5)**
2:8;13:15;14:3;
271:17,22
**suspended (1)**
112:13
**sworn (2)**
2:5;17:2
**synthetic (1)**
123:11
**system (4)**
214:2,13;215:8;
220:5

---

**T**

**tabs (1)**
129:15
**Taiwan (2)**
247:5;260:20
**Taiwanese (2)**
247:3;260:20
**talk (2)**
46:8;100:6
**talking (19)**
46:7;49:9,12;
58:18,20;75:8,19;
79:13;104:20;
106:10;110:22;
124:5;139:20;154:2;
162:9,11;196:5;
213:6;231:4
**Tampa (3)**
109:16;137:15;
197:19
**tape (15)**
55:20;56:3;80:22;
124:18,20;125:1;
166:17;168:10,17;
211:1;225:4,6,13;
264:3,9
**technicians (1)**
40:16
**Technologies (2)**
13:14,16
**television (1)**
58:10
**Telling (12)**
48:6;49:20;52:22;
53:1;54:20;56:21;
82:5;129:20;150:8;
154:4;157:15;260:7
**tells (1)**
261:10

**temporarily (1)**
112:13
**term (2)**
43:3,12
**terminate (1)**
272:15
**terms (1)**
110:13
**Terrazi (1)**
243:6
**test (7)**
52:2;125:13;
126:5;128:12;
156:12,13;251:21
**tested (2)**
53:15;54:1
**testified (2)**
17:6;251:5
**testimony (3)**
45:22;166:23;
260:3
**testing (5)**
39:22;125:12;
126:4;209:24,24
**testings (1)**
29:5
**tests (6)**
52:8,11,13;54:7,8,
12

**'**

**'the (1)**
152:19

**T**

**theirs (1)**
252:2
**Thereabouts (4)**
110:20;222:6;
228:12;245:18
**thereafter (4)**
93:15;249:4,8;
273:11
**therefore (7)**
44:20;128:12;
138:5;167:5;196:11;
200:3;223:9
**therein (1)**
230:18
**thin (1)**
48:21
**third (2)**
138:3;187:12
**though (2)**
35:6;162:13
**thought (5)**
66:2,18;88:7;
211:14;267:17
**three (18)**
50:19;106:18;
212:17;222:5;249:7,

10,12;251:16;
260:17,21;261:10,
11,11;262:3,22;
263:6,10,18
**threw (12)**
205:12;206:9,21;
213:14;214:9;216:8,
20;217:2,13;219:18;
234:12,14
**throughout (3)**
85:3;92:9;181:18
**throw (2)**
216:5,7
**thrown (1)**
231:4
**Thus (2)**
167:19;200:18
**Tianjin (49)**
25:4;30:3,18;31:2;
41:5,15;43:10;44:2,
14;49:3;52:18;
62:10;66:8;68:22;
69:18;75:10;83:4;
84:5,17;85:9,12;
90:9;91:4,10,21,23;
92:11,16;93:3;105:5,
21;123:15,18;
127:16;131:8,17;
149:18;150:8;157:6;
161:3,7;225:21;
236:10;242:14;
258:4,7,17,20;
259:10
**Tianjin's (2)**
30:23;123:5
**till (2)**
163:17;273:9
**times (9)**
25:6;42:5;116:20;
118:8;263:10,12,16,
18,19
**tired (1)**
270:16
**title (2)**
74:9;125:7
**today (18)**
126:4;147:20,23;
163:17;167:18;
170:16;215:6;216:2;
217:24;219:12,14;
225:23;226:2,22;
232:12;265:13,13;
267:23
**Today's (3)**
13:11;224:19;
226:14
**together (16)**
24:14;68:24;
93:12;128:8;171:12,
21,22,22;173:18;
176:14,17,23;182:5;
185:19;189:18;191:2
**told (46)**

27:23;28:7;31:2,5;
35:14;45:24;47:21;
48:12,13;53:6;56:8,
17;59:15;60:6,10;
61:13,17;81:22;
82:13,18;85:8;88:4;
90:11,20,23;91:22;
93:17,17;95:4,11;
96:2,5,8;122:24;
123:18;126:4,17;
135:8;147:10;
163:19;210:8;
240:24;241:1,22;
267:20;273:17
**tomorrow (1)**
269:9
**took (11)**
35:21;89:5,5;
205:5;219:5,6;
242:18;251:24;
252:1;253:13;255:7
**top (6)**
68:24;131:14;
137:3;139:7;188:1,
12
**total (7)**
56:24;71:11;
72:24;78:2;95:20;
103:21;116:21
**towards (1)**
163:8
**Toxicology (4)**
124:10;125:9;
126:1,9
**TR (1)**
167:22
**TR_4413 (1)**
143:9
**TRADING (20)**
2:3;13:24;18:3,13,
15,17;113:14,19,21;
167:22;169:9;
194:20,23;196:10;
198:21;200:7;222:8;
227:18;228:13;
234:19
**Trading's (2)**
18:6,7
**transact (2)**
21:23;24:5
**transacting (2)**
22:4;26:20
**transaction (3)**
120:10;176:24;
190:11
**transactions (3)**
92:19;191:15;
192:1
**transfer (1)**
233:4
**transferred (1)**
204:19
**transition (1)**

