UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION:  L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

*The Mitchell Co., Inc. v. Knauf Gips KG, et al.*,
Case No. 09-4115
_____/

CERTAIN FLORIDA HOMEBUILDERS' MOTION FOR LEAVE OF
COURT TO FILE EXHIBITS UNDER SEAL

Certain Florida Homebuilders ("Homebuilders")[1] respectfully move this Court for leave to file certain exhibits under seal.  Pursuant to the Second Revised Order as to Personal Jurisdiction Over Taishan Defendants entered on May 1, 2012 [Rec. 14088], Homebuilders are filing their Response ("Response") to Taishan Gypsum Co. Ltd.'s ("TG") Renewed Motion Pursuant to Rules 55(c) And 12(b)(2) to Vacate the Entry of Default Judgment and Dismiss this Action [Rec. Doc. No. 13566] (the "Renewed Motion").  Homebuilders have attached as Exhibit A to their Response the Affidavit of Hilarie Bass.  Attached to that affidavit are a number of exhibits, some of which have been designated as confidential under Pre-Trial Order No. 16 [Rec. Doc. 288] filed on September 25, 2009.  Accordingly, Homebuilders respectfully request leave

---

[1] The homebuilders joining in this Motion include: Lennar Corporation; Lennar Homes, LLC; U.S. Home Corporation (collectively, "Lennar"); Meritage Homes of Florida, Inc.; G.L. Building Corporation; Boynton Beach Associates XVI, LLLP; G.L. Homes of Davie Associates II, Ltd.; and G.L. Homes of Davie IV Corporation.  This Motion is filed without waiver of any defenses these Homebuilders have, including without limitation, defenses to jurisdiction or venue in the Eastern District of Louisiana.

1

of court to file the following exhibits/documents attached to the Affidavit of Hilarie Bass under seal:

1. Exhibit 13, which is comprised of a document bearing the following bates stamp: TG 0024193 through TG 0024198.

2. Composite Exhibit 14A, which is comprised of a document bearing the bates stamp, TG 001493, along with its English translation.

3. Composite Exhibit 16, which is comprised of documents bearing the following bates stamps: TG 0001739 through TG 0001740; TG 0001749 through TG 0001750; TG 0025045; TG 0025070; TG 0025106; and TG 0025116.

4. Composite Exhibit 17, which is comprised of documents bearing the following bates stamps: TG 0001741 and TG 0025079.

          Respectfully submitted,

          **GREENBERG TRAURIG, P.A.**
          *Lead Counsel for the HSC*
          *Counsel for Lennar Corporation; Lennar Homes, LLC; U.S. Home Corporation; Meritage Homes of Florida, Inc.; G.L. Building Corporation; Boynton Beach Associates XVI, LLLP; G.L. Homes of Davie Associates II, Ltd.; and G.L. Homes of Davie Associates III, Ltd.*

          333 Avenue of the Americas
          (333 S.E. 2nd Avenue)
          Suite 4400
          Miami, Florida 33131
          Telephone: (305) 579-0500
          Facsimile: (305) 579-0717
          Email: bassh@gtlaw.com

          By:    /s/ Hilarie Bass
                    HILARIE BASS
                    Florida Bar No. 334323
                    MARK A. SALKY
                    Florida Bar No. 058221
                    ADAM M. FOSLID
                    Florida Bar No. 0682284

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2012, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

/s/ Hilarie Bass
Hilarie Bass