**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED DRYWALL     **MDL DOCKET: 2047**
      PRODUCTS LIABILITY LITIGATION

                                                    **SECTION:  L**

                                                    **JUDGE FALLON**
                                                    **MAG. JUDGE WILKINSON**

**THIS DOCUMENT RELATES TO:**

*The Mitchell Co., Inc. v. Knauf Gips KG, et al.*,
**Case No. 09-4115**
_____/

## O R D E R

     Considering the Certain Florida Homebuilders' Motion for Leave of Court to File Exhibits Under Seal,

     IT IS ORDERED BY THE COURT that the Certain Florida Homebuilders' Motion for Leave of Court to File Exhibits Under Seal is GRANTED.  Accordingly, the following exhibits/documents attached as exhibits to Exhibit A (Affidavit of Hilarie Bass) to the Certain Florida Homebuilders' Response to Taishan Gypsum Co. Ltd.'s ("TG") Renewed Motion Pursuant to Rules 55(c) And 12(b)(2) to Vacate the Entry of Default Judgment and Dismiss this Action, be and they are hereby filed UNDER SEAL:

     1.     Exhibit 13, which is comprised of a document bearing the following bates stamp: TG 0024193 through TG 0024198.

     2.     Composite Exhibit 14A, which is comprised of a document bearing the bates stamp, TG 001493, along with its English translation.

3.      Composite Exhibit 16, which is comprised of documents bearing the following bates stamps:  TG 0001739 through TG 0001740; TG 0001749 through TG 0001750; TG 0025045; TG 0025070; TG 0025106; and TG 0025116.

4.      Composite Exhibit 17, which is comprised of documents bearing the following bates stamps:  TG 0001741 and TG 0025079.

New Orleans, Louisiana, this _____ day of _____, 2012.


_____
Eldon E. Fallon
United States District Court Judge