UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED                MDL DOCKET: 2047
DRYWALL PRODUCTS LIABILITY                 SECTION: L
LITIGATION

                                           JUDGE FALLON
THIS DOCUMENT RELATES TO:                  MAG. JUDGE WILKINSON

**The Mitchell Co., Inc. v. Knauf Gips
KG, et al., Case No. 2:09-cv-4115 (E.D. La.)**
_____/

**BANNER ENTITIES' MEMORANDUM IN SUPPORT OF
ITS MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE**

Banner Supply Company, Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Port St. Lucie, LLC; and Banner Supply International, LLC (collectively "Banner"), by and through their respective counsel move this Honorable Court for leave to file a brief as Amici Curiae in the above-captioned matter.

Where a party's status is already adequately represented by existing parties to litigation, and the remaining interest lies in making the court aware of any additional legal theories, facts or factual interpretations would be adequately served by filing briefs amicus curiae, that method is preferred over application for permissive intervention. Lelsz v. Kavanagh, 98 F.R.D. 11, (D.C. Tex. 1982) (proposed class members were given leave to file in the same case as amici curiae, in the interest of judicial economy and fairness to the named parties). See also New Orleans Public Service, Inc. v. United Gas Pipe Line Co., 732 F.2d 452, 39 Fed. R. Serv. 2d 1 (5th Cir. 1984) (amicus role considered appropriate). Such amicus filings have been encouraged in lieu of intervention at the trial level. See Piedmont Heights Civic Club, Inc. v. Moreland, 83 F.R.D. 153, 28 Fed. R. Serv. 2d 521 (N.D. Ga. 1979) (where the applicant has only an attenuated interest in

the legal issues, and intervention might significantly complicate the proceedings, filing briefs amicus curiae is preferred); <u>Kheel v. American S. S. Owners Mut. Protection & Indem. Ass'n</u>, 45 F.R.D. 281, 12 Fed. R. Serv. 2d 618 (S.D. N.Y. 1968) (if an amicus curiae status adequately protects an applicant's interests, this will be chosen instead of intervention, where the only issues involved are of law and the applicant would contribute little but possibly complicate the proceedings).

The Banner entities are distributors of building and construction supplies who have been named as defendants in several of the actions consolidated in the Chinese Drywall MDL in the Eastern District of Louisiana, as well as numerous state court claims in Florida. Banner Entities have an interest in this particular lawsuit, as it is one of the few cases involving sales in the state of Florida where Taishan Gypsum Co., Ltd. ("TG") has been properly served with process and jurisdiction in the state of Florida has been addressed by TG. Banner offers the accompanying brief as amici curiae, respectfully requesting that the Court find that jurisdiction over TG is proper in Florida.

WHEREFORE, Banner prays that this Honorable Court grant its Motion for Leave and allow it to file its Brief As Amici Curiae, attached herewith, in the above-captioned matter.

[SIGNATURE ON FOLLOWING PAGE]

Respectfully submitted this 18th day of May, 2012.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
Georgia Bar Number: 560679
3344 Peachtree Road, Suite 2400
Atlanta, GA  30326
Telephone (404)876-2700
npanayo@wwhgd.com
*Counsel for Banner Supply Company; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC*

**PETERSON & ESPINO, P.A.**

*/s/ Michael P. Peterson*
**MICHAEL P. PETERSON, ESQUIRE**
10631 Southwest 88th Street, Suite 220
Miami, Florida 33176
Telephone: (305) 270-3773
Facsimile:  (305) 275-7410
mpeterson@petersonespino.com
*Counsel for Banner Supply Company Port St. Lucie, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Banner Entities' Memorandum In Support Of Its Motion For Leave To File Brief As Amici Curiae has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of May, 2012.

*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**