**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED          MDL DOCKET: 2047
DRYWALL PRODUCTS LIABILITY           SECTION: L
LITIGATION


                                     JUDGE FALLON
THIS DOCUMENT RELATES TO:            MAG. JUDGE WILKINSON

**The Mitchell Co., Inc. v. Knauf Gips**
**KG, et al., Case No. 2:09-cv-4115 (E.D. La.)**
_____/

**NOTICE OF HEARING**

Please take notice that, upon the pleadings and other matters of record, the undersigned will move

the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern

District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans,

Louisiana 70130, on June 14, 2012, at 10:00 a.m. or as soon as counsel can be heard, for an order on the

Banner Entities' Motion for Leave to File Brief as Amici Curiae, and for such other and further relief as

the Court may deem just and appropriate.

Respectfully submitted this 18th day of May, 2012.

                    **WEINBERG, WHEELER, HUDGINS,**
                    **GUNN & DIAL, LLC**

                    */s/ Nicholas P. Panayotopoulos*
                    **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
                    Georgia Bar Number: 560679
                    3344 Peachtree Road, Suite 2400
                    Atlanta, GA  30326
                    Telephone (404)876-2700
                    npanayo@wwhgd.com
                    *Counsel for Banner Supply Company; Banner Supply*
                    *Company Pompano, LLC; Banner Supply Company Fort*
                    *Myers, LLC; Banner Supply Company Tampa, LLC; and*
                    *Banner Supply International, LLC*

**PETERSON & ESPINO, P.A.**

*/s/ Michael P. Peterson*
**MICHAEL P. PETERSON, ESQUIRE**
10631 Southwest 88th Street, Suite 220
Miami, Florida 33176
Telephone: (305) 270-3773
Facsimile:  (305) 275-7410
mpeterson@petersonespino.com
***Counsel for Banner Supply Company Port St. Lucie, LLC***


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of May, 2012.

*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**