UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**The Mitchell Co., Inc. v. Knauf Gips KG, et al., Case No. 2:09-cv-4115 (E.D. La.)**
_____/

## ORDER

Considering Banner Supply Company, Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Port St. Lucie, LLC; and Banner Supply International, LLC (collectively "Banner"), Motion for Leave to File Brief as Amici Curiae:

IT IS ORDERED BY THE COURT that Banner's Motion for Leave to File Brief as Amici Curiae is GRANTED.

New Orleans, Louisiana, this _____ day of May, 2012.

                                                                                        _____
                                                                                        Honorable Eldon E. Fallon
                                                                                        U.S. District Court Judge