UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD AND CONSTANCE ALMEROTH, ET AL | * * * | CIVIL ACTION |
| | * | MDL NO. 2047 |
| VERSUS | * * | SEC. "L" |
| TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO, LTD. | * * * | JUDGE ELDON E FALLON |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

ANSWER TO PLAINTIFFS' OMNIBUS
CLASS ACTION COMPLAINT BY
<u>BOASSO CONSTRUCTION, L.L.C.</u>

NOW INTO COURT, through undersigned counsel, comes BOASSO CONSTRUCTION, L.L.C. ("BOASSO"), sought to be made defendant herein, who answers the Plaintiffs' Omnibus Class Action Complaint ("Complaint") filed herein as follows:

<u>First Affirmative Defense</u>

The Court lacks subject-matter jurisdiction.

<u>Second Affirmative Defense</u>

The Complaint fails to state a cause of action for which relief can be granted.

<u>Third Affirmative Defense</u>

The Complaint fails to meet the prerequisites for a Class Action as to the Claims against defendant.

### Fourth Affirmative Defense

Plaintiffs' claims are barred by waiver, estoppel, or the doctrine of laches.

### Fifth Affirmative Defense

The Complaint fails to state a claim or cause of action against this defendant for negligence, negligence per se, strict liability, breach of express and/or implied warranties, breach of contract, redhibition, Louisiana Products Liability Act liability, private nuisance, negligent discharge of a corrosive substance, unjust enrichment, violations of the Louisiana Unfair Trade Practices Act, equitable and injunctive relief, medical monitoring, punitive damages, and attorney's fees.

### Sixth Affirmative Defense

The claims herein have prescribed pursuant to Louisiana law.

### Seventh Affirmative Defense

The plaintiffs' claims are barred, in whole or in part, because they failed to mitigate their alleged damages, if any, and which are specifically denied.

### Eighth Affirmative Defense

At all times this defendant, or any person or entity for which it is legally responsible, was free from fault, negligence, or other culpable conduct.

### Ninth Affirmative Defense

Plaintiffs' damages, if any, and which are specifically denied, were caused, or contributed to, by plaintiffs' negligence, comparative fault, voluntary assumption of a known risk and/or other culpable conduct, which are pleaded in bar to or diminution of plaintiffs' recovery.

### Tenth Affirmative Defense

At all material times herein, this defendant acted in a reasonable and proper manner, and in accordance with the law and standards of the industry in which it operates.

### Eleventh Affirmative Defense

The materials used in plaintiffs' home are free from defect and complied with any building code and/or industry standard.

### Twelfth Affirmative Defense

The plaintiffs herein are not proper class representatives.

### Thirteenth Affirmative Defense

The plaintiffs herein and some or all of the class lacks standing.

### Fourteenth Affirmative Defense

There is no causal relationship between the use of the complained of materials in the remediation of plaintiffs' home and plaintiffs' damages, if any, which are specifically denied.

### Fifteenth Affirmative Defense

If any defect, vice, and/or deficiency exists in the drywall made the basis of this litigation, which is in fact denied, your answering defendant was not aware of, nor had knowledge of, such defect, vice, and/or deficiency at the time the drywall was installed into plaintiffs' home.

### Sixteenth Affirmative Defense

Defendant herein incorporates by any reference each and every affirmative defense pleaded by similarly-situated builder and installer defendants.

### Seventeenth Affirmative Defense

This defendant reserves the right to raise additional affirmative defenses and to supplement those asserted herein upon discovery and further investigation.

**AND NOW,** answering the specific allegation contained in the Complaint, defendant herein avers as follows:

1.

The allegations of fact and law made against this defendant in the Complaint are denied. The defendant denies every allegation and demands strict proof thereof.

### Demand for Jury Trial

BOASSO CONSTRUCTION, L.L.C. requests a trial by jury as to all issues.

WHEREFORE, defendant, BOASSO CONSTRUCTION, L.L.C., prays that this Answer and Affirmative Defenses to Plaintiffs' Omnibus Class Action Complaint be deemed good and sufficient, and that after due proceedings are held, there be judgment herein in favor of this defendant and against plaintiffs, denying the requested class certification, and dismissing Plaintiffs' Omnibus Class Action Complaint, with prejudice, at plaintiffs' cost.

FURTHER, BOASSO CONSTRUCTION, L.L.C. prays for all general and equitable relief to which it may be entitled, and further reserves the right to amend this Answer to Plaintiffs' Omnibus Class Action Complaint, or file incidental pleadings, if appropriate, as prescribed by law as discovery continues.

        FAVRET, L.L.C.

        /s/ David Vicknair_____
        CLARENCE F. FAVRET, III, #5480
        DAVID VICKNAIR, #34135
        Attorneys for Defendant
        228 St. Charles Avenue, Suite 1310
        New Orleans, LA 70130
        (504) 383-8978-Telephone
        (866) 471-1471-Facsimile
        ret@favret.co-E-Mail
        david@favret.co-E-Mail

## C E R T I F I C A T E

I hereby certify that on May 20th, 2012, I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ David Vicknair_____
        DAVID VICKNAIR