UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL    MDL DOCKET: 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO                JUDGE FALLON
CASE NO. 2:12-cv-0498 (Almeroth)
_____/

## *EX PARTE* MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM

COMES NOW, Defendant, Mobley Homes Florida, LLC, by and through its undersigned counsel and respectfully moves this Honorable Court for additional time in which to submit its Profile Form to liaison counsel, and in support thereof states as follows:

1. Defendant Mobley Homes Florida, LLC ("Mobley") was served with Plaintiffs' Complaint in this matter on April 9, 2012.

2. On May 27, 2010, this Court entered Pre-Trial Order 1G, which among other things, states that defendants shall provide to liaison counsels the appropriate profile form within forty (40) days after service of a Complaint on Defendant.

3. Under the guidelines contained in Pre-Trial Order 1G, the profile forms for Mobley in this matter are due, by May 21, 2012.

4. The undersigned is diligently working to gather all the information necessary to complete the appropriate Profile Form for each individual plaintiff that names Mobley as a defendant, but will be unable to complete its research by the current due date of May 21, 2012.

1

5. Defendant Mobley hereby requests an extension of time, through and including June 21, 2012, to complete its submittal of the Profile Forms as required by this Court, to liaison counsels.

6. An extension will neither prejudice any of the parties, nor delay this matter.

7. This Court has authority to grant the relief sought herein under Federal Rule of Civil Procedure 6(b)(1).

WHEREFORE, Defendant, Mobley Homes Florida, LLC, hereby requests this Honorable court to grant this motion for an extension of time through and including June 21, 2012, to submit its Profile Forms as required by this Court and any relief the Court deems just and proper.

Respectfully submitted,

/s/ Neal A. Sivyer
Neal A. Sivyer
Florida Bar No. 373745
**SIVYER BARLOW & WATSON, P.A.**
401 E. Jackson Street, Suite 2225
Tampa, Florida  33602
Telephone:  (813) 221-4242
Facsimile:   (813) 227-8598

## **CERTIFICATE OF SERVICE**

      I HEREBY certify that on May 21, 2012this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., Defendants' Liaison Counsel, Kerry Miller, Esq., Homebuilders' Steering Committee Dorothy Wimberly, and Insurer Defendants Liaison Counsel, Judy Y. Barrasso by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6.

                                                /s/ Neal A. Sivyer
                                                Neal A. Sivyer