**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL CASES** | |

**EXHIBIT "A" ATTACHED TO THE PLAINTIFFS'
STEERING COMMITTEE'S MOTION TO COMPEL
30(b)(6) DEPOSITION DISCOVERY FROM
THE NORTH RIVER INSURANCE COMPANY**

# FILED UNDER SEAL