UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

EXHIBIT "B" ATTACHED TO THE PLAINTIFFS'
STEERING COMMITTEE'S MOTION TO COMPEL
30(b)(6) DEPOSITION DISCOVERY FROM
THE NORTH RIVER INSURANCE COMPANY

# FILED UNDER SEAL