**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** **SECTION: L** **JUDGE FALLON** **MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:** **ALL CASES** | |

**ORDER**

Considering the Motion for Expedited Hearing in connection with The Plaintiffs' Steering Committee's Motion to Compel 30(b)(6) Deposition Discovery From The North River Insurance Company;

IT IS ORDERED that a hearing on the PSC's Motion to Compel 30(b)(6) Deposition Discovery From The North River Insurance Company be held on an expedited basis on the _____ day of May, 2012, at _____ o'clock _____.m.

IT IS FURTHER ORDERED that any responses to the motion should be filed on or before the _____ day of May, 2012.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge