UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Haya, et al. v.* Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:11-cv-1077 (E.D.La.) | |

## ORDER

AND NOW, on this _____ Day of _____, 2012, upon consideration of Plaintiffs' Steering Committee's motion to withdraw and strike affidavit of service, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.  The clerk is hereby directed to strike the affidavit of service from the record.  *See* document # 14230.

This _____ day of _____, 2012, at New Orleans, Louisiana.


_____
ELDON E. FALLON
United States District Court Judge

1