UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>Gross v. Knauf Gips KG et al., Case No. 09-6690; ) ) ) ) | |
| Wiltz v. Beijing New Building Materials Public Ltd. Co. et al., Case No. 10-361; WILKINSON ) ) ) | JUDGE FALLON<br>MAG. JUDGE |
| The Mitchell Co., Inc. v. Knauf Gips KG, et al., Case No. 09-4115; and ) ) ) ) | |
| Germano, et al. v. Taishan Gypsum Co., Ltd., et al., Case No. 09-6687. ) ) ) ) | |

## ORDER

Considering the State of Louisiana's Motion and Incorporated Memorandum to Join the Plaintiffs Steering Committee's Response to Taishan's Motions Pursuant to Rule 12(b)(2) (the "M&M"), and good cause appearing therefor;

IT IS ORDERED that the State of Louisiana's M&M is authorized to be filed in the record of the above captioned and titled proceedings.

New Orleans, Louisiana this 18th day of May, 2012.

_____
DISTRICT JUDGE