360-7008

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | * * | SECTION: L<br>JUDGE FALLON |
| David Gross, Cheryl Gross and Louis Velez, individually, and on behalf of all others similarly situated, v. Knauf Gips KG, et al.<br>Case No. 2:09-cv-6690 | * * * * * | MAG. JUDGE WILKINSON |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## O R D E R

Considering the foregoing Motion to Withdraw and Substitute Counsel of Record:

**IT IS ORDERED** that Laura M. Mayes be allowed to withdraw from this matter and that Renee F. Smith of the law firm of Degan, Blanchard & Nash, be substituted as counsel of record for Defendant, Great Western Building Materials, in the captioned matter, and that copies of all notices and pleadings that are required to be served on counsel of record shall be served on Renee F. Smith and the law firm of Degan, Blanchard Nash.

      **THUS DONE AND SIGNED** this  18th   day of May, 2012 at New Orleans, Louisiana.

                                                          */s/ Eldon E. Fallon*
                                                                        **JUDGE**

L:\Docs\360\7008\Doc\17.1 Order for Motion to Withdraw and Substitute.doc