# Exhibit 1- Participating Defendants

## Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers

1st Choice Construction, Inc.

1st Drywall, LLC

3180 Lamb Court Acquisition LLC and Linel Consulting

5177 Builders, Ltd.

84 Lumber Company

A.A. Stucco & Drywall, Inc.

A.R.B.C. Corporation

Aarco, L.L.C.

ABC Drywall Corporation

ABF Drywall, Inc.

Aburton Homes, Inc.

AC1 Supply, Inc

Acadian Builders & Contractors, L.L.C.

ACE Home Center, Inc.

Active Drywall South, Inc.

Adams Homes of Northwest Florida, Inc. , Adams Homes LLC and Adams Homes Realty, Inc.

| |
|---|
| Advantage Builders of America, Inc. and Advantage Builders of SW Florida, Inc. |
| Affordable Homes & Land, L.L.C. |
| AHS Construction Group, Inc. and AH Salce |
| Al Brothers, Inc. a/k/a S3 Enterprises, Inc. a/k/a Al Brother Metal Framing & Drywall |
| Albanese-Popkin The Oaks Development Group, L.P. and Albanese Popkin Development Group, LLC |
| All Florida Drywall Supplies, Inc. |
| Allied Building Products Corp d/b/a Southern Atlantic Supply Division Corp and Old Castle, Inc. |
| Allsteel & Gypsum Products, Inc. |
| Alpha Homes, Inc. f/k/a Suarez Housing Corp. |
| Alvarez Homes, Inc. |
| Alvian Homes, Inc. d/b/a Stones & More, Alvian Custom Homes, LLC and Alvian Incorporated |
| Alvin G. Royes, Jr., L.L.C. |
| Alvin R. Savoie & Associates, Inc., Savoie Construction, Inc., Savoie Real Estate Holdings, LLC, Savoie Realty, LLC and Savoie Construction & Development, LLC |
| American Building Materials, Inc. |
| American Dream Builders, Inc. |
| American Gallery Development, LLC and American Gallery Development Group, LLC |

| |
|---|
| American Housing Corporation |
| America's First Home of Southwest Florida, L.L.P., incorrectly named as America's First Home, Inc. |
| Amerisouth, Inc. |
| AnaDon Construction, LLC |
| Angel Developments, LLC |
| Anthony F. Marino General Contractor, LLC |
| Anthony Stirp d/b/a Excel Construction of SW Florida, |
| Anthony's Drywall, Inc. |
| Aranda Homes, Inc. |
| ARM Structural, Inc. and Schenley Park Homes, LLC |
| Arthur Homes, L.L.C. |
| Ashton Houston Residential L.L.C . |
| Ashton Tampa Residential, LLC |
| Associated Builders and Developers, Inc. |
| ATCO Interior Corp. |
| Aubuchon Homes, Inc. |
| Aurora Commercial Construction, Inc. |
| Avalon Building Corporation of Tampa Bay a/k/a Avalon Building Corporation of Tampa Bay, Inc. |
| Avatar Properties Inc. |
| Azimuth E & E, Inc. |
| B E Construction Corp. |
| B J & K Condo Construction, Inc. |

| |
|---|
| B&B Disposal Services, LLC d/b/a Builder's Choice |
| Bagley Construction, LLC |
| Banner Homes of Florida, Inc. |
| Barloy Contractors, Inc. |
| Bass Homes, Inc. |
| Bauhaus Solutions, Inc., Bauhaus Solutions and |
| Bayou Building Products, LLC |
| Bayshore Construction Company, Inc. |
| Baystate Drywall, Inc. |
| Baywood Construction, Inc. |
| BBL-Florida, LLC |
| Beazer Homes Corp. |
| Bella Builders, Inc. |
| Ben & Joy Money and BMD, Inc. |
| Bender Construction and Development, Inc. |
| Benoit Builders, LLC |
| Best Drywall Services, Inc. |
| Beta Credit Management, LLC |
| Beta Drywall, LLC and Beta Construction, LLC |
| BFS Townhomes, L.L.C. |
| Big Bear Construction Co., Inc. |
| Big River Construction & Remodeling Co., Inc. |
| Bill Gregory Drywall |
| Black Bear Gypsum Supply, Inc. and Black Bear |

| |
|---|
| Blanchard Homes Inc. |
| BMI Construction, L.L.C. |
| Boardwalk Drywall, Inc. |
| Boohaker & Associates, LLC |
| Boulanger Drywall Corp. |
| Bovis Lend Lease, Inc. n/k/a Lend Lease |
| Boyle Lumber Company |
| Boynton Village, LLC, Hollywood Dixie Associates, LLC, Cornerstone Group Construction, Inc., BoyntonVillage Associates, Ltd., Cornerstone Group Development Corp., Cornerstone Group Development, LLC, San |
| Bradford Lumber & Supply, Inc. |
| Bradford Plastering, Inc. |
| Brandi Rogers d/b/a Gulf South Drywall |
| Breakwater Custom Homes, Inc. |
| Brent Garrod Drywall, Inc. |
| Brooks & Freund, LLC |
| Brownstone Builders Inc. |
| Builders Gypsum Supply LLP and Builders Gypsum Supply Co., Inc |
| Building Materials Wholesale |
| Burmaster Construction, Inc. |
| Burmon Properties, LLC |

| |
|---|
| By-George, Inc. |
| C & C Homebuilders Construction, Inc., C&C Home Builders, Inc. and Christopher T. Cadis |
| C & D Plastering & Stucco, Inc. |
| C. Adams Construction & Design, LLC |
| C.A. Steelman, Inc. |
| Caliber Properties, LLC |
| Calmar Construction Company, Inc. |
| Capitol Materials, Inc. |
| Capricorn III Construction |
| Capstone Builders, LLC |
| Caribe Central LLC and Caribe East, LLC |
| Caribe East LLC |
| Carl B. Hamilton, Inc. |
| Carl Gonzales |
| Carruth Brothers Lumber Company, Inc. |
| Carter's Custom Homes, Inc. |
| CastleRock Communities LP |
| CDC Builders, Inc. |

| |
|---|
| Centerline Homes, Inc., Centerline Homes Construction, Inc., Briella Townhomes, LLC, Centerline Homes at B and A, LLC n/k/a Completed Communities II, LLC, Centerline Homes at Tradition, LLC n/k/a Completed Communities II, LLC, Centerline Homes at Delray, Inc., Centerline Port St. Lucie, Ltd. n/k/a |
| Central Florida Finishers, Inc. |
| Chabot Enterprises, Inc. |
| Cherry Bark Builders |
| Christopher Duet d//b/a Woodtech |
| Ciara Homes LLC (incorrectly named as Cierra Homes, |
| Citrus Park Development Group, LLC |
| City Salvage, Inc. |
| CL Architects and Contractors, Corp. |
| Clayton's Drywall, Inc. |
| Cloutier Brothers, Inc. |
| Coastal Living Homes, LLC |
| Cockerham Construction, LLC |
| Continental Drywall Contractors, Inc. |
| Coral Plastering & Wall Systems, Inc. |
| CORE Construction Services, Southeast, Inc. d/b/a Core |
| Cothern Construction Company and Volney Cothern |
| Cox Lumber Company, formerly d/b/a HD Supply Lumber and Building Materials |

