UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED           MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY            SECTION: L
LITIGATION                            JUDGE FALLON
                                      MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:             CASE NO.: 12-0498

RICHARD and CONSTANCE ALMEROTH, ET AL.,
individually, and on behalf of all others similarly
situated v. TRACEY CONSTRUCTION, INC., et al.

_____/

## DEFENDANT, TRACEY CONSTRUCTION, INC.'S, MOTION TO DISMISS

Defendant, TRACEY CONSTRUCTION, INC., by and through its undersigned counsel moves this Honorable Court for an Order dismissing Plaintiffs' Omnibus Class Action Complaint (XIII) against TRACEY CONSTRUCTION, INC. for lack of personal jurisdiction pursuant to Federal Rules of Civil Procedure Rule 12(b)(2) for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6), or alternatively, to transfer venue to the Southern District of Florida pursuant to 288 U.S.C. § 1406(a), and 288 U.S.C. § 1401.

1.  TRACEY CONSTRUCTION, INC. is a Florida corporation and the houses at issue in this action are located in Florida (see Complaint).

2.  TRACEY CONSTRUCTION, INC. is a Florida corporation that has never done business in the State of Louisiana.

3.  TRACEY CONSTRUCTION, INC. does not have minimum contacts with the State of Louisiana.

4. The entire business transaction of TRACEY CONSTRUCTION, INC. and construction of the subject homes took place in the State of Florida.

5. TRACEY CONSTRUCTION, INC. has not submitted to and is not subject to, jurisdiction in this Court.

6. In the absence of any contact between TRACEY CONSTRUCTION, INC. and the State of Louisiana, this Court does not have personal jurisdiction over TRACEY CONSTRUCTION, INC. on claims that arise from real property located in the State of Florida.

**WHEREFORE**, this Defendant, TRACEY CONSTRUCTION, INC., respectfully requests this Honorable Court to enter an Order dismissing Plaintiffs' cause of action against TRACEY CONSTRUCTION, INC. for the reasons cited above, and requests any further relief as this Honorable Court deems necessary and appropriate.

Respectfully submitted,

FULMER LeROY ALBEE BAUMANN, P.L.C.
Attorneys for Defendant,
TRACEY CONSTRUCTION, INC.
2866 East Oakland Park Boulevard
Fort Lauderdale, FL  33306
(954) 707-4430  phone
(954) 707-4431  fax


BY: /s/ *Gary F. Baumann*
    GARY F. BAUMANN
    Fla. Bar. No.: 089052

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2012, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller by e-mail and e-mail upon all parties by electronically uploading same to Lexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

BY: /s/ *Gary F. Baumann*
GARY F. BAUMANN