UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |
| THIS DOCUMENT RELATES TO: | CASE NO.: 12-0498 |

RICHARD and CONSTANCE ALMEROTH, ET AL.,
individually, and on behalf of all others similarly
situated v. TRACEY CONSTRUCTION, INC., et al.

_____/

## ORDER

Upon consideration of the Motion to Dismiss filed herein by Defendant,

TRACEY CONSTRUCTION, INC.;

IT IS HEREBY ORDERED that the Motion to Dismiss be and the same is hereby

GRANTED. Plaintiffs have failed to establish jurisdiction over this Defendant.

New Orleans, Louisiana, this ____ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge