UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED  　　　MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY  　　　　SECTION: L
LITIGATION  　　　　　　　　　　　　　　JUDGE FALLON
　　　　　　　　　　　　　　　　　　　　MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:  　　　　CASE NO.: 12-0498

RICHARD and CONSTANCE ALMEROTH, ET AL.,
individually, and on behalf of all others similarly
situated v. TRACEY CONSTRUCTION, INC., et al.

_____/

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE, that Defendant, TRACEY CONSTRUCTION, INC.'S,

Motion to Dismiss will be submitted for consideration on June 20, 2012 at 9:00 a.m.

　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　FULMER LeROY ALBEE BAUMANN, P.L.C.
　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　TRACEY CONSTRUCTION, INC.
　　　　　　　　　　　　　2866 East Oakland Park Boulevard
　　　　　　　　　　　　　Fort Lauderdale, FL  33306
　　　　　　　　　　　　　(954) 707-4430  phone
　　　　　　　　　　　　　(954) 707-4431  fax


BY: /s/ *Gary F. Baumann*
　　　　GARY F. BAUMANN
　　　　Fla. Bar. No.:  089052

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2012, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller by e-mail and e-mail upon all parties by electronically uploading same to Lexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

BY: /s/ *Gary F. Baumann*
GARY F. BAUMANN