Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0667

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Big Bear Const. Co.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LA_ ) ss.
County of: _St. Tammany_ )
Name of Server: _Kyle Ehrenreich_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _12_ day of _May_, 20 _11_, at _12:50_ o'clock _P_ M

Place of Service: at _14350 South Lakeshore Drive_, in _Covington, LA 70434_

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Big Bear Const. Co.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Barry Breaux auth. to accept service_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_; Skin Color _W_; Hair Color _____; Facial Hair _____
Approx. Age _____; Approx. Height _____; Approx. Weight _____

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _16_ day of _May_, 20 _11_

Signature of Server                                Notary Public         (Commission Expires)

**APS International, Ltd.**