Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0156

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Big River Construction and Remodeling Co., Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Parish State of: _Louisiana_ ) ss.
Parish of: _Livingston_ )

| | |
|---|---|
| Name of Server: | _Tom Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the _16th_ day of _April_, 20 _11_, at _1:45_ o'clock _P_ M |
| Place of Service: | at _6673 Lasalle_, in Baton Rouge, LA 70806 |
| Documents Served: | the undersigned served the documents described as: Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand |
| Service of Process on: Person Served, and Method of Service: | A true and correct copy of the aforesaid document(s) was served on: **Big River Construction and Remodeling Co., Inc.** By delivering them into the hands of an officer or managing agent whose name and title is: _Mr. Frank McArdle, Owner_ |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex _M_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _N/A_ Approx. Age _45 yrs_; Approx. Height _5'11"_ ; Approx. Weight _190 lbs_ X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. _Tom Cassisa_ Signature of Server | Subscribed and sworn to before me this _26TH_ day of _APRIL_, 20 _11_ _James Dallam_ 4/29/13 Notary Public  (Commission Expires) |

**APS International, Ltd.**