UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**O R D E R**

Upon consideration of the Plaintiffs' Steering Committee's Motion for Leave to File Exhibits Under Seal;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee's Motion for Leave to File Exhibits Under Seal is granted, and Exhibits "A" and "B" attached to the Plaintiffs' Steering Committee's Motion to Compel 30(b)(6) Deposition Discovery From The North River Insurance Company be and they are hereby FILED UNDER SEAL.

New Orleans, Louisiana, this 22nd day of May, 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE