Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0324

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bill Gregory Drywall
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Georgia__ ) ss.
County of: __Walton__ )

**Name of Server:** __Tim Quinn__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __28th__ day of __March__, 20__11__, at __10:30__ o'clock __A__, M

**Place of Service:** at __3775 Creekwood Circle__, in __Loganville, GA  30052__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Bill Gregory Drywall**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Bill Gregory, Owner__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Grey__ ; Facial Hair __beard__
Approx. Age __50__ ; Approx. Height __6'0"__ ; Approx. Weight __280__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

/Timothy Quinn/
Signature of Server

Subscribed and sworn to before me this __29th__ day of __March__, 20__11__

Notary Public           (Commission Expires)

*NOTARY SEAL: JAMES ... GEORGIA EXPIRES DEC. 30, 2011 GWINNETT COUNTY*

**APS International, Ltd.**