# Exhibit "A"

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

DANIEL ABREU, individually and on behalf
of all others similarly situated, ADDITIONAL
PLAINTIFFS LISTED ON SCHEDULE OF
PLAINTIFFS]

                Plaintiffs,

v.

GERBRUEDER KNAUF
VERWALTUNGSGESELLSCHAT, KG, et al,
and [ADDITIONAL DEFENDANTS LISTED
ON SCHEDULE OF DEFENDANTS,
including, MERCEDES HOMES, LLC]

                Defendants

_____/.

CASE NO.  11-252
SECT. L MAG 2
Chinese Drywall MDL Case No.  2047

JURY TRIAL DEMAND
OMNIBUS COMPLAINT (VIII)

## AFFIDAVIT OF MARCUS A. WATSON, SR.
## IN SUPPORT OF MERCEDES HOMES, LLC'S MOTION TO QUASH

STATE OF FLORIDA

COUNTY OF BREVARD

      MARCUS A. WATSON, SR., being duly sworn, says:

      1.     I am over the age of eighteen (18) years old, of sound mind and body, and competent to testify as to the matters stated herein.

      2.     At all times material, I am and have been the Chief Executive Officer of Mercedes Homes, LLC, the successor-by-merger to Mercedes Homes, Inc., the builder/developer of the residences identified below:

        7845 103rd Court, Vero Beach, Florida 32967 (Owners: Joslyn and Janet Edwards)
        186 Spring Valley Avenue, Sebastian, Florida 32958 (Owners: Randy and Amy Lapriola)

1

3.      I am employed by Finley, Colmer & Co. which was retained by Bank of America to oversee the dissolution of Mercedes Homes' assets and the winding down of its affairs.  I am also the sole manager of Mercedes Homes, LLC.

4.      I have reviewed Mercedes Homes' records as they are maintained in the ordinary course of business and otherwise have personal knowledge of the matters stated herein.

5.      At all times Mercedes Homes has been a Florida company which has never conducted business in Louisiana.  Mercedes Homes has not had any offices, property or agents in Louisiana.  Mercedes Homes has never maintained any bank accounts or advertising campaigns in Louisiana.

6.      From April 29, 2011 through May 20, 2011, Mercedes Homes hired Ms. Rita Gettings on a temporary basis to fill in for the receptionist while she was on vacation.

7.      Ms. Gettings was never authorized to accept service of process for Mercedes Homes.  She was also never responsible for sorting and accepting the mail.

8.      Mercedes Homes has no record of Ms. Gettings ever receiving and/or delivering the Summons and Complaint.

9.      Neither I, nor any other officer, director, owner, or manager of Mercedes Homes, LLC has ever seen a copy of the original Summons and Complaint styled: "Abreu v. Gerbrueder Knauf Verwaltungsgesellschat, KG, et al. (Case No. 11-252).

10.     In February 2012, I was told by Mercedes Homes' bankruptcy counsel that he had been told by the attorney for Chartis Insurance that Mercedes had been named as a defendant in a Chinese Drywall lawsuit in the multi-district litigation in the Eastern District of Louisiana (the "MDL").

11.    I authorized Mercedes Homes' attorneys to notify the Plaintiffs' attorneys in the MDL that Mercedes Homes had filed for bankruptcy.

FURTHER AFFIANT SAYETH NAUGHT.

MERCEDES   HOMES,   LLC,   a   Florida limited liability company

_____
Marcus A. Watson, Sr., its Chief Executive Officer and Sole Manager

_____May 23, 2012_____
Date

## AUTHENTICATION

SWORN TO AND SUBSCRIBED before me as true and correct this 23rd day of _May_, 2012 by MARCUS A. WATSON, SR., the Chief Executive Officer and Sole Manager of Mercedes Homes, LLC.   He is [✓] personally known to me or [ ] produced identification:

_____ (Drivers' License No.)

(NOTARY SEAL)

GALE L. ROGERS
Comm# DD0886697
Expires 5/23/2013
Florida Notary Assn., Inc

_____
Signature of Notary Public, State of Florida

_____Gale L. Rogers_____
Print Name

_____5-23-2012_____
Date

3