# Exhibit "C"



**SHUTTS & BOWEN LLP**

*Founded 1910*

AMANDA G. SIMMONS
Partner, Licensed in Florida and Kentucky
Construction Litigation Group

(407) 835-6764  Direct Telephone
(407) 237-2202  Direct Facsimile
asimmons@shutts.com  Email

March 13, 2012

**VIA EMAIL (ldavis@hhkc.com)**
**AND US FIRST CLASS MAIL**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Stephen J. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   **Plaintiffs' Omnibus Class Action Complaint (VIII)**
      **Homeowner/Plaintiffs**
            **Joslyn and Janet Edwards**
            **Randy and Amy Lapriola**
      **Builder/Defendant, Mercedes Homes, LLC (Subclass # 73)**

Dear Counsel,

This law firm represents Mercedes Homes, Inc, n/k/a Mercedes Homes, LLC ("Mercedes Homes"). Mercedes Homes, LLC has been named as a Builder-Defendant in the aforementioned Omnibus Class Action Lawsuit. Please be advised that the aforementioned Plaintiff/Homeowners purchased their homes from Mercedes Homes, Inc. Copies of their warranty deeds are enclosed herewith for your convenience.

As of today's date and to the best our knowledge, Mercedes Homes has not yet been served with the summons and complaint. However, before you continue to spend time and money on those efforts, you should be advised that in 2009 Mercedes Homes filed for Chapter 11 bankruptcy in US Bankruptcy Court in the Southern District of Florida, West Palm Beach Division (Case No.: 09-11191-BNKC-PGH). The Plaintiff/Homeowners were named as potential creditors in the bankruptcy in accordance with § 101(5) of the Bankruptcy Code and notified of such fact on or about March 30, 2009.

Plaintiffs' Steering Comm
March 13, 2012
Page 2

  Since the bankruptcy is still awaiting discharge, the automatic stay remains in effect. Should you have any further questions about this matter, please don't hesitate to contact me.

Sincerely,

Amanda Simmons, Esq.

/Enclosures

cc: Mercedes Homes
   Brian Jones, Esq.

   Baron & Budd
   Alters Law Firm, P.A.
   Allison Grant, P.A.
   *Individual Counsel for Joslyn and Janet Edwards*

   Colson, Hicks, Eidson
   Law Offices of Richard J. Serpe
   *Individual Counsel for Randy and Amy Lapriola*

ORLDOCS 12437613 1

# Corporate Warranty Deed

**This Indenture,** made, June 29, 2006 A.D.
**Between**
**Mercedes Homes, Inc.**, a Florida Corporation whose post office address is: 3585 SW Corporate Parkway, Palm City, Florida 34990 a corporation existing under the laws of the State of Florida, Grantor and **Joscelyn Edwards and Janet Edwards, husband and wife** whose post office address is: 7845 103rd Court, Vero Beach, Florida 32967, Grantee,

**Witnesseth,** that the said Grantor, for and in consideration of the sum of Ten and No/100 Dollars ($10.00), to it in hand paid by the said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee forever, the following described land, situate, lying and being in the County of Indian River, State of Florida, to wit:

Lot 5, in Block D, of VERO BEACH ESTATES, UNIT R, according to the Plat thereof, as recorded in Plat Book 6, at Page 51, of the Public Records of Indian River County, Florida.

Subject to taxes for the current year, covenants, restrictions and easements of record, if any.

Parcel Identification Number: 31-38-33-00008-0040-00005/

**And** the said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.
**In Witness Whereof,** the said Grantor has caused this instrument to be executed in its name by its duly authorized officer and caused its corporate seal to be affixed the day and year first above written.

Mercedes Homes, Inc.

*Signed and Sealed in Our Presence:*

By: _____
Jeffery R. King
Its Division President

Witness Print Name: __H. Clarke__

(Corporate Seal)

Witness Print Name: __N. Ghent__

State of       Florida
County of    Martin

The foregoing instrument was acknowledged before me this 29th day of June, 2006 by Jeffery R. King, the Division President of Mercedes Homes, Inc. A corporation existing under the laws of the State of Florida, on behalf of the corporation.
He/She is personally known to me or has produced a driver's license as identification.

