UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL ABREU, individually and on behalf of all others similarly situated, ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS]<br>　　　　　　Plaintiffs,<br><br>v.<br><br>GERBRUEDER KNAUF VERWALTUNGSGESELLSCHAT, KG, et al, and [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, including, MERCEDES HOMES, LLC]<br><br>　　　　　　Defendants<br>_____/. | CASE NO.  11-252<br>SECT. L MAG 2<br>Chinese Drywall MDL Case No.  2047<br><br><br>JURY TRIAL DEMAND<br>OMNIBUS COMPLAINT (VIII) |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT Defendant, Mercedes Homes, LLC will submit its Motion to Quash at 9:00am on June 20, 2012 at the United States District Court for the Eastern District of Louisiana.

Respectfully submitted on this 3rd day of May, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Amanda Simmons, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　**JOHN H. DANNECKER, ESQ.**
　　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 745030
　　　　　　　　　　　　　　　　　　　　　　　　**AMANDA G. SIMMONS, ESQ.**
　　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.  0728020
　　　　　　　　　　　　　　　　　　　　　　　　Shutts & Bowen, LLP
　　　　　　　　　　　　　　　　　　　　　　　　300 South Orange Avenue, Suite 1000
　　　　　　　　　　　　　　　　　　　　　　　　Orlando, Florida 32801
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  407-423-3200
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:   407-237-2202
　　　　　　　　　　　　　　　　　　　　　　　　Email:  asimmons@shutts.com
　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Mercedes Homes, LLC*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of May, 2012, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/Amanda Simmons, Esq.
**JOHN H. DANNECKER, ESQ.**
**AMANDA SIMMONS, ESQ.**