UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL ABREU, individually and on behalf of all others similarly situated, ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS]<br>　　　　　Plaintiffs,<br><br>v.<br><br>GERBRUEDER KNAUF VERWALTUNGSGESELLSCHAT, KG, et al, and [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, including, MERCEDES HOMES, LLC]<br>　　　　　Defendants<br>_____/. | CASE NO.   11-252<br>SECT. L MAG 2<br>Chinese Drywall MDL Case No.  2047<br><br><br>JURY TRIAL DEMAND<br>OMNIBUS COMPLAINT (VIII) |

## ORDER

THIS COURT, having reviewed the file and being otherwise fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that in the aforestyled case, Defendant, Mercedes Homes, LLC's Motion to Quash Service of Process is hereby GRANTED.

NEW ORLEANS, LOUISIANA this __ day of _____, 2012.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　EDWIN E. FALLON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATED DISTRICT JUDGE