UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES AND<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-07628 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-06690 (E.D. La.)<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.)<br><br>*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 2:11-cv-00252 (E.D. La.)<br><br>*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-1363 (E.D. La.)<br><br>*Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-2349 (E.D. La.)<br><br>*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-3023 (E.D. La.)<br><br>*Vickers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-04117 (E.D. La.)<br><br>*Pate v. American International Specialty Lines Insurance Company, et al.* Case No. 2:09-cv-07791 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE

Please take notice that Sander L. Esserman and Jacob L. Newton of the law firm of Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, hereby file their Notice of Appearance as counsel of record for The WCI Chinese Drywall Property Damage and Personal Injury Settlement Trust (the "WCI Trust") and the NPG Chinese Drywall Property Damage and Personal Injury Settlement Trust (the "NPG Trust").  It is respectfully requested that all future pleadings and correspondence be served upon the undersigned counsel in connection with this action at the following office and e-mail addresses.

Respectfully submitted:

**STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,**

**A PROFESSIONAL CORPORATION**

By: */s/ Sander L. Esserman*
　　Sander L. Esserman
　　State Bar No. 06671500
　　Jacob L. Newton
　　State Bar No. 24046523
　　Heather J. Panko
　　State Bar No. 24049516

2323 Bryan Street, Suite 2200
Dallas, Texas  75201-2689
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999

**ATTORNEYS FOR THE WCI CHINESE
DRYWALL PROPERTY DAMAGE AND
PERSONAL INJURY SETTLEMENT TRUST
AND THE NPG CHINESE DRYWALL
PROPERTY DAMAGE AND PERSONAL
INJURY SETTLEMENT TRUST**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liason Counsel, Russ Herman and Defendants' Liason Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of May 2012.

                                                */s/ Heather J. Panko*
                                                Heather J. Panko