# Exhibit 1- Participating Defendants

**Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers**

| |
|---|
| 1st Choice Construction, Inc. |
| 1st Drywall, LLC |
| 3180 Lamb Court Acquisition LLC and Linel Consulting LLC |
| 5177 Builders, Ltd. |
| 84 Lumber Company |
| A.A. Stucco & Drywall, Inc. |
| A.R.B.C. Corporation |
| Aarco, L.L.C. |
| ABC Drywall Corporation |
| ABF Drywall, Inc. |
| Aburton Homes, Inc. |
| AC1 Supply, Inc |
| Acadian Builders & Contractors, L.L.C. |
| ACE Home Center, Inc. |
| Active Drywall South, Inc. |
| Adams Homes of Northwest Florida, Inc. , Adams Homes LLC and Adams Homes Realty, Inc. |
| Advantage Builders of America, Inc. and Advantage Builders of SW Florida, Inc. |
| Affordable Homes & Land, L.L.C. |
| AHS Construction Group, Inc. and AH Salce Construction Group, Inc. |
| Al Brothers, Inc. a/k/a S3 Enterprises, Inc. a/k/a Al Brother Metal Framing & Drywall |
| Albanese-Popkin The Oaks Development Group, L.P. and Albanese Popkin Development Group, LLC |
| All Florida Drywall Supplies, Inc. |
| Allied Building Products Corp d/b/a Southern Atlantic Supply Division Corp and Old Castle, Inc. |
| Allsteel & Gypsum Products, Inc. |
| Alpha Homes, Inc. f/k/a Suarez Housing Corp. |

| |
|---|
| Alvarez Homes, Inc. |
| Alvian Homes, Inc. d/b/a Stones & More, Alvian Custom Homes, LLC and Alvian Incorporated |
| Alvin G. Royes, Jr., L.L.C. |
| Alvin R. Savoie & Associates, Inc., Savoie Construction, Inc., Savoie Real Estate Holdings, LLC, Savoie Realty, LLC and Savoie Construction & Development, LLC |
| American Building Materials, Inc. |
| American Dream Builders, Inc. |
| American Gallery Development, LLC and American Gallery Development Group, LLC |
| American Housing Corporation |
| America's First Home of Southwest Florida, L.L.P., incorrectly named as America's First Home, Inc. |
| Amerisouth, Inc. |
| AnaDon Construction, LLC |
| Angel Developments, LLC |
| Anthony F. Marino General Contractor, LLC |
| Anthony Stirp d/b/a Excel Construction of SW Florida, Inc. |
| Anthony's Drywall, Inc. |
| Aranda Homes, Inc. |
| ARM Structural, Inc. and Schenley Park Homes, LLC |
| Arthur Homes, L.L.C. |
| Ashton Houston Residential L.L.C. |
| Ashton Tampa Residential, LLC |
| Associated Builders and Developers, Inc. |
| ATCO Interior Corp. |
| Aubuchon Homes, Inc. |
| Aurora Commercial Construction, Inc. |
| Avalon Building Corporation of Tampa Bay a/k/a Avalon Building Corporation of Tampa Bay, Inc. |
| Avatar Properties Inc. |
| Azimuth E & E, Inc. |
| B E Construction Corp. |
| B J & K Condo Construction, Inc. |
| B&B Disposal Services, LLC d/b/a Builder's Choice Home Center |

| |
|---|
| Bagley Construction, LLC |
| Banner Homes of Florida, Inc. |
| Barloy Contractors, Inc. |
| Bass Homes, Inc. |
| Bauhaus Solutions, Inc., Bauhaus Solutions and Bauhaus, Inc. |
| Bayou Building Products, LLC |
| Bayshore Construction Company, Inc. |
| Baystate Drywall, Inc. |
| Baywood Construction, Inc. |
| BBL-Florida, LLC |
| Beazer Homes Corp. |
| Bella Builders, Inc. |
| Ben & Joy Money and BMD, Inc. |
| Bender Construction and Development, Inc. |
| Benoit Builders, LLC |
| Best Drywall Services, Inc. |
| Beta Credit Management, LLC |
| Beta Drywall, LLC and Beta Construction, LLC |
| BFS Townhomes, L.L.C. |
| Big Bear Construction Co., Inc. |
| Big River Construction & Remodeling Co., Inc. |
| Bill Gregory Drywall |
| Black Bear Gypsum Supply, Inc. and Black Bear Gypsum, LLC |
| Blanchard Homes Inc. |
| BMI Construction, L.L.C. |
| Boardwalk Drywall, Inc. |
| Boohaker & Associates, LLC |
| Boulanger Drywall Corp. |
| Bovis Lend Lease, Inc. n/k/a Lend Lease |
| Boyle Lumber Company |
| Boynton Village, LLC, Hollywood Dixie Associates, LLC, Cornerstone Group Construction, Inc., BoyntonVillage Associates, Ltd., Cornerstone Group Development Corp., Cornerstone Group Development, LLC, San Remo Associates, Ltd. |
| Bradford Lumber & Supply, Inc. |
| Bradford Plastering, Inc. |

