# UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF LOUISIANA

**AUTO OWNERS INSURANCE COMPANY AND LLJ CONSTRUCTION, INC.**

**versus**

**INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC.**

**CIVIL ACTION NO. 2:12CV1198**

**DISTRICT JUDGE ELDON E. FALLON**
**MAGISTRATE JUDGE JOSEPH C. WILKINSON**

*******************************************************************

## MOTION TO DISMISS, WITHOUT PREJUDICE

NOW COME plaintiffs, Auto Owners Insurance Company ("Auto Owners") and LLJ Construction, Inc., to bring this Motion to Dismiss the captioned proceeding, without prejudice.

Plaintiffs represent that they have not received an Answer nor other responsive pleading from any defendant to their Complaint for Damages.

                Respectfully submitted,
                s/Mark L. Ross

                _____
                Mark L. Ross, Bar roll no. 11477
                600 Jefferson Street, Suite 512
                Lafayette, La. 70501
                Telephone (337) 266-2345
                Facsimile (337) 266-2346
                Attorney for plaintiffs, Auto Owners Insurance Company and LLJ Construction Co., Inc.

E