# UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF LOUISIANA

**AUTO OWNERS INSURANCE COMPANY AND LLJ CONSTRUCTION, INC.**

**versus**

**INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC.**

**CIVIL ACTION NO. 2:12CV1198**

**DISTRICT JUDGE ELDON E. FALLON**
**MAGISTRATE JUDGE JOSEPH C. WILKINSON**
*************************************************************

## ORDER

BASED UPON THE FOREGOING MOTION,

IT IS ORDERED that the above captioned proceeding be and is hereby dismissed, without prejudice.

New Orleans, Louisiana this ____ day of _____, 2012.

_____

UNITED STATES DISTRICT JUDGE

1