*Composite Exhibit "A"*



**SHUTTS & BOWEN LLP**

*Founded 1910*

AMANDA G. SIMMONS
Partner, Licensed in Florida and Kentucky
Construction Litigation Group

(407) 835-6764  Direct Telephone
(407) 237-2202  Direct Facsimile
asimmons@shutts.com  Email

March 13, 2012

**VIA EMAIL (ldavis@hhkc.com)**
**AND US FIRST CLASS MAIL**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Stephen J. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana  70113

      Re:    **Plaintiffs' Omnibus Class Action Complaint (VIII)**
                **Homeowner/Plaintiffs**
                       **Joslyn and Janet Edwards**
                       **Randy and Amy Lapriola**
                **Builder/Defendant, Mercedes Homes, LLC (Subclass # 73)**

Dear Counsel,

      This law firm represents Mercedes Homes, Inc, n/k/a Mercedes Homes, LLC ("Mercedes Homes").  Mercedes Homes, LLC has been named as a Builder-Defendant in the aforementioned Omnibus Class Action Lawsuit.  Please be advised that the aforementioned Plaintiff/Homeowners purchased their homes from Mercedes Homes, Inc. Copies of their warranty deeds are enclosed herewith for your convenience.

      As of today's date and to the best our knowledge, Mercedes Homes has not yet been served with the summons and complaint.  However, before you continue to spend time and money on those efforts, you should be advised that in 2009 Mercedes Homes filed for Chapter 11 bankruptcy in US Bankruptcy Court in the Southern District of Florida, West Palm Beach Division (Case No.: 09-11191-BNKC-PGH). The Plaintiff/Homeowners were named as potential creditors in the bankruptcy in accordance with § 101(5) of the Bankruptcy Code and notified of such fact on or about March 30, 2009.

Plaintiffs' Steering Comm
March 13, 2012
Page 2

Since the bankruptcy is still awaiting discharge, the automatic stay remains in effect. Should you have any further questions about this matter, please don't hesitate to contact me.

Sincerely,

Amanda Simmons, Esq.

/Enclosures

cc:  Mercedes Homes
     Brian Jones, Esq.

     Baron & Budd
     Alters Law Firm, P.A.
     Allison Grant, P.A.
     *Individual Counsel for Joslyn and Janet Edwards*

     Colson, Hicks, Eidson
     Law Offices of Richard J. Serpe
     *Individual Counsel for Randy and Amy Lapriola*

ORLDOCS 12437613 1

## Corporate Warranty Deed

**This Indenture,** made, June 29, 2006 A.D.

**Between**

Mercedes Homes, Inc., a Florida Corporation whose post office address is: 3585 SW Corporate Parkway, Palm City, Florida 34990 a corporation existing under the laws of the State of Florida, Grantor and Joscelyn Edwards and Janet Edwards, husband and wife whose post office address is: 7845 103rd Court, Vero Beach, Florida 32967, Grantee,

**Witnesseth,** that the said Grantor, for and in consideration of the sum of Ten and No/100 Dollars ($10.00), to it in hand paid by the said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee forever, the following described land, situate, lying and being in the County of Indian River, State of Florida, to wit:

Lot 5, in Block D, of VERO BEACH ESTATES, UNIT R, according to the Plat thereof, as recorded in Plat Book 6, at Page 51, of the Public Records of Indian River County, Florida.

Subject to taxes for the current year, covenants, restrictions and easements of record, if any.

Parcel Identification Number: 31-38-33-00008-0040-00005/

**And** the said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

**In Witness Whereof,** the said Grantor has caused this instrument to be executed in its name by its duly authorized officer and caused its corporate seal to be affixed the day and year first above written.

Mercedes Homes, Inc.

*Signed and Sealed in Our Presence:*

By: _____
Jeffery R. King
Its Division President

Witness Print Name: H. Clarke

Witness Print Name: N. Ghent

(Corporate Seal)

State of        Florida
County of     Martin

The foregoing instrument was acknowledged before me this 29th day of June, 2006 by Jeffery R. King, the Division President of **Mercedes Homes, Inc.** A corporation existing under the laws of the State of Florida, on behalf of the corporation.
He/She is personally known to me or has produced a driver's license as identification.

