UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Gross v. Knauf Gips KG et al.,<br>Case No. 09-6690;<br><br>Wiltz v. Beijing New Building Materials<br>Public Ltd. Co. et al., Case No. 10-361;<br>WILKINSON<br><br>The Mitchell Co., Inc. v. Knauf Gips KG, et al.,<br>Case No. 09-4115; and<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., et al.,<br>Case No. 09-6687. | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE<br>WILKINSON |

## EX PARTE MOTION TO FILE EXHIBITS UNDER SEAL

**NOW INTO COURT,** through undersigned counsel, comes the State of Louisiana and moves this Court for an Order to FILE UNDER SEAL two documents as exhibits to its Motion described below. In support hereof, Mover shows that on May 18, 2012 it filed a Motion and Incorporated Memorandum (Rec. Doc. 14366) to Join the Plaintiffs' Steering Committee's Response to Taishan's Motions Pursuant to Rule (12)(b)(2) to Dismiss the Complaints; that two exhibits to such Motion (Exhibits A and C) are marked as highly confidential documents subject to Pretrial Order 16 in this case; and that it is appropriate for this Court to enter its Order confirming that such documents are filed under seal and will remain under seal pending further order of the Court.

Mover attaches hereto a Proposed Order granting this Motion.

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL**
**LOUISIANA ATTORNEY GENERAL**
James Trey Phillips, Bar Roll# 19978
Sanettria Glasper Pleasant, Bar Roll# 25396
**LOUISIANA DEPARTMENT OF JUSTICE**
1885 North Third Street
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6000
Facsimile: (225) 326-6499

**Usry, Weeks & Matthews, APLC**
T. Allen Usry, Bar Roll# 12988
Trial Attorney

____s/John F. Weeks, II_____
John F. Weeks, II, Bar Roll# 13309
Special Assistant Attorneys General
1615 Poydras St., Ste. 1250
New Orleans, LA 70112
(504) 592-4600

**Shows, Cali & Walsh, LLP**
E. Wade Shows, Bar Roll# 7637
Trial Attorney
John C. Walsh, Bar Roll# 24903
Special Assistant Attorneys General
628 St. Louis St.
P. O. Drawer 4425
Baton Rouge, LA 70821
(225) 346-1461

**Perkins Coie, LLP**
David L. Black
Craig M. J. Allely
Special Assistant Attorneys General
1900 Sixteenth Street, Suite 1400
Denver, CO 80202
(303) 291-2300

COUNSEL FOR THE STATE OF LOUISIANA

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion to File Exhibits Under Seal has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of May, 2012.

                                                                                                      s/John F. Weeks, II  
                                                                                                            Filing Attorney