UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: Gross v. Knauf Gips KG et al., Case No. 09-6690; | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| Wiltz v. Beijing New Building Materials Public Ltd. Co. et al., Case No. 10-361; WILKINSON | |
| The Mitchell Co., Inc. v. Knauf Gips KG, et al., Case No. 09-4115; and | |
| Germano, et al. v. Taishan Gypsum Co., Ltd., et al., Case No. 09-6687. | |

(PROPOSED) ORDER

Considering the State of Louisiana's Motion to File Exhibits Under Seal, good cause appearing therefor;

IT IS ORDERED, that Exhibits A and C to the State of Louisiana's Motion and Memorandum (Rec. Doc. 14366) to Join the Plaintiffs' Steering Committee's Response to Taishan's Motions Pursuant to Rule 12(b)(2) be and they are hereby FILED UNDER SEAL.

New Orleans, Louisiana this _____ day of May, 2012.

_____
DISTRICT JUDGE