Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109745-0143

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Centurion Homes of Louisiana, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.
County of: _ST. TAMMANY_ )

**Name of Server:** _Troy Miceli_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _7_ day of _April_, 20 _11_, at _2:10_ o'clock _P_ M

**Place of Service:** at _210 Eydie Lane_, in _Slidell, LA 70458_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Centurion Homes of Louisiana, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Debbie Meaghen_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Caucasian_ Hair Color _Brown_ ; Facial Hair _None_
Approx. Age _40_ ; Approx. Height _5'7"_ ; Approx. Weight _130#_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _8_ day of _April_, 20 _11_
Notary Public     27032    (Commission Expires)

**APS International, Ltd.**