Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 109745-0148

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Chris Billot
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **LA** ) ss.
County of: **St. Tammany** )

**Name of Server:** _Kyle Ehrenreich_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _7th_ day of _April_, 20 _11_, at _4:28_ o'clock _P_ M

**Place of Service:** at 70269 7th Street, in Covington, LA  70433

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Chris Billot**

☒ By personally delivering them into the hands of the person to be served.

☐ By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Chris Billot** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_; Skin Color _W_; Hair Color ____; Facial Hair ____
Approx. Age ____; Approx. Height ____; Approx. Weight ____

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_(signature)_
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this _7_ day of _April_, 20_11_

_(signature)_
Notary Public  (Commission Expires) 2-3032