UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED            MDL DOCKET: 2047
DRYWALL PRODUCTS LIABILITY             SECTION: L
LITIGATION

                                       JUDGE FALLON
THIS DOCUMENT RELATES TO:              MAG. JUDGE WILKINSON

**The Mitchell Co., Inc. v. Knauf Gips
KG, et al., Case No. 2:09-cv-4115 (E.D. La.)**
_____/

## ORDER

Considering Banner Supply Company, Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Port St. Lucie, LLC; and Banner Supply International, LLC (collectively "Banner"), Motion for Leave to File Brief as Amici Curiae:

IT IS ORDERED BY THE COURT that Banner's Motion for Leave to File Brief as Amici Curiae is GRANTED.

New Orleans, Louisiana, this  22nd  day of May, 2012.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge