UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG., et al Case No. 2:09-CV-7628 | * * * * * | JUDGE FALLON (L)<br><br><br><br>MAG. WILKINSON (4) |

**ORDER GRANTING DEFENDANT
MEDALLION HOMES GULF COAST, INC.'S
MOTION TO EXCEED PAGE LIMITATION**

Considering Defendant Medallion Homes Gulf Coast, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this 22nd day of May, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE