UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| *Gross, et al. v. Knauf Gips KG, et al.*; 09-6690 | * | |
| *Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al.*; 12-0498 | * * | MAG. JUDGE WILKINSON |
| and | * | |
| *Abel, et al. v. Taishan Gypsum Co., Ltd., et al.*; 11-0080 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, subject to all reservation of rights and without waiver of any defenses, **Lyon H. Garrison**, **Darrin L. Forte** and **Kevin F. Truxillo**, of the law firm of Garrison, Yount, Forte & Mulcahy, L.L.C., 909 Poydras Street, Suite 1800, New Orleans, Louisiana 70112, Telephone: 504-527-0680, Facsimile: 504-527-0686, E-mail addresses: lgarrison@garrisonyount.com, dforte@garrisonyount.com, and ktruxillo@garrisonyount.com, hereby enter their appearance as counsel of record for Defendant **Picayune Discount Building Supply, LLC** in the captioned matters. Please update and add undersigned counsel to all your service and distribution lists in this case.

Respectfully submitted,

_____
LYON H. GARRISON, Bar No. 19591
DARRIN L. FORTE, Bar No. 26885
KEVIN F. TRUXILLO, Bar No. 30769
GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
*Attorneys for Defendant,*
*Picayune Discount Building Supply, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Notice of Appearance* has been served on Liaison Counsel by e-mail and upon all Chinese Drywall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 6, on this 23rd day of May, 2012.

I further certify that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of May, 2012.

LYON H. GARRISON