Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 109745-0191

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Christopher M. Odom
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **MOBILE** )

**Name of Server:** **NORRIS ARMSTRONG**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **7** day of **APRIL**, 20 **10**, at **6:13** o'clock **P** M

**Place of Service:** at 107 Westwood Street, in Mobile, AL 36606

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Christopher M. Odom

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of **MRS ODOM (WIFE)**, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
Christopher M. Odom
at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **STRAWBERRY**; Hair Color **BLONDE**; Facial Hair **NONE**
Approx. Age **31**; Approx. Height **5'0"**; Approx. Weight **115**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **8th** day of **April**, 20 **11**

_Lisa E. Hester_
Notary Public (Commission Expires)
**06/24/2012**