Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0141

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Corner Stone Construction of S.W. Florida, Inc, a/k/a
Cornerstone Construction of Collier Co., LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Collier** )

Name of Server: **Joseph R. Coipe**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **12th** day of **April**, 20 **11**, at **11:40** o'clock **A** M

Place of Service: at **5401 Jaeger Rd**, in Naples, FL **34109**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Corner Stone Construction of S.W. Florida, Inc, a/k/a Cornerstone Construction of Collier Co., LLC**
By delivering them into the hands of a **Receptionist** whose name and title is: **Arlene Pezzano, Receptionist**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blond**; Facial Hair ___
Approx. Age **50**; Approx. Height **5'5"**; Approx. Weight **130**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  **#157299**

Subscribed and sworn to before me this **15th** day of **April**, 20 **11**

**Traci A. DeSalvo  10/22/11**
Notary Public          (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc