UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: RICHARD and CONSTANCE ALMEROTH, et al. vs. TAISHAN GYPSUM CO., LTD., et al Case No. 12-0498 | * * * * * * | JUDGE FALLON (L)  MAG. WILKINSON (4) |

**ORDER GRANTING DEFENDANT RICHARD JONES CONSTRUCTION COMPANY, INC.'S MOTION TO EXCEED PAGE LIMITATION**

Considering Defendant Richard Jones Construction Company, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this  22nd  day of May, 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE