Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109745-0221

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Daelen of Tangipahoa, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _LA_ ) ss.
County of: _Tangipahoa_ )

**Name of Server:** _Kyle Ehrenreich_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _11th_ day of _April_ , 20 _11_ , at _1:51_ o'clock _P_ M

**Place of Service:** at  200 N. Cate Street , in  Hammond, LA

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Daelen of Tangipahoa, LLC**

**Person Served, and**
**Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _Breanna Lyou._

**Description of**
**Person Receiving**
**Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☑ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury     Subscribed and sworn to before me this
that the foregoing is true and correct.       _14_ day of _April_ , 20 _11_

_Kyle Ehrenreich_                                         _23032_
Signature of Server                 Notary Public          (Commission Expires)

**APS International, Ltd.**