Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0202

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gooden Homes, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: Orleans )

**Name of Server:** Dwayne M. Jeanjacques, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 7th day of April, 20 11, at 11:45 o'clock A M

**Place of Service:** at 201 S. Charles Avenue, 40th Floor, in New Orleans, LA 70170

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Gooden Homes, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Megan Packer (Gordon Arata McCollam, Duplantis & Eagan LLC)

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color ____ ; Facial Hair ____
Approx. Age ____ ; Approx. Height ____ ; Approx. Weight ____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this ___ day of ____, 20 __

Notary Public    (Commission Expires)

**APS International, Ltd.**