Sean and Beth Payton, et. al., Plaintiff(s)
 vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   109745-0102

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Hammer Construction Services, Ltd.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Lee_ )

Name of Server: _Barbara Gray_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _2nd_ day of _April_ , 20 _11_ , at _11:14_ o'clock _A_ M

Place of Service: at _12660 Palmetto Pines Drive_ , in _Cape Coral, FL  33909_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Hammer Construction Services, Ltd.**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Kelly Denmark, Registered Agent_

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _____
Approx. Age _40-45_ ; Approx. Height _5'2"_ ; Approx. Weight _110_

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_Barbara Gray_
Signature of Server  #15715(3)

**APS International, Ltd.**

Subscribed and sworn to before me this
_12th_ day of _April_ , 20 _11_

_Elena Alvarado_
Notary Public        (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

1403