Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0179

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Highland Lakes, LLC, d/b/a Eddleman Homes, LLC

Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **ALABAMA** ) ss.
County of: **JEFFERSON** )

**Name of Server:** **DANIEL MOORE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **24** day of **MARCH**, 20 **11**, at **10:50** o'clock **A** M

**Place of Service:** at 2700 Highway 280, Suite 425, in Birmingham, AL 35223

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Highland Lakes, LLC, d/b/a Eddleman Homes, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **BRANDY PARSONS, AUTHORIZED AGENT**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **BLONDE** ; Facial Hair **N/A**
Approx. Age **35** ; Approx. Height **5'9"** ; Approx. Weight **110**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Daniel Moore*
Signature of Server

Subscribed and sworn to before me this **25** day of **MARCH**, 20 **11**

_____ 5/21/14
Notary Public      (Commission Expires)

**APS International, Ltd.**