# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| The Mitchell Co., Inc. v. Knauf Gips KG, et al., Case No. 09-4115 (E.D. La.) | |
| Wiltz v. Beijing New Building Materials Public Ltd. Co., et al., Case No. 10-361 (E.D. La.) | |
| Gross v. Knauf Gips KG, et al., 2:09-cv-06690 (E.D. La.) | |

## O R D E R

Considering the Plaintiffs' Steering Committee's Motion for Leave of Court to File Exhibits Under Seal;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee's ("PSC") Motion for Leave of Court to File Exhibits Under Seal is granted; and accordingly the following exhibits/documents attached to Exhibit "A" (Affidavit of Russ M. Herman) to the PSC's Global Statement of Facts in Opposition to (1) Taishan's Renewed Motions to Vacate Default Judgments and Dismiss the Complaints in *Germano* and *Mitchell* and (2) Taishan's Motions to Dismiss the Complaints in *Gross* and *Wiltz,* be and they are hereby filed UNDER SEAL:

Documents attached to Exhibit 1 Chart (TG0001545, TG0000619, TG0001662, TG0021590, TG0001547, TG0001548, TG0019961, TG0001659, TG0001660, TG0001138, TG0001140, TG0000738, TG0000728, TG0001550, TG0001551, TG0001552, TG0001646, and TG0001647), Exhibits Nos. 4 (pages 169:20-173:23; and 197:20-209:16),12, 13, 14, 15, 29, 34, 35, 41, 42, 43, 45, 46, 47, 48, 49, 50, 53, 54, 57, 59, 68, 84, 90, 102, 105, 107, 109, 110 (pages 99:5-111:15 only), 119,

120, 121, 122, 123, 124, 125, 126, 128, 159, 162 (pages 163:09-169:22 only), documents attached to Exhibit 164 Chart (TG0000354, TG0001463, TG0020374, TG0019525, TG0019526, TG0019527, TG0019528, TG0019529, TG0019530, TG0019540, TG0019541, and TG0019448), Exhibit Nos. 176, 178, 195, 196 and 198.

New Orleans, Louisiana, this 22nd day of _____May_____, 2012.

*Eldon C. Fallon*

Eldon E. Fallon
United States District Court Judge