UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| The Mitchell Co., Inc. v. Knauf Gips KG, et al., Case No. 09-4115 (E.D. La.) | |
| Wiltz v. Beijing New Building Materials Public Ltd. Co., et al., Case No. 10-361 (E.D. La.) | |
| Gross v. Knauf Gips KG, et al., 2:09-cv-06690 (E.D. La.) | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave of Court to File Exhibit Under Seal;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee's ("PSC") Motion for Leave of Court to File Exhibit Under Seal is granted; and accordingly Pages 400:12-403:22; and 433:7-14 of the deposition of Jia Tongchun taken on April 4-5, 2011, be and are hereby filed UNDER SEAL:

New Orleans, Louisiana, this 22nd day of May, 2012.

Eldon E. Fallon
United States District Court Judge