UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON (L) |
| DANIEL ABREU, et al. | * | |
| vs. | * | |
| GEBRUEDER KNAUF | * | |
| VERWALTUNGSGESELLSCHAFT, KG, | * | |
| et al | * | |
| Case No. 11-252 | * | MAG. WILKINSON (4) |

## ORDER

upon consideration of Joint Motion for Entry of Stipulation Concerning Dismissal of Defendant and Substitution of Appropriate Party as Defendant, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

IT IS HEREBY ORDERED that the agreed stipulation attached as exhibit "A" to the Joint Motion for Entry of Stipulation Concerning Dismissal of Defendant and Substitution of Appropriate Party as Defendant is hereby entered into the record of this matter.

New Orleans, Louisiana this 22nd day of May 2012.

JUDGE ELDON E. FALLON

1