UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON |
| This Document Relates to All Cases, Including *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932 (E.D. La.) | ) ) ) | MAG. JUDGE WILKINSON |

**CERTAIN SETTLING DEFENDANTS
NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**

Certain Settling Defendants Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, The Travelers Indemnity Company of America, St. Paul Surplus Lines Insurance Company, and The Charter Oak Fire Insurance Company, and their affiliates, subsidiaries, and parent companies (collectively "Travelers"), through their undersigned counsel, hereby give notice of their compliance with the notice requirements of the Class Action Fairness Act of 2005, as set forth in 28 U.S.C. § 1715 ("CAFA"), and state:

1. Pursuant to subsection (b) of Section 1715, each defendant participating in a proposed settlement of a class action lawsuit "shall serve upon the appropriate State official of each State in which a class member resides and the appropriate Federal official, a notice of the proposed settlement."

2. Travelers has prepared a "CAFA Notice Pursuant To 28 U.S.C. § 1715" (the "CAFA Notice") for the above-captioned matter that complies with CAFA and have distributed the Notice as required by CAFA. A copy of the Notice is attached as Exhibit A.

- 1 -

- 2 -

3.      On May 25, 2012, Travelers caused a copy of the Notice to be served on the Honorable Attorney General of the United States, the Honorable Insurance Commissioners or Directors for the fifty states, the District of Columbia and the U.S. Territories, and the Honorable Attorneys General of the fifty states, the District of Columbia and the U.S. Territories. An Affidavit of Service, indicating the list of recipients, including the addresses to which the Notice was sent, is attached as Exhibit B. Each recipient received a transmittal letter, a copy of the Notice, and a CD containing electronic copies of the Exhibits.[1]  A sample copy of the transmittal letter is attached as Exhibit C.

4.      Additionally, Travelers submitted the Notice on behalf of certain other defendants, who are alleged to be the insureds of Travelers, to the extent they did not send their own notice. Those other defendants include Allsteel & Gypsum Products, Inc., Black Bear Gypsum Supply, Inc., Black Bear Gypsum, LLC, Everglades Lumber & Building Supplies, LLC, Gulfside Supply, Inc. d/b/a Gulfeagle Supply, Marvin's, Inc., ProBuild Holdings LLC, a Delaware limited liability company, sole owner of ProBuild Company LLC, a Delaware limited liability company, as successor by merger to ProBuild East LLC, The Contractor Yard LLC, Rosen Building Supplies, Inc., and Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials (hereinafter "Insured Defendants").

---

[1] A sample copy of the CD will be provided upon request.

Respectfully submitted by,

/s/ Seth A. Schmeeckle
Ralph S. Hubbard III, T.A., La. Bar 7040
Seth A. Schmeeckle, La. Bar 27076
LUGENBUHL, WHEATON, PECK, RANKIN
& HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Phone: (504) 568-1990
Fax: (504) 310-9195
Email: rhubbard@lawla.com
       sschmeeckle@lawla.com

And

Donna J. Vobornik
Daniel E. Feinberg
Anthony T. Eliseuson
SNR DENTON US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6404
Phone: (312) 876-8000
Fax:  (312) 876-7934
donna.vobornik@snrdenton.com
daniel.feinberg@snrdenton.com
anthony.eliseuson@snrdenton.com

*Attorneys for Defendants The Travelers Indemnity Company of Connecticut, Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, St. Paul Fire & Marine Insurance Company, and The Standard Fire Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Certain Settling Defendants Notice of Compliance with 28 U.S.C. § 1715 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District

- 4 -

Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of May, 2012.

    /s/ Seth A. Schmeeckle
Seth A. Schmeeckle