## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | CASE NO. 2:09-MD-02047 |
| | ) | SECTION L |
| | ) | |
| This Document Relates to All Cases, Including *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932 (E.D. La.) | ) ) ) ) | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |

### CAFA NOTICE PURSUANT TO 28 U.S.C. § 1715

Pursuant to the Class Action Fairness Act of 2005, and 28 U.S.C. § 1715 ("CAFA"), the

undersigned counsel are sending this Notice in connection with a proposed class action settlement in

the above-captioned litigation on behalf of certain Participating Insurers that are settling parties:

Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of

Illinois, The Travelers Indemnity Company of America, St. Paul Surplus Lines Insurance Company,

and The Charter Oak Fire Insurance Company, and their affiliates, subsidiaries, and parent

companies (collectively "Travelers"). Additionally, to the extent they do not send their own Notice,

Travelers, in its capacity as an alleged insurer of certain other Defendants, including Allsteel &

Gypsum Products, Inc., Black Bear Gypsum Supply, Inc., Black Bear Gypsum, LLC, Everglades

Lumber & Building Supplies, LLC, Gulfside Supply, Inc. d/b/a Gulfeagle Supply, Marvin's, Inc.,

ProBuild Holdings LLC, a Delaware limited liability company, sole owner of ProBuild Company

LLC, a Delaware limited liability company, as successor by merger to ProBuild East LLC, The

Contractor Yard LLC, Rosen Building Supplies, Inc., and Smoky Mountain Materials, Inc. d/b/a

Emerald Coast Building Materials (hereinafter "Insured Defendants") provides this Notice on the

Insured Defendants' behalf. Travelers and the Insured Defendants are hereinafter collectively

referred to as the "Settling Defendants."

- 1 -



EXHIBIT

A

The Settling Defendants hereby provide this Notice to you that on May 18, 2012, a proposed class action settlement agreement ("Settlement Agreement") was filed with the Court in *In re: Chinese-Manufactured Drywall Prods. Liab. Litig.*, 2:09-MD-02047-EEF-JCW (E.D. La.) (the "Action"). The Settlement Agreement resolves claims of people who own or rent properties alleged to contain Chinese Drywall. The Action is pending before District Judge Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana (the "Court"). The Plaintiffs' Steering Committee ("PSC") has moved the Court for preliminary approval of the Settlement Agreement, conditional certification of a settlement class, issuance of a class notice, schedule of a fairness hearing, and a stay of claims relating to Chinese Drywall related litigation (the "Motion"). The Motion is scheduled for hearing by the Court on May 31, 2012.

In accordance with the notice requirements of 28 U.S.C. § 1715(b), this Notice includes the following documents, which are contained in electronic format on the computer disk enclosed with this Notice:[1]

**1.     Copies of the Complaints and Attached Materials.**

The Action includes numerous Omnibus Class Action Complaints that were filed by the PSC. Travelers is a named defendant in only one such Omnibus Action, captioned *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932 or Omnibus V, which has been consolidated into the Action ("*Amato*"). The initial *Amato* Complaint was filed on March 19, 2010, and is included, with exhibits, in the enclosed computer disk as Exhibit A. An Amended Complaint was filed on May 11,

---

[1] The documents are being provided in electronic format as a matter of convenience given their volume. Hard copies will be provided by undersigned counsel upon request. Additionally, Travelers anticipates that a joint CAFA Notice will be sent on behalf of all defendants to the Settlement Agreement. Travelers references and incorporates the information in that Notice and related attachments or exhibits therein as an update to this Notice.

2010 (Doc. 3132 in the Action) and is included, with exhibits, in the enclosed computer disk as

Exhibit B.

