# EXHIBIT B

# A Class Action Settlement About Chinese Drywall May Affect You

A Settlement has been reached in a class action lawsuit involving drywall imported to the U.S. from China. The lawsuit claims that this Chinese Drywall caused property damage and personal injuries.

The companies being sued are distributors, suppliers, builders, developers, and installers who were associated with Chinese Drywall ("Participating Defendants"), along with their insurance companies ("Participating Insurers"). This Settlement is with the Participating Defendants and the Participating Insurers; all deny they did anything wrong.

## Who's Included?

You are likely included in the Class if you have any claim for property damage or personal injuries related to Chinese Drywall installed anywhere in the U.S., except for in Virginia. For the specific legal definition of the Class, please visit the website or call the phone number below.

## What Can You Get?

Under the Settlement, Participating Insurers will contribute $80 million into a Settlement Fund. At a later date, after other Chinese Drywall Settlements are resolved, the Court will approve a plan to distribute the Settlement Fund to Class Members. At that time, Class Members may receive payments for their damages. You can register at the website below to be updated when a claims process is available.

## Your Other Rights

If you do nothing, you remain in the Class and you may be eligible to receive Settlement benefits. You will be bound by all the Court's decisions. If you do not want to be legally bound by the Settlement, you must exclude yourself from the Settlement. The deadline to exclude yourself is **Month Day, 2012**. If you do not exclude yourself you will not be able to sue the Participating Defendants or the Participating Insurers for any claim relating to the lawsuit. If you stay in the Settlement, you may object to all or part of it by **Month Day, 2012**. The Court will hold a hearing on **Month Day, 2012** to consider whether to approve the Settlement and a request for attorneys' fees up to 32% of the Settlement Fund. The Court has appointed attorneys to represent the Class. If you wish, you or your own attorney may ask to appear and speak at the hearing at your own cost.

This notice is only a summary. Use the information below to get detailed information, and to register to receive future notifications about this Settlement and related Chinese Drywall Settlements.

**Call: 1-8xx-xxx-xxxx or Visit www.[SettlementWebsite].com**