# EXHIBIT C

# Notice Program Estimate




***In re Chinese-Manufactured Drywall Products***
**Insurers Settlement**
**5/25/2012**

## Program Summary

This program will reach an estimated 85% of adults 18 and older nationwide, and over 87% of adults 35 and older in the selected local markets as shown below. (Most homeowners are 35 and older.)

National reach is being reported against Adults 18 and older to include demographic targets beyond homeowners (visitors, renters, etc.).

## Paid Media Components

### Local Market Media

**Television and Local Newspaper in the following 16 markets, with media weighted based on relative number of prior claims received:**

| 90% Overall Reach Markets | | 87% Overall Reach Markets |
|---|---|---|
| *Birmingham (AL)* | *West Palm Beach (FL)* | *Baton Rouge (LA)* |
| *Mobile-Pensacola (AL-FL)* | *New Orleans (LA)* | *Houston (TX)* |
| *Ft. Myers-Naples (FL)* | *Biloxi-Gulfport (MS)* | *Huntsville-Decatur (AL)* |
| *Jacksonville (FL)* | | *Gainesville (FL)* |
| *Miami-Ft. Lauderdale (FL)* | | *Orlando-Daytona (FL)* |
| *Tampa-St. Petersburg (FL)* | | *Panama City (FL)* |
| | | *Tallahassee (FL)* |

1) Local Television: Thirty-second television spot for 2-3 weeks. (Pricing based on Q2 2012 rates. Due to 2012 elections, television costs and inventory beyond Q2 are subject to availability.)

2) Local Newspapers: One-sixth page insertion in one daily and one Sunday insertion in the highest circulating local newspaper in each market.

3) Local Ethnic Newspapers: One-sixth page insertion in African-American and Hispanic newspapers. The Notice will appear in multicultural newspapers in markets with substantial African-American or Hispanic populations.

### National Media

| ***Print Media*** | ***Ad Type/Size*** | ***Insertions*** |
|---|---|---|
| **Newspaper Supplements** | | |
| *Parade* | 1/2 Page | 1 |
| *USA Weekend* | M Page | 1 |
| **Magazine(s)** | | |
| Better Homes & Gardens | 2/3Page | 1 |
| National Geographic | Full Page | 1 |
| People | Full Page | 2 |
| Reader's Digest | Full Page | 1 |
| Sports Illustrated | 2/3 Page | 1 |

| ***Online Media*** | ***Ad Type/Size*** | ***Estimated Impressions*** |
| --- | --- | --- |
| *24/7 Network* | 728x90, 300x250, 120x600 | TBD |
| *Quadrant One* | 728x90, 300x250, 120x600 | TBD |
| *Yahoo!* | 728x90, 300x250, 120x600 | TBD |
| *Facebook* | 100x100 | TBD |

| ***Broadcast Media*** | ***Ad Type/Size*** | ***Estimated GRPs*** |
| --- | --- | --- |
| National Network & Cable Television | :30 second spot | 35 |

**Other Media Program Components**

Earned Media: Flex Press Release Creation & Distribution (National)

Release includes national press release distribution, Twitter post to reporters, video distribution of TV spot, selected image distribution, and distribution to select microlists including Construction & Building, Banking, and Real Estate.

Earned Media: Blog Outreach
Keyword Search Campaign (billed at actual cost)
Keyword Search Campaign: set-up & management fee
Production and Distribution: Print Ad
Production and Distribution: Web Ad
Production and Distribution: TV spot
Plain Language Services (publication notice and review long form notice)

Research: Zip code-county-DMA conversion
Notice Materials: Translation

**Notice Administration Components**

Settlement Website:

Includes setup and nine months of hosting; English and Spanish; site would include online registration form to register to receive case updates; site would also include photos of Chinese Drywall for easy reference by Class Members, key court documents and deadlines, answers to frequently asked questions, and additional contact information

Phones:

Interactive Voice Recording setup, hosting, and reporting for nine months; English and Spanish

Phones:

Live operators; assumes 80% of callers reach customer service agent