UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | MDL NO. 09-2047 |
| IN RE: CHINESE-MANUFACTURED DRYWALL | SECTION: L |
| PRODUCTS LIABILITY LITIGATION | JUDGE FALLON |
| | MAG. JUDGE |
| | WILKINSON |

**************************************************

THIS DOCUMENT RELATES TO:

LAURA HAYA, ET AL. vs. TAISHAN GYPSUM CO., LTD, ET AL; CASE NO. 11-1077

_____

<u>MOTION TO DISMISS</u>

NOW INTO COURT, through undersigned counsel, come defendants, Venture Supply, Inc. and The Porter Blaine Corporation, who move this Honorable Court to issue an Order dismissing the claims of the plaintiffs in *Laura Haya, et al. vs. Taishan Gypsum Co., Ltd, et al.*, *Plaintiffs' Amended Omnibus Class Action Complaint (IX) (Rec. Doc. 8781) and Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) (Rec. Doc. 10732)* under Fed. R. Civ. Proc. Rule 12 (b)(2) and (3) for the reasons articulated in the attached Memorandum. Specifically, Venture Supply, Inc. and The Porter Blaine Corporation are not subject to, nor have they submitted to, the jurisdiction of this Court, and accordingly, the Eastern District of

Louisiana is an improper venue for the proceedings against Venture Supply, Inc. and The Porter Blaine Corporation.

**WHEREFORE**, defendants, Venture Supply, Inc. and The Porter Blaine Corporation, pray that its Motion to Dismiss pursuant to Fed. R. Civ. Pro. Rule 12 be granted, and that this Honorable Court dismiss the plaintiffs' claims made in *Laura Haya, et al. vs. Taishan Gypsum Co., Ltd, et al*., *Plaintiffs' Amended Omnibus Class Action Complaint (IX) (Rec. Doc. 8781) and Plaintiffs' Second Amended Omnibus Class Action Complaint (IX) (Rec. Doc. 10732)*, as this Court does not have personal jurisdiction over Venture Supply, Inc. or The Porter Blaine Corporation, and the Eastern District of Louisiana is an improper venue for any claims against Venture Supply, Inc. and The Porter Blaine Corporation.

Respectfully submitted,

/s/   Brett M. Bollinger_____
Brett M. Bollinger, LSBA #24303
Mark W. Verret, LSBA #23853
Dax C. Foster, LSBA #30506
Allen & Gooch
3900 North Causeway Boulevard
One Lakeway, Suite 1450
Metairie, Louisiana 70002
Telephone:  (504) 836-5285
Facsimile:  (504) 836-5289
Attorneys for Venture Supply, Inc.  and
The Porter Blaine Corporation

And

2

Mark C. Nanavati, Esq. (VSB #38709)
Kenneth F. Hardt, Esq. (VSB #23966)
Sinnott, Nuckols & Logan, P.C.
13811 Village Mille Drive
Midlothian, Virginia 23114
Telephone: (804) 378-7600
Facsimile:  (804) 378-2610
Attorneys for Venture Supply, Inc. and
The Porter Blaine Corporation

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of May, 2012.


/s/   Brett M. Bollinger___
Brett Bollinger