Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  106415-0487

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Jon A. Wilder, Inc
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Flagler** )
Name of Server: **Kevin Whitton**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **23rd** day of **September**, 20 **11**, at **3:45** o'clock **P** M

Place of Service: at ~~1 Enterprise Drive~~ **1212 Central Ave. S.**, in ~~Bunnell, FL 32110~~ **Flagler Beach, FL 32136**

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Jon A. Wilder, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: **Jon Wilder / President**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **Gray** ; Facial Hair ____
Approx. Age **60** ; Approx. Height **5'9"** ; Approx. Weight **200**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this **26th** day of **September**, 20 **11**
_____
Notary Public              (Commission Expires)

**APS International, Ltd.**



CHRISTIN ERJAVEC
Commission # DD 933371
Expires October 15, 2013
Bonded Thru Troy Fain Insurance 800-385-7019