Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0119

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--JST Properties, LLC of Mississippi
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __LOUISIANA__ ) ss.
County of: __ST. TAMMANY__ )

**Name of Server:** __Troy Miceli__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __7__ day of __April__, 20 __11__, at __730__ o'clock __P__ M

**Place of Service:** at 1118 Joy Dr., in Slidell, LA 70461

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
JST Properties, LLC of Mississippi
By delivering them into the hands of an officer or managing agent whose name and title is: __Dylan Tsulandon__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __Caucasian__ Hair Color __Brown__ ; Facial Hair __Non__
Approx. Age __18__ ; Approx. Height __5'8"__ ; Approx. Weight __200#__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __7__ day of __April__, 20 __11__

Notary Public  23032 (Commission Expires)

**APS International, Ltd.**