UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL ABREU, individually and on behalf of all others similarly situated, ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS] <br><br> Plaintiffs, <br><br> v. <br><br> GERBRUEDER KNAUF VERWALTUNGSGESELLSCHAT, KG, et al, and [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, including, MERCEDES HOMES, LLC] <br><br> Defendants <br> _____/. | CASE NO. 11-252 <br> SECT. L MAG 2 <br> Chinese Drywall MDL Case No. 2047 <br><br><br> JURY TRIAL DEMAND <br> OMNIBUS COMPLAINT (VIII) |

**MERCEDES HOMES, LLC'S NOTICE OF WITHDRAWAL OF ITS OBJECTION (DE # 14427) TO THE PSC'S MOTION FOR AN ORDER PRELMININARILY APPROVING THE SETTLEMENT AGREEMENT IN MDL NO. 2047 (DE # 14404)**

In reliance upon assurances made by its insurer, Chartis Specialty Insurance Company *et al.* via a letter dated May 25, 2012, and without waiving any claims or defenses, including, but not limited to, those identified in its Motion to Dismiss (DE # 14307) and its Motion to Quash (DE # 14423), Mercedes Homes, LLC, successor-by-merger to Mercedes Homes, Inc. ("Mercedes Homes")[1] and Subclass # 73 Defendant in the aforestyled Omnibus Complaint (VIII) (the "Complaint") filed by homeowners, Joslyn and Janet Edwards and Randy and Amy Lapriola (collectively, the Plaintiffs), hereby withdraws its Objection (DE # 14427) to the Motion for An

---

[1] The Plan of Merger was authorized and approved on behalf of Mercedes Homes, Inc. by Order Confirming Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code, entered September 30, 2009, as supplemented by Stipulated Order Granting the Emergency Motion, Authorizing and Approving the Sequence of Transactions Necessary to Effectuate Debtors' First Amended Joint Plan of Reorganization, entered October 15, 2009 (collectively, the "Order"), under Section 1129 of the United States Bankruptcy Code in a proceeding styled In re Mercedes Homes, Inc., et al., Debtors, Case No. 09-11191 (the "Case"). The Plan of Merger was approved by Mercedes Homes, LLC in accordance with applicable provisions of the Florida Limited Liability Company Act, as amended, Florida Statutes, Chapter 608.

ORLDOCS 12513564 1

1

Order: (1) Preliminarily Approving the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers; (2) Conditionally Certifying a Settlement Class; (3) Approving the Form Notice to Class Members; (4) Scheduling a Joint Fairness Hearing; and (5) Staying Claims Against Builders, Installers, Suppliers and Participating Insurers filed by Proposed Class Counsel and the Plaintiffs' Steering Committee (MDL DE No. 14404).  Mercedes Homes further advises that it is withdrawing its objection without waiving any rights arising out of the fact that by filing the Complaint against Mercedes Homes, the Plaintiffs and their attorneys violated the permanent injunction as such is set forth in that certain September 30, 2009 Order Approving the Implementation of the Debtors' Joint Plan of Reorganization issued pursuant to Chapter 11 of the United States Bankruptcy Code in the US Bankruptcy Court for the Southern District of Florida, West Palm Beach Division, in the matter styled, In re Mercedes Homes, Inc., et al., Case No. 09-11191-PGH.  The Plaintiffs' claims against Mercedes Homes have been discharged in bankruptcy.

RESPECTFULLY SUBMITTED this 30th day of May, 2012.

       /s/ Amanda Simmons, Esq.
**JOHN H. DANNECKER, ESQ.**
Florida Bar No.: 745030
**AMANDA G. SIMMONS, ESQ.**
Florida Bar No.  0728020
Shutts & Bowen, LLP
300 South Orange Avenue, Suite 1000
Orlando, Florida 32801
Telephone:  407-423-3200
Facsimile:   407-237-2202
Email:  jdannecker@shutts.com
Email:  asimmons@shutts.com
*Counsel for Mercedes Homes, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May, 2012, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/Amanda Simmons, Esq.
**JOHN H. DANNECKER, ESQ.**
**AMANDA SIMMONS, ESQ.**