Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0116

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--La Drywall
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **ST. TAMMANY** )

**Name of Server:** **TROY MICELI**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **7** day of **APRIL**, 20 **11**, at **4:25** o'clock **P** M

**Place of Service:** at 36276 Sigrid Ln., in Slidell, LA 70460

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
La Drywall

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **JOEY MAMONE**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **CAUCASIAN**; Hair Color **BROWN** ; Facial Hair **LONG**
Approx. Age **35** ; Approx. Height **5'10"** ; Approx. Weight **275#**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this ___ day of _____, 20 11

Notary Public                (Commission Expires) 2303

**APS International, Ltd.**