UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION     MDL NO. 2047

THIS DOCUMENT RELATES TO     Judge: Fallon
*Richard and Constance Almeroth, et. al.*
*v. Taishan Gypsum Co., Ltd. f/k/a Shandong*
*Taihe Dongxin Co. Ltd., et. al.*
Case No: 12-cv-0498 (E.D.La.)
_____/

## NOTICE OF SPECIAL APPEARANCE

     The law firm of Roetzel & Andress, LPA, and the undersigned attorney, John Armando Boudet, Esquire hereby file their special appearance to contest personal jurisdiction on behalf of Defendant, ELIAS BROTHERS GROUP CONSTRUCTION, INC., in <u>Richard and Constance Almeroth, et. al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.</u>, United States District Court for the Eastern District of Louisiana, Case No:12-cv-0498. ELIAS BROTHERS GROUP CONSTRUCTION, INC. requests that all future papers filed in this case be served on the undersigned attorney.

                                    Respectfully submitted,

                                    <u>/s/ John Armando Boudet</u>
                                    John Armando Boudet
                                    Florida Bar No. 0515670
                                    <u>jboudet@ralaw.com</u>
                                    Roetzel & Andress, LPA
                                    420 South Orange Avenue
                                    CNL Center II, 7th Floor
                                    Orlando, FL  32801
                                    Telephone No:  407.896-2224
                                    Facsimile No:  407.835.3596

**6338219_1.DOCX**

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing NOTICE OF SPECIAL APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of May, 2012.

                         <u>/s/ John Armando Boudet</u>
                         John Armando Boudet
                         Florida Bar No. 0515670
                         jboudet@ralaw.com
                         Roetzel & Andress, LPA
                         420 South Orange Avenue
                         CNL Center II, 7th Floor
                         Orlando, FL  32801
                         Telephone No:  407.896.2224
                         Facsimile No:  407.835.3596
                         *Counsel for Defendant,*
                         *Elias Brothers Group Construction, Inc.*

**6338219_1.DOCX**