UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * ** * * * * ** * * * * * * * ** * *

**THIS DOCUMENT RELATES TO:**
*Germano, et al. v. Taishan Gypsum Co. Ltd., et al.*, **Case No. 09-6687**
*Gross v. Knauf Gips KG et al.*, **Case No. 09-6690**
*The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, **Case No. 09-4115**
*Wiltz v. Beijing New Building Materials Public Ltd. Co. et al.*, **Case No. 10-361**

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT 5 – PART 2 TO THE DECLARATIONS OF FRANK SPANO IN SUPPORT OF DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAIAN TAISHAN PLASTERBOARD CO., LTD.'S <u>JURISDICTIONAL MOTIONS</u>**

Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd. ("TTP") (together, "Taishan Defendants") hereby move for an Order granting them leave to file Supplemental Exhibit 5 – Part 2 to each of the Declarations of Frank Spano filed on April 2, 4 and 6, 2012 (Rec. Doc. Nos. 13490-2, 13566-3, 13590-7 and 13591-7, respectively) in support of the Taishan Defendants' jurisdictional motions[1] (the "Spano Declarations")  This portion of Exhibit 5 was referenced but inadvertently omitted from the electronically filed Jurisdictional Motions.

WHEREFORE, the Taishan Defendants respectfully request an Order granting them

---

[1] The "Jurisdictional Motions" consist of (a) TG's Renewed Motion to Vacate the Default Judgment and Dismiss the Complaint filed on April 2, 2012 in the *Germano* action (Rec. Doc. 13490); (b) TG's Renewed Motion to Vacate the Entry of Default and Dismiss This Action filed on April 4, 2012 in the *Mitchell* action (Rec. Doc. No. 13566); (c) TG and TTP's Motion to Dismiss the Complaint filed on April 6, 2012 in the *Gross* action (Rec. Doc. No. 13590); and TG and TTP's Motion to Dismiss the Complaint filed on April 6, 2012 in the *Wiltz* action (Rec. Doc. No. 13591).

leave to file the attached Supplemental Exhibit 5 – Part 2.

Dated: May 30, 2012

          Respectfully submitted,

          */s/* Thomas P. Owen Jr.
          Joe Cyr
          Frank T. Spano
          Eric Statman
          HOGAN LOVELLS US LLP
          875 Third Avenue
          New York, New York 10022
          Telephone: 212-918-3000
          Facsimile: 212-918-3100
          Joe.cyr@hoganlovells.com
          Frank.spano@hoganlovells.com
          Eric.statman@hoganlovells.com

          Richard C. Stanley (La. Bar No. 8487)
          Thomas P. Owen, Jr. (La. Bar No. 28181)
          STANLEY, REUTER, ROSS, THORNTON
          & ALFORD, LLC
          909 Poydras Street, Suite 2500
          New Orleans, Louisiana 70112
          Telephone: 504-523-1580
          Facsimile: 504-524-0069
          rcs@stanleyreuter.com
          tpo@stanleyreuter.em

          **Attorneys for Defendant**
          **Taishan Gypsum Co. Ltd.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Leave to File Supplemental Exhibit 5 – Part 2 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of May, 2012.

/s/ Thomas P. Owen Jr