UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * ** * * * * * * * ** * *

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co. Ltd., et al.*, Case No. 09-6687; *Gross v. Knauf Gips KG et al.*, Case No. 09-6690; *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Case No. 09-4115; *Wiltz v. Beijing New Building Materials Public Ltd. Co. et al.*, Case No. 10-361

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT 5 – PART 2 TO THE DECLARATIONS OF FRANK SPANO IN SUPPORT OF DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAIAN TAISHAN PLASTERBOARD CO., LTD.'S JURISDICTIONAL MOTIONS**

This memorandum is submitted on behalf of Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd. ("TTP") (together, "Taishan Defendants") in support of their Motion for an Order Granting Them Leave to File Supplemental Exhibit 5 – Part 2 to each of the Declarations of Frank Spano filed on April 2, 4 and 6, 2012 (Rec. Doc. Nos. 13490-2, 13566-3, 13590-7 and 13591-7, respectively) in support of the Taishan Defendants' jurisdictional motions[1] (the "Spano Declarations"). A true and correct copy of the proposed Supplemental Exhibit 5 – Part 2 is annexed hereto as **Exhibit A**.

Supplemental Exhibit 5 – Part 2 contains a missing portion of exhibits to the deposition of Che Gang, namely Plaintiffs' exhibits 7 through 32 and Defendants' exhibits 1 and 2, which

---

[1] The "Jurisdictional Motions" consist of (a) TG's Renewed Motion to Vacate the Default Judgment and Dismiss the Complaint filed on April 2, 2012 in the *Germano* action (Rec. Doc. 13490); (b) TG's Renewed Motion to Vacate the Entry of Default and Dismiss This Action filed on April 4, 2012 in the *Mitchell* action (Rec. Doc. No. 13566); (c) TG and TTP's Motion to Dismiss the Complaint filed on April 6, 2012 in the *Gross* action (Rec. Doc. No. 13590); and TG and TTP's Motion to Dismiss the Complaint filed on April 6, 2012 in the *Wiltz* action (Rec. Doc. No. 13591).

was inadvertently omitted from the original electronic filing of the Jurisdictional Motions. There is no dispute that the Taishan Defendants intended for this portion of deposition exhibits to be included in their moving papers because the Spano Declarations and briefs repeatedly state that Exhibit 5 is a complete copy of "the transcript of the deposition of Che Gang, including Defendants' Exhibits 1 and 2 and Plaintiffs' Exhibits 1 through 32." (Rec. Doc. No. 13490-1 at p. 9 n. 15; Rec Doc. No. 13490-2 ¶ 6; Rec. Doc. No. 13566-1 at p. 12 n.22; Rec. Doc. No. 13566-3 at ¶ 6; Rec. Doc. No. 13590-1 at p. 11 n.19; Rec. Doc. No. 13590-7 ¶ 6; R. Doc. 13591 at p.12 n.20; Rec Doc. No. 13591-8 ¶ 6).

On May 24, 2012, counsel for the Taishan Defendants notified each of the parties who have filed a response to the Jurisdictional Motions of the inadvertent omission. As of the time of this filing, no one has objected to the filing of this Supplemental Exhibit 5 – Part 2.

Dated: May 30, 2012

    Respectfully submitted,

    */s/* Thomas P. Owen, Jr.
    Joe Cyr
    Frank T. Spano
    Eric Statman
    HOGAN LOVELLS US LLP
    875 Third Avenue
    New York, New York 10022
    Telephone: 212-918-3000
    Facsimile: 212-918-3100
    Joe.cyr@hoganlovells.com
    Frank.spano@hoganlovells.com
    Eric.statman@hoganlovells.com

    Richard C. Stanley (La. Bar No. 8487)
    Thomas P. Owen, Jr. (La. Bar No. 28181)
    STANLEY, REUTER, ROSS, THORNTON
    & ALFORD, LLC
    909 Poydras Street, Suite 2500
    New Orleans, Louisiana 70112
    Telephone: 504-523-1580
    Facsimile: 504-524-0069
    rcs@stanleyreuter.com
    tpo@stanleyreuter.em

    **Attorneys for Defendant**
    **Taishan Gypsum Co. Ltd.**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Memorandum in Support of Motion for Leave to File Supplemental Exhibit 5 – Part 2 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of May, 2012.

                                                                                        */s/* Thomas P. Owen, Jr

\\NY - 037476/000001 - 2396382 v1