UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2047<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  JOSEPH C. WILKINSON, JR.<br>* |

* * * * * * * * * * * * * * * * * * ** * * * * * ** * * * * * * * ** * *

**THIS DOCUMENT RELATES TO:**
*Germano, et al. v. Taishan Gypsum Co. Ltd., et al.*, **Case No. 09-6687**
*Gross v. Knauf Gips KG et al.*, **Case No. 09-6690**
*The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, **Case No. 09-4115**
*Wiltz v. Beijing New Building Materials Public Ltd. Co. et al.*, **Case No. 10-361**

## ORDER

Considering Defendants' Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd. ("TTP") (together, "Taishan Defendants") Motion for Leave to File "Supplemental Exhibit 5 – Part 2" to each of the Declarations of Frank Spano filed on April 2, 4 and 6, 2012 (Rec. Doc. Nos. 13490-2, 13566-3, 13590-7 and 13591-7) in support of the Taishan Defendants' jurisdictional motions[1] (the "Spano Declarations");

IT IS ORDERED BY THE COURT that the Motion for Leave is granted and Supplemental Exhibit 5 – Part 2 attached hereto is added to each of the Spano Declarations.

---

[1] The "jurisdictional motions" consist of (a) TG's Renewed Motion to Vacate the Default Judgment and Dismiss the Complaint filed on April 2, 2012 in the *Germano* action (Rec. Doc. 13490); (b) TG's Renewed Motion to Vacate the Entry of Default and Dismiss This Action filed on April 4, 2012 in the *Mitchell* action (Rec. Doc. No. 13566); (c) TG and TTP's Motion to Dismiss the Complaint filed on April 6, 2012 in the *Gross* action (Rec. Doc. No. 13590); and TG and TTP's Motion to Dismiss the Complaint filed on April 6, 2012 in the *Wiltz* action (Rec. Doc. No. 13591).

New Orleans, Louisiana, this _____ day of _____, 2012.

                                                                                                _____
                                                                                                Eldon E. Fallon
                                                                                                United States District Court Judge

\\NY - 037476/000001 - 2396383 v1