UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| | | SECTION: L |
| This Document Relates to all cases | * * * | JUDGE: FALLON |
| | * * | MAGISTRATE JUDGE WILKINSON |

******************************************** *

## RE-NOTICE OF ORAL AND VIDEOTAPED
## DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)

TO:   **Taishan Gypsum Co., Ltd. and
Taian Taishan Plasterboard Co., Ltd.**
Through their attorney
Richard C. Stanley, Esq.
Stanley Reuter Ross Thornton & Alford, LLC
909 Poydras Street
Suite 2500
New Orleans, LA 70112

**PLEASE TAKE NOTICE** that pursuant to Rule 26 and 30(b)(6) of the Federal Rules of

Civil Procedure, the Plaintiffs Steering Committee will take the deposition of Taishan Gypsum

Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. beginning on Monday, January 9, 2012, and

continuing for the entirety of the week until the deposition can be concluded, starting at 9:00

a.m. (Hong Kong Time) each day, at Executive Centre, Level 3, Pacific Place, 1 Queen's Road

East, Hong Kong, or at another location mutually agreed upon by the parties. Pursuant to Fed. R.

Civ. P. 30(b)(6), Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. shall

designate and produce a designated representative or representatives, as may be required, to



testify on behalf of Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. concerning the topics identified in Schedule A attached hereto.

**If you are an attorney of record, please email cdw@golkow.com 48 hours prior to the deposition should you desire to participate by stream to view video/text so you may receive a username and password.**

Primary Examiners:      A Member of the PSC, or its designee
Videotaped Deposition: Yes
Call-In Number:          **800-747-5150 (for USA callers)**
                                   **Participant Code:  5408057**

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows.  This brief explanation is with full reservation of all rights by the noticing party and is not intended to limit in any way the scope of the deposition noticed herein.  Counsel should be aware that all matters may be discovered in the deposition beyond the following and that the following explanation is made solely in accordance with the directives provided at the status conference.  This is an MDL "common" deposition for jurisdiction.

Respectfully submitted,

/s/ Leonard A. Davis
**Russ M. Herman** (Bar No. 6819)
rherman@hhkc.com
Leonard A. Davis (Bar No. 14190)
ldavis@hhkc.com
Stephen J. Herman (Bar No. 23129)
sherman@hhkc.com
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin, Esquire
Fred S. Longer, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH:  (215) 592-1500
FAX:  (215)592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA 70139<br>PH: (504) 524-3300<br>Fax: (504) 524-3313 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA 70068<br>PH: (985) 536-1186<br>Fax: (985) 536-6445 |
| Robert C. Josefsberg<br>25 Flagler Street<br>8th Floor<br>Miami, FL 33130<br>PH: (305) 358-2800<br>Fax: (305) 358-2382 | Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL 33134<br>PH: (305) 476-7400<br>Fax: 305) 476-7444 |
| Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL 32502<br>PH: (850) 435-7090<br>Fax: (850) 436-6091 | Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA 70130<br>PH: (504) 581-1750<br>Fax: (504) 529-2931 |
| Arnold Levin<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106<br>PH: (215) 592-1500<br>Fax: (215) 592-4663 | Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>Fax: (504) 528-9973 |
| Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>PH: (239) 390-1000<br>Fax: (239) 390-0055 | James Robert Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>PH: (228) 374-5151<br>Fax: (228) 374-6630 |
| Christopher Seeger<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>Fax: (212) 584-0799 | Bruce William Steckler<br>3102 Oak Lawn Ave.<br>Suite 1100<br>Dallas, TX 75219<br>PH: (214) 523-6674<br>Fax: (214) 520-1181 |

| | |
|---|---|
| Scott Weinstein<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL  33907<br>PH:  (239) 433-6880<br>Fax:  (239) 433-6836<br><br>Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431 | Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>PH:  (757) 233-0009<br>Fax:  (757-233-0455 |

**PLAINTIFFS' STEERING COMMITTEE**

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.WSuite  650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax:  (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Andrew A. Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904 (mailing address)<br>15058 River Road<br>Hahnville, LA  70057<br>Phone:  (985) 783-6789<br>Fax:  (985) 783-1333<br>andrew@lemmonlawfirm.com | Jeremy W. Alters<br>Alters Law Firm<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@alterslaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Re-Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of November, 2011.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
PH: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhkc.com

## SCHEDULE A

## DEFINITIONS

"**BNBM**" means Beijing New Building Material Company, Limited or Beijing New Building Material Public Limited Co.

"**BNBM Group**" means Beijing New Building Material (Group) Company, Limited.

"**CNBM Group**" means China National Building Material Group Corporation.

"**CNBM**" means China National Building Material Company, Limited.

"**CNBM USA Corp.**" means China National Building Material USA Corp.

"**CNBM Trading**" means China National Building Material Import and Export Company or China National Building Material Trading Company.

"**Chinese Drywall**" means the defective Chinese drywall imported into the United States and at issue in this Multidistrict Litigation No. 2047.

"**Document**" or "**documents**" means and includes any written, recorded, or graphic matter, however produced or reproduced, whether or not in the possession, custody, or control of Defendant and whether or not claimed to be privileged against discovery on any ground, including, but not limited to, books, brochures, notes, diaries, notebooks, ledgers, letters, contracts, checks, drawings, graphs, charts, reports, records, statements, receipts, computer diskettes, computer printouts, teletypes, telecopies, invoices, worksheets, lists, memoranda, correspondence, telegrams, schedules, photographs, sound recordings, films, computer media, or other data compilations from which information can be obtained or translated, if necessary, through detection devices into reasonably usable form.

"**Exporter Entities**" means Orient International Holding Shanghai Foreign Trade Co., Ltd.; Qingdao Kanghong Import and Export Co., Ltd.; Lianyungang Yuntai International Trade

Co., Ltd.; Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd.; Nantong Economic and Technological Development Zone Corporation; Shandong Yuanhua International Trading Co., Ltd.; Qingdao Joy Industrial & Development Co., Ltd.; Jiangsu Easthigh Group Import & Export Co. , Ltd.; Shanghai Yujin Industry Co., Ltd.; Hangzhou Great Import and Export Co., Ltd.; Zibo International Economic and Technical Cooperation Corporation; China Xuzhou International Economic & Technological Cooperation Co., Ltd.; Xuzhou Hanbang Global Trade Co., Ltd.; Shanghai Kaidun Development Co., Ltd.; Jiangsu Sainty International Economic & Technical Cooperation Co., Ltd.; Qingdao Aoni Decoration Board and Materials Co., Ltd.

**"Person"** means any natural person, corporation, partnership, business, governmental body, or entity of any kind.

**"Relevant Time Period"** means the time period from January 1, 2001 to the present.

**"U.S."** means any of the 50 United States and the United States territories Guam, U.S. Virgin Islands and Puerto Rico.

**"U.S. Standards"** means the standards promulgated by ASTM International (f/k/a American Society for Testing and Materials) and those promulgated by UL (Underwriters Laboratories) Standards.

**"Upstream/Downstream Entities"** means State Owned Asset Supervision and Administration Commission of the State Council; CNBM Group; BNBM Group; CNBM Trading, Building Materials Academy; China Cinda Asset Management Corporation; CNBM; BNBM; Tai'an Donglian Investments Trading Co., Ltd.; Shandong Taihe Dongxin Company, Limited; CNBM USA Corp.; and each entity's predecessors and successors; and those in active concert or participation with them.

"**You**" or "**Your**" means Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co.,

in its present form, or whether known by any other name(s) during the Relevant Time Period,

and/or any of its officers, directors, employees, agents, or representatives, as applicable.

## **DEPOSITION TOPICS**

Pursuant to Rule 30(b)(6), You shall designate and produce for deposition one or more of

Your partners, officers, directors, managing agents, or other persons who consent to testify on

your behalf concerning the following subject matters:

1.      Contacts between You and buyers of your products and/or agents of buyers

located within the  U.S. during the Relevant Period, including but not limited to:

    a.  Negotiations with buyers and/or agents of buyers located within the U.S.

        concerning their potential or actual purchase of your products.

    b.  The nature, extent, and frequency of your communications with buyers and/or

        agents of buyers located within the U.S..

    c.  The value and volume of sales to buyers within the U.S..

    d.  Your acceptance of funds including wire transfers from banks and other financial

        entities located within the U.S.

    e.  Hosting of buyers and/or agents of buyers located within the U.S. for visits to

        your production facility for the purpose of facilitating sales.

    f.  Shipment of samples directly to buyers and/or agents of buyers located within the

        U.S.

    g.  Providing marketing materials to buyers and/or agents of buyers located within

        the U.S., including product brochures, and directing potential buyers and/or

        agents to your website.

h.  Customization of products including markings and edge seal tape to accommodate buyers located within the U.S.

i.  Use of product markings indicating U.S. standards made at request of buyers and/or agents or buyers located within the U.S.

j.  Efforts taken to ensure that the U.S. standards were met for products, including testing, submission of product to independent testing laboratories, and application to any independent entity for certification and/or license to mark the product as compliant.

k.  Assurances to buyers and/or agents or buyers that products complied with state specific requirements.

l.  Advice to buyers and/or agents of buyers located within the U.S. with respect to the packaging and shipment of products, including recommendations for shippers to accommodate their needs.

m.  Communications with third party freight handling and shipping companies designed specifically to assist buyers and/or agents of buyers located within the U.S. to assist in arranging shipping to the U.S..

n.  Representations to buyers and/or agents of buyers located within the U.S. concerning your ability to produce and ship products, including representations of your proven track record for sales.

o.  Follow-up with buyers and/or agents of buyers located within the U.S. concerning the following topics:

    i.  becoming an exclusive distributor;

     ii.  the purchase of additional products sold by you or one of your affiliated companies;

    iii.  satisfaction with product and desire to purchase additional product from your company; and

    iv.  complaints.

p.  Purchase of raw materials from the U.S. utilized in the manufacture of your product(s).

2.  Conducting business in the U.S. or with companies from the U.S. during the Relevant Time Period.

3.  The presence, identity and function of any of employees, agents, or representatives of You, BNBM, or any Upstream/Downstream Entity in the U.S. during the Relevant Time Period.

4.  Any travel to the U.S. or elsewhere by employees, representatives, or agents of any Upstream/Downstream Entity for business purposes, including for the purpose of attending trade shows and marketing products to the U.S., during the Relevant Time Period.

5.  Banking by or financial transactions entered into by You, BNBM, or any Upstream/Downstream Entity in the U.S. during the Relevant Time Period.

6.  The identity, nature, value and location of any personal or real property or other assets in the U.S. of which You, BNBM, or any Upstream/Downstream Entity are the legal or beneficial owner.

7.  Business plans, marketing plans, and budgets for You, BNBM, and any Upstream/Downstream Entity during the Relevant Time Period, including but not limited to

advertising, marketing or promotion of Your products directed to the U.S. and all advertising, marketing, or promotion of Your products directed to or received by persons in the U.S.

8.      The relationship between You and BNBM, and the relationship between You and the Upstream/Downstream Entities, during the Relevant Period, including but not limited to:

    a.   Any loans, advances of funds, lines of credit, guarantees or assurances between these entities.

    b.   The sharing of services between these entities, including, but not limited to, payroll, legal, accounting, technical, research & development, purchasing, and other services.

    c.   Any agreements, including but not limited to cost-sharing agreements, distribution, marketing, manufacturing, equipment purchase, leasing, licensing and/or sales agreements, between these entities.

    d.   Any common board members, officers, employees, agents, partners, customers or other affiliates between these entities, and any common capitalization, loans, investments, stock ownerships and insurance policies between them.

    e.   Any person that is an employee, manager, agent, director, officer, or executive of one entity that is also an employee, manager, agent, director, officer, or executive of another entity.

    f.   The indemnification by one entity of debts of another entity.

    g.   The use of the same facilities, including offices, or equipment, by these entities.

    h.   Corporate records maintained jointly between these entities.

    i.   Assignments, licenses or sharing of intellectual property rights between these entities.

    j.  Sharing of revenues, costs, profits, assets, liabilities, responsibilities, rights, and/or obligations between these entities.

    k.  Operational and financial reporting between these entities.

    l.  Public representations as to the relationship between these entities.

9.    The ownership, corporate structure and management of You, BNBM, and each of the Upstream/Downstream Entities during the Relevant Period, including but not limited to:

    a.  Officers and directors of these entities.

    b.  Any transfers of ownership, control, and/or possession of any assets or liabilities of these entities during.

    c.  The meetings of the board of directors and/or officers of these entities.

    d.  The capitalization, loans, investments, stock ownership and insurance policies of these entities.

10.    Any involvement by You, BNBM, and the Upstream/Downstream Entities in the manufacturing, pricing, marketing, distribution, design, development, composition, testing, inspection and/or performance of Chinese Drywall during the Relevant Time Period.

11.    The investigation of and response to complaints relating to odors and other issues associated with Chinese Drywall during the Relevant Time Period.

12.    The problems associated with Your drywall imported into the U.S. during the Relevant Time Period.

13.    Any propriety interest, governance, ownership or other commercial relationship between You and the People's Republic of China.

14.     Any public investors in BNBM and the Upstream/Downstream Entities, including but not limited to Morgan Stanley, T. Rowe Price and/or J.P. Morgan, and/or their subsidiaries during the Relevant Time Period.

15.     Any legal proceedings in the U.S. involving You, BNBM, or any Upstream/Downstream Entity.

16.     Documents produced by You in this litigation, and the contents of Your profile form(s).

17.     The creation of Taian Taishan Plasterboard Co. and its affiliates or subsidiaries, including but not limited to the purpose of its creation.

18.     The development of new markets outside of China for export by You, BNBM and the Upstream/Downstream Entities, during the Relevant Time Period.

19.     Shipping firms for overseas shipments, including to U.S. ports.

20.     Your use of the internet, including company web-pages and industry bid sites for sales to the U.S..

21.     Your compliance with Chinese Value Added Tax ("VAT") regulations, and representations made to the government of China and other regarding VAT.

22.     Your use of and compliance with ISO (International Standard Organization), ASTM and U.S. Standards.

23.     Customer survey and testing done by the Chinese government, including:

a.  The complaints that prompted testing of Chinese drywall and customer survey.

b.Any   and all documents and communications relating to the customer survey performed by You in investigation of the allegations concerning Chinese drywall.

c.  Any sales and marketing materials You created as a result of the testing and customer survey, and the identity of persons to whom they were distributed.

24.   Your relationship with the "Exporter" entities identified in the attachment to Your manufacturer profile forms, including but not limited to:

a.  Negotiations with the exporters concerning their ability to market and/or Your product.

b.  The manner of communications between You and the exporters including the use of e-mail between You and the exporters, and the exporters and customers located within the U.S.

c.  Common officers or directors.

d.  Nature and extent of Your control over these exporters' sales and distribution.

e.  Extent of the exporters' right to obligate You.

f.  The nature of any geographic limitations on the exporters' sales territory.

g.  Your interactions with the exporters to set prices for Your product.

h.  The submission of sales or marketing reports to You by the exporters.

i.  The submission of customer lists to You by the exporters.

j.  The nature and extent of Your involvement in the exporters advertising and marketing including any reimbursement for marketing expenses.

k.  Whether or not You provided training or technical support to exporters concerning the sales of Your products.

l.  Procedures for communicating any customizations necessary for the product including product markings and edge seal tape markings received by the exporters from customers.

m.  Your knowledge concerning the exporters contacts with buyers and/or agents of buyers within the U.S.

25.   Your knowledge of claims, demands, or lawsuits in the U.S. involving allegedly defective drywall manufactured by You, including but not limited to the date You first learned of any such claims, demands, or lawsuits;

26.   Your knowledge of the lawsuit styled *Lennar Homes, LLC, et al. v. Knauf GIPS KG, et al.*, Case No. 09-07901, pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County Florida and in the lawsuit styled *Germano, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*, pending in the United States District Court, Eastern District of Louisiana, Case No. 2:09-cv-6687,  including but not limited to the date upon which You first learned of the lawsuit and that a default had been entered in the lawsuit;

27.   Your solicitation of legal advice and retention of counsel in connection with allegedly defective drywall manufactured by You, including but not limited to the date You first contacted legal counsel to discuss (i) the allegedly defective drywall You manufactured, (ii) claims, demands, or lawsuits involving the allegedly defective drywall You manufactured, and (iii) service of the complaints styled *Lennar Homes, LLC, et al. v. Knauf GIPS KG, et al.*, Case No. 09-07901, pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County Florida and *Germano, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe*

*Dongxin Co., Ltd., et al,* pending in the United States District Court, Eastern District of Louisiana, Case No. 2:09-cv-6687, and the subsequent defaults entered in those cases.

| | |
|---|---|
| Received: | from 192.168.193.191(222.132.159.70, 192.168.208.49) |
| | (192.168.193.191(222.132.159.70, |
| | 192.168.208.49)[192.168.193.191(222.132.159.70, 192.168.208.49)] |
| | ) by webmail-app15(Coremail) ; Wed, 8 Nov 2006 16:14:50 +0800 |
| | (CST) |
| MIME-Version: | 1.0 |
| Message-ID: | <455191FA.0000CD.29257@bj163app15.163.com> |
| Received(Date): | Wed, 8 Nov 2006 16:14:50 +0800 (CST) |
| From: | "wuyu" <sdth818@163.com> |
| To: | "ivan gonima" <ivangonima@orientaltradingusa.com> |
| Subject: | Re: RE: Drywall Business |
| X-Priority: | 3 |
| X-Originating-IP: | [192.168.193.191(222.132.159.70, 192.168.208.49)] |
| X-Mailer: | <!– CoreMail Version 3.1_snapshot Copyright (c) 2002-2006 www.mailtech.cn–> 163com |
| References: | <002201c7028c$88fd09f0$03c8a8c0@GC> |
| In-Reply-To: | <002201c7028c$88fd09f0$03c8a8c0@GC> |
| Content-Type: | Multipart/Alternative; boundary="Boundary-=_nEnIQcWYpYqUCegGJWKrmlNZrqCU" |
| Content-Type: | text/html; charset="gb2312" |
| Content-Transfer-Encoding: | quoted-printable |

Dear Mr. Ivan,

i am very glad to receive your email. And thank you for your interest in our products. About the difference of the price between the break bulk way and the container way you mentioned in the email, i will tell you that the reason which causes the difference is that in the container, we use gypsunm strips,and in the way of break bulk,we use plywood pallet, so in the FOB price ,the fee of using plywood pallet is higher than  that of using gypsum strip.

