Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0371

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Land Resources LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

**State of:** Florida ) ss.
**County of:** Sarasota )

**Name of Server:** Lyle M. Robinson, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 20th day of April, 20 11, at 1:10 o'clock P M

**Place of Service:** at 504 Gulf Street, in Venice, FL 34285

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Land Resources LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Trudy DesJardins, Mother & Co-resident of Dale DesJardins Corporate Manager/Member

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Brown ; Facial Hair —
Approx. Age 60 ; Approx. Height 5'2" ; Approx. Weight 170

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 20th day of April, 20 11

Notary Public        (Commission Expires)

**APS International, Ltd.**

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru Troy Fain Insurance 800-385-7019

62930