Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0113

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lebaron Bros. Drywall
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **LOUISIANA** ) ss.
County of: **LIVINGSTON** )

**Name of Server:** **William Humble**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **8TH** day of **APRIL**, 20 **11**, at **10:10** o'clock **A** M

**Place of Service:** at  32941 Duff Road , in  Walker, LA  70785

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lebaron Bros. Drywall**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Gustavo Lebaron - Owner**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **Brown** ; Hair Color **Black** ; Facial Hair **N/A**
Approx. Age **38** ; Approx. Height **5'7** ; Approx. Weight **160 lbs.**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.    **12** day of **April**, 20 **11**

*William Humble*
Signature of Server

*Judith Fae Conly*    at death
Notary Public    (Commission Expires)

Judith Fae Conly
37958

**APS International, Ltd.**