Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 109745-0122

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Lee Roy Jenkins
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LA** ) ss.
County of: **St. Tammany** )

**Name of Server:** **Kyle Ehrenreich**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **7th** day of **April**, 20 **11**, at **3:12** o'clock **P** M

**Place of Service:** at **37 Spruce Drive**, in **Covington, LA 70433**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lee Roy Jenkins**

**Person Served, and Method of Service:**
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Lee Roy Jenkins** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color ____ ; Facial Hair ____
Approx. Age ____ ; Approx. Height ____ ; Approx. Weight ____

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this ____ day of **April**, 20**11**

Signature of Server
**APS International, Ltd.**

Notary Public (Commission Expires)
23032