Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0081

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--M.E. Gibbons, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Mississippi** ) ss.
County of: **Stone** )

Name of Server: **Clara Williams**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **18th** day of **April**, 20 **11**, at **11:30** o'clock **A** M

Place of Service: at **403 Hwy 90 Waveland, MS. Highway 603** ~~114 McDonald Lane Highway 90 + Highway 603 Bay St. Louis, MS 39520~~

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**M.E. Gibbons, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Owner, M E Gibbons**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Gray**; Facial Hair **None**
Approx. Age **50±**; Approx. Height **5'9"**; Approx. Weight **140 lbs**

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Clara Williams**
Signature of Server

Subscribed and sworn to before me this **18th** day of **April**, 20 **11**

Notary Public    (Commission Expires)

**APS International, Ltd.**

*[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 96816 JAMES M. WILLIAMS Commission Expires Aug. 18, 2014 STONE COUNTY]*