Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109745-0205

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--Mazer's Discount Home Centers, Inc.
Court Case No. 09-7628

State of: __ALABAMA__  ) ss.
County of: __JEFFERSON__  )

| | |
|---|---|
| **Name of Server:** | __DANIEL MOORE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the __24__ day of __MARCH__, 20 __11__, at __11:10__ o'clock __A__ M |
| **Place of Service:** | at __816 Green Springs Highway__, in __Homewood, AL  35209__ |
| **Documents Served:** | the undersigned served the documents described as: **Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **Mazer's Discount Home Centers, Inc.** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: __LATRESE DUNCAN, AUTHORIZED AGENT__ |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex __F__ ; Skin Color __BLK__ ; Hair Color __BLK__ ; Facial Hair __N/A__ Approx. Age __35__ ; Approx. Height __5'9"__ ; Approx. Weight __200__ ☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. _Daniel Moore_ Signature of Server | Subscribed and sworn to before me this __25__ day of __MARCH__, 20 __11__ _signature_ Notary Public  5/25/14 (Commission Expires) |

**APS International, Ltd.**