Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0038

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Murphy Bateman Building Supplies, LLC
**Court Case No. 09-7628**

---

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: **LA** ) ss.
County of: **St. Tammany** )

Name of Server: **Kyle Ehrenreich**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **7th** day of **April**, 20 **11**, at **9:30** o'clock **A** M

Place of Service: at **1107 Washington St.**, in **Franklinton, LA 70438**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Murphy Bateman Building Supplies, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Dennis Wager**.

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury     Subscribed and sworn to before me this
that the foregoing is true and correct.            **7** day of **April**, 20 **11**

Signature of Server                                Notary Public      (Commission Expires)
                                                                      **23032**

**APS International, Ltd.**