Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109745-0032

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Pioneer Construction, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **LA** ) ss.
County of: **St. Tammany**

Name of Server: **Kyle Emcureid**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **7th** day of **April**, 20 **11**, at **12:27** o'clock **P** M

Place of Service: at **15001 Thompson Road**, in **Folsom, LA  70437**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Pioneer Construction, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Lee Bubrig**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **W** ; Skin Color **W** ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this ___ day of **April**, 20 **11**

Signature of Server

Notary Public               (Commission Expires)
                                 23032

**APS International, Ltd.**