Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0030

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ponce Siding & Remodeling
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LA_ ) ss.
County of: _St. Tammany_ )

Name of Server: _Kyle Ehrenreich_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _7th_ day of _April_, 20 _11_, at _4:14_ o'clock _P_ M

Place of Service: at _20075 Highway 36_, in _Covington, LA  70433_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Ponce Siding & Remodeling**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Would not give name_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kyle Ehrenreich_
Signature of Server

Subscribed and sworn to before me this _7_ day of _April_, 20 _11_

_[signature]_
Notary Public (Commission Expires)
_2-3-032_

**APS International, Ltd.**