Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0029

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ray Bec, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
County of: _ST. TAMMANY_ )

**Name of Server:** _Troy Micou_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _7_ day of _April_, 20 _11_, at _7:00_ o'clock _P_ M

**Place of Service:** at _1197 Salem Drive_, in _Slidell, LA 70461_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:**
A true and correct copy of the aforesaid document(s) was served on:
**Ray Bec, Inc.**

**Person Served, and Method of Service:**
By delivering them into the hands of an officer or managing agent whose name and title is: _Ray Beck_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Caucasian_ ; Hair Color _None_ ; Facial Hair _None_
Approx. Age _60_ ; Approx. Height _6'2"_ ; Approx. Weight _190#_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _7_ day of _April_, 20 _11_

Notary Public       23032 (Commission Expires)

**APS International, Ltd.**