Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0227

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Regatta Construction LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Indian River** )

**Name of Server:** **William Bressett**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **23** day of **March**, **2011**, at **10:10** o'clock **A** M

**Place of Service:** at **2345 - 14th Ave,. Suite 1**, in **Vero Beach, FL 32960**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Regatta Construction LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Dennis Witherow as Registered Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **m** ; Skin Color **w** ; Hair Color **brown** ; Facial Hair **n**
Approx. Age **60** ; Approx. Height **5'6"** ; Approx. Weight **170**

[x] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.
Signature of Server

Subscribed and sworn to before me this **23** day of **MARCH**, 20 **11**
DAVID SHERMAN BONNER 3/1/2014
Notary Public      (Commission Expires)

APS International, Ltd.

DAVID SHERMAN BONNER
Notary Public, State of Florida
My Commission Expires 3/1/2014
Comm. No. DD966537