Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0283

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Right Way Finishing, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Texas** ) ss.
County of: **El Paso** )

**Name of Server:** **Abel Ceballos**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **03** day of **January**, 20**11**, at **10:30** o'clock **A** M

**Place of Service:** at **3953 Tierra Venado Dr.**, in **El Paso, TX  79938**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Right Way Finishing, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _____

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **Brn.**; Hair Color **Lt Brn**; Facial Hair _____
Approx. Age **30**; Approx. Height **5'10"**; Approx. Weight **140**

XX To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **3** day of **Jan**, 20 **11**

Signature of Server
Abel Ceballos SCH#5976
**APS International, Ltd.**

Notary Public    (Commission Expires) 12/8/13

ROSA CERVANTES
My Commission Expires
December 08, 2013