Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0136

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --RJL Drywall, Inc, Attn: Agent
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Donald Skipper II__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __11th__ day of __April__, 20 __11__, at __5:35__ o'clock __P__ M

**Place of Service:** at __10851 Deal Rd. N__, in __Fort Myers, FL  33917__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
RJL Drywall, Inc, Attn: Agent

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Lawrence Fitch, Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __Black/Grey__ Facial Hair ____
Approx. Age __55__ ; Approx. Height __5'8"__ ; Approx. Weight __200__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __15th__ day of __April__, 20 __11__

Signature of Server  157197

Notary Public    (Commission Expires) 10/22/11

APS International, Ltd.



TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc