Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109745-0025

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Royal Homes, (Anthony Marino)
**Court Case No. 09-7628**

State of: _LA_ ) ss.
County of: _St. Tammany_ )

Name of Server: _Kyle Ehrenreich_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _7th_ day of _April_ , 20 _11_ , at _4:52_ o'clock _P_ M

Place of Service: at  4800 Sharp Rd. , in  Mandeville, LA  70471

Documents Served: the undersigned served the documents described as:

**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**

**Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Royal Homes, (Anthony Marino)**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Debra Marino_

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _____ day of _April_ , 20 _11_

_____
Signature of Server

_____
Notary Public         (Commission Expires)

**APS International, Ltd.**