Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0483

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--S&O Investments LLC, c/o Christopher Odom
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: ALABAMA ) ss.
County of: MOBILE )

**Name of Server:** NORRIS ARMSTRONG, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

**Date/Time of Service:** that on the 15 day of JUNE, 20 11, at 10:15 o'clock A M

**Place of Service:** at 150 Du Rhu Drive, Apt. 1206, in Mobile, AL 36608

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
S&O Investments LLC, c/o Christopher Odom

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: CHRISTOPHER ODOM  PARTNER

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color W; Hair Color BROWN; Facial Hair NONE
Approx. Age 40's; Approx. Height 5'8"; Approx. Weight 140

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 16th day of June, 20 11

Signature of Server

Notary Public   (Commission Expires) 06/24/2012

APS International, Ltd.