Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0298

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Saturno Construction AB Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __St. Lucie__ )

Name of Server: __Amy M. Kreyling__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __30__ day of __April__, 20 __11__, at __2:45__ o'clock __P__ M

Place of Service: at __1621 SE Mariner Ln.__, in __Port St. Lucie, FL  34983__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Saturno Construction AB Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Alberto Munoz - Registered Agent__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__ ; Skin Color __Spanish__ ; Hair Color __Grey__ ; Facial Hair __—__
Approx. Age __70__ ; Approx. Height __5'8"__ ; Approx. Weight __200 lbs__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Amy M. Kreyling__
Signature of Server

Subscribed and sworn to before me this __2__ day of __May__, 20 __11__

__[signature]__   7-14-12
Notary Public    (Commission Expires)

**APS International, Ltd.**

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services