Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0022

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Smith and Core, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __LA__ ) ss.
County of: __St. Tammany__ )
Name of Server: __Kyle Chenevert__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __7__ day of __April__, 20 __11__, at __12:18__ o'clock __P__ M

Place of Service: at __14373 C. Gotti Road__, in __Folsom, LA  70437__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Smith and Core, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Barney Core__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __W__; Hair Color ____; Facial Hair ____
Approx. Age ____; Approx. Height ____; Approx. Weight ____

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __7__ day of __April__, 20 __11__

Notary Public   (Commission Expires) __2303?__

**APS International, Ltd.**