Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by

**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  106415-0482

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Sterling Communities Realty Inc
Court Case No. 09-7628

State of: FLORIDA                    ) ss.
County of: PALM BEACH             )

**Name of Server:**  MICHAEL ROCCO                    , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**  that on the  31ST day of  MAY              , 20 11 , at  11:10 o'clock  A.  M

**Place of Service:**  at  3090 Canterbury Drive              , in  Boca Raton, FL  33434

**Documents Served:**  the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement**
**to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:**  A true and correct copy of the aforesaid document(s) was served on:
**Sterling Communities Realty Inc**

**Person Served, and Method of Service:**  By delivering them into the hands of an officer or managing agent whose name and
title is: MR. PAUL ASFAHL, DIRECTOR

**Description of Person Receiving Documents:**  The person receiving documents is described as follows:
Sex  M  ; Skin Color  WHITE      ; Hair Color  BLACK        ; Facial Hair
Approx. Age  70        ; Approx. Height  5'7"          ; Approx. Weight  220

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:**  Undersigned declares under penalty of perjury
that the foregoing is true and correct.

MICHAEL ROCCO
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
1ST   day of  JUNE          , 20 11

JONATHAN LEVY
Notary Public        (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission # DD793749
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.