Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0668

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sterling Communities Realty Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __FLORIDA__ ) ss.
County of: __PALM BEACH__ )

**Name of Server:** __MICHAEL ROCCO__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __5TH__ day of __MAY__, 20 __11__, at __4:15__ o'clock __P.__ M

**Place of Service:** at __3090 Canterbury Drive__, in __Boca Raton, FL  33434__

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Sterling Communities Realty Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __MARY ANN ASFAHL, CO-OWNER / CO-RESIDENT / AUTHORIZED AGENT__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __WHITE__ ; Hair Color __BROWN__ ; Facial Hair ____
Approx. Age __65__ ; Approx. Height __5'5"__ ; Approx. Weight __135__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

MICHAEL ROCCO
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
__7TH__ day of __MAY__, 20 __11__

JONATHAN LEVY
Notary Public            (Commission Expires)