Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0015

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sunrise Homes/Sun Construction
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
County of: _ST. TAMMANY_ )

**Name of Server:** _TROY MICEU_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _7_ day of _April_, 20 _11_, at _1:50_ o'clock _P_ M

**Place of Service:** at  62250 West End Blvd., in  Slidell, LA 70461

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Sunrise Homes/Sun Construction

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _REBECCA FACEO_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _CAUC_ ; Hair Color _BLONDE_ ; Facial Hair _NONE_
Approx. Age _40_ ; Approx. Height _5'6"_ ; Approx. Weight _135#_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _7_ day of _April_, 20_11_

Notary Public          (Commission Expires) 23032

**APS International, Ltd.**