Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0013

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Tallow Creek, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.
County of: _ST. TAMMANY_ )

**Name of Server:** _TROY MICELI_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _7_ day of _APRIL_, 20 _11_, at _5:00_ o'clock _P_ M

**Place of Service:** at _59101 AMBER DR_ ~~2053 Gause Blvd., Ste. 200~~, in Slidell, LA 70461

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Tallow Creek, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _TIM GOBBLE_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _CAUCASIAN_ ; Hair Color _BROWN_ ; Facial Hair _NONE_
Approx. Age _45_ ; Approx. Height _6'0"_ ; Approx. Weight _190#_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _7_ day of _April_, 20 _11_

Signature of Server

Notary Public    (Commission Expires) 23032

**APS International, Ltd.**