Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0329

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The New Morning, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _____ ) ss.
County of: _____ )

**Name of Server:** _Nate Stepanek_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14th day of April, 20 11, at 1:40 o'clock P M

**Place of Service:** at 215 Elk Avenue, in Crested Butte, CO 81224

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**The New Morning, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _David Liensdorf R.A._

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Fair_ ; Hair Color _Gray_ ; Facial Hair _None_
Approx. Age _65_ ; Approx. Height _5'8"_ ; Approx. Weight _180_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Server

Subscribed and sworn to before me this 14th day of April, 20 11

_Marjorie Trautman_
Notary Public  (Commission Expires)
12-10-14

**APS International, Ltd.**

[Notary Seal: MARJORIE TRAUTMAN NOTARY PUBLIC STATE OF COLORADO My Commission Expires 12/10/2014]