MINUTE ENTRY
FALLON, J.
MAY 31, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>C.A. NOS. 09-6690, 09-7628, 10-361, 10-362, 11-80, 11-252, 11-1077, 11-1363 | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:  Arnold Levin, Esq. & Russ Herman, Esq. for Plaintiffs' Steering Committee
Dorothy Wimberly, Esq. for Homebuilders' Steering Committee
Minor Pipes, Esq. for Insurers' Steering Committee
Sander Esserman, Esq. and Robert Horkovich, Esq. for WCI
Steve Glickstein, Esq. for Defendants

The Plaintiffs' Steering Committee's Motion for Preliminary Approval of the Settlement Agreement (Rec. Doc. No. 14404)

After argument - Motion GRANTED with Court's written reasons to follow

JS10:  1:00