MINUTE ENTRY
FALLON, J.
MAY 31, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE-MANUFACTURED DRY WALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A mediation of the claims against North River Insurance Company was held on this date in the Chambers of Judge Eldon E. Fallon. After several hours of mediation, the Court was informed that a resolution could not be reached, and the Court proceeded to schedule trial, deposition, and related dates. Accordingly, IT IS ORDERED that:

The second Rule 30(b)(6) deposition of North River's corporate representative is scheduled for June 12, 2012, at 9:00 a.m. in the Chambers of Judge Fallon;

A status conference is scheduled for June 13, 2012, at 3:30 p.m. to discuss discovery and pretrial deadlines;

A pretrial conference is scheduled for November 19, 2012 at 3:30 p.m.; and

A two-week trial is scheduled to begin on November 26, 2012, at 8:30 a.m.

JS10(05:00)