UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |
| THIS DOCUMENT RELATES TO: | CASE NO.: 12-0498 |
| RICHARD and CONSTANCE ALMEROTH, individually, and on behalf of all others similarly situated, et al. v. TAISHAN GYPSUM CO., LTD, ET AL.<br>_____/ | |

### ORDER

Upon consideration of the Motion to Dismiss filed herein by Defendant, MILTON CONSTRUCTION COMPANY;

IT IS HEREBY ORDERED that the Motion to Dismiss be and the same is hereby GRANTED.  Plaintiffs have failed to establish jurisdiction over this Defendant.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge