UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO.: 2047
SECTION: L
JUDGE FALLON
MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:

CASE NO.:   12-0498

RICHARD and CONSTANCE ALMEROTH,
individually, and on behalf of all others similarly
situated, et al. v. TAISHAN GYPSUM CO., LTD, ET AL.
_____/

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE, that Defendant, MILTON CONSTRUCTION COMPANY'S,

Motion to Dismiss will be submitted for consideration on June 20, 2012 at 9:00 a.m.

Respectfully submitted,
FULMER LeROY ALBEE BAUMANN, P.L.C.
Attorneys for Defendant,
MILTON CONSTRUCTION COMPANY
2866 East Oakland Park Boulevard
Fort Lauderdale, FL  33306
(954) 707-4430  phone
(954) 707-4431  fax


BY:  /s/ Gary F. Baumann
        GARY F. BAUMANN
        Fla. Bar. No.:  089052

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 1, 2012, this document has been served on Plaintiffs'

Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller by e-mail and e-

mail upon all parties by electronically uploading same to Lexis File & Serve in accordance with

Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of

the United States District Court for the Eastern District of Louisiana by using the CM/ECF

System, which will send a notice of electronic filing in accordance with the procedures

established in MDL 2047.


BY: _/s/ *Gary F. Baumann*
    GARY F. BAUMANN