## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * * * * | **MDL NO.: 2047** |
| | | **SECTION:  L** |
| **THIS DOCUMENT APPLIES TO:** | * * | **JUDGE FALLON** |
| *Slidell Property Mgt., LLC v. Knauf GIPS KG et al*<br>Case No. 09-6068 | * * * * | **MAG. JUDGE WILKINSON** |
| *John Campbell v. Knauf GIPS KG, et al*<br>OCI - Case No. 09-7628 | * * * | |
| *Slidell Property Mgt., LLC v. Knauf GIPS KG, et al*<br>OCI - Case No. 09-7628 | * * * * | |
| *Slidell Property Mgt., LLC v. Beijing New Building Materials, et al*<br>OCII - Case No. 10-361 | * * * * | |
| *Slidell Property Mgt., LLC v. Knauf GIPS KG, et al*<br>OCIII - Case No. 09-6690 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO WITHDRAW COUNSEL

**NOW INTO COURT**, comes Hugh P. Lambert and Cayce C. Peterson, of the law firm, Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130, who respectfully requests that this Honorable Court allow them to withdraw as counsel of record in the above captioned matters.

The clients to whom this Motion applies in the above captioned matters are WB Management, LLC and Slidell Property Management, LLC, both in care of John Campbell. Their last known respective addresses and telephone numbers are listed below:

John Campbell
66 Chicken Street
Wilton, CT 06897
Cell: (201) 673-2210
john@johnfcampbell.com

WB Property Management, LLC
c/o John Campbell
66 Chicken Street
Wilton, CT 06897

Slidell Property Management, LLC
Through the agent for service of process:
1011 North Causeway Blvd., Ste. 3
Mandeville, LA 70471

Attorneys, Hugh P. Lambert and Cayce C. Peterson, of Lambert and Nelson, PLC have complied with the requirements of Local Rule 83.2.11. A Certificate of Service is attached to this Motion stating that all parties have been notified via certified mail of our intention to withdraw as counsel of record for the above captioned matters. Of the above listed clients, John Campbell, has refused accepting the letters sent by certified mail to 66 Chicken Street, Wilton, CT 06897, notifying Mr. Campbell of our intent to withdraw from representation of him and his companies. See attached Exhibit A, Certified Mail returned as "Refused." Mr. Campbell was also provided noticed of our intent to withdraw from his cases via email, regular mail, and/or certified mail on May 10, 2011, July 8, 2011, October 14, 2011, May 7, 2012 and May 9, 2012.

WHEREFORE, counsel respectfully submits that all requirements of withdrawal have been satisfied and respectfully requests that this Honorable Court GRANT this Motion for Withdrawal as Counsel of Record for Hugh P. Lambert & Cayce C. Peterson of Lambert & Nelson, PLC.

        /s/Hugh P. Lambert
        HUGH P. LAMBERT (LA Bar #7933)
        CAYCE C. PETERSON (LA Bar #32217)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, Louisiana 70130
        Telephone: (504) 581-1750
        Facsimile: (504) 529-2931
        hlambert@lamnel.com
        cpeterson@lamnel.com

## **CERTIFICATE OF SERVICE**

I HEREBY BY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 1st day of June, 2012.

        /s/Hugh P. Lambert
        HUGH P. LAMBERT (LA Bar #7933)