# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
| | SECTION: L |
| THIS DOCUMENT APPLIES TO: | JUDGE FALLON |
| *Slidell Property Mgt., LLC v. Knauf GIPS KG et al* <br> Case No. 09-6068 | |
| | MAG. JUDGE WILKINSON |
| *John Campbell v. Knauf GIPS KG, et al* <br> OCI - Case No. 09-7628 | |
| *Slidell Property Mgt., LLC v. Knauf GIPS KG, et al* <br> OCI - Case No. 09-7628 | |
| *Slidell Property Mgt., LLC v. Beijing New Building Materials, et al* <br> OCII - Case No. 10-361 | |
| *Slidell Property Mgt., LLC v. Knauf GIPS KG, et al* <br> OCIII - Case No. 09-6690 | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the following current clients of Lambert & Nelson, PLC, WB Property Management, LLC, Slidell Property Management, LLC, and John Campbell, have been notified of all deadlines and pending court appearances, and specifically, have been notified via E-mail correspondence to John Campbell of the recent order of this Honorable Court regarding opt out, objection and fairness hearing dates, Document 14197.

I HEREBY CERTIFY FURTHER that the following entities and persons were served with this Motion to Withdraw as Counsel of Record via certified mail on the dates indicated

below and copies of the Certified Mail Return Receipts are attached hereto:[1]

Opposing Counsel:

**VIA CERTIFIED MAIL RETURN RECEIPT**
**NO. 7010 2780 0002 9160 0100**
Kerry Miller, Esq.
Frilot, LLC
1100 Poydras Street, Ste. 3700
New Orleans, LA 70160
Defendants' Liaison Counsel and
Counsel for Knauf Entities
**NOTIFIED ON MAY 15, 2012**

**VIA CERTIFIED MAIL RETURN RECEIPT**
**NO. 7010 2780 0002 9160 0117**
Russ Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
Plaintiffs Liaison Counsel
**NOTIFIED ON MAY 15, 2012**

**VIA CERTIFIED MAIL RETURN RECEIPT**
**NO. 7010 2780 0002 9160 0124**
James Garner, Esq.
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
909 Poydras Street, Ste. 2800
New Orleans, LA 70112
Counsel for Southern Homes
**NOTIFIED ON MAY 15, 2012**

**VIA CERTIFIED MAIL RETURN RECEIPT**
**NO. 7010 2780 0002 9160 0131**
Richard Duplantier, Esq.
Galloway, Johnson, Tompkins, Burr & Smith, APLC
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139
Counsel For Interior/Exterior
**NOTIFIED ON MAY 15, 2012**

---

[1] Mr. Campbell refused to accept the certified mail sent to him personally at 66 Chicken Street, Wilton, CT 06897. Please see Exhibit A attached hereto.

**VIA CERTIFIED MAIL RETURN RECEIPT**
**NO. 7010 2780 0002 9160 0148**
Matthew Keating, Esq.
Plauche, Smith & Nieset, LLC
1123 Pithon Street
Lake Charles, LA 70601
Counsel for Van Aller Construction
**NOTIFIED ON MAY 16, 2012**

Our Clients:

**VIA CERTIFIED MAIL RETURN RECEIPT**
**NO. 7010 2780 0002 9160 0155**
John Campbell
66 Chicken Street
Wilton, CT 06897
**REFUSED SERVICE AND RETURN ON MAY 24, 2012**

**VIA CERTIFIED MAIL RETURN RECEIPT**
**NO. 7010 2780 0002 9160 0162**
WB Property Management, LLC
c/o John Campbell
66 Chicken Street
Wilton, CT 06897
**REFUSED SERVICE AND RETURN ON MAY 24, 2012**

**VIA CERTIFIED MAIL RETURN RECEIPT**
**NO. 7010 2780 0002 9160 0179**
Slidell Property Management, LLC
Through the agent for service of process:
1011 North Causeway Blvd., Ste. 3
Mandeville, LA 70471
**NOTIFIED ON MAY 15, 2012**

      /s/Hugh P. Lambert
HUGH P. LAMBERT (LA Bar #7933)
CAYCE C. PETERSON (LA Bar #32217)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com
cpeterson@lamnel.com




7010 2780 0002 9160 0186



John Campbell
66 Chicken Street
Wilton, CT 06897

Refused

MAY 24 REC'D






7010 2780 0002 9160 0155



Refused

John Campbell
66 Chicken Street
Wilton, CT 06897

MAY 24 REC'D






7010 2780 0002 9160 0162



Refused

WB Property Management, LLC
c/o John Campbell
66 Chicken Street
Wilton, CT 06897

MAY 24 REC'D

**Exhibit "A"**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Russ Herman, Esq.
   Herman, Herman, Katz & Cotlar, LLP
   820 O'Keefe Ave.
   New Orleans, LA 70113

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☒ Agent  ☐ Addressee
B. Received by (Printed Name): [illegible]
C. Date of Delivery: 5-15-12
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7010 2780 0002 9160 0117

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kerry Miller, Esq.
   Frilot, LLC
   1100 Poydras Street, Ste. 3700
   New Orleans, LA 70160

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☒ Agent  ☐ Addressee
B. Received by (Printed Name): Pam Meyer
C. Date of Delivery: 5-15-12
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7010 2780 0002 9160 0100

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   James Garner, Esq.
   Sher, Garner, Cahill, Richter, Klein
   & Hilbert, LLC
   909 Poydras Street, Ste. 2800
   New Orleans, LA 70112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)    7010 2780 0002 9160 0124

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Richard Duplantier, Esq.
   Galloway, Johnson, Tompkins, Burr
   & Smith, APLC
   701 Poydras Street, 40th Floor
   New Orleans, LA 70139

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  J. Payne
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   J Payne                         5/16/12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)    7010 2780 0002 9160 0131

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Slidell Property Management, LLC
Through the agent for service of process:
1011 North Causeway Blvd., Ste. 3
Mandeville, LA 70471

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ANNE ARHART    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
ANNE ARHART   5/1

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7010 2780 0002 9160 0179

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Matthew Keating, Esq.
Plauche, Smith & Nieset, LLC
1123 Pithon Street
Lake Charles, LA 70601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
[signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
[signature]   5/16/12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7010 2780 0002 9160 0148

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540