## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO.: 2047<br><br>SECTION: L |
| THIS DOCUMENT APPLIES TO: | * * | JUDGE FALLON |
| *Slidell Property Mgt., LLC v. Knauf GIPS KG et al*<br>Case No. 09-6068 | * * * * | |
| | * | MAG. JUDGE WILKINSON |
| *John Campbell v. Knauf GIPS KG, et al*<br>OCI - Case No. 09-7628 | * * * | |
| *Slidell Property Mgt., LLC v. Knauf GIPS KG, et al*<br>OCI - Case No. 09-7628 | * * * * | |
| *Slidell Property Mgt., LLC v. Beijing New Building Materials, et al*<br>OCII - Case No. 10-361 | * * * * | |
| *Slidell Property Mgt., LLC v. Knauf GIPS KG, et al*<br>OCIII - Case No. 09-6690 | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**UPON CONSIDERATION** of the above and foregoing Motion to Withdraw Counsel;

**IT IS HEREBY ORDERED** that Hugh P. Lambert and Cayce C. Peterson are hereby withdrawn as counsel of record in the above reference cases.

Signed this _____ day of _____, 2012.

_____
HONORABLE JUDGE ELDON E. FALLON