UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| ALL CASES | * | |
| | * | MAG. JUDGE WILKINSON |

*******************************************************************************

## MOTION TO MODIFY, VACATE AND/OR CLARIFY STAY

NOW COME Terrence M. Ross and Rhonda B. Ross, plaintiffs in that matter pending in the 24ᵗʰ Judicial District Court for the Parish of Jefferson, State of Louisiana, No. 676,185 "P", entitled "Terrence M. Ross and Rhonda B. Ross v. C. Adams Construction, et al.", and putative members of the proposed In-Ex settlement class and the proposed Knauf settlement class, and move to modify, vacate and/or clarify the stay orders issued by this Court in order that they might proceed with the prosecution of their claims in the referenced state court action, upon suggesting:

1.   Their state court action arises from the purchase of a private residence in Metairie, Louisiana in January, 2007, which they subsequently discovered contained Chinese drywall;

2.   Prior to the purchase, the residence had been substantially renovated by defendant C. Adams Construction & Design, LLC, incorporating Chinese drywall purchased through Interior Exterior Building Supply, L.P. and another supplier;

3.   The referenced state court action filed by Mr. and Mrs. Ross named builder-seller C. Adams Construction & Design, LLC as a defendant, but did not directly name Interior Exterior, any

Knauf entity or other MDL participant, although those parties have been subject of third party claims in the state court litigation;

4.   Mr. and Mrs. Ross have effected remediation of their residence at their own expense, and have received no reimbursement from any source to date;

5.   Although Mr. and Mrs. Ross have not definitively established the identity of the manufacturer of the drywall incorporated in their residence, they have an open and shut claim in redhibition/quanti minoris against builder-seller C. Adams, which has been subject of a motion for summary judgment in the state court litigation;

6.   As a result of the various stay orders entered in the captioned MDL proceedings, the Ross' motion for summary judgment and state court litigation have been stayed for over a year, without any progress;

7.   The Ross' state court litigation is identified as a "related action" in connection with the proposed In-Ex settlement and the order of this Court (Rec. Doc. 8818) staying related actions pending further order of the Court;

8.   C. Adams Construction & Design, LLC meets the definition of a "downstream In-Ex releasee" in connection with the proposed In-Ex settlement, even though C. Adams has made no contribution to that settlement;

9.   Mr. and Mrs. Ross have timely submitted notification of their intent to opt-out of the proposed In-Ex settlement class, and be excluded therefrom on January 4, 2012;

10.   Pursuant to the terms of this Court's order of March 5, 2012 (Rec. Doc. 12770) concerning KPT Chinese drywall and the proposed Knauf settlement, a forty-five (45) day stay of

state court litigation such as that instituted by Mr. and Mrs. Ross appears to have expired by its own terms, to the extent it applies to parties who have opted-out of that settlement;

11. Mr. and Mrs. Ross timely opted-out of the Knauf settlement on April 5, 2012;

12. As Mr. and Mrs. Ross have opted-out of their putative status as members of the proposed settlement classes, and preserved their rights to litigate against the proposed releasees, the maintenance of a stay concerning their state court litigation no longer serves any purpose, and the further passage of time has the potential to materially and adversely impact their ultimate recovery on the claims asserted.

WHEREFORE, Terrence M. Ross and Rhonda B. Ross requests that the Court grant them relief from the stay orders entered in connection with the In-Ex settlement and the Knauf settlement by clarifying that those stays no longer apply to the Ross' state court litigation, No. 676,185 "P" on the docket of the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

s/Kevin O'Bryon
KEVIN O'BRYON (LSBA 10151)
O'Bryon & Schnabel, PLC
1010 Common Street, Suite 1950
New Orleans, LA 70112
Telephone: (504) 799-4200
Facsimile: (504) 799-4211

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Modify, Vacate and/or Clarify Stay filed on

behalf of plaintiffs, Terrence M. Ross and Rhonda B. Ross, has been served on all known counsel

for the parties herein by ECF filing and U.S. mail this 4th day of June, 2012.

s/Kevin O'Bryon
KEVIN O'BRYON