UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| ALL CASES | * | |
| | * | MAG. JUDGE WILKINSON |

*************************************************************************

## MEMORANDUM IN SUPPORT OF MOTION TO VACATE, MODIFY AND/OR CLARIFY STAY

MAY IT PLEASE THE COURT:

Movants Terrence M. Ross and Rhonda B. Ross submit that the basis and reasons for their motion seeking relief from the stay are set out in the body of the motion. Copies of their opt-out notices from the proposed In-Ex and Knauf settlements are attached as Exhibits "A" and "B", respectively.

                                  Respectfully submitted:

                                  s/Kevin O'Bryon
                                  KEVIN O'BRYON (LSBA 10151)
                                  O'Bryon & Schnabel, PLC
                                  1010 Common Street, Suite 1950
                                  New Orleans, LA 70112
                                  Telephone: (504) 799-4200
                                  Facsimile: (504) 799-4211

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Memorandum in Support of Motion to Vacate, Modify and/or Clarify Stay filed on behalf of plaintiffs, Terrence M. Ross and Rhonda B. Ross, has been served on all known counsel for the parties herein by ECF filing and U.S. mail this 4th day of June, 2012.

s/Kevin O'Bryon<br>
KEVIN O'BRYON