O'BRYON & SCHNABEL
A PROFESSIONAL LAW CORPORATION
1010 COMMON STREET, SUITE 1950
NEW ORLEANS, LOUISIANA 70112

TELEPHONE (504) 799-4200
FACSIMILE (504) 799-4211
email kob@obryonlaw.com

KEVIN CRAMER O'BRYON

January 4, 2012

**By Certified Mail, Return Receipt Requested**

Arnold Levin
Levin, Fishbein, Sedran
  & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Richard Duplantier
Galloway, Johnson, Tompkins,
  Burr & Smith
One Shell Square
701 Poydras Street
40th Floor
New Orleans, LA 70139

      RE:    InteriorExterior Settlement Opt-Out
              Chinese Drywall MDL No.: 2047
              My file: 41646

Gentlemen:

      Enclosed to each of you please find an original Opt-Out Form signed by Terrence M. Ross and Rhonda B. Ross, requesting exclusion from the proposed InEx Settlement Class subject of the settlement agreement regarding claims against Interior-Exterior in MDL No. 2047. Mr. and Mrs. Ross are the named plaintiffs in a lawsuit pending in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, No. 676-185, which appears on the list of related actions which is an exhibit to the settlement agreement.

                                     Very truly yours,

                                     Kevin O'Bryon

KOB:sml
enclosure
cc:    Via First Class Mail
       Mr. and Mrs. Terrence Ross
       Raymond Pelleteri, Esq.



SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ⬜ Agent  ⬜ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ⬜ Yes
   If YES, enter delivery address below: ⬜ No

1. Article Addressed to:

ARNOLD LEVIN
LEVIN, FISHBEIN, SEDRAN &
            BERMAN

510 WALNUT ST., SUITE 500

Philadelphia PA  19106

3. Service Type
   ☑ Certified Mail    ⬜ Express Mail
   ⬜ Registered        ☑ Return Receipt for Merchandise
   ⬜ Insured Mail      ⬜ C.O.D.

4. Restricted Delivery? (Extra Fee)   ⬜ Yes

2. Article Number
   (Transfer from serv___   7003 2260 0000 0090 2557

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

41646

Sent To HARNOLD LEVIN
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7003 2260 0000 0090 2557

PS Form 3800, June 2002          See Reverse for Instructions

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
John Crawford

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

1. Article Addressed to:

RICHARD DUPLANTIER
GALLOWAY, JOHNSON, TOMPKINS,
BURR + SMITH
701 POYDRAS ST., 40 th FLOOR
N O LA   70139

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service        7003 2260 0000 0090 2533

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

41646.

Sent To  RICHARD DUPLANTIER
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7003 2260 0000 0090 2533

PS Form 3800, June 2002        See Reverse for Instructions

O'BRYON & SCHNABEL

A PROFESSIONAL LAW CORPORATION

1010 COMMON STREET, SUITE 1950

NEW ORLEANS, LOUISIANA 70112

TELEPHONE (504) 799-4200
FACSIMILE (504) 799-4211
email kob@obryonlaw.com

KEVIN CRAMER O'BRYON

April 5, 2012

**By Certified Mail, Return Request Requested**

Arnold Levin, Esq.
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Russ M. Herman, Esq.
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller, Esq.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163

> RE:   Knauf Settlement Opt-Out
>         Chinese Drywall
>         MDL No.: 2047
>         My file: 41646

Gentlemen:

Enclosed to each of you is an opt-out form signed by Terrence M. Ross and Rhonda B. Ross, requesting exclusion from the proposed Knauf Settlement Class subject of the settlement agreement regarding claims against Knauf in MDL No. 2047. Mr. and Mrs. Ross are the named plaintiffs in a lawsuit pending in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, No. 676-185, which appears on the list of related actions which is an exhibit to the settlement agreement.

Very truly yours,

Kevin O'Bryon

KOB:sml
enclosure
cc:     Mr. and Mrs. Terrence Ross
        Ray Pelleteri, Jr., Esq.

EXHIBIT
B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ARNOLD LEVIN
510 WALNUT ST.
SUITE 500
Philadelphia PA
19106

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent
                          ☐ Address

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7003 2260 0000 0090 2564

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.    LEVIN    41646

City, State, ZIP+4

PS Form 3800, June 2002        See Reverse for Instructions

7003 2260 0000 0090 2564

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KERRY MILLER
1100 POYDRAS ST.
SUITE 3700
NEW ORLEANS, LA
70163

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  Paulllcox

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
4-9-12

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7003 2260 0000 0090 2519

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.   MILLER 41646

City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

7003 2260 0000 0090 2519

SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RUSS HERMAN

820 O'KEEFE AVE.

NEW ORLEANS, LA

70113

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____    ☑ Agent   ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery
D STURTZ    4-9-12

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
(Transfer from service label)    7003 2260 0000 0090 2540

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**™
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.    HERMAN 41646

City, State, ZIP+4

7003 2260 0000 0090 2540

PS Form 3800, June 2002    See Reverse for Instructions