UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| ALL CASES | * | |
| | * | MAG. JUDGE WILKINSON |

*******************************************************************************

## NOTICE OF HEARING

Undersigned counsel for Terrence M. Ross and Rhonda B. Ross gives notice that he will bring on for hearing the attached motion to vacate, modify and/or clarify stay before the Honorable Eldon E. Fallon, U.S. District Judge, at his courtroom at 500 Poydras Street, Room C-456, New Orleans, Louisiana 70130, at 9:00 a.m. on the 20th day of June, 2012, or as soon thereafter as counsel may be heard.

                                             s/Kevin O'Bryon
                                             KEVIN O'BRYON (LSBA 10151)
                                             O'Bryon & Schnabel, PLC
                                             1010 Common Street, Suite 1950
                                             New Orleans, LA 70112
                                             Telephone: (504) 799-4200
                                             Facsimile: (504) 799-4211

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Hearing filed on behalf of plaintiffs, Terrence M. Ross and Rhonda B. Ross, has been served on all known counsel for the parties herein by ECF filing and U.S. mail this 4th day of June, 2012.

s/Kevin O'Bryon
KEVIN O'BRYON
