UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| ALL CASES | * | |
| | * | MAG. JUDGE WILKINSON |

*************************************************************************

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1E, undersigned counsel for Terrence M. Ross and Rhonda B. Ross requests leave to present extremely brief oral argument on their motion to vacate, modify and/or clarify stay.

                                  s/Kevin O'Bryon
                                  KEVIN O'BRYON (LSBA 10151)
                                  O'Bryon & Schnabel, PLC
                                  1010 Common Street, Suite 1950
                                  New Orleans, LA 70112
                                  Telephone: (504) 799-4200
                                  Facsimile: (504) 799-4211

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Request for Oral Argument filed on behalf of plaintiffs, Terrence M. Ross and Rhonda B. Ross, has been served on all known counsel for the parties herein by ECF filing and U.S. mail this 4th day of June, 2012.

s/Kevin O'Bryon
KEVIN O'BRYON
