**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO.: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION:  L |
| | * | |
| THIS DOCUMENT APPLIES TO: | * | JUDGE FALLON |
| | * | |
| *Slidell Property Mgt., LLC v. Knauf GIPS* | * | |
| *KG et al* | * | |
| Case No. 09-6068 | * | |
| | * | MAG. JUDGE WILKINSON |
| *John Campbell v. Knauf GIPS KG, et al* | * | |
| OCI - Case No. 09-7628 | * | |
| | * | |
| *Slidell Property Mgt., LLC v. Knauf GIPS* | * | |
| KG, et al | * | |
| OCI - Case No. 09-7628 | * | |
| | * | |
| *Slidell Property Mgt., LLC v. Beijing New* | * | |
| *Building Materials, et al* | * | |
| OCII - Case No. 10-361 | * | |
| | * | |
| *Slidell Property Mgt., LLC v. Knauf GIPS* | * | |
| *KG, et al* | * | |
| OCIII - Case No. 09-6690 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**UPON CONSIDERATION** of the above and foregoing Motion to Withdraw Counsel;

**IT IS HEREBY ORDERED** that Hugh P. Lambert and Cayce C. Peterson are hereby

withdrawn as counsel of record in the above reference cases.

Signed this __4th__ day of _____June_____, 2012.

_____

HONORABLE JUDGE ELDON E. FALLON