UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 SECTION: L |

Judge Fallon
This Document Relates to: 09-6690 (Gross)     Mag. Judge Wilkinson
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), Plaintiffs, John and Monica Burk, hereby dismiss without prejudice all of their claims against all defendants, in Plaintiffs' Omnibus Complaints. Please see Bruce W. Steckler's Affidavit attached as Exhibit "A". Each party to bear its own respective Court costs. Attached hereto as Exhibit "B" is correspondence from Bruce Steckler, counsel for Plaintiffs, John and Monica Burk, dated March 23, 2012, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Dated: June 5, 2012                                        Respectfully submitted:

/s/ Leonard A. Daivs_____
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liason Counsel*
*MDL 2047*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of June, 2012.

      /s/ Leonard A. Davis_____
      Leonard A. Davis, Esquire
      Herman, Herman & Katz, L.L.C.
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhklawfirm.com
      *Plaintiffs' Liason Counsel*
      *MDL 2047*