# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION: L |
| | | Judge Fallon |
| This Document Relates to: 09-6690 (Gross)<br>Plaintiffs John and Monica Burk | | Mag. Judge Wilkinson |

## AFFIDAVIT OF BRUCE W. STECKLER

State of Texas

County of Dallas

Before me, the undersigned notary, on this day personally appeared Bruce W. Steckler, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. My name is Bruce W. Steckler. I am a current resident of Dallas, Texas.

2. I am over the age of 18 years, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

3. I hereby verify that I have made six (6) attempts by phone, e-mail and certified mail to contact John and Monica Burk to advise them of the status of their Chinese drywall claim and they have been non-responsive. I provided them with a report and photos which indicated they did not have Chinese drywall in their home at 3190 Buz Bee Road, Spanish Fort, AL 36527. As such, I recommended that they dismiss their claims against the defendant Infinity Homes, Inc. Despite all efforts, Mr. and Mrs. Burk have not responded and I believe that their claim should be dismissed without prejudice since there is no basis to support this claim at this time.

Further affiant sayeth not.

Dated: 5/23/2002

Bruce W. Steckler

SWORN AND SUBSCRIBED before me on this the ___23rd___ day of ___May___, 2012, by Bruce W. Steckler, known to me and proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ROGELIA ALANIZ
MY COMMISSION EXPIRES
July 29, 2013

Notary Public, State of Texas

_Rogelia Alaniz_

My Commission Expires:

7/29/2013