# EXHIBIT B



| DALLAS | | AUSTIN | | LOS ANGELES | | BATON ROUGE | |

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

May 23, 2012

**Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

   Re: **In re: Chinese Manufactured Drywall Products Liability Litigation**
      **Gross, et al v. Knauf Gips KG, et al, Cause No. 09-6690, MDL-2047, Eastern**
      **District of Louisiana**

Dear Russ and Lenny:

  My clients, John and Monica Burk, have been non-responsive to our multiple requests on this case. The inspection report indicates that they do not have CDW and should not be in trial litigation. As such, I authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against all defendants in the above matter.

                Sincerely,

                Bruce Steckler