**HOGAN LOVELLS ENGLISH TRANSLATION OF EXHIBIT A**

(Excerpts of LIU Junhai, *Protection of Shareholder's Rights in Stock Corporation,* 576, Law Press China, 2d ed. (2004))

否认公司法人资格是对股东有限责任原则和公司法人性的否定。若毫无限制地随意否认公司法人资格，必然严重打击股东投资热情。因此，法院原则上应尊重公司的法人资格，应当严格将否认公司法人资格控制在例外情况下。法院或仲裁机构在决定是否否认公司法人资格时，应当慎之又慎。对司法实践中的灰色区域问题，特别是公司法人资格可否定、也可不否定的，坚决不否定。

To disregard the legal personality of a company is to disregard the principles of limited liability of the company's shareholders and the fact that the company is a legal person.  If the legal personality of a company can be disregarded at will without constraint, the enthusiasm of shareholders to invest will certainly be severely dampened.  Therefore, a court should respect the legal personality of a company in principle, and should strictly limit the practice of disregarding the legal personality of a company to exceptional cases.  Courts and arbitration organizations should be extremely careful when deciding whether or not to disregard the legal personality of a company.  If the issue at hand lies in the gray areas of legal practice – especially when the legal personality of a company can either be disregarded or not – then the legal personality should decidedly not be disregarded.

# 股份有限公司股东权的保护

(修订本)

PROTECTION OF SHAREHOLDER'S RIGHTS IN STOCK CORPORATION

刘俊海 著

法律出版社
LAW PRESS CHINA



2004 446261

理者的成本。股东的投资风险程度与其参与公司治理、监督公司经营管理者的压力成正比。投资风险程度越高,股东监督成本越高,股东进行多角化组合投资的概率越小。股东有限责任原则之确立可帮助股东减少监督成本超过投资风险程度的监督活动,还可鼓励股东进行多角化组合投资。当然,股东监督成本的降低并不等于纵容公司经营者恣意而为。相反,股东仍可通过其他公司治理途径保持对公司经营者的有效控制与约束。只不过股东有限责任原则有利于股东事先对自己的监督成本、监督效益进行比较核算,从而合理分配自己的监督资源。

　　3. 确立股东有限责任原则有利于降低股东对其他股东的监督成本。在缺乏股东有限责任原则股东的情形下,每位股东要避免自己承担与自己投资收益不成正比的巨额企业债务,必然会不惜一切代价对其余股东的个人财产进行持续性监督,以避免其余股东为逃避企业债务而藏匿、损坏、转移自己的财产。而股东有限责任原则之确立则可一笔勾销股东的这项监督成本,因为股东的投资风险与其余股东的富裕程度毫不搭界。

　　4. 确立股东有限责任原则有利于提高股份的流通性,推动现代证券市场的形成和发展。在股东无限责任原则的作用下,股份的价值不仅取决于企业的资产价值,而且取决于众股东的财产状况。因此,同一企业的股份之间不具有同质性和可替代性,也无法形成统一的转让价格。拟受让股份的投资者对无限责任股东的地位本来就战战兢兢、如履薄冰;即便下定决心受让无限责任股份,也要殚精竭虑避免信息不对称导致的受让价格不公和不应有的投资风险。这无形中限制了股份的流转,窒息了发达的股份转让市场。而在股东有限责任原则的作用下,股份的价值仅取决于公司的资产价值,取决于公司资产创造的收益水平,而与众股东的身份与财产状况无涉。因此,同一公司的股份之间具有同质性和可替代性,统一的转让价格较易形成。这无疑为现代股票市场(含一级发行市场和二级交易市场)的萌芽、发展与繁荣打下了坚实的法律基础。可以断言,没有股东有限责任原则,就没有现代证券市场,没有证券交易所、证券公司和其他证券市场中介服务机构。

　　5. 确立股东有限责任原则有利于树立和巩固股份公司的法律人格或法人资格,从而充分发挥股份公司应有的社会经济作用。股份公司之所以成为独立性最鲜明的法人,关键在于股东有限责任原则之确立。股东有限责任原则意味着,股份公司作为独立的权利义务主体必须以自己的名义履行义务(含公司债务)、承担责任,而与股东无涉。而为充分保护公司债权人,股份公司又必须具有履行义务、承担责任所必需的财产权利即法人财产权。这恰恰是股份公司取得法律人格的必要条件。而在不实行股东有限责任原则的合伙企业,合伙人首先以企业财产清偿债务,若不足以清偿债务,则合伙人对合伙债务负无限连带责任,故合伙企业自身不必对合伙债务独自负责,也就不需要独立的财产基础,从而合伙