**HOGAN LOVELLS ENGLISH TRANSLATION OF EXHIBIT C**

(Article 3 of the *People's Republic of China Company Law*)

| | |
|---|---|
| **第三条** | 公司是企业法人,有独立的法人财产,享有法人财产权。公司以其全部财产对公司的债务承担责任。 |
| **Article 3** | A company is a corporate legal person, which has its own independent legal person assets, and which enjoys all the rights of a legal person in relation to its assets.  A company is liable for its debts to the extent of all of its assets. |
| | 有限责任公司的股东以其认缴的出资额为限对公司承担责任;股份有限公司的股东以其认购的股份为限对公司承担责任。 |
| | The shareholders of a limited liability company are liable to the company to the extent of their agreed capital contributions; the shareholders of a joint stock limited liability company are liable to the company to the extent of the shares they have subscribed for. |