

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

October 28, 2011

Honorable Eldon E. Fallon
US District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re:   In Re: Chinese Manufactured Drywall Products Liability Litigation
       MDL 2047

Dear Judge Fallon:

We write on behalf of Taishan Gypsum Co., Ltd. ("TG") and Taian Taishan Plasterboard Co., Ltd. ("TTP") to report on the status of our meet and confer sessions with the Plaintiffs' Steering Committee ("PSC") and to request that the Court schedule a discovery conference to consider our joint proposals and to resolve any outstanding discovery disputes concerning the nature, scope and logistical arrangements for the depositions.

As we have indicated to the Court and to the PSC, TG and TTP believe that they have satisfied their discovery obligations thus far and that it is unnecessary and unfair to burden them with further discovery regarding personal jurisdiction. However, in the event that the Court denies their motion for reconsideration on the outstanding motions to compel by the PSC and others, I would like to take this opportunity to emphasize that TG and TTP intend to comply fully with the further discovery required by the Court's Order, dated September 9, 2011. Moreover, TG and TTP intend to offer affirmative evidence by way of videotaped deposition testimony of Mr. Jia, Mr. Peng and perhaps others, in support of the full and fair evidentiary hearing extended by the Court in its September 9 Order.

We met and conferred with the PSC on October 26, 2011 and discussed, among other things, when TG and TTP would produce documents in compliance with the Court's September 9 Order. We informed the PSC that TG and TTP would produce all the documents they were able to obtain by no later than November 3, 2011. Additionally, we agreed to meet with the PSC in New Orleans on November 9, 2011 to discuss planning and preparations for the further rule 30 (b)(6) depositions of TG and TTP, which involves the following issues, among others:

1.   in accordance with Rule 30(b)(6), the subjects on which the PSC seeks testimony;

2.   any additional witnesses whose depositions the PSC seeks;

3.   whether TG and TTP should first take direct testimony from the witnesses, and the PSC (and other questioners) should follow with cross-examination and whatever 30(b)(6) deposition questions they may have of those witnesses before taking other 30(b)(6) depositions, if any, in order to minimize

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Boulder  Brussels  Caracas  Chicago  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jeddah  Riyadh  Zagreb

duplication and confusion in the record as well as to allow all the necessary depositions to be completed during the allotted week of January 9-13, 2012;

4. whether by December 1, 2011 the parties should exchange lists of the documents they intend to use at the depositions;

5. whether the parties can agree in advance as to the admissibility of documents, except with respect to relevancy, so that valuable deposition time is not spent authenticating documents; and

6. logistical arrangements for the depositions, including choice of interpreter and reservation of conference rooms.

We are hopeful that our November 9 meeting with the PSC will result in major areas of agreement. Nonetheless, we would like to request a meeting with the Court following the November 10, 2011 status conference, or as soon thereafter as is convenient for the Court, so that we may report to the Court on the status of deposition planning and bring to the Court's attention any areas of disagreement to resolve them expeditiously.

Respectfully yours,

By/ Joe Cyr

JPC:ckk

Cc: Leonard A. Davis, Esq.         David Black, Esq.
    Russ M. Herman, Esq.           Jim Garner, Esq.
    Arnold Levin, Esq.             Chris Seeger, Esq.
    Fred Longer, Esq.              Richard Serpe, Esq.
    Gerald E. Meunier, Esq.        Patrick Montoya, Esq.
    Dorothy Wimberly, Esq.         Jane Byrne, Esq.
    Hilarie Bass, Esq.             Julia Beskin, Esq.
    Nick Panayotolpoulos, Esq.     Mark Salky, Esq.
    Ken Hardt, Esq.                Tim Kolaya, Esq.
    Jim Garner, Esq.               Matthew Clark, Esq.
    Ted Brenner, Esq.              Carlina Eiselen, Esq.
    Brian Slaughter, Esq.