UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2047<br>*<br>* SECTION L<br>*<br>* JUDGE ELDON E. FALLON<br>*<br>* MAGISTRATE JUDGE<br>* JOSEPH C. WILKINSON, JR.<br>* |

* * * * * * * * * * * ** * * * * * ** * * * * * * ** * *

THIS DOCUMENT RELATES TO: *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Case No. 09-4115

### REPLY DECLARATION OF FRANK T. SPANO IN FURTHER SUPPORT OF TAISHAN GYPSUM CO. LTD.'S MOTION TO VACATE THE DEFAULT JUDGMENT AND DISMISS THIS ACTION

I, Frank T. Spano, declare, under penalty of perjury, that the following statements are true and correct:

1. I am a partner of the firm of Hogan Lovells US LLP, counsel for Defendant Taishan Gypsum Co. Ltd. ("TG"). I am fully familiar with the facts set forth herein. I affirm that I am not a party to the action. I respectfully submit this reply declaration in further support of TG's motion to vacate the default judgment and dismiss this action for lack of personal jurisdiction.

2. Attached hereto as **Exhibit 43** is a true and correct copy of the August 30, 2011 Transcript of oral argument on the PSC's "Motion to Compel Production of Documents and Further Jurisdictional Depositions of the Taishan Defendants".

3. Attached hereto as **Exhibit 44** is a true and correct copy of a letter dated October 28, 2011 from J. Cyr to Judge Fallon regarding the opportunity afforded by the Court to TG to participate in an evidentiary hearing.

4. Attached hereto as **Exhibit 45** is a true and correct copy of the Transcript of the February 23, 2012 Monthly Status Conference held by the Court acknowledging the PSC's representation that the parties are completing jurisdictional discovery.

5. Attached hereto as **Exhibit 46** are true and correct copies of VAT invoices issued by TTP to Beijing Building Materials Import & Export Co. Ltd. between April and June 2006 for the sale of drywall. Translations, to the extent they are available, are included. The VAT invoices are Bates numbered: TG0001509-TG0001516, TG0001520-TG0001534, TG0001545, TG0001635, TG0001640-TG0001641.

6. Attached hereto as **Exhibit 47** is a true and correct copy of a Purchase Agreement, Bates numbered TG0020002–TG0020003, between TTP and Shanghai Yu Yuan Import & Export Co. Ltd. for drywall to be marked with "Devon." The exhibit includes the English translation and the underlying Chinese language document.

New York, New York
Date: June 8, 2012

_____
Frank T. Spano