This copy does not serve as a voucher for reimbursement or tax deduction purposes.

Date issued: June 27, 2006

| Beijing Building Materials Import & Export Co., Ltd.<br><br>110101101137073<br><br>Room 2013 Jinpeng Building, A-129 Xuanwumen West Street, Xicheng<br><br>District 010-6641559<br><br>CCB Beijing Branch Office 2330100322 | | | | Code | 9427/67+23<6864>20>6>*0016/*4<90<br><br>9>17+8/*4>8665—945<602+13*<7/2<br><br><*+9/3*>>0673+-1>>9- | | Encryption Ver.: 01<br><br>3700061140<br><br>06339735 |
|---|---|---|---|---|---|---|---|
| Name | Specifications | Unit | Qty | Unit price | Amount | Tax rate | Amount |
| | 3660 * 1220 * 12.7 mm | Piece | 674 | 21.179487179 | 14274.97 | 17% | 2426.75 |
| | | | | | | | |
| | | | | | | | |
| | | | | | ¥14274.97 | | ¥2426.75 |
| (in letters) | SAY SIXTEEN THOUSAND SEVEN HUNDRED AND ONE YUAN SEVEN JIAO AND TWO FEN ONLY (in figures)<br><br>¥16701.72 | | | | | | |

| Taian Taishan Plasterboard Co., Ltd.<br><br>370911785030460<br><br>Houzhou Village, Dawenkou, Daiyue District, Taian City<br><br>0538-8812008<br><br>Industrial and Commercial Bank of China Ciyao Branch<br><br>1604070509022160022<br><br>(seal) Sales seal of Taian Taishan Plasterboard Co., Ltd. | | Tax identification number: 3709117850300460<br><br>Remarks (seal) Invoice seal of Taian Taishan Plasterboard Co., Ltd.<br><br>Wai Er 3009.5448 m² | |

Checked by:                    Issued by: An Haiqing                    Seller: (seal)

3rd Copy: bookkeeping copy    Seller's bookkeeping voucher

Translation of TG 0001509

This copy does not serve as a voucher for reimbursement or tax deduction purposes.

Date issued: June 27, 2006

| Beijing Building Materials Import & Export Co., Ltd.<br>110101101137073<br>Room 2013 Jinpeng Building, A-129 Xuanwumen West Street, Xicheng District 010-6641559<br>CCB Beijing Branch Office 2330100322 | | | | Code | 76<+66193*+88434>3311<>160691-<br>1/1*<-0-4*31<br>>36-316>>1<2/<5-*<7/2<br><*+9/3*>>06073+-1>>++ | | | Encryption Ver.: 01<br>3700061140<br>06339734 |
|---|---|---|---|---|---|---|---|---|
| Name | Specifications | Unit | Qty | Unit price | | Amount | Tax rate | Amount |
| | 3660 * 1220 * 12.7 mm | Piece | 1348 | 22.128205128 | | 29828.82 | 17% | 5070.90 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | ￥29828.82 | | ￥5070.90 |
| (in letters) | SAY THIRTY-FOUR THOUSAND EIGHT HUNDRED AND NINETY-NINE YUAN SEVEN JIAO AND TWO FEN ONLY (in figures) ￥34899.72 | | | | | | | |
| Taian Taishan Plasterboard Co., Ltd.<br>370911785030460<br>Houzhou Village, Dawenkou, Daiyue District, Taian City<br>0538-8812008<br>Industrial and Commercial Bank of China Ciyao Branch<br>1604070509022160022<br>(seal) Sales seal of Taian Taishan Plasterboard Co., Ltd. | | | | Remarks | Tax identification number: 3709117850300460<br>(seal) Invoice seal of Taian Taishan Plasterboard Co., Ltd.<br><br>Wai Er 6019.0896 m$^2$ | | | |

Checked by:        Issued by: An Haiqing        Seller: (seal)

3rd Copy: bookkeeping copy    Seller's bookkeeping voucher

Translation of TG 0001510

This copy does not serve as a voucher for reimbursement or tax deduction purposes.

