UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2047 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \*\* \* \* \* \* \* \* \*\* \* \*

**THIS DOCUMENT RELATES TO:**   *Wiltz v. Beijing New Building Materials Public Ltd.* **Case No. 10-361**

### REPLY DECLARATION OF FRANK T. SPANO IN SUPPORT OF TAISHAN GYPSUM CO. LTD. AND TAI'AN TAISHAN PLASTERBOARD CO., LTD.'S MOTION PURSUANT TO RULE 12(B)(2) TO DISMISS THE COMPLAINT

I, Frank T. Spano, declare, under penalty of perjury, that the following statements are true and correct:

1.      I am a partner of the firm of Hogan Lovells US LLP, counsel for Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd. ("TTP") (together, "Defendants"). I am fully familiar with the facts set forth herein. I affirm that I am not a party to the action. I respectfully submit this reply declaration in further support of TG and TTP's motion to dismiss this action for lack of personal jurisdiction.

2.      Attached hereto as **Exhibit 20** is a true and correct copy of the August 30, 2011 Transcript of oral argument on the PSC's "Motion to Compel Production of Documents and Further Jurisdictional Depositions of the Taishan Defendants."

3.      Attached hereto as **Exhibit 21** is a true and correct copy of a letter dated October 28, 2011 from J. Cyr to Judge Fallon regarding the opportunity afforded by the Court to TG to participate in an evidentiary hearing.

4.      Attached hereto as **Exhibit 22** is a true and correct copy of a Purchase Agreement, Bates numbered TG0020002–TG0020003, between TTP and Shanghai Yu Yuan Import & Export Co. Ltd. for drywall to be marked with "Devon." The exhibit includes the English translation and the underlying Chinese language document.

5.      Attached hereto as **Exhibit 23** is a true and correct copy of the Transcript of the February 23, 2012 Monthly Status Conference held by the Court acknowledging the PSC's representation that the parties are completing jurisdictional discovery.


New York, New York
Date: June 8, 2012

_____
Frank T. Spano