Purchase Agreement

Supplier:  Taian Taishan Plasterboard Co., Ltd.          Contract No.:
Buyer:    Shanghai Yu Yuan Import & Export Co., Ltd.     Signed at:

1. Product's name, specification, quantity and dollar amount

| Name of Product | Specification (Unit: mm) | Quantity (Unit: board) | Unit Price (RMB/board) | Total Amount (Unit: RMB) |
|---|---|---|---|---|
| Ordinary gypsum board | 3660X1220X12.7 | 485044 | 26.30 | ¥12756657.20 |
| | | | | |
| Total amount:  RMB Twelve Million Seven hundred Fifty Six Thousand Six Hundred Fifty Seven and 20 Cents Only ||||| 

2. Quality standard:  The U.S. ASTM C36 and C1396 standards shall be used as production standards and shall be strictly enforced.  "MADE IN CHINA MEET OR EXCEEDS ASTM C1396 04 STANDARD" shall be printed on the face of the gypsum board, and the LOGO provided by DEVON of U.S.A. shall be printed outside the gypsum board's packaging along with relevant information on specifications (see article 4 of this Agreement).  On both sides of the gypsum board, there shall be a wedge edge of 40-50mm, and each gypsum board shall weigh ≤42kg with a thickness tolerance of 0 -- -0.4mm.
3. Packing requirement:  The two edges of every two gypsum boards (1220mm) shall be sealed with white wordless sealing tape and plywood shall be used to support the base of the pallets.  68 boards shall be packed on each pallet and the entire gypsum board shall be tightly packed using two layers of plastic films.  The six surfaces shall be packed with gypsum boards and tied with steel straps.
4. Cargo logo:  Cargo marking and logo specified by the buyer shall be printed on the face of the packing board.
Devon Company's LOGO:



The marking LOGO specified by the buyer:

| | |
|---|---|
| Shipping Marks:<br><br>L/G-022006 | |
| Goods Name:<br><br>GYPSUM BOARD | |
| Size:<br>1220X3660X12.7mm | |

Translation of TG 0020002    TRANSLATIONS PROVIDED BY TAISHAN - FINAL

5. Delivery location:  The Taian supplier shall deliver the merchandise at its warehouse.  The supplier shall deliver the merchandise based on the dispatch notice, license plate and driver's name issued by the buyer and shall send the delivery details (delivery quantity, car license plate, driver's license and vehicle license) to the buyer by fax on the day after the delivery is made.
6. Delivery deadline:  The supplier shall arrange for the production to commence three (3) days after the buyer prepays the contract amount, and production shall be completed within forty (40) days after receiving the prepayment.  The actual quantity delivered shall be within ±3% of the order.
7. Transportation method and costs:  The buyer shall take care of his own transportation.  The supplier shall be responsible for loading the merchandise into the truck free of charge.  After the buyer's truck arrives at the supplier's location, the supplier shall load the merchandise as soon as it arrives and the latest shall be no later than 12 hours after the arrival of the truck.
8. Acceptance method and the supplier's responsibility:  The merchandise produced by the supplier must comply with the U.S. ASTM C36 and C1396 standards.  The buyer shall inspect the merchandise at the supplier's warehouse and the merchandise shall be released after confirmation of the quality, packing etc.
9. Settlement method and deadline:  After the contract is signed, the buyer shall make a prepayment of RMB3830000.00 (RMB Three Million Eight Hundred Thirty Thousand Only) to the supplier and the supplier shall arrange for the production to commence.  This prepayment shall be the settlement for the last batch of gypsum boards of the quantity of gypsum boards in this Agreement.  For every production of 600 gypsum boards, the buyer shall pay in advance for 600 gypsum boards and to ship them away in a timely manner.  Otherwise, large backlog shall be created because the payment is not in place and the supplier shall have the right to terminate production and the loss thus created shall be borne by the buyer.  The remaining RMB8926657.20 (RMB Eight Million Nine Hundred Twenty Six Thousand Six Hundred Fifty Seven and 20 Cents Only) must be in place in batches before each batch of merchandise leaves the factory.  After receiving each payment, the supplier shall release merchandise of equal value.
10. Economic responsibility:  Both parties shall fully perform this Agreement.  Any breach of contract shall be handled according to the Contract Law.
11. Contract dispute resolution:  Dispute arising from the performance of this contract shall be resolved through friendly negotiation.  In the event negotiation shall fail, the dispute shall be submitted to the People's Court in Taian City or in Huangpu District in Shanghai for judicial resolution.
12. The supplier shall provide the relevant documents to the buyer: Test report certificate (copy) issued by China's Construction Material Industry Decoration Construction Material Inspection and Testing Center showing compliance with the U.S. ASTM C36 and C1396 standards.
13. The contract is in quadruplicate with the supplier and the buyer each holding two copies and shall become effective from the day of execution.

| | |
|---|---|
| Supplier:  Taian Taishan Plasterboard Co., Ltd. | Buyer:  Shanghai Yu Yuan Import & Export Co., Ltd. |
| Legal representative; | Legal representative: |
| Address:  Dawen Kou, Daiyue District, Taian City | Address:  19 Wenchang Road, Shanghai |
| Tel:  0538-8811293 | Tel:  021-63550563 |
| Bank: ICBC | Bank: |
| Account No,: 16040705090221600022 | Account No,: |
| Tax ID: | Tax ID: |
| Date:  March [blank], 2006 | Date:  March [blank], 2006 |

28-MAR-2006 08:46

# 订货合同

供方：<u>泰安市泰山纸面石膏板有限公司</u>　　　合同编号：_____
需方：<u>上海豫园商城进出口有限公司</u>　　　　签订地点：_____

一、产品名称、规格、数量、金额

| 产品名称 | 规格<br>（单位：mm） | 数量<br>（单位：张） | 出厂单价<br>（元/张） | 总金额<br>（单位：人民币元） |
|---|---|---|---|---|
| 普通纸面石膏板 | 3660×1220×12.7 | 485044 | 26.30 | ￥12756657.20 |

总金额（人民币大写）：壹仟贰佰柒拾伍万陆仟陆佰伍拾柒元贰角整

二、质量标准：以美国ASTM C36和C1396为生产标准，严格执行。每张石膏板板面要印有"MADE IN CHINA MEET OR EXCEEDS ASTM C1396 04 STANDARD"，并在每一件石膏板包装外面印刷美国戴闻公司提供的LOGO图案及相关规格信息（见本合同第四条）。石膏板的两边沿各要40—50毫米的楔形边，每张重量≤42KG，厚度公差0— - 0.4mm。

三、包装要求：每两张石膏板的（1220mm）两边需用白色无字封边纸带封装，用胶合板托盘底座，每架托盘装68张，每架石膏板整体需用两层塑料膜包裹严实；六个表面用石膏板包装，并用钢带捆扎。

四、货运标识：在包装板的板面须印刷需方指定的货运唛头标识。

戴闻公司LOGO：



需方指定唛头标识为：

| **Shipping Marks:**<br>L/G-022006 | 🍷 |
|---|---|
| **Goods Name:**<br>GYPSUM BOARD | ↑↑ |
| **Size:** 1220×3660×12.7mm | ☂ |

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020002

MAR-2006 09:16                                                                                      P.01

五、交货地点：泰安供方仓库交货，供方按照需方签发的发货通知书及车牌号码、司机姓名发货，并需将发货明细（发货数量、车牌号码、司机驾照、车辆行车证）等于发货第二天传真至需方。

六、交货时间：需方支付合同预付款后三日供方开始安排生产，并于收到预付款后40日内将全部货物生产完毕。实际交货数量的涨跌在3%之内。

七、运输方式及费用承担：由需方自理运输，供方负责免费装车，需方车到供方后，供方须随到随装，最迟装货时间不得超过车到后12小时。

八、验收方法及供方责任：供方生产的产品必须符合美国ASTM C36和C1396标准，需方在供方仓库验货，并在出厂前确认质量、包装等事宜合格后出厂。

九、结算方式及期限：合同签订后需方向供方支付￥3830000.00元（人民币大写：叁佰捌拾叁万元整）的预付款，供方安排生产；此预付款作为本合同协议石膏板量的最后一批次石膏板结算款。供方每生产到600件石膏板，需方须提前支付供方600件石膏板的货款并及时运走，否则，会因货款不到位而使供方货物大量积压造成，供方有权停止生产，由此造成的损失也将由需方全部承担；余款￥8926657.20元（人民币大写：捌佰玖拾贰万陆千陆佰伍拾柒元贰角整）在每批货物运出厂前分批提前到位。供方在收到每批货款后相应发送同值货物。

十、经济责任：双方必须全面履行合同，违约则按合同法执行。

十一、解决合同争议方式：双方在履行合同过程中若发生争议，应通过友好协商解决，协商不成可提交泰安市或上海市黄埔区人民法院判决。

十二、供方向需方出具的相关文件：
由国家建筑材料工业装饰装修建筑材料质量监督检验测试中心出具符合美国ASTM C36和C1396标准的检验报告（复印件）。

十三、本合同一式四份，供需方各执两份，自签订之日起生效。

| 供方：泰安市泰山纸面石膏板有限公司 | 需方：上海豫园商城进出口有限公司 |
|---|---|
| 法定代表人： | 法定代表人： |
| 地址：泰安市岱岳区大汶口 | 地址：上海市文昌路19号 |
| 电话：0538－8811293 | 电话：021－63550563 |
| 开户行：工行磁窑支行 | 开户行： |
| 帐号：1604070509022160022 | 帐号： |
| 税号： | 税号： |
| 日期：2006年3月  日 | 日期：2006年3月  日 |

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020003