```
 1          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
 2

     _____
 3                                § MDL NO. 2047
     IN RE:                       §
 4   CHINESE-                     § SECTION: L
     MANUFACTURED                 §
 5   DRYWALL PRODUCTS             § JUDGE FALLON
     LIABILITY                    §
 6   LITIGATION                   § MAGISTRATE
                                  § JUDGE WILKINSON
 7   --------------------------------------------
     CROSS-NOTICED IN VARIOUS OTHER ACTIONS
 8   --------------------------------------------
 9                    -  -  -
10               February 16, 2011
11                    -  -  -
12          Oral deposition of JOSEPH WEISS,
13   held at the offices of Seeger Weiss LLP,
14   One William Street, New York, New York,
15   commencing at 10:03 a.m., on the above
16   date, before Linda L. Golkow, Certified
17   Court Reporter, Registered Diplomate
18   Reporter, Certified Realtime Reporter and
19   Notary Public.
20                    -  -  -
21
22
             GOLKOW TECHNOLOGIES, INC.
23       ph 877.370.3377 | fax 917.591
                deps@golkow.com
24
```

**HERMAN AFFIDAVIT EXHIBIT 11**

Joseph Weiss

Page 90

1  first time I went was when gypsum board
2  was history in our minds.  Because I went
3  in November.  We already had gotten in
4  all the loads.  We weren't happy with
5  that.  The price of gypsum board dropped
6  drastically in the U.S. as well.  So,
7  there was no point of continuing with
8  that business.
9      Q.   Final question about Exhibit
10 8.  There's a sentence at the end that
11 says, "As for the sample, we would like
12 to inform you that we have already
13 prepared them, so please let Miss Wang
14 from your Shen Zhen office contact us."
15          Who is Ms. Wang, if you
16 know?
17     A.   Ernest, in his other
18 dealings, had a contact person in Hong
19 Kong named Kenneth Cheung.  That person
20 had also a business in Shen Zhen, an
21 office in Shen Zhen.  He lived in Hong
22 Kong.  When we were going to China, we
23 used him as a person to help us out
24 finding hotels, finding taxis,

Page 91

1  interpreting for us.  So, he helped us
2  out.  C-H-E-U-N-G.  That's what I recall.
3              - - -
4          (Whereupon, Deposition
5      Exhibit Weiss-9, E-mail dated June
6      28, 2006, TG 0001026, was marked
7      for identification.)
8              - - -
9  BY MR. SERPE:
10     Q.   I hand you Exhibit 9.
11 Exhibit 9 appears to be an e-mail from
12 June 28, 2006.  It starts by talking
13 about payment for the factory to make
14 tape.  Did OEG ever have an OEG tape
15 manufacturer to put on the edge of the
16 board?
17     A.   Yes.
18     Q.   Did you pay for that tape to
19 be manufactured as a separate --
20     A.   Yes.  I remember that we had
21 to pay for that separate.
22     Q.   So, that tape was in
23 English, OEG Building Material, with an
24 American UPC barcode on there, correct?

Page 92

1      A.   (Witness nods.)
2      Q.   I'm sorry, you have --
3      A.   Yes.
4      Q.   No doubt that Taishan knew
5  that the board was being produced for
6  sale into the United States with that end
7  tape?
8      A.   Yes.
9      Q.   I've been a little sloppy so
10 far today talking about Taishan, and
11 sometimes I say TTP.  And we just saw
12 this e-mail from Exhibit 8 that says
13 Taihe Group.  Who was it that you
14 understood that Bill and Frank worked for
15 and that OEG was dealing with in this
16 time period?
17     A.   All those names I knew were
18 all the same company.  Taishan, THBM,
19 Taishan Plasterboard, it was all the same
20 company.  They used a lot of names, but
21 we only knew about it as the company.
22     Q.   The company?
23     A.   THBM.  That's what we used
24 in all of our documents mostly, Taishan

Page 93

1  or THBM.
2      Q.   If for the rest of today I
3  refer to them as Taishan, you'll know
4  that I'm talking about all of those
5  companies together?
6      A.   Yes.
7      Q.   As you understood them?
8      A.   Yes.
9      Q.   And all of those companies
10 together, when you ultimately went to
11 China, all operated in the same complex
12 there in the province that you visited?
13     A.   That's what it looks like to
14 me, yes.
15     Q.   In Exhibit 9, Bill from
16 Taishan mentions other products, steel
17 studs and tracks.  He says they're also
18 exporting joint tape for partitions, I
19 guess between drywall segments.  Was it
20 your understanding that Bill, on behalf
21 of Taishan, was also hoping to sell metal
22 studs and other products to OEG?
23     A.   Yes.
24     Q.   And the joint tape, to your