Joseph Weiss

```
 1         UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA
 2

    _____
 3                                § MDL NO. 2047
    IN RE:                        §
 4  CHINESE-                      § SECTION: L
    MANUFACTURED                  §
 5  DRYWALL PRODUCTS              § JUDGE FALLON
    LIABILITY                     §
 6  LITIGATION                    § MAGISTRATE
                                  § JUDGE WILKINSON
 7  ----------------------------------------------
    CROSS-NOTICED IN VARIOUS OTHER ACTIONS
 8  ----------------------------------------------
 9                    -  -  -
10              February 16, 2011
11                    -  -  -
12        Oral deposition of JOSEPH WEISS,
13  held at the offices of Seeger Weiss LLP,
14  One William Street, New York, New York,
15  commencing at 10:03 a.m., on the above
16  date, before Linda L. Golkow, Certified
17  Court Reporter, Registered Diplomate
18  Reporter, Certified Realtime Reporter and
19  Notary Public.
20                    -  -  -
21
22
            GOLKOW TECHNOLOGIES, INC.
23       ph 877.370.3377 | fax 917.591
                deps@golkow.com
24
```

HERMAN AFFIDAVIT EXHIBIT 11

Page 114

1  Q. Would it be a fair statement
2  that Tov Trading was a name that for
3  convenience on this transaction was
4  listed on the e-mail address, but that
5  you were not actually an employee of Tov
6  Trading?
7  A. That is correct. I was
8  never an employee of Tov Trading.
9  Q. And the contract that we
10 looked at, Exhibit 17, is still listing
11 the nominal buyer as Tov Trading, but,
12 again, the purchaser that was obtaining
13 the drywall in the United States was OEG?
14 A. Yes.
15        - - -
16     (Whereupon, Deposition
17     Exhibit Weiss-19, E-mail dated
18     August 23, 2006, TG 0000745, was
19     marked for identification.)
20        - - -
21 BY MR. SERPE:
22 Q. I hand you Exhibit 19.
23 A. (Witness reviewing
24 document.)

Page 115

1  Q. On Exhibit 19, it is the
2  first mention of a 10,000 board or sheet
3  order that never took place for 5/8ths
4  drywall, but there's discussion here on
5  the first sentence about five good sheets
6  to be sent to the United States as
7  samples that the testing can take place.
8  Have I read that correctly from Exhibit
9  19?
10 A. Yes.
11 Q. Earlier we talked about the
12 VTEC testing that was done. Would it be
13 fair to say that this e-mail was the
14 beginning of getting the hands on the
15 samples necessary to move forward with
16 the VTEC testing for the 5/8ths drywall?
17 A. Yes.
18 Q. Taishan did send samples to
19 OEG for the testing to be done? I mean,
20 obviously, we ended up with a test
21 report, so, that's a fair statement?
22 A. Yes.
23 Q. Taishan sent the 5/8ths
24 samples to OEG, and everyone understood

Page 116

1  it was to open up the ability for Taishan
2  to start sending now 5/8ths inch board
3  into the United States as well?
4  A. Yes.
5  Q. About the middle of the
6  paragraph, Mr. Teitelbaum is asking for
7  pictures of the bonding tape. This would
8  be the custom tape that had OEG listed on
9  it?
10 A. Yes.
11 Q. At some point, Taishan did
12 generate end tape that said OEG on it
13 with the barcode?
14 A. Yes.
15 Q. That happened?
16 A. Yes.
17 Q. Because I saw it in the
18 pictures of the breakage. As things were
19 tumbling out of the container, you could
20 see the edge tape on some of those
21 boards, and it said OEG on the boards?
22 A. Yes.
23 Q. So, Taishan was generating
24 the boards with the end tape with OEG,

Page 117

1  knowing that it was to be used for
2  American customers to be able to read
3  your name and have the American barcode
4  on there?
5  A. Yes.
6        - - -
7     (Whereupon, Deposition
8     Exhibit Weiss-20, E-mail dated
9     August 24, 2006, TG 0022448, was
10    marked for identification.)
11        - - -
12 BY MR. SERPE:
13 Q. Exhibit 20 appears to be an
14 e-mail from Frank at Taishan to Mr.
15 Teitelbaum enclosing an ASTM test report
16 for half inch drywall. Am I reading that
17 correctly?
18 A. Yes.
19 Q. With this Exhibit 20 in
20 hand, would it be possible for you to go
21 back to the OEG website and look
22 specifically at this date and time to see
23 if we could find this file attachment and
24 find their test results?

Page 130

1  what Ernest meant from 1 to 6, because he
2  asks whether that was square meter, et
3  cetera.  Do you know if or how Mr.
4  Teitelbaum responded to Taishan about
5  this concept of how many units of metal
6  would be required per unit of drywall?
7      A.   No.
8      Q.   Was there an actual shipment
9  where metal studs and drywall were packed
10 together in a container for OEG?
11     A.   No.
12     Q.   So that by the time the
13 first orders for metal studs took
14 place --
15     A.   I take that back.  When we
16 got in the first few containers of metal
17 studs, they put a sheet of gypsum, and
18 maybe even less than a half an inch, just
19 so the metal shouldn't get damaged.
20     Q.   Metal on metal in the
21 container?
22     A.   Yes.
23     Q.   But it caused a big mess?
24     A.   Oh, yeah.

Page 131

1      Q.   And you asked them, don't do
2  that anymore?
3      A.   Right.
4      Q.   Right.
5           But prior to that, there's
6  never, here's drywall, and here's metal
7  studs in the same container?
8      A.   No.
9              - - -
10          (Whereupon, Deposition
11     Exhibit Weiss-27, E-mail string
12     dated September 12, 2006, TG
13     0000635, was marked for
14     identification.)
15             - - -
16 BY MR. SERPE:
17     Q.   On Exhibit 27, near the
18 bottom, there's an e-mail from Taishan to
19 Mr. Teitelbaum.  Halfway through, it says
20 the dates, September 12, 2006.  "Second,
21 we can arrange loading cargoes onto
22 vessal by ourself rather than by the
23 vessel operater."
24         First, I read that

Page 132

1  correctly?
2      A.   (Witness nods.)
3      Q.   Did Taishan offer to do the
4  actual loading of the vessels for OEG on
5  shipments?
6      A.   Yes.  But this was when we
7  dreamed about doing break bulk shipping.
8  That's what it looks like to me.
9      Q.   Of course, the break bulk
10 never took place?
11     A.   That is correct.
12     Q.   But as part of the
13 discussions between OEG and Taishan,
14 Taishan had told OEG that one of the
15 things that they could arrange for was
16 for them loading break bulk vessels of
17 drywall?
18     A.   Yes.
19          THE WITNESS:  Can we take a
20     break?
21             - - -
22         (Whereupon, a recess was
23     taken from 2:11 p.m. until
24     2:17 p.m.)

Page 133

1              - - -
2  BY MR. SERPE:
3      Q.   Mr. Weiss, I think I can
4  avoid asking a lot of detailed questions
5  about metal studs by asking you some
6  overview to see if I can't hit the
7  salient points.
8           In the fall of 2006, OEG
9  began the process of buying metal studs
10 from Taishan?
11     A.   We began the process to talk
12 to them about it.
13     Q.   And the process included you
14 sending samples of what you were looking
15 for to Taishan?
16     A.   Yes.
17     Q.   And then Taishan had to get
18 back to OEG with what kind of a price
19 would be involved in that production?
20     A.   Yes.
21     Q.   Then Taishan needed to
22 purchase molding machines to be able to
23 form the metal studs to the correct
24 dimensions?

Page 134

1   A.   They had to purchase molds,
2   which is part of the roll form equipment
3   in order to form the exact size we
4   needed.
5   Q.   And there was a discussion
6   between Taishan and OEG about, you know,
7   purchasing the molds, because Taishan
8   wanted to make sure that OEG was serious
9   about buying the metal studs from them?
10   A.   Yes.
11   Q.   In fact, OEG did begin to
12   buy metal studs from Taishan?
13   A.   Yes.
14   Q.   Without getting into highly
15   detailed one shipment versus another
16   shipment, can you give me an overview,
17   how long did that go on for, kind of
18   dollar figures or container numbers that
19   we're talking about?
20   A.   It went on from -- the first
21   containers arrived, I think, late January
22   or sometime in January -- actually,
23   probably more to the beginning of January
24   of 2007.  We bought from them in --

Page 135

1   probably the last ones were sometime in
2   late '07.  There was one or two
3   containers that was left over that they
4   had material that they didn't ship to us
5   that we had paid for already, but it
6   didn't fit on the container, it
7   accumulated, and it shipped to us
8   sometime in '08. During the year we
9   bought from them, I can't pinpoint how
10   many containers, but it would be a fair
11   number to say around 60.
12   Q.   Again, without pinning you
13   down to a specific number, but overall,
14   what would you estimate the total dollar
15   volume was for those containers in 2007?
16   A.   I would really have to just
17   estimate, but it's really not a number.
18   An average container was, I think, about
19   11, 12,000, maybe 14,000.  So, figure 60
20   times 14, 6, $700,000  maybe.
21   Q.   That would have been the
22   cost of the material as you purchased it
23   from Taishan.  Shipping costs would have
24   been additional?

Page 136

1   A.   Yes.
2   Q.   Taishan also put OEG letters
3   on to the metal studs, as well as you
4   said that the product was branded, if you
5   will, with OEG letters?
6   A.   That was later on.  I don't
7   think that was in the beginning.  But
8   later on, I think that's what they did.
9   Q.   And obviously with the OEG
10   letters on there, and even before,
11   Taishan understood they were generating
12   metal studs for sale to OEG and that OEG
13   was going to be selling them in the New
14   York metropolitan area?
15   A.   Oh, sure, not even a
16   question.
17   Q.   Not a question.
18       In order to work out the
19   details for those purchases, OEG made a
20   couple of additional trips to China, the
21   two trips that we talked about at the
22   beginning of the deposition today?
23   A.   I was there in November.  I
24   was there in late December, beginning --

Page 137

1   I told you earlier that I was there for
2   New Year's, but I thought about it.  It
3   might have been Christmas.  Whenever.
4   But it was around that time.
5   Q.   Okay.
6   A.   That was the last time I
7   went.  Mr. Teitelbaum went, but I don't
8   think they went to -- he went to Taishan
9   after that.  He went for other business
10   not related to OEG, and I don't think
11   that he visited Taishan's place.
12   Q.   So, after going through the
13   effort of getting the VTEC certification
14   and an MEA approval from the City of New
15   York, why didn't OEG buy any of the
16   5/8ths board to be able to sell in the
17   New York area?
18   A.   Too many factors.  Number
19   one, the price dropped in the U.S.; and
20   number two, we saw all the damages that
21   came in.  So, one without the other would
22   be sufficient to say we have had it,
23   so...
24   Q.   But both together --