| | |
|---|---|
| From: | David Wei <bnbmusa@msn.com> |
| To: | peng <clempwl123@163.com> |
| Sent: | 5/30/2006 10:01:04 PM |
| Subject: | Fw: TTPC END TAPE |

----- Original Message -----
From: Richard Hannam
To: David Wei
Sent: Tuesday, May 30, 2006 11:10 AM
Subject: Fw: TTPC END TAPE

Hello Chunshan,

Please ask Taian Taishan Plasterboard Co., Ltd. to end tape, print on the back and edges as follows:

**END TAPE FOR *REGULAR*:**
TTPC 1/2" 4' x 12' PER ASTM C 1396/C/////TTPC 1/2" 4' X 12' PER ASTM C 1396/C////TTPC 1/2" 4' X 12' PER ASTM C 1396/C////
*prefer blue back ground*

**END TAPE FOR *CEILING*:**
TTPC 1/2" 4' X 12' CEILING PER ASTM C 1396/C////TTPC 1/2" 4' X 12' CEILING PER ASTM C 1396/C////TTPC 1/2" 4' X 12' CEILING PER ASTM 1396/C////
*any color but not the same as the 'Regular' end tape*

**PRINTING ON TAPERED EDGE OF *CEILING*:**
1/2" CEILING PER ASTM C 1396/C/////1/2" CEILING PER ASTM C 1396/C/////1/2" CEILING PER ASTM C 1396/C/////
*The printed lettering should be 16mm in height and printed on the taper. The bottom of the lettering should be within 9mm from the outside edge of the piece of drywall*

**PRINTING ON BACK:**
Manufactured by Taian Taishan Plasterboard Co., Ltd. per ASTM C 1396/C Standards
Contact: 813-994-6499  Tampa, FL

Note: Please do not print anything on the drywall except in English.

For every thirty containers of drywall, make ten of those thirty containers 'Ceiling' .

Regards,
Richard



HERMAN AFFIDAVIT
**EXHIBIT**
**47**

PLAINTIFF'S EXHIBIT
9  R.HANNAM
2-14-11 SDW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000460