Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DIVISION OF LOUISIANA
 2

 3   IN RE:  CHINESE-MANUFACTURED    MDL NO. 2047
     DRYWALL PRODUCTS LIABILITY
 4   LITIGATION,                     SECTION: L

 5                                   JUDGE FALLON

 6                                   MAG. JUDGE WILKINSON

 7   **  THIS DOCUMENT APPLIES TO:
         GERMANO, et al., vs. TAISHAN GYPSUM CO., LTD.,
 8       f/k/a SHANDONG TAIHE DONGXIN CO. LTD.,
         CASE NO. 2:09-CV-6687 (EDLA)
 9

10    VIDEOTAPED DEPOSITION OF BEST SUNSHINE SERVICES, LLC -
        IVAN GONIMA - PURSUANT TO FED R. CIV. P. 30(B)6)
11

12              CONFIDENTIAL - SUBJECT TO FURTHER
                     CONFIDENTIALITY REVIEW
13

14           Taken on Behalf of the Plaintiffs

15    DATE TAKEN:    DECEMBER 13, 2011

16    TIME:          10:12 A.M. - 3:08 P.M.

17    PLACE:         1512 EAST CONCORD STREET
                     ORLANDO, FLORIDA
18

19         Examination of the witness taken before:
                         Joan L. Pitt
20                  Registered Merit Reporter
                    Certified Realtime Reporter
21                 Florida Professional Reporter

22

23              GOLKOW TECHNOLOGIES, INC.
24            877.370.3377 ph | 917.591.5672

25                   deps@golkow.com
```

**HERMAN AFFIDAVIT EXHIBIT 9**

Page 50

1  Q. And you anticipated my next question. Were --
2  like a custom brand name?
3  A. Custom brand name, yeah.
4  Q. So if you wanted to name your drywall Oriental
5  Trading Company Drywall --
6  A. Yeah.
7  Q. -- they would put that name on there for you?
8  A. Yes. If the volume was enough or if we
9  supplied them with the taping, they would do it, yes.
10 Q. Did they ever do that for you at one point?
11 A. No.
12 Q. Okay. Are you aware if they ever did it for
13 Mr. Arevalo?
14 A. No, I'm not aware of that.
15 Q. Did you ever become aware of a brand called
16 DUN, DUN Distributors?
17 A. Oh, yeah, I saw that somewhere, DUN. I even
18 remember the logo. It was like a -- like a square.
19 Like a house upside down. Red and blue, maybe.
20 Q. Red, white and blue?
21 A. Yeah, something like that.
22 Q. Okay. And I've got some of those documents in
23 here that I'll show you. That's why I was asking you
24 those questions.
25 A. Yeah, I -- I saw that somewhere.

Page 51

1  Q. So they were happy to do -- Taishan was happy
2  to do a custom label for you?
3  A. Yeah. Yeah.
4  Q. You mentioned before that you had done a
5  business plan. I think -- I think you were saying that
6  in relation to Oriental Trading Company?
7  A. Yes.
8  Q. Was that just for drywall in general, or for --
9  A. Yes, drywall.
10 Q. Was that anything you ever shared with Taishan?
11 A. No.
12 Q. Was Taishan aware of the drywall shortage
13 in the United States?
14 A. I think so, yeah.
15 Q. Do you know how they were aware? Did they
16 mention it to you?
17 A. I don't remember, but I am pretty sure it was
18 part of the conversation, because at that point
19 everybody knew in the whole world that there was no
20 drywall here.
21 Q. The shortage of drywall in the United States in
22 the 2006 time frame was general knowledge in the
23 construction industry?
24 A. Yeah. Oh, yeah, everywhere.
25 Q. Did you meet with them on a third day as well,

Page 52

1  or just the two?
2  A. I think it was we went there one day, we saw
3  them for two days, and then we left.
4  Q. Did you meet with any other Chinese drywall
5  manufacturers while you were there?
6  A. No, sir.
7  Q. Did you have any -- ever have any other contact
8  with any other Chinese drywall manufacturers?
9  A. I don't know if at one point I researched on
10 some Web sites or even sent some e-mails, but not
11 really, no, because I saw the Arevalo-Taishan thing like
12 a done deal. So I -- I knew of another company, like a
13 German company, Clem, or something like that.
14 Q. Knauf?
15 A. Yeah. They are supposed to be the biggest one
16 in -- in China, and when I was aware of the
17 contamination problem, what I heard was that it was from
18 a mine, gypsum mine, belonging to that German company,
19 but more than that, no.
20 Q. Did Taishan ever tell you how their gypsum was
21 made?
22 A. No.
23 Q. And what I'm asking, whether it was natural
24 gypsum or synthetic gypsum?
25 A. No, never.

Page 53

1  Q. Did you ever gain an understanding of whether
2  it was -- Taishan's drywall was natural gypsum or
3  synthetic gypsum?
4  A. No.
5  Q. Do you know if any of that was described in the
6  promotional materials from Taishan?
7  A. I'm not aware of it, no.
8  Q. Did you --
9  A. For me, regarding that matter was more like you
10 have these documents that you produced, like the -- or
11 test reports saying that it goes under the ASTM code and
12 has a lot of Chinese stamps everywhere, so I just -- in
13 good faith I said it's good enough.
14 Q. Do you know, does ASTM stand for American
15 Society of Testing Materials?
16 A. Yeah.
17 Q. Did Taishan represent to you that its drywall
18 met the ASTM standards?
19 A. Yes, they did.
20 Q. Did Taishan give you the ASTM test results
21 saying that their drywall passed the ASTM inspections?
22 A. I don't know if -- I don't think the
23 inspections or the testing was done by the ASTM
24 directly, but what they said was that the testing done
25 in China by the Chinese authorities, like equal to the