Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
                   EASTERN DIVISION OF LOUISIANA
 2

 3    IN RE:  CHINESE-MANUFACTURED    MDL NO. 2047
      DRYWALL PRODUCTS LIABILITY
 4    LITIGATION,                          SECTION:  L

 5                                         JUDGE FALLON

 6                                         MAG. JUDGE WILKINSON

 7    **   THIS DOCUMENT APPLIES TO:  GERMANO,
           et al., vs. TAISHAN GYPSUM CO., LTD.,
 8         f/k/a SHANDONG TAIHE DONGXIN CO., LTD.,
           CASE NO. 2:09-CV-6687 (EDLA)
 9

                    CONFIDENTIAL - SUBJECT TO FURTHER
10                        CONFIDENTIALITY REVIEW

11        VIDEOTAPED DEPOSITION OF ONYX GBH CORPORATION
                  via REGISTERED AGENT RAFAEL SARDI
12

13

      DATE TAKEN:     FEBRUARY 9, 2012
14

      TIME:          10:54 A.M.- 12:40 P.M.
15

      PLACE:         COLSON HICKS EIDSON
16                   255 ALHAMBRA CIRCLE, PENTHOUSE
                     CORAL GABLES, FLORIDA 33134
17

18
              Examination of the witness taken before:
19                     Susan D. Wasilewski
                  Registered Professional Reporter
20                  Certified Realtime Reporter
                      Certified CART Provider
21            ~ Realtime Systems Administrator ~

22
                                                    HERMAN AFFIDAVIT
23               GOLKOW TECHNOLOGIES, INC.             EXHIBIT
24         877.370.3377 ph | 917.591.5672 fax            97
25                   deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

Page 26

1    A.  Well, there was just no -- you know, the lack
2  of response from the Chinese, and we just saw there was
3  no way to get that money back.
4    Q.  At one point did they promise to return the
5  money?
6    A.  I don't think they ever promised to return the
7  money.  I mean, they just said, well, just place another
8  order, why don't you just place an order.  That's what
9  I -- from what I remember and from what I recollect.
10   Q.  Bottom line, you never got the money back in
11 cash?
12   A.  We never got the money back.
13   Q.  How long did the back-and-forth last, the
14 trying to get the money back and them saying, well, make
15 an order?
16   A.  From what I recall, maybe sometime from late
17 2006 through early 2007.
18   Q.  At some point in time either -- who made the
19 decision that the -- instead of trying to get the money
20 back, that you would fulfill an order on drywall?
21   A.  BAmerica.
22   Q.  BAmerica.  Did the factory ever offer you any
23 product other than drywall?  Drywall screws, framing --
24   A.  I don't recall.
25   Q.  -- joint compound, anything like that?

Page 27

1    A.  I don't recall.
2    Q.  That's a better question for somebody at
3  BAmerica?
4    A.  Could be.
5    Q.  Okay.  So who at BAmerica made the decision
6  that they would, instead of taking the refund, would get
7  product in exchange from Taishan?
8    A.  I don't recall that, I mean, who actually made
9  the decision.  I wouldn't -- I don't recall.
10   Q.  But you know at some point the decision was
11 made to order product instead, right?
12   A.  Correct.
13   Q.  Okay.  What happened at that point?  Were you
14 involved?
15   A.  Yes, yes.
16   Q.  Okay.  What did you do?
17   A.  We told the factory to -- we were going to
18 place an order for I believe it was just one container,
19 from what I recall, we were going to bring it to the US
20 and that's it.
21   Q.  Taishan was the factory that you ordered the
22 drywall from, right?
23   A.  I believe so, yes.
24   Q.  Okay.  And that's what's reflected on the
25 invoices in Exhibit 2?

Page 28

1    A.  Yes.
2    Q.  Okay.  Did Taishan make the shipping
3  arrangements to get it to the United States?
4    A.  Can I look and see?
5    Q.  Sure.
6    A.  Delmar International made the shipping
7  arrangements and if it was Delmar International, it was
8  done through BAmerica.
9    Q.  Did Taishan know that the drywall that was
10 ordered was going to be shipped to the United States?
11   A.  I would certainly believe so.
12   Q.  Okay.  What makes you believe that?  Is it
13 referred to in the documents?
14   A.  Well, I would assume that in -- you know, they
15 have to clear customs in China, so they've got to know
16 where it's going.
17   Q.  And in particular, the drywall was -- that was
18 ordered was shipped to Miami, right?
19   A.  Correct.
20   Q.  Into the Port of Miami?
21   A.  Correct.
22   Q.  And we'll go through those documents in just a
23 moment.
24   A.  Well, I don't know if it's Port of Miami or
25 Port Everglades but -- I would have to check and see.

Page 29

1  Port of Miami.
2    Q.  Okay.  And that was the drywall from Taishan?
3    A.  Correct.
4    Q.  Was there any discussion with you to the
5  factory about purchasing any other products from
6  Taishan?
7    A.  I certainly don't recall but I would highly
8  doubt it --
9    Q.  Okay.
10   A.  -- due to the bitterness in the -- with the
11 deposit and so forth.
12   Q.  Do you recall the amount of the deposit, more
13 or less?
14   A.  This would be it.
15   Q.  You're looking at the first page of Exhibit 2?
16   A.  $6,745 --
17   Q.  So June 17th, '06 --
18   A.  July, I believe.
19   Q.  July 17th, '06, I'm sorry, in the amount of
20 $6,745?
21   A.  Correct.
22   Q.  Okay.  And that's the deposit we've been
23 referring to earlier?
24   A.  Correct.
25   Q.  Okay.  Let's go to the next page of Exhibit 2,