```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2

     _____
 3                                § MDL NO. 2047
     IN RE:                       §
 4   CHINESE-                     § SECTION: L
     MANUFACTURED                 §
 5   DRYWALL PRODUCTS             § JUDGE FALLON
     LIABILITY                    §
 6   LITIGATION                   § MAGISTRATE
                                  § JUDGE WILKINSON
 7   ------------------------------------------------
     CROSS-NOTICED IN VARIOUS OTHER ACTIONS
 8   ------------------------------------------------
 9                   -  -  -
10              February 16, 2011
11                   -  -  -
12        Oral deposition of JOSEPH WEISS,
13   held at the offices of Seeger Weiss LLP,
14   One William Street, New York, New York,
15   commencing at 10:03 a.m., on the above
16   date, before Linda L. Golkow, Certified
17   Court Reporter, Registered Diplomate
18   Reporter, Certified Realtime Reporter and
19   Notary Public.
20                   -  -  -
21
22
             GOLKOW TECHNOLOGIES, INC.
23       ph 877.370.3377 | fax 917.591
                deps@golkow.com
24
```

HERMAN AFFIDAVIT
EXHIBIT
11

Page 74

1    A.   That was OEG's number on
2  16th Avenue in the first office.
3    Q.   But it's changed now?
4    A.   Oh, yeah.
5    Q.   About seven pages back is a
6  letter dated October 6, 2006. This is
7  where VTEC gave the results of their
8  testing to Mr. Teitelbaum?
9    A.   This is the day he wrote up
10  the report about the tests, yes.
11    Q.   Right.
12         Then if you flip a few pages
13  back, there's a section 7 of the report,
14  maybe three pages back from that cover
15  letter that we were looking at. It says
16  "Sample Selection: Supplier." That
17  would be OEG. "Date of selection:
18  09/2006."
19         So, would I be correct in
20  saying that roughly what's happening here
21  is that Mr. Teitelbaum gets samples from
22  TTP, he gives them to VTEC sometime early
23  September. VTEC does testing, generates
24  this report October 2006. They turn it

Page 75

1  over to the state -- I'm sorry -- the
2  city October 30, 2006. Did the city
3  ultimately issue the MEA for the 5/8ths
4  drywall?
5    A.   Yes. We didn't need it, but
6  they did.
7    Q.   To your knowledge, you never
8  then went back and had the 5/8ths board
9  come in and then distribute it under the
10  MEA that you had obtained?
11    A.   No.
12    Q.   So, how much money did you
13  guys spend on jumping through all of
14  these hoops to get your MEA on the
15  5/8ths?
16    A.   Just for the MEA?
17    Q.   Yes.
18    A.   I don't remember, but it is
19  probably a few thousand.
20    Q.   You didn't spend a few
21  thousand dollars and the time and effort
22  to go through all of this as an exercise,
23  you guys had hoped to be able to start
24  selling this 5/8ths board into the

Page 76

1  metropolitan area under your MEA?
2    A.   Yes.
3    Q.   You had conversations with
4  TTP about your business relationship with
5  them where once you got the MEA, that
6  they would supply the board to you so
7  that ultimately you could get into that
8  market?
9    A.   Yes.
10    Q.   And Taishan understood, TTP
11  understood that the board then would end
12  up, after you sold it, being distributed
13  into the New York metropolitan area?
14    A.   Yes.
15    Q.   Is your stamina good for us
16  staying for a while longer to keep
17  working on these documents or would you
18  prefer a break at this point?
19    A.   Whatever gets us out of here
20  quickly.
21    Q.   Let's press on then.
22    A.   No problem.
23         - - -
24         (Whereupon, Deposition

Page 77

1  Exhibit Weiss-8, E-mail dated June
2  26, 2006, TG 0001007 through TG
3  0001009, was marked for
4  identification.)
5         - - -
6  BY MR. SERPE:
7    Q.   Let me hand you Exhibit 8.
8  On the document I've marked as Exhibit 8
9  where there's three pages, there appear
10  to be a series of e-mails that are linked
11  together as they were Xeroxed here, all
12  talking about a UPC code or strip to be
13  added to drywall with the very first one
14  in the chain that is at the bottom from a
15  company Simply Barcodes providing a UPC
16  in 300 dpi resolution graphic.
17         Do you recall OEG going
18  through the process of getting a UPC
19  barcode for drywall?
20    A.   Yes.
21    Q.   One part in the chain, the
22  e-mail passes through
23  tovtrading@yahoo.com, and then through an
24  Abraham Weiss at