Joseph Weiss

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

     _____
 3                                  § MDL NO. 2047
     IN RE:                         §
 4   CHINESE-                       § SECTION: L
     MANUFACTURED                   §
 5   DRYWALL PRODUCTS               § JUDGE FALLON
     LIABILITY                      §
 6   LITIGATION                     § MAGISTRATE
                                    § JUDGE WILKINSON
 7   ----------------------------------------------
     CROSS-NOTICED IN VARIOUS OTHER ACTIONS
 8   ----------------------------------------------
 9                      -  -  -
10                 February 16, 2011
11                      -  -  -
12          Oral deposition of JOSEPH WEISS,
13   held at the offices of Seeger Weiss LLP,
14   One William Street, New York, New York,
15   commencing at 10:03 a.m., on the above
16   date, before Linda L. Golkow, Certified
17   Court Reporter, Registered Diplomate
18   Reporter, Certified Realtime Reporter and
19   Notary Public.
20                      -  -  -
21
22
              GOLKOW TECHNOLOGIES, INC.
23       ph 877.370.3377 | fax 917.591.xxxx
                 deps@golkow.com
24
```

**HERMAN AFFIDAVIT EXHIBIT 11**

Page 130

1  what Ernest meant from 1 to 6, because he
2  asks whether that was square meter, et
3  cetera.  Do you know if or how Mr.
4  Teitelbaum responded to Taishan about
5  this concept of how many units of metal
6  would be required per unit of drywall?
7       A.   No.
8       Q.   Was there an actual shipment
9  where metal studs and drywall were packed
10 together in a container for OEG?
11      A.   No.
12      Q.   So that by the time the
13 first orders for metal studs took
14 place --
15      A.   I take that back.  When we
16 got in the first few containers of metal
17 studs, they put a sheet of gypsum, and
18 maybe even less than a half an inch, just
19 so the metal shouldn't get damaged.
20      Q.   Metal on metal in the
21 container?
22      A.   Yes.
23      Q.   But it caused a big mess?
24      A.   Oh, yeah.

Page 131

1       Q.   And you asked them, don't do
2  that anymore?
3       A.   Right.
4       Q.   Right.
5            But prior to that, there's
6  never, here's drywall, and here's metal
7  studs in the same container?
8       A.   No.
9            - - -
10           (Whereupon, Deposition
11      Exhibit Weiss-27, E-mail string
12      dated September 12, 2006, TG
13      0000635, was marked for
14      identification.)
15           - - -
16 BY MR. SERPE:
17      Q.   On Exhibit 27, near the
18 bottom, there's an e-mail from Taishan to
19 Mr. Teitelbaum.  Halfway through, it says
20 the dates, September 12, 2006.  "Second,
21 we can arrange loading cargoes onto
22 vessal by ourself rather than by the
23 vessel operater."
24           First, I read that

Page 132

1  correctly?
2       A.   (Witness nods.)
3       Q.   Did Taishan offer to do the
4  actual loading of the vessels for OEG on
5  shipments?
6       A.   Yes.  But this was when we
7  dreamed about doing break bulk shipping.
8  That's what it looks like to me.
9       Q.   Of course, the break bulk
10 never took place?
11      A.   That is correct.
12      Q.   But as part of the
13 discussions between OEG and Taishan,
14 Taishan had told OEG that one of the
15 things that they could arrange for was
16 for them loading break bulk vessels of
17 drywall?
18      A.   Yes.
19           THE WITNESS:  Can we take a
20      break?
21           - - -
22           (Whereupon, a recess was
23      taken from 2:11 p.m. until
24      2:17 p.m.)

Page 133

1            - - -
2  BY MR. SERPE:
3       Q.   Mr. Weiss, I think I can
4  avoid asking a lot of detailed questions
5  about metal studs by asking you some
6  overview to see if I can't hit the
7  salient points.
8            In the fall of 2006, OEG
9  began the process of buying metal studs
10 from Taishan?
11      A.   We began the process to talk
12 to them about it.
13      Q.   And the process included you
14 sending samples of what you were looking
15 for to Taishan?
16      A.   Yes.
17      Q.   And then Taishan had to get
18 back to OEG with what kind of a price
19 would be involved in that production?
20      A.   Yes.
21      Q.   Then Taishan needed to
22 purchase molding machines to be able to
23 form the metal studs to the correct
24 dimensions?

Page 134

1  A. They had to purchase molds,
2  which is part of the roll form equipment
3  in order to form the exact size we
4  needed.
5  Q. And there was a discussion
6  between Taishan and OEG about, you know,
7  purchasing the molds, because Taishan
8  wanted to make sure that OEG was serious
9  about buying the metal studs from them?
10  A. Yes.
11  Q. In fact, OEG did begin to
12  buy metal studs from Taishan?
13  A. Yes.
14  Q. Without getting into highly
15  detailed one shipment versus another
16  shipment, can you give me an overview,
17  how long did that go on for, kind of
18  dollar figures or container numbers that
19  we're talking about?
20  A. It went on from -- the first
21  containers arrived, I think, late January
22  or sometime in January -- actually,
23  probably more to the beginning of January
24  of 2007. We bought from them in --

Page 135

1  probably the last ones were sometime in
2  late '07. There was one or two
3  containers that was left over that they
4  had material that they didn't ship to us
5  that we had paid for already, but it
6  didn't fit on the container, it
7  accumulated, and it shipped to us
8  sometime in '08. During the year we
9  bought from them, I can't pinpoint how
10  many containers, but it would be a fair
11  number to say around 60.
12  Q. Again, without pinning you
13  down to a specific number, but overall,
14  what would you estimate the total dollar
15  volume was for those containers in 2007?
16  A. I would really have to just
17  estimate, but it's really not a number.
18  An average container was, I think, about
19  11, 12,000, maybe 14,000. So, figure 60
20  times 14, 6, $700,000 maybe.
21  Q. That would have been the
22  cost of the material as you purchased it
23  from Taishan. Shipping costs would have
24  been additional?

Page 136

1  A. Yes.
2  Q. Taishan also put OEG letters
3  on to the metal studs, as well as you
4  said that the product was branded, if you
5  will, with OEG letters?
6  A. That was later on. I don't
7  think that was in the beginning. But
8  later on, I think that's what they did.
9  Q. And obviously with the OEG
10  letters on there, and even before,
11  Taishan understood they were generating
12  metal studs for sale to OEG and that OEG
13  was going to be selling them in the New
14  York metropolitan area?
15  A. Oh, sure, not even a
16  question.
17  Q. Not a question.
18  In order to work out the
19  details for those purchases, OEG made a
20  couple of additional trips to China, the
21  two trips that we talked about at the
22  beginning of the deposition today?
23  A. I was there in November. I
24  was there in late December, beginning --

Page 137

1  I told you earlier that I was there for
2  New Year's, but I thought about it. It
3  might have been Christmas. Whenever.
4  But it was around that time.
5  Q. Okay.
6  A. That was the last time I
7  went. Mr. Teitelbaum went, but I don't
8  think they went to -- he went to Taishan
9  after that. He went for other business
10  not related to OEG, and I don't think
11  that he visited Taishan's place.
12  Q. So, after going through the
13  effort of getting the VTEC certification
14  and an MEA approval from the City of New
15  York, why didn't OEG buy any of the
16  5/8ths board to be able to sell in the
17  New York area?
18  A. Too many factors. Number
19  one, the price dropped in the U.S.; and
20  number two, we saw all the damages that
21  came in. So, one without the other would
22  be sufficient to say we have had it,
23  so...
24  Q. But both together --