1

IN THE CIRCUIT COURT OF

BALDWIN COUNTY, ALABAMA

No. CV-2009-900948

- - -

CHAD EVERTT LANGHAM, et al.:
                                :
        v.                      :
                                :
ACE HOME CENTER, et al.   :

- - -

FEBRUARY 25, 2011

- - -

        Videotape deposition of RUTH
WU, taken pursuant to notice, was held at
THE RADISSON VALLEY FORGE, 1160 First
Avenue, King of Prussia, Pennsylvania,
commencing at 9:34 a.m., on the above
date, before LISA CAPALDO, a Certified
Professional Reporter and Notary Public
in and for the Commonwealth of
Pennsylvania.

HERMAN AFFIDAVIT
**EXHIBIT**
**172**


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

2

1  APPEARANCES:

2

3       DANIELL, UPTON,
        PERRY & MORRIS, P.C.
4       BY:  JONATHON R. LAW, ESQUIRE
        P.O. Box 1800
5       Daphne, AL  36526
        (251)625-0046
6       Jrlaw@dupm.com
        Representing the Plaintiffs

7

8

9       CARR ALLISON
        BY:  CAROLINE T. PRYOR, ESQUIRE
10      6251 Monroe Street, Suite 200
        Daphne, AL  36526
11      Representing the Defendant
        Ace Hardware Corporation

12

13      VERNIS & BOWLING
        BY:  JAMES T. PATTERSON, ESQUIRE
14      204 S. Royal Street
        Mobile, AL  36602
15      Representing the Defendant
        Bass Homes

16

17

18      SCOTT, SULLIVAN, STREETMAN & FOX
        BY:  JAMES E. ROBERTSON, ESQUIRE
19      P.O. Box 1034
        Mobile, AL  36633
20      Representing the Defendant
        Ace Home Center

21

22

23

24


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

3

1  APPEARANCES CONT:

2

3       HUDSON & WATTS
        BY:  WESLEY PIPES, ESQUIRE
4       P.O. Box 989
        Mobile, AL  36601
5       Representing the Defendant
        Pensacola Stevedore Company

6

7       WOODLEY WILLIAMS LAW FIRM
        BY:  Donald Coleman Brown, Esquire
8       One Lakeshore Drive, Suite 1750
        Lake Charles, LA  70629
9       Representing the Defendant
        Devon International Trading and
10      John Bennett

11

12

13      LUSK, CALDWELL & DEAN
        BY:  LESLIE ANN CALDWELL, ESQUIRE
14      2101 Highland Avenue, Suite 410
        Birmingham, AL  35205
15      Representing the Defendant
        Devon International, Inc.

16

17      CARR ALISON
        BY:  CRAIG W. GOOLSBY, ESQUIRE
18      6251 Monroe Street, Suite 200
        Daphne, AL  36526
19      Representing the Defendant
        Craig Sinclair Buildings, Inc.

20

21

22      JONES, WALKER, WAECHTER,
        POITEVENT, CARRERE & DENEGRE
23      BY:  GARY J. RUSSO, ESQUIRE
        600 Jefferson Street, Suite 1600
23      Lafayette, LA  70501
        Representing the Defendant
24      Fireman's Fund Ins. Co.


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

4

1  APPEARANCES CONT.

2

3

4       McDOWELL, KNIGHT, ROEDDER & SLEDGE
        BY:  M. TAE PHILLIPS, ESQUIRE
5       P.O. Box 350
        Mobile, AL  36601
6       Representing the Defendant
        Southern Heritage Builders and
7       David Reynolds and Classic
        Home Builders

8

9

10      ALSO PRESENT:  Kevin G. Sugg, Esquire

11

12

13

14

15

16

17

18

19

20

21

22

23

24


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

5

```
1              -  -  -
2           I N D E X
3              -  -  -
4
5   Testimony of:  RUTH WU
6
7      By Mr. Law          9, 284
8      By Mr. Pipes        213, 310
9      By Mr. Russo        232, 311
10     By Mr. Robertson    265
11
12             -  -  -
13         E X H I B I T S
14             -  -  -
15
16   NO.      DESCRIPTION         PAGE
17
18      (Exhibits 1 through 64 were marked
    by counsel and attached to the
19   transcript.)
       (There is no Exhibit-27.)
20
21
22
23
24
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

6

```
1              -  -  -
2      DEPOSITION SUPPORT INDEX
3              -  -  -
4
5   Direction to Witness Not to Answer
6   Page Line    Page Line    Page Line
7   None
8
9
10   Request for Production of Documents
11   Page Line    Page Line    Page Line
12   None
13
14
15   Stipulations
16   Page Line    Page Line    Page Line
17   None
18
19
20   Question Marked
21   Page Line    Page Line    Page Line
22   None
23
24
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

7

```
1              -  -  -
2           PROCEEDING
3              -  -  -
4       THE VIDEOTAPE TECHNICIAN:
5   We're now on the record.  The
6   following is a videotape
7   deposition.  This is tape number
8   one to the deposition of Ruth Wu
9   in the matter of Langham, et al.
10  versus Ace Home Center, et al.
11  being held before the Circuit
12  Court of Baldwin County, Alabama,
13  Consolidated Case No.
14  CV-2009-900948.
15      This deposition is being
16  held at 1168 First Avenue in King
17  of Prussia, Pennsylvania on
18  February 25th, 2011.  Currently,
19  the time on video is 9:34.  My
20  name is Robert Blum.  I'm the
21  videographer.  The court reporter
22  is Lisa Capaldo.
23      Counsel, will you now please
24  identify yourselves and the
```



8

```
1   affiliations and then the witness
2   will be sworn?
3       MR. LAW:  Jonathon Law on
4   behalf of the plaintiff
5   homeowners.
6       MR. PIPES:  Wesley Pipes,
7   Pensacola Stevedore and Pate
8   Stevedore.
9       MR. RUSSO:  Gary Russo,
10  Firemen's Fund Insurance Company.
11      MR. BROWN:  Don Brown, Devon
12  International Trading.  Also
13  appearing in the deposition is
14  Kevin Sugg in-house counsel for
15  Devon but not participating in the
16  deposition.
17      MS. CALDWELL:  And Leslie
18  Caldwell for Devon as well.
19      THE WITNESS:  Ruth Wu.
20      THE VIDEOTAPE TECHNICIAN:
21  Counsel on the phone, would you
22  please make your identification
23  for the record?
24      MS. PRYOR:  Caroline Pryor,
```

9

1      Ace Hardware Corporation.
2          MR. GOOLSBY:  Craig Goolsby
3      for Craig Sinclair Builders.
4          MR. PATTERSON:  Jim
5      Patterson for Bass Homes
6      Incorporated.
7          MR. PHILLIPS:  Tae Phillips
8      for Classic Home Builders and
9      Southern Home Builders.
10         MR. ROBERTSON:  Jim
11     Robertson for Ace Home Center
12     Incorporated.
13             -  -  -
14  R U T H   W U, Sworn.
15             -  -  -
16             EXAMINATION
17             -  -  -
18  BY MR. LAW:
19     Q.    Tell us your name, please.
20     A.    My name is Ruth Wu.
21     Q.    Miss Wu, I'm Jonathon Law.
22  I represent some plaintiff homeowners.
23  I'm going to ask you some questions
24  today.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

10

1      Have you ever given a
2  deposition before?
3      A.    Yes.
4      Q.    How many times?
5      A.    This is the third time.
6      Q.    So you are somewhat familiar
7  with the process, aren't you?
8      A.    A little bit.
9      Q.    Now, do I understand is
10  English your second language?
11     A.    Correct.
12     Q.    You seem to speak it quite
13  well, don't you?
14     A.    I'm all right.
15     Q.    You can read and write the
16  English language, can't you?
17     A.    Yes.
18     Q.    If I ask you a question
19  today that you don't understand, if you
20  point that out I'll try to clarify my
21  question for you.
22     A.    Sure.
23     Q.    If you answer my question,
24  we'll assume you understood it.  Is that



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

11

1  fair enough?
2      A.    Yes.
3      Q.    If you need me to slow down
4  at any time, feel free to just ask me to
5  slow down.  I can talk fast sometimes.
6      A.    Okay.
7      Q.    You said you've given --
8  this will be your third deposition?
9      A.    Correct.
10     Q.    You gave one at an
11  arbitration hearing involving North
12  Pacific, didn't you?
13     A.    Yes.
14     Q.    When was the second time you
15  gave a deposition?
16     A.    That was probably two years
17  ago.  That was for a window, a window
18  deposition.
19     Q.    Was that a window
20  manufactured by a Devon entity?
21     A.    We sourced the windows for
22  the client, a hurricane windows.
23     Q.    Was it sold down in Miami
24  Dade County?



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com



12

1      A.    Yes, correct.
2      Q.    And then today would be your
3  third deposition.  Is that right?
4      A.    Right.
5      Q.    I've marked as exhibit
6  number one the notice of deposition of
7  Devon International Industries Inc.,
8  formally known as Devon International
9  Trading Inc.  If you can take a look at
10  that, please?
11         On page two there's some
12  topics of inquiry.  Have you reviewed
13  this notice before?
14     A.    Yes, I seen this.
15     Q.    And it's my understanding in
16  talking with your counsel which is here
17  today that you are being tendered as the
18  representative of Devon International
19  Industries Incorporated regarding item
20  number four.  Is that correct?
21     A.    Correct.
22     Q.    Item number four being the
23  manufacture, importation and distribution
24  of Chinese drywall?



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

13

1    A.    Right.

2    Q.    As I ask you questions

3  today, some are going to be general

4  background questions.  If any of my

5  questions you are unable to answer on

6  behalf of Devon, please tell me that.

7  And if you can point out the individual

8  that would be better able to answer that

9  question, I'd anticipate it.

10    A.    Okay.

11    MS. CALDWELL:  And Jonathon,

12    we've reached agreement the

13    deposition you are about to take

14    is of Ms. Wu as the corporate rep

15    for item number four, correct?

16    MR. LAW:  That's correct.

17    As we discussed, I will have some

18    background questions I'd like to

19    ask her and some things that may

20    not fall within item number four

21    but of which she should have

22    knowledge.

23    MS. CALDWELL:  But to the

24    extent they go outside of number



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

14

1    four, we will adjourn her

2    deposition as the corporate rep

3    and put her up individually if

4    that occurs.

5    MR. LAW:  Sure.  Fair

6    enough.

7  BY MR. LAW:

8    Q.    Where are you currently

9  employed?

10    A.    I work for Devon Medical

11  Products now.

12    Q.    How long have you worked for

13  Devon Medical Products?

14    A.    For three years.

15    Q.    What's your current address,

16  please?

17    A.    Home address?

18    Q.    Yes, ma'am.

19    A.    11216 Valley Forge Circle,

20  King of Prussia, Pennsylvania 19406.

21    Q.    And your date of birth,

22  please?

23    A.    March 7th, '75.

24    Q.    How long have you lived in



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

15

1  King of Prussia, Pennsylvania?

2    A.    Seven years probably.

3    Q.    Where were you born?

4    A.    I was born in Taiwan.

5    Q.    Walk me through your

6  educational background, please.

7    A.    Sure.  I had my

8  undergraduate in Taiwan.  My major was

9  finance and money and banking, similar to

10  finance.  Then I worked for four years in

11  Taiwan.  Then I came to Philadelphia.  I

12  went to Drexel University and had my

13  M.B.A. degree there.  Then after I

14  graduation I started to work for Devon.

15    Q.    What year did you come to

16  the U.S. to attend Drexel?

17    A.    2001.

18    Q.    Is that the first time

19  you've been to the United States?

20    A.    First time was year 2000

21  came here for two reason.

22    Q.    And what degree did you

23  obtain from Drexel?

24    A.    That was M.B.A. in finance.



16

1    Q.    When did you graduate from

2  Drexel?

3    A.    2003.

4    Q.    Walk me through your

5  employment background, please.

6    A.    Well, when I first started

7  at Devon, I was an intern at Devon IT.

8  Then I transferred to Devon International

9  Trading.  Then around three years ago I

10  started at Devon Medical Products.

11    Q.    Did you start working for

12  Devon IT immediately upon graduation from

13  Drexel?

14    A.    Yes.

15    Q.    Would that have been in

16  2003?

17    A.    Right.

18    Q.    What did you do for Devon

19  IT?

20    A.    I was a marketing intern.  I

21  was there for only three months.  Then I

22  saw Devon International Trading they

23  doing sourcing business between U.S. and

24  China.  I thought I had a better



17

1 opportunity there.
2       Q.    Why would you have a better
3 opportunity at Devon International
4 Trading as opposed to Devon IT?
5       A.    Because I can use my
6 language skills because I speak Chinese.
7       Q.    Can you read and write the
8 Chinese language?
9       A.    Yes.
10      Q.    You would be able to
11 translate documents that are written in
12 Chinese to English?
13      A.    Correct.
14      Q.    What year did you begin your
15 employment with Devon International
16 Trading?
17      A.    Same, 2003.
18      Q.    What was your position in
19 2003?
20      A.    I was a project manager.
21      Q.    What were your duties as a
22 project manager?
23      A.    To coordinate between client
24 and our Shanghai office.  So if client



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

18

1 give us a need, what product they are
2 looking for, then I give the information,
3 I pass the information to our Shanghai
4 office for them to go out and source the
5 product.
6       Q.    How long did you hold the
7 title of project manager?
8       A.    For about one year.
9       Q.    What was the next title you
10 had with Devon International Trading?
11      A.    Then I became the vice
12 president of operations.
13      Q.    What were your duties as
14 vice president of operations?
15      A.    I run the operations.  I
16 have -- I can supervise other project
17 managers.
18      Q.    In 2006 did you hold the
19 title of vice president of operations?
20      A.    Yes.
21      Q.    When did you first obtain
22 that title?
23      A.    You mean from Devon Medical
24 Products or?



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

19

1       Q.    I want to know when you
2 first obtained the title of vice
3 president of operations for Devon
4 International Trading?
5       A.    That was 2003.  I'm sorry,
6 2003 was project manager.  So one year
7 later it should be 2004.
8       Q.    Who did you report to in
9 2004 at Devon?
10      A.    We have several presidents
11 before Bob Scharf.  There was -- it was
12 Mike Vitten (ph) and there was a Susan
13 McCormick.  She was the COO.  And then
14 there was Ken Macoy (ph) for two weeks.
15 And then there was a Bob Scharf.
16      Q.    When did Mr. Bob Scharf
17 start working for Devon International
18 Trading?
19      A.    I think it was in 2005.
20      Q.    What was his title then?
21      A.    President.
22      Q.    In 2005 did you report to
23 Mr. Bob Scharf?
24      A.    Yes.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

20

1       Q.    How long did he hold the
2 title of president?
3       A.    I'm not sure exact time when
4 he started, but he left in February 2007.
5       Q.    So Mr. Scharf was the
6 president of Devon International Trading
7 from 2005 through 2007?
8       A.    Yes.
9       Q.    During that time period you
10 reported to Mr. Scharf?
11      A.    Correct.
12      Q.    Who did he report to at
13 Devon?
14      A.    I would say Dr. John
15 Bennett.
16          MS. CALDWELL:  Don't guess.
17      If you know.
18          THE WITNESS:  Okay.
19 BY MR. LAW:
20      Q.    Well, do you know?
21      A.    He's the president.  He
22 has -- he has some certain right to do
23 things, but the owner of the company is
24 Dr. John Bennett.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

21

Q.    And in 2006 he was the owner
of Devon International Trading, wasn't
he?
        MS. CALDWELL:  Object to the
    form.
        THE WITNESS:  I'm sorry.
BY MR. LAW:
    Q.    In 2006 Dr. John Bennett was
the owner of Devon International Trading?
    A.    Yes.
    Q.    When you became vice
president of operations in 2004, who
worked underneath you?
    A.    Well, a lot -- we have a lot
of Chinese employees.  They already left
the company.  So I can't really recall
the names.  Sorry.  We have around five,
six people at the time.
    Q.    I'll narrow it down.  In
2006 to 2007 how many employees reported
to you at Devon International Trading?
    A.    I don't have the exact
number, but I'm thinking that five or six
people.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

22

Q.    And were some of them at the
Shanghai office in China?
    A.    No, Shanghai is a -- is a
separate division.
    Q.    What division is that?
    A.    They are more like our back
office to support U.S. office operation.
    Q.    So the five to six employees
that reported to you from 2006 to 2007,
can you give me their names, please?
    A.    I only know that Amy Lee is
still here.  The other people already
left.  There might be Xin Jin, X-I-N
J-I-N.  That's her name.  And I can't
recall the other names.  I'm sorry.
    Q.    We're going to get to some
documents that might reference them
later.  What did these employees that
reported to you, what were their general
duties and responsibilities?
    A.    Well, our daily operation --
the business model for Devon
International Trading is we source
products for our customers.  So we have



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

23

salespeople going out to talk to
customers, and customers may have
different products for us to source.  So
they will give us specification, what
they like, what they want, the quantity.
It can be any product.
        And then we have to narrow
down and coordinate with the customer,
make to -- and pass that information to
the -- to our Shanghai office, to other
colleagues.  Then they may come back with
questions.  So it's an effort to
coordinate between Shanghai office,
factory.  First for them to talk to the
factories and with our clients.
    Q.    Is that what you did for
Devon International Trading in 2006 to
2007 what you just described?
    A.    Yes.
    Q.    So you kind of acted as a
liaison coordinating with customers of
Devon obtaining specifications and
quality standards and then coordinating
with the Shanghai office that would



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

24

coordinate with the factory.  Is that
correct?
        MS. CALDWELL:  Object to the
    form.
        THE WITNESS:  The quality
    standards are provided by the
    customers.
BY MR. LAW:
    Q.    Was it one of your jobs to
obtain those quality standards and then
convey them to the Shanghai office?
    A.    That's fair to say, yes.
    Q.    And then would the Shanghai
office coordinate with the factories in
China to manufacture the products?
    A.    Yes.
    Q.    For example, North Pacific
was a customer of Devon's in 2006, wasn't
it?
    A.    Yes.
    Q.    Did Devon import some
plywood from North Pacific in 2006?
    A.    Yes.  2006 -- 2005, between
2005 and 2006, yes, we had plywood for



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

25

1   North Pacific.
2        Q.    And did you coordinate with
3   North Pacific to obtain specifications
4   and quality standards from North Pacific
5   for the plywood?
6        A.    They would provide the
7   specifications, yes.
8        Q.    And then would you provide
9   those specifications to Devon's personnel
10  in China?
11       A.    Yes.
12       Q.    And that would be in the
13  Shanghai office?
14       A.    Yes.
15       Q.    And then would the Shanghai
16  office coordinate with the factory in
17  China to manufacture the plywood to those
18  specifications?
19       A.    Yes.
20             MS. CALDWELL:  Object to
21       form.
22  BY MR. LAW:
23       Q.    Is that the normal business
24  model of Devon International Trading in


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

26

1   2005 to 2006?
2             MS. CALDWELL:  Same
3        objection.
4             THE WITNESS:  Yes, just pass
5        information from customer to the
6        factory.
7   BY MR. LAW:
8        Q.    The drywall we're going to
9   talk about today was brought into the
10  U.S. in May of 2006.  Is that correct?
11       A.    2006, yes.
12       Q.    And around that time period
13  was that the same business model that we
14  just discussed regarding the coordination
15  of specifications and quality standards
16  with the Shanghai office, then
17  coordination from the Shanghai office to
18  the factories in China?
19       A.    Same procedure.
20       Q.    In 2006 can you please
21  provide me the names of the Devon
22  employees that worked out of the Shanghai
23  office?
24       A.    At that time there was


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

27

1   Salina who she is the officer manager.
2   Julian Chu, he's the project manager.
3   There was Linda Qu, Q-U her last name.
4   And the others are just office staff.
5        Q.    These individuals that you
6   just named, would you coordinate with
7   them regarding the specifications and
8   quality standards of Devon's customers?
9             MS. CALDWELL:  Object to
10       the form.
11            THE WITNESS:  Yeah, I talk
12       to Julian on dry walls.
13  BY MR. LAW:
14       Q.    North Pacific provided Devon
15  with some specifications and quality
16  standards that North Pacific wanted the
17  drywall manufactured to.  Is that
18  correct?
19       A.    Yes.
20       Q.    Did you convey those
21  specifications and quality standards to
22  Julian Chu?
23       A.    I give the information to
24  Julian Chu.


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

28

1        Q.    What would Miss -- is it
2   C-H-U?
3        A.    Yes.
4        Q.    What would Miss Chu do with
5   that information?
6        A.    He gave the information to
7   the factory.
8        Q.    What's the purpose of
9   obtaining the specifications and quality
10  standards from Devon's customers?
11       A.    We have to because the
12  customers knows what they want.  They
13  always know the products better than us.
14  See, we source many different products.
15  We don't have the expert to be for every
16  product.  So even like you see my
17  background is in finance, Salina was --
18  she went to military school.  Julian was
19  a medical doctor.  We don't have any
20  professionals to exam the product.  So we
21  rely a lot on customer's professionalism
22  because we believe that customers know
23  their product the best.  And we will get
24  the sample produced by the factory for


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

29

1  client to approve.
2       Q.    The specifications and
3  quality standards are provided to Devon
4  so that Devon can give them to the
5  factory and the factory can make the
6  product to those specifications and
7  standards.  Is that right?
8       A.    Yes.
9       Q.    With regard to the drywall,
10 was a North Pacific individual or
11 representative present there in the
12 manufacturing process of the drywall?
13      A.    They didn't go not that I'm
14 aware of.
15      Q.    Clients of Devon such as
16 North Pacific, do they rely on Devon to
17 ensure that the products manufactured in
18 China meet the specifications and quality
19 standards provided?
20           MS. CALDWELL:  Object to the
21      form.
22           THE WITNESS:  Well, I don't
23      know what they rely on, but we
24      rely on the customer to approve



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

30

1       the samples we provide and that we
2       make the same product as the
3       sample.  So we expect the customer
4       to approve the product.  We don't
5       approve the products on customer's
6       behalf.
7  BY MR. LAW:
8       Q.    Is it the responsibility of
9  Devon to get proper samples to the
10 customers so that the samples can be
11 tested?
12      A.    Well, we give the samples to
13 the customer and customer can do whatever
14 they like.
15      Q.    The customers rely on Devon
16 to provide them with the proper samples
17 so that tests can be run to make sure
18 that the samples meet their specs and
19 quality standards?
20           MS. CALDWELL:  Object to the
21      form.
22           THE WITNESS:  Yes.
23 BY MR. LAW:
24      Q.    Is Devon International



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

31

1  Trading still doing business?
2       A.    Not that I'm aware of.
3       Q.    What do you do for Devon
4  Medical Products?
5       A.    Devon Medical Products is
6  different.  We will get products from
7  China.  We private label the product, put
8  Devon Medical brand on it and sell in the
9  United States.  And we also have a team
10 of engineers in China to develop our own
11 product.  So we send an American engineer
12 to China to supervise the team.  And we
13 get our own FDA approval and sell the
14 products in United States.
15      Q.    So the medical products are
16 designed and manufactured in China and
17 then imported to the U.S.?
18      A.    Yes.
19      Q.    What do you do for Devon
20 Health?
21      A.    I don't --
22           MS. CALDWELL:  Object to the
23      form.
24           THE WITNESS:  I don't work

32

1       for Devon Health.
2  BY MR. LAW:
3       Q.    Devon Medical Products?
4       A.    I'm the chief operating
5  officer for Devon Medical Products.
6       Q.    What are your duties as the
7  chief operating officer?
8       A.    I supervise the quality
9  department, engineering department,
10 logistic department and the finance, some
11 finance paperwork.
12      Q.    Is Devon Medical a member of
13 the Devon International Group?
14      A.    Devon International Group is
15 fictitious name.  It's a concept.  So
16 it's not really a company or a real
17 group.
18      Q.    I marked as exhibit number
19 two a document obtained off the Internet
20 regarding Devon International Group.  And
21 if you would read that, please, after
22 your attorney looks at it?  What I'm
23 going to ask you to do is read it and
24 tell me if it describes the concept of



33

1   Devon International Group.
2        A.    You want me to read the
3   whole paragraph?
4        Q.    Have you reviewed the Devon
5   website before?
6        A.    I've seen this before.
7        Q.    If you would read that and
8   tell me if it describes the concept of
9   the Devon International Group, please?
10            MS. CALDWELL:  We would
11       object to your question as to the
12       form, but also she's not
13       testifying on behalf of Devon
14       International Group.
15            MR. LAW:  That's fine.  This
16       is some of the background
17       questions I told you I would have.
18            THE WITNESS:  The concept is
19       all right, but our marketing did
20       this.  It hasn't been updated for
21       a while.
22   BY MR. LAW:
23       Q.    Okay.  Was this the same
24   concept back in 2006 of Devon



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

34

1   International Group?
2            MS. CALDWELL:  Same
3       objection.  Object to form.
4            THE WITNESS:  I don't know
5       if there was a Devon International
6       Group at the time.
7   BY MR. LAW:
8        Q.    Who designs these websites
9   for Devon?
10       A.    We have a marketing
11  department.
12       Q.    Can you tell me the names of
13  the individuals in the marketing
14  department, please?
15       A.    The department head is
16  Darren Bejuniak, and under him there are
17  company product managers and designers,
18  graphic designers.
19       Q.    Do you know any of their
20  names?
21       A.    They change frequently.  Now
22  there's a Chris Dubacheck (ph) and Tina
23  -- I don't know her last name in the
24  graphic designers.




Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

35

1        Q.    And these graphic designers
2   and individuals you named, they are
3   employed by Devon?
4        A.    They are -- they belong to
5   Devon Professional Services Group, I
6   believe.
7        Q.    And they would be the ones
8   that would design these web pages?
9        A.    Yes.
10       Q.    Now, in 2006 you worked for
11  Devon International.  Is that right?
12            MS. CALDWELL:  Object to the
13       form.
14            THE WITNESS:  2006 I work
15       for Devon International Trading.
16  BY MR. LAW:
17       Q.    Exhibit number three is
18  another document off the website.  This
19  one is from Devon International.  And
20  tell me if you need a break at any time.
21  We can stop anytime you need to.
22       A.    I believe this is another
23  company, Devon International Inc.
24       Q.    Devon International Inc.?



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

36

1        A.    Yes.
2        Q.    At some point in time Devon
3   International Inc. became Devon
4   International Trading, didn't it?
5        A.    No, different company.
6        Q.    What's Devon International
7   Inc. do?
8        A.    It focus on the packaging
9   material, mainly bottles, glass bottles.
10       Q.    Does Devon International
11  Inc. manufacture glass bottles in China
12  and import them to the U.S.?
13            MS. CALDWELL:  Object to the
14       form.
15            THE WITNESS:  We don't have
16       the factory.  We don't own a
17       factory.  Customer give us the
18       drawings, specifications, and we
19       give it to the glass factory and
20       make a bottles.
21  BY MR. LAW:
22       Q.    The specifications provided
23  by the customer to Devon are then
24  provided to the Shanghai office.  Is that



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

37

1  correct?
2        A.    Yes.
3        Q.    Is it the Shanghai office
4  that goes out and finds the factory to
5  manufacture the bottles or the products
6  to those specifications?
7        A.    Yes.
8        Q.    And in paragraph number one
9  it says Devon International is an
10 American company based in King of
11 Prussia, Pennsylvania that specializes in
12 developing relationships and sourcing and
13 manufacturing products in China.
14            What products does Devon
15 International manufacture in China?
16       MS. CALDWELL:  Same
17            objection as before.  She's not
18            offered as a corporate rep for
19            Devon International.
20       THE WITNESS:  We --
21            manufacturing, we don't own any
22            factory in China.  So -- but for
23            advertisement purpose we say
24            manufacturing, but we don't own



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

38

1        any factories there.
2  BY MR. LAW:
3        Q.    Who owns the factory where
4  the glass bottles are manufactured?
5        A.    Who owns the factory?
6        Q.    Yes, ma'am.
7        A.    A Chinese owner.  I haven't
8  seen the person.
9        Q.    The specifications that are
10 provided to Devon and then provided to
11 the Shanghai office are provided to the
12 factory to ensure that the product is
13 made to those specifications.  Is that
14 correct?
15       A.    Yes.
16       Q.    And is that what you are
17 referring to here by sourcing and
18 manufacturing products in China?
19       MS. CALDWELL:  Object to the
20            form.  She's not testifying on
21            behalf of Devon International.  So
22            when you say you, that's the basis
23            for my objection.
24       THE WITNESS:  Well, I think



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

39

1        I explained that we source and we
2  say manufacturing, but we don't --
3  we don't really manufacturing --
4  we don't really manufacture on our
5  own.
6  BY MR. LAW:
7        Q.    Who currently works for
8  Devon International?
9        A.    Well, currently we only
10 probably put two people, the two head
11 accounts under Devon International.  I'm
12 thinking Jeff Lu and Amy Lee probably
13 only two of them, but the company is not
14 very -- is not very active.
15       Q.    Who does Miss Amy Lee and
16 Jeff Lu report to?
17       A.    No one.  It's just two
18 people.  We put two people under Devon
19 International.
20       Q.    But don't they have a
21 supervisor?
22       A.    The company is not much
23 active right now.
24       Q.    The company used to be



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

40

1  active, didn't it?
2        A.    We had some bottle business.
3  We thought it could take off but it
4  didn't.
5        Q.    When you had the bottle
6  business, who did Amy Lee and Jeff Lu
7  report to?
8        A.    At that time they would talk
9  to me, but they talked to either me or
10 Dr. Bennett.
11       Q.    And the second paragraph
12 says since 2005 Devon International has
13 established expertise in a variety of
14 manufacturing sectors.  Which
15 manufacturing sectors did Devon
16 International have expertise in?
17       MS. CALDWELL:  Object to the
18            form.
19       THE WITNESS:  Well, it's an
20            advertisement way to express, but
21            for this website we wanted to
22            solicit some business for bottles
23            and maybe paper bags and the
24            package for containers, that kind

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

**41**

1      of product.
2  BY MR. LAW:
3      Q.   In 2005 Miss Amy Lee and
4  Jeff Lu would have reported to you?
5      A.   Yeah, they would talk to me,
6  yes.
7      Q.   And then you would have
8  reported to --
9      A.   Wait a minute.  It says
10  2005.  I don't know why they put 2005.
11     Q.   Why is that?
12     A.   Because Devon International
13  didn't start until 2007 or 2008.
14     Q.   You said this is an
15  advertisement?
16     A.   Yes.
17          MS. CALDWELL:  Object to the
18     form.
19          THE WITNESS:  Marketing put
20     this up.
21  BY MR. LAW:
22     Q.   To advertise to customers
23  that Devon could perform these services?
24     A.   Yes.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

**42**

1          MS. CALDWELL:  If you know,
2     Ruth.
3          THE WITNESS:  Well, I don't
4     know.  I didn't take a deep look
5     into this until now.
6  BY MR. LAW:
7      Q.   Well, you are the vice
8  president of operations for or were the
9  vice president of operations for Devon
10  International Trading.  Is that correct?
11     A.   Yeah, at the time for 2006,
12  yes.
13     Q.   And what's the purpose of
14  these advertisements that Devon puts out
15  on the Internet?
16          MS. CALDWELL:  Same
17     objection.
18          THE WITNESS:  Well, they --
19     the purpose for any sort of
20     advertisement is to get business I
21     guess.
22  BY MR. LAW:
23     Q.   Sure.  And to advertise the
24  services that Devon can provide?



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

**43**

1          MS. CALDWELL:  Object to the
2     form.
3          THE WITNESS:  Yeah.
4  BY MR. LAW:
5      Q.   Devon International Trading
6  Inc. became Devon International
7  Industries Incorporated.  Is that
8  correct?
9      A.   That's my understanding.
10     Q.   The name changed?
11     A.   Yeah.
12     Q.   Do you know when that name
13  change occurred?
14     A.   I'm not sure the exact time.
15     Q.   Just give me a year?
16     A.   Say 2007 or 2006.  Either
17  2006 or 2007.
18     Q.   At that point in time were
19  you the vice president of Devon
20  International Trading Incorporated?
21     A.   Yes.
22     Q.   And when Devon International
23  Trading Incorporated became Devon
24  International Industries Incorporated,



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

**44**

1  did you maintain your position as vice
2  president of operations?
3      A.   Yes.
4      Q.   And during that change Mr.
5  Bob Scharf was still the president,
6  wasn't he?
7      A.   Yes.
8      Q.   Exhibit number four which
9  your counsel is looking at is another
10  document off the website of Devon.  Who
11  worked for Devon Building Products?
12     A.   No one.  It's a fictitious
13  name.
14     Q.   Have you reviewed this web
15  page before?
16     A.   No.  I'm surprised that it's
17  still there.
18     Q.   Why is that?
19     A.   Because we haven't used
20  Devon Building Products for a long time.
21     Q.   Devon Building Products was
22  a name used by one of the Devon entities
23  to market building products, wasn't it?
24     A.   It was Devon International



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

45

1 trading.
2     Q.   So Devon International
3 Trading Incorporated used the name Devon
4 Building Products to market and sell its
5 building products?
6     A.   Sometimes.  I don't know.
7 It was Bob Scharf's idea that he came up
8 this name, but I don't -- I don't use it
9 much.
10    Q.   When did Mr. Scharf come up
11 with the name Devon Building Products?
12    A.   I'm not sure.
13    Q.   What was the purpose of
14 coming up with the name Devon Building
15 Products?
16    A.   I don't know.  You have to
17 ask him.
18    Q.   Looking at exhibit number
19 four it says Devon Building Products is a
20 leading supplier of building materials
21 that have been used in the construction
22 of homes and businesses across America
23 since its inception in 2002.
24         Is that when Devon Building



46

1 Products or Devon began using the name
2 Devon Building Products was in 2002?
3         MS. CALDWELL:  Object to the
4     form.
5         THE WITNESS:  No, marketing
6     put it that way, but, no, it
7     wasn't started from 2002.
8 BY MR. LAW:
9     Q.   When did Devon start using
10 the name Devon Building Products?
11    A.   Probably use it in 2005 a
12 little bit for the coil nails.
13    Q.   For the nails?
14    A.   Coil nails.
15    Q.   Coil nails.  Who was the
16 customer of Devon for the coil nails?
17    A.   Who are the customers?
18    Q.   Yes, ma'am.
19    A.   I don't know the names.  We
20 sell to Florida to Al Perna.  Some here
21 to John Perna.  And the rest are just
22 some roofers.
23    Q.   What other products did
24 Devon market under the name Devon



47

1 Building Products?
2         MS. CALDWELL:  Object to the
3     form.  When you say Devon, who are
4     you referring to, which Devon?
5         THE WITNESS:  Devon, we
6     would put this more on the
7     packaging, the shipping protecter
8     of the drywalls.  I seen that,
9     make some binders.  Other than
10    that I haven't seen this logo for
11    a while.
12 BY MR. LAW:
13    Q.   These web pages were
14 designed for marketing and advertising
15 purposes, weren't they?
16    A.   Yes.
17    Q.   And did Devon market and
18 advertise these coil nails in 2005 under
19 the trade name Devon Building Products?
20         MS. CALDWELL:  Object to the
21     form.
22         THE WITNESS:  I'm not sure
23     what we put on the box.  Sometimes
24     it's -- sometimes it's base on



48

1     customer wants to put their name.
2     Sometimes just blank.  We even
3     came up with the other names like
4     something called Eagles Nails,
5     something like that.
6 BY MR. LAW:
7     Q.   Mr. Scharf was the president
8 in '05 when these coil nails were
9 marketed under the name Devon Building
10 Products?
11    A.   Yeah, I wasn't sure how much
12 we use Devon Building Products.
13    Q.   There's some items listed on
14 Exhibit-4.  It says quality assurance at
15 our manufacturing facilities ensures your
16 confidence in our products.  And then it
17 lists Devon Building Products quality
18 plywood, fasteners, fire treated lumber,
19 windows, patio doors and drywall.  Do you
20 see that?
21    A.   Uh-huh.
22    Q.   You're going to have to say
23 yes for the court reporter.
24    A.   Yes, I'm sorry.



1     Q.    Devon International
2 manufactured and imported some windows
3 from Miami Dade County.  Is that right?
4          MS. CALDWELL:  Object to the
5     form.
6          THE WITNESS:  The hurricane
7     windows for Miami was based on
8     Miami specifications.  Because for
9     hurricane windows they have
10    specific designs that we have
11    to -- we have to be compliant.
12 BY MR. LAW:
13    Q.    Were those windows marketed
14 under the trade name Devon Building
15 Products?
16    A.    I don't think so.
17    Q.    What company -- which of
18 these Devon companies manufactured the
19 windows?
20          MS. CALDWELL:  Object to the
21     form.  Misstates previous
22     testimony.  She's already
23     testified they don't manufacture.
24          MR. LAW:  Usual



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1 stipulations.
2          MS. CALDWELL:  I know, but
3 you keep asking it.
4          MR. LAW:  I'm reading what
5     the document says.
6          MS. CALDWELL:  That she's
7     explained.
8          THE WITNESS:  Well, Devon
9     International Trading took the
10    order from Miami Wall.
11 BY MR. LAW:
12    Q.    So Devon International
13 Trading took the order from Miami Wall
14 for the manufacture of windows?
15    A.    Yeah, but we don't own the
16 window factory.  We went to a window
17 factory.
18    Q.    In China?
19    A.    In China.
20    Q.    And that's where the windows
21 were manufactured?
22    A.    Yes.
23    Q.    And then Devon took those
24 windows and put them on a ship and




Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1 imported them to the U.S.?
2    A.    Yes.
3    Q.    Those windows were
4 manufactured to specific specifications
5 of Devon's customer, weren't they?
6    A.    They are.
7    Q.    Did Devon ever test any of
8 those windows?
9    A.    No, we didn't.
10    Q.    Did the customer test them?
11    A.    Had to -- then the customer
12 tested the windows.
13    Q.    Are those the windows that
14 were involved in the litigation in which
15 you gave a deposition?
16    A.    Yes.  There was a
17 deposition, but the deposition was
18 because we did the windows but the
19 customer didn't pay.  They didn't want to
20 pay for it.  So the customer lost the
21 suit and had to pay us and also various
22 other franchise for the windows.
23    Q.    Did the customer give a
24 reason for not paying?



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1    A.    I don't know why they didn't
2 pay.
3    Q.    The coil nails we talked
4 about, did Devon International Trading
5 take the order from the customer for the
6 manufacture and importation of the coil
7 nails?
8    A.    Yeah, took -- yeah, we took
9 order from customer and place order to
10 the factory.
11    Q.    And those nails were made to
12 specific specifications of the customers?
13    A.    Yes.  Also the customers
14 when they take the coil nails they would
15 put in the nail gun and test the nails.
16    Q.    Looking at Exhibit-4, that's
17 what's referred to here as fasteners.
18 Would that be a coil nail?
19    A.    Yes, fasteners means the
20 nails.
21    Q.    We've talked about windows.
22 Let's talk about plywood.  Did Devon
23 International have a customer that placed
24 an order for plywood?



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

53

1       A.    Yes.

2       Q.    And did Devon International

3 obtain a factory in China to manufacture

4 that plywood to specific specifications?

5       A.    Yes.

6       Q.    Then Devon would put it on a

7 boat and import it to the U.S.?

8       A.    Yes.

9       Q.    All right.  Lumber on

10 Exhibit-4, did Devon take an order or

11 Devon International Trading take an order

12 from a customer for the manufacture and

13 importation of lumber?

14      A.    We didn't do fire treated

15 lumber.

16      Q.    Did you do any lumber that

17 was not fire treated?

18      A.    No.

19      Q.    Patio doors, did Devon

20 International Trading take an order for

21 the manufacture and importation of patio

22 doors for a customer?

23      A.    I think that's in the order

24 it was windows and doors.



ESQUIRE

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

54

1       Q.    Were those aluminum doors

2 and windows?

3      A.    I'm not sure.  I didn't look

4 at the material.

5      Q.    And the drywall referenced

6 on Exhibit-4, Devon took an order for

7 North Pacific for the manufacture and

8 importation of drywall.  Is that correct?

9      A.    We took order from North

10 Pacific, yeah.

11      Q.    The quality assurance

12 referred to on Exhibit-4 at the

13 manufacturing facilities, who in China

14 would have been responsible for

15 overseeing the quality assurance at the

16 manufacturing facilities?

17      A.    We -- the only thing we do

18 is we send Julian out to the facilities,

19 but he doesn't know the products.  So he

20 sees the factory, just to see their

21 location, see the people.  But this is

22 more for advertisement that we said -- I

23 don't know why we say that there, but I

24 think it's more for advertisement



ESQUIRE

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

55

1 purpose.

2      Q.    Advertising and marketing

3 that Devon has quality assurance at its

4 manufacturing facilities?

5      A.    Well, like we don't even --

6 we don't own the manufacturing

7 facilities.

8      Q.    You said Julian.  Is that

9 Julian Chu?

10      A.    Chu.

11      Q.    And Julian Chu works out of

12 the Shanghai office?

13      A.    Yes.

14      Q.    Did Mr. Chu work out of the

15 Shanghai office in 2006 when the drywall

16 was imported to the U.S.?

17      A.    Yes.

18      Q.    Who else worked out of the

19 Shanghai office during that time period?

20      A.    Salina Liu, L-I-U and Linda

21 Qu, Q-U.

22      Q.    Salina Liu and what was the

23 other one?

24      A.    Linda Qu, Q-U.



ESQUIRE

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

56

1      Q.    Would those be the three

2 individuals that you would coordinate

3 with and provide the specifications and

4 quality standards to in China?

5      A.    For drywall it was only

6 Julian.

7      Q.    Mr. Bob Scharf he went to

8 China to the factories where the drywall

9 is manufactured, didn't he?

10      A.    He did.

11      Q.    Dr. John Bennett also went

12 to China where the drywall is

13 manufactured, didn't he?

14      A.    Yes, he did, too.

15      Q.    And Mr. Chu would have been

16 living in Shanghai during the

17 manufacturing process?

18      A.    Yes, and he travels to the

19 -- between the factory and Shanghai

20 office.

21      Q.    Now, the drywall is

22 manufactured in the Shandon (ph)

23 Providence?

24      A.    Yes.



ESQUIRE

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

57

1     Q.    How far is that from Mr.

2 Chu's Shanghai office?

3     A.    Let's say if Shandon is in

4 Long Island or New York, then Shanghai is

5 like in South Carolina.

6     Q.    I'm from South Alabama so

7 that's -- so it's several hours apart.

8     A.    I don't know how much travel

9 it takes because I've never been to

10 Shandon.

11     Q.    During the manufacturing

12 process of the drywall, did Mr. Julian

13 Chu go to the factory to make sure the

14 drywall was being made in accordance with

15 North Pacific standards?

16     MS. CALDWELL:  Object to the

17     form.

18     THE WITNESS:  I don't know

19     at what point North Pacific

20     provide the quality standards.  He

21     was there to see the progress, how

22     many sheets they made.  And then

23     we send a sample to North Pacific

24     for Jay Buckley to approve.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

58

1 BY MR. LAW:

2     Q.    Do you know what size those

3 samples were?

4     A.    They are four by 12.

5     Q.    Devon never sent a full size

6 sample of the drywall to North Pacific

7 prior to manufacturing it, did they?

8     A.    We didn't need to.

9     Q.    So that's a no?

10     A.    No, we didn't.  We didn't

11 send a full sheet.

12     Q.    So three full size sheets

13 were never provided to North Pacific for

14 testing.  Is that correct?

15     A.    Not that I was aware of.  We

16 sent a small piece, but the same thing

17 that you don't need a whole sheet to test

18 the product.

19     Q.    Have you ever witnessed an

20 ASTM test performed on drywall?

21     A.    No.

22     Q.    Exhibit number five is

23 essentially the same document as exhibit

24 number four but it's from 2006.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

59

1     MS. CALDWELL:  We just

2     object.  We don't know that it's

3     from 2006.

4 BY MR. LAW:

5     Q.    If you look right under

6 where it says Devon International Group

7 and tell me what the copy write date is

8 please on exhibit number five?

9     A.    It says 2006, but I don't

10 know how you can print out in 2011 for

11 2006.

12     Q.    Have you ever used an

13 Internet archive cite?

14     A.    Oh, no.

15     Q.    Did you review this website

16 when it was created?

17     A.    I don't know when they put

18 that up because I still didn't go to

19 Devon International Group website.  I

20 don't know when they put that up.

21     Q.    The individuals we discussed

22 earlier that do the marketing and the IT

23 department you discussed, would those

24 have been the same individuals that would



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

60

1 have created exhibit number five?

2     A.    Yeah, I think Darren was

3 there at the time, Darren Bejuniak.

4     Q.    And one of his

5 responsibilities would be designing these

6 web pages for marketing purposes for

7 Devon?

8     A.    Yes.

9     Q.    Does Dr. Bennett to your

10 knowledge he's the president of --

11     A.    He's the owner.

12     Q.    He's the owner of the Devon,

13 various Devon companies?

14     A.    Right.

15     Q.    He'd be the owner of Devon

16 International Trading Incorporated?

17     A.    He was, yes.

18     Q.    He's the owner of Devon

19 International Industries Incorporated?

20     A.    Yes.

21     Q.    Is there a difference

22 between Devon Health Services Inc. and

23 Devon Medical Products that you currently

24 work for?



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

61

1      A.    Different.
2      Q.    Because they are two
3 different companies?
4      A.    Very different, yes.
5      Q.    Is Dr. Bennett the owner of
6 Devon Health Services Incorporated?
7      A.    Yes.
8      Q.    He's also the owner of Devon
9 Medical?
10      A.    Yes.
11      Q.    What does Devon Office
12 Furniture do?
13      A.    Well, they sell office
14 cubicles to my knowledge.  I'm not
15 involved in Devon Office Furniture.
16      Q.    Do you know if Devon Office
17 Furniture designs and manufactures office
18 furniture as exhibit number six says?
19           MS. CALDWELL:  Object to the
20      form.
21           THE WITNESS:  Well, I am not
22      involved in Devon Office Furniture
23      so I don't know.
24 BY MR. LAW:


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

62

1      Q.    Who would be the president
2 of Devon Office Furniture?
3      A.    I don't know.  Right now
4 could be Al Perna.
5      Q.    Al Perino (ph)?
6      A.    Al Perna.
7      Q.    Have you ever acted as a
8 liaison between a customer and the
9 Shanghai office for the manufacture and
10 importation of office furniture?
11      A.    I only had very, very little
12 involvement in the beginning, but I don't
13 know much about their operation.
14      Q.    You say in the beginning,
15 what year would that have been?
16      A.    I don't know what year they
17 started, 2009, 2009 probably.
18      Q.    How many employees work out
19 of the -- currently work out of the King
20 of Prussia office?
21      A.    How many employees in total?
22      Q.    Yes, ma'am.
23      A.    I don't have the exact
24 number, roughly 100.


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

63

1      Q.    In 2006 approximately how
2 many employees worked for these Devon
3 companies?
4      A.    I don't know.
5      Q.    Would have been roughly the
6 same number?
7      A.    Maybe more at the time.
8      Q.    More than 100?
9      A.    More than 100.
10      Q.    When did Devon International
11 Industries Incorporated, when did they
12 stop doing business?
13      A.    I don't know.  After the
14 drywall, the company didn't have much --
15 many activities.  So I don't know the
16 exact time.  They just faded off.
17      Q.    Would that have been around
18 2007, 2008?
19      A.    2007.
20      Q.    These other employees that
21 reported to you that we discussed
22 earlier, do any of those still work for
23 any of the Devon companies?
24      A.    Only Amy Lee here.


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

64

1      Q.    And does she work out of the
2 King of Prussia office?
3      A.    Yes.
4      Q.    Does she speak Chinese?
5      A.    Yes.
6      Q.    Anybody else that worked for
7 the Devon companies that speaks Chinese
8 besides yourself and Miss Lee?
9      A.    We have other new employees,
10 but they don't have any knowledge.  They
11 are fairly new in the past two years.
12      Q.    And what company do they
13 work for?
14      A.    Devon Medical Products.
15      Q.    That would be for the design
16 -- that's the company that designs and
17 manufactures medical products in China?
18      A.    Yeah, we design and we do
19 take ownership for the products.
20           MR. LAW:  I want to take a
21      quick break.
22           THE VIDEOTAPE TECHNICIAN:
23      Going off the record.  The time on
24      video is 10:34.


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

65

1                  -  -  -
2           (Whereupon, a brief recess
3      was taken.)
4                  -  -  -
5           THE VIDEOTAPE TECHNICIAN:
6      We're now back on the record.  The
7      time on video is 10:49.
8  BY MR. LAW:
9      Q.    Miss Wu, we talked about
10 Julian Chu.  Is Mr. Chu, was he a project
11 manager for Devon?
12     A.    Yes.
13     Q.    What does a project manager
14 do?
15     A.    Because he's based in
16 Shanghai, so he receive the information
17 we pass from the customer and then he
18 will start to contact various factories
19 and then see which factories can take
20 this order for us.
21     Q.    Is that what he did with
22 respect to the drywall?
23     A.    Yes.  So he coordinates with
24 the factory and we coordinate with the



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

66

1  client.
2      Q.    Let me show you exhibit
3  number seven.  There's a series of
4  E-mails between you and Mr. Scharf and
5  Jay Buckley.
6      A.    What is your question?
7      Q.    Yes, ma'am.  I was waiting
8  until you were done.
9            Was Mr. Buckley employed by
10 North Pacific?
11     A.    Yes.
12     Q.    What was his role with
13 respect to the drywall?
14     A.    He's the main contact that
15 I've seen on E-mail, but I don't know his
16 job function.
17     Q.    Did you coordinate with Mr.
18 Buckley via E-mail regarding the drywall
19 that Devon was importing for North
20 Pacific?
21     A.    Yeah, I send him some
22 E-mails.
23     Q.    And Mr. Scharf, he would
24 carbon copy you on some E-mails to Mr.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

67

1  Buckley, wouldn't he?
2      A.    Yes, Bob Scharf is our main
3  contact with Jay Buckley.
4      Q.    Was that the normal business
5  practice of Devon for Mr. Scharf to copy
6  you on some E-mails between him and his
7  customer Mr. Buckley?
8      A.    Whenever he feels
9  comfortable to copy me on the E-mail.
10     Q.    When you'd receive these
11 E-mails, you would read them, wouldn't
12 you?
13           MS. CALDWELL:  Object to the
14 form.
15           THE WITNESS:  I'm supposed
16 to read the E-mail.
17 BY MR. LAW:
18     Q.    And that's part of one of
19 your duties at Devon, isn't it?
20     A.    I would read the E-mail,
21 yeah.
22     Q.    If you look at the first
23 E-mail on the page that would be the
24 bottom one dated January 19th, 2006.  It



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

68

1  refers to Dr. Bennett visiting China.  It
2  says if product is good we will get the
3  other dom (sp).  They will make according
4  to our spec.  Do you see that?
5      A.    Where?
6      Q.    On the very bottom E-mail?
7      A.    I don't see that.
8      Q.    I apologize.  I gave you the
9  second page of mine.  Let me try to do it
10 this way.  I think I gave you the wrong
11 one.  Bear with me for a moment, please.
12           Yeah, that's correct.  The
13 very bottom E-mail here from Mr. Bob
14 Scharf to Jay Buckley and copied to you
15 on January 19th.
16     A.    I don't know what he meant.
17     Q.    Did Devon obtain
18 specifications from North Pacific to
19 provide to the Shanghai office for the
20 manufacture of the drywall?
21           MS. CALDWELL:  Object to the
22 form.
23           THE WITNESS:  The
24 specifications were provided by

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

69

```
1         Nor Pac, yeah.
2   BY MR. LAW:
3         Q.   Did Dr. Bennett and Mr.
4   Scharf go to China for the purpose of
5   finding a factory that could make the
6   drywall to these specifications?
7         A.   Not by Dr. Bennett or Bob
8   Scharf.  Julian went to find the factory.
9         Q.   When did Dr. Bennett go to
10  China?
11        A.   Before the boat shipped, I
12  don't know the exact time frame.
13        Q.   Did Bob Scharf go to China
14  to inspect some factories prior to
15  placing an order for the production of
16  the drywall?
17             MS. CALDWELL:  Object to the
18        form.
19             THE WITNESS:  Well, for Dr.
20        Bennett and Bob Scharf they went
21        -- when they went to the
22        factories, they pretty much to see
23        the environment and see who they
24        do business with and see those are
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

70

```
1         the pallets of our drywalls, but
2         they didn't do due diligence, that
3         kind of work.
4   BY MR. LAW:
5         Q.   Is that what Mr. Julian Chu
6   would have done?
7         A.   Julian, he coordinates the
8   orders, but many -- as soon as the
9   customer says the samples are good then
10  that's approval.  That's an okay from the
11  customer.
12        Q.   Would Mr. Julian Chu do the
13  due diligence on behalf of Devon?
14        A.   No.  The explanation for due
15  diligence that for vendor survey or
16  questionnaire, no.  He didn't do that.
17  He -- what he did is to see if the
18  factory at the time to see if the factory
19  has the capacity to make a boat load of
20  drywall.  That's what he did.
21        Q.   In this E-mail on the bottom
22  of the page it says they will make
23  according to our spec.  Is that the
24  specifications we've been talking about?
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

71

```
1              MS. CALDWELL:  Objection to
2         the form.  She's already answered
3         the question you asked earlier
4         about the E-mail.
5              THE WITNESS:  I think -- it
6         reads to me that Bob Scharf is
7         saying -- he say our spec he means
8         Jay Buckley's specs.  That's how I
9         read it, but you have to ask Bob.
10  BY MR. LAW:
11        Q.   And I'll ask Bob, but how
12  does Devon know which factories can make
13  the drywall to the specifications of its
14  customers?
15        A.   We don't know.  So we
16  provide the samples for the customer to
17  confirm.
18        Q.   And that's the -- what size
19  sample was provided?
20        A.   Wasn't sure the size.  I
21  don't remember.
22        Q.   If you look at the middle
23  E-mail that was copied to you from Mr.
24  Buckley to Bob Scharf.  In the middle of
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

72

```
1   the E-mail it requests a material safety
2   data sheet.  Do you know what an MSDS
3   sheet is, don't you?
4         A.   Yes.
5         Q.   And in part of -- is it one
6   of your duties at Devon to obtain
7   documents such as MSDS sheets from these
8   factories in China and provide it to the
9   customers at Devon?
10        A.   If there is an MSDS we will
11  provide.
12        Q.   And North Pacific requested
13  an MSDS sheet, didn't they?
14        A.   Yeah.  I think factory
15  provided some sort of sheet, but I never
16  look into the details because I cannot
17  understand those language.  So I have to
18  give it to Jay Buckley.
19        Q.   Was this sheet in Chinese?
20        A.   It was Chinese and English.
21        Q.   Mr. Buckley, he didn't speak
22  or read or write Chinese, did he?
23        A.   No, but I remember there was
24  some sheet in both Chinese and English
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

73

```
1   that was sent to Jay Buckley.  I wasn't
2   sure whether that was the MSDS sheet he
3   refers here.
4        Q.    But you didn't review the
5   MSDS sheet?
6        A.    No.
7        Q.    Did anybody at Devon review
8   that sheet?
9        A.    I don't think so.  We cannot
10  understand what it means on the sheet.
11       Q.    Mr. Buckley also requested a
12  letter specifying ASTM standards.  Did
13  you ever obtain such a letter?
14       A.    We did not have that letter,
15  not that I'm aware of.
16       Q.    Devon never obtained the
17  letter specifying the ASTM standards of
18  the drywall, correct?
19       A.    No.
20       Q.    Is that a correct statement?
21       A.    I don't know if there was a
22  letter saying ASTM standards.
23       Q.    You never saw one?
24       A.    No, I didn't see any to
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

74

```
1   clarify.
2        Q.    Mr. Buckley also requested
3   samples of the product and we talked
4   about that.  How many samples were
5   provided?
6        A.    I don't remember.  I know I
7   must have sent or somebody must have sent
8   samples.  We would never produce without
9   customer's approval.
10       Q.    The E-mail above, the one we
11  just discussed is from Mr. Buckley back
12  to you and Bob Scharf.  And he says that
13  he wanted five -- he meant to say five
14  boats.  Did North Pacific want to
15  purchase five boats similar in size to
16  the Sanko Rally full of drywall?
17       A.    I heard they planned to buy
18  a lot.  There were even discussion of 18
19  boats, but it never happened.  They can
20  say whatever number they think it could
21  happen.
22       Q.    And when you say boat,
23  that's a cargo ship like the Sanko Rally?
24       A.    Yes, they called bregg (sp)
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

75

```
1   bulk.
2        Q.    Why did it never happen?
3        A.    Because the first one didn't
4   go so well.
5        Q.    To your knowledge did Mr.
6   Scharf or Mr. Chu find a factory that
7   could make the drywall to the
8   specifications that North Pacific
9   requested?
10       A.    Did they find a factory?
11  Well, at the time we -- what we did is to
12  find the factory that has the capacity to
13  make the big volume in the short period
14  of time.  As far as the specs all we can
15  do is send samples for Nor Pac to
16  approve.
17       Q.    You never went to China
18  during the process of manufacturing or
19  importing drywall, did you?
20       A.    I didn't.
21       Q.    Did anybody else from Devon
22  besides Dr. Bennett and Mr. Scharf?
23       A.    No.
24       Q.    Let me show you exhibit
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

76

```
1   number eight.  There's an E-mail towards
2   the top third of the page from Mr.
3   Buckley that references the spec sheet
4   from the factory.
5        MR. ROBERTSON:  Jonathon,
6     what date is that?
7   BY MR. LAW:
8        Q.    January 22nd, 2006.  The
9   E-mail I'm going to ask you about is the
10  one dated January 20th, 2006 from you to
11  Mr. Buckley.  You reference the spec
12  sheet from the factory and a weight and
13  size of the drywall.  Is that correct?
14       A.    Yeah.  That's what it says
15  here.
16       Q.    Who at the factory did you
17  obtain the spec sheet from?
18       A.    Well, it was January 20th.
19  So I wasn't sure if that's the one that
20  made the drywall for this order, but at
21  that time we were confirming the -- how
22  many sheets per bundle so the truck can
23  handle.  There's more for logistic
24  question.
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

77

1    Q.    But you obtained a spec
2    sheet from the factory to determine this
3    information, didn't you?
4         A.    That's what I said here.
5         Q.    Did you obtain spec sheets
6    from several different factories?
7         A.    We looked for like six
8    factories in the beginning.  So I wasn't
9    sure -- I'm not sure which factory I
10   refer here.
11        Q.    And who is we?  Did somebody
12   else assist you in looking for these six
13   factories?
14        Who is waiting for the
15   decision or?
16        Q.    You said we looked for six
17   factories.  Did somebody assist you in
18   looking for these six factories?
19        A.    I'm sorry.  Can you say that
20   again?
21        Q.    Did somebody else at Devon
22   in addition to yourself look for the six
23   factories?
24        A.    Julian, yes.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

78

1    Q.    So Julian Chu would have
2    been assisting in China in locating the
3    six factories that could make it to the
4    specifications?
5         A.    Yeah, I search online.  I
6    saw some information of the factories
7    that they put online and then have Julian
8    to go talk to these factories.
9         Q.    And you obtain spec sheets
10   from some of these factories?
11        A.    Yeah, they provide samples
12   and some provide spec sheets, but I don't
13   remember that much of that process.
14        Q.    Did you maintain a record?
15   Did you keep these spec sheets?
16        A.    No.  No, I didn't.
17        Q.    What type of information
18   would they provide?
19        A.    I don't remember.  In this
20   case we were talking about the weight.
21        Q.    Weight was an issue with
22   North Pacific, wasn't it?
23        A.    Yeah, we were talking about
24   if too heavy per bundle then the truck



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

79

1    won't be able to handle it.
2         Q.    Were you and Mr. Chu looking
3    for a factory that could make the
4    drywall, manufacture it to a specific
5    weight?
6         A.    No.  It just factory provide
7    what they have, and I needed Jay Buckley
8    to say that's fine or not.
9         Q.    If you look at exhibit
10   number nine, the bottom E-mail from Mr.
11   Buckley back to you.  He says this is
12   really heavy.  We have to see how our
13   customers respond.  And he goes on to
14   describe troubles they could have if the
15   drywall is too heavy.
16        What did you and Mr. Chu do
17   to try to find a factory that could make
18   drywall that wasn't as heavy as the one
19   that you provided the spec sheet on
20   previously?
21        MS. CALDWELL:  Object to the
22   form.
23        THE WITNESS:  I didn't think
24   we make any change.  He only say



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

80

1    that so we need a smaller bundle
2    instead of putting too many sheets
3    per bundle.
4    BY MR. LAW:
5         Q.    So you make the bundle --
6    put less sheets in the bundle to make the
7    actual bundle itself weigh less?
8         MS. CALDWELL:  Object to
9    form.
10        THE WITNESS:  That's what it
11   says here.
12   BY MR. LAW:
13        Q.    And is that something that
14   Mr. Chu would have been doing on the
15   ground in China for Devon is finding --
16   coordinating with the factory to make
17   sure they put less sheets in a bundle?
18        A.    He can count.  He can count
19   how many sheets per bundle, yeah.
20        Q.    My question is was he the
21   individual on behalf of Devon on the
22   ground of the factory in China that would
23   have coordinated making sure that there
24   weren't too many sheets in the bundle?



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1    A.    Yes.
2    Q.    And that would have been one
3  of Mr. Chu's duties on behalf of Devon in
4  China?
5    A.    It wasn't too difficult.  We
6  put in -- we put in the purchase order
7  saying four by 12 by a half-inch, 68
8  sheets per bundle.  So factory just make
9  it that way.
10   Q.    And Mr. Chu would relay that
11 information to the factory in China?
12   A.    Yes.
13   Q.    Does Mr. Chu speak English?
14   A.    Yes.
15   Q.    If you look at exhibit
16 number nine for me, the next E-mail on
17 January 22nd, 2006 from Mr. Scharf.  In
18 the middle of the E-mail he says we
19 should have all spec issues put to bed.
20 And my question is what spec issues was
21 North Pacific and Devon trying to clear
22 up?
23   A.    I don't know.  It doesn't
24 spell out here what kind of issues.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1    Q.    The E-mail above it Mr.
2  Buckley again is concerned with the
3  weight and says the contractors raise a
4  lot of hell about the extra weight if it
5  gets over 55 to 60 pounds.  That's per
6  sheet, isn't it?
7    A.    I don't know.
8    Q.    Well, a bundle weighs more
9  than 55 to 60 pounds, doesn't it?
10   A.    Yeah.
11   Q.    And was it your
12 understanding that Mr. Buckley wanted the
13 actual sheets to weigh less than 60
14 pounds?
15         MS. CALDWELL:  Object to
16    form.
17         THE WITNESS:  I don't
18    remember, but -- I don't remember
19    that -- the process, but I know
20    that at the end he agreed with 68
21    sheets per bundle that he agreed
22    to.
23 BY MR. LAW:
24   Q.    Maybe I need to ask Mr.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  Scharf about the actual weight of the
2  individual sheets.
3    A.    I mean do we need to ask --
4  are you going to ask Bob Scharf about it?
5    Q.    Did Mr. Scharf coordinate
6  with Mr. Buckley more often than you did?
7    A.    Yes.
8    Q.    Did you know -- strike that.
9          Was North Pacific a customer
10 of one of the Devon companies before Mr.
11 Bob Scharf became president?
12   A.    No, I don't think so.
13   Q.    That would be a customer
14 that Mr. Bob Scharf brought to North
15 Pacific?
16   A.    Yes.
17   Q.    I'm going to show you
18 exhibit number ten.
19         MS. CALDWELL:  Jonathon, can
20    you just hand them to me.
21 BY MR. LAW:
22   Q.    And I'm going to ask you
23 about the bottom two E-mails, if you'd
24 like to read those to yourself.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1    A.    Yeah.
2    Q.    Mr. Buckley was asking Devon
3  if the drywall was zero percent
4  formaldehyde.  Was that some information
5  that you obtained from some of these spec
6  sheets that you reviewed?
7          MS. CALDWELL:  Object to the
8    form.
9  BY MR. LAW:
10   Q.    I'm referring to the bottom
11 E-mail where Mr. Buckley says --
12   A.    This paragraph?
13   Q.    Yes.  Is it zero percent
14 formaldehyde?  Need to see specification
15 sheets so we will know what the specs
16 are.
17         MS. CALDWELL:  Object to the
18    form.
19         THE WITNESS:  Well, I don't
20    know the answer for these
21    questions.
22 BY MR. LAW:
23   Q.    Well, my question to you is
24 you reviewed these spec sheets that were



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

85

```
 1  obtained from the factory and provided by
 2  Mr. Chu.
 3        A.    I didn't review it, the spec
 4  sheet.  I didn't review the details of
 5  the sheet.
 6        Q.    We talked about an MSDS
 7  sheet and a specification sheet.  And I
 8  understand that you didn't review the
 9  MSDS, but you did receive some
10  specifications from the factories from
11  Mr. Chu.  Is that correct?
12        A.    I don't know if that's from
13  the same factory.  I wrote on the other
14  E-mail that was January, but this is the
15  March.  I don't know.  I don't know if
16  it's the same spec sheet.  I don't even
17  know if the spec sheet is the same as the
18  MSDS sheet.  It could be the same sheet.
19        Q.    Well, in this E-mail of
20  March Mr. Buckley is still asking for
21  specifications and a letter on a
22  warranty, isn't he?
23              MS. CALDWELL:  Object to
24        form.
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

86

```
 1              THE WITNESS:  That's what he
 2        says here.
 3  BY MR. LAW:
 4        Q.    And did you ever review any
 5  specification sheets that mentioned the
 6  percentage of formaldehyde content?
 7        A.    I didn't.
 8        Q.    Did you and Mr. Scharf ever
 9  talk about any specifications that would
10  reference the formaldehyde content of any
11  drywall?
12        A.    No, this is the first time I
13  see this word.  I don't know what this
14  formaldehyde means.
15        Q.    Mr. Buckley is still as of
16  March 1st asking for ASTM standards on
17  the drywall, isn't he?
18              MS. CALDWELL:  Object to
19        form.
20              THE WITNESS:  That's what
21        Jay Buckley says here.
22  BY MR. LAW:
23        Q.    And the next E-mail above it
24  which was copied to Mr. Chu it's from Bob
```

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

87

```
 1  Scharf references the weight of the
 2  boards and Mr. Scharf says there is no
 3  formaldehyde.  It says this is really
 4  good stuff.
 5              Do you know where he would
 6  have gotten that information?
 7        A.    I don't know.  You have to
 8  ask Bob.
 9        Q.    If a specification sheet was
10  provided to Devon in Chinese, would you
11  have been the employee in the United
12  States that would have translated it for
13  Mr. Scharf?
14        A.    Not for the spec sheets or
15  the MSDS sheet because it's technical,
16  and we don't really have that kind of
17  knowledge to translate that.
18        Q.    You don't know where Mr.
19  Scharf got his information that the
20  drywall is really good stuff and had no
21  formaldehyde?
22              MS. CALDWELL:  Object to the
23        form.  Asked and answered.
24              THE WITNESS:  I don't know
```

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

88

```
 1        where he got the information.
 2  BY MR. LAW:
 3        Q.    But you're not -- you don't
 4  have any expertise to review the
 5  specifications and MSDS sheets and
 6  determine if the drywall was good drywall
 7  that had no formaldehyde.  Is that
 8  correct?
 9        A.    I don't.  Neither is Julian.
10        Q.    Mr. Julian Chu doesn't have
11  the expertise to review MSDS and spec
12  sheets to determine if the drywall is
13  good drywall with no formaldehyde?
14        A.    We can't -- we don't have
15  that kind of knowledge, but we pass that
16  information.  That's why we have to pass
17  the information, whatever we receive from
18  the factory to customer to confirm.
19        Q.    Well, at least as of March
20  1st when these E-mails were sent the
21  customer didn't have that information.
22  Is that correct?
23              MS. CALDWELL:  Same
24        objection.
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

89

1        THE WITNESS:  Seems that's
2    what he says here.
3 BY MR. LAW:
4    Q.    But Mr. Scharf in an E-mail
5 is giving that information on March 1st,
6 2006?
7    A.    Even if Bob Scharf said that
8 customer can -- has to have approval.
9 Can't just say by approved based on the
10 E-mails there is no formaldehyde.
11    Q.    I'm going to show you
12 exhibit number 12.
13        MR. PIPES:  John, do you
14    mind handing me the exhibits that
15    she's done with?
16 BY MR. LAW:
17    Q.    Very bottom E-mail is from
18 you to Mr. Buckley.  Were you providing
19 Mr. Buckley the size and weight and board
20 count per bundle?
21    A.    Yes.  He wanted four by 12
22 half-inch and then we find this is the
23 number we finalize and that he approved
24 the weight would be all right.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

90

1    Q.    Where did you get the
2 information that you put in this E-mail?
3    A.    Well, based on the
4 information provided by the factory, and
5 then there was another -- I think there
6 was another E-mail doing exercising on
7 different -- whether we want to mix four
8 by eight with four by 12 and then it turn
9 out Jay Buckley wanted four by 12.
10    Q.    I think that's the top
11 E-mail where it says regarding four by
12 eight and four by 12, and you said I got
13 the finalized info from the factory last
14 night.
15        Who at the factory did you
16 obtain that information from?
17    A.    This would be the Tyshon
18 (ph) at the time we already -- we should
19 already finalize with the factory.
20    Q.    And this information would
21 have come to you through Julian Chu?
22    A.    Yes.
23    Q.    Had the order been placed on
24 March 21st, 2006 when this information



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

91

1 was obtained?
2    A.    I don't know, but there's a
3 purchase order -- there's a date.  So you
4 can find out.
5    Q.    Was the -- did the
6 manufacturing process begin shortly after
7 the purchase order was placed by North
8 Pacific?
9    A.    I think so.
10    Q.    And North Pacific wanted to
11 get the drywall to the U.S. pretty
12 quickly, didn't they?
13    A.    Yes.
14    Q.    They had a sense of urgency,
15 didn't they?
16        MS. CALDWELL:  Object to the
17    form.
18        THE WITNESS:  I didn't know
19    their urgency until when the
20    boat -- until the boat arrived and
21    they say it's too late.
22 BY MR. LAW:
23    Q.    That would be when the Sanko
24 Rally arrived in China to be loaded?



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

92

1    A.    Arrived Pensacola and they
2 say it's late.  They wanted to cancel it.
3 That was -- I didn't know the urgency
4 until then.
5    Q.    North Pacific was requesting
6 the samples and ASTM test reports before
7 they would place the purchase order with
8 Devon.  Is that correct?
9    A.    That's what it says in the
10 E-mail, but I thought Jay Buckley did
11 some testing on his own.
12    Q.    To your knowledge Devon
13 never tested any of the drywall.  Is that
14 correct?
15    A.    We didn't.
16    Q.    Have you ever seen an ASTM
17 test report that pertained to the drywall
18 that was imported on the Sanko Rally?
19    A.    I didn't see an ASTM testing
20 report.  I know we didn't do it.  The
21 factory didn't do it.  I remember there
22 was two sheets that said some ASTM
23 testing data.  I don't know where those
24 two sheets came from.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

93

```
 1    Q.    And you don't know what
 2  drywall those two sheets pertain to, do
 3  you?
 4    A.    I don't know.
 5    Q.    And you don't know if it
 6  pertained to the drywall that's imported
 7  on the Sanko Rally, do you?
 8    A.    I don't know where those two
 9  sheets are from.  So I don't know if
10  that's related.
11    Q.    The drywall North Pacific
12  tested, you don't know if that's the same
13  drywall that was imported on the Sanko
14  Rally, do you?
15    A.    Well -- well -- in one of
16  the E-mail I was asking for where to send
17  the samples to.  So I might have done --
18  I might have send samples to him as being
19  five years old.
20    Q.    I understand.  But those
21  samples would have been the size that you
22  discussed earlier.  Was it four by 12?
23    A.    Not four by 12.  We wouldn't
24  be able to send that by air.  If we send
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

94

```
 1  samples, it has to be by air.
 2    Q.    It wasn't a full-size sheet
 3  in any event?
 4    A.    It wouldn't be full size.
 5    Q.    You don't know what drywall
 6  North Pacific tested, do you?
 7    A.    I don't know what, but they
 8  must have tested our samples.  I assume
 9  they did.
10    Q.    But you don't know?
11    A.    I don't know.
12    Q.    Did Mr. Buckley or anybody
13  from North Pacific ever tell you that
14  they performed an ASTM test on the
15  samples provided by Devon?
16    A.    Even if he did, he didn't
17  tell me.
18    Q.    So nobody from North Pacific
19  ever told you that they performed a test
20  on the samples provided by Devon?
21    A.    Not that I'm aware of, but
22  he gave us the okay.
23    Q.    Let me show you exhibit
24  number is 11, and if you would tell me if
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

95

```
 1  that's the proper purchase order?
 2        MR. LAW:  Did I skip an
 3        exhibit?
 4        MS. CALDWELL:  Well, you
 5        gave her 12.
 6        MR. LAW:  I must have
 7        skipped 11.
 8        MS. CALDWELL:  Well, no,
 9        here's 11.
10  BY MR. LAW:
11    Q.    If you look at number 11 for
12  me, please.
13    A.    Okay.
14    Q.    Is that the proper purchase
15  order for the drywall that was imported
16  on the Sanko Rally?
17    A.    This is -- this was the
18  purchase order.
19    Q.    And would the manufacturing
20  process have started shortly after this
21  purchase order was placed?
22    A.    It was -- it started March,
23  sometime in March or -- yeah.  March,
24  from March through April.
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103

96

```
 1    Q.    That's when the drywall was
 2  manufactured?
 3    A.    Right.
 4    Q.    Was March through April?
 5    A.    That's my understanding.
 6    Q.    Where did you obtain that
 7  information?
 8    A.    Where did I get that
 9  information?
10    Q.    Yes, ma'am?
11    A.    Because from the E-mail that
12  I can tell that the boat didn't ship
13  until May.  So it had to be manufactured
14  between March and April.
15    Q.    At the time this purchase
16  order was placed with Devon, the drywall
17  had not been tested, the ASTM test had
18  not been performed.  Is that correct?
19        MS. CALDWELL:  Object to the
20        form.
21        THE WITNESS:  I don't know.
22  BY MR. LAW:
23    Q.    Were there any other
24  purchase orders?
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103

97

1    A.    Any other purchase?

2    Q.    Devon for the drywall that's

3  imported on the Sanko Rally?

4    A.    Were there other order,

5  purchase order?

6    Q.    I'm not asking for another

7  boat.  I'm talking about for the drywall

8  that came in on the Sanko Rally.  Is this

9  the only purchase order?

10    A.    I think so.  There may be

11  some revision but same purchase order

12  number.  So it's the same order.

13    Q.    It references grade, Gypsum

14  drywall A grade.  What is A grade?

15    A.    A grade means -- well, my

16  memory is a little bit faded now, but I

17  saw in my previous deposition A grade

18  means it's not -- it's not broken.

19    Q.    Did you review your previous

20  deposition to prepare for today?

21    A.    I see that.

22    Q.    So the A grade would be

23  drywall that was imported that was not

24  broken?



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

98

1    A.    Yes.

2    Q.    The purchase order from

3  North Pacific required that the drywall

4  have a stamp on it indicating that it

5  meets or exceeds North American ASTM

6  standards.  Is that true?

7         MS. CALDWELL:  Object to the

8         form.

9         THE WITNESS:  I think that's

10         what it says.  We can tell from

11         the pictures.

12  BY MR. LAW:

13    Q.    The pictures of the actual

14  drywall itself?

15    A.    Was it on the drywall or on

16  the wrapper?  I don't think we put

17  anything on the drywall.  It was on the

18  wrapper.

19    Q.    The purchase order between

20  Devon and North Pacific required that the

21  drywall sold to North Pacific comply with

22  the North American ASTM standards.  Is

23  that correct?

24    A.    That's what it says here.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

99

1    Q.    Was that your understanding

2  that Devon was to supply North Pacific

3  with the drywall that complied with the

4  ASTM standards?

5    A.    Yes, but that's for Nor Pac

6  to verify.

7    Q.    Did anybody from North

8  Pacific ever visit, go to China when the

9  drywall was loaded on the ship and

10  brought to the U.S.?

11    A.    Not that I'm aware of.

12    Q.    To your knowledge Mr.

13  Buckley never went to China.  Is that

14  correct?

15    A.    Not during the process, no.

16    Q.    During the manufacturing

17  process he wasn't present, was he?

18    A.    He wasn't there.

19    Q.    North Pacific didn't intend

20  to test every one of the 485,000 sheets

21  of drywall, did they?

22         MS. CALDWELL:  Object to the

23         form.

24         THE WITNESS:  It's not



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

100

1         practical.

2  BY MR. LAW:

3    Q.    It would be impossible to

4  test 485,000 sheets, wouldn't it?  And

5  North Pacific was relying on Devon to

6  provide them with drywall pursuant to

7  this purchase order that complied with

8  the ASTM standards.  Is that correct?

9         MS. CALDWELL:  Object to the

10         form.

11         THE WITNESS:  Well, it's not

12         practical or possible to test

13         every sheet.  So it's the

14         standard -- the practice that we

15         would send samples out of the same

16         factory to the customer.  So --

17         and they approve that and that's

18         the same product that we -- the

19         factory were going to produce.

20  BY MR. LAW:

21    Q.    You would expect Devon to

22  provide North Pacific with drywall that

23  came out of the same production line as

24  the drywall that was tested by North



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

101

1  Pacific?
2         MS. CALDWELL:  Object to the
3     form.
4         THE WITNESS:  Well, I think
5     that's a reasonably assumption.
6  BY MR. LAW:
7     Q.    And you don't know whether
8  the drywall that was actually tested by
9  North Pacific came off the same
10 production line as the drywall that was
11 provided by Devon to North Pacific?
12    A.    I don't know if it was from
13 the same production line.
14    Q.    You don't even know if it
15 was from the same factory, do you?
16    A.    Yes.
17    Q.    You do know it was from the
18 same factory?
19    A.    Yes.
20    Q.    How do you know that?
21    A.    Well, we don't want to cheat
22 customer.  We would just -- we want to
23 make sure that the product arrives to the
24 United States the customer won't have the



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

102

1  issue that say this wasn't what they
2  ordered.
3     Q.    The drywall that North
4  Pacific tested, you never reviewed those
5  test reports, did you?
6     A.    I didn't see that.
7     Q.    And you don't know if the
8  drywall that North Pacific tested was
9  from the same factory as the drywall that
10 Devon provided to North Pacific, do you?
11    A.    Why would they test other
12 samples?  So I assume they tested the
13 samples we provided from the factory.
14    Q.    Those weren't full size
15 samples, were they, full size sheets?
16        MS. CALDWELL:  Objection to
17     the form.  Asked and answered.
18        THE WITNESS:  They are not.
19 BY MR. LAW:
20    Q.    And my question is you don't
21 have any independent knowledge, you do
22 not know if the drywall that North
23 Pacific tested came from the same factory
24 as the drywall that Devon provided to



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

103

1  North Pacific pursuant to this contract?
2         MS. CALDWELL:  Object to
3     form.  Asked and answered.
4         THE WITNESS:  No, I assume
5     it's from the same factory, yes.
6  BY MR. LAW:
7     Q.    And that's my question.  You
8  are assuming that.  You do not know that
9  the drywall --
10    A.    Well, I didn't go to China
11 to pick out the samples by myself, but my
12 understanding is it was from the same
13 factory.
14    Q.    And where did you get that
15 understanding?
16    A.    Julian send it to me.
17    Q.    Julian sent the sample to
18 you?
19    A.    Right.
20    Q.    And you sent the sample to
21 North Pacific?
22    A.    Right.
23    Q.    But you don't know if North
24 Pacific tested that sample that you



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

104

1  provided, do you?
2         MS. CALDWELL:  Object to the
3     form.  Asked and answered many
4     times.
5         THE WITNESS:  They had to.
6     I mean whether Nor Pac wants to
7     test the samples or not, they
8     approved the samples at the end so
9     we ship the product.
10 BY MR. LAW:
11    Q.    Did Mr. Buckley ever request
12 from you or from Mr. Chu or Mr. Scharf a
13 full size sheet so that these tests could
14 be performed?
15    A.    No one would take that kind
16 of air shipment for four by 12 sheet of
17 drywall.
18    Q.    Did you try to do such a
19 shipment?
20    A.    It's impossible.  To use
21 samples, small piece of sample is common
22 just like when you buy granite you don't
23 need the full size of granite to your
24 house.  You just take a small piece.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

105

1    Q.    But with your knowledge of
2  importing products from China was it not
3  possible to ship or send three full size
4  sheets to North Pacific to be tested?
5    A.    It wasn't requested by Nor
6  Pac.
7    Q.    If North Pacific tested
8  three full size sheets, it's safe to
9  assume that they came from another
10  shipment?
11    A.    There were not -- there were
12  two other small shipments to -- two in --
13  loads, but I don't know when they
14  arrived.  I don't remember when they
15  arrive.  They weren't available for Nor
16  Pac at the time to test full size, but
17  they didn't request that either.
18    Q.    But they did request via
19  Exhibit-11 that Devon provide them with
20  drywall that meets the North American
21  ASTM standards?
22    A.    It says you have to stamp
23  under the product says meets or exceeds
24  ASTM standards.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

106

1    Q.    What did Devon do to ensure
2  that the product that they were importing
3  with the stamp meets or exceeds ASTM
4  standards did in fact meet those
5  standards?
6    A.    We don't have any testing
7  knowledge or capability so we rely on Nor
8  Pac to do that.
9    Q.    So Devon independently
10  didn't do anything to ensure that the
11  drywall that was imported met the ASTM
12  standards?
13    A.    We cannot know.
14    Q.    Devon did not do anything --
15    A.    We didn't do any testing I'm
16  sure.
17    Q.    The price is 177 MSF.  What
18  does the MSF stand for?
19    A.    That's a good question.  I
20  was trying to think -- I didn't Google
21  yesterday.  It meant something like cubic
22  foot, cubic foot, but it doesn't make
23  sense if it's like metric square, feet.
24  It doesn't make sense out of that



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

107

1  abbreviation, but it's a standard convert
2  -- it's a conversion rate.
3    MS. CALDWELL:  Jonathon,
4    just so I know, this is an
5    Exhibit-9 to what deposition?
6    MR. LAW:  Exhibit-13, and
7    I've marked as Exhibit-13.  Your
8    deposition was Exhibit-9 to Mr.
9    Bob Scharf's deposition that he
10    gave in litigation involving North
11    Pacific.
12  BY MR. LAW:
13    Q.    Exhibit-13 is the North
14  Pacific purchase order general terms and
15  conditions.  Was this part of the exhibit
16  number 11 that I provided you part of the
17  purchase order with North Pacific?
18    A.    It wasn't provided.  We only
19  received this part.
20    Q.    You only received exhibit
21  number 11?
22    A.    Right.
23    Q.    You haven't reviewed
24  Exhibit-13 before?

ESQUIRE
an Alexander Gallo Company

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103

108

1    A.    Not at all.
2    Q.    Do you know if Mr. Bob
3  Scharf was provided Exhibit-13?
4    A.    Was he to provide us?
5    Q.    Was it provided to Mr. Bob
6  Scharf, do you know?
7    A.    No, he didn't have this
8  either.  Not to my knowledge.  I never
9  seen this before.
10    Q.    We've talked about some
11  products that Devon has contracted with
12  customers to manufacture and import, and
13  we talked about some coil nails earlier.
14  Did Devon issue a warranty on those coil
15  nails to its customers?
16    MS. CALDWELL:  Object to the
17    form.
18    THE WITNESS:  I don't think
19    we did.
20  BY MR. LAW:
21    Q.    What about the window that
22  was manufactured for a customer from
23  Miami Dade, did Devon provide a warranty
24  on that window?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103

109

1   MS. CALDWELL:  Object to the
2   form.
3   THE WITNESS:  I don't know.
4   I have to look at the agreement.
5   BY MR. LAW:
6   Q.   Did you and Mr. Scharf ever
7   discuss any warranties to be provided to
8   North Pacific?
9   A.   No, we didn't discuss about
10  warranty.
11  MS. CALDWELL:  Jonathon, I
12  don't know how these were
13  attached, but they are not
14  sequential, the Bates number.
15  MR. LAW:  That's fine.  It's
16  still an exhibit to Mr. Scharf's
17  deposition.
18  BY MR. LAW:
19  Q.   I'm showing you exhibit
20  number 14.  It appears to be a test
21  report that was faxed at some point in
22  time to Mr. Jay Buckley.  If you look at
23  the report itself on the second page.
24  Have you seen this report



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

110

1   before?
2   A.   Yes.
3   Q.   When did you see this
4   report?
5   A.   I'm not sure exact when.
6   That should be around March.
7   Q.   March of 2006?
8   A.   Yes.
9   Q.   Was it provided to you by
10  Mr. Chu?
11  A.   I am not sure, but I seen
12  this before.
13  Q.   Why did you review this
14  report in March of 2006?
15  A.   Well, it got this from
16  factory, but this was -- I guess I pass
17  this to Jay Buckley, but this is done in
18  Chinese facility done by the factory.
19  Q.   This is a test report on
20  some drywall, and the testing was
21  performed in China at a Chinese facility,
22  wasn't it?
23  A.   Right.
24  Q.   And you'll see at the top



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

111

1   right it pertains to drywall that as a
2   size of 8.5 millimeters?
3   A.   Yes.
4   Q.   That's not the right size of
5   the drywall that Devon imported for North
6   Pacific, is it?
7   MS. CALDWELL:  Object to the
8   form.
9   THE WITNESS:  I have to
10  convert half-inch to 8.5
11  millimeters.  I'm not sure.
12  BY MR. LAW:
13  Q.   Does 12.7 ring a bell?  12.7
14  millimeters would convert to a half-inch?
15  A.   Okay.  We can do a simple
16  calculation.
17  Q.   What do you need to do such
18  a calculation?
19  A.   I mean half-inch to a
20  millimeter, but that might make sense.
21  Is that a second page?
22  Q.   If you look at the purchase
23  order Exhibit-11, please, it references
24  the size of the drywall as 12.7



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

112

1   millimeters, the actual thickness.
2   A.   Yep.
3   Q.   That would be a half an
4   inch, wouldn't it?
5   A.   Yes.
6   Q.   And the test report that you
7   provided to Mr. Buckley, exhibit number
8   14 or page two of Exhibit-14 is for an
9   8.5 millimeter sheet, isn't it?
10  MS. CALDWELL:  Object to the
11  form.
12  THE WITNESS:  That's what it
13  says here.
14  BY MR. LAW:
15  Q.   That test report doesn't
16  pertain to the drywall that Devon
17  imported for North Pacific, does it?
18  MS. CALDWELL:  Objection.
19  THE WITNESS:  I don't know
20  because it says -- now I read it
21  it says the company -- the company
22  is not Tyshon (ph).
23  BY MR. LAW:
24  Q.   Let me ask you this:  Does



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  that test report pertain to the drywall
2  that Devon imported for North Pacific?
3      A.    I don't know.  I don't know
4  if this is for that drywall.
5      Q.    The drywall on the test
6  report which is page two to Exhibit-14 is
7  for drywall that has a thickness of 8.5
8  millimeters.  Is that correct?
9      A.    That's what it says here,
10 yes.
11     Q.    The drywall that Devon
12 imported for North Pacific was 12.7
13 millimeters?
14     A.    Yes.
15     Q.    So this test report doesn't
16 pertain to the drywall that Devon
17 imported for North Pacific?
18         MS. CALDWELL:  Object to the
19     form.  Asked and answered.
20         THE WITNESS:  Well, the
21     second page seems -- I don't know.
22     The first page there's a different
23     company and different thickness,
24     but the second page is 12.7 and


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1      it's Tyshon.
2  BY MR. LAW:
3      Q.    Where did this test report,
4  the second page, have you reviewed it
5  before?
6      A.    I seen this, but I didn't
7  look into details.
8      Q.    When did you see this test
9  report, and for the record it's Bates
10 stamp NP1073?
11     A.    This one?  I'm not sure if I
12 seen this one 1073.  I seen the ones with
13 this stamp on it, the oval stamp on it.
14 I've seen this page, this page, but I'm
15 not sure for this one, 1073, just because
16 I didn't look into details.
17     Q.    But you've seen the page
18 that's stamped NP1074 on the bottom?
19     A.    I think I saw it before.
20     Q.    When did you see that page?
21     A.    Around same time, March I
22 guess.
23     Q.    And if you look at item
24 number three it tells you the thickness


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  of the drywall that was tested on this
2  document.  And can you tell me what the
3  thickness of it was?
4      A.    This one says 8.5 plus/minus
5  .55.
6      Q.    It would be 8.5 millimeters
7  plus or minus .5?
8      A.    That's what it says here,
9  yes.
10     Q.    And that's not the size of
11 the drywall that Devon imported from
12 North Pacific, is it?
13     A.    It's not, but I don't know
14 -- I don't know the purpose why we send
15 this to Jay Buckley, but it's for him to
16 examine the test report not for me to
17 review the details.
18     Q.    I'm going to show you
19 exhibit number 15 is an E-mail from Mr.
20 Buckley.  Mr. Buckley noted that the
21 reports that were faxed to him were for
22 8.5 millimeter except for one.
23         Did Mr. Buckley request that
24 you get him another test report?


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1      A.    I don't know.  I wasn't
2  copied on this E-mail.
3      Q.    The reports that were faxed
4  to Jay Buckley that we looked at earlier,
5  did you fax those to Jay Buckley?
6      A.    I'm not sure.  Maybe Bob
7  Scharf did.  If I fax, it would have a
8  cover letter.
9      Q.    I'm going to show you
10 Exhibit-16.  Exhibit-16 at the bottom is
11 an E-mail from you to Jay Buckley, and
12 you ask him for the contact information
13 for the lab in Houston that can test
14 drywalls.  Is that correct?
15     A.    I ask him where -- yeah, I
16 asked him where I can send the samples I
17 guess.
18     Q.    On May 4th of 2006 you were
19 asking Mr. Buckley where Devon could send
20 drywall to be tested?
21     A.    I thought that was based on
22 his request to he wants me to -- he has a
23 lab to test the samples, and I'm just
24 only asking him where to send to.


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  Q.    It appears to me that you
2  are asking Mr. Buckley the contact
3  information for a lab in Houston where
4  Devon can test some drywall.  Is that
5  right?
6          MS. CALDWELL:  Object to the
7      form.  It mischaracterizes her
8      testimony.
9  BY MR. LAW:
10  Q.    At the top Mr. Buckley tells
11  you that he didn't use a regular testing
12  agency.  He called in a favor with a U.S.
13  manufacturer.  They tested it for us.
14  Don't think they would do it again.
15  Sorry.
16          You weren't sending drywall
17  to a lab to be tested for North Pacific,
18  were you?
19  A.    Well, we don't test our own
20  products because we don't have the
21  knowledge for the test reports.  And we
22  won't pay for the testing fees.  Customer
23  needs to pay for the testing fees and
24  review the report.  So in this E-mail I



Toll-Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  think I was asking Jay Buckley where he
2  wants me to sent the samples for him to
3  test where is the designated lab.
4  Q.    Mr. Buckley tells you in
5  response that he's already tested some
6  drywall, and he doesn't provide you with
7  any information.  Is that correct?
8  A.    So what?  It reads to me
9  that he already tested.
10  Q.    Why was Devon wanting to
11  send drywall to be tested at a lab in
12  Houston if Mr. Buckley already tested
13  some drywall?
14          MS. CALDWELL:  Object to the
15      form.  It mischaracterizes her
16      testimony.
17          THE WITNESS:  I don't know.
18      I don't know.  I just simply ask
19      him where he wants me to send the
20      samples to.
21  BY MR. LAW:
22  Q.    And he tells you that he's
23  already called in a favor with the U.S.
24  manufacturer.  They tested it for us and



Toll-Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  won't do it again.  Sorry.
2          Did you try to find some
3  other lab to test some drywall after he
4  told you this?
5  A.    No, I would not do that.
6  Q.    Why were you asking him for
7  the contact information for a lab where
8  he had already tested drywall for North
9  Pacific?
10          MS. CALDWELL:  Object to the
11      form.  Asked and answered.
12          THE WITNESS:  Well, I
13      thought I just said that I thought
14      I was asking him which lab or the
15      lab information that he wants me
16      to send the drywalls to.
17  BY MR. LAW:
18  Q.    But he had already tested
19  the drywall.
20          MS. CALDWELL:  Object to the
21      form.  You're arguing.
22          MR. LAW:  Makes no sense
23  whatsoever.
24          THE VIDEOTAPE TECHNICIAN:



Toll-Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  Counsel, we need to go off the
2  record.  This is the end of tape
3  number one of the deposition of
4  Ruth Wu.  Time on video is 11:47.
5          -  -  -
6          (Whereupon, a brief recess
7      was taken.)
8          -  -  -
9          THE VIDEOTAPE TECHNICIAN:
10      We're now back on the record.
11      This is the beginning of tape
12      number two of the deposition of
13      Ruth Wu.  The time on video is
14      11:55.
15  BY MR. LAW:
16  Q.    Miss Wu, the Sanko Rally
17  sailed on May 15th, 2006.  Is that right?
18  A.    That sounds about right.
19  Q.    Do you know when the drywall
20  was loaded on the boat?
21  A.    It took five days in China
22  to load on the boat.
23  Q.    It took five days to load it
24  onto the boat before the boat set sail?



Toll-Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

121

1      A.    Yes.
2      Q.    On May 4th of 2006 if you
3  look at Exhibit-16, why were you asking
4  your customer North Pacific for the
5  contact information for a lab that could
6  test drywall?
7            MS. CALDWELL:  Object to
8       form.  Asked and answered.
9            THE WITNESS:  I don't
10      remember why I ask him, but he
11      said -- I don't know why I ask
12      him.  I ask if he already tested.
13      I don't know.  I wouldn't do that
14      spontaneously by myself.  It could
15      be requested by Jay Buckley.
16 BY MR. LAW:
17      Q.    The drywall that he tells
18 you he tested with a U.S. manufacturer
19 for a favor, did you see that test
20 report?
21      A.    I didn't.
22      Q.    You don't know what drywall
23 he tested, do you?
24      A.    I don't know.  I didn't see



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

122

1  the test report.
2      Q.    You don't know what factory
3  the drywall he tested came from, do you?
4            MS. CALDWELL:  Object to the
5       form.  Asked and answered.
6            THE WITNESS:  Well, Nor Pac
7       can do whatever they want to do
8       with the samples I provided.  So I
9       wouldn't get involved in how they
10      handle their testing.
11 BY MR. LAW:
12      Q.    Well, let me ask you this
13 way:  Did you ever see any test reports
14 provided by North Pacific indicating the
15 drywall had been tested at the direction
16 of North Pacific?
17      A.    I didn't see the test
18 report.
19      Q.    So as of May 4th of 2006 you
20 don't know whether the drywall on the
21 Sanko Rally had been tested, do you?
22            MS. CALDWELL:  Object to the
23      form.  Asked and answered.
24            MR. LAW:  I haven't asked



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

123

1      her that.
2            MS. CALDWELL:  You are going
3       about the same way.  She's told
4       you exactly her understanding of
5       what occurred.
6  BY MR. LAW:
7      Q.    Let me repeat my question.
8  As of May 4th, 2006 you don't know
9  whether the drywall imported by Devon on
10 the Sanko Rally had been tested, do you?
11            MS. CALDWELL:  Object to the
12      form.
13            THE WITNESS:  Well, I send
14      the samples.  They can either test
15      it or not test it or use other
16      samples tested.  I would not have
17      knowledge of how they handled the
18      testing.
19 BY MR. LAW:
20      Q.    Did Mr. Scharf ever tell you
21 that North Pacific required three full
22 size sheets to test?
23      A.    I didn't know that.
24      Q.    You never had that



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

124

1  conversation with Mr. Scharf?
2      A.    No.
3      Q.    And you never had that
4  conversation with Mr. Buckley?
5      A.    No.
6      Q.    Exhibit-17 is a document
7  produced by Devon in this case.  If you
8  look at page two, it's pretty much all in
9  Chinese, and I have no idea what it says.
10 And I was going to ask you if you know
11 what this is.
12      A.    It says testing report for
13 -- it says here fire treated -- not fire
14 treated.  I don't know.  It says it's
15 durable for fire.  I don't know what that
16 means.  Gypsum board from Shandon Tyshon
17 Company and 2005, June 20th.
18      Q.    The company that you just
19 mentioned, was that the factory where
20 this drywall was manufactured for North
21 Pacific?
22      A.    Yes.
23      Q.    Does it appear to you that
24 exhibit number 17 is a test report



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

125

1  pertaining to some drywall manufactured
2  at that factory?
3        A.    Yes.
4        Q.    Would you turn to page two
5  for me, please?  Is that part of the test
6  report?
7        A.    Yes.
8        Q.    Does it tell you what size
9  drywall was tested?
10       A.    It doesn't say the size.  It
11 says the difference -- the differences of
12 the length, width and thickness, the
13 weight, some basic information.
14       Q.    If you look at page three,
15 please, and tell me if it tells you the
16 size in the top right-hand corner?
17       A.    Yes.
18       Q.    What size was this drywall
19 that was tested?
20       A.    15.9.
21       Q.    And there's some handwritten
22 language that says not match our size.
23 Is that your handwriting?
24       A.    No, it's not my handwriting.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

126

1        Q.    Do you know whose it is?
2        A.    No.
3        Q.    In any event, the 15.9
4  that's not the drywall that was imported
5  on the Sanko Rally, is it?
6        A.    Based on the time frame of
7  the drywall tested in this test report
8  cannot be the same drywall on the Sanko
9  Rally.
10       Q.    It's a different size also,
11 isn't it?
12       A.    Well, size can be different,
13 but the component could be the same.
14       Q.    The thickness of the drywall
15 tested on Exhibit-17 is different than
16 the thickness of the drywall imported on
17 the Sanko Rally?
18       A.    Yes.
19       Q.    Whose fax numbers is that at
20 the top of these documents?  It says
21 Devon Inc.?
22       A.    That's from Shanghai 8621 --
23 that 21 is from Shanghai.
24       Q.    Was this a document faxed




Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

127

1  from Shanghai to Devon in the United
2  States?
3        A.    Looks like it.
4        Q.    Would Mr. Chu have been the
5  one that provided this document to Devon?
6        A.    That's reasonable, yeah.
7        Q.    And did he provide it to you
8  for review?
9        A.    I wasn't sure who was the
10 first recipient.  I've seen this report
11 before, but it's not for my knowledge to
12 review the contents of the report.
13       Q.    When did you first receive
14 this report?
15       A.    If it was faxed on -- he
16 says June 7th, 2000 -- no, it can't be.
17 I think that date was mixed up.
18       Q.    The date is probably wrong?
19       A.    The fax number -- they
20 probably didn't fix the date on the fax
21 machine.
22       Q.    Would this have been around
23 the time that Devon was looking for
24 factories to manufacture drywall for



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103

128

1  North Pacific?
2        A.    Yes, when we were doing
3  drywall I saw this report.
4        Q.    Why did you obtain a copy of
5  this report from Mr. Chu in China?
6        A.    Why did I obtain it?  He
7  send it to me.  I didn't request a report
8  from him.
9        Q.    Was this to be provided to
10 Mr. Buckley or to North Pacific?
11       A.    Maybe we send it to him, but
12 I'm not sure.
13       Q.    Do you know who Fred Pond
14 is?
15       A.    Fred Pond?
16       Q.    Yes, ma'am.  Pond, P-O-N-D?
17       A.    No, I never heard --
18 P-O-N-D.  Not Kitty Pon, no.
19       Q.    I've marked exhibit number
20 18 an E-mail on the bottom from Mr.
21 Buckley to Mr. Scharf and to you
22 requesting some items.  And item number
23 four is a certificate of formaldehyde
24 omission.  And item number six is -- I'm



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103

1  sorry.  Number five is a specification
2  sheet.  It also asks for samples in item
3  number seven and the stamp on each sheet
4  it says equal to or exceeds ASTM.
5        You reviewed this E-mail
6  when you got it from Mr. Buckley, didn't
7  you?
8     A.    I was CC on it, yes.
9     Q.    Would it have been part of
10 your duties to obtain from Mr. Chu in
11 China these items that Mr. Buckley has
12 requested?
13    A.    We would try to accommodate,
14 but this is an E-mail that wasn't --
15 whatever on the purchase order that we
16 would try to accommodate.
17    Q.    Did you try to accommodate
18 Mr. Buckley and obtain the certificate of
19 formaldehyde omissions and the
20 specification sheet and the samples of
21 the product?
22    A.    No, I didn't know the term
23 formaldehyde until today.
24    Q.    So you didn't take any steps


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  to obtain any certificates of
2  formaldehyde omissions?
3     A.    I didn't.
4     Q.    We've talked about the
5  specification sheets.  Did you send some
6  pictures of some stamps on the boards to
7  Mr. Buckley telling him what each sheet
8  would say?
9     A.    I'm not sure if I did, but I
10 saw some pictures -- some pictures,
11 whatever we have in the database, but I'm
12 not sure if I send those specific
13 pictures to him.
14    Q.    Did you have any
15 communications with Mr. Buckley, E-mails
16 or phone conferences where he requested
17 that the word exceeds be added on each
18 sheet to read meets or exceeds ASTM 1396?
19    A.    I didn't talk to Jay Buckley
20 on this subject.
21    Q.    Did you talk to somebody
22 else on this subject?
23    A.    Bob Scharf mentioned that.
24 He said somewhere needs to say meets or


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  exceeds ASTM standards.
2     Q.    Mr. Scharf told you that was
3  a request of North Pacific?
4     A.    He didn't say that
5  specifically.  He'd say it needs to say
6  meets or exceeds ASTM standards.
7     Q.    Did you relay that
8  information back to China to Mr. Chu?
9     A.    I don't think I put that
10 specific purchase order.  Maybe I did.
11 If I didn't put down purchase order, then
12 later on Bob Scharf went to China and he
13 could have told the factory about the
14 stamp.
15    Q.    So it would have either been
16 relayed by you to the factory in a
17 purchase order or Mr. Scharf may have
18 told the factory directly?
19    A.    Right.
20    Q.    Is exhibit number 19 a
21 purchase order?
22        MS. CALDWELL:  Object to the
23    form.  Is it the purchase order?
24 BY MR. LAW:

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1     Q.    You said it would have been
2  on the purchase order or Mr. Scharf would
3  have relayed it.  And what I'm asking is
4  and I should have been more clear -- is
5  this the purchase order for the purchase
6  of the drywall?
7     A.    This was a confirmation from
8  Shanghai Union (ph) import/export
9  company.
10    Q.    Is there a separate document
11 that would constitute a purchase order
12 placed by Devon?
13    A.    I think there was.
14    Q.    Did you review some
15 documents to get ready for your
16 deposition today?
17    A.    I saw some E-mails and
18 pictures, yes.
19    Q.    What pictures did you look
20 at?
21    A.    I look at some pictures that
22 shows like Bob Scharf looking at the
23 piles of drywall.
24    Q.    You looked at some pictures


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

133

1   of Mr. Scharf and Dr. Bennett in China at
2   the manufacturing plant?
3          A.    When they saw -- I wasn't
4   sure it was at the factory or the port,
5   but it was pallets of drywalls.
6          Q.    And you did that getting
7   ready for your deposition today?
8          MS. CALDWELL:  Object to the
9          form.
10         THE WITNESS:  Not really
11         part of preparation because I've
12         seen those pictures before.  So
13         there's nothing new that I haven't
14         seen.
15  BY MR. LAW:
16         Q.    You saw them back around the
17  time they were taken, didn't you?
18         A.    I saw them before, yes.
19         Q.    And then you looked at them
20  again here recently?
21         A.    Not really to look at them
22  to prepare for this deposition.  Just --
23  I don't know.  Just I saw some of the
24  pictures.

134

1          Q.    And that was here recently
2   in the last couple of days?
3          A.    Yes.
4          Q.    And you looked at some
5   E-mails to get ready for your deposition.
6   Did you also read your previous
7   depositions, the two that you've given
8   before?
9          A.    Yes, I did.
10         Q.    Did you see a purchase order
11  in some documents when you were getting
12  ready for your deposition?
13         A.    I seen this.  I didn't see a
14  purchase order from me, myself.  There
15  was one, but it was also general
16  information that -- something like this,
17  this part.
18         Q.    And who would it have been
19  from?
20         A.    From Devon U.S. office,
21  Devon Trading.
22         Q.    Do you know who prepared
23  that purchase order?
24         A.    Should be me.

135

1          Q.    So what is -- Exhibit-19 is
2   a confirmation of the purchase order.  Is
3   that correct?
4          A.    Yes.
5          Q.    There's a unit price on
6   there.  It list the sheets and then has a
7   unit price.  It says U.S. D299.  Is that
8   $2.99?
9          A.    That's the cost.
10         Q.    Is that what it cost Devon
11  to manufacture the 485,044 sheets?
12         MS. CALDWELL:  Object to the
13         form.  Devon didn't manufacture.
14         THE WITNESS:  That's what we
15         paid the factory.
16  BY MR. LAW:
17         Q.    That's what it cost to have
18  the drywall produced was $2.99 per sheet?
19         A.    That's the cost of goods
20  plus other storage, ocean freight,
21  overhead expenses.
22         Q.    And I'm going to get to
23  that.  My question for purposes of
24  Exhibit-19 is the cost to produce the

136

1   actual drywall per board was $2.99?
2          A.    Correct.
3          Q.    Exhibit number 20 is an
4   E-mail.  That's an E-mail from Mr.
5   Buckley to you and Bob Scharf.  Mr.
6   Buckley is requesting a warranty letter.
7   He was requesting some sort of warranty
8   from Devon.  Is that correct?
9          MS. CALDWELL:  Object to the
10         form.
11         THE WITNESS:  I don't think
12         we ever provided any warranty
13         letter to Nor Pac.
14  BY MR. LAW:
15         Q.    One was requested by Nor
16  Pac, wasn't it?
17         A.    That's what it says here,
18  yes.
19         Q.    And Nor Pac is North
20  Pacific.  Is that right?
21         A.    Yes.
22         Q.    And Mr. Buckley requested a
23  written warranty from Devon regarding a
24  quality of the drywall.  Is that correct?






ESQUIRE
an Alexander Gallo Company
Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

137

1          MS. CALDWELL:  Object to the
2     form.
3          THE WITNESS:  I think he
4     meant the drywall need to be
5     intact not breaking because we
6     were concerned about the breakage.
7 BY MR. LAW:
8     Q.     You don't recall any
9 requests from Mr. Buckley for a warranty
10 regarding the quality of the drywall that
11 Devon was providing to North Pacific?
12     A.     No, not that I'm aware of.
13     Q.     Who is George Jackson?
14     A.     He's also from North
15 Pacific.
16     Q.     Did you have any
17 communications with Mr. Jackson regarding
18 any requested warranty from Devon?
19     A.     No, not from me.
20     Q.     Do you know if Mr. Scharf
21 did?
22     A.     I don't know.
23     Q.     Did you and Mr. Scharf ever
24 discuss the request or any request of



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

138

1 North Pacific for any type of warranty
2 regarding quality issues?
3     A.     I know we didn't issue any
4 warranty letter because impossible to
5 make sure that the drywalls won't break.
6     Q.     But did you and Mr. Scharf
7 have any communications regarding any
8 request by North Pacific for a warranty
9 regarding the quality of the drywall?
10     A.     We didn't really discuss
11 about that.
12          MR. LAW:  Let's go off the
13     record for a minute.
14          THE VIDEOTAPE TECHNICIAN:
15     Going off the record.  Time on
16     video is 12:14.
17          -  -  -
18          (Whereupon, a brief recess
19     was taken.)
20          -  -  -
21          THE VIDEOTAPE TECHNICIAN:
22     We're now back on the record.  The
23     time on video is 13:20.
24 BY MR. LAW:




Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

139

1     Q.     Miss Wu, does Devon have the
2 contact information for Jay Buckley?
3     A.     You mean a phone number?
4     Q.     Current phone number and
5 address?
6     A.     Current?
7     Q.     Yes, ma'am.
8     A.     I only have the old
9 information.  I don't know where he is or
10 what he's doing now.
11     Q.     Do you have his old contact
12 information?
13     A.     Old contact at North
14 Pacific.
15     Q.     Do you have a phone number
16 for him?
17     A.     The old phone number I
18 probably can find from the address book.
19     Q.     If could you just give
20 whatever contact information you have to
21 your attorneys I'd appreciate it.
22     A.     Okay.
23     Q.     Did you on behalf of Devon
24 obtain the shipping insurance to insure



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

140

1 the cargo on the Sanko Rally?
2     A.     In the beginning, yes.
3     Q.     But you didn't handle the
4 actual insurance claim regarding the
5 damaged cargo?
6     A.     No, I wasn't involved in the
7 claim.
8     Q.     Who on behalf of Devon would
9 have handled the insurance claim
10 regarding the damaged cargo?
11     A.     To my knowledge at that time
12 it was Galen Hawk our attorney.
13     Q.     Who did Mr. Hawk report to
14 at Devon?
15     A.     I don't know.  He's
16 attorney, I don't know who he reports to.
17     Q.     Did you gather information
18 for Mr. Hawk to provide to the insurance
19 company?
20     A.     I think I did.  I fax him
21 information.
22     Q.     Exhibit-21 is a letter from
23 you to Kevin -- I'm sorry -- to Chuck
24 Patterson regarding drywall insurance.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

141

1    A.    Yes.

2    Q.    And then at this point in
3  time April 26th of 2006 you are looking
4  for somebody, a company to insure the
5  cargo.  Is that right?

6    A.    Yes.

7    Q.    If you look at item number
8  three regarding moisture protection?

9    A.    Yes.

10    Q.    You referenced in your
11  letter in that last sentence on paragraph
12  three from factory's record it never had
13  a problem with moisture before.  Do you
14  see that?

15    A.    From factory's record it
16  never had problem with moisture before
17  that.  That's what it says.

18    Q.    What factory record are you
19  referring to?

20    A.    April 26th, I would mean
21  Tyshon.

22    Q.    And the drywall at this
23  point in time is being manufactured,
24  isn't it?


ESQUIRE
an Alexander Gallo Company
Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

142

1    A.    Yes.

2    Q.    Do you know how long it took
3  to manufacture the 400,000, approximately
4  400,000 sheets?

5    A.    Between two to four weeks.

6    Q.    Did you speak with somebody
7  at the factory or did you obtain some
8  sort of written record that informed you
9  that moisture was not a problem?

10    A.    Well, I didn't speak to
11  anyone at the factory.  I wasn't sure my
12  source for this information.

13    Q.    Why were you trying to get
14  insurance against moisture, for moisture
15  protection?  I'm referring to item number
16  three.  It says for moisture protection.

17    A.    We just didn't want the
18  drywall to get damped.

19    Q.    You didn't want the drywall
20  -- you wanted insurance in case the
21  drywall got wet?

22    A.    Right, on the water.

23    Q.    Is it bad for drywall to get
24  wet?

ESQUIRE
an Alexander Gallo Company
Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

143

1    MS. CALDWELL:  Object to the
2  form.

3    THE WITNESS:  Like number
4  four, we don't want it to get wet
5  or get broken during shipping so
6  it's more logistic concern.

7  BY MR. LAW:

8    Q.    Some got broken during
9  shipping, didn't it?

10    A.    It can break at any point.

11    Q.    Do you know whether any of
12  the drywall in the Sanko Rally got wet
13  during shipment?

14    A.    Not that I'm aware of.  I
15  know it got broken, but I didn't hear any
16  wet damage.

17    Q.    Do you know if any of it got
18  wet during the unloading process?

19    A.    I didn't hear anything.

20    Q.    Mr. Scharf, he was in
21  Pensacola during part of the unloading
22  process, wasn't he?

23    A.    Yes.

24    Q.    Did you ever go to


ESQUIRE
an Alexander Gallo Company
Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

144

1  Pensacola?

2    A.    No.

3    Q.    Did Dr. Bennett?

4    A.    He didn't either.

5    Q.    Anybody else from Devon?

6    A.    Besides Bob there was
7  another salesperson Nick Egan, E-G-A-N.

8    Q.    And who did Mr. Egan work
9  for at that time?

10    A.    He reported to Bob Scharf.

11    Q.    Did he work for one of these
12  Devon companies?

13    A.    Devon International Trading,
14  he was a salesperson.

15    Q.    He was a salesperson for
16  Devon International Trading?

17    A.    Yes.

18    Q.    Is Mr. Egan still employed
19  by Devon company?

20    A.    No, he left.

21    Q.    When did he leave?

22    A.    About two years ago.

23    Q.    Do you know where he works
24  now?


ESQUIRE
an Alexander Gallo Company
Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

145

1     A.    I'm not sure.  He's from
2  New Jersey.  He went to Boston and then I
3  don't know where he is now.
4     Q.    Why did he leave Devon?
5     A.    Because his sales number is
6  not good.  So he kind of -- Dr. Bennett
7  wasn't happy with his sales performance.
8     Q.    So he was fired?
9     A.    Yes.
10     Q.    Do you have any current
11  contact information for Mr. Egan?
12     A.    I don't have his current
13  information.  The old contact was the
14  company sales -- after he left the
15  company I don't have his contact
16  information.
17     Q.    Does Devon maintain a file
18  like a personnel file on its employees?
19     A.    I think human resources has.
20     Q.    So human resources, would
21  they have his address, his last known
22  address in the file?
23     A.    Maybe they have.  I don't
24  know.



Toll-free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

146

1     Q.    Who is in charge of human
2  resources?
3     A.    That would be Felicia Mova.
4     Q.    I'll show you exhibit number
5  22.  What is exhibit number 22?
6     A.    It's a service contract
7  between Pactrans and the Devon
8  International Trading.
9     Q.    Is this for the purpose of
10  shipping the drywall across the seas to
11  the U.S?
12     A.    Yes, correct.
13     Q.    Who at Devon negotiated this
14  contract?
15     A.    Bob and I.
16     Q.    It's dated March 30th, 2006
17  and the original port listed under item
18  number one -- is it Qingdao (ph) to
19  Mobile, Alabama.
20     A.    That's what it says here.
21     Q.    This shipment was initially
22  intended to come into the port of Mobile,
23  Alabama, wasn't it?
24     A.    There was a discussion that




Toll-free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

147

1  Nor Pac wanted the shipment to come to
2  south.  So we were looking for different
3  ports and then finally decided that it
4  would be Pensacola.
5     Q.    When was it -- who made the
6  decision to ship it into Pensacola versus
7  Mobile?
8     A.    I wasn't sure whose
9  decision, but it was more like a joint
10  decision because we chose Pensacola over
11  Mobile only because Mobile is a busy port
12  and Pensacola had the capacity to
13  accommodate the unloading at the time.
14     Q.    Did you know when the
15  decision was made to unload the cargo in
16  Pensacola, Florida versus Mobile,
17  Alabama?
18     A.    I wasn't sure the exact time
19  frame, but at some point that sales
20  confirmation says Pensacola.  The one we
21  just saw that says Pensacola.
22     Q.    The purchase order we looked
23  at earlier?
24     A.    The sales confirmation, yes.



Toll-free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

148

1     Q.    And it's dated before -- I
2  believe it's Exhibit-11.  It was dated
3  February of 2006, isn't it?
4     A.    Not this -- yes, this one
5  always says Pensacola, but I don't know
6  -- there were some revisions.  I don't
7  know if they changed the port or not.  So
8  by February -- February 8th we haven't
9  decided whether it should go to
10  Pensacola.  So this could be the later
11  revision.
12     MR. BROWN:  What exhibit are
13  you looking at?
14     MR. LAW:  Exhibit-11.
15  BY MR. LAW:
16     Q.    So there's a later revision
17  of Exhibit-11?
18     A.    I don't think they changed
19  the date, and it is the same purchase
20  order number.  I just don't think that we
21  already decided to go to Pensacola that
22  early, in early February 8th because we
23  talked about different ports.
24     Q.    So you are saying Exhibit-11



Toll-free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

149

1  may not have been prepared in February of
2  2006.  This may be a later revision.  The
3  date wasn't changed?
4        A.    Right.
5        Q.    How can we date Exhibit-11?
6        A.    February 8th is fine, but
7  they have later -- later they add the
8  destination port.
9        Q.    The material terms of
10 Exhibit-11 that being the quantity and
11 the price, did it ever change?
12       A.    Even the quantity changed
13 once.
14       Q.    That's Exhibit-11 contains
15 the final quantity and price?
16       A.    Yes.
17       Q.    The requirements in
18 Exhibit-11, the drywall meet or exceed
19 the North American standards.  Is that
20 correct, did that change?
21       A.    That part I wasn't sure if
22 it was on the first one, but I know that
23 the quantity changed after we finalized
24 the quantity.  That part I didn't notice.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

150

1        Q.    And I asked a bad question.
2  The final purchase order is in fact
3  Exhibit-11, isn't it?
4        A.    Yes.
5              MS. CALDWELL:  Since you
6        asked a bad question I won't
7        object.
8  BY MR. LAW:
9        Q.    Just make sure we're clear
10 on the record.  Exhibit 11, the date may
11 be wrong, but the other information in
12 Exhibit-11 does constitute the final
13 purchase order?
14       A.    It does, yes.
15       Q.    Was the decision made to
16 sail into Pensacola before or after the
17 ship left the harbor in China?
18       A.    I think before.
19       Q.    Exhibit-23 is a handwritten
20 note.  Is that your handwriting?
21       A.    Yes.
22       Q.    And it's dated March 28th,
23 it says Bob J. Buckley, we need to
24 increase the price from eight to 8.48.




Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

151

1  Is that from $8.00, eight U.S. dollars to
2  $8.48?
3        A.    Yes.
4        Q.    Why was the price increased
5  per sheet?
6        A.    Well, I guess -- I'm not
7  sure, but my guess is that was because we
8  pays more on the shipping and we
9  couldn't -- we couldn't sustain by $8.00.
10       Q.    So the shipping costs more
11 than originally anticipated so the price
12 went up from $8.00 and $8.48 per sheet?
13       A.    Yes.
14       Q.    Does exhibit 11 reference
15 the $8.00 or the $8.48 price per sheet?
16       A.    I have to divide this four
17 million back to 485,000 sheet and you
18 come up with number.  I don't know if
19 that's eight or 8.48.
20       Q.    Your lawyer is going to do
21 it for us.  I'll tell you what, when we
22 take a break we'll get a calculator and
23 check it.
24             Salina Lu, she works at the



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

152

1  King of Prussia office?
2        A.    No, Shanghai.
3        Q.    What was her involvement in
4  any of the manufacture and importation of
5  the drywall?
6        A.    For drywall I couldn't
7  recall her involvement.
8        Q.    Exhibit-24 is a letter from
9  you to Kitty Pon.  Who is Kitty Pon?
10       A.    She's the freight for order,
11 she booked the -- she charge the boat for
12 us.
13       Q.    She worked for Pactrans?
14       A.    Yes.
15       Q.    Via this letter Exhibit-24
16 Devon intended to cancel the contract
17 with Pactrans because the Sanko Rally was
18 incompetent to carry the cargo.  Is that
19 correct?
20       A.    We had concern on the
21 shipping.
22       Q.    And this letter is dated
23 April 29th, 2006.  This concern arose
24 before the drywall was loaded on the



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  Sanko Rally, didn't it?
2          A.      Yeah, that was before.
3          Q.      What concerns did you have
4  that prompted this letter?
5          A.      We were worried about the
6  breakage.
7          Q.      Why were you worried about
8  the breakage?
9          A.      I don't know because I
10 wasn't there to see -- even if I see the
11 boat I don't know how to determine that.
12 But -- it says we were concerned about if
13 we need to put all the drywalls on we had
14 to stack more than six levels.
15         Q.      Was the boat too small or
16 was it not the proper vessel?
17         A.      I don't think the boat was
18 too small.  It was the shape.  It wasn't
19 a box shape.
20         Q.      Did you come to that
21 conclusion yourself or did somebody bring
22 that to your attention?
23         A.      That was -- well, I heard
24 about the discussion about box vessel.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1          Q.      Where did you hear about
2  that discussion?
3          A.      It was when we were talking
4  about around that time frame so we talk
5  about what kind of boat we are going to
6  get.
7          Q.      Who is the we that you would
8  talk about what kind of boat you were
9  going to get?
10         A.      Well, Kitty Pon provided the
11 vessel information to us.
12         Q.      So you were talking with
13 Kitty Pon and you got concerns about the
14 Sanko Rally not being the proper vessel
15 to transport the cargo?
16         A.      Right.  I had that concern,
17 and then Kitty Pon and her team tried to
18 convince us that they thought this would
19 be a good vessel and they provided
20 loading plan to us.
21         Q.      So on April 29th of '06 at
22 least Devon intended to cancel the Sanko
23 Rally but ultimately ended up using the
24 Sanko Rally to import the drywall?



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1          A.      Right, because Pactrans
2  thinks the boat is good.
3          Q.      Did you convey to North
4  Pacific that another vessel may be
5  required to import the drywall?
6          A.      No, we didn't.
7          Q.      Do you know if Mr. Scharf
8  did?
9          A.      I don't know if he did.
10         Q.      Was there a concern that
11 North Pacific needed to receive the
12 drywall sooner than another vessel could
13 be provided to ship it?
14         A.      We didn't know if there was
15 another vessel available, but our
16 shipper, our freight order told us this
17 is the boat that's available at the time.
18         Q.      North Pacific wanted to get
19 the drywall quickly, didn't they?
20         A.      They did, yes.
21         Q.      You didn't have any
22 communications with Jay Buckley or
23 anybody at North Pacific regarding the
24 fact there may be a delay in getting



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  another vessel to import the drywall?
2          A.      Well, like I said earlier I
3  didn't know -- I know they wanted
4  drywall, but I didn't know they wanted it
5  so badly that they would even cancel the
6  order when the boat arrived at the
7  Pensacola port.  I didn't know until then
8  that they say, well, it's too late.  They
9  don't want the drywalls anymore.
10         Q.      Did they tell you it was too
11 late that they didn't want the drywall
12 due to the time it took to get it here or
13 because part of it was damaged?
14         A.      No, they took the good ones.
15 So I believe it was the timing, by the
16 time they already ordered from somebody
17 else also coming from different port.
18 That's my impression, but I could be
19 wrong.
20         Q.      And the time that the
21 drywall and the Sanko Rally was in
22 transit to the United States, North
23 Pacific had placed another order with
24 another company for the import of



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1   drywall, hadn't they?
2       A.   That's what I heard that
3   they also order from other companies and
4   they have other source of drywalls.
5       Q.   Do you know what other
6   companies they ordered Chinese
7   manufactured drywall from?
8       A.   I don't know.
9       Q.   Have you ever heard of a
10  company called Knauf?
11      A.   I didn't hear.  I didn't
12  know this name.
13      Q.   Today have you heard of a
14  company called Knauf?
15      A.   I only heard that name two
16  days ago from my attorneys, but before
17  that I never heard of the name.
18      Q.   So prior to two days ago you
19  never heard of a company called Knauf?
20  It's spelled K-N-A-U-F?
21      A.   Not at all.
22      Q.   Do you know the names of any
23  other distributors or importers that
24  might have manufactured drywall in the



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1   same facility where Devon obtained the
2   drywall?
3       A.   I heard there are other
4   companies buy the same drywalls from the
5   same factory, but I don't know who.
6       Q.   And how do you know that
7   there were other companies that also or
8   that manufactured drywall at the same
9   factory in China?
10         MS. CALDWELL:  Object to the
11      form.
12  BY MR. LAW:
13      Q.   I'll rephrase it.  You said
14  you heard of other companies that had
15  manufactured drywall in the same facility
16  in China.  And my question is where did
17  you get that information?
18         MS. CALDWELL:  Same
19      objection.
20         THE WITNESS:  Where I get
21      that impression?  I don't know.  I
22      don't know was it from the article
23      or that I only heard that at the
24      time there was the construction



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1      boom in the South and they needed
2      a lot of drywalls.  So people
3      different companies buying from
4      some source from China.
5   BY MR. LAW:
6      Q.   And you don't know whether
7   one of those companies was a company
8   called Knauf?
9      A.   I don't know.  I really
10  don't know this name.
11      Q.   You said maybe from the
12  articles.  Did you read an article about
13  this construction boom?
14      A.   There was a construction
15  boom in the South in Miami, and then the
16  price of drywall dropped so much because
17  it was a shortage and then it suddenly
18  become over flooded with all the drywalls
19  so the price dropped and the whole
20  construction business is down.
21      Q.   Do you know when the price
22  dropped?
23      A.   When?  Probably around 2007,
24  I guess.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1      Q.   Drywall -- the price of
2   drywall is still pretty high in the
3   summer and fall of 2006, wasn't it?
4         MS. CALDWELL:  Object to the
5      form.
6         THE WITNESS:  I cannot make
7      sure.
8   BY MR. LAW:
9      Q.   If you look at Exhibit-25
10  for me, please.
11         MS. CALDWELL:  Jonathon, can
12      you tell us where this came from?
13         MR. LAW:  Sure.  This is
14      another document out of the North
15      Pacific production.
16  BY MR. LAW:
17      Q.   And it's a two-page
18  document.  Page two refers to a survey
19  fee?
20      A.   Yes.
21      Q.   And on page one is an E-mail
22  from you to Dr. Bennett asking him to
23  approve a survey fee in China for the
24  drywall bulk shipment.  Why was Devon



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

161

1 hiring a company to survey the drywall in
2 China?
3         A.    That's for insurance purpose
4 that we want to make sure that we have a
5 surveyor to see the loading and we also
6 have a surveyor to see the unloading.
7         Q.    And were you involved in
8 obtaining the surveyor to see the loading
9 of the vessel?
10        A.    I didn't see any loading or
11 unloading.
12        Q.    Were you involved in
13 selecting the surveyor that was obtained?
14        A.    In China we used a company
15 called Intertech(ph).  Julian found that
16 surveyor.
17        Q.    And then she forwarded the
18 information to you and you requested
19 approval from Dr. Bennett to hire that
20 surveyor?
21        A.    Yes.
22        Q.    And a surveyor was also
23 obtained to survey the unloading of the
24 vessel in Pensacola.  Is that correct?



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

162

1         A.    Yes.
2         Q.    Did Devon retain the
3 surveyor or did its insurance company
4 Fireman's Fund Insurance Company retain
5 the surveyor?
6         A.    I didn't know any surveyor.
7 I think it was Fireman's Fund make a
8 recommendation, and then Mike Pate say he
9 would split the cost with Devon.
10        Q.    Was this M.H. Barry?  Was
11 that the surveyor that Mike Pate split
12 the cost with Devon to survey the
13 unloading?
14        A.    Yes.
15        Q.    There's another survey
16 company that surveyed the cargo in
17 Pensacola named Sabine Surveyors.  Have
18 you heard of them?
19        A.    No.
20        Q.    Have you ever heard of a
21 gentleman named Ken Atkinson?
22        A.    No.
23        Q.    Devon didn't retain a
24 company called Sabine Surveyors.  Is that



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

163

1 correct?
2         A.    I don't remember.  I don't
3 think we did.
4         Q.    Exhibit-24 is an E-mail from
5 you to Paul Crowley and Mike Dougherty.
6         A.    Yes.
7         Q.    Dated October 21st, 2007.
8         A.    Yes.
9         Q.    Who is Paul Crowley?
10        A.    He's our attorney.
11        Q.    He's in-house counsel for
12 Devon?
13        A.    Is he in-house or outside?
14 I think his office is outside.
15             MS. CALDWELL:  Jonathon,
16        where did this document come from?
17             MR. LAW:  This was also an
18        exhibit in Mr. Scharf's deposition
19        in the North Pacific arbitration.
20             MS. CALDWELL:  To the extent
21        we don't know if there were any
22        agreements and privileges
23        asserting it, I don't know what
24        occurred in that other litigation.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

164

1        But this is obviously
2        correspondence between Miss Wu and
3        an attorney for Devon.  So I just
4        don't know the circumstances under
5        which it was produced in the other
6        litigation, if there's any kind of
7        privilege asserted.
8             MR. LAW:  We'll clear it up.
9        Let's go off the record for a
10        minute.
11             THE VIDEOTAPE TECHNICIAN:
12        Going off the record.  The time on
13        video is 13:46.
14             -  -  -
15             (Whereupon, a brief recess
16        was taken.)
17             -  -  -
18             THE VIDEOTAPE TECHNICIAN:
19        We're now back on the record.
20        Time on video is 13:47.
21             MS. CALDWELL:  Plaintiff's
22        counsel has showed you a document
23        marked plaintiff's Exhibit-26, and
24        we just discussed, we are not



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

165

```
 1          waiving any attorney-client
 2          privilege that may be asserted in
 3          connection with this document.
 4               MR. LAW:  Fair enough.
 5     BY MR. LAW:
 6          Q.   If you look at Exhibit-26,
 7     please, that's an E-mail generated by
 8     you, isn't it?
 9          A.   Yes.
10          Q.   And you noted that you
11     reviewed Mr. Bob Scharf's expense report.
12     Do you maintain expense reports for
13     employees of Devon?
14          A.   I do review expense report,
15     but in this case for Bob Scharf I had to
16     take -- I had to take the information
17     from accounting.
18          Q.   You've referenced some
19     visits Mr. Scharf made to China.  It
20     looks like there's four of them or four
21     different trips to China on Exhibit-26.
22     Is that correct?
23          A.   Yes.
24          Q.   Can you tell me how many
```

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

166

```
 1     total days Mr. Scharf was in China from
 2     February 19th through May 14th?
 3          A.   How many days?
 4          Q.   Yes, ma'am.  I counted 31,
 5     but I was going to let you tell me.
 6          A.   Every time he goes there
 7     it's about seven to ten days.  Yeah,
 8     about seven to ten days, so 30 days is
 9     fair.
10          Q.   And this was in 2006, wasn't
11     it?
12          A.   Yes.
13          Q.   And from -- see, you told me
14     from April through May of 2006 is when
15     the drywall is manufactured?
16          A.   March and April it was
17     manufacturing and May is loading.
18          Q.   So he was there in March and
19     April while the drywall is being
20     manufactured and then went back in April
21     and May when the drywall is being loaded?
22               MS. CALDWELL:  Object to the
23          form.
24               THE WITNESS:  He was there
```

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

167

```
 1          in May for the loading.
 2     BY MR. LAW:
 3          Q.   And he was there in March
 4     and April when the drywall was being
 5     manufactured, wasn't he?
 6          A.   Yes.
 7          Q.   Do you know what -- does Mr.
 8     Scharf did he keep like a log of what he
 9     was doing when he was in China on these
10     trips?
11          A.   No, he doesn't.
12          Q.   Do you know what he was
13     doing when he was in China in March and
14     April?
15          A.   At that time we thought this
16     is a big business so he was excited.  He
17     was there, but I don't know what exactly
18     he does.
19          Q.   He would visit the factory
20     when he was there, wouldn't he?
21          A.   Yes, of course.
22          Q.   And do you know how many
23     times Dr. Bennett went to China in March
24     and April when the drywall was being
```

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

168

```
 1     manufactured?
 2          A.   I'm not sure how many times,
 3     but I know he was there at least once.  I
 4     saw the pictures once.
 5          Q.   And Dr. Bennett, he also
 6     visited the factory where the drywall was
 7     manufactured during his trip to China,
 8     didn't he?
 9          A.   Yes, he did.
10          Q.   We'll mark as exhibit number
11     28 a photograph produced by Devon.  Is
12     that Dr. Bennett at the factory in China?
13          A.   Yes.
14          Q.   That would be him standing
15     there holding those little papers under
16     his arm?
17          A.   Yes.
18          Q.   Mr. Scharf, he was in China
19     with Dr. Bennett during that visit that's
20     depicted in Exhibit-28, wasn't he?
21          A.   Yes.
22          Q.   We'll mark this as
23     Exhibit-29, another photograph.  Is that
24     Bob Scharf?  You can kind of barely see
```

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com



1  him in the corner there behind that
2  gentleman in the brown coat?
3        A.    Yes, that's Bob Scharf.
4        Q.    Who's the gentleman in the
5  brown coat?
6        A.    I don't know.
7        Q.    And that's Dr. Bennett in
8  the middle of the photograph standing by
9  the drywall, isn't it?
10        A.    Yes.
11        Q.    Exhibit-30 is a photograph
12  of two gentlemen making drywall.  Is that
13  what they are doing there in photograph
14  30?
15        A.    Yes.
16        Q.    Do you know their names?
17        A.    No, I don't know them.
18        Q.    This is -- these three
19  photographs I've just marked that's the
20  facility where the drywall is
21  manufactured, isn't it?
22        A.    Yes, at the factory.
23        Q.    Are there any other
24  factories or was it all manufactured in



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

1  one single factory?
2        A.    To my knowledge this is the
3  only factory that makes the drywall for
4  the Sanko Rally.
5        Q.    Exhibit-31 is a gentleman in
6  a black coat standing in front of some
7  drywall.  Is that Dr. Scharf?  I'm sorry,
8  Dr. Bennett?
9        A.    This is Dr. Bennett.
10        Q.    And who's the woman standing
11  to his right?
12        A.    I don't know if this was
13  Salina.  Salina may accompany him to the
14  factory.
15        Q.    Exhibit-32 is a photograph
16  of a stamp on a sheet of drywall.  You've
17  seen that photograph before, haven't you?
18        A.    Yes.
19        Q.    And the purchase order we
20  looked at earlier, Exhibit-11, North
21  Pacific required that Devon print that
22  stamp on every sheet of drywall?
23              MS. CALDWELL:  Object to the
24        form.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

1  BY MR. LAW:
2        Q.    Is that correct?
3              MS. CALDWELL:  Misstates
4        previous testimony.
5              THE WITNESS:  This was our
6        drywall, yeah.
7  BY MR. LAW:
8        Q.    If you look at Exhibit-11
9  for me, please.  North Pacific required
10  each sheet of drywall have stamped on it
11  that it meets or exceeds the North
12  American standards.  Is that correct?
13        A.    Yes.
14        Q.    Exhibit-33 is a photograph
15  of a whole bunch of drywall and if you
16  could look at it.  Whose logo is that
17  stamped on the drywall in Exhibit-33?
18              MS. CALDWELL:  Object to the
19        form.  It mischaracterizes the
20        photograph.
21  BY MR. LAW:
22        Q.    Do you see something stamped
23  on the drywall in Photograph 33?
24        A.    Yeah, it looks like it's the



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

1  Devon Building Product on the wrapper.
2        Q.    Have you seen any other
3  logos or names on any of the sheets of
4  drywall that were imported on the Sanko
5  Rally?
6        A.    Not on the sheets.
7        Q.    Exhibit-34 is a better close
8  up.  Is that a better photograph of the
9  logo stamp on the drywall as depicted in
10  Exhibit-34?
11              MS. CALDWELL:  Object to the
12        form.
13              THE WITNESS:  It says Devon
14        Building Products.
15  BY MR. LAW:
16        Q.    Is this Mr. Scharf in
17  Exhibit-35 pointing at a logo stamped on
18  the drywall that says Devon?
19        A.    Yeah, that's Bob Scharf.
20        Q.    Who made the arrangements to
21  truck or ship the drywall from the
22  factory to the Sanko Rally?
23        A.    We arranged the trucking.
24  Devon arranged the trucking.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

173

```
 1        Q.    Did you handle that or did
 2   Mr. Scharf handle it?
 3        A.    Julian.
 4        Q.    Julian Chu?
 5        A.    Yes.
 6        Q.    Mr. Scharf was present when
 7   the drywall was shipped from the
 8   production facility to the Sanko Rally,
 9   wasn't he?
10        A.    I'm sorry.  Say that again.
11        Q.    Mr. Scharf was present when
12   the drywall was shipped on these trucks
13   from the factory to the Sanko Rally?
14        A.    Yes.
15        Q.    Was Dr. Bennett present when
16   the drywall was shipped by Devon from the
17   manufacturing facility to the dock?
18        A.    No, there was only one
19   present and that was Bob Scharf.
20        Q.    Exhibit-36 is another
21   photograph.  Is that Dr. Bennett getting
22   in the truck in Exhibit-36?
23        A.    Yes.
24        Q.    Did he drive any of the
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

174

```
 1   drywall from the factory to the boat?
 2        A.    No, he didn't.  They were
 3   excited at the time.  Bob Scharf and Dr.
 4   Bennett, they were excited.  They wanted
 5   to go to China to see the big piles of
 6   drywalls and they thought that it looks
 7   magnificent.
 8        MS. CALDWELL:  Are you done
 9        with these, John?
10   BY MR. LAW:
11        Q.    Yes, ma'am.  Exhibit-37 is a
12   letter from you to somebody.  If you take
13   a moment and look at it for me.
14        A.    Yeah.  This was a letter
15   for freight broker to clear the customs
16   in the United States.
17        Q.    You noted in the letter
18   drywalls are building products made of
19   plaster from gypsum mine covered by paper
20   on the face and the back.
21        Have you ever seen drywall
22   manufactured before?
23        A.    No.
24        Q.    Where did you get this
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

175

```
 1   information from?
 2        A.    I just try my best to
 3   describe the product, what it is to the
 4   customs so that we can be ruled under the
 5   correct category and apply for the
 6   correct duty rate.
 7        Q.    To describe what drywall is
 8   as you did in Exhibit-37, did you do any
 9   research about drywall?
10        A.    Maybe I look up on Internet
11   for like to describe what it is.
12        Q.    And that's where you got
13   this information that it's a plaster from
14   a gypsum mine?
15        A.    I think I made copy from
16   Internet and try to explain what it is.
17   I don't know if it is the -- it is the
18   right way, right explanation of a
19   product.
20        Q.    You were just making a
21   general statement to customs as to what
22   gypsum is to see if it fell within one of
23   the categories so it would be exempt from
24   being taxed by the customs?
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103

176

```
 1        A.    Yes.
 2        Q.    You don't know for a fact
 3   whether or not the actual drywall on the
 4   Sanko Rally was made of plaster and came
 5   from a gypsum mine?
 6        A.    My understanding of how a
 7   gypsum board is made -- I don't know.
 8        Q.    You weren't present during
 9   the manufacturing process?
10        A.    I wasn't.
11        Q.    And you don't know whether
12   this -- the drywall on the Sanko Rally
13   came from some sort of recycled product
14   or whether it came out of a mine, do you?
15        A.    From recycled?  I don't
16   know.  I thought -- I was describing the
17   product for tax rate.  It wasn't -- that
18   wasn't for scientific analysis of what it
19   is.  It's just a general description.
20        Q.    I understand.  And I'm just
21   trying to make sure it's clear that you
22   don't know whether the actual drywall in
23   the Sanko Rally came from a gypsum mine
24   or whether it was made from some other
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103

1  type of recycled product, do you?
2          A.    I would not know.
3          Q.    Who provided you the
4  information for the actual ruling you
5  cite HTS number 6809.11?
6          A.    I found out the duty rate.
7          Q.    From these tariff schedules
8  of the United States?
9          A.    Yes.
10         Q.    I'll make those exhibit
11  number 38.  Is that your handwriting in
12  the bottom where you write gypsum board
13  and you cite the number?
14         A.    Yes, that was my
15  handwriting.  Do you have a question?
16         Q.    I think you answered it.  My
17  question was is that the document that
18  you used to come up with the numbers to
19  classify the gypsum product for customs
20  purposes?
21         A.    Yes.
22         Q.    Exhibit-39 is a survey
23  report prepared by Sabine Surveyors, and
24  you told me earlier that this was a



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  surveyor retained by Fireman's Fund
2  Insurance Company.  Is that correct.
3          MR. RUSSO:  Objection.
4  BY MR. LAW:
5          Q.    What I'm going to ask you
6  about is on the third to the last page
7  where the cargo is segregated into
8  damaged and undamaged.
9          A.    I never seen this.  I
10  thought our surveyor was the M.H., the
11  other company.
12         Q.    Right.  The M.H. Barry was
13  the surveyor that Devon and Pate,
14  Pensacola Stevedore or Mike Pate shared
15  the cost to survey the unloading of the
16  vessel.
17         A.    Yes, I never seen this.
18         MR. RUSSO:  Objection.
19  BY MR. LAW:
20         Q.    Exhibit-40 is an E-mail from
21  George Clark to Mr. Scharf and Dr.
22  Bennett and you dated September 1st of
23  2006.  Who is Mr. George Clark?
24         A.    He's the head of accounting



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  department.
2          Q.    And who does he work for?
3          A.    The accounting department
4  works for various companies.
5          Q.    So he also was the head --
6  is he the accountant for or at least at
7  this time for Devon International
8  Trading?
9          A.    Yes.
10         Q.    When I'm saying this time,
11  I'm referring to Exhibit-40.  Back in
12  September he would have been the head of
13  accounting for Devon International
14  Trading?
15         A.    Yes.
16         Q.    And he notes this thumbnail
17  sketch and references the total bundles
18  of drywall.  Then he references declared
19  to be unusable 3,760 bundles.  Do you see
20  that?
21         A.    Yes.
22         Q.    Then the bundles available
23  for sale is 3,373.
24         A.    Yes.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1          Q.    Then it notes that the
2  bundle counts have been taken from
3  current records of Ruth Wu.  Where did
4  you get this segregation of the damaged
5  -- I'm sorry -- of the unsalable versus
6  the bundles available for sale?
7          A.    There was a letter from Mike
8  Pate saying he finished the unloading and
9  how many bundles are good and how many
10  are bad, how many went to the dumpsters
11  directly.
12         Q.    Did you ever talk to anybody
13  from Fireman's Fund Insurance Company
14  regarding the segregating the unusable
15  bundles into one section of the warehouse
16  and the usable ones into another?
17         A.    I didn't.  I didn't talk to
18  Fireman's Fund.
19         Q.    You never talked to anybody
20  from Fireman's Fund?
21         A.    Not at all.
22         Q.    Would Mr. Galen Hawk have
23  likely been the gentleman that would have
24  coordinated with Fireman's Fund on the



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  insurance claim?
2          A.    He would be the person.
3          Q.    But you got this record from
4  Mike Pate?
5          A.    Yes.
6          Q.    Do you know where he got it
7  from?
8          A.    I don't know.  I thought he
9  did the job so he knows the number.
10         Q.    In any event, the unsalable
11 bundles of drywall, who took possession
12 of those?
13         A.    I don't know.  I only know
14 that we only have the title for the good
15 ones and we don't have the title for the
16 bad ones.
17         Q.    The 3,700 -- the 3,373
18 bundles that were available for sale,
19 were those the good ones that Devon kept
20 title to?
21         A.    Yes.
22         Q.    And of those 3,300 bundles
23 you sold some of them on the Internet,
24 didn't you?



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

1          A.    Yes.
2          Q.    Did you sell them on eBay?
3          A.    Yes, we did, very few.
4          Q.    What did you do -- you sold
5  them to customers besides North Pacific,
6  didn't you?
7          A.    Yes.
8          Q.    The ones that were sold on
9  the Internet --
10         A.    By you you meant Devon,
11 right?
12         Q.    Yes, ma'am.
13         MR. ROBERTSON:  Jonathon?
14         MR. LAW:  Yes, Jim.
15         MR. ROBERTSON:  Can we go
16         off the record for just a moment,
17         please, off the video for a
18         moment?
19         MR. LAW:  Let me finish my
20         line of questioning here.
21         MR. ROBERTSON:  I had an
22         objection that I just wanted to
23         make, and I didn't want to mess up
24         your video.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

1          MR. LAW:  All right.
2          THE VIDEOTAPE TECHNICIAN:
3          Going off the record.  Time on
4          video is 14:08.
5          MR. ROBERTSON:  If I could
6          have a standing objection to the
7          characterization of drywall as
8          either good or bad or usable or
9          unusable.  If I could have a
10         standing objection to the form of
11         those questions and have that
12         agreement with you, then I won't
13         make any further objection on that
14         line of questioning.
15         MR. LAW:  That's fine, Jim.
16         MR. PIPES:  And we agree
17         that an objection by one is an
18         objection by all.
19         THE VIDEOTAPE TECHNICIAN:
20         We're now back on the record.
21         Time on video is 14:09.
22 BY MR. LAW:
23         Q.    The 3,300 bundles of drywall
24 available for sale, some of that was sold



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

1  to North Pacific, wasn't it?
2          A.    Yes.
3          Q.    Can you just give me an
4  approximate number of bundles that was
5  sold to North Pacific?
6          A.    I don't have the -- I cannot
7  remember numbers, but I think it was --
8  the numbers is in the documents we
9  produced.
10         Q.    North Pacific, they knew
11 what they were getting, didn't they,
12 because you had provided them with
13 samples before the drywall came into the
14 U.S.?
15         A.    Yes.
16         Q.    Some of these other 3,300
17 bundles that were available for sale,
18 some of that was sold to a company called
19 Mazer Supply?
20         A.    Yes.
21         Q.    And some was sold to Gulf
22 Coast Shelter?
23         A.    Yes.
24         Q.    I know there were other



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1   people.  I'm just asking about the few of
2   them.  Then some of it was sold on the
3   Internet as well?
4        A.   Yes.
5        Q.   About how many bundles were
6   sold on the Internet?
7        A.   I don't know exact.  It was
8   only very few.  I would say under ten
9   truckload.
10       Q.   Truckloads, there's 476
11  sheets on a truck?
12       A.   Sounds about right.
13       Q.   About seven bundles?
14       A.   Yes.
15       Q.   And you all sold about ten
16  of those truckloads on the Internet?
17       A.   Yes.
18       Q.   Were all ten, approximately
19  ten truckloads sold through eBay?
20       A.   Less than ten truckloads.
21       Q.   Less than ten were sold
22  through eBay?
23       A.   Yes.
24       Q.   EBay didn't take title to



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1   that drywall, did they?
2        A.   No, eBay didn't.
3        Q.   You just used eBay to market
4   it and exchange information to potential
5   purchasers?
6        A.   We posted it on eBay say for
7   the buyer, interested buyers can go to
8   the port to look at the drywall and pick
9   up from there.
10       Q.   But eBay is an Internet
11  website, isn't it?
12       A.   Yes.
13       Q.   And you used eBay to pass
14  information to kind of advertise that the
15  drywall was for sale to potential
16  customers?
17       A.   Yes.
18       Q.   At no time did eBay take
19  title to any of the drywall?
20       A.   No.
21       Q.   You didn't actually --
22  strike that.
23            What did Devon do from a
24  quality control standpoint to test the



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1   drywall before it sold it to Mazer and
2   Gulf Coast Shelter and some of these
3   other purchasers that weren't provided
4   advanced samples?
5        A.   Well, we didn't do any
6   testing.  But like I said, they have to
7   come to the port, look at the product.
8   If they like, they pick up from the port.
9   We didn't make any deliveries.
10       Q.   Did you allow any of these
11  purchasers to take three full size sheets
12  with them so they could test it to see if
13  it did in fact conform with ASTM
14  standards that Devon printed on the
15  board?
16            MS. CALDWELL:  Object to the
17       form.
18            THE WITNESS:  I wasn't in
19       Pensacola so I didn't know how the
20       sales was made.
21  BY MR. LAW:
22       Q.   She didn't like my question
23  so I'm going to ask it another way.  To
24  your knowledge did Devon permit any of



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1   these purchasers to remove three full
2   size sheets of drywall to test it to
3   ensure that the AST -- that it met the
4   ASTM standard printed on the board?
5        A.   To my knowledge I didn't
6   hear anyone requested that.
7        Q.   So to your knowledge that
8   was not done?
9        A.   Right, because they didn't
10  request that they wanted to test.
11       Q.   Did Devon tell any of these
12  purchasers that they didn't have any test
13  reports that could substantiate or
14  indicate that the drywall did in fact
15  conform to the ASTM standards printed on
16  the board?
17       A.   We didn't tell them what we
18  don't have because it wasn't requested.
19       Q.   Did it ever occurred to you
20  that some of these purchasers may be
21  relying on the fact that the board says
22  it meets or exceeds the ASTM 1396?
23            MS. CALDWELL:  Object to the
24       form.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

189

1        THE WITNESS:  I cannot guess
2    what they think.
3  BY MR. LAW:
4        Q.    The 3,760 bundles that were
5    declared unusable, at some point in time
6    Devon had an opportunity to purchase
7    those back from the insurance company,
8    didn't they?
9        A.    No, I didn't know that.
10       Q.    That would be a question for
11   Mr. Hawk or Mr. Scharf?
12       A.    Yeah, I never heard about
13   that.
14       Q.    Devon kept title to the 37
15   -- I'm sorry, the 3,373 bundles?
16       A.    Correct.
17       Q.    Did Devon release title to
18   the 3,760 bundles to somebody else?
19       A.    When the customer -- my
20   belief is that when the customer takes --
21   picks up the product from the port they
22   -- the title is transferred to the
23   customer.
24       Q.    Do you know who it was

190

1  transferred to the customer from who?
2        A.    So if -- so say Mazer come
3    to pick up the drywall from the port, so
4    from the time they pick up they have the
5    title, the goods.  That's my
6    interpretation.
7        Q.    But they didn't take that
8    title from Devon?
9        A.    It's very technical.
10       Q.    I think I'm getting
11   outside -- I'm going to show you
12   Exhibit-41 and we'll move on.  Exhibit-41
13   is from Dr. Bennett to you and Mr. Clark
14   and a Peter Sinaca (ph).  Who is Peter
15   Sinaca?
16       A.    I'm not -- I know him --
17   what he represents -- I think he's from a
18   credit insurance guy or for credit or
19   finance type of person.  I wasn't sure
20   why he is copied or he's sent on this
21   E-mail.
22       Q.    Dr. Bennett noted that Nor
23   Pac is taking the undamaged portion of
24   the load and that would have been the



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

191

1  3,300 sheets that we talked about?
2        A.    That's what he says in this
3    E-mail, but he -- that's what he thinks,
4    but --
5        Q.    That didn't in fact happen,
6    did it?
7        A.    I don't think it happened.
8    Nor Pac didn't take -- on them is a
9    portion of this load.  He thought that
10   Nor Pac would take all.
11       Q.    All undamaged drywall?
12       A.    Right.
13       Q.    And that would be the 3,373
14   sheets?
15       A.    Right.
16       Q.    Did Nor Pac in fact end up
17   taking all 3,373 sheets for approximately
18   $2 million?
19       A.    You mean bundles.
20       Q.    Thank you.  Did Nor Pac
21   actually end up purchasing the 3,300
22   bundles for $2 million?
23       A.    They only took a portion of
24   it not the whole.

192

1        Q.    Did Devon end up selling the
2    remainder that North Pacific did not
3    purchase?
4        A.    So we sold to Mazer, Gulf
5    Shelter.
6        Q.    And some other --
7        A.    And some small orders.
8        Q.    And my question is was it
9    all ultimately sold, all of the 3,300
10   bundles?
11       A.    I believe it was all sold.
12   It took a while.
13       Q.    Dr. Bennett noted that he'd
14   like to meet with you -- I'm not saying
15   you.  I'm quoting from the letter.  In
16   the next two weeks before I return to
17   China.
18       Did you meet with Dr.
19   Bennett around this time before he
20   returned to China?
21       A.    I meet with him all the
22   time.  So in here he meant to me with --
23   I would say he meant to me with George
24   Clark and Peter Sinaca.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1    Q.    Do you know what he went
2  back to China for around July of 2006?
3    A.    I don't know if he did.
4    Q.    Tell me if you need a break.
5  Exhibit-42.
6         MS. CALDWELL:  42.
7  BY MR. LAW:
8    Q.    Exhibit-42 appears to be a
9  fax from you to George Johnson at North
10 Pacific.  Were you invoicing Mr. Johnson
11 at North Pacific for 229,000 sheets
12 approximately of drywall?
13   A.    Yes.
14   Q.    If you look at page two
15 there's the actual invoice and it lists
16 the quantity and then there's a price
17 listed.  Do you see that?
18   A.    Yes.
19   Q.    Was the price $8.50 per
20 sheet?
21   A.    That's what it says.
22   Q.    Was that the average price
23 that Devon was selling the undamaged, the
24 salable drywall for around this time

1  period?  That was July of 2006?
2    A.    At that time we only had one
3  buyer that was North Pacific.
4    Q.    And was that the price they
5  were paying for the drywall they were
6  purchasing in July of '06, $8.50 a sheet?
7    A.    Yeah, at that time they pay
8  for $8.50 per sheet.
9    Q.    Was that the market price at
10 least wholesale market price for drywall
11 back in July of 2006?
12   A.    I don't know the wholesale
13 price at the time.
14   Q.    Who established that price
15 of 8.50 per sheet?
16   A.    I guess that was Bob Scharf.
17   Q.    You weren't involved in
18 negotiating that price for North Pacific?
19   A.    No.
20   Q.    What was the average price
21 that Devon was -- strike that.
22         North Pacific returned some
23 of the drywall to Devon because it was
24 damaged, didn't they?

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com



1         MS. CALDWELL:  Object to the
2    form.
3         THE WITNESS:  That was in
4    the E-mail.
5  BY MR. LAW:
6    Q.    Exhibit-43 is a letter from
7  Mr. Jackson to you on August of 2006.
8    A.    Yeah, they accepted most of
9  the goods except for the small -- I
10 notice a small deduction, and he wrote
11 back because those were broken.
12   Q.    Did Devon take those sheets
13 back or did North Pacific retain the
14 broken sheets?
15   A.    I think they kept those
16 sheets.
17   Q.    They didn't pay for them,
18 did they?
19   A.    They didn't pay, but they
20 kept those.
21   Q.    And did Devon permit North
22 Pacific to deduct the -- from the
23 purchase price the amount of money for
24 the drywall that was damaged?

1    A.    We didn't permit.  We didn't
2  want to accept.  They just short pay.
3    Q.    What did Devon do about
4    that?
5    A.    Can't do anything.
6    Q.    This happened several times,
7  didn't it?
8    A.    I don't know how many.  It
9  was small, small amount.
10   Q.    But this happened on more
11 than one occasion where North Pacific
12 would deduct money for drywall that was
13 damaged in their shipment?
14   A.    I thought it was only once.
15        MS. CALDWELL:  Object to the
16    form.
17 BY MR. LAW:
18   Q.    At the top George Jackson
19 refers to an agreement with Bob Scharf
20 that Devon would cover all claims for
21 quality and this is definitely a quality
22 claim.  Were you aware of such an
23 agreement?
24   A.    I don't believe there was an

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com





Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103



1  agreement specifically discussed --
2  discussing about quality or warranty.
3        Q.    So you disagree with what
4  Mr. George Jackson says here that there
5  was an agreement with Devon that Devon
6  would cover all claims for quality?
7              MS. CALDWELL:  Object to the
8        form.
9              THE WITNESS:  There wasn't
10       any written agreement, and he can
11       say whatever he wants to say.
12 BY MR. LAW:
13       Q.    So you disagree with him?
14       A.    Yes.
15       Q.    I'm showing you Exhibit-44.
16 What is this?
17       A.    The daily pickup log
18 maintained by Mike Pate.
19             MR. PIPES:  Object to the
20       form.
21 BY MR. LAW:
22       Q.    At the top there's some
23 handwriting there.  It says Bob slash
24 Ruth I have pictures to E-mail of return

1  truck.  Which E-mail do you want me to
2  use?  Do you know whose handwriting that
3  is?
4        A.    I don't know.
5        Q.    And you'll see there's on
6  line six and line 13 it looks like some
7  drywall was returned.  Is that correct?
8        A.    Yes, that's what it says.
9        Q.    Did you get some pictures
10 E-mailed to you showing why this drywall
11 is returned?
12       A.    I didn't receive any
13 pictures.   Do you have any reason to
14 disagree with what's on this document
15 that drywall is returned on items number
16 six and number 13?
17       A.    No, it is what it says here,
18 but I didn't receive the E-mail and I
19 didn't see -- I didn't see the damage of
20 the drywall.
21             MR. LAW:  Go off the record.
22             THE VIDEOTAPE TECHNICIAN:
23       Going off the record.  The time on



1        video is 14:24.
2              -  -  -
3              (Whereupon, a brief recess
4        was taken.)
5              -  -  -
6              THE VIDEOTAPE TECHNICIAN:
7        We're now back on the record.  The
8        time on video is 14:25.
9  BY MR. LAW:
10       Q.    I understand you didn't get
11 any pictures E-mailed to you, but this
12 drywall listed in item number six and
13 number 13, those bundles, it looks like
14 35 and 77, those were returned, weren't
15 they?
16       A.    It says returned, but I
17 don't know if it was returned to the
18 location at Pate Stevedore Company.
19       Q.    Do you know why Mike Pate
20 would send you this document or did he
21 send this document to you?
22       A.    He had his -- his staff to
23 fax this pickup log to us every day.
24       Q.    Why was this pickup log

1  faxed to you every day?
2        A.    So we know how many bundles
3  were picked up out of the 3,373.
4        Q.    And when you got these
5  pickup logs, sometimes they would
6  indicate that some bundles had been
7  returned such as Exhibit-44, didn't they?
8        A.    Yeah, in that case they just
9  whoever -- are these from North Pacific?
10 They just not pay.
11       Q.    It says Orgill (ph).  Did
12 Devon sell some drywall to Orgill?
13       A.    No, not directly.  I don't
14 think that was Mazer or -- this is July
15 so it must be North Pacific's customer.
16       Q.    So some of the drywall that
17 Devon sold to North Pacific that North
18 Pacific sold to its customers was
19 returned back to Devon?
20       A.    It says returned here, but I
21 don't think any drywall were picked up
22 and returned back to the location because
23 the trucking is very expensive and it's
24 just keep the drywall and not pay for it.





Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

201

1       MR. LAW:  We're going to
2  take a five-minute break.
3       THE VIDEOTAPE TECHNICIAN:
4  Going off the record.  This is the
5  end of tape number two in the
6  deposition of Ruth Wu.  Time on
7  video is 14:27.
8            -  -  -
9       (Whereupon, a brief recess
10  was taken.)
11           -  -  -
12      THE VIDEOTAPE TECHNICIAN:
13  We're now back on the record.
14  This is the beginning of tape
15  number three in the deposition of
16  Ruth Wu.  Time on video is 14:40.
17  BY MR. LAW:
18      Q.   I'm going to show you
19  Exhibit-45.  Exhibit-45 is -- well, tell
20  me what Exhibit-45 is, please.
21      A.   I don't know when they use
22  this.  It looks like me like the form in
23  addition to this they used for the pickup
24  from the port.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

202

1       Q.   Did anybody to your
2  knowledge sell drywall off the Sanko
3  Rally to North Pacific besides Devon?
4       A.   No, not that I'm aware of.
5       Q.   There's a reference on here
6  to gypsum drywall A grade.  Does that
7  indicate that this is a bundle or a
8  shipment of drywall that was not damaged
9  or broken?
10      A.   Yeah, that's from the 3,373
11  bundles.
12      Q.   That means it came out of
13  the 3,373, the A grade reference?
14      A.   Yes.
15      Q.   And that would have been
16  drywall that Devon sold as opposed to --
17      A.   This is not Devon sold to
18  North Pacific, but this is their internal
19  documents.
20      Q.   It indicates that some of
21  the drywall was returned.  It says stock
22  turned down.  Then returned wet.
23      A.   Handwriting on it?
24      Q.   Yes, ma'am.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

203

1       A.   I didn't see this part
2  before.
3       Q.   To your knowledge did North
4  Pacific return any drywall because it was
5  wet?
6       A.   Not that I'm aware of.
7       MS. CALDWELL:  Same
8       objection.  Jonathon, this looks
9       like an -- a letter from Miss Wu
10      to Devon's in-house counsel or
11      counsel for Devon Paul Crowley.
12      We didn't produce it, so we are
13      not waiving any privilege that may
14      be attached.
15      MR. LAW:  Duly noted.
16  BY MR. LAW:
17      Q.   If you look at Exhibit-46,
18  please, there's a list of sales.  You got
19  Mazer, Gulf, Nor Pac, Sharkey, Maga,
20  Internet.  There's a few others.  Are
21  these vendors that Devon sold drywall to?
22      A.   Do I have to answer this?
23      MS. CALDWELL:  We have not
24      waived any privilege.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

204

1       THE WITNESS:  Yeah, that
2       looks like a summary of the
3       drywall we sold.
4  BY MR. LAW:
5       Q.   Did you keep track of the
6  amounts of drywall sold by Devon and who
7  it went to?
8       A.   I didn't keep a record, and
9  that was why that at the time I had to
10  get the numbers from accounting and give
11  it to Paul Crowley.
12      Q.   Somebody in accounting in
13  the normal course of business at Devon
14  would keep records of the amount of money
15  the drywall is sold for?
16      A.   We didn't keep a record
17  until Paul Crowley asked.  He requested.
18  So we provided this number, yes.
19      Q.   Who would have kept track of
20  the sales, the drywall sales and how much
21  the drywall was sold for at Devon?
22      A.   Accounting.
23      Q.   To your knowledge was this
24  -- does Exhibit-46 reference all of the



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1   drywall sales for the drywall that Devon
2   sold?
3       A.    Yes.
4       Q.    And it came out to
5   approximately $1,091,412?
6       A.    Yeah, that's the -- that was
7   the sales.
8       Q.    Do you know how much money
9   the insurance company paid, Fireman's
10  Fund Insurance Company paid Devon?
11      A.    I'm not sure.
12          MS. CALDWELL:  Jonathon, you
13      are not going to ask her anything
14      about the insurance claim, are
15      you?  Because she's not being
16      offered for that purpose.
17          MR. LAW:  I've asked her a
18      few things and records where her
19      name appears.  It's my
20      understanding you all are going to
21      tender a witness in that regard.
22      Is that correct?
23          MR. BROWN:  That's correct.
24  BY MR. LAW:

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com



1       Q.    Exhibit-47 is a fax
2   transmittal, and then there's nine plus
3   one pages that says to Bob Scharf.  And
4   you noted on here I hope these help.  And
5   it looks like a bunch of information on
6   gypsum recycling companies.  Is that
7   correct?
8       A.    This was when he was down in
9   Pensacola he asked me to look for some
10  information.
11      Q.    Did Devon contemplate
12  selling some of the broken and damaged
13  drywall to a recycling company?
14      A.    I don't know what his plan
15  was.
16          MS. CALDWELL:  Object to the
17      form.
18          THE WITNESS:  He asked me to
19      search for information, but I
20      don't think we ever sold to any
21      waste or scrapping, recycling
22      business.
23  BY MR. LAW:
24      Q.    Do you know that for a fact

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com




1   or is there somebody else I should ask
2   that question?
3       A.    I don't think we ever sold
4   to any this kind of organization or
5   company.
6       Q.    Did Mr. Scharf tell you why
7   he was requesting information on gypsum
8   recycling companies?
9       A.    I don't know why.
10      Q.    Exhibit-48 is another
11  purchase order for drywall.  This
12  purchase order is dated April 2006, and
13  it looks like at least this purchase
14  order contemplated a shipment of drywall
15  going into Savanna, Georgia?
16      A.    It is a second order.
17      Q.    Did Devon actually ship a
18  boat of 485,044 sheets of drywall to
19  Savanna, Georgia?
20      A.    No, this one we didn't ship.
21      Q.    Was this order canceled?
22      A.    It was canceled.  I don't
23  know when, but we didn't ship this order.
24      Q.    Did North Pacific cancel the

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com



1   order?
2       A.    I don't know whether they
3   canceled it or I'm not sure.
4       Q.    Do you know why the order
5   never shipped?
6       A.    I know this one was never
7   shipped.
8       Q.    Do you know why?
9       A.    I guess everyone was so busy
10  --
11          MS. CALDWELL:  Don't guess.
12      Do you know?
13          THE WITNESS:  We just want
14      to ship the first order and then
15      figure the second.
16  BY MR. LAW:
17      Q.    Was an order ever placed
18  with the factory in China for the
19  manufacture of the drywall that was
20  contemplated by Exhibit-40?
21      A.    No, it wasn't.
22      Q.    Had an order been placed
23  with the same factory have been used?
24          MS. CALDWELL:  Object to the

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com



1          form.  Calls for speculation.
2              THE WITNESS:  If they ever
3      place this order to that factory,
4      I would not know.
5  BY MR. LAW:
6      Q.    Did you talk with Mr. Chu
7  about using the same factory to place a
8  second order for drywall?
9      A.    For this order?
10     Q.    Yes, ma'am.
11     A.    If I did I don't remember.
12     Q.    Would you look at Exhibit-11
13 for me, please?  Did you prepare any
14 agreements or contracts to sell drywall
15 to some of these other companies we've
16 talked about like Mazer and Sharkey?
17     A.    No, I didn't.
18     Q.    Did you ever prepare any
19 purchase orders or invoices?
20     A.    Invoices.
21     Q.    Do you know if anybody else
22 at Devon prepared any agreements for any
23 of these other entities such as Mazer to
24 purchase drywall from Devon?


ESQUIRE
an Alexander Gallo Company

Toll-free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1      A.    Not that I'm aware of.
2      Q.    Exhibit-11, did you
3  prepare -- you reviewed that when North
4  Pacific prepared it, didn't you?
5      A.    Yes.
6      Q.    And it was sent to your
7  attention?
8      A.    I receive it in an E-mail
9  either from North Pacific directly or
10 from Bob Scharf.
11     Q.    Do you know of any written
12 contracts or agreements between North
13 Pacific and Devon besides Exhibit-11 that
14 would pertain to the purchase of drywall?
15     A.    I don't think there was any.
16     Q.    Have you seen any documents
17 that would indicate that Devon was
18 disclaiming all warranties for the
19 drywall that it intended to sell to North
20 Pacific?
21     A.    There wasn't any written
22 agreement about any warranty.
23     Q.    So you haven't seen any
24 written document that Devon was


ESQUIRE
an Alexander Gallo Company

Toll-free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  disclaiming warranties in the products
2  that it intended to sell to North
3  Pacific?
4      A.    I didn't see any.
5      Q.    Do you live in a house?
6      A.    Condo.
7      Q.    You have drywall in your
8  condo, don't you?
9      A.    Yes.
10     Q.    It's not the drywall that
11 came in on the Sanko Rally, is it?
12     A.    No.
13     Q.    When the order was placed by
14 North Pacific with Devon for the
15 manufacture and importation of drywall,
16 you knew what drywall was used for,
17 didn't you?
18     A.    For houses, yes.
19     Q.    Used in the construction of
20 residential homes like yours?
21     A.    Yes.
22     Q.    When Devon imported the
23 drywall and sold it to these various
24 vendors, you were aware that that drywall


ESQUIRE
an Alexander Gallo Company

Toll-free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  was going to end up in residential homes
2  such as my client's houses, weren't you?
3          MS. CALDWELL:  Object to the
4      form.
5          THE WITNESS:  The drywalls,
6      the purpose of the product is
7      intended for residential use or
8      commercial use.
9  BY MR. LAW:
10     Q.    And you were aware that
11 Devon intended to sell the drywall that
12 it obtained -- strike that.
13         You were aware that North
14 Pacific intended to sell the drywall that
15 it obtained from Devon to various other
16 vendors and distributors ultimately to be
17 installed in people's houses, didn't you?
18     A.    Yeah, I can see that.
19         MR. LAW:  I'm probably going
20     to have more questions, but I'm
21     going to pass the witness.
22         MS. CALDWELL:  Can we go off
23     the record?
24         THE VIDEOTAPE TECHNICIAN:

ESQUIRE
an Alexander Gallo Company

Toll-free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

213

```
1     Going off the record.  Time on
2     video is 14:53.
3                 -   -   -
4           (Whereupon, a brief recess
5     was taken.)
6                 -   -   -
7           THE VIDEOTAPE TECHNICIAN:
8     We're now back on the record.  The
9     time on video is 14:55.
10   BY MR. PIPES:
11        Q.    Miss Wu, my name is Wesley
12   Pipes.  I represent Pensacola Stevedore
13   Company Inc. and Pate Stevedore Company
14   Inc.  I'm just going to ask you some more
15   questions.
16        First of all, are you
17   familiar with Mike Pate?
18        A.    I talked to him on the phone
19   several times.
20        Q.    Did you ever meet him in
21   person?
22        A.    No.
23        Q.    What is your understanding
24   of Mr. Pate's occupation?
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

214

```
1         A.    I know that he has Pate
2     Stevedore Company, and he handles
3     unloading, charging from the goods from
4     the boat to the port.
5         Q.    From the port of Pensacola?
6         A.    Yes.
7         Q.    So you understand he's a
8     stevedore?
9         A.    Yes.
10             MS. CALDWELL:  Object to the
11        form.
12   BY MR. PIPES:
13        Q.    Did you ever meet him in
14   person?
15        A.    No, never.
16        Q.    Did you ever travel to the
17   port of Pensacola?
18        A.    I've never been to
19   Pensacola.
20        Q.    Are you the records
21   custodian for Devon International
22   Industries?
23        A.    What is custodian?
24        Q.    Well, let me tell you why
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

215

```
1    I'm asking.  You filed an affidavit in
2    support of Devon's motion to dismiss the
3    current or several of the current actions
4    for lack of jurisdiction.
5          Do you remember preparing
6    that affidavit?
7          A.    I sign -- I look at it and I
8    signed.
9          Q.    And I apologize.  I don't
10   have a copy in front of me, and I
11   apologize for that.  But one of the
12   things that was said in the affidavit is
13   that you are the records custodian for
14   Devon International Industries.
15         A.    To keep the files.
16         Q.    And Devon International
17   Industries was formally known as Devon
18   International Trading Company.  Is that
19   correct?
20         A.    Devon International
21   Industries?
22         Q.    Yes.
23         A.    Yes.
24         Q.    Now, is it okay if I just
```

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

216

```
1    refer to both of those as Devon?
2          A.    Yeah, it would be easier for
3    everyone.
4          Q.    Devon sold a lot of the
5    product that it kept after the load was
6    unloaded at the port of Pensacola to
7    North Pacific.  Is that correct?
8          A.    I'm sorry.  The question
9    again?
10         Q.    After the ship came in --
11         A.    Yes.
12         Q.    -- there was damage to the
13   load.  Is that correct?
14         A.    Yes.
15         Q.    Devon kept some of the load.
16   It kept the undamaged portion of the
17   load.  Is that correct?
18             MS. CALDWELL:  Object to the
19        form.
20             THE WITNESS:  It kept --
21        well --
22                 -   -   -
23             (Whereupon, a brief recess
24        was taken.)
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1                    - - -
2    BY MR. PIPES:
3        Q.    The ship came in.  It's your
4    understanding that the drywall suffered
5    damage in transit from China.  Is that
6    correct?
7        A.    Yes.
8        Q.    The drywall was divided into
9    damaged and undamaged.  Is that correct?
10        A.    Yes.
11                    - - -
12            (Whereupon, a brief recess
13        was taken.)
14                    - - -
15            THE VIDEOTAPE TECHNICIAN:
16        We are now back on the record.
17        The time on video is 15:35.
18    BY MR. PIPES:
19        Q.    Miss Wu, you are aware that
20    some of the sheet rock was damaged in
21    shipment from China.  Is that correct?
22        A.    Yes.
23        Q.    And after it arrived in the
24    port of Pensacola the sheet rock was


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1    divided into good sheet rock and for lack
2    of a better term bad sheet rock.  Is that
3    correct?
4        A.    Yes.
5        Q.    And Devon kept title to the
6    good sheet rock?
7        A.    Correct.
8        Q.    And then Devon sold that
9    sheet rock to various customers.  Is that
10    correct?
11        A.    Yes.
12        Q.    And for example, North
13    Pacific was one of those customers?
14        A.    Yes.
15        Q.    And then Gulf Coast Shelter?
16        A.    Yes, that's another one.
17        Q.    And Mazer Discount Home
18    Center?
19        A.    Correct.
20        Q.    And Maga, M-A-G-A, Material
21    Supply, are you familiar with that?
22        A.    I can see from this one
23    that's a very small number.
24        Q.    And you are looking at


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1    Exhibit-46.  Is that correct?
2        A.    Yes.
3        Q.    Were you familiar with those
4    sales to Gulf Coast Shelter and to Mazer
5    and Maga?
6        A.    All I did after the shipment
7    arrived was to invoice them.
8        Q.    You invoiced those
9    companies?
10        A.    Yes, based on the pickup
11    log.
12        Q.    Let me show you what I'm
13    going to mark as Exhibit-49.  What is
14    Exhibit-49?
15        A.    It's from our accounting
16    system.  It's receivable invoices.
17        Q.    If you would, please, after
18    you have a chance to look at it, please
19    tell me what Exhibit-49 is?
20        A.    It's an invoice report from
21    our accounting system.
22            MR. ROBERTSON:  Have you all
23        been going forward with the
24        deposition while we've been off


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1            the line?
2            MR. PIPES:  We have.  I
3        showed her an exhibit and asked
4        her what it was.
5            MR. RUSSO:  Just started.
6            MR. PIPES:  Just now.
7    BY MR. PIPES:
8        Q.    If you would, please,
9    describe what Exhibit-49 is.
10        A.    This is an account
11    receivable invoice history report
12    generated by our -- from our accounting
13    system.
14        Q.    And does that deal solely
15    with Gulf Coast Shelter?
16        A.    For this part only for Gulf
17    Coast Shelter.
18        Q.    And do you know where Gulf
19    Coast Shelter is located?
20        A.    Not on top of my head.
21        Q.    Do you know if they are
22    located in Alabama?
23        A.    I don't know.
24        Q.    What was the total sales if


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

221

1  you flip to the last page?
2          A.    530,740.
3          Q.    To Gulf Coast Shelter?
4          A.    Yes, that's what it says.
5          Q.    Thank you.  I'm going to
6  show you what I'm going to mark as
7  Exhibit-50.  After you have a chance to
8  look at it, please let me know what
9  Exhibit-50 is.
10         A.    It's an invoice from Devon
11 International Trading to Mazer.
12         Q.    Where is Mazer located?
13         A.    It says Birmingham, Alabama.
14         Q.    And how much -- what were
15 the total sales to Mazer?
16         A.    This one here on this
17 invoice is 42,840.
18         Q.    Were there other invoices to
19 Mazer?
20         A.    Well, attached to this
21 document it looks like in total there was
22 294,426.
23         Q.    To Mazer?
24         A.    To Mazer.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

222

1          Q.    Will you agree with me that
2  Devon sold this sheet rock to customers
3  in Alabama?
4                MS. CALDWELL:  Object to the
5          form.
6                THE WITNESS:  Well, in that
7          invoice it says to Mazer.  We bill
8          to Alabama.  They have different
9          locations.
10 BY MR. PIPES:
11         Q.    Mazer has different
12 locations?
13         A.    I don't know.  A lot of them
14 have different locations.  So I bill -- I
15 send the invoice to Alabama.  I don't
16 know where they sell the drywalls to.
17         Q.    Do you know where it was
18 delivered?
19         A.    Because all the customers
20 came to the port to pick up from
21 Pensacola, I have no knowledge where they
22 sell their drywalls to.
23         Q.    What about Gulf Coast
24 Shelter?



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

223

1          A.    Gulf Coast Shelter the same
2  thing that I send invoice to them and
3  they came to Pensacola to pick up, but I
4  don't know where they sell to.
5          Q.    Will you agree with me that
6  some of this -- some of the good sheet
7  rock that was kept by Devon was sold to
8  people ultimately in Alabama?
9          A.    Could be, but I don't know
10 because they came to pick up and I
11 invoice to their headquarters.
12         Q.    Who would be in a better
13 position at Devon to know that other than
14 yourself?
15         A.    I don't think anybody would
16 know because we didn't track down where
17 those drywall after they leave the port.
18 So I was told to invoice those
19 headquarters, but we don't know where and
20 who they sell to.
21         Q.    Okay.  Do you have any
22 knowledge of the insurance claim filed by
23 Devon with regard to the damaged sheet
24 rock?



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

224

1          A.    No, I wasn't involved in the
2  insurance claim.
3          Q.    Do you know who was involved
4  in the insurance claim?
5          A.    It was Galen Hawk.
6          Q.    Anybody else?
7          A.    Not that I'm aware of.
8          Q.    Are you aware that Galen
9  Hawk is an attorney?
10         A.    Yes.
11         Q.    Do you know of anyone who
12 worked directly for Devon?  In other
13 words, was it a Devon employee who would
14 know about the insurance claim?
15         A.    I don't think anyone was
16 directly involved.  I don't know.  I
17 don't know who was involved.
18         Q.    Who was supposed to pay the
19 Stevedores for their services in relation
20 to unloading the ship?
21         A.    To pay Stevedore, Devon,
22 Devon International Trading paid Pate
23 Stevedore.
24         Q.    Let me show you what we're



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

```
 1   going to mark as Exhibit-51.  Is that an
 2   E-mail from you to John Bennett and
 3   Robert Scharf?
 4        A.    Yes.
 5        Q.    Who is Kevin Sugg?
 6        A.    He's right there.
 7        Q.    He's here with us.  In-house
 8   counsel?
 9        A.    Yes.
10        Q.    And you're telling John
11   Bennett, Robert Scharf and Kevin Sugg
12   about a conversation you had with Mike
13   Pate in this E-mail?
14        A.    Yes.
15        Q.    And if you look down at the
16   bottom almost to the end there's a
17   statement he says his family has been
18   doing this for 90 years.  Do you see
19   that?
20        A.    Yes.
21        Q.    Do you see the sentence that
22   says he doesn't believe in Kitty Pon.  I
23   told him that he has to believe in us
24   because we are the company who will pay
```



Toll free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

```
 1   the bill?
 2        A.    Yes.
 3        Q.    Did I read that correctly?
 4        A.    Yes.
 5        Q.    And you did tell him that
 6   Devon would pay his bill?
 7        A.    Yes.
 8        Q.    Are you aware that after the
 9   ship was unloaded he didn't receive all
10   of his payments?
11        MS. CALDWELL:  Object to the
12        form.  Who are you talking about?
13   BY MR. PIPES:
14        Q.    Let me rephrase.  Are you
15   aware that after July 2006 after the
16   ship, after the Sanko Rally had been
17   unloaded, there was still outstanding
18   Stevedoring bills?
19        A.    I only knew that we made
20   several payments.  I wasn't aware of the
21   -- if we still owe Pate Stevedore
22   anything.  I thought we paid all.
23        Q.    Let me show you what I'm
24   going to mark as 52.  That's a letter
```



Toll free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

```
 1   written in January 2007?
 2        A.    April.
 3        Q.    I'm sorry.  April 2007 to
 4   Bob Scharf, have you seen that letter?
 5        A.    I may have seen it.
 6        Q.    Will you agree with me that
 7   Mr. Pate is saying that his company is
 8   owed approximately 131,000?
 9        A.    That's what it says here,
10   but did we pay any more after that I
11   don't know.
12        Q.    You are not aware of whether
13   payment was made after that?
14        A.    I don't know.
15        Q.    Let me show you what I'm
16   going to mark as Exhibit-53.  Are those a
17   series of E-mails from you to Dr.
18   Bennett?
19        A.    Okay.  What was the
20   question?
21        Q.    If you look at the top of
22   the page -- well, I apologize.  That's my
23   only copy.
24              Is this an E-mail from you
```



Toll free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

```
 1   to Dr. Bennett saying that Mr. Pate wants
 2   his company to be paid?
 3        A.    Yes.
 4        Q.    And he's saying he's owed --
 5   he wants almost $150,000.  Do I read that
 6   correctly?
 7        A.    Yes.
 8        Q.    And what is the date of that
 9   E-mail?
10        A.    April 10th.
11        Q.    And so that's the day after
12   the letter we just read at Exhibit-52.
13   Is that correct?
14        A.    Yes.
15        Q.    Have you ever seen a release
16   and bill of sale between Devon and Pate
17   Stevedore Company or Pensacola Stevedore
18   Company?
19        A.    No.
20        Q.    Do you know anything about
21   that?
22        A.    I don't know.
23        Q.    Let me show you what I'm
24   going to mark as Exhibit-54.  My first
```



Toll free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  question is have you ever seen that
2  document?
3       A.   I never seen this.
4       Q.   So you weren't in any way
5  involved in negotiating the release or
6  the bill of sale that's mentioned in that
7  document?
8       A.   I never seen this before.
9       Q.   Do you have -- do you have
10 any knowledge of who would have
11 negotiated that document on behalf of
12 Devon?
13      A.   This is April 23rd.  I don't
14 know who was in charge in this
15 negotiation.
16      Q.   That's something we would
17 have to ask somebody else?
18      A.   Yes.
19      Q.   I'm going to show you what
20 I'm going to mark as Exhibit-55.  Have
21 you ever seen that document before?
22      A.   No.
23      Q.   Did you see any of the
24 invoices that came to Devon from the



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  Stevedore?
2       A.   I have other invoice for
3  services, but I don't understand this.
4       Q.   So you don't have any
5  knowledge of that?
6       A.   No.
7       Q.   Do you know if that $68,000
8  was ever paid that's mentioned in that
9  invoice?
10      A.   I don't know.  It doesn't
11 make sense to me.  I cannot understand
12 why.
13      Q.   When you say it doesn't make
14 sense to you, is that just because you
15 don't know anything about it or is there
16 another reason?
17      A.   I don't know why we needed
18 to buy drywalls from Pate because we
19 already -- we were struggling selling the
20 drywall.
21      Q.   Let me show you Exhibit-56,
22 and my only question is have you seen
23 that document before?
24      A.   January 25th of 2008?  I



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103

1  never seen this.
2       Q.   Were you aware that there
3  was a lawsuit between Pate Stevedore
4  Company and Devon?
5       A.   I don't know.
6       Q.   You never heard of that?
7       A.   Yeah, I didn't know about
8  it.
9       Q.   If there is a lawsuit
10 against Devon, who within the company and
11 I'm talking about this particular company
12 Devon International Industries --
13      A.   That would be our in-house
14 counsel would know about it.
15      Q.   But you don't have any
16 knowledge of that?
17      A.   I didn't know about this.
18 This was pretty late in 2008.
19      MR. PIPES:  That's all I
20 have.  Let's go off.
21      THE VIDEOTAPE TECHNICIAN:
22 Going off the record.  The time on
23 video is 15:53.
24                - - -



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103

1       (Whereupon, a brief recess
2       was taken.)
3                - - -
4       THE VIDEOTAPE TECHNICIAN:
5  We're now back on the record.
6  Time on video is 15:54.
7  BY MR. RUSSO:
8       Q.   Hi, Miss Wu.  I'm Gary
9  Russo.  I represent Fireman's Fund.  We
10 met a little while ago in the hall.  Do
11 you mind if I call you Ruth?
12      A.   That's fine.
13      Q.   I'll try to slow down.  I
14 have a tendency to go too quickly.  If I
15 do, ask me to slow down.  But if I ask
16 you a question and you answer it, I'll
17 assume you understood.  Is that fair?
18      A.   Yes.
19      Q.   You mentioned your in-house
20 counsel.  In 2006 did you have an
21 in-house counsel?  Did Devon have an
22 in-house counsel?
23      A.   Yes.
24      Q.   Who was it?

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103

233

1    A.    It was Kevin Sugg.

2    Q.    Has Mr. Sugg been the

3 in-house counsel from 2006 to current?

4    A.    Yes.

5    Q.    You earlier testified that

6 Pate and Devon shared the cost of a

7 surveyor.  Why was that?

8    A.    At that time my impression

9 was when the boat was arriving Pensacola

10 we already heard the boat went through

11 some 50-foot high sea.  We are not sure

12 what we are going to get when it arrived

13 to port.

14         And then I heard when it

15 arrived there is damage.  So we found

16 that surveyor recommended by Fireman's

17 Fund because we didn't know who to go to.

18 Then I got a phone call from Mike Pate.

19 He said he's willing to split the cost.

20 He wants to make sure he's covered also

21 for his job.

22    Q.    Why would he need to be

23 covered?  Did you understand why he was

24 agreeing to split the cost of the



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

234

1 surveyor?

2    A.    Yeah.  He was saying that,

3 okay, he's doing his job to unload the

4 drywall.  He doesn't want anybody to

5 think that it's because of -- because of

6 him causing the damage.

7    Q.    So the surveyor was going to

8 work for both Devon and Pate to do two

9 things as I understand it, confirm what

10 was damaged in the voyage and make sure

11 that nothing was damaged as it was off

12 loaded?

13    A.    Correct.

14    Q.    So that Devon and Pate from

15 the moment the boat hit Pensacola used

16 whatever efforts they could to make sure

17 that the drywall was not further damaged?

18    A.    Correct.

19    Q.    And as far as you know it

20 was not.  From the vessel to wherever

21 Pate stored it in Pensacola, there was no

22 further damage to the drywall?

23    A.    Not that I'm aware of.

24    Q.    You testified a lot about



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

235

1 when Mr. Law was questioning you about

2 the sending to the manufacturer the

3 specifications from your customer and in

4 this case it was Nor Pac.  I think you

5 might have mentioned it a couple of

6 times, but it's my understanding that the

7 manufacturer of all of this drywall,

8 every single sheet of it was a company

9 called Tyshon?

10    A.    Yes.

11         MR. LAW:  Object to the

12    form.

13 BY MR. RUSSO:

14    Q.    Do they still exist?

15    A.    I think they do.  I don't

16 know.  I haven't checked.

17    Q.    And you know from your own

18 personal knowledge that the company that

19 manufactured the drywall every sheet of

20 drywall that was brought in by Devon was

21 a company called Tyshon?

22         MR. LAW:  Object to the

23    form.

24         THE WITNESS:  That's my



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

236

1         understanding.

2 BY MR. RUSSO:

3    Q.    The photographs that Mr. Law

4 showed you of the drywall in China, you

5 remember Mr. Scharf was there and Dr.

6 Bennett was there.  Were those

7 photographs taken in a facility that is

8 owned by Tyshon?

9    A.    That's what I believe.

10    Q.    You mentioned earlier

11 Fireman's Fund, and I just want to clear

12 up.  Fireman's Fund had issued an

13 insurance policy that covered the cargo

14 as it left China until it arrived and was

15 stored in a warehouse somewhere in

16 Pensacola.  Is that correct?

17    A.    Correct.

18    Q.    Devon had no other

19 relationship with Fireman's Fund other

20 than as its insurer of that cargo, right?

21    A.    Correct.

22    Q.    You did not handle the

23 insurance claim, and you said that the

24 lawyer Mr. Hawk, Galen Hawk did.  Surely,



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

237

1  Mr. Scharf would have had authority to
2  act with Mr. Hawk on behalf of Devon with
3  respect to the insurance claim?
4            MS. CALDWELL:  Object to the
5       form.
6            THE WITNESS:  I would not
7       know the interaction between Bob
8       Scharf and --
9  BY MR. RUSS:
10      Q.   I appreciate that.  I know
11 you weren't involved.  But Mr. Scharf
12 would have had authority to act on behalf
13 of Devon?
14           MS. CALDWELL:  Object.
15           THE WITNESS:  That I don't
16      know.  All I know is Galen Hawk
17      was the person taking care of the
18      claim.
19 BY MR. RUSSO:
20      Q.   Right.  But you saw a lot of
21 E-mail with Mr. Scharf.  He was the
22 president.  Was he the president of the
23 company?
24      A.   Yeah, he was.



Toll Free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

238

1       Q.   Why would he not have had
2  authority on behalf of Devon to act with
3  respect to the insurance claim?
4       A.   Because he was a sales-type
5  of person.  So he's acting as salesperson
6  for the company, more that function
7  instead of handling claims.
8       Q.   So as far as -- do you know
9  who within the Devon organization would
10 have been the person handling claims?
11 Did you have a person in Devon called the
12 claims handler?
13      A.   I thought Galen was
14 considered as a Devon.
15      Q.   But he's the outside lawyer.
16 Do you remember earlier you said inside,
17 outside?  You understand that that like
18 your lawyer who is here, Mr. Sugg, he's
19 internal, he's an inside lawyer for
20 Devon, right?
21      A.   Well, Kevin is inside.  I
22 wasn't -- I'm not sure about Galen.
23      Q.   You don't know whether he
24 was or not?



Toll Free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

239

1       A.   Right, he has an office in
2  Devon, but he comes very rarely.  So I
3  don't know if he's outside or inside.
4       Q.   Okay.  I wanted to ask you a
5  couple of things about the Devon office.
6  It's here in King of Prussia?
7       A.   Yes.
8       Q.   Fairly close to this
9  facility we're in today?
10      A.   Yes.
11      Q.   Is it a warehouse or an
12 office building?
13      A.   Office building.
14      Q.   How many offices are in the
15 office building, Devon offices?
16      A.   For Devon, all Devon
17 companies?  You mean all the officers all
18 together?
19      Q.   Yes.  How many offices are
20 occupied in that office building?  Is it
21 a complete floor, two floors, half a
22 floor?
23      A.   For two floors we probably
24 have 20.



Toll Free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

240

1       Q.   But you said you had 100?
2       A.   You mean officers?
3       Q.   I'm talking about employees
4  that work there.
5       A.   Employees we have about 100.
6       Q.   And do they all have offices
7  at that office facility here in King of
8  Prussia?
9       A.   All the employees are here.
10      Q.   And that's what I'm asking
11 you.  Are there 100 offices here in this
12 building?
13      A.   No -- you said offices,
14 right?
15      Q.   Yeah.  I'm confusing you,
16 and I apologize.  I'm not talking about
17 officers.  I'm talking about offices,
18 like a place where somebody would have a
19 desk and a telephone.  How many of those
20 do you have here in King of Prussia?
21      A.   Offices, I never count.  I
22 would say -- how many offices you mean
23 companies or the actual office with one
24 person sitting?



Toll Free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1    Q.    Is it multiple floors in the
2  building?
3          MR. BROWN:  Are you asking
4          her how many rooms it has for
5          office space?
6  BY MR. RUSSO:
7    Q.    How many offices does Devon
8  occupy in King of Prussia in the building
9  where you are located?  I'm not looking
10  for an exact count.  Is it multiple
11  floors?
12    A.    We have only two floors.
13    Q.    Okay.  And those two floors
14  are full of Devon employees working out
15  of that King of Prussia office?
16    A.    With all different
17  companies.
18    Q.    How many Devon companies are
19  there?
20    A.    How many?
21    Q.    Ballpark.
22    A.    Ten, I don't know.
23    Q.    And in 2006 were there more
24  or about the same?



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1    A.    About the same.
2    Q.    With respect to the
3  insurance claim that was made for this
4  drywall that we've been talking about, do
5  you recall when that claim was finally
6  resolved with Fireman's Fund?
7    A.    I don't know the exact time
8  frame.
9    Q.    But it was in 2007?
10    A.    Okay.  I don't know.
11    Q.    You don't know?
12    A.    I don't know.
13    Q.    Do you know what year?
14    A.    I'm not sure.
15    Q.    If in 2006 the shipment
16  arrived, was the claim resolved during
17  that year or was it the next year?
18    A.    To be honest I'm not sure.
19    Q.    Have you ever seen any of
20  the paperwork from Fireman's Fund to Mr.
21  Hawk?  I'm going to show you a March
22  22nd, 2007 letter.
23          After you look at it, let me
24  know.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1    A.    I never seen it.
2    Q.    But you see that the letter
3  does refer to the insurance claim, and
4  it's directed to Mr. Hawk, correct?
5    A.    Yes.
6    Q.    And it's dated when?
7    A.    March 22nd, 2007.
8    Q.    You wouldn't quarrel with
9  that date if I told you that the
10  insurance claim was still in negotiation
11  or not completely settled in March of
12  2007?
13    A.    What does it say?
14    Q.    Does it appear like the
15  claim is still open in 2007?
16    A.    It looks like that.
17    Q.    Do you know whether or not
18  the claim was ultimately settled and
19  resolved?
20    A.    We received a payment from
21  Fireman's Fund.
22    Q.    And do you know whether or
23  not Devon was ultimately satisfied with
24  the resolution of its insurance claim?



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1          MS. CALDWELL:  Object.
2          We're not offering her for that.
3          MR. RUSSO:  I understand.
4          And I'm -- I understand she hasn't
5          been produced as the corporate
6          representative with respect to the
7          insurance issues, but she's a
8          witness.  She had some
9          involvement.  So I'm just trying
10          to find out what she knows if
11          anything.
12  BY MR. RUSSO:
13    Q.    If you could find -- it's
14  buried in here -- Exhibit-24.  Do you
15  recall that letter?
16    A.    Yes.
17    Q.    This is the letter that you
18  sent to Kitty Pon on April 29th of 2006.
19  And I'm going to read one part of the
20  letter right in the middle.  You are
21  talking about the vessel Sanko Rally.
22  And you said it is incompetent for our
23  cargo quantity and is foreseen to cause
24  breakage during shipping.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

245

1        Do you see that?

2     A.    Yes.

3     Q.    So you had that concern in

4  April of 2006.  In fact, it was a

5  sufficient enough concern that you wrote

6  a letter to Kitty Pon about it, correct?

7     A.    Correct.

8     Q.    But ultimately the Sanko

9  Rally carried the cargo from China to

10 Pensacola, and I don't see anything in

11 the correspondence -- maybe I missed it

12 -- where that issue was resolved in

13 writing that someone wrote back to you

14 and said, oh, don't worry about it.  We

15 got that fixed.  Tell me what happened

16 because the Sanko Rally ultimately

17 brought the cargo, correct?

18    A.    We were concerned at the

19 time, but then Pactrans told us this is

20 the right vessel and then provided

21 loading plan.  And when we were doing the

22 loading Pactrans were there seeing the

23 loading.  So that's why we still went

24 ahead.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

246

1     Q.    So you made the decision at

2  some point after April 29th even though

3  you expressed this concern that you would

4  still -- you were going to send the cargo

5  on that vessel, the Sanko Rally?

6     A.    Yes.

7     Q.    Do you recall ever

8  disclosing that to Fireman's Fund at any

9  point during the handling of the claim?

10    A.    I don't know.

11    Q.    You didn't handle that?

12    A.    Right.

13    Q.    In fact, I'm going to show

14 you an E-mail from Jay Buckley to Bob

15 Scharf.  We'll mark that as Exhibit-58.

16        Have you ever seen that

17 before?

18    A.    I wasn't copied on this

19 E-mail.

20    Q.    Does it appear to you that,

21 though, the subject matter is the

22 possibility that you may actually get a

23 different vessel to transport the cargo?

24    A.    This was before the



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

247

1  Exhibit-24?

2     Q.    Yes.

3     A.    So we had the concern at the

4  time.

5     Q.    Right.  So at some point

6  you're saying between the date in

7  Exhibit-24 and the vessel leaving you

8  were satisfied it was okay?

9     A.    Right.

10    Q.    Now, you made arrangements

11 with Pate Stevedore to handle the

12 Stevedoring on this vessel actually even

13 before the vessel arrived in Pensacola,

14 correct?

15    A.    Yes.

16    Q.    And Pate Stevedore worked

17 with Devon from the moment the vessel

18 arrived until the goods were off loaded,

19 stored in a warehouse and then Pate

20 actually even loaded out the cargo that

21 was sold when it left Pensacola?

22    A.    Correct.

23    Q.    They were involved with

24 Devon from before their vessel arrived at



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

248

1  the dock until the drywall left

2  Pensacola?

3     A.    Correct.

4         MR. LAW:  Object to the

5     form.

6  BY MR. RUSSO:

7     Q.    And did Pate Stevedore

8  assist Devon to your knowledge in making

9  the insurance claim with Fireman's Fund?

10    A.    Not that I'm aware of.

11    Q.    But then you weren't

12 involved in that?

13    A.    Right.

14    Q.    I'm going to show you two

15 documents that came out of the Devon

16 production and then actually an E-mail

17 from you.  I'll attach these as one

18 exhibit, Exhibit-59?

19        MS. CALDWELL:  But the top

20     one is from Pate.

21        MR. RUSSO:  I just grabbed

22     that one to identify the other

23     two.

24        MS. CALDWELL:  So you want



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

249

1  to make it a composite exhibit.
2       MR. RUSSO:  I'm going to
3  make it a composite exhibit.  For
4  the record it's an E-mail from
5  Ruth Wu to Pate Stevedore dated
6  May 11th, 2008.  I'm not saying
7  that they were attached, but they
8  are two documents.  I'll pull it
9  out of the Devon production.  And
10  let me just ask you to take a look
11  at those, please.
12       MR. PIPES:  If they weren't
13  attached, I would object to them
14  being put together as one exhibit.
15       MR. RUSSO:  I understand.
16  I'm not suggesting anything by it.
17  It just makes it a little easier.
18       THE WITNESS:  Okay.
19  BY MR. RUSSO:
20       Q.    First, the E-mail, can you
21  tell me that's you to Pate.  What's going
22  on in that E-mail?
23       A.    Seems I just made contact
24  with him and ask him to call me.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

250

1       Q.    So that Exhibit-59 may have
2  been your initial, at least your initial
3  contact with Pate?
4       A.    Yes.
5       Q.    Now, the two other
6  attachments to that exhibit.  One is port
7  of Pensacola, and it lists some names of
8  Stevedores.  Is one of the Stevedores
9  that Devon was retaining listed in the
10  port of Pensacola Stevedore sheet?
11       A.    Pate Stevedore Company.
12       Q.    And did you do some
13  independent research?  Did you find that
14  sheet or did somebody give it to you?  Do
15  you recall?
16       A.    I look online.
17       Q.    So you actually found that
18  document that's entitled Port of
19  Pensacola online somewhere?
20       A.    Yes.
21       Q.    And the first name on the
22  top on port of -- that's Port of
23  Pensacola sheet is Pate Stevedoring
24  Company?



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

251

1       A.    Yes.
2       Q.    And that's who you sent the
3  E-mail to?
4       A.    Yes.
5       Q.    The next one, the next sheet
6  down is a Google search it looks like.
7  Did you do that as well?
8       A.    I'm not sure if this was
9  from me, but it has the same phone
10  number.
11       Q.    So on Goggle, whoever did
12  that search, and I found this in your
13  document production, when they searched
14  for Stevedores I assume it pulled up Pate
15  Stevedoring Company?
16       A.    This -- I didn't notice this
17  one.  It has the same phone number, same
18  address.  So I went to Pate Stevedore,
19  yes.
20       Q.    So from the Google record
21  you could compare and see it was the same
22  phone number as the company listed on the
23  Port of Pensacola sheet that you found
24  online?



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

252

1       A.    Yes.
2       Q.    I'm going to show you what
3  I'm going to mark as Exhibit-60.  Have
4  you seen that before?
5       A.    I'm not sure.  I'm not sure
6  the purpose of this.  So Pate was saying
7  that he acted on our behalf, on Devon's
8  behalf confirming that a damage is caused
9  by the vessel.
10       Q.    Did you know that Pate was
11  forwarding communications to third
12  parties indicating that they were
13  actually operating on behalf of Devon
14  with respect to the damage to the cargo?
15       MR. LAW:  Object to the
16  form.
17       THE WITNESS:  I don't know
18  if this was actually sent out to
19  anyone.
20  BY MR. RUSSO:
21       Q.    You don't know if it was
22  sent out, but let's assume it was.  It's
23  signed, right, by Mr. Pate?
24       A.    That's what it says.

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

```
1         Q.    And it says on behalf of the
2   consignee.  Who's the consignee?
3         A.    The consignee is Devon
4   International Trading.
5         Q.    I take it, Ruth, that you do
6   not know what invoices of Pate's were
7   paid or not paid?
8         A.    I didn't reconcile the
9   payments with Mike Pate.
10        Q.    So you wouldn't know if, for
11  example, there had been a representation
12  that all of Pate's bills had been paid in
13  the submission to the insurance company
14  when in fact they hadn't been then?  You
15  wouldn't know that?
16        A.    I don't know.
17        Q.    As of July 13th of 2006, had
18  North Pacific canceled its purchase
19  order?
20        A.    They tried to.
21        Q.    But they had already
22  informed someone at Devon that they were
23  going to cancel, it was their intent?
24        A.    Yes.
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

```
1         Q.    I'm not going to attach it
2   if you don't recognize it or know what it
3   is for the record.  It's a Devon document
4   6635.  Have you ever seen that before?
5         A.    I don't know what it is.  It
6   doesn't say much.
7         Q.    It doesn't.  Any idea why
8   Pate would be sending to Mr. Scharf a
9   draft invoice?
10        A.    I don't know why.
11        Q.    Can you think of any reason
12  why somebody would send a draft invoice
13  for approval?
14        A.    I don't know.  Why doesn't
15  he just send an invoice?
16        Q.    Again, I'm assuming you are
17  not going to know what this is, but if
18  you do I'm not going to attach it.
19        MR. BROWN:  If she doesn't
20  you mean.
21        MR. RUSSO:  Does not.
22        MS. CALDWELL:  Gary, this
23  appears to come from Mr. Hawk.  So
24  we're going to make the same
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

```
1         objection that we made with
2         Jonathon.  We're going to reserve
3         any contingents of attorney client
4         privilege.
5         MR. RUSSO:  Okay.  Although
6         you see he's sending it to a third
7         party.  I'm happy with you making
8         that reservation, but I just
9         wanted to point out that he sent
10        this to somebody.
11  BY MR. RUSSO:
12        Q.    Let me show you -- this is
13  a -- if you've seen this before or are
14  you familiar with it, I'll ask you about
15  it.  If not I won't.
16        A.    No.
17        Q.    No idea?  Just for the
18  record it's a salvage authorization sent
19  by Mr. Hawk to Dan Bucowski (ph) with
20  Salvage Sale.
21        MS. CALDWELL:  While she's
22        reviewing that, just so for the
23        record purposes, some of these
24        things are highlighted.  We don't
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

```
1         need --
2         MR. RUSSO:  I'll substitute.
3         If they are mine, I'll substitute.
4         MS. CALDWELL:  And I think,
5         Wesley, for yours, too, we just
6         don't want the highlighted portion
7         in.
8         MR. RUSSO:  But that's the
9         part I like.
10        MR. LAW:  I didn't highlight
11        any.  I don't think.
12  BY MR. RUSSO:
13        Q.    For the record, this is
14  exhibit-61.  You've identified Jay
15  Buckley often who is with North Pacific
16  and one of the parties that I understood
17  you had actually had what you thought was
18  a sale for the drywall, too, correct?
19        A.    Yes.
20        Q.    And Bob Scharf you've
21  identified already as the president of
22  Devon.  I'm only really interested in the
23  bottom E-mail from Mr. Scharf to Mr.
24  Buckley, and I'm going to read this to
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  you.  We need to sell everything this
2  week.  I also think we can sell the
3  damaged and make some money.
4          Do you know what he's
5  referring to?
6          A.    I don't know.  It was in
7  July.
8          Q.    Correct, July 31st.
9          A.    Right.  It looks like he
10 meant those damaged drywall.
11         Q.    Do you ever recall there
12 being discussions within Devon that there
13 might be a way to sell the damaged
14 drywall, that portion of the drywall that
15 had been damaged and make money?
16         A.    Well, my understanding has
17 been that we don't own any title of those
18 damage drywall.  So I didn't know
19 anything that documents you show me today
20 that there was any salvage agreement or
21 anything like that.
22         Q.    And you said you don't own
23 title, but I understand you really don't
24 know one way or another about the issue



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  of title, right?  That's not something
2  that you feel qualified to speak to or is
3  it?
4          A.    Well, maybe title is too
5  serious word, but I mean -- all I knew
6  was we can only sell the good stuff.  We
7  cannot sell the broken.
8          Q.    And from where did you get
9  that information?
10         A.    That's the impression from
11 Bob Scharf.
12         Q.    So whatever you learned
13 about that you learned from Mr. Scharf?
14         A.    Yes.
15         Q.    In terms of how your policy
16 worked and how you would get paid for the
17 damage, what your duties and obligations
18 were under the insurance policy, that's
19 not something you would know about?
20         A.    I didn't read the policy.
21 The reason why I think that way is
22 because I didn't handle any invoice for
23 the broken -- the bad stuff.  I only
24 invoiced the good bundles.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1          Q.    I was going to ask you that.
2  I didn't see any invoices anywhere in any
3  documents you produced that showed sales
4  of damaged drywall to anybody from Devon?
5          A.    That's correct.
6          MS. CALDWELL:  Do you want
7       to take a break?
8          THE WITNESS:  I'm okay.  You
9       are almost --
10         MR. RUSSO:  I'm getting
11      there.  I got another little stack
12      here and I had some back there in
13      a little folder.
14         THE WITNESS:  And another
15      truckload of documents.
16 BY MR. RUSSO:
17         Q.    Although I know again you
18 didn't handle it, do you know what
19 ultimately happened to the damaged
20 drywall?
21         A.    I don't know.
22         Q.    Do you know that ultimately
23 Pate took possession of the damaged
24 drywall and tried to sell it?

1          MR. PIPES:  Object to the
2       form.
3          MR. ROBERTSON:  Gary, can I
4       have a standing objection to the
5       form of those questions?
6          MR. RUSSO:  All of my
7       questions for the rest of the day?
8          MR. ROBERTSON:  Well, just
9       to form of the questions as you
10      refer to damaged drywall.
11         MR. RUSSO:  I'm sorry.  I'll
12      fix that.
13 BY MR. RUSSO:
14         Q.    When I refer to the damaged,
15 I'm actually using the terms I saw in
16 those sheets, but maybe we'll call it the
17 drywall --
18         MR. RUSSO:  Jim, you got an
19      idea for the term?  Salvaged
20      drywall?
21         MR. ROBERTSON:  No, I would
22      say the drywall that Devon didn't
23      sell.
24         MR. RUSSO:  Okay.



BY MR. RUSSO:
Q. We'll mark as Exhibit-62 an E-mail from Pate Stevedoring dated August 3rd, 2006 to Bob Scharf subject sheet rock proposal?
A. Well, I haven't seen this E-mail before, but I did hear from Bob Scharf saying that we don't own those -- we cannot touch those salvage from the 3,700 bundles. We can only look at the 3,300 bundles.
Q. Right. I understand. You told me that that Mr. Scharf had suggested that to you earlier. But it does appear that Mr. Pate is communicating with Mr. Scharf about taking those -- that drywall, correct?
A. It looks like the confirmation from Pate.
Q. And I'm going to mark as Exhibit-63 an actual letter from Mr. Pate to Mr. Scharf. Does it appear that now in the letter he's confirming what was said in the E-mail earlier?


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

MR. PIPES: Object to the form.
THE WITNESS: Yes, that's the same information, yes.
BY MR. RUSSO:
Q. And that series, those two, that E-mail and that letter were about three or four days after Exhibit-61 where Mr. Scharf told Mr. Buckley I think we can sell damaged and make some money.
A. I don't think we ever sold to Mike Pate and make money out of it from Mike Pate.
Q. It might not have happened, but it looks like that was the plan, right?
MR. PIPES: Object to the form.
THE WITNESS: It seems subjective to me.
MR. BROWN: If you don't know, you don't know.
THE WITNESS: That's not what I think he means.


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

BY MR. RUSSO:
Q. While he's reviewing that, are you familiar with the company called Salvage Sale? Does that mean anything to you?
A. No.
Q. Exhibit-64 is a series of E-mails between Mr. Bennett who is the owner of the Devon companies?
A. Yes.
Q. And Mr. Scharf who is the president of Devon International Trading, correct?
A. Correct.
Q. You can actually read the entire E-mail. It addresses two issues I think we've already talked about but I want to discuss with you.
In Exhibit-64 let me start on the bottom first. It's an E-mail from Mr. Scharf dated August the 14th to Mr. Bennett and I'm going to read it. Pate wired money today for salvage.
Do you know what that's


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

referring to?
A. I don't know.
Q. Do you know how Mr. Scharf would have known that Mr. Pate on the very day he did it had wired money to Salvage?
A. I don't know anything about this E-mail.
Q. What about this? Will work on a contract with him to partner damaged drywall. We still owe him 150,000 USD. I told him when we get insurance settlement we will pay him.
Do you know anything about this?
A. I don't know anything about it.
Q. But it does appear that Mr. Scharf is involved in the insurance claim, correct?
A. I don't know. You have to ask Bob. I wasn't copied on the E-mail.
MS. CALDWELL: Objection.
MR. RUSSO: I'm going to


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

265

1    skip these because I don't think
2    you know anything about them.
3            THE VIDEOTAPE TECHNICIAN:
4    Going off the record.  Time on
5    video is 16:34.
6                -  -  -
7            (Whereupon, a brief recess
8    was taken.)
9                -  -  -
10           THE VIDEOTAPE TECHNICIAN:
11   We're now back on the record.
12   Time on video is 16:42.
13   BY MR. ROBERTSON:
14       Q.    My name is Jim Robertson,
15   and I represent Ace Home Center
16   Incorporated in Robertsdale, Alabama.
17           Can you hear me?
18       A.    Yes.
19       Q.    Have you ever had any
20   dealings on behalf of Devon with Ace Home
21   Center?
22       A.    Between Devon and Ace Home
23   Center?
24       Q.    Yes, ma'am.


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

266

1        A.    No.
2        Q.    Do you know either Henry
3    Vick or Wayne Vick?
4        A.    I don't know any of them.
5        Q.    Okay.  So it would be fair
6    to say until I mention that name Ace Home
7    Center you've never even heard it?
8        A.    Never heard of them.
9        Q.    Okay.  Can you tell me
10   whether anyone at Devon ever told Ace
11   Home Center that the drywall that was on
12   the MV Sanko brought into Pensacola was
13   not independently tested?
14       A.    Not that I'm aware of.
15       Q.    And before the drywall on
16   that load on the MV Sanko was put on the
17   ship, to your knowledge Devon did not do
18   any independent testing itself, did it?
19       A.    Devon did not.
20       Q.    And you don't know of any
21   evidence that any of the drywall on the
22   MV Sanko ever got wet from the time it
23   left the factory until the time it was
24   put into the warehouse in Pensacola?


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

267

1        A.    I didn't hear any wet
2    damage.
3        Q.    In May of 2006 when you
4    contacted Jay Buckley at North Pacific
5    you asked him for contact information for
6    a lab in Houston to test drywall, right?
7        A.    I asked him where he wants
8    me to send the drywalls to.
9        Q.    Okay.  And I looked at this
10   E-mail that was dated May 4th, 2006, and
11   Mr. Buckley says in response to your
12   request about the lab in Houston, we
13   didn't use a regular testing agency.  We
14   called in a favor with a U.S.
15   manufacturer.  They tested it for us.
16   Don't think they would do it again.
17   Sorry.
18           Do you remember that E-mail?
19           MS. CALDWELL:  What exhibit,
20   Jim, so we can show her?
21           MR. ROBERTSON:  It's Devon
22   page 1957.
23           MR. BROWN:  Do you have an
24   exhibit number, Jim?


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

268

1            MR. LAW:  It was a pretty
2    early one I used.  May '04 E-mail.
3    Is that it?
4            MS. CALDWELL:  Yeah.
5    Exhibit-16.
6            THE WITNESS:  Yes, I have
7    Exhibit-16.
8            MS. CALDWELL:  She's got it
9    in front of her, Jim.
10   BY MR. ROBERTSON:
11       Q.    So other than Mr. Buckley
12   telling you in that E-mail he doesn't
13   think that the U.S. manufacturer would
14   test again and said sorry, did he suggest
15   anywhere else that the drywall could be
16   tested independently?
17           MS. CALDWELL:  Object to the
18   form.
19           THE WITNESS:  I don't know
20   if there was other E-mails other
21   than this.
22   BY MR. ROBERTSON:
23       Q.    And I believe you told Mr.
24   Law earlier that as of the date of that


Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  E-mail, May 4th, 2006, you did not know
2  if the drywall that was loaded on the
3  Sanko was tested or not?
4          MS. CALDWELL:  Object to the
5      form.
6          THE WITNESS:  It wasn't
7      tested by Devon.
8  BY MR. ROBERTSON.
9      Q.   Well, you don't know if that
10 drywall was ever tested, do you?
11     A.   I only knew that I send
12 samples to Jay Buckley.  I don't know
13 what he did to the samples.
14     Q.   Do you remember -- and I
15 don't think this was an exhibit -- but it
16 was Mr. Law was talking about back in
17 early March there were still negotiations
18 going on between Jay Buckley and Mr.
19 Scharf about signing a contract for the
20 drywall, right?
21     A.   In March?  Did you say in
22 March 2006?
23     Q.   Right.  Well, the only
24 contract that I saw that Devon -- Mr.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  Scharf or Devon agreed to for the
2  manufacture of this drywall in China that
3  went on the MV Sanko was dated March
4  30th, 2006?
5          MS. CALDWELL:  Object to the
6      form.
7          THE WITNESS:  Which one is
8      that?
9  BY MR. ROBERTSON:
10     Q.   Well, it's a three-page fax
11 that Julian Chu sent to you and the date
12 on the sales confirmation is March 30,
13 2006.
14     A.   The sales confirmation, that
15 was between Devon, Shanghai and the
16 Shanghai import export company.
17     Q.   The sales confirmation for
18 $1,450,281.56.  That's how much Devon was
19 going to pay to have the drywall
20 manufactured.  Is that right?
21     A.   Yes.
22     Q.   And there was originally on
23 the contract shipped to Mobile, Alabama
24 and that was scratched out and somebody



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  wrote in Pensacola, Florida and had an
2  arrow pointing to that.  Do you know who
3  wrote Pensacola, Florida on that sales
4  confirmation?
5          MS. CALDWELL:  Object to the
6      form.  Tell us what document you
7      are looking at because I don't
8      know that we have it.
9          MR. ROBERTSON:  It's Devon
10     Bates stamp 5913.
11         MS. CALDWELL:  I don't know
12     that's been introduced here.
13         MR. ROBERTSON:  Well, I know
14     that Mr. Law asked her about the
15     facts or I thought he did the
16     facts from Julian in China to her
17     because it says to Ruth three
18     pages Julian and this is one of
19     the three pages.
20         If you'd like while Mr. Law
21     is looking, can I ask her another
22     question to speed this along?
23 BY MR. ROBERTSON:
24     Q.   Ms. Wu, there was originally



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  a projection by George Clark at Devon
2  Health and you were copied on an E-mail
3  to John Bennett, Ruth Wu and Bob Scharf
4  about the drywall model for payment dates
5  and he included various options that
6  showed the contract amount for selling
7  the drywall to Nor Pac for 4,120,000 and
8  some odd dollars.  And then there were
9  various models for gross profit to Devon.
10         Do you remember those --
11 that discussion or E-mail with George
12 Clark about how much money Devon could
13 expect to make off of this transaction?
14         MS. CALDWELL:  Object to the
15     form.
16         THE WITNESS:  There was
17     something like that.  It's better
18     if we can find out that document.
19         MR. BROWN:  Well, we're not
20     going to do him a favor by looking
21     through and trying to figure out
22     what he's talking about.
23         MR. ROBERTSON:  That's --
24     it's Devon 149 through Devon 154.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

273

```
 1          MR. BROWN:  We don't have
 2     the documents.  We don't have
 3     them.
 4          MR. ROBERTSON:  Well, that's
 5     why I should be there and not
 6     here.
 7  BY MR. ROBERTSON:
 8     Q.    Miss Wu, do you know whether
 9  or not Devon lost money after everything
10  was said and done between the money Devon
11  got from sales of drywall and the money
12  Devon got from Fireman's Fund Insurance
13  Company and the money Devon got from
14  anyone else?
15          MS. CALDWELL:  Object to the
16     form.  Jim, we are not offering
17     her -- that was a specific request
18     on the 30(b)6 and we are not
19     tendering her for that subject
20     matter.
21          MR. ROBERTSON:  I'm just
22     asking if she knows.
23          THE WITNESS:  Well, my
24     impression is we lost money
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

274

```
 1     overall.
 2  BY MR. ROBERTSON:
 3     Q.    Do you know one way or the
 4  other?
 5     A.    What does that mean?
 6          MR. BROWN:  Did you make
 7     money?
 8  BY MR. ROBERTSON:
 9     Q.    Do you know whether you did
10  or not?
11     A.    We lost money.
12     Q.    How do you know that?
13     A.    Because we paid a lot of
14  expense, overhead, storage and legal
15  fees.
16     Q.    Well, you just told me -- is
17  there someone well in the company that
18  actually knows more about that than you
19  do?
20     A.    That would be for accounting
21  to respond.
22     Q.    Would that be George Clark?
23     A.    He would know.
24     Q.    Now, he actually works for
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

275

```
 1  Devon Health, doesn't he?
 2          MS. CALDWELL:  Object to the
 3     form.  She's already testified
 4     about his position earlier on.
 5          THE WITNESS:  He's the head
 6     of accounting department that
 7     works for various companies.
 8  BY MR. ROBERTSON:
 9     Q.    But his E-mail address is
10  from Devon Health, isn't it?
11     A.    That's his E-mail address.
12     Q.    He doesn't have an E-mail
13  address with Devon International, does
14  he?
15     A.    He doesn't.
16     Q.    I think you told us earlier
17  that the insurance claim we'd have to
18  talk to other people, right?
19     A.    Yeah, I wasn't involved in
20  the claim.
21     Q.    Did anyone ever complain to
22  you that there was a problem with any of
23  the drywall that Devon brought to America
24  on the shipment on the MV Sanko
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

276

```
 1  concerning the sulfur content of the
 2  drywall?
 3     A.    I didn't receive any
 4  complaints myself.
 5     Q.    Were the only complaints,
 6  Miss Wu, that you knew about were that
 7  some of the drywall on the MV Sanko had
 8  been broken during the transit?
 9     A.    Correct.
10     Q.    Other than the shifting of
11  the cargo, were there any other problems
12  that you knew about related to the
13  drywall?
14     A.    I didn't know any complaint.
15     Q.    And of the -- you referred
16  earlier to good drywall and bad drywall.
17  Did you understand that all of the
18  drywall that Devon did not sell to third
19  parties but that was purchased by
20  Pensacola Stevedore, Pate Stevedore that
21  some of that drywall would be sold by
22  Pensacola or paid to third parties?
23     A.    I didn't know that those --
24  those drywalls could be resale.
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

277

1  Q.    Did you know that Pensacola
2  Stevedore or Pate Stevedore had actually
3  purchased some of that drywall that Devon
4  chose not to resell?
5  A.    I don't know.  I didn't know
6  about that.
7  Q.    And you never saw the
8  drywall that Pate Stevedore or Pensacola
9  Stevedore took possession of and sold,
10  did you?
11  A.    I never seen that.
12  Q.    So have you ever -- strike
13  that.
14  Did anyone tell you what the
15  condition of the drywall that Pate
16  Stevedore or Pensacola Stevedore took
17  possession of, what the condition was?
18  A.    I didn't know the condition.
19  Q.    Do you know anybody at Devon
20  who would?
21  A.    Besides Bob Scharf, Nick
22  Egan was in Pensacola so he might have
23  seen that.
24  Q.    Bear with me.  I may be



278

1  done.
2  Miss Wu, are you aware of
3  any contract that Devon signed to
4  manufacture this drywall with a Chinese
5  company before the March 30, 2006 sales
6  confirmation that I mentioned earlier?
7  MS. CALDWELL:  Object to the
8  form.
9  THE WITNESS:  Besides this
10  sales confirmation of Exhibit-19?
11  BY MR. ROBERTSON:
12  Q.    That's the one dated March
13  30, 2006?
14  A.    Yes.
15  Q.    Right.  Do you know of
16  anyone before that date that Devon agreed
17  to the manufacture of drywall in China?
18  MS. CALDWELL:  Object to the
19  form.
20  THE WITNESS:  I wasn't sure
21  your question whether you're
22  looking for a contract between Nor
23  Pac and Devon or Devon to the
24  manufacturer.



279

1  BY MR. ROBERTSON:
2  Q.    No, ma'am.  I'm asking for
3  any contract that you're aware of before
4  March 30, 2006 that Devon had to have a
5  company manufacture the drywall for
6  purchase by Devon in China?
7  A.    There might be other
8  documents because this is a sales
9  confirmation.
10  Q.    Before March 30, 2006?
11  A.    I'm sorry.  What happened?
12  Q.    The reason I ask that is it
13  appeared in reviewing these documents
14  that that was the first time that Devon
15  had actually gotten involved with a
16  drywall manufacturer or purchase in China
17  for shipment to America?
18  MS. CALDWELL:  Object to the
19  form.
20  THE WITNESS:  Well, this was
21  the first time we did drywall.
22  BY MR. ROBERTSON:
23  Q.    First time you did drywall.
24  And did you have an opportunity to find



280

1  that document where the ship to Mobile,
2  Alabama was scratched out on the sales
3  confirmation and Pensacola, Florida was
4  substituted?
5  A.    Yes.
6  Q.    Do you know whose
7  handwriting that is?
8  A.    That was mine.
9  Q.    And do you know when if
10  Julian Chu faxed that sales confirmation
11  to you it was faxed sometime after March
12  30th, 2006, wasn't it?
13  A.    It looks that way.  He faxed
14  it to me.
15  Q.    And do you remember when
16  Julian actually faxed it to you?
17  A.    I don't remember.
18  Q.    But sometime after March 30,
19  2006?
20  A.    Yes.
21  Q.    Do you know when it was that
22  you would have written on that sales
23  confirmation Pensacola, Florida instead
24  of Mobile, Alabama?



281

```
1          A.    I'm not sure.
2          Q.    And do you know who told you
3   to change it from Mobile, Alabama to
4   Pensacola, Florida?
5          A.    It must be when I'm sure the
6   port will be Pensacola instead of Mobile.
7          Q.    But you don't remember when
8   you learned that it would be Pensacola
9   instead of Mobile?
10         A.    I don't remember exactly
11  when.
12         Q.    It was sometime after March
13  30th, 2006, correct?
14         MS. CALDWELL:  Object to the
15         form.
16         THE WITNESS:  I'm not sure.
17  BY MR. ROBERTSON:
18         Q.    Well, when you got the fax
19  from Julian Chu that showed the sales
20  confirmation dated March 30, 2006, at
21  that time the sales confirmation said
22  shipped to Mobile, Alabama, correct?
23         MS. CALDWELL:  If you know.
24         THE WITNESS:  No.  I really
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

282

```
1   cannot tell whether it was before
2   or after.
3   BY MR. ROBERTSON:
4          Q.    Well, you told me earlier
5   that that's your handwriting that changes
6   it to Pensacola, Florida, right?
7          A.    Yes, but he could have send
8   it to me earlier.  I did a handwriting --
9   I wrote Pensacola and then he have the
10  sales sign and fax it back to me.  So I
11  really cannot tell whether I did that
12  after or before.
13         Q.    So you're saying he could
14  have sent you the sales confirmation
15  between Devon and Tyshon even though it's
16  dated March 30, 2006 before March 30,
17  2006?
18         A.    Yes, he could send me a
19  draft.
20         Q.    And the draft would already
21  have the date of the sales confirmation
22  on it?
23         A.    He could date later, but he
24  show me the draft for me to confirm.  And
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

283

```
1   then I send it back to him and then he
2   fax it back to me again.
3          Q.    But you don't know one way
4   or the other when you changed the
5   shipment point from Mobile to Pensacola,
6   do you?
7          A.    I don't know for sure, but I
8   don't think I would receive it first and
9   then make change on the sales
10  confirmation later.  It just doesn't
11  sound right.
12         Q.    Were you privy to the
13  E-mails back and forth between Mr.
14  Buckley and Mr. Scharf about switching
15  the drywall to Mobile?
16         A.    I'm sorry.  Can you say that
17  again?
18         Q.    Were you knowledgeable about
19  the E-mails between Mr. Scharf and Mr.
20  Buckley about shipping the drywall to
21  Mobile because it looks like you were not
22  copied on some of those E-mails?
23         A.    If I were not copied, then I
24  would not know.
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

284

```
1          Q.    We'd have to ask Mr. Scharf
2   about that, right?
3          A.    Yes.
4          MR. ROBERTSON:  That's all I
5          have, Miss Wu.  Thank you.
6          MR. LAW:  Anyone else?
7   BY MR. LAW:
8          Q.    Miss Wu, I've got just a few
9   more.  Do you want to take a break or
10  keep going?
11         To your knowledge did Devon
12  receive any money from the sale of any
13  drywall by Pensacola Stevedore Company?
14         MS. CALDWELL:  Object to the
15         form.  You mean Pate Stevedore
16         Company?
17         THE WITNESS:  Not from
18         Pensacola Stevedore.
19  BY MR. LAW:
20         Q.    To your knowledge did Devon
21  receive any money from the sale of any
22  drywall by Pate Stevedore Company?
23         A.    Not that -- I don't know
24  anything.
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

285

```
 1        Q.    To your knowledge did Devon
 2   receive any money from the sale of any
 3   drywall by Mike Pate?
 4        A.    I don't know if there was
 5   any.
 6        Q.    I'm going to show you
 7   Exhibit-43 we looked at earlier.  And if
 8   you'll look at the bottom E-mail from you
 9   to Mr. Jackson.  It looks like nine
10   bundles was sold for $10.47 per sheet.
11   Is that right?  I'm at the end of the
12   sentence there.  It says in parentheses
13   10.47 per sheet, 612 sheets.
14        A.    What was the question?
15        Q.    Sure.  At least with this
16   shipment referenced in Exhibit-43 in your
17   E-mail to Mr. Jackson Devon was selling
18   612 sheets to North Pacific for 10.47 per
19   sheet.
20        A.    No, it was a credit,
21   authorized a credit.  It didn't say that
22   I sold to him for $10.00 per sheet.  It
23   was an authorized credit that Nor Pac
24   deducted by themselves.
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

286

```
 1        Q.    Nor Pac credited themselves
 2   $10.47 per sheet?
 3        A.    Correct.
 4        Q.    Does that tell you that at
 5   least for that shipment the drywall sold
 6   by Devon to North Pacific was for $10.47
 7   a sheet?
 8        A.    No, I don't know why they
 9   take $2.00 per sheet.  They probably
10   wanted to compensate their trucking fees.
11        Q.    So they tacked on a little
12   extra on top of the 8.50 per sheet?
13        A.    Yes.
14        Q.    So the drywall on
15   August 18th of 2006 was still trading at
16   about $8.50 per sheet between Devon and
17   North Pacific?
18        A.    Correct.
19        Q.    Did Devon ever sell any
20   drywall for $1.00 per sheet to anybody?
21        A.    Not down to $1.00 for the
22   good ones from 3,300 bundles, not that
23   low.
24        Q.    So the good drywall was
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

287

```
 1   selling at least in August of 2006 around
 2   $8.50 a sheet?
 3        A.    In 2006 and then the price
 4   dropped later, but I forgot how low but
 5   it would never go down to $1.00 per
 6   sheet.
 7        Q.    That's out of the good
 8   stock, right?
 9        A.    Yes.
10        MR. ROBERTSON:  Object to
11   the form.
12   BY MR. LAW:
13        Q.    Now, we talked earlier about
14   around the time of the drywall market
15   went down and I guess the building went
16   down, was it your understanding that the
17   drywall was in such a big demand down in
18   the Southeast due to rebuilding after
19   hurricanes?
20        A.    I wasn't sure exactly when
21   hurricane was.  Was it in 2005?
22        Q.    Well, there's Hurricane Ivan
23   in 2004 along the Alabama gulf coast and
24   Hurricane Katrina in 2005.  Both storms
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

288

```
 1   devastated the Gulf Coast.
 2        But my question is was it
 3   your understanding that there was a
 4   shortage of drywall due to rebuilding
 5   after those hurricanes?
 6        A.    Well, also the Miami market
 7   was very big.  So I don't -- it wasn't my
 8   part to do the market research.
 9        Q.    For purposes of shipping we
10   know at one point in time the Sanko Rally
11   was to sail into the port of Mobile,
12   Alabama.  Did you speak with anybody at
13   the port authority in Mobile to try to
14   determine shipping costs?
15        MS. CALDWELL:  Object to the
16   form.  I think that misstates the
17   testimony.
18        MR. LAW:  I'm not stating
19   any testimony.
20        MS. CALDWELL:  You said that
21   it was intended.  I don't know
22   that's what's come out that it was
23   ever intended to go to Mobile.
24   BY MR. LAW:
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  Q.    Did you ever speak to
2  anybody at the port authority in Mobile
3  to try to determine shipping costs into
4  Mobile's port?
5  A.    Shipping?  Ocean freight?
6  Q.    That's correct.
7  A.    No, the port doesn't handle
8  that.
9  Q.    Do you know where Mobile,
10 Alabama is located on a map?
11 A.    Very close to Pensacola I
12 guess.
13 Q.    And you're aware that Mobile
14 and Pensacola ports are very close
15 together, aren't you?
16 A.    Yes, I do know.
17 Q.    Were you aware that Mr.
18 Scharf visited both Mobile and Pensacola
19 at various times after the Sanko Rally
20 came into port?
21 A.    I would not know where he
22 goes.
23 Q.    The drywall that was sold to
24 Mazer and Gulf Coast Shelter, you sent



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  invoices to Mazer and Gulf Coast Shelter
2  in the State of Alabama, didn't you?
3  A.    That's what it says in the
4  invoice.
5  Q.    And you knew that the
6  drywall that was leaving the port of
7  Pensacola on trucks to ship out was being
8  shipped out for both Mazer and Gulf Coast
9  Shelter?
10 MS. CALDWELL:  Object to the
11 form.  Asked and answered.
12 THE WITNESS:  They send
13 trucks to the port, Pensacola port
14 to pick up.  So from that point we
15 would not where they take the
16 trucks to.
17 BY MR. LAW:
18 Q.    Mazer and Gulf Coast Shelter
19 sent trucks to the port to pick up
20 drywall?
21 A.    Correct.
22 Q.    Would you agree with me that
23 it was at least foreseeable that some of
24 this drywall would end up in the State of



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  Alabama?
2  MS. CALDWELL:  Object to the
3  form.  Asked and answered.
4  MR. LAW:  I don't think
5  anybody asked that question.
6  MS. CALDWELL:  She
7  absolutely did, and she just said
8  it just then.  She didn't know
9  where it was going to go.
10 MR. LAW:  That's not my
11 question.
12 MS. CALDWELL:  You asked if
13 it was foreseeable that it would
14 end up in Alabama.
15 MR. LAW:  I've got your
16 objection to the form.
17 BY MR. LAW:
18 Q.    Mobile's port, Pensacola's
19 port very close together.  You've
20 acknowledged that.  And my question is
21 was it at least foreseeable that some of
22 this drywall that you are invoicing Mazer
23 and Gulf Coast Shelter and Alabama for
24 would end up in the State of Alabama?



1  MS. CALDWELL:  Object to the
2  form.
3  THE WITNESS:  It's possible,
4  but it's not for me to -- I didn't
5  need to know where they want to go
6  to.
7  BY MR. LAW:
8  Q.    You've -- have you dealt
9  with any U.S. manufacturing facilities
10 before?
11 A.    In what kind of products?
12 Q.    For any product.
13 A.    U.S. manufacturing?  No,
14 only for medical products.
15 Q.    So you dealt with some U.S.
16 manufacturing facilities for medical
17 products?
18 A.    Yes.
19 Q.    And I understand that Devon
20 manufactures some medical devices in
21 China.  Is that correct?
22 A.    Yes, but that's Devon
23 Medical Products.
24 Q.    I understand.  Have you



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

293

```
 1  dealt with manufacturing facilities in
 2  China besides Devon's for the manufacture
 3  of medical products before?
 4       A.    For other factories in
 5  China?
 6       Q.    That's correct.
 7       A.    I have some involvement,
 8  yes.
 9       Q.    From a quality control
10  standpoint, would you agree that the
11  quality control standards in the U.S.
12  manufacturing facilities are more
13  stringent than the quality controls
14  standards than in Chinese manufacturing
15  facilities?
16            MS. CALDWELL:  Object to the
17       form.
18            THE WITNESS:  That's
19       people's perception.  Well, that's
20       people's perception, but it could
21       be done differently.  So it really
22       depend on every factory and how
23       they handle their quality system.
24  BY MR. LAW:
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

294

```
 1       Q.    For the medical devices, I'm
 2  not talking about the ones that Devon
 3  manufactures at its own facilities, but
 4  the medical devices that you've dealt
 5  with manufacturing facilities in China
 6  versus manufacturing facilities in the
 7  U.S., from a quality control standpoint
 8  were the U.S. facilities more stringent
 9  than the Chinese manufacturing plants?
10            MS. CALDWELL:  Object to the
11       form.
12            THE WITNESS:  Well, although
13       it's not really related, I would
14       like to answer, yeah.  That's
15       people's perception, but it's
16       different now.  A lot of Chinese
17       factories have ISO 13485 for
18       medical products and U.S. only
19       need to be compliant to FDA
20       quality standard which is
21       self-compliant and ISO is not a
22       self-compliant system.  It needs
23       an outside third party to come in
24       to give you -- to audit the
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

295

```
 1       factory and give certificate.
 2  BY MR. LAW:
 3       Q.    Would that be an outside
 4  third party within China?
 5       A.    Yes.
 6       Q.    And I don't really know what
 7  all you just said means, but with respect
 8  to drywall have you dealt with any
 9  domestic drywall manufacturers?
10       A.    I didn't.
11       Q.    You never have?
12       A.    I never.
13       Q.    Does Devon have a list, a
14  written checklist of quality control
15  standards to follow as it pertains to
16  products imported from China?
17       A.    For -- the practice is
18  between Devon International Trading and
19  Devon Medical Products are very
20  different.  With Devon International
21  Trading is strictly sourcing based on
22  customer's needs and then we go to China
23  find a factory and we produce samples for
24  client to approve and then we ship the
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

296

```
 1  products.  For that kind of business we
 2  don't -- we don't get involved in the
 3  testing and the quality.  We want the
 4  customer to confirm the quality.  But for
 5  medical products, if we are registered as
 6  the distributor or the manufacturer of
 7  the device with FDA, we have the duty to
 8  report to FDA for our work.
 9       Q.    So for the medical devices
10  Devon does have some written quality
11  control checklists?
12       A.    Yes.
13       Q.    But at least for building
14  products, drywall, Devon did not have any
15  written quality control standards?
16       A.    We did not.  Like I said
17  earlier, the window clients needs to
18  shoot to the windows to test for
19  hurricane and for nails they put in the
20  nail gun and test if they jam the nail
21  guns.
22       Q.    Did Devon have any -- we've
23  talked about written -- but any unwritten
24  quality control standards to ensure that
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

297

1  the building products such as drywall
2  that Devon imported were safe for use?
3       A.   It's really broad to say
4  what is safe to use mean.  We need a
5  definition for that.
6       Q.   Does Devon have any
7  unwritten quality control standards as it
8  pertains to building products such as
9  drywall to ensure that it meets certain
10 standards in the U.S.?
11      A.   We didn't have any quality
12 policies for building products.
13      Q.   Mr. Pipes asked you earlier
14 about an affidavit you gave wherein you
15 stated that you were the records
16 custodian for Devon?
17      A.   For the files.
18      Q.   Have you received any
19 requests from the consumer product safety
20 commission to compile any records on
21 behalf of Devon to show them that
22 indicate any sales of Chinese drywall?
23      A.   I didn't receive that
24 report.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

298

1       Q.   Did you receive any requests
2  or has anybody at Devon requested that
3  you compile some records to provide to
4  the consumer product safety commission?
5       A.   Did I receive the request or
6  did I keep the record?
7       Q.   Well, first, did you receive
8  a request?
9       A.   I didn't receive a request.
10      Q.   Did somebody at Devon
11 receive a request from the consumer
12 product safety commission?
13      A.   If there was somebody
14 receive it I don't know.  Maybe our legal
15 department receive it.
16      Q.   Did somebody ask that you
17 compile some records to be provided to
18 the consumer product safety commission?
19      A.   Nobody ask me.
20      Q.   Have you ever compiled any
21 records to be provided to the consumer
22 product safety commission?
23      A.   I didn't.
24      Q.   Did somebody at Devon?




Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

299

1            MS. CALDWELL:  Object to the
2       form.  She said she doesn't even
3       know if there was a request made.
4  BY MR. LAW:
5       Q.   To your knowledge has
6  anybody at Devon received any complaints
7  about any defective nature of the drywall
8  that was imported by Devon?
9       A.   I didn't know until this
10 case.  I was informed by the attorney.
11           MS. CALDWELL:  Okay.
12 BY MR. LAW:
13      Q.   Do you know anybody that
14 works at this plant that you identified,
15 this Tyshon plant in China?
16      A.   Do I know anybody?
17      Q.   That's correct.
18      A.   No, I don't.
19      Q.   Do you know if Tyshon is a
20 company owned by the Chinese government?
21      A.   I didn't know.
22      Q.   Anybody from Tyshon ever
23 come to your office in King of Prussia?
24      A.   Not at all.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

300

1       Q.   The medical products
2  manufactured by Devon Medical Products --
3  is it Devon Medical that you work for
4  now?
5       A.   Yes.
6       Q.   And Devon Medical actually
7  owns a manufacturing plant in China to
8  manufacture its products?
9       A.   We don't own a manufacturing
10 plant, but we developed our own products
11 by our own engineers.  We provided the
12 drawings and specs to the factory.
13      Q.   So Devon provided some specs
14 to the factory that manufactures the
15 medical devices?
16           MS. CALDWELL:  Object to the
17      form.
18           THE WITNESS:  We designed
19      the products.
20           MS. CALDWELL:  Devon Medical
21      Group.
22 BY MR. LAW:
23      Q.   I understand that.  And
24 Devon Medical Group provides specs to a



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

301

```
 1  factory in China that Devon doesn't own
 2  to manufacture its devices.  Is that
 3  correct?
 4       A.    Say that again.
 5       Q.    Devon Medical provides some
 6  specifications to a factory in China that
 7  Devon Medical doesn't own to manufacture
 8  its devices?
 9       A.    No, we own the products.
10       Q.    Who owns the manufacturing
11  facility?
12       A.    For the medical products?
13       Q.    Correct.
14       A.    We have different factories.
15       Q.    There's different factories
16  in China that manufacture different
17  components that go into the medical
18  devices?
19       A.    The factories are like
20  assembling plants.
21       Q.    Right.  But those aren't
22  owned by Devon, are they?
23       A.    They are not owned by Devon.
24       Q.    Who owns those factories?
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

302

```
 1       A.    Different factories, we have
 2  several near Shanghai, some in Shingin
 3  (ph).
 4       Q.    The one is Shanghai, is it
 5  owned by --
 6       A.    We don't own any factory.
 7       Q.    Did the Devon project
 8  managers in Shanghai, do they coordinate
 9  with the factories that manufacture these
10  medical products?
11       A.    After the Devon
12  International Trading went out of
13  business, it's not operating like myself
14  I switched -- I transfer to Devon Medical
15  Products.  So the Shanghai office also
16  focus on the medical products now.
17       Q.    So these individuals that
18  we've talked about today, they are
19  project managers.  Is that their title in
20  Shanghai?
21       A.    Yes.
22       Q.    And those project managers
23  also act as kind of liaisons with the
24  factories that make the components that
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

303

```
 1  go into the Devon devices?
 2            MS. CALDWELL:  Object to the
 3       form.
 4            THE WITNESS:  They are now
 5       working on medical products, yes.
 6  BY MR. LAW:
 7       Q.    But do they coordinate with
 8  the factories that Devon doesn't own to
 9  make these components that go into the
10  medical devices?
11       A.    They do, but for medical
12  devices it's different.
13       Q.    You recall giving a
14  deposition in the arbitration hearing
15  with North Pacific and it was back in
16  2007, don't you?
17       A.    Yes.
18       Q.    And you were under oath when
19  you gave that testimony, weren't you?
20       A.    Yes.
21       Q.    In your deposition, page 15
22  on line 21 you were asked by the attorney
23  if you were the one that decided on which
24  factory Devon would contract with to make
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

304

```
 1  this drywall and you said no.  We're on
 2  line 24 on page 15.  I've highlighted it
 3  for you.  Do you see that?
 4       A.    Yes.
 5       Q.    And then you were asked was
 6  that Mr. Scharf, and you said for this
 7  project he went China office went to the
 8  factory first and then they identified
 9  different factories and made a
10  recommendation which factory we should go
11  to.  And then Bob Scharf went there and
12  visited the factory and said, yes, this
13  factory is good.  So you could say yes he
14  made the final decision.
15            Is that testimony true and
16  accurate?
17       A.    Yes.
18       Q.    So Mr. Scharf took the
19  specifications provided by North Pacific,
20  and he went and visited some factories
21  until he found one that was good and made
22  the decision that that was the factory
23  that could make the drywall?
24       A.    He take the specifications
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

305

1  to any factory that he visited, but I
2  don't know how he selection criteria.
3  But at the time that we decided to go to
4  this factory, to use this factory because
5  they were the only factory big enough to
6  take -- to have capacity for this volume.
7          Q.    And Mr. Scharf with the
8  specifications from North Pacific visited
9  several different factories, didn't he?
10         A.    I think he visit more than
11 this one.
12         Q.    And ultimately as the
13 president of Devon International
14 Industries or Devon International Trading
15 Mr. Scharf decided which factory to use
16 to manufacture the drywall?
17         A.    Yes.
18         Q.    North Pacific didn't pick
19 the factory, did they?
20         A.    No.   We provided samples
21 from different factories to North
22 Pacific, too.
23         Q.    With regard to the Devon
24 Medical devices that Devon Medical



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

306

1  Products manufactures at these Chinese
2  facilities, do the project managers at
3  the Shanghai office, do they take the
4  specifications to different plants and
5  find one that can manufacture the
6  components for the device?
7          A.    That's what they are
8  supposed to do.
9          THE VIDEOTAPE TECHNICIAN:
10         I've got one minute, counsel.
11         We're now going off the record.
12         This is the end of tape number
13         three of the deposition of Ruth
14         Wu.  Time on video is currently
15         17:24.
16              -  -  -
17              (Whereupon, a brief recess
18         was taken.)
19              -  -  -
20         THE VIDEOTAPE TECHNICIAN:
21         We're now back on the record.
22         This is the beginning of tape
23         number four in the deposition of
24         Ruth Wu.  Time on video is 17:29.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

307

1  BY MR. LAW:
2          Q.    Miss Wu, these medical
3  devices that Devon Medical manufactures,
4  do they come in a package?
5          A.    It's finished goods,
6  finished goods.
7          Q.    Comes in a package?
8          A.    Yes.
9          Q.    Devon has its name on that
10 package?
11         A.    Yes.
12         Q.    And you agree with me that
13 Devon manufactures its medical devices?
14         A.    Yes.
15         Q.    And it manufactures them in
16 China?
17         A.    Yes.  We are registered with
18 FDA.
19         Q.    Does Dr. Bennett own all of
20 the Devon family of companies?
21         A.    I think so, yes.
22         Q.    And they are all based in
23 the King of Prussia office?
24         A.    Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

---

308

1          Q.    Does Dr. Bennett report to
2  anybody?
3          A.    No.
4          Q.    Everybody reports to him?
5          A.    Yes.
6          Q.    Last few questions.  We saw
7  a document earlier that indicated that
8  Devon made the drywall for $2.99 per
9  sheet.  Do you know what I'm referring
10 to?
11         MS. CALDWELL:  Object to
12         form.  I don't.  I don't think
13         there's any document that says
14         that.
15 BY MR. LAW:
16         Q.    There's a confirmation.  Do
17 you remember the confirmation?
18         A.    I'm not sure which one.  The
19 cost of goods?
20         Q.    Yes, ma'am.  According to
21 Exhibit-19 the cost to Devon for the
22 drywall to be manufactured was $2.99.
23         A.    That was the cost of goods.
24         Q.    What is cost of goods mean



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  to you?
2       A.    It means sales, deduct the
3  cost of goods in return and then that's
4  the gross profit.
5       Q.    And it's your testimony that
6  Devon had the burden of testing the
7  drywall?
8            MS. CALDWELL:  Object to the
9       form.
10  BY MR. LAW:
11      Q.    I'm sorry.  Was your
12  testimony that North Pacific had the
13  burden of testing this drywall?
14      A.    Yes.
15      Q.    And according to the
16  purchase order, I think it's Exhibit-11,
17  Devon was going to sell the drywall to
18  North Pacific for $8.50 a sheet?
19      A.    Yes.
20      Q.    Why didn't North Pacific
21  just buy the drywall themselves for 2.99
22  as opposed to paying Devon 8.50 a sheet?
23           MS. CALDWELL:  Object to the
24      form.



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1            THE WITNESS:  Why?  I would
2       not know why North Pacific think
3       that way.
4            MR. LAW:  We'll ask them.
5       Miss Wu, I thank you for your
6       time.
7  BY MR. PIPES:
8       Q.    Miss Wu, I have a couple
9  real quick follow-ups.  Did Dr. Bennett
10  ever go to Pensacola to your knowledge?
11      A.    No, he didn't.
12      Q.    Other than Nick Egan and Bob
13  Scharf, did anybody else at Devon
14  actively try to sell the drywall?
15      A.    Only Bob Scharf.  Nick Egan
16  joined later, and then I post it on eBay.
17  That was all.
18      Q.    Just you three?
19      A.    Yes.
20      Q.    Mr. Russo asked you some
21  questions about some E-mails and letters
22  that were marked Exhibit-61 through 64.
23  I'm just going to hand these back to you.
24           You weren't copied on any of



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1  those E-mails or letters, were you?
2       A.    No, I wasn't.
3       Q.    Would you agree with me that
4  you have no knowledge of whether or not
5  the proposal made in Exhibit-63 ever came
6  to pass?
7       A.    I didn't -- I don't know.
8       Q.    Would you agree that Dr.
9  Bennett and Mr. Scharf are the people
10  most qualified to answer those questions?
11      A.    Yes.
12      Q.    And to discuss the meaning
13  of Exhibit-61 through 64?
14      A.    Yes.
15           MR. PIPES:  That's all I
16      have.
17  BY MR. RUSSO:
18      Q.    Ruth, I have one or two real
19  quickly to follow up.  Although you don't
20  know whether or not that agreement was
21  protected as discussed in 61 through 64,
22  it does appear on August 14th that an
23  agreement was at least being discussed
24  and contemplated between Pate and Devon?



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

1       A.    That's whatever it says is
2  on the paper.
3       Q.    That's what it says that an
4  agreement was being contemplated between
5  Devon and Pate on August 14th of 2006?
6            MR. LAW:  Object, and calls
7       for speculation.
8            MR. RUSSO:  Is that what it
9       says?
10           MR. BROWN:  It speaks for
11      itself.
12           MR. RUSSO:  That's fine.
13           MR. BROWN:  Thank you.
14  You're done.
15           MR. ROBERTSON:  I'll take a
16      copy.
17           MR. PATTERSON:  This is Jim
18      Patterson for Bass Homes.  I'd
19      like copies of the video and
20      transcript.
21           THE VIDEOTAPE TECHNICIAN:
22      We're now going off the record.
23      This is the end of tape number
24      four.  It concludes the videotape



Toll Free: 800.345.4940
Facsimile: 215.988.1843
Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

Ruth Wu                                           February 25, 2011
313

```
 1    deposition of Ruth Wu.  Time on
 2    video is 17:35.
 3         MS. PRYOR:  I would like a
 4    copy of the deposition with a
 5    travel and an ASCII, please.
 6         MR. PHILLIPS:  The same as
 7    Ms. Pryor.
 8         (Witness excused.)
 9         (Deposition concluded at
10    approximately 5:35 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Toll Free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

Ruth Wu                                           February 25, 2011
314

```
 1              C E R T I F I C A T E
 2
 3         I hereby certify that
 4    the witness was duly sworn by me and that
 5    the deposition is a true record of the
 6    testimony given by the witness.
 7
 8
 9    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      LISA CAPALDO
10    Dated:  March 10, 2011
11
12    (The foregoing certification of this
13    transcript does not apply to any
14    reproduction of the same by any means,
15    unless under the direct control and/or
16    supervision of the certifying shorthand
17    reporter.)
18
19
20
21
22
23
24
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

Ruth Wu                                           February 25, 2011
315

```
 1              LAWYER'S NOTES
 2    PAGE  LINE
 3    ____  ____  _____
 4    ____  ____  _____
 5    ____  ____  _____
 6    ____  ____  _____
 7    ____  ____  _____
 8    ____  ____  _____
 9    ____  ____  _____
10    ____  ____  _____
11    ____  ____  _____
12    ____  ____  _____
13    ____  ____  _____
14    ____  ____  _____
15    ____  ____  _____
16    ____  ____  _____
17    ____  ____  _____
18    ____  ____  _____
19    ____  ____  _____
20    ____  ____  _____
21    ____  ____  _____
22    ____  ____  _____
23    ____  ____  _____
24    ____  ____  _____
```



Toll Free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com