



Devon - 00449



Devon - 00450



Devon - 00452

<s>
</s>




Devon - 00658



Devon - 00663