

## North Pacific

July 21, 2006

Ms. Ruth Wu
Devon International Trading

Via facsimile : 610 930-4035

Dear Ms. Wu:

We are returning your invoice unpaid along with a copy of an email transmitted to Bob Scharf. This material was supposed to have shipped back in March. All along we have been telling Bob that the market may drop and the material needs to be shipped. Once the vessel finally arrived we again asked to ship as fast as possible but we were held up an additional month due to the damage and slow off loading as well as legal and insurance holds on the material. Finally we were given the go ahead to begin shipping but by this time, some four months after the intended shipment date, our customers cancelled their orders to us due to the late shipping. North Pacific Group had no alternative but to cancel the purchase due to late shipment.

We have communicated with Bob repeatedly during this process concerning the timeliness of shipment. We have told Bob that North Pacific will assist Devon in marketing the material, however the market has dropped and the sales value will be less than our original orders contained. We have salvaged a small number of orders and we will honor our original purchase price for these loads only. Any future shipments will be at an agreed upon price at the time of shipment. If you would like us to continue to market the material we will do all we can to help you with disposing of the material.

Sincerely,

*Frank Johnston*
Frank Johnston
Division Manager
North Pacific Group
Southern



HERMAN AFFIDAVIT
**EXHIBIT**
**169**

PLAINTIFF'S EXHIBIT 77