BOB SCHARF - 516-599-8228
G. JACKSON - 601-735-2602
RUTH WU - 610-830-4035

HERMAN AFFIDAVIT
EXHIBIT
170

PLAINTIFF'S
EXHIBIT
82

## DEVON INTERNATIONAL
## PATE STEVEDORE COMPANY
## MV SANKO RALLY
## DISCHARGE SHEETROCK
## PORT OF PENSACOLA
## 6/15-7/12/06

| # | EX SANKO RALLY DATE | PICK UP NO. | CUSTOMER PO | NUMBER OF BDLS | TOTAL BDLS TO DATE | | |
|---|---|---|---|---|---|---|---|
| 1 | 7/18/06 | 391852 | APO 36541 | 7 | 7 | | ORGILL/COTTONDALE TRUCK 303/316 |
| 2 | 7/18/06 | 391926 | APO 36548 | 7 | 14 | | ORGILL/COTTONDALE TRUCK 309/311T |
| 3 | 7/19/06 | 359382 | VERBAL | 7 | 21 | | NORPAC/WALKER BROS/CARNEY TRK 16/25 |
| 4 | 7/20/06 | 393598 | JB02738 | 7 | 28 | | NORPAC/ACE-GAUTHIER/SHELTON OP210/2399 |
| 5 | 7/20/06 | 391177 | 436650 | 7 | 35 | | STOCK BLDG, METAIRIE/ADD TRUCKING 1337/153T |
| 6 | 7/20/06 | 391848 | APO 36533 | 0 | 35 | RETURNED 7/25 | ORGILL/ANNISTON, AL/WBS 445347/111688 |
| 7 | 7/20/06 | 391846 | APO 36417 | 7 | 42 | | ORGILL/THOMASVILLE AL/WHISTL.DIX 1/99404 |
| 12 | 7/21/06 | 391845 | APO 36416 | 7 | 49 | | ORGILL/THOMASVILLE AL/COMPASS TPORT 7/3 |
| 8 | 7/20/06 | 391844 | APO 36419 | 7 | 49 | | ORGILL/PINE LA/FORREST PROD. 410/725 |
| 9 | 7/21/06 | 391830 | APO 36482 | 7 | 56 | | ORGILL/LUMBER CITY GA/BETHEL FARMS 144/163 |
| 10 | 7/21/06 | 432690 | GEORGE 4 | 7 | 63 | | BLACK BEAR/CLEARWATER FL/C&S 69/713 |
| 11 | 7/21/06 | 432692 | GEORGE 6 | 7 | 70 | | BLACK BEAR/CLEARWATER FL/CHOPCO 409/RH533 |
| 12 | 7/21/06 | 391845 | APO 36416 | 7 | 77 | | ORGILL/THOMASVILLE AL/COMPASS TPORT 7/3 |
| | | | | 84 | | | **SUBMITTED TO DEVON 7/21/06** |
| 13 | 7/21/06 | 391851 | APO36540 | 0 | 77 | RETURNED 7/24 | ORGILL/HATTIESBURG, MS/YADA 002/728 |
| 14 | 7/24/06 | 391853 | APO36546 | 7 | 84 | | ORGILL/TRUSSVILLE, AL/RJ&JTRUCKING 109/T11 |
| 15 | 7/24/06 | 432699 | GEORGE 12 | 7 | 91 | | BLACK BEAR/CLEARWATER, FL/ZERIMAR ZAID 717/7177 |
| 16 | 7/24/06 | 458935 | 70552 | 7 | 98 | | NORPAC/WALKER BROS/CARNEY TRK 1/23 |
| | | | | 21 | | | **SUBMITTED TO DEVON/NORPAC 7/25/06** |
| 17 | 7/25/06 | 432691 | GEORGE 5 | 7 | 105 | | BLACK BEAR/SAN ANTONIO, TX/WINDCHESTER EXPRESS 5/1 |
| 18 | 7/25/06 | 432697 | GEORGE 10 | 7 | 112 | | BLACK BEAR/CLEARWATER, FL/GYPSUM EXPRESS 06318/7197 |
| 19 | 7/25/06 | 464868 | 205929 | 7 | 119 | | DISPATCH-70696/FORT PAINE, AL/SUNRISE EXPRESS 066/4839 |
| 20 | 7/25/06 | 391850 | APO36538 | 7 | 126 | | ORGILL/GADSDEN, AL/ WBS 445347/111688 |
| 21 | 7/25/06 | 432694 | GEORGE8 | 7 | 133 | | BLACK BEAR/CLEARWATER, FL/AUGUSTINE TRUCKING 794/4201 |
| 22 | 7/25/06 | 458936 | 70553 | 7 | 140 | | NORPAC/WALKER BROS/CARNEY TRK 11/22 |
| 23 | 7/25/06 | 458937 | 70554 | 7 | 147 | | NORPAC/WALKER BROS/CARNEY TRK 5/29 |
| | | | | 49 | | | **SUBMITTED TO DEVON/NORPAC 7/25/06** |
| 24 | 7/27/06 | 437505 | 707428 | 9 | 156 | | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 24/24 |
| 25 | 7/27/06 | 437504 | 707427 | 9 | 165 | | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 37/37 |
| 26 | 7/27/06 | 437503 | 707426 | 9 | 174 | | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 24/24 |

Devon - 00571

8/28/20061:56 PM

BOB SCHARF - 516-599-8228
G. JACKSON - 601-735-2602
RUTH WU - 610-930-4035

**DEVON INTERNATIONAL**
**PATE STEVEDORE COMPANY**
**MV SANKO RALLY**
**DISCHARGE SHEETROCK**
**PORT OF PENSACOLA**
**6/15-7/12/06**

| # | EX SANKO RALLY DATE | PICK UP NO. | CUSTOMER PO | NUMBER OF BDLS | TOTAL BDLS TO DATE | |
|---|---|---|---|---|---|---|
| 27 | 7/27/06 | 432693 | GEORGE 7 | 7 | 181 | BLACK BEAR/SAN ANTONIO, FL/PHILLIP WILLIAMS + SON 5/108 |
| 28 | 7/27/06 | 391187 | 4361828 | 7 | 188 | STOCK BLDG/METAIRIE, LA/ADD TRUCKING 78/2738 |
| 29 | 7/27/06 | 437501 | 707424 | 7 | 195 | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 37/37 |
| 30 | 7/27/06 | 437502 | 707425 | 7 | 202 | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 24/24 |
| 31 | 7/27/06 | 466006 | 70832 | 7 | 209 | NORPAC/GYPSUM PRODUCTS INC/SHELTON TRK OP258/3999 |
| 32 | 7/27/06 | 437506 | 707429 | 9 | 218 | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 37/37 |
| 33 | 7/27/06 | 437507 | 707430 | 9 | 227 | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 24/24 |
|  |  |  |  | 80 |  | **SUBMITTED TO DEVON/NORPAC 7/27/06** |
| 34 | 7/28/06 | 437508 | 707431 | 9 | 236 | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 24/24 |
|  |  |  |  | 9 |  | **SUBMITTED TO DEVON/NORPAC 7/28/06** |
| 35 | 7/31/06 | 437596 | ROWLAND 1 | 7 | 243 | LIVE OAKS, FL/CONSOLIDATED LUMBER TRANS 520/0202 |
| 36 | 7/31/06 | 391847 | APO36308 | 7 | 250 | ORGILL/ANDALUSIA, FL/HUGGIND TRANS 408916/1133 |
|  |  |  |  | 14 |  | **SUBMITTED TO DEVON/NORPAC 7/31/06** |
| 37 | 8/1/06 | 391842 | APO36455 | 7 | 257 | ORGILL/NAVARRE, FL/RAPID TRANS 777/T777 |
| 38 | 8/1/06 | 437509 | 707432 | 9 | 266 | EMERALD COAST BLDG/P'COLA, FL/EMERALD COAST 37/37T |
| 39 | 8/1/06 | 391843 | APO36456 | 7 | 273 | ORGILL/NAVARRE, FL/RAPID TRANS 777/T777 |
| 40 | 8/1/06 | 437510 | 707433 | 8 | 281 | EMERALD COAST BLDG/P'COLA, FL/EMERALD COAST 37/37 |
|  |  |  |  | 31 |  | **SUBMITTED TO DEVON/NORPAC 8/1/06** |
| 41 | 8/3/06 | 458938 | 70555 | 7 | 288 | NORPAC/WALKER BROS/CARNEY TRK 7/34 |
| 42 | 8/3/06 | 391855 | APO36579 | 7 | 295 | ORGILL/PHILADELPHIA, MS/P.HUGHES TRK 1019/1005 |
| 43 | 8/3/06 | 437598 | ROWLAND 3 | 7 | 302 | ENAP/LIVE OAK, FL/2 BROTHERS TRK 1/111669 |
|  |  |  |  | 21 |  | **SUBMITTED TO DEVON/NORPAC 8/3/06** |
| 44 | 8/4/06 | 391849 | APO 36535 | 7 | 309 | ORGILL/TUPELO, MS/NEW LINE TRANS 8231/8797 |
|  |  |  |  | 7 |  | **SUBMITTED TO DEVON/NORPAC 8/7/06** |
| 45 | 8/7/06 | 432784 | 707476 | 9 | 318 | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37 |
| 46 | 8/7/06 | 432785 | 707477 | 9 | 327 | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37 |
| 47 | 8/7/06 | 437511 | 707475 | 9 | 336 | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37 |
|  |  |  |  | 27 |  | **SUBMITTED TO DEVON/NORPAC 8/7/06** |
| 48 | 8/8/06 | 432788 | 707480 | 9 | 345 | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37 |
| 49 | 8/8/06 | 432786 | 707478 | 9 | 354 | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37 |

8/28/2006 1:56 PM

Devon - 00572

BOB SCHARF - 516-599-8228
G. JACKSON - 601-735-2602
RUTH WU - 610-930-4035

DEVON INTERNATIONAL
PATE STEVEDORE COMPANY
MV SANKO RALLY
DISCHARGE SHEETROCK
PORT OF PENSACOLA
6/15-7/12/06

| | EX SANKO RALLY DATE | PICK UP NO. | CUSTOMER PO | NUMBER OF BDLS | TOTAL BDLS TO DATE | |
|---|---|---|---|---|---|---|
| 50 | 8/8/06 | 432787 | 707479 | 9 | 363 | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 24/24 |
| | | | | | | SUBMITTED TO DEVON/NORPAC 8/8/06 |
| 51 | 8/9/06 | 437597 | rowland 2 | 27 | 370 | ENAP/LIVE OAK, FL/J A RAY TRUCKING 6739/07649 |
| | | | | 7 | | SUBMITTED TO DEVON/NORPAC 8/9/06 |
| | 8/10/06 | 394845 AND 391846 | | -9 | 361 | RETURNED FOR RECEIPT ONLY PER NORPAC - SEE PICTUR |
| 52 | 8/15/06 | 437599 | ROWLAND 4 | 7 | 368 | ENAP/JACKSONVILLE/CONS LBR 30956/DA-48-0100 |
| | | | | 7 | | SUBMITTED TO DEVON/NORPAC 8/15/06 |
| 53 | 8/21/06 | 432789 | 707481 | 9 | 377 | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37 |
| 54 | 8/21/06 | 432790 | 707482 | 9 | 386 | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37F |
| | | | | 18 | | SUBMITTED TO DEVON/NORPAC 8/21/06 |
| 55 | 8/22/06 | 432792 | 707484 | 9 | 395 | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37F |
| | | | | 9 | | SUBMITTED TO DEVON/NORPAC 8/22/06 |
| 56 | 8/23/06 | 432791 | 707483 | 9 | | EMERALD COAST/PCOLA, FL/EMERALD COAST TRK 37/37F |
| | | | | 9 | | SUBMITTED TO DEVON/NORPAC 8/28/06 |

Devon - 00573

8/28/2006 1:57 PM

## STRAIGHT BILL OF LADING– SHORT FORM

ORIGINAL – NOT NEGOTIABLE

Shipper's No. ________

Carrier's Name: Emerald Coast 37/37T

Carrier's No. 432784

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola (Date) 8-7-06 FROM

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO Emerald Coast (Mail or street address for purposes of notification only.)

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination 8040 Palafox St Street Pensacola City

County ________ State ________ Zip ________

Route ________ Delivery Address★ ________

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier ________ Car or Vehicle Initials and No. ________

Collect on Delivery $ ________ And Remit to ________

Street ________ City ________ State ________

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 96 | 1 | ½" x 4' x 12' Gypsum Board | 59127 | lbs | |
| | | @ 612 PC | | | |
| | | PO 707476 | | | |
| | | | | | |
| | | Time 0900 | | | |
| | | must be tarped | | | |

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

________
(Signature of consignor.)

C. O. D. Charges to be Paid by
☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ________ to apply in prepayment of the charges on the property described hereon.

________
Agent or Cashier

Per ________
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ ________

†"The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ________ per ________

[signature] Shipper, Per ________

Agent

Per [signature]

Permanent post-office address of shipper.

1

Devon - 00585

# STRAIGHT BILL OF LADING— SHORT FORM

ORIGINAL — NOT NEGOTIABLE

Shipper's No. 432785

Carrier's Name: Emerald Coast (Date) 3/37

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at Rob Robinson (Date) 8-02-06 FROM Ron S Ramarko St. Pennock

[standard bill of lading legal text]

Consigned TO Emerald Coast Builders Malone

Destination 50 yo Poledent St. Street Panama City County State Zip

Route

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

Street _____ City _____ State _____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 | | Belly 1/2 x 4' x 12' Gypsum Board | 59,129 lbs | | |
| | | @ 61.8 pcs | | | |
| | | PO: 707477 | | | |
| | | Time: 10:55 AM | | | |
| | | May be tarped | | | |

Rate 5/c/pate Co Shipper, Per Shawn Davis

for North Pacific Group Per D. Devon Robert Agent

Permanent Post-office address of shipper.

# STRAIGHT BILL OF LADING– SHORT FORM

ORIGINAL – NOT NEGOTIABLE

Shipper's No. 437511

Carrier's Name: Emerald Coast 37/37/T

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at Port of Pensacola (Date) 8-07-06 FROM 720A S. Barracks St Pensacola

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO Emerald Coast Building Materials (Mail or street address for purposes of notification only)

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination 8040 Palafox ST Street Pensacola City

County ____ State Fl Zip ____

Route ____ Delivery Address ★ ____

(★ To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier ____ Car or Vehicle Initials and No. ____

Collect on Delivery $ ____ And Remit to ____

Street ____ City ____ State ____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Bdls | | ½" x 4' x 12' Gypsum Board | 59,127 lbs | | |
| | | @ 612 Pcs | | | |
| | | Customer PO: 707475 | | | |
| | | | | | |
| | | Time 1:30 | | | |
| | | Must be tarped | | | |

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

____ (Signature of consignor.)

C. O. D. Charges to be Paid by
☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ____ to apply in prepayment of the charges on the property described hereon.

____ Agent or Cashier

Per ____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ ____

†"The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
†Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ____ per ____

Tate Steve dore Co or North Pacific Group Shipper, Per W [signature]

Permanent post-office address of shipper.

Agent [signature]

1

**STRAIGHT BILL OF LADING— SHORT FORM**

ORIGINAL – NOT NEGOTIABLE

Shipper's No. 43278?

Carrier's Name: Emerald Coast 37/37T

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at Port of Pensacola (Date) 8-08-06   FROM 720A5 Bernardo St

Consigned To Emerald Coast Building Materials

Destination 3040 Palafox St   Pensacola   City: FL

Route _____ County _____ State _____ Zip _____

Delivery Address ★

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

Street _____ City _____ State _____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9R | | ½" x 4 x 12' Gypsum Board | 59,127 lbs | | |
| | | @ 612 Pcs | | | |
| | | PO# 707480 | | | |
| | | | | | |
| | | Time 1025 AM | | | |
| | | Must be Tarped | | | |

Tate, Steve dot Co
or North Pacific Group   Shipper, Per _____

Permanent post-office address of shipper _____   Agent _____

C. O. D. Charges to be Paid by ☐ Shipper  ☐ Consignee

Devon - 00583

**STRAIGHT BILL OF LADING – SHORT FORM**

ORIGINAL – NOT NEGOTIABLE

Shipper's No. 43278(?)

Carrier's Name: Emerald Coast 37/37

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading

at Pt. of Pensacola (Date) 8-09-06 FROM 720 A S. Barracks St.

Consigned TO: Emerald Coast Building Materials

Destination: Street _____ Pens. City

_____ County _____ FL State _____ Zip

Route _____ Delivery Address ★

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

C.O.D. Charges to be Paid by ☐ Shipper  ☐ Consignee

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 96 | | 1/2" x 4 x 12' Gypsum Board | 59,127 | 16 | |
| | | @ 612 Pcs | | | |
| | | PO! 707878 | | | |
| | | Time: 7:58 A.M | | | |
| | | Must be Tarped | | | |

Pate Stevedore Co
of North Pacific Group  Shipper, Per Sharon Davis

Per Darin Roberts  Agent

Permanent post-office address of shipper:

Devon - 00582

**STRAIGHT BILL OF LADING— SHORT FORM**

ORIGINAL – NOT NEGOTIABLE

Shipper's No. 432787

Carrier's Name Emerald Coast-24/24

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

Carrier's No. ___

at Pensacola (Date) 08-08-06 FROM 720 A S. Barracks St

Consigned TO Emerald Coast Building Materials

Destination 5020 Palafox St Street Pensacola County Fl State ___ City ___ Zip

Route ___

Delivery Address ___

Delivering Carrier ___

Car or Vehicle Initials and No. ___

Collect on Delivery $ ___ And Remit to ___

C.O.D. Charges to be Paid by ☐ Shipper  ☐ Consignee

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9846 | | ½" x 4' x 12' Gypsum Board | 59,127 | | |
| | | @ 612 Pcs | | | |
| | | PO # 707479 | | | |
| | | | | | |
| | | Time 8:25 AM | | | |
| | | Must be Tarped | | | |

Pate Stevedore Co
T North Pacific Group Shipper, Per Sharon Davis

Agent Vincent ___

**STRAIGHT BILL OF LADING – SHORT FORM**

ORIGINAL - NOT NEGOTIABLE

Shipper's No. 432789

Carrier's Name: Emerald Coast 37/37

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola (Date) 8-21-06 FROM 7205 A.S. Barracks St

Consigned TO: Emerald Coast Building Materials

Destination: 3040 Palafox St   City: Pensacola

| No. Packages | H.M. | Kind of Packages, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Blls | | ½" x 4' x 12' Gypsum Board @ 612 Pcs  PO# 70748/ | 59,127 | 1-3 | |
| | | Time: 11:10 AM  Must be tarped | | | |

Pate Stevedore Co. for North Pacific Group

Shipper, Per: [signature]

Agent: [signature]

STRAIGHT BILL OF LADING— SHORT FORM    ORIGINAL—NOT NEGOTIABLE         Shipper's No. 432790

Carrier's Name: Emerald Coast 37/37F                                   Carrier's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,
at Port of Pensacola (Date) 8-21-06     FROM 720A S. Barracks St

Consigned TO Emerald Coast Building Material

Destination 8010 Pole of ___ Street ___ Pens. ___ City ___ FL ___ State ___ Zip

Route _____  Delivery Address ★

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

Street _____ City _____ State _____

| No. Packages | H.M. | Kind of Packages, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9-24 | | ½" x 4' x 12' Gypsum Board | 59127 | 125 | |
| | | @ 612 Pcs | | | |
| | | PO # 702482 | | | |
| | | Time: 340 PM | | | |
| | | must be tarped | | | |

C.O.D. Charges to be Paid by ☐ Shipper ☐ Consignee

Pate Stele core
for North Pacific Group

Permanent post-office address of shipper: _____

Shipper, Per Darrell                    Per X David [signature]   Agent

1

Devon - 00575

# STRAIGHT BILL OF LADING— SHORT FORM    ORIGINAL – NOT NEGOTIABLE

Shipper's No. 432792

Carrier's Name: Emerald Coast TRK 37

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola (Date) 8-22-06 FROM 7204 S. Barracks St

Consigned TO: Emerald Coast Building Materials

Destination 2046 Palafox St  Street  Pensacola  State FL  City  Zip

Route

Delivering Carrier _____  Car or Vehicle Initials and No. _____

Collect on Delivery $ _____  And Remit to _____  Street _____ City _____ State _____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 28 | | 1/2" x 4 x 12 Gypsum Board | 59,127 lbs | | |
| | | @ 12 pcs | | | |
| | | PO # 702484 | | | |
| | | Time 11:00 am | | | |
| | | Must be tarped | | | |

C. O. D. Charges to be
Paid by
☐ Shipper   ☐ Consignee

$ _____

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charge Advanced $ _____

Stevedore Svcs Co.
for North Pacific Group Shipper, Per MDS

Per Daulet Agent

Permanent post-office address of shipper.

**STRAIGHT BILL OF LADING- SHORT FORM**    ORIGINAL   NOT NEGOTIABLE      Shipper's No. 43.2791

Carrier's Name: Emerald Coast    TRK-37      Carrier's No. ___

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola  (Date) 8-23-06   FROM 720 A S Barrancas Bl

Consigned TO: Emerald Coast Building Material

Destination: 3040 Palafox St  ____ Street  Pensacola ____ City

County ____  Delivery Address ★  State ____ Zip ____

Route ____

Delivering Carrier ____  Car or Vehicle Initials and No. ____

Collect on Delivery $ ____ And Remit to ____

| No Packages | T.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 1 | | 1/2" x 4' x 12' Gypsum Board @ 612 PCS | 59,127 | L | |
| | | PO# 707483 | | | |
| | | Tm: 9:10 AM must be tarped | | | |

Date Steve ____ for North Pacific Group   Shipper, Per ____

C.O.D. Charges to be Paid by ☐ Shipper  ☐ Consignee

Permanent post-office address of shipper, ____                                Agent

1

Devon - 00574