Confidential - Subject to Further Confidentiality Review

```
 1            IN THE UNITED STATES DISTRICT COURT
                EASTERN DIVISION OF LOUISIANA
 2
 3   IN RE:  CHINESE-MANUFACTURED    MDL NO. 2047
     DRYWALL PRODUCTS LIABILITY
 4   LITIGATION,                     SECTION: L
 5                                   JUDGE FALLON
 6                                   MAG. JUDGE WILKINSON
     THIS DOCUMENT APPLIES TO:
 7   GERMANO, et al., vs. TAISHAN
     GYPSUM CO., LTD.,
 8   f/k/a SHANDONG TAIHE DONGXIN
     CO. LTD.,
 9   CASE NO. 2:09-CV-6687 (EDLA)
10
11             VIDEOTAPED DEPOSITION OF
12                GD-DISTRIBUTORS, LLC -
13    DARRIN STEBER - PURSUANT TO FED R. CIV. P. 30(B)6)
14
15           CONFIDENTIAL - SUBJECT TO FURTHER
16                 CONFIDENTIALITY REVIEW
17                        - - -
18         Videotaped deposition of DARRIN STEBER,
     held at the offices of BEZOU LAW FIRM, 534 East
19   Boston Street, Covington, Louisiana, commencing at
     10:10 A.M., on the above date, before Dixie B.
20   Vaughan, Certified Court Reporter (LA), Registered
     Professional Reporter, Certified LiveNote Reporter.
21
22                        - - -
              GOLKOW TECHNOLOGIES, INC.
23
           877.370.3377 ph | 917.591.5672 fax
24
                  deps@golkow.com
25
```

**HERMAN AFFIDAVIT EXHIBIT 25**

Page 2

```
 1              I N D E X
 2                        PAGE
 3  APPEARANCES              3
 4  EXAMINATION
 5    BY MS. TUCHMAN          8
 6    BY MR. RAPP            66
 7    BY MS. EISELEN         67
 8    BY MR. PITTS           69
 9  RE-EXAMINATION
10    BY MS. TUCHMAN         70
11          INDEX OF EXHIBITS
12                        PAGE
13  EXHIBIT 1  Notice of Deposition    12
14  EXHIBIT 2  Documents Produced by Darrin  13
               Steber
15
    EXHIBIT 3  TG0020108 Trademarks Owned  31
16             by the Company from 2005 to
               2007
17
    EXHIBIT 4  Sample of Sheetrock        34
18             (Physical Evidence
               maintained by Counsel for
19             Plaintiffs)
20  EXHIBIT 5  Sample of Sheetrock        34
               (Physical Evidence
21             maintained by Counsel for
               Plaintiffs)
22
    EXHIBIT 6  Copy of Airplane Tickets for  39
23             trip to China
24  EXHIBIT 7  Taian Shandong Province   60
               Special Invoice for Export
25
```

Page 3

```
 1  A P P E A R A N C E S:
 2
 3  Counsel for Plaintiffs:
 4      JAIMIE TUCHMAN, ESQUIRE
        Colson Hicks Eidson
 5      Attorneys at Law
        255 Alhambra Circle, Penthouse
 6      Coral Gables, Florida 33134
        (305) 476-7400
 7      jaimie@colson.com
 8
 9  Counsel for Banner Supply Defendants:
10      STEPHEN RAPP, ESQUIRE
        Weinberg Wheeler Hudgins Gunn & Dial, LLC
11      Attorneys at Law
        3344 Peachtree Road, Suite 2400
12      Atlanta, Georgia 30326
        (404) 591-9663
13      srapp@wwhgd.com
14
15          APPEARANCES VIA TELEPHONE:
16
17  Counsel for CastleRock Communities, L.P.
    Defendants:
18
        MARY L. GRAHAM, ESQUIRE
19      Heard & Medack, P.C.
        9494 Southwest Freeway, Suite 700
20      Houston, Texas 77074
        (713) 772-6400
21      mgraham@heardmedackpc.com
22
23
24
25
```

Page 4

```
 1  Counsel for INTERIOR/EXTERIOR Building Supply:
 2      CARLINA C. EISELEN, ESQUIRE
        Galloway, Johnson, Tompkins, Burr & Smith
 3      Attorneys at Law
        One Shell Square
 4      701 Poydras Street, 40th Floor
        New Orleans, Louisiana 70139
 5      (504) 525-6802
        ceiselen@gjtbs.com
 6
 7
 8  Counsel for Defendants' Liaison Counsel and Several
 9  Installers:
10      ADILIA DEL CARMEN HEDGES, ESQUIRE
        Rumberger, Kirk & Caldwell, P.A.
11      Attorneys at Law
        80 Southwest 8th Street, Suite 3000
12      Miami, Florida 33130
        (305) 358-5577
13      ahedges@rumberger.com
14
15  Counsel for the North River Insurance Company:
16      SUZANNE PATRICK, ESQUIRE
        Thompson Coe Cousins & Irons, L.L.P.
17      One Riverway, Suite 1600
        Houston, Texas 77056
18      (214) 871-8200
        Spatrick@thompsoncoe.com
19
20
21  Counsel for 84 Lumber:
22      MATTHEW SMITH, JR., ESQUIRE
        Buchanan, Ingersoll & Rooney, P.C.
23      Attorneys at Law
        301 Grant Street, 20th Floor
24      Pittsburgh, Pennsylvania 15219
        (412) 562 1986
25      matthew.smith@bipc.com
```

Page 5

```
 1  Counsel for BFS Townhomes, LLC:
 2      WESLEY PITTS, ESQUIRE
        Galloway Johnson Tompkins Burr & Smith
 3      #3 Sanctuary Boulevard, Suite 301
        Mandeville, Louisiana 70471
 4      (985) 674-6680
        Wpitts@gjtbs.com
 5
 6  VIDEOGRAPHER:
 7      HENRY COBB, CLVS
        Golkow Technologies, Inc.
 8          ___
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

Page 6

1        P R O C E E D I N G S
2   THE VIDEOGRAPHER:
3     We are now on the record. My name is
4 Henry Cobb. I'm the videographer
5 representing Golkow Technologies. Today's
6 date is December 30th, 2011. The time on the
7 video screen is 10:10 a.m. This video
8 deposition is being held in Covington,
9 Louisiana in the matter of Chinese Drywall.
10 The deponent today is Darrin Steber.
11     And would counsel please identify
12 themselves on the record.
13   MS. TUCHMAN:
14     Jaimie Tuchman representing the
15 Plaintiffs' Steering Committee, and here on
16 behalf of Colson Hicks Eidson.
17   MR. RAPP:
18     Steve Rapp here on behalf of Banner
19 Supply Company.
20   THE VIDEOGRAPHER:
21     The court reporter today --
22   MS. GRAHAM:
23     Mary Graham on behalf of CastleRock
24 Builders -- CastleRock Communities, LLC.
25   MS. EISELEN:

Page 7

1     Carlina Eiselen with Galloway Johnson
2 Tompkins Burr & Smith representing
3 INTERIOR/EXTERIOR.
4   MS. HEDGES:
5     Adi Hedges from Rumberger, Kirk &
6 Caldwell representing various installers.
7   THE VIDEOGRAPHER:
8     The court reporter today is Dixie --
9   THE COURT REPORTER:
10     Is there anyone else on the phone?
11   MS. PATRICK:
12     Yes. Suzanne Patrick from Thompson Coe
13 Cousins & Irons representing The North River
14 Insurance Company.
15   MR. SMITH:
16     Matthew Smith representing 84 Lumber,
17 LP.
18   THE COURT REPORTER:
19     Is that it?
20   MR. PITTS:
21     This is Wesley Pitts represents BFS
22 Townhomes.
23 (The court reporter made introduction and asked for
24 telephone attendees to e-mail their appearance.)
25   THE VIDEOGRAPHER:

Page 8

1     The court reporter is Dixie Vaughan, who
2 will now swear in the witness.
3       DARRIN STEBER,
4 having been first duly sworn, was examined and
5 testified as follows:
6       EXAMINATION
7 BY MS. TUCHMAN:
8   Q. Good morning, Mr. Steber. Thank you
9 very much for coming here today in the matter of
10 Chinese Drywall.
11     First of all, can you please state your
12 full name for the record?
13   A. Darrin Steber.
14   Q. And can you spell that?
15   A. D-A-R-R-I-N, S-T-E-B-E-R.
16   Q. And have you ever been deposed before?
17   A. Yes.
18   Q. Yes? In what matter?
19   A. Litigation between my family and SERVPRO
20 of the North Shore.
21   Q. Okay. Can you tell us a little bit
22 about it?
23   A. They pretty much destroyed my house
24 after Katrina, and we had verbal agreements that
25 were not kept. That was pretty much it.

Page 9

1   Q. Was it a construction --
2   A. It was a tear-out.
3   Q. Okay. And you were the plaintiff?
4   A. Yes.
5   Q. And have you ever been involved in any
6 other litigation?
7   A. Not that I can recall.
8   Q. Okay. And so basically -- since you're
9 a little bit familiar with the deposition process,
10 let me just go through it. Basically, I'm going
11 to be asking you questions, and I need verbal
12 answers back because the court reporter can't --
13   A. -- see me shake my head?
14   Q. -- put down --
15     No.
16   A. Uh-huh, I understand.
17   Q. She can, but then she doesn't say the
18 direction and nobody knows.
19   A. I understand.
20   Q. Anyways -- and if you don't understand a
21 question that I'm asking, I can rephrase it. Or
22 if you need to take any breaks, just let me know.
23   A. Okay.
24   Q. So let's get started. What is your
25 current address?

Page 10

1  A. 3004 Whitty Drive, Slidell, Louisiana.
2  Q. And your telephone number?
3  A. (985)643-0700.
4  Q. And who is your current employer?
5  A. White-Spunner Construction.
6  Q. And what do you do for them?
7  A. Safety coordinator.
8  Q. And can you explain to me a little bit
9  what that entails?
10  A. We have -- we're -- we're a general
11  contractor, and we build various buildings,
12  stores, schools. We hire subcontractors. And I
13  go on sites and do safety audits, make sure that
14  they're doing their job the way they're supposed
15  to do per OSHA regulations.
16  Q. And how long have you been with that --
17  A. Two years.
18  Q. Two years?
19     And have you had the same job title the
20  whole time?
21  A. Yes.
22  Q. And prior to that, what was your job
23  title?
24  A. Project manager with ProEnergy Services
25  out of Missouri.

Page 11

1  Q. And was that in Louisiana or --
2  A. No.
3  Q. -- or were you in Missouri?
4  A. Out of Missouri.
5  Q. Okay.
6  A. I lived in Louisiana, but the company
7  was in Missouri, and I would travel around to
8  different states for different projects.
9  Q. And was that commercial construction?
10  A. No. ProEnergy wasn't construction.
11  They were a power company. I started off with
12  them as a safety coordinator and moved up to
13  project manager. What they do was they would buy
14  like turbine generators, turbine engine generators
15  from different facilities. We would tear them
16  down, ship them back to Missouri, the company
17  would refurbish them and sell them to other
18  people.
19  Q. Okay. And you also explained to me that
20  you are a paramedic by trade?
21  A. Yeah. I've been a licensed paramedic
22  since like '96.
23  Q. When did you switch over into the
24  construction --
25  A. I left the fire department in April of

Page 12

1  2005. But I still carry my license as a
2  paramedic.
3  Q. Okay. And do you have any certificates
4  in construction or safety coordination?
5  A. An OSHA 30 class.
6  Q. Can you explain to me what that is?
7  A. That's basically a class that explains
8  all of the OSHA policies and directives.
9  That's -- that's pretty much it --
10  Q. Okay.
11  A. -- as far as safety guidelines go.
12  Q. And I am going to show you what will be
13  marked as Exhibit 1 to your deposition.
14     (Document marked as Exhibit 1 for
15     identification.)
16  BY MS. TUCHMAN:
17  Q. It is the notice of your deposition.
18  And have you seen this before?
19  A. Yes.
20  Q. And is it your understanding that you're
21  here to testify pursuant to this document?
22  A. Yes.
23  Q. And can you tell me what your
24  relationship to GD-Distributors, LLC is?
25  A. I was the owner.

Page 13

1  Q. The owner?
2  A. Well, the one who started it up. So,
3  yeah, I guess the owner.
4  Q. Okay. And attached to this document,
5  there's something called Schedule A. So we're
6  going to go to page 14, please.
7  A. (Complies.)
8  Q. And basically what this is, is a list of
9  documents that we asked you to produce for this
10  deposition.
11  A. Uh-huh.
12  Q. And you have looked through this?
13  A. Yes, I did.
14  Q. And did you produce documents to me?
15  A. Yes, I did.
16  Q. And what was your process for searching
17  through --
18  A. As far as --
19  Q. -- your documents?
20  A. Everything that I had from -- left over
21  from GD-Distributors was kept in a folder in my
22  file cabinet, which you see here today.
23  Q. Okay. And I am going to enter into
24  evidence Composite Exhibit 2, which is all the
25  documents which you produced to me.

Page 14

1      (Document marked as Exhibit 2 for
2    identification.)
3      A.   Uh-huh.
4    BY MS. TUCHMAN:
5      Q.   And you have a copy as well?
6      A.   Yes.
7      Q.   We'll get back to this.  I just wanted
8    to make sure that we got this in there.  There's
9    no staple in it.  I apologize.
10          Okay.  And do you have a work e-mail
11   associated with GD-Distributors?
12     A.   I did.
13     Q.   And what was it?
14     A.   That was a long time ago.  It might have
15   been dsteber@gd-distributors.com.  That was
16   through -- Go Daddy was where I got it from.  I
17   don't remember the exact address.  But it was
18   something like that.
19     Q.   And I'm guessing from the way that
20   you're talking about it, you don't still have
21   access to it?
22     A.   Oh, no, ma'am.  I haven't had access to
23   that e-mail in years.
24     Q.   Okay.
25     A.   Once -- once the company folded, all of

Page 15

1    that had -- was canceled.
2      Q.   Okay.  But it was active in 2005?
3      A.   No.
4      Q.   What about 2006?
5      A.   In 2006.
6      Q.   Okay.  And I guess let's go back and
7    talk about GD-Distributors for a little bit.  Can
8    you explain to me what that company did?
9      A.   Basically, if -- we didn't do much, as
10   you've seen from -- from the records that I gave
11   you.  What the plan was, was to be basically
12   the -- the finder.  If somebody wanted a product,
13   whether it be construction materials or whatnot,
14   we would use -- we would try and access them
15   overseas to get the best price and kind of
16   coordinate payment and shipping.  Basically, to
17   import products.
18     Q.   Okay.  And what made you decide to
19   switch into that aspect?
20     A.   Well, after Katrina, there was a
21   supply-and-demand issue with -- with construction
22   materials because there were so many rebuilds that
23   had to be done.  When -- started seeing where
24   supplies were low, I decided to start looking
25   for -- for construction materials, you know,

Page 16

1    sheetrock or screws or nails or whatever it would
2    take to try and help, you know, rebuild this area.
3    And I found one:  Sheetrock.
4      Q.   How did you do your research for
5    different distributors -- I guess manufacturers?
6      A.   Through the internet.
7      Q.   Through the internet?
8      A.   Yeah.
9      Q.   And were you particularly interested in
10   sheetrock, or was it, as you said, a broader
11   construction?
12     A.   I wanted broader construction, but the
13   only thing that -- that I ended up getting was
14   just two -- the containers of sheetrock.
15     Q.   Okay.  And can you kind of take me
16   through the discovery of, I guess, the
17   manufacturer that you ended up using, so what that
18   process was where you were looking for that?
19     A.   I think the website I went to was
20   alibaba.com.  I think that's when -- where I found
21   the -- the actual factory.
22     Q.   Which was?
23     A.   Jinan -- Taishan-Jinan, I think the name
24   of it is.
25     Q.   Can you spell the last part of that?

Page 17

1      A.   I -- what?  Jinan?
2      Q.   Taishan and then --
3      A.   Jinan is the name of the town it was in.
4    J-I-N-A-N.
5      Q.   Okay.  And once you found Taishan-Jinan,
6    what did you do?
7      A.   E-mailed them and wanted more
8    information about their factory.  I don't recall
9    all of the e-mails that went back and forth.  But
10   it was through the GD-Distributors e-mail address.
11   Basically asking them, you know, how long have
12   y'all been in business, where's your factory
13   located.  Talked about price, sizes of the
14   sheetrock, how to get it transported over, how --
15   you know, how much would that cost.  Because I
16   didn't know anything about it.  This was the first
17   time that I was doing this.  So that -- that was
18   pretty much it.  Once -- once we talked about all
19   of that, I decided to -- to fly there and visit
20   the factory.
21     Q.   Okay.  Let me take you back a bit
22   because that was a lot of good stuff, but I want
23   to break it down a bit.
24          So very first of all, do you speak
25   Chinese?

Page 18

1     A.   I know one statement, and that's, Hello,
2 bring me a cold beer, thank you. That's it.
3     Q.   How do you say that?
4     A.   Ni hao. Bingzhèn píjiu. Xie xie.
5     Q.   That's great. I just wanted to know.
6     A.   Okay. There you go.
7     Q.   So I'm assuming that you spoke in
8 English; is that correct?
9     A.   Yes, yes.
10     Q.   And did they seem to be quite fluent in
11 that?
12     A.   They had one or two interpreters.
13     Q.   Do you know who they were?
14     A.   I couldn't tell you their name to save
15 my life.
16     Q.   Okay.
17     A.   I can't -- I really don't know.
18     Q.   And who were you e-mailing back and
19 forth with from the Alibaba site?
20     A.   Oh, I didn't e-mail anybody from --
21 through Alibaba. Like Alibaba, they have a list
22 of all different factories, manufacturers. And if
23 you want to get in touch with them, you just
24 send -- send them an e-mail. You just contact
25 them on their own.

Page 19

1     Q.   Okay.
2     A.   It's not like you go through Alibaba and
3 then through somebody. You go straight to the
4 factory.
5     Q.   Okay. And do you know any of the people
6 that you were e-mail corresponding with during
7 that time? Do you know any of their names?
8     A.   Not a one.
9     Q.   Okay. Let me go through some people
10 with you and see if they ring a bell.
11     A.   Okay.
12     Q.   David Wei?
13     A.   That doesn't ring a bell.
14     Q.   Chun Chunwei?
15     A.   No.
16     Q.   Yang Jia Pau?
17     A.   No.
18     Q.   Apollo Yang?
19     A.   No.
20     Q.   Bill Share (phonetic)?
21     A.   No.
22     Q.   Richard Hannum?
23     A.   No.
24     Q.   Frank Clem?
25     A.   No.

Page 20

1     Q.   Okay. What about -- we'll come back.
2 Actually, here it is. Clem PWL123?
3     A.   I don't recall.
4     Q.   Okay.
5     A.   Maybe, but I don't recall.
6     Q.   That's fine. We'll -- we'll have some
7 documents later on to kind of check on that.
8     A.   Okay.
9     Q.   So how long did you communicate with
10 them via e-mail before you decided to go to China?
11     A.   I don't recall. I don't remember.
12     Q.   Did you send a hundred e-mails or --
13     A.   I couldn't -- I really don't know. I
14 couldn't give you an estimate.
15     Q.   Okay.
16     A.   I could -- I could say ten, 20. I
17 really don't know.
18     Q.   And you were saying some of the things
19 that you talked about in those e-mails. Did you
20 ask if they had multiple factories or if they just
21 had one?
22     A.   I don't remember.
23     Q.   Did you ask them if they had any
24 experience exporting to the U.S.?
25     A.   No, I didn't.

Page 21

1     Q.   Did they tell you?
2     A.   I don't recall.
3     Q.   And did you ask them how to transport it
4 to the U.S.?
5     A.   I believe so.
6     Q.   And did they seem to be knowledgeable in
7 this?
8     A.   Yes. From -- from what I remember.
9     Q.   Can you explain to me what you remember
10 about that?
11     A.   Well, they were just -- all I know is
12 that they were setting everything up. They're the
13 one who set up the shipment on -- to -- they --
14 they knew which port it was going to go from and
15 what port it was going to come to. I didn't -- I
16 didn't set up any of that. They did.
17     Q.   When you say that they knew which port
18 it was going to go to and from, did that -- does
19 that mean that they suggested where they could
20 send it?
21     A.   Well, I told them that I lived in New
22 Orleans -- or I lived in the New Orleans area.
23 And they -- obviously I'm assuming that that's
24 why -- why they set it up to come to the Port of
25 New Orleans.

Page 22

1  Q. Okay. And did they suggest perhaps
2  other ports for you or --
3  A. No.
4  Q. No?
5  A. Not that I remember.
6  Q. And when you say that they set it up,
7  did you basically place an order with them and it
8  arrived in the U.S.?
9  A. Correct. I placed an order with them.
10 They sent me the -- I guess the bill of lading. I
11 had to send them 50 percent of the total amount,
12 from what I recall. And then once it left the
13 factory, I believe, and went to their port for
14 shipment, I had to send them the other 50 percent
15 of -- of the payment. And then it was supposed to
16 arrive in the U.S. -- or the Port of New Orleans
17 within 30 to 45 days, from what I recall.
18 Q. When you are talking about the amount of
19 money that you spent, did you pay for shipping as
20 well or was that included in your price?
21 A. That was included, if I'm not mistaken.
22 Q. Okay. Now, it's your understanding that
23 they 100 percent knew the product was coming into
24 New Orleans, correct?
25 A. Oh, absolutely.

Page 23

1  Q. Did it appear to you that it was the
2  first time they had ever sent drywall into the
3  U.S.?
4  A. No. I've --
5  Q. What gave you that impression?
6  A. Well, when I went and visited the
7  factory, I mean, they -- they just -- it's like --
8  it was like this is what they do. It -- you know,
9  on the office, they have office space, I remember
10 they had maybe 12 desks, you know, in one gigantic
11 room. Everybody was working on computers. I
12 mean, I'm assuming that that's exactly what
13 they -- what they do. They -- they shipped, you
14 know, materials.
15 Q. Okay. So now that you mentioned the
16 trip over there, tell me about how you arranged
17 the trip over there. Were they helpful in that,
18 or was that something you did on your own?
19 A. No, no, they were helpful. Because
20 they -- they told me what hotel that I could stay
21 at. And I don't remember if they reserved the
22 room for me or if I did. I don't recall. I just
23 know that it was by Mount Tai, I believe, as a
24 landmark I guess. But it was in the town of
25 Jinan.

Page 24

1  So I purchased my ticket. I flew to
2  Shanghai, and then I believe I had to get on -- I
3  think I flew to Shanghai and then I had to get on
4  another plane and fly to Jinan. When I got to
5  Jinan, I took a taxi to -- to the hotel. And I
6  don't remember if they met me at the hotel or if
7  they met me at the airport. I'm sorry. I don't
8  remember.
9  Q. That's okay.
10 A. It's -- it's been so long.
11 Q. Did they pay for your hotel room?
12 A. No. I did.
13 Q. Okay. And so you get in, you go to bed
14 probably that night, you're tired.
15 A. Right.
16 Q. And in the morning, you are going to the
17 factory?
18 A. They -- they had a driver pick me up,
19 with an interpreter, and brought me to their
20 factory to tour it.
21 Q. And how far away was the factory? Was
22 it a long drive?
23 A. No. It was probably about 15 minutes,
24 tops, 20 minutes.
25 Q. Okay. And do you remember the name of

Page 25

1  the interpreter?
2  A. No.
3  Q. Did he give you a card?
4  A. No.
5  Q. Okay. That's fine.
6  And so tell me about what you see as
7  soon as you get into the factory.
8  A. When I first walked in, it was -- it was
9  an office space. We walked through the office,
10 went through, you know, these double doors, if I'm
11 not mistaken, and then there was this big
12 manufacturing process. And they started off from
13 where their materials are to -- to where -- to
14 where they go along this belt. I'm trying to
15 think of the word I'm trying to say. Like an
16 assembly line, almost. Okay? So they're going --
17 all the -- all the products going through all of
18 these machines. You see these big rollers, the
19 paper, the gypsum going in between the papers, and
20 it's all wet. It's going through all these
21 machines. And then it goes through a dryer. And
22 then it goes -- goes down to an end process where
23 it's -- it's cut and moved away in -- in storage.
24 Q. Okay. Did it smell bad?
25 A. No.

Confidential - Subject to Further Confidentiality Review

Page 26

1  Q. No.
2     And so how -- did you have a meeting
3  first in the office space?
4  A. Yes.
5  Q. How long was that?
6  A. I really don't recall. Just -- just
7  enough for I guess us to introduce ourselves,
8  and -- and then started discussing product, you
9  know, as far as the size of the sheetrock, the
10 thickness, ASTM certifications, testing results --
11 excuse me -- of course, price. That was -- that
12 was pretty much it.
13 Q. Okay. So let's start at the very
14 beginning. The introductions, were you speaking
15 directly to them and the translator was
16 translating from English to Chinese for you?
17 A. Correct.
18 Q. And when they spoke to you, it was in
19 Chinese and the translator would translate?
20 A. Yes. Yes, excuse me.
21 Q. Okay. And did you happen to recall any
22 of the titles of the people?
23 A. No.
24 Q. No?
25 A. I'm sorry. I don't.

Page 27

1  Q. That's okay.
2     And did you say that you were from the
3  United States?
4  A. Oh, absolutely.
5  Q. And you said you wanted to export to the
6  United States?
7  A. Right. That I was interested in
8  possibly purchasing -- actually, I told them large
9  amounts of sheetrock. Because at the time, I was
10 in hopes that my business was going to grow. But
11 not only just for sheetrock. I also wanted them
12 to give me information on factories that had the
13 sheetrock screws, nails, any other construction
14 materials that we needed in this area.
15 Q. And did they have information on that
16 that they provided to you?
17 A. Not that day of -- I don't recall. I
18 don't recall if they ever e-mailed it to me or
19 not. No, I don't think so. I don't think I ever
20 did get that. I might have. I -- I don't
21 remember.
22 Q. That's okay.
23    And did they provide you with any
24 promotional materials?
25 A. As far as --

Page 28

1  Q. A pamphlet.
2  A. The pamphlet that they -- the only
3  pamphlet that they provided was -- that I recall
4  was the -- was the test results packet.
5  Q. Okay. And we'll go through that later.
6     Did -- you said earlier that you went
7  through ASTM certification with them?
8  A. Well, I didn't go through it. They said
9  that it was ASTM certified, and that's when they
10 gave me the -- the testing packet.
11 Q. So they actually brought it up?
12 A. Yes.
13 Q. And they said that -- where -- did they
14 say anything else about it?
15 A. No.
16 Q. Did they say the date of the testing?
17 A. No. I didn't even ask them who did the
18 testing.
19 Q. Okay. But they were very strong about
20 the fact that it was ASTM certified?
21 A. Correct. Correct.
22 Q. Okay.
23    Now, once you guys left the meeting, did
24 the translator alone take you through the factory
25 or were you accompanied by a bunch of people?

Page 29

1  A. I don't recall. It might have been just
2  the interpreter.
3  Q. Okay.
4  A. But I really don't remember.
5  Q. Did you feel like you had open access to
6  the factory?
7  A. Oh, yeah. I -- I -- I didn't think that
8  they were holding me back from seeing anything
9  else. You know, they start -- they brought me
10 from start to finish of the -- of the -- the
11 manufacturing process.
12 Q. Okay. And when you were done -- how
13 long did that take, seeing it?
14 A. Maybe half an hour, tops.
15 Q. Okay. And how long was the meeting
16 before, would you say?
17 A. Fifteen, 20 minutes.
18 Q. So now we're at less than an hour, and
19 you've had a meeting and seen the whole factory,
20 correct?
21 A. Pretty much. From what I remember.
22 Q. Then what happened?
23 A. They brought me to lunch.
24 Q. Somewhere nice?
25 A. No.

Page 30

1  Q. Where did you go to lunch?
2  A. They had lunch in -- we had lunch in
3  their like lunch area of the factory.
4  Q. Okay.
5  A. It was -- I mean, it was -- it was
6  actually a nice little room. Round table with a
7  lazy susan turn -- turning thing, and I thought it
8  was disgusting because everybody was putting their
9  chopsticks in the same plates and then turning it.
10 It was just gross. It was. It was nasty.
11  Q. I'm sorry to hear that.
12     So did you talk business at lunch?
13  A. No. Not that I recall.
14  Q. What did you go do after lunch?
15  A. I think I went back to the hotel. I
16 don't remember if -- I either took a nap or slept
17 or whatever, and then went sightseeing.
18  Q. And did you have the contract signed by
19 the time you left the factory?
20  A. No, no. Actually, I don't -- I don't
21 even remember -- I don't think there was a
22 contract signed. We didn't sign any -- any
23 documents at all, from what I recall. I think
24 everything was just done by e-mail after I came
25 back and -- because I didn't -- when I went there,

Page 31

1  I didn't have any -- any sales yet. So once I got
2  to the factory -- from what I remember, if
3  that's -- I'm pretty sure that's how it was. Once
4  I went to the factory, came back home, then I
5  started trying to market it and trying -- to try
6  and sell them. And that was -- that was pretty
7  much it.
8   Q. Okay. When you were at the factory, did
9  they tell you what brand the drywall was?
10  A. Not that I recall.
11  Q. Okay. And did you see any markings at
12 all on them?
13  A. The ones that were done, I remember
14 seeing the -- excuse me. I remember seeing the
15 tape, you know, that goes along the edge of it
16 that -- that would have a name. But honestly, I
17 really don't remember what it said.
18    (Document marked as Exhibit 3 for
19    identification.)
20 BY MS. TUCHMAN:
21  Q. Okay. Let me show you what we're going
22 to mark as Exhibit 3 to your deposition. Now,
23 this is a translation of Bates stamp -- which is
24 right down there -- TG0020108. And on the top, it
25 says, "Trademarks Owned by the Company from 2005

Page 32

1  to 2007," right?
2  A. Yes.
3  Q. Can you recognize any of these pictures
4  or names?
5  A. Obviously I recognize Taishan. The
6  pictures, no. I don't recognize Taishan X-I-H-U,
7  whatever that is, or Taishan Wang. I don't
8  recognize those two names or any of the three
9  pictures. That doesn't -- I don't recall that.
10  Q. Okay.
11  A. But obviously I do recognize Taishan.
12  Q. Okay. Since we're going through names
13 anyways. Have you ever heard of Shandong Tai
14 Dongsheng Company?
15  A. I think I recall the name Shandong.
16  Q. Do you know in what context?
17  A. No.
18  Q. Okay.
19  A. But the name sounds familiar.
20  Q. What about Taishan Gypsum?
21  A. I -- yeah. I believe that's name of the
22 factory, you know, part of that together.
23  Q. Okay. What about TG? Did they ever
24 talk about themselves as TG?
25  A. No, not that I recall.

Page 33

1  Q. Okay. What about Taian Taishan
2  Plasterboard Company?
3  A. Yes, I recall that.
4  Q. And what was that?
5  A. I thought that was the name of their
6  factory.
7  Q. Okay.
8  A. Taian Taishan, right?
9  Q. Yes.
10  A. Isn't that how you say it?
11    That's -- that's what I recall. And
12 it's also, I think, on the test paperwork.
13  Q. Right. So you knew them both as Taishan
14 and then Taian Taishan?
15  A. Right.
16  Q. And what about Beijing New Building
17 Materials Company?
18  A. No, that doesn't sound familiar.
19  Q. What about BNBM of America?
20  A. No.
21  Q. Chinese New Building Materials?
22  A. No.
23  Q. CNBM, U.S.A.?
24  A. No.
25  Q. Have you heard of INTERIOR/EXTERIOR?

Confidential - Subject to Further Confidentiality Review

Page 34

1  A. No.
2  Q. Banner Supply?
3  A. No.
4  Q. Okay. I'm actually going to go over
5  here. And I'm holding in my hand two pieces of
6  what you handed me before the deposition.
7  MS. TUCHMAN:
8      And we should mark these as 4 and 5.
9      (Document marked as Exhibit 4 for
10     identification.)
11     (Document marked as Exhibit 5 for
12     identification.)
13 BY MS. TUCHMAN:
14  Q. And how -- how big would you say each of
15 these is?
16  A. Four by six, maybe.
17  Q. Okay. Sure. I'm not very good at
18 measuring stuff --
19  A. Me either.
20  Q. -- in my head without a tape measure.
21     And the one which is marked as
22 Exhibit 4, can you describe that to me?
23  A. It's about 4-by-6 sample of --
24  Q. Actually, hold it up to the camera,
25 please.

Page 35

1  A. Sorry.
2     (Complies.)
3     It's about a 4-by-6 sample of sheetrock
4 that -- I don't remember if they gave it to me
5 while I was there to bring back or if they shipped
6 it to me. I -- I don't remember which one it was.
7 But otherwise -- either which way, I received it
8 from them, from that factory. And I don't know
9 what the pink on the outside represents. All I
10 know is that it's sealed in plastic with -- it
11 says 12 millimeter on it and some Chinese writing
12 on it. But it's a sample from that factory.
13  Q. Okay. Can you just hold it up steady so
14 that they can get it.
15     (Discussion off the record.)
16  A. (Complies.)
17 BY MS. TUCHMAN:
18  Q. Thank you very much.
19     And now I'm handing you what's marked as
20 Exhibit 5. And can you explain that to us?
21  A. The exact same thing as the other one,
22 just a different colored board -- outer board
23 that's sealed in plastic. Again, another sample
24 of the -- of the sheetrock from -- from that
25 factory.

Page 36

1  Q. Great. Thank you so much.
2     And you don't remember whether or not
3 they gave it to you there?
4  A. I don't remember if I got it there and
5 took it back with me or if they shipped it to me,
6 if they mailed it to -- to my house.
7  Q. And they didn't explain to you, like you
8 said, what the difference in the color was?
9  A. They probably did at the time --
10  Q. Okay.
11  A. -- but I don't recall.
12  Q. That's fine.
13     So did they seem to know that there was
14 a shortage of drywall in the United States?
15  A. I don't recall. They didn't -- I mean,
16 I -- I don't remember if they -- if they knew
17 about it or -- or not. I couldn't tell you.
18  Q. That's fine.
19     Was it a hard sell? Were they
20 really aggressive in the way that they directed
21 the sales to you, or was it a take-it-or-leave-it
22 type of experience?
23  A. If I recall right, I think that we
24 worked on the price a little bit to where, you
25 know, they said this price, I offered this price.

Page 37

1 We kind of went back and forth until we -- we came
2 to a medium. But that was it. I mean, it wasn't
3 nothing -- you know, here it is, take it or, you
4 know, come on, keep buying -- you know, buy, buy,
5 buy. I don't even remember if they e-mailed after
6 the first sale -- well, the only sale, if I wanted
7 to purchase anymore. They probably did. I just
8 don't remember.
9  Q. Okay. And did you, in your course of
10 your research, visit any other factories?
11  A. No, no. That was the only -- that was
12 the only sheetrock factory that I visited.
13  Q. And you said that when you got back, you
14 think that you imported -- or, I'm sorry -- placed
15 your order; is that correct?
16  A. After I got back. I don't remember how
17 long it was after I got back, which I can probably
18 tell you.
19     (Views document). I went to Jinan
20 August 2nd of '06, it looks like. And -- and I
21 think I placed my order in June, maybe. Golly, I
22 went to China on my wife's birthday. That's
23 terrible. I just realized that.
24     It might have been in -- in -- no. If I
25 went in August -- wait a minute. That doesn't

Confidential - Subject to Further Confidentiality Review

Page 38

1  sound right. If I went in August --
2     Q.  -- you wouldn't have placed --
3     A.  Right. No. See, no, that's --
4  that's -- then that's got to be incorrect. Like I
5  told you, I don't remember. This has been so
6  long. No. I went to this factory -- no, that
7  can't be right. Because this is saying my
8  transfer was on July 12th to them, and this is
9  saying August 2nd of '06. But I don't remember
10 going there after I placed the order with them. I
11 thought it was before. Obviously I'm -- obviously
12 it was after. I thought I went there before. So
13 I'm sorry.
14    Q.  No, that's okay.
15    A.  I -- I didn't recall.
16    Q.  So let's go back. You -- I'm actually
17 going to need to probably make a copy of your
18 ticket as well --
19    A.  Okay.
20    Q.  -- in the break. So could I just
21 see it.
22    A.  That's fine. Yeah because -- yeah.
23 August -- this says August 2nd of '06. Jinan --
24 from -- from Shanghai to Jinan.
25    Q.  Thank you.

Page 39

1     MS. TUCHMAN:
2        Can we mark this an exhibit without
3     putting a sticker on it just yet, until the
4     end?
5     THE COURT REPORTER:
6        Sure.
7     MS. TUCHMAN:
8        So what is this?
9     THE COURT REPORTER:
10       This is going to be 6. Six, yeah.
11       (Document to be marked as Exhibit 6 for
12    identification.)
13    A.  I should have looked at that before.
14 I'm sorry.
15 BY MS. TUCHMAN:
16    Q.  And it's your ticket to -- where is it
17 from? You're departing Shanghai, arriving in
18 Jinan. And then there's also one -- let's see.
19    A.  Probably one from Atlanta to Shanghai or
20 something.
21    Q.  It's actually only your Chinese one.
22 But that's okay. And it's dated the -- see, here,
23 I see the 2nd of September.
24    A.  Oh, I was looking up here on the top
25 right (indicating).

Page 40

1     Q.  Okay. The date of travel seems to be
2  September 2nd?
3     A.  Oh, I am so confused.
4     Q.  Let's see if we can figure --
5     A.  Unless I booked it on August 2nd.
6     Q.  (Views document.)
7        If it wasn't in Chinese, it would be
8  easier to read. I'm just trying to get a time
9  line --
10    A.  Right.
11    Q.  -- which is why I think that --
12    A.  Right.
13       I could have sworn I went there before I
14 placed that order, but apparently I placed the
15 order and then went there.
16    Q.  Maybe you placed the order on your
17 wife's birthday?
18    A.  You mean booked -- booked the flight?
19    Q.  Yes.
20    A.  Yeah, maybe I booked the flight. See,
21 that's what I'm saying. I don't even remember.
22    Q.  Well, it seems to me that you were here
23 from the 2nd to the 9th --
24    A.  Right.
25    Q.  -- which is a week. Would that sound

Page 41

1  about right to you?
2     A.  I really -- I mean, I thought I went
3  there before I placed the order with them, so I
4  mean it's got to be right. But I don't remember
5  what I did for a week there. I really don't. I
6  only -- the only thing I remember was going to
7  that factory and doing some sightseeing.
8     Q.  Okay.
9     A.  So...
10    Q.  That's fine.
11       But now that you've looked at this
12 ticket, it seems to you that you did travel
13 between the 2nd and the 9th?
14    A.  Yeah, that's obvious.
15    Q.  And you believe that it was in 2006,
16 correct?
17    A.  Yes.
18    Q.  It wouldn't have been 2005?
19    A.  No.
20    Q.  So --
21    A.  No. Because September 2005, I was
22 rebuilding my house.
23    Q.  Okay. And I'm going to show you what
24 the first page of Exhibit 2 to your deposition is.
25 Oh, you have this as well?

Page 42

1  A.  Yeah, I have that.
2  Q.  It's an invoice from GD-Distributors,
3  correct?
4  A.  Yes.
5  Q.  And on the top right-hand side, it says
6  that the date is August 14th, 2006.  I can share.
7  Is that correct?
8  A.  (Views document.)
9     That's what it says, August 14th.
10  Q.  So based on the date of the ticket and
11  now this invoice, it seems to you that you bought
12  some sheetrock before --
13  A.  That's what it --
14  Q.  -- your trip to China?
15  A.  That's what it looks like, yes, ma'am.
16  Q.  And would it be -- do you have any
17  recollection of placing the order over phone?
18  A.  No.
19  Q.  You would have placed it over the
20  internet, correct?
21  A.  Yeah, it would have been e-mail.
22  Q.  Okay.  And now I'm going to give you --
23  I believe it was the third page of Exhibit 2 to
24  your deposition.  Can you please explain what this
25  is?

Page 43

1  A.  This says proforma invoice from Taian
2  Taishan Plasterboard to GD-Distributors dated
3  July 11th of 2006.  It says, Delivery terms:  CIF
4  New Orleans.  50 percent of full amount by, I
5  guess, transfer in advance, and the rest
6  50 percent should be paid by irrevocable letter of
7  credit, L/C.  It's saying I bought 1320 sheets.
8  That's it.
9  Q.  Okay.
10  A.  Basically, that's it.
11  Q.  Thank you.
12     So from what it sounds like to me --
13  tell me if this makes sense to you -- you
14  purchased the sheetrock in July of 2006 and sold
15  it in -- what was it? -- sorry -- August 14th,
16  2006?
17  A.  I don't -- I don't recall that date.  I
18  mean, obviously that's what it says on there.  But
19  I'm going to tell you shortly.
20     (Views document.)
21     That's about right.
22  Q.  Okay.
23  A.  That should be about right, yes, ma'am.
24  Q.  And let's just see here.
25  A.  Yeah, because it looks like the product

Page 44

1  came in September of '06.
2  Q.  Now I'm looking at another page of
3  Exhibit 2 to your deposition and it's a Centrans
4  International Marine Shipping, Incorporated
5  document.  And it says that it's an arrival
6  notice/freight invoice, and the date is
7  August 30th, 2006 at 1:55 p.m.; is that correct?
8  A.  Yes, it is.
9  Q.  Okay.  And it says that the shipper is
10  Taian Taishan Plasterboard Company, Limited; is
11  that correct?
12  A.  Yes.
13  Q.  And the consignee is GD-Distributors?
14  A.  Yes.
15  Q.  And can you tell me what state and city
16  is listed under GD-Distributors?
17  A.  Slidell, Louisiana.
18  Q.  And that is in the United States,
19  correct?
20  A.  Last time I checked, yes.
21  Q.  Thank you.
22     And the notify party is also
23  GD-Distributors; is that correct?
24  A.  Yes.
25  Q.  Okay.  And where did it originate from?

Page 45

1  A.  Ching Tao, China.  Qingdao.  It says
2  "Ching Tao, Qingdao, Tsingtao."  I don't even know
3  where that's at.
4  Q.  And it's the port of loading?
5  A.  Yes, that's what it says, "port of
6  loading."
7  Q.  Okay.  And this says 660 sheets of
8  gypsum.
9  A.  It's -- well, it's 660 in each
10  container, and there was two containers, for a
11  total of 1320.  I don't know why it's only showing
12  660, but there was two containers on that
13  shipment.
14  Q.  Oh, yes, it does.  It says it right
15  there (indicating).
16  A.  Okay.
17  Q.  The container numbers, there's two
18  container.  And each, I guess, has 660, according
19  to this.
20     So do you know if you paid the wharfage
21  fees or if they did?
22  A.  I believe I did.
23  Q.  Okay.
24  A.  And I think I have a canceled check on
25  that.  Do you need it?  Do you need me to find it?

Confidential - Subject to Further Confidentiality Review

Page 46

1  Q. No, not right now. Thank you.
2  A. And I don't think you gave me back a
3  copy of the -- the invoice.
4  Q. I didn't?
5  A. I'm -- well, I'm looking for it now,
6  because it's a colored one, so...
7  Q. I should have.
8  A. There it is (indicating).
9  Q. This is yours.
10 A. Thanks.
11 Q. No problem.
12    So now we're going to go to the letter
13 of credit for the advising bank, which is another
14 page to the Exhibit 2 to your deposition. And is
15 this something that you created?
16 A. No. That's something that was e-mailed
17 to me by Taishan, telling me where I needed to
18 send in -- send the payment -- or have my bank
19 send the payment.
20 Q. And here it says the name is the
21 Agricultural Bank of China, Taian Branch, correct?
22 A. That is what it says, yes.
23 Q. And the beneficiary is Taian Taishan
24 Plasterboard Company?
25 A. That is what it says, yes.

Page 47

1  Q. And they sent this to you in order to
2  receive payment for boards they were shipping to
3  the U.S., correct?
4  A. Correct.
5  Q. Okay. And now I'm holding in my hand
6  another page to the Exhibit 2 to your deposition,
7  and it's entitled "T/T direction," correct?
8  A. Yes.
9  Q. And the company is Taian Taishan
10 Plasterboard Company, right?
11 A. Yes.
12 Q. And do you know why this was sent to
13 you?
14 A. I don't remember what T/T stands for.
15 Something maybe transfer. But I thought that was
16 the same as letter of credit. So I think it was
17 maybe two different things. So if I use a T/T,
18 whatever that is, that's the route it would have
19 to go. And then the letter of credit, that's the
20 route it would have to go.
21 Q. Okay. And when you received both the
22 T/T direction and the letter of credit, were these
23 in English?
24 A. Just as you see them, yes.
25 Q. So you didn't have to actually translate

Page 48

1  them?
2  A. No, ma'am.
3  Q. Okay. Thank you very much.
4     And now I'm looking at -- I think it
5  was -- it's also part of Composite Exhibit No. 2
6  to your deposition, and it's the Capital One
7  Foreign Wire Transfer Slip.
8  A. Yes.
9  Q. And here it says that the customer
10 requesting the transfer is Darrin Steber,
11 yourself, correct?
12 A. Yes.
13 Q. And the address that you provided was in
14 Slidell, Louisiana again?
15 A. In the United States, yes.
16 Q. Yes. Thank you.
17    And the amount of the wire is $5,800.66,
18 right?
19 A. Yes.
20 Q. And you transferred it to Agricultural
21 Bank of China, right?
22 A. Yes.
23 Q. Now, that's the same place which is
24 listed on the letter of credit for the advising
25 bank, right?

Page 49

1  A. Right.
2  Q. And it also is the same one on the T/T
3  direction, correct?
4  A. Yes. Because if you look at the account
5  number, 1448, it's also the same account number
6  right here where it says beneficiary's account
7  number.
8  Q. Can you read that out loud for me?
9  A. The 1448101008194 is the beneficiary's
10 account number.
11 Q. Thank you.
12    Do you happen to know what "Swift BIC"
13 means?
14 A. I have no idea.
15 Q. Okay. And the beneficiary's name, can
16 you read that for me?
17 A. Taian Taishan Plasterboard Company,
18 Limited.
19 Q. And that also is the same as the
20 beneficiary in the letter of credit advising bank,
21 right?
22 A. Yes.
23 Q. And so can you tell me why this wire
24 transfer was made?
25 A. For the 50 percent that was due whenever

Confidential - Subject to Further Confidentiality Review

Page 50

1  they e-mailed me the document that they -- I guess
2  that they finished the order or they got the
3  order.  It was 50 percent due then and then
4  50 percent once the bill of lading was sent to me,
5  if I'm not mistaken.
6      Q.  Great.  Thank you very much.
7          And then did we say what date that was
8  made on?  I'm not sure we did.
9      A.  That's July 12th, 2006.
10     Q.  Okay.  And then there's another one two
11 pages back which is for July 17, 2006.  What is
12 that for?
13     A.  $5,800.66 is the other 50 percent that
14 was due.
15     Q.  And is it to the same account number?
16     A.  Yeah, exact same account number.
17     Q.  Okay.  Great.  Thank you very much.
18     MS. TUCHMAN:
19         By the way, just for the record, we may
20     want to redact the account number to debit on
21     this particular one because it happens to be
22     redacted on the first one and not the second
23     one.
24     A.  The account number to debit was my
25 account.

Page 51

1  BY MS. TUCHMAN:
2      Q.  Right.
3      A.  Right.  It's in both of them.
4      Q.  Right.  But you may not want your
5  personal information --
6      A.  Oh, it's not there anymore anyway.
7  There's no account there.
8      Q.  Well, then nevermind.  I just wanted to
9  make sure.
10     A.  Appreciate it.
11     Q.  Yep.
12         And now let's go to another page on the
13 Composite Exhibit No. 2.  It's just kind of a
14 black and -- black and white page -- a page with a
15 line down the right-hand side of, I guess, where
16 it was copied, and there's no title to it.  But
17 can you please describe it for me?
18     A.  It says Taian Taishan Plasterboard
19 Company, and has some letters and number sequence
20 after that.  It has their address in Shandong
21 Province -- it is Shandong again -- Shandong
22 Province in China with a telephone number and fax
23 number.  Then it has GD-Distributors on it with my
24 address and old telephone numbers.  They're there
25 twice for some reason.

Page 52

1          Below that, it says RICKMERS DALIAN 188.
2  And if I'm not mistaken, that was the name of the
3  ship that it was coming in.  And next to it, it
4  says Qingdao.  And if I'm not mistaken, that is a
5  shipping port in China.  And then underneath that
6  it says New Orleans.  I'm assuming that's where
7  it's coming from and where it's going to.
8          And then it says 1320 tapered edge
9  gypsum board, 44,000 kilograms, 80 CBM -- cubic
10 meters, maybe -- clean on board, freight prepaid,
11 CY/CY.  I don't know what that means.
12     Q.  That's okay.
13     A.  2-by-40-inch cubes --
14     Q.  Okay.
15         How did you come to -- sorry.  I didn't
16 mean to interrupt you.
17     A.  That's okay.
18     Q.  How did you come to possess this
19 document?
20     A.  I believe it was e-mailed to me.
21     Q.  E-mailed to you by?
22     A.  Taishan Plaster --
23     Q.  And you don't remember particularly who?
24     A.  No, ma'am.
25     Q.  Okay.  Now, actually, I want to talk

Page 53

1  about for a second where you said this was from.
2  Now, it seems here that the address of the factory
3  is in Shandong Province, People Republic of China.
4  Did you ever visit that factory?
5      A.  The only one that I went to was in
6  Jinan.
7      Q.  So did you think that you were
8  purchasing board from Jinan?
9      A.  Yes.
10     Q.  And here, however, it seems to say that
11 you're purchasing it from a different factory?
12     A.  Well, I don't know what province Jinan
13 is.  Jinan might be Shandong Province.  I don't
14 know.
15     Q.  That is fair enough.
16         But it doesn't seem to have -- well,
17 it's saying that -- I guess we would need the
18 address of that particular factory.  Do you have
19 that address?
20     A.  No.  No, I don't.  Unless it's on -- you
21 know, in any of these other papers.
22     Q.  Okay.
23     A.  (Views document.)
24     Q.  I'd be interested to know that.
25     A.  (Views document.)

Page 54

1   Okay. Here's the beneficiary. If you
2 look on the letter of credit advising bank, you
3 have the beneficiary, Taian Taishan, their
4 address, Dawenkou whatever district, Taian, China,
5 but it doesn't have what province. But if you
6 look right here, it says Taian Taishan Dawenkou,
7 whatever, District of Taian, Shandong Province.
8   Q.  Right. But in none of those does it say
9 the word "Jinan," right?
10   A.  No.
11   Q.  So it's possible that it's actually
12 another plant, correct?
13   A.  It's possible, but I -- I don't think
14 so.
15   Q.  Right. Okay.
16     So from what you believed, you believed
17 you were buying it from this Jinan plant, correct?
18   A.  I believe that that was the town it was
19 in, was Jinan. That's the town I flew into. Now,
20 whether or not I flew into Jinan and then they --
21 then the factory's in another town, I don't know.
22   Q.  Okay.
23   A.  It's a possibility, but I don't know.
24   Q.  Fine.
25     Okay. Now we're going to go to the end

Page 55

1 of what is Exhibit 2 to your deposition. And it
2 is entitled -- well, there are actually two of
3 them. One -- two test reports. And one of them
4 has a bit of, I guess you would say, gray matter
5 where it copied because it was crinkled and it has
6 a bit of writing on the top right in handwriting.
7 I guess that's how we will distinguish the two.
8     And so we're going to go to the one with
9 the handwriting on it first. And it says 4 by
10 4 -- do you know if that's your handwriting?
11   A.  No -- it might be. It -- the word
12 "backsplash" definitely looks like my handwriting.
13 I think I just was writing something down; "4-by-4
14 painted backsplash, ceramic" is what it says.
15   Q.  Do you know why you would have written
16 that?
17   A.  I have no idea.
18   Q.  Okay. And --
19   A.  Maybe something my wife wanted me to
20 get. I couldn't tell you.
21   Q.  This is a test report, and it says the
22 product is gypsum wallboard entrusted --
23   A.  That's what it looks like, entrusted.
24   Q.  -- entrusted by Taian Taishan
25 Plasterboard Company, correct?

Page 56

1   A.  Yes.
2   Q.  And the manufacturer is also Taian
3 Taishan Plasterboard, right?
4   A.  Yes.
5   Q.  And it's in both what appears to be
6 Chinese and English, correct?
7   A.  Yes.
8   Q.  And the date of this test is
9 February 16th, 2006, right?
10   A.  Yes.
11   Q.  And on the bottom, it says, "Quality
12 supervision and inspection center of national
13 building materials industry for decorating and
14 finishing building materials," right?
15   A.  That's what it says, yes, ma'am.
16   Q.  And do you remember receiving this test
17 report?
18   A.  Yes.
19   Q.  When did you receive it?
20   A.  On my trip there.
21   Q.  And was this when they were telling you
22 that it was ASTM certified?
23   A.  Correct.
24   Q.  Did you understand this to be the
25 certificate of the ASTM?

Page 57

1   A.  That's what it -- that's what it was
2 presented to me as. Like here's -- here's our
3 test reports, ASTM certified, everything was good
4 is basically the message I was getting from them.
5   Q.  Okay. And if you look on the second
6 page of the test report, it actually says, "Test
7 based upon ASTM C473-03," right?
8   A.  Where are you looking at?
9   Q.  I'm looking right here (indicating).
10   A.  (Views document.)
11     Oh, okay. Yes, I see. Yes. A -- that
12 is -- that is what it says.
13   Q.  And do you know what ASTM is?
14   A.  I don't recall what the letters stand
15 for again. It's like a -- a -- a -- a basis of
16 measurement of it's certified to be a quality
17 product. That's what I gathered it as.
18   Q.  Right. And would you be -- you knew
19 that it was specific to the United States, right?
20   A.  Yes.
21   Q.  It was American Standard Testing --
22   A.  Correct. That's right.
23   Q.  I forget what the last one is.
24   A.  Testing method, huh?
25   Q.  Right. I guess that would be it.

Page 58

1    And so this was given to you basically
2 to certify to you that the materials were
3 acceptable for United States sales?
4    A.  Yes.
5    Q.  And below it, it actually says,
6 "Judgment based upon ASTM C1396-C" -- I guess it's
7 a slash -- /C1396M-04, right?
8    A.  Yes.
9    Q.  And the conclusion right here, can you
10 read that for me, please?  The English part.
11    A.  "The product" -- and it gives a size --
12 "of gypsum wallboard delivered by the manufacturer
13 was tested in accordance with the Method A of test
14 methods ASTM C473-03, test methods for physical
15 testing of gypsum panel products.  The conclusion
16 is that the testing datum of the product meets the
17 ASTM C1396/C1396M-04 gypsum board."
18    Q.  Thank you.
19    A.  It's signed February 16th, 2006.
20    Q.  And do you know if the second test
21 report that you have is the same thing as the
22 first one?
23    A.  Yes.  Somehow or another, I had two
24 copies.
25    Q.  Okay.

Page 59

1    A.  I think one of them, it was just, I
2 guess, harder to read.  The other one was a little
3 bit clearer, but it's the same thing.
4    Q.  I believe this one might be yours and we
5 switched them --
6    A.  Yeah.
7    Q.  -- because there's writing on the back.
8    A.  Right.
9    Q.  Okay.
10    And so when you received these test
11 reports, how did they make you feel?
12    A.  Comfortable that -- that their product
13 was -- was -- was good, it was fine.  There was no
14 issues.  It met our standards in the United
15 States.
16    Q.  And they never told you that they had
17 personally done the testing; is that correct?
18    A.  No.
19    Q.  They --
20    A.  They said basically --
21    Q.  -- they impressed to you that it had
22 been done by a certified agency?
23    A.  Correct.  When -- when they handed me
24 the test results, they said, Here, we're ASTM,
25 we're good.

Page 60

1    Q.  And there was no reason for you to
2 question that, correct?
3    A.  No, no.
4    Q.  Okay.  Great.
5    Now, let me show you --
6    MS. TUCHMAN:
7    What number are we on?
8    THE COURT REPORTER:
9    It's going to be 7.
10 BY MS. TUCHMAN:
11    Q.  -- what's going to be marked as
12 Exhibit 7 to your deposition.
13    (Document marked as Exhibit 7 for
14    identification.)
15    A.  (Views document.)
16 BY MS. TUCHMAN:
17    Q.  Have you ever seen this document before?
18    A.  Possibly.  I'll just take a look.  I
19 thought -- I mean, it looks familiar, because I
20 remember seeing something like this.
21    (Views document.)
22    Oh, this is what I was thinking of right
23 here (indicating) from the proforma invoice.
24    Q.  And that's the proforma invoice we
25 actually, I think --

Page 61

1    A.  Yeah, you have a copy of the proforma
2 invoice.
3    Q.  That's in Exhibit 2 to your deposition.
4 But we'll get to that in a minute.
5    A.  Okay.
6    Q.  What we were --
7    This is entitled, "Taian Shandong
8 Province Special Invoice for Export," correct?
9    A.  Yes.
10    Q.  And the date is the ninth month, so
11 September 15th, 2006, right?  Right up at the top
12 (indicating).
13    A.  (Views document.)
14    That's what it looks like.
15    Q.  And it's saying that the exporter is
16 Taian Taishan Plasterboard Company, right?
17    A.  That's what it says.
18    Q.  And the importer is?
19    A.  GD-Distributors.
20    Q.  Exactly.
21    And does it say -- let's just make sure.
22    (Views document.)  Yes.
23    Where is it coming from?
24    A.  Qingdao.
25    Q.  And where was it going to?

Page 62

1  A. New Orleans.
2  Q. And what is being sent?
3  A. Gypsum board, 1320 pieces. Then it has
4  the unit price and the total amount, $11,601.22.
5  Q. This is something they produced,
6  correct?
7  A. Oh, yes. It's in -- because it's in
8  what appears to be Chinese and English.
9  Q. And do you think you ever saw that
10 before?
11 A. I -- I don't recall seeing this exact
12 page.
13 Q. Okay.
14 A. But September 15th, I think that's when
15 the product actually made it to New Orleans --
16 Q. Okay.
17 A. -- if I'm not mistaken.
18 Q. And so you were just mentioning the
19 proforma invoice from Exhibit 2 to your
20 deposition, and it says it's from Taian Taishan
21 Plasterboard Company. You described this already,
22 correct?
23 A. Yes, yes.
24 THE VIDEOGRAPHER:
25     We have about five minutes left on the

Page 63

1  tape.
2  MS. TUCHMAN:
3     Well, why don't we actually take a
4  break, and I'm going to go through my notes,
5  and we actually shouldn't be here much longer
6  than that. So that would probably be the
7  most efficient way to do that.
8  THE VIDEOGRAPHER:
9     The time now is 11:04 a.m. We are now
10 off the record. This is the end of tape 1.
11    (Recess taken at 11:04 a.m. Back on
12 record at 11:07 a.m.)
13 THE VIDEOGRAPHER:
14    The time now is 11:07 a.m. We are now
15 back on the record. This is the beginning of
16 tape 2.
17 BY MS. TUCHMAN:
18 Q. Okay. I want to go back. When we were
19 speaking earlier off the record, you told me that
20 you thought that perhaps you had taken photos of
21 the factory?
22 A. Correct.
23 Q. And would you be willing to look for
24 those for me?
25 A. Yes, I will try and -- and look for

Page 64

1  them.
2  Q. Okay.
3  A. The only -- there's only one place that
4  it could be, and that's in an external hard drive
5  they I might have moved a folder -- because my
6  hard drive crashed on the computer that I had back
7  then. And I remember -- I don't know if I was
8  able to get a folder off of it or not. But I'll
9  be more than happy to look for it for you.
10 Q. Great. And I'll provide you with my
11 contact information.
12 A. Okay.
13 Q. If you find it, just go ahead and send
14 that over to me. I would really appreciate that.
15 A. Okay.
16 Q. And can we go over just once again
17 the -- their discussions to you -- or I guess
18 they'd be their explanations to you on their
19 ability to transfer the product to the U.S.? Did
20 they ever say that they couldn't transfer to the
21 United States?
22 A. No, ma'am.
23 Q. Did they ever say that there was
24 anywhere that they couldn't bring their product?
25 A. That was never mentioned.

Page 65

1  Q. Okay.
2  A. They -- they made it very clear that it
3  was no problem shipping that product over.
4  Q. And that they -- they felt comfortable
5  and experienced in it?
6  A. Correct.
7  Q. Okay. And how many shipments of gypsum
8  did you personally bring over to the United
9  States?
10 A. One shipment.
11 Q. One shipment?
12    And it seems here, from all of this,
13 that you actually went to the factory and then
14 decided not to buy any more?
15 A. No, no, no. From -- the way the dates
16 are -- I mean, again, this has been a long time.
17 I thought that I went there before I sold. But
18 apparently I sold it -- I was making contact with
19 them. I must have sold it to the one company, the
20 one -- the one person and decided to go back to
21 the factory and -- I have no idea why. I really
22 don't remember. This is crazy. Because I could
23 have sworn that I went there before I sold the
24 product. But apparently I didn't. I mean,
25 obviously the dates show different. But I walked

Confidential - Subject to Further Confidentiality Review

Page 66

1 the factory, I -- I checked it out, got the test
2 results, and that was it.
3    Q. Do you know why you only shipped one
4 shipment?
5    A. Because my -- my company did not take
6 off the way I wanted it to. It was just a failed
7 business. I mean, I even bought signs. I was
8 putting signs out on the street. I even put a --
9 a sign on the back of my -- my Yukon, you know,
10 Hey, need sheetrock? Call Darrin. And no one
11 ever called.
12    Q. It looks like you're a little lucky.
13    A. Well, everything happens for a reason,
14 you know.
15    Q. And so did they ever visit you here in
16 the United States?
17    A. No.
18    Q. Did they ever say they had any
19 representatives here in the United States?
20    A. No.
21    MS. TUCHMAN:
22      I guess that's all the questions I have
23    for right now. I pass the witness.
24        EXAMINATION
25 BY MR. RAPP:

Page 67

1    Q. When you were in China or exchanging
2 e-mails with anyone from Taishan, did they ever
3 mention shipping any of their product to Florida?
4    A. Not that I recall.
5    Q. And I take it from your answer earlier
6 that you have never heard of Banner Supply Company
7 and so that you -- I take it you've never had
8 any business dealings with Banner Supply
9 Company?
10    A. No. I don't even know who Banner Supply
11 Company is.
12    Q. Okay.
13    MR. RAPP:
14      Okay. That's all I have. Thank you.
15    MS. TUCHMAN:
16      Anybody on the phone?
17    MS. EISELEN:
18      Yes.
19        EXAMINATION
20 BY MS. EISELEN:
21    Q. This is Carlina Eiselen. I represent
22 INTERIOR/EXTERIOR.
23    A. Yes, ma'am.
24    Q. Sir?
25    A. Yes, ma'am.

Page 68

1    Q. I was -- yes. I was -- do you know
2 INTERIOR/EXTERIOR Building Supply?
3    A. I've never heard of it, ma'am.
4    MS. EISELEN:
5      Okay. Thank you. No other questions.
6    MS. TUCHMAN:
7      Anybody else?
8      I actually just have -- go ahead.

Page 69

1        EXAMINATION
2 BY MR. PITTS:
3    Q. Hello?
4    A. Yes, sir.
5    Q. Wesley Pitts. I represent BFS
6 Townhomes.
7      Mr. Steber, can you just tell me who it
8 was that you sold the drywall to?
9    A. Let me look up the name again. The
10 company I sold it to was Helton Construction.
11    Q. Hilton?
12    A. Helton, H-E -- H-E-L-T-O-N Construction.
13    Q. H-E-L. Okay. All right.
14      And do you know where that company was
15 located?
16    A. It was located on -- in Slidell off of
17 the I-10 Service Road. But I haven't seen -- I
18 haven't seen them there in years.
19    Q. All right. Do you know where they
20 utilized that drywall board?
21    A. No, sir.
22    Q. All right. And was that the sole
23 customer you had?
24    A. That's the only customer I had. Thank
25 the Lord.

Confidential - Subject to Further Confidentiality Review

Page 70

1  UNKNOWN:
2      Thank you. I don't have anything
3  further.
4  THE WITNESS:
5      Thank you.
6  MS. TUCHMAN:
7      Anybody else on the phone?
8      Okay. I actually just have a couple of
9  follow-up questions, and I will be done.
10           RE-EXAMINATION
11 BY MS. TUCHMAN:
12     Q. Where have you kept these
13 Exhibits 4 and 5 since you got them?
14     A. In the top of my closet.
15     Q. And --
16     A. I just remembered it, actually, last
17 night.
18     Q. Great.
19        And they're in substantially the same
20 condition as when you got them?
21     A. Absolutely the same condition, sealed in
22 plastic.
23     Q. Why did they send them to you?
24     A. I don't recall. I asked them -- I think
25 I asked them for samples either -- I think it was

Page 71

1  prior to me going there. So they had to ship them
2  to me, because there's no way I would have just
3  bought it without having some type of sample come
4  in.
5      Q. Okay.
6      A. That would just be foolish. But then
7  again, there was -- it was crazy back then, you
8  know, with -- with the construction that was going
9  on over here and the rebuilding.
10     Q. Would you mind if I keep these?
11     A. No. That's why I brought them.
12 MS. TUCHMAN:
13     Okay. Thank you very much. That's all
14 the questions that I have.
15 THE VIDEOGRAPHER:
16     Anybody else?
17     All right. The time now is 11:13 a.m.
18 We are now off the record. This concludes
19 today's videotaped deposition of Mr. Steber.
20     (END OF TESTIMONY AT 11:13 A.M.)
21
22
23
24
25

Page 72

1           - - - - - -
2         LAWYER'S NOTES
3           - - - - - -
4  PAGE  LINE
5  ____  ____  _____
6  ____  ____  _____
7  ____  ____  _____
8  ____  ____  _____
9  ____  ____  _____
10 ____  ____  _____
11 ____  ____  _____
12 ____  ____  _____
13 ____  ____  _____
14 ____  ____  _____
15 ____  ____  _____
16 ____  ____  _____
17 ____  ____  _____
18 ____  ____  _____
19 ____  ____  _____
20 ____  ____  _____
21 ____  ____  _____
22 ____  ____  _____
23 ____  ____  _____
24 ____  ____  _____
25

Page 73

1            CERTIFICATE
2      I, DIXIE B. VAUGHAN, Certified Court
3  Reporter (LA), NCRA Registered Professional
4  Reporter and Certified LiveNote™ Reporter, do
5  hereby certify that prior to the commencement of
6  the examination, DARRIN STEBER was duly
7  sworn by me to testify to the truth, the
8  whole truth and nothing but the truth.
9      I DO FURTHER CERTIFY that the foregoing
10 is a verbatim transcript of the testimony as taken
11 stenographically by and before me at the time,
12 place and on the date hereinbefore set forth, to
13 the best of my ability.
14     I DO FURTHER CERTIFY that I am neither a
15 relative nor employee nor attorney nor counsel of
16 any of the parties to this action, and that I am
17 neither a relative nor employee of such attorney or
18 counsel, and that I am not financially interested
19 in the action.
20
21     _____
         DIXIE B. VAUGHAN
22       Certified Court Reporter (LA)
         Registered Professional Reporter
23       Certified LiveNote™ Reporter
24
25