PENGAD 800-631-6989

GD Distributors

EXHIBIT
4

12 mm

耐火板

PENGAD 800-631-6989

GD Distributors

EXHIBIT
5

HERMAN AFFIDAVIT
**EXHIBIT**
**52**