```
 1            IN THE UNITED STATES DISTRICT COURT
                EASTERN DIVISION OF LOUISIANA
 2
 3   IN RE:  CHINESE-MANUFACTURED   MDL NO. 2047
     DRYWALL PRODUCTS LIABILITY
 4   LITIGATION,                    SECTION: L
 5                                  JUDGE FALLON
 6                                  MAG. JUDGE WILKINSON
     THIS DOCUMENT APPLIES TO:
 7   GERMANO, et al., vs. TAISHAN
     GYPSUM CO., LTD.,
 8   f/k/a SHANDONG TAIHE DONGXIN
     CO. LTD.,
 9   CASE NO. 2:09-CV-6687 (EDLA)
10
11              VIDEOTAPED DEPOSITION OF
12                GD-DISTRIBUTORS, LLC -
13   DARRIN STEBER - PURSUANT TO FED R. CIV. P. 30(B)6)
14
15          CONFIDENTIAL - SUBJECT TO FURTHER
16                 CONFIDENTIALITY REVIEW
17                        - - -
18        Videotaped deposition of DARRIN STEBER,
     held at the offices of BEZOU LAW FIRM, 534 East
19   Boston Street, Covington, Louisiana, commencing at
     10:10 A.M., on the above date, before Dixie B.
20   Vaughan, Certified Court Reporter (LA), Registered
     Professional Reporter, Certified LiveNote Reporter.
21
22                        - - -
              GOLKOW TECHNOLOGIES, INC.
23
           877.370.3377 ph | 917.591.5672 fax
24
                   deps@golkow.com
25
```

HERMAN AFFIDAVIT EXHIBIT 25

Page 18

1  A. I know one statement, and that's, Hello,
2 bring me a cold beer, thank you. That's it.
3  Q. How do you say that?
4  A. Ni hao. Bingzhèn píjiu. Xie xie.
5  Q. That's great. I just wanted to know.
6  A. Okay. There you go.
7  Q. So I'm assuming that you spoke in
8 English; is that correct?
9  A. Yes, yes.
10  Q. And did they seem to be quite fluent in
11 that?
12  A. They had one or two interpreters.
13  Q. Do you know who they were?
14  A. I couldn't tell you their name to save
15 my life.
16  Q. Okay.
17  A. I can't -- I really don't know.
18  Q. And who were you e-mailing back and
19 forth with from the Alibaba site?
20  A. Oh, I didn't e-mail anybody from --
21 through Alibaba. Like Alibaba, they have a list
22 of all different factories, manufacturers. And if
23 you want to get in touch with them, you just
24 send -- send them an e-mail. You just contact
25 them on their own.

Page 19

1  Q. Okay.
2  A. It's not like you go through Alibaba and
3 then through somebody. You go straight to the
4 factory.
5  Q. Okay. And do you know any of the people
6 that you were e-mail corresponding with during
7 that time? Do you know any of their names?
8  A. Not a one.
9  Q. Okay. Let me go through some people
10 with you and see if they ring a bell.
11  A. Okay.
12  Q. David Wei?
13  A. That doesn't ring a bell.
14  Q. Chun Chunwei?
15  A. No.
16  Q. Yang Jia Pau?
17  A. No.
18  Q. Apollo Yang?
19  A. No.
20  Q. Bill Share (phonetic)?
21  A. No.
22  Q. Richard Hannum?
23  A. No.
24  Q. Frank Clem?
25  A. No.

Page 20

1  Q. Okay. What about -- we'll come back.
2 Actually, here it is. Clem PWL123?
3  A. I don't recall.
4  Q. Okay.
5  A. Maybe, but I don't recall.
6  Q. That's fine. We'll -- we'll have some
7 documents later on to kind of check on that.
8  A. Okay.
9  Q. So how long did you communicate with
10 them via e-mail before you decided to go to China?
11  A. I don't recall. I don't remember.
12  Q. Did you send a hundred e-mails or --
13  A. I couldn't -- I really don't know. I
14 couldn't give you an estimate.
15  Q. Okay.
16  A. I could -- I could say ten, 20. I
17 really don't know.
18  Q. And you were saying some of the things
19 that you talked about in those e-mails. Did you
20 ask if they had multiple factories or if they just
21 had one?
22  A. I don't remember.
23  Q. Did you ask them if they had any
24 experience exporting to the U.S.?
25  A. No, I didn't.

Page 21

1  Q. Did they tell you?
2  A. I don't recall.
3  Q. And did you ask them how to transport it
4 to the U.S.?
5  A. I believe so.
6  Q. And did they seem to be knowledgeable in
7 this?
8  A. Yes. From -- from what I remember.
9  Q. Can you explain to me what you remember
10 about that?
11  A. Well, they were just -- all I know is
12 that they were setting everything up. They're the
13 one who set up the shipment on -- to -- they --
14 they knew which port it was going to go from and
15 what port it was going to come to. I didn't -- I
16 didn't set up any of that. They did.
17  Q. When you say that they knew which port
18 it was going to go to and from, did that -- does
19 that mean that they suggested where they could
20 send it?
21  A. Well, I told them that I lived in New
22 Orleans -- or I lived in the New Orleans area.
23 And they -- obviously I'm assuming that that's
24 why -- why they set it up to come to the Port of
25 New Orleans.

Confidential - Subject to Further Confidentiality Review

Page 22

1   Q.  Okay.  And did they suggest perhaps
2  other ports for you or --
3   A.  No.
4   Q.  No?
5   A.  Not that I remember.
6   Q.  And when you say that they set it up,
7  did you basically place an order with them and it
8  arrived in the U.S.?
9   A.  Correct.  I placed an order with them.
10 They sent me the -- I guess the bill of lading.  I
11 had to send them 50 percent of the total amount,
12 from what I recall.  And then once it left the
13 factory, I believe, and went to their port for
14 shipment, I had to send them the other 50 percent
15 of -- of the payment.  And then it was supposed to
16 arrive in the U.S. -- or the Port of New Orleans
17 within 30 to 45 days, from what I recall.
18  Q.  When you are talking about the amount of
19 money that you spent, did you pay for shipping as
20 well or was that included in your price?
21  A.  That was included, if I'm not mistaken.
22  Q.  Okay.  Now, it's your understanding that
23 they 100 percent knew the product was coming into
24 New Orleans, correct?
25  A.  Oh, absolutely.

Page 23

1   Q.  Did it appear to you that it was the
2  first time they had ever sent drywall into the
3  U.S.?
4   A.  No.  I've --
5   Q.  What gave you that impression?
6   A.  Well, when I went and visited the
7  factory, I mean, they -- they just -- it's like --
8  it was like this is what they do.  It -- you know,
9  on the office, they have office space, I remember
10 they had maybe 12 desks, you know, in one gigantic
11 room.  Everybody was working on computers.  I
12 mean, I'm assuming that that's exactly what
13 they -- what they do.  They -- they shipped, you
14 know, materials.
15  Q.  Okay.  So now that you mentioned the
16 trip over there, tell me about how you arranged
17 the trip over there.  Were they helpful in that,
18 or was that something you did on your own?
19  A.  No, no, they were helpful.  Because
20 they -- they told me what hotel that I could stay
21 at.  And I don't remember if they reserved the
22 room for me or if I did.  I don't recall.  I just
23 know that it was by Mount Tai, I believe, as a
24 landmark I guess.  But it was in the town of
25 Jinan.

Page 24

1       So I purchased my ticket.  I flew to
2  Shanghai, and then I believe I had to get on -- I
3  think I flew to Shanghai and then I had to get on
4  another plane and fly to Jinan.  When I got to
5  Jinan, I took a taxi to -- to the hotel.  And I
6  don't remember if they met me at the hotel or if
7  they met me at the airport.  I'm sorry.  I don't
8  remember.
9   Q.  That's okay.
10  A.  It's -- it's been so long.
11  Q.  Did they pay for your hotel room?
12  A.  No.  I did.
13  Q.  Okay.  And so you get in, you go to bed
14 probably that night, you're tired.
15  A.  Right.
16  Q.  And in the morning, you are going to the
17 factory?
18  A.  They -- they had a driver pick me up,
19 with an interpreter, and brought me to their
20 factory to tour it.
21  Q.  And how far away was the factory?  Was
22 it a long drive?
23  A.  No.  It was probably about 15 minutes,
24 tops, 20 minutes.
25  Q.  Okay.  And do you remember the name of

Page 25

1  the interpreter?
2   A.  No.
3   Q.  Did he give you a card?
4   A.  No.
5   Q.  Okay.  That's fine.
6       And so tell me about what you see as
7  soon as you get into the factory.
8   A.  When I first walked in, it was -- it was
9  an office space.  We walked through the office,
10 went through, you know, these double doors, if I'm
11 not mistaken, and then there was this big
12 manufacturing process.  And they started off from
13 where their materials are to -- to where -- to
14 where they go along this belt.  I'm trying to
15 think of the word I'm trying to say.  Like an
16 assembly line, almost.  Okay?  So they're going --
17 all the -- all the products going through all of
18 these machines.  You see these big rollers, the
19 paper, the gypsum going in between the papers, and
20 it's all wet.  It's going through all these
21 machines.  And then it goes through a dryer.  And
22 then it goes -- goes down to an end process where
23 it's -- it's cut and moved away in -- in storage.
24  Q.  Okay.  Did it smell bad?
25  A.  No.