Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
                   EASTERN DIVISION OF LOUISIANA
 2

 3   IN RE:  CHINESE-MANUFACTURED    MDL NO. 2047
     DRYWALL PRODUCTS LIABILITY
 4   LITIGATION,                     SECTION: L

 5                                   JUDGE FALLON

 6                                   MAG. JUDGE WILKINSON

     THIS DOCUMENT APPLIES TO:
 7   GERMANO, et al., vs. TAISHAN
     GYPSUM CO., LTD.,
 8   f/k/a SHANDONG TAIHE DONGXIN
     CO. LTD.,
 9   CASE NO. 2:09-CV-6687 (EDLA)

10

11             VIDEOTAPED DEPOSITION OF

12               GD-DISTRIBUTORS, LLC -

13    DARRIN STEBER - PURSUANT TO FED R. CIV. P. 30(B)6)

14

15          CONFIDENTIAL - SUBJECT TO FURTHER

16               CONFIDENTIALITY REVIEW

17                      - - -

18          Videotaped deposition of DARRIN STEBER,
     held at the offices of BEZOU LAW FIRM, 534 East
19   Boston Street, Covington, Louisiana, commencing at
     10:10 A.M., on the above date, before Dixie B.
20   Vaughan, Certified Court Reporter (LA), Registered
     Professional Reporter, Certified LiveNote Reporter.

21

22                      - - -

               GOLKOW TECHNOLOGIES, INC.
23
            877.370.3377 ph | 917.591.5672 fax
24
               deps@golkow.com
25
```

HERMAN AFFIDAVIT

**EXHIBIT**

**25**

Page 18

1    A.  I know one statement, and that's, Hello,
2  bring me a cold beer, thank you.  That's it.
3    Q.  How do you say that?
4    A.  Ni hao.  Bingzhèn píjiu.  Xie xie.
5    Q.  That's great.  I just wanted to know.
6    A.  Okay.  There you go.
7    Q.  So I'm assuming that you spoke in
8  English; is that correct?
9    A.  Yes, yes.
10    Q.  And did they seem to be quite fluent in
11  that?
12    A.  They had one or two interpreters.
13    Q.  Do you know who they were?
14    A.  I couldn't tell you their name to save
15  my life.
16    Q.  Okay.
17    A.  I can't -- I really don't know.
18    Q.  And who were you e-mailing back and
19  forth with from the Alibaba site?
20    A.  Oh, I didn't e-mail anybody from --
21  through Alibaba.  Like Alibaba, they have a list
22  of all different factories, manufacturers.  And if
23  you want to get in touch with them, you just
24  send -- send them an e-mail.  You just contact
25  them on their own.

Page 19

1    Q.  Okay.
2    A.  It's not like you go through Alibaba and
3  then through somebody.  You go straight to the
4  factory.
5    Q.  Okay.  And do you know any of the people
6  that you were e-mail corresponding with during
7  that time?  Do you know any of their names?
8    A.  Not a one.
9    Q.  Okay.  Let me go through some people
10  with you and see if they ring a bell.
11    A.  Okay.
12    Q.  David Wei?
13    A.  That doesn't ring a bell.
14    Q.  Chun Chunwei?
15    A.  No.
16    Q.  Yang Jia Pau?
17    A.  No.
18    Q.  Apollo Yang?
19    A.  No.
20    Q.  Bill Share (phonetic)?
21    A.  No.
22    Q.  Richard Hannum?
23    A.  No.
24    Q.  Frank Clem?
25    A.  No.

Page 20

1    Q.  Okay.  What about -- we'll come back.
2  Actually, here it is.  Clem PWL123?
3    A.  I don't recall.
4    Q.  Okay.
5    A.  Maybe, but I don't recall.
6    Q.  That's fine.  We'll -- we'll have some
7  documents later on to kind of check on that.
8    A.  Okay.
9    Q.  So how long did you communicate with
10  them via e-mail before you decided to go to China?
11    A.  I don't recall.  I don't remember.
12    Q.  Did you send a hundred e-mails or --
13    A.  I couldn't -- I really don't know.  I
14  couldn't give you an estimate.
15    Q.  Okay.
16    A.  I could -- I could say ten, 20.  I
17  really don't know.
18    Q.  And you were saying some of the things
19  that you talked about in those e-mails.  Did you
20  ask if they had multiple factories or if they just
21  had one?
22    A.  I don't remember.
23    Q.  Did you ask them if they had any
24  experience exporting to the U.S.?
25    A.  No, I didn't.

Page 21

1    Q.  Did they tell you?
2    A.  I don't recall.
3    Q.  And did you ask them how to transport it
4  to the U.S.?
5    A.  I believe so.
6    Q.  And did they seem to be knowledgeable in
7  this?
8    A.  Yes.  From -- from what I remember.
9    Q.  Can you explain to me what you remember
10  about that?
11    A.  Well, they were just -- all I know is
12  that they were setting everything up.  They're the
13  one who set up the shipment on -- to -- they --
14  they knew which port it was going to go from and
15  what port it was going to come to.  I didn't -- I
16  didn't set up any of that.  They did.
17    Q.  When you say that they knew which port
18  it was going to go to and from, did that -- does
19  that mean that they suggested where they could
20  send it?
21    A.  Well, I told them that I lived in New
22  Orleans -- or I lived in the New Orleans area.
23  And they -- obviously I'm assuming that that's
24  why -- why they set it up to come to the Port of
25  New Orleans.

Page 22

1 Q. Okay. And did they suggest perhaps
2 other ports for you or --
3 A. No.
4 Q. No?
5 A. Not that I remember.
6 Q. And when you say that they set it up,
7 did you basically place an order with them and it
8 arrived in the U.S.?
9 A. Correct. I placed an order with them.
10 They sent me the -- I guess the bill of lading. I
11 had to send them 50 percent of the total amount,
12 from what I recall. And then once it left the
13 factory, I believe, and went to their port for
14 shipment, I had to send them the other 50 percent
15 of -- of the payment. And then it was supposed to
16 arrive in the U.S. -- or the Port of New Orleans
17 within 30 to 45 days, from what I recall.
18 Q. When you are talking about the amount of
19 money that you spent, did you pay for shipping as
20 well or was that included in your price?
21 A. That was included, if I'm not mistaken.
22 Q. Okay. Now, it's your understanding that
23 they 100 percent knew the product was coming into
24 New Orleans, correct?
25 A. Oh, absolutely.

Page 23

1 Q. Did it appear to you that it was the
2 first time they had ever sent drywall into the
3 U.S.?
4 A. No. I've --
5 Q. What gave you that impression?
6 A. Well, when I went and visited the
7 factory, I mean, they -- they just -- it's like --
8 it was like this is what they do. It -- you know,
9 on the office, they have office space, I remember
10 they had maybe 12 desks, you know, in one gigantic
11 room. Everybody was working on computers. I
12 mean, I'm assuming that that's exactly what
13 they -- what they do. They -- they shipped, you
14 know, materials.
15 Q. Okay. So now that you mentioned the
16 trip over there, tell me about how you arranged
17 the trip over there. Were they helpful in that,
18 or was that something you did on your own?
19 A. No, no, they were helpful. Because
20 they -- they told me what hotel that I could stay
21 at. And I don't remember if they reserved the
22 room for me or if I did. I don't recall. I just
23 know that it was by Mount Tai, I believe, as a
24 landmark I guess. But it was in the town of
25 Jinan.

Page 24

1 So I purchased my ticket. I flew to
2 Shanghai, and then I believe I had to get on -- I
3 think I flew to Shanghai and then I had to get on
4 another plane and fly to Jinan. When I got to
5 Jinan, I took a taxi to -- to the hotel. And I
6 don't remember if they met me at the hotel or if
7 they met me at the airport. I'm sorry. I don't
8 remember.
9 Q. That's okay.
10 A. It's -- it's been so long.
11 Q. Did they pay for your hotel room?
12 A. No. I did.
13 Q. Okay. And so you get in, you go to bed
14 probably that night, you're tired.
15 A. Right.
16 Q. And in the morning, you are going to the
17 factory?
18 A. They -- they had a driver pick me up,
19 with an interpreter, and brought me to their
20 factory to tour it.
21 Q. And how far away was the factory? Was
22 it a long drive?
23 A. No. It was probably about 15 minutes,
24 tops, 20 minutes.
25 Q. Okay. And do you remember the name of

Page 25

1 the interpreter?
2 A. No.
3 Q. Did he give you a card?
4 A. No.
5 Q. Okay. That's fine.
6 And so tell me about what you see as
7 soon as you get into the factory.
8 A. When I first walked in, it was -- it was
9 an office space. We walked through the office,
10 went through, you know, these double doors, if I'm
11 not mistaken, and then there was this big
12 manufacturing process. And they started off from
13 where their materials are to -- to where -- to
14 where they go along this belt. I'm trying to
15 think of the word I'm trying to say. Like an
16 assembly line, almost. Okay? So they're going --
17 all the -- all the products going through all of
18 these machines. You see these big rollers, the
19 paper, the gypsum going in between the papers, and
20 it's all wet. It's going through all these
21 machines. And then it goes through a dryer. And
22 then it goes -- goes down to an end process where
23 it's -- it's cut and moved away in -- in storage.
24 Q. Okay. Did it smell bad?
25 A. No.

Confidential - Subject to Further Confidentiality Review

Page 50

1 they e-mailed me the document that they -- I guess
2 that they finished the order or they got the
3 order. It was 50 percent due then and then
4 50 percent once the bill of lading was sent to me,
5 if I'm not mistaken.
6    Q. Great. Thank you very much.
7       And then did we say what date that was
8 made on? I'm not sure we did.
9    A. That's July 12th, 2006.
10    Q. Okay. And then there's another one two
11 pages back which is for July 17, 2006. What is
12 that for?
13    A. $5,800.66 is the other 50 percent that
14 was due.
15    Q. And is it to the same account number?
16    A. Yeah, exact same account number.
17    Q. Okay. Great. Thank you very much.
18    MS. TUCHMAN:
19      By the way, just for the record, we may
20    want to redact the account number to debit on
21    this particular one because it happens to be
22    redacted on the first one and not the second
23    one.
24    A. The account number to debit was my
25 account.

Page 51

1 BY MS. TUCHMAN:
2    Q. Right.
3    A. Right. It's in both of them.
4    Q. Right. But you may not want your
5 personal information --
6    A. Oh, it's not there anymore anyway.
7 There's no account there.
8    Q. Well, then nevermind. I just wanted to
9 make sure.
10    A. Appreciate it.
11    Q. Yep.
12      And now let's go to another page on the
13 Composite Exhibit No. 2. It's just kind of a
14 black and -- black and white page -- a page with a
15 line down the right-hand side of, I guess, where
16 it was copied, and there's no title to it. But
17 can you please describe it for me?
18    A. It says Taian Taishan Plasterboard
19 Company, and has some letters and number sequence
20 after that. It has their address in Shandong
21 Province -- it is Shandong again -- Shandong
22 Province in China with a telephone number and fax
23 number. Then it has GD-Distributors on it with my
24 address and old telephone numbers. They're there
25 twice for some reason.

Page 52

1      Below that, it says RICKMERS DALIAN 188.
2 And if I'm not mistaken, that was the name of the
3 ship that it was coming in. And next to it, it
4 says Qingdao. And if I'm not mistaken, that is a
5 shipping port in China. And then underneath that
6 it says New Orleans. I'm assuming that's where
7 it's coming from and where it's going to.
8      And then it says 1320 tapered edge
9 gypsum board, 44,000 kilograms, 80 CBM -- cubic
10 meters, maybe -- clean on board, freight prepaid,
11 CY/CY. I don't know what that means.
12    Q. That's okay.
13    A. 2-by-40-inch cubes --
14    Q. Okay.
15      How did you come to -- sorry. I didn't
16 mean to interrupt you.
17    A. That's okay.
18    Q. How did you come to possess this
19 document?
20    A. I believe it was e-mailed to me.
21    Q. E-mailed to you by?
22    A. Taishan Plaster --
23    Q. And you don't remember particularly who?
24    A. No, ma'am.
25    Q. Okay. Now, actually, I want to talk

Page 53

1 about for a second where you said this was from.
2 Now, it seems here that the address of the factory
3 is in Shandong Province, People Republic of China.
4 Did you ever visit that factory?
5    A. The only one that I went to was in
6 Jinan.
7    Q. So did you think that you were
8 purchasing board from Jinan?
9    A. Yes.
10    Q. And here, however, it seems to say that
11 you're purchasing it from a different factory?
12    A. Well, I don't know what province Jinan
13 is. Jinan might be Shandong Province. I don't
14 know.
15    Q. That is fair enough.
16      But it doesn't seem to have -- well,
17 it's saying that -- I guess we would need the
18 address of that particular factory. Do you have
19 that address?
20    A. No. No, I don't. Unless it's on -- you
21 know, in any of these other papers.
22    Q. Okay.
23    A. (Views document.)
24    Q. I'd be interested to know that.
25    A. (Views document.)