Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
                   EASTERN DIVISION OF LOUISIANA
 2

    IN RE:  CHINESE-MANUFACTURED    § MDL NO. 2047
 3  DRYWALL PRODUCTS LIABILITY      §
    LITIGATION                      § SECTION: L
 4                                  §
                                    § JUDGE FALLON
 5                                  §
                                    § MAG. JUDGE WILKINSON
 6

                 CONFIDENTIAL - SUBJECT TO FURTHER
 7                    CONFIDENTIALITY REVIEW
 8      VIDEOTAPED DEPOSITION OF JOHN GUNN AS DESIGNATED
           REPRESENTATIVE OF GUARDIAN BUILDING PRODUCTS
 9                       DISTRIBUTION, INC.
10             Taken on Behalf of the Plaintiffs
11
12   DATE TAKEN:     JULY 22, 2011
13   TIME:           10:32 A.M.- 6:04 P.M.
14   PLACE:          ELMORE & WALL, P.A.
                     55 BEATTIE PLACE, SUITE 1050
15                   GREENVILLE, SOUTH CAROLINA 29601
16
17         Examination of the witness taken before:
18                    Susan D. Wasilewski
                   Registered Professional Reporter
19                  Certified Realtime Reporter
                      Certified CART Provider
20            Certified Manager of Reporting Services
                    Florida Professional Reporter
21
22
23                  GOLKOW TECHNOLOGIES, INC.
24            877.370.3377 ph | 917.591.5672 fax
25                     deps@golkow.com
```

**HERMAN AFFIDAVIT EXHIBIT 143**

Confidential - Subject to Further Confidentiality Review

Page 138

1  Q. Do you think they acted responsibly in response
2  to the problem?
3  A. No.
4  Q. What do you think they should have done?
5  A. They should have sent somebody over to inspect
6  and check and verify and try to understand and help us
7  resolve it.
8      (Exhibit No. 21 was marked for identification.)
9  Q. We'll mark this as Exhibit 21, which is
10 GBP2008343.
11     Have you had a chance to look at that?
12 A. Yes.
13 Q. Can you tell me what this document is?
14 A. This is a brief write-up of a trip that I took
15 with Leon doing several things during the week of
16 October 16th of 2006.
17 Q. This was a second trip to -- I'm sorry. This
18 e-mail is dated October 21st, 2006?
19 A. Yes.
20 Q. Okay. And it's Leon writing to you?
21 A. Yes.
22 Q. Now, did you take a second trip to China?
23 A. I was over there multiple times.
24 Q. Okay. After the trip we talked about in around
25 March of 2006, did you go back and meet with anybody

Page 139

1  from Taihe after that first visit?
2  A. Yes. I think this is the first time.
3  Q. And that would have been October of 2006?
4  A. Yes.
5  Q. Okay. Who did you meet with at Taihe?
6  A. This is when -- and this is a little bit
7  sketchy, but this is when we were taken to the trading
8  company. This was the first time I realized there's
9  someone else involved, that may have been involved. So
10 we met this Taian Taigao Trading Company and there were
11 people -- some Taihe representatives there as well, I
12 remember, but I don't remember names.
13 Q. What happened at the meeting?
14 A. We tried to present our case.
15 Q. This was about the brittleness problems?
16 A. About the issues that we had and try to get
17 some support to settle the case, and it didn't go far.
18 Q. Did -- was Taihe -- who was speaking for Taihe,
19 was it Taihe representatives or Taian Taigao
20 representatives?
21 A. I think that Taian people, Taian Taigao people
22 were probably leading, but I don't remember very
23 clearly.
24 Q. Okay. Do you have -- did you have
25 an understanding -- did you gain an understanding then

Page 140

1  of the relationship between Taian Taigao and Taihe from
2  that meeting?
3  A. It appeared that it was a front set up to
4  distance us, is what my view was.
5  Q. You mean that Taigao, the trading company, was
6  a front set up by Taihe to distance you, you being
7  Guardian, from Taihe in your claim?
8  A. That was my view.
9  Q. Okay. Did Taian -- did the trading company
10 make any promises to you about what they would do about
11 the claim?
12 A. No.
13 Q. What did they tell you?
14 A. I don't remember, so it wasn't much.
15 Q. Okay. And what about Taihe?
16 A. Wasn't much.
17 Q. Okay. And Mr. Shao handled the interpreting
18 and translation for you?
19 A. Yes.
20 Q. Who else was with you at that meeting besides
21 Mr. Shao?
22 A. I think it was just Leon and me.
23 Q. Was that the only contact you had with Taihe on
24 that October 2006 visit?
25 A. Yes.

Page 141

1  Q. How long did the meeting last for?
2  A. Hour-and-a-half, two hours.
3  Q. Do you recall where you met, what city?
4  A. No, not precisely, I think it was in the Taian
5  area.
6  Q. You weren't at the plant?
7  A. No, it was in an office.
8  Q. Okay. After the October 2006 trip, did you go
9  again to China to meet with Taihe?
10 A. Yes.
11 Q. When?
12 A. It's in the documentation there somewhere, I
13 think. Well, it may not be.
14 Q. Relative to the October trip.
15 A. It was in 2008, I think.
16 Q. So nearly a year later? This trip was October
17 2006. Sometime in 2008?
18 A. I think that's correct.
19 Q. And you eventually -- Guardian eventually
20 settled with Taihe in 2008?
21 A. I think it's 2008, that's correct.
22 Q. The trip in 2008, was that your last trip where
23 you had any contact with Taihe in China?
24 A. Yes.
25 Q. What happened on the 2008 trip that you took?