Confidential - Subject to Further Confidentiality Review

```
              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DIVISION OF LOUISIANA


   IN RE:  CHINESE-MANUFACTURED   § MDL NO. 2047
   DRYWALL PRODUCTS LIABILITY     §
   LITIGATION                     § SECTION: L
                                  §
                                  § JUDGE FALLON
                                  §
                                  § MAG. JUDGE WILKINSON


              CONFIDENTIAL - SUBJECT TO FURTHER
                    CONFIDENTIALITY REVIEW
        VIDEOTAPED DEPOSITION OF JOHN GUNN AS DESIGNATED
          REPRESENTATIVE OF GUARDIAN BUILDING PRODUCTS
                       DISTRIBUTION, INC.
                Taken on Behalf of the Plaintiffs


   DATE TAKEN:     JULY 22, 2011
   TIME:           10:32 A.M.- 6:04 P.M.
   PLACE:          ELMORE & WALL, P.A.
                   55 BEATTIE PLACE, SUITE 1050
                   GREENVILLE, SOUTH CAROLINA 29601


          Examination of the witness taken before:
                    Susan D. Wasilewski
                Registered Professional Reporter
                  Certified Realtime Reporter
                    Certified CART Provider
             Certified Manager of Reporting Services
                 Florida Professional Reporter



                   GOLKOW TECHNOLOGIES, INC.
              877.370.3377 ph | 917.591.5672 fax
                       deps@golkow.com
```

HERMAN AFFIDAVIT EXHIBIT 143

Page 138

1    Q.  Do you think they acted responsibly in response
2  to the problem?
3    A.  No.
4    Q.  What do you think they should have done?
5    A.  They should have sent somebody over to inspect
6  and check and verify and try to understand and help us
7  resolve it.
8       (Exhibit No. 21 was marked for identification.)
9    Q.  We'll mark this as Exhibit 21, which is
10 GBP2008343.
11      Have you had a chance to look at that?
12   A.  Yes.
13   Q.  Can you tell me what this document is?
14   A.  This is a brief write-up of a trip that I took
15 with Leon doing several things during the week of
16 October 16th of 2006.
17   Q.  This was a second trip to -- I'm sorry.  This
18 e-mail is dated October 21st, 2006?
19   A.  Yes.
20   Q.  Okay.  And it's Leon writing to you?
21   A.  Yes.
22   Q.  Now, did you take a second trip to China?
23   A.  I was over there multiple times.
24   Q.  Okay.  After the trip we talked about in around
25 March of 2006, did you go back and meet with anybody

Page 139

1  from Taihe after that first visit?
2    A.  Yes.  I think this is the first time.
3    Q.  And that would have been October of 2006?
4    A.  Yes.
5    Q.  Okay.  Who did you meet with at Taihe?
6    A.  This is when -- and this is a little bit
7  sketchy, but this is when we were taken to the trading
8  company.  This was the first time I realized there's
9  someone else involved, that may have been involved.  So
10 we met this Taian Taigao Trading Company and there were
11 people -- some Taihe representatives there as well, I
12 remember, but I don't remember names.
13   Q.  What happened at the meeting?
14   A.  We tried to present our case.
15   Q.  This was about the brittleness problems?
16   A.  About the issues that we had and try to get
17 some support to settle the case, and it didn't go far.
18   Q.  Did -- was Taihe -- who was speaking for Taihe,
19 was it Taihe representatives or Taian Taigao
20 representatives?
21   A.  I think that Taian people, Taian Taigao people
22 were probably leading, but I don't remember very
23 clearly.
24   Q.  Okay.  Do you have -- did you have
25 an understanding -- did you gain an understanding then

Page 140

1  of the relationship between Taian Taigao and Taihe from
2  that meeting?
3    A.  It appeared that it was a front set up to
4  distance us, is what my view was.
5    Q.  You mean that Taigao, the trading company, was
6  a front set up by Taihe to distance you, you being
7  Guardian, from Taihe in your claim?
8    A.  That was my view.
9    Q.  Okay.  Did Taian -- did the trading company
10 make any promises to you about what they would do about
11 the claim?
12   A.  No.
13   Q.  What did they tell you?
14   A.  I don't remember, so it wasn't much.
15   Q.  Okay.  And what about Taihe?
16   A.  Wasn't much.
17   Q.  Okay.  And Mr. Shao handled the interpreting
18 and translation for you?
19   A.  Yes.
20   Q.  Who else was with you at that meeting besides
21 Mr. Shao?
22   A.  I think it was just Leon and me.
23   Q.  Was that the only contact you had with Taihe on
24 that October 2006 visit?
25   A.  Yes.

Page 141

1    Q.  How long did the meeting last for?
2    A.  Hour-and-a-half, two hours.
3    Q.  Do you recall where you met, what city?
4    A.  No, not precisely, I think it was in the Taian
5  area.
6    Q.  You weren't at the plant?
7    A.  No, it was in an office.
8    Q.  Okay.  After the October 2006 trip, did you go
9  again to China to meet with Taihe?
10   A.  Yes.
11   Q.  When?
12   A.  It's in the documentation there somewhere, I
13 think.  Well, it may not be.
14   Q.  Relative to the October trip.
15   A.  It was in 2008, I think.
16   Q.  So nearly a year later?  This trip was October
17 2006.  Sometime in 2008?
18   A.  I think that's correct.
19   Q.  And you eventually -- Guardian eventually
20 settled with Taihe in 2008?
21   A.  I think it's 2008, that's correct.
22   Q.  The trip in 2008, was that your last trip where
23 you had any contact with Taihe in China?
24   A.  Yes.
25   Q.  What happened on the 2008 trip that you took?

Confidential - Subject to Further Confidentiality Review

Page 142

1  A.  We went with -- Mike Metz and I went, our legal
2  counsel, and we met with an agent of sorts who we had
3  arranged with to help us negotiate or to find a way to a
4  settlement with them.
5  Q.  Guardian hired an agent, a Chinese agent and a
6  Chinese law firm to help handle the claim with Taihe?
7  A.  I think it was a Chinese law firm.
8  Q.  Okay.  Did you personally meet with anybody
9  from Taihe during that trip?
10 A.  Yes.
11 Q.  And describe those meetings or the meeting for
12 us.
13 A.  What I don't remember for sure is whether we
14 were at a plant or in an office, but we met with Taihe
15 people at a Taihe office and we attempted to negotiate
16 with them and we may have been there for an
17 hour-and-a-half or two hours and we made statements to
18 each other -- I think we had to wait for the key guy for
19 an hour maybe to join us, and then we finally had some
20 meeting time.  Then we left and we stopped at a
21 restaurant nearby, and at that -- because we thought
22 maybe they would contact us, and they did, and their
23 legal representative came and met with us and talked to
24 our team briefly in some way.  Then we left.
25 Q.  Do you know who from -- who you met with from

Page 143

1  Taihe in 2008 at the first -- and I'm going to say that
2  there's two meetings.  One was in the office building
3  and the second one at the restaurant.  At the first
4  meeting, do you recall?
5  A.  There was a general manager, big guy, and I
6  don't remember his name exactly.
7  Q.  Is it Mr. Jia?
8  A.  Jia, I want to say Jia.
9  Q.  Jia?
10 A.  I'm not sure.  I'm not sure.  A big guy.
11 Q.  Who else from Taihe was there?
12 A.  I don't remember.
13 Q.  Do you know was Mr. -- you remember his name to
14 be Mr. Jia, did he explain to you what his role was?
15 A.  I'm not clear on the name today because a lot
16 of those names get mixed up, but I think he was the
17 general manager, I think he was introduced as the
18 general manager of the business.
19 Q.  And what was his reaction to your demand, to
20 Guardian's demands?
21 A.  I recall it to be denial.
22 Q.  Denial that there was a problem at all with the
23 drywall?
24 A.  Yes.
25 Q.  That meeting lasted about an hour-and-a-half,

Page 144

1  you said?
2  A.  It wasn't long.  It was more waiting time than
3  meeting time.
4  Q.  Was there -- and I might have asked you.  How
5  many other people, because you're not remembering names,
6  how many other people from Taihe were there with the
7  main person that you described?
8  A.  I don't know, two or three.
9  Q.  Okay.  And you said when that meeting ended you
10 went to a restaurant and then later you were called and
11 the legal representative of Taihe met with you at the
12 restaurant?
13 A.  Yes.
14 Q.  Was that same legal representative that met
15 with you at the restaurant at the first meeting that
16 day?
17 A.  I don't know.  I don't think so.
18 Q.  Okay.  Was anybody from the trading company,
19 Taian Taigao, at either meeting, at the office or at the
20 restaurant on your last visit?
21 A.  I don't know.
22 Q.  Was anything --
23 A.  I didn't know the people, so I don't know.
24 Q.  Was anything said about the trading company in
25 the last meeting that you had in 2008?

Page 145

1  A.  I don't recall.
2  Q.  You mentioned before that you thought that the
3  trading company was put up as a front for Taihe.  Did
4  you get that same feeling in the October 2008 meeting,
5  that the problem was being shifted by Taihe to the
6  trading company?
7  A.  No, I don't remember having that sense at that
8  time.
9  Q.  Your impression at the 2008 meeting, is it fair
10 to say, is that Taihe was taking control of the issues,
11 not the trading company?
12 A.  We were talking to Taihe --
13 Q.  Okay.
14 A.  -- about the issues.
15 Q.  Was there any discussion with Taihe at any time
16 about any other customer complaints from the United
17 States?
18 A.  No.
19 Q.  Did Taihe ever mention to you any types of
20 testing that they had done on the drywall to confirm
21 that their -- in their belief that there wasn't a
22 problem with the drywall?
23 A.  I don't remember but I'm sure that's part of
24 their defense.
25 Q.  Okay.  Do you know if they provided you with