CONFIDENTIAL



Leon Shao/BP/Guardian_Industries
10/24/2006 10:27 AM

To  John Gunn/BP/Guardian_Industries
cc  mark haddad
bcc
Subject  Re: Taihe meeting again- Gypsum issue

John,

I had meeting with Mr. Jia Tongchun, Chairman of the Board and President of Taihe Group. (He is boss of Mr. Xue)

1. He express they want to negotiate with us to get the issue done instead of legal action. They trust our description of bad situation and they will not arrange Rep. to visit USA for on site inspection.

2. He agree to share loss, but he doesn't say how much they can pay still. He said they will give us a official respond before Oct 30th.

3. As we discussed, he has below suggestion,

a. Can we discuss if any USA gypsum can use their board as packaging materials for gypsum samples, such as pallet bottom and outside protection?

b. He also want to look if we can help ship back these gypsum to them in China to reduce total loss.

c. As soon as we had a final loss number, then to move to discuss compensation percentage.

I told him all what you said in Taian meeting and told him our claim amount calculation. We don't touch any compensation percentage this time.

Per the situation, I propose,

1. To check total logistic cost to ship gypsum back, how many full pallets we can return?

2. We should keep on legal action study and collect enough evidence. I think we still need lawyer to involve for final compensation.

If you have any question, please feel free to contact with me.

Thanks & Best Regards

Leon Shao

Guardian Building Products, China Rep. Office
Tel: 86-512-67623451
Fax: 86-512-67623450
Cell: 86-13815258286
www.guardianbp.com
Leon Shao/BP/Guardian_Industries



Leon Shao/BP/Guardian_Industries
2006-10-22 ᪠ 11:41

To  John Gunn/BP/Guardian_Industries
cc  mark haddad
Subject  Re: Taihe meeting again- Gypsum issue

HERMAN AFFIDAVIT
**EXHIBIT**
**161**



EXHIBIT
25  J.GUNN
     GUARDIAN
7-22-11  SDW

CONFIDENTIAL

John,

As Mr.Zhang of CNBM International's help, Mr. Jia, President of Taihe Group want to meet me in Beijing on Oct 24th to negotiate more for our claim. I changed my Taiwan trip schedule and will fly to Beijing to meet him for further claim.

For the claim description, I will just follow up what you talked in Taian on Oct 18th. But for solution, could you give me rough idea what is our bottom line to accept their compensation?

If you have any question, please feel free to call my cell phone 86-13815258286.

Thanks & Best Regards

Leon Shao

Guardian Building Products, China Rep. Office
Tel: 86-512-67623451
Fax: 86-512-67623450
Cell: 86-13815258286
www. guardianbp.com

Confidential - Subject to Further Confidentiality Review

```
 1                IN THE UNITED STATES DISTRICT COURT
                     EASTERN DIVISION OF LOUISIANA
 2

     IN RE:  CHINESE-MANUFACTURED   § MDL NO. 2047
 3   DRYWALL PRODUCTS LIABILITY     §
     LITIGATION                     § SECTION: L
 4                                  §
                                    § JUDGE FALLON
 5                                  §
                                    § MAG. JUDGE WILKINSON
 6

                  CONFIDENTIAL - SUBJECT TO FURTHER
 7                    CONFIDENTIALITY REVIEW
 8       VIDEOTAPED DEPOSITION OF JOHN GUNN AS DESIGNATED
           REPRESENTATIVE OF GUARDIAN BUILDING PRODUCTS
 9                      DISTRIBUTION, INC.
10             Taken on Behalf of the Plaintiffs
11
12   DATE TAKEN:     JULY 22, 2011
13   TIME:           10:32 A.M.- 6:04 P.M.
14   PLACE:          ELMORE & WALL, P.A.
                     55 BEATTIE PLACE, SUITE 1050
15                   GREENVILLE, SOUTH CAROLINA 29601
16
17          Examination of the witness taken before:
18                     Susan D. Wasilewski
                  Registered Professional Reporter
19                 Certified Realtime Reporter
                     Certified CART Provider
20            Certified Manager of Reporting Services
                    Florida Professional Reporter
21
22
23               GOLKOW TECHNOLOGIES, INC.
24          877.370.3377 ph | 917.591.5672 fax
25                   deps@golkow.com
```

**HERMAN AFFIDAVIT EXHIBIT 143**

Page 154

1  A. It was not wallboard oriented.
2  Q. Did CNBM and BNBM at that January show, did
3  they do their presentation together with representatives
4  from both companies doing the presentation?
5  A. I don't know that there was a difference
6  between the two.
7  Q. Okay.
8  A. It was one group of people and I don't remember
9  if there was technically both representatives or both
10 companies represented.
11 Q. What products were they trying to sell to
12 Guardian or make Guardian aware of?
13 A. The things they do, from steel studs to windows
14 and maybe mesh, maybe rebar. I forgot all the products
15 that they could have offered us.
16 Q. Would the marketing company that you used have
17 a list of who attended the show?
18 A. I don't think so. It was a side meeting. It
19 wasn't formal.
20 Q. Were there any -- did anybody take any
21 promotional photos or any photographs at all of the
22 show, any of the BNBM or CNBM representatives that you
23 know of?
24 A. Not that I know of.
25 Q. As you can tell, I'm trying to figure out who

Page 155

1  was there on behalf of BNBM and CNBM. I'm trying to
2  find a way to get the identities of those people.
3  A. I don't have them but I could --
4  Q. That's something you can find out?
5  A. -- probably get them.
6  Q. Okay. And any materials that BNBM or CNBM
7  provided to Guardian or its representatives, you may
8  have or Mr. Shao may have; is that fair?
9  A. He probably didn't keep them but he may.
10 Q. Okay. Aside from the Las Vegas show, have you
11 or anyone from Guardian had any meetings in the United
12 States with anybody from CNBM or BNBM?
13 A. No.
14 Q. Are you aware of representatives of CNBM or
15 BNBM being in the United States other than the January
16 2007 show?
17 A. No.
18 Q. Is that a no?
19 A. No.
20 Q. Okay. I've just got to pick it up for the
21 court reporter.
22     (Exhibit No. 25 was marked for identification.)
23 Q. This is Exhibit 25 and it's Guardian 2309 to
24 2310. Take a minute to review that, please.
25     Have you had a chance to review Exhibit 25,

Page 156

1  sir?
2  A. Yes, sir.
3  Q. Can you tell us what it is, please?
4  A. It expresses Leon's effort to work with who he
5  defined and described as the Chairman of the Board and
6  President of Taihe Group to try to get progress on a
7  resolution with them.
8  Q. And that e-mail is dated October 22nd, 2006,
9  from Mr. Shao to you and to Mr. Haddad that starts on
10 2309 and finishes up on 2310?
11 A. Yes.
12 Q. Is that what you are referring to?
13 A. I was probably looking later than that.
14 Q. Okay.
15 A. So he's -- so he's meeting with the CNBM. He
16 was recommended to meet with Mr. Jia, the President of
17 Taihe, as recommended from a Mr. Zhang at CNBM.
18 Q. The first paragraph reads, and this is from
19 Leon to you, it says: As Mr. Zhang, Z-h-a-n-g, of CNBM
20 International's help, Mr. Jia, J-i-a, President of Taihe
21 Group want to meet me in Beijing on October 24th to
22 negotiate more for our claim. I changed my Taiwan trip
23 schedule and will fly to Beijing to meet him for further
24 claim.
25     Did I read that accurately?

Page 157

1  A. Yes.
2  Q. Do you know who Mr. Zhang is, Z-h-a-n-g, of
3  CNBM International?
4  A. No, I don't.
5  Q. But it's apparent to you from this e-mail that
6  he helped facilitate the meeting between Leon and
7  Mr. Jia?
8  A. Yes.
9  Q. Okay. We had talked before, and I'm
10 paraphrasing your words, the boss from Taihe Group that
11 you waited for in your meeting that took a long time to
12 come and was late to the meeting, after reading this, do
13 you understand that to be Mr. Jia, is that the same
14 meeting?
15 A. No. No.
16 Q. No?
17 A. It wasn't the same person.
18 Q. Okay.
19 A. It was someone else, but he was described as a
20 general manager, so I think he may have been more plant
21 level or Taihe level.
22 Q. Was he a younger guy, do you remember?
23 A. Fifty years old. That's --
24 Q. Fifty is young. This wasn't somebody in their
25 twenties or thirties, right?

Page 158

1  A. No.
2  Q. Okay. Was he, the person that you met with in
3  2008 at about the hour, hour-and-a-half long meeting, he
4  was described to you as a plant manager type, not an
5  executive?
6  A. More executive level, a general manager type, I
7  think is the term I have in my head.
8  Q. Okay. Do you recall ever meeting with Mr. Jia
9  as President of the Taihe Group?
10 A. No, I do not.
11 Q. Do you know that Leon met with him?
12 A. Yes, yes, I do, because he said so right there.
13 Q. Okay. And that's the next e-mail, on
14 October 24th, 2006, correct?
15 A. Yes.
16 Q. And Leon reports back to you: I had meeting
17 with Mr. Jia Tongchun, Chairman of the Board and
18 President of Taihe Group. He is boss of Mr. --
19 A. Xue.
20 Q. -- Xue, X-u-e. Do you know who Mr. Xue is?
21 A. No, but I think he's -- he may be the guy I was
22 talking about.
23 Q. Okay.
24 A. I'm not sure.
25 Q. What did Leon report back to you -- first of

Page 159

1  all, apart from this e-mail, did you talk to Leon
2  independently? Actually, did you have a conversation
3  with Leon about his meeting with Mr. Tongchun?
4  A. I don't think so.
5  Q. So this e-mail would --
6  A. I think this is --
7  Q. -- be the report?
8  A. Yes. Yes.
9  Q. Okay. He says in his e-mail: They trust our
10 description of bad situation and they will not arrange
11 rep to visit USA for on site inspection.
12     Do you see that?
13 A. No.
14 Q. In number one, the second sentence.
15 A. Okay. Yes.
16 Q. So Taihe admitted that there was a problem with
17 their drywall?
18     MR. TATE: You need to answer yes or no.
19 A. I think yes, they want to negotiate with us.
20 Q. Okay. In number 3(a) Leon writes to you: As
21 we discussed, he has below suggestion.
22     And "he" referring to the Chairman of Taihe,
23 correct?
24 A. I think so.
25 Q. He says: Can we discuss if any USA gypsum can

Page 160

1  use their board as packaging materials for gypsum
2  samples, such as pallet bottom and outside protection?
3      Do you know what he means by that?
4  A. Could they -- I think sometimes they use --
5  they might stack up pieces as dunnage, as separators so
6  your fork trucks can go in. It is somewhat standard
7  practice.
8  Q. Okay. To try and get some sort of value out of
9  the drywall?
10 A. Yes.
11 Q. Okay. Did you ever do that?
12 A. No.
13 Q. Okay. The next portion of the e-mail, 3(b),
14 Leon says: He also want to look if we can help ship
15 back these gypsum to them in China to reduce total loss.
16     Do you see that?
17 A. Yes.
18 Q. Did you ever ship back any gypsum to China?
19 A. No.
20 Q. Why not?
21 A. It costs more than we paid for it.
22 Q. It wasn't a realistic --
23 A. It wasn't a good solution.
24 Q. Okay. Do you know, aside from Mr. -- at Leon's
25 meeting with Mr. Jia, do you know if he met with anybody

Page 161

1  else from the Taihe Group that he references in this
2  e-mail?
3  A. No, I don't know.
4  Q. Okay. He would be the best source for that
5  information, right?
6  A. He certainly had conversations with Taihe
7  personnel below Mr. Jia during this period. Whether he
8  personally met with them beyond the meetings we had, I
9  don't know.
10 Q. Is that your handwriting?
11 A. Yes.
12 Q. Okay. We'll get there. That will help me out.
13     (Exhibit No. 22 was marked for identification.)
14 Q. Exhibit 22, is going to be GBP 1081 through
15 1084.
16     Start with document 1084 as part of the
17 exhibit, which is number 25 -- 22. I'm sorry.
18 Composite Exhibit 22 is 1081 to 1084 and we're looking
19 at document 1084. It's a letter dated November 15th,
20 2006, from Jason Kemen, at Lafarge North America, to
21 Karen Johnson. Do you see that?
22 A. Yes.
23 Q. Have you seen this letter before?
24 A. Yes.
25 Q. Okay. What is this letter? What does it