```
 1                IN THE UNITED STATES DISTRICT COURT
                     EASTERN DIVISION OF LOUISIANA
 2

    IN RE:  CHINESE-MANUFACTURED   § MDL NO. 2047
 3  DRYWALL PRODUCTS LIABILITY     §
    LITIGATION                     § SECTION: L
 4                                 §
                                   § JUDGE FALLON
 5                                 §
                                   § MAG. JUDGE WILKINSON
 6

               CONFIDENTIAL - SUBJECT TO FURTHER
 7                   CONFIDENTIALITY REVIEW
 8     VIDEOTAPED DEPOSITION OF JOHN GUNN AS DESIGNATED
          REPRESENTATIVE OF GUARDIAN BUILDING PRODUCTS
 9                     DISTRIBUTION, INC.
10           Taken on Behalf of the Plaintiffs
11
12   DATE TAKEN:    JULY 22, 2011
13   TIME:          10:32 A.M.- 6:04 P.M.
14   PLACE:         ELMORE & WALL, P.A.
                    55 BEATTIE PLACE, SUITE 1050
15                  GREENVILLE, SOUTH CAROLINA 29601
16
17        Examination of the witness taken before:
18                 Susan D. Wasilewski
                Registered Professional Reporter
19              Certified Realtime Reporter
                   Certified CART Provider
20          Certified Manager of Reporting Services
                Florida Professional Reporter
21
22
23              GOLKOW TECHNOLOGIES, INC.
24          877.370.3377 ph | 917.591.5672 fax
25                   deps@golkow.com
```

HERMAN AFFIDAVIT
EXHIBIT
143

Confidential - Subject to Further Confidentiality Review

Page 54

1  Q. Your agent in China met with the chairman of
2  Taihe?
3  A. I have an e-mail to that effect and the
4  documentation.
5  Q. Okay. When you introduced Guardian, did you
6  talk in English and have Mr. Shao translate for you?
7  How did that work?
8  A. Always.
9  Q. What did you tell Taihe about Guardian and your
10 business, how did you present it? Take me back to 2006,
11 when you were there and what your presentation was.
12 A. Present them as a large distributor, healthy
13 company, a considerable gypsum business, all those
14 general types of things.
15 Q. Did you tell them anything about your
16 distribution network for drywall and where the product
17 will go in the United States?
18 A. I don't recall that specifically. You know,
19 we're a broker.
20 Q. Did you tell them where -- did you discuss
21 where the drywall manufactured by Taihe, if it was
22 purchased, would be shipped to, what location at this
23 meeting?
24 A. I don't think specific locations came up at the
25 time other than I'm sure we discussed East Coast.

Page 55

1  Q. Okay. East Coast of the United States?
2  A. East Coast of the United States.
3  Q. What did -- who gave the presentation, who
4  spoke for Taihe? Was it Mr. Yang?
5  A. Yes.
6  Q. What did he tell you via the translator?
7  A. I've got a page of notes in the documentation,
8  so general things. I think they had multiple plants, I
9  think it says that they were government-owned to some
10 degree but with no specifics. They indicated that they
11 had done other business in the United States, recent
12 business, business at the time. We talked about weight
13 and taper -- oh, it was introduction, just the general
14 stuff, so --
15 Q. Okay. Did they tell you -- did Mr. Yang say
16 how much business had been done in the United States?
17 A. I have in my notes some comments about that,
18 where he had specified a couple of names of companies
19 that they had shipped to.
20 Q. Venture Supply?
21 A. Yes, that was one.
22 Q. And did he make it clear to you that they had
23 the -- that Taihe had the capability to produce product,
24 drywall product for the United States?
25 A. Yes.

Page 56

1  Q. And specifically, those different markets in
2  the United States would be Florida, Louisiana, Alabama,
3  North Carolina, Virginia?
4  A. I don't remember it in those terms.
5  Q. Okay. What do you remember?
6  A. That they indicated customers to whom they had
7  shipped and perhaps some going to Florida or Louisiana.
8  It's in my notes.
9  Q. Was Mr. Yang confident in Taihe's ability to
10 produce a gypsum product that would be acceptable in the
11 United States?
12 A. Yes.
13 Q. Did you discuss or did anybody discuss with him
14 or Taihe the differences in the Chinese market versus
15 the US market in terms of drywall?
16 A. Yes.
17 Q. And what did you discuss?
18 A. We had similar discussions as we had at Baier
19 there, about weight, about taper.
20 Q. Let's talk about weight. What did you talk
21 about --
22 A. ASTM requirements.
23 Q. Okay. What did you talk about with weight, in
24 terms of weight?
25 A. Their weight, their natural weight also was

Page 57

1  heavy, we want it lighter.
2  Q. Did you let them know that heavy drywall was a
3  problem in the United States?
4  A. Yes.
5  Q. And what about in terms of taper?
6  A. Same, different taper requirement than what
7  they generically did.
8  Q. Now, earlier when I asked you about Mr. Yang, I
9  think you had indicated that you were able to speak with
10 him in English.
11 A. I would speak in English, Leon would translate;
12 he would speak in Chinese, Leon would translate. I
13 always spoke in English, obviously.
14 Q. Right. Did you ever speak with anybody at
15 Taihe in English?
16 A. Just with Leon as the translator.
17 Q. And similar to the question that I asked you
18 before, did you have any indication in your judgment
19 that when you were speaking in English, that your
20 counterparts on the other side of the table from Taihe
21 were able to understand you?
22 A. To my judgment, I did not perceive that.
23 Q. Okay. What about testing standards, you said
24 -- you mentioned you talked with Taihe about ASTM. What
25 did you talk about with them in terms of ASTM?