Confidential - Subject to Further Confidentiality Review

```
 1                IN THE UNITED STATES DISTRICT COURT
                    EASTERN DIVISION OF LOUISIANA
 2

     IN RE:  CHINESE-MANUFACTURED   § MDL NO. 2047
 3   DRYWALL PRODUCTS LIABILITY     §
     LITIGATION                     § SECTION: L
 4                                  §
                                    § JUDGE FALLON
 5                                  §
                                    § MAG. JUDGE WILKINSON
 6

                 CONFIDENTIAL - SUBJECT TO FURTHER
 7                   CONFIDENTIALITY REVIEW
 8      VIDEOTAPED DEPOSITION OF JOHN GUNN AS DESIGNATED
          REPRESENTATIVE OF GUARDIAN BUILDING PRODUCTS
 9                    DISTRIBUTION, INC.
10            Taken on Behalf of the Plaintiffs
11
12   DATE TAKEN:     JULY 22, 2011
13   TIME:           10:32 A.M.- 6:04 P.M.
14   PLACE:          ELMORE & WALL, P.A.
                     55 BEATTIE PLACE, SUITE 1050
15                   GREENVILLE, SOUTH CAROLINA 29601
16
17         Examination of the witness taken before:
18                   Susan D. Wasilewski
                 Registered Professional Reporter
19                Certified Realtime Reporter
                    Certified CART Provider
20           Certified Manager of Reporting Services
                  Florida Professional Reporter
21
22
23               GOLKOW TECHNOLOGIES, INC.
24          877.370.3377 ph | 917.591.5672 fax
25                    deps@golkow.com
```

HERMAN AFFIDAVIT EXHIBIT 143

Page 118

1  so he said one thing is one of the samples had a sulfur
2  smell and it spoke to how it broke and maybe flexural
3  strength, three or four comments about it, but he
4  also -- it was not major comments, it was kind of like,
5  okay, here is something we see.
6      Q.  Did he -- was he able to identify or was
7  anybody at USG able to identify which board the sulfur
8  smell came from?
9      A.  No.  At the time they mixed up the samples, so
10 we had to do it again, so we had to ask for more samples
11 and we had to send it again, and we tried to protect the
12 packaging better so we could control any -- what could
13 have caused that kind of thing.
14     Q.  On the second -- was there a second round of
15 samples?
16     A.  Yes.
17     Q.  On the second round of samples, were those sent
18 to USG?
19     A.  Yes.
20     Q.  Was there testing done there as well?
21     A.  Yes, at some level.
22     Q.  Was there any sulfur smell noted on the second
23 round of tests?
24     A.  My person, Karen Johnson, talked to the person
25 there who said something about sulfur smell, and I

Page 119

1  had -- and I had a comment in my notes about sulfur-like
2  smell on one of the samples, so -- now, when they sent
3  me an official write-up, they said smell but not --
4  didn't use the word sulfur.
5        So, anyway, we had a little bit of a -- out of
6  all the things we did, we had a question about sulfur
7  smell, so did that mean something.  So if you look at
8  this documentation, you'll probably see a lot of
9  scrambling over a couple of weeks to try to nail that
10 down, is there a sulfur smell, and you will see we
11 did -- we worked on it very hard at all levels to see is
12 there an issue or is that something that happened in the
13 sampling to them somehow, because the Taihe people said
14 they made their own paper for the test and they did it
15 in a production -- a nonproduction environment, so --
16 but we flushed it out very aggressively over two or
17 three weeks and we could find no evidence of that
18 anywhere, from the plants, from the Chinese national
19 labs, from our -- from RADCO, from the people testing
20 the pH of it, to breaking it and smelling it, and
21 actually going to the plant again to see if they could
22 pick up the smells.  So we satisfied ourselves very
23 aggressively over a couple-week period.
24     Q.  I want to be clear.  I think from this e-mail
25 we've established you've said that this was the first

Page 120

1  set of samples that came in and USG couldn't determine
2  whether it was the Baier or the Taihe board that had a
3  sulfur smell?
4      A.  That's correct.
5      Q.  Then a second round of samples was sent over
6  from Taihe and from Baier?
7      A.  Yes.
8      Q.  That second round of samples was also sent to
9  USG?
10     A.  Yes.
11     Q.  Then it was noted by USG on that second round
12 of samples that there was a sulfur smell?
13     A.  Sulfur-like smell on one of the samples.
14     Q.  Did USG identify which of the samples it was?
15     A.  Yes.
16     Q.  Which one was it?
17     A.  Taihe.
18     Q.  Okay.  And you indicated that the testing
19 paperwork from USG said smell?
20     A.  Said smell.
21     Q.  What does the sulfur smell indicate to you?
22        MR. TATE:  Object to form.  You can answer.
23     A.  It was a possible concern.  I mean, I wouldn't
24 want to put a product in somebody's home that had a
25 smell to it.

Page 121

1      Q.  If the drywall smells like sulfur, that's not a
2  product you would want to sell?
3      A.  No.
4      Q.  And if the drywall smells like sulfur, it's not
5  a product you would want in your home?
6      A.  No.  The context of the conversation with USG
7  was such that something to be aware of, didn't express
8  as being some major issue, but we addressed it very
9  diligently because we were on the edge and we had to
10 make -- decide quickly what to do, if we had an issue.
11     Q.  Did Guardian, either through you or somebody
12 here or in Asia, notify Taihe of the sulfur smell?
13     A.  Yes.
14     Q.  When?
15     A.  During this couple of week period after, when
16 we were doing this assessment.  There's a series of
17 e-mails in there that say many things we did, including
18 calling them, including going to visit them.
19     Q.  That would have been in this May 2006 time
20 frame, probably a few weeks before?
21     A.  The 10th through the 20th, I think.
22     Q.  Okay.  Now, you said Taihe was called about the
23 sulfur smell.  Do you know who called them?
24     A.  It would have been -- Holly called them.
25 That's in documentation.  Perhaps Leon as well.

Confidential - Subject to Further Confidentiality Review

Page 122

1   Q.  And Holly was your testing person who is the
2  ASTM qualified --
3   A.  ISO certified.
4   Q.  ISO certified.  Thank you.  Do you know what
5  Taihe was told about the sulfur smell?
6   A.  No, just is there a sulfur smell, do we have
7  any sulfur smell in the product, I think is --
8   Q.  What was Taihe's response the first time?
9   A.  It's in our documentation that there's no
10 smell, there'd never be any smell, we've sent to the
11 States and never had any customer complaints of smell
12 and that's all documented in there.
13   Q.  It's fair to say that Taihe denied that they
14 had a sulfur smell to their drywall?
15   A.  Yes.
16   Q.  The second round of samples came how long after
17 that May 10th through 20th time frame?
18   A.  A week or so, during that period.
19   Q.  Were the results of that second test with the
20 smell notation provided to Taihe?
21   A.  The results I think were not, but the
22 question -- the questions, yes.
23   Q.  The question regarding we've got more smell in
24 this drywall?
25   A.  I think it was the second time that Leon --

Page 123

1  that Holly went to the plant himself to do his own
2  sniff -- smell test.
3   Q.  So Holly went to the plant sometime in May or
4  June of 2006?
5   A.  I think May.
6   Q.  May.
7   A.  For this purpose.
8   Q.  And Holly inspected the plant, as far as you
9  know?
10   A.  At some level.
11   Q.  Let me ask it better this way.
12   A.  Subjectively smelling for that smell.
13   Q.  Do you know what Holly did at the Taihe plant?
14   A.  Not exactly.
15   Q.  Okay.  Did anybody go with Holly to the Taihe
16 plant regarding this smell?
17   A.  I don't know.
18   Q.  Do you know who Guardian contacted at Taihe
19 regarding the smell?
20   A.  No.
21   Q.  Did you notify Stock of the issues with the
22 smell?
23   A.  I'm sure we did not.
24   Q.  Did USG make any recommendations to you
25 regarding the sulfur smell?

Page 124

1   A.  No.
2   Q.  Did they -- did USG indicate any familiarity
3  with the sulfur smell from the drywall?
4   A.  Just -- I think it was just -- in one of my
5  documents I have some hand notes up in the corner and it
6  says USG not serious, and then I write sulfur like smell
7  and two or three things, paper quality, comment, and
8  there's also a document from USG where they -- the
9  second time they wrote up their assessment on the
10 one-page e-mail and their VP of sales, national
11 accounts, sent it to me.  That's in that documentation,
12 too, and in the document it says officially some kind of
13 odor but nothing beyond that.  So the quality guy says
14 one thing, they didn't document it for whatever reason.
15 You would think they would have if they really thought
16 it was something.
17     So, you know, it was a long time ago but we
18 heard this sound and -- I mean, we heard the word that
19 there was some kind of -- some kind of odor and we hit
20 it at all angles over a couple weeks and there's very
21 good documentation of that.
22     MR. BROWN:  Patrick, could I ask for
23  clarification?  Because we didn't hear.  He trailed
24  off.  Did you say that you did or did not notify
25  Stock?  We couldn't hear you.

Page 125

1     THE WITNESS:  I don't think we did.
2     MR. BROWN:  Okay.  Thank you.  Sorry to
3  interrupt.
4     (Exhibit No. 19 was marked for identification.)
5   Q.  Exhibit 19 is Bates labeled 1920 through 1922.
6  Sir, if you could, take a look at that for me.
7   A.  Yes.
8   Q.  And let's start with the last e-mail or the
9  first, the last page but the first in chronology that
10 starts on 1921 and then continues on to 1922.  It's
11 dated -- I'm looking at 1921.  It says forwarded by John
12 Gunn, then with your information, on May 10th, 2006,
13 2:19 p.m.
14     Do you see that?  Flip the page.
15   A.  Oh, yes.  Okay.
16   Q.  All right.  Now, that e-mail came from Chad
17 Peterson at Guardian Building Products?
18   A.  Yes.
19   Q.  Who is Chad Peterson?
20   A.  He is a young guy working our logistic function
21 in Mark Haddad's area at the time.
22   Q.  And he indicates the testing is completed and I
23 should have preliminary reports by tomorrow?
24   A.  Yes.
25   Q.  And he's referring to the Taihe gypsum and the