```
 1                IN THE UNITED STATES DISTRICT COURT
                    EASTERN DIVISION OF LOUISIANA
 2

    IN RE:  CHINESE-MANUFACTURED   § MDL NO. 2047
 3  DRYWALL PRODUCTS LIABILITY     §
    LITIGATION                     § SECTION: L
 4                                 §
                                   § JUDGE FALLON
 5                                 §
                                   § MAG. JUDGE WILKINSON
 6

                 CONFIDENTIAL - SUBJECT TO FURTHER
 7                    CONFIDENTIALITY REVIEW
 8      VIDEOTAPED DEPOSITION OF JOHN GUNN AS DESIGNATED
          REPRESENTATIVE OF GUARDIAN BUILDING PRODUCTS
 9                      DISTRIBUTION, INC.
10           Taken on Behalf of the Plaintiffs
11
12  DATE TAKEN:    JULY 22, 2011
13  TIME:          10:32 A.M.- 6:04 P.M.
14  PLACE:         ELMORE & WALL, P.A.
                   55 BEATTIE PLACE, SUITE 1050
15                 GREENVILLE, SOUTH CAROLINA 29601
16
17        Examination of the witness taken before:
18                   Susan D. Wasilewski
                  Registered Professional Reporter
19                 Certified Realtime Reporter
                    Certified CART Provider
20          Certified Manager of Reporting Services
                  Florida Professional Reporter
21
22
23                GOLKOW TECHNOLOGIES, INC.
24            877.370.3377 ph | 917.591.5672 fax
25                    deps@golkow.com
```

HERMAN AFFIDAVIT
EXHIBIT
143

Confidential - Subject to Further Confidentiality Review

Page 42

1  been to other gypsum plants in the United States.
2     A.  Yes.
3     Q.  Which other plants have you been to?
4     A.  I've been to National Gypsum.
5     Q.  Where is that located?
6     A.  In Charlotte; been to American Gypsum.
7     Q.  Where is that located?
8     A.  In Georgetown, South Carolina.  I've been to
9  Lafarge Gypsum in Silver Grove, Kentucky.
10    Q.  Any others?
11    A.  That's all I can recall.
12    Q.  You mentioned National Gypsum, American Gypsum
13 and Lafarge.  Has Guardian purchased drywall from those
14 three entities in the past?
15    A.  Yes.
16    Q.  And you take your knowledge of how a drywall
17 plant should run from those three sources?
18    A.  To some degree.
19    Q.  I'm talking about in terms of comparing plants.
20    A.  Yes.
21    Q.  So if you take -- when you went out to Baier,
22 comparing it to National Gypsum or comparing it to
23 American Gypsum or Lafarge, you noted differences?
24    A.  Yes.
25    Q.  And the differences that you noted were what we

Page 43

1  talked about before:  The lack of automation?
2     A.  Yes.
3     Q.  Cleanliness?  You said housekeeping.
4     A.  Yes, housekeeping.  The biggest difference was
5  line speed, very slow.
6     Q.  And is that a concern for you because you want
7  to make sure you're getting enough volume?
8     A.  No, line speed was not a concern for me, it's
9  just a difference in technology.
10    Q.  You said you got into more specifics with
11 Baier.  What types of specifics did you get into?
12    A.  So there we talked -- I recall talking in depth
13 about weight, can you get to lighter weights, what
14 weights can you get to, and I have notes on that in my
15 file, so can we bridge the gap between acceptable and
16 not acceptable.  We talked specifically about taper and
17 what the standard should be and what we needed and can
18 you do it, those kind of things.
19        We talked -- those are probably the key things
20 at that point.
21    Q.  And it's a similar line of questions that I
22 asked you about BNBM.  Did you or Bruce -- it's Bruce,
23 right?
24    A.  Bruce.
25    Q.  Did you or Mr. Schneider, Bruce Schneider, let

Page 44

1  Baier know about the concerns of the weight related to
2  the United States market?
3     A.  Yes.
4     Q.  Did you make it obvious to them that the
5  product was going to be shipped to the United States and
6  distributed in the United States?
7     A.  Yes.
8     Q.  What did they tell you they could do in terms
9  of weight?
10    A.  They could make it a lighter weight than they
11 generally did but could not make it to what we were
12 normally used to in the States.
13    Q.  So you found a compromise point?
14    A.  Yes.
15    Q.  Do you know if the modifications -- you
16 eventually bought from Baier, right?
17    A.  Yes, we did.
18    Q.  Do you know if the modifications that Baier
19 made were to the thickness or the size of it or did they
20 change the composition, or none of the above?
21    A.  They did something in their process that
22 reduced the density of it, I think density.
23    Q.  And did that eventually meet your satisfaction,
24 changing the weight?
25    A.  It got close enough that we could check with

Page 45

1  our customers and check acceptability.
2     Q.  What about taper with Baier?
3     A.  Taper was no issue.  When we explained to them
4  our needs, they were able to do that.
5     Q.  What about labeling, did you speak about
6  labeling?
7     A.  I don't think we did then.  I think that's one
8  of the details that Leon's team did later.
9     Q.  What about testing standards, did you discuss
10 testing standards with Baier?
11    A.  Yes.
12    Q.  What did you discuss with them?
13    A.  Discussed the need to meet the ASTM C36
14 standard.
15    Q.  And what did they tell you?
16    A.  They could do so.
17    Q.  Did -- had they tested it for ASTM already?
18    A.  I'm pretty sure they had but I don't remember
19 exactly.
20       THE COURT REPORTER:  Did you say hadn't?
21       THE WITNESS:  I'm pretty sure they had.
22       THE COURT REPORTER:  Okay.
23    Q.  Did they -- do you have an understanding of
24 where Baier gets its gypsum from, its raw gypsum?
25    A.  I don't know.

Confidential - Subject to Further Confidentiality Review

Page 46

1  Q.  The same question, whether it was raw or
2  naturally mined or artificially sourced?
3  A.  To my knowledge, there is no synthetic
4  sourcing, no power plant type sourcing, it's all mined
5  gypsum, to my knowledge.
6  Q.  As to Baier?
7  A.  Or for any of the producers from there.
8  Q.  Okay.  And now I'm including Taihe in this
9  question, did Taihe discuss with you the source of their
10 gypsum at all?
11 A.  I think not.
12 Q.  But it was your understanding when you left and
13 as you sit here today that the gypsum -- the raw gypsum
14 that Taihe used was naturally mined?
15 A.  Yes.
16 Q.  And that's because of the lack of power plant
17 sources for artificial gypsum?
18 A.  Yeah.  That was not a concern of ours, it
19 wasn't a specification or a requirement either way
20 because it's the same chemistry at the end of the day,
21 so -- but I would have recognized a power plant hanging
22 off nearby, or material handling between the two.
23 Q.  When you purchased from the three American
24 sources that we mentioned before, is that naturally
25 mined gypsum or artificial gypsum?

Page 47

1  A.  Yes, both.
2  Q.  Both?
3  A.  (Nodding head.)
4  Q.  Does it make a difference to you as a purchaser
5  whether it's natural or artificially produced?
6  A.  No, it does not.
7  Q.  Did you reach any terms with Baier while you
8  were there at the plant?
9  A.  Not while we were there.
10 Q.  Did you discuss -- I'm going back to BNBM for a
11 moment.  Did you discuss any shipping arrangements for
12 any products with BNBM, by that I mean shipping by boat,
13 shipping by plane, shipments in any manner?
14 A.  I don't remember for sure but I think not.
15 Q.  Okay.  What about with Baier in terms of
16 shipping?
17 A.  I don't remember the conversation but we
18 certainly discussed shipping.
19 Q.  When you purchased from Baier, who arranged the
20 shipping?
21 A.  We did.
22 Q.  And you did that through -- did you do it on
23 your own, did you do it through an agent, how did it
24 work?
25 A.  To my knowledge, no agent was involved.  To my

Page 48

1  knowledge, our team there, Leon led, arranged that
2  shipping with a company named Star Shipping.
3  Q.  Star Shipping -- was Star Shipping the same
4  company that you used to import the Taihe drywall?
5  A.  Yes.
6  Q.  Do you know what involvement Mr. Shao had in
7  arranging shipping for the drywall you bought in China,
8  including Baier and Taihe?
9  A.  To my knowledge, he negotiated that shipping.
10 He could have had support from someone on his team.
11 Q.  Do you have any knowledge of any involvement by
12 Taihe for arranging the shipping of the drywall to the
13 United States?
14 A.  Of our product?
15 Q.  Yes.
16 A.  No.
17 Q.  Would it surprise you if there was
18 correspondence from Taihe reflecting their involvement
19 in arranging the shipping in your file?
20 A.  Arranging the ship?
21 Q.  The shipping.
22 A.  I think I would be surprised.
23 Q.  We'll get to that a little bit later.
24     Do you know if Baier had its own testing lab on
25 site for the drywall?

Page 49

1  A.  No.
2  Q.  Let's talk about your visit to Taihe.  Where
3  did you meet with them?
4  A.  At a plant.
5  Q.  Do you know where?
6  A.  There's a business card in my file with the
7  person's name on it that said the name of the location.
8  Q.  Let me get that for you.
9  A.  I think his American name was Apollo, I think.
10     (Composite Exhibit No. 2 was marked for
11 identification.)
12 Q.  Sir, I'm going to hand a copy to you and to
13 your counsel as well.  We'll mark that as Exhibit 2.
14 Actually, we'll make it Composite Exhibit 2 because I
15 have another one I'm going to attach to that as well.
16     Sir, if you could, take a look at Composite
17 Exhibit 2.  If you look in the lower probably right-hand
18 corner on your copy, is there a little number down at
19 the bottom that says GBP?
20 A.  Yes.
21 Q.  What number does it have?
22 A.  1254.
23 Q.  And then the second page of Composite 2 is
24 GBP1255?
25 A.  Yes.

Confidential - Subject to Further Confidentiality Review

Page 50

1  Q. Can you tell us what Composite Exhibit 2 is,
2  please?
3  A. Two is the business card of the person who led
4  the discussion with us during our visit.
5  Q. And that is -- that person was named on 1254,
6  at least in English, says Yang, Y-a-n-g Jiapo,
7  J-i-a-p-o?
8  A. Jiapo.
9  Q. Is that correct?
10 A. Yes.
11 Q. Okay. And then on the next page it says Apollo
12 Yang, Y-a-n-g?
13 A. Yes.
14 Q. Okay. Do you know if Yang Jiapo and Apollo
15 Yang are the same person?
16 A. I don't know that but I believe that to be the
17 case. I believe it's one -- the opposite side of the
18 same card.
19 Q. And why do you believe that to be the case?
20 A. Same last name.
21 Q. Let me stop you for a second. You said it's
22 the opposite side of the card. Is it a double-sided
23 card?
24 A. I think it is a double-sided card.
25 Q. And if you look at the e-mail addresses on both

Page 51

1  cards, they're the same, right? And I'm looking at
2  yjp09@163.com?
3  A. Yes.
4  Q. And that e-mail address is both on 1254 and
5  1255?
6  A. Yes.
7  Q. And the second e-mail address that's also on
8  there is yjp09@hotmail.com?
9  A. Yes.
10 Q. You see that on both cards?
11 A. Yes.
12 Q. All right. We've been referring to Taihe. The
13 business card for Apollo Yang says Shandong Taihe
14 Dongxin, D-o-n-g-x-i-n, Company, Limited?
15 A. Yes.
16 Q. Do you see that?
17 A. Yes.
18 Q. And that's who you understood to be -- that's
19 the corporate entity that you are calling Taihe?
20 A. Yes.
21 Q. Okay. And if we talk about Taihe throughout
22 this deposition, that's the corporation that we're
23 talking about?
24 A. That's correct.
25 Q. Okay. This business card at 1255 has an

Page 52

1  address at the South Suburb of Taian, T-a-i-a-n,
2  Shandong Province, People's Republic of China?
3  A. Yes.
4  Q. Is that where you met at the plant?
5  A. I'm not certain.
6  Q. To the best of your knowledge?
7  A. My assumption is that is where we met.
8  Q. Okay. You indicated that -- let's call him --
9  can we call him Mr. Yang?
10 A. Yes.
11 Q. Okay. Mr. Yang was the person from Taihe that
12 led the discussions with Guardian?
13 A. Yes.
14 Q. Did you converse or did anybody converse with
15 Mr. Yang in English while you were there?
16 A. I did.
17 Q. What did you talk to Mr. Yang about?
18 A. Initially -- initially, we introduced our
19 companies, and we did all of this through Leon's
20 translation. So he introduced Taihe, who they are, we
21 make notes, we learn about who they are as a company.
22 Then I would introduce Guardian Building Products, who
23 we are as a company, and then we discussed the gypsum
24 business.
25 Q. Did you meet with anybody else from Taihe

Page 53

1  besides Mr. Yang?
2  A. I recall several others at a table like this
3  but only -- I'm sure I was introduced to others but
4  only -- he was the focal person, he led all of the
5  conversation, so we discussed directly with him.
6  Q. How many other people from Taihe were present
7  at your meeting?
8  A. I'm not certain.
9  Q. Okay. Does the name Bill Cher, C-h-e-r or
10 C-h-e, ring a bell?
11 A. No.
12 Q. How about Frank Clem, C-l-e-m?
13 A. No.
14 Q. And who may also go by Peng, P-e-n-g, Wenlong,
15 W-e-n-l-o-n-g, and if you'll forgive my pronunciation,
16 Peng or Pong Wenlong?
17 A. No, I don't recognize those names.
18 Q. Okay. Did you have an occasion to meet with
19 the chairman of Taihe, Mr. Jia?
20 A. No.
21 Q. And later on, at some point your
22 representatives did, though, meet with Mr. Jia?
23 A. Leon --
24 Q. Leon?
25 A. -- met with Mr. Jia.