Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DIVISION OF LOUISIANA
 2

    IN RE:  CHINESE-MANUFACTURED   § MDL NO. 2047
 3  DRYWALL PRODUCTS LIABILITY     §
    LITIGATION                     § SECTION: L
 4                                 §
                                   § JUDGE FALLON
 5                                 §
                                   § MAG. JUDGE WILKINSON
 6

              CONFIDENTIAL - SUBJECT TO FURTHER
 7                  CONFIDENTIALITY REVIEW
 8     VIDEOTAPED DEPOSITION OF JOHN GUNN AS DESIGNATED
          REPRESENTATIVE OF GUARDIAN BUILDING PRODUCTS
 9                     DISTRIBUTION, INC.
10            Taken on Behalf of the Plaintiffs
11
12  DATE TAKEN:    JULY 22, 2011
13  TIME:          10:32 A.M.- 6:04 P.M.
14  PLACE:         ELMORE & WALL, P.A.
                   55 BEATTIE PLACE, SUITE 1050
15                 GREENVILLE, SOUTH CAROLINA 29601
16
17         Examination of the witness taken before:
18                   Susan D. Wasilewski
                 Registered Professional Reporter
19                Certified Realtime Reporter
                    Certified CART Provider
20           Certified Manager of Reporting Services
                  Florida Professional Reporter
21
22
23              GOLKOW TECHNOLOGIES, INC.
24          877.370.3377 ph | 917.591.5672 fax
25                   deps@golkow.com
```

HERMAN AFFIDAVIT
EXHIBIT
143

Page 134

1 Guardian, ended up taking back?
2  A. The numbers are documented in the documents but
3 it's in the -- I don't remember exactly.
4  Q. Do you have an estimate of the percentage of
5 drywall that you were able to recapture from the market
6 versus what you sold?
7  A. That's not clear right now.
8  Q. Do you believe it's greater than 90 percent?
9  A. No.
10  Q. Okay.
11  A. It's 60 or 70 percent, I think.
12  Q. Okay. Do you know what actions, if any, your
13 customers took to recall or take the Taihe drywall out
14 of homes?
15  A. I don't -- well, I don't know that answer.
16  Q. Did you -- did Guardian notify its customers of
17 the problems with the Taihe drywall?
18  A. No.
19  Q. You received customer complaints and you
20 responded to them?
21  A. Yes. We had -- if it installed in the house
22 fine, it was fine; if it wasn't, we took care of it, and
23 there was lots of complaints and lots of documentation
24 of those complaints.
25  Q. Has Guardian done -- are you aware of any

Page 135

1 problems with the Taihe drywall contaminating homes in
2 terms of corrosion to copper and sulfur as a result of
3 any of the Taihe drywall that was sent out by Guardian
4 to its customers?
5  A. I am not.
6  Q. Have you received any complaints from your
7 customers regarding homeowner complaints from the
8 drywall for those same reasons, the corrosion of copper
9 and silver and contaminated Chinese drywall?
10  A. I have not.
11  Q. Has Guardian done any investigation into that
12 in terms of its customers?
13  A. No, we really had no reason to. We had lots of
14 complaints, lots of documents documenting the
15 complaints, a lot specific complaints, lots of details
16 in the complaints. Never anything about smell.
17  Q. How soon --
18  A. Smell or corrosion or any of those things.
19  Q. What time frame did you receive those
20 complaints versus when you delivered it? Was it within
21 a month?
22  A. Within a month or so.
23  Q. Because they were construction problems, it was
24 breaking and cracking; is that right?
25  A. They are on allocation, they used it as soon as

Page 136

1 they could.
2  Q. So the majority of the drywall, the Taihe
3 drywall that Guardian sent out was recalled by Guardian
4 due to brittleness issues?
5  A. Yes.
6     MR. TATE: Object to form.
7  Q. And not smell issues?
8     MR. TATE: You can answer.
9  A. Yes.
10  Q. Do you have an appreciation of the Chinese
11 drywall problems in terms of the contamination it causes
12 and the amount of time it takes to cause contamination
13 in a home?
14  A. No.
15  Q. And here's really what I'm talking about. If
16 there is a latency period, a hidden problem with the
17 drywall and the smell and the corrosion, do you have an
18 understanding of how long it takes for that problem to
19 manifest in a home?
20  A. No.
21  Q. Are you familiar with a company called
22 Lasuprema Enterprises in Florida?
23  A. I saw the name in one of these documents just
24 now, but otherwise, other than this communication, no, I
25 don't know them.

Page 137

1  Q. Did anybody at Guardian, to your knowledge,
2 ever talk with anybody at Lasuprema?
3  A. To my knowledge, no.
4  Q. Did Guardian request that Taihe send a
5 representative to the United States to investigate the
6 problem?
7  A. Yes, as detailed in here.
8  Q. And what was Taihe's response?
9  A. I don't know directly but I think they didn't
10 think they needed to come.
11  Q. Did that disappoint you?
12  A. Yes.
13  Q. Why is that?
14  A. I think if they would have seen the result of
15 their product, they might have been more tenable to
16 helping to fix the issue or solve the problem.
17  Q. Do you think that Taihe ran away from the
18 problem?
19  A. I don't know if they ran away but they didn't
20 run towards it either.
21  Q. Do you think they were --
22  A. They avoided it.
23  Q. Do you think they were responsible for the
24 problem?
25  A. Yes.