Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
                   EASTERN DIVISION OF LOUISIANA
 2
    IN RE:  CHINESE-MANUFACTURED  § MDL NO. 2047
 3  DRYWALL PRODUCTS LIABILITY    §
    LITIGATION                    § SECTION: L
 4                                §
                                  § JUDGE FALLON
 5                                §
                                  § MAG. JUDGE WILKINSON
 6
              CONFIDENTIAL - SUBJECT TO FURTHER
 7                   CONFIDENTIALITY REVIEW
 8    VIDEOTAPED DEPOSITION OF JOHN GUNN AS DESIGNATED
         REPRESENTATIVE OF GUARDIAN BUILDING PRODUCTS
 9                     DISTRIBUTION, INC.
10           Taken on Behalf of the Plaintiffs
11
12  DATE TAKEN:    JULY 22, 2011
13  TIME:          10:32 A.M.- 6:04 P.M.
14  PLACE:         ELMORE & WALL, P.A.
                   55 BEATTIE PLACE, SUITE 1050
15                 GREENVILLE, SOUTH CAROLINA 29601
16
17       Examination of the witness taken before:
18                  Susan D. Wasilewski
                Registered Professional Reporter
19               Certified Realtime Reporter
                   Certified CART Provider
20         Certified Manager of Reporting Services
                Florida Professional Reporter
21
22
23              GOLKOW TECHNOLOGIES, INC.
24         877.370.3377 ph | 917.591.5672 fax
25                  deps@golkow.com
```

**HERMAN AFFIDAVIT EXHIBIT 143**

Page 238

1  A. Yes.
2  Q. And do you know who Mr. Shao thought they were?
3     MR. MONTOYA: Form.
4  A. He referred to that company, regardless of who
5  they were, as Taihe.
6  Q. And at that point had he ever mentioned that he
7  had been corresponding with a company called Taian
8  Taishan Plasterboard?
9  A. I don't recall that he did. He probably
10 referred to them generically as Taihe.
11 Q. As Taihe. And the person who you think is
12 Mr. Jia, did he say what company he worked for?
13 A. Probably not. We thought we were with that
14 company.
15 Q. Okay. Let's go to the meeting in 2008.
16 A. Okay.
17 Q. Who was at the meeting in 2008?
18 A. Leon, me, our legal counsel, Mr. Metz, whose
19 you read earlier, and our agent.
20 Q. Who was there from the manufacturer?
21 A. I don't recall who all was there. Who I think
22 was Mr. Jia was one we were waiting for for probably an
23 hour. We saw him pacing around in the hallway here and
24 there but he finally came in and joined us, but I may
25 have the name wrong.

Page 239

1  Q. And this was the same big guy, 6' 1", 250
2  pounds?"
3  A. Yeah.
4  Q. Was Mr. Yang there?
5  A. I don't remember.
6  Q. How many people from the manufacturer in total?
7  A. I don't know.
8     (Discussion off the record.)
9     THE VIDEOGRAPHER: This marks the end of Video
10 Number 3 in the 30(b)(6) deposition of Mr. John
11 Gunn. We're off the record at 5:48 p.m.
12    (Recess from 5:48 until 5:54 p.m.)
13    THE VIDEOGRAPHER: This is the continuation of
14 the 30(b)(6) deposition of Mr. John Gunn. This is
15 Video Number 4. We're on the record at 5:54 p.m.
16 BY MS. GARCIA:
17 Q. I just have a little bit more. I want to show
18 you what has been marked as Exhibit 25, and you looked
19 at this earlier today. This was -- can I start you on
20 the second page, if you don't mind?
21 A. Sure.
22 Q. And this was the e-mail that said that
23 Mr. Zhang, who you weren't sure who Mr. Zhang was, of
24 CNBM International, was speaking with Mr. Shao
25 apparently. Do you know if they had a prior

Page 240

1  relationship before he -- before this issue came up?
2  A. No. He may have met him when we were meeting
3  them in general. I don't know.
4  Q. Okay. And I'll flip you over to the next page,
5  where Mr. Shao says that he met with Mr. Jia.
6  A. Is that the same Jia?
7  Q. You tell me.
8  A. Tongchun. That's what threw me off. I thought
9  that was his name earlier until I saw that, and it
10 certainly wasn't Chairman of the Board. It said general
11 manager, so it was more consistent with what we were
12 looking at a little while ago, is what my understanding
13 of who Mr. Jia was.
14 Q. The person that you met with in 2007 and 2008
15 was a general manager?
16 A. Yes, not this person. This was a different
17 person.
18 Q. Okay. And the date of this e-mail, again, is
19 October 24th, 2006, where Mr. Shao said he met with
20 Mr. Jia in Beijing?
21 A. Yes.
22 Q. I'll show you again what's marked as
23 Exhibit 38.
24 A. This one is the translation.
25 Q. That's the translation. This was the document,

Page 241

1  the letter we looked at dated October 27th, 2006, and
2  it's from Mr. Shao and Mr. Jia and Taigao, and does he
3  mention that meeting three days prior in this letter?
4     MR. TATE: Object to form.
5     MR. MONTOYA: Form.
6  A. So it is the same person but he's using a
7  different title here. No reference to earlier meeting.
8  Q. That's the question. Is there any reference to
9  their meeting three days prior?
10 A. Don't see it.
11 Q. In fact, he only references a written
12 communication?
13    MR. TATE: Object to form.
14    MR. MONTOYA: Form.
15 A. Yes.
16 Q. And I'll just show you again Exhibit 41, which
17 I read into the record earlier. This is the April 4th
18 letter, 2007, from Duan Duan in which they say they
19 received written communication from Mr. Jia and Mr. Jia
20 told them that they were contacting the wrong company.
21    MR. TATE: Object to form.
22    MR. MONTOYA: Join.
23 Q. Is that correct, is that what the letter says?
24    MR. MONTOYA: Form.
25 A. That's what I see.