# Composite Exhibit 14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

*The Mitchell Co., Inc. v. Knauf Gips KG, et al.*,
Case No. 09-4115
_____/

**EXHIBIT 14A TO EXHIBIT "A" (AFFIDAVIT OF HILARIE BASS) IN SUPPORT OF CERTAIN FLORIDA HOMEBUILDERS' *AMICUS CURIAE* RESPONSE TO TAISHAN GYPSUM CO. LTD.'S  RENEWED MOTION PURSUANT TO RULES 55(C) AND 12(B)(2) TO VACATE THE ENTRY OF DEFAULT AND DISMISS THIS ACTION**

# FILED UNDER SEAL

# MAERSK LOGISTICS
*as Agents for DSL Star Express*
2 GIRALDA FARMS MADISON, NJ 17940
Tel: (800) 823-2641   Fax:

## REVISED ARRIVAL NOTICE

05/08/06

| | |
|---|---|
| NOTIFY PARTY: | LA SUPREMA ENTERPRISE INC<br>20201 EAST COUNTRY CLUB DRIVE<br>SUITE 501 AVENTURA FL 33180 |
| | Tel:N/A    Fax: |
| SHIPPER: | ROTHCHILT INTERNATIONAL LTD<br>N-510 CHIA HSIN BLDG ANNEX 96<br>CHUNG SHAN N.RD SEC2 TAIPEI TAIWAN |
| CONSIGNEE: | LA SUPREMA ENTERPRISES<br>c/o MCSI |
| | Tel:1-786-316-5658    Fax: 1-305-931-2016 |
| CARGO AVAILABLE AT: | |
| | Tel:    Fax: |

OUR REF NO: 80-40-24798
CONTACT:
CUST REF#:
HBL: DSLS TST0197273
AMS #:
IT #:
Issued at:
Dated:
MBL: MAEU556650013
ORIGIN: QINGDAO
POD: MIA
POD ETA: 05/15/06
FIN. DEST: MIAMI FL 5206
FIN. ETA:
VESSEL: CSCL NINGBO
VOYAGE: 0606
SHIPMENT TYPE: CY/CY
CNTR(S)#: MSKU8622388 \ GESU4313992 \
TCNU9153520 \ MSKU8410091 \
CLHU8636623 \ PONU7414197 \
PONU7534343 \ POCU7013735 \
PONU7521177 \ GESU4914896

| MARKS | COMMODITY | KGS | CBM |
|---|---|---|---|
| 10x40HIGH<br>GDS<br>LA SUPREMA | GESU4894896/40HIGH S/N 6425698<br>0/PIECES 27500K | | |
| | 0  PIECES<br>DRYWALL<br>LA SUPREMA | 275000.00K<br>606265.00L | 400.000M<br>14125.800F |
| | GDS<br>LA SUPREMA<br>MSKU8622388/40HIGH S/N 6435716<br>0/PIECES 27500K<br>0/PIECES 27500K<br>POCU7023735/40HIGH S/N 6425171<br>MSKU8490091/40HIGH S/N 6410542<br>0/PIECES 27500K<br>PONU7534343/40HIGH S/N 6425626<br>0/PIECES 27500K | | |

TOTAL PACKAGES: 7,610

| | |
|---|---|
| OCEAN FREIGHT IMPORT | $28,500.00 |

In accordance with US Customs regulations, all cargo will be ordered to General Order (G.O) on the 15 h day after arrival of vessel if entry is not filed.
Please allow us 24 hours to release cargo after receiving your payment and endorsed Bill of Lading (if required). No personal checks accepted.
Please make checks payable to:
Maersk Logistics USA, Inc.
2 GIRALDA FARMS MADISON, NJ 17940

PLEASE PAY THIS AMOUNT -->   28,500.00   COL.

SUP EN 0001844

# MAERSK LOGISTICS
*as Agents for DSL Star Express*
2 GIRALDA FARMS MADISON, NJ 17940
Tel: (800) 823-2641    Fax:

## REVISED ARRIVAL NOTICE

05/08/06

| | |
|---|---|
| NOTIFY PARTY: | LA SUPREMA ENTERPRISE INC<br>20201 EAST COUNTRY CLUB DRIVE<br>SUITE 501 AVENTURA FL 33180 |
| | Tel:N/A    Fax: |
| SHIPPER: | ROTHCHILT INTERNATIONAL LTD<br>N-510 CHIA HSIN BLDG ANNEX 96<br>CHUNG SHAN N.RD SEC2 TAIPEI TAIWAN |
| CONSIGNEE: | LA SUPREMA ENTERPRISES<br>c/o MCSI |
| | Tel:1-786-316-5658    Fax: 1-305-931-2016 |
| CARGO AVAILABLE AT: | |
| | Tel:    Fax: |

OUR REF NO: 80-40-24798
CONTACT:
CUST REF#:
HBL: DSLS TST0197273
AMS #:
IT #:
Issued at:
Dated:
MBL: MAEU556650013
ORIGIN: QINGDAO
POD: MIA
POD ETA: 05/15/06
FIN. DEST: MIAMI FL 5206
FIN. ETA:
VESSEL: CSCL NINGBO
VOYAGE: 0606
SHIPMENT TYPE: CY/CY
CNTR(S)#: MSKU8622388 \ GESU4363992 \
TCNU9153520 \ MSKU8490091 \
CLHU8636623 \ PONU7484197 \
PONU7534343 \ POCU7023735 \
PONU7521177 \ GESU4894896

| MARKS | COMMODITY | KGS | CBM |
|---|---|---|---|
| | 0/PIECES 27500K<br>TCNU9153520/40HIGH S/N 6410457<br>0/PIECES 27500K<br>PONU7521177/40HIGH S/N 6425693<br>0/PIECES 27500K<br>PONU7484197/40HIGH S/N 6425176<br>0/PIECES 27500K | | |

TOTAL PACKAGES: 7,620

In accordance with US Customs regulations, all cargo will be ordered to General Order (G.O) on the 15th day after arrival of vessel if entry is not filed.

Please allow us 24 hours to release cargo after receiving your payment and endorsed Bill of Lading (if required). No personal checks accepted.

Please make checks payable to:
Maersk Logistics USA, Inc.
2 GIRALDA FARMS MADISON, NJ 17940

PLEASE PAY THIS AMOUNT - >

SUP EN 0001845



# MAERSK CUSTOMS SERVICES INC.

With offices in:
Chicago
Dallas
Kansas City
Los Angeles (2)
Miami
New York
Savannah
Seattle
Dallas

790 NW 107TH AVE.
SUITE 400
MIAMI, FL 33172
(305)485-3681

United States Customs Bro
International Freight Forwar
CHB Lic. 6431
FMC Lic. 2961

## INVOICE

TO: LA SUPREMA ENTERPRISE INC
2221 NE 164 STREET
MIAMI, FL 33160

INVOICE DATE: 16 MAY 2006
INVOICE #: MIA600254100

VESSEL NAME: CSCL NINGBO
MASTER B/L NO. MAEU 556650013
NO. OF CTNS:     7620 PCS
ENTRY NO. 595 4148506 2
REFERENCE: TS4450
COUNTRY/ORIGIN: TSINGTAO; QUINGDAO,

FILE REFERENCE NUMBER
01-07-10-06-102420

SEE ATTACH

\*---------- CHARGES   INCURRED --------\*

| Code | Description | Amount |
|---|---|---|
| 221 | MERCHANDISE PROCESSING FEE | 52.25 |
| 222 | HARBOR MAINTENANCE FEE | 31.10 |
| 230 | OCEAN FREIGHT | 28,500.00 |
| 280 | CARTAGE | 5,928.00 |
| 600 | U.S. CUSTOMS ENTRY SERVICES | 100.00 |
| 640 | DELIVERY ORDERS | 150.00 |
| 645 | MARINE INSURANCE | 292.86 |

INSURED VALUE - $ 58,572.
6 - FORT MYERS
2 - ALLSTEEL                2 - TAMPA

TOTAL PAYABLE TO MAERSK CUSTOMS SERVICES             35,054.21 USD

Remit To
MAERSK CUSTOMS SERVICES INC.
5000 CARNEGIE BOULEVARD
PAYMENT SERVICES, SECOND FLOOR
CHARLOTTE, NC 28209

Wire To
BANK OF AMERICA, DALLAS, TX
ABA# 026009593   ACCT# 3756676691

PAGE   1

TERMS: NET CASH
PLEASE NOTE: THIS INVOICE INCLUDES CASH OUTLAYS MADE FOR YOUR ACCOUNT. PLEASE REMIT UPON RECEIPT.

If you are the importer of record, payment to the broker will not relieve you of liability from Customs charges (duties, taxes or other debts owed Customs)in the event the charges are not paid by the broker. Therefore, if you pay by the Customs charges may be paid with a separate check payable to the "Uni States Customs Service" which shall be delivered to Customs by the broker.

MERCHANDISE RELEASED BY CUSTOMS IS DONE UNDER BOND AND IS SUBJECT TO REDELIVERY TO CUSTOMS ON DEMAND. FAILURE TO RETURN MERCHANDISE MAKES THE IMPORTER SUBJECT TO PENALTY FOR FULL AMOUNT OF BOND.

SAG014

Maersk Customs Services Inc., has a policy against payment, solicitation, or receipt of any rebate, directly o indirectly, which would be unlawful under the United State Shipping Act of 1984. Upon request, we shall provide : arge men

SUP EN 0001836

All shipments handled subject to Maersk Customs Services Inc. terms and conditions, o co.


**DSL STAR EXPRESS**

**COMBINED TRANSPORT BILL OF LADING**

| SHIPPER | SHIPPER'S REF. | BILL OF LADING NO. |
|---|---|---|
| ROTHCHILT INTERNATIONAL LTD<br>N-510 CHIA HSIN BLDG<br>ANNEX 96 CHUNG SHAN N.RD<br>SEC.2 TAIPEI TAIWAN | | DSLSTST0197273 |

F/AGENT & REFERENCE
DSL STAR EXPRESS
8686 NEW TRAILS DRIVE
THE WOODLANDS, TEXAS 77381

| CONSIGNEE | FOR CARGO RELEASE, PLEASE CONTACT: |
|---|---|
| LA SUPREMA ENTERPRISE INC<br>20201 EAST COUNTRY CLUB DRIVE SUITE<br>501 AVENTURA FL 33180 | |

| NOTIFY PARTY | SHIPPER'S INSTRUCTIONS (NOT PART OF BILL OF LADING) |
|---|---|
| LA SUPREMA ENTERPRISE INC<br>20201 EAST COUNTRY CLUB DRIVE SUITE<br>501 AVENTURA FL 33180 | |

| PLACE OF RECEIPT | PORT OF LOADING | PRE-CARRIAGE BY |
|---|---|---|
| QINGDAO | QINGDAO | |

| VESSEL | VOYAGE NO. | DOCK RECEIPT NO. | NUMBER OF ORIGINAL B/L |
|---|---|---|---|
| E.R. LONDON | 0603 | | 3 (THREE) |

| PORT OF DISCHARGE | PLACE OF DELIVERY | SHIPPER DECLARED VALUE US$ |
|---|---|---|
| MIAMI | MIAMI | |

| CONTAINER NO/SEAL NO.<br>MARKS AND NUMBERS | NO. OF CONTAINERS<br>OR PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|
| | | 10x40HIGH<br>SAID TO CONTAIN<br><br>DETAILS AS PER ATTACHED SHEET | | |
| TOTAL: | | 7620 SHEETS | 275000.000 | 400.000 |




**ORIGINAL**

SHIPPERS LOAD STOWAGE, COUNT AND WEIGHT
SERVICE TYPE: CY/CY
FREIGHT COLLECT

**SUP EN 0001842**

SHIPPED ON BOARD E.R. LONDON ON 09 APR., 2006 FROM QINGDAO
TOTAL NO. OF CONTAINERS OR PACKAGES RECEIVED BY CARRIER: TEN CONTAINERS

| FREIGHT AND CHARGES | PREPAID | COLLECT | |
|---|---|---|---|
| | | | RECEIVED by the Carrier from the Shipper, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein, the total number or quantity of Containers or other packages or units indicated in the box above entitled "Total No. of Containers or Packages Received by Carrier" for Carriage from the Port of Loading (or the Place of Receipt, if mentioned above) to the Port of Discharge (or the Place of Delivery, if mentioned above), such Carriage being always subject to the terms, rights, defences, provisions, conditions, exceptions, limitations, and liberties hereof (INCLUDING ALL THOSE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND THOSE TERMS AND CONDITIONS CONTAINED IN THE CARRIER'S APPLICABLE TARIFF).<br><br>In accepting this bill of lading, any local customs or privileges to the contrary notwithstanding, the Merchant agrees to be bound by all Terms and Conditions stated herein whether written, printed, stamped or incorporated on the face or reverse side hereof, as fully as if they were all signed by the Merchant.<br>IN WITNESS WHEREOF the number of original Bills of Lading stated above have been signed and whenever one original Bill of Lading has been surrendered any others shall be void.<br><br>PLACE AND DATE OF ISSUE |


**DSL** *STAR EXPRESS*

COMBINED TRANSPORT BILL OF LADING

ATTACHMENT NO.: 001

BILL OF LADING NO. DSLSTST0197273

CONTAINER & SEAL:
CLHU8636623
6425119
GESU4363992
6410541
GESU4894896
6425698
MSKU8490091
6410542
MSKU8622388
6435716
POCU7023735
6425171
PONU7484197
6425176
PONU7521177
6425693
PONU7534343
6425626
TCNU9153520
6410457

| MARKS & NOS.: | PACKAGES: | DESCRIPTION: | KGS: | CBM: |
|---|---|---|---|---|
| GDS | | DRYWALL | | |
| LA SUPREMA | | LA SUPREMA | | |
| TOTAL: | 7620 SHEETS | | 275000.000 | 400.000 |

*** END OF HBL ***



**SUP EN 0001843**

# ROTHCHILT INTERNATIONAL LIMITED

N-510 Chia Hsin Bldg Annex, 96 Chung Shan N. Rd. Sec. 2, Taipei Taiwan R.O.C.
Tel:02-25224518, Fax:25636604/25683167, Email: gdm@gdoulatram.com.tw

## COMMERCIAL INVOICE

Invoice No.: TS-4450                                PAGE :    1

Messrs. : LA SUPREMA ENTERPRISE INC                 Date : APR. 9, 2006
          20201 EAST COUNTRY CLUB DRIVE SUITE 501   Cust#: USA001
          AVENTURA FL 33180 USA

Vessel : E.R. LONDON V.0603
Sailing On/About: APR. 9, 2006
Shipment: From QINGDAO  To MIAMI, FL
Terms    : FOB QUINGDAO
Payment : TT

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| | | | (US$) |
| S/C NO. 260234 | | | |
| PLASTER BOARD DRY WALL<br>1220 X 2440 X 12.5 TE | 3,840SHEETS | 2.50 | 9,600.00 |
| S/C NO.251309 | | | |
| PLASTER BOARD DRY WALL<br>12.7MM X 1220MM X 3660MM | 3,780SHEETS | 3.72 | 14,061.60 |
| Total: | 7,620SHEETS | US$ | 23,661.60 |
| | PLUS 3% COMM | | 709.85 |
| | PLUS PACKING CHARGE | | 508.00 |
| | Total Amount | US$ | 24,879.45 |

SAY TOTAL U.S. DOLLARS TWENTY FOUR THOUSAND EIGHT HUNDRED AND SEVENTY NINE AND CENTS FORTY FIVE ONLY.

COUNTRY OF ORIGIN : CHINA
SUPPLIER : BEIJING BUILDING MATERIALS IMPORT & EXPORT CORPORATION
           ROM B307 JINYU MANSION NO. 129A XUANWUMEN XIDAJIE XICHENG DISTRICT
           BEIJING CHINA (MR. KEVIN)
CNTNR# CLHU8636623, GESU4894896, POCU7023735, PONU7484197, PONU7521177,
       PONU7534343 - EACH 630SHETS OF SIZE 12.7*1220*3660MM
       TCNU9153520, GESU4363992, MSKU8490091, MSKU8622388 -
       EACH 960SHEETS OF SIZE 12.5*1220*2440MM

**SUP EN 0003020**

...THE END...

# ROTHCHILT INTERNATIONAL LIMITED

N-510 Chia Hsin Bldg Annex, 96 Chung Shan N. Rd. Sec. 2, Taipei Taiwan R.O.C.

Tel:02-25224518, Fax:25636604/25683167, Email: gdm@gdoulatram.com.tw

## PACKING / WEIGHT LIST

Invoice No.: TS-4450                                              PAGE :   1

Messrs. : LA SUPREMA ENTERPRISE INC                               Date : APR. 9, 2006
          20201 EAST COUNTRY CLUB DRIVE SUITE 501                 Cust#: USA001
          AVENTURA FL 33180 USA

Vessel  : E.R. LONDON V.0603
Sailing On/About: APR. 9, 2006
Shipment: From QINGDAO To MIAMI, FL

| Carton No. | Description | Quantity | N.W. (KGS) | G.W. (KGS) | Meas'mt (m³) |
|---|---|---|---|---|---|
| | S/C NO. 260234 | | | | |
| 3840 SHEETS | PLASTER BOARD DRY WALL 1220 X 2440 X 12.7 TE | 3,840 SHEETS | 108,000 | 110,000 | 11.430 |
| | S/C NO. 251309 | | | | |
| 3780 SHEETS | PLASTER BOARD DRY WALL 12.7MM X 1220MM X 3660MM | 3,780 SHEETS | 162,000 | 165,000 | 16.878 |
| Total: 7,620 SHEETS | | 7,620 SHEETS | 270,000 | 275,000 | 28.308 |

SAY TOTAL SEVEN THOUSAND SIX HUNDRED AND TWENTY SHEETS ONLY.

SUPPLIER : BEIJING BUILDING MATERIALS IMPORT & EXPORT CORPORATION
           ROM B307 JINYU MANSION NO. 129A XUANWUMEN XIDAJIE XICHENG DISTRICT
           BEIJING CHINA (MR. KEVIN)
CNTNR# CLHU8636623, GESU4894896, POCU7023735, PONU7484197, PONU7521177,
       PONU7534343 - EACH 630 SHEETS OF SIZE 12.7*1220*3660MM
       TCNU9153520, GESU4363992, MSKU8490091, MSKU8622388 -
       EACH 960 SHEETS OF SIZE 12.7*1220*2440MM

**SUP EN 0001841**

ROTHCHILT INTERNATIONAL LIMITED

# LA SUPREMA TRADING, INC.

4456 N.W. 74TH AVE.
MIAMI, FL 33166

PH:(305)463-0821
FAX:(305)463-0822

5/15/06

**INVOICE# CH-022**

| SOLD TO: | SHIP TO: | TRUCKER | TERMS |
|---|---|---|---|
| BANNER SUPPLY | 2910 CARGO ST. | C.J FREIGHT | PREPAID |
| FT. MYERS | FT. MYERS, FL. 33916 | | |

| | | | | |
|---|---|---|---|---|
| CLHU8803042 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7659398 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7539643 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7661604 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| OCLU7009615 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7949083 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7596495 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7656296 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7351050 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| MSKU8907879 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7623564 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7781425 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| CAXU9957384 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| SEAU8579567 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU8028421 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| GATU8683860 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| TCNU9570714 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| CLHU8029614 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| MAEU8119380 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7384618 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| CLHU8636623 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| GESU4894896 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| POCU7023735 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7484197 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7521177 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| PONU7534343 | ½ 4 X 12 R | 630 | $246.00 | $7,439.04 |
| **TOTAL CONT:26** | **TOTAL SHEETS** | **16380** | **TOTAL:** | **$193,415.04** |

SUP TR 0004684

# LA SUPREMA TRADING, INC.

4456 N.W. 74TH AVE.
MIAMI, FL 33166

PH:(305)463-0821
FAX:(305)463-0822

5/15/06

**INVOICE# CH-023**

| SOLD TO: | SHIP TO: | | TERMS |
|---|---|---|---|
| BANNER SUPPLY | 1254 SOUTH US HWY 41 | | PREPAID |
| TAMPA | GIBSONTON, FL. 33534 | | |

| CONTAINERS | DESCRIPTION | SHEETS | PRICE | TOTAL | TRUCKER |
|---|---|---|---|---|---|
| TCNU9153520 | ½ X 4 X 8R | 960 | $257.00 | $7,864.32 | C J Freight |
| GESU4363992 | ½ X 4 X 8R | 960 | $257.00 | $7,864.32 | C J Freight |
| TOTAL CONT: 2 | SHEETS | 1920 | TOTAL | $15,728.64 | |

SUP TR 0003378

# LA SUPREMA ENTERPRISE, INC.

7410 N.E. 3RD COURT  
MIAMI, FL 33139

PH: 786-316-5658  
FAX: 305-931-2016  
E-MAIL: SFARAH555@CS.COM

5/15/06  
INVOICE # : ALL-10  
SOLD TO:  
ALLSTEEL  
1250 NW 23RD AVE.  
FT. LAUDERDALE, FL. 33311

| CONTAINER | SHEETS | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|---|
| MSKU8490091 | 960 | ½ X 4 X 8R | $250.00 | $7,680.00 |
| MSKU8622388 | 960 | ½ X 4 X 8R | $250.00 | $7,680.00 |
| TOTAL CONT: 2 | 1920 | | TOTAL: | $15,360.00 |

Paid in Full 7/21/06  
Check # 007518

SUP EN 0003252