# EXHIBIT 2



| | | INVOICE |
|---|---|---|
| | | 00116646-002 |

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502
USA Phone: (757) 855-5433

Invoice Date: 03/15/06
Account#: BANNER 0002
Branch: VENTNRF
Phone#: (813)-671-0530
Fax#: (813)-671-4204
Delivery #: 00116646-002

BILL TO:
Banner Supply Company
12514 S. US Highway 41
Gibsonton FL 33534

Reprinted: 11/14/09 07:07:43

SHIP TO:
Banner Supply Company
Attn: Mr. Ray Johnson
12514 S. US Highway 41
Gibsonton FL 33534

CREATED BY: Lorrie                    Page 1 of 1

| PO#: | REF#: | JOB#: | | |
|---|---|---|---|---|
| ORDER DATE: 03/15/06  SALES | ORDER TYPE: Whse | SHIP VIA: Our Truck | FRT TERM: | |
| SHIP DATE: 03/13/06  AGENTS | ORDERED BY: | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 2250 | 2250 | PC | 1212DWVS               1/2  4X12<br>Drywall Venture Supply<br><br>250 msf. - 450 x 5 Trucks | 2250.0000/PC | 12.00/PC | 27,000.00 |
| 5 | 5 | EA | MISC<br>Freight Charge<br><br>$1800 x 5 Trucks<br><br>****** SUB-TOTAL ****** <br><br>Thank you for your order! | 5.0000/EA | 1800.00/EA | 9,000.00<br><br><br><br>36,000.00 |

TERMS:
Cash on Delivery
You may deduct 0.00 if paid by 03/15/06

Balance     36,000.00

EV000053