# EXHIBIT B

FW: quality report                                                                    Page 1 of 1

From: Jim Geary
To: Rayna Atzenhoffer
Cc:
Subject: FW: quality report
Sent: 5/24/2006 8:43 AM                                              Importance: Normal

-----Original Message-----
**From:** David Zhang [mailto:dzhang@metroresourcescorp.com]
**Sent:** Tuesday, May 23, 2006 5:44 PM
**To:** jgeary@interiorexterior.net
**Cc:** tliang@metroresourcescorp.com
**Subject:** quality report

Jim:

Attached testing report is for your reference. If Chinese plant couldn't pass this test, they couldn't stamp "MADE IN CHINA, MEET OR EXCEED ASTM C1396 04 STANDARD". This testing report expiring date is on February 15, 2007.

Regards,
David

Inspection Certificate 062019-2.jpg  Inspection Certificate 062019-1.jpg



EXHIBIT NO. 15
4-8-11
L. GOLKOW

http://72.242.70.194/exchange/forms/IPM/NOTE/read.asp?command=open&obj=000000005A3684C0C4...   5/24/2006

INT/EXT01180

国家建筑材料工业
装饰装修建筑材料质量监督检验测试中心
Quality Supervision and Inspection Center of National Building
Materials Industry for Decorating and Finishing Building Materials

检 验 报 告
TEST REPORT

No. 062019 (page 2-1)

| 产品名称 Product | 石膏墙板 Gypsum Wallboard | 型号规格 Type and Dimension | 3660mm×1220mm×12.7mm |
|---|---|---|---|
| | | 商标 Trademark | 泰山 |
| 委托单位 Entrusted by | 泰安市泰山纸面石膏板有限公司 Taian Taishan Plasterboard Co., Ltd. | 检验类别 Test Mode | 委托检验 Delivered Sample Test |
| 生产单位 Manufacturer | 泰安市泰山纸面石膏板有限公司 Taian Taishan Plasterboard Co., Ltd. | 样品等级 Sample Grade | 合格品 Qualified |
| 抽样地点 Sampling Site | / | 样品状态 Sample Status | 测试, 适合被检 Well, Suitable To Be Tested |
| 样品数量 Sample Quantity | 1组 A Set | 送检日期 Delivered Date | 2006.2.12 Feb. 12, 2006 |
| 抽样基数 Sampling Quantity | / | | |
| 检验依据 Test Based On | ASTM C 473-03 | 生产日期 Produced Date | 2006.02.09 Feb. 9, 2006 |
| 判定依据 Judgment Based Upon | ASTM C 1396/C 1396M-04 | 检验项目 Test Items | 全项 (抽样除外项目) Overall (except items except sampling) |
| 检验结论 Conclusion | 按照美国标准 ASTM C 473-03《石膏板产品物理性能测试方法》中方法 A 对石膏墙板 (3660mm×1220mm×12.7mm) 进行委托检验, 检验结果所测项目符合 ASTM C 1396/C 1396M-04《石膏板》标准要求.<br><br>The product (3660mm×1220mm×12.7mm) Gypsum wallboard delivered by the manufacturer was tested in accordance with the method A of test methods ASTM C 473-03 Standard Test Methods for Physical Testing of Gypsum Panel Products. The conclusion is that the testing datum of the products meet ASTM C 1396/C 1396M-04 Gypsum board.<br><br>签章日期 Signed Date: Feb. 16, 2006 | | |
| 备注 Remarks | 本检验报告仅对来样负责, 有效期为一年.<br>The test report is responsible only for the sample delivered by the manufacturer. The valid period of the test report will only be within one year exactly after the signed date. | | |

批 准 Approver: [signature]   审 核 Checker: [signature]   编 制 Drawer: [signature]

INT/EXT01181

# 国家建筑材料工业
## 装饰装修建筑材料质量监督检验测试中心
Quality Supervision and Inspection Center of National Building Materials Industry for Decorating and Finishing Building Materials

# 检 验 报 告
## TEST REPORT

No. 062019      共2页 第2页 (page 2-2)

| 序号 No. | 检验项目 TEST ITEM | | | 单位 UNIT | 检验结果 TEST VALUE | 标准值 STANDARD VALUE |
|---|---|---|---|---|---|---|
| 1 | 断裂荷载 Flexural Strength Breaking Load | 垂直于板纵向 Bearing Edge Perpendicular to Panel Length | 正面向上 Face Up | N | 561 | ≥450 |
| | | | 正面向下 Face Down | | 595 | |
| | | 平行于板纵向 Bearing Edge Parallel to Panel Length | 正面向上 Face Up | | 223 | ≥178 |
| | | | 正面向下 Face Down | | 268 | |
| 2 | 受潮挠度 Humidified Deflection | | | mm | 6.8 | ≤37 |
| 3 | 硬度 Hardness | 板芯 Core | | N | 126 | ≥67 |
| | | 端头 End | | | 124 | |
| | | 板边 Edge | | | 114 | |
| 4 | 抗钉力 Nail Pull Resistance | | | N | 401 | ≥356 |
| 5 | 尺寸 Dimensions and Tolerances | 厚度 Thickness | 平均 Average | mm | +0.1 | ±0.4 |
| | | | 最大 Max | | +0.3 | ±0.8 |
| | | 宽度 Width | | mm | -1 | 0~-3 |
| | | 长度 Length | | mm | -1 | ±5 |
| | | 楔形边深度 Tapered Edge Depth | | mm | 0.73 | 0.61~1.39 |
| | | 端头垂直度 End Squareness | | mm | 1 | ±5 |
| | | 棱边 啮头 Edges and Ends | | — | 平直 straight | 平直 straight |
| 6 | 外观质量 Appearance | | | — | 完好 perfect | 完好 perfect |
| 7 | 火焰传播系数 Flame Spread Index | | | — | 7 | ≤25 |

说明：按照美国标准 ASTM C 473-03《石膏板产品物理性能试验方法》中方法A 对该样品进行了检测。
REMARK: The sample was tested in accordance with the method A of test methods ASTM C 473-03 Test Methods For Physical Testing of Gypsum Panel Products.

批准：Approver: [signature]    检查：Checker: [signature]    制表：Drawer: [signature]

INT/EXT01182