# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| The Mitchell Co., Inc. v. Knauf Gips KG, et al., Case No. 09-4115 (E.D. La.) | |
| Wiltz v. Beijing New Building Materials Public Ltd. Co., et al., Case No. 10-361 (E.D. La.) | |
| Gross v. Knauf Gips KG, et al., 2:09-cv-06690 (E.D. La.) | |

**THE PLAINTIFFS' STEERING COMMITTEE'S GLOBAL STATEMENT OF FACTS IN OPPOSITION TO: (1) TAISHAN'S RENEWED MOTIONS TO VACATE THE DEFAULT JUDGMENTS AND DISMISS THE COMPLAINTS IN GERMANO AND MITCHELL AND (2) TAISHAN'S MOTIONS TO DISMISS THE COMPLAINTS IN GROSS AND WILTZ**[1]

---

[1] This Global Statement of Facts addresses common factual issues raised in Taishan's renewed motions to vacate the default judgments and dismiss the complaints in *Germano* [Rec. Doc. No. 13490] and *Mitchell* [Rec. Doc. No. 13566] and in Taishan's motions to dismiss the complaints in *Gross* [Rec. Doc. No. 13590] and *Wiltz* [Rec. Doc. No. 13591] (collectively, "Taishan's jurisdictional motions"). In order to avoid duplication of the record and for the convenience of the Court and the parties, the Plaintiffs' Steering Committee ("PSC") incorporates this Global Statement into each response to Taishan's individual jurisdictional motions, as if fully set forth therein.

North Carolina and South Carolina; (viii) insuring delivery of Taishan's Chinese Drywall to the U.S.; and (ix) maintaining U.S. customer relations by following up on complaints and other matters.

Taishan announced through its marketing materials that its plasterboard could "be used as partition and ceiling material," with the following "advantages": "fire-proof, sound insulation, heat preservation, quakeproof and good for health."[15] Once installed, however, Taishan's drywall causes harm and damages to homes and their residents by emitting various reduced sulfur gases and creating noxious odors.[16] The sulfur gas emissions from Chinese Drywall are corrosive to metals, particularly copper and silver.[17] This causes damage to the structural, mechanical and plumbing systems in the home, such as the framing, heating, air-conditioning and ventilation ("HVAC") units, refrigeration coils, copper tubing, faucets, metal surfaces, electrical wiring, and computer wiring, as well as personal and other property, such as microwaves, utensils, electronic appliances, jewelry, and other household and personal property items.[18] Additionally, some individuals have alleged that they have suffered bodily injury as a result of exposure to Taishan's Chinese Drywall.[19]

United States Government agencies have found Chinese Drywall to be defective.[20] The Remediation Guidance of the Department of Housing and Urban Development ("HUD") and the U.S. Consumer Product Safety Commission ("CPSC") recommend that all problematic drywall

---

[15] Plaintiffs' Ex. 20 to Jia II Dep. at p. 2 (emphasis added).

[16] *See Germano*, 706 F. Supp. 2d at 663.

[17] *Id*. at 664.

[18] *See id*. at 664-66.

[19] Order appointing Special Master [Rec. Doc. No. 505 at 1].

[20] *See id*.; *see also In re Chinese-Manufactured Drywall Prods. Liab. Litig.* (*Hernandez*), 2010 WL 1710434, *8-9 (E.D. La. Apr. 27, 2010) (Findings of Fact and Conclusions of Law).