# OBJECTION NO. 43:

Intentionally left blank

Gypsum Association comments, archived at
http://web.archive.org/web/20101216021748/http://g
ypsum.org/pdf./Gypsum–Association–Comments–
on Chinese–Wallboard–Issue.pdf

# This exhibit cannot be located by using the address furnished by the PSC