| | |
|---|---|
| From: | Richard Hannam <woodnation@verizon.net> |
| To: | David Wei <bnbmusa@msn.com> |
| CC: | Mr. Peng <clempwl123@163.com> |
| Sent: | 6/3/2006 1:34:39 PM |
| Subject: | Fw: (by clempwl123@163.com)Fw: TTPC END TAPE |

Hello David,

Please note revisions in RED.

Regards
Richard

----- Original Message -----
From: Richard Hannam
To: David Wei
Sent: Monday, May 29, 2006 11:10 PM
Subject: Fw: TTPC END TAPE

Hello Chunshan,

Please ask Taian Taishan Plasterboard Co., Ltd. to end tape, print on the back and edges as follows:

END TAPE FOR *REGULAR*:
TTPC 1/2" 4' x 12' PER ASTM C 1396 04    TTPC 1/2" 4' X 12' PER ASTM C 1396 04    TTPC 1/2" 4' X 12' PER ASTM C 1396 04
*prefer blue back ground*

END TAPE FOR *CEILING*:
TTPC 1/2" 4' X 12' CEILING PER ASTM C 1396 04    TTPC 1/2" 4' X 12' CEILING PER ASTM C 1396 04    TTPC 1/2" 4' X 12' CEILING PER ASTM 1396 04
*any color but not the same as the 'Regular' end tape*

PRINTING ON TAPERED EDGE OF *CEILING*:
1/2" CEILING PER ASTM C 1396 04    1/2" CEILING PER ASTM C 1396 04    1/2" CEILING PER ASTM C 1396 04
*The printed lettering should be 16mm to 19mm in height and printed on the taper.  The bottom of the lettering should be within 7mm to 10mm from the outside edge of the piece of drywall*

PRINTING ON BACK OF REGULAR:
GYPSUM DRYWALL
MANUFACTURED BY TAIAN TAISHAN PLASTERBOARD CO., LTD PER ASTM C 1396 04
CONTACT: 813-994-6499  TAMPA, FL

PRINTING ON BACK OF CEILING:
CEILING GYPSUM BOARD
MANUFACTURED BY TAIAN TAISHAN PLASTERBOARD CO., LTD PER ASTM C 1396 04
CONTACT: 813-994-6499  TAMPA, FL

Note: Please do not print anything on the drywall except in English.

For every thirty containers of drywall, make ten of those thirty containers 'Ceiling'.

Regards,

HERMAN AFFIDAVIT
EXHIBIT
18


Peng
EXHIBIT NO. 22
1/13/12
L. GOLKOW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001377

Richard

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001378