

     

Other Alibaba Sites

**About Our Company**   Investor Relations   Media Relations   Partnerships   Trust and Safety



- What is Alibaba.com?
- Our Business Units
- History and Milestones
- Leadership
- Corporate Governance
- Culture and Values
- Corporate Social Responsibility
- Global Operations
- About Alibaba Group

Alibaba.com (HKSE: 1688) (1688.HK) is a global e-commerce platform for small businesses and the flagship company of Alibaba Group.

Founded in 1999 in Hangzhou, China, Alibaba.com makes it easy for millions of buyers and suppliers around the world to do business online mainly through three marketplaces: a global trade platform (www.alibaba.com) for importers and exporters; a Chinese platform (www.1688.com) for domestic trade in China; and a transaction-based wholesale platform on the global site (www.aliexpress.com) geared for smaller buyers seeking fast shipment of small quantities of goods. Together, these marketplaces form a community of more than 79.7 million registered users in more than 240 countries and regions.

As part of its strategy to transition into a holistic platform where small companies can build and manage their online business more easily, Alibaba.com also offers Chinese traders a wide array of business management software, Internet infrastructure services and export-related services directly or through companies it has acquired including HiChina and One-Touch, as well as educational services to incubate enterprise management and e-commerce professionals. Alibaba.com also owns Vendio and Auctiva, providers of third-party e-commerce solutions for online merchants.

Alibaba.com has offices in more than 70 cities across Greater China, India, Japan, Korea, the United Kingdom and the United States.

Copyright Notice © 1999-2012 Alibaba.com Hong Kong Limited and licensors. All rights reserved.