Confidential - Subject to Further Confidentiality Review

```
 1                IN THE UNITED STATES DISTRICT COURT
                    EASTERN DIVISION OF LOUISIANA
 2

 3    IN RE:  CHINESE-MANUFACTURED    MDL NO. 2047
      DRYWALL PRODUCTS LIABILITY
 4    LITIGATION,                          SECTION: L

 5                                         JUDGE FALLON

 6                                         MAG. JUDGE WILKINSON

 7   **  THIS DOCUMENT APPLIES TO:
         GERMANO, et al., vs. TAISHAN GYPSUM CO., LTD.,
 8       f/k/a SHANDONG TAIHE DONGXIN CO. LTD.,
         CASE NO. 2:09-CV-6687 (EDLA)
 9

10    VIDEOTAPED DEPOSITION OF BEST SUNSHINE SERVICES, LLC -
         IVAN GONIMA - PURSUANT TO FED R. CIV. P. 30(B)6)
11

12              CONFIDENTIAL - SUBJECT TO FURTHER
                     CONFIDENTIALITY REVIEW
13

14            Taken on Behalf of the Plaintiffs

15    DATE TAKEN:    DECEMBER 13, 2011

16    TIME:          10:12 A.M. - 3:08 P.M.

17    PLACE:         1512 EAST CONCORD STREET
                     ORLANDO, FLORIDA
18

19         Examination of the witness taken before:
                          Joan L. Pitt
20                  Registered Merit Reporter
                   Certified Realtime Reporter
21                Florida Professional Reporter

22

23              GOLKOW TECHNOLOGIES, INC.
24           877.370.3377 ph | 917.591.5672

25                  deps@golkow.com
```

HERMAN AFFIDAVIT
EXHIBIT
9

Confidential - Subject to Further Confidentiality Review

Page 10

1   A.  Yes, accounting and that kind of things, yes.
2   Q.  Are those records accessible to you?
3   A.  Yes.
4   Q.  Okay.  What is or was the business of Best
5  Sunshine Services?
6   A.  A commercial laundry.  We never did anything
7  related to drywall.
8   Q.  Okay.
9   A.  Only commercial laundry for hotels.  We were
10  picking up the linen, towels, doing all the drying,
11  cleaning, folding, and that was it.
12   Q.  Did Best Sunshine Services ever purchase any
13  Chinese drywall?
14   A.  No.
15   Q.  Did Best Sunshine Services ever purchase any
16  construction materials, including drywall, from China?
17   A.  No, sir.
18   Q.  Did Best Sunshine Services ever do any business
19  with companies called Taihe or Taishan?
20   A.  No.
21   Q.  Have you used the past an e-mail address with
22  Best Sunshine Services --
23   A.  Yes, probably, yes.
24   Q.  -- to write to Taishan?
25   A.  Yeah, I guess, yeah.

Page 11

1   Q.  Okay.  In the past, you yourself have done
2  business with Taishan?
3   A.  Yes.
4   Q.  Okay.  When I speak of Taishan, I'm speaking
5  of -- how do you know them, as Taihe or Taishan?
6   A.  They have had different names.  Like Taihe was
7  the first one.  Shandong something.  I don't remember
8  the other part.  Maybe Taishan also, yeah.  So I know
9  them.  I have been at the plant and -- but again,
10  probably I use an e-mail address related to BSS Florida
11  or something like that for writing an e-mail to them,
12  but we -- as a business, we -- Best Sunshine Services,
13  LLC, never did anything or had to do anything with
14  drywall.
15   Q.  Would you be able to go back to your e-mail
16  account for Best Sunshine Services and do a search for
17  anything related to drywall issues?
18   A.  Really, I don't think so, because, I mean, I
19  have my server, but we closed down the plant in May 31st
20  this year because we had financial problems with the
21  competition here in Orlando and we really had to just
22  close it down.  So I guess if -- if they are in the
23  server, probably I can, but I don't know how.  I would
24  have to talk to some IT guy or something.  And I don't
25  have any problem for you to go or somebody in your

Page 12

1  behalf to check on it and go through everything, but
2  probably I will find some on that address that was my
3  e-mail address, BSS Florida, and the address is not
4  accessible any longer, because when we closed down the
5  operation, the dominion, the dominion -- I don't --
6   Q.  Domain, I think.
7   A.  The domain was over, so -- but I don't have any
8  problem if somebody can look at it and -- yeah, but that
9  I can do it, I don't know how to do it.
10   Q.  Okay.  Where is that server located?
11   A.  I have it.  I have it with me in my house.
12   Q.  Okay.  You'd be willing to give us access to
13  that if we need it?
14   A.  Oh, yeah, no problem.  Yeah, you can go through
15  it and check everything you want.
16   Q.  Okay.  Now, you looked through those document
17  requests?
18   A.  Yeah.
19   Q.  Aside from the e-mails we just spoke of, do you
20  believe that Best Sunshine Services has anything
21  responsive at all?
22   A.  No, nothing.
23   Q.  There won't be any purchase records from Best
24  Sunshine Services --
25   A.  No.

Page 13

1   Q.  -- of Chinese drywall?
2   A.  No.
3      (Exhibit No. 2 was marked for identification.)
4   Q.  Okay.  I'm going to move you to Exhibit 2.  If
5  you'll take a look at that as well.
6   A.  Yeah.
7   Q.  That's a subpoena that was directed to Oriental
8  Trading Company, LLC?
9   A.  Yeah, uh-huh.
10   Q.  Did you use to do business with Oriental
11  Trading Company, LLC?
12   A.  Yeah, I was their agent and like manager,
13  uh-huh.
14   Q.  What was Oriental Trading Company's business?
15   A.  Importing drywall.
16   Q.  How did you become affiliated with Oriental
17  Trading Company?
18   A.  I went to China in 2006 with a guy named Jorge
19  Arevalo.  He -- he offered me the possibility of doing
20  businesses with China.  The main intention on that trip
21  was to talk to some car/vehicle manufacturers for
22  getting contracts or representation for Colombia,
23  Ecuador, Venezuela.
24      When we were in China, Arevalo, Mr. Arevalo,
25  had a contact with a Chinese guy, like he was in charge