| | |
|---|---|
| Received: | from 192.168.208.40(222.132.159.70) (192.168.208.40(222.132.159.70) [192.168.208.40(222.132.159.70)] ) bywebmail-app62 (Coremail) ; Tue, 27 Jun 2006 11:53:54 +0800 (CST) |
| MIME-Version: | 1.0 |
| Message-ID: | <44A0ABD2.00006B.25985@bj163app62.163.com> |
| Received(Date): | Tue, 27 Jun 2006 11:53:54 +0800 (CST) |
| From: | "wuyu" <sdth818@163.com> |
| To: | "Ernest Teitelbaum" <tovtrading@yahoo.com> |
| Subject: | Re: FW: UPC Code added on strip |
| X-Priority: | 3 |
| X-Originating-IP: | [192.168.208.40(222.132.159.70)] |
| X-Mailer: | <!-- CoreMail Version 2.5 Copyright (c) 2002-2006 www.mailtech.cn -->163com |
| Content-Type: | Multipart/Alternative; boundary="Boundary-=_BlNzJyWoUqQNMHWcfGOQcdstRGBe" |
| Content-Type: | text/html; charset="gb2312" |
| Content-Transfer-Encoding: | quoted-printable |

Dear Mr. Teitelbaum,
   Thank you for your kindly attention. I am sorry for delaying replying you this morning, since a customer come to visit me in my office.
   As for the graphics for the bonding tape, the factory has to design the plate and fix the color before they produce. They will not design the new plate if the quantity less than
300000 metres.  And at this moment, there are two designs available, they are the neutral one and the one with our own brand name. Most of our customer take the white color neutral tape.

   Our website is www.taihegroup.com, please refer to it.

   As for the sample, we would like to inform you that we have already prepared them, so please let Miss Wang from your Shen Zhen office contact us.


   Looking forward to your early reply.


Best wishes!


Yours faithfully
Bill

---

   -----Ô-Ê¼ÓÊ¼þ-----
·¢¼þþÈË:"Ernest Teitelbaum"
·¢ËÍÊ±¼ä:2006-06-27 11:07:20
ÊÕ¼þþÈË:'"wuyu'" ,'""
³-Ëí:(Íþ)
Ö÷Ìâ:FW: UPC Code added on strip

HERMAN AFFIDAVIT
EXHIBIT
45

OEC
EXHIBIT NO. 9
L. GOLKOW 16-11

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0001007

Dear bill this is better file to see my label

Also id you see mi other email? About other materials that you manufacture

Also what is doing with the sample shipment by air?

Please reply as soon as possible.

*Ernest Teitelbaum*

*Tov Trading*

*New York, USA*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*This message contains information which may be confidential and privileged.*

*Unless you are the addressee (or authorized to receive for the addressee), you may*

*not use, copy or disclose to anyone the message or any information contained in the*

*message. If you have received the message in error, please advise the sender by reply*

*e-mail and delete the message.*

---

**From:** Abraham Weiss [mailto:abraham.design@verizon.net]
**Sent:** Monday, June 26, 2006 8:29 PM
**To:** 'Ernest Teitelbaum'
**Subject:** UPC Code added on strip

---

**From:** Ernest Teitelbaum [mailto:tovtrading@yahoo.com]
**Sent:** Monday, June 26, 2006 4:19 PM
**To:** abraham.design@verizon.net
**Subject:** Fw: UPC Code

----- Forwarded Message ----
From: Simply Barcodes - Stephan Bachmann <sbachmann@simplybarcodes.net>
To: tovtrading@yahoo.com
Sent: Monday, June 26, 2006 3:38:44 PM
Subject: UPC Code

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001008

Thanks for your order. Your UPC code is attached.

The attached 300 dpi high-resolution graphics file is designed for use with Adobe Photoshop, the de facto standard in graphic design. It has also been tested using Microsoft Photo and with Ulead Photo Impact.

Need barcode labels printed? Let the experts handle your label printing project. Contact us for pricing and details.

Sincerely,

Stephan

------------------------------
Stephan Bachmann
Simply Barcodes
www.SimplyBarcodes.net
404-885-6066 ext. 41

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001009