Confidential - Subject to Further Confidentiality Review

```
 1                IN THE UNITED STATES DISTRICT COURT
                   EASTERN DIVISION OF LOUISIANA
 2

 3   IN RE:  CHINESE-MANUFACTURED    MDL NO. 2047
     DRYWALL PRODUCTS LIABILITY
 4   LITIGATION                      SECTION:  L
 5                                   JUDGE FALLON
 6                                   MAG. JUDGE WILKINSON
 7   **  THIS DOCUMENT APPLIES TO:  GERMANO,
         et al., vs. TAISHAN GYPSUM CO., LTD.,
 8       f/k/a SHANDONG TAIHE DONGXIN CO. LTD.
         CASE NO. 2:09-CV-6687 (EDLA)
 9

              CONFIDENTIAL - SUBJECT TO FURTHER
10                  CONFIDENTIALITY REVIEW
11      VIDEOTAPED DEPOSITION OF CARN CONSTRUCTION CORP.
                (REGISTERED AGENT CARLOS RIOS)
12
              Taken on Behalf of the Plaintiffs
13
     DATE TAKEN:    DECEMBER 8, 2011
14
     TIME:          10:02 A.M. - 11:30 A.M.
15
     PLACE:         BOSWELL & DUNLAP
16                  245 SOUTH CENTRAL AVENUE
                    BARTOW, FLORIDA 33831
17
18        Examination of the witness taken before:
                     Susan D. Wasilewski
19              Registered Professional Reporter
                   Certified Realtime Reporter
20                  Certified CART Provider
               ~ Realtime Systems Administrator ~
21
22
23             GOLKOW TECHNOLOGIES, INC.
24        877.370.3377 ph | 917.591.5672 fax
25                  deps@golkow.com
```

**HERMAN AFFIDAVIT EXHIBIT 23**

Confidential - Subject to Further Confidentiality Review

Page 38

1 A. No.
2 Q. No. Okay. And you said -- I'm sorry. I think
3 I already asked you this but did you ever end up doing
4 business with any of these companies?
5 A. No.
6 Q. No. Okay. Did you ever end up doing business
7 with any company related to these companies, any related
8 entities?
9 A. No.
10 Q. Did you ever order any Chinese board at all?
11 A. No.
12 Q. The samples that you received, do you recall
13 any markings on the board?
14 A. No.
15 Q. No?
16 A. No.
17 Q. Did you ever discuss the markings on the board
18 with anyone from any of these companies?
19 A. Have I ever discussed if there is any wording?
20 Q. Right, or what the wording could be. Were you
21 ever given any options?
22 A. Yes.
23 Q. You were?
24 A. Yes.
25 Q. What options were --

Page 39

1 A. They would give me the option in order to mark
2 a brand, because the drywall came of -- the drywall --
3 the drywall, when you ship drywall, when drywall is
4 produced, they come in two pieces attached by a piece of
5 paper where they put the size, kind of -- the thickness
6 of the board.
7 Q. Okay.
8 A. So there was an option like for a saying or two
9 in order to put whatever brand I want to.
10 Q. Okay.
11 A. Just for marketing purpose.
12 Q. You could put whatever brand name --
13 A. You could put whatever name you want on the
14 board.
15 Q. Okay. Were you given any other options?
16 A. Like what?
17 Q. Anything you can think of, honestly. In your
18 discussions about how much board, the size, the
19 markings, was there anything else that you discussed
20 that you can think of?
21 A. No. I don't remember.
22 Q. Okay. Did they ever tell you or do you know if
23 they had a distributor here in Florida that they used?
24 A. No.
25 Q. Did they ever refer you to any other company?

Page 40

1 A. No.
2 Q. Okay. Now, with respect to the problems with
3 Chinese drywall, what do you know about Chinese drywall?
4 A. Now?
5 Q. Now.
6 A. Well, that the product -- what do I know? I
7 know a lot. What do you want me specific to --
8 Q. What do you understand the problems to be with
9 Chinese drywall?
10 A. Okay. The problems that I heard is that some
11 of the drywall, not all the drywall, were defective.
12 There were -- this is what I read in the newspapers.
13 Doesn't mean that's true but that's what --
14 Q. Right.
15 A. That's what I learned from them, because I seen
16 Chinese drywall and it looked perfect in the houses,
17 doesn't smell. Not all Chinese drywall is bad. So
18 based on the news, some quantity of production was
19 defective, was contaminated. Gypsum comes from the
20 ground, so as they take the gypsum, some -- as they take
21 the gypsum, they produce the drywall, and they are
22 supposed to test every -- I don't know how far apart, to
23 make sure the, you know, the gypsum is not -- is good --
24 it's a good product.
25 Q. Okay.

Page 41

1 A. So --
2 Q. Let's go ahead and take our break now so that
3 he can change the tape. I'm almost finished, so I'm
4 just going to review my notes, see if I have any
5 questions.
6    THE VIDEOGRAPHER: This is the end of Tape
7 Number 1 of the video deposition of Carlos Rios.
8 We're now going off the record. The time is
9 approximately 11:05 a.m.
10    (Recess from 11:05 until 11:11 a.m.)
11    THE VIDEOGRAPHER: This is the beginning of
12 Tape Number 2 of the video deposition of Carlos
13 Rios. The date is December 8, 2011, and the time is
14 approximately 11:11 a.m. The videographer is Edgar
15 Teran. We're back on the record.
16 BY MS. RICO:
17 Q. Okay. Mr. Rios, before we went off the record
18 we were discussing what you know about Chinese drywall
19 and the problems that have been alleged regarding
20 Chinese drywall. Have you heard other people in your
21 industry discuss the problems with Chinese drywall?
22 A. Discuss? Yes.
23 Q. Okay. And do you recall what kind of things --
24 A. But if they -- if they have an injury based on
25 that?