# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| The Mitchell Co., Inc. v. Knauf Gips KG, et al., Case No. 09-4115 (E.D. La.) | |
| Wiltz v. Beijing New Building Materials Public Ltd. Co., et al., Case No. 10-361 (E.D. La.) | |
| Gross v. Knauf Gips KG, et al., 2:09-cv-06690 (E.D. La.) | |

**THE PLAINTIFFS' STEERING COMMITTEE'S GLOBAL STATEMENT OF FACTS IN OPPOSITION TO: (1) TAISHAN'S RENEWED MOTIONS TO VACATE THE DEFAULT JUDGMENTS AND DISMISS THE COMPLAINTS IN GERMANO AND MITCHELL AND (2) TAISHAN'S MOTIONS TO DISMISS THE COMPLAINTS IN GROSS AND WILTZ**[1]

---

[1] This Global Statement of Facts addresses common factual issues raised in Taishan's renewed motions to vacate the default judgments and dismiss the complaints in *Germano* [Rec. Doc. No. 13490] and *Mitchell* [Rec. Doc. No. 13566] and in Taishan's motions to dismiss the complaints in *Gross* [Rec. Doc. No. 13590] and *Wiltz* [Rec. Doc. No. 13591] (collectively, "Taishan's jurisdictional motions"). In order to avoid duplication of the record and for the convenience of the Court and the parties, the Plaintiffs' Steering Committee ("PSC") incorporates this Global Statement into each response to Taishan's individual jurisdictional motions, as if fully set forth therein.

samples a month later so that Carn Construction could perform testing on the material.[84]

- The same is true of Stone Pride, which requested that samples of Taishan's drywall be sent express mail to Irvine, California. Charley Yang told Bill Cher that: "We recently have become ready to promote your plasterboard at full strength, and need to prepare a batch of samples."[85] He followed this up with instructions to "prepare 10 [samples] of each kind [of drywall] and send it via express mail directly to the United States [to Stone Pride in Irvine, California]."[86] Bill Cher responded with the amount of the shipping "expense to the United States."[87] And then, Bill Cher confirmed that the samples had arrived in the U.S.[88]
- OEG Building Materials told Taishan on numerous occasions it needed samples of the drywall for testing in New York labs.

### 4. *Taishan invited potential customers to visit its factories.*

As part of its marketing efforts to reach the United States, Taishan extended warm

---

[84] Carn Construction Dep. at 25:13-22; Ex. 3 to Carn Construction Dep. (email dated 11/23/2005 requesting that Taishan's drywall be shipped to Carn Construction in Florida via Federal Express) (TG0001409 & translation) (Herman Aff. Ex. "53"); Ex. 4 to Carn Construction Dep. (email dated 12/14/2005 requesting that additional samples of Taishan's drywall be sent to Carn Construction for testing) (TG0024162) (Herman Aff. Ex. "54").

[85] Ex. 6 to Stone Pride Dep. (email dated 1/20/2007 from Charley Yang to Bill Cher) (TG0025300) (Herman Aff. Ex. "55").

[86] *Id*. (email dated 1/21/2007 from Charley Yang to Bill Cher).

[87] *Id*. (email dated 1/23/2007 from Bill Cher to Charley Yang).

[88] Ex. 7 to Stone Pride Dep. (email dated 1/29/2007 from Bill Cher to Charley Yang) (TG0025295-297) (Herman Aff. Ex. "56").