Subj: **Distributorship**
Date: 11/10/2005 12:30:41 PM Eastern Standard Time
From: phillipwperry@hotmail.com
To: clempwl123@163.com
CC: porterblaine1@aol.com

Frank:

In that Porter/Blaine is going to be a major purchaser of your products, they have asked me to approach you with the idea of becoming the exclusive distributor of the Shandong Taihe Dongxin Co., LTD. in the USA. This is an important priority with them. Please give this very serious consideration.

*Phillip W. Perry*

HERMAN AFFIDAVIT
EXHIBIT
74

V002608