Subj: **Frank's instant messaging**
Date: 12/15/2005 3:43:22 AM Eastern Standard Time
From: phillipwperry@hotmail.com
To: porterblaine1@aol.com
CC: dwoods3@cox.net

Frank Peng says:

> Hello, MR. Phillip

phillip says:

> Hello,

Frank Peng says:

> ok

phillip says:

> Hi....how did the translation go?

Frank Peng says:

> Yes, I have showed it to the boss. And I have got the good news.

Frank Peng says:

> I will send email by detail.

phillip says:

> oh, I see you want to keep me in supense.

Frank Peng says:

> Please wait for me to reply you by email.

phillip says:

> I was just joking with you Frank.

Frank Peng says:

> I would like to inform you that the company, Certified products international Inc. also want to import our boards to the U.S.A. I refused to produce for them. Would you please or let other people from your company contact them? But please do not let them know it is me to let you contact them.

phillip says:

> Yes, and thank you for the information...

Thursday, December 15, 2005 America Online: PORTERBLAINE1

HERMAN AFFIDAVIT
EXHIBIT
76

V002371

Frank Peng says:

    They said they want to send the boards to Norfolk...

Frank Peng says:

    I just have the contact number of their China office. I think it is better for you to contact their head office in the USA.

phillip says:

    sounds like a very good idea

Frank Peng says:

    I am writing to you by email. Please wait.