UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| The Mitchell Co., Inc. v. Knauf Gips KG, et al., Case No. 09-4115 (E.D. La.) | |
| Wiltz v. Beijing New Building Materials Public Ltd. Co., et al., Case No. 10-361 (E.D. La.) | |
| Gross v. Knauf Gips KG, et al., 2:09-cv-06690 (E.D. La.) | |

**THE PLAINTIFFS' STEERING COMMITTEE'S GLOBAL STATEMENT OF FACTS IN OPPOSITION TO: (1) TAISHAN'S RENEWED MOTIONS TO VACATE THE DEFAULT JUDGMENTS AND DISMISS THE COMPLAINTS IN GERMANO AND MITCHELL AND (2) TAISHAN'S MOTIONS TO DISMISS THE COMPLAINTS IN GROSS AND WILTZ**[1]

---

[1] This Global Statement of Facts addresses common factual issues raised in Taishan's renewed motions to vacate the default judgments and dismiss the complaints in *Germano* [Rec. Doc. No. 13490] and *Mitchell* [Rec. Doc. No. 13566] and in Taishan's motions to dismiss the complaints in *Gross* [Rec. Doc. No. 13590] and *Wiltz* [Rec. Doc. No. 13591] (collectively, "Taishan's jurisdictional motions"). In order to avoid duplication of the record and for the convenience of the Court and the parties, the Plaintiffs' Steering Committee ("PSC") incorporates this Global Statement into each response to Taishan's individual jurisdictional motions, as if fully set forth therein.

> [Mr. Perry] did not say he might use it in Virginia. **He did say
> probably. He is shipping the drywall to Virginia.**[150]

Consistent with this, Mr. Peng assisted Venture Supply with the research and making contact with the shipping company.[151] Beyond this, Taishan had confirmation that not only did Venture Supply receive the drywall in Norfolk, Virginia, but Taishan's drywall was actually used in projects in Virginia. Peng Wenlong stated in his official "Tai Shan Gypsum Co., Ltd. Export Report" that:

> Mr. Phillip Perry replied that our plasterboard after arriving at the
> destination (Norfolk, Virginia) was well received by the market
> and had already been used in the projects, without having any
> negative feedback.[152]

Taishan's efforts to sell its drywall in Virginia were undeniably successful. It is undisputed that Taishan manufactured the Chinese Drywall installed in the homes of Intervening Plaintiffs in *Germano* in Virginia, which were the subject of a bellwether trial on the costs of remediation leading to the default judgment entered against Taishan.

### D. Taishan Successfully Targeted Customers in Florida, Shipping its Drywall to Miami, Tampa and Orlando.

As shown above, Taishan entered into an exclusive agency contract with OTC, with offices in Miami and Orlando, Florida.[153] Ivan Gonima testified under oath that he "let [Taishan] know" that OTC "want[ed] [Taishan's] drywall exported to Florida."[154] On April 12, 2007, Mr.

---

[150] Peng I Dep. at 332:5-20 (emphasis added).

[151] *Id*. at 356:20-358:14; 372:13-374:8.

[152] Exs. 13 & 14 to Peng I Dep. (Official Tai Shan Gypsum Co., Ltd. Export Report and Translation).

[153] *See* Ex. 4 to Gonima II Dep.; Ex. 2 to Che Dep. (email dated 4/17/2007 from Ivan Gonima to Bill Cher asking Mr. Cher to include OTC's Orlando office manager on all emails) (TG0000916).

[154] Gonima I Dep. at 33:11-13, 33:16-18; Ex. 2 to Gonima II Dep. at pp. 25-26 (instant message discussion dated 4/14/2007 between Ivan Gonima and Che Gang).

36