Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
                   EASTERN DIVISION OF LOUISIANA
 2

 3   IN RE:  CHINESE-MANUFACTURED   MDL NO. 2047
     DRYWALL PRODUCTS LIABILITY
 4   LITIGATION                          SECTION:  L

 5                                       JUDGE FALLON

 6                                       MAG. JUDGE WILKINSON

 7   **  THIS DOCUMENT APPLIES TO:  GERMANO,
         et al., vs. TAISHAN GYPSUM CO., LTD.,
 8       f/k/a SHANDONG TAIHE DONGXIN CO. LTD.,
         CASE NO. 2:09-CV-6687 (EDLA)
 9

              CONFIDENTIAL - SUBJECT TO FURTHER
10                   CONFIDENTIALITY REVIEW

11         VIDEOTAPED DEPOSITION OF RICHARD HANNAM

12    Taken on Behalf of the Plaintiffs, by and through
         Counsel for the Plaintiffs' Steering Committee
13

     DATE TAKEN:     FEBRUARY 13, 2012
14

     TIME:           10:48 A.M. - 1:15 P.M.
15

     PLACE:          MORGAN & MORGAN
16                   201 NORTH FRANKLIN STREET, 7TH FLOOR
                     TAMPA, FLORIDA 33602
17

18

19       Examination of the witness taken before:
                     Susan D. Wasilewski
20            Registered Professional Reporter
                 Certified Realtime Reporter
21                Certified CART Provider
             ~ Realtime Systems Administrator ~
22

23              GOLKOW TECHNOLOGIES, INC.
24          877.370.3377 ph | 917.591.5672 fax
25                  deps@golkow.com
```

**HERMAN AFFIDAVIT EXHIBIT 39**

Confidential - Subject to Further Confidentiality Review

Page 94

1    Kavanaugh.  I represent Robert Charles and Jay Helm
2    in the MDL.
3            CROSS-EXAMINATION
4  BY MS. KAVANAUGH:
5    Q.  Mr. Hannam, I know we've met before.  How are
6  you?
7    A.  Hi.
8    Q.  Hi.  I wanted to talk to you about that
9  document that you had from Mr. Thompson that you
10 wouldn't share.  Can you tell me what that document is?
11       MR. THOMPSON:  It's an affidavit filed in the
12    Staggs case, Samantha.
13       MS. KAVANAUGH:  It's an affidavit that was
14    filed?
15       MR. THOMPSON:  Well, it's an affidavit that was
16    prepared in the Staggs case.  I don't know if it was
17    filed or not.
18       THE WITNESS:  Samantha knows about it.
19 BY MS. KAVANAUGH:
20    Q.  It was prepared by Mr. Thompson?
21    A.  Yes.
22    Q.  Okay.  And I'm curious as to why you can't
23 share that, and Mr. Thompson isn't your counsel, as far
24 as I know.
25    A.  I don't know if it has anything to do with me.

Page 95

1  I didn't know the legalities of it all.  There is
2  nothing there to hide as far as I'm concerned, but
3  that's up to you guys.
4    Q.  Okay.  I'm just -- well, there was questions
5  about it before and you didn't want to disclose it.  Can
6  you tell me what the affidavit covers?
7    A.  It has to do with the ASTM testing that was
8  done by TTP.
9    Q.  Okay.  Can you tell me what it says then about
10 the ASTM testing that was done by TTP?
11       THE WITNESS:  Can you give me the green light
12    to do this?
13       MR. THOMPSON:  Yeah.
14    A.  Okay.  Mr. Thompson just gave me the green
15 light, so --
16    Q.  Thank you.
17    A.  It's an affidavit of Richard Hannam, and all it
18 is stating, that DWC -- or, excuse me -- well, Suncoast,
19 which is a part of DWC, I was interested in purchasing X
20 amount of containers of drywall.  And on or before
21 June 7th, 2006, I, Richard Hannam, traveled to China and
22 visited a plant there where Taian Taishan Plasterboard
23 Company was manufacturing gypsum drywall.
24       And it goes on to explain that -- you have
25 this, Samantha.  This was made for you.

Page 96

1    Q.  I understand that you may believe that but I
2  don't --
3    A.  Okay.  Okay.  Maybe not.
4    Q.  Just to be clear as you're reading this, is
5  this something that Mr. Thompson prepared and sent to
6  you?
7    A.  Yes.  Do you want me to read on with it or not?
8    Q.  I would like you to, if that's okay.
9    A.  Okay.  On or about June 7, 2006, I traveled to
10 China and visited a plant where TTP was manufacturing
11 gypsum wallboard for the purpose of inspecting the
12 facility and product to determine that the product was
13 manufactured according to ASTM standards.  While there I
14 negotiated contract numbers da da da da da with TTP.
15 The contract between TTP as the seller and Wood Nation
16 as the buyer dated June 10th, 2006, stipulated that the
17 gypsum drywall would be produced to American Society --
18 ASTM standards and it would be stamped on the back of
19 each piece.  TTP provided me with test results, numbers
20 such and such, and that's -- that was attached to this
21 document, evidencing that the gypsum wallboard
22 manufactured by TTP and which Wood Nation had contracted
23 to purchase had been tested by a third-party laboratory
24 known as Quality Supervision and Inspection Center of
25 National Building Materials Industry and Decorating and

Page 97

1  Finishing Building Materials in accordance with method A
2  of test methods ASTM C 473, Test Methods for Physical
3  Testing of Gypsum Panel Products, and said wallboard met
4  ASTM standards.  Said test reports were valid for a
5  period of one year from test date.
6        TTP also provided me with a certification dated
7  June 15th, 2006, which indicated that the drywall Wood
8  Nation Inc. had contracted to purchase had been tested
9  by Quality -- by that same long named company, and the
10 results showed that our gypsum board meets Ceiling Board
11 ASTM C1396 04 standards, copy attached as Exhibit C.
12       Copies of the above-mentioned test reports and
13 certification were provided to my customer, Suncoast
14 Building Materials.
15       Ultimately, my customer, Suncoast Building
16 Materials, agreed to purchase only 40 containers of
17 gypsum wallboard manufactured by TTP per contracts W2020
18 and 2021 attached as Exhibit D.  These contracts
19 provided that the half-inch regular and ceiling should
20 be produced to ASTM standards.  Each price -- or each
21 piece shall have "ASTM C 1396-04" stamped on the back of
22 each piece and the 40 containers of wallboard were
23 shipped to the Port of Tampa in two shipments, one in
24 July 2006 and the other in August 2006.
25       On July 2006, Wood Nation, Inc., entered into

Page 98

1 contract such and such with TTP for the purpose -- for
2 the purchase of 40 containers of gypsum wallboard.
3     My customer, Suncoast Building Materials,
4 picked up both shipments at the Port of Tampa.
5     The above-referenced purchase of 40 containers
6 of gypsum wallboard was the only time Wood Nation and/or
7 Richard Hannam purchased gypsum wallboard from TTP.
8     That's it.
9  Q. And all the information in that draft affidavit
10 that you just read is accurate from your perspective?
11  A. Yes.
12  Q. And just to confirm, you talked about ASTM
13 testing standards. You, Richard Hannam, or Wood Nation,
14 never did any testing on the Taishan drywall --
15 is that correct?
16  A. No, that wouldn't be my -- that wouldn't be my
17 job. It should only be tested by a third-party
18 individual.
19  Q. Okay. So the answer is yes, it is correct that
20 you've never done any testing on the board --
21  A. No.
22  Q. Does that mean, no, I'm incorrect, or is the
23 answer yes to my question?
24  A. I did not do any testing.
25  Q. Okay. Thank you for clarifying that.

Page 99

1     And I also wanted to find out when you state in
2 the affidavit that you provided these ASTM testing
3 results to Suncoast, was that prior to Suncoast making
4 the first purchase from you of Taishan board?
5  A. Yes.
6  Q. How was that provided to Suncoast?
7  A. Fax.
8  Q. Faxed it over to Mr. Johns?
9  A. Yes.
10     MS. KAVANAUGH: Okay. I appreciate your time,
11  Mr. Hannam.
12     THE WITNESS: Okay.
13     MR. MONTOYA: Frank, do you have anything?
14     MR. SPANO: Yes, I do. First of all, since
15  this draft affidavit has now been read into the
16  record, I'd like to mark it as an exhibit to the
17  deposition.
18     MR. MONTOYA: Four.
19     (Hannam Exhibit No. 4 was marked for
20  identification.)
21         RECROSS-EXAMINATION
22  BY MR. SPANO:
23  Q. Mr. Hannam, do you still have Exhibit 25 from
24  your prior deposition, the TTP contract, the final
25  signed contract, Exhibit 25?

Page 100

1     MR. MONTOYA: I don't think you gave it to us.
2  I've got 13, 7, and 21.
3     MR. SPANO: It's 13. I misspoke. I'm sorry.
4  Q. Yes, that one.
5  A. Okay.
6  Q. This contract, who prepared it?
7  A. I did.
8  Q. Okay. And you put in the name of the seller on
9 top, right?
10  A. Right.
11  Q. So you knew you were doing business with TTP?
12  A. This was a purchase from TTP.
13  Q. Right.
14  A. Yes.
15  Q. So there was no confusion about who you were
16 buying the drywall from in this contract?
17  A. No.
18  Q. Okay. Thank you. Now I'd like to ask about
19 Exhibit 25.
20     (Hannam Exhibit No. 25 was previously marked
21 for identification.)
22  Q. I'm going to show you some pages from
23 Exhibit 25 of your prior deposition. I would like to
24 ask you about the test report number 062061. Do you see
25 that?

Page 101

1  A. Yes. Yes.
2  Q. And is this a test report for drywall
3 manufactured by Shandong -- and I will spell this --
4 C-h-e-n-z-i-a-n-g Gypsum Construction Materials Company,
5 Limited?
6  A. Yes.
7  Q. What were the circumstances that led to you
8 obtaining this particular test report?
9  A. This was for C & K drywall.
10  Q. So the manufacturer listed on this test report,
11 is that the manufacturer of C & K drywall?
12  A. Yes.
13     MR. SPANO: Okay. Thank you.
14     THE WITNESS: Uh-huh.
15     MR. MONTOYA: I don't have anything else.
16     THE WITNESS: Do you want this back?
17     MR. SPANO: Thank you.
18     MR. THOMPSON: He's been deposed enough times,
19  I don't think he needs to be told this.
20     You have the right to read or waive the
21  deposition. You can waive the reading of the
22  deposition or read it if you'd like. If you would
23  like to read it, I'm happy to give it to you as soon
24  as I get it, a copy to you.
25     THE WITNESS: Here, you can have it. I don't

## AFFIDAVIT OF RICHARD HANNAM

STATE OF FLORIDA            )
                            ) ss:
COUNTY OF HILLSBOROUGH      )

Before me, the undersigned authority, personally appeared RICHARD HANNAM, who, after being first duly sworn, deposes and says:

1. My name is Richard Hannam.

2. I am over the age of eighteen.

3. I was the president of Wood Nation, Inc. at all times material hereto.

4. Wood Nation, Inc. was in the business of buying and selling drywall.

5. One of my customers, Suncoast Building Materials, Inc., was interested in purchasing 500 containers of drywall for shipment into the United States beginning June 2006 through December 2006.

6. On or about June 7, 2006, I traveled to China and visited a plant where Taian Taishan Plasterboard Co. Ltd. was manufacturing gypsum wallboard for the purpose of inspecting their facility and product to determine that the product was manufactured according to ASTM standards. While there I negotiated Contract Number WN7350 with Taian Taishan Plasterboard Co., Ltd. The contract between Taian Taishan Plasterboard Co., Ltd., as the seller, and Wood Nation, Inc., as the buyer, dated June 10, 2006 (attached hereto as Exhibit "A"), stipulated that the gypsum drywall would be "produced to American Society for Testing and Materials ("ASTM") C 1396-04 Standards and that "ASTM C 1396-04" would be stamped on the back of each piece.

7. Taian Taishan Plasterboard Co., Ltd. provided me with Test Reports No. 062019 and



HERMAN AFFIDAVIT
EXHIBIT
38



EXHIBIT
4 HANNAM
2-13-12 SDW

No. 062019b dated February 16, 2006 (attached hereto as Exhibit "B"), evidencing that the gypsum wallboard manufactured by Taian Taishan Plasterboard Co. Ltd. and which Wood Nation, Inc. had contracted to purchase had been tested by a third-party laboratory known as Quality Supervision and Inspection Center of National Building Materials Industry for Decorating and Finishing Building Materials in accordance with method A of test methods ASTM C 473-03 *Test Methods for Physical Testing of Gypsum Panel Products* and said wallboard met ASTM standards. Said Test Reports were valid for a period of one year from test date.

8. Taian Taishan Plasterboard Co., Ltd. also provided me with a certification dated June 15, 2006, which indicated that the drywall Wood Nation, Inc. had contracted to purchase had "been tested by Quality Supervision and Inspection Center of National Building Materials Industry For Decorating and Finishing Building Materials and the results show that our gypsum board meets CEILING BOARD ASTM C1396 04 standards (copy attached as Exhibit "C").

9. Copies of the above mentioned Test Reports and certification were provided to my customer, Suncoast Building Materials, Inc.

10. Ultimately, my customer, Suncoast Building Materials, Inc., agreed to purchase only 40 containers of gypsum wallboard manufactured by Taian Taishan Plasterboard Co., Ltd., per Contracts Numbered WN2020 and WN2021 attached as Exhibit "D". These contracts provided that "the ½" Regular and Ceiling shall be produced to American Society for Testing and Materials ("ASTM") C 1396-04 Standards. Each piece shall have "ASTM C 1396-04" stamped on the back of each piece" and the 40 containers of wallboard were shipped to the Port of Tampa in two shipments, one in July 2006 and the other in August 2006.

11. On July 4, 2006, Wood Nation, Inc. entered into "Contract No. WN7350 Revised June 27, 2006" with Taian Taishan Plasterboard Co., Ltd. for the purchase of 40 containers of gypsum wallboard (copy attached as Exhibit "E").

12. My customer, Suncoast Building Materials, Inc. picked up both shipments at the Port of Tampa.

13. The above referenced purchase of 40 containers of gypsum wallboard was the only time Wood Nation, Inc. and/or Richard Hannam purchased gypsum wallboard from Taian Taishan Plasterboard Co., Ltd.

FURTHER AFFIANT SAYETH NAUGHT.

_____
RICHARD HANNAM

STATE OF FLORIDA

COUNTY OF _____

The foregoing Affidavit was acknowledged before me this ___ day of _____, 2011, by RICHARD HANNAM.

____ who is personally known to me, or

____ who has produced _____ as identification, and who took an oath.
               (type of identification)

_____
Notary Public