## Advance Products International, LLC

10-31-06

To: Shandong Taihe Dongxin Co. LTD

Dear Frank Clem,

    Advance Products International purchased gypsum board from your company and we were told and guaranteed that the gypsum board was ASTM standard gypsum board and complied to all regulations. The 12 containers of gypsum board we purchased form your company are not ASTM approved board. We shipped the gypsum/drywall to our customers and this has caused us great harm to our company. Our customers after installing some of the drywall have had to pull it off the walls because of the defective gypsum board. In order not to be sued over sell defective gypsum/drywall, we have had to pay for the replacement gypsum board to our customers. Also, in our 12 containers of the shipment there was to be 12 foot board only. There was some 8 foot board and 10 foot board. How did this happen?

    I have included a letter from one of our customers that received some of the board. Please read this to understand how this defective gypsum board has hurt our company. Also, I will include some photos of the board for your review. We demand a full refund of our money in order to take care of this issue.

    If we feel Taihe Company is not interested in settling this dispute, we will have no choice but to go to the ASTM standard board and log a complaint against your company. We will also file a complaint to the U.S. and China governments who regulate import and export of products to make sure this does not happen to anyone else. The filing to the United States importing regulators will stop Taihe for exporting to the United States. We would prefer not to do this, but if we do not get an amicable resolution to this dispute we will have to.

    To date we have lost over $100,000.00 USD working with your gypsum board. This includes the cost of the board, shipping and all fees, trucking of the board, storage of the gypsum board and the replacement of the gypsum board to our customers. We want to know what Taihe Company is going to do for us to help rectify this problem of the defective boards. Please let us know how and when you plan to repay Advance Products International for the board we purchased from you.

Sincerely,

James Scudder
Vice President
Advance Products International

Che
EXHIBIT NO. 17
1/12/12
L. GOLKOW

HERMAN AFFIDAVIT
EXHIBIT
113

2626 Southport Way, Suite C
National City, CA. 9150

1

Ph: (011) 619-477-6600
Fx: (011) 619-477-6605

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0019376

| | |
|---|---|
| From: | Grace Wei <gracewei@163169.net> |
| To: | sdth818 <sdth818@163.com> |
| Sent: | 7/3/2006 9:16:03 PM |
| Subject: | Fw: FW: WORK ORDER TST |
| Attachments: | 100_0810.JPG; FLA loading 100_0810.JPG; Photo_070306_013.JPG; Photo_070306_014.JPG |

车经理:

你好!

上次张楠在的时候曾经发过两个集装箱的货,现在货出问题了,请看图片,
以下是客人的邮件,他说如果这样的话,下面的11个柜他们不能要了.

请您处理一下,应该怎样和客人解释.

谢谢!

魏冬玲


Grace, Andy,

This is the load we just received and opened the doors on.   WHAT HAPPENED?   WE can NOT ship the next 11 containers This way.  HOW CAN WE FIX THIS?   Some of the drywall is broken on the corners.


Need to discuss ASAP.


Jim Scudder

Vice President of Sales

Advance Products International Corp.

225 West 30th Street

National City, CA. 91950-7203

Phone: 858-822-8078

Fax: 858-883-2966

Email:  jimscudder.api@cox.net

Web site: www.bestapic.com

From: Gregory Unruh [mailto:gregoryunruh@msn.com]



HERMAN AFFIDAVIT
EXHIBIT
114

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0019383