| | |
|---|---|
| From: | Grace Wei <gracewei@163169.net> |
| To: | sdth818 <sdth818@163.com> |
| Sent: | 7/3/2006 9:16:03 PM |
| Subject: | Fw: FW: WORK ORDER TST |
| Attachments: | 100_0810.JPG; FLA loading 100_0810.JPG; Photo_070306_013.JPG; Photo_070306_014.JPG |

车经理:

你好!

上次张楠在的时候曾经发过两个集装箱的货,现在货出问题了,请看图片,
以下是客人的邮件,他说如果这样的话,下面的11个柜他们不能要了.

请您处理一下,应该怎样和客人解释.

谢谢!

魏冬玲


Grace, Andy,

This is the load we just received and opened the doors on.   WHAT HAPPENED?   WE can NOT ship the next 11 containers This way.  HOW CAN WE FIX THIS?   Some of the drywall is broken on the corners.


Need to discuss ASAP.


Jim Scudder

Vice President of Sales

Advance Products International Corp.

225 West 30th Street

National City, CA. 91950-7203

Phone: 858-822-8078

Fax: 858-883-2966

Email:  jimscudder.api@cox.net

Web site: www.bestapic.com

From: Gregory Unruh [mailto:gregoryunruh@msn.com]



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0019383