Subj: **January order**
Date: 12/13/2005 8:55:00 AM Eastern Standard Time
From: phillipwperry@hotmail.com
To: porterblaine1@aol.com
CC: dwoods3@cox.net

Sam:

I am not sure but it sounds like they would have committed to shipping the board at the shippers warehouse to Venture, but until the bill of lading is traded to the bank for the funds in the Letter of Credit, I would guess that the destination and consignee can be changed.

Taihe was visited by Duxx International Trading LLC, a Jorge Jaimes, VP Manager came to the office to make an offer....they have an office in Dallies, TX and in Mexico. The 2nd company is Holmanwood.com from Malaysia, the owner apparently showed up.....Both companies seem to have offered to take the offered terms and agree to purchase 300,000 boards a month. The accepted party would then get a sole distributorship for USA..after 3 months of compliance with the terms. All referrals will be given to that company during the 3-month term.

They want a monthly purchase of 1,340,000 square meters or 300,000 4x12 boards and payment terms of T/T. That would be about $1,086,000 a month paid on faith......I will say that they have used contracts as instruments that are to bind others and not themselves....

If you wish to continue this operation, I would buy as much as you can on the pretence that you fully intend to meet these terms over the next 3 months...then when the 2nd shipment is underway on the water, I will depart China. If you decide to continue the purchases after that, I can stay to monitor the situation.

i can make several purchases now, up to any amount you agree to. I will be out of here on Jan 10 in any event as my visa will expire....the Taihe manager offered to give a letter to get me a 1 year visa, as he wants me to be here to QC the board. They do appear to intend to make what is contracted for.

The cost of 1/2x4x8 is $2.05,,,,if you have an interest in getting some of that while you have the opportunity......I will stay and come back under a new visa to serve your interest as long as you want. Just let me know what you want to do.

*I can go to Thailand prior to coming home and finish the business there.....visit Siam Gypsum and Siam Insulation....I am also going to see about another Chinese gypsum company.....these guys at Taihe may just follow through, but they are a rough one to deal with.*

*Phillip W. Perry*

Tuesday, December 13, 2005 America Online: PORTERBLAINE1

HERMAN AFFIDAVIT
EXHIBIT
117

V002400