FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2010 MAR 15 PM 12: 23

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

KENNETH AND BARBARA WILTZ,
individually, and on behalf of all others
similarly situated, [ADDITIONAL
PLAINTIFFS LISTED ON SCHEDULE OF
PLAINTIFFS, ATTACHED HERETO AS
EXHIBIT "A"],

                Plaintiffs,

v.

BEIJING NEW BUILDING MATERIALS
PUBLIC LIMITED CO., [ADDITIONAL
DEFENDANTS LISTED ON SCHEDULE OF
DEFENDANTS, ATTACHED HERETO AS
EXHIBIT "B"],

                Defendants.

CASE NO.: 10-361
SECT. L MAG 2

AMENDED CLASS ACTION
COMPLAINT

JURY TRIAL DEMAND

_____/

### PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (II)

Pursuant to Fed. R. Civ. P. 23, the class representatives in this action bring suit on behalf

of themselves and all other similarly situated owners and residents of real property containing

defective Chinese manufactured drywall that was designed, manufactured, imported, distributed,

delivered, supplied, marketed, inspected, installed, or sold by the Defendants. In order to

accomplish an effective class structure, each of the class representatives is pursuing a nationwide

class action against the manufacturer of the drywall located in plaintiffs' homes (Classes 1-12).

Subordinate to these national class actions, the identified class representatives are participating in

subclasses asserting claims against each of their distributors, suppliers, importers, exporters, and

brokers (Subclasses 13 - 41); each of their builders and developers (Subclasses 42 - 195); and

1

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____

each of their contractors and installers (Subclasses 196 - 231) for whom they have standing (class and subclass members shall be collectively referred to herein as "Class Members"). Each of the Defendants in this action are liable for damages incurred by Plaintiffs due to their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, installing, or sale of the defective drywall at issue in this litigation.

## JURISDICTION, PARTIES, AND VENUE

1. Original jurisdiction of this Court exists by virtue of 28 U.S.C. §1332(d)(2) and the Class Action Fairness Act ("CAFA"). *See* 28 U.S.C. § 1711, *et. seq.* The Plaintiffs and certain of the Defendants in these actions are citizens of different states and the amounts in controversy in these actions exceed five million dollars ($5,000,000.00), exclusive of interest and costs.

2. For each subclass, the Court has original jurisdiction under CAFA and/or supplemental jurisdiction under 28 U.S.C. § 1367.

3. Venue in this district satisfies the requirements of 28 U.S.C. §1391(b)(1)-(2) and (c) because Plaintiffs and a significant number of the absent class members reside in this jurisdiction and a substantial amount of the events and occurrences giving rise to these claims occurred in this District, or a substantial part of the property that is the subject of this action is situated in this district. Venue is otherwise appropriate in this district consistent with 28 U.S.C. § 1407 and the June 15, 2009 Transfer Order of the Judicial Panel on Multidistrict Litigation ("JPML"). *See In re: Chinese-Manufactured Drywall Products Liability Litigation*, 626 F.Supp.2d 1346 (J.P.M.L. Jun. 15, 2009).

## PLAINTIFFS

4. For purposes of clarity, the Plaintiffs are asserting claims on behalf of all owners and residents of the subject properties, including but not limited to, minors and other residents of the properties who do not appear herein as named plaintiffs.

5. Unless specifically stated to the contrary, all Plaintiffs are citizens of the state where they reside and all entities are citizens of the state where they are organized. For those entities, where the state of organization is not listed, it is asserted upon information and belief that the entity is incorporated and/or organized in the state of its principal place of business.

6. Plaintiffs, Kenneth and Barbara Wiltz are citizens of Louisiana and together own real property located at 5337 Cameron Blvd., New Orleans, Louisiana 70112. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

7. Plaintiff, St. Martin Lion's Club c/o Don Richardson owns real property located at 15900 La Moyne Blvd., Biloxi, Mississippi 39532. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

8. Plaintiffs, David Deeg and Deborah Hooker are citizens of Florida and together own real property located at 516 Southwest Akron Avenue, Stuart, Florida 34994. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

9. Plaintiffs, David Lefton and Michelle Garcia are citizens of Florida and together own real property located at 106 Southwest Milburn Circle, Port St. Lucie, Florida 34953. Plaintiffs

3

are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

10. Plaintiff, Gloria Arnold is a citizen of Louisiana and owns real property located at 4385 Genoa Road, New Orleans, Louisiana 70129. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

11. Plaintiffs, Marquesa and Shantez Bean are citizens of Louisiana and together own real property located at 10200 Flossmoor Drive, New Orleans, Louisiana 70127. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

12. Plaintiff, Jamie Lynn Evans is a citizen of Louisiana and owns real property located at 7505 Mercury Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

13. Plaintiff, Hazel Mae Gundorf is a citizen of Louisiana and owns real property located at 4316 Toulouse Street, New Orleans, Louisiana 70119. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

14. Plaintiffs, Torrey and Vondria Lewis are citizens of Louisiana and together own real property located at 2812 Oak Drive, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

4

15. Plaintiff, Donald J. Ludwig, Sr., is a citizen of Louisiana and owns real property located at 2521 Lawrence Drive, Meraux, Louisiana 70075. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

16. Plaintiffs, Shawn and Jill Moran are citizens of Louisiana and together own real property located at 735 Angela Avenue, Arabi, Louisiana 70032. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

17. Plaintiff, Kenneth M. Sigur is a citizen of Louisiana and owns real property located at 3608-3610 Pakenham Drive, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

18. Plaintiff, Thomas Vucinovich is a citizen of Louisiana and owns real property located at 4330 Genoa Road, New Orleans, Louisiana 70129. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

19. Plaintiff, Richard Ankiel is a citizen of Florida and owns real property located at 138 Ocean Bay Drive, Jensen Beach, Florida 34957. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

20. Plaintiffs, John and Laura Arguello are citizens of Florida and together own real property located at 12430 SW 50th Street, Unit 107, Miramar, Florida 33027. Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

21. Plaintiffs, Dan and Frances Auker are citizens of Florida and together own real property located at 10820 Tiberio Drive, Fort Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

22. Plaintiff, Keith Baker is a citizen of Florida and owns real property located at 12077 Honeysuckle Road, Fort Myers, Florida 33977. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

23. Plaintiff, Dirar Bdaiwi is a citizen of Florida and owns real property located at 12421 SW 50 CT Unit 335, Miramar, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

24. Plaintiffs, Ed and Ashli Belfour are citizens of Florida and together own real property located at 7260 Wisteria Avenue, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

25. Plaintiff, Marlene Bennett is a citizen of Florida and owns real property located at 8770 Cobblestone Point Circle, Boynton Beach, Florida 33472. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

6

26. Plaintiff, Blue Water Condominium Association owns real property located at 14360 So. Tamiami Trail, Unit B, Fort Myers, Florida 33912. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

27. Plaintiff, Blue Water of Cape Coral owns real property located at 221 Shadroe Cove Circle, Unit 1004, Cape Coral, Florida 33991. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

28. Plaintiffs, Sheryl and Jarrod Brookman are citizens of Florida and together own real property located at 9821 Cobblestone Creek, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

29. Plaintiff, Beni Brik is a citizen of Florida and owns real property located at 240 West End Drive, Unit 1311, Punta Gorda, Florida 33950 and 240 West End Drive, Unit 1312, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

30. Plaintiff, Edward Cardenas is a citizens of Florida and owns real property located at 5030 SW 126 Avenue, Miramar, Florida 33027. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

31. Plaintiff, Robert Cardoza is a citizen of Florida and owns real property located at

7

1615 91st Court, Vero Beach, Florida 32966 and 1617 91st Court, Vero Beach, Florida 32966. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

32. Plaintiff, Edmondo Catalfamo is a citizen of Florida and owns real property located at 8791 Cobblestone Point Circle, Boynton Beach, Florida 33472. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

33. Plaintiff, Alexander Cherba is a citizen of Florida and owns real property located at 9492 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

34. Plaintiff, Lawrence Cohen is a citizen of Florida and owns real property located at 1690 Renaissance Commons, Apartment 1496, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

35. Plaintiff, Joyce Defrancesco is a citizen of Florida and owns real property located at 2218 SW Embers Terrace, Cape Coral, Florida 33991. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

36. Plaintiffs, Pedro and Margarita Delgado are citizens of Florida and together own real property located at 2023 SW 30th Terrace, Cape Coral, Florida 33914. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying

this amended complaint which are incorporated herein by reference.

37. Plaintiffs, Jarred and Rochelle Fenalson are citizens of Florida and together own real property located at 10440 SW Stephanie Way, Unit 212, Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

38. Plaintiffs, Thomas Filardo and Thomas Filardo, Jr. are citizens of New York and together own real property located at 182 SE 2nd Street, Deerfield Beach, Florida 33441. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

39. Plaintiff, Louise M. Forte is a citizen of Florida and owns real property located at 9477 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

40. Plaintiffs, Roy and Mary Frankhouse are citizens of Florida and together own real property located at 9853 Whipporwill Trail, Jupiter, Florida 33478. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

41. Plaintiffs, Michael Gallacher and Randall Baker are citizens of Florida and together own real property located at 8911 Cobblestone Point Circle, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

42. Plaintiff, Armando Garcia is a citizen of Florida and owns real property located at

9

12421 SW 50 Court, Unit 305, Miramar, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

43. Plaintiffs, Dominic and Lauren Gianetti are citizens of Florida and together own real property located at 8881 Cobblestone Point Circle, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

44. Plaintiff, Franklin Gil is a citizen of Florida and owns real property located at 5030 SW 126th Avenue, Unit 205, Miramar, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

45. Plaintiff, Barbara Gonzalez is a citizen of Florida and owns real property located at 7512 Brideview Drive, Westley Chapel, Florida 33545. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

46. Plaintiff, Roy Harrysperad is a citizen of Florida and owns real property located at 8697 Cobblestone Point Circle, Boynton Beach, Florida 33462. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

47. Plaintiffs, Bernard and Barbara Heinemann are citizens of Florida and together own real property located at 5202 SW 28th Place, Cape Coral, Florida 33901. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

10

accompanying this amended complaint which are incorporated herein by reference.

48. Plaintiffs, Sylvia and Louis Holloway are citizens of Florida and together own real property located at 174 Shadroe Cove Circle, Unit 1002, Cape Coral, Florida 33991. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

49. Plaintiff, Jan Jacko is a citizen of Florida and owns real property located at 519 SE 25 Lane, Cape Coral, Florida 33909. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

50. Plaintiff, Leonard Jackson is a citizen of Florida and owns real property located at 9593 Ginger Court, Parkland, Florida 33076. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

51. Plaintiffs, Steve and Kim Jamison are citizens of New Jersey and together own real property located at 10560 SW Stephanie Way, Unit 1-209; Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

52. Plaintiffs, Katherine and Andrew Kessler are citizens of Florida and together own real property located at 3056 Juniper Lane, Davie, Florida 33330. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

53. Plaintiffs, Angelo and Anna LaGambina are citizens of Florida and together own real

11

property located at 1142 SW Kickaboo Road, Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

54. Plaintiffs, Gul and Deborah Lalwani are citizens of New Jersey and together own real property located at 4590 Kodiak Drive, Vero Beach, Florida 32967. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

55. Plaintiff, Guy Lamour is a citizen of Florida and owns real property located at 8860 Cobblestone Point Circle, Boynton Beach, Florida 33472. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

56. Plaintiffs, Robert and Colette Lynch are citizens of Florida and together own real property located at 5012 SE Mariner Garden Circle, Stuart, Florida 34997. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

57. Plaintiff, Magdalen Gardens Condo Association owns real property located at 240 West End Avenue, Units 412, 413, 812, 911, 912, 913, 923, 1011, 1013, 1311, 1313, 1312, 1321, 1323, 1511 and 1512, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

58. Plaintiffs, Mohammed A. and Kamrun N. Manzur are citizens of Florida and together own real property located at 8686 Cobblestone Point Circle, Boynton Beach, Florida 33472.

12

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

59. Plaintiffs, Troy and Dina Marchese are citizens of Florida and together own real property located at 8830 Cobblestone Point Circle, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

60. Plaintiff, Cassandra Marin is a citizen of Florida and owns real property located at 3865 SW Wycoff Street, Port St. Lucie, Florida 34953. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

61. Plaintiff, Claire Marston is a citizen of Florida and owns real property located at 240 W. End Drive, Unit 1412, Punta Gorda, Florida 33950 and 241 W. End Drive, Unit 923, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

62. Plaintiff, Paul Marzulff is a citizen of Florida and owns real property located at 240 West End Drive #412, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

63. Plaintiff, Jose Miranda is a citizen of Florida and owns real property located at 8890 SW 229th Street, Miami, Florida 33190. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which

13

are incorporated herein by reference.

64.  Plaintiffs, Giraldo and Kelly Monge are citizens of Florida and together own real property located at 177 SE 2nd Court, Deerfield Beach, Florida 33411.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

65.  Plaintiffs, Nick and Karen Morakis are citizens of Florida and together own real property located at 8859 Cobblestone Point Circle, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

66.  Plaintiffs, Jose and Dawn Morales are citizens of Florida and together own real property located at 215 NW 29 Terrace, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

67.  Plaintiffs, Thai and Lieu Nguyen are citizens of Florida and together own real property located at 26 NW 6th Street, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

68.  Plaintiffs, Krzysztof Olschewiski and Chad Prandi are citizens of Florida and together own real property located at 8680 Cobblestone Pointe Circle, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

14

69. Plaintiff, Steward Osicki is a citizen of Florida and owns real property located at 240 West End Drive, 413, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

70. Plaintiff, Judy Parra is a citizen of Florida and owns real property located at 12430 SW 50th Street, #109, Miramar, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

71. Plaintiff, Adela Perez is a citizen of Florida and owns real property located at 12430 SW 50th Street, Unit 113, Miramar, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

72. Plaintiffs, Francisco and Ewa Pigna are citizens of Florida and together own real property located at 8836 Cobblestone Point Circle, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

73. Plaintiffs, James and Janice Poggio are citizens of Florida and together own real property located at 13409 Ainsworth Lane, Port Charlotte, Florida 33029. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

74. Plaintiffs, Alexander and Susan Popov are citizens of Florida and together own real property located at 8842 Cobblestone Point Circle, Boynton Beach, Florida 33472. Plaintiffs are

15

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

75.  Plaintiffs, Davidson Raymond and Jean Robert are citizens of Florida and together own real property located at 8797 Cobblestone Point Circle, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

76.  Plaintiffs, Ronald and Jacqueline Reckseit are citizens of Florida and together own real property located at 1690 Renaissance Commons Blvd., Units 1111 and 1225, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

77.  Plaintiffs, Michael and Kathryn Reeves are citizens of Florida and together own real property located at 2226 Soho Bay Court, Tampa, Florida 33606.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

78.  Plaintiff, Tod Rismiller is a citizen of Ohio and owns real property located at 3619 Oasis Boulevard, Cape Coral, Florida 33914.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

79.  Plaintiff, Sandy Roy is a citizen of Florida and owns real property located at 10560 SE Stephanie Way, #203, Port St. Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

80. Plaintiff, Robert Santimauro is a citizen of Florida and owns real property located at 22220 Red Laurel Lane, Estero, Florida 33928. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

81. Plaintiffs, Hector Santos and Fenta Nigest are citizens of Florida and together own real property located at 7516 Brideview Drive, Wesley Chapel, Florida 33545. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

82. Plaintiffs, Fay and Benjamin Scott are citizens of Florida and together own real property located at 5256 NW South Lovett Circle, Port St. Lucie, Florida 34986. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

83. Plaintiffs, Bruce and Susan Serbin are citizens of Florida and together own real property located at 7990 NW 126 Terrace, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

84. Plaintiffs, Wayne and Mandy Siegel are citizens of Florida and together own real property located at 9355 Cobblestone Brooke Court, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

85. Plaintiffs, Scott and Wendy Smith are citizens of Florida and together own real

property located at 3840 Sorrel Pine Drive, Wesley Chapel, Florida 33544. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

86. Plaintiff, Shakira Smith-Jacob is a citizen of Florida and owns real property located at 12421 SW 50 Court #337, Mirarmar, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

87. Plaintiff, Santurnino Spiga is a citizen of Florida and owns real property located at 8617 Via Rapallo Drive #37-203, Estero, Florida 33928. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

88. Plaintiffs, David and Julia Sponsel are citizens of Florida and together own real property located at 3332 Grassglen Place, Wesley Chapel, Florida 33544. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

89. Plaintiff, Russ Spotts is a citizen of Florida and owns real property located at 194 Shadroe Cove Circle #602, Cape Coral, Florida 33993. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

90. Plaintiff, Stephanie Steiner is a citizen of Florida and owns real property located at 8665 Cobblestone Point Circle, Boynton Beach, Florida 33472. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

18

amended complaint which are incorporated herein by reference.

91. Plaintiffs, Peter and Janet Teixeira are citizens of Florida and together own real property located at 8809 Cobblestone Point Circle, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

92. Plaintiff, Michael Valdes is a citizen of Florida and owns real property located at 8912 SW 229 Street, Miami, Florida 33190. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

93. Plaintiffs, Andrew and Cathy Walker are citizens of Florida and together own real property located at 7460 Bridgeview Drive; Wesley, Florida 33545. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

94. Plaintiff, Dorothy Lee is a citizen of Louisiana and owns real property located at 7514 Dwyer Road, New Orleans, Louisiana 70126. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

95. Plaintiffs, Mary Leftwich, Brian Leftwich, Owen Leftwich, Kerry Coleman and Erin LeBlanc are citizens of Louisiana and together own real property located at 6708 General Diaz Street, New Orleans, Louisiana 70124. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

96.  Plaintiff, Christy Moritz is a citizen of Louisiana and owns real property located at 3704 Gallo Drive, Chalmette, Louisiana 70043.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

97.  Plaintiffs, Doug and Lisa Salzer are citizens of Louisiana and together own real property located at 614 Carmenere Drive, Kenner, Louisiana 70065.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

98.  Plaintiffs, Cindy and Nathaniel Bierria are citizens of Louisiana and together own real property located at 7631 Brevard Avenue, New Orleans, Louisiana 70127.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

99.  Plaintiff, Mark Elias is a citizen of Louisiana and owns real property located at 3028 Ivy Place, Chalmette, Louisiana 70043.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

100.  Plaintiffs, Mary and Lorne Hall are citizens of Louisiana and together own real property located at 5319 St. Anthony Avenue, Gentily, Louisiana 70122.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

101.  Plaintiff, Tonya Hite is a citizen of Louisiana and owns real property located at 4404 Parise Avenue, New Orleans, Louisiana 70122.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

102. Plaintiffs, Jan and Matthews Hughes are citizens of Louisiana and together own real property located at 3513 Van Cleve Drive, Meraux, Louisiana 70075. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

103. Plaintiff, Jon Jackel is a citizen of Louisiana and owns real property located at 244 Springrose Drive, Belle Chasse, Louisiana 70037. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

104. Plaintiffs, Barbara and Herbert Johnson are citizens of Louisiana and together own real property located at 2425 Independence Street, New Orleans, Louisiana 70117. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

105. Plaintiff, Willie Taylor is a citizen of Louisiana and owns real property located at 1409 Deloney Street, New Orleans, Louisiana 70117. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

106. Plaintiff, Eric Bienemy is a citizen of Louisiana and owns real property located at 2823 Daniel Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

107.  Plaintiff, Virgie Holloway is a citizen of Louisiana and owns real property located at 2522 Pauger Street, New Orleans, Louisiana 70116.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

108.  Plaintiff, Patricia Gordon is a citizen of Louisiana and owns real property located at 7409 Cornwall Place, New Orleans, Louisiana 70126.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

109.  Plaintiff, Beatrice LeBlanc is a citizen of Louisiana and owns real property located at 4510 Cerise Avenue, New Orleans, Louisiana 70127.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

110.  Plaintiff, Leonard Louis is a citizen of Louisiana and owns real property located at 2366 Odin Street, New Orleans, Louisiana 70122.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

111.  Plaintiff, Herman Thomas is a citizen of Louisiana and owns real property located at 2215 Joliet Street, New Orleans, Louisiana 70127.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

112.  Plaintiff, Frances Nelson is a citizen of Louisiana and owns real property located at 4619 Nighthart Street, New Orleans, Louisiana 70127.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

113. Plaintiff, Daphne Jones is a citizen of Louisiana and owns real property located at 2531 Delery Street, New Orleans, Louisiana 70117. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

114. Plaintiff, Louise Joseph is a citizen of Louisiana and owns real property located at 1021 Leonidas Street, New Orleans, Louisiana 70118. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

115. Plaintiff, Gary Smith is a citizen of Louisiana and owns real property located at 4849-51 Lynhuber Drive, New Orleans, Louisiana 70126. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

116. Plaintiff, Tarika Smith is a citizen of Louisiana and owns real property located at 3005 Oak Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

117. Plaintiff, Linda Zubrowski is a citizen of Louisiana and owns real property located at 109 Indian Mound Lane, Slidell, Louisiana 70461. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

23

118. Plaintiff, Delores Bailey is a citizen of Louisiana and owns real property located at 2213 Beachhead Lane, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

119. Plaintiff, Sandra Perez is a citizen of Louisiana and owns real property located at 1927 Abundance, New Orleans, Louisiana 70122. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

120. Plaintiffs, Horace and Donna Lindsay are citizens of Florida and together own real property located at 2804 St. Bart's Square, Vero Beach, Florida 32967. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

121. Plaintiffs, Keith and Shirley Morgan are citizens of Florida and together own real property located at 6545 Caicos Court, Vero Beach, Florida 32967. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

122. Plaintiffs, John and Sydna Peterson are citizens of Louisiana and together own real property located at 6334 Canal Blvd., New Orleans, Louisiana 70124. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

123. Plaintiff, Joseph Quartararo is a citizen of Louisiana and owns real property located at 5813 Ruth Street, Metairie, Louisiana 70003. Plaintiff is participating as a class representative

24

in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

124. Plaintiff, Cathy Parker Vapy is a citizen of Louisiana and owns real property located at 9700 Andover Drive, New Orleans, Louisiana 70127. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

125. Plaintiff, Catherine Simon is a citizen of Louisiana and owns real property located at 3817 Napoleon Avenue, New Orleans, Louisiana 70125. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

126. Plaintiff, Barbara R. Alvarez is a citizen of Florida and owns real property located at 4225 NE 16 Street, Homestead, Florida 33033. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

127. Plaintiff, Marc Barriento is a citizen of Florida and owns real property located at 4057 SW Cheribon Street, Port St. Lucie, Florida 34953. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

128. Plaintiffs, Peter and Karen Bell are citizens of New York and together own real property located at 5140 SE Mariner Gardens Circle, Unit I-65, Stuart, Florida 34997. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

25

129. Plaintiffs, Thomas and Sheri Coombs are citizens of Florida and together own real property located at 3454 Lago de Talavera, Wellington, Florida 33467. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

130. Plaintiff, Luis D'Agostino is a citizen of Florida and owns real property located at 17555 Collins Avenue #308, Sunny Isles Beach, Florida 33160. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

131. Plaintiffs, William and Jennifer Delayo are citizens of Florida and together own real property located at 19848 Maddelena Circle, Fort Myers, Florida 33967. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

132. Plaintiffs, Randy Dwight and Mercedes Hutchinson are citizens of Florida and together own real property located at 12430 SW 50th Street #127, Miramar, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

133. Plaintiffs, Peter and Robyn Ellington are citizens of Florida and together own real property located at 1213 NW 37 Place, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

134. Plaintiff, Charmaine Fong is a citizen of Florida and owns real property located at 9816 Cobblestone Lakes Court, Boynton Beach, Florida 33472. Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

135. Plaintiffs, Julianne and Joshua Frankze are citizens of Florida and together own real property located at 1201 NW 2 Street, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

136. Plaintiff, Arledys Gallardo is a citizen of Florida and owns real property located at 4179 NE 16 Street, Homestead, Florida 33033. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

137. Plaintiffs, Aleksandra and Roza Gelman are citizens of New Jersey and together own real property located at 2849 St. Barts Square, Vero Beach, Florida 33483. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

138. Plaintiffs, Yenny Hernandez and Jorge Perez are citizens of Florida and together own real property located at 3603 SW 20 Street, Lehigh Acres, Florida 33976. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

139. Plaintiff, Marjorie Johnson is a citizen of Florida and owns real property located at 704 SW 23rd Terrace, Cape Coral, Florida 33991. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

140. Plaintiff, Rick Kennard is a citizen of Florida and owns real property located at 11314 Bridge Pine Drive, River View, Florida 33569. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

141. Plaintiffs, Marcela and Rafael Lugo are citizens of Florida and together own real property located at 1951 SW 22 Drive, Homestead, Florida 33035. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

142. Plaintiffs, Lincoln and America Mendez are citizens of Florida and together own real property located at 4180 North Highway A1A, Unit 801B, Hutchinson Island, Florida 34949. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

143. Plaintiffs, Daniel CC and Mary Jo Necastro are citizens of Illinois and together own real property located at 8617 Via Rapallo Drive, Estero, Florida 33928. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

144. Plaintiff, Marie Octobre is a citizen of New York and owns real property located at 1609 SW 22 Lane, Cape Coral, Florida 33991. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

145. Plaintiffs, William and Stacy Peekare citizens of Florida and together own real property located at 11 Baffin Avenue, Tampa, Florida 33609. Plaintiffs are participating as class

28

representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

146.  Plaintiff, Jorge Perez, on behalf of JP Real Estate Development owns real property located at 10169 and 10165 SW 171 Street, Miami, Florida 33157.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

147.  Plaintiffs, Lee and Alyssa Quittner are citizens of Florida and together own real property located at 9830 Cobblestone Creek, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

148.  Plaintiffs, Duane and Beth Ratliff are citizens of Florida and together own real property located at 4205 Amelia Plantation Court, Vero Beach, Florida 32967.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

149.  Plaintiffs, Jonathan S. and Diane Resnick are citizens of Florida and together own real property located at 17910 Monte Vista Drive, Boca Raton, Florida 33496.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

150.  Plaintiff, Kevin Rosen is a citizen of Florida and owns real property located at 17830 Monte Vista Drive, Boca Raton, FL 33496.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

29

151. Plaintiff, Mitchell Rubin is a citizen of Florida and owns real property located at 9800 Cobblestone Lakes Court, Boynton Beach, Florida 33472. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

152. Plaintiff, Dawn Saliba is a citizen of Florida and owns real property located at 6102 Raintree Trail, Fort Pierce, Florida 34950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

153. Plaintiff, Talavera, LLC owns real property located at 3261 Lago de Talvara, Lot 1, 3301 Lago de Talavera, Lot 6, 3533 Lago de Talavera, Lot 35, 3240 Lago de Talavera, Lot 48, 3462 Lago de Talavera, Lot 67, 3558 Lago de Talavera, Lot 75 and 3574 Lago de Talavera, Lot 77, Wellington, Palm Beach County, Florida 33467. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

154. Plaintiffs, Anna Tataris and Roy De Jesus are citizens of Florida and together own real property located at 4842 Tuscan Loon Drive, Tampa, Florida 33619. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

155. Plaintiff, Keith Willett is a citizen of Florida and owns real property located at 4418 West Vasconia, Tampa, Florida 33629. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

156.  Plaintiffs, Aaron and Wendy Wruble are citizens of Florida and together own real property located at 1294 Exotic Avenue, North Port, Florida 34288.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

157.  Plaintiffs, Gene and Que Raphael are citizens of Florida and together own real property located at 3018 Lake Butler Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

158.  Plaintiffs, Beresford and Theresa Bertram are citizens of Florida and together own real property located at 1707 SW 81 Way, North Lauderdale, Florida 33068.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

159.  Plaintiffs, Gerald and Betty Brynn are citizens of Florida and together own real property located at 511 Rimini Vista Way, Sun City Center, Florida 33575.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

160.  Plaintiffs, Sean and Katie Andrade are citizens of Florida and together own real property located at 1730 SW 81 Way, North Lauderdale, Florida 33068.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

161.  Plaintiffs, Maikel and Karen Anise are citizens of Florida and together own real property located at 9661 Cobblestone Creek, Boynton Beach, Florida 33472.  Plaintiffs are

31

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

162. Plaintiffs, Miguel and Jacqueline Areces are citizens of Florida and together own real property located at 5300 Seagrape Drive, Ft. Pierce, Florida 34982. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

163. Plaintiffs, Richard Lizotte and Ronald Robichaux are citizens of Florida and together own real property located at 2124 Siefield Greens Way, Sun City Center, Florida 33573 and 2120 Siefield Greens Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

164. Plaintiff, Michael Peloquin is a citizen of Florida and owns real property located at 12747 Kentwood Avenue, Ft. Myers, Florida 33913. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

165. Plaintiffs, Mary and David Cheeran are citizens of Florida and together own real property located at 987 Fish Hook Cove, Bradenton, Florida 34212. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

166. Plaintiff, Javie Cuellar is a citizen of Florida and owns real property located at 12735 Kentwood Avenue, Ft. Myers, Florida 33913. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

167. Plaintiff, Barry Estadt is a citizen of Florida and owns real property located at 529 Rimini Vista Way, Sun City Center, Florida 33571. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

168. Plaintiff, Charles Kim is a citizen of Florida and owns real property located at 991 Fish Hook Cove, Bradenton, Florida 34212. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

169. Plaintiffs, Earl and Gwynn Gall are citizens of Florida and together own real property located at 2122 Siefield Greens Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

170. Plaintiffs, Sundaram and Jeeva Harikrishnan are citizens of Florida and together own real property located at 542 Rimini Vista Way, Sun City Center, Florida 33753. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

171. Plaintiffs, Patricia Lippold and Janet Hibbs are citizens of Florida and together own real property located at 2214 Siefield Greens Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

172. Plaintiff, Samuel Perone is a citizen of Florida and owns real property located at

7063 Lost Garden Terrace, Parkland, Florida 33076.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

173.  Plaintiffs, Charles and Josephine Russo are citizens of Florida and together own real

property located at 2246 Siefield Greens Way, Sun City Center, Florida 33573.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

174.  Plaintiffs, Patsy and Maureen Campola are citizens of Florida and together own real

property located at 9607 Cinnamon Court, Parkland, Florida 33076.  Plaintiffs are participating

as class representatives in the class and subclasses as set forth in the schedules accompanying

this amended complaint which are incorporated herein by reference.

175.  Plaintiff, Chester Stewart is a citizen of Florida and owns real property located at

6848 Long Leaf Drive, Parland, Florida 33076.  Plaintiff is participating as a class representative

in the class and subclasses as set forth in the schedules accompanying this amended complaint

which are incorporated herein by reference

176.  Plaintiffs, David Dion and Eunice Parks are citizens of Florida and together own

real property located at 9781 Cobblestone Creek, Boynton Beach, Florida 33472.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

177.  Plaintiffs, Roger and Allison Elliott are citizens of Florida and together own real

property located at 2003 SW Laredo Street, Stuart, Florida 34994.  Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

178. Plaintiffs, Leroy and Bernadette Floyd are citizens of Florida and together own real property located at 2602 Rhode Island Avenue, Ft. Pierce, Florida 34947. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

179. Plaintiff, Charles Gatto is a citizen of Florida and owns real property located at 273 Swan Lane, Jupiter, Florida 33458. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

180. Plaintiffs, William Bicelis Machado and Franyelina Lopez are citizens of Florida and together own real property located at 14721 SW 6 Street, Pembroke Pines, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

181. Plaintiffs, Norberto and Belgica Pratts are citizens of Florida and together own real property located at 14701 SW 6 Street, Pembroke Pines, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

182. Plaintiff, Doug Romain is a citizen of Florida and owns real property located at 10846 SW Meeting Street, Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

183. Plaintiffs, David and Donna Valentine are citizens of Florida and together own real

property located at 3467 Mestre Place, North Venice, Florida 34275. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

184. Plaintiff, Claudia Vasquez is a citizen of Florida and owns real property located at 702 SW 147 Avenue, Pembroke Pines, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

185. Plaintiffs, Kenneth and Victoria Boersma are citizens of Florida and together own real property located at 9664 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

186. Plaintiffs, Peter and Annett Catalano are citizens of Florida and together own real property located at 1458 SW Goodman Avenue, Port St. Lucie, Florida 34952. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

187. Plaintiffs, John and Andrea Adams are citizens of Florida and together own real property located at 10642 SW Gingermill Drive, Port St. Lucie, Florida 34952. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

188. Plaintiff, Cindy Carrol is a citizen of Louisiana and owns real property located at 1220 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

36

amended complaint which are incorporated herein by reference.

189. Plaintiff, Dorothy Stanich is a citizen of Louisiana and owns real property located at 1912 Duels, New Orleans, Louisiana 70119. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

190. Plaintiffs, John and Beverly Utterback are citizens of Illinois and together own real property located at 1241 Kendari Terrace, Naples, Florida 34120. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

191. Plaintiff, Colleen Rondeno is a citizen of Louisiana and owns real property located at 3110 Law Street, New Orleans, Louisiana 70119. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

192. Plaintiffs, Gene Nudelman and Tatyana Levina are citizens of Florida and together own real property located at 7240 Wisteria Avenue, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

193. Plaintiffs, Marcelo and Cecilia Torres-Lutz are citizens of Florida and together own real property located at 334 Cipriani Way, Venice, Florida 34275. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

194. Plaintiff, Claudia Mendez is a citizen of Florida and owns real property located at

12960 Turtle Cove Trail, North Fort Myers, Florida 33903. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

195. Plaintiffs, Cynthia and Jonathan Scott are citizens of Florida and together own real property located at 1984 Gloria Circle, Palm Bay, Florida 32905. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

196. Plaintiffs, Eric and Karen Wilcox are citizens of Florida and together own real property located at 14117 Stowbridge Avenue, Tampa, Florida 33626. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

197. Plaintiff, Ximena Almeida is a citizen of Louisiana and owns real property located at 3513 Golden Avenue, Chalmette, Alabama 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

198. Plaintiffs, Peter and Robin Bast are citizens of Florida and together own real property located at 1690 Renaissance Commons Blvd., Unit 1428, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

199. Plaintiffs, Frank and Carolyn Bragoli are citizens of New York and together own real property located at 1690 Renaissance Commons Blvd., Unit 1314, Boynton Beach, Florida

33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

200.  Plaintiff, Philip Brice is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1227, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

201.  Plaintiffs, Roger Casalengo and Betty Ann Kramer are citizens of Florida and Virginia, respectively and together own real property located at 1690 Renaissance Commons Blvd., Unit 1324, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

202.  Plaintiffs, Jay and Shari Cohen are citizens of New Jersey and together own real property located at 1690 Renaissance Commons Blvd., Unit 1405, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

203.  Plaintiffs, Braxton and Kerrie Collins are citizens of Mississippi and together own real property located at 10720 Hwy 614, Moss Point, Mississippi 39562.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

204.  Plaintiff, Patrick Conlin is a citizen of New York and owns real property located at

1690 Renaissance Commons Blvd., Unit 1218, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

205. Plaintiffs, Arish Peter and Alpa Dalal are citizens of New York and together own real property located at 1690 Renaissance Commons Blvd., Unit 1401, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

206. Plaintiffs, Angelo and Deborah D'Ambrosio are citizens of New York and together own real property located at 1660 Renaissance Commons Blvd., Unit 2305, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

207. Plaintiff, Robert Dawson is a citizen of Virginia and owns real property located at 4326 Lydias Drive, Williamsburg, Virginia 23188. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

208. Plaintiff, Marta DeNaeva is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1224, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

209. Plaintiff, Martha Lisa DeNavea is a citizen of Florida and owns real property

40

located at 1690 Renaissance Commons Blvd., Unit 1429, Boynton Beach, Florida 33426.

Plaintiff is participating as a class representative in the class and subclasses as set forth in the

schedules accompanying this amended complaint which are incorporated herein by reference.

210. Plaintiff, Jeremy Dickey is a citizen of Alabama and owns real property located at

60 Pinebark Court, Wetumpka, Alabama 36093. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

211. Plaintiff, Marlon Ditianquin is a citizen of Florida and owns real property located at

1690 Renaissance Commons Blvd., Unit 1309, Boynton Beach, Florida 33426. Plaintiff is

participating as a class representative in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

212. Plaintiff, Vincent Ercolino is a citizen of Florida and owns real property located at

1690 Renaissance Commons Blvd., Unit 1206, Boynton Beach, Florida 33426. Plaintiff is

participating as a class representative in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

213. Plaintiffs, Joseph and Tracy Fatta are citizens of Louisiana and together own real

property located at 2622 College Street, Slidell, Louisiana 70458. Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

214. Plaintiff, Sean Flaherty is a citizen of New Jersey and owns real property located at

1690 Renaissance Commons Blvd., Unit 1402, Boynton Beach, Florida 33426. Plaintiff is

participating as a class representative in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

215.  Plaintiff, Van Foster is a citizen of Alabama and owns real property located at 1610 13th Street N, Birmingham, Alabama 35204.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

216.  Plaintiffs, Jacques and Rose Gani are citizens of New York and together own real property located at 1660 Renaissance Commons Blvd., Unit 2525, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

217.  Plaintiff, Vernon Hampton is a citizen of Louisiana and owns real property located at 5641 St. Matthew Circle, Violet, Louisiana 70092.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

218.  Plaintiffs, Jason and Cassie Herrington are citizens of Mississippi and together own real property located at 26975 Old Americus Road, Lucedale, Mississippi 39452.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

219.  Plaintiff, Wendy Lee Hobbie is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1411, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

220. Plaintiffs, Timothy and Karen Irvin are citizens of Virginia and together own real property located at 1690 Renaissance Commons Blvd., Unit 1216, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

221. Plaintiffs, Perry and Alice Jioia are citizens of New York and together own real property located at 1690 Renaissance Commons Blvd., Unit 1327, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

222. Plaintiffs, Alan and Ilana Kellner are citizens of Florida and together own real property located at 1690 Renaissance Commons Blvd., Unit 1310, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

223. Plaintiffs, John and Susanna Kolich are citizens of Florida and together own real property located at 1690 Renaissance Commons Blvd., Unit 1519, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

224. Plaintiffs, Arthur and Martha Kovens are citizens of Maryland and together own real property located at 1660 Renaissance Commons Blvd., Unit 2527, Boynton Beach, Florida

43

33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

225. Plaintiff, Leneva Jean Kropf is a citizen of Michigan and owns real property located at 1690 Renaissance Commons Blvd., Unit 1205, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

226. Plaintiffs, Mark and Diana Lemberg are citizens of New York and together own real property located at 1690 Renaissance Commons Blvd., Unit 1328, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

227. Plaintiff, Michael Leone is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1202, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

228. Plaintiffs, Barty Litwin and Mel Litwin (A/K/A Melvin Litwin) as Trustee of the Mel Litwin (A/K/A Melvin Litwin) Declaration Trust, u/a/d 02/28/06 are citizens of Florida and own real property located at 1690 Renaissance Commons Blvd., Unit 1409, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

44

229. Plaintiffs, George and Adrienne Luntz are citizens of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2516, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

230. Plaintiffs, Fernando and Bridget Madero are citizens of Florida and together own real property located at 17105 78th Road North, Loxahatchee, Florida 33470. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

231. Plaintiff, Danielle Lee Maness is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1128, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

232. Plaintiff, Jason Scott McMurray is a citizen of Mississippi and owns real property located at 47 Monarch Blvd., Hattiesburg, Mississippi 39441. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

233. Plaintiffs, Carlos and Margarita Molina are citizens of Florida and together own real property located at 1690 Renaissance Commons Blvd., Unit 1308, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

45

234.  Plaintiffs, Paul and Lois Murray are citizens of New York and together own real property located at 1660 Renaissance Commons Blvd., Unit 2415, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

235.  Plaintiff, Melissa Norris is a citizen of Mississippi and owns real property located at 721 Hundred Acre Road, Neely, Mississippi 39461.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

236.  Plaintiffs, Rhoda and Aly Okaily are citizens of Pennsylvania and together own real property located at 1690 Renaissance Commons Blvd., Unit 1412, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

237.  Plaintiff, Joel Perecca is a citizen of New York and owns real property located at 1690 Renaissance Commons Blvd., Unit 1211, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

238.  Plaintiffs, Nicholas and Adrienne Renzetti are citizens of New York and together own real property located at 1690 Renaissance Commons Blvd., Unit 1321, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein

46

by reference.

239. Plaintiff, Martin Riback, as Trustees of the Martin Riback Revocable Trust Agreement dated April 4, 1997 are citizens of Florida and together own real property located at 1690 Renaissance Commons Blvd., Unit 1212 and Unit 1410, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

240. Plaintiffs, Steven and Marsha Richman are citizens of Florida and together own real property located at 1690 Renaissance Commons Blvd., Unit 1422, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

241. Plaintiff, RMM Investments, LLC owns real property located at 1690 Renaissance Commons Blvd., Unit 1103, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

242. Plaintiff, Keith Santillo is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1323, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

243. Plaintiffs, Stephen Schour and Susan Mitchell are citizens of Florida and Colorado, respectively and together own real property located at 1690 Renaissance Commons Blvd., Unit 1106, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the

class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

244. Plaintiff, Melvin Seymore is a citizen of Alabama and owns real property located at 920 County Road 946, Cullman, Alabama 35057. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

245. Plaintiff, Norman Shiyou is a citizen of Mississippi and owns real property located at 6030 Wanda Circle, Kiln, Mississippi 39556. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

246. Plaintiff, Sandra Siegel is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1427, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

247. Plaintiffs, Stacey Ann Tilmann and Kimberly Noah are citizens of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2502, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

248. Plaintiff, Tuller Investments, LLC owns real property located at 1690 Renaissance Commons Blvd., Unit 1419, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

249. Plaintiff, Odilio Vargas is a citizen of California and owns real property located at 1690 Renaissance Commons Blvd., Unit 1424, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

250. Plaintiff, Frances Verderame is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1219, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

251. Plaintiffs, Greg and Sherry Wiggins are citizens of Alabama and together own real property located at 1047 Well Road, Brewton, Alabama 36426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

252. Plaintiff, John Wiley is a citizen of Pennsylvania and owns real property located at 1541 Gerona Terrace, North Point, Florida 34286. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

253. Plaintiffs, Yefim Zagalsky and Yelena Alekseyeva are citizens of New Jersey and together own real property located at 1690 Renaissance Commons Blvd., Unit 1418, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

254. Plaintiff, Sheldon Zitner is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1311, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

255. Plaintiffs, Donald and Nadja Fisher are citizens of Louisiana and together own real property located at 3140 N. Roman Avenue, New Orleans, Louisiana 70117. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

256. Plaintiff, Audrey Mae Johnson is a citizen of Louisiana and owns real property located at 3444 Toledano Street, New Orleans, Louisiana 70125. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

257. Plaintiff, Kenneth Long is a citizen of Louisiana and owns real property located at 4700 San Marco Road, New Orleans, Louisiana 70129. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

258. Plaintiffs, Raymond and Mary Lubrano are citizens of Louisiana and together own real property located at 3909 Jacob Drive, Chalmette, Louisiana 70043. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

259. Plaintiff, Jude Marullo is a citizen of Louisiana and owns real property located at 5870 Sylvia Drive, New Orleans, Louisiana 70124. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

260. Plaintiff, Dorothy Pennington is a citizen of Louisiana and owns real property located at 302 West Shannon Lane, Harahan, Louisiana 70123. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

261. Plaintiffs, Alphonso and Nora Walker are citizens of Louisiana and together own real property located at 11346 Catalina Avenue, Baton Rouge, Louisiana 70814. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

262. Plaintiffs, James and Joanne Haseltime are citizens of Florida and together own real property located at 12020 Creole Court, Parrish, Florida 34219. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

263. Plaintiffs, Travis C. and Kelly E. Johnson are citizens of Florida and together own real property located at 1924 SE 21 Court, Homestead, Florida 33035. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

264. Plaintiffs, Paul and Tellina are citizens of Florida and together own real property located at 10902 NW 83 Street Building 7, Unit 201, Doral, Florida 33178. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

51

265. Plaintiff, Damien Querol is a citizen of Florida and owns real property located at 3301 NE 183 Street, Unit 1207, Aventura, Florida 33160. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

266. Plaintiff, Debra Frazier is a citizen of Louisiana and owns real property located at 10231 Castlewood Drive, New Orleans, Louisiana 70127. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

267. Plaintiffs, Elbert and Gloria Bland are citizens of Louisiana and together own real property located at 2315 and 2317 Industry Street, New Orleans, Louisiana 70122. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

268. Plaintiffs, Larry and Rose Givins are citizens of Louisiana and together own real property located at 6007 Warfield Street, New Orleans, Louisiana 70126 and 6009 Warfield Street, New Orleans, Louisiana 70126. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

269. Plaintiff, Symone McQueen Webley is a citizen of Florida and owns real property located at 12715 Saulston Place, Hudson, Florida 34669. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

270. Plaintiffs, Don and Janice Marlinga are citizens of Michigan and together own real

property located at 11697 Bald Eagle Way, Naples, Florida 34119. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

271. Plaintiff, Jon Scott McLain is a citizen of Louisiana and owns real property located at 82401 Heintz Jenkins Road, Bush, Louisiana 70431. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

272. Plaintiff, Almeida Properties, L.L.C. owns real property located at 3325 Golden Drive, Apt. A, B, C and D, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

273. Plaintiff, Tiffany Braden, as Representative of the Estate of Jane Bienemey, Deceased is a citizen of Louisiana and owns real property located at 2024 Guerra Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

274. Plaintiff, Lucille Alveris is a citizen of Louisiana and owns real property located at 3220 Oaks Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

275. Plaintiff, Stephnea Hadley is a citizen of Louisiana and owns real property located at 5524 Feliciana Drive, New Orleans, Louisiana 70126. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

276. Plaintiff, Lona McCallum is a citizen of Louisiana and owns real property located at 2309 Riverbend Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

277. Plaintiff, David Ghafari is a citizen of Massachusetts and owns real property located at 921 Acroft Avenue, Lehigh Acres, Florida 33971. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

278. Plaintiffs, James and Barbara Walsh are citizens of Florida and together own real property located at 14781 Quay Lane, Delray Beach, Florida 33446. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

279. Plaintiff, Gordon DeLeon is a citizen of California and owns real property located at 1209 East St. Avide, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

280. Plaintiff, Joseph Fluence is a citizen of California and owns real property located at 2716 Veronica Drive, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

281. Plaintiff, Lacy Brown is a citizen of Louisiana and owns real property located at 2446 Presburg Street, New Orleans, Louisiana 70122. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

282. Plaintiff, Terry Mundy is a citizen of California and owns real property located at 2529 Paul Drive, Cypress Gardens, Louisiana 70075. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

283. Plaintiffs, Michael and Nancy Guerriero are citizens of Florida and together own real property located at 15336 Yellow Wood Drive, Alva, Florida 33920. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

284. Plaintiff, Elizabeth Young is a citizen of Florida and owns real property located at 2330 Summersweet Drive, Alva, Florida 33920. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

285. Plaintiffs, Antonio and Isabel Amaral are citizens of Massachusetts and together own real property located at 5221 Athens Way, Venice, Florida 34293. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

286. Plaintiff, Arlana Barnes is a citizen of Florida and owns real property located at 4745 and 4747 28th Street South West, Lehigh Acres, Florida 33973. Plaintiff is participating as

a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

287. Plaintiffs, Eric and Anne Marie Bartschart are citizens of New Jersey and together own real property located at 7855 Hawthorne Terrace - Unit 1604, Naples, Florida 34113. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

288. Plaintiffs, Peter and Amanda Earley are citizens of Florida and together own real property located at 15828 Caloose Creek Circle, Fort Myers, Florida 33903. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

289. Plaintiff, Toni Mosley is a citizen of Florida and owns real property located at 6143 Laurelwood Drive, Fort Myers, Florida 33905. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

290. Plaintiffs, Scott Saltzman and Jordana Mondschein are citizens of Florida and together own real property located at 8485 Breezy Hill Drive, Boynton Beach, Florida 33473. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

291. Plaintiff, Denise Scott is a citizen of Florida and owns real property located at 14051 Danpark Loop, Fort Myers, Florida 33912. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

292. Plaintiff, George Turckes is a citizen of Florida and owns real property located at 526 Wheaton Trent Place, Tampa, Florida 33619. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

293. Plaintiffs, Robert and Sandra Cruz are citizens of Florida and together own real property located at 12444 Southbridge Terrace, Hudson, Florida 34669. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

294. Plaintiff, William Murphy is a citizen of Florida and owns real property located at 4755 Tuscan Loon Drive, Tampa, Florida 33619. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

295. Plaintiffs, Brett and Wendy Avner are citizens of Florida and together own real property located at 18020 Via Bellamare Lane, Miramar Lakes, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

296. Plaintiff, Frank Cardenas, III is a citizen of California and owns real property located at 4402 Ruth Avenue South, Lehigh Acres, Florida 33972. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

297. Plaintiffs, John Karcher and Deborah Coaker are citizens of Florida and together own real property located at 1730 Old Burnt Store Road North, Cape Coral, Florida 33993.

57

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

298.  Plaintiffs, Donald and Bobby Krause are citizens of Florida and together own real property located at 11685 Bald Eagle Way, Naples, Florida 34120.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

299.  Plaintiff, Derek Marinell is a citizen of Florida and owns real property located at 1045 Gladys Street, Lehigh Acres, Florida 33974.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

300.  Plaintiffs, John and Maria Mattesich, Rosemary Johnson and Barbara Morin are citizens of Florida and together own real property located at 4338 Jacaranda Parkway, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

301.  Plaintiff, Orlando Pena is a citizen of Florida and owns real property located at 824 SW 17th Street, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

302.  Plaintiffs, Erasmo and Kathleen Rappa are citizens of Florida and together own real property located at 2128 South West 5th Avenue, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

303. Plaintiff, Carlos Zavala is a citizen of Florida and owns real property located at 14119 Danpark Loop, Fort Myers, Florida 33912. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

304. Plaintiff, Francisco Cardenas is a citizen of Florida and owns real property located at 6928 Marble Fawn Place, Riverview, Florida 33578. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

305. Plaintiff, Dian Gittens is a citizen of Florida and owns real property located at 4130 Bismarck Palm Drive, Tampa, Florida 33610. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

306. Plaintiff, Fernando Guzman is a citizen of Florida and owns real property located at 10830 Kensington Park Avenue, Riverview, Florida 33578. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

307. Plaintiff, Danny Keeling is a citizen of Florida and owns real property located at 2550 Sea Wind Way, Clearwater, Florida 33763. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

308. Plaintiffs, Michael and Mary Ellen Mattia are citizens of Florida and together own

59

real property located at 10834 Kensington Park Avenue, Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

309. Plaintiffs, Richard and Rita Vayda are citizens of Florida and together own real property located at 366 Recker Highway, Auburndale, Florida 33823. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

310. Plaintiffs, Edgar Corea and Elsie Gilmore are citizens of Florida and together own real property located at 12600 South West 50th Court, #407, Miramar, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

311. Plaintiffs, Patrick and Ann Hanlon are citizens of Florida and together own real property located at 3407 West Oakellar Avenue, Tampa, Florida 33611. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

312. Plaintiff, Shawn Henson is a citizen of Virginia and owns real property located at 1213 Avondale Lane, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

313. Plaintiffs, Ashley and Gloria McKnight are citizens of Florida and together own real property located at 505 North West 3rd Place, Dania Beach, Florida 33004. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

314.  Plaintiffs, Ross and Jacyln Paskow are citizens of Florida and together own real property located at 12430 SW 50th Street - Unit 129, Miramar, Florida 33027.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

315.  Plaintiff, Benito Quaranta is a citizen of Florida and owns real property located at 4541 Rolling Greene Drive, Wesley Chapel, Florida 33543.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

316.  Plaintiffs, Chris and Kate Quinn are citizens of Florida and together own real property located at 4210 West Kensington Avenue, Tampa, Florida 33629.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

317.  Plaintiffs, Brian Jones and Kimberly Davis are citizens of Florida and together own real property located at 2015 Sea Ray Shore Drive, Clearwater, Florida 33763.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

318.  Plaintiff, Jorge Junco is a citizen of Florida and owns real property located at 536 Vincinda Crest Way, Tampa, Florida 33619.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

319.  Plaintiffs, Christopher and Rosemary Knight are citizens of Florida and together

own real property located at 21311 Morning Mist Way, Land O Lakes, Florida 34639. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

320. Plaintiffs, Perry and Cassandra Fontenot are citizens of Virginia and together own real property located at 1016 Hollymeade Circle, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

321. Plaintiffs, Philip and Clarine Allen are citizens of Virginia and together own real property located at 907 Eastfield Lane, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

322. Plaintiffs, Taddarreio and Mattea Atkins are citizens of Virginia and together own real property located at 955 Hollymeade Circle, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

323. Plaintiff, Eric Bailey is a citizen of Virginia and owns real property located at 958 Hollymeade Circle, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

324. Plaintiffs, Jerry and Inez Baldwin are citizens of Virginia and together own real property located at 4020 Dunbarton Circle, Williamsburg, Virginia 23188. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

325. Plaintiffs, Demitrous Blount and Brian Riera are citizens of Virginia and together own real property located at 963 Hollymeade Circle, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

326. Plaintiffs, Craig and Angela Brown are citizens of Virginia and together own real property located at 1031 Hollymeade Circle, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

327. Plaintiff, Demetria Burgohy is a citizen of Virginia and owns real property located at 950 Hollymeade Circle, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

328. Plaintiffs, Byron and Maria Crist are citizens of Virginia and together own real property located at 2408 Caitlan Loch Lane, Virginia Beach, Virginia 23456. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

329. Plaintiffs, Dan and Maureen Day are citizens of Virginia and together own real property located at 1804 Mayberry Drive, Virginia Beach, Virginia 23456. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

330. Plaintiffs, Lisa and Jason Dunaway are citizens of Virginia and together own real

property located at 27206 Flaggy Run Road, Courtland, Virginia 23837. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

331. Plaintiff, Jeffrey Dunn is a citizen of Virginia and owns real property located at 8170 N. View Boulevard, Norfolk, Virginia 23518. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

332. Plaintiff, Rick Edmonds is a citizen of Virginia and owns real property located at 801 Holly Street, Richmond, Virginia 23220. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

333. Plaintiff, Amanda Fowle is a citizen of Virginia and owns real property located at 957 Hollymeade Circle, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

334. Plaintiff, Carol Freeman is a citizen of Virginia and owns real property located at 951 Hollymeade Circle, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

335. Plaintiffs, Barbara and Peter Galgano are citizens of Maryland and together own real property located at 8105 Kirkcaldy Court, Williamsburg, Virginia 23188. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

336. Plaintiff, Tappan Gandy is a citizen of Virginia and owns real property located at 1215 Avondale Lane, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

337. Plaintiff, Michelle Germano is a citizen of Virginia and owns real property located at 8171 N. View Boulevard, Norfolk, Virginia 23518. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

338. Plaintiffs, Arvin and Clarissa Goboy are citizens of Virginia and together own real property located at 3972 Border Way, Virginia Beach, Virginia 23456. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

339. Plaintiffs, Roy and Juanita Gulledge are citizens of Virginia and together own real property located at 1772 Carriage Drive, Hampton, Virginia 23664. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

340. Plaintiff, John Harvilla is a citizen of Virginia and owns real property located at 967 Hollymeade Circle, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

341. Plaintiffs, Steve and Liz Heischober are citizens of Virginia and together own real

65

property located at 214A 80th Street, Virginia Beach, Virginia 23451. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

342. Plaintiffs, Curtis and Lynn Hinkley and Stephanie Hinkley-Lopez are citizens of North Carolina and together own real property located at 156 Mulbery Lane, Hertford, North Carolina 27944. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

343. Plaintiffs, Dennis and Sharon Jackson are citizens of Virginia and together own real property located at 8151 N. View Blvd., Norfolk Virginia 23518. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

344. Plaintiff, Pryncess Johnson is a citizen of Virginia and owns real property located at 959 Hollymeade Circle, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

345. Plaintiffs, Richard and Delores Jones and Valerie Anderson are citizens of Virginia and together own real property located at 1010 Hollymeade Circle, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

346. Plaintiffs, Joe and Cathy Leach are citizens of Virginia and together own real

property located at 4043 Dunbarton Circle, Williamsburg, Virginia 23188. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

347. Plaintiffs, Jon and Suzanne Lenander are citizens of Virginia and together own real property located at 8108 Helmsdale Court, Williamsburg, Virginia 23188. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

348. Plaintiff, Christopher Levy is a citizen of Virginia and owns real property located at 4644 Lake Drive, Virginia Beach, Virginia 23455. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

349. Plaintiffs, Turner and Juanita Mackall are citizens of Virginia and together own real property located at 1211 Avondale Lane, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

350. Plaintiffs, Elizabeth and Joseph Matulenas are citizens of Virginia and together own real property located at 163 South Gum Avenue, Virginia Beach, Virginia 23452. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

351. Plaintiffs, Preston and Rachel McKellar are citizens of Virginia and together own real property located at 1008 Hollymeade Circle, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

352. Plaintiffs, Fred and Vanessa Michaux are citizens of Virginia and together own real property located at 901 Eastfield Lane, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

353. Plaintiffs, William and Deborah Morgan are citizens of Virginia and together own real property located at 8495 Ashington Way, Williamsburg, Virginia 23188. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

354. Plaintiffs, Colleen and Tuan Nguyen are citizens of Virginia and together own real property located at 1100 Michaelwood Drive, Virginia Beach, Virginia 23452. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

355. Plaintiff, Gunman Oh is a citizen of Virginia and owns real property located at 961 Hollymeade Circle, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

356. Plaintiffs, Robert and Lisa Orlando are citizens of Virginia and together own real property located at 4091 Dunbarton Circle, Williamsburg, Virginia 23188. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

357. Plaintiffs, Marlon and Latosha Parker are citizens of Virginia and together own real

property located at 954 Hollymeade Circle, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

358. Plaintiffs, Jacqueline and Rodney Phillips are citizens of Virginia and together own real property located at 1025 Hollymeade Circle, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

359. Plaintiff, Robert Popovitch is a citizen of Virginia and owns real property located at 1217 Avondale Lane, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

360. Plaintiffs, Anton and Melissa Riedl are citizens of Virginia and together own real property located at 969 Hollymeade Circle, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

361. Plaintiffs, Karen and Vincent Sakony are citizens of Virginia and together own real property located at 4063 Dunbarton Circle, Williamsburg, Virginia 23188. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

362. Plaintiff, Mark Sakowski is a citizen of Virginia and owns real property located at 120 Chanticleer Court, Williamsburg, Virginia 23185. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

363. Plaintiff, Karl Sherwood is a citizen of Virginia and owns real property located at 1029 Hollymeade Circle, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

364. Plaintiff, Catherin Simpson is a citizen of Virginia and owns real property located at 112 Chanticleer Court, Williamsburg, Virginia 23185. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

365. Plaintiff, Juanita Smith is a citizen of Virginia and owns real property located at 956 Hollymeade Circle, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

366. Plaintiff, Ben Walker is a citizen of Virginia and owns real property located at 1012 Hollymeade Circle, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

367. Plaintiff, Lawrence Ward is a citizen of Virginia and owns real property located at 214-B 80th Street, Virginia Beach, Virginia 23451. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

368. Plaintiffs, Gregory and Flordeliza Woodson are citizens of Virginia and together

own real property located at 3965 Border Way, Virginia Beach, Virginia 23456. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

369. Plaintiffs, Joe and Delma Anello are citizens of Virginia and together own real property located at 3957 Border Way, Virginia Beach, Virginia 23456. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

370. Plaintiff, Victoria Cain is a citizen of Virginia and owns real property located at 1020 Hollymeade Circle, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

371. Plaintiff, Vida Dillard is a citizen of Virginia and owns real property located at 1219 Avondale Lane, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

372. Plaintiff, Michael Hollingsworth is a citizen of Virginia and owns real property located at 905 Easfield Lane, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

373. Plaintiffs, Frank and Yvonne Topf are citizens of Virginia and together own real property located at 2417 Caitlan Loch Lane, Virginia Beach, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

374. Plaintiffs, Gerald and Michelle Barnes are citizens of Virginia and together own real property located at 5588 Brixton Road, Williamsburg, Virginia 23185. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

375. Plaintiffs, Papansam, P. Ahalya and Rajiv Hrishikesh are citizens of Virginia and together own real property located at 5599 Brixton Road, Williamsburg, Virginia 23185. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

376. Plaintiff, Zenaida Perez, is a citizen of Virginia and owns real property located at 965 Hollymeade Circle, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

377. Plaintiff, Edwin Cousins, III is a citizen of Virginia and owns real property located at 952 Hollymeade Street, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

378. Plaintiffs, Brenda and Charles Whittington are citizens of Virginia and together own real property located at 2105 Governors Pointe Drive, Suffolk, Virginia 23436. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

379. Plaintiff, Roger Atwell is a citizen of Virginia and owns real property located at

5516 Brixton Road, Williamsburg, Virginia 23185. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

380. Plaintiff, Michael Levine is a citizen of Virginia and owns real property located at 5548 Brixton Road, Williamsburg, Virginia 23185. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

381. Plaintiffs, Matt and Candi Darst are citizens of Virginia and together own real property located at 1014 Hollymeade Circle, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

382. Plaintiff, Hoo Suk Lee is a citizen of Virginia and owns real property located at 1018 Hollymeade Circle, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

383. Plaintiff, Soon Kim is a citizen of Virginia and owns real property located at 1022 Hollymeade Circle, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

384. Plaintiff, Yeong Hee Hong is a citizen of Virginia and owns real property located at 5539 Bixton Road, Williamsburg, Virginia 23185. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

385. Plaintiff, David Starnes is a citizen of Virginia and owns real property located at 4095 Dunbarton Circle, Williamsburg, Virginia 23188. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

386. Plaintiff, Asa Holden Knight is a citizen of Virginia and owns real property located at 4319 Eleanors Way, Williamsburg, Virginia 23188. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

387. Plaintiffs, James and Kristin Griffin are citizens of Virginia and together own real property located at 311 Preservation Reach, Chesapeake, Virginia 23320. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

388. Plaintiffs, Bryan and Kimberly Wood are citizens of Virginia and together own real property located at 603 Mansion Road, Yorktown, Virginia 23693. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

389. Plaintiffs, Joshua and Sharntay Harry are citizens of Virginia and together own real property located at 903 Eastfield Lane, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

390. Plaintiffs, Nosel Tomas, Lance Coates, Virginia Masana, Flor Villania and Joan

74

Nestib are citizens of Virginia and together own real property located at 3961 Vorder Way, Virginia Beach, Virginia 23456. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

391. Plaintiffs, Daniel and Lillian Nolan are citizens of Virginia and together own real property located at 216 Wildlife Trace, Chesapeake, Virginia 23320. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

392. Plaintiffs, Andrew and Linda Smith are citizens of Virginia and together own real property located at 217 Wildlife Trace, Chesapeake, Virginia 23320. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

393. Plaintiff, Jeffrey Estes is a citizen of Virginia and owns real property located at 308 Preservation Reach, Chesapeake, Virginia 23320. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

394. Plaintiff, Robert Barrett is a citizen of Virginia and owns real property located at 310 Preservation Reach, Chesapeake, Virginia 23320. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

395. Plaintiffs, Gregory and Nancy Curtis are citizens of Virginia and together own real property located at 221 Wildlife Trace, Chesapeake, Virginia 23320. Plaintiffs are participating

as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

396. Plaintiffs, Kenneth and Jeri Johnson and Johnson Family Living Trust are citizens of Virginia and together own real property located at 609 Mansion Road, Yorktown, Virginia 23693. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

397. Plaintiff, Brad Bonsoulin is a citizen of Virginia and owns real property located at 4124 Brittany Way, Williamsburg, Virginia 23185. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

398. Plaintiffs, Hugh and Tracy Vest are citizens of Virginia and together own real property located at 111 Eston's Run, Yorktown, Virginia 23693. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

399. Plaintiffs, Dwight and Psyche Page are citizens of Virginia and together own real property located at 102 Overlook Point, Yorktown, Virginia 23693. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

400. Plaintiffs, Keith and Elizabeth Berry are citizens of Virginia and together own real property located at 607 Mansion Road, Yorktown, Virginia 23693. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

401.  Plaintiffs, Sara and Geoffrey Pagano are citizens of Virginia and together own real property located at 211 Wildlife Trace, Chesapeake, Virginia 23320.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

402.  Plaintiffs, James and Sheri Fields are citizens of Virginia and together own real property located at 1203 Avondale Lane, Newport News, Virginia 23602.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

403.  Plaintiff, Jason Purse is a citizen of Virginia and owns real property located at 4309 Creekside Loop, Williamsburg, Virginia 23188.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

404.  Plaintiffs, Lupe and Joseph Charsagua are citizens of Virginia and together own real property located at 610 Mansion Road, Yorktown, Virginia 23693.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

405.  Plaintiffs, John and Margaret Galanda are citizens of North Carolina and together own real property located at 186 Cedarwood Boulevard, Hertford, North Carolina 27944.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

406.  Plaintiff, Jason McLaain is a citizen of Virginia and owns real property located at

77

3209 Rannock Moor, Williamsburg, Virginia 23188. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

407. Plaintiffs, Christopher and Carrie Dolan are citizens of Virginia and together own real property located at 3302 Rannock Moor, Williamsburg, Virginia 23188. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

408. Plaintiffs, Paul and Janet Jones are citizens of Virginia and together own real property located at 3303 Rannock Moor, Williamsburg, Virginia 23188. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

409. Plaintiffs, Susan and Jeffrey Tierney are citizens of Virginia and together own real property located at 3301 Rannock Moor, Williamsburg, Virginia 23188. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

410. Plaintiffs, Jason and Jessica Madzuma are citizens of Virginia and together own real property located at 5303 Center Street, Williamsburg, Virginia 23188. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

411. Plaintiffs, Scott and Margaret Jarrett are citizens of Virginia and together own real property located at 3210 Rannock Moor, Williamsburg, Virginia 23188. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

412.  Plaintiffs, Anthony and Caroline Palamidessi are citizens of Virginia and together own real property located at 3309 Aaron Thistle, Williamsburg, Virginia 23188.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

413.  Plaintiff, Frances Myott is a citizen of Virginia and owns real property located at 3208 Rannock Moor, Williamsburg, Virginia 23188.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

414.  Plaintiff, Mariana Lee is a citizen of Virginia and owns real property located at 4320 Lydia Drive, Williamsburg, Virginia 23188.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

415.  Plaintiff, Alexander Anderson is a citizen of Virginia and owns real property located at 309 Preservation Reach, Chesapeake, Virginia 23320.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

416.  Plaintiff, Ronald Campana, Jr., is a citizen of Virginia and owns real property located at 4323 Eleanors Way, Williamsburg, Virginia 23188.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

417.  Plaintiffs, Marcus and Debbie Stevenson are citizens of Arizona and together own

real property located at 2506 Swilkens Bridge, Williamsburg, Virginia 23188. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

418. Plaintiffs, Nathan and Elizabeth Kiewiet are citizens of Virginia and together own real property located at 3307 Arran Thistle, Williamsburg, Virginia 23188. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

419. Plaintiff, Bryon Hand is a citizen of Virginia and owns real property located at 3207 Arran Thistle, Williamsburg, Virginia 23188. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

420. Plaintiffs, Calvin and Tammy Loper are citizens of Virginia and together own real property located at 321 Croft Crossing, Chesapeake, Virginia 23320. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

421. Plaintiff, Cassie Evans is a citizen of Virginia and owns real property located at 4321 Eleanors Way, Williamsburg, Virginia 23188. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

422. Plaintiff, Jessica McLenaghan is a citizen of Virginia and owns real property located at 4317 Eleanors Way, Williamsburg, Virginia 23188. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

423. Plaintiffs, Warren and Ann Marie Higgs are citizens of Virginia and together own real property located at 2906 Craig End, Williamsburg, Virginia 23188. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

424. Plaintiffs, Marilou and Aladin Destacamento are citizens of Florida and together own real property located at 910 Alaska Avenue, Lehigh Acres, Florida 33971. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

425. Plaintiffs, William and Virginia Meehan are citizens of Connecticut and together own real property located at 2624 NW Embers Terrace, Cape Coral, Florida 33993 and 332 NE 26th Terrace, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

426. Plaintiffs, Matthew and Stephanie Distel are citizens of Florida and together own real property located at 1145 NW 28th Avenue, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

427. Plaintiffs, David and Cassidy Williams are citizens of Florida and together own real property located at 334 NW 17th Terrace, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

428. Plaintiffs, Antonio and Deborah Randazzo are citizens of Florida and together own real property located at 2193 Willoughby Street, Port Charlotte, Florida 33980. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

429. Plaintiffs, Joyce and James Morris are citizens of Florida and together own real property located at 12626 Astor Place, Fort Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

430. Plaintiffs, Luis and Odette Santos are citizens of Florida and together own real property located at 3251 Lee Way Court, N. Fort Myers, Florida 33903. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

431. Plaintiffs, Ralph and Catherine Sangiovanni are citizens of Florida and together own real property located at 2219 SE 27th Street, Cape Coral, Florida 33904. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

432. Plaintiff, Cristina Cruz is a citizen of Florida and owns real property located at 812 Adeline Avenue, Lehigh Acres, Florida 33971. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

433. Plaintiffs, Nelson and Losi Pinney are citizens of Florida and together own real property located at 138 SE 29th Street, Cape Coral, Florida 33904. Plaintiffs are participating as

82

class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

434. Plaintiff, Pollux, LLC is a citizen of Florida and owns real property located at 721 Ashley Road, Lehigh Acres, Florida 33974, 1257 Brook Park Avenue, Lehigh Acres, Florida 33913, 1145 Pineda Street East, Lehigh Acres, Florida 33974, 1220 Ederle Street, Lehigh Acres, Florida 33974. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

435. Plaintiffs, Mark Alan and Sandra Foster are citizens of Florida and together own real property located at 2832 Sarletto Street, North Port, Florida 34288. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

436. Plaintiff, Ashley Ball is a citizen of Florida and owns real property located at 19420 La Serena Drive, Fort Myers, Florida 33967. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

437. Plaintiff, Paulett Antinarelli is a citizen of Florida and owns real property located at 914 SW 23rd Street, Cape Coral, Florida 33991. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

438. Plaintiff, Janet Avery is a citizen of Florida and owns real property located at 10671 Camerelle Circle, Fort Myers, Florida 33913. Plaintiff is participating as a class representative in

83

the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

439. Plaintiffs, Garry and Lynn Baker are citizens of Ohio and together own real property located at 2817 NW 4th Terrace, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

440. Plaintiff, Casel Bowen is a citizen of Florida and owns real property located at 4834 Tuscan Loon Drive, Tampa, Florida 33619. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

441. Plaintiffs, Robert Bynoe and Jennifer Little-Bynoe are citizens of Florida and together own real property located at 190 Valdira Street, Punta Gorda, Florida 33983. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

442. Plaintiff, David Carr is a citizen of Florida and owns real property located at 3602 Oakwood Drive, Wesley Chapel, Florida 33543. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

443. Plaintiffs, Ariel and Mitchell Chimelis are citizens of Florida and together own real property located at 561 SW Prater Avenue, Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

444. Plaintiffs, Alfred and Lorraine Cirinelli are citizens of New Jersey and together own real property located at 304 SE 21st Terrace, Cape Coral, Florida 33990. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

445. Plaintiff, James Clark is a citizen of Florida and owns real property located at 6710 SW Miami Avenue, Arcadia, Florida 34266. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

446. Plaintiffs, Jimmy and Patricia Clark are citizens of Florida and together own real property located at 3432 SW 15th Terrace, Cape Coral, Florida 33914. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

447. Plaintiff, Jenine Colello is a citizen of Florida and owns real property located at 2201 NW Embers Terrace, Cape Coral, Florida 33993. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

448. Plaintiffs, Manfredo and Maria Cotraccia are citizens of New York and together own real property located at 11569 Hammocks Glade Drive, Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

449. Plaintiff, Donnett Daley is a citizen of Florida and owns real property located at 2518 55th Street W., Lehigh Acres, Florida 33971. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

450.  Plaintiff, John C. DeYoung is a citizen of Florida and owns real property located at 4147 Courtside Way, Tampa, Florida 33618.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

451.  Plaintiff, Demetrius Dixon is a citizen of Florida and owns real property located at 11421 Mountain Bay Drive, Riverview, Florida 33569.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

452.  Plaintiffs, Timothy and Melissa Dorman are citizens of Florida and together own real property located at 10703 Rockledge View Drive, Riverview, Florida 33579.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

453.  Plaintiff, Richard Edwards is a citizen of Florida and owns real property located at 1629 SW 14th Place, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

454.  Plaintiffs, Vincent and Doren Emandez are citizens of Florida and together own real property located at 11310 Bridge Pine Drive, Riverview, Florida 33569.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

455. Plaintiffs, William and Vicki Foster are citizens of Florida and together own real property located at 10814 Fortina Drive, Fort Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

456. Plaintiffs, Gary and Patricia Gallucci are citizens of Florida and together own real property located at 10862 Tiberio Drive, Fort Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

457. Plaintiffs, Scott and Amy Garrity are citizens of Florida and together own real property located at 14820 Ninebark Court, Land O'Lakes, Florida 34638. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

458. Plaintiffs, Anthony and Candace Gody are citizens of Florida and together own real property located at 18042 Tiberio Drive, Fort Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

459. Plaintiff, Wesley Harrison is a citizen of Florida and owns real property located at 6661 Woodland Road, Macclenny, Florida 32063. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

460. Plaintiffs, Kyle and Mamie Himmelberger are citizens of Florida and together own real property located at 900 SW Embers Terrace, Cape Coral, Florida 33991. Plaintiffs are

87

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

461. Plaintiffs, Edd and Mary Hipps are citizens of Florida and together own real property located at 4506 Highland Creek Drive, Plant City, Florida 33567. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

462. Plaintiffs, Robert and colleen Jablonski are citizens of Florida and together own real property located at 8000 Allamando Court, Lehigh Acres, Florida 33872. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

463. Plaintiffs, Jason and Jessica James are citizens of Florida and together own real property located at 3850 NW 32nd Place, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

464. Plaintiffs, Henrik and Jennifer Johansson are citizens of Florida and together own real property located at 27070 Eden Rock Court, Bonita Springs, Florida 34135. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

465. Plaintiff, Kaufman/Manley, a General Partnership owns real property located at 13966 Clubhouse Drive, Tampa, Florida 33618. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

466. Plaintiffs, Houchang and Hazel Khatamian are citizens of Florida and together own real property located at 2710 SW 10th Avenue, Cape Coral, Florida 33914. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

467. Plaintiff, Peter Kotajarvi is a citizen of Illinois and owns real property located at 4141 Courtside Way, Tampa, Florida 33618. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

468. Plaintiffs, Dennis and Karen Lang are citizens of Florida and together own real property located at 1717 NE 4th Place, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

469. Plaintiffs, Giovanni and Christine Latona are citizens of Florida and together own real property located at 2056 NE 20th Terrace, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

470. Plaintiffs, John and Jacine Lester and Larry Schiller are citizens of Florida and together own real property located at 921 NW 8th Place, Cape Coral, Florida 33993 and 1901 NE 4th Place, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

471. Plaintiff, Mauricio Londono is a citizen of Florida and owns real property located at

4635 Rolling Green Drive, Wesley Chapel, Florida 33543. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

472. Plaintiffs, Wsvaldo and Martha Madrigal are citizens of Florida and together own real property located at 2716 16th Street West, Lehigh Acres, Florida 33871. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

473. Plaintiffs, Joseph and Christina McKinnon are citizens of Florida and together own real property located at 528 Wheaton Trent Place, Tampa, Florida 33619. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

474. Plaintiffs, Brian and Stephanie McLendon are citizens of Florida and together own real property located at 11317 Bridge Pine Drive, Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

475. Plaintiffs, Michael and Stephanie McNeill are citizens of Florida and together own real property located at 13940 Clubhouse Drive, Tampa, Florida 33618. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

476. Plaintiff, Nelson Medina is a citizen of Florida and owns real property located at 18472 Sunflower Road, Fort Myers, Florida 33967. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

477.  Plaintiffs, Stuart and Lee Meyers are citizens of Florida and together own real property located at 12491 Verandah Blvd., Fort Myers, Florida 33905.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

478.  Plaintiff, Samuel Mirakian is a citizen of Ohio and owns real property located at 20316 Larino Loop, Estero, Florida 33928 and 20345 Larino Loop, Estero, Florida 33928. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

479.  Plaintiffs, Imtiaz and Sabita Mohammed are citizens of Florida and together own real property located at 324 Laurel Avenue South, Lehigh Acres, Florida 33974.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

480.  Plaintiffs, Tony and Veronica Morton and Mendel and Debbie Tipton are citizens of Kentucky and together own real property located at 703 SW 22nd Terrace, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

481.  Plaintiffs, James and Kathleen Nichols are citizens of Florida and together own real property located at 1217 NE 7th Place, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

91

482. Plaintiffs, Magno and Aracelli Nuqui are citizens of Florida and together own real property located at 10860 Tiberio Drive, Fort Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

483. Plaintiff, Joan Patterson is a citizen of Florida and owns real property located at 1934 Rowland Drive, Odessa, Florida 33556. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

484. Plaintiffs, Anthony and Marcia Perga are citizens of Florida and together own real property located at 13932 Clubhouse Drive, Tampa, Florida 33618. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

485. Plaintiffs, Steven and Dorothy Raucci are citizens of Florida and together own real property located at 10856 Tiberio Drive, Fort Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

486. Plaintiffs, Rigoberto and Maria Rivas, Luis Mitjans and Arturo Loynaz are citizens of Florida and together own real property located at 3506 Tropicana Parkway West, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

487. Plaintiffs, Damian and Sonia Rivera are citizens of Florida and together own real

92

property located at 3518 20th Street, SW, Lehigh Acres, Florida 33876.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

488.  Plaintiff, Ann Rosko is a citizen of Florida and owns real property located at 705 Bently Street East, Lehigh Acres, Florida 33874.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

489.  Plaintiff, Russell Winsome is a citizen of Florida and owns real property located at 184 Wanatah Avenue, Lehigh Acres, Florida 33874.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

490.  Plaintiffs, Samir and Julia Salman are citizens of Michigan and together own real property located at 3620 SW 3rd Terrace, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

491.  Plaintiffs, Francisco and Maricellis Santana are citizens of Florida and together own real property located at 1311 Bridge Pine Drive, Riverview, Florida 33569.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

492.  Plaintiffs, Eric and Andrea Sonnie are citizens of Ohio and together own real property located at 10864 Tiberio Drive, Fort Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying

93

this amended complaint which are incorporated herein by reference.

493. Plaintiffs, Francisco Sulen and Diana King are citizens of Florida and together own
real property located at 8502 Summer Avenue, Fort Myers, Florida 33908. Plaintiffs are
participating as class representatives in the class and subclasses as set forth in the schedules
accompanying this amended complaint which are incorporated herein by reference.

494. Plaintiffs, Eddie and Michele Teague are citizens of Florida and together own real
property located at 2807 21st Street West, Lehigh Acres, Florida 33871. Plaintiffs are
participating as class representatives in the class and subclasses as set forth in the schedules
accompanying this amended complaint which are incorporated herein by reference.

495. Plaintiff, Stephen Valcq is a citizen of Florida and owns real property located at
11250 NE 220th Street, Fort McCoy, Florida 32134. Plaintiff is participating as a class
representative in the class and subclasses as set forth in the schedules accompanying this
amended complaint which are incorporated herein by reference.

496. Plaintiff, Gladys Valle is a citizen of Florida and owns real property located at 302
NE 14th Street, Cape Coral, Florida 33909. Plaintiff is participating as a class representative in
the class and subclasses as set forth in the schedules accompanying this amended complaint
which are incorporated herein by reference.

497. Plaintiff, Joan Watson Trust owns real property located at 10834 Tiberio Drive, Fort
Myers, Florida 33913. Plaintiff is participating as a class representative in the class and
subclasses as set forth in the schedules accompanying this amended complaint which are
incorporated herein by reference.

498. Plaintiffs, Scott and Lucille Whitlock are citizens of Florida and together own real

94

property located at 1124 NE 14th Street, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

499. Plaintiffs, Lee and Kimberly Yost are citizens of Florida and together own real property located at 13954 Clubhouse Drive, Tampa, Florida 33618. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

500. Plaintiff, Joseph Serio is a citizen of Louisiana and owns real property located at 5 Hunter Place, Metairie, Louisiana 70001. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

501. Plaintiff, Mindy Sitaras is a citizen of Florida and owns real property located at 15948 Fish Hawk Creek, Lithia, Florida 33547. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

502. Plaintiff, Mark Hamwee is a citizen of London and owns real property located at 2557 Deerfield Lake Court, Cape Coral, Florida 33909. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

503. Plaintiff, Marie Desire is a citizen of Florida and owns real property located at 4734 14th Street SW, Lehigh Acres, Florida 33973 and 4736 14th Street, SW, Lehigh Acres, Florida 33973. Plaintiff is participating as a class representative in the class and subclasses as set forth in

95

the schedules accompanying this amended complaint which are incorporated herein by reference.

504.  Plaintiff, Tyrone C. Turner is a citizen of Louisiana and owns real property located at 17447 Rosemont Drive, Prairieville, Louisiana 70769.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

## DEFENDANTS

505.  Unless specifically stated to the contrary, all individual defendants are citizens of the state where they do business and all entities are citizens of the state where they are organized. For those entities, where the state of organization is not listed, it is asserted upon information and belief that the entity is incorporated and/or organized in the state of its principal place of business.

### The Manufacturing Defendants

506.  Defendant, Beijing New Building Materials Public Limited Co. is a foreign corporation doing business in several States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Upon information and belief, Defendant, together with its affiliates and/or actual or apparent agents, manufactured, sold, distributed, marketed and placed within the stream of commerce gypsum drywall with the expectation that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Upon information and belief, Defendant has continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is installed in numerous structures in the United States. Defendant manufactured and

sold, directly and indirectly, to certain suppliers in the United States.

507. Defendant, Taishan Gypsum Co., Ltd. F/k/a Shandong Taihe Dongxin Co., Ltd. is a foreign corporation doing business in several States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Upon information and belief, Defendant, together with its affiliates and/or actual or apparent agents, manufactured, sold, distributed, marketed and placed within the stream of commerce gypsum drywall with the expectation that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Upon information and belief, Defendant has continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is installed in numerous structures in the United States. Defendant manufactured and sold, directly and indirectly, to certain suppliers in the United States.

508. Defendant, Taian Taishan Plasterboard Co., Ltd. is a foreign corporation doing business in several States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Upon information and belief, Defendant, together with its affiliates and/or actual or apparent agents, manufactured, sold, distributed, marketed and placed within the stream of commerce gypsum drywall with the expectation that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Upon information and belief, Defendant has continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is installed in numerous structures in the United States. Defendant manufactured and sold, directly and indirectly, to

certain suppliers in the United States.

509. Defendant, Taian Taishan Plasterboard Co., Ltd. is a wholly owned subsidiary of Defendant, Taishan Gypsum Co., Ltd. F/k/a Shandong Taihe Dongxin Co., Ltd. ( Taian Taishan Plasterboard Co., Ltd. and Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. are collectively referred to herein as "Taishan").

510. Defendant, Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. is a foreign corporation doing business in several States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Upon information and belief, Defendant, together with its affiliates and/or actual or apparent agents, manufactured, sold, distributed, marketed and placed within the stream of commerce gypsum drywall with the expectation that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Upon information and belief, Defendant has continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is installed in numerous structures in the United States. Defendant manufactured and sold, directly and indirectly, to certain suppliers in the United States.

511. Defendant, Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. is a foreign corporation doing business in several States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Upon information and belief, Defendant, together with its affiliates and/or actual or apparent agents, manufactured, sold, distributed, marketed and placed within the stream of

commerce gypsum drywall with the expectation that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Upon information and belief, Defendant is the manufacturer, importer, exporter, distributor, supplier and/or broker of drywall bearing markings that state, "Crescent City Gypsum, Inc."

### The Unascertainable Manufacturer Defendants

512. Upon information and belief, certain defendants are manufacturers of the defective Chinese manufactured drywall at issue in this litigation. Because these defendants have fraudulently concealed their identities and/or their involvement in the manufacture, distribution, supply, sale, importing, exporting, and/or brokering of the defective drywall at issue in this litigation they are considered "unascertainable manufacturer defendants." Certain of the defendants below (and the Plaintiffs asserting claims against them) may later need to be included in the proceedings in *Gross, et al. v. Knauf GIPS KG, et al.*, Case No. 09-6690 (E.D.La.), as parties to the Plaintiffs' Omnibus Class Action Complaint in Intervention (III).

513. Defendant, Prowall Drywall, Inc. a.k.a. Prowall; Pro Wall and Pro-Wall (hereafter "Pro Wall") is a manufacturer, importer, exporter, distributor, supplier, and/or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Class and Subclass Members. Defendant's address and place of incorporation are unknown and have been fraudulently concealed by this Unascertainable Defendant and others.

514. Defendant, International Materials Trading a.k.a. IMT Gypsum; International Materials Trading, Ltd.; IMT; International Materials Trading IMT Chinese Plasterboard; and International Materials Trading (IMT) Gypsum (hereafter "IMT") is a manufacturer, importer,

exporter, distributor, supplier, and/or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Class and Subclass Members. Defendant's address and place of incorporation are unknown and have been fraudulently concealed by this Unascertainable Defendant and others.

515. Defendant, Panel Rey a.k.a. Panel de Yeso Panel (hereafter "Panel Rey") is a manufacturer, importer, exporter, distributor, supplier, and/or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Class and Subclass Members. Defendant's address and place of incorporation are unknown and have been fraudulently concealed by this Unascertainable Defendant and others.

516. Defendant, Shamrock Gold is a manufacturer, importer, exporter, distributor, supplier, and/or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Class and Subclass Members. Defendant's address and place of incorporation are unknown and have been fraudulently concealed by this Unascertainable Defendant and others.

517. Defendant, Gridmarx a.k.a. GridmarX; Grid Marx and GridMarX (hereafter "Gridmarx") is a manufacturer, importer, exporter, distributor, supplier, and/or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Class and Subclass Members. Defendant's address and place of incorporation are unknown and have been fraudulently concealed by this Unascertainable Defendant and others.

518. Defendant, Gypsum Board is a manufacturer, importer, exporter, distributor, supplier, and/or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Class and Subclass Members. Defendant's address

and place of incorporation are unknown and have been fraudulently concealed by this Unascertainable Defendant and others.

519. Defendant, USB is a manufacturer, importer, exporter, distributor, supplier, and/or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Class and Subclass Members. Defendant's address and place of incorporation are unknown and have been fraudulently concealed by this Unascertainable Defendant and others.

520. Defendant, Pabco is a manufacturer, importer, exporter, distributor, supplier, and/or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Class and Subclass Members. Defendant's address and place of incorporation are unknown and have been fraudulently concealed by this Unascertainable Defendant and others.

## The Distributor/Supplier/Importer/Exporter/Broker Defendants

521. Defendant USG Corporation is a Delaware corporation with a principal place of business in Chicago, Illinois. USG, together with its various affiliates, including its subsidiary, L&W Supply Corporation and Seacoast Supply Company, is the nation's largest distributor of drywall and related building products. USG, through its subsidiary L&W Supply Corporation, sold, distributed, supplied, marketed, inspected, imported, exported, or delivered the drywall at issue in this litigation. USG is responsible for the actions of its subsidiary through control person and other management activities.

522. Defendant, L&W Supply Corporation d/b/a Seacoast Supply Company is an entity or individual with a principal place of business at 550 W. Adams Street, Dept. 174, Chicago,

Illinois 60661. Defendant is organized under the laws of Delaware. L&W Supply Corporation is

a subsidiary of USG. Defendant is a importer, exporter, distributor or supplier of drywall and

related building products that engaged in these practices, which has resulted in harm and

damages to Subclass Members.

523. Defendant, Ace Hardware Corporation is an entity or individual with a service

address at c/o Lexis Documents Services, Inc., Registered Agent, 150 S. Perry Street,

Montgomery, Alabama, 36104. Defendant is organized under the laws of Delaware. Defendant

is a importer, exporter, distributor, supplier or broker of drywall and related building products

that engaged in these practices, which has resulted in harm and damages to Subclass Members.

524. Defendant, Aces Towing Enterprises, L.L.C. is an entity or individual with a

principal place of business at 205 St. Bernard Hwy., Chalmette, Louisiana 70043 . Defendant is

organized under the laws of Louisiana. Defendant is a importer, exporter, distributor, supplier or

broker of drywall and related building products that engaged in these practices, which has

resulted in harm and damages to Subclass Members.

525. Defendant, All Florida Drywall Supplies, Inc. is an entity or individual with a

principal place of business at 8503 Sunstate St., Tampa, Florida 33634. Defendant is organized

under the laws of Florida. Defendant is a importer, exporter, distributor, supplier or broker of

drywall and related building products that engaged in these practices, which has resulted in harm

and damages to Subclass Members.

526. Defendant, Banner Supply Company Fort Myers, LLC is an entity or individual

with a principal place of business at 2910 Cargo Street, Fort Myers, Florida 33916. Defendant is

organized under the laws of Florida. Defendant is a importer, exporter, distributor, supplier or

broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

527. Defendant, Banner Supply company Pompano, LLC is an entity or individual with a principal place of business at 1660 SW 13th Court, Pompano Beach, Florida 33069. Defendant is organized under the laws of Florida. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

528. Defendant, Banner Supply Co. is an entity or individual with a principal place of business at 7195 NW 30th Street, Miami, Florida 33122. Defendant is organized under the laws of Florida. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

529. Defendant, Banner Supply International, LLC is an entity or individual with a principal place of business at 7195 NW 30th Street, Miami, Florida 33122. Defendant is organized under the laws of Florida. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

530. Defendant, BE Wholesale is an entity or individual with a principal place of business at 81 Golden Property Road, Bremen, Georgia 30110. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

531. Defendant, Black Bear Gypsum Supply, Inc. is an entity or individual with a

principal place of business at 2050 Tall Pines Drive, Suite B, Largo, Florida 33771. Defendant is organized under the laws of Florida. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

532. Defendant, Black Bear Gypsum, LLC is an entity or individual with a principal place of business at 2050 Tall Pines Drive, Suite B, Largo, Florida 33771. Defendant is organized under the laws of Florida. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

533. Defendant, Cajun Construction & Design, Inc. is an entity or individual with a service address at Clint Nunez, 2310 Perdido Street, New Orleans, Louisiana 70119. Defendant is organized under the laws of Louisiana. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

534. Defendant, HLP/GAC International, Inc. is an entity or individual with a service address at George Thomas Anding, 1718 Trinity Valley Drive, Carrollton, TX 75006. Defendant is organized under the laws of Texas. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

535. Defendant, City Salvage, Inc. is an entity or individual with a service address at Larry W. Loftin, 804 Lambert Street, Laurel, MS 39440. Defendant is organized under the laws of Mississippi. Defendant is a importer, exporter, distributor, supplier or broker of drywall and