# EXHIBIT B

Case 2:09-md-02047-EEF-JCW Document 14356-2 Filed 05/18/12 Page 2 of 4



Close

**'om:** Jim Geary

**To:** Rayna Atzenhoffer

**Cc:**

**Subject:** FW: quality report

**Sent:** 5/24/2006 8:43 AM **Importance:** Normal

-----Original Message-----
**From:** David Zhang [mailto:dzhang@metroresourcescorp.com]
**Sent:** Tuesday, May 23, 2006 5:44 PM
**To:** jgeary@interiorexterior.net
**Cc:** tliang@metroresourcescorp.com
**Subject:** quality report

Jim:

Attached testing report is for your reference. If Chinese plant couldn't pass this test, they couldn't stamp "MADE IN CHINA, MEET OR EXCEED ASTM C1396 04 STANDARD". This testing report expiring date is on February 15, 2007.

Regards,
David

Inspection Certificate 062019-2.jpg Inspection Certificate 062019-1.jpg



Case 2:09-md-02047-EEF-JCW Document 14356-2 Filed 05/18/12 Page 3 of 4

# 国家建筑材料工业装饰装修建筑材料质量监督检验测试中心

Quality Supervision and Inspection Center of National Building Materials Industry for Decorating and Finishing Building Materials

# 检 验 报 告

# TEST REPORT

No. 062019 　　　　共2页 第1页 (page 2-1)

| 产品名称 Product | 石膏墙板 Gypsum Wallboard | 型号规格 Type and Dimension | 3660mm×1220mm×12.7mm |
|---|---|---|---|
| | | 商 标 Trademark | 泰山 |
| 委托单位 Entrusted by | 泰安市泰山纸面石膏板有限公司 Taian Taishan Plasterboard Co.,Ltd. | 检验类别 Test Mode | 委托检验 Delivered Sample Test |
| 生产单位 Manufacturer | 泰安市泰山纸面石膏板有限公司 Taian Taishan Plasterboard Co.,Ltd. | 样品等级 Sample Grade | 合格品 Qualified |
| 抽样地点 Sampling Site | / | 样品状态 Sample State | 完好，适合检验 Well, Suitable To Be Tested |
| 样品数量 Sample Quantity | 1组 A Set | 送样日期 Delivered Date | 2006.2.12 Feb.12,2006 |
| 抽样基数 Cardinal Number | / | 抽 样 者 Sampling Authority | / |
| 检验依据 Test Based Upon | ASTM C 473-03 | 生产日期 Produced Date | 2006.02.09 Feb.9,2006 |
| 判定依据 Judgement Based Upon | ASTM C 1396/C 1396M-04 | 检验项目 Test Items | 全项（除火焰传播系数） Overall (except flame spread index) |
| 检验结论 Conclusion | 按照美国标准 ASTM C 473-03《石膏板产品物理力学性能测试方法》中方法 A 对石膏墙板(3660mm×1220mm×12.7mm)进行委托检验，检验结果为所测指标符合 ASTM C 1396/C 1396M-04《石膏板》标准要求。 The product (3860mm×1220mm×12.7mm) of gypsum wallboard delivered by the manufacturer was tested in accordance with the method A of test methods ASTM C 473-03 *Test Methods for Physical Testing of Gypsum Panel Products*. The conclusion is that the testing datum of the product meets the ASTM C 1396/C 1396M-04 *Gypsum Board*. 签发日期：2006年2月16日 Signed Date: Feb.16,2006 | | |
| 备 注 Remarks | 本检验报告仅对来样负责，有效期为[illegible]。 The test report is responsible only for the sample delivered by the manufacturer. The valid period of the test report will only be within one year exactly after the signed date. | | |

批 准：Approver: 　　审 核：Checker: 　　编 制：Drawer:

INT/EXT01181

Case 2:09-md-02047-EEF-JCW Document 14356-2 Filed 05/18/12 Page 4 of 4

# 国家建筑材料工业
# 装饰装修建筑材料质量监督检验测试中心

Quality Supervision and Inspection Center of National Building Materials Industry for Decorating and Finishing Building Materials

# 检验报告
# TEST REPORT

No. 062019 　　　　共2页 第2页 (page 2-2)

| 序号 No. | 检验项目 TEST ITEM | | | 单位 UNIT | 检验结果 TEST VALUE | 标准指标 STANDARD VALUE |
|---|---|---|---|---|---|---|
| 1 | 断裂荷载 Flexural Strength (Breaking Load) | 纵向 Bearing Edges Perpendicular to Panel Length | 正面向上 Face Up | N | 561 | ≥489 |
| | | | 正面向下 Face Down | | 598 | |
| | | 横向 Bearing Edges Parallel to Panel Length | 正面向上 Face Up | N | 223 | ≥178 |
| | | | 正面向下 Face Down | | 263 | |
| 2 | 受潮挠度 Humidified Deflection | | | mm | 8.6 | ≤32 |
| 3 | 硬度 Hardness | 板芯 Core | | N | 126 | ≥87 |
| | | 端头 End | | | 134 | |
| | | 棱边 Edge | | | 114 | |
| 4 | 握钉力 Nail Pull Resistance | | | N | 401 | ≥356 |
| 5 | 尺寸允许偏差 Dimensions and Tolerances | 厚度 Thickness | 平均 Average | mm | +0.1 | ±0.4 |
| | | | 最大 Max. | | +0.3 | ±0.8 |
| | | 宽度 Width | | mm | -2 | 0~-3 |
| | | 长度 Length | | mm | -1 | ±6 |
| | | 楔形棱边深度 Tapered Edge Depth | | mm | 0.73 | 0.51~2.39 |
| | | 端头垂直度 End Squareness | | mm | 3 | ±8 |
| | | 棱边、端头平直度 Edges and Ends | | — | 平直 straight | 平直 straight |
| 6 | 外观质量 Appearance | | | — | 完好 perfect | 完好 perfect |
| 7 | 火焰传播系数 Flame Spread Index | | | — | / | ≤25 |

说明 REMARK: 按照美国标准 ASTM C 473-03《石膏板产品物理力学性能测试方法》中方法A对该样品进行检验。
The sample was tested in accordance with the method A of test methods ASTM C 473-03 *Test Methods for Physical Testing of Gypsum Panel Products*.

批准 Approver: 　　审核 Checker: 　　编制 Drawer:

INT/EXT01182