IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO THE CASE SET BY THE COURT FOR TRIAL INVOLVING NORTH RIVER | MAG. JUDGE WILKINSON |

MOTION OF THE NORTH RIVER INSURANCE COMPANY TO
(A) LIFT THE STAY AS TO CERTAIN PARTIES, (B) CONSOLIDATE
CERTAIN CLAIMS, AND ( C) REALIGN PARTIES

NOW INTO COURT, through undersigned counsel, comes Defendant The North River Insurance Company ("North River"), and for moving to (A) lift certain stays, (B) consolidate certain claims, and (C) realign certain parties, respectfully avers as follows:

Certain Knauf Entities ("Knauf"),[1] Interior/Exterior Building Supply Company ("INEX"), Arch Insurance Company, and Liberty Mutual Insurance Company so those parties participate fully in discovery and trial; are necessary and proper parties to any claims against The North River Insurance Company.  The stays must be lifted in part so that North River can fully litigate the claims against it in a unified proceeding rather than being forced to litigate in multiple piecemeal proceedings.  The claims of Cause No. 11-cv-01670, *The North River Insurance Company v. Knauf International, GmbH, et al.*, must be consolidated with the case to be tried against North River in order to avoid duplicative or piecemeal litigation.  Further, Knauf, and not the Plaintiffs, are the real party in interest as this case goes forward, and Knauf should be aligned as a plaintiff to present the true relationship of the parties and the real purpose in this case going

forward. For the reasons provided in the attached Memorandum in Support, North River prays that the Motion be granted and the relief requested therein be provided.

        Respectfully submitted,

        THOMPSON COE COUSINS & IRONS LLP

By:     /s *Eric B. Berger*
        BRIAN S. MARTIN, ESQ.
        KEVIN RISLEY, ESQ.
        RODRIGO "DIEGO" GARCIA, JR., ESQ.
        One Riverway, Suite 1600
        Houston, Texas 77056
        Phone: (713) 403-8282
        Fax:  (713) 403-8299
        bmartin@thompsoncoe.com

        LOBMAN CARNAHAN BATT ANGELLE
        & NADER

        SIDNEY J. ANGELLE, ESQ.
        La. Bar No. 1002
        ERIC B. BERGER, ESQ.
        La. Bar No. 26196
        400 Poydras Street, Suite 2300
        New Orleans, Louisiana 70130
        Phone: (504) 586-9292
        Fax:   (504) 586-1290
        sja@lcba-law.com

        ATTORNEYS FOR THE NORTH RIVER
        INSURANCE COMPANY

---

[1] "Certain Knauf Entities" refers to Knauf International GmbH, Knauf Insulation GmbH a/k/a Knauf USA, Knauf GIPS KG, Knauf Plasterboard (Wuhu) Co., Ltd., and Knauf Plasterboard (Tianjin) Co., Ltd.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on June 8, 2012.

                                                */s Eric B. Berger*
                                                ERIC B. BERGER