IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO THE CASE SET BY THE COURT FOR TRIAL INVOLVING NORTH RIVER | MAG. JUDGE WILKINSON |

REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT,** through undersigned counsel, comes Mover and Defendant, The North River Insurance Company**,** defendant in the above-numbered and entitled action, who, pursuant to Local Rule 78.1, respectfully requests oral argument on the Motion Of The North River Insurance Company To (A) Lift The Stay As To Certain Parties, (B) Consolidate Certain Claims, And ( C) Realign Parties set for hearing before this Honorable Court on the 11th day of July, 2012, at 9:00 a.m. or at a time set by this court so as to more fully address any questions the court may have concerning The North River Insurance Company's Motion.

    Respectfully submitted,

    THOMPSON COE COUSINS & IRONS LLP

    By:     /s Eric B. Berger
        BRIAN S. MARTIN, ESQ.
        KEVIN RISLEY, ESQ.
        RODRIGO "DIEGO" GARCIA, JR., ESQ.
        One Riverway, Suite 1600
        Houston, Texas 77056
        Phone: (713) 403-8206
        Fax:  (713) 403-8299
        bmartin@thompsoncoe.com

    -AND-

LOBMAN CARNAHAN BATT ANGELLE
& NADER, PLC

SIDNEY J. ANGELLE, ESQ.
La. Bar No. 1002
ERIC B. BERGER, ESQ.
La. Bar No. 26196
400 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Phone: (504) 586-9292
Fax:    (504) 586-1290
sja@lcba-law.com
ebb@lcba-law.com

ATTORNEYS FOR THE NORTH RIVER
INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on June 8, 2012.

                              _____*/s Eric B. Berger*_____
                              ERIC B. BERGER