UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| LAURA HAYA, et al. | * * | JUDGE FALLON (L) |
| vs. | * * | |
| TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD, et al. | * * * * | MAG. WILKINSON (4) |

CASE NO.: 11-1077

### ORDER GRANTING DEFENDANT MEDALLION HOMES GULF COAST, INC.'S MOTION TO EXCEED PAGE LIMITATION

Considering Defendant Medallion Homes Gulf Coast, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this 8th day of June 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE