UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 ) ) |
| | ) SECTION: L ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| ALL CASES | ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) ) |

## INDIVIDUAL PLAINTIFFS' NOTICE OF JOINDER TO PLAINTIFF DARIO ORLANDO'S MOTION FOR EXPEDITED RESOLUTION EFFORTS BY KNAUF FOR HOMEOWNERS WHO REMEDIATED KNAUF HOMES

COME NOW Individual Plaintiffs who have paid for the remediation of their Knauf homes[1], by and through their undersigned counsel, and respectfully join in Plaintiff Dario Orlando's Motion for Expedited Resolution Efforts by Knauf for Homeowners Who Remediated Knauf Homes, as follows:

The Individual Plaintiffs hereby file this Notice of Joinder for the limited purpose of joining in Plaintiff Dario Orlando's Motion for Expedited Resolution Efforts by Knauf for Homeowners Who Remediated Knauf Homes, and should not be construed as a waiver of any jurisdictional issues, all of which are expressly reserved

---

[1] The Undersigned represents the following homeowners who paid for remediation themselves and who had confirmed Knauf reactive drywall: Prabhakara and Ramathilakam Cuddapah, Jarl and Janice Tucker, James and Mariamma Albert, Peter and Mary Ann Crispino, William and Melanie Ford, Joseph and Patricia Pensabene, Derrick and Robin Peterson, Gerald and Helen Bell, Laurent Shabani – LABB Investments, Delroy and Jacqueline Pitter, Gladys Arriola, Ricardo Dabalsa, Adelky Pena, Jeremy and Carla Banks, Richard and Lorraine Silvestri, Vernon Boog – Steam Mill Enterprises Three, Inc., Brice and Lela Cumbie, and Lorie Milone, Lina Milone and Fernanda Ferrano.

by Individual Plaintiffs. Individual Plaintiffs incorporate by reference and adopt the arguments set forth in Plaintiff Dario Orlando's Motion for Expedited Resolution Efforts by Knauf for Homeowners Who Remediated Knauf Homes as if fully set forth herein.

Respectfully submitted this 11th day of June.

_____
C. David Durkee, Esq.
Carolina B. Suarez, Esq.
ROBERTS & DURKEE, P.A.
Alhambra Towers
Penthouse 1 – Suite 1603
121 Alhambra Plaza
Coral Gables, FL  33134
Phone:  (305) 442-1700
Fax:  (305) 442-2559
durkee@rdlawnet.com
*Counsel for Individual Plaintiffs*

Mark Milstein, Esq.
Paul D. Stevens, Esq.
Allison R. Willett, Esq.
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA  90405
Phone:  (310) 396-9600
Fax:  (310) 396-9635
*Counsel for Individual Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Individual Plaintiffs' Notice of Joinder has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 11th day of June, 2012.

C. David Durkee, Esq.
Carolina B. Suarez, Esq.
ROBERTS & DURKEE, P.A.
Alhambra Towers
Penthouse 1 – Suite 1603
121 Alhambra Plaza
Coral Gables, FL  33134
Phone:  (305) 442-1700
Fax:  (305) 442-2559
durkee@rdlawnet.com
*Counsel for Individual Plaintiffs*

3