UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:** | |
| THIS DOCUMENT RELATES TO:<br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D. La.) | |
| The Mitchell Co., Inc. v. Knauf Gips KG, et al., Case No. 09-4115 (E.D. La.) | |
| Wiltz v. Beijing New Building Materials Public Ltd. Co., et al., Case No. 10-361 (E.D. La.) | |
| Gross v. Knauf Gips KG, et al., 2:09-cv-06690 (E.D. La.) | |

**THE PLAINTIFFS' STEERING COMMITTEE'S MEMORANDUM IN SUPPORT OF MOTION IN LIMINE (NO. 1) TO ALLOW ADMISSION OF DEPOSITION TESTIMONY FROM CERTAIN WITNESSES AND IN REPLY TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' PROPOSED EVIDENCE SUBMITTED IN OPPOSITION TO DEFENDANTS' MOTIONS**

MAY IT PLEASE THE COURT:

The Plaintiffs' Steering Committee files this Memorandum in Support of its Motion in Limine (No.1) to Allow Admission of Deposition Testimony From Certain Witnesses and in Reply to Defendants' Objections to Plaintiffs' Proposed Evidence Submitted In Opposition to Defendants' Motions.

1

Defendants, Taishan Gypsum Co., Ltd. ("TG") and Taian Taishan Plasterboard ("TPP"), collectively who are referred to herein as "Taishan", filed Objections to Plaintiffs' Proposed Evidence that was submitted in opposition to Taishan's various Motions to Vacate Default and to Dismiss Complaints in the Germano, Mitchell, Gross and Wiltz matters.  In its Objections, Taishan requests that the Court should not admit the deposition testimony of GD Distributors, LLC, by Darrin Steber, dated 12/30/2011, as the witness resides less than 100 miles from the place of the hearing.

The videotaped deposition of Darrin Steber was held at the offices of Bezou Law Firm, 534 East Boston Street, Covington, Louisiana, on December 30, 2011.  Mr. Steber's address is 3004 Whitty Drive, Slidell, Louisiana.  He was the owner of GD Distributors, LLC.  As evidenced by the attached Exhibit "A", a print out of the corporate records from the Louisiana Secretary of State, the Charter for GD Distributors, LLC was revoked on August 15, 2010. Furthermore, the status of the LLC has been inactive since May 15, 2006.  According to the deposition, the business folded around 2005/2006 (see deposition page 14, line 22, thru page 15, line 5).

The Federal Rules of Civil Procedure Rule 32(a) states that a hearing, all or part of a deposition may be used against a party if:

(a) The party was present or represented at the taking of the deposition or had reasonable notice of it;

(b) Is used to the extent it would be admissible under the Federal Rules of Evidence if the deponent was present and testifying; and

(c) The use is allowed by Rule 32(a)(2) through (8).

Rule 32(a)(4) states that a party may use a deposition of a witness, whether or not a party, if the Court finds the party offering the deposition could not procure the witness's attendance by subpoena or upon motion and notice, that exceptional circumstances make it desirable – in the interest of justice and with due regard to the importance of live testimony in open court – to permit the deposition to be used.  In the instant matter, the LLC is no longer available because it has not operated since 2005/2006 and its status has been revoked within the State of Louisiana.  This LLC no longer operates.  Furthermore, in this multidistrict litigation, it is desirable and in the interest of justice to utilize the deposition in the hearing on Taishan's motions to vacate defaults and dismiss the complaints.  The deposition of GD Distributors, LLC was noticed on November 30, 2011 [Rec. Doc. 11453].  All parties to the MDL were given notice and had an opportunity to attend and participate in the deposition.  Notably, the 30(b)(6) deposition of GD Distributors, LLC was noticed for all purposes allowable under the federal rules.  No objections were received and the deposition proceeded pursuant to the Notice (which included for use at trial).

Despite the language of Rule 32(a), Court's and commentators have rejected the notion that the rule governs the use of deposition testimony at a hearing or a proceeding at which evidence in Affidavit form is admissible.  *Tormo v. Yormark*, 398 F.Supp. 1159 (U.D. NJ 1975); *United States v. Fox*, 211 F.Supp. 25 (E.D. LA 1962), aff'd 334 F2d 449 (5th Cir. 1964); *Wright & Miller, Federal Practice & Procedure:  Civil §2142 (1970).*  The reasoning behind this rejection is that deposition testimony taken under oath, even if failing to satisfy Rule 32(a)'s requirement, is "at least as good as affidavits." *Tormo v. Yormark* at 1168-69 and *United States v. Fox*, *supra*, at 30.

The proposition of using the deposition testimony of GD Distributors, LLC is not only supported by Fifth Circuit precedent as cited above, but also by obvious good sense. Taishan was given an opportunity to attend the GD Distributors, LLC deposition, but on its own, chose not to attend or participate. To force the PSC to search for and locate a corporate designee of an inactive and out of business entity only to have the representative travel many, many miles across Lake Pontchartrain to attend the hearing on Taishan's motions to vacate defaults and motions to dismiss complaints would be a tremendous waste of time, money and effort. The PSC would be forced to issue a subpoena, provide a witness fee and mileage amount, and the witness would need to travel to New Orleans to attend a hearing that the Court has imposed time limitations upon. Taishan has already stated that it intends on utilizing depositions, expert affidavits pursuant to Rule 44.1 and other documents, and the Court has previously stated its intention to proceed with a hearing utilizing the same. Taishan has further advised that it intends on utilizing at least 90 minutes or half of the 180 minutes (3 hours) that the Court has indicated it will allow for oral argument at the hearing on the motions. To have the corporate designee of GD Distributors, LLC be subpoenaed and go through steps necessary to testify for literally less than five (5) minutes, is not in the interest of justice and would not be in regard to the importance of live testimony needed in open court. The small portions of the deposition that the PSC intends to utilize in connection with this hearing obviates the need to compel this witness to attend live in-person at court. The Court may receive the deposition that was taken under oath and consider that it is as least as good as an affidavit on the hearing of these motions. *United States v. Fox*, *supra.* and *Tormo v. Yormark, supra.*

## **CONCLUSION**

The PSC requests that this Motion in Limine (No. 1) be granted to allow the admission of the deposition of GD Distributors, LLC at the hearing in connection with Taishan's various motions to vacate default and motions to dismiss complaints in the Germano, Mitchell, Gross and Wiltz matters.

Dated: June 11, 2012                                  Respectfully submitted,


/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
dan@wbmllp.com

Richard J. Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
LEMMON LAW FIRM, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 11th day of June, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*