| Tom Schedler | State of Louisiana | **COMMERCIAL DIVISION** |
|---|---|---|
| Secretary of State | Secretary of State | 225.925.4704 |



Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| GD-DISTRIBUTORS, LLC | Limited Liability Company | SLIDELL | Inactive |

| | |
|---|---|
| **Business:** | GD-DISTRIBUTORS, LLC |
| **Charter Number:** | 36184209 K |
| **Registration Date:** | 5/15/2006 |
| **State Of Origin:** | |
| **Domicile Address** | |
| | 3004 WHITTY DR. |
| | SLIDELL, LA 70461 |
| **Mailing Address** | |
| | 3004 WHITTY DR. |
| | SLIDELL, LA 70461 |

## Status

| | |
|---|---|
| **Status:** | Inactive |
| **Inactive Reason:** | Action by Secretary of State |
| **File Date:** | 5/15/2006 |
| **Last Report Filed:** | N/A |
| **Type:** | Limited Liability Company |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | NATIONAL REGISTERED AGENTS, INC. |
| **Address 1:** | 1011 N. CAUSEWAY BLVD., STE. 3 |
| **City, State, Zip:** | MANDEVILLE, LA 70471 |
| **Appointment Date:** | 5/15/2006 |

## Officer(s)

**Additional Officers:** No

| | |
|---|---|
| **Officer:** | DARRIN R. STEBER |
| **Title:** | Manager, Member |
| **Address 1:** | 3004 WHITTY DR. |
| **City, State, Zip:** | SLIDELL, LA 70461 |

## Amendments on File (4)

| Description | Date |
|---|---|
| Domestic LLC Agent/Domicile Change | 7/24/2006 |
| Domestic LLC Agent/Domicile Change | 7/7/2008 |
| Domestic LLC Agent/Domicile Change | 9/19/2008 |
| Revoked | 8/15/2010 |

[ Print ]