Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   106415-0481

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Big Bear Const. Co.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

**State of:** _LA_ ) ss.
**County of:** _ST. TAMMANY_ )

**Name of Server:** _TROY MICELI_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _2_ day of _AUGUST_ , 20 _11_ , at _1000_ o'clock _A_ M

**Place of Service:** at _14350 South Lakeshore Drive_ , in _Covington, LA 70435_

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Big Bear Const. Co.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _GAVIN BROGAUX_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _Brown_ ; Facial Hair _NONE_
Approx. Age _20_ ; Approx. Height _5'7"_ ; Approx. Weight _150#_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Troy Miceli_
Signature of Server

Subscribed and sworn to before me this
_____ day of _____ , 20 _____

_____
Notary Public          (Commission Expires)

**APS International, Ltd.**