Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0383

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Big Bear Const. Co.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LA** ) ss.
County of: **ST. TAMMANY** )

**Name of Server:** **Troy Miceli**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **2** day of **August**, 20 **11**, at **1000** o'clock **A** M

**Place of Service:** at **14350 South Lakeshore Drive**, in **Covington, LA 70435**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Big Bear Const. Co.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Gavin Brown**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Brown**; Facial Hair **None**
Approx. Age **20**; Approx. Height **5'7"**; Approx. Weight **150#**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this
_____ day of _____, 20 ____

_____
Notary Public        (Commission Expires)

**APS International, Ltd.**