Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0262

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Jon A. Wilder, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Flagler_ )

**Name of Server:** _Kevin Whitton_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _23rd_ day of _September_, 20 _11_, at _3:45_ o'clock _P_ M

**Place of Service:** at ~~1 Enterprise Drive~~ _1212 Central Ave. S_, in ~~Bunnell, FL 32110~~ _Flagler Beach, FL 32136_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Jon A. Wilder, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Jon Wilder / President_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _Gray_ ; Facial Hair ___
Approx. Age _60_ ; Approx. Height _5'9"_ ; Approx. Weight _200_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this _26th_ day of _September_, 20 _11_

_____
Notary Public          (Commission Expires)

**APS International, Ltd.**

CHRISTIN ERJAVEC
Commission # DD 933371
Expires October 15, 2013
Bonded Thru Troy Fain Insurance 800-385-7019