Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0386

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--JST Properties, LLC of Mississippi
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

**State of:** LA ) ss.
**County of:** St. Tammany )
**Name of Server:** Kyle Ehrenheim, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 23 day of April, 20 11, at 4:00 o'clock P M

**Place of Service:** at 1118 JOY DR, in Slidell, LA 70461

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
JST Properties, LLC of Mississippi

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: James Dulander auth to accept Srvc

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M; Skin Color W ; Hair Color ____ ; Facial Hair ____
Approx. Age ____ ; Approx. Height ____ ; Approx. Weight ____

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 26 day of April, 2011

Notary Public    (Commission Expires)

**APS International, Ltd.**