UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
  PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

_____

MOTION FOR EXPEDITED RESOLUTION EFFORTS BY KNAUF
FOR HOMEOWNERS WHO REMEDIATED KNAUF HOMES

COME NOW Plaintiffs, Dario Orlando and other plaintiffs who have paid for the remediation of their homes[1], by and through their counsel, and respectfully file this Motion for Expedited Resolution Efforts By Knauf For Homeowners Who Remediated Knauf Homes, and other such relief as the Court may grant, for the reasons stated as follows:

1. The concerns raised herein most certainly are shared by every homeowner in the "Already Remediated Homes" category.

2. Each of the Plaintiffs included herein has a home in which Knauf manufactured reactive Chinese drywall was installed in substantial quantities, if not entirely throughout the home. The impact of this reactive drywall is well understood by the Court.

---

[1] The Undersigned represents the following homeowners who paid for remediation themselves and who had confirmed Knauf reactive drywall: Lee and Maureen Arnold, Agnes and Pascal Bordy, Michael and Ilana Braun, Richard Claybaker and Judith Klingsick, Jose and Maria Costoya, Jean Cunningham, Dew Five, David Dion and Eunice Parks, Scott and Jilea Eisenfelder, Berenise and Sherley Fraise, Bageshri and Dilip Ghate, Reinaldo and Kariana Gonzalez, Jason and Susan Greenberg, Brian and Meena Hierholzer, Victoria Johnston, Anthony and Philomin Josephson, Doug and Holly Krulik, Larry and Robin Kupfer, Ori and Inda Lapidot, Ralph and Nancy Milokyvic, Cesar and Monica Molina, Dario Orlando, Steven and Jodi Ornstein, Omar and Danielle Oropesa, Daniel and Donna Poliseo, Sudheer and Charu Shirali, Joseph and Mary Spallina, Craig and Carol Thomas, Jose and Valerie Verger, Lawrence and Susan Wengel and Thomas Wojciechowski.

3. On December 20, 2011, Knauf announced a proposed settlement which was preliminarily approved by the Court on January 10, 2012.

4. Section III (D) of Exhibit A to the proposed settlement agreement contemplated the reimbursement of reasonable remediation costs for those homeowners who have already self-remediated. Section V of Exhibit A entitled self-remediated homeowners entitlement to "Lump Sum" payments, meant to cover certain relocation costs.

5. The Court ratified a protocol for resolution of "Already Remediated Homes" on March 29, 2012. See Pre-Trial Order No. 26.

6. Four (4) weeks later, on April 26, 2012, the first offers were forthcoming but only regarding two (2) homes – and based upon information in the possession of Knauf for a substantial period of time prior to March 29, 2012. The undersigned immediately highlighted to Knauf that the offers failed to provide entitlement to "Lump Sum" payment. Additionally, there was needed clarity on the entitlement to make an "Other Loss Fund" claim.

7. On June 1, 2012, Knauf agreed that the explicit terms of Sections V and VI of Exhibit A of the settlement agreement permitted entitlement to "Lump Sum", and that Plaintiffs would also have the opportunity to seek "Other Loss Fund" reimbursement pursuant Section 4.7.

8. The substantial financial prejudice to Plaintiffs who have paid for their own remediation and relocation costs continues each and every day.

9. In all equity, Knauf should be required to act in more promptly to evaluate and resolve these particular category of cases so that these Plaintiffs are treated fairly under the circumstances.

Wherefore, the enumerated Plaintiffs respectfully request the Court to grant any and all

such available relief to end the continuing financial burden for these homeowners, including the requirement that Knauf engage in this process more timely and dedicate additional efforts towards individual resolutions.

Respectfully submitted,

/s  Michael J. Ryan_____
Michael J. Ryan, Esquire
Bar No. 975990
Krupnick, Campbell, Malone, Buser, Slama,
Hancock, Liberman & McKee, P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181
Fax (954) 763-8292
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY the foregoing Motion for Expedited Resolution Efforts by Knauf for Homeowners Who Remediated Knauf Homes has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12 day of June, 2012.

/s Michael J. Ryan
Michael J. Ryan, Esquire
Bar No. 975990
Krupnick, Campbell, Malone, Buser, Slama,
Hancock, Liberman & McKee, P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181
Fax (954) 763-8292
mryan@krupnicklaw.com
Attorneys for Plaintiffs