# EXHIBIT A

# MICHAEL RYAN

**From:** MICHAEL RYAN
**Sent:** Wednesday, May 02, 2012 3:14 PM
**To:** 'Hallal, Linda'
**Cc:** 'Leonard A. Davis'; 'kmiller@frilot.com'; 'kspaulding@frilot.com'
**Subject:** RE: Wengel and Poliseo - FRE 408 Settlement Communications-Privileged and Confidential

Kerry,

I am sorry to be a pest. I am sure you can understand the interest of the clients who have been providing documents for over a year to understand the nuances here. I know you guys are swamped regarding many other issues.

If it is easier, we can schedule a call or I will come up to New Orleans to sit down with the files over a few days. In this way, I can communicate with clients and maybe we can solve as many of these as possible.

Best,

Mike

---

**From:** MICHAEL RYAN
**Sent:** Monday, April 30, 2012 11:32 AM
**To:** Hallal, Linda
**Cc:** Leonard A. Davis; kmiller@frilot.com; kspaulding@frilot.com
**Subject:** RE: Wengel and Poliseo - FRE 408 Settlement Communications-Privileged and Confidential

Mr. Thalgott:

Please let me know if you have an analysis or position on this issue.

Additionally, with respect to Wendel, I am having difficulty understanding how the offer amount was arrived at or calculated. I would think going forward, we are going to need to have the algorithm for analysis, otherwise clients will not understand BrownGreer/Knauf's position. Are you able to provide me the reasoning and calculation in coming to the Wendel offer?

Finally, are there are offers you expect to be forthcoming.

Best,

Mike Ryan

---

**From:** MICHAEL RYAN
**Sent:** Thursday, April 26, 2012 4:57 PM
**To:** Hallal, Linda
**Cc:** Leonard A. Davis; kmiller@frilot.com; kspaulding@frilot.com
**Subject:** RE: Wengel and Poliseo - FRE 408 Settlement Communications-Privileged and Confidential
**Importance:** High

Thank you.

I am reviewing this material.

1

Already Remediated homes are entitled to the Lump Sum Payment pursuant to Section V of Exhibit A ("Already Remediated Properties Protocol"). Pursuant to Section 4.3.1.1, each offer should include an award Lump Sum payment. Reviewing Mr. Poliseo's claim, it does not appear a Lump Sum has been awarded.

Please confirm this analysis.

Best,

Mike

---

**From:** Hallal, Linda [LHallal@frilot.com]
**Sent:** Thursday, April 26, 2012 11:59 AM
**To:** MICHAEL RYAN
**Cc:** Leonard A. Davis
**Subject:** Wengel and Poliseo - FRE 408 Settlement Communications-Privileged and Confidential

Dear Mike,

      On behalf of Garrett Thalgott, please find attached correspondence in the above-subject matter. Also, a hard copy will follow via U.S. Mail.

Thanks,

*Linda J. Hallal*
Legal Assistant to
Garrett W. Thalgott and
Christine A. Guillory
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Phone: 504.599.8373
Fax:     504. 599.8100

2

# EXHIBIT B

# MICHAEL RYAN

| | |
|---|---|
| From: | Miller, Kerry J. [kmiller@frilot.com] |
| Sent: | Friday, June 01, 2012 12:57 PM |
| To: | MICHAEL RYAN |
| Cc: | 'ldavis@hhkc.com'; Spaulding, Kyle; 'alevin@lfsblaw.com'; 'flonger@lfsblaw.com'; 'BSTECKLE@baronbudd.com'; 'Ervin@colson.com' |
| Subject: | Re: Already Remediated Homes |

Mike- I had a discussion with lead and liaison counsel for the psc on this issue yesterday, and I believe we are on the same page. That page is the $8.50 and $10.00 amounts for "move-out/move-in" (depending on the size of the home) are to be paid for already remediated home-owners regardless of what amount appears on the owner affidavit. In other words, the 8.50 and $10 amounts constitute both a floor and cieling. If already remediated homeowners believe these amounts are inadequate, they should consider opting-out of the settlement.

----- Original Message -----
From: MICHAEL RYAN [mailto:mryan@krupnicklaw.com]
Sent: Friday, June 01, 2012 10:18 AM
To: Miller, Kerry J.
Cc: 'ldavis@hhkc.com' <ldavis@hhkc.com>; Spaulding, Kyle; 'alevin@lfsblaw.com' <alevin@lfsblaw.com>; 'flonger@lfsblaw.com' <flonger@lfsblaw.com>; 'BSTECKLE@baronbudd.com' <BSTECKLE@baronbudd.com>; 'Ervin@colson.com' <Ervin@colson.com>
Subject: Already Remediated Homes

Kerry,

Just to update you and give a head's up, I am drafting a letter to the Court requesting the opportunity to be heard at the next MDL Status Conference on this aspect of the proposed settlement. I will be sending out Monday or Tuesday. I just didn't want you to think I was blind-siding you in seeking Court assistance.

Best,

Mike

1