UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL        MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION

                                                                                  SECTION:  L

                                                                                  JUDGE FALLON
_____                MAG. JUDGE WILKINSON

REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Mover and Plaintiff pursuant to Local Rule 78.1, respectfully requests oral argument on Plaintiffs' Motion for Expedited Resolution Efforts by Knauf for Homeowners Who Remediated Knauf Homes set for hearing before this Honorable Court on the 26th day of July, 2012 at 9:00 a.m. at the July monthly status conference for the MDL 2047 Chinese-Manufactured Drywall Products Liability Litigation or at a time set by this court so as to more fully address any questions the court may have concerning Plaintiff's Motion.

Respectfully submitted,

/s Michael J. Ryan_____
Michael J. Ryan, Esquire
Bar No. 975990
Krupnick, Campbell, Malone, Buser, Slama,
Hancock, Liberman & McKee, P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181
Fax (954) 763-8292
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY the foregoing Request for Oral Argument has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12 day of June, 2012.

/s Michael J. Ryan
Michael J. Ryan, Esquire
Bar No. 975990
Krupnick, Campbell, Malone, Buser, Slama,
Hancock, Liberman & McKee, P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL 33301
Phone (954) 763-8181
Fax (954) 763-8292
mryan@krupnicklaw.com
Attorneys for Plaintiffs