UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | Judge Fallon |
| This document relates to All Cases | * | |
| | * | Mag. Judge Wilkinson |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED AGENDA**
**FOR JUNE 14, 2012 STATUS CONFERENCE**

- I.    PRE-TRIAL ORDERS
- II.   STATE COURT TRIAL SETTINGS
- III.  INSURANCE ISSUES
- IV.   HOME BUILDERS FEES AND COSTS
- V.    STATE/FEDERAL COORDINATION
- VI.   OMNIBUS CLASS ACTION COMPLAINTS
- VII.  PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND
- VIII. PILOT PROGRAM
- IX.   TERM SHEET AGREEMENT BETWEEN PSC AND THE KNAUF ENTITIES REGARDING SETTLEMENTS WITH HOMEBUILDERS
- X.    KNAUF DEFENDANTS
- XI.   TAISHAN DEFENDANTS
- XII.  INTERIOR EXTERIOR DEFENDANT
- XIII. BANNER DEFENDANTS

XIV.   VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XV.    L&W DEFENDANT

XVI.   PLAINTIFF AND DEFENDANT PROFILE FORMS

XVII.  RCR HOLDINGS II, LLC (*Hobbie et al v. RCR Holdings* 10-1113)

XVIII. FREQUENTLY ASKED QUESTIONS

XIX.   MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XX.    *PRO SE* CLAIMANTS

XXI.   SETTLEMENT AGREEMENT IN MDL 2047 REGARDING CLAIMS INVOLVING BUILDERS, INSTALLERS, SUPPLIERS, AND PARTICIPATING INSURERS

XXII.  PHYSICAL EVIDENCE PRESERVATION ORDER

XXIII. ENTRY OF PRELIMINARY DEFAULT

XXIV.  ALREADY REMEDIATED HOMES

XXV.   NEXT STATUS CONFERENCE