Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   108015-0193

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Ponce Siding & Remodeling
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Louisiana ) ss.
County of: St. Tammany )

Name of Server: Maria V. Landry, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 3rd day of February, 20 11, at 12:57 o'clock P M

Place of Service: at  20075 Highway 36, in  Covington, LA  70433

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in  Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Ponce Siding & Remodeling**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Jackie Murillo, Office Manager

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color Hispanic; Hair Color Black ; Facial Hair No
Approx. Age 30 ; Approx. Height 5'4" ; Approx. Weight 125-130

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury     Subscribed and sworn to before me this
that the foregoing is true and correct.                                 15th day of March, 20 11

_Maria Landry_                                                          Tenure for life
Signature of Server                                                     Notary Public              (Commission Expires)

**APS International, Ltd.**

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY