Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0212

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--R.J. Homes, LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Mississippi** ) ss.
County of: **Jackson** )

Name of Server: **Donna Davis**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4** day of **May**, 20 **11**, at **4:56** o'clock **P** M

Place of Service: at **13004 Little Bluff Drive**, in **Vancleave, MS 39565-9723**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**R.J. Homes, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Alicia Jackson owner/registered agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Bl**; Facial Hair **n/a**
Approx. Age **45+**; Approx. Height **5'6**; Approx. Weight **120**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Donna Davis**
Signature of Server

Subscribed and sworn to before me this **4** day of **May**, 20 **11**

**Craton H. Bennett**  3/28/15
Notary Public    (Commission Expires)

**APS International, Ltd.**

[Notary seal: STATE OF MISSISSIPPI, CRATON H. BENNETT, NOTARY PUBLIC, ID No. 84526, Commission Expires March 28, 2015, JACKSON COUNTY]