Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0299

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Aburton Homes, Inc.
Court Case No. 09-7628

State of: **Florida** ) ss.
County of: **St. Lucie** )

**Name of Server:** **Amy M. Kreyling**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **6** day of **April**, 20 **11**, at **6:45** o'clock **P** M

**Place of Service:** at **2026 SW Justison Avenue**, in **Port St. Lucie, FL 34953**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Aburton Homes, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Richard Adams, President**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair **—**
Approx. Age **45**; Approx. Height **5'9"**; Approx. Weight **185 lbs**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Amy M. Kreyling*
Signature of Server

Subscribed and sworn to before me this **7** day of **April**, 20 **11**

Notary Public    **7-14-12** (Commission Expires)

BRADLEY A. ...
MY COMMISSION # DD 7...
EXPIRES: July 14, 2012
... Notary Services

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services

**APS International, Ltd.**