Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   109745-0161

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Acadian Builders of Gonzales, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

State of: _LOUISIANA_           ) ss.
County of: _ASCENSION PARISH_        )

**Name of Server:** _WILLIAM HUMBLE_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _29TH_ day of _MARCH_ , 20 _11_ , at _3:26_ o'clock _P_ M

**Place of Service:** at _6473 Hwy. 44_ , in _Gonzales, LA  70737_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Acadian Builders of Gonzales, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _SID KORNEGAY - MEMBER_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _WHITE_ ; Hair Color _BALD_ ; Facial Hair _GOATEE_
Approx. Age _60_ ; Approx. Height _5'9"_ ; Approx. Weight _175 lbs._

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _31_ day of _March_ , 20 _11_

Signature of Server

Notary Public          (Commission Expires)

**APS International, Ltd.**

Sandra M. Hutchinson
Notary Public ID _____