Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0125

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--America's First Home, Inc., Attn:Michael B. Hill
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Raymond V. Laakso__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __28th__ day of __March__, 20 __11__, at __10:20__ o'clock __A__ M

**Place of Service:** at Sheppard, Brett, Stewart, Hersch & Kinsey, in Fort Myers, FL 33919
9100 College Pointe Court

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**America's First Home, Inc., Attn:Michael B. Hill**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Michael B. Hill, Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __white__; Hair Color __Blond__; Facial Hair ____
Approx. Age __45__; Approx. Height __6'0"__; Approx. Weight __180__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  #157154

Subscribed and sworn to before me this __14th__ day of __April__, 20 __11__

Notary Public       (Commission Expires)
MARCIA L. MCEVERS
MY COMMISSION # DD 965985
EXPIRES: March 3, 2014
Bonded Thru Budget Notary Services

**APS International, Ltd.**

1428