Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0194

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Andrews Hardware Company, Inc., d/b/a Andrews Ace Hardware
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **MOBILE** )

**Name of Server:** **NORRIS ARMSTRONG**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **29** day of **MARCH**, 20 **11**, at **1020** o'clock **A** M

**Place of Service:** at 19750 North 3rd Street, in Citronelle, AL 36522

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:**
**Person Served, and Method of Service:**

A true and correct copy of the aforesaid document(s) was served on:
**Andrews Hardware Company, Inc., d/b/a Andrews Ace Hardware**

By delivering them into the hands of an officer or managing agent whose name and title is: **DON MARBET    ASST MGR**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **WHITE**; Hair Color **BALD**; Facial Hair **MUSTACHE**
Approx. Age **55**; Approx. Height **5' 8"**; Approx. Weight **190**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **4th** day of **April**, 20 **11**

Notary Public       (Commission Expires)

**APS International, Ltd.**