Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0104

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Aubuchon Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __25th__ day of __March__, 20 __11__, at __9:35__ o'clock __A__.M.

**Place of Service:** at __4707 SE 9th Place__, in __Cape Coral, FL  33904__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Aubuchon Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __James Aubuchon, Vice President__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __Bald__; Facial Hair ____
Approx. Age __50-55__; Approx. Height __5'8"__; Approx. Weight __175__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Barbara Gray__  #157153
Signature of Server

Subscribed and sworn to before me this __31st__ day of __March__, 20 __11__

__Traci A. DeSalvo__  10/22/11
Notary Public      (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc