Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
### APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0099

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bailey Lumber & Supply Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: MS ) ss.
County of: Hinds )
Name of Server: Jimmy K Taylor, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 25 day of March, 20 11, at 11:10 o'clock P M

Place of Service: at 2950 Layfair Drive, Suite 101, in Flowood, MS 39232

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Bailey Lumber & Supply Company**
By delivering them into the hands of an officer or managing agent whose name and title is: John Jhuws Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M; Skin Color W; Hair Color Grey; Facial Hair no
Approx. Age 65; Approx. Height 6'0; Approx. Weight 170

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 25 day of March, 20 11

Signature of Server
APS International, Ltd.

Notary Public (Commission Expires)

[Notary Seal: STATE OF MISSISSIPPI, LINDA ANN BURES, NOTARY PUBLIC, ID NO. 27473, My Comm. Expires NOVEMBER 27, 2013, RANKIN COUNTY]