Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Barony Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **14th** day of **March**, 20 **11**, at **6:55** o'clock **P** M

**Place of Service:** at **3520 SW 7th Terrace**, in **Cape Coral, FL 33991**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Barony Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of a ~~relative/co-resident~~ whose name and title is: **Theresa Donnelly, mother/co-resident with Michael Donnelly, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **Gray** ; Facial Hair ____
Approx. Age **70-75** ; Approx. Height **5'3"** ; Approx. Weight **120**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Barbara Gray* #157153
Signature of Server

Subscribed and sworn to before me this **22nd** day of **March**, 20 **11**

*Elena Alvarado*
Notary Public       (Commission Expires)

Notary Public State of Florida
Elena C Alvarado
My Commission DD775441
Expires 04/02/2012

**APS International, Ltd.**

1204