Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0204

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bass Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _ALABAMA_ ) ss.
County of: ~~_____~~ _BALDWIN_
Name of Server: _NORRIS ARMSTRONG_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _30_ day of _MARCH_, 20 _10_, at _1:55_ o'clock _P_ M

Place of Service: at _34661 State Highway 59_, in _Stapleton, AL 36578_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Bass Homes, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _TINA KRAMER    SALES MGR_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_; Skin Color _WHITE_; Hair Color _BROWN_; Facial Hair _NONE_
Approx. Age _35_; Approx. Height _5'7"_; Approx. Weight _125_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _4th_ day of _April_, 20 _11_

Signature of Server               Notary Public        (Commission Expires)

**APS International, Ltd.**