Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0332

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Baystate Drywall
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Fred Humphries, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 26th day of March, 20 11, at 11:12 o'clock A M

**Place of Service:** at 14420 SW 23rd Street, in Davie, FL 33325

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:**
**Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
**Baystate Drywall**
By delivering them into the hands of an officer or managing agent whose name and title is: Josie Pare, Associate authorized to accept

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair ___
Approx. Age 48 ; Approx. Height 5'7" ; Approx. Weight 150 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 29th day of March, 20 11

Signature of Server

Notary Public       (Commission Expires)

**APS International, Ltd.**



ERIC DEAL
Notary Public - State of Florida
My Comm. Expires May 31, 2014
Commission # DD 988482
Bonded Through National Notary Assn.