Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0107

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Belmont Lakes Investments, LLC, AFTAB A Cumber

Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Broward** )

Name of Server: **Felix Onate**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **7th** day of **April**, 20 **11**, at **11:57** o'clock **A** M

Place of Service: at **10100 West Sample Road, Suite 205**, in **Coral Springs, FL 33065**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Belmont Lakes Investments, LLC, AFTAB A Cumber**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Aftab A Cumber R.A.**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **White**; Facial Hair **No**
Approx. Age **60**; Approx. Height **5'6**; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*(signature)*
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **14** day of **April**, 20 **11**

*(signature)*
Notary Public  (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014