Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0145

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bender Construction & Development, Inc
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Collier** )

Name of Server: **Joseph R. Cripe**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **30th** day of **March**, 20 **11**, at **1:45** o'clock **P** M

Place of Service: at **740 17th St. SW**, in **Naples, FL 34117**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Bender Construction & Development, Inc**

Person Served, and Method of Service: By delivering them into the hands of a **Spouse of R/A**, whose name and title is: **Rachel Bender, Spouse of the Registered Agent David Bender at their residence.**

Description of Person Receiving Documents:
Sex **F**; Skin Color **white**; Hair Color **Black**; Facial Hair ___
Approx. Age **40**; Approx. Height **5'5"**; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #157299
**APS International, Ltd.**

Subscribed and sworn to before me this **6th** day of **April**, 20 **11**

Notary Public       (Commission Expires)

MARCIA L. MCEVERS
MY COMMISSION # DD 965985
EXPIRES: March 3, 2014
Bonded Thru Budget Notary Services

1399