Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0092

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Benoit Builders, LLC, f/k/a Benoit Builders & Realtors, Inc.

Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Mississippi** ) ss.
County of: **Jackson** )

Name of Server: **Donna Davis**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **31** day of **March**, 20 **11**, at **5:22** o'clock **P** M

Place of Service: at **3015 Washington Avenue**, in **Pascagoula, MS 39565**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Benoit Builders, LLC, f/k/a Benoit Builders & Realtors, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Brent Benoit, Owner**

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Bk**; Facial Hair **no**
Approx. Age **35-40**; Approx. Height **5'9"**; Approx. Weight **160**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Donna Davis*
Signature of Server

Subscribed and sworn to before me this **4** day of **April**, 20 **11**

*Craton H. Bennett*  3/28/15
Notary Public    (Commission Expires)

**APS International, Ltd.**

