Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0276

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bove Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **St. Johns** )

**Name of Server:** _Patricia M. Loughlin_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **28th** day of **March**, 20 **11**, at **9:50** o'clock **A**.M

**Place of Service:** at **115 Professional Drive, Suite 101**, in **Ponte Vedra Beach, FL 32092**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Bove Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Richard Hathaway / President / Reg. Agent_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **White**; Facial Hair **No**
Approx. Age **60**; Approx. Height **190**; Approx. Weight **160**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **28** day of **Mar**, 20 **11**

Signature of Server

Notary Public   (Commission Expires)

APS International, Ltd.

DENNIS E. BARTILUCCI
MY COMMISSION # DD706878
EXPIRES: November 15, 2011
1-800-3-NOTARY    Fl. Notary Discount Assoc. Co.