Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0110

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cape Cement & Supply, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 29th day of March, 20 11, at 11:45 o'clock A M

**Place of Service:** at 645 Commercial Park Pl., in Cape Coral, FL 33991

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Cape Cement & Supply, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Johnny Matthews, CFO

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Grey; Facial Hair ___
Approx. Age 50-55; Approx. Height 5'9"; Approx. Weight 165

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray
Signature of Server #157153

APS International, Ltd.

Subscribed and sworn to before me this 6th day of April, 20 11

Notary Public (Marcia McEvers)
MY COMMISSION # DD 965985
EXPIRES: March 3, 2014
Bonded Thru Budget Notary Services

1431