Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0004

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Caribe East LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22** day of **March**, 20**11**, at **10:30** o'clock **A** M

Place of Service: at **1500 San Remo Ave., Suite 290**, in **Coral Gables, FL 33146**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Caribe East LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Charlie Martinez President**

Description of Person Receiving Documents: The person receiving documents is described as follows: **Pepper**
Sex **M** ; Skin Color **White** ; Hair Color **Salt** ; Facial Hair **NO**
Approx. Age **52** ; Approx. Height **5'7** ; Approx. Weight **160**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this ___ day of **March**, 20**11**

Signature of Server

Notary Public            (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014