Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0358

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Centerline Homes at Georgetown, LLC, c/o Leopold, Korn, Leopold & Snyder, P.A.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: BROWARD )

Name of Server: Felix Onate, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 4th day of April, 20 11, at 11:32 o'clock A M

Place of Service: at 825 Coral Ridge Dr., in Coral Springs, FL 33071

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Centerline Homes at Georgetown, LLC, c/o Leopold, Korn, Leopold & Snyder, P.A.**
By delivering them into the hands of an officer or managing agent whose name and title is: Diane Jordan Executive Assistant

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair
Approx. Age 45 ; Approx. Height 5'8 ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this ___ day of April, 20 11

Notary Public        (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014