Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0225

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--CRF Management Co., Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Polk** )

Name of Server: **Andy Burgess**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **24** day of **March**, 20 **11**, at **11:30** o'clock **A**. M

Place of Service: at **500 S Florida Ave., Suite 800**, in **Lakeland, FL 33801**

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**CRF Management Co., Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Ronald L. Clark, Attorney**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Gray**; Facial Hair ____
Approx. Age **60's**; Approx. Height **6'3"**; Approx. Weight **200**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Andy Burgess*
Signature of Server

Subscribed and sworn to before me this **24** day of **March**, 20 **11**

_____
Notary Public         (Commission Expires)

Notary Public State of Florida
Sheila L Buxton
My Commission EE027472
Expires 10/16/2014

**APS International, Ltd.**