Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0259

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Cockerham Construction, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
County of: _EAST BATON ROUGE PARISH_

**Name of Server:** _WILLIAM HUMBLE_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _28TH_ day of _MARCH_, 20 _11_, at _2:01_ o'clock _P_ M

**Place of Service:** at _18211 N. Sheridane Ct._, in _Greenwell Springs, LA 70739_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Cockerham Construction, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _TONY COCKERHAM - OWNER_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _WHITE_ ; Hair Color _BLACK_ ; Facial Hair _GOATEE_
Approx. Age _50_ ; Approx. Height _5'10"_ ; Approx. Weight _200 lbs._

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_William Humble_
Signature of Server

Subscribed and sworn to before me this _31_ day of _March_, 20 _11_

_Sandra M. Hutchinson_
Notary Public                (Commission Expires)

Sandra M. Hutchins
Notary Public ID #69490      at death

**APS International, Ltd.**