Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by

**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0346

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:

--Cox Lumber Co., dba HD Supply Lumber & Building
Materials Corporate Creations Network, Inc.
Court Case No. 09-7628

---

State of: FLORIDA ) ss.

County of: PALM BEACH )

Name of Server: **MICHAEL ROCCO** , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 28TH day of MARCH , 20 11 , at 10:55 o'clock A. M

Place of Service: at 11380 Prosperity Farms Rd., #221E , in Palm Beach Gardens, FL 33410

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Cox Lumber Co., dba HD Supply Lumber & Building Materials Corporate Creations
Network, Inc.**
By delivering them into the hands of an officer or managing agent whose name and
title is: RAZIUR RAHMAN, REGISTERED AGENT FOR SERVICE

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color BLACK ; Facial Hair
Approx. Age 35 ; Approx. Height 5'7" ; Approx. Weight 150

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

MICHAEL ROCCO
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
29TH day of MARCH , 20 11

JONATHAN LEVY
Notary Public          (Commission Expires)