Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109745-0195

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Creola Ace Hardware, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _ALABAMA_ ) ss.
County of: _MOBILE_ )

Name of Server: _NORRIS ARMSTRONG_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _29_ day of _MARCH_ , 20 _11_ , at _945_ o'clock _A_ M

Place of Service: at _10041 Highway 43_ , in _Creola, AL  36525_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Creola Ace Hardware, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _KATHY COMER    OFFICE MGR_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _WHITE_ ; Hair Color _BROWN_ ; Facial Hair _NONE_
Approx. Age _35_ ; Approx. Height _5'3"_ ; Approx. Weight _160_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this _4th_ day of _April_ , 20 _11_

_Notary Public_     (Commission Expires)

**APS International, Ltd.**