IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x x x | MDL NO. 2047 (Case No.: 09-7628) SECTION: L JUDGE FALLON |
| THIS DOCUMENT APPLIES TO CASE: 09-7628 | x x | MAG. JUDGE WILKINSON |

## NOTICE OF UNAVAILABILITY

TO: ALL PARTIES TO THIS CAUSE, THEIR ATTORNEYS, AND ALL OTHER PERSONS TO WHOM IT MAY CONCERN ARE CALLED UPON TO TAKE NOTICE THAT:

The undersigned counsel, Robert V. Fitzsimmons, files this Notice of Unavailability on the dates hereinafter set forth:

**July 9, 2012 through July 20, 2012**

and respectfully requests that no hearings or depositions be scheduled during this time; no motions, requests to produce, interrogatories or other pleadings to be filed which require a timely response during this time; and that all pending matters remain in status quo during this period of time.

The filing and service of this Notice shall constitute an application and request for continuance, extension of time and/or protective order as appropriately required for the above reasons.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of June, 2012.

/s/ *Robert V. Fitzsimmons*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Attorneys for Defendant, Cornerstone Construction of SW FL, Inc.*