UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the Plaintiff-Intervenors' Motion in Limine;

IT IS ORDERED BY THE COURT that the Motion in Limine filed by Plaintiff-Intervenors regarding the principle of solidary liability applying to the fault in redhibition of Interior Exterior Building Supply, LP [INEX] as seller and Knauf/KPT as manufacturer-seller be and is hereby granted.

New Orleans, Louisiana, this ____ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge