UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION_____THIS DOCUMENT RELATES TO:Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D. La.)_____The Mitchell Co., Inc. v. Knaup Gips KG, et al., Case No. 09-4115 (E.D. La.)_____Wiltz v. Beijing New Building Materials Public Ltd. Co., et al., Case No. 10-361 (E.D. La.)_____Gross v. Knauf Gips KG, et al., 2:09-cv-06690 (E.D. La.) | : MDL No. 2047:: SECTION L:: JUDGE ELDON E. FALLON:: MAG. JUDGE WILKINSON::::::::::: |

**RESPONSES OF TAISHAN GYPSUM CO. LTD AND TAIAN TAISHAN PLASTERBOARD CO., LTD TO PLAINTIFFS' STEERING COMMITTEE MOTION IN LIMINE (NO.1) TO ALLOW ADMISSION OF DEPOSITION TESTIMONY FROM CERTAIN WITNESSES AND IN REPLY TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' PROPOSED EVIDENCE SUBMITTED IN OPPOSITION TO DEFENDANTS' MOTIONS**

Taishan Gypsum Co. Ltd and Taian Taishan Plasterboard Co., Ltd ("Defendants") submit the following in response to "Plaintiffs' Steering Committee Motion in Limine (No. 1) to Allow Admission of Deposition Testimony from Certain Witnesses and in Reply to Defendants' Objections to Plaintiff's Proposed Evidence Submitted in Opposition to Defendants' Motions" ("Motion"):

1. Defendants withdraw their objection on the basis of Fed. R. Civ. P. 32(a)(4) to the admission of the deposition testimony by GD Distributors by Darrin Steber. Thus, the Motion is moot. Nonetheless, Defendants expressly preserve the objections they made to the Steber

Deposition on all other grounds; those objections are set forth in **"Defendants' Objections to Plaintiffs' Proposed Evidence Submitted in Opposition to Defendants' Motions"** [Rec. Doc. 14576].

2. The foregoing should not be construed as admission or concession by Defendants that any of the grounds propounded by the PSC for the admission of the Steber Deposition are correct, and Defendants expressly do not waive the right to object to the admission of any other depositions that are not admissible under Fed. R. Civ. P. 32(a) or to object to any other testimony that is not admissible pursuant to the Federal Rules of Evidence.

## CONCLUSION

For the foregoing reasons, Defendants withdraw their objection pursuant to Fed. R. Civ. P. 32(a)(4) to the admission of the Steber Deposition.

Dated: June 13, 2012

        Respectfully submitted,

        */s/* Thomas P. Owen Jr.
        Richard C. Stanley (La. Bar No. 8487)
        Thomas P. Owen, Jr. (La. Bar No. 28181)
        STANLEY, REUTER, ROSS, THORNTON
        & ALFORD, LLC
        909 Poydras Street, Suite 2500
        New Orleans, Louisiana 70112
        Telephone: 504-523-1580
        Facsimile: 504-524-0069
        rcs@stanleyreuter.com
        tpo@stanleyreuter.com

Joe Cyr
Frank T. Spano
Eric Statman
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100
Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Eric.statman@hoganlovells.com

**Attorneys for Defendant**
**Taishan Gypsum Co. Ltd.**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing response to "Plaintiffs' Steering Committee Motion in Limine (No. 1) to Allow Admission of Deposition Testimony from Certain Witnesses and in Reply to Defendants' Objections to Plaintiff's Proposed Evidence Submitted in Opposition to Defendants' Motions" was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of June, 2012.

/s/ Thomas P. Owen, Jr.