Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109745-0220

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--DC Builders, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.
County of: _EAST BATON ROUGE PARISH_

**Name of Server:** _WILLIAM HUMBLE_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _28TH_ day of _MARCH_, 20_11_, at _12:33_ o'clock _P_ M

**Place of Service:** at _9109 Greenwell Springs Port Hudson Rd._, in _Zachary, LA_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:**
**Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
DC Builders, LLC
By delivering them into the hands of an officer or managing agent whose name and title is: _PAT HUGHES - SECRETARY_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _WHITE_ ; Hair Color _BLONDE_ ; Facial Hair _N/A_
Approx. Age _65_ ; Approx. Height _5'6_ ; Approx. Weight _105 lbs._

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_William Humble_
Signature of Server

Subscribed and sworn to before me this _31_ day of _March_, 20_11_

_Sandra M. Hutchinson_
Notary Public      (Commission Expires) _at death_

**APS International, Ltd.**