Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0219

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Design Constractors, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **LOUISIANA** ) ss.
County of: **ASCENSION PARISH** )

**Name of Server:** **WILLIAM HUMBLE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **29TH** day of **MARCH**, 20 **11**, at **2:47** o'clock **P** M

**Place of Service:** at **40235 Hwy. 42, Ste.C**, in **Prairieville, LA  70769**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Design Constractors, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **WAYNE CLOSE - REGISTERED AGENT**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **WHITE** ; Hair Color **BALD** ; Facial Hair **N/A**
Approx. Age **45** ; Approx. Height **6'0"** ; Approx. Weight **250 lbs.**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **31** day of **March**, 20 **11**

*William Humble*
Signature of Server

*Sandra M. Hutchinson*
Notary Public     (Commission Expires)

Sandra M. Hutchinson **at death**
Notary Public ID #[illegible]

**APS International, Ltd.**