Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0085

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Drywall Service
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _MISSISSIPPI_ ) ss.
County of: _HARRISON_ )

**Name of Server:** _JOE R. GILLIS_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _29_ day of _MARCH_, 20_11_, at _5:40_ o'clock _P_ M

**Place of Service:** at _20257 Dan Walker Road_, in _Saucier, MS 39574_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Drywall Service**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _GENE BRELAND - OWNER_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _WHITE_ ; Hair Color _GRAY_ ; Facial Hair _____
Approx. Age _65-72_ ; Approx. Height _5'10_ ; Approx. Weight _125_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this _30th_ day of _March_, 20 _11_

_Diana I. Gonzalez_ Jun 2, 2014
Notary Public   (Commission Expires)

**APS International, Ltd.**

[Notary Seal: STATE OF MISSISSIPPI, DIANA I. GONZALEZ, ID No 96159, Comm Expires Jun. 2, 2014, HARRISON COUNTY, NOTARY PUBLIC]