Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0079

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Drywall Service, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Mississippi ) ss.
County of: Stone )

**Name of Server:** Clara Williams, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 6 day of April, 20 11, at 10 o'clock 30 AM

**Place of Service:** at 306 McSween Road, in Picaune, MS 39466

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Drywall Service, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Co-Owner Sharon Seals

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color gray ; Facial Hair none
Approx. Age 60 ; Approx. Height 5.0 ; Approx. Weight ____

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server: Clara Williams

Subscribed and sworn to before me this 6 day of April, 20 11

Notary Public    (Commission Expires)

APS International, Ltd.

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 96816
JAMES M. WILLIAMS
Commission Expires
Aug. 18, 2014
STONE COUNTY