Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0216

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Dupree Construction Company, Inc., n/k/a Dupree Construction Company, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
Parish of: LIVINGSTON )

Name of Server: **Tom Cassisa**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 27th day of March, 20 11, at 7:50 o'clock P M

Place of Service: at 17607 Heritage Estates Dr., in Baton Rouge, LA 70810

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Dupree Construction Company, Inc., n/k/a Dupree Construction Company, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: Mr. Charles Dupree, Jr., Owner

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair N/A
Approx. Age 60 yrs ; Approx. Height 5'10" ; Approx. Weight 200 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Tom Cassisa
Signature of Server

Subscribed and sworn to before me this 28TH day of MARCH, 20 11
Jones Black 4/29/13
Notary Public   (Commission Expires)

**APS International, Ltd.**