Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0217

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--E. Jacob Fakouri Construction, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Louisiana__ ) ss.
Parish of: __Livingston__

**Name of Server:** __Tom Cassisa__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __28th__ day of __March__, 20 __11__, at __1:00__ o'clock __P__ M

**Place of Service:** at __15735 Florida Blvd.__, in __Baton Rouge, LA 70819__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
E. Jacob Fakouri Construction, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Cathy Suggs, Accounting Clerk__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __Brown__; Facial Hair __N/A__
Approx. Age __52__; Approx. Height __5'4"__; Approx. Weight __180 lb__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Tom Cassisa__
Signature of Server

Subscribed and sworn to before me this __28th__ day of __March__, 20 __11__

__James Ballard__  4/29/13
Notary Public    (Commission Expires)

**APS International, Ltd.**