Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0203

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Empire Construction, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __ALABAMA__ ) ss.
County of: __Ct. ~~moss~~ BALDWIN__
Name of Server: __NORRIS ARMSTRONG__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __30__ day of __MARCH__, 20 __10__, at __1:40__ o'clock __P__ M

Place of Service: at __30441 State Highway 59__, in __Loxley, AL 36551__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Empire Construction, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: __SHANE WARREN   BOOKKEEPER__

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __F__; Skin Color __WHITE__; Hair Color __BLOND__; Facial Hair __NONE__
Approx. Age __35__; Approx. Height __5'7"__; Approx. Weight __135-140__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __4th__ day of __April__, 20 __11__

Notary Public       (Commission Expires)

**APS International, Ltd.**