MINUTE ENTRY
FALLON, J.
JUNE 13, 2012

UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

     A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. The conference was transcribed by official Court reporter, Toni Tusa, who can be reached at 504-589-7778. The conference was scheduled to discuss a discovery and pretrial plan for the trial scheduled against North River Insurance Co. in November 2012. After extensive discussions involving all relevant parties, the Court directed the parties to focus the trial on the liability of Interior Exterior Building Supply, as opposed to damages, and determine whether damages can be determined separately. It also directed the plaintiffs and defendants to select three cases each for the trial against North River. Finally, the Court directed the parties to fashion a discovery plan for the North River trial. In order to keep abreast of these trial-related issues, the Court scheduled a follow-up status conference for June 25, 2012, at 1:30 p.m. Counsel may participate via telephone at the following number: 877-336-1839, access code 4227405, security code 62512.

JS10(01:30)