UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:** | |
| THIS DOCUMENT RELATES TO:<br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D. La.)<br><br>The Mitchell Co., Inc. v. Knauf Gips KG, et al., Case No. 09-4115 (E.D. La.)<br><br>Wiltz v. Beijing New Building Materials Public Ltd. Co., et al., Case No. 10-361 (E.D. La.)<br><br>Gross v. Knauf Gips KG, et al., 2:09-cv-06690 (E.D. La.) | |

**O R D E R**

Upon consideration of the Plaintiffs' Steering Committee's Motion in Limine (No.1) to Allow Admission of Deposition Testimony From Certain Witnesses and in Reply to Defendants' Objections to Plaintiffs' Proposed Evidence Submitted In Opposition to Defendants' Motions;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee's Motion in Limine (No.1) to Allow Admission of Deposition Testimony From Certain Witnesses and in Reply to Defendants' Objections to Plaintiffs' Proposed Evidence Submitted In Opposition to Defendants' Motions be and is hereby granted as unopposed, *see* (R. Doc. 14671).

1

New Orleans, Louisiana, this 14th day of _____June_____, 2012.

_____
Eldon E. Fallon
United States District Court Judge