UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>**Richard and Constance Almeroth, et al vs. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al; Case No. 12-0498** | |

## NOTICE OF ERRATA

NOTICE IS HEREBY GIVEN that the correct property addresses for Plaintiff, Scott Spires, are as follows:

1. 3106 Bethany Lane, Waycross, GA 31501
2. 3108 Bethany Lane, Waycross, GA 31501
3. 3110 Bethany Lane, Waycross, GA 31501
4. 3112 Bethany Lane, Waycross, GA 31501
5. 3113 Bethany Lane, Waycross, GA 31501
6. 3114 Bethany Lane, Waycross, GA 31501
7. 3115 Bethany Lane, Waycross, GA 31501
8. 3116 Bethany Lane, Waycross, GA 31501
9. 3117 Bethany Lane, Waycross, GA 31501
10. 3118 Bethany Lane, Waycross, GA 31501
11. 3119 Bethany Lane, Waycross, GA 31501
12. 3120 Bethany Lane, Waycross, GA 31501
13. 3121 Bethany Lane, Waycross, GA 31501
14. 3122 Bethany Lane, Waycross, GA 31501
15. 3123 Bethany Lane, Waycross, GA 31501
16. 3124 Bethany Lane, Waycross, GA 31501
17. 3125 Bethany Lane, Waycross, GA 31501
18. 3126 Bethany Lane, Waycross, GA 31501
19. 3127 Bethany Lane, Waycross, GA 31501
20. 3128 Bethany Lane, Waycross, GA 31501
21. 35 Janie Circle Apt 9, Nahunta, GA 31553
22. 35 Janie Circle Apt 10, Nahunta, GA 31553
23. 35 Janie Circle Apt 11, Nahunta, GA 31553
24. 35 Janie Circle Apt 12, Nahunta, GA 31553

25. 35 Janie Circle Apt 13, Nahunta, GA 31553
26. 35 Janie Circle Apt 14, Nahunta, GA 31553
27. 35 Janie Circle Apt 15, Nahunta, GA 31553
28. 35 Janie Circle Apt 16, Nahunta, GA 31553
29. 35 Janie Circle Apt 17, Nahunta, GA 31553
30. 35 Janie Circle Apt 18, Nahunta, GA 31553
31. 35 Janie Circle Apt 19, Nahunta, GA 31553
32. 35 Janie Circle Apt 20, Nahunta, GA 31553
33. 35 Janie Circle Apt 21, Nahunta, GA 31553
34. 35 Janie Circle Apt 22, Nahunta, GA 31553
35. 35 Janie Circle Apt 23, Nahunta, GA 31553
36. 35 Janie Circle Apt 24, Nahunta, GA 31553

NOTICE IS HEREBY GIVEN that the correct Distributor Defendant/Exporter/Importer/ Broker Defendant for Plaintiff, Scott Spires, is Gulf Coast Shelter, Inc.

Respectfully submitted,

Dated: June 15, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Errata has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 15th day of June, 2012.

    /s/_ Leonard A. Davis_____
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.comSpi
Plaintiffs' Liaison Counsel
MDL 2047