Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0211

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Executive Home Builders, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **ASCENSION PARISH** )

Name of Server: **William Humble**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **31st** day of **MARCH**, 20 **11**, at **6:43** o'clock **P** M

Place of Service: at **12040 Niece Rd.**, in **St. Amant, LA 70774**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Executive Home Builders, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **JAMIE CLOUATRE - SECRETARY**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **WHITE** ; Hair Color **BROWN** ; Facial Hair **N/A**
Approx. Age **38** ; Approx. Height **5'6"** ; Approx. Weight **120 lbs.**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **1st** day of **April**, 20 **11**

_William Humble_
Signature of Server

_Sandra M. Hutchinson_
Notary Public    (Commission Expires)

**APS International, Ltd.**

Sandra M. Hutchinson
Notary Public ID #80400