Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0095

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Florida Style Services, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 25th day of March, 20 11, at 10:05 o'clock A M

Place of Service: at 2422 SE 28th Street, in Cape Coral, FL 33904

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Florida Style Services, Inc.**

Person Served, and Method of Service: By delivering them into the hands of a **spouse of officer** whose name and title is: **Antionette Casman, Spouse of David Casman, President at their residence**

Description of Person Receiving Documents:
Sex F ; Skin Color White ; Hair Color Red ; Facial Hair _____
Approx. Age 45-50 ; Approx. Height 5'0" ; Approx. Weight 100-110

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 31st day of March, 20 11

*Barbara Gray* #15753
Signature of Server

*Traci A DeSalvo* 10/22/11
Notary Public (Commission Expires)

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

**APS International, Ltd.**