Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   109745-0209

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Font Builders, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **LOUISIANA** ) ss.
Parish of: **LIVINGSTON** )

**Name of Server:** **Tom Cassisa**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **27TH** day of **March**, 20 **11**, at **6:40** o'clock **P** M

**Place of Service:** at **15411 White Tail Court**, in **Baton Rouge, LA  70817**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Font Builders, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Peggy Font, Owner**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **N/A**
Approx. Age **45 yrs** Approx. Height **5'7"** ; Approx. Weight **145 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Tom Cassisa*
Signature of Server

Subscribed and sworn to before me this **28TH** day of **MARCH**, 20 **11**

*James Dallah  4/29/13*
Notary Public           (Commission Expires)

**APS International, Ltd.**