Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0355

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--GL Homes Limited Corporation, aka GL Homes Limited Corporation

Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Jesse Picone, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 31st day of March, 20 11, at 3:50 o'clock P. M

**Place of Service:** at 1600 Sawgrass Corporate Parkway, Ste. 300, in Sunrise, FL 33323

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
GL Homes Limited Corporation, aka GL Homes Limited Corporation

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: MS. HEATHER KEITH, LEGAL DEPARTMENT REPRESENTATIVE

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color BLONDE ; Facial Hair _____
Approx. Age 45 ; Approx. Height 5'6" ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
JESSE PICONE
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
1ST day of APRIL, 20 11
JONATHAN LEVY
Notary Public    (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission # DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.