Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0307

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Global Home Builders, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Martin** )

**Name of Server:** **Amy M. Kreyling**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **25** day of **March**, 20 **11**, at **11:05** o'clock **A** M

**Place of Service:** at 217 E. Ocean Blvd., in Stuart, FL 34994

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Global Home Builders, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Pam Coleman - Receptionist - as substitute R/A in absence of R/A Leif Grazi, Esq, in accordance to Florida Statutes**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair **—**
Approx. Age **38-42**; Approx. Height **5'4"**; Approx. Weight **115-120 lbs**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Amy M. Kreyling*
Signature of Server

Subscribed and sworn to before me this **25** day of **March**, 20 **11**

*[signature]*  7-14-11
Notary Public    (Commission Expires)

APS International, Ltd.

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

SEAN AND BETH PAYTON, et al )
)
*Plaintiff* )
v. ) Civil Action No. 09-7628
KNAUF GIPS KG, et al )
)
*Defendant* )

**SUMMONS IN A CIVIL ACTION**  Complaint in Intervention I(B)

To: *(Defendant's name and address)* Global Home Builders, LLC
217 E. Ocean Blvd.
Stuart, FL 34994

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Loretta G. Whyte

Date: January 14, 2011

Amy M. Kreyling
CPS # PS-04-05
Certified Process Server
19th Judicial Circuit

*Signature of Clerk or Deputy Clerk*

(AK) PS0405
3/25/2011 11:05AM
Pam Coleman - Receptionist,
As substitute R/A in absence of R/A Leif Grazi, ESQ,
In accordance to Florida Statutes {R/A hours are Mon-Fri 10AM-12PM}