Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109745-0086

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Great Southern Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

**Name of Server:** _Joe P. Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _28_ day of _March_, 20_11_, at _9:47_ o'clock _A_ M
_9:46 Am_

**Place of Service:** at _17065 West Wortham Road_, in _Saucier, MS 39574_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Person Served, and** **Great Southern Homes, Inc.**
**Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _David Bourdette, Broker/Manager -- The Home Team_

**Description of** The person receiving documents is described as follows:
**Person Receiving** Sex _M_ ; Skin Color _White_ ; Hair Color _Gray_ ; Facial Hair ____
**Documents:** Approx. Age _58-62_ ; Approx. Height _5'10_ ; Approx. Weight _180_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   _29_ day of _March_, 20_11_

Signature of Server                              Notary Public    9/22/14  (Commission Expires)

**APS International, Ltd.**

[Notary seal: KYLE MARCHBANKS, ID # 97121, Commission Expires Sept. 22, 2014, STATE OF MISSISSIPPI, HARRISON COUNTY]