Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   109745-0347

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Greystoke Homes at South Point II, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lasclo
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA                          ) ss.
County of: PALM BEACH                     )

| | |
|---|---|
| Name of Server: | MICHAEL ROCCO                      , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the   28TH  day of   MARCH                  , 20  11 , at   10:55  o'clock   A.  M |
| Place of Service: | at   11380 Prosperity Farms Rd., #221E                 , in   Palm Beach Gardens, FL  33410 |
| Documents Served: | the undersigned served the documents described as: **Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action** **Complaint in Intervention (I(B)) w/Jury Demand** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: **Greystoke Homes at South Point II, LLC** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is:  RAZIUR RAHMAN, REGISTERED AGENT FOR SERVICE |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex  M  ; Skin Color  WHITE   ; Hair Color  BLACK   ; Facial Hair _____ Approx. Age  35   ; Approx. Height  5'7"   ; Approx. Weight  150 ☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. MICHAEL ROCCO Signature of Server | Subscribed and sworn to before me this 29TH   day of MARCH             , 20  11 JONATHAN LEVY Notary Public                  (Commission Expires) |

**APS International, Ltd.**