Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0190

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--H.C. Owen Builder, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: _LOUISIANA_ ) ss.
County of: _EAST BATON ROUGE PARISH_
Name of Server: _WILLIAM HUMBLE_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _28TH_ day of _MARCH_, 20 _11_, at _12:51_ o'clock _P_ M

Place of Service: at _5654 Main Street_, in _Zachary, LA 70791_

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
H.C. Owen Builder, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _CHARLENE SMITH - SECRETARY_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_; Skin Color _WHITE_; Hair Color _BLONDE_; Facial Hair _N/A_
Approx. Age _45_; Approx. Height _5'6"_; Approx. Weight _115 lbs._

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_William Humble_
Signature of Server

Subscribed and sworn to before me this _31_ day of _March_, 20_11_

_Sandra M. Hutchinson_
Notary Public   (Commission Expires) _at death_

Sandra M. Hutchinson
Notary Public ID #71430

**APS International, Ltd.**