Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0144

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Heights Custom Homes, LLC, a/k/a Heights Properties, LLC

Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Collier** )

Name of Server: **Joseph R. Cripe**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **25th** day of **March**, 20 **11**, at **1:05** o'clock **P** M

Place of Service: at **2180 Immokalee Rd, Suite 316**, in **Naples, FL 34110**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Heights Custom Homes, LLC, a/k/a Heights Properties, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Kevin Denti, Registered Agent**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M** ; Skin Color **white** ; Hair Color **Gray** ; Facial Hair _____
Approx. Age **50** ; Approx. Height **5'10"** ; Approx. Weight **170**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server **#157299**
APS International, Ltd.

Subscribed and sworn to before me this **30th** day of **March**, 20 **11**

Notary Public     (Commission Expires)
MARCIA L. MCEVERS
MY COMMISSION # DD 965985
EXPIRES: March 3, 2014
Bonded Thru Budget Notary Services

1400