Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0228

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Holiday Builders, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _____ ) ss.
County of: _____ )

**Name of Server:** Joseph L Caeano , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 24 day of March , 20 11 , at 10:10 o'clock A M

**Place of Service:** at 2293 W Eau Gallie Blvd. , in Melbourne, FL 32935

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Holiday Builders, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Refused to Give Name

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color BL ; Facial Hair N
Approx. Age 50's ; Approx. Height 5'6" ; Approx. Weight 110

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this 24TH day of MARCH , 20 11

_____
Notary Public     (Commission Expires)

APS International, Ltd.



ALFRED S. PULASKI
MY COMMISSION # DD 978287
EXPIRES: April 4, 2014
Bonded Thru Budget Notary Services