Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0345

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Home Depot USA, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Delaware__ ) ss.
County of: __New Castle__ )

**Name of Server:** __Adam Golden__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __28__ day of __March__, 20__11__, at __2:08__ o'clock __P__ M

**Place of Service:** at __2711 Centerville Rd., Ste. 400__, in __Wilmington, DE  19808__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Home Depot USA, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Paul Matthews (Litigation Support)__

**Description of Person Receiving Documents:** The person receiving documents is described as follows: __N/A__
Sex ___ ; Skin Color _____ ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __30__ day of __March__, 20 __11__

Notary Public   (Commission Expires)

**APS International, Ltd.**

[Notary seal: GIOVANNA MESSINA, MY COMMISSION EXPIRES JULY 9, 2012, NOTARY PUBLIC STATE OF DELAWARE]