Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109745-0351

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J. Helms Construction, Inc., dba Sundown Development
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

**State of:** FLORIDA  ) ss.

**County of:** PALM BEACH  )

**Name of Server:** MICHAEL ROCCO , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the  28TH day of  MARCH , 20 11 , at  12:04  o'clock  P.  M

**Place of Service:** at  8297 Southeast Country Estates Way , in  Jupiter, FL  33458

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**J. Helms Construction, Inc., dba Sundown Development**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: MR. J. HELMS, MANAGING AGENT

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color BALD ; Facial Hair _____
Approx. Age  50 ; Approx. Height  5'7" ; Approx. Weight  175

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

MICHAEL ROCCO
Signature of Server

Subscribed and sworn to before me this 29TH   day of MARCH , 20 11

JONATHAN LEVY
Notary Public            (Commission Expires)

**APS International, Ltd.**