Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0147

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Jacks Drywall, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.
County of: _ASCENSION PARISH_ )

**Name of Server:** _William Humble_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _29TH_ day of _MARCH_, 20_11_, at _2:24_ o'clock _P_ M

**Place of Service:** at _43420 N. Pinecrest Street_, in _Gonzales, LA  70737_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Jacks Drywall, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _LEONARD B. JACKS, JR. - REGISTERED AGENT_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _WHITE_ ; Hair Color _BROWN_ ; Facial Hair _N/A_
Approx. Age _50_ ; Approx. Height _5'6_ ; Approx. Weight _160_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ William Humble_
Signature of Server

Subscribed and sworn to before me this _31_ day of _March_, 20_11_

_/s/ Sandra M. Hutchinson_
Notary Public    (Commission Expires)

**APS International, Ltd.**