Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0065

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--JB Plaster, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Mark Hritz**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **25th** day of **March**, 20 **11**, at **6:05** o'clock **P** M

**Place of Service:** at **10830 Abernathy Street**, in **Bonita Springs, FL 34135**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**JB Plaster, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of a **spouse of officer** whose name and title is: **Brijida Santago, spouse of the President Juan Reyes at their residence**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **tan** ; Hair Color **Black** ; Facial Hair ____
Approx. Age **30** ; Approx. Height **5'4"** ; Approx. Weight **115**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #157600

Subscribed and sworn to before me this **31st** day of **March**, 20 **11**

Traci A. DeJalux 10/22/11
Notary Public        (Commission Expires)

**APS International, Ltd.**

Traci A. ...
Comm# ...7525
Expires 10/22/2011
Florida Notary Assn, Inc