Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0056

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--John Korn Builders, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

**Name of Server:** _Joe R Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _1_ day of _April_, 20_11_, at _7:53_ o'clock _A_ M

**Place of Service:** at 15094 Lorraine Road, in Biloxi, MS 39532-9697

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**John Korn Builders, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Mrs John Korn Jr., Bookkeeper_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Blond_ ; Facial Hair ____
Approx. Age _50's_ ; Approx. Height _5'7_ ; Approx. Weight _150_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _1_ day of _April_, 20_11_

_____
Signature of Server

_____
Notary Public     (Commission Expires) 9/22/14

**APS International, Ltd.**

*Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 97121 KYLE MARCHBANKS Commission Expires Sept. 22, 2014 HARRISON COUNTY*