Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 109745-0199

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Johnathan Scott Shewmake
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **MOBILE** )

**Name of Server:** **Norris Armstrong**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **29** day of **MARCH**, 20 **11**, at **11:20** o'clock **AM** M

**Place of Service:** at 8495 Celeste Road, in Saraland, AL 36571

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Johnathan Scott Shewmake

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of **STACY SHEWMAKE**, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
Johnathan Scott Shewmake
at the place of service, and whose relationship to the person is: **WIFE**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **WHITE**; Hair Color **BLONDE**; Facial Hair **NONE**
Approx. Age **34**; Approx. Height **5'4"**; Approx. Weight **120**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **4th** day of **April**, 20 **11**

Notary Public        (Commission Expires)