Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0091

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Just-Rite Supply, Corporation Service Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **MS** ) ss.
County of: **Jones** )

**Name of Server:** **Terry Keith**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **24** day of **March**, 20 **11**, at **2:00** o'clock **P** M

**Place of Service:** at **506 South President Street**, in **Jackson, MS 39201**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Just-Rite Supply, Corporation Service Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Danny Perry, Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Brown**; Facial Hair **N**
Approx. Age **40**; Approx. Height **Sitting**; Approx. Weight **Sitting**
[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Terry Keith**
Signature of Server

Subscribed and sworn to before me this **28** day of **March**, 20 **11**

**Michelle Murray**
Notary Public        (Commission Expires)

**APS International, Ltd.**

