Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0318

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--KB Home Fort Myers, LLC, c/o Corporation Service Company

Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Leon** )

Name of Server: **James A Aloi**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **25** day of **March**, 20 **11**, at **1005** o'clock **A** M

Place of Service: at **1201 Hays St**, in **Tallahassee, FL 32301**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**KB Home Fort Myers, LLC, c/o Corporation Service Company**
By delivering them into the hands of an officer or managing agent whose name and title is: **Joyce Murchly - process clerk**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Br**; Facial Hair ___
Approx. Age **38**; Approx. Height **5'6**; Approx. Weight **131**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.
**3·25·11**
Signature of Server

Subscribed and sworn to before me this **25** day of **March**, 20 **11**
Notary Public   (Commission Expires)

APS International, Ltd.



DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019