Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0163

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Klepk Bros. Drywall, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Orange** )

Name of Server: **Anthony Lu**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **23** day of **March**, 20**11**, at **5:40** o'clock **P** M

Place of Service: at **14630 Eagles Crossing Drive**, in **Orlando, FL  32837**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Klepk Bros. Drywall, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Monica Klepk, wife of Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Black Gray**; Facial Hair **N/A**
Approx. Age **50**; Approx. Height **5'4"**; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  3-25-11
Anthony Lu
APS International, Ltd. #7053

Subscribed and sworn to before me this **25** day of **March**, 20 **11**

Notary Public   (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission # DD859349
Expires:  MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.