Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0048

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--La Suprema Enterprise, Inc., c/o Steve M. Birnston, Esquire

Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

**Name of Server:** CARLOS AGUIRRE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 31st day of March, 20 11, at 2:05 o'clock P M.

**Place of Service:** at Rosenthal, Rosenthal, Rasco, Kaplan, LLC, in Aventura, FL 33180
One Aventura, Suite 600
20900 NE 30th Avenue

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
La Suprema Enterprise, Inc., c/o Steve M. Birnston, Esquire

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Sharon Leech Secretary

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F; Skin Color White; Hair Color Brown; Facial Hair ___
Approx. Age 35; Approx. Height 5'5; Approx. Weight 150

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 4th day of April, 20 11.

Signature of Server

Notary Public (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014