Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109745-0133

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Legend Custom Builders, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: **Florida** ) ss.

County of: **Lee** )

Name of Server: **Raymond V. Laakso**, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **28th** day of **March**, 20 **11**, at **9:35** o'clock **A** M

Place of Service: at **Forrester Hart Belisle & Whitaker, PL** , in **Fort Myers, FL  33907**
**1429 Colonial Boulevard, Ste 201**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**

**Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Legend Custom Builders, Inc.**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: **Eric Belisle, Forrester, Hart Belisle & Whitaker PL, Registered Agent**

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex **M** ; Skin Color **white** ; Hair Color **Black** ; Facial Hair _____
Approx. Age **40** ; Approx. Height **5'11"** ; Approx. Weight **185**

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_Raymond V. Laakso_
Signature of Server **#157154**

Subscribed and sworn to before me this
**14th** day of **April**, 20 **11**

_Marcia L. McEvers_
Notary Public          (Commission Expires)

**MARCIA L. MCEVERS**
MY COMMISSION # DD 965985
EXPIRES: March 3, 2014
Bonded Thru Budget Notary Services

**APS International, Ltd.**

1402