Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0322

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lennar Homes, LLC, CT Corporation System
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Broward__ )

**Name of Server:** _____Murray Deal_____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __24__ day of _____March_____, 20 __11__, at __11:15__ o'clock __A__ M

**Place of Service:** at __1200 South Pine Island Road__, in __Plantation, FL  33324__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Lennar Homes, LLC, CT Corporation System

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __CT Corp. Registered Agent for contact, Donna Moch, Senior Corporate Manager__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__; Skin Color __W__; Hair Color __Brown__; Facial Hair _____
Approx. Age __45+__; Approx. Height __5'6"__; Approx. Weight __135__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_(signature)_
Signature of Server

Subscribed and sworn to before me this __25__ day of __March__, 20 __11__

_(signature)_
Notary Public  (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Everton Baggoo
Commission #DD849273
Expires: JAN. 05, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

**APS International, Ltd.**