Case 2:09-md-02047-EEF-MBN   Document 14740   Filed 06/18/12   Page 1 of 1

Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0305

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Louran Gips KG
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: St. Lucie )

**Name of Server:** Amy M. Kreyling, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 6 day of April, 20 11, at 7:10 o'clock P M

**Place of Service:** at 414 SW Dalton Circle, in Port St. Lucie, FL 34953

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Louran Gips KG

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Vincent Montalto, JR. Registered Agent for Louran Builders Inc.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Black ; Facial Hair Yes
Approx. Age 45-50 ; Approx. Height 5'8" ; Approx. Weight 200 lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Amy M. Kreyling*
Signature of Server

Subscribed and sworn to before me this 7 day of April, 20 11

7-14-12
Notary Public        (Commission Expires)

APS International, Ltd.



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services