Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   109745-0304

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Louran Builders, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __St. Lucie__ )

Name of Server: ___Amy M. Kreyling___, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __6__ day of __April__, 20__11__, at __7:10__ o'clock __P__ M

Place of Service: at __414 SW D Dalton Circle__, in __Port St. Lucie, FL  34953__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Louran Builders, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Vincent Montalto, JR - Registered Agent__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __Black__; Facial Hair __Yes__
Approx. Age __45-50__; Approx. Height __5'8"__; Approx. Weight __200lbs__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Amy M. Kreyling_
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this __7__ day of __April__, 20__11__

_____
Notary Public

7-14-12
(Commission Expires)

NOTARY PUBLIC
STATE OF FLORIDA
BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services