Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0338

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lowe's Home Centers, Inc., c/o Corporation Service Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **North Carolina** ) ss.
County of: **Johnston** )

**Name of Server:** **Jennifer McKenzie**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **24** day of **March**, 20**11**, at **9:59** o'clock **A** M

**Place of Service:** at **327 Hillsborough Street**, in **Raleigh, NC 27603**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:**
**Person Served, and Method of Service:**

A true and correct copy of the aforesaid document(s) was served on:
**Lowe's Home Centers, Inc., c/o Corporation Service Company**
By delivering them into the hands of an officer or managing agent whose name and title is: **Jamie Johnston, Authorized Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **brown**; Facial Hair **no**
Approx. Age **24**; Approx. Height **5'6"**; Approx. Weight **125**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Jennifer McKenzie*
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this **24** day of **MARCH**, 20 **11**

*Edwin McCracken*
Notary Public    (Commission Expires)

[Notary seal: EDWIN MCCRACKEN, NOTARY PUBLIC, WAKE COUNTY, N.C., Comm. Exp. 1-22-2011]