Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0330

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lucra Investments, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Idaho ) ss.
County of: Teton )

Name of Server: Jeremiah Jones, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 29 day of March, 20 11, at 10:50 o'clock A M

Place of Service: at 47 South Main, in Driggs, ID. 83422

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Lucra Investments, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Katheryn Hagen, Office Assistant

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F; Skin Color Fair; Hair Color Brown; Facial Hair no
Approx. Age 39?; Approx. Height 5'9; Approx. Weight 200?

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 30 day of March, 20 11

_____
Signature of Server

Cindy Hatch  9.15.2012
Notary Public   (Commission Expires)

**APS International, Ltd.**