## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Richard and Constance Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al. Case No. 12-0498 | |

**PLAINTIFFS, LUNA OCEAN RESIDENCES CONDOMINIUM ASSOCIATION, INC.'S NOTICE OF REMEDIATION**

NOTICE IS HEREBY given that condominium units located at Luna Ocean Residences, 704 N. Ocean Boulevard, Pompano Beach, Florida 33062, shall be made available for inspection prior to the commencement of remediation, which shall occur no sooner than thirty (30) days from the date of this notice. Plaintiffs allege that the drywall contained within affected units was manufactured by Taishan, distributed by Metro Resources Corp., supplied by G. Proulx, LLC and installed by Boulanger Drywall Corp. The developer of the property is 704 N. Ocean Blvd. Associates, Ltd.

Dated: June 18, 2012            Respectfully submitted,

                                         /s/ Allison Grant
                                         Allison Grant, Esquire (Fla. Bar No. 858330)
                                         Allison Grant, P.A.
                                         730 S. Federal Highway
                                         Lake Worth, Florida 33460
                                         Phone: (561) 994-9646
                                         Fax:   (561) 431-4627
                                         Email: agrant@allisongrantpa.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Notice of Intent to Remediate has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of June, 2012.

/s/ Allison Grant
Allison Grant, Esquire
Fla. Bar No. 858330
Allison Grant, P.A.
730 S. Federal Highway
Lake Worth, Florida 33460
Phone: (561) 994-9646
Fax:    (561) 431-4627
Email: agrant@allisongrantpa.com

2