Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0313

# AFFIDAVIT OF SERVICE -- Corporate

**Service of Process on:**
--Meadows of Estero-, Bonita Springs Limited Partnership
d/b/a Shelby Homes c/o NRAI Services, Inc
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Leon )

**Name of Server:** James A Aloi, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 25 day of March, 20 11, at 10:10 o'clock A M

**Place of Service:** at 515 E Park Ave, in Tallahassee, FL 32301

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Meadows of Estero-, Bonita Springs Limited Partnership d/b/a Shelby Homes c/o NRAI Services, Inc
By delivering them into the hands of an officer or managing agent whose name and title is: Kim Hancock - process clerk

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Bn ; Facial Hair ___
Approx. Age 46 ; Approx. Height 5'8 ; Approx. Weight 151

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

3.25.11
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 25 day of March, 20 11

Notary Public    (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019