Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0320

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Meridian Homes USA, Inc., c/o Michael C. Daniel, Esquire

Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Georgia ) ss.
County of: Oconee

Name of Server: **Jennifer Jordan**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 24th day of March, 2011, at 12:34 o'clock P M

Place of Service: at Prior, Daniel & Wiltshire, in Athens, GA 30601
490 North Milledge Avenue

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Meridian Homes USA, Inc., c/o Michael C. Daniel, Esquire**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Daniece Dyett, Legal Assistant to Michael C. Daniel**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color Black ; Hair Color Brown ; Facial Hair no
Approx. Age ~33 ; Approx. Height n/a sitting ; Approx. Weight ~250

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Jennifer Jordan
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this ___ day of _____, 20 11

Notary Public (Commission Expires)

[Notary Seal: Cathy Williams Crawford, Notary Public, Oconee County, GA]