Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #:  109745-0251

## AFFIDAVIT OF SERVICE -- Individual

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

Service of Process on:

--Nathanial Crump
Court Case No. 09-7628

State of: _LOUISIANA_ ) ss.
Parish
County of: _LIVINGSTON_ )

**Name of Server:** _Tom Cassisa_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _3rd_ day of _April_ , 20 _11_ , at _1:30_ o'clock _P_ M

**Place of Service:** at _5529 Cold Water Creek Ct._ , in _Baton Rouge, LA  70808_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Nathanial Crump**

**Person Served, and**
**Method of Service:**
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____ , a person
of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Nathanial Crump**
at the place of service, and whose relationship to the person is: _____

**Description of Person**
**Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Black_ ; Hair Color _Black_ ; Facial Hair _N/A_
Approx. Age _50 yrs_ ; Approx. Height _6'0"_ ; Approx. Weight _180 lbs_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at
the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_3RD_ day of _APRIL_ , 20 _11_

_James Gallaly  4/29/13_
Notary Public        (Commission Expires)