Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0068

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Nu Way Drywall, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Manatee )

Name of Server: **Maryellen Janney**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 26th day of March, 20 11, at 10:05 o'clock A M

Place of Service: at 384 Snapdragon Loop, in Bradenton, FL 34212

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Nu Way Drywall, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Alex Rivera, Manager/Member

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color Brown ; Hair Color Black ; Facial Hair —
Approx. Age 40 ; Approx. Height 5'11" ; Approx. Weight 185

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Maryellen Janney*
Signature of Server
#0699

**APS International, Ltd.**

Subscribed and sworn to before me this 28th day of March, 20 11

*Shelly Huffman*
Notary Public        (Commission Expires)

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru Troy Fain Insurance 800-385-...

62555