Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0353

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ocean Coast Drywall, Inc., fka Ocean Coast Drywall of S. Florida, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: BROWARD )

**Name of Server:** JESSE PICONE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 29TH day of MARCH, 20 11, at 3:05 o'clock P. M

**Place of Service:** at 3431 SW 11th St., in Deerfield Beach, FL 33442

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Ocean Coast Drywall, Inc., fka Ocean Coast Drywall of S. Florida, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: GEORGIA FRIEDMAN, MANAGING AGENT / AUTHORIZED EMPLOYEE

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color RED ; Facial Hair ____
Approx. Age 45 ; Approx. Height 5'7" ; Approx. Weight 210

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
JESSE PICONE
Signature of Server

Subscribed and sworn to before me this 30TH day of MARCH, 20 11
JONATHAN LEVY
Notary Public              (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

**APS International, Ltd.**