Case 2:09-md-02047-EEF-MBN   Document 14765   Filed 06/18/12   Page 1 of 1

Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0073

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--O'Neal/Holliman Corporation
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

**Name of Server:** _Joe R Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _28_ day of _March_, 20_11_, at _9:17_ o'clock _A_ M

**Place of Service:** at _16127 Orange Grove Road_, in _Gulfport, MS 39503_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**O'Neal/Holliman Corporation**
By delivering them into the hands of an officer or managing agent whose name and title is: _Candace Dye — Secretary for Laura Paulk, "Authorized to accept for" Attorney_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair ____
Approx. Age _25-35_ ; Approx. Height _5'6_ ; Approx. Weight _140_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this _29_ day of _March_, 20_11_

_Notary Public_    9/22/14 (Commission Expires)

APS International, Ltd.

*[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 97121, KYLE MARCHBANKS, Commission Expires Sept. 22, 2014, HARRISON COUNTY]*