Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0075

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--O'Neal Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

**Name of Server:** _Joe R Gilly_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _28_ day of _March_, 20_11_, at _9:17_ o'clock _A_ M

**Place of Service:** at _16127 Orange Grove Road_, in _Gulfport, MS 39503_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
O'Neal Homes, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Candace Dye - Secretary for Paul Laupa Paulk, Attorney_ "Authorized to accept for"

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _white_ ; Hair Color _brown_ ; Facial Hair ____
Approx. Age _25-35_ ; Approx. Height _5/6_ ; Approx. Weight _140_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _29_ day of _March_, 20 _11_

Signature of Server

Notary Public     9/22/14
(Commission Expires)

APS International, Ltd.

ID # 97121
KYLE MARCHBANKS
Commission Expires
Sept. 22, 2014
STATE OF MISSISSIPPI NOTARY PUBLIC HARRISON COUNTY