Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0246

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Palm Isles Holdings, LLC, c/o Kieran P. Fallon, Esq.

Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

**Name of Server:** CARLOS AGUIRRE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 28th day of March, 20 11, at 11:55 o'clock A M

**Place of Service:** at 1101 Brickell Ave., Suite N-1101, in Miami, FL 33130

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Palm Isles Holdings, LLC, c/o Kieran P. Fallon, Esq.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Vanessa Fish Secretary

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Black ; Hair Color Black ; Facial Hair
Approx. Age 27 ; Approx. Height 5'6 ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 29th day of March, 20 11

Notary Public          (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014