Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)




Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0070

# AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--Paragon Homes Corporation
Court Case No. 09-7628

State of: FLORIDA ) ss.
County of: Hillsborough )

**Name of Server:** JAMIE SNYDER, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 26 day of MARCH, 20 11, at 6:41 o'clock P M

**Place of Service:** at 3020 Colonial Ridge Drive, in Brandon, FL 33511

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Paragon Homes Corporation

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: HARVEY L. TUCKER REGISTERED AGENT

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color Cauc; Hair Color Gray; ~~Facial Hair~~ glasses
Approx. Age 65; Approx. Height 5'8"; Approx. Weight 190lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

[signature]
Signature of Server

Subscribed and sworn to before me this 29 day of MARCH, 20 11

[signature]
Notary Public (Commission Expires)

**APS International, Ltd.**

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters
NOTARY PUBLIC STATE OF FLORIDA