Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0247

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ponce Riviera, LLC, c/o Gerald McBride, Esquire
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

**Name of Server:** __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __30__ day of __March__, 20 __11__, at __11:46__ o'clock __A__ M

**Place of Service:** at __500 S. Dixie Hwy, Ste. 307__, in __Miami, FL 33146__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Ponce Riviera, LLC, c/o Gerald McBride, Esquire**
By delivering them into the hands of an officer or managing agent whose name and title is: __Samantha Lucas Secretary__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __Blonde__; Facial Hair ____
Approx. Age __30__; Approx. Height __5'6__; Approx. Weight __130__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __30th__ day of __March__, 20 __11__

Signature of Server

Notary Public   (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014