Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by

**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109745-0076

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Prestige Properties
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _MISSISSIPPI_ ) ss.
County of: _HARRISON_ )

**Name of Server:** _JOE P. GILLIS_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _29_ day of _MARCH_, 20 _11_, at _6:45_ o'clock _P_ M

**Place of Service:** at _10767 East Taylor Road_, in _Gulfport, MS  39503_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Prestige Properties**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _GARY MCCABE, REGISTERED AGENT_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _GRAY_ ; Facial Hair _____
Approx. Age _50's_ ; Approx. Height _5'10_ ; Approx. Weight _220_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _30th_ day of _March_, 20 _11_

_Signature of Server_

_Diana I._   _Jne 2014_
Notary Public        (Commission Expires)

**APS International, Ltd.**

STATE OF MISSISSIPPI
DIANA I. GONZALEZ
ID No
96159
Comm Expires
Jun. 2, 2014
NOTARY PUBLIC
HARRISON COUNTY