Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0277

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Punta Gorda Partners, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **St. Johns** )

**Name of Server:** **Patricia M. Loughery**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4th** day of **April**, 20 **11**, at **2:30** o'clock **P** .M

**Place of Service:** at **354 Royal Tern Road South**, in **Ponte Vedra Beach, FL  32082**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Punta Gorda Partners, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **M. David Bove / officer**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Gray** ; Facial Hair ___
Approx. Age **60** ; Approx. Height **6'0** ; Approx. Weight **180**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   **4** day of **April**, 20 **11**

Signature of Server    Notary Public    (Commission Expires)

**APS International, Ltd.**

DENNIS E. BARTILUCCI
MY COMMISSION # DD706878
EXPIRES: November 15, 2011
1-800-3-NOTARY    Fl. Notary Discount Assoc. Co.