Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0267

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rafuls & Associates Construction Co., Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

**Name of Server:** __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __29th__ day of __March__, 20 __11__, at __11:56__ o'clock __A__ M

**Place of Service:** at __7901 W. 25th Ave., #3__, in __Hialeah, FL 33016__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Rafuls & Associates Construction Co., Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Nelly Mendez Secretary__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __Brown__; Facial Hair ____
Approx. Age __35__; Approx. Height __5'0"__; Approx. Weight __140__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __29__ day of __March__, 20 __11__

_____
Notary Public    (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013