Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109745-0135

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Ray Horvath Drywall, Inc.
Court Case No. 09-7628

| | |
|---|---|
| State of: **FLORIDA** ) ss. | |
| County of: **OKEECHOBEE** ) | |

**Name of Server:** **GREGORY GERNAT**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **23** day of **MARCH**, 20**10**, at **7:12** o'clock **P**M

**Place of Service:** at **10155 NE 101st St**, in **Okeechobee, FL 34972**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Ray Horvath Drywall, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **RAY HORVATH, REGISTERED AGENT**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **WHITE**; Hair Color **GRAY**; Facial Hair **N**
Approx. Age **60**; Approx. Height **5'10"**; Approx. Weight **240**

**X** To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Gregory Gernat_
Signature of Server

Subscribed and sworn to before me this **23rd** day of **March**, 20**11**

_Peggy Gerth_
Notary Public          (Commission Expires)

**APS International, Ltd.**



PEGGY GERTH
MY COMMISSION # DD768681
EXPIRES March 16, 2012
Fl Notary Discount Assoc Co