Sean and Beth Payton, et. al., Plaintiff(s)

vs.

Knauf Gips KG, et. al., Defendant(s)

Service of Process by

## APS International, Ltd.
### 1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   109745-0071

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--RCR Holdings, II, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __FLORIDA__ ) ss.

County of: __PALM BEACH__ )

**Name of Server:** MICHAEL ROCCO , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __29TH__ day of __MARCH__ , 20 __11__ , at __11:10__ o'clock A. M.

**Place of Service:** at __1500 Gateway Blvd, Suite 200__ , in __Boynton Beach, FL  33426__

**Documents Served:** the undersigned served the documents described as:

Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action

Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:

RCR Holdings, II, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: MINDY BUEHANAN, MANAGING AGENT / AUTHORIZED EMPLOYEE

**Description of Person Receiving Documents:** The person receiving documents is described as follows:

Sex __F__ ; Skin Color __WHITE__ ; Hair Color __BLACK__ ; Facial Hair ____

Approx. Age __25__ ; Approx. Height __5'4"__ ; Approx. Weight __130__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

MICHAEL ROCCO

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __30TH__ day of __MARCH__ , 20 __11__

JONATHAN LEVY

Notary Public                    (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission # DD759719
Expires:  MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.