UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

| | |
|---|---|
| **THIS DOCUMENT RELATES TO ALL CASES AND** | )<br>)<br>) |
| *Sean and Beth Payton, et al. v. Knauf Gips KG, et al.*<br>**Case No. 09-07628 (E.D. La.)** | )<br>)<br>)<br>) |
| *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>**Case No. 10-361 (E.D. La.)** | )<br>)<br>)<br>) |
| *Gross, et al. v. Knauf Gips, K.G., et al.*<br>**(Complaint In Intervention,** *Mary Anne Benes, et al. v. Knauf Gips, K.G., et al.)*<br>**Case No. 09-6690 (E.D. La.)** | )<br>)<br>)<br>)<br>) |
| *Joyce W. Rogers, et al. v. Knauf Gips, K.G., et al.*<br>**Case No. 10-362 (E.D. La.)** | )<br>)<br>) |
| *Amata v. Liberty Mutual Ins. Co., et al.*<br>**Case No. 10-932** | )<br>)<br>) |
| *Kenneth Abel v. Taishan Gypsum Co., Ltd., et al.*<br>**Case No. 11-080** | )<br>)<br>) |
| *Daniel Abreu v. Gerbrueder Knauf, et al.*<br>**Case No. 11-252** | )<br>)<br>) |
| *Laura Haya, et al. v. Taishan Gypsum Co., Ltd., et al.*<br>**Case No. 11-107** | )<br>)<br>)<br>) |
| *Block v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*<br>**Case No. 11-1363** | )<br>)<br>)<br>) |

- 1 -

| | |
|---|---|
| *Benoit, et al. v. Lafarge, S.A., et al.*<br>**Case No. 11-1893** | )<br>)<br>) |
| *Arndt, et al. v. Gebrueder Knauf*<br>*Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-2349** | )<br>)<br>)<br>) |
| *Richard and Constance Almeroth, et al. v.*<br>*Taishan Gypsum Co., Ltd., et al.*<br>**Case No. 12-0498** | )<br>)<br>)<br>) |
| *Jessica Cassidy, et al. v. Gebrueder Knauf*<br>*Vewaltungsgesellschaft, KG, et al.*<br><u>**Case No. 11-3023**</u> | )<br>)<br>)<br>) |

## **SETTLING DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**

The Participating Defendants and Participating Insurers in the Settlement Agreement in MDL No.2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers hereby give notice of their compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 (the "CAFA Statute").

1. Pursuant to subsection (b) of the CAFA Statute, each defendant participating in the proposed settlement of a class action lawsuit "shall serve upon the appropriate State official of each State in which a class member resides and the appropriate Federal official, a notice of the proposed settlement."

2. Defendants have prepared a "CAFA Notice Pursuant To 28 U.S.C. § 1715" (the "Notice") for the above-captioned matter that complies with the CAFA Statute, and disseminated it as required by the statute. A copy of this Notice is <u>Exhibit A</u> hereto.

3. On June 15, 2012, on behalf of the Participating Defendants and Participating Insurers, the undersigned H. Minor Pipes, III of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. caused a copy of the Notice appended hereto as <u>Exhibit A</u> to be served by certified mail

- 3 -

on the Attorney General for the United States, the Attorney Generals and Commissioners of Insurance for the fifty states, the District of Columbia and the U.S. Territories, and other appropriate state and federal officials.  The list of recipients, including the addresses to which the Notice was sent, is <u>Exhibit B</u> hereto.  Each recipient received a transmittal letter, a copy of the Notice, and a CD containing electronic copies of the Notice and all of its Exhibits.[1]  The body of the transmittal letter disseminated by Mr. Pipes was identical for all recipients, and a representative copy of that letter is <u>Exhibit C</u> hereto.

    Respectfully,

    ALL PARTICIPATING DEFENDANTS
    AND ALL PARTICIPATING INSURERS

    By their agreed representative for this Notice:

    */s/H. Minor Pipes, III*
    Judy Y. Barrasso, 2814
    H. Minor Pipes, III, 24603
    BARRASSO USDIN KUPPERMAN FREEMAN
      & SARVER, L.L.C.
    909 Poydras Street, 24th Floor
    New Orleans, Louisiana  70112
    Telephone:  504/589-9700
    Fax:  504/589-9701
    jbarrasso@barrassousdin.com
    mpipes@barrassousdin.com

Dated:  June 18, 2012.

{755348_1}

---

[1] Identical CDs containing copies of the Notice and all of its Exhibits were distributed to each recipient.  A copy of this CD will be furnished to the Court upon request.

## **Exhibits**

A. CAFA Notice Pursuant to 28 U.S.C. § 1715
B. List of CAFA Notice Recipients
C. Transmittal Letter

{755348_1}