EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO  )
ALL CASES AND  )
  )
*Sean and Beth Payton, et al. v. Knauf Gips KG,*  )
*et al.*  )
Case No. 09-07628 (E.D. La.)  )
  )
*Kenneth and Barbara Wiltz, et al. v. Beijing New*  )
*Building Materials Public Limited Co., et al.*  )
Case No. 10-361 (E.D. La.)  )
  )
*Gross, et al. v. Knauf Gips, K.G., et al.*  )
*(Complaint In Intervention, Mary Anne*  )
*Benes, et al. v. Knauf Gips, K.G., et al.)*  )
Case No. 09-6690 (E.D. La.)  )
  )
*Joyce W. Rogers, et al. v. Knauf Gips, K.G., et al.*  )
Case No. 10-362 (E.D. La.)  )
  )
*Amata v. Liberty Mutual Ins. Co., et al.*  )
Case No. 10-932  )
  )
*Kenneth Abel v. Taishan Gypsum Co., Ltd., et al.*  )
Case No. 11-080  )
  )
*Daniel Abreu v. Gerbrueder Knauf, et al.*  )
Case No. 11-252  )
  )
*Laura Haya, et al. v. Taishan Gypsum Co., Ltd.,*  )
*et al.*  )
Case No. 11-107  )
  )
*Block v. Gebrueder Knauf*  )
*Verwaltungsgesellschaft KG, et al.*  )
Case No. 11-1363  )
  )

| | |
|---|---|
| *Benoit, et al. v. Lafarge, S.A., et al.*<br>Case No. 11-1893 | )<br>)<br>) |
| *Arndt, et al. v. Gebrueder Knauf*<br>*Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-2349 | )<br>)<br>)<br>) |
| *Richard and Constance Almeroth, et al. v.*<br>*Taishan Gypsum Co., Ltd., et al.*<br>Case No. 12-0498 | )<br>)<br>)<br>) |
| *Jessica Cassidy, et al. v. Gebrueder Knauf*<br>*Vewaltungsgesellschaft, KG, et al.*<br>Case No. 11-3023 | )<br>)<br>)<br>) |

## CAFA NOTICE PURSUANT TO 28 U.S.C. § 1715

The Participating Defendants on attached Exhibit A and the Participating Insurers on attached Exhibit B submit this Notice pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"). The information contained herein relates to a proposed class action settlement involving claims against the Participating Defendants and the Participating Insurers in the above-captioned litigation.

On May 31, 2012, the Honorable Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana (the "Court") granted a Preliminary Approval regarding the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers (the "Settlement Agreement").

The Court's Preliminary Approval Order scheduled a formal Fairness Hearing for November 13, 2012, at 9:00 a.m. in the federal court for the Eastern District of Louisiana. The Preliminary Approval Order also approved the parties' proposed Notice Program.

In accordance with the notice requirements of 28 U.S.C. § 1715(b), this Notice includes the following documents, which are contained (along with a copy of this Notice) on the computer disk attached hereto:[1]

---

[1] Due to the length of the documents and their attachments, they are being provided in electronic format on the attached disk as a matter of convenience. If hard copies of the documents are desired, they will be provided by counsel for the defendants upon request.

I.  **Copies of the complaints and attached materials:**

Exhibit C, *in globo*: The Plaintiffs' following Omnibus Class Action Complaints:[2]

1. *Sean and Beth Payton, et al. v. Knauf Gips KG, et al.,* Case No. 09-07628 (E.D. La.) (Omni I) and any Instructions and/or Amendments to this Omni Complaint;

2. *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.,* Case No. 10-361 (E.D. La.) (Omni II) and any Instructions and/or Amendments to this Omni Complaint;

3. *Gross, et al. v. Knauf Gips, K.G., et al.,* Complaint In Intervention, *Mary Anne Benes, et al. v. Knauf Gips, K.G., et al.,* Case No. 09-6690 (E.D. La.) (Omni III) and any Instructions and/or Amendments to this Omni Complaint;

4. *Joyce W. Rogers, et al. v. Knauf Gips, K.G., et al.,* Case No. 10-362 (E.D. La.) (Omni IV) and any Instructions and/or Amendments to this Omni Complaint;

5. *Amata v. Liberty Mutual Ins. Co., et al., Case No. 10-932* (Omni V) and any Instructions and/or Amendments to this Omni Complaint;

6. *Kenneth Abel v. Taishan Gypsum Co., Ltd., et al.,* Case No. 11-080 (Omni VII) and any Instructions and/or Amendments to this Omni Complaint;

7. *Daniel Abreu v. Gerbrueder Knauf, et al.,* Case No. 11-252 (Omni VIII) and any Instructions and/or Amendments to this Omni Complaint;

8. *Laura Haya, et al. v. Taishan Gypsum Co., Ltd., et al..* Case No. 11-107 (Omni IX) and any Instructions and/or Amendments to this Omni Complaint;

9. *Block v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.,* Case No. 11-1363 (Omni X) and any Instructions and/or Amendments to this Omni Complaint;

10. *Benoit, et al. v. Lafarge, S.A., et al.,* Case No. 11-1893 (Omni XI) and any Instructions and/or Amendments to this Omni Complaint;

11. *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Case No. 11-2349 (Omni XII) and any Instructions and/or Amendments to this Omni Complaint;

---

[2] In addition, the Settlement Agreement identifies numerous other cases that may involve claims against Participating Defendants or Participating Insurers (the "Related Actions").

The Omnibus Complaints and complaints in the Related Actions described above are extremely voluminous and are similar to the class action complaints which are attached *in globo* as Exhibit C hereto. Consequently, copies of the complaints in the Related Actions described above are not attached to this Notice. Copies will be provided by counsel for the defendants upon request.

12. *Richard and Constance Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al.,* Case No. 12-0498 (Omni XIII) and any Instructions and/or Amendments to this Omni Complaint;

13. *Jessica Cassidy, et al. v. Gebrueder Knauf Vewaltungsgesellschaft, KG, et al.,* Case No. 11-3023 (Omni XIV) and any Instructions and/or Amendments to this Omni Complaint;

## II. Notice of scheduled judicial hearing:

The Court granted preliminary approval of the class action settlement on May 31, 2012, and scheduled a formal Fairness Hearing for November 13, 2012 at 9:00 a.m. in Courtroom C-456 of the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana. *See*:

Exhibit D: Order and Reasons, dated June 4, 2012 granting Preliminary Approval [document # 14562].

Exhibit E: Summary Notice Of A Class Action Settlement About Chinese Drywall, which will be (i) forwarded by first class mail, postage prepaid, to the last-known address of all Class Members who are identifiable as shown on Exhibit H, (ii) published in local newspapers, periodicals and community newspapers; (iii) published in television spots; and (iv) posted online in Court-approved websites.

Exhibit F: Notice Of Pendency And Proposed Settlement Of Class Action Against Builders, Suppliers, Installers and Participating Insurers, which will be mailed to identified class members within 30 days of the Preliminary Approval Order.

## III. Notification to class members of proposed class action settlement and the members' rights to request exclusion from the class:

The Summary Notice Of A Class Action Settlement About Chinese Drywall (Exhibit E) and the Notice Of Pendency And Proposed Settlement Of Class Action Against Builders, Installers, Suppliers and Participating Insurers (Exhibit F) each provide notice to class members of the proposed national class action settlement and the members' rights to exclude themselves from the class. Both the Settlement Agreement (Exhibit G) and the Preliminary Approval Order (Exhibit D) require direct mailings of notices to identified class members or their counsel. The Settlement Agreement and Preliminary Approval Order also require publication notice in various newspapers, notice by online media, and notice on various websites (including the Court's website at http://www.laed.uscourts.gov/drywall/Settlements.htm and at www.ChineseDrywallClass.com). These notices will be mailed and published as described in Section II above.

## IV. The Class Action Settlement:

The final Settlement Agreement with all exhibits is Exhibit G.

**V.     Any settlement or other agreement contemporaneously made between class counsel and counsel for the defendants:**

No such document other than Exhibit G exists.

**VI.    Any final judgment or notice of dismissal:**

Section 1.14 of the Settlement Agreement (Exhibit G) describes the provisions to be included in the final "Order and Judgment" to be entered by the Court upon final approval of the class action settlement. Section 11 of the Settlement Agreement describes the dismissals to be entered after final approval of the class action settlement. Section 12 of the Settlement Agreement describes the bar order to be entered as part of the "Order and Judgment."

**VII.   Names and estimated proportional share of claims of class members by State:**

Exhibit H is a copy of the mailing list for the notice being provided to class members who have asserted claims against Participating Defendants and/or Participating Insurers in this litigation. Although the mailing list does not account for all absent class members, thousands of homeowners have participated in the omnibus class action complaints filed by the Plaintiffs' Steering committee in the MDL Court. It is believed that the overwhelming majority of homeowners with claims against the Participating Defendants or the Participating Insurers are existing plaintiffs on the mailing list and that the mailing list accurately reflects the residency of these homeowners. Based on this mailing list, it is estimated that the residency of class members and their estimated proportional share of claims breaks down as follows:

- Alabama – 1,075 Class Members or 12% of the class;
- Florida – 5,196 Class Members or 58% of the class;
- Louisiana – 1,503 Class Members or 16.8% of the class;
- Mississippi - 758 Class Members or 8.5% of the class;
- Texas - 193 Class Members or 2.1% of the class; and
- Other - 236 Class Members or 2.6% of the class.[3]

**VIII.  Pertinent judicial opinions:**

The Court's Order granting Preliminary Approval Hearing regarding the proposed class action settlement, dated May 31, 2012 is Exhibit D.

---

[3] Each of the 8,961 total homeowners and their states is identified in Exhibit H.

For additional information about the settlement, please feel free to contact the undersigned.

          Respectfully,

          ALL PARTICIPATING DEFENDANTS
AND ALL PARTICIPATING INSURERS

By their agreed representative for this Notice:

_____
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN FREEMAN
  & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112
Telephone:  504/589-9700
Fax:  504/589-9701
jbarrasso@barrassousdin.com
mpipes@barrassousdin.com

Dated:  June 15, 2012.

{755285_1}

## Exhibits to CAFA Notice

A. List of Participating Defendants

B. List of Participating Insurers

C. Plaintiffs' Omnibus Class Action Complaints

D. Order and Reasons Granting Preliminary Approval

E. Summary Notice A Class Action Settlement About Chinese Drywall

F. Notice Of Pendency And Proposed Settlement Of Already Fixed Class Action

G. Settlement Agreement With Exhibits

H. Mailing List For Notice To The Class

{755285_1}