**EXHIBIT B**

**List of CAFA Notice Recipients**

| | |
|---|---|
| Eric H. Holder, Jr.<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530-0001 | Jim L. Ridling<br>Commissioner<br>Alabama Department of Insurance<br>PO Box 303351<br>Montgomery, AL  36130-3351 |
| Linda S. Hall, Director<br>State of Alaska<br>Dept. of Commerce, Community &<br>Economic Development<br>Division of Insurance<br>P. O. Box 110805<br>550 West 7th Avenue, Suite 1560<br>Anchorage, AK  99501-3567 | Aoomalo Manupo Turituri<br>Insurance Commissioner<br>Office of the Governor<br>American Samoa Government<br>Pago Pago, American Samoa  96799 |
| Christina Urias<br>Director<br>Arizona Department of Insurance<br>2910 North 44th Street, Suite 210<br>Phoenix, AZ  85018-7269 | Jay Bradford<br>Commissioner<br>Arkansas Insurance Department<br>1200 West Third Street<br>Little Rock, AR  72201-1904 |
| Dave Jones<br>Commissioner<br>California Department of Insurance<br>300 Capitol Mall, Suite 1700<br>Sacramento, CA  95814 | Jim Riesberg<br>Commissioner<br>Colorado Dept. of Regulatory Agencies<br>Division of Insurance<br>1560 Broadway, Suite 850<br>Denver, CO  80202 |
| Thomas B. Leonardi<br>Commissioner<br>Connecticut Insurance Department<br>PO Box 816<br>Hartford, CT  06142-0816 | Karen Weldin Stewart<br>Commissioner<br>Delaware Insurance Department<br>841 Silver Lake Boulevard<br>Dover, DE  19904 |

| | |
|---|---|
| William P. White<br>Commissioner<br>Government of the District of Columbia<br>Department of Insurance, Securities, and Banking<br>810 First Street, N. E., Suite 701<br>Washington, DC  20002 | Kevin M. McCarty<br>Commissioner<br>Office of Insurance Regulation<br>The Larson Building<br>200 E. Gaines Street<br>Tallahassee, FL  32399-0305 |
| Ralph T. Hudgens<br>Commissioner<br>Office of Insurance and Safety Fire Commissioner<br>Two Martin Luther King, Jr. Dr.<br>West Tower, Suite 704<br>Atlanta, GA  30334 | Artemio B. Ilagan<br>Banking Insurance Commissioner<br>Department of Revenue & Taxation<br>Regulatory Division<br>PO Box 23607<br>GMF Barrigada, Guam  96921 |
| Gordon I. Ito, Commissioner<br>Department of Commerce and Consumer Affairs (DCCA)<br>Insurance Division<br>PO Box 3614<br>Honolulu, HI  96811-3614 | William W. Deal<br>Director<br>Idaho Department of Insurance<br>PO Box 83720<br>Boise, ID  83720-0043 |
| Andrew Booron<br>Director<br>Illinois Department of Insurance<br>320 W. Washington Street<br>Springfield, IL  62767-0001 | Stephen W. Robertson<br>Commissioner<br>Indiana Department of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN  46204-2787 |
| Susan E. Voss<br>Commissioner<br>Iowa Insurance Division<br>330 Maple Street<br>Des Moines, IA  50319-0065 | Sandy Praeger<br>Commissioner<br>Kansas Insurance Department<br>420 SW 9th Street<br>Topeka, KS  66612-1678 |
| Sharon P. Clark<br>Commissioner<br>Kentucky Department of Insurance<br>PO Box 517<br>Frankfort, KY  40602-0517 | James J. Donelon<br>Commissioner<br>Louisiana Department of Insurance<br>PO Box 94214<br>Baton Rouge, LA  70804-9214 |

| | |
|---|---|
| Eric A. Cioppa<br>Acting Superintendent<br>Department of Professional & Financial Regulation<br>Maine Bureau of Insurance<br>34 State House Station<br>Augusta, ME  04333-0034 | Therese M. Goldsmith<br>Commissioner<br>Maryland Insurance Administration<br>200 St. Paul Place, Suite 2700<br>Baltimore, MD  21202 |
| Joseph G. Murphy, Commissioner<br>Office of Consumer Affairs and Business Regulation (OCABR)<br>Massachusetts Division of Insurance<br>1000 Washington Street, 8th Floor<br>Boston, MA  02118-6200 | R. Kevin Clinton, Commissioner<br>Office of Financial and Insurance Regulation (OFIR)<br>ATTN: Office of the Commissioner<br>PO Box 30220<br>Lansing, MI  48909-7720 |
| Mike Rothman, Commissioner<br>Minnesota Department of Commerce<br>85 7th Place East, Suite 500<br>St. Paul, MN  55101 | Mike Chaney<br>Commissioner<br>Mississippi Insurance Department<br>PO Box 79<br>Jackson, MS  39205-0079 |
| John M. Huff, Director<br>Missouri Department of Insurance, Financial Institutions and Professional Registration (DIFP)<br>PO Box 690<br>Jefferson, MO  65102-0690 | Monica J. Lindeen<br>Commissioner of Securities and Insurance<br>Montana Office of the Commissioner of Securities and Insurance<br>840 Helena Avenue<br>Helena, MT  59601 |
| Bruce R. Ramge<br>Director<br>Nebraska Department of Insurance<br>PO Box 82089<br>Lincoln, NE  68501-2089 | Brett J. Barratt<br>Commissioner<br>Nevada Dept. of Business & Industry<br>Division of Insurance<br>1818 East College Pkwy, Suite 103<br>Carson City, NV  89706 |
| Roger A. Sevigny<br>Commissioner<br>New Hampshire Insurance Department<br>21 South Fruit Street, Suite 14<br>Concord, NH  03301 | Kenneth E. Kobylowski, Acting Commissioner<br>State of New Jersey<br>Department of Banking and Insurance<br>20 West State Street<br>PO Box 325<br>Trenton, NJ  08625-0325 |

| | |
|---|---|
| John G. Franchini<br>Superintendent<br>New Mexico Public Regulation Commission<br>Division of Insurance<br>PO Box 1269<br>Santa Fe, NM  87504-1269 | Benjamin M. Lawsky<br>Superintendent of Financial Services<br>New York State Department of Financial Service<br>One State Street<br>New York, NY  10004-1511 |
| Wayne Goodwin<br>Commissioner<br>North Carolina Department of Insurance<br>1201 Mail Service Center<br>Raleigh, NC  27699-1201 | Adam Hamm, Commissioner<br>North Dakota Insurance Department<br>State Capitol, Fifth Floor<br>600 E. Boulevard Avenue<br>Bismarck, ND  58505-0320 |
| Sixto K. Igisomar<br>Acting Insurance Commissioner<br>Commonwealth of the N Mariana Islands<br>Department of Commerce<br>Office of the Insurance Commissioner<br>Caller Box 10007<br>Saipan, MP  96950 | Mary Taylor<br>Lt. Governor/Director<br>Ohio Department of Insurance<br>50 West Town Street<br>Third Floor, Suite 300<br>Columbus, OH  43215 |
| John D. Doak<br>Commissioner<br>Oklahoma Insurance Department<br>PO Box 53408<br>Oklahoma City, OK  73152-3408 | Louis D. Savage<br>Insurance Division Administrator<br>Oregon Dept. of Consumer & Bus Srvcs<br>Insurance Division<br>PO Box 14480<br>Salem, OR  97309-0405 |
| Michael F. Consedine<br>Commissioner<br>Pennsylvania Insurance Department<br>1326 Strawberry Square<br>Harrisburg, PA  17120 | Ramón Cruz-Colón, Commissioner<br>Office of the Commissioner of Insurance<br>B5 Calle Tabonuco<br>Suite 216 PMB356<br>Guaynabo, Puerto Rico  00968-3029 |
| Joseph Torti III, Superintendent<br>State of Rhode Island<br>Department of Business Regulation<br>Division of Insurance<br>1511 Pontiac Avenue, Building 69-2<br>Cranston, RI  02920 | Gwendolyn Fuller McGriff, Acting Director<br>South Carolina Department of Insurance<br>PO Box 100105<br>Columbia, SC  29202-3105 |

| | |
|---|---|
| Merle D. Scheiber, Director<br>South Dakota Department of Revenue & Regulation, Division of Insurance<br>445 East Capitol Avenue<br>Pierre, SD 57501-3185 | Julie Mix McPeak, Commissioner<br>Tennessee Department of Commerce & Insurance (TDCI)<br>Insurance Division<br>Davy Crockett Tower<br>500 James Robertson Parkway<br>Nashville, TN 37243-0565 |
| Eleanor Kitzman<br>Insurance Commissioner<br>Texas Department of Insurance<br>PO Box 149104<br>Austin, TX 78714-9104 | Neal T. Gooch<br>Commissioner<br>Utah Insurance Department<br>State Office Building Room 3110<br>Salt Lake City, UT 84114-6901 |
| Steve Kimbell, Commissioner<br>Department of Banking, Insurance, Securities, and Health Care Administration<br>Insurance Division<br>89 Main Street<br>Montpelier, VT 05620-3101 | Gregory R. Francis<br>Lt. Governor/Commissioner<br>Office of the Lieutenant Governor<br>Division of Banking & Insurance<br>#18 Kongens Gade<br>St. Thomas, Virgin Islands 00802 |
| Jacqueline K. Cunningham<br>Commissioner<br>Virginia State Corporation Commission<br>Bureau of Insurance<br>PO Box 1157<br>Richmond, VA 23218 | Mike Kreidler<br>Commissioner<br>Washington State<br>Office of the Insurance Commissioner<br>PO Box 40256<br>Olympia, WA 98504-0256 |
| Michael D. Riley<br>Commissioner<br>West Virginia Offices of the Insurance Commissioner<br>PO Box 50540<br>Charleston, WV 25305-0540 | Ted Nickel<br>Commissioner<br>State of Wisconsin<br>Office of the Commissioner of Insurance<br>PO Box 7873<br>Madison, WI 53707-7873 |
| Tom S. Hirsig<br>Insurance Commissioner<br>Wyoming Insurance Department<br>106 East 6th Avenue<br>Cheyenne, WY 82002-0440 | |

| | |
|---|---|
| Mr. Luther Strange<br>Alabama Attorney General<br>501 Washington Ave.<br>P. O. Box 300152<br>Montgomery, AL 36130-0152 | Mr. John Burns<br>Alaska Attorney General<br>P. O. Box 110300<br>Diamond Courthouse<br>Juneau, AK 99811-0300 |
| Mr. Fepulea'l A. "AFA" Ripley, Jr.<br>American Samoa Attorney General<br>American Samoa Gov't<br>Exec. Ofc. Bldg.<br>Utulei, Territory of American Samoa<br>Pago Pago, AS 96799 | Mr. Tom Horne<br>Arizona Attorney General<br>1275 W. Washington St.<br>Phoenix, AZ 85007 |
| Mr. Dustin McDaniel<br>Arkansas Attorney General<br>200 Tower Bldg.<br>323 Center St.<br>Little Rock, AR 72201-2610 | CAFA Coordinator<br>Office of the California Attorney General<br>Consumer Law Section<br>110 W. "A" St., Suite 1100<br>San Diego, CA 92186-5266 |
| Mr. John Suthers<br>Colorado Attorney General<br>1525 Sherman St.<br>Denver, CO 80203 | Mr. George Jepsen<br>Connecticut Attorney General<br>55 Elm St.<br>Hartford, CT 06141-0120 |
| Mr. Joseph R. "Beau" Biden, III<br>Delaware Attorney General<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington, DE 19801 | Office of the District of Columbia Attorney General<br>One Judiciary Square<br>441 4th St., NW, Suite 1145S<br>Washington, DC 20001 |
| Ms. Pam Bondi<br>Florida Attorney General<br>The Capitol<br>PL 01<br>Tallahassee, FL 32399-1050 | Mr. Sam Olens<br>Georgia Attorney General<br>40 Capital Square, SW<br>Atlanta, GA 30334-1300 |
| Mr. Lenny Rapadas<br>Guam Attorney General<br>287 West O'Brien Dr.<br>Hagatna, Guam 96910 | Mr. David Louie<br>Hawaii Attorney General<br>425 Queen St.<br>Honolulu, HI 96813 |
| Office of the Idaho Attorney General<br>700 W. Jefferson St., Suite 210<br>P. O. Box 83720<br>Boise, ID 83720 | Ms. Lisa Madigan<br>James R. Thompson Ctr.<br>100 W. Randolph St.<br>Chicago, IL 60601 |

| | |
|---|---|
| Mr. Greg Zoeller<br>Indiana Government Center South, 5th Fl.<br>302 West Washington St.<br>Indianapolis, IN 46204 | Mr. Tom Miller<br>Hoover State Office Bldg.<br>1305 E. Walnut<br>Des Moines, IA 50319 |
| Mr. Derek Schmidt<br>120 S.W. 10th Ave., 2nd Fl.<br>Topeka, KS 66612-1597 | Mr. Jack Conway<br>700 Capitol Ave.<br>Capitol Bldg., Ste. 118<br>Frankfort, KY 40601 |
| Mr. James D. "Buddy" Caldwell<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | Mr. William J. Schneider<br>State House Station 6<br>Augusta, ME 04333 |
| Mr. Douglas F. Gansler<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 | Ms. Martha Coakley<br>1 Ashburton Place<br>Boston, MA 02108-1698 |
| Mr. Bill Schuette<br>P. O. Box 30212<br>525 W. Ottawa St.<br>Lansing, MI 48909-0212 | Office of the Minnesota Attorney General<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN 55101 |
| Mr. Jim Hood<br>Department of Justice<br>P. O. Box 220<br>Jackson, MS 39205 | Mr. Chris Koster<br>Supreme Ct. Bldg.<br>207 W. High St.<br>P. O. Box 889<br>Jefferson City, MO 65101 |
| Mr. Steve Bullock<br>Justice Bldg.<br>212 N. Sanders<br>P. O. Box 201401<br>Helena, MT 59620-1401 | Mr. Jon Bruning<br>State Capitol<br>P. O. Box 98920<br>Lincoln, NE 68509-8920 |
| Ms. Catherine Cortez Masto<br>Old Supreme Ct. Bldg.<br>100 N. Carson St.<br>Carson City, NV 89701 | Mr. Michael Delaney<br>State House Annex<br>33 Capitol St.<br>Concord, NH 03301-6397 |
| Ms. Paula T. Dow<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P. O. Box 080<br>Trenton, NJ 08625 | Mr. Gary King<br>P. O. Drawer 1508<br>Sante Fe, NM 87504-1508 |

| | |
|---|---|
| Mr. Eric Schneiderman<br>Dept. of Law – The Capitol, 2nd Fl.<br>Albany, NY 12224 | Office of the North Carolina Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| Mr. Wayne Stenehjem<br>State Capitol<br>600 E. Boulevard Ave.<br>Bismarck, ND 58505-0040 | Mr. Edward T. Buckingham<br>Administration Building<br>P. O. Box 10007<br>Saipan MP |
| Mr. Mike Dewine<br>State Office Tower<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43266-0410 | Mr. Scott Pruitt<br>313 NE 21st St.<br>Oklahoma City, OK 73105 |
| Mr. John Kroger<br>Justice Bldg.<br>1162 Court St., NE<br>Salem, OR 97301 | Ms. Linda L. Kelly<br>1600 Strawberry Square<br>Harrisburg, PA 17120 |
| Mr. Guillermo Somoza-Colombani<br>GPO Box 9020192<br>San Juan, PR 00902-0192 | Mr. Peter Kilmartin<br>150 S. Main St.<br>Providence, RI 02903 |
| Mr. Alan Wilson<br>Rembert C. Dennis Office Bldg.<br>P. O. Box 11549<br>Columbia, SC 29211-1549 | Mr. Marty J. Jackley<br>1302 East Highway 14, Ste. 1<br>Pierre, SD 57501-8501 |
| Mr. Robert E. Cooper, Jr.<br>425 5th Avenue North<br>P. O. Box 20207<br>Nashville, TN 37243 | Mr. Greg Abbott<br>Capitol Station<br>P. O. Box 12548<br>Austin, TX 78711-2548 |
| Office of the Utah Attorney General<br>Utah State Capitol Complex<br>350 North State St., Suite 230<br>Salt Lake City, UT  84114-2320 | Mr. William H. Sorrell<br>109 State St.<br>Montpelier, VT 05609-1001 |
| Office of the Virgin Islands Attorney General<br>Department of Justice<br>34-38 Kronprinsdens Gade<br>GERS Building, 2nd Floor<br>St Thomas, VI  00802 | Mr. Ken Cuccinelli<br>900 East Main St.<br>Richmond, VA 23219 |

| | |
|---|---|
| Mr. Rob McKenna<br>1125 Washington St. SE<br>P. O. Box 40100<br>Olympia, WA 98504-0100 | Office of the West Virginia Attorney General<br>State Capitol Complex<br>Bldg. 1, Room E-26<br>Charleston, WV 23505 |
| Mr. J.B. Van Hollen<br>State Capitol, Ste. 114 E.<br>P. O. Box 7857<br>Madison, WI 53707-7857 | Office of the Wyoming Attorney General<br>123 State Capitol Building<br>200 W. 24th Street<br>Cheyenne, WY 82002 |
| Office of the Northern Mariana Islands Attorney General<br>Juan A. Sablan Memorial Building<br>Capital Hill<br>Call Box 10007<br>Saipan MP 96950 | |

**{755345_1}**

# Contractor License Regulators in 50 States

* If a state does not regulate contractors or a regulator could not be found, the Secretary of State address was listed.

** All yellow highlights reflect a regulator that has a different physical address from their mailing address.

*** Red highlights reflect uncertainty.

| | Primary (Physical) Address | Alternative Address (Mailing Address if Different from Physical Address) | Notes |
|---|---|---|---|
| AL | Alabama Licensing Board for General Contractors<br>2525 Fairlane Drive<br>Montgomery, AL 36116 | | |
| AK | Department of Community and Economic Development<br>333 Willoughby Avenue<br>9th Floor<br>Juneau, AK 99801 | Department of Community and Economic Development<br>P.O. Box 110806<br>Juneau, AK 99811-0806 | Mailing Address differs from Physical Address |
| AZ | Arizona Registrar of Contractors<br>3838 North Central Avenue, Suite 400<br>Phoenix, Arizona 85012-1946 | | |
| AR | State of Arkansas Contractors Licensing Board<br>4100 Richards Road<br>North Little Rock, Arkansas 72117 | | |
| CA | Contractors State License Board<br>9821 Business Park Drive<br>Sacramento, CA 95827 | Contractors State License Board<br>Post Office Box 26000<br>Sacramento, CA 95826 | Mailing Address differs from Physical Address |

| | Primary (Physical) Address | Alternative Address (Mailing Address if Different from Physical Address) | Notes |
|---|---|---|---|
| CO | Colorado Department of State<br>1700 Broadway<br>Denver, CO 80290 | | General construction contractors in Colorado are not licensed by the state. |
| CT | Department of Consumer Protection<br>165 Capitol Avenue, Room 147<br>Hartford, Connecticut 06106-1630 | | |
| DE | Delaware Division of Revenue<br>Carvel State Office Building<br>820 North French Street<br>Wilmington, DE 19801 | | |
| FL | Mr. Ken Lawson, Secretary<br>Florida Department of Business and Professional Regulation<br>1940 North Monroe Street<br>Tallahassee, Florida 32399-2202 | | |
| GA | State Licensing Board for Residential and General Contractors<br>237 Coliseum Drive<br>Macon, GA 31217-3858 | | |
| HI | Professional and Vocational Licensing<br>King Kalakaua Building<br>335 Merchant Street, Rm. 301<br>Honolulu, Hawaii 96813 | DCCA-PVL<br>P.O. Box 3469<br>Honolulu, HI 96801 | Mailing Address differs from Physical Address |

| | Primary (Physical) Address | Alternative Address (Mailing Address if Different from Physical Address) | Notes |
|---|---|---|---|
| ID | Idaho Secretary of State<br>PO Box 83720<br>Boise, ID 83720-0080 | | The state of Idaho doesn't license general contractors working on private sector residential or commercial projects. |
| IL | Illinois Secretary of State<br>213 State Capitol<br>Springfield, IL 62756 | | Most construction contractors don't need to be licensed in Illinois. Roofing contractors are the exception. |
| IN | Office of the Indiana Secretary of State<br>200 W. Washington St., Room 201<br>Indianapolis, IN 46204 | | Only plumbing contractors need to be licensed in Indiana. |
| IA | Iowa Division of Labor<br>1000 East Grand Avenue<br>Des Moines, Iowa 50319-0209 | | |

| | Primary (Physical) Address | Alternative Address (Mailing Address if Different from Physical Address) | Notes |
|---|---|---|---|
| KS | Kansas Secretary of State<br>Memorial Hall, 1st Floor<br>120 SW 10th Avenue<br>Topeka, KS 66612-1594 | | With the exception of asbestos abatement and water well drilling, Kansas doesn't license construction contractors at the state level. |
| KY | Kentucky Secretary of State<br>700 Capital Avenue, #152<br>Frankfort, KY 40601 | | Only plumbing, electrical and HVAC contractors must be licensed in Kentucky. |
| LA | Louisiana State Licensing Board for Contractors<br>2525 Quail Drive<br>Baton Rouge, LA 70808 | | |
| ME | Office of the Secretary<br>Charles E. Summers, Jr., Secretary of State<br>148 State House Station<br>Augusta, Maine 04333-0148 | | General building contractors do not need a license in Maine. |

| | **Primary (Physical) Address** | **Alternative Address (Mailing Address if Different from Physical Address)** | **Notes** |
|---|---|---|---|
| MD | Department of Labor, Licensing and Regulation<br>500 North Calvert Street<br>Baltimore, Maryland 21202-3651 | | |
| MA | State Board of Building Regulations and Standards<br>McCormack State Office Building<br>One Ashburton Place, Room 1301<br>Boston, MA 02108 | Maryland Secretary of State<br>16 Francis Street<br>Annapolis, MD 21401 | Anyone who supervises construction work or demolition (even a crew of one) needs a license. (First address is for this license). Alternate address is secretary of state. |
| MI | Bureau of Commercial Services<br>Licensing Division<br>2501 Woodlake Circle<br>Okemos, MI 48864 | Bureau of Commercial Services<br>Licensing Division<br>PO Box 30018<br>Lansing, MI 48909 | Mailing Address differs from Physical Address |
| MN | Department of Labor and Industry<br>443 Lafayette Road North<br>St. Paul, MN 55155 | | |
| MS | Mississippi State Board of Contractors<br>2679 Crane Ridge Drive, Suite C<br>Jackson, Mississippi 39216 | | |

| | Primary (Physical) Address | Alternative Address (Mailing Address if Different from Physical Address) | Notes |
|---|---|---|---|
| MO | Missouri Secretary of State<br>600 West Main Street<br>Jefferson City, MO 65101 | | State of Missouri doesn't license construction contractors. |
| MT | Department of Labor and Industry<br>Employment Relations Division<br>P.O. Box 8011<br>Helena, MT 59604 | | |
| NE | Nebraska Department of Labor<br>Administrative Office<br>550 South 16th Street<br>Lincoln, NE 68508 | | |
| NV | Nevada State Contractors Board<br>Southern Nevada<br>2310 Corporate Circle, Ste 200<br>Henderson, NV 89074 | Nevada State Contractors Board<br>Northern Nevada<br>9670 Gateway Drive, Ste 100<br>Reno, NV 89521 | Two different addresses are listed for north and south Nevada. |
| NH | New Hampshire Secretary of State<br>107 North Main Street<br>Concord, N.H. 03301 | | State of New Hampshire doesn't license construction contractors. |
| NJ | Department of Law and Public Safety<br>Division of Consumer Affairs<br>124 Halsey Street<br>Newark, NJ 07102 | | |

| | Primary (Physical) Address | Alternative Address (Mailing Address if Different from Physical Address) | Notes |
|---|---|---|---|
| NM | New Mexico Regulation and Licensing Department<br>Toney Anaya Building<br>2550 Cerrillos Road<br>Santa Fe, NM 87505 | New Mexico Regulation and Licensing Department<br>5200 Oakland Avenue NE<br>Albuquerque, NM 87113 | Two addresses are listed. |
| NY | New York Department of State<br>Albany Location<br>One Commerce Plaza<br>99 Washington Ave<br>Albany, NY 12231-0001<br><br>New York Department of State<br>New York City Location<br>123 William Street<br>New York, NY 10038-3804 | | Construction Work Regulated at the Local Level.<br><br>Secretary of State has two locations, thus the two mailing addresses listed to the left. |
| NC | North Carolina Licensing Board for General Contractors<br>5400 Creedmoor Road<br>Raleigh, NC 27612 | North Carolina Licensing Board for General Contractors<br>Post Office Box 17187<br>Raleigh, NC 27619 | Mailing Address differs from Physical Address |
| ND | Secretary of State<br>State of North Dakota<br>600 East Boulevard Avenue Dept. 108<br>Bismarck, ND 58505-0500 | | |

| | Primary (Physical) Address | Alternative Address (Mailing Address if Different from Physical Address) | Notes |
|---|---|---|---|
| OH | Ohio Secretary of State<br>180 East Broad Street, 16th Floor<br>Columbus, Ohio 43215 | | You must hold a state license do Electrical, HVAC, Refrigeration, Plumbing, or Hydronics work in Ohio. General construction contractors may need to be licensed at the local level. |
| OK | Oklahoma Construction Industries Board<br>2401 NW 23rd St, Suite 2F<br>Oklahoma City, OK 73107 | | |
| OR | Oregon Construction Contractors Board<br>700 Summer St. NE, Suite 300<br>PO Box 14140<br>Salem, OR 97309-5052 | | |
| PA | Pennsylvania Secretary of State<br>206 North Office Building<br>PO Box 8722<br>Harrisburg, PA 17105-8722 | | Construction Contractors are not Licensed in Pennsylvania |
| RI | Contractor's Registration and Licensing Board<br>1 Capitol Hill<br>2nd Floor<br>Providence, RI 02908 | | |

| | Primary (Physical) Address | Alternative Address (Mailing Address if Different from Physical Address) | Notes |
|---|---|---|---|
| SC | Department of Labor Licensing and Regulation<br>Synergy Business Park<br>Kingstree Building<br>Licensing Suite 306<br>110 Centerview Drive<br>Columbia, S.C. 29210 | Department of Labor Licensing and Regulation<br>PO Box 11329<br>Columbia, S.C. 29211-1329 | Mailing Address differs from Physical Address |
| SD | Secretary of State Jason M. Gant<br>State Capitol<br>500 East Capitol Avenue<br>Pierre SD 57501-5070 | | South Dakota certifies or licenses only asbestos abatement, electrical and plumbing contractors. |
| TN | Board for Licensing Contractors<br>500 James Robertson Parkway<br>Nashville, TN 37243-1150 | | |
| TX | Texas Department of Licensing and Regulation<br>920 Colorado<br>Austin, Texas 78701 | Texas Department of Licensing and Regulation<br>P.O. Box 12157<br>Austin, Texas 78711 | Mailing Address differs from Physical Address |
| UT | Division of Occupational and Professional Licensing<br>P.O. Box 146741<br>Salt Lake City, Utah 84114-6741 | | |

| | Primary (Physical) Address | Alternative Address (Mailing Address if Different from Physical Address) | Notes |
|---|---|---|---|
| VT | Vermont Secretary's Office<br>128 State Street<br>Montpelier, VT 05633-1101 | | Contractors only need to be certified to do asbestos or lead abatement and electrical or plumbing work. |
| VA | Department of Professional and Occupational Regulation<br>9960 Mayland Drive<br>Suite 400<br>Richmond, Virginia 23233-1463 | | |
| WA | Washington State Department of Labor & Industries<br>7273 Linderson Way SW<br>Tumwater, WA 98501-5414 | Washington State Department of Labor & Industries<br>PO Box 44000<br>Olympia, WA 98504-4000 | |
| WV | West Virginia Division Of Labor<br>Contractor Licensing<br>749 B, Building 6, Capitol Complex<br>Charleston, West Virginia 25305 | | |
| WI | State of Wisconsin<br>Department of Safety & Professional Services<br>1400 E Washington Ave.<br>Madison WI 53703 | State of Wisconsin<br>Department of Safety and Professional Services<br>PO Box 8935<br>Madison, WI 53708-8935 | Mailing Address differs from Physical Address |

| | Primary (Physical) Address | Alternative Address (Mailing Address if Different from Physical Address) | Notes |
|---|---|---|---|
| WY | Wyoming Secretary of State's Office<br>The Capitol Building<br>200 West 24th Street<br>Cheyenne, WY 82002 | | All contractors, except electrical, are licensed at the local (city or county) level. However, the state requires everyone doing electrical work in Wyoming to be licensed. |

{755345_1}