# BARRASSO·USDIN·KUPPERMAN
# FREEMAN & SARVER, L.L.C.
## -COUNSELLORS AT LAW-

**Exhibit C**

H. Minor Pipes, III
Direct Dial: (504) 589-9726
E-Mail: mpipes@barrassousdin.com

Our File No.
0548-0578

June 15, 2012

**<u>Via Certified Mail, Return Receipt Requested</u>**

Eric H. Holder, Jr.
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re:   CAFA Notice Pursuant to 28 U.S.C. § 1715 – Class Action Settlement
Agreement in MDL No. 2047 Regarding Claims Involving Builders,
Installers, Suppliers and Participating Insurers, Pending in the United
<u>States District Court for the Eastern District of Louisiana</u>

Dear Mr. Holder:

Please find enclosed a CAFA Notice Pursuant to 28 U.S.C. § 1715 (the "Notice"),
which is being submitted to you on behalf of the Participating Defendants and Participating
Insurers.

The enclosed Notice is being submitted to you to discharge these parties'
obligations under Section 1715. If you need any additional information or have any questions,
please contact the undersigned.

Sincerely,

H. Minor Pipes, III

HMP/sh
Enclosures (CAFA Notice and attachments/disk)