Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   109745-0169

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Residential Drywall, Inc., c/o Andrea M. Fair, Esquire as agent

Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Hillsborough__ )

Name of Server: __Christinia Therien__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __25__ day of __March__, 20 __11__, at __9:18__ o'clock __A__ M

Place of Service: at __16009 N. Lake Village__, in __Odessa, FL  33556__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Residential Drywall, Inc., c/o Andrea M. Fair, Esquire as agent**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Sharla Horne, Legal Asst. Authorized To Accept__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__; Skin Color __Caus__; Hair Color __Brown__; Facial Hair ____
Approx. Age __40-45__; Approx. Height __5'2"__; Approx. Weight __135 lbs__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __26__ day of __March__, 20 __11__

Signature of Server

Notary Public     (Commission Expires)

**APS International, Ltd.**

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters