Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0297

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--RFC Homes
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Martin** )

**Name of Server:** **Amy M. Kreyling**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4** day of **April**, 20 **11**, at **5:00** o'clock **P** M

**Place of Service:** at **307 NW Treeline Trace**, in **Port St. Lucie, FL 34986**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
RFC Homes

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Anthony Centore - Vice President**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Grey**; Facial Hair **yes**
Approx. Age **65-70**; Approx. Height **5'8"**; Approx. Weight **150-160**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Amy M. Kreyling*
Signature of Server

Subscribed and sworn to before me this **5** day of **April**, 20 **11**

*[signature]*   **7-14-12**
Notary Public   (Commission Expires)

APS International, Ltd.



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services