152:20
**translate (1)**
17:13
**translating (2)**
29:24;77:4
**Translation (3)**
2:11;152:21;
221:10
**translator (1)**
116:4
**Traurig (1)**
14:15
**travel (2)**
273:4;274:9
**tried (1)**
191:24
**trip (6)**
247:20;251:13;
253:8,14,15;255:15
**true (8)**
68:14;135:4;
167:17;174:24;
179:20;186:21;
190:1;195:5
**truly (1)**
255:13
**trusty (1)**
118:11
**truth (4)**
17:4,5,5;53:5
**try (11)**
68:10;85:2;
102:19,21,23;103:2;
122:10;169:4;226:1;
233:3;273:23
**trying (2)**
137:23;168:15
**TS-4288 (2)**
180:15,20
**Turkey (2)**
47:20;48:17
**turn (3)**
121:1;138:11;
139:24
**turned (4)**
81:11;207:22;
219:9;234:10
**turning (4)**
57:14;58:3,4;
149:13
**twice (1)**
46:10
**two (25)**
20:1;50:19;54:16;
97:5,5;141:4;166:16;
195:18,21,24;
212:17;221:7,14;
227:17;230:4;
237:22;240:18;
242:7;244:19;249:7;
251:16;256:21;
263:10,11,12
**type (8)**

48:19,20;88:9;
104:11;127:23;
165:22;212:14;
213:15
**typed (1)**
122:7
**types (1)**
139:1
**Typewritten (1)**
114:11
**typing (1)**
270:15

**U**

**Ulrich (2)**
32:16;35:13
**ultimate (1)**
172:14
**unable (1)**
38:22
**Under (14)**
19:3;34:20;64:20;
70:13;77:14;119:15;
121:19;134:9;
167:20;174:13;
218:21;220:21;
224:11;270:21
**underneath (1)**
72:10
**understood (6)**
17:14;126:12;
188:9;192:2;259:18;
273:1
**undertaken (1)**
29:3
**uninhabitable (1)**
134:14
**United (31)**
13:8;20:21;24:11;
61:19;62:6;69:6;
72:2;73:8;81:5;
113:22;123:6;202:3,
6;203:1;204:18;
206:24;207:8;
238:10,10;240:8;
242:3,9;248:10;
251:8;253:11,19;
254:23;257:16;
259:5;260:2,10
**unless (10)**
47:19;83:9;
111:12;112:2;
145:17;154:16;
155:12;189:16;
229:4;234:9
**unlivable (1)**
134:13
**unload (1)**
228:24
**up (16)**
45:18;86:9;92:12;
93:13;104:1;118:4;

132:6;170:22;171:9,
13;190:22;208:6;
225:24;241:6;
264:18;266:10
**upon (3)**
180:2;265:8;
269:17
**upper (1)**
181:7
**upwards (1)**
190:14
**USA (8)**
71:21;72:8,11;
76:22;77:3,13;78:7;
93:21
**use (18)**
65:9;71:6,6;73:12;
87:17;154:9,14;
214:13,14,22;215:2,
16,17;218:8,16;
220:5;229:18;233:11
**used (20)**
18:23;19:12;50:6;
64:5;80:3;115:20;
125:13;213:13,16;
222:15;229:19;
232:15,22;236:20,
22,23,24;237:4;
261:22,22
**useless (1)**
216:6
**uses (2)**
214:16;244:3
**USG (1)**
14:18
**using (4)**
80:12;233:5,20;
258:19

### V

**various (5)**
170:12;179:12;
234:15;268:19;271:7
**Verbal (1)**
266:22
**verbally (1)**
97:24
**verify (2)**
172:6;218:23
**verifying (1)**
224:9
**via (1)**
2:10
**vice (1)**
131:16
**video (2)**
13:13;225:6
**VIDEOGRAPHER (30)**
13:3;44:6,10;
55:21;56:2;80:17,21;
106:1,5;124:19,24;
142:4,8,21;168:16,

21;175:24;176:4;
178:19,21;179:2;
210:15,19;225:5,12;
264:2,8;268:7,11;
275:6
**Videotape (3)**
55:23;168:23;
275:7
**VIDEOTAPED (10)**
2:1;13:4;56:4;
80:23;125:2;168:23;
225:14;264:3,10;
275:8
**violation (2)**
208:3,4
**visit (11)**
246:24;247:18,20,
21,23;249:1,4,9,20;
263:8,16
**voce (3)**
113:5;140:13;
147:16
**Volume (2)**
80:23;125:2

### W

**Wait (1)**
148:3
**walk (2)**
40:2;41:21
**walking (2)**
40:7,8
**wall (3)**
52:15;57:17,23
**wallboard (4)**
70:16;136:20;
137:2,10
**walls (1)**
100:16
**Wang (5)**
85:14;161:2,20;
258:8,14
WangLan@mailKnaufcom (1)
161:1
**wangmeng (4)**
156:7;157:12;
163:9,11
wangmeng1967@hotmailcom (1)
156:9
**wangmeng's (1)**
156:8
**wants (1)**
272:18
**warehouse (30)**
86:10,18,23;87:7,
11,18;88:12;93:14,
23;94:2;95:19;96:5;
130:2,7,8;131:23;
228:24;229:2,9,15,
18,23;230:6,14,15,
21,24;234:10,11;
235:13

**warehoused (2)**
96:19,21
**way (10)**
95:1;108:20;
126:11;146:8;163:9;
168:12;182:7;188:1;
190:10;244:8
**WCI (2)**
133:8,19
**website (2)**
155:13,14
**week (3)**
72:22;77:24;91:11
**weeks (3)**
50:19;249:7;
251:16
**welcome (1)**
163:13
**welfare (1)**
270:18
**weren't (1)**
53:1
**whatchamacallit (17)**
28:8;35:10;54:6;
55:3;88:8;106:24;
108:6;111:14;
120:12;132:6;135:9;
157:1;161:23;
164:22;215:14;
233:14;249:17
**What's (13)**
18:12;21:16;
31:15;32:1;55:4;
106:16;111:15;
133:16;152:5,22;
159:17;214:24;
258:18
**whatsoever (2)**
55:8;103:14
**whenever (1)**
228:20
**wherein (1)**
112:16
**Whereupon (21)**
32:9;66:5;73:24;
114:9;119:11;
128:24;131:5;133:6;
136:15;142:9;
143:24;145:23;
149:15;152:8;
155:20;160:8;
162:22;165:10;
183:22;184:4,11
**White (1)**
265:5
**whole (4)**
17:5;65:9;163:17;
241:6
**who's (2)**
38:15;227:6
**whose (7)**
38:14;39:17;
68:17;196:13,14;

203:10;271:10
**wife (1)**
218:7
**willing (6)**
99:8;102:8;
265:12;268:2;
273:18;274:5
**Windows (3)**
214:16,18;215:10
**winter (1)**
252:16
**wire (2)**
204:18;223:3
**wires (4)**
58:3,4,8;151:20
**wiring (2)**
101:12;152:3
**withdraw (1)**
138:6
**within (2)**
200:14,15
**without (5)**
51:12;118:6;
155:4;196:5,23
**witness (17)**
2:4;17:1;19:14;
29:19;50:7;55:16;
84:23;103:11;144:7;
147:23;153:16;
201:7;208:10;
221:19;224:12;
264:15,16
**word (5)**
80:3;12;97:20;
121:4;244:3
**wore (1)**
211:15
**work (9)**
24:21;41:4;47:14;
50:20;83:13;93:11;
157:4;218:3;274:14
**worked (7)**
24:23;48:24;
68:20;243:15;244:5,
10,11
**workers (1)**
211:14
**working (4)**
90:8;228:17,22;
244:1
**works (6)**
35:15;83:11;
161:13;243:11,22;
244:3
**world (10)**
35:11;90:21;91:1,
6;92:9;217:9,9;
244:2,3;252:15
**worry (3)**
90:12;156:17;
157:15
**worth (3)**
75:9;110:19;

268:16
**write (1)**
233:12
**writes (2)**
123:9;161:9
**writing (4)**
97:14,22,23;121:3
**written (6)**
121:5,24;132:5;
144:17;151:3;161:2
**wrong (2)**
30:24;169:6
**wrote (1)**
126:1
**Wuhu (2)**
14:8;271:20

### Y

**Yahoocom (1)**
122:15
**yard (1)**
129:23
**yards (2)**
105:7,8
**year (30)**
26:10,11,12;28:2;
33:10;57:20,22,22;
58:15,16,19,19,21,
24;73:1;78:3;88:19;
89:10;91:18;105:11;
108:16;135:23;
219:19;229:10,12;
234:5,5;235:9;
238:15;250:16
**years (7)**
20:1;64:10;
105:12;220:13;
227:10;231:23;
237:22
**year's (1)**
145:18
**yes-or-no (1)**
208:8
**Yoss (4)**
144:18;145:3,5,10
**You-all (1)**
31:22
**young (6)**
51:13;52:16;54:3;
126:17;147:5;258:9

### Z

**Ziplocs (1)**
54:6