| |
|---|
| Craftmaster, LLC |
| Craig Homes, Inc. |
| Cypress Builders, Inc. |
| D & A Construction Services Inc. |
| D & W Drywall, Inc. |
| D.C. Builders LLC |
| D.R. Horton, Inc. and D.R. Horton, Inc. – Gulf Coast |
| D'Alessio Drywall & Painting Company |
| Daelen of Tangipahoa, L.L.C. |
| Dalbert Porée and Dalbert Porée General Repairs & |
| Daly Construction, Inc. |
| Danal Homes Development, Inc. |
| Darwin Sharp Construction LLC |
| Dave Walker Construction Inc. |
| David E. Diggs, LLC and David Diggs |
| Davis Construction Supply, LLC |
| Deangelis Diamond Construction, Inc. and Deangelis |
| Deco Paver Bricks, Inc. |
| Deer Creek Estates II, LLC |
| Deerfield Court Townhomes, LLC a/k/a Lavish Holding |
| DeLaCruz Drywall Plastering & Stucco, Inc. |
| Deloach Corporation, Inc. |
| Derouen Homes, LLC |
| Design Drywall of South Florida, LLC and Design |

| |
|---|
| Devon International Industries, Inc. f/k/a Devon International Trading, Inc., Devon International Group, Inc., Devon International, Inc., Devon Health Services, |
| Devonshire Properties, Inc. and Devonshire Builders, |
| Diamond Court Construction Company |
| Distinctive Drywall Designs, Inc. |
| Distinctive Finishes, Inc. |
| Diversified General Contractors, Inc. |
| DMH Development Co. |
| Dobson Construction, Inc. |
| Douglas B. Francis and Douglas B. Francis, Inc. |
| Drywall Experts, Inc. |
| Dunn Wright Construction, Inc. |
| Duo Fast Construction, Inc. |
| duPont Builders, Inc. and duPont Construction and |
| Dupree Construction Company, Inc., Dupree Construction, LLC, Dupree Construction Company, LLC, Dupree Construction, Inc., Dupree Contractors, Inc. |
| E. Jacob Construction, Inc. and E. Jacob Fakouri |
| E.L. Cretin, LLC, Cretin Homes, LLC and Cretin Homes, |
| Eastern Construction Group, Inc. |
| Eastmond Enterprises, Inc. and Eastmond Homes, LLC |
| Ed Price Building Materials Inc. |

| |
|---|
| Eddleman Homes, LLC, Highland Lakes Homes, LLC, Courtside Development, Inc., Eddleman Properties, |
| Edwards Construction |
| EH/Transeastern LLC d/b/a Transeastern Homes |
| Empire Construction, L.L.C. |
| Empire Properties, LLC and Empire Products, LLC |
| Everglades Lumber & Building Supplies, LLC |
| F & L Developers, Inc. |
| F. Vicino Drywall, Inc., F. Vicino Drywall II, Inc. and F. |
| Faith Built Homes, LLC |
| Farthing MTR Enterprises, Inc. d/b/a Star Drywall, Inc. |
| Federal Construction Specialists, Inc. |
| Fekel Stucco & Plastering, Inc. |
| Finest Drywall, Inc. |
| First Choice Homes of SW Florida, Inc. |
| First Home Builders of Florida, LLC |
| Florida Home Partnership, Inc. |
| Florida Style Services, Inc. |
| Font Builders, Inc. |
| Forester Homes, Inc. and Forester Construction Corp. |
| Four Star Innovations, LLC |
| Frost Metal Framing & Drywall, Inc. |
| G Drywall Corp. and G. Drywalls Corporation |
| G. Patrick Bourgeois & Associates, Inc. |

| |
|---|
| G. Proulx, LLC and G. Proulx, Inc. |
| G.L. Building Corporation, G.L.Homes of Florida Corporation, G.L. Homes Limited Corporation, G.L. Homes of Boynton Beach Associates IX, Ltd. Boyton Beach Associates XVI, LLLP, Boynton Beach XVI Corporation, Miramar Associates IV, LLLP, Miramar IV Corporation, G.L. Homes of Davie Associates II, Ltd., |
| Gant & Shivers Homes, LLC |
| Gateway Building and Design Corp. |
| Gator Gypsum, Inc. |
| George Fraker General Contractor, Inc. |
| GH Vero Beach Development, LLC |
| Gibson & Anderson Construction, Inc. |
| GLM Remodeling Building Contractors, Inc. |
| Global Home Builders, Inc. |
| GMI Construction, Inc. |
| Gold Coast Homes of SW Florida, Inc. |
| Gomez's Interiors Corp. |
| Grand Harbour Homes, Inc. |
| Grays Bay Builders, Inc. |
| Great Southern Builders, LLC |
| Great Southern Homes, Inc. |
| Great Western Building Materials |
| Gregan Construction Corp. and Gregan Construction, |

| |
|---|
| Gregg Nieberg, Inc. |
| Gremillion Homes, Inc. |
| Groff Construction, Inc. |
| Groza Builders, Inc. |
| Gryphon Construction, LLC |
| GSF Enterprises, Inc. d/b/a Foster Painting |
| Guarantee Service Team of Professionals, Inc. and |
| Gulf Coast Drywall, L.L.C. and Correct Custom Drywall, |
| Gulf Coast Engineering, LLC a/k/a Gulfcoast |
| Gulf Coast Shelter, Inc. and Shelter Products Inc. |
| Gulfside Supply, Inc. d/b/a Gulfeagle Supply |
| Gulfstream Homes, Inc. |
| H. C. Owen Builder, Inc. |
| Hal Collums Construction, LLC and HPC Holdings, LLC |
| Hallmark International Lands & Investments, Inc. |
| Hammer Commercial Services, LLC and Hammer |
| Hammer Construction Services, Ltd. |
| Hanover Homes, Inc. |
| Hansen Homes of South Florida, Inc. |
| Harbor Springs Construction and Development, LLC |
| Harold "Frank" Causey |
| Hartsville Lumber & Barns, Inc. |
| Hearthstone, Inc. as Receiver for Rottlund Homes of |

| |
|---|
| Heights Properties, LLC, Heights Custom Homes, Inc., Heights Properties, Inc., Heights Custom Homes, LLC, Heights Title Services, LLC and Heights Realty and |
| Hendrickson Construction, LLC |
| Heritage Builders of West Palm Beach, Inc. |
| Heritage Homes of Northwest Florida, LLC and Heritage Homes of NW FL, LLC |
| Hilliard Butler Construction, Inc. |
| Hinkle Drywall, LLC and Hinkle Drywall, Inc. |
| Holiday Builders Construction of Florida, LLC |
| Holiday Builders, Inc. |
| Home Depot U.S.A., Inc. |
| Home One Homes, Inc. |
| Home Tech, LLC |
| HomeTown Lumber & Supply, Inc. |
| Hovnanian Developments of Florida, Inc. |
| Hovnanian Enterprises, Inc. |
| Hovstone Properties Florida, LLC |
| Hoyt's Construction Co., Inc. |
| Image Drywall, Inc. |
| Independent Builders Supply Assoc., Inc. and Bert |
| Independent Drywall Distributors, LLC f/k/a China |
| In-Line Contractors, L.L.C. and In-Line Design, L.L.C. |
| Ironwood Properties, Inc. and Antilles Vero Beach LLC |

| |
|---|
| J & A Stucco Drywall, Inc. and J&A Brothers Drywall & |
| J&J Builders Northshore, Inc. |
| J. Cherry & Sons, Inc. |
| J. Helm Construction, Inc. |
| J.D. Tillman Construction Co. |
| J.M.G. Drywall, Inc. |
| J.P. Real Estate Development, Corp. |
| J.S.D. Builders, Inc. |
| J.W. Allen & Co., Inc. |
| J.W. Hodges Drywall, Inc. |
| Jack's Drywall, LLC |
| Jack's, Inc. |
| James Drywall, LLC |
| James G. Hoskins, Inc. d/b/a Chippendale Contractors |
| JB Plaster, Inc. |
| JDC of Florida, Inc. |
| JDL Drywall, Inc. |
| JDM Builders, Inc. |
| JEBCO, Inc. and Chapel Hills, Inc. |
| Jim Morris & Sons, Inc. |
| Jim Walter Homes, Inc. & Jim Walter Holmes, LLC |
| Jimmy Stokley d/b/a Choctaw Builders, Inc. |
| JK Construction, LLC |
| John A. Carter d/b/a Patriot Homes, LLC |

| |
|---|
| John Carew, Sr. d/b/a Carew Construction, Inc. and John Gillespie |
| John Korn Builders |
| John L. Crosby, LLC |
| Joseph Grimsly, LLC |
| JSK Construction, Inc. |
| Judson Construction Group, LLC |
| JWR Construction Services, Inc. |
| K. Hovnanian Developments of New Jersey, Inc. |
| K. Hovnanian Developments of Texas, Inc. |
| K. Hovnanian First Homes, LLC |
| K. Hovnanian Homes of Houston, LLC f/k/a K. Hovnanian of Houston, LP d/b/a Parkside Homes |
| K. Hovnanian of Houston II, LLC f/k/a K. Hovnanian of Houston II, LP d/b/a Brighton Homes |
| K. Hovnanian of Palm Beach XIII, Inc. |
| K. Hovnanian Windward Homes, LLC |
| Karr Drywall, Inc. |
| Kaye Homes, Inc. and Custom Homes by Kaye, Inc. |
| KB HOME Tampa, LLC, KB HOME Florida, LLC, KB HOME Treasure Coast, LLC, KB HOME Jacksonville, LLC, KB HOME Orlando, LLC, KB HOME Fort Myers, LLC and KB |
| KCG, Inc., REW Materials, Inc., REW Materials Orlando, LLC and KC Gypsum, Inc. |

| |
|---|
| Kelley Drywall, Inc. |
| Kelley's Quality Drywall, Inc. |
| Kemah Construction, Inc. |
| King Cash and Carry Building Supplies, LLC |
| Klepk Bros. Drywall, Inc. |
| KT Drywall, Inc. |
| L & J Builders, Inc. |
| L.A. Homes, Inc. |
| L.R. Gardere Drywall Construction, Inc. |
| Lake Ashton Development Group II, LLC, A&M Business Properties, Inc. f/k/a A&M Properties, Inc., CRF Management Co., Inc. and Century Homes-Carlsberg, |
| Lakehill Ventures, Inc. |
| Lancer Enterprises, Inc. |
| Land Services of FL, LLC and Butler Properties, LLC |
| LaPorte Builders, Inc. |
| Law Developers, LLC |
| Lebaron Brothers Drywall, LLC |
| Lee Roy Jenkins, Inc. and Lee Roy Jenkins |
| Lee Wetherington Development, Inc. |
| Legend Custom Builders & Best Homes of SW FL, Inc. |
| Lennar Corporation, Lennar Homes, LLC f/k/a Lennar Homes, Inc., and U.S. Home Corporation |
| Levet Homes, L.L.C. |

| |
|---|
| Likness Construction of SW FL. |
| Littles Construction of Central Florida, Inc. |
| L'Oasis Builders Incorporated |
| Louran Builders, Vincent Montalto Const., Inc., and Vincent Montalto Construction Inc. |
| LPR Builders, Inc. |
| LTL Construction, Inc. |
| Lucas Construction Corporation |
| Lucchetti Drywall, Anthony Lucchetti and AML Drywall |
| Lucky Strike M.K., Inc. |
| Luke & Sons Construction, Inc. |
| Lumar Builders, Inc. |
| M. Carbine Restorations, Ltd. |
| M. Slayton Construction, Inc. |
| M.K. Developers, Inc. |
| M/I Homes (including all subsidiaries and affiliates) |
| MACC Construction, Inc. |
| Management Services of Lee County, Inc. (f/k/a Paul |
| Manclar Builders, Inc. |
| Mandalay Homes, Inc. |
| Mandy Drywall, Inc. a/k/a Mandy's Drywall & Stucco |
| Manuel Development Corporation |
| Marantha Construction Corp. |
| Maronda Homes, Inc. of Florida |

| |
|---|
| Marsiglia Construction Co., Inc. |
| Marty's Drywall Services, Inc. |
| Marvin's, Inc. |
| Mastercraft Properties, LLC |
| Matmo Construction, L.L.C. |
| Mavied Corp. |
| Mayeaux Construction, Inc. |
| Mazer's Discount Home Centers, Inc. |
| MC Contractors, Inc. |
| McCar Homes, Inc., McCar Homes - Tampa, LLC and McCar Homes, Inc. - Jacksonville |
| McCluskey Custom Homes, Inc. |
| McCombs Services, LLC |
| McDowell Builders, LLC |
| McMath Construction, Inc., McMath Construction, LLC |
| MDW Drywall, Inc. a/k/a McCoy Drywall, Inc. |
| Meadows of Estero-Bonita Springs Limited Partnership |
| Medallion Homes Gulf Coast, Inc., Cargor Partners III - Parrish LC and Cargor Partners IV - Bobcat LC |
| Melvin Prange, Jr. Construction, LLC |
| Mercado Enterprises, Inc. |
| Mercedes Homes, Inc. |
| Meridian Homes USA, Inc. |
| Meritage Homes of Florida, Inc. and Meritage Homes |

| |
|---|
| MGB Construction, Inc. |
| Mid-State Drywall, Inc. d/b/a Michael Mosley Drywall |
| Mike Glass |
| Millennium Homes & Development, Inc. |
| MJF Construction Corp. and MJF Construction, Inc. |
| Mobley Homes Florida, LLC and M. Tampa Corp. |
| Modern Construction Group, Inc. |
| Moore Unique Interiors, Inc. |
| Morgan Homes, Inc. |
| MSC of NWF, Inc. and Michael Stanley Construction, |
| Nautical Homes, LLC n/k/a Statewide Structural, LLC |
| New Millennium Builders, Inc. and New Millenium at |
| New Orleans Area Habitat for Humanity, Inc. |
| Newcastle Construction, Inc. |
| Nice Homes, Inc. |
| North Pacific Group, Inc. in Receivership |
| Northstar Holdings, Inc., Northstar Homes, Inc., Northstar Holdings at B&A, LLC |
| Northstar Homebuilders, LLC |
| Northstar Homes, LLC |
| Nu Way Drywall, LLC |
| Oak Tree Homes, Inc. and Thompson Wood Products, |
| Oakbrook Building and Design, Inc., Stonebrook Estates Ltd., Stonebrook Estates, Inc. and Viking V., Inc. |

| |
|---|
| Ocean Coast Drywall of South Florida, Inc. and O.C.D. |
| Ocean Construction, Inc. |
| O'Key Homes, Inc. d/b/a Dennis O'Key Affordable |
| Osprey Gulfshore Building Materials, Inc. |
| Other Brothers Drywall, Inc. |
| Oxnard Building Materials d/b/a Great Western |
| Oyster Bay Homes, Inc. |
| P.D.C. Drywall Contractors, Inc. |
| Palm Coast Construction, LLC |
| Patrick Drywall, Inc. |
| Pat's Construction, LLC |
| Penn Construction Co., L.L.C. and Penn Construction |
| Pensacola Stevedore Company, Inc. and Pate |
| Pezzano Contracting & Development LLC f/k/a Cornerstone Construction of SW FL Inc. |
| Phillip W. Giles Drywall, LLC |
| PHL Construction L.L.C. d/b/a Summit Homes, LLC |
| Picayune Discount Building Supply |
| Platinum Property Management, Inc. |
| Portofino Homes, Inc. |
| Precision Drywall, Inc. |
| Premier Communities, Inc. |
| Premier Design Homes, Inc. and Sedgwick Developers, |
| Prestige Development, Inc. |

| |
|---|
| Pride Homes of Lakes by the Bay Parcel H, LLC and Pride Homes of Lakes by the Bay Parcel J, LLC |
| Princeton Homes, Inc. |
| ProBuild Holdings LLC, a Delaware limited liability company, sole owner of ProBuild Company LLC, a Delaware limited liability company, as successor by merger to ProBuild East LLC, The Contractor Yard LLC, |
| Probuilders and Restoration of Louisiana, LLC |
| Professional Drywall Construction, Inc. |
| Protocol Construction, L.L.C. and G & H Restorations, |
| Pukka Development, Inc. |
| Quality Builders of North Florida, Inc. |
| R & H Masonry Contractors, Inc. |
| R. Fry Builders, Inc. |
| R.A. Tabora Enterprises, Inc. |
| Radd Builders, Inc. |
| RAH of Texas, LP |
| Ramos Builders, Inc. |
| Ray Adams d/b/a Rightway Drywall, Inc. & Rightway |
| Ray Beck, Inc. |
| Ray Horvath Drywall, Inc. |
| RCH Drywall Service, Inc. |
| RCL Development, Inc. |
| Reed Builders, LLC |

| |
|---|
| Regatta Construction, LLC |
| Regency Homes, Inc., Regency Homes Group LLC, Regency Constructors LLC, Regency Constructors Inc., Regency at Plantation Acres, LLC, Regency at Stonebrook Estates LLC, Regency Custom Homes of Weston LLC, Stonebrook Homes LLC, Stonebrook Partners LLC, Stonebrook Homes J.V., San Melina Holdings LLC, Balmoral at Delray Lakes Estates LLC, Tuscany at Davie LLC, Black Hawk Reserve J.V., |
| Residential Drywall, Inc. |
| Reve Development Corporation |
| RFC Homes, Inc. |
| Richard Hoover |
| Richard Jones Construction Company, Inc. and |
| Richmond Heights Community Development Corp. |
| Rick Strawbridge, Inc. |
| Rightway Drywall, Inc. |
| Rinker Materials of Florida, Inc. n/k/a CEMEX Construction Materials Florida, LLC |
| Rivera & Company of SW Florida, Inc. |
| Rivercrest, LLC, St. Joe Towns & Resorts, LP, The St. Joe Company f/k/a St. Joe Corporation f/k/a St. Joe Paper |
| RiverStreet Homes, Inc. |
| RJL Drywall, Inc. |

| |
|---|
| RJM Builders North, Inc., RJM Builders Inc. and RJM |
| RL Drywall |
| Robert Lynch Builders, L.L.C. |
| Robert/Charles Builders, Inc. |
| Robertson Construction Corporation a/k/a Robertson |
| Roche Jr. Construction Inc. |
| Rockwell Builders, L.L.C. |
| Rogers Co., LLC |
| Royal Homes, L.L.C. and Marigold Court, LLC |
| Russ Mills d/b/a Mills Construction |
| S & D Specialties, Inc. |
| S&O Investments |
| S. Petersen Homes Inc. |
| S.D. & Associates, Inc. |
| S3 Enterprises, Inc. |
| SAM Drywall, Inc. |
| Saturno Construction AB, Inc. |
| Saucedo Construction, Inc. |
| Schear Corporation |
| Schmidt Brothers Homes, Inc. |
| Shamrock Building Materials, Inc. |
| Shelby Building Corp. |
| Shirley Construction and Drywall, Inc. |
| Shoma Homes at Keys Cove Phase II, Inc. |

| |
|---|
| Shoma Homes Splendido, Inc. |
| Sidney Sutton Drywall, Inc. |
| Siesta Bay Custom Homes, LLC |
| Sixty Fifth and One LLC |
| Sleuth, Inc. |
| Smith Family Homes Corporation and Smith Family |
| Smoky Mountain Materials, Inc. d/b/a Emerald Coast |
| Sodrel Construction, Inc. |
| Sorrento Lumber Company, Inc. |
| South Florida Custom Trim, Inc. |
| South Kendall Construction, Inc. a/k/a South Kendall |
| Southbay Development Corp. |
| Southern Bay Homes, Inc. |
| Southern Heritage Builders, Inc. |
| Southern Homes of Broward XI, Inc. |
| Southern Homes, LLC, Tallow Creek, LLC, Springhill, LLC |
| Southern Star Construction Co., Inc., Chinchuba Creek Garden Homes, LLC, and Laporte Family Properties, LLC |
| Southwell Homes, LLC |
| Southwest Innovations, Inc. |
| Speedy Drywall Service, LLC |
| Spring Park Builders, LLC |

| |
|---|
| Standard Pacific Corp., Standard Pacific of South Florida GP, Inc., Standard Pacific Homes of South Florida GP, Inc., Standard Pacific of Tampa GP, Inc., Standard Pacific of Colorado, Inc., HWB Construction, Inc., Westbrooke Homes, Westfield Homes of Florida, |
| Star Homes of Florida LLC |
| Star Services, Inc. |
| Steeler, Inc. |
| Sterling Communities at Talavera, LLC |
| Sterling Communities, Inc. and Sterling Communities |
| Steven R. Carter, Inc. |
| Steven Sweet Drywall, LLC |
| Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc., Stock Building Supply Holdings, LLC and Stock Building Supply West, |
| Stocker Drywall, Inc. |
| Stonebrook Estates, Inc. |
| Stuart South Group, LC d/b/a Treasure Coast Homes |
| Sumaj Builders Corp. |
| Summit Contractors, Inc. and Summit Homes of LA, Inc. |
| Sun Construction, L.L.C. d/b/a Sunrise Homes, Sunrise Construction, Sun Construction, LLC and Sunrise |
| Suncoast Building Materials, Inc. |
| Sunset Drywall, Inc. |

| |
|---|
| Suntree Homes, Inc. |
| Swedberg Enterprises, Inc. d/b/a Florida Drywall |
| Sweet Interiors, Inc. |
| T & T Green Construction, Inc. |
| Taber Construction, LLC |
| Taylor Construction Services, Inc. |
| Taylor Morrison of Florida, Inc., Taylor Morrison Services, Inc., Taylor Morrison, Inc., Taylor Woodrow, Inc., Taylor Woodrow Communities at Vasari, L.L.C, and |
| Teamwork Construction, LLC |
| Teo's Drywall, Inc. |
| Terry Mott Builder |
| The David Group Inc. |
| The Haskell Company |
| The Henning Group, LC |
| The Jade Organization, Inc., Jade Organization, Inc. and Jade Organization General Contractor, LLC |
| The Mitchell Company, Inc. and The Mitchell Company, |
| The Ryland Group, Inc. |
| The Sterling Collection, Inc. |
| Thomas F. Gray Construction, Inc. |
| Thomas R. Gould, Inc. and Thomas Gould, Inc. |
| Three County Construction Co., Inc. |
| Tim Barnett d/b/a Barnett Drywall |

| |
|---|
| Timberline Builders, Inc. |
| Titan Drywall, Inc. |
| TMO Global Logistics, L.L.C. |
| Toll Estero Limited Partnership |
| Tommy Ganey |
| Total Community Action, Inc. |
| Total Drywall |
| Toula Properties LLC, Total Maintenance Services of the South, Inc. and Professional Construction and |
| TOUSA, Inc., TOUSA Homes Florida, L.P., successor by merger to EH/Transeastern, LLC, d/b/a Transeastern Homes and TOUSA Homes, Inc. (*The participation of TOUSA Homes Florida, L.P., successor by merger to EH/Transeastern, LLC, d/b/a Transeastern Homes; TOUSA, Inc.; and TOUSA Homes, Inc. in the settlement is contingent on obtaining the approval of the United |
| Tracey Construction, Inc. |
| Treasure Coast Communities, LC |
| Triple Crown Homes, Inc. and The 103 Investments, LLC |
| Triple E Corporation |
| Triple J Plus Enterprises, Inc. |
| Triple M Drywall, Inc. |
| Trivium Construction, Inc. |
| Trust America Homes, Inc. d/b/a First American Homes |

| |
|---|
| Tudela's Classic Homes, L.L.C. |
| Turley Heating & Cooling, Inc. and J. Brian Turley |
| Turn Key Home Builders, Inc. |
| Turner Wall Systems |
| Tuscan Harvey Estate Homes, Inc. and Tuscan Harvey |
| United Dream Builders, Inc. |
| United Drywall & Stucco, Inc. |
| United-Bilt Homes, L.L.C. |
| V&I Drywall & Stucco a/k/a V and I Drywall & Stucco, |
| Van Aller Construction, Inc. |
| Venetian Village, LLC |
| Vernon Construction Corp. |
| Vet Construction, Inc. |
| Vetter Lumber Company, Inc. |
| Vicinity Drywall, Inc. |
| Viking Homes of SW Florida, Inc. |
| Villa Development, Inc. d/b/a Villa Homes of SW |
| Villas at Oak Hammock, LLC |
| Vintage Homes, LLC |
| Vista Builders, Inc. |
| Vortex Wall Systems |
| W. McDaniel Construction, Inc. f/k/a Nicholas McDaniel Construction a/k/a W. McDaniel |
| WCI Communities, Inc |

| |
|---|
| Weekley Homes, LLC f/k/a Weekley Homes, L.P. and David Weekley Homes, LLC |
| Wellington Shores -- Wellington Limited Partnership |
| West Coast Drywall Construction, Inc. |
| West Construction, Inc. |
| Wholesale Building Products, LLC |
| William L. Perry Plastering & Drywall, Inc. |
| Williams-Brown, Inc. |
| Woodland Enterprises, Inc. |
| Woodside Group |
| Wyman Stokes Builder, Inc. |
| Yarco, Inc. |
| Ybarzabal Contractors, LLC |
| Zahn Luxury Homes, Inc. and Zahn Builders Florida, Inc. |

# Exhibit 2- Participating Insurers

## Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers

| |
|---|
| Alfa Mutual Insurance Company |
| American Economy Insurance Company, American States Insurance Company, American States Insurance Company of Texas, American Fire and Casualty Company, Montgomery Insurance Company, General Insurance Company of America, and First National Insurance Company of America |
| American Empire Surplus Lines Insurance Company |
| American Home Assurance Company |
| American Strategic Insurance Corporation, ACA Home, Home Pointe, American Capital Assurance, Ark Royal Insurance Company, ASI Assurance Corp., ASI Corp., ASI Lloyds, ASI Preferred and ASI Select |
| Amerisure Insurance Company and Amerisure Mutual Insurance Company |
| Arch Insurance Company |
| Argo Underwriting Agency, Ltd., the sole underwriting member or "Name" for Syndicate 1200, improperly identified in the Amended Amato Complaint as "Underwriters at Lloyd's, London" |
| Atlantic Casualty Insurance Company |
| Audubon Indemnity Company |
| Bankers Insurance Group and Bankers Insurance Company |
| Builders Mutual Insurance Company |
| Canal Indemnity |
| Catlin Specialty Insurance Company and Wellington Specialty Insurance Company |

| |
|---|
| Certain Underwriters at Lloyd's, London (each severally subscribed to the insurance policy each for its own part and not one for the other, numbered ART001135). |
| Chartis Specialty Insurance Company, f/k/a American International Specialty Lines Insurance Company |
| Cincinnati Insurance Company |
| Clarendon America Insurance Company, Praetorian Specialty Insurance Company, QBE Specialty Insurance Company, QBE Insurance Corporation, Southern Guaranty Insurance Company and Praetorian Insurance Co., f/k/a the Insurance Company of Hanover |
| Colony Insurance Company |
| Companion Property & Casualty Group |
| Continental Casualty Company |
| Continental Insurance Company |
| Continental Western Insurance Company |
| Employers Mutual Casualty Company |
| Endurance American Specialty Insurance Company |
| FCCI Insurance Company, FCCI Commercial Insurance Company, National Trust Insurance Company, Brierfield Insurance Company and FCCI Advantage Insurance Company |
| Federal Insurance Company |
| Federated Mutual Insurance Company and Federated Service Insurance Company |
| Federated National Insurance Company f/k/a American Vehicle Insurance Company |
| Fireman's Fund Insurance Company and Interstate Fire and Casualty Company |
| Florida Insurance Guaranty Association |
| Gemini Insurance Company |
| General Fidelity Insurance Company |
| Granada Insurance Company |
| Granite State Insurance Company |
| Great American Insurance Company |

| |
|---|
| Harleysville Mutual Insurance Company |
| Hartford Fire Insurance Company, Hartford Casualty Insurance Company, Hartford Insurance Company of the Southwest, Hartford Underwriters Insurance Company, Twin City Fire Insurance Company |
| Illinois National Insurance Company |
| Illinois Union Insurance Company |
| Indian Harbor Insurance Company |
| James River Insurance Company |
| Kingsway Amigo Insurance Company |
| Landmark American Insurance Company and RSUI Indemnity Company |
| Lexington Insurance Company |
| Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Surplus Insurance Corporation and LSI Corporation, Liberty Insurance Underwriters, Inc. |
| Louisiana HomeBuilders Association General Liability Trust |
| Maxum Indemnity Company |
| Mid-Continent Casualty Company and Mid-Continent Insurance Company |
| Montpelier US Insurance Company |
| National Surety Corporation |
| National Union Fire Insurance Company of Pittsburgh, Pa. |
| Nationwide Mutual Insurance Company and Nationwide Mutual Fire Insurance Company |
| Nautilus Insurance Company |
| New Hampshire Insurance Company |
| North American Specialty Insurance Company |
| North Pointe Casualty Insurance Company, North Pointe Insurance Company and Queensway International Indemnity Company |
| Northbridge Indemnity Insurance Corporation, f/k/a Commonwealth Insurance Company |
| Old Dominion Insurance Company |

| |
|---|
| Omega Dedicated Ltd (UK), the sole underwriting member or "Name" for Syndicate 958 (improperly identified in the Amended Amato Complaint as "Underwriters at Lloyd's, London") |
| Owners Insurance Company, Southern Owners Insurance Company and Auto-Owners Insurance Company |
| Penn-America Insurance Company |
| Pennsylvania Lumbermens Mutual Insurance Company |
| Quanta Indemnity Company and Quanta Specialty Lines Insurance Company |
| Republic Underwriters Insurance Company and Southern Insurance Company |
| Rockhill Insurance Company |
| Scottsdale Insurance Company |
| Sentry Insurance, A Mutual Company |
| State Farm Fire and Casualty Company and State Farm Florida Insurance Company |
| The American Insurance Company |
| The Insurance Company of the State of Pennsylvania |
| The Ohio Casualty Insurance Company and West American Insurance Company |
| The Underwriting Member of Lloyd's Syndicate 3500 in its capacity as Reinsurer to Close of Lloyd's Syndicate 2112 c/o RiverStone Managing Agency Limited  of Park Gate, 161-163 Preston Road, Brighton BN1 6AU ("the RiverStone Syndicate"). |
| Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, The Travelers Indemnity Company of America, St. Paul Surplus Lines Insurance Company, and The Charter Oak Fire Insurance Company |
| Unigard Insurance Company |
| USF Insurance Company |
| Valley Forge Insurance Company |

| |
|---|
| Wausau Underwriters Insurance Company, Wausau Business Insurance Company, Employers Insurance Company of Wausau, and Employers Insurance of Wausau |
| Wesco Insurance Company |
| Western Pacific Mutual Insurance Company |
| Western World Insurance Company |
| Westfield Insurance Company |
| |
| Zurich American Insurance Company, American Zurich Insurance Company, Maryland Casualty Company, Steadfast Insurance Company, Assurance Company of America, American Guarantee and Liability Insurance Company |

# Exhibit 3- Participating Defendant/Participating Insurer Reservations

Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers

| Participating Defendant Involved | Participating Defendant Reserving Claim against Insurer | Participating Insurer Reserving Claim against Another Insurer |
|---|---|---|
| A.R.B.C. Corporation | A.R.B.C. Corporation reserves all claims against Mid-Continent Casualty Company, Oklahoma Surety Company, and Mid-Continent Assurance Company | |
| Adams Homes of Northwest Florida, Inc.; Adams Homes, LLC; Adams Homes Realty, Inc. | Adams Homes of Northwest Florida, Inc.; Adams Homes, LLC; and Adams Homes Realty, Inc. reserve all claims against Mt. Hawley Insurance Company, Lloyd's, American Homes Assurance Company and Commerce and Industry Insurance Company | |
| All Florida Drywall Supplies, Inc. | All Florida Drywall Supplies, Inc. reserves all claims against Scottsdale Insurance Company | FCCI Insurance Company reserves all claims against Scottsdale Insurance Company |
| Allied Building Products Corp d/b/a Southern Atlantic Supply Division Corp and Old Castle, Inc. | | Liberty Mutual Fire Insurance Company reserves all claims against American Zurich Insurance Company and American Guaranty & Liability Insurance Company; and American Zurich Insurance Company and American Guaranty & Liability Insurance Company reserve all claims against Liberty Mutual Fire Insurance Company |

| | | |
|---|---|---|
| Alvarez Homes, Inc. | Alvarez Homes, Inc. reserves all claims against Cincinnati Insurance Company and Amerisure Insurance Company | State Farm Florida Insurance Company reserves all claims against Cincinnati Insurance Company and Amerisure Insurance Company |
| American Building Materials, Inc. | American Building Materials, Inc. and its assignee KB Home reserve all claims against Granite State Insurance Company | Auto-Owners Insurance Company Owners Insurance Company, and their assignee KB Home reserve all claims against Granite State Insurance Company |
| ATCO Interior Corp. | | Granada Insurance Company reserves all claims against Nova Casualty |
| Aubuchon Homes, Inc. | Aubuchon Homes, Inc. reserves all claims against Vinings Insurance Company | |
| Beazer Homes Corp. | Beazer Homes Corp. reserves all claims against Steadfast Insurance Company, Zurich Northern America, Zurich Insurance Company, XL Europe Insurance Company Ltd., Endurance American Specialty Insurance Company, Endurance Specialty Insurance Ltd., American Guarantee & Liability Insurance Company, SR International Business Insurance Company Ltd., SR International Business Insurance Company SE, Swiss Re International SE, and XL Insurance Company Limited | |
| Calmar Construction Company, Inc. | | Catlin Insurance Company reserves all claims against First Financial Insurance Company and American Empire Insurance Company |
| Capitol Materials, Inc. | Capital Materials, Inc. reserves all claims against Zurich American Insurance Company | |
| Ciara Homes LLC | Ciara Homes LLC reserves all claims against Western Pacific Insurance Company | |

| | | |
|---|---|---|
| City Salvage, Inc. | City Salvage, Inc. reserves all claims against Maryland Casualty Company and Northern Insurance Company of New York | |
| Cockerham Construction, LLC | | Catlin Insurance Company reserves all claims against Quanta Indemnity Company and Naxos Insurance Company |
| D.R. Horton, Inc. and D.R. Horton, Inc. – Gulf Coast | D.R. Horton, Inc. and D.R. Horton, Inc.—Gulf Coast reserve all claims against ACE, AIG, Chartis, CHUBB, XL, Allied Word Assurance, Swiss RE, Lexington, SR International, Aspen Insurance UK, Evanston Insurance, AISL, Arch, Steadfast, XL Europe, Allied World , Scor, Ironshore Specialty, Underwriters at Lloyds of London and Alterra Europe PLC. | |
| Devon International Industries, Inc. f/k/a Devon International Trading, Inc., Devon International Group, Inc., Devon International, Inc. and Devon Health Services, Inc. | Devon International Industries, Inc. f/k/a Devon International Trading, Inc., Devon International Group, Inc., Devon International, Inc. and Devon Health Services, Inc. reserve all claims against Cincinnati Insurance Company and Continental Casualty Company | Maryland Casualty Company reserves all claims against Cincinnati Insurance Company and Continental Casualty Company; Cincinnati Insurance Company reserves all claims against Maryland Casualty Company  and Continental Casualty Company |
| F. Vicino Drywall, Inc., F. Vicino Drywall II, Inc. and F. Vicino & Company, Inc. | | Hartford Fire Insurance Company reserves all claims against National Insurance Group and Florida Insurance Guaranty Association |
| Finest Drywall, Inc. | Finest Drywall, Inc. reserves all claims against National Union Fire Insurance Company of Pittsburgh, Pa. | |

| | |
|---|---|
| First Home Builders of Florida, LLC | First Home Builders of Florida, LLC reserves all claims against Great American Insurance Company, The Ohio Casualty Group, North American Capacity Insurance Company, Chartis Specialty Insurance Company, f/k/a American International Specialty Lines Insurance Company, The North River Insurance Company, U.S. Fire Insurance Company, Crum & Forster Indemnity Company and Westchester Surplus Lines Insurance Company |
| G. Proulx, LLC and G. Proulx, Inc. | G. Proulx, LLC and G. Proulx, Inc. reserve all claims against Zurich American Insurance Company, Continental Casualty Company, Chartis, Inc., Chartis Claims, Inc., Granite State Insurance Company, New Hampshire Insurance Company, National Union Fire Insurance Company and Fireman's Fund Insurance Companies |
| G.L. Building Corporation, G.L.Homes of Florida Corporation, G.L. Homes Limited Corporation, G.L. Homes of Boynton Beach Associates IX, Ltd, Boynton Beach Associates XVI, LLLP, Boynton Beach XVI Corporation, Miramar Associates IV, LLLP, Miramar IV Corporation, G.L. Homes of Davie Associates II, Ltd., G.L. Homes of Davie Associates III, Ltd., G.L. Homes of Davie Associates IV, Ltd., G.L. Homes of Davie IV Corporation | G.L. Building Corporation, G.L.Homes of Florida Corporation, G.L. Homes Limited Corporation, G.L. Homes of Boynton Beach Associates IX, Ltd. Boynton Beach Associates XVI, LLLP, Boynton Beach XVI Corporation, Miramar Associates IV, LLLP, Miramar IV Corporation, G.L. Homes of Davie Associates II, Ltd., G.L. Homes of Davie Associates III, Ltd., G.L. Homes of Davie Associates IV, Ltd., G.L. Homes of Davie IV Corporation reserve all claims against Chartis Specialty Insurance Company, Lexington Insurance Company, Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company, Lexington Insurance Company and Steadfast Insurance Company |

| Entity | Claims Reserved |
|---|---|
| Gator Gypsum, Inc. | Gator Gypsum, Inc. reserves all claims against Zurich American Insurance Company |
| GH Vero Beach Development, LLC | GH Vero Beach Development, LLC reserves all claims against Admiral Insurance Company, American Empire Surplus Lines Insurance Company, Crum and Forster Insurance Company, RSUI Indemnity Company, Landmark American Insurance Company, Lexington Insurance Company, Lloyds of London |
| Grays Bay Builders, Inc. | Grays Bay Builders, Inc. reserves all claims against FCCI, North American Specialty Insurance Company, Quanta Specialty Lines Insurance Company and General Fidelity Insurance Company |
| Hanover Homes, Inc. | Nationwide Mutual Insurance Company reserves all claims against Bridgefield Casualty Insurance Company |
| Hallmark International Lands & Investments, Inc. | Mid-Continent Casualty Company reserves all claims against Quanta Indemnity Company |
| HomeTown Lumber & Supply, Inc. | Federated Mutual Insurance Company and Federated Service Insurance Company reserve all claims against Wesco Insurance Company |
| Hovnanian Developments of Florida, Inc. | Hovnanian Developments of Florida, Inc. reserves all claims against XL Insurance (Bermuda) LTD |
| Hovnanian Enterprises, Inc. | Hovnanian Enterprises, Inc. reserves all claims against XL Insurance (Bermuda) LTD |
| Hovstone Properties Florida, LLC | Hovstone Properties Florida, LLC reserves all claims against XL Insurance (Bermuda) LTD |
| John L. Crosby, LLC | John L. Crosby, LLC reserves all claims against U.S. Fire Company, Crum and Forster Specialty Insurance Company and North River Insurance Company | Gemini Insurance Company reserves all claims against U.S. Fire Company, Crum and Forster Specialty Insurance Company and North River Insurance Company |

| | |
|---|---|
| JWR Construction Services, Inc. | JWR Construction Services, Inc. reserves all claims against Amerisure Insurance Company, Amerisure Mutual Insurance Company, Fireman's Fund Insurance Company |
| K. Hovnanian Developments of New Jersey, Inc. | K. Hovnanian Developments of New Jersey, Inc. reserves all claims against XL Insurance (Bermuda) LTD |
| K. Hovnanian Developments of Texas, Inc. | K. Hovnanian Developments of Texas, Inc. reserves all claims against XL Insurance (Bermuda) LTD |
| K. Hovnanian First Homes, LLC | K. Hovnanian First Homes, LLC reserves all claims against XL Insurance (Bermuda) LTD |
| K. Hovnanian Homes of Houston, LLC f/k/a K. Hovnanian of Houston, LP d/b/a Parkside Homes | K. Hovnanian Homes of Houston, LLC f/k/a K. Hovnanian of Houston, LP d/b/a Parkside Homes reserves all claims against XL Insurance (Bermuda) LTD |
| K. Hovnanian of Houston II, LLC f/k/a K. Hovnanian of Houston II, LP d/b/a Brighton Homes | K. Hovnanian of Houston II, LLC f/k/a K. Hovnanian of Houston II, LP d/b/a Brighton Homes reserves all claims against XL Insurance (Bermuda) LTD |
| K. Hovnanian of Palm Beach XIII, Inc. | K. Hovnanian of Palm Beach XIII, Inc. reserves all claims against XL Insurance (Bermuda) LTD |
| K. Hovnanian Windward Homes, LLC | K. Hovnanian Windward Homes, LLC reserves all claims against XL Insurance (Bermuda) LTD |

| | | |
|---|---|---|
| KB HOME Tampa LLC, KB HOME Florida LLC, KB HOME Treasure Coast LLC, KB HOME Jacksonville LLC, KB HOME Orlando LLC, KB HOME Fort Myers LLC and KB HOME/SHAW Louisiana LLC | KB HOME Tampa LLC, KB HOME Florida LLC, KB HOME Treasure Coast LLC, KB HOME Jacksonville LLC, KB HOME Orlando LLC, KB HOME Fort Myers LLC and KB HOME/SHAW Louisiana LLC reserve all claims against Winterthur Insurance Company, SR International Insurance Company, Starr Excess Insurance Company, Zurich Insurance Company, Lexington Insurance Company, New Market Underwriters, Federal Insurance Company, XL Insurance Company, XL Europe Insurance Company, American Alternative Insurance Company, Old Republic Insurance Company, Endurance Insurance Company, Max Re Insurance Company, Scor Re Insurance Company, Aspen Insurance Company | |
| Land Services of FL, LLC and Butler Properties, LLC | Land Services of FL, LLC and Butler Properties, LLC reserve all claims against Scottsdale Insurance Company and Evanston Insurance Company | |
| Lennar Corporation, Lennar Homes, LLC f/k/a Lennar Homes, Inc., and U.S. Home Corporation | Lennar Corporation, Lennar Homes, LLC f/k/a Lennar Homes, Inc., and U.S. Home Corporation reserves all claims against Old Republic, AIG, Interstate Fire & Casualty, Zurich American, General Security Indemnity Company of Arizona, Starr Excess, Chubb, Endurance, Allied World Assurance, XL Europe Ltd., Interstate Ins. Group, Swiss Re, Max Re Ltd., Aspen, Ironshore, Steadfast, Markel, Markel American, American Guarantee, Zurich, Syndicate 1209. | |
| Lucchetti Drywall and AML Drywall | | The Ohio Casualty Insurance Company reserves all claims against Mercer Insurance Company |
| M. Carbine Restorations, Ltd. | M. Carbine Restorations, Ltd. reserves all claims against Tudor Insurance Company | |

| | | |
|---|---|---|
| M/I Homes (including all subsidiaries and affiliates) | M/I Homes reserves all claims against Allied World Assurance Company, Old Republic Insurance Company, Chubb Group of Insurance Companies; Chubb Commercial Excess; and Federal Insurance Company, Zurich American Insurance Company, Zurich North America, Steadfast Insurance Company, Endurance Specialty Insurance, Ltd. | |
| Maronda Homes, Inc. of Florida | Maronda Homes, Inc. of Florida reserves all claims against Chartis Specialty Insurance Company, National Union, Accordia Northeast, Inc., American Alternative Insurance Company, Wells Fargo Insurance Services Pennsylvania, Inc. and Everest National Insurance Company | |
| McDowell Builders, LLC | McDowell Builders, LLC reserves all claims against Colony Insurance Company | Gemini Insurance Company reserves all claims against Colony Insurance Company |
| Meridian Homes USA, Inc. | Meridian Homes USA, Inc. reserves all claims against Builders Insurance Company and Builders Insurance Group | |
| Meritage Homes of Florida, Inc. and Meritage Homes of Texas, LLC | Meritage Homes of Florida, Inc. and Meritage Homes of Texas, LLC reserves all claims against American International Specialty Lines Insurance Company, Hartford Fire Insurance Company, Lexington Insurance Company and Starr Excess Insurance Company | |
| MGB Construction, Inc. | | Mid-Continent Casualty Company reserves all claims against Quanta Indemnity Company |
| Mid-State Drywall, Inc. d/b/a Michael Mosley Drywall | | Florida Insurance Guaranty Association reserves all claims against Seminole Casualty Insurance Company and American Southern Insurance Company |
| MSC of NWF, Inc. and Michael Stanley Construction, Inc. | | Mid-Continent Casualty Company reserves all claims against Quanta Indemnity Company |

| | |
|---|---|
| New Orleans Area Habitat for Humanity, Inc. | New Orleans Area Habitat for Humanity, Inc. reserves all claims against Federal Insurance Company and ACE Property and Casualty Insurance Company |
| Platinum Property Management, Inc. | Platinum Property Management, Inc. reserves all claims against Nautilus Insurance Company |
| Pukka Development, Inc. | Pukka Development, Inc. reserves all claims against Westchester Surplus Lines Insurance Company and The Insurance Company of the State of Pennsylvania |
| RAH of Texas, LP | RAH of Texas, LP reserves all claims against American Specialty Lines Insurance Company, Allegiant Insurance Company and Lexington Insurance Company |
| RCL Development, Inc. | RCL Development, Inc. reserves all claims against Amerisure Insurance Company and Amerisure Mutual Insurance Company |
| Richmond Heights Community Development Corp. | Richmond Heights Community Development Corp. reserves all claims against Nautilus Insurance Company |
| RiverStreet Homes, Inc. | |
| Rogers Company, LLC | Rogers Company, LLC reserves all claims against Assurance Company of America and Zurich North America |
| Shoma Homes at Keys Cove Phase II, Inc. | Shoma Homes at Keys Cove Phase II, Inc. reserves all claims against Crum and Forster Specialty Insurance Company |
| Southern Homes of Broward XI, Inc. | Southern Homes of Broward XI, Inc. reserves all claims against Mid-Continent Casualty Company |

Mid-Continent Casualty Company reserves all claims against Quanta Indemnity Company

| | | |
|---|---|---|
| Standard Pacific Corp., Standard Pacific of South Florida GP, Inc., Standard Pacific Homes of South Florida GP, Inc., Standard Pacific of Tampa GP, Inc., Standard Pacific of Colorado, Inc., HWB Construction, Inc., Westbrooke Homes, Westfield Homes of Florida, Inc. and Standard Pacific Homes of Southwest Florida, Inc. | Standard Pacific Corp., Standard Pacific of South Florida GP, Inc., Standard Pacific Homes of South Florida GP, Inc., Standard Pacific of Tampa GP, Inc., Standard Pacific of Colorado, Inc., HWB Construction, Inc., Westbrooke Homes, Westfield Homes of Florida, Inc., Standard Pacific Homes of Southwest Florida, Inc. reserve all claims against Steadfast Ins. Co., Interstate Fire & Casualty Company, Insurance Company of the State of Pennsylvania, Endurance Specialty Insurance Ltd., XL Europe Ltd., Newmarket Underwriters Insurance Company, Interstate Fire & Casualty Company, Swiss RE, Lexington Insurance Company, Lloyd's Syndicate 2003, Lloyds Syndicate 1209, Scor Re Insurance Company, Swiss Re Insurance Company, Max Re Insurance Company, Allied World Assurance Company, Ltd., Ace Westchester Insurance Company | |
| Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc., Stock Building Supply Holdings, LLC and Stock Building Supply West, LLC | Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc., Stock Building Supply Holdings, LLC and Stock Building Supply West, LLC reserve all claims against Chubb Group of Insurance Companies, Chubb Commercial Excess, Federal Insurance Company and Selective Insurance Group, Inc. | |
| Suncoast Building Materials, Inc. | Suncoast Building Materials, Inc. reserves all claims against Pennsylvania Lumberman's Mutual Insurance Company | |
| The Haskell Company | The Haskell Company reserves all claims against National Union Fire Insurance Company of Pittsburgh, Pa., American Contractors Insurance Company Risk Retention Group, Lexington Insurance Company, Illinois Union Insurance Company, and American Guaranty & Liability Insurance Company | Cincinnati Insurance Company reserves all claims against Pennsylvania Lumberman's Mutual Insurance Company |

| Entity | Claims Reserved | Additional Claims Reserved |
|---|---|---|
| The Sterling Collection, Inc. | The Sterling Collection, Inc. reserves all claims against North American Specialty Insurance Company, Quanta Insurance Company, Builders Insurance Group and Vinings Insurance Company | Auto-Owners Insurance Company reserves all claims against Quanta Indemnity Company |
| Timberline Builders, Inc. | | |
| Toll Estero Limited Partnership | Toll Estero Limited Partnership reserves all claims against Steadfast Insurance Company, Hartford Fire Insurance Company, Zurich American Insurance Company, XL Insurance Company Limited-Irish Branch, Endurance Specialty Insurance Ltd. | Arch Insurance Company and Granite State Insurance Company reserves all claims against Zurich Insurance Company |
| Total Community Action, Inc. | | |
| Turley Heating & Cooling, Inc. and J. Brian Turley | | Auto-Owners Insurance Company reserves all claims against Employers Mutual Casualty Company |
| Weekley Homes, LLC f/k/a Weekley Homes, L.P. and David Weekley Homes, LLC | Weekley Homes, LLC f/k/a Weekley Homes, L.P. and David Weekley Homes, LLC reserve all claims against Steadfast Insurance Company, Zurich American Insurance Company and Zurich North America | |
| Wholesale Building Products, LLC | Wholesale Building Products, LLC reserves all claims against Zurich American Insurance Company, Continental Casualty Company, Chartis, Inc., Granite State Insurance Company, New Hampshire Insurance Company, National Union Fire Insurance Company and Fireman's Fund Insurance Companies | |

| | | |
|---|---|---|
| Williams-Brown, Inc. | | Nationwide Mutual Insurance Company reserves all claims against First Specialty Insurance Company, First Mercury Insurance Company, Landmark American, and National Trust Insurance Company |

## Exhibit 4- Assignments to PSC

### Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers

| Participating Defendant Involved | Participating Defendant/Insurers Assigning Claims to PSC |
|---|---|
| Aburton Homes, Inc. | Aburton Homes, Inc., General Fidelity Insurance Company and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that any of these entities may have against North American Specialty Insurance Company related to its claim handling and/or coverage for Aburton Homes, Inc. |
| American Dream Builders, Inc. | American Dream Builders, Inc. and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that either of these entities may have against North American Specialty Insurance Company related to its claim handling and/or coverage American Dream Builders, Inc. |
| American Housing Corporation | American Housing Corporation, General Fidelity Insurance Company and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that any of these entities may have against North American Specialty Insurance Company related to its claim handling and/or coverage American Housing Corporation |
| First Choice Homes of SW Florida, Inc. | First Choice Homes of SW Florida, Inc. and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that either of these entities may have against North American Specialty Insurance Company related to its claim handling and/or coverage First Choice Homes of SW Florida, Inc. |
| Groza Builders, Inc. | Groza Builders, Inc., General Fidelity Insurance Company and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that any of these entities may have against North American Specialty Insurance Company and Vinings Insurance Company related to their claim handling and/or coverage Groza Builders, Inc. |

| | |
|---|---|
| Nautical Homes, LLC n/k/a Statewide Structural, LLC | Nautical Homes, LLC n/k/a Statewide Structural, LLC and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that either of these entities may have against North American Specialty related to its handling or coverage for Nautical Homes, LLC n/k/a Statewide Structural, LLC |
| Ocean Construction, Inc. | Ocean Construction, Inc. and FCCI Insurance Company assign to the PSC an and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that either of these entities may have against Amerisure Insurance Company and Amerisure Mutual Insurance Company related to their handling or coverage for Ocean Construction, Inc. |
| Reve Development Corporation | Reve Development Corporation and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that either of these entities may have against North American Specialty related to its handling or coverage for Reve Development Corporation |
| RJM Builders North, Inc., RJM Builders Inc. and RJM Builders South, Inc. | RJM Builders North, Inc., RJM Builders Inc. and RJM Builders South, Inc., General Fidelity Insurance Company and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that any of these entities may have against North American Specialty related to its handling or coverage for RJM Builders North, Inc., RJM Builders Inc. and RJM Builders South, Inc. |
| Schmidt Brothers Homes, Inc. | Schmidt Brothers Homes, Inc., General Fidelity Insurance Company and Quanta Insurance Company assign to the PSC an and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that any of these entities may have against North American Specialty related to its handling or coverage for Schmidt Brothers Homes, Inc. |
| Shoma Homes Splendido, Inc. | Shoma Homes Splendido, Inc. assigns to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that it may have against Crum and Forester Insurance Company related to its claim handling and/or coverage Shoma Homes Splendido, Inc. |

| Smith Family Homes Corporation and Smith Family Homes, Inc. | Smith Family Homes Corporation and Smith Family Homes, Inc., General Fidelity Insurance Company and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that any of these entities may have against North American Specialty Insurance Company related to its claim handling and/or coverage Smith Family Homes Corporation and Smith Family Homes, Inc. |
| --- | --- |
| Stuart South Group, LC d/b/a Treasure Coast Homes | Stuart South Group, LC d/b/a Treasure Coast Homes and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that either of these entities may have against North American Specialty Insurance Company related to its claim handling and/or coverage Stuart South Group, LC d/b/a Treasure Coast Homes |
| Treasure Coast Communities, LC | Treasure Coast Communities, LC and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that either of these entities may have against North American Specialty Insurance Company related to its claim handling and/or coverage Treasure Coast Communities, LC |
| Turn Key Home Builders, Inc. | Turn Key Home Builders, Inc. and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that either of these entities may have against North American Specialty Insurance Company related to its claim handling and/or coverage Turn Key Home Builders, Inc. |