_____ (Seal)
Notary Public
Notary Printed Name: _____
My Commission Expires::

N. Ghent
Commission # DD340410
Expires July 22, 2008
Bonded Troy Fain - Insurance, Inc. 800-385-7019

Prepared by:
Resa Ghent, an employee of
RECORD & RETURN TO:
B-D-R Title,
3575 SW Corporate Parkway
Palm City, Florida 34990

File Number: 5821PSE

# SPECIAL WARRANTY DEED

This Special Warranty Deed is made and executed this 31st day of October, 2007, by:

Mercedes Homes, Inc.

whose post office address is: 6905 N. Wickham Road Suite 201
Melbourne, Florida 32940

a corporation existing under the laws of the State of Florida, GRANTOR, to

Randy I. Lapriola and Amy E. Lapriola, husband and wife

whose post office address is: 230 Pearl Street, Lock Haven, PA 17745, GRANTEE:
Property and mailing Address: 186 Spring Valley Avenue Sebastian, FL 32958

(Wherever used herein the terms "Grantor" and "Grantee" shall include singular and plural, heirs, legal representatives, and assigns of individuals, and the successor and assigns of corporations, wherever the context so admits or requires).

*Witnesseth,* that the said Grantor, for and in consideration of the sum of TEN AND NO/10 DOLLARS ($10.00), in hand paid by the said Grantee, the receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto to the Grantee, all of the following described land, situate, lying and being in the County of Indian River County, Florida, to wit:

Lot 34, Block 594, SEBASTIAN HIGHLANDS UNIT-17, according to the Plat thereof, recorded in Plat Book 8, Page 46, of the Public Records of Indian River County, Florida

Parcel Identification Number: 31-39-19-00001-5940-00034/

Subject to taxes for the current year, covenants, conditions, restrictions, including those in the Restrictive Covenants and Conditions and/or Deed Addendum attached hereto and made a part hereof, reservations, limitations, easements of record, if any, and all applicable zoning ordinances and/or restrictions and prohibitions imposed by governmental authorities, if any.
Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
**To Have and To Hold** the same in fee simple forever.
And the Grantor will only warrant and defend the right and title to the above described property unto the Grantee against the lawful claims of those persons claiming by, through or under Grantor, but not otherwise.
**In Witness Whereof,** the said Grantor has caused this instrument to be executed in its name by its duly authorized officer and caused its corporate seal to be affixed the day and year first above written.

*Signed, sealed and delivered in our presence:*   **Mercedes Homes, Inc.**

_____   By: _____
SHELIA M. McCANE                   Todd Foley
Witness Print Name:                Its: Vice President of Construction

_____
Witness Print Name: KATHLEEN M. WEBSTER

State of Florida
County of Brevard

The foregoing instrument was acknowledged before me this 31st day of October, 2007, by Todd Foley, Vice President of Construction, of Mercedes Homes, Inc., a corporation existing under the laws of the State of Florida, on behalf of the corporation, who is personally known to me.

CONTRACTOR'S FINAL AFFIDAVIT AND RELEASE OF LIEN

STATE OF FLORIDA
COUNTY OF BREVARD

Before me, the undersigned authority, personally appeared, **Todd Foley, as Vice President of Construction** of **Mercedes Homes, Inc.**, who, after being by me first duly sworn, deposes and says of his personal knowledge that:

1. He/She is the **Vice President of Construction** of **Mercedes Homes, Inc.** which does business in the State of **Florida** (hereinafter called the "Contractor").

2. Contractor, pursuant to the Notice of Commencement (hereinafter referred to the "Contractor") with Mercedes Homes, Inc. (hereinafter referred to as the "Owner"), has heretofore furnished or caused to be furnished labor, materials and services for the construction of certain improvements as more particularly set forth in the Notice of Commencement filed in Official Records Book **2095**, Page **863**, as recorded in the Public Records of **Indian River** County, **Florida**.

3. Contractor represents that all work to be performed under the aforesaid Contract has been duly completed and that all lienors under the direct contract have been paid in full.

4. In consideration of final payment of the Contractor and all other previous payments paid be the Owner to the Contractor, the undersigned does hereby for and in behalf of the Contractor, waive, release and relinquish the Contractor's right to any claim or demand or right to impose a lien or liens for work done or materials or services furnished or any other class of lien whatsoever, on any of the property owned by Owner on which improvements have been completed in connection with the aforementioned Notice of Commencement.

5. The Affiant represents that he has authority to execute a full and final release of lien for and on behalf of the Contractor.

6. The Affiant makes this Affidavit and Release of Lien, pursuant to Chapter 713, F.S., for the express purpose of inducing the Owner to make final disbursement and payment to the Contractor.

MERCEDES HOMES, INC.

BY: **Todd Foley, Vice President of Construction**

State of **Florida**
County of **Brevard**

Sworn to and subscribed before me this October 31, 2007, by **Todd Foley, Vice President of Construction** of Mercedes Homes, Inc., on behalf of the corporation, who is personally known to me.

Notary Public
State of **Florida**

SHELIA M. MCLANE
MY COMMISSION EXPIRES
July 30, 2009
#DD 412667