| |
|---|
| Brandi Rogers d/b/a Gulf South Drywall |
| Breakwater Custom Homes, Inc. |
| Brent Garrod Drywall, Inc. |
| Brooks & Freund, LLC |
| Brownstone Builders Inc. |
| Builders Gypsum Supply LLP and Builders Gypsum Supply Co., Inc |
| Building Materials Wholesale |
| Burmaster Construction, Inc. |
| Burmon Properties, LLC |
| By-George, Inc. |
| C & C Homebuilders Construction, Inc., C&C Home Builders, Inc. and Christopher T. Cadis |
| C & D Plastering & Stucco, Inc. |
| C. Adams Construction & Design, LLC |
| C.A. Steelman, Inc. |
| Caliber Properties, LLC |
| Calmar Construction Company, Inc. |
| Capitol Materials, Inc. |
| Capricorn III Construction |
| Capstone Builders, LLC |
| Caribe Central LLC and Caribe East, LLC |
| Caribe East LLC |
| Carl B. Hamilton, Inc. |
| Carl Gonzales |
| Carruth Brothers Lumber Company, Inc. |
| Carter's Custom Homes, Inc. |
| CastleRock Communities LP |
| CDC Builders, Inc. |
| Centerline Homes, Inc., Centerline Homes Construction, Inc., Briella Townhomes, LLC, Centerline Homes at B and A, LLC n/k/a Completed Communities II, LLC, Centerline Homes at Tradition, LLC n/k/a Completed Communities II, LLC, Centerline Homes at Delray, Inc., Centerline Port St. Lucie, Ltd. n/k/a Completed Communities II, LLC, Centerline Homes at Georgetown, LLC, Centerline Homes Signature Series, Inc |

| |
|---|
| Central Florida Finishers, Inc. |
| Chabot Enterprises, Inc. |
| Cherry Bark Builders |
| Christopher Duet d//b/a Woodtech |
| Ciara Homes LLC (incorrectly named as Cierra Homes, LLC) and Dylan Bourg |
| Citrus Park Development Group, LLC |
| City Salvage, Inc. |
| CL Architects and Contractors, Corp. |
| Clayton's Drywall, Inc. |
| Cloutier Brothers, Inc. |
| Coastal Living Homes, LLC |
| Cockerham Construction, LLC |
| Continental Drywall Contractors, Inc. |
| Coral Plastering & Wall Systems, Inc. |
| CORE Construction Services, Southeast, Inc. d/b/a Core Construction |
| Cothern Construction Company and Volney Cothern |
| Cox Lumber Company, formerly d/b/a HD Supply Lumber and Building Materials |
| Craftmaster, LLC |
| Craig Homes, Inc. |
| Cypress Builders, Inc. |
| D & A Construction Services Inc. |
| D & W Drywall, Inc. |
| D.C. Builders LLC |
| D.R. Horton, Inc. and D.R. Horton, Inc. – Gulf Coast |
| D'Alessio Drywall & Painting Company |
| Daelen of Tangipahoa, L.L.C. |
| Dalbert Porée and Dalbert Porée General Repairs & Renovations, Inc. |
| Daly Construction, Inc. |
| Danal Homes Development, Inc. |
| Darwin Sharp Construction LLC |
| Dave Walker Construction Inc. |
| David E. Diggs, LLC and David Diggs |
| Davis Construction Supply, LLC |
| Deangelis Diamond Construction, Inc. and Deangelis Diamond Homes, Inc. |

| |
|---|
| Deco Paver Bricks, Inc. |
| Deer Creek Estates II, LLC |
| Deerfield Court Townhomes, LLC a/k/a Lavish Holding Corp. |
| DeLaCruz Drywall Plastering & Stucco, Inc. |
| Deloach Corporation, Inc. |
| Derouen Homes, LLC |
| Design Drywall of South Florida, LLC and Design Drywall, Inc. |
| Devon International Industries, Inc. f/k/a Devon International Trading, Inc., Devon International Group, Inc., Devon International, Inc., Devon Health Services, Inc. and John A Bennett |
| Devonshire Properties, Inc. and Devonshire Builders, Inc. |
| Diamond Court Construction Company |
| Distinctive Drywall Designs, Inc. |
| Distinctive Finishes, Inc. |
| Diversified General Contractors, Inc. |
| DMH Development Co. |
| Dobson Construction, Inc. |
| Douglas B. Francis and Douglas B. Francis, Inc. |
| Drywall Experts, Inc. |
| Dunn Wright Construction, Inc. |
| Duo Fast Construction, Inc. |
| duPont Builders, Inc. and duPont Construction and Renovations, LLC |
| Dupree Construction Company, Inc., Dupree Construction, LLC, Dupree Construction Company, LLC, Dupree Construction, Inc., Dupree Contractors, Inc. and CB Dupree Construction, LLC |
| E. Jacob Construction, Inc. and E. Jacob Fakouri Construction, Inc. |
| E.L. Cretin, LLC, Cretin Homes, LLC and Cretin Homes, Inc. |
| Eastern Construction Group, Inc. |
| Eastmond Enterprises, Inc. and Eastmond Homes, LLC |
| Ed Price Building Materials Inc. |
| Eddleman Homes, LLC, Highland Lakes Homes, LLC, Courtside Development, Inc., Eddleman Properties, Inc., Park Homes, LLC, and Dunnavant Place, LLC |
| Edwards Construction |
| EH/Transeastern LLC d/b/a Transeastern Homes |
| Empire Construction, L.L.C. |

| |
|---|
| Empire Properties, LLC and Empire Products, LLC |
| Everglades Lumber & Building Supplies, LLC |
| F & L Developers, Inc. |
| F. Vicino Drywall, Inc., F. Vicino Drywall II, Inc. and F. Vicino & Company, Inc. |
| Faith Built Homes, LLC |
| Farthing MTR Enterprises, Inc. d/b/a Star Drywall, Inc. |
| Federal Construction Specialists, Inc. |
| Fekel Stucco & Plastering, Inc. |
| Finest Drywall, Inc. |
| First Choice Homes of SW Florida, Inc. |
| First Home Builders of Florida, LLC |
| Florida Home Partnership, Inc. |
| Florida Style Services, Inc. |
| Font Builders, Inc. |
| Forester Homes, Inc. and Forester Construction Corp. |
| Four Star Innovations, LLC |
| Frost Metal Framing & Drywall, Inc. |
| G Drywall Corp. and G. Drywalls Corporation |
| G. Patrick Bourgeois & Associates, Inc. |
| G. Proulx, LLC and G. Proulx, Inc. |
| G.L. Building Corporation, G.L.Homes of Florida Corporation, G.L. Homes Limited Corporation, G.L. Homes of Boynton Beach Associates IX, Ltd. Boyton Beach Associates XVI, LLLP, Boynton Beach XVI Corporation, Miramar Associates IV, LLLP, Miramar IV Corporation, G.L. Homes of Davie Associates II, Ltd., G.L. Homes of Davie Associates III, Ltd., G.L. Homes of Davie Associates IV, Ltd., G.L. Homes of Davie IV Corporation |
| Gant & Shivers Homes, LLC |
| Gateway Building and Design Corp. |
| Gator Gypsum, Inc. |
| George Fraker General Contractor, Inc. |
| GH Vero Beach Development, LLC |
| Gibson & Anderson Construction, Inc. |
| GLM Remodeling Building Contractors, Inc. |
| Global Home Builders, Inc. |
| GMI Construction, Inc. |

| |
|---|
| Gold Coast Homes of SW Florida, Inc. |
| Gomez's Interiors Corp. |
| Grand Harbour Homes, Inc. |
| Grays Bay Builders, Inc. |
| Great Southern Builders, LLC |
| Great Southern Homes, Inc. |
| Great Western Building Materials |
| Gregan Construction Corp. and Gregan Construction, Inc. |
| Gregg Nieberg, Inc. |
| Gremillion Homes, Inc. |
| Groff Construction, Inc. |
| Groza Builders, Inc. |
| Gryphon Construction, LLC |
| GSF Enterprises, Inc. d/b/a Foster Painting |
| Guarantee Service Team of Professionals, Inc. and William Folks |
| Gulf Coast Drywall, L.L.C. and Correct Custom Drywall, Inc. |
| Gulf Coast Engineering, LLC a/k/a Gulfcoast Engineering, Inc. |
| Gulf Coast Shelter, Inc. and Shelter Products Inc. |
| Gulfside Supply, Inc. d/b/a Gulfeagle Supply |
| Gulfstream Homes, Inc. |
| H. C. Owen Builder, Inc. |
| Hal Collums Construction, LLC and HPC Holdings, LLC |
| Hallmark International Lands & Investments, Inc. |
| Hammer Commercial Services, LLC and Hammer Commercial Services, Ltd. |
| Hammer Construction Services, Ltd. |
| Hanover Homes, Inc. |
| Hansen Homes of South Florida, Inc. |
| Harbor Springs Construction and Development, LLC |
| Harold "Frank" Causey |
| Hartsville Lumber & Barns, Inc. |
| Hearthstone, Inc. as Receiver for Rottlund Homes of Florida, Inc. |
| Heights Properties, LLC, Heights Custom Homes, Inc., Heights Properties, Inc., Heights Custom Homes, LLC, Heights Title Services, LLC and Heights Realty and Investment, LLC |
| Hendrickson Construction, LLC |
| Heritage Builders of West Palm Beach, Inc. |

| |
|---|
| Heritage Homes of Northwest Florida, LLC and Heritage Homes of NW FL, LLC |
| Hilliard Butler Construction, Inc. |
| Hinkle Drywall, LLC and Hinkle Drywall, Inc. |
| Holiday Builders Construction of Florida, LLC |
| Holiday Builders, Inc. |
| Home Depot U.S.A., Inc. |
| Home One Homes, Inc. |
| Home Tech, LLC |
| HomeTown Lumber & Supply, Inc. |
| Hovnanian Developments of Florida, Inc. |
| Hovnanian Enterprises, Inc. |
| Hovstone Properties Florida, LLC |
| Hoyt's Construction Co., Inc. |
| Image Drywall, Inc. |
| Independent Builders Supply Assoc., Inc. and Bert Radford |
| Independent Drywall Distributors, LLC f/k/a China Drywall Funding Partners |
| In-Line Contractors, L.L.C. and In-Line Design, L.L.C. |
| Ironwood Properties, Inc. and Antilles Vero Beach LLC |
| J & A Stucco Drywall, Inc. and J&A Brothers Drywall & Stucco, Inc. |
| J&J Builders Northshore, Inc. |
| J. Cherry & Sons, Inc. |
| J. Helm Construction, Inc. |
| J.D. Tillman Construction Co. |
| J.M.G. Drywall, Inc. |
| J.P. Real Estate Development, Corp. |
| J.S.D. Builders, Inc. |
| J.W. Allen & Co., Inc. |
| J.W. Hodges Drywall, Inc. |
| Jack's Drywall, LLC |
| Jack's, Inc. |
| James Drywall, LLC |
| James G. Hoskins, Inc. d/b/a Chippendale Contractors |
| JB Plaster, Inc. |
| JDC of Florida, Inc. |
| JDL Drywall, Inc. |

| |
|---|
| JDM Builders, Inc. |
| JEBCO, Inc. and Chapel Hills, Inc. |
| Jim Morris & Sons, Inc. |
| Jim Walter Homes, Inc. & Jim Walter Holmes, LLC |
| Jimmy Stokley d/b/a Choctaw Builders, Inc. |
| JK Construction, LLC |
| John A. Carter d/b/a Patriot Homes, LLC |
| John Carew, Sr. d/b/a Carew Construction, Inc. and Carew Construction, Inc. |
| John Gillespie |
| John Korn Builders |
| John L. Crosby, LLC |
| Joseph Grimsly, LLC |
| JSK Construction, Inc. |
| Judson Construction Group, LLC |
| JWR Construction Services, Inc. |
| K. Hovnanian Developments of New Jersey, Inc. |
| K. Hovnanian Developments of Texas, Inc. |
| K. Hovnanian First Homes, LLC |
| K. Hovnanian Homes of Houston, LLC f/k/a K. Hovnanian of Houston, LP d/b/a Parkside Homes |
| K. Hovnanian of Houston II, LLC f/k/a K. Hovnanian of Houston II, LP d/b/a Brighton Homes |
| K. Hovnanian of Palm Beach XIII, Inc. |
| K. Hovnanian Windward Homes, LLC |
| Karr Drywall, Inc. |
| Kaye Homes, Inc. and Custom Homes by Kaye, Inc. |
| KB HOME Tampa, LLC, KB HOME Florida, LLC, KB HOME Treasure Coast, LLC, KB HOME Jacksonville, LLC, KB HOME Orlando, LLC, KB HOME Fort Myers, LLC and KB HOME/SHAL Louisiana, LLC |
| KCG, Inc., REW Materials, Inc., REW Materials Orlando, LLC and KC Gypsum, Inc. |
| Kelley Drywall, Inc. |
| Kelley's Quality Drywall, Inc. |
| Kemah Construction, Inc. |
| King Cash and Carry Building Supplies, LLC |

| |
|---|
| Klepk Bros. Drywall, Inc. |
| KT Drywall, Inc. |
| L & J Builders, Inc. |
| L.A. Homes, Inc. |
| L.R. Gardere Drywall Construction, Inc. |
| Lake Ashton Development Group II, LLC, A&M Business Properties, Inc. f/k/a A&M Properties, Inc., CRF Management Co., Inc. and Century Homes-Carlsberg, LLC |
| Lakehill Ventures, Inc. |
| Lancer Enterprises, Inc. |
| Land Services of FL, LLC and Butler Properties, LLC |
| LaPorte Builders, Inc. |
| Law Developers, LLC |
| Lebaron Brothers Drywall, LLC |
| Lee Roy Jenkins, Inc. and Lee Roy Jenkins |
| Lee Wetherington Development, Inc. |
| Legend Custom Builders & Best Homes of SW FL, Inc. |
| Lennar Corporation, Lennar Homes, LLC f/k/a Lennar Homes, Inc., and U.S. Home Corporation |
| Levet Homes, L.L.C. |
| Likness Construction of SW FL. |
| Littles Construction of Central Florida, Inc. |
| L'Oasis Builders Incorporated |
| Louran Builders, Vincent Montalto Const., Inc., and Vincent Montalto Construction Inc. |
| LPR Builders, Inc. |
| LTL Construction, Inc. |
| Lucas Construction Corporation |
| Lucchetti Drywall, Anthony Lucchetti and AML Drywall |
| Lucky Strike M.K., Inc. |
| Luke & Sons Construction, Inc. |
| Lumar Builders, Inc. |
| M. Carbine Restorations, Ltd. |
| M. Slayton Construction, Inc. |
| M.K. Developers, Inc. |
| M/I Homes (including all subsidiaries and affiliates) |

| |
|---|
| MACC Construction, Inc. |
| Management Services of Lee County, Inc. (f/k/a Paul Homes, Inc.) |
| Manclar Builders, Inc. |
| Mandalay Homes, Inc. |
| Mandy Drywall, Inc. a/k/a Mandy's Drywall & Stucco Corporation |
| Manuel Development Corporation |
| Marantha Construction Corp. |
| Maronda Homes, Inc. of Florida |
| Marsiglia Construction Co., Inc. |
| Marty's Drywall Services, Inc. |
| Marvin's, Inc. |
| Mastercraft Properties, LLC |
| Matmo Construction, L.L.C. |
| Mavied Corp. |
| Mayeaux Construction, Inc. |
| Mazer's Discount Home Centers, Inc. |
| MC Contractors, Inc. |
| McCar Homes, Inc., McCar Homes - Tampa, LLC and McCar Homes, Inc. - Jacksonville |
| McCluskey Custom Homes, Inc. |
| McCombs Services, LLC |
| McDowell Builders, LLC |
| McMath Construction, Inc., McMath Construction, LLC and Don McMath |
| MDW Drywall, Inc. a/k/a McCoy Drywall, Inc. |
| Meadows of Estero-Bonita Springs Limited Partnership |
| Medallion Homes Gulf Coast, Inc., Cargor Partners III - Parrish LC and Cargor Partners IV - Bobcat LC |
| Melvin Prange, Jr. Construction, LLC |
| Mercado Enterprises, Inc. |
| Mercedes Homes, Inc. |
| Meridian Homes USA, Inc. |
| Meritage Homes of Florida, Inc. and Meritage Homes of Texas, LLC |
| MGB Construction, Inc. |
| Mid-State Drywall, Inc. d/b/a Michael Mosley Drywall |
| Mike Glass |
| Millennium Homes & Development, Inc. |

| |
|---|
| MJF Construction Corp. and MJF Construction, Inc. |
| Mobley Homes Florida, LLC and M. Tampa Corp. |
| Modern Construction Group, Inc. |
| Moore Unique Interiors, Inc. |
| Morgan Homes, Inc. |
| MSC of NWF, Inc. and Michael Stanley Construction, Inc. |
| Nautical Homes, LLC n/k/a Statewide Structural, LLC |
| New Millennium Builders, Inc. and New Millenium at MCC, Inc. |
| New Orleans Area Habitat for Humanity, Inc. |
| Newcastle Construction, Inc. |
| Nice Homes, Inc. |
| North Pacific Group, Inc. in Receivership |
| Northstar Holdings, Inc., Northstar Homes, Inc., Northstar Holdings at B&A, LLC |
| Northstar Homebuilders, LLC |
| Northstar Homes, LLC |
| Nu Way Drywall, LLC |
| Oak Tree Homes, Inc. and Thompson Wood Products, Inc. |
| Oakbrook Building and Design, Inc., Stonebrook Estates Ltd., Stonebrook Estates, Inc. and Viking V., Inc. |
| Ocean Coast Drywall of South Florida, Inc. and O.C.D. of S. Florida, Inc. |
| Ocean Construction, Inc. |
| O'Key Homes, Inc. d/b/a Dennis O'Key Affordable Homes |
| Osprey Gulfshore Building Materials, Inc. |
| Other Brothers Drywall, Inc. |
| Oxnard Building Materials d/b/a Great Western Building Materials, Inc. |
| Oyster Bay Homes, Inc. |
| P.D.C. Drywall Contractors, Inc. |
| Palm Coast Construction, LLC |
| Patrick Drywall, Inc. |
| Pat's Construction, LLC |
| Penn Construction Co., L.L.C. and Penn Construction Company, LLC |
| Pensacola Stevedore Company, Inc. and Pate Stevedore Company, Inc. |
| Pezzano Contracting & Development LLC f/k/a Cornerstone Construction of SW FL Inc. |
| Phillip W. Giles Drywall, LLC |

| |
|---|
| PHL Construction L.L.C. d/b/a Summit Homes, LLC |
| Picayune Discount Building Supply |
| Platinum Property Management, Inc. |
| Portofino Homes, Inc. |
| Precision Drywall, Inc. |
| Premier Communities, Inc. |
| Premier Design Homes, Inc. and Sedgwick Developers, Inc. |
| Prestige Development, Inc. |
| Pride Homes of Lakes by the Bay Parcel H, LLC and Pride Homes of Lakes by the Bay Parcel J, LLC |
| Princeton Homes, Inc. |
| ProBuild Holdings LLC, a Delaware limited liability company, sole owner of ProBuild Company LLC, a Delaware limited liability company, as successor by merger to ProBuild East LLC, The Contractor Yard LLC, and Rosen Building Supplies, Inc |
| Probuilders and Restoration of Louisiana, LLC |
| Professional Drywall Construction, Inc. |
| Protocol Construction, L.L.C. and G & H Restorations, L.L.C. |
| Pukka Development, Inc. |
| Quality Builders of North Florida, Inc. |
| R & H Masonry Contractors, Inc. |
| R. Fry Builders, Inc. |
| R.A. Tabora Enterprises, Inc. |
| Radd Builders, Inc. |
| RAH of Texas, LP |
| Ramos Builders, Inc. |
| Ray Adams d/b/a Rightway Drywall, Inc. & Rightway Finishing |
| Ray Beck, Inc. |
| Ray Horvath Drywall, Inc. |
| RCH Drywall Service, Inc. |
| RCL Development, Inc. |
| Reed Builders, LLC |
| Regatta Construction, LLC |

| |
|---|
| Regency Homes, Inc., Regency Homes Group LLC, Regency Constructors LLC, Regency Constructors Inc., Regency at Plantation Acres, LLC, Regency at Stonebrook Estates LLC, Regency Custom Homes of Weston LLC, Stonebrook Homes LLC, Stonebrook Partners LLC, Stonebrook Homes J.V., San Melina Holdings LLC, Balmoral at Delray Lakes Estates LLC, Tuscany at Davie LLC, Black Hawk Reserve J.V., Blackhawk Reserve LLC, Blackhawk Partners LLC, Saraceno at Plantation Acres LLC, Greyhawk a Joint Venture, and Saraceno at Plantation J.V. |
| Residential Drywall, Inc. |
| Reve Development Corporation |
| RFC Homes, Inc. |
| Richard Hoover |
| Richard Jones Construction Company, Inc. and Scarborough Estates, LLC |
| Richmond Heights Community Development Corp. |
| Rick Strawbridge, Inc. |
| Rightway Drywall, Inc. |
| Rinker Materials of Florida, Inc. n/k/a CEMEX Construction Materials Florida, LLC |
| Rivera & Company of SW Florida, Inc. |
| Rivercrest, LLC, St. Joe Towns & Resorts, LP, The St. Joe Company f/k/a St. Joe Corporation f/k/a St. Joe Paper Company and St. Joe Home Building LP |
| RiverStreet Homes, Inc. |
| RJL Drywall, Inc. |
| RJM Builders North, Inc., RJM Builders Inc. and RJM Builders South, Inc. |
| RL Drywall |
| Robert Lynch Builders, L.L.C. |
| Robert/Charles Builders, Inc. |
| Robertson Construction Corporation a/k/a Robertson Construction, Inc. |
| Roche Jr. Construction Inc. |
| Rockwell Builders, L.L.C. |
| Rogers Co., LLC |
| Royal Homes, L.L.C. and Marigold Court, LLC |
| Russ Mills d/b/a Mills Construction |
| S & D Specialties, Inc. |
| S&O Investments |
| S. Petersen Homes Inc. |

| |
|---|
| S.D. & Associates, Inc. |
| S3 Enterprises, Inc. |
| SAM Drywall, Inc. |
| Saturno Construction AB, Inc. |
| Saucedo Construction, Inc. |
| Schear Corporation |
| Schmidt Brothers Homes, Inc. |
| Shamrock Building Materials, Inc. |
| Shelby Building Corp. |
| Shirley Construction and Drywall, Inc. |
| Shoma Homes at Keys Cove Phase II, Inc. |
| Shoma Homes Splendido, Inc. |
| Sidney Sutton Drywall, Inc. |
| Siesta Bay Custom Homes, LLC |
| Sixty Fifth and One LLC |
| Sleuth, Inc. |
| Smith Family Homes Corporation and Smith Family Homes, Inc. |
| Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials |
| Sodrel Construction, Inc. |
| Sorrento Lumber Company, Inc. |
| South Florida Custom Trim, Inc. |
| South Kendall Construction, Inc. a/k/a South Kendall Construction, LLC |
| Southbay Development Corp. |
| Southern Bay Homes, Inc. |
| Southern Heritage Builders, Inc. |
| Southern Homes of Broward XI, Inc. |
| Southern Homes, LLC, Tallow Creek, LLC, Springhill, LLC and Adrian Kornman |
| Southern Star Construction Co., Inc., Chinchuba Creek Garden Homes, LLC, and Laporte Family Properties, LLC |
| Southwell Homes, LLC |
| Southwest Innovations, Inc. |
| Speedy Drywall Service, LLC |
| Spring Park Builders, LLC |

| |
|---|
| Standard Pacific Corp., Standard Pacific of South Florida GP, Inc., Standard Pacific Homes of South Florida GP, Inc., Standard Pacific of Tampa GP, Inc., Standard Pacific of Colorado, Inc., HWB Construction, Inc., Westbrooke Homes, Westfield Homes of Florida, Inc. and Standard Pacific Homes of Southwest Florida, Inc. |
| Star Homes of Florida LLC |
| Star Services, Inc. |
| Steeler, Inc. |
| Sterling Communities at Talavera, LLC |
| Sterling Communities, Inc. and Sterling Communities Realty, Inc. |
| Steven R. Carter, Inc. |
| Steven Sweet Drywall, LLC |
| Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc., Stock Building Supply Holdings, LLC and Stock Building Supply West, LLC |
| Stocker Drywall, Inc. |
| Stonebrook Estates, Inc. |
| Stuart South Group, LC d/b/a Treasure Coast Homes |
| Sumaj Builders Corp. |
| Summit Contractors, Inc. and Summit Homes of LA, Inc. |
| Sun Construction, L.L.C. d/b/a Sunrise Homes, Sunrise Construction, Sun Construction, LLC and Sunrise Construction and Development, LLC |
| Suncoast Building Materials, Inc. |
| Sunset Drywall, Inc. |
| Suntree Homes, Inc. |
| Swedberg Enterprises, Inc. d/b/a Florida Drywall |
| Sweet Interiors, Inc. |
| T & T Green Construction, Inc. |
| Taber Construction, LLC |
| Taylor Construction Services, Inc. |
| Taylor Morrison of Florida, Inc., Taylor Morrison Services, Inc., Taylor Morrison, Inc., Taylor Woodrow, Inc., Taylor Woodrow Communities at Vasari, L.L.C, and Taylor Woodrow Communities at Herons Glen, L.L.C |
| Teamwork Construction, LLC |
| Teo's Drywall, Inc. |
| Terry Mott Builder |

| |
|---|
| The David Group Inc. |
| The Haskell Company |
| The Henning Group, LC |
| The Jade Organization, Inc., Jade Organization, Inc. and Jade Organization General Contractor, LLC |
| The Mitchell Company, Inc. and The Mitchell Company, Ltd. |
| The Ryland Group, Inc. |
| The Sterling Collection, Inc. |
| Thomas F. Gray Construction, Inc. |
| Thomas R. Gould, Inc. and Thomas Gould, Inc. |
| Three County Construction Co., Inc. |
| Tim Barnett d/b/a Barnett Drywall |
| Timberline Builders, Inc. |
| Titan Drywall, Inc. |
| TMO Global Logistics, L.L.C. |
| Toll Estero Limited Partnership |
| Tommy Ganey |
| Total Community Action, Inc. |
| Total Drywall |
| Toula Properties LLC, Total Maintenance Services of the South, Inc. and Professional Construction and Restoration, LLC and Enoch R. Emmons Jr. |
| TOUSA, Inc., TOUSA Homes Florida, L.P., successor by merger to EH/Transeastern, LLC, d/b/a Transeastern Homes and TOUSA Homes, Inc. (*The participation of TOUSA Homes Florida, L.P., successor by merger to EH/Transeastern, LLC, d/b/a Transeastern Homes; TOUSA, Inc.; and TOUSA Homes, Inc. in the settlement is contingent on obtaining the approval of the United States Bankruptcy Court, Southern District of Florida, in Case No. 08-10928-JKO.) |
| Tracey Construction, Inc. |
| Treasure Coast Communities, LC |
| Triple Crown Homes, Inc. and The 103 Investments, LLC |
| Triple E Corporation |
| Triple J Plus Enterprises, Inc. |
| Triple M Drywall, Inc. |
| Trivium Construction, Inc. |
| Trust America Homes, Inc. d/b/a First American Homes |

| |
|---|
| Tudela's Classic Homes, L.L.C. |
| Turley Heating & Cooling, Inc. and J. Brian Turley |
| Turn Key Home Builders, Inc. |
| Turner Wall Systems |
| Tuscan Harvey Estate Homes, Inc. and Tuscan Harvey Custom Homes, Inc. |
| United Dream Builders, Inc. |
| United Drywall & Stucco, Inc. |
| United-Bilt Homes, L.L.C. |
| V&I Drywall & Stucco a/k/a V and I Drywall & Stucco, Inc. |
| Van Aller Construction, Inc. |
| Venetian Village, LLC |
| Vernon Construction Corp. |
| Vet Construction, Inc. |
| Vetter Lumber Company, Inc. |
| Vicinity Drywall, Inc. |
| Viking Homes of SW Florida, Inc. |
| Villa Development, Inc. d/b/a Villa Homes of SW Florida |
| Villas at Oak Hammock, LLC |
| Vintage Homes, LLC |
| Vista Builders, Inc. |
| Vortex Wall Systems |
| W. McDaniel Construction, Inc. f/k/a Nicholas McDaniel Construction a/k/a W. McDaniel Construction |
| WCI Communities, Inc |
| Weekley Homes, LLC f/k/a Weekley Homes, L.P. and David Weekley Homes, LLC |
| Wellington Shores -- Wellington Limited Partnership |
| West Coast Drywall Construction, Inc. |
| West Construction, Inc. |
| Wholesale Building Products, LLC |
| William L. Perry Plastering & Drywall, Inc. |
| Williams-Brown, Inc. |
| Woodland Enterprises, Inc. |
| Woodside Group |
| Wyman Stokes Builder, Inc. |
| Yarco, Inc. |

| |
|---|
| Ybarzabal Contractors, LLC |
| Zahn Luxury Homes, Inc. and Zahn Builders Florida, Inc. |