_____ (Seal)
Notary Public
Notary Printed Name: _____
My Commission Expires:

N. Ghent
Commission # DD340410
Expires July 22, 2008
Bonded Troy Fain - Insurance, Inc. 800-385-7019

Prepared by:
Resa Ghent, an employee of
RECORD & RETURN TO:
B-D-R Title,
3575 SW Corporate Parkway
Palm City, Florida 34990

File Number: 5821PSE

# SPECIAL WARRANTY DEED

This Special Warranty Deed is made and executed this 31st day of October, 2007, by:

Mercedes Homes, Inc.

whose post office address is: 6905 N. Wickham Road Suite 201
Melbourne, Florida 32940

a corporation existing under the laws of the State of Florida, GRANTOR, to

Randy I. Lapriola and Amy E. Lapriola, husband and wife

whose post office address is: 230 Pearl Street, Lock Haven, PA 17745, GRANTEE:
Property and mailing Address: 186 Spring Valley Avenue Sebastian, FL 32958

(Wherever used herein the terms "Grantor" and "Grantee" shall include singular and plural, heirs, legal representatives, and assigns of individuals, and the successor and assigns of corporations, wherever the context so admits or requires).

*Witnesseth,* that the said Grantor, for and in consideration of the sum of TEN AND NO/10 DOLLARS ($10.00), in hand paid by the said Grantee, the receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto to the Grantee, all of the following described land, situate, lying and being in the County of Indian River County, Florida, to wit:

Lot 34, Block 594, SEBASTIAN HIGHLANDS UNIT-17, according to the Plat thereof, recorded in Plat Book 8, Page 46, of the Public Records of Indian River County, Florida

Parcel Identification Number: 31-39-19-00001-5940-00034/

Subject to taxes for the current year, covenants, conditions, restrictions, including those in the Restrictive Covenants and Conditions and/or Deed Addendum attached hereto and made a part hereof, reservations, limitations, easements of record, if any, and all applicable zoning ordinances and/or restrictions and prohibitions imposed by governmental authorities, if any.
Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
**To Have and To Hold** the same in fee simple forever.
And the Grantor will only warrant and defend the right and title to the above described property unto the Grantee against the lawful claims of those persons claiming by, through or under Grantor, but not otherwise.
**In Witness Whereof,** the said Grantor has caused this instrument to be executed in its name by its duly authorized officer and caused its corporate seal to be affixed the day and year first above written.

*Signed, sealed and delivered in our presence:*

Mercedes Homes, Inc.

_____ [signature]
Witness Print Name: SHELIA M. McCANE

By: _____ [signature]
Todd Foley
Its: Vice President of Construction

_____ [signature]
Witness Print Name: KATHLEEN M. WEBSTER

State of Florida
County of Brevard

The foregoing instrument was acknowledged before me this 31st day of October, 2007, by Todd Foley, Vice President of Construction, of Mercedes Homes, Inc., a corporation existing under the laws of the State of Florida, on behalf of the corporation, who is personally known to me.

**FINAL AFFIDAVIT AND RELEASE OF LIEN**

STATE OF FLORIDA
COUNTY OF BREVARD

Before me, the undersigned authority, personally appeared, **Todd Foley**, as **Vice President of Construction** of **Mercedes Homes, Inc.**, who, after being by me first duly sworn, deposes and says of his personal knowledge that:

1. He/She is the **Vice President of Construction** of **Mercedes Homes, Inc.** which does business in the State of **Florida** (hereinafter called the "Contractor").

2. Contractor, pursuant to the Notice of Commencement (hereinafter referred to the "Contractor") with Mercedes Homes, Inc. (hereinafter referred to as the "Owner"), has heretofore furnished or caused to be furnished labor, materials and services for the construction of certain improvements as more particularly set forth in the Notice of Commencement filed in Official Records Book **2095**, Page **863**, as recorded in the Public Records of **Indian River** County, **Florida**.

3. Contractor represents that all work to be performed under the aforesaid Contract has been duly completed and that all lienors under the direct contract have been paid in full.

4. In consideration of final payment of the Contractor and all other previous payments paid be the Owner to the Contractor, the undersigned does hereby for and in behalf of the Contractor, waive, release and relinquish the Contractor's right to any claim or demand or right to impose a lien or liens for work done or materials or services furnished or any other class of lien whatsoever, on any of the property owned by Owner on which improvements have been completed in connection with the aforementioned Notice of Commencement.

5. The Affiant represents that he has authority to execute a full and final release of lien for and on behalf of the Contractor.

6. The Affiant makes this Affidavit and Release of Lien, pursuant to Chapter 713, F.S., for the express purpose of inducing the Owner to make final disbursement and payment to the Contractor.

MERCEDES HOMES, INC.

BY: **Todd Foley, Vice President of Construction**

State of **Florida**
County of **Brevard**

Sworn to and subscribed before me this October 31, 2007, by **Todd Foley, Vice President of Construction** of Mercedes Homes, Inc., on behalf of the corporation, who is personally known to me.

_____
Notary Public
State of **Florida**
My Commission Expires:

SHELIA M. MCLANE
MY COMMISSION EXPIRES
July 30, 2009
#DD 412667

# Shannon R. Seeger

| | |
|---|---|
| **From:** | Shannon R. Seeger |
| **Sent:** | Wednesday, March 14, 2012 3:06 PM |
| **To:** | 'ldavis@hhkc.com' |
| **Subject:** | Mercedes Homes, LLC |
| **Attachments:** | Letter to Plaintiffs' Steering Committee re Mercedes Homes' bankruptcy.pdf |

Please see attached correspondence.

Thank you,

**Shannon R. Seeger**
*Legal Assistant*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1000 | Orlando, FL 32801
Direct: (407) 835-6924 | Fax: (407) 425-8316
E-Mail | Website

SHUTTS & BOWEN LLP
*Founded 1910*

Please consider the environment before printing this email

1



**SHUTTS & BOWEN LLP**

*Founded 1910*

AMANDA G. SIMMONS
Partner, Licensed in Florida and Kentucky
Construction Litigation Group

(407) 835-6764 Direct Telephone
(407) 237-2202 Direct Facsimile
asimmons@shutts.com Email

April 23, 2012

**VIA EMAIL (ldavis@hhkc.com)**
**AND US FIRST CLASS MAIL**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Stephen J. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

    Re:    **Plaintiffs' Omnibus Class Action Complaint (VIII)**
            **Homeowner/Plaintiffs**
               **Joslyn and Janet Edwards**
               **Randy and Amy Lapriola**
            **Builder/Defendant, Mercedes Homes, LLC (Subclass # 73)**

Dear Counsel,

    This law firm represents Mercedes Homes, Inc, n/k/a Mercedes Homes, LLC ("Mercedes Homes"). Mercedes Homes, LLC has been named as a Builder-Defendant in the aforementioned Omnibus Class Action Lawsuit. Please be advised that the aforementioned Plaintiff/Homeowners purchased their homes from Mercedes Homes, Inc. Copies of their warranty deeds are enclosed herewith for your convenience.

    As of today's date and to the best our knowledge, Mercedes Homes has not yet been served with the summons and complaint. However, before you continue to spend time and money on those efforts, you should be advised that in 2009 Mercedes Homes filed for Chapter 11 bankruptcy in US Bankruptcy Court in the Southern District of Florida, West Palm Beach Division (Case No.: 09-11191-BNKC-PGH). The Plaintiff/Homeowners were named as potential creditors in the bankruptcy in accordance with § 101(5) of the Bankruptcy Code and notified of such fact on or about March 30, 2009.

Plaintiffs' Steering Committee
April 23, 2012
Page 2

      Since the bankruptcy is still awaiting discharge, the automatic stay remains in effect. Should you have any further questions about this matter, please don't hesitate to contact me.

Sincerely,

Amanda Simmons, Esq.

/Enclosures

cc:    Mercedes Homes
       Brian Jones, Esq.

       Baron & Budd
       Alters Law Firm, P.A.
       Allison Grant, P.A.
       *Individual Counsel for Joslyn and Janet Edwards*

       Colson, Hicks, Eidson
       Law Offices of Richard J. Serpe
       *Individual Counsel for Randy and Amy Lapriola*

ORLDOCS 12479968 1

**Shannon R. Seeger**

| | |
|---|---|
| **From:** | Shannon R. Seeger |
| **Sent:** | Wednesday, May 02, 2012 12:55 PM |
| **To:** | 'ldavis@hhkc.com' |
| **Subject:** | RE: Mercedes Homes, LLC/Edwards and Lapriola |

Mr. Davis,

    This e-mail is written in follow up of my April 23rd e-mail to you below with the attached correspondence making sure that Mercedes Homes, LLC is formally dismissed from the MDL Chinese Drywall litigation.

    Please confirm receipt of the correspondence.

    Thank you,



**Shannon R. Seeger**
*Legal Assistant*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1000   Orlando, FL 32801
Direct: (407) 835-6924   Fax: (407) 425-8316
E-Mail   Website

**Please consider the environment before printing this email**

---

**From:** Shannon R. Seeger
**Sent:** Monday, April 23, 2012 4:36 PM
**To:** 'ldavis@hhkc.com'; Brian M. Jones
**Subject:** Mercedes Homes, LLC/Edwards and Lapriola

Mr. Davis,

    Please see attached April 23, 2012, correspondence.

    Thank you,



**Shannon R. Seeger**
*Legal Assistant*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1000   Orlando, FL 32801
Direct: (407) 835-6924   Fax: (407) 425-8316
E-Mail   Website

**Please consider the environment before printing this email**

1

# Shannon R. Seeger

| | |
|---|---|
| **From:** | Lenny Davis [LDAVIS@hhkc.com] |
| **Sent:** | Wednesday, May 02, 2012 5:56 PM |
| **To:** | Shannon R. Seeger |
| **Cc:** | 'Matthew Gaughan' |
| **Subject:** | RE: Mercedes Homes, LLC/Edwards and Lapriola |

Mat Gaughan is addressing


Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Shannon R. Seeger [mailto:SSeeger@shutts.com]
**Sent:** Wednesday, May 02, 2012 11:55 AM
**To:** Lenny Davis
**Subject:** RE: Mercedes Homes, LLC/Edwards and Lapriola

Mr. Davis,

   This e-mail is written in follow up of my April 23rd e-mail to you below with the attached correspondence making sure that Mercedes Homes, LLC is formally dismissed from the MDL Chinese Drywall litigation.

   Please confirm receipt of the correspondence.

   Thank you,

1



**Shannon R. Seeger**
*Legal Assistant*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1000 | Orlando, FL 32801
Direct: (407) 835-6924 | Fax: (407) 425-8316
E-Mail | Website

**Please consider the environment before printing this email**

---

**From:** Shannon R. Seeger
**Sent:** Monday, April 23, 2012 4:36 PM
**To:** 'ldavis@hhkc.com'; Brian M. Jones
**Subject:** Mercedes Homes, LLC/Edwards and Lapriola

Mr. Davis,

Please see attached April 23, 2012, correspondence.

Thank you,



**Shannon R. Seeger**
*Legal Assistant*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1000 | Orlando, FL 32801
Direct: (407) 835-6924 | Fax: (407) 425-8316
E-Mail | Website

**Please consider the environment before printing this email**

IRS CIRCULAR 230 NOTICE: Pursuant to recently enacted U.S. Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice expressed above was neither written nor intended by the sender or this firm to be used and cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed under U.S. tax law. If any person uses or refers to any such tax advice in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to any taxpayer, then the advice should be considered to have been written to support the promotion or marketing by a person other than the sender or this firm of that transaction or matter, and such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

The information in this email transmission is privileged

2

and confidential. If you are not the intended recipient, nor the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this transmission (including any attachments) is strictly prohibited. If you have received this email in error, please notify the sender by email reply. Thank you.

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```

## Kendra C. Gau

| | |
|---|---|
| **From:** | Amanda G. Simmons |
| **Sent:** | Monday, May 14, 2012 4:01 PM |
| **To:** | 'andrew@lemmonlawfirm.com' |
| **Cc:** | Kendra C. Gau; Shannon R. Seeger |
| **Subject:** | Omnibus Complaint VIII - Abreu v. Knauf, Mercedes Homes, LLC et al. |
| **Attachments:** | Letter to Mercedes Homes, LLC - December 1, 2011.pdf |

Dear Mr. Lemmon,

This is with regards to your contact information being referenced in the attached correspondence. This law firm represents Mercedes Homes, LLC, successor by merger to Mercedes Homes, Inc., a Defendant in the Omnibus Class Action Complaint VIII, and the builder of the aforementioned Plaintiffs' homes. Mercedes Homes remains in bankruptcy and has since January 2009. I would reference you to MDL Docket Entry No. 14205 dated May 7, 2012 ("Notice of Bankruptcy"). Mercedes Homes is also in the process of winding down its affairs.

**Please be aware that any efforts to pursue Mercedes Homes is in violation of the automatic stay (US Bankruptcy Court in the Southern District of Florida, West Palm Beach Division, Case No.. 09-11191-PGH).**

We learned only recently that Mercedes Homes had purportedly been served with the Omnibus VIII Complaint on May 20, 2011. However, the Affidavit of Service of Process was only filed on April 10, 2012 (DE No. 13694) (meaning, after the Motion to Compel had been filed in relation to the Builder Profile Forms). As we have learned, the service of process was defective and we will be shortly filing a Motion to Quash. The service was apparently effectuated on a temp at the front desk who had no authority to accept service of process. As best we can tell, no employee at Mercedes has ever seen the summons that was actually served.

Given the pending bankruptcy, we have already filed a Motion to Dismiss for lack of subject matter jurisdiction. Mr. Buescher, to whom you addressed the attached correspondence, hasn't been with the company for some time and we are unsure if he actually received your letter. It was only by way of this firm's regular review of the docket that we learned of the Motion to Compel that was filed in February 2012 and the attached letter.

If anything, we want to stress the importance to you that Mercedes Homes in no way would intentionally violate any court order. However, now that we are actually aware that the Plaintiffs believe service has been effectuated, we remain steadfast in our position that the MDL Court lacks both personal and subject matter jurisdiction over Mercedes Homes.

Please don't hesitate to contact me if you have any questions. I would encourage you to send this email to those on the Plaintiffs' Steering Committee who need to be aware of our position.

Thank you,



SHUTTS & BOWEN LLP
Founded 1910

**Amanda G. Simmons**
*Partner | Admitted in Florida and Kentucky*
*Construction Litigation Group*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1000 | Orlando, FL 32801
Direct: (407) 835-6764 | Fax: 407-237-2202
E-Mail | Biography | V-Card | Website

1



| | |
|---|---|
| 15058 River Road<br>Post Office Box 904<br>Hahnville, LA 70057<br>P 985.783.6789 · F 985.783.1333 | 650 Poydras Street<br>Suite 2335<br>New Orleans, LA 70130<br>P 504.581.5644 · F 504.581.2156 |

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

~~Mercedes Homes, LLC~~
c/o Keith Buescher
6905 North Wickham Road, Suite 501
Melbourne, FL 32940

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
        MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

---

| Andrew A. Lemmon<br>andrew@lemmonlawfirm.com | James (Jake) Lemmon *of Counsel*<br>jake@lemmonlawfirm.com | Irma L. Netting<br>irma@lemmonlawfirm.com | Harry T. Lemmon<br>*of Counsel* |
|---|---|---|---|

# Amanda G. Simmons

**From:** Andrew Lemmon [Andrew@lemmonlawfirm.com]
**Sent:** Monday, May 21, 2012 2:29 PM
**To:** Amanda G. Simmons
**Subject:** Mercedes Homes

Your request of May 14 is being handled.  Call me if you have any questions, but it should be dismissed shortly.

Andrew A. Lemmon
PO Box 904 (mailing address)
15058 River Road
Hahnville, LA 70057
985-783-6789

650 Poydras Street
Suite 2335
New Orleans, LA 70130
504-581-5644
Fax: 985-783-1333

1