Additionally, the PSC has filed numerous other Omnibus Class Action Complaints in the

Action:

- **Omnibus I**:  *Payton, et al. v. Knauf Gips KG, et al.*, Case No. 2:09-cv-07628 (E.D. La.).
  (The following additional Complaints were filed in the Action:  Amended Complaint at
  Doc. 3160, Intervention Complaint I(A) at Doc. 5578, Intervention Complaint I(B) at
  Doc. 6563, Intervention Complaint I(C) at Doc. 7181);

- **Omnibus II**:  *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*,
  Case No. 2:10-cv-00361 (E.D. La.).
  (The following additional Complaints were filed in the Action:  Amended Complaint at
  Doc. 1747, Intervention Complaint II(A) at Doc. 5579, Intervention Complaint II(B) at
  Doc. 6567, Intervention Complaint II(C) at Doc. 7188);

- **Omnibus III**:  *Gross, et al. v. Knauf Gips KG, et al.*, Case No. 2:09-cv-06690 (E.D. La.).
  (The following additional Complaints were filed in the Action:  Amended Complaint at
  Doc. 366, Intervention Complaint at Doc. 2187, Intervention Complaint III(A) at Doc.
  5580);

- **Omnibus IV**:  *Rogers, et al. v. Knauf Gips KG, et al.*,
  Case No. 2:10-cv-00362 (E.D. La.).
  (The following additional Complaints were filed in the Action:  Amended Complaint at
  Doc. 1749, Intervention Complaint IV(A) at Doc. 5575, Intervention Complaint IV(B) at
  Doc. 6568, Intervention Complaint IV(C) at Doc. 7178);

- **Omnibus V**:  *See above re: Amato.*

- **Omnibus VI**:  *Hernandez, et al. v. AAA Insurance, et al.*,
  Case No. 2:10-cv-3070 (E.D. La.).  The Court granted the PSC's motion to dismiss the
  Omnibus VI Complaint in an order dated March 17, 2011 at Doc. 8199.

- **Omnibus VII:**  *Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin
  Co., Ltd., et al.*, Case No. 2:11-cv-080 (E.D. La.);

- **Omnibus VIII:**  *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*,
  Case No. 2:11-cv-00252 (E.D. La.);

- **Omnibus IX:**  *Haya, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin
  Co., Ltd., et al.*, Case No. 11-cv-1077 (E.D. La.).
  (The following additional Complaints were filed in the Action:  Amended Complaint at
  Doc. 8781);

- **Omnibus X:** *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.,* Case No. 2:11-cv-2349 (E.D. La.);

- **Omnibus XI:** *Benoit, et al. v. Lafarge S.A., et al.,* Case No. 11-cv-1893 (E.D. La.);

- **Omnibus XII:** *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.,* Case No. 2:11-cv-2349 (E.D. La.);

- **Omnibus XIII:** *Richard and Constance Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al.,* Case No. 2:12-cv-00498 (E.D. La.).

- **Omnibus XIV:** *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.,* Case No. 2:11-cv-3023 (E.D. La.).

These Complaints are publicly available on the PACER system and will be made available by undersigned counsel upon request.

### 2.    Notice of Scheduled Judicial Hearings.

The Court has scheduled a hearing on May 31, 2012 at 8:30 a.m. to consider the Motion and preliminary approval of the Settlement Agreement, conditional certification of a settlement class, issuance of class notice, scheduling of a final fairness hearing, and a stay of Chinese Drywall related litigation. That hearing will take place at the New Orleans Courthouse for the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130 in Courtroom C-456. The Motion, including all exhibits and associated papers, are included in the enclosed computer disk as Exhibit C. Additionally, after the Motion was filed, the PSC determined that certain scriveners' errors existed in the proposed settlement papers and Exhibit 1 thereto. Copies of the corrected Global Settlement Agreement and corrected Exhibit 1 are included in the enclosed computer disk as Exhibit C-1.

The Court's May 22, 2012 order setting the May 31, 2012 hearing date is included in the enclosed computer disk as Exhibit D. It is anticipated that, if the Court grants preliminary approval, it will set a date for the final fairness hearing at that time. Once such a date is set it will be listed on the Court's official website for the Action, which is located at:

http://www.laed.uscourts.gov/Drywall/Calendar.htm

Please monitor that website for additional updates regarding the Settlement Agreement, including potential changes to the hearing date referenced above, or please feel free to contact undersigned counsel for updates.

### 3.      Proposed Notification to Class Members.

The PSC's Motion does not contain forms of the proposed class notices, but instead indicates that such forms will be provided at a later date before May 31, 2012. Such forms will be available from the Court's PACER system, or can be provided by undersigned counsel, upon request, once the PSC files such notice forms. The Court has scheduled a hearing on May 31, 2012 to consider the Motion, including whether to order the issuance of the proposed class notice.

Section 7.1 of the Settlement Agreement requires mailing of notice via first-class mail to the last known addresses of class members, who are identifiable, and their counsel. Additionally, Section 7.1 also provides for numerous forms of publication notice, online notices including on the Court's website and various other governmental websites, and television advertisements providing notice of the Settlement Agreement.

### 4.      Proposed Class Action Settlement.

The original proposed Settlement Agreement, together with all associated exhibits not filed under seal, is included as an Exhibit to the Motion, which is in the enclosed computer disk as Exhibit C. Additionally, as noted above, after the Motion was filed, the PSC determined that certain scriveners' errors existed in the proposed settlement papers and Exhibit 1 thereto. Copies of the corrected versions of those documents are included in the enclosed computer disk as Exhibit C-1.

**5.    Any Settlement or Other Agreement Contemporaneously Made Between Class Counsel and Counsel for the Defendants.**

The undersigned counsel are not aware of any such settlements or agreements other than the Settlement Agreement filed with the Court, and the related agreements referenced therein, including at Section 4.2, and prior publicly filed settlements in the Action that did not involve Travelers.

**6.    Any Final Judgment or Notice of Dismissal.**

No such final judgment or notice of dismissal has been issued. If the Court grants preliminary approval, it is anticipated that the Court will set a date for a final fairness hearing, which will be posted on the Court's website referenced above. Additionally, Section 1.14 of the Settlement Agreement describes the provisions to be included in the final "Order and Judgment" to be entered by the Court upon final approval of the class action settlement. Section 11 of the Settlement Agreement describes the dismissals to be entered after final approval of the class action settlement. Section 12 of the Settlement Agreement describes the bar order to be entered as part of the "Order and Judgment."

**7.    Names and Estimated Proportional Shares of Claims of Class Members by State.**

A list of the named class members that alleged claims against Travelers in the *Amato* Action are included in the chart included in the enclosed computer disk as Exhibit E. Under Section 1715(b)(7) Travelers states that it is not feasible to provide you with the names of all class members who reside in each respective State, as that information is not in Travelers possession, and, upon information and belief, various class members' names are subject to confidentiality orders entered by the Court. Accordingly, pursuant to Section 1715(b)(7)(B), Travelers below estimates the following number of class members alleging claims against Travelers for each state and the respective proportionate share of their claims in the table below based on the information contained in the Amato pleadings:

- 6 -

| State | Total Claims[2] | Proportional Share of Claims |
|---|---|---|
| Florida | 20 | 43.5% |
| Georgia | 2 | 4.3% |
| Louisiana | 23 | 50% |
| Pennsylvania | 1 | 2.2% |
| **Totals:** | **46** | **100%** |

The class also includes people or entities who filed lawsuits against other defendants that were not related to Travelers, including, but not limited to, Interior/Exterior Building Supply, L.P., Banner Supply Co., Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Materials Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellshaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co., KG, Knauf do Brasil Ltd. and PT Knauf Gypsum Indonesia, which are alleged to have manufactured or supplied Chinese Drywall to builders and installers who allegedly installed that Chinese Drywall in the class members' homes or buildings. Those class members, and their states of residence as well as proportionate share of claims, are disclosed in prior notices that have been filed by those other defendants in related settlements in the Action, which are incorporated herein. *See* Docs. 9899, 10614, 12406 in the Action. Travelers states that, upon information and belief, the vast majority of class members own properties in Alabama, Florida, Louisiana, Mississippi, or Texas, with the majority located in Florida. *See, e.g.*, Doc. 12406-1 at 4-5; *see also* Schedule 1 to Amato Amended Complaint, which is included in the enclosed computer

---

[2] This number is based on the number of Named Plaintiffs asserting claims against Travelers in the *Amato* Complaint.

disk as Exhibit B, which sets forth the alleged addresses for the approximately 420 Named Plaintiffs, who allege their current addresses are in numerous states, primarily Florida.

**8.     Any Related Judicial Opinion.**

The Court's May 22, 2012 Order setting the May 31, 2012 hearing date for consideration of the Motion is included in the enclosed computer disk as Exhibit D as noted above.

For additional information about the Settlement Agreement, please feel free to contact Tony Eliseuson, one of the undersigned counsel for Travelers.  Additionally, as noted above, Travelers anticipates that a joint CAFA Notice will be sent, which will provide updated information that is incorporated herein as an update to this Notice.

Dated:  May 24, 2012                              Respectfully submitted by,

                                                  /s/ Anthony T. Eliseuson

                                                  Donna J. Vobornik
                                                  Daniel E. Feinberg
                                                  Anthony T. Eliseuson
                                                  SNR DENTON US LLP
                                                  233 South Wacker Drive
                                                  Suite 7800
                                                  Chicago, IL  60606-6404
                                                  Phone: (312) 876-8000
                                                  Fax:  (312) 876-7934
                                                  donna.vobornik@snrdenton.com
                                                  daniel.feinberg@snrdenton.com
                                                  anthony.eliseuson@snrdenton.com

                                                  *Attorneys for Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, The Travelers Indemnity Company of America, St. Paul Surplus Lines Insurance Company, and The Charter Oak Fire Insurance Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CASE NO. 2:09-MD-02047 |
| | ) | SECTION L |
| This Document Relates to All Cases, Including *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932 (E.D. La.) | ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

## AFFIDAVIT OF DANIEL DUKE REGARDING COMPLIANCE WITH 28 U.S.C. § 1715

Daniel Duke, being duly sworn, deposes and says that he is employed by the law firm of

SNR Denton US LLP, is over the age of eighteen years and is not a party to this action.

On May 24, 2012, I served true and correct copies of the CAFA Notice Pursuant to 28 U.S.C.

§ 1715; cover letter; and CD-Rom containing exhibits, by delivering and leaving the same, enclosed

in sealed, postpaid certified mail, return receipt requested envelopes with the United States Post

Office addressed to the following:

| List of CAFA Notice Recipients | |
|---|---|
| Office of the Alabama Attorney General P.O. Box 300152 Montgomery, AL 36130-0152 | Office of the Alaska Attorney General P.O. Box 110300 Juneau, AK 99811-0300 |
| Office of the Arizona Attorney General 1275 West Washington St. Phoenix, AZ 85007-2926 | Office of the Arkansas Attorney General 323 Center St., Suite 200 Little Rock, AR 72201 |
| CAFA Coordinator Office of the California Attorney General Consumer Law Section 110 W. "A" St., Suite 1100 San Diego, CA 92186-5266 | Office of the Colorado Attorney General 1525 Sherman St. Denver, CO 80203 |
| Office of the Connecticut Attorney General 55 Elm St. Hartford, CT 06106 | Office of the Delaware Attorney General Carvel State Office Building 820 N. French St. Wilmington, DE 19801 |
| Office of the District of Columbia Attorney General One Judiciary Square 441 4th St., NW, Suite 1145S Washington, DC 20001 | Office of Florida Attorney General The Capitol PL 01 Tallahassee, FL 32399-1050 |
| Office of the Georgia Attorney General 40 Capital Square, SW Atlanta, GA 30334 | Office of the Hawaii Attorney General 425 Queen St. Honolulu, HI 96813 |

- 1 -



EXHIBIT
B

| | |
|---|---|
| Office of the Idaho Attorney General<br>700 W. Jefferson St., Suite 210<br>P.O. Box 83720<br>Boise, ID 83720 | Office of the Illinois Attorney General<br>100 W. Randolph St.<br>Chicago, IL 60601 |
| Office of the Indiana Attorney General<br>Indiana Government Center South<br>302 West Washington Street – 5th Floor<br>Indianapolis, IN 46204 | Office of the Iowa Attorney General<br>1305 E. Walnut Street<br>Des Moines, IA 50319 |
| Office of the Kansas Attorney General<br>120 S.W. 10th Ave., 2nd Fl.<br>Topeka, KS 66612 | Office of the Kentucky Attorney General<br>Capitol Suite 118<br>700 Capitol Avenue<br>Frankfort, KY 40601-3449 |
| Office of the Louisiana Attorney General<br>P.O. Box 94095<br>Baton Rouge, LA 70804 | Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| Office of the Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202 | Office of the Massachusetts Attorney General<br>One Ashburton Place<br>Boston, MA 02108-1518 |
| Office of the Michigan Attorney General<br>G. Mennen Williams Building, 7th Fl.<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing, MI 48909-0212 | Office of the Minnesota Attorney General<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN 55101 |
| Office of the Mississippi Attorney General<br>P.O. Box 220<br>Jackson, MS 39205 | Office of the Missouri Attorney General<br>Supreme Court Building<br>207 W. High St.<br>P.O. Box 889<br>Jefferson City, MO 65102 |
| Office of the Montana Attorney General<br>Department of Justice<br>P.O. Box 201401<br>Helena, MT 59620-1401 | Office of the Nebraska Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509 |
| Office of the Nevada Attorney General<br>100 North Carson Street<br>Carson City, NV 89701-4717 | Office of the New Hampshire Attorney General<br>NH Department of Justice<br>33 Capitol Street<br>Concord, NH 03301 |
| Office of the New Jersey Attorney General<br>Richard J. Hughes Justice Complex<br>8th Floor, West Wing<br>25 Market Street<br>P.O. Box 080<br>Trenton, NJ 08625 | Office of the New Mexico Attorney General<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| Office of the New York Attorney General<br>The Capitol<br>Albany, NY 12224-0341 | Office of the North Carolina Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| Office of the North Dakota Attorney General<br>State Capitol<br>600 E. Boulevard Ave.<br>Dept. 125<br>Bismarck, ND 58505 | Office of the Ohio Attorney General<br>30 E. Broad St., 14th Fl.<br>Columbus, OH 43215 |

| | |
|---|---|
| Office of the Oklahoma Attorney General<br>313 NE 21st St.<br>Oklahoma City, OK 73105 | Office of the Oregon Attorney General<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096 |
| Office of the Pennsylvania Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 | Office of the Rhode Island Attorney General<br>150 South Main Street<br>Providence, RI 02903 |
| Office of the South Carolina Attorney General<br>P. O. Box 11549<br>Columbia, SC 29211 | Office of the South Dakota Attorney General<br>1302 East Hwy 14, Suite 1<br>Pierre, SD 57501-8501 |
| Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | Office of the Texas Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Office of the Utah Attorney General<br>Utah State Capitol Complex<br>350 North State St., Suite 230<br>Salt Lake City, UT 84114-232- | Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609-1001 |
| Office of the Virginia Attorney General<br>900 East Main Street<br>Richmond, VA 23219 | Office of the Washington Attorney General<br>1125 Washington Street SE<br>P. O. Box 40100<br>Olympia, WA 98504-0100 |
| Office of the West Virginia Attorney General<br>State Capitol Complex<br>Bldg. 1, Room E-26<br>Charleston, WV 25305 | Office of the Wisconsin Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857 |
| Office of the Wyoming Attorney General<br>123 State Capitol Building<br>200 W. 24th Street<br>Cheyenne, WY 82002 | Office of the American Samoa Attorney General<br>American Samoa Government<br>Exec. Office Building<br>Utulei, Territory of American Samoa<br>Pago Pago, AS 96799 |
| Office of the Guam Attorney General<br>287 West O'Brien Drive<br>Hagatna, Guam 96910 | Office of the Northern Mariana Islands<br> Attorney General<br>Juan A. Sablan Memorial Building<br>Capital Hill<br>Caller Box 10007<br>Saipan MP 96950 |
| Office of the Puerto Rico Attorney General<br>GPO Box 9020192<br>San Juan, PR 00902-0192 | Office of the Virgin Islands Attorney General<br>Department of Justice<br>34-38 Kronprinsdens Gade<br>GERS Building, 2nd Floor<br>St Thomas, VI 00802 |
| Eric H. Holder, Jr.<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Jim L. Ridling<br>Commissioner Alabama Department of Insurance<br>PO Box 303351<br>Montgomery, AL 36130-3351 |

| | |
|---|---|
| Linda S. Hall, Director<br>State of Alaska<br>Dept. of Commerce, Community & Economic Development<br>Division of Insurance<br>P.O Box 110805<br>Juneau, AK 99811-6805 | Aoomalo Manupo Turituri<br>Insurance Commissioner<br>Office of the Governor<br>American Samoa Government<br>A.P. Lutal: Executive Office Building<br>Pago Pago, American Samoa 96799 |
| Christina Urias<br>Director<br>Arizona Department of Insurance<br>2910 North 44th Street, Suite 210<br>Phoenix, AZ 85018-7269 | Jay Bradford<br>Commissioner<br>Arkansas Insurance Department<br>1200 West Third Street<br>Little Rock, AR 72201-1904 |
| Dave Jones<br>Insurance Commissioner<br>California Department of Insurance<br>300 Capitol Mall, Suite 1700<br>Sacramento, CA 95814 | Jim Riesberg<br>Insurance Commissioner<br>Colorado Dept. of Regulatory Agencies<br>Division of Insurance<br>1560 Broadway, Suite 850<br>Denver, CO 80202 |
| Thomas B. Leonardi<br>Insurance Commissioner<br>Connecticut Insurance Department<br>PO Box 816<br>Hartford, CT 06142-0816 | Karen Weldin Stewart<br>Insurance Commissioner<br>Delaware Insurance Department<br>841 Silver Lake Boulevard<br>Dover, DE 19904 |
| William P. White<br>Commissioner<br>Government of the District of Columbia<br>Department of Insurance, Securities, and Banking<br>810 First Street, N. E., Suite 701<br>Washington, DC 20002 | Kevin M. McCarty<br>Commissioner<br>Office of Insurance Regulation<br>The Larson Building<br>200 E. Gaines Street<br>Tallahassee, FL 32399-0305 |
| Ralph T. Hudgens<br>Insurance Commissioner<br>Office of Insurance and Safety Fire Commissioner<br>Two Martin Luther King, Jr. Dr.<br>West Tower, Suite 704<br>Atlanta, GA 30334 | Artemio B. Ilagan<br>Banking and Insurance Commissioner<br>Department of Revenue & Taxation<br>Regulatory Division<br>PO Box 23607 GMF<br>Barrigada, Guam 96921 |
| Gordon I. Ito, Insurance Commissioner<br>Department of Commerce and Consumer Affairs (DCCA)<br>Insurance Division<br>PO Box 3614<br>Honolulu, HI 96811-3614 | William W. Deal<br>Director<br>Idaho Department of Insurance<br>PO Box 83720<br>Boise, ID 83720-0043 |
| Andrew Boron<br>Director<br>Illinois Department of Insurance<br>320 W. Washington Street<br>Springfield, IL 62767-0001 | Stephen W. Robertson<br>Commissioner<br>Indiana Department of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN 46204-2787 |
| Susan E. Voss<br>Insurance Commissioner<br>Iowa Insurance Division<br>330 Maple Street<br>Des Moines, IA 50319-0065 | Sandy Praeger<br>Insurance Commissioner<br>Kansas Insurance Department<br>420 SW 9th Street<br>Topeka, KS 66612-1678 |

- 4 -

| | |
|---|---|
| Sharon P. Clark<br>Commissioner<br>Kentucky Department of Insurance<br>PO Box 517<br>Frankfort, KY 40602-0517 | James J. Donelon<br>Insurance Commissioner<br>Louisiana Department of Insurance<br>PO Box 94214<br>Baton Rouge, LA 70804-9214 |
| Eric A. Cioppa<br>Superintendent<br>Department of Professional & Financial Regulation<br>Maine Bureau of Insurance<br>34 State House Station<br>Augusta, ME 04333-0034 | Therese M. Goldsmith<br>Insurance Commissioner<br>Maryland Insurance Administration<br>200 St. Paul Place, Suite 2700<br>Baltimore, MD 21202 |
| Joseph G. Murphy, Insurance Commissioner<br>Office of Consumer Affairs and Business Regulation<br>(OCABR)<br>Massachusetts Division of Insurance<br>1000 Washington Street, Suite 810<br>Boston, MA 02118-6200 | R. Kevin Clinton, Commissioner<br>Office of Financial and Insurance Regulation<br>(OFIR)<br>Department of Licensing and Regulatory Affairs<br>PO Box 30220<br>Lansing, MI 48909-7720 |
| Mike Rothman, Commissioner<br>Minnesota Department of Commerce<br>85 7th Place East, Suite 500<br>St. Paul, MN 55101 | Mike Chaney<br>Insurance Commissioner<br>Mississippi Insurance Department<br>PO Box 79<br>Jackson, MS 39205-0079 |
| John M. Huff, Insurance Director<br>Missouri Department of Insurance, Financial<br>Institutions and Professional Registration (DIFP)<br>PO Box 690<br>Jefferson City, MO 65102-0690 | Monica J. Lindeen<br>Commissioner of Securities and Insurance<br>Montana Office of the Commissioner of Securities<br>and Insurance<br>840 Helena Avenue<br>Helena, MT 59601 |
| Bruce R. Ramge<br>Director<br>Nebraska Department of Insurance<br>PO Box 82089<br>Lincoln, NE 68501-2089 | Scott J. Kipper<br>Commissioner<br>Nevada Dept. of Business & Industry Division of<br>Insurance<br>1818 East College Pkwy, Suite 103<br>Carson City, NV 89706 |
| Roger A. Sevigny<br>Commissioner<br>New Hampshire Insurance Department<br>21 South Fruit Street, Suite 14<br>Concord, NH 03301 | Kenneth E. Kobylowski, Acting Commissioner<br>State of New Jersey<br>Department of Banking & Insurance<br>20 West State Street<br>PO Box 325<br>Trenton, NJ 08625-0325 |
| John G. Franchini<br>Superintendent of Insurance<br>New Mexico Public Regulation Commission<br>Division of Insurance<br>PO Box 1269<br>Santa Fe, NM 87501 | Benjamin M. Lawsky<br>Superintendent of Financial Services<br>New York State Department of Financial Services<br>One State Street<br>New York, NY 10004-1511 |

| | |
|---|---|
| Wayne Goodwin<br>Insurance Commissioner<br>North Carolina Department of Insurance<br>1201 Mail Service Center<br>Raleigh, NC 27699-1201 | Adam Hamm, Insurance Commissioner<br>North Dakota Insurance Department<br>State Capitol, Fifth Floor<br>600 E. Boulevard Avenue<br>Bismarck, ND 58505-0320 |
| Sixto K. Igisomar<br>Acting Insurance Commissioner<br>Commonwealth of the N. Mariana Islands<br>Department of Commerce<br>Office of the Insurance Commissioner<br>Caller Box 10007 CK<br>Saipan, MP 96950 | Mary Taylor<br>Lt. Governor/Director<br>Ohio Department of Insurance<br>50 West Town Street<br>Third Floor, Suite 300<br>Columbus, OH 43215 |
| John D. Doak<br>Commissioner<br>Oklahoma Insurance Department<br>Five Corporate Plaza<br>3625 NW 56th - Suite 10<br>Oklahoma City, OK 73112-4511 | Louis D. Savage<br>Insurance Division Administrator (Acting)<br>Oregon Dept. of Consumer & Business Services<br>Insurance Division<br>PO Box 14480<br>Salem, OR 97309-0405 |
| Michael F. Consedine<br>Insurance Commissioner<br>Pennsylvania Insurance Department<br>1326 Strawberry Square<br>Harrisburg, PA 17120 | Ramón Cruz-Colón, Commissioner<br>Office of the Commissioner of Insurance<br>B5 Calle Tabonuco<br>Suite 216 PMB356<br>Guaynabo, Puerto Rico 00968-3029 |
| Joseph Torti III<br>Deputy Director & Superintendent of Insurance<br>State of Rhode Island<br>Department of Business Regulation<br>Division of Insurance<br>1511 Pontiac Avenue, Building 69-2<br>Cranston, RI 02920 | Gwendolyn Fuller McGriff<br>Acting Director<br>South Carolina Department of Insurance<br>PO Box 100105<br>Columbia, SC 29202-3105 |
| Merle D. Scheiber, Director<br>South Dakota Department of Labor and Regulation<br>Division of Insurance<br>445 East Capitol Avenue<br>Pierre, SD 57501-3185 | Julie Mix McPeak, Commissioner<br>Tennessee Department of Commerce & Insurance (TDCI)<br>Insurance Division<br>Davy Crockett Tower<br>500 James Robertson Parkway<br>Nashville, TN 37243-0565 |
| Eleanor Kitzman<br>Insurance Commissioner<br>Texas Department of Insurance<br>PO Box 149104<br>Austin, TX 78714-9104 | Neal T. Gooch<br>Commissioner<br>Utah Insurance Department<br>State Office Building, Room 3110<br>Salt Lake City, UT 84114-6901 |
| Steve Kimbell, Commissioner<br>Department of Financial Regulation<br>Insurance Division<br>89 Main Street<br>Montpelier, VT 05620-3101 | Gregory R. Francis<br>Lt. Governor/Commissioner<br>Office of the Lieutenant Governor<br>Division of Banking & Insurance<br>#18 Kongens Gade<br>St. Thomas, Virgin Islands 00802 |

| | |
|---|---|
| Jacqueline K. Cunningham<br>Insurance Commissioner<br>Virginia State Corporation Commission<br>Bureau of Insurance<br>PO Box 1157<br>Richmond, VA 23218-1157 | Mike Kreidler<br>Insurance Commissioner<br>Washington State<br>Office of the Insurance Commissioner<br>PO Box 40256<br>Olympia, WA 98504-0256 |
| Michael D. Riley<br>Insurance Commissioner<br>West Virginia Offices of the Insurance<br>Commissioner<br>PO Box 50540<br>Charleston, WV 25305-0540 | Ted Nickel<br>Insurance Commissioner<br>State of Wisconsin<br>Office of the Commissioner of Insurance<br>125 South Webster Street<br>Madison, WI 53703-3474 |
| Tom C. Hirsig<br>Insurance Commissioner<br>Wyoming Insurance Department<br>106 East 6th Avenue<br>Cheyenne, WY 82002-0440 | |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United

States of America that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT

Daniel Duke

Subscribed and sworn to before me
this 24th day of May, 2012.

"OFFICIAL SEAL"
MARGARET BRZOZOWSKI
Notary Public, State of Illinois
My Commission Expires 09/10/13

- 7 -

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606-6306 USA

Anthony T. Eliseuson
Partner
anthony.eliseuson@snrdenton.com
D  +1 312 876 3139
T  +1 312 876 8000
F  +1 312 876 7934
snrdenton.com

May 24, 2012

**BY CERTIFIED MAIL, RETURN RECEIPT
REQUESTED**

The Honorable Eric H. Holder, Jr.
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re:  *In re: Chinese-Manufactured Drywall Prods. Liab. Litig.,*
MDL No. 2047 (E.D. La.)
Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear Attorney General Holder:

Pursuant to 28 U.S.C. § 1715, I am enclosing the attached notice on behalf of Travelers
Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, The
Travelers Indemnity Company of America, St. Paul Surplus Lines Insurance Company, and The
Charter Oak Fire Insurance Company, and their affiliates, subsidiaries, and parent companies
(collectively "Travelers") and various other entities referred to in the attached notice as "Insured
Defendants." Travelers and the Insured Defendants are hereinafter collectively referred to as the
"Settling Defendants."

The enclosed Notice is being submitted to you to discharge Settling Defendants
obligations under Section 1715. If you need any additional information or have any questions,
please contact me at my direct number listed above.

Very truly yours,

SNR Denton US LLP

*Tony Eliseuson*

By:

Anthony T. Eliseuson

Enclosures



**EXHIBIT**

C