About the information about our client in New York, i will ask him if he is willing to let me tell you that. Then i will reply you!

The ocean freight of the 40GP to Miami, it is $3400.

Thank you and best regards!

Yours faithfully

Bill


ÔÚ2006-11-08£¬"Ivan Gonima" <ivangonima@orientaltradingusa.com> Ð´µÀ£º



Che
EXHIBIT NO. 8
1/12/12
L. GOLKOW

Dear Bill:

Thanks a lot for your email. I have been working hard on this distribution business getting contacts and talking to different companies and I see a very bright future for us.

At this moment, I have the following questions:

1) Looking at your email I noticed two different prices for the same product. Let us take as an example the 12' x 4' x 1/2" sheet:

12'*4'*1/2" Regular gypsum boards 660sheets/40¯ FCL by pallet and manual (the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB (Qingdao

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

port) USD3.85/ sheet;

12'*4'*1/2" Regular gypsum boards 76sheets/pallet by plywood pallet (the plywood pallet has nine strip dunnages), FOB (Qingdao port) USD3.95/ sheet;

What is the main difference? I noticed in the first one you mentioned 660 sheets per container but in the second one you just mentioned 76 sheets per pallet. So, in the second case we would need 8 pallets (608 sheets) and a bundle of 52 sheets to complete 660, right? In the second case you also mentioned plywood pallet while in the first case you only mentioned pallet.

2) Could you quote me the actual freight cost for a 40' FLC from Qingdao to Miami, FL, New York, NY, Los Angeles, CA and Orlando, FL (In this case it would include land freight too from Miami to Orlando)?

3) Finally, Jorge mentioned that you already have a distributor for other one of your brands in the New York area. Would it be possible to have their company name and phone number? I would like to talk to them about their experience and the way they have marketed your product. Jorge told me they are already selling close to 800,000 sheets a month.

Thanks for all your help; I will be waiting for your answer.

Best regards;

  Executive Vice-President

1111 Brickell Bay Drive - Suite 1502

Miami, FL 33131 - USA



Cell: (407) 575 5048

_____

From: wuyu [mailto:sdth818@163.com]

Sent: Monday, November 06, 2006 12:27 AM

To: ivan gonima

Subject: Drywall Business

Importance: High

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000522

Dear Mr. Jorge and Ivan,

I am glad to meet you in china; I will give you the good price as following:

8'*4'*1/2" Regular gypsum boards 980sheets/40i⁻FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD2.55/ sheet;

8'*4'*1/2" Regular gypsum boards 76sheets/pallet  by plywood pallet(the plywood pallet has five strip dunnages) , FOB  (Qingdao port) USD2.65/ sheet;

9'*4'*1/2" Regular gypsum boards 880sheets/40i⁻FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD2.85/ sheet;

9'*4'*1/2" Regular gypsum boards 76sheets/pallet  by plywood pallet(the plywood pallet has seven strip dunnages) , FOB  (Qingdao port) USD2.98/ sheet;

10'*4'*1/2" Regular gypsum boards 790sheets/40i⁻FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD3.15/ sheet;

10'*4'*1/2" Regular gypsum boards 76sheets/pallet  by plywood pallet(the plywood pallet has seven strip dunnages) , FOB  (Qingdao port) USD3.30/ sheet;

12'*4'*1/2" Regular gypsum boards 660sheets/40i⁻FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD3.85/ sheet;

12'*4'*1/2" Regular gypsum boards 76sheets/pallet  by plywood pallet(the plywood pallet has nine strip dunnages) , FOB  (Qingdao port) USD3.95/ sheet;

8'*4'*5/8" Regular gypsum boards 720sheets/40i⁻FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD3.95/ sheet;

8'*4'*5/8" Regular gypsum boards 60sheets/pallet  by plywood pallet(the plywood pallet has five strip dunnages) , FOB  (Qingdao port) USD4.05/ sheet;

9'*4'*5/8" Regular gypsum boards 640sheets/40i⁻FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD4.45/ sheet;

9'*4'*5/8" Regular gypsum boards 60sheets/pallet  by plywood pallet(the plywood pallet has seven strip dunnages) , FOB  (Qingdao port) USD4.60/ sheet;

10'*4'*5/8" Regular gypsum boards 580sheets/40i⁻FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD4.95/ sheet;

10'*4'*5/8" Regular gypsum boards 60sheets/pallet  by plywood pallet(the plywood pallet has seven strip dunnages) , FOB  (Qingdao port) USD5.10/ sheet;

12'*4'*5/8" Regular gypsum boards 480sheets/40i⁻FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD5.95/ sheet;

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000523

12'*4'*5/8" Regular gypsum boards 60sheets/pallet  by plywood pallet(the plywood pallet has nine strip dunnages) , FOB  (Qingdao port) USD6.10/ sheet;

8'*4'*1/2" fireproof gypsum boards 980sheets/40i‾FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD2.95/ sheet;

8'*4'*1/2"fireproof gypsum boards 76sheets/pallet  by plywood pallet(the plywood pallet has five strip dunnages) , FOB  (Qingdao port) USD3.05/ sheet;

9'*4'*1/2" fireproof gypsum boards 880sheets/40i‾FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD3.30/ sheet;

9'*4'*1/2" fireproof gypsum boards 76sheets/pallet  by plywood pallet(the plywood pallet has seven strip dunnages) , FOB  (Qingdao port) USD3.45/ sheet;

10'*4'*1/2" fireproof gypsum boards 790sheets/40i‾FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD3.65/ sheet;

10'*4'*1/2" fireproof gypsum boards 76sheets/pallet  by plywood pallet(the plywood pallet has seven strip dunnages) , FOB  (Qingdao port) USD3.80/ sheet;

12'*4'*1/2" fireproof gypsum boards 660sheets/40i‾FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD4.45/ sheet;

12'*4'*1/2" fireproof gypsum boards 76sheets/pallet  by plywood pallet(the plywood pallet has nine strip dunnages) , FOB  (Qingdao port) USD4.55/ sheet;

8'*4'*5/8" fireproof gypsum boards 720sheets/40i‾FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD4.35/ sheet;

8'*4'*5/8" fireproof gypsum boards 60sheets/pallet  by plywood pallet(the plywood pallet has five strip dunnages) , FOB  (Qingdao port) USD4.45/ sheet;

9'*4'*5/8" fireproof gypsum boards 640sheets/40i‾FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD4.90/ sheet;

9'*4'*5/8" fireproof gypsum boards 60sheets/pallet  by plywood pallet(the plywood pallet has seven strip dunnages) , FOB  (Qingdao port) USD5.05/ sheet;

10'*4'*5/8" fireproof gypsum boards 580sheets/40i‾FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD5.45/ sheet;

10'*4'*5/8" fireproof gypsum boards 60sheets/pallet  by plywood pallet(the plywood pallet has seven strip dunnages) , FOB  (Qingdao port) USD5.60/ sheet;

12'*4'*5/8" fireproof gypsum boards 480sheets/40i‾FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD6.55/ sheet;

12'*4'*5/8" fireproof gypsum boards 60sheets/pallet  by plywood pallet(the plywood pallet has nine strip dunnages) , FOB  (Qingdao port) USD6.70/ sheet;

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000524

I hope we can establish cooperation relationship early.

Thanks and best wishes!

Yours faithfully

Bill Che

K a p p a \ A N D 1 \ R e e b o k È« ³¤ ³¡ 99 Ôª

ÄÍ ¿Ë\ °¢ µÏ\ Àî Äþ ¡- Ëù ÓÐ ÔË ¶¯ µ¥ Æ· 1 9 9 Ôª ·â ¶¥ , Îþ Ê± ÇÀ ¹º À² !

Äã ÓÊ Ïä Àï ¾Ó È» ÓÐ »ý ·Ö , Õâ Äã Öª µÀ Âð ?

# ÓÊ Ïä »ý ·Ö ¾Ó

# È» ÄÜ »» 20 Ôª

# Ç® , Õâ Äã Ò² Öª

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000525

µÀ Âð ? µã ´Ë ¶Ò

»» 20 Ôª >>

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Ivan Gonima <igonima@gonimaconstructors.com> |
| **To:** | Bill Cher - Taihe <sdth818@163.com> |
| **CC:** | deniseromano5@yahoo.com <deniseromano5@yahoo.com>;jorgearevalo@orientaltradingusa.com <jorgearevalo@orientaltradingusa.com>;'Nicol Juanita' <nicoljuanita@hotmail.com>;Alvaro@imperialstonemg.com <Alvaro@imperialstonemg.com> |
| **Sent:** | 1/10/2007 9:28:36 AM |
| **Subject:** | Test Reports in English |

Dear Bill:

Good morning my dear friend!

The test reports Jorge brought with him when he meet you in China are almost 90% in Chinese. Several customers have asked for those reports but as you can understand they want to see them in English.

Basically we need test reports supporting that all test required by American Codes & Standards are passed. We know it is a fact but our clients want to see them before placing a big order. They do not want to risk it and take any chances. Could you please scan and email me such test reports certificates? I also would like to have an original copy of each one, in English of course, and I can pick it up at our meeting in Taian City.

Best regards;

Ivan Gonima
Oriental Trading Company, LLC



Che
EXHIBIT NO. 9
1/12/12
L. GOLKOW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000628

| From: | Ivan Gonima <otc.igg.orlando@gmail.com> |
| To: | 'wuyu' <sdth818@163.com> |
| CC: | 'OTC Orlando' <otc.orlando@gmail.com> |
| Sent: | 4/18/2007 9:37:40 AM |
| Subject: | RE: RE: RE: SHIPPING |

Dear Mr. Bill:

Thanks for your email; this is the information I was looking for and you produced it very soon. That was great. Just a couple of question:

1. Are these all the ocean freight costs from Qingdao to each one of those destinations or do they have additional charges? In other words, are they going to charge us some handling fees, paperwork fees, etc.? I need this to make sure I have all costs included in my calculations. I already have all customs and customs broker fees so you do not have to worry about those.

2. I am clear about all CY-CY (Port to Port) rates. When talking about the CY – DR (Port to Door) rates I want to make sure the carrier is taking care and including all land freight costs on that rate. Let's say Qingdao – Las Vegas, Nevada (CY – DR) for $ 3,100; what I understand is that I includes the ocean freight from Qingdao to Long Beach , California plus the land freight from Long Beach, California to Las Vegas, Nevada, doesn't it?

3. Finally, I understand that your first prices column is for a 40' Standard Container and your second prices column is for a 40' High Cube Container, am I right?

Ok, my friend; this is all for today. Please let me know when you are shipping our first order.

Best regards;


*Ivan Gonima*
*Oriental Trading Company, LLC*
*1600 33rd, Unit 101*
*Orlando, FL 32839*
*Phone: (407) 574-6134*
*Fax: (407) 843-3910*

---

**From:** wuyu [mailto:sdth818@163.com]
**Sent:** Tuesday, April 17, 2007 11:17 PM
**To:** otc.igg.orlando@gmail.com
**Subject:** Re:RE: RE: SHIPPING

```
a)      Gulf Port, Mississippi (CY - DR) 3750 4115(EMC)

b)      New Orleans, Louisiana (CY - CY) 3200 3300 (APL)

c)      Long Beach, California (CY - CY) 1680 1800 (EMC)

d)      Las Vegas, Nevada (CY - DR)     3100 3385 (EMC)

e)      Savannah, Georgia (CY - CY)     3100 3250 (EMC)

f)      Atlanta, GA (CY - DR)           3800 3950 (APL)

g)      Charleston, South Carolina      3100 3250 (EMC)
```



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000913

h)          Wilmington, North Carolina        3050 3300 (EMC)

i)          San Juan, Puerto Rico (CY - CY)   3700 3800 马士基

j)          Buenaventura, Colombia (CY - CY)  4100 4200 K-LINE

k)          Cartagena, Colombia (CY - CY)     3600  3750 COSCO

l)          Puerto Limón, Costa Rica (CY - CY) 3650  3750 COSCO


--
车刚
Bill  Cher
13561759284
E-mail:SDTH818@163.com
MSN:wuyu374@hotmail.com

---

抢注！网易隆重推出新一代免费邮箱 >>

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000914

| | |
|---|---|
| **From:** | Ivan Gonima <otc.igg.orlando@gmail.com> |
| **To:** | 'wuyu' <sdth818@163.com> |
| **CC:** | OTC.Orlando@gmail.com <OTC.Orlando@gmail.com> |
| **Sent:** | 5/10/2007 11:39:03 AM |
| **Subject:** | 20' & 40' Container Ocean Freight Rates |

My dear friend Bill:

How are you doing today sir? I imagine you are quite busy lately. I need you please to give me the following information regarding ocean freight rates for 40' containers from Qingdao to:

1) West Palm Beach and Tampa in Florida
2) Houston in Texas
3) Norfolk in Virginia
4) Newark in New Jersey

Also, and for calculating the exact cost of bringing drywall screws, we need to know the ocean freight rates for 20' containers from Qingdao to:

1) Miami, West Palm Beach and Tampa in Florida
2) Savannah in Georgia
3) Charleston in South Carolina
4) Wilmington in North Carolina
5) Norfolk in Virginia
6) Newark in New Jersey
7) Long Beach in California
8) Houston in Texas
9) Gulf Port in Mississippi
10) New Orleans in Louisiana
11) Las Vegas in Nevada (via Long Beach, CA)
12) San Juan, Puerto Rico
13) Manzanillo, México

Best regards;


*Ivan Gonima*
*Oriental Trading Company, LLC*
otc.igg.orlando@gmail.com
*1600 33rd, Unit 101*
*Orlando, FL 32839*
*Phone: (407) 574-6134*
*Fax: (407) 843-3910*



Che
EXHIBIT NO. 11
1/12/12
L. GOLKOW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000902

Leonardo Guzman
OTC - Office Manager

On Fri, Dec 19, 2008 at 8:33 AM, Leonardo Guzman <otc.orlando@gmail.com> wrote:
Dear Mr. Bill Cher

Thank you for your prompt answer.

Unfortunately, the actual situation in USA is not the best for import new products and the owner to the company needs the reimbursement for the USD 100,000.

I really appreciate all your help with your bank and your accounting departments for help us
transferring those funds back as soon as possible.

Thank you and best regards,

Leonardo Guzman
Office Manager - OTC


On Tue, Dec 16, 2008 at 4:14 AM, 车刚 <sdth818@163.com> wrote:
Dear Mr. Guzman,
    I have received your email and the documents in attachment; I can understand you, I am working hard to return the money to you, but our bank and our accounting departments need time to operate this thing. It is so complicated and time-consuming. I suggest that we can export something to you, for example the metal keels, the steel belt price have went down in China. And some customers from USA start to order the metal keels now. We think it is the most operable and easiest way.
        Thanks and best wishes!
        Yours faithfully


--
车刚
Bill  Cher
13561759284
E-mail:SDTH818@163.com
MSN:wuyu374@hotmail.com

在2008-12-16, "Leonardo Guzman" <otc.orlando@gmail.com> 写道：

Dear Mr. Bill Cher

I hope you still doing well. Please I really appreciatte your confirmation and your answer about the attached e-mail sent to you the last December 1 / 2008.

Thank you, best regards.



Che
EXHIBIT NO. 12
1/12/12
L. GOLKOW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021477

| | |
|---|---|
| **From:** | 车刚 <sdth818@163.com> |
| **Sent:** | Friday, March 6, 2009 12:50 AM (GMT) |
| **To:** | Leonardo Guzman <otc.orlando@gmail.com> |
| **Subject:** | Re:Fwd: Re: Fwd: Reimbursement USD100,000.00 Oriental Trading Company |

Dear Mr. Guzman,

    I am sorry for that I can not contact you so long time. I still try my best to convince our boss to pay the USD100000.00 to you. but my boss said that making the account of bank is difficult,so he suggust we expot the goods to you, I often talk about this things with our boss .I need wait for that he agree.

    Thanks and best wishes.

    Yours faithfully

--
车刚
Bill  Cher
13561759284
E-mail:SDTH818@163.com
MSN:wuyu374@hotmail.com

在2009-03-06, "Leonardo Guzman" <otc.orlando@gmail.com> 写道：

Dear Mr. Bill Cher,

I hope you still doing well.

Do you have any news about the USD100,000 reimbursement?  The Company requires a prompt answer for a reimbursement day because the Company needs to report the financial movement in 2008 and this money is a very important part in these reports.

Please Mr. Bill Cher, I need your help in this matter, we are working in this process for 8 months or may be more.

Unfortunately, the actual situation in USA is not the best for import new products and the owner to the company needs the reimbursement for the USD 100,000.

I really appreciate all your help with your bank and your accounting departments for help us transferring those funds back as soon as possible.

Best regards,

Leonardo Guzman
Oriental Trading Company - Orlando Manager


---------- Forwarded message ----------
From: **Leonardo Guzman** <otc.orlando@gmail.com>
Date: Mon, Jan 19, 2009 at 9:15 AM
Subject: Re: Re: Fwd: Reimbursement USD100,000.00 Oriental Trading Company
To: 车刚 <sdth818@163.com>, deniseromano5@yahoo.com

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER


Che
EXHIBIT NO. 13
1/12/12
L. GOLKOW

TG 0021470

| From: | Jing Zhang <kingzad.zhang@gmail.com> |
|---|---|
| To: | sdth818@163.com <sdth818@163.com> |
| Sent: | 1/5/2006 11:44:00 PM |
| Subject: | Thanks for your help |

Dear Mr. Che.

I talked with my boss yesterday. He want you to do some more.Please answer following question

1. I need price of 4 X 12, 5/8 inch thickness board, and how many pieces for one container,, optimized

2. I need price of 4 X 12, 1/2 inch thickness borad as well. and how many pieces for one container,, optimized

3. I also need payment sheet and need konw the process.

4. make sure the taped edge type.

5. Make sure, white in one side and gray in another side.

6. Need Fire Resistance Stamp for 4' X 12' 5/8" Board.

7. I also need plan board, that mean no manufactory info machine on it.

8. i need better price of it.. because we are consider increase to 20 contains per month. Because yesterday,you told me price is too hight, after shipping everything it will be about 9 dollars per piece is too high for cost to doing this busines. i Need better priece, And we are looking for long term relationship with you. So, we would like have compititive price to compete local manufactory in this blooming oppotunites. After Hurricane Katrina, the Great New Orleans area need rebuild, and housing market in USA is very hot in these days. The both effects, we hope you and us can both take advantage from it. So, please give us your best price, you can offer.

9. I also need sure, all the freight also need insured.

Thanks a lot buddy

Jing Zhang



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000886

| | |
|---|---|
| **From:** | Mike Westbrook <MikeW@advancedmarine.us> |
| **To:** | wuyu <sdth818@163.com> |
| **Sent:** | 1/10/2006 9:01:27 PM |
| **Subject:** | RE: purchase sheetrock |

DEAR MR CHEGANG
THANK YOU FOR YOUR QUOTATION.
I HAVE A QUESTION. I AM NOT CLEAR , YOU INDICATED

4*8*1/2  940/40CFCL $2.40 PC

4*8*1/2 750/40FCL  $4.38 PC
WHICH ONE IS CORRECT OR WHAT IS THE DIFFERENCE BETWEEN THE TWO?

IS THE 5/8INCH FIREPROOF?

LOOK FORWARD TO HEARING FROM YOU.
WE ARE CHECKING SHIPPING ALL THE WAY TO NEW ORLEANS, LOUISIANA.
ONCE WE HAVE FIRM PRICE WE WILL BE BACK TO YOU.
THANK YOU FOR YOUR HELP.

BEST REGARDS
MIKE WESTBROOK
ADVANCED PRODUCTS INTERNATIONAL
MWOTC@CAJUN.NET

-----Original Message-----
**From:** wuyu [mailto:sdth818@163.com]
**Sent:** Tuesday, January 10, 2006 6:49 PM
**To:** Mike Westbrook
**Subject:** Re: purchase sheetrock
**Importance:** High

Dear Mr Mike And Mr Zhang:
  How are you?  Tank you for your email. As requested, I reply as
Following:
1.4'*12'*1/2" regular gypsum board 630pcs/40fcl,packed by pallet and manual, FOB Qingdao
  port USD3.58/pc;
4'*8'*1/2" regular gypsum board 940pcs/40fcl,packed by pallet and manual, FOB Qingdao
port USD2.40/pc;
4'*12'*5/8" regular gypsum board 500pcs/40fcl,packed by pallet and manual, FOB Qingdao
port USD6.56/pc;
4'*8'*1/2" regular gypsum board 750pcs/40fcl,packed by pallet and manual, FOB Qingdao
port USD4.38/pc;
2. 4'*12'*1/2" regular gypsum board 50pcs/pallet,gypsum pallet, by
  break bulk, FOB Qingdao port USD3.60/pc;
  4'*8'*1/2" regular gypsum board 76pcs/pallet,gypsum pallet, by
  break bulk, FOB Qingdao port USD2.40/pc;
  4'*12'*5/8" regular gypsum board 40pcs/pallet,gypsum pallet, by



Che
EXHIBIT NO. 15
1/12/12
L. GOLKOW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000907

break bulk, FOB Qingdao port USD6.58/pc;

4'*8'*5/8" regular gypsum board 60pcs/pallet,gypsum pallet, by

break bulk, FOB Qingdao port USD4.40/pc;

3. Ocean freight is Usd 1850/40fcl from Qingdao to LA.

4. Payment term : T/T.

5. Production:45500pcs/week for one line ;

91000pcs/week for two lines.

Best regrds

Yourth Faithfully

Chegang

-----原始邮件-----
发件人:"Mike Westbrook"
发送时间:2006-01-10 23:35:42
收件人:""
抄送:"jingzhang"
主题:purchase sheetrock

DEAR MR. CHE GANG

MR. JING ZHANG HAS BEEN TRYING TO GET A WRITTEN QUOTATION FROM YOU ON 4 SIZES OF SHEETROCK. IT HAS BEEN OVER 7 DAYS AND WE HAVE NOT BEEN ABLE TO GET A QUOTATION FROM YOU.

IS YOUR COMPANY IN BUSINESS OR IS THERE A PROBLEM IN YOUR COMPANY? PLEASE ADVISE IF WE WILL BE ABLE TO GET A QUOTATION FROM YOU IN THE NEXT DAY OR NOT.

WE SINCERELY WANT TO DO BUSINESS WITH YOU BUT WE NEED QUICK RESPONSES TO OUR INQUIRIES.

LOOK FORWARD TO HEARING FROM YOU.

BEST REGARDS

MIE WESTBROOK
MWOTC@CAJUN.NET

想要一个快n倍的免费邮箱吗？
126专业电子邮局——全球领先的中文邮箱带你进入极速之旅

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000908

| From: | Grace Wei <gracewei@163169.net> |
|---|---|
| To: | sdth818 <sdth818@163.com> |
| Sent: | 7/3/2006 9:16:03 PM |
| Subject: | Fw: FW: WORK ORDER TST |
| Attachments: | 100_0810.JPG; FLA loading 100_0810.JPG; Photo_070306_013.JPG; Photo_070306_014.JPG |

车经理:

你好!

上次张楠在的时候曾经发过两个集装箱的货,现在货出问题了,请看图片,
以下是客人的邮件,他说如果这样的话,下面的11个柜他们不能要了.

请您处理一下,应该怎样和客人解释.

谢谢!

魏冬玲

Grace, Andy,

This is the load we just received and opened the doors on.   WHAT HAPPENED?   WE can NOT ship
the next 11 containers This way.  HOW CAN WE FIX THIS?   Some of the drywall is broken on the
corners.

Need to discuss ASAP.

Jim Scudder

Vice President of Sales

Advance Products International Corp.

225 West 30th Street

National City, CA. 91950-7203

Phone: 858-822-8078

Fax: 858-883-2966

Email:  jimscudder.api@cox.net

Web site: www.bestapic.com

---

**From:** Gregory Unruh [mailto:gregoryunruh@msn.com]



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

Che

EXHIBIT NO. 16

1/12/12

L. GOLKOW

TG 0019383

# Advance Products International, LLC

10-31-06


To: Shandong Taihe Dongxin Co. LTD

Dear Frank Clem,


Advance Products International purchased gypsum board from your company and we were told and guaranteed that the gypsum board was ASTM standard gypsum board and complied to all regulations.  The 12 containers of gypsum board we purchased form your company are not ASTM approved board.  We shipped the gypsum/drywall to our customers and this has caused us great harm to our company.  Our customers after installing some of the drywall have had to pull it off the walls because of the defective gypsum board.  In order not to be sued over sell defective gypsum/drywall, we have had to pay for the replacement gypsum board to our customers.  Also, in our 12 containers of the shipment there was to be 12 foot board only.  There was some 8 foot board and 10 foot board. How did this happen?

I have included a letter from one of our customers that received some of the board.  Please read this to understand how this defective gypsum board has hurt our company.   Also, I will include some photos of the board for your review. We demand a full refund of our money in order to take care of this issue.

If we feel Taihe Company is not  interested in settling this dispute, we will have no choice but to go to the ASTM standard board and log a complaint against your company.   We will also file a complaint to the U.S. and China governments who regulate import and export of products to make sure this does not happen to anyone else.   The filing to the United States importing regulators will stop Taihe for exporting to the United States.  We would prefer not to do this, but if we do not get an amicable resolution to this dispute we will have to.

To date we have lost over $100,000.00 USD working with your gypsum board.  This includes the cost of the board, shipping and all fees, trucking of the board, storage of the gypsum board and the replacement of the gypsum board to our customers.   We want to know what Taihe Company is going to do for us to help rectify this problem of the defective boards. Please let us know how and when you plan to repay Advance Products International for the board we purchased from you.


Sincerely,

James Scudder
Vice President
Advance Products International

```
Che
EXHIBIT NO. 17
  1/12/12
  L. GOLKOW
```

**2626 Southport Way, Suite C**
**National City, CA. 9150**

1

**Ph: (011) 619-477-6600**
**Fx: (011) 619-477-6605**

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0019376

| | |
|---|---|
| **From:** | BO ZHOU <ecz8@hotmail.com> |
| **To:** | sdth818@163.com <sdth818@163.com> |
| **Sent:** | 7/10/2006 12:29:00 AM |
| **Subject:** | RE: gypsum board |

Dear Mr.Che
1, Would please find out the freight from Qingdao to New Orleans to me?
2, how many sheets can load in a container as following:
A),3660*1220*15.9mm Regular gypsum boards 60sheets/pallet by plywood pallet
FOB Qingdao USD6.85/ sheet;

B),2440*1220*15.9mm Regular gypsum boards 60sheets/pallet by plywood pallet
FOB Qingdao USD4.58/ sheet;

C),3660*1220*15.9mm Fireproof gypsum boards 60sheets/pallet by plywood
pallet FOB Qingdao USD7.76/ sheet;

D),2440*1220*15.9mm Fireproof gypsum boards 60sheets/pallet by plywood
pallet FOB Qingdao USD5.19/ sheet;

3, why we have to use HQ ? the freight will expensive?

4, would you please mail me some samples to me at :

TP Construction Inc
424 Jefferson highway ,Jefferson LA 70121 USA


Best regards and many thanks!

Jeff Zhou

---

Don't just search. Find. Check out the new MSN Search!
http://search.msn.click-url.com/go/onm00200636ave/direct/01/



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000631

| From: | BO ZHOU <ecz8@hotmail.com> |
| To: | sdth818@163.com <sdth818@163.com> |
| Sent: | 7/16/2006 7:56:00 PM |
| Subject: | Sample |

Dear Mr. Che

I got your samples thanks, I need some time to work at that I will get back
to you when I decide
the order.

Thanks!

BO ZHOU


>From: "wuyu" <sdth818@163.com>
>To: "bo zhou" <ecz8@hotmail.com>
>Subject: gypsum board
>Date: Tue, 11 Jul 2006 11:23:17 +0800 (CST)
>
>Dear Mr. Zhou :
> The brek bulk I said is load the gypsum board pallet by pallet into
>ship directly, rather than to coantiners. Please refer to attachemnt for
>loading by break bulk.
>Best Wishes!
>Yours faithfully
>Bill Che
>
>
>
>
>
>
>
>
>
>-----ÔÊ¾ÓÊ¾Þ-----
>·¢¼þþÈÈ:"BO ZHOU"
>·¢ÈÍÊ±¼ä:2006-07-10 22:06:09
>ÊÕ¼þþÈÈ:sdth818@163.com
>³Èͱ:(ÎÞ)
>Ö÷Îâ:Re: RE: gypsum board
>
>
>Dear Mr. Che,
>
>Thank you so much for your information. but I still don't understand how
>
>much freight charged will be for this :
>
>2.¡°3660*1220*15.9mm Regular gypsum boards 60sheets/pallet by plywood
>pallet
>
>FOB Qingdao USD6.85/ sheet;¡±This price is for break bulk, not container.
>
>
>
>Thanks
>
>
>
>Jeff
>

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

# Contract

Contract NO.: SDTH0600902

Date: **2th Sep. 2006**                    Place: TAI'AN CHINA

The seller: **TAIAN TAISHAN PLASTERBOARD CO.LTD.**

The buyer: **B AMERICA CORPORATION**

This contract is made by and between the seller and buyer, whereby the seller agrees to sell and the buyer agrees to buy the under mentioned commodity according to the terms and conditions stipulated as below:

1. **COMMODITY**

| COMMODITY& SPECIFICATION (T/E) SIZE (mm) | QUANTITY | CFR PORTSUDAN PRICE | AMOUNT |
|---|---|---|---|
| PLASTERBOARDS | PCS | (USD /PC) | USD |
| 3660 x1220 x112.7 | 1320 | 10.22 | 1349.040 |
| TOTAL | | | 13490.40 |
| SAY USD: THIRTEEN THOUSAND FOUR HUNDRED AND NINTY AND FOURTY CENTS   ONLY | | | |

2. Quality and packing term: the gypsum board should be produced as per the relative standard of ASTM C-1396;By container.



Che
EXHIBIT NO. 19
1/12/12
L. GOLKOW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021704

3. Term of payment: 50% earnest money should be paid by T/T in advance before producing; the rest 50%T/T should be received by the seller before loading container.

**4. DELIVERY TERM:  CFR   MIAMI**

**5.** Force Majeure: the seller shall not be hold responsibility for late or non-delivery of the goods owing to the generally recognized "force majeure" cause. However in such case, the seller shall inform the buyer in four working days.

**6.** Arbitration: All distributes in connection with this contract shall be settled amicably by negotiation. In case no settlement can be reached, the case under dispute may then be submitted to the foreign trade arbitration commission of the China council for promotion international trade. The decision of the arbitration shall be accepted as final and binding upon both parties.

The seller: TAIAN TAISHAN PLASTERBOARD CO., LTD

The buyer: **B AMERICA CORPORATION**

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

3. Term of payment: 50% earnest money should be paid by T/T in advance before producing; the rest 50%T/T payment should be paid by the buyer before seller loading gypsum boards into container.

4. **DELIVERY TERM: CFR  MIAMI**

5. Force Majeure: the seller shall not be hold responsibility for late or non-delivery of the goods owing to the generally recognized "force majeure" cause. However in such case, the seller shall inform the buyer in four working days.

6. Arbitration: All distributes in connection with this contract shall be settled amicably by negotiation. In case no settlement can be reached, the case under dispute may then be submitted to the foreign trade arbitration commission of the China council for promotion international trade. The decision of the arbitration shall be accepted as final and binding upon both parties.

The seller: TAIAN TAISHAN PLASTERBOARD CO., LTD

The buyer: **B AMERICA CORPORATION**

EXHIBIT NO. 20
1/12/12
L. GOLKOW

CONFIDENTIAL — SUBJECT TO

TG 0021695

## Contract

Contract NO.: SDTH0601123

Date: 23rd November. 2006                     Place: TAI'AN CHINA

The seller: **TAIAN TAISHAN PLASTERBOARD CO.LTD.**

The buyer: **B AMERICA CORPORATION**

This contract is made by and between the seller and buyer, whereby the

seller and the buyer agree to cancel the contract made on 2nd Sep. 2006,

**with number of SDTH0600902. The reason is that both parties can not**

bear the dropped price in the American market.

The seller: TAIAN TAISHAN PLASTERBOARD CO., LTD

The buyer: **B AMERICA CORPORATION**

Che
EXHIBIT NO. 21
1/12/12
L. GOLKOW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021696

**From:** Rafael Sardi <rsardi@bellsouth.net>
**Sent:** Friday, November 24, 2006 6:49 PM (GMT)
**To:** wuyu <sdth818@163.com>
**Cc:** Chen Bilai <blchen@163bj.com>
**Subject:** Fw: contract
**Attach:** contract 陈壁来20061123.doc; Contract sample陈壁来2006112302.doc

Hello Sir,
We have received your 2 contracts. Please note that our lawyers have advised us to first sign contract #
SDTH0601123, and then sign contract #SDTH0600902.

Kindly sign contract both contracts, send it to us so we can sign them and return via courier.

Regards,

Rafael Sardi
Onyx Gbh Corp
8003 Nw 29th Street
Miami, Florida 33122 USA
Tel: 305-594-6652
Fax: 305-594-6931
rsardi@bellsouth.net

Please remember to attach all previous e-mail responses when replying back to us please use reply
button. Thanks
----- Original Message -----
**From:** wuyu
**To:** rafaelsardi
**Sent:** Thursday, November 23, 2006 8:03 PM
**Subject:** contract

陈经理：
    您好！我给您发两份合同过去，外汇管理局要壹份合同和壹份终止合同才可以放
款，请客户看后盖章发给我吧。
    祝:商祺！
车刚
13561759284

女友９９元ｂｕｙ的新款ＯＮＬＹ
秋冬女人精品女装全场火热促销２９元-１９９元,抢呀(图)



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021702

| | |
|---|---|
| **From:** | Rafael Sardi <rsardi@bellsouth.net> |
| **Sent:** | Wednesday, November 29, 2006 8:50 PM (GMT) |
| **To:** | wuyu <sdth818@163.com> |
| **Cc:** | Enlly Castro <enllycastro@yahoo.com>; Chen Bilai <blchen@163bj.com> |
| **Subject:** | Re: contract |
| **Attach:** | drywallrefund1.jpg; drywallrefund2.jpg; drywallrefund3.jpg |

Hello Sir,
We tried faxing the contract to your but it always gave an error, so we scanned the contract and are sending it via email.

Rafael Sardi
Onyx Gbh Corp
8003 Nw 29th Street
Miami, Florida 33122  USA
Tel: 305-594-6652
Fax: 305-594-6931
rsardi@bellsouth.net

Please remember to attach all previous e-mail responses when replying back to us please use reply button. Thanks

—— Original Message ——
**From:** wuyu
**To:** rafaelsardi
**Sent:** Thursday, November 23, 2006 8:03 PM
**Subject:** contract

陈经理：
　　您好！我给您发两份合同过去，外汇管理局要壹份合同和壹份终止合同才可以放款，请客户看后盖章发给我吧。
　　祝：商祺！
车刚
13561759284

---

女友９９元 ｂｕｙ 的 新 款 ＯＮＬＹ
秋 冬 女 人 精 品 女 装 全 场 火 热 促 销 ２９元 - １９９元 , 抢 呀 ( 图 )

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

| From: | Rafael Sardi <rsardi@bellsouth.net> |
|---|---|
| To: | blchen <blchen@163bj.com> |
| CC: | wuyu <sdth818@163.com> |
| Sent: | 2/16/2007 2:22:01 PM |
| Subject: | contract |

Hello Chen Bilai,
Ok, please ask the factory to give us their very best fob price for the following:

[1] 40' container Gypsum board 3/8" x 8' x 4'

[1] 40' container Gypsum board 1/2" x 8' x 4'

This so we can consume our credit we have at the factory.

Regards,

Rafael Sardi
Onyx Gbh Corp
8003 Nw 29th Street
Miami, Florida 33122  USA
Tel: 305-594-6652
Fax: 305-594-6931
rsardi@bellsouth.net

Please remember to attach all previous e-mail responses when replying back to us please use reply button. Thanks
----- Original Message -----
**From:** blchen
**To:** Rafael Sardi
**Sent:** Thursday, February 15, 2007 10:13 AM
**Subject:** Re: contract

Dear Rafael,

Mr. Che told me they had got permission from the Local Foreign Currency Bureau to refund the US dollar to you. But the person who operates the issue told them the information of USD from you no longer in their computer as it's over three months.So it has problem to refund it to you. I suggest when they have order from American company, they may ask that American customer to decrease the  said sum from the total payment and wire it to your account. They agreed to do so when they have order.

I hope it works.

Best regards

Chen Bilai
----- Original Message -----
From: Rafael Sardi
To: wuyu
Cc: Enlly Castro ; Chen Bilai
Sent: Tuesday, December 05, 2006 5:45 AM
Subject: Re: contract

Dear Sir
Please respond if you have processed the refund.

----- Original Message -----



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000485

| From: | wuyu <sdth818@163.com> |
|---|---|
| To: | rsardi@bellsouth.net <rsardi@bellsouth.net> |
| Sent: | 4/10/2007 4:03:02 AM |
| Subject: | Re:custom broker |

Dear Mr. Rafael,
   Thank you for your reply timely.
   Please  let us know which company will appear as buyer on invoice and packing list, B American Corporation or Delmar Logistics (GA) Inc? And which company will we appear as consignee and notify party on the Bill of lading?

   A soon as we confirm the above information, we will arrange production and shiping, and inform you the exact shipping date then.

--
车刚
Bill Cher
13561759284
E-mail:SDTH818@163.com
MSN:wuyu374@hotmail.com

在2007-04-10, rsardi@bellsouth.net 写道:

Hello,
Yes, please show our custom broker on paper work

What is the target shipping date?

Sent via BlackBerry from T-Mobile

-----Original Message-----
From: wuyu <sdth818@163.com>
Date: Tue, 10 Apr 2007 09:38:44
To:"Rafael Sardi" <rsardi@bellsouth.net>
Subject: Re:Re: please confirm

Dear Mr. Rafael,
   Thank you very much for your fast reply.
   We will arrange the shipping to Miami Port at an early time. And will we contact you or your custom broker in futher? Or will we have your custom borker appea

   Thank you and best wishes!

--
Bill  Cher
13561759284
E-mail:SDTH818@163.com
MSN:wuyu374@hotmail.com
在2007-04-10, "Rafael Sardi" <rsardi@bellsouth.net> 写道

Hello Bill,
We confirm final destination is Port of Miami.  We confirm that our custom broker to clear the goods is Delmar Logistics (GA) Inc.
Please confirm as soon as you ship

Rafael Sardi
Onyx Gbh Corp
8003 Nw 29th Street
Miami, Florida 33122  USA
Tel: 305-594-6652
Fax: 305-594-6931
rsardi@bellsouth.net: <mailto:rsardi@bellsouth.net>

----- Original Message -----
From: wuyu <mailto:sdth818@163.com>
To: ecastro@bamerica.us: <mailto:ecastro@bamerica.us>
Sent: Friday, April 06, 2007 10:56 PM
Subject: please confirm

Dear Mr.Enlly,
   I send the Invoice and packinglist to you by attachment.
   the destination port is MIAMI .
   the receiver is :

Tran D. Duong

Delmar Logistics (GA) Inc.
576 Lake Mirror Road
College Park, Georgia 30349
Tel: 404-559-1004
Fax: 404-559-1007
Mobile: 912 441 5944
   Please confirm the above  information .
   Thanks and best wishes!
   Yours faithfully

--
车刚
Bill  Cher
13561759284
E-mail:SDTH818@163.com: <mailto:SDTH818@163.com>
MSN:wuyu374@hotmail.com: <mailto:wuyu374@hotmail.com>

--
车刚
Bill  Cher
13561759284
E-mail:SDTH818@163.com: <mailto:SDTH818@163.com>
MSN:wuyu374@hotmail.com: <mailto:wuyu374@hotmail.com>

----------------
每天上班第一件要做的事情是? : <http://www.126.com/> 马上看看>>

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER


Che
EXHIBIT NO. 24
1/12/12
L. GOLKOW

TG 0000514

| | |
|---|---|
| **From:** | Maria Muci <mmuci@bamerica.us> |
| **To:** | wuyu <sdth818@163.com> |
| **Sent:** | 4/21/2008 2:42:06 PM |
| **Subject:** | Fw: Re:Sheetrock Prices |

Thank you very much for your fast reply. Can you please send me a small sample of the sheetrock of both 1/2" and 5/8". It could be a letter size sample (8.5"x11").

Looking forward to your reply.

Sincerely,

Maria Muci
BAMERICA CORPORATION
8005 NW, 29th St.
Doral, Florida 33122
Phone: (305) 5930933
Fax: (305) 5938688
----- Original Message -----
**From:** wuyu
**To:** Maria Muci
**Sent:** Tuesday, April 15, 2008 2:17 AM
**Subject:** Re:Sheetrock Prices

Dear Ms. Maria Muci,
    I am glad to receive your email and thanks for your kindly attention; I will send the price to you as following:
    2440*12220*12.7mm (4'*8'*1/2") regular gypsum board can be loaded 960sheets/40'contaner by gypsum pallet, FOB Qingdao port price is USD3.18/sheet;
    2440*12220*15.9mm (4'*8'*5/8") regular gypsum board can be loaded 730sheets/40'contaner by gypsum pallet, FOB Qingdao port price is USD4.88/sheet
    I hope we can establish business as soon as possible, if you have any question you can feel free to contact me any time.
    Thanks and best wishes!
    Yours faithfully




--
车刚
Bill  Cher
13561759284
E-mail:SDTH818@163.com
MSN:wuyu374@hotmail.com

在2008-04-14, "Maria Muci" <mmuci@bamerica.us> 写道：
Good Morning: My name is Maria Muci and I am contacting you to request your FOB prices for the sheetrock. I am interested in the followings: 4x8 1/2" and 5/8".

Thank you in advance for your attention regarding this matter.

Maria Muci



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

# Sales    Contract

Contract NO.∶ SDTH2007021301

**Date: 13th Feb. 2007**

**THE SELLER: TAIAN TAISHAN PLASTERBOARD CO., LTD**
**DAWENKOU DAIYUE DISTRICT OF TAIAN**
**SHANDONG PROVINCE, CHINA**
**TEL: 0086-538-8811077          FAX: 0086-538-8812679**

THE BUYER: OEG BUILDING MATERIAL

This contract is made by and between the Buyer and the Seller, hereby the Buyer agrees to buy and the Seller agrees to sell the under mentioned commodity according to the terms and conditions stipulated below:

1.  Goods, quantity, price and amount，please refer to the attached price list.

2. Quality and inspect standard: The metal stud should be produced and inspected according to the same standard as the studs which dealt by both parties from Dec. 2006 to 16th Feb. 2007 and also the standard of GB/T11981-2001. The height and thickness of stud 41*30*0.43mm is the same as 61*30*0.43mm, just width of 41mm instead of 61mm, and the height and thickness of stud 43*30*0.43mm is the same of 63.8*30*0.43mm, just width of 43mm instead of 63.8mm. If there need any amendment on the detail size, it should be confirmed by both parties.

3. Packing: the standard exporting packing for 40 HC containers. . Packed with pallet. .



EXHIBIT NO. 26
1/12/12
L. GOLKOW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0019685

4. Delivery place: Free on board of Qingdao. The buyer should arrange the available ship to arrive Qingdao port in time. Otherwise, the buyer should pay for any charges causing from the delay. The buyer should inform the seller the detail information of shipping such as the booked ship name, shipping date and so on.

5. Transportation: The seller should be in charge of the inland transportation and pay the freight inland. The buyer should be in charge of ocean freight and insurance and pay for them.

6. Payment: The buyer should pay 30% deposit of total amount before produce; the deposit payment should be kept until the last shipment. And buyer should pay full amount for each shipment before packing container in factory.

7. General duty: The seller should inform the buyer a week before if the prices change. Both parties should comply by this contract.

8. Force Majeure: the seller shall not be hold responsibility for late or non-delivery of the goods owing to the generally recognized "force majeure" cause. However in such case, the seller shall inform the buyer in four working days.

9. Arbitration: All distributes in connection with this contract shall be settled amicably by negotiation. In case no settlement can be reached, the case under dispute may then be submitted to the local court. The decision of the arbitration shall be accepted as final and binding upon both parties.

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

**THE SELLER: TAIAN TAISHAN PLASTERBOARD CO., LTD**

**THE BUYER:** OEG BUILDING MATERIAL

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

| | |
|---|---|
| **From:** | wuyu <sdth818@163.com> |
| **To:** | Joseph Weiss <joew@oegusa.com> |
| **Sent:** | 2/13/2007 4:27:05 AM |
| **Subject:** | Re: |
| **Attachments:** | Shape OEG metal studs 07021301.doc; STUD Contract OEG 07021301.doc |

Dear Mr. Joe and Mr. Ernest,
  I have send the contract and price list to you by attanchment.the steel belt factory is closed for spring festival at this moment,so we can not get the exact price and the delivery time for the steel belt .the steel belt factory will open untill 24th feb.
  Thanks and best wishes!
  Yours faithfully


车刚
Bill  Cher
13561759284
E-mail:SDTH818@163.com
MSN:wuyu374@hotmail.com

---

想加入吗？1.9亿用户正在使用网易邮箱 www.126.com



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0019683

| Shape | size | | | Thickness | meters for order | FOBQinfdao port price(USD) |
|---|---|---|---|---|---|---|
| C | 89 | 30 | 5 | 1.37 | 19500 | 1.1702/m |
| U | 92 | 30 | | 1.37 | 6100 | 1.1185/m |
| C | 89 | 30 | 3.5 | 0.43 | 132625 | 0.3911/m |
| U | 92 | 30 | | 0.43 | 45740 | 0.3795/m |
| | | | | | | |
| C | 41 | 30 | 3.5 | 0.43 | 205500 | 0.2643/m |
| U | 43 | 30 | | 0.43 | 79000 | 0.2514/m |
| C | 61 | 30 | 3.5 | 0.43 | 105000 | 0.3170/m |
| U | 63 | 30 | | 0.43 | 36250 | 0.3054/m |

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0019684

| From: | wuyu <sdth818@163.com> |
|---|---|
| To: | Joseph Weiss <joew@oegusa.com> |
| Sent: | 1/28/2007 2:09:01 AM |
| Subject: | Re: |

Dear Mr. Joe and Mr. Ernest,

   I am glad to receive your email, and thank you for your great efforts.

   I would like to reply you as following:

   Actually the price of steel belt has increased by about 6%. We tried our best to persuade the steel belt factory to keep the same price for us, for we have a long time and steady demand on steel belt. Finally the steel factory offered the price 3% higher than last delivery in the case that we pay 50% of full amount in advance in four days. In order to build up the long time business cooperation and support you to compete in USA market, we will swallow the increased cost; we will offer the same price as last 16 containers. Please send out the deposit of USD100000.00 for the following 30 containers in four or five days to support us to get the material in early time. And if you agree, please let us be informed of the detail size and quantity for the 30 containers.

   Thanks and best wishes

   Yours faithfully

Bill  Cher
13561759284
E-mail:SDTH818@163.com
MSN:wuyu374@hotmail.com

在2007-01-27, Joseph Weiss <joew@oegusa.com> 写道：

Dear Bill,


I just sent you a wire for 50000 USD, I will give you another T/T next week.


Please come back to be with updated prices, because it is very important for us to give you an order for the 30 containers as soon as possible, but the prices have to be more competitive, so please don't delay it and work on it right away.

_____

*Joseph Weiss*


**OEG Building Material**

Phone:  (718) 633-0028

Fax:     (718) 633-2481



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0019701

| | |
|---|---|
| **From:** | wuyu <sdth818@163.com> |
| **Sent:** | Saturday, July 14, 2007 9:43 AM (GMT) |
| **To:** | joew@oegusa.com |
| **Subject:** | Re: |

Dear Mr. Joes,

Thanks for your kindly attention, and we will send you the contract and invoice to you.

We have to let you know the followings:

As we talked with Miss **Sheila**, she agreed to show **20 ton on paper work, but we can not load more than 21 ton actually. She asked us to be responsible for any extra fees and fault causing from weight limit. And in fact OOCl ship is just two or three days before than ZIM. So we suggest changing the container to ZIM shipping. Otherwise, please offer us a guarantee if you adhere to take OOCl.**

Another thing is that our group set up a new company, Taian Jindun Building Material Co., Ltd which will be especially for the business of metal stud. So we will sign the contract and make all the paperwork under the name of Taian Jindun Building Material Co., Ltd. The original Taian Taishan Plasterboard Co., Ltd is especially for the business of gypsum board.

Thank you and best wishes!

Yours faithfully

--
车刚
Bill  Cher
13561759284
E-mail:SDTH818@163.com
MSN:wuyu374@hotmail.com

iPod、万点巨额点卡、奖学金……海量奖品,想拿就拿!



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

发件人： "车刚" <sdth818@163.com>
日期：    2009年2月23日 15:20
收件人： "josephweiss" <joew@oegusa.com>
主题：    metal stud

Dear Mr. Joews,

   How are you doing, my old friend? Hope you and your business are going very well.
   Thank you for your great efforts and patient on our business during our past cooperation. As far as we know that your government is carrying out many bailout plans. And the economic is turning better and better. We received several inquiries on the gypsum board and metal studs from U.S. You are one of our first-ten customers since we have a very good cooperation record. So we prefer to restarting our U.S business with you rather than others. Please inform us if you are interested on it.
   Looking forward to your early reply!
   Best wishes to you and your family!


——
车刚
Bill  Cher
13561759284
E-mail:SDTH818@163.com
MSN:wuyu374@hotmail.com

网易邮箱，中国第一大电子邮件服务商



2010-8-19   //

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021469

| | |
|---|---|
| **From:** | Alan Fine <AFine@fine-law.com> |
| **Sent:** | Thursday, June 7, 2007 11:49 AM (GMT) |
| **To:** | 8812017538@163.com; sdth818@163.com |
| **Cc:** | president@afsp.us |
| **Subject:** | Contract with American Five Star Products LLC |
| **Attach:** | CERTIFICATE.doc |

Mr. Peng and Mr. Che:

Dear Frank and Bill:

Thank you for meeting with us today.  We are on our way to a great relationship based on cooperation to achieve very large sales.  Attached is the Certificate we discussed at the end of the meeting.  Please send the signed contract and Certificate by email and the originals by FedEx to my office below.  If you any questions, please send them by email.  I won't be back in Florida until Saturday morning your time.  I can have a conversation with you via Skype at any time.

Sincerely,

Alan S. Fine
General Manager
American Five Star Products, LLC
255 Alhambra Circle, Suite 850
Coral Gables, Florida  33134

305-424-2400 – voice
305-424-2401 – telefacsimile



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021242

CERTIFICATE

Tai' An Taishan Plasterboard Co. LTD certifies that American Five Star Products LLC is its exclusive distributor for all products sold under the Five Star brand in the United States.

This certificate is effective upon its execution.  The validity of this Certificate is subject to the terms and conditions of the Exclusive Distribution Agreement (_____) executed by the two parties to the same.

In witness, the parties hereby confirm their agreement by their signatures as follows:

TAI' AN TAISHAN PLASTERBOARD CO., LTD.

By:_____

Print name: _____

AMERICAN FIVE STAR PRODUCTS LLC

By:_____

Print name: Alan S. Fine

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Alan Fine <AFine@fine-law.com> |
| **Sent:** | Wednesday, June 20, 2007 8:55 PM (GMT) |
| **To:** | 8812017538@163.com; wuyu374@126.com; sdth818@163.com |
| **Subject:** | Exclusive Distribution Contract |
| **Attach:** | Exclusive Distribution Agreement.6-20.07.pdf |

Dear Frank and Bill:

   Jorge forwarded to me the proposed contract approved by your boss-manager. I understand if your company cannot make the full agreement with the terms we discussed in your office two weeks ago. I have submitted a new contract with some clarifications and the most important terms to us. Jorge and I would like to speak with you about this contract at your earliest opportunity. Please tell us know when you are available to discuss this contract.

Sincerely,

Alan S. Fine
American Five Star Products LLC
255 Alhambra Circle, Suite 850
Coral Gables, Florida  33134

305-424-2400 - voice
305-424-2401 - telefacsimile



*Che*
EXHIBIT NO. 32
1/12/12
L. GOLKOW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021228

# EXCLUSIVE DISTRIBUTION AGREEMENT

Contract No.: _____

Date: 21 June 2007          Place: TAI'AN CHINA

Seller: TAIAN TAISHAN PLASTERBOARD CO., LTD.

> Address: Dawenkou Daiyue District Tai'an China

Buyer: AMERICAN FIVE STAR PRODUCTS, LLC.

> Address: 255 Alhambra Circle, Suite 850, Coral Gables, FL 33134-USA

This contract is made by and between Seller and Buyer. Both the Seller and Buyer wish to develop jointly business and through friendly negotiations, enter into this Agreement concerning the granting of an exclusive territory for resale of the products identified below subject to the below-mentioned terms and conditions:

1. Description of Goods: The gypsum board manufactured by Seller with the thickness of 1/2 inch and 5/8 inch, the width of 4 feet, the length of 8 feet, 9 feet, 10 feet or 12 feet, under the brand name of "FIVE STAR" in standard configuration, firecode rated and waterproof. Said gypsum board is intended for resale in the United States to be used in construction in the United States and is hereby warranted by Seller to be fit for its intended use and to meet all applicable building codes.

2. Exclusive Sales Territory: Limited to the territory of the entire United States of America.

3. Purchase Requirements: Buyer shall undertake to purchase not less than 30,000 sheets from the Seller of the product mentioned above from the beginning of July of 2007 to the end of November 2007, and shall purchase not less than 500,000

sheets of the product mentioned above from December 1, 2007 through November 30, 2008.  This Agreement is automatically renewed for the 5 years following November 30, 2008, provided the buyer purchases at least 500,000 sheets in each twelve month period from December 1st through November 30th (for the first year-before November 30, 2008).  Seller has the right to cancel the contract only if the Buyer does not meet the minimum purchase requirements on a periodic basis set forth above.

4.  The price for the product shall be quoted FOB from a port in China and, upon request from Buyer, Seller will quote a price for CIF at a port in the United States specified by Buyer.

5.  Term of Payment:  T/T full amount in advance or 30% deposit by T/T and the rest 70% payment by irrevocable sight L/C.

6.  Market Report: Buyer shall report to Seller the gypsum board market status and the market forecast once every 6 months starting May 1, 2008.

7.  Rights and Obligations:  The rights and obligations involved in this Agreement shall not be transferred to any third party without the written consent of both parties.

8.  This Agreement is valid from the date of signing by both parties and is drawn in two original copies and each party to keep one copy.

9.  Arbitration:  All disputes in connection with this Agreement shall be settled amicably by negotiation.  In case no settlement can be reached, all disputes arising out of or in connection with the present contract shall be finally settled under the Rules of Arbitration of the International Chamber of Commerce by one

2

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021230

or more arbitrators appointed in accordance with the said Rules.  The decision of the arbitration panel shall be accepted as final and binding upon both parties.

Seller agrees not to sell drywall products under the "Five Star" brand to other customers in the United States for the duration of this contract.

Seller agrees to discuss with the Buyer an exclusive distribution right for the "House" (MA) brand of drywall products once the Buyer buys more than 500,000 sheets of drywall in a 12 month period.  Seller agrees not to sell drywall under the "House" (MA) brand to a customer in the United States until January 1, 2009, in order to give Buyer the chance to qualify for this brand.

Seller agrees not to sell any drywall products to a customer in the United States under any brand names than those already established which are: Dun, Mountains and Lakes and Five Star until January 1, 2009, in order to give Buyer the chance to qualify for any new brand.

13.   Seller agrees not to sell to new users or distributors of the Seller's drywall in the United States and, instead, to refer them to Buyer until July 1, 2008, in order to give Buyer a chance to establish the business.

Seller agrees that it will not sell the comparable products sold under the Dun and Mountain and Lakes brands at prices lower than the prices it sells the Five Star products to Buyer.

15.   Buyer is interested in acquiring the right to distribute all of Seller's products other than drywall in the United States sold by Seller under the Five Star brand on the same terms as discussed above for drywall and Seller is interested in selling these products to Buyer on the same terms.  These products include ceiling tile, screws,

3

TG 0021231

compound, tape, and metal framing.  The parties will discuss their mutual interest and try to conclude an agreement for these other products which will be included in an addendum to this agreement.


Seller:  TAI" AN TAISHAN PLASTERBOARD CO., LTD.


By:_____

Print name: _____


Buyer: AMERICAN FIVE STAR PRODUCTS LLC


By:_____

Alan S. Fine


4

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021232

| From: | Ivan Gonima <ivangonima@orientaltradingusa.com> |
|---|---|
| To: | wuyu374@hotmail.com <wuyu374@hotmail.com> |
| CC: | 'wu jian song' <wjshihuo@163.com> |
| Sent: | 8/30/2006 9:54:42 PM |
| Subject: | Fw: (by wjshihuo@163.com)Drywall from Taihe Group |

Dear Mr. Che:

My name is Ivan Gonima and I am the Executive Vice-President of Oriental Trading Company based in Miami, Florida, USA. Our China Office Manager, Mr. Wu Jian Song, has already contacted you about our interest in doing business with your company for importing drywall (Gypsum Board) to the USA.

I have been already contacting some big customers of us in order to offer them your product and there is a lot of interest for it. I just wanted to know if it is fine to email you at this address (it seems to me is your personal one) or if you have a business email address that I could use. I have several questions I need to present to your attention in order to have everything clear.

I was on a business trip to China between August 5 and August 15 and I was planning on visiting your factory at Taian but we were told you were on a Trade Show in Dubai and you were coming back August 22. I am sorry I missed you this time. For sure next time I will coordinate in advance so we can meet and discuss this potential business. I will be waiting for your answer.

Best regards;


Ivan Gonima
Executive Vice-President
Oriental Trading Company

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000575



EXHIBIT NO. _____

L. GOLKOW



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | Section L |
| | : | |
| | : | |
| | : | |
| | : | JUDGE FALLON |
| This Document Relates to | : | MAG. JUDGE WILKINSON |
| ALL CASES | : | |

**TAI'AN TAISHAN PLASTERBOARD CO. LTD. MANUFACTURER PROFILE FORM**

All Defendant Drywall Manufacturers must complete and submit this Defendant Manufacturers' Profile Form. Each Defendant Drywall Manufacturer must complete and sign a Defendant Manufacturers' Profile Form for all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001 through 2009. Each Defendant Drywall Manufacturer must complete and sign a separate Exhibit A for any individual named Plaintiff with an action pending in Federal Court. If additional knowledge becomes known after completion, this Defendant Manufacturers' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Manufacturers' Profile Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM**

   A.   Manufacturer Name: **Tai'an Taishan Plasterboard Co. Ltd. ("TTP")**[1]

   B.   Address: **Houzhou Villiage, Dawenkou, Daiyue District, Taian, Shandong Province, P.R. China**

   C.   Phone number: **(0086) (538) 8811966**

   D.   Email address:

   E.   Web site:

   F.   President or CEO: **None.  Song Qinghai was the Plant Manager for TTP.**

   G.   Headquarters if Foreign: **Taian, China**

   H.   Address of USA Headquarters: **None**

   I.   Name of supervisor at USA Headquarters: **None**

   J.   Principal Place of Business in USA: **None**

---

[1] **TTP is responding to Defendant Manufacturers' Profile Form without waiving any of its rights to object, in these or in any other proceedings, to: (i) The relevance or admissibility of any information disclosed on this form or its attachments; (ii) the sufficiency of process or the service of process upon it; (iii) the jurisdiction of this or any other court over it; and/or (iv) any discovery that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.**

K.   List of all offices or locations in USA where entity has done business at any time in 2001 through 2009.

**TTP has never had an office in the US or otherwise operated out of any location in the US.**

L.   Name of Manager at each office or location identified in I(J) above **Not applicable**

(If you have identified more than one entity in I(A) above separately answer I(B)-1(L) for each entity.)

## II.   COUNSEL INFORMATION OF DEFENDANT MANUFACTURER

A.   Name:

**Joe Cyr**
**Frank Spano**
**Eric Statman**
**Matthew Galvin**

**Richard C. Stanley**
**Thomas P. Owen, Jr.**

B.   Address:

**HOGAN LOVELLS US LLP**
**875 3rd Avenue**
**New York, New York 10022**

**STANLEY, REUTER, ROSS,**
**THORNTON & ALFORD, LLC**
**909 Poydras Street, Suite 2500**
**New Orleans, Louisiana 70112**

C.   Phone Number:   **(212) 918-3000**          **504-523-1580**

D.   Fax Number:   **(212) 918-3100**          **504-524-0069**

E.   E-Mail:

**joe.cyr@hoganlovells.com**
**frank.spano@hoganlovells.com**
**eric.statman@hoganlovells.com**
**matthew.galvin@hoganlovells.com**

**rcs@stanleyreuter.com**
**tpo@stanleyreuter.em**

## III.   CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

1.   Product Identification:

Name of Manufacturer(s)' drywall product:

**TTP manufactured drywall to US dimensions on a made-to-order OEM basis and sold the drywall exclusively in China. Each such sale is identified on the Chart attached hereto as Exhibit A.**

Identify any markings on the drywall product (e.g. lot number, batch number, serial number, color markings, UPC codes, etc.):

**TTP printed markings on the drywall in accordance with the purchasers' instructions. All such markings are set forth on Exhibit A.**

List all trademarks applicable to the product:

**TTP is unaware whether any other parties applied their own trademarks to drywall manufactured by TTP.**

Is the drywall that is the subject of this litigation known or referred to, either by the public or only internally within your company, by any other names, brand names, titles, or designations? Provide a detailed list of all names, brand names, titles, and designations by which this drywall is known:

**As set forth above, certain purchasers requested that the drywall bear particular markings. Those markings are described to the best of TTP's knowledge on Exhibit A on the column labeled "Product Markings." Additionally, certain purchasers requested that the tape attached to the edges of the drywall bear certain markings. Those markings are described to**

the best of TTP's knowledge on Exhibit A on the column labeled "Edge Sealing Tape Markings."

Is the drywall that is the subject of this litigation manufactured in any other types or versions? Please describe such other types and how they may be identified:

**With regards to drywall that was exported to the US, TTP manufactured only standard drywall to US dimensions.**

Is the drywall that is the subject of this litigation sold by any other party under its own name? If so, provide a list of all parties selling your drywall under their names, and the brand names under which the drywall is sold:

**TTP has no knowledge of the brand names under which the purchasers of its drywall may have resold it.**

2.     Shipment Information (identify the following for each shipment to, or for importation to, the United States):

Exporter Name:     **TTP sold drywall to purchasers, which were primarily Chinese trading companies, exclusively in China. The purchasers took title to the drywall in China and the drywall was then shipped to the United States. However, when TTP made sales to US-based distributors in China, TTP referred to itself as the "exporter" for purposes of preparing tax invoices under Chinese tax law. In these instances, TTP is listed in the "Exporter" column on Exhibit A.**

Address of Exporter:     **Where known, the address of the purchaser of TTP's drywall in China, which may have arranged for the shipment of the drywall to the United States, is provided on Exhibit A.**

Date of Export:     **Approximate dates for each sale of drywall by TTP in China are set forth on Exhibit A.**

Name of all ports through which shipment was in transit: **Unknown**

Name of final port where shipment was offloaded: **Where TTP has information about the stated destinations of certain shipments of drywall, such information is provided on Exhibit A.**

Date shipment was offloaded: **Unknown**

Amount of Drywall exported:     **The quantity of drywall for each TTP sale of drywall in China is set forth at Exhibit A.**

Name of shipper:     **Unknown**

Address of shipper:     **Unknown**

Mode of Shipment:     **Unknown**

Name of vessel:     **Unknown**

3.     Importer Information (identify the following for each importer):

Importer Name:     **Where known, the party that imported the drywall that TTP sold in China is identified in the "Importer" column on Exhibit A.**

Address of Importer:                **Where known, the addresses of the party that imported the drywall that TTP sold in China are provided on Exhibit A.**

Date of Import:    **Unknown**

Amount of Drywall imported:

**The quantity of drywall TTP sold to each purchaser in China is set forth at Exhibit A.**

4.    Distributor in USA:

To the extent you are aware of the distributor or drywall contractor/installer, for any shipments of your product to the USA, provide such information:

**TTP does not have knowledge regarding whether or to what extent the purchasers of its drywall in China identified on Exhibit A were involved in the distribution or installation of that drywall in the USA. Moreover, TTP does not have knowledge regarding other companies or individuals who may have distributed or installed that drywall in the USA.**

5.    Are you aware of any brokers or intermediary agents involved in the supply chain who purchased or took possession of your product, either directly from you or from a successor in distribution? If so, identify such brokers or intermediary agents by name, address, and phone number, and provide any correspondence or other documentation in your possession concerning such brokers or agents.

**TTP does not have knowledge regarding whether any of the purchasers of its drywall in China identified on Exhibit A served as brokers or intermediary agents involved in the supply chain for the drywall. Moreover, TTP does not have knowledge of other companies or individuals who may served as brokers or intermediary agents with respect to the drywall.**

6.    If any of your Chinese drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage:        **Generally, TTP stored drywall for a limited time at its facility prior to delivery to the purchaser in China. TTP has no knowledge concerning any further storage of drywall after TTP delivered it to the purchaser in China.**

Address of entity providing storage:

Dates product was stored:

_____/_____/_____ (Month / Day / Year) to _____/_____/_____    (Month / Day / Year)

Quantity of product stored:

Price paid for storage:

Name of contact person at storage facility:

Phone number:

Email address:

List any complaints made or received regarding storage of the product:

7.    Describe all agreements existing between the manufacturer and: exporters; importers; shippers; and distributors, relating to each shipment of Chinese drywall to, or for importation to, the United States.

If in litigation: _____

Caption of Case: _____

Name and address of attorneys involved: _____

_____

_____

_____

Insurance carriers involved: _____

_____

_____

_____

### **CERTIFICATION**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

Signature _____    Print Name _____    Date 2010.10.14

TTP MPF Exhibit A -

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 1 | 2006-3-13 | Shandong Oriental International Trading Corp. | Unknown | 82,000 | ¥ 2,052,005 | Made in China Cr | White edge sealing tape (without words printed thereon) | |
| 2 | 2006-3-13 | Shandong Oriental International Trading Corp., Ltd. | Unknown | 109,300 | ¥ 2,736,007 | | | |
| 3 | 2006-3-13 | Shandong Oriental International Trading Corp., Ltd. | Unknown | 4,500 | ¥ 112,999 | | | |
| 4 | 2006-3-21 | Lianyungang Yuntai International Trade Co., Ltd. | Unknown | 3,500 | ¥87,518 | | | |
| 5 | 2006-3-21 | Lianyungang Yuntai International Trade Co., Ltd. | Unknown | 3000 | ¥75,015 | | | |
| 6 | 2006-4-22 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 95,740 | ¥2,516,384 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | Shanghai Yuyuan Market Import & Export Co. Ltd. last known address is: 19 Wen Chuan Rd. Shanghai, China. |
| 7 | 2006-4-22 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 4,190 | ¥110,118 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | The last known address of Shanghai Yuyuan Market Import & Export Co. Ltd. is listed at row 6 above. |
| 8 | 2006-4-22 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 41,625 | ¥ 1,094,080 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | The last known address of Shanghai Yuyuan Market Import & Export Co. Ltd. is listed at row 6 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 2 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 9 | 2006-4-23 | Orient International Holding Shanghai Foreign Trade Co., Ltd. | Unknown | 3,360 | ¥87,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 10 | 2006-4-23 | Orient International Holding Shanghai Foreign Trade Co,, Ltd. | Unknown | 10,080 | ¥173,981 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 11 | 2006-4-26 | Qingdao Aoni Decoration Board and Materials Co., Ltd. | Unknown | 460 | ¥ 11,502 | | White edge sealing tape (without words printed thereon) | |
| 12 | 2006-4-28 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 1,300 | ¥34,190 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | The last known address of Shanghai Yuyuan Market Import & Export Co. Ltd. is listed at row 6 above. |
| 13 | 2006-4-28 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 335,500 | ¥8,819,442 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | The last known address of Shanghai Yuyuan Market Import & Export Co. Ltd. is listed at row 6 above. |
| 14 | 2006-4-28 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 4,080 | ¥107,225 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | The last known address of Shanghai Yuyuan Market Import & Export Co. Ltd. is listed at row 6 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 3 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 15 | 2006-4-28 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 44,125 | ¥1,062,810 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | Beijing Building Materials Import & Export Co., Ltd.'s last known address is: Jin Yu Mansion Room 2013 No.129 Xuan Wu Men W. Road, Beijing, China. |
| 16 | 2006-5-9 | Taian Taigao Trading Co., Ltd. | Unknown | 19,920 | ¥466,344 | | | Taian Taigao Trading Co.,Ltd.'s last known address is: No.157 Dongyue Road, Taian, China. |
| 17 | 2006-5-12 | Nantong Economic and Technological Development Zone Corporation | Unknown | 3,840 | ¥116,796 | | | |
| 18 | 2006-5-14 | Taian Taigao Trading Co., Ltd. | Unknown | 14,250 | ¥333,923 | | | Taian Taigao Trading Co.,Ltd.'s last known address is listed at row 16 above. |
| 19 | 2006-5-15 | Taian Taigao Trading Co., Ltd. | Unknown | 76,085 | ¥1,781,150 | | | Taian Taigao Trading Co.,Ltd.'s last known address is listed at row 16 above. |
| 20 | 2006-5-24 | Taian Taigao Trading Co., Ltd. | Unknown | 16,550 | ¥2,309,688 | | | Taian Taigao Trading Co.,Ltd.'s last known address is listed at row 16 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 4 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 21 | 2006-5-26 | Taian Taigao Trading Co., Ltd. | Unknown | 67,825 | ¥ 387,345 | | | Taian Taigao Trading Co., Ltd.'s last known address is listed at row 16 above. |
| 22 | 2006-5-15 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 32,850 | ¥ 880,037 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | Beijing Building Materials Import & Export Co., Ltd.'s last known address is: Jin Yu Mansion Room 2013 No.129 Xuan Wu Men W. Road, Beijing, China. |
| 23 | 2006-5-15 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,110 | ¥110,165 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 24 | 2006-5-15 | Qingdao Kanghong Import and Export Co., Ltd. | Unknown | 7,380 | ¥ 95,645 | | | |
| 25 | 2006-5-15 | Qingdao Kanghong Import and Export Co., Ltd. | Unknown | 7,380 | ¥ 95,645 | | | |
| 26 | 2006-5-18 | Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd. | Unknown | 4,600 | ¥ 111,461 | | | |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 5 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 27 | 2006-5-19 | Lianyungang Yuntai International Trade Co., Ltd. | Unknown | 3,500 | ¥ 87,518 | | | |
| 28 | 2006-5-19 | Lianyungang Yuntai International Trade Co., Ltd. | Unknown | 2,925 | ¥ 73,015 | | | |
| 29 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,780 | ¥ 89,926 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 30 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,780 | ¥ 89,926 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 31 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 2,525 | ¥ 60,732 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 32 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥ 111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 6 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 33 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words [printed thereon]) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 34 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 35 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 36 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 37 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 7 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|------|--------|------------------|------------------|------------------|
| 38 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 39 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 40 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 41 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 42 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 8 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 43 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 44 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 45 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 46 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 47 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 9 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|------|--------|-------|------|------|
| 48 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 49 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words [printed thereon]) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 50 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 51 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 960 | ¥15,859 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 52 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 1,700 | ¥40,681 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 10 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|----------|--------|-----------------|----------------|-------|
| 53 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,175 | ¥111,982 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 54 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,175 | ¥111,982 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 55 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,175 | ¥111,982 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 56 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 57 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 11 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 58 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 59 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 60 | 2006-5-26 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,000 | ¥80,370 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 61 | 2006-5-26 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 2,950 | ¥78,763 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 62 | 2006-5-28 | Qingdao Kanghong Import and Export Co. Ltd. | Unknown | 6,000 | ¥77,760 | | White edge sealing tape (without words printed thereon) | |
| 63 | 2006-5-28 | Qingdao Kanghong Import and Export Co., Ltd. | Unknown | 1,380 | ¥17,885 | | White edge sealing tape (without words printed thereon) | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 12 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 64 | 2006-5-29 | Orient International Holding Shanghai Foreign Trade Co., Ltd. | Unknown | 3,025 | ¥81,564 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 65 | 2006-5-29 | Orient International Holding Shanghai Foreign Trade Co., Ltd. | Unknown | 330 | ¥81,564 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 66 | 2006-5-29 | Orient International Holding Shanghai Foreign Trade Co., Ltd. | Unknown | 6,725 | ¥97,877 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 67 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,625 | ¥89,704 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 68 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,850 | ¥63,439 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 69 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 13 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 70 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 71 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 72 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 73 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 74 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 14 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 75 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 76 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 77 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 78 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 79 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 15 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|------|--------|------------------|-----------|-------|
| 80 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 81 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 82 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 83 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 84 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 16 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|--------------|----------|----------|-------------------------------------|--------|------------------|----------------------------|------------------|
| 85 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 86 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 87 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 88 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 89 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 17 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 90 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 91 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 92 | 2006-6-10 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,775 | ¥89,926 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 93 | 2006-6-11 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 2,025 | ¥34,934 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 94 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 18 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|------|--------|------------------|------|------|
| 95 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 96 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 97 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 98 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 99 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 19 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 100 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,453 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 101 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 960 | ¥16,214 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 102 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 960 | ¥16,214 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 103 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 104 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 20 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 105 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 106 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 107 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,800 | ¥94,164 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 108 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 2200 | ¥56,906 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 109 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 21 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 110 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 111 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 112 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 113 | 2006-6-13 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 114 | 2006-6-13 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 115 | 2006-6-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 22 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 116 | 2006-6-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 117 | 2006-6-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 118 | 2006-6-25 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3300 | ¥81,774 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 119 | 2006-6-25 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 8,765 | ¥226,848 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 120 | 2006-6-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,800 | ¥66,278 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 121 | 2006-6-26 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 960 | ¥16,570 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 23 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 122 | 2006-6-26 | Jiangsu Sainty International Economic & Technical Cooperation Co., Ltd. | Unknown | 550 | ¥14,176 | | | |
| 123 | 2006-6-26 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 124 | 2006-6-26 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 125 | 2006-6-27 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 1,350 | ¥34,900 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 126 | 2006-6-27 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 675 | ¥16,702 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 127 | 2006-6-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 1,320 | ¥34,188 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 24 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 128 | 2006-6-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 129 | 2006-6-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 130 | 2006-6-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 1980 | ¥51,282 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 131 | 2006-6-29 | Zibo International Economic and Technical Cooperation Corporation | Unknown | 985 | ¥25,484 | | White edge sealing tape (without words [printed thereon]) | |
| 132 | 2006-7-8 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 133 | 2006-7-8 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 134 | 2006-7-9 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 25 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|----------|--------|------------------|-----------|-------|
| 135 | 2006-7-9 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 136 | 2006-7-9 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 137 | 2006-7-10 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 138 | 2006-7-10 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 139 | 2006-7-10 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 140 | 2006-7-13 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 141 | 2006-7-13 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 142 | 2006-7-14 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 26 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|--------------|----------|----------|-------------------------------------|--------|------------------|----------------------------|------------------|
| 143 | 2006-7-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 144 | 2006-7-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 145 | 2006-7-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 146 | 2006-7-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 147 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 148 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 149 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 150 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 27 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 151 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 152 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 153 | 2006-7-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 154 | 2006-7-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 155 | 2006-7-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 156 | 2006-7-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 157 | 2006-7-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 158 | 2006-7-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 28 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 159 | 2006-7-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 160 | 2006-7-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 161 | 2006-7-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 162 | 2006-7-26 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 163 | 2006-7-26 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 164 | 2006-7-26 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 165 | 2006-7-27 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 166 | 2006-7-27 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 1,980 | ¥50,937 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 29 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 167 | 2006-7-27 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 2,650 | ¥67,916 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 168 | 2006-7-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 169 | 2006-7-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 170 | 2006-7-29 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 1,980 | ¥50,937 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 171 | 2006-7-29 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 172 | 2006-7-30 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 173 | 2006-7-30 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 174 | 2006-7-31 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 30 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 175 | 2006-7-31 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 176 | 2006-8-1 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 177 | 2006-8-2 | TTP | Wood Nation | 13,200 | $55,440.00 | TAIAN TAISHAN PLASTERBOARD CO., GYPSUM DRYWALL PER ASTM C 1396 04 CONTACT: 813-994-6499 | Edge sealing tape: TTPC | The purchaser reportedly shipped the drywall to Tampa, USA.\n\nWood Nation's last known address was:\n\n10740 Plantation Bay Drive\nTampa, FL 33647. |
| 178 | 2006-8-2 | TTP | Triax Trading | 5,760 | $24,422.40 | | | |
| 179 | 2006-8-3 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 180 | 2006-8-3 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 181 | 2006-8-3 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 31 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 182 | 2006-8-3 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 183 | 2006-8-8 | TTP | Wood Nation | 13,200 | $55,440.00 | TAIAN TAISHAN PLASTERBOARD CO., GYPSUM DRYWALL PER ASTM C 1396 04 CONTACT: 813-994-8499 | Edge sealing tape: TTPC | The purchaser reportedly shipped the drywall to Tampa, USA.[1]  Wood Nation's last known address is listed above at row 177. |
| 184 | 2006-8-15 | Shanghai Kaidun Development Co., Ltd. | Unknown | 950 | ¥16,402 | Mega Gypsum | White edge sealing tape (without words printed thereon) | |
| 185 | 2006-8-15 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 186 | 2006-8-15 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 187 | 2006-8-15 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 188 | 2006-8-15 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

[1] All references to destinations is based upon a review of documents in TTP's possession. TTP has no first hand knowledge of the products' destination in fact.

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 32 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|----------|--------|------------------|-------------------|------------------|
| 189 | 2006-8-16 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 4,400 | ¥169,790 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 190 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 1,940 | ¥49,417 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 191 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 600 | ¥16,097 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 192 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 725 | ¥12,354 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 193 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 150 | ¥4,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 194 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 600 | ¥16,097 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 195 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 2,900 | ¥49,417 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 196 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 725 | ¥12,354 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 33 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|--------------|----------|----------|-------------------------------------|--------|------------------|----------------------------|------------------|
| 197 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 150 | ¥4,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 198 | 2006-8-18 | Shanghai Yujin Industry Co., Ltd. | Unknown | 630 | ¥16,596 | | White edge sealing tape (without words [printed thereon]) | |
| 199 | 2006-8-18 | Hangzhou Great Import and Export Co., Ltd. | Unknown | 500 | ¥12,950 | | White edge sealing tape (without words [printed thereon]) | |
| 200 | 2006-8-18 | Hangzhou Great Import and Export Co., Ltd. | Unknown | 500 | ¥12,950 | | White edge sealing tape (without words [printed thereon]) | |
| 201 | 2006-8-18 | Shanghai Yujin Industry Co., Ltd. | Unknown | 630 | ¥16,596 | | White edge sealing tape (without words [printed thereon]) | |
| 202 | 2006-8-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 203 | 2006-8-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | "Taishan" edge sealing tape; laser code: MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 204 | 2006-8-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 205 | 2006-8-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 34 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 206 | 2006-8-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 207 | 2006-8-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 208 | 2006-8-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 209 | 2006-8-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 210 | 2006-8-23 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 211 | 2006-8-23 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 212 | 2006-8-23 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 213 | 2006-8-23 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 35 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 214 | 2006-9-8 | Shandong Yuanhua International Trading Co., Ltd. | Unknown | 2,600 | ¥71,630 | Made in China, ceiling | Edge sealing tape: CRESCENT CITY | |
| 215 | 2006-9-15 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 3,640 | $10,847.20 | Marathon Construction | Edge sealing tape/laser code: Marathon Construction | The purchaser reportedly shipped the drywall to New York.<br><br>Shenzhen Yongfeng Investment. Co., Ltd's last known address was:<br>1900-12 International Chamber of Commerce Center Shenzhen, China. |
| 216 | 2006-9-15 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 2,730 | $8,105.60 | Marathon Construction | Edge sealing tape/laser code: Marathon Construction | The purchaser reportedly shipped the drywall to New York.<br><br>Shenzhen Yongfeng Investment. Co., Ltd's last known address is listed at row 215 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 36 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|------|--------|------------------|----------------------------|------------------|
| 217 | 2006-9-15 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 3,640 | $10,847.20 | Marathon Construction | Edge sealing tape/laser code: Marathon Construction | The purchaser reportedly shipped the drywall to New York.<br><br>Shenzhen Yongfeng Investment. Co., Ltd's last known address is listed at row 215 above |
| 218 | 2006-9-15 | TTP | GD Distributors LLC | 880 | $11,601.22 | | | The purchaser reportedly shipped the drywall to New Orleans. |
| 219 | 2006-10-5 | TTP | TOV Trading | 2,000 | $5,200.00 | | Edge sealing tape: OEG | The purchaser reportedly shipped the drywall to New York.<br><br>The last known address for TOV Trading is:<br><br>5014 20th Avenue Brooklyn, NY 11204 |
| 220 | 2006-10-5 | TTP | TOV Trading | 14,000 | $37,100.00 | | Edge sealing tape: OEG | The purchaser reportedly shipped the drywall to New York is listed at row 219 above. |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 37 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 221 | 2006-10-5 | TTP | TOV Trading | 3,400 | $13,850.00 | | Edge sealing tape: OEG | The last known address for TOV Trading is listed at row 219 above. |
| 222 | 2006-10-5 | TTP | TOV Trading | 9,000 | $23,400.00 | | Edge sealing tape: OEG | The last known address for TOV Trading is listed at row 219 above. |
| 223 | 2006-11-16 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 9,100 | $25,025.00 | | Edge sealing tape/laser code: Marathon Construction. | The purchaser reportedly shipped the drywall to the USA. |
| 224 | 2006-11-24 | Xuzhou Hanbang Global Trade Co., Ltd. | Unknown | 960 | ¥16,213 | | White edge sealing tape (without words [printed thereon]) | |
| 225 | 2006-11-27 | China Xuzhou International Economic & Technological Cooperation Co., Ltd. | Unknown | 810 | ¥13,413 | | White edge sealing tape (without words [printed thereon]) | |
| 226 | 2006-11-27 | China Xuzhou International Economic & Technological Cooperation Co., Ltd. | Unknown | 150 | ¥2,484 | | White edge sealing tape (without words [printed thereon]) | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 38 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 227 | 2006-12-2 | TTP | Stone Pride International Corp. | 2,640 | $10,032.00 | | White edge sealing tape (without words [printed thereon] | |
| 228 | 2006-12-26 | Jiangsu Easthigh Group Import & Export Co., Ltd. | Unknown | 1,360 | ¥21,855 | | White edge sealing tape (without words [printed thereon] | The purchaser reportedly shipped the drywall to the USA. |
| 229 | 2006-12-28 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 7,280 | $20,020.00 | | Edge sealing tape/laser code: Marathon Construction. | The purchaser reportedly shipped the drywall to New York. |
| 230 | 2006-12-28 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 2,600 | $11,824.00 | | Edge sealing tape/laser code: Marathon Construction. | |
| 231 | 2007-1-12 | Qingdao Joy Industrial & Development Co., Ltd. | Unknown | 1,900 | ¥31,266 | | White edge sealing tape (without words [printed thereon]), no laser code | |
| 232 | 2007-2-9 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 1,800 | $5,005.00 | | Edge sealing tape/laser code: Marathon Construction. | The purchaser reportedly shipped the drywall to New York.<br><br>Shenzhen Yongfeng Investment. Co., Ltd's last known address is listed at row 215 above |
| 233 | 2007-2-9 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 3,900 | $17,737.20 | | Edge sealing tape/laser code: Marathon Construction. | Shenzhen Yongfeng Investment. Co., Ltd's last known address was listed at row 215 above |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 39 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|------|------|------|------|------|------|------|
| 234 | 2007-4-30 | TTP | Oriental Trading Company LLC | 2,000 | 7738.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 235 | 2007-4-30 | TTP | B America Corporation | 660 | $5,656.20 | | White edge sealing tape (without words [printed thereon]) | The purchaser reportedly shipped the drywall to Miami. |
| 236 | 2007-5-28 | TTP | Oriental Trading Company LLC | 4,900 | $12,740.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 237 | 2007-5-28 | TTP | Oriental Trading Company LLC | 5,880 | $15,288.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 238 | 2007-5-28 | TTP | Oriental Trading Company LLC | 1,960 | $5,096.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 239 | 2007-5-28 | TTP | Oriental Trading Company LLC | 4,900 | $12,740.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 240 | 2007-6-12 | TTP | Oriental Trading Company LLC | 2,940 | $12,740.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 241 | 2007-6-26 | TTP | Oriental Trading Company LLC | 2,000 | $7,738.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 40 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|--------------|----------|----------|--------------------------------------|--------|------------------|-----------------------------|------------------|
| 242 | 2007-7-3 | TTP | Oriental Trading Company LLC | 6,700 | $25,795.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami, USA. |
| 243 | 2007-7-3 | TTP | Oriental Trading Company LLC | 6700 | $25,795.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami, USA. |

TTP MPF - Chinese

美国地区法院

路易斯安那州东部区

| | | |
|---|---|---|
| 关于：中国制造的石膏板产品责任诉讼 | ： | 跨地区诉讼第 2047 号 |
| | ： | L 部分 |
| | ： | |
| 本文件相关案件 | ： | FALLON 法官 |
| 所有案件 | ： | WILKINSON 司法官 |

### 泰安市泰山纸面石膏板有限公司制造商资料表

所有被告石膏板制造商均必须填写并提交本被告制造商资料表。每名被告石膏板制造商均必须填写并签署一份被告制造商资料表，列明从 2001 年至 2009 年所有运往或交付至美国境内或供进口美国的中国石膏板。每名被告石膏板制造商必须对于联邦法院待决诉讼中的任何位原告之列的个人填写并签署一份独立的附件 A。如在完成本被告制造商资料表后得知其它信息，则必须加以补充。如回答任何问题或填写答复的空间不够，可另加附页。此外，如在回复任何问题时需提供任何附件或文件，请指明本被告制造商资料表中与该具体附件或文件相关的具体问题。

本资料表中的问题均为非争议性问题，并应被回答而无异议。填写本资料表，并不表示您放弃律师工作成果和／或律师 — 委托人守密特权。同样，通过披露顾问的身份，此等顾问可以保持为非作证专家，且受到法律提供的所有保护。请以英文清楚书写或键入您的答复。

I.   **填写本资料表的被告制造商的联系信息**

    A.   制造商名称：**泰安市泰山纸面石膏板有限公司("TTP")**[1]

    B.   地址：**中华人民共和国山东省泰安市岱岳区大汶口后周村**

    C.   电话号码：**(0086) (538) 8811966**

    D.   电邮地址：

    E.   网址：

    F.   总裁或首席执行官：**无。宋庆海为 TTP 的工厂经理。**

    G.   总部（如位于国外）：**中国泰安**

    H.   美国总部地址：**无**

    I.   美国总部主管姓名：**无**

    J.   美国主要营业地点：**无**

---

[1] **TTP 填写被告制造商资料表，但不放弃其于此等法律程序或任何其它法律程序中就以下事项提出异议的任何权利：(i) 本表格或其附件所披露任何信息的相关性或可受理性；(ii) 法律程序文件送达的有效性或有关法律程序文件的送达；(iii) 本法院或任何其它法院对其的司法管辖权；和／或 (iv) 以任何理由对于可能向其送送的任何证据披露要求提出异议，理由包括但不限于，该等证据披露违反了《关于从国外调取民事或商事证据的海牙公约》。**

K.　于 2001 年至 2009 年期间内的任何时间，该实体在美国经营所在的所有办事处或地点列表。

   **TTP 从未在美国设立过办事处或以其它方式于美国任何地点经营。**

L.　上文第 I(J) 项中指明的每个办事处或地点的经理姓名不适用

（如果您在上文第 I(A) 项中列明多于一个实体，请就每个实体分别回答第 I(B)-1(L) 项。）

## II.　被告制造商的律师信息

A.　姓名：

| Joe Cyr | Richard C. Stanley |
| Frank Spano | Thomas P. Owen, Jr. |
| Eric Statman | |
| Matthew Galvin | |

B.　地址：

| HOGAN LOVELLS US LLP | STANLEY, REUTER, ROSS, |
| 875 3rd Avenue | THORNTON & ALFORD, LLC |
| New York, New York 10022 | 909 Poydras Street, Suite 2500 |
| | New Orleans, Louisiana 70112 |

C.　电话号码：

| (212) 918-3000 | 504-523-1580 |

D.　传真号码：

| (212) 918-3100 | 504-524-0069 |

E.　电邮：

| joe.cyr@hoganlovells.com | rcs@stanleyreuter.com |
| frank.spano@hoganlovells.com | tpo@stanleyreuter.em |
| eric.statman@hoganlovells.com | |
| matthew.galvin@hoganlovells.com | |

## III.　中国石膏板产品识别和经销链

1.　产品识别：

制造商石膏板产品的名称：

**TTP 曾按美国尺寸以 OEM 代工定制方式制造石膏板，并仅在中国出售石膏板。每笔有关销售均已在本文随附表格附件 A 中说明。**

说明石膏板产品上的任何标识（例如，批号、批量号、序列号、颜色标识、UPC 代码等）：

**TTP 根据采购商的指示在石膏板上打印标识。全部该等标识均列于附件 A。**

列出适用于该产品的所有商标：

**TTP 并不知晓其他方是否有将其商标使用于 TTP 生产的石膏板上。**

本诉讼中所涉石膏板是否有任何其它名称、品牌名称、称呼或称号为公众所知或所用，或仅在贵公司内部使用？请提供用以指涉案石膏板的所有名称、品牌名称、称呼或称号的详细列表：

如上所述，某些采购商要求在石膏板上设置指定标识。我们已根据我们所知，在附件 A 注明"产品标识"的一栏中说明该等标识。此外，某些采购商还要求在石膏板边缘处粘贴的封

边带上设置某些标识。我们已根据我们所知，在附件 A 注明"封边带标识"的一栏中说明该等标识。

本诉讼所涉石膏板是否具有任何其它类型或版本？请说明这些其它类型以及识别该等类型的方式：

**对出口至美国的石膏板，TTP 仅按照美国尺寸生产标准石膏板。**

是否有任何其他方以其自身名义出售本诉讼所涉石膏板？如有，请提供以其自身名义出售贵方石膏板的各方列表，以及出售该等石膏板的品牌名称列表：

**TTP 不知道其石膏板采购商可能以哪些品牌名称转售这些石膏板。**

2.  货运信息（请说明向美国装运或进口美国的每批货物的以下信息）：

出口商名称：      **TTP 仅在中国向采购商（以中国国内贸易公司为主）出售石膏板。该采购商在中国获得石膏板的所有权，然后再将石膏板运至美国。但为根据中国税法报税，当 TTP 于中国向位于美国的经销商出售石膏板时，会将其自身称为"出口商"。在此情况下，TTP 会被列于附件 A 的"出口商"一栏中。**

出口商地址：      **在中国采购 TTP 石膏板并可能将石膏板运至美国的采购商的地址列于附件 A 中（如知晓）。**

出口日期：        **TTP 于中国出售每批石膏板的大概日期载于附件 A 中。**

货物运输经过的所有港口名称：不详

货物卸载的最终目的港名称：**特定批次石膏板货运的宣称目的港信息载于附件 A 中（如 TTP 掌握此等信息）。**

货物卸载日期：不详

出口的石膏板数量：      **TTP 在中国销售的每批石膏板数量均载于附件 A 中。**

运货人名称／姓名：      不详

运货人地址：            不详

运输方式：              不详

轮船名称：              不详

3.  进口商信息（提供每名进口商的以下信息）：

进口商名称：      **进口 TTP 在中国出售的石膏板的进口商情况载于附件 A 的"进口商"一栏（如知晓）。**

进口商地址：      **进口 TTP 在中国出售的石膏板的进口商地址载于附件 A 中（如知晓）。**

进口日期：不详

进口的石膏板数量：

**TTP 在中国向每名采购商出售的石膏板数量载于附件 A 中。**

4.  美国经销商：

如您知晓有任何经销商或石膏板承包商／安装商将您的产品运往美国，请提供有关信息：

**TTP 并不知道附件 A 所列在中国购买其石膏板的采购商是否在美国参与这些石膏板的经销或安装或其参与程度。此外，TTP 也不知道可能在美国经销或安装这些石膏板的其它公司或个人的情况。**

5.　　您是否知晓在整个供应链中是否有任何经纪人或中介代理商直接从您处或从后续经销商购买或拥有您的产品？如有，请说明该等经纪人或中介代理商的名称／姓名、地址和电话号码，并提供您掌握的有关该等经纪人或代理商的任何往来信函或其它文件。

**TTP 并不知道附件 A 所列在中国购买其石膏板的任何采购商是否曾作为经纪人或中介代理商参与该等石膏板的供应链。此外，TTP 也不知道可能担任该等石膏板经纪人或中介代理商的其它公司或个人的情况。**

6.　　请说明由您或代表您在任何时间将任何您的中国石膏板存放于任何地点的情况：

提供存储的实体名称：　　　　　　　　　一般而言，在中国向采购商交货前，TTP 会将石膏板在其工厂内存储一段有限的时间。在 TTP 在中国将石膏板交付予采购商后，TTP 并不知道石膏板的任何进一步存储情况。

提供存储的实体地址：

产品存储日期：

____／____／____ （月／日／年）至____／____／____ （月／日／年）

存储的产品数量：

为存储所付价格：

存储仓库的联络人姓名：

电话号码：

电邮地址：

请列出就产品存储提出或收到的任何投诉：

7.　　请说明制造商就每批运往或进口到美国的中国石膏板与出口商、进口商、运货人及经销商签订的所有协议。

**TTP 根据与石膏板采购商的书面协议或非正式信函往来，以 OEM 代工定制方式制造石膏板。**

8.　　请就 2001 年至 2009 年运往或进口到美国的中国石膏板的所有货物或交付，说明您是否提供了以下任何事项：

a.　　明示担保；　　　　　　　　　　**TTP 与在中国购买其石膏板的采购商的书面协议或非正式信函往来一般会说明石膏板的数量、价格、尺寸和适用于具体订单的任何其它规格（如有）。**

b.　　产品规格；　　　　　　　　　　**如附件 A 所示，某些采购商要求石膏板符合 ASTM C1396 04**

<u>　　　　　　规定。</u>

　　c.　　*产品信息和／或存储或使用说明*

**在正常业务过程中，TTP 制造的石膏板的包装会载有以下警告信息：**

**(1) 抬起／请勿倒置**

**(2) 易碎**

**(3) 避免雨淋／潮湿**

**IV.**　　<u>保险</u>

　　A.　　请列明与索赔有关的所有保单，包括所有一般商业综合责任险、产品责任险、建造险、董监事及高级管理人员责任险和超额保险保单。

　　　　1.　　请就每份保单提供以下信息：

　　　　　　承保人：**TTP 没有就相关批次的货物购买任何保险。**

　　　　　　保单生效日期：

　　　　　　___／___／___（月／日／年）至 ___／___／____（月／日／年）

　　　　　　保单编号：　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿

　　　　　　保单类型：　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿

　　　　　　保险代理：　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿

　　　　　　保单承保范围限制：＿＿＿＿＿＿＿＿＿＿＿＿＿＿

　　　　　　请提供保险的声明页、例外情况和保单副本。

　　B.　　请说明您就生产或运输上文第 V 节所述产品对任何保单提起的全部索赔。

　　　　1.　　请就每项索赔提供以下信息：

　　　　　　日期：___／___／___（月／日／年）

　　　　　　承保人：

　　　　　　索赔说明：　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿

　　　　　　承保人对索赔的回应：＿＿＿＿＿＿＿＿＿＿＿＿

　　　　　　是否正进行诉讼：　＿＿＿＿＿＿＿＿＿＿＿＿＿＿

　　　　　　案件标题：　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿

　　　　　　所涉律师姓名和地址：

　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

所涉保险公司：

## 声明

本人根据《美国法典》第 28 编第 1746 节声明，就本人所知，提供于本被告制造商资料表的全部信息均为真实且准确，并且本人已提供本声明中所要求的所有由本人拥有、照管或控制的文件，否则愿受美利坚合众国法律项下的伪证罪制裁。

签名 _[signature]_          正楷姓名 _宋庆海_          日期 _2010.10.14_

TTP MPF Exhibit A -
Chinese

被告制造商资料表附件 A

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 1 | 2006-3-13 | 山东省东方国际贸易股份有限公司 | 不详 | 82000 | ￥2,052,005 | Made in China Cr | 白色无字封边带（无唛码） | |
| 2 | 2006-3-13 | 山东省东方国际贸易股份有限公司 | 不详 | 109300 | ￥2,736,007 | | | |
| 3 | 2006-3-13 | 山东省东方国际贸易股份有限公司 | 不详 | 4500 | ￥112,999 | | | |
| 4 | 2006-3-21 | 连云港远泰国际贸易有限公司 | 不详 | 3500 | ￥87,518 | | | |
| 5 | 2006-3-21 | 连云港远泰国际贸易有限公司 | 不详 | 3000 | ￥75,015 | | | |
| 6 | 2006-4-22 | 上海豫园商城进出口有限公司 | 不详 | 95740 | ￥2,516,384 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无唛码） | 上海豫园商城进出口有限公司的最后已知地址为：中国上海�916号。 |
| 7 | 2006-4-22 | 上海豫园商城进出口有限公司 | 不详 | 4190 | ￥110,118 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无唛码） | 上海豫园商城进出口有限公司的最后已知地址见第6项备注。 |
| 8 | 2006-4-22 | 上海豫园商城进出口有限公司 | 不详 | 41625 | ￥1,094,080 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无唛码） | 上海豫园商城进出口有限公司的最后已知地址见第6项备注。 |
| 9 | 2006-4-23 | 东方国际集团上海市对外贸易有限公司 | 不详 | 3360 | ￥87,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 10 | 2006-4-23 | 东方国际集团上海市对外贸易有限公司 | 不详 | 10080 | ￥173,981 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 11 | 2006-4-26 | 青岛燕威装饰板材有限公司 | 不详 | 460 | ￥11,502 | | 白色无字封边带（无唛码） | |

- 2 -

报告制造商资料表附件 A

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 12 | 2006-4-28 | 上海豫园商城进出口有限公司 | 不详 | 1300 | ¥34,190 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | 上海豫园商城进出口有限公司的最后已知地址见其第6项备注。 |
| 13 | 2006-4-28 | 上海豫园商城进出口有限公司 | 不详 | 335500 | ¥8,819,442 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | 上海豫园商城进出口有限公司的最后已知地址见其第6项备注。 |
| 14 | 2006-4-28 | 上海豫园商城进出口有限公司 | 不详 | 4080 | ¥107,225 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | 上海豫园商城进出口有限公司的最后已知地址见其第6项备注。 |
| 15 | 2006-4-28 | 北京市建筑材料进出口公司 | 不详 | 44125 | ¥1,062,810 | DRYWALL 4feeX12feeX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址为：北京市西城区宣武门西大街129号金隅大厦2013 |
| 16 | 2006-5-9 | 泰安泰禹贸易有限公司 | 不详 | 19920 | ¥466,344 | | | 泰安泰禹贸易有限公司的最后已知地址为：泰安市东岳大街157号 |
| 17 | 2006-5-12 | 南通经济技术开发区总公司 | 不详 | 3840 | ¥116,796 | | | |
| 18 | 2006-5-14 | 泰安泰禹贸易有限公司 | 不详 | 14250 | ¥333,923 | | | 泰安泰禹贸易有限公司的最后已知地址见其第16项备注。 |
| 19 | 2006-5-15 | 泰安泰禹贸易有限公司 | 不详 | 76085 | ¥1,781,150 | | | 泰安泰禹贸易有限公司的最后已知地址见其第16项备注。 |
| 20 | 2006-5-24 | 泰安泰禹贸易有限公司 | 不详 | 16550 | ¥2,309,688 | | | 泰安泰禹贸易有限公司的最后已知地址见其第16项备注。 |

Hogan Lovells

被告制造商资料表附件 A

- 3 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 21 | 2006-5-26 | 泰安泰禹贸易有限公司 | 不详 | 67825 | ¥387,345 | | | 泰安泰禹贸易有限公司的最后已知地址见第 16 项备注。 |
| 22 | 2006-5-15 | 北京市建筑材料进出口公司 | 不详 | 32850 | ¥880,037 | DRYWALL 4feeX12feeX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址为：北京市西城区宣武门西大街甲 129 号金隅大厦 2013 |
| 23 | 2006-5-15 | 北京市建筑材料进出口公司 | 不详 | 4110 | ¥110,165 | DRYWALL 4feeX12feeX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第 22 项备注。 |
| 24 | 2006-5-15 | 青岛康鸿进出口有限公司 | 不详 | 7380 | ¥95,645 | | | |
| 25 | 2006-5-15 | 青岛康鸿进出口有限公司 | 不详 | 7380 | ¥95,645 | | | |
| 26 | 2006-5-18 | 浙江省二轻企业集团进出口有限公司 | 不详 | 4600 | ¥111,461 | | | |
| 27 | 2006-5-19 | 连云港远泰国际贸易有限公司 | 不详 | 3500 | ¥87,518 | | | |
| 28 | 2006-5-19 | 连云港远泰国际贸易有限公司 | 不详 | 2925 | ¥73,015 | | | |
| 29 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 3780 | ¥89,926 | DRYWALL 4feeX12feeX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第 22 项备注。 |
| 30 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 3780 | ¥89,926 | DRYWALL 4feeX12feeX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第 22 项备注。 |

被告制造商资料表附件 A

- 4 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 31 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 2525 | ￥60,732 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 32 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 33 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 34 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 35 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 36 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 37 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 38 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 39 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

被告制造商资料资料表附件 A

- 5 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 40 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 41 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 42 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 43 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 44 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 45 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 46 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 47 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 48 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

Hogan Lovells

被告制造商资料表附件 A

- 6 -

Hogan Lovells

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 49 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 50 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 51 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 960 | ￥15,859 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 52 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 1700 | ￥40,681 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 53 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4175 | ￥111,982 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 54 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4175 | ￥111,982 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 55 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4175 | ￥111,982 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 56 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4300 | ￥114,934 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 57 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4300 | ￥114,934 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

被告制造商资料表附件 A

- 7 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 58 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 59 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | 蓝色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 60 | 2006-5-26 | 北京市建筑材料进出口公司 | 不详 | 3000 | ¥80,370 | DRYWALL 4feetX12feetX1/2inch | 蓝色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 61 | 2006-5-26 | 北京市建筑材料进出口公司 | 不详 | 2950 | ¥78,763 | DRYWALL 4feetX12feetX1/2inch | 蓝色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 62 | 2006-5-28 | 青岛康鸿进出口有限公司 | 不详 | 6000 | ¥77,760 | | 白色无字封边带（无喷码） | |
| 63 | 2006-5-28 | 青岛康鸿进出口有限公司 | 不详 | 1380 | ¥17,885 | | 白色无字封边带（无喷码） | |
| 64 | 2006-5-29 | 东方国际集团上海市对外贸易有限公司 | 不详 | 3025 | ¥81,564 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 泰山封边带 | |
| 65 | 2006-5-29 | 东方国际集团上海市对外贸易有限公司 | 不详 | 330 | ¥81,564 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 泰山封边带 | |
| 66 | 2006-5-29 | 东方国际集团上海市对外贸易有限公司 | 不详 | 6725 | ¥97,877 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 泰山封边带 | |
| 67 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 3625 | ¥89,704 | DRYWALL 4feetX12feetX1/2inch | 蓝色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

被告制造商资料表附件 A

- 8 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 68 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 3850 | ¥63,439 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 69 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 70 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 71 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 72 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 73 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 74 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 75 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 76 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

被告制造商资料表附件 A

- 9 -

| 编号 | 时间<br>(年/月/日) | 出口商 | 进口商 | 数量<br>(大约张数) | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 77 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL<br>4feeX12feeX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 78 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL<br>4feeX12feeX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 79 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL<br>4feeX12feeX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 80 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL<br>4feeX12feeX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 81 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL<br>4feeX12feeX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 82 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL<br>4feeX12feeX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 83 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL<br>4feeX12feeX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 84 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL<br>4feeX12feeX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 85 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL<br>4feeX12feeX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

被告制造商资料表附件 A

- 10 -

| 编号 | 时间 (年/月/日) | 出口商 | 进口商 | 数量 (大约张数) | 金额 | 产品标识 | 封边带标识 | 备注 |
|------|------|--------|--------|------|------|----------|------------|------|
| 86 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 87 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 88 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 89 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 90 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 91 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 92 | 2006-6-10 | 北京市建筑材料进出口公司 | 不详 | 3775 | ¥89,926 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 93 | 2006-6-11 | 北京市建筑材料进出口公司 | 不详 | 2025 | ¥34,934 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 94 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

被告制造商资料表附件 A

- 11 -

Hogan Lovells

| 编号 | 时间<br>（年/月/日） | 出口商 | 进口商 | 数量<br>（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 95 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL<br>4feeX12feeX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的裏后已知地址见第22项备注。 |
| 96 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL<br>4feeX12feeX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的裏后已知地址见第22项备注。 |
| 97 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL<br>4feeX12feeX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的裏后已知地址见第22项备注。 |
| 98 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL<br>4feeX12feeX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的裏后已知地址见第22项备注。 |
| 99 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL<br>4feeX12feeX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的裏后已知地址见第22项备注。 |
| 100 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,453 | DRYWALL<br>4feeX12feeX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的裏后已知地址见第22项备注。 |
| 101 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 960 | ¥16,214 | DRYWALL<br>4feeX12feeX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的裏后已知地址见第22项备注。 |
| 102 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 960 | ¥16,214 | DRYWALL<br>4feeX12feeX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的裏后已知地址见第22项备注。 |
| 103 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥99,120 | DRYWALL<br>4feeX12feeX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的裏后已知地址见第22项备注。 |

被告制造商资料表附件 A

- 12 -

| 编号 | 时间<br>(年/月/日) | 出口商 | 进口商 | 数量<br>(大约张数) | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 104 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥99,120 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 105 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥99,120 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 106 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥99,120 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 107 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 3800 | ¥94,164 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 108 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 2200 | ¥56,906 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 109 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥103,560 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 110 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥103,560 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 111 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥103,560 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 112 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥103,560 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

被告制造商资料表附件 A

- 13 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 113 | 2006-6-13 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 114 | 2006-6-13 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 115 | 2006-6-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 116 | 2006-6-24 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 117 | 2006-6-24 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 118 | 2006-6-25 | 北京市建筑材料进出口公司 | 不详 | 3300 | ¥81,774 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 119 | 2006-6-25 | 北京市建筑材料进出口公司 | 不详 | 8765 | ¥226,848 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 120 | 2006-6-25 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3800 | ¥66,278 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 121 | 2006-6-26 | 北京市建筑材料进出口公司 | 不详 | 960 | ¥16,570 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 122 | 2006-6-26 | 江苏峰天国际经济技术合作有限公司 | 不详 | 550 | ¥14,176 | | | |

Hogan Lovells

被告制造商资料表附件 A

- 14 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 123 | 2006-6-26 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 124 | 2006-6-26 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 125 | 2006-6-27 | 北京市建筑材料进出口公司 | 不详 | 1350 | ¥34,900 | DRYWALL 4feetX12feetX1/2inch | 蓝色色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注. |
| 126 | 2006-6-27 | 北京市建筑材料进出口公司 | 不详 | 675 | ¥16,702 | DRYWALL 4feetX12feetX1/2inch | 蓝色色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注. |
| 127 | 2006-6-28 | 上海上实国际贸易集团浦东有限公司 | 不详 | 1320 | ¥34,188 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 128 | 2006-6-28 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 129 | 2006-6-28 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 130 | 2006-6-28 | 上海上实国际贸易集团浦东有限公司 | 不详 | 1980 | ¥51,282 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 131 | 2006-6-29 | 昭博国际经济技术合作有限公司 | 不详 | 985 | ¥25,484 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | |
| 132 | 2006-7-8 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

Hogan Lovells

被告制造商资料表附件 A

- 15 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 133 | 2006-7-8 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 134 | 2006-7-9 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 135 | 2006-7-9 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 136 | 2006-7-9 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 137 | 2006-7-10 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 138 | 2006-7-10 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 139 | 2006-7-10 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 140 | 2006-7-13 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 141 | 2006-7-13 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 142 | 2006-7-14 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

Hogan Lovells

被告制造商资料表附件 A

- 16 -

Hogan Lovells

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 143 | 2006-7-21 | 上海上实国际贸易集团浦东有限公司 | 不洋 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 144 | 2006-7-21 | 上海上实国际贸易集团浦东有限公司 | 不洋 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 145 | 2006-7-21 | 上海上实国际贸易集团浦东有限公司 | 不洋 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 146 | 2006-7-21 | 上海上实国际贸易集团浦东有限公司 | 不洋 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 147 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不洋 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 148 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不洋 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 149 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不洋 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 150 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不洋 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 151 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不洋 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 152 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不洋 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

被告制造商资料表附件 A

- 17 -

Hogan Lovells

| 编号 | 时间(年/月/日) | 出口商 | 进口商 | 数量(大约张数) | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 153 | 2006-7-24 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 154 | 2006-7-24 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 155 | 2006-7-24 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 156 | 2006-7-24 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 157 | 2006-7-25 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 158 | 2006-7-25 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 159 | 2006-7-25 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 160 | 2006-7-25 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 161 | 2006-7-25 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 162 | 2006-7-26 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

被告制造商资料表附件 A

- 18 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 163 | 2006-7-26 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 164 | 2006-7-26 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 165 | 2006-7-27 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 166 | 2006-7-27 | 上海上实国际贸易集团浦东有限公司 | 不详 | 1980 | ¥50,937 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 167 | 2006-7-27 | 上海上实国际贸易集团浦东有限公司 | 不详 | 2650 | ¥67,916 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 168 | 2006-7-28 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 169 | 2006-7-28 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 170 | 2006-7-29 | 上海上实国际贸易集团浦东有限公司 | 不详 | 1980 | ¥50,937 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 171 | 2006-7-29 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 172 | 2006-7-30 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

Hogan Lovells

被告制造商资料表附件 A

- 19 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 173 | 2006-7-30 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 174 | 2006-7-31 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 175 | 2006-7-31 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 176 | 2006-8-1 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 177 | 2006-8-2 | 泰安泰山 | Wood Nation | 13200 | $55,440.00 | TAIAN TAISHAN PLASTERBOARD CO., GYPSUM DRYWALL PER ASTM C 1396 04 CONTACT: 813-994-6499 | 封边带: TTPC | 据称，石膏板被买方运至美国以前，Wood Nation 的最后已知地址为：10740 Plantation Bay Drive Tampa, FL 33647。 |
| 178 | 2006-8-2 | 泰安泰山 | Triax Trading | 5760 | $24,422.40 | | | |
| 179 | 2006-8-3 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 180 | 2006-8-3 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 181 | 2006-8-3 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

Hogan Lovells

被告制造商资料表附件 A

Hogan Lovells

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 182 | 2006-8-3 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 183 | 2006-8-8 | 泰安泰山 | Wood Nation | 13200 | $55,440.00 | TAI'AN TAISHAN PLASTERBOARD CO. GYPSUM DRYWALL PER ASTM C 1396 04 CONTACT: 813-994-6499 | 封边带: TTPC | 据称，石膏板被装实方运至美国邮轮。Wood Nation 的最后已知地址见第 177 项备注。 |
| 184 | 2006-8-15 | 上海凯数实业发展有限公司 | 不详 | 950 | ¥16,402 | Mega Gypsum | 白色无字封边带（无喷码） | |
| 185 | 2006-8-15 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 186 | 2006-8-15 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 187 | 2006-8-15 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 188 | 2006-8-15 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 189 | 2006-8-16 | 上海上实国际贸易集团浦东有限公司 | 不详 | 4400 | ¥169,790 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 190 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 1940 | ¥49,417 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

[1] 有关目的地的信息是来源于泰安泰山所拥有的文件资料。泰安泰山并没有关于实际目的地的第一手资料。

被告制造商资料表附件 A

- 21 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 191 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 600 | ¥16,097 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 192 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 725 | ¥12,354 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 193 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 150 | ¥4,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 194 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 600 | ¥16,097 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 195 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 2900 | ¥49,417 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 196 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 725 | ¥12,354 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 197 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 150 | ¥4,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 198 | 2006-8-18 | 上海裕金实业有限公司 | 不详 | 630 | ¥16,596 | | 白色无字封边带（无喷码） | |
| 199 | 2006-8-18 | 杭州格瑞德进出口有限公司 | 不详 | 500 | ¥12,950 | | 白色无字封边带（无喷码） | |
| 200 | 2006-8-18 | 杭州格瑞德进出口有限公司 | 不详 | 500 | ¥12,950 | | 白色无字封边带（无喷码） | |
| 201 | 2006-8-18 | 上海裕金实业有限公司 | 不详 | 630 | ¥16,596 | | 白色无字封边带（无喷码） | |

Hogan Lovells

被告制造商资料表附件 A

- 22 -

Hogan Lovells

| 编号 | 时间<br>（年/月/日） | 出口商 | 进口商 | 数量<br>（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 202 | 2006-8-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 203 | 2006-8-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | "Taishan" edge sealing tape; laser code: MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 204 | 2006-8-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 205 | 2006-8-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 206 | 2006-8-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 207 | 2006-8-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 208 | 2006-8-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 209 | 2006-8-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 210 | 2006-8-23 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 211 | 2006-8-23 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

- 23 -

被告制造商资料表附件 A

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 212 | 2006-8-23 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 213 | 2006-8-23 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 214 | 2006-9-8 | 山东元华国际贸易有限公司 | 不详 | 2600 | ¥71,630 | Made in China, ceiling | 封边带: CRESCENT CITY | |
| 215 | 2006-9-15 | 泰安泰山 | 深圳永丰投资有限公司 | 3640 | $10,847.20 | Marathon Construction | 封边带/盒上印字: Marathon Construction | 据称：石膏板被买方运至美国纽约。深圳永丰投资有限公司的最后已知地址为：中国深圳市福田区福华三路国际商会中心 1900-12 市。 |
| 216 | 2006-9-15 | 泰安泰山 | 深圳永丰投资有限公司 | 2730 | $8,105.60 | Marathon Construction | 封边带/盒上印字: Marathon Construction | 据称：石膏板被买方运至美国纽约。深圳永丰投资有限公司的最后已知地址见第 215 项备注。 |
| 217 | 2006-9-15 | 泰安泰山 | 深圳永丰投资有限公司 | 3640 | $10,847.20 | Marathon Construction | 封边带/盒上印字: Marathon Construction | 据称：石膏板被买方运至美国纽约。深圳永丰投资有限公司的最后已知地址见第 215 项备注。 |
| 218 | 2006-9-15 | 泰安泰山 | GD Distributors LLC | 880 | $11,601.22 | | | 据称：石膏板被买方运至美国新奥尔良。 |

被告制造商资料表附件 A

- 24 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 219 | 2006-10-5 | 泰安泰山 | TOV Trading | 2000 | $5,200.00 | | 封边带：OEG。 | 据称，石膏板被买家方运至美国纽约。TOV Trading 的最后已知地址为：5014 20th Avenue, Brooklyn, NY 11204。 |
| 220 | 2006-10-5 | 泰安泰山 | TOV Trading | 14000 | $37,100.00 | | 封边带：OEG。 | 据称，石膏板被买家方运至美国纽约。TOV Trading 的最后已知地址见第 219 项备注。 |
| 221 | 2006-10-5 | 泰安泰山 | TOV Trading | 3400 | $13,650.00 | | 封边带：OEG。 | TOV Trading 的最后已知地址见第 219 项备注。 |
| 222 | 2006-10-5 | 泰安泰山 | TOV Trading | 9000 | $3,400.00 | | 封边带：OEG。 | TOV Trading 的最后已知地址见第 219 项备注。 |
| 223 | 2006-11-16 | 泰安泰山 | 深圳永丰投资有限公司 | 9100 | $25,025.00 | | 封边带/喷码：Marathon Construction | 据称，石膏板被买家方运至美国。 |
| 224 | 2006-11-24 | 徐州汉邦商贸有限公司 | 不祥 | 960 | ¥16,213 | | 白色无字封边带（无喷码） | |
| 225 | 2006-11-27 | 徐州国际经济技术合作有限公司 | 不祥 | 810 | ¥13,413 | | 白色无字封边带（无喷码） | |
| 226 | 2006-11-27 | 徐州国际经济技术合作有限公司 | 不祥 | 150 | ¥2,484 | | 白色无字封边带（无喷码） | |
| 227 | 2006-12-2 | 泰安泰山 | Stone Pride International Corp. | 2640 | $10,032.00 | | 白色无字封边带（无喷码） | |
| 228 | 2006-12-26 | 江苏东恒集团进出口有限公司 | 不祥 | 1360 | ¥21,855 | | 白色无字封边带（无喷码） | 据称，石膏板被买家方运至美国。 |

被告制造商资料表附件 A

- 25 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 229 | 2006-12-28 | 泰安泰山 | 深圳永丰投资有限公司 | 7280 | $20,020.00 | | 封边带/喷射码：Marathon Construction | 据称，石膏板被买方运至美国纽约。 |
| 230 | 2006-12-28 | 泰安泰山 | 深圳永丰投资有限公司 | 2600 | $11,824.00 | | 封边带/喷射码：Marathon Construction | |
| 231 | 2007-1-12 | 青岛九元实业发展有限公司 | 不详 | 1900 | ¥31,296 | | 白色无字封边带（无喷码） | |
| 232 | 2007-2-9 | 泰安泰山 | 深圳永丰投资有限公司 | 1800 | $5,005.00 | | 封边带/喷射码：Marathon Construction | 据称，石膏板被买方运至美国纽约，深圳永丰投资有限公司的最后已知地址见第215项备注。 |
| 233 | 2007-2-9 | 泰安泰山 | 深圳永丰投资有限公司 | 3900 | $17,737.20 | | 封边带/喷射码：Marathon Construction | 深圳永丰投资有限公司的最后已知地址见第215项备注。 |
| 234 | 2007-4-30 | 泰安泰山 | Oriental Trading Company LLC | 2000 | ¥7,738.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 235 | 2007-4-30 | 泰安泰山 | B America Corporation | 660 | $5,656.20 | | 白色无字封边带（无喷码） | 据称，石膏板被买方运至美国迈阿密。 |
| 236 | 2007-5-28 | 泰安泰山 | Oriental Trading Company LLC | 4900 | $12,740.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |

Hogan Lovells

被告制造商资料表附件 A

- 26 -

Hogan Lovells

| 编号 | 时间<br>(年/月/日) | 出口商 | 进口商 | 数量<br>(大约张数) | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 237 | 2007-5-28 | 泰安泰山 | Oriental Trading Company LLC | 5880 | $15,288.00 | | 封边带: DUN<br>Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 238 | 2007-5-28 | 泰安泰山 | Oriental Trading Company LLC | 1960 | $5,096.00 | | 封边带: DUN<br>Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 239 | 2007-5-28 | 泰安泰山 | Oriental Trading Company LLC | 4900 | $12,740.00 | | 封边带: DUN<br>Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 240 | 2007-6-12 | 泰安泰山 | Oriental Trading Company LLC | 2940 | $12,740.00 | | 封边带: DUN<br>Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 241 | 2007-6-26 | 泰安泰山 | Oriental Trading Company LLC | 2000 | $7,738.00 | | 封边带: DUN<br>Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 242 | 2007-7-3 | 泰安泰山 | Oriental Trading Company LLC | 6700 | $25,795.00 | | 封边带: DUN<br>Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 243 | 2007-7-3 | 泰安泰山 | Oriental Trading Company LLC | 6700 | $25,795.00 | | 封边带: DUN<br>Drywall | 据称，石膏板被买方运至美国迈阿密。 |