Date issued: June 26, 2006

| Beijing Building Materials Import & Export Co., Ltd.<br>110101101137073<br>Room 2013 Jinpeng Building, A-129 Xuanwumen West Street, Xicheng<br>District 010-6641559<br>CCB Beijing Branch Office 2330100322 | | | Code | 9/6*7443/316>-539//+6>+4>1455>2<br><<-006942++8//-8<8-57/873>9*<7/<br>2<*+9/3*>>06073+-1>>-2 | | Encryption Ver.: 01<br>3700061140<br>06339723 | |
|---|---|---|---|---|---|---|---|
| Name | Specifications | Unit | Qty | Unit price | Amount | Tax rate | Amount |
| | 3660 * 1220 * 12.7 mm | Piece | 960 | 14.752136752 | 14162.05 | 17% | 2407.55 |
| | | | | | | | |
| | | | | | | | |
| | | | | | ￥14162.05 | | ￥2407.55 |
| (in letters) | SAY SIXTEEN THOUSAND FIVE HUNDRED AND SIXTY-NINE YUAN SIX JIAO ONLY (in figures)  ￥16569.60 | | | | | | |
| Taian Taishan Plasterboard Co., Ltd.<br>370911785030460<br>Houzhou Village, Dawenkou, Daiyue District, Taian City<br>0538-8812008<br>Industrial and Commercial Bank of China Ciyao Branch<br>1604070509022160022<br>(seal) Sales seal of Taian Taishan Plasterboard Co., Ltd. | | | Remarks | Tax identification number: 3709117850300460<br>(seal) Invoice seal of Taian Taishan Plasterboard Co., Ltd.<br><br>Wai Er 2857.728 m² | | | |

Checked by:                    Issued by: An Haiqing                Seller: (seal)

3rd Copy: bookkeeping copy    Seller's bookkeeping voucher

Translation of TG 0001511

This copy does not serve as a voucher for reimbursement or tax deduction purposes.

Date issued: June 25, 2006

| Beijing Building Materials Import & Export Co., Ltd. | | | | | | | |
|---|---|---|---|---|---|---|---|
| 110101101137073 | | | | Code | 512<6722/*-85543309>336996-66-+ | | Encryption Ver.: 01 |
| Room 2013 Jinpeng Building, A-129 Xuanwumen West Street, Xicheng | | | | | /+39></56-36//+7>01456+8369*<7/ | | 3700061140 |
| District 010-6641559 | | | | | 2<*+9/3*>>06073+-1>>+> | | 06339717 |
| CCB Beijing Branch Office 2330100322 | | | | | | | |

| Name | Specifications | Unit | Qty | Unit price | | Amount | Tax rate | Amount |
|---|---|---|---|---|---|---|---|---|
|  | 3660 * 1220 * 12.7 mm | Piece | 3300 | 21.179487179 | | 69892.31 | 17% | 11881.69 |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | ￥69892.31 |  | ￥11881.69 |

| (in letters) | SAY EIGHTY-ONE THOUSAND SEVEN HUNDRED AND SEVENTY-FOUR YUAN ONLY (in figures) ￥81774.00 | | |
|---|---|---|---|
| Taian Taishan Plasterboard Co., Ltd. | | | |
| 370911785030460 | | | |
| Houzhou Village, Dawenkou, Daiyue District, Taian City | | Remarks | Tax identification number: 3709117850300460 |
| 0538-8812008 | | | (seal) Invoice seal of Taian Taishan Plasterboard Co., Ltd. |
| Industrial and Commercial Bank of China Ciyao Branch | | | |
| 1604070509022160022 | | | Wai Er 14935.16 m$^2$ |
| (seal) Sales seal of Taian Taishan Plasterboard Co., Ltd. | | | |

Checked by:          Issued by: An Haiqing          Seller: (seal)

3rd Copy: bookkeeping copy   Seller's bookkeeping voucher

Translation of TG 0001512

山东增值

00161910

此联不作报税、扣税凭证使用

开票日期: 2006年06月27日

货物或应税劳务名称: 北京市鑫达建材进出口公司
11010110113137073
销售单位名称及地址、电话010-66414599
海淀区西三旗建材城东路13号<010-66414599
新<北大>T商业字第2330100322

规格型号: 3600×1200×12.7mm
单位: 张
数量: 674
单价: 21.179487179
金额: ¥14274.97
税率: 17%
税额: 2426.75

密码区: 9427/67+23<6864>20>26>
*0016/*44<909>17+8//*4*
8665--945<602+13*<7/2
<*+9/3*>>06073+-1>>9-

加密版本:01
3700061160
06339735

合计: ¥14274.97    ¥2426.75

价税合计(大写): ¥16701.72

北京万能石膏制品有限公司
泰安市肥城石膏制品分公司
370911785030460
泰安市肥城县大汶口东村西门
工行肥城支行 1804070000922160022

开票人:

销货单位: (章)
370911785030460

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

开票日期：2006年06月27日

此联不作报帐、扣税凭证使用

76*+661193*+88434>3311
<>160696-1/1*<-0-4*31
>36-316>><2/<5-*<7/2
<*+9/3*>>06073*-1>>++

金融 29828.82

税率 17%

税额 5070.90

价税合计（大写）　叁万肆仟捌佰玖拾玖元柒角贰分　（小写）￥34899.72



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001511



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001512

此联不作报销、扣税凭证使用

开票日期: 2006年06月25日

密码区：
>24+>66/79>>6>126/9**
+>7*<55>68767+38+5><7
84056>9<'65*172**<7/2
<**9/3*>>06073+-1>>1+

加密版本:01
3700061140
06339718

| 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|
| | 张 | 8762 | 22.128205128 | 193887.33 | 17% | 32960.85 |

合计 ￥193887.33　￥32960.85

价税合计（大写）　叁拾贰万陆仟捌佰肆拾捌圆壹角捌分　（小写）￥226848.18

￥32960.85

￥32948.18

开票人:

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001514



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER



此联不作报销、扣税凭证使用

开票日期： 2006年06月11日

购口公司
711137073
海市石楼镇太厦(010-66414599)
号325001003322

| 货物或 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|
| 石膏板12.7mm | 米 | 2024 | 14.7831987B5 | 29888.33 | 17% | 5075.92 |

密码区：
355>86<>72<>6866035-<3
*>92+689444-66>>8/15>6
529+8/7>4<023<*<7/2
<*+9/3*>>06073+-1>>*>

价税合计 (小写) ¥34934.24
(大写) ¥29888.32

加密版本01
3700061140
063129067

税额 5075.92

销货单位 万事达石膏板有限公司
(9117850304460
青岛区大坏口居阳村 0538-8812008
号文户 1604070600221600022

其其：

开票人：      安素楠      报货单位：（本）

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0001516



此联不作报销、扣税凭证使用

开票日期: 2006年05月26日

北京市鑫筑建材料进出口公司
1101011011137073
朝阳区东风门西大街甲128号金辉大厦2013室010~06416HW
捕行北京分行营业部2330100322

机械型号 50×1220×12.7mm 数量 2940 单价 22.897435897 金额 67318.46 税率 17% 税额 11444.14

￥67318.46    ￥78762.60    (小写)    ￥11444.14

开票人:

琳万瑞仟琳伯陪治贰陌陆角整

琳万瑞仟琳伯陪治贰陌陆角整

泰安市泰山区凤凰石材有限公司
370911785030460
泰安市岱岳区大汶口后周村 0538-8812006
工行泰岳支行 1604070060002160022

TG 0001520



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER



山东增值税专

00061140

此联不作报销、扣税凭证使用

第三联 记账联 销货方记账凭证

开票日期：2006年05月24日

机器编号×01
3700061140
063128856

No 16699.85

No 16699.85

No 114934.25

| 货物或应税劳务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| | 3600×1220×12.7mm | 张 | 4290 | 22.898461638 | 98234.40 | 17% | |

合计 ￥98234.40   ￥114934.25

价税合计（大写）⊗壹拾壹万肆仟玖佰叁拾肆圆贰角伍分   （小写）￥114934.25

密码区：
335<99+/03+1+613-5314
922-+<5745-3<15*445>*
5-2467 3<2/-1603*<*7/2
<*+9/3*>>06073+-1>>-8

北京南都纳材料进出口公司
110101101137073
国家税收北京市西大街师128号金隅大厦2013室010-66414599
银行北京分行营业部530100323

销货单位
⊗泰安万家什玖伯鑫治鞋漆圆贰佰分

开票人：

泰安市泰山陶面石膏板有限公司
370911785030460
泰安市岱岳区大汶口东周村 0538-8812008
180407060022160022

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0001524



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001525



开票日期：2006年05月24日

此联不作报销、扣税凭证使用

北京市盟欣钢材进出口公司
110101101137073
北京宣武门西大街甲97号今典大厦2013室010-66414599
打中北京分行马连道支行2330100322

规格型号　360Q型220*12.7mm
单位　张
数量　4180
单价　22.89743589?
金额　96711.2?
税率　17%

290*44*<767<1-7156078
><<<6*>+92<666*=55/35
915743>*9/*-3<88*<7/2
<**<9/3*>>06073+-1>>+--

加密版本:01
3700061140
063128553

税额　16270.92

合计　95711.28（小写）
价税合计　16270.92
¥111982.20

泰安泰万里什方石料有限公司
370911785030460
泰安市泰山区大汉口店北村t 0539-8812008
t中国银行t　18040705090321180022

开票人：（章）

收款人：

复核：

泰安市长城石料有限公司
18064.538
通讯号:370911785030460

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001527



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001532



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001533



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001635



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER