Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0275

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rivercrest, LLC/The St. Joe Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Duval_ )

**Name of Server:** _Dennis Bartilucci_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _25th_ day of _March_, 20 _11_, at _10:45_ o'clock _A_ M

**Place of Service:** at 245 Riverside Avenue, Ste. 500, in Jacksonville, FL 32202

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Rivercrest, LLC/The St. Joe Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Deloris Beamon / Paralegal_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Black_ ; Hair Color _Black_ ; Facial Hair —
Approx. Age _42_ ; Approx. Height _5'9_ ; Approx. Weight _165_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this _26_ day of _March_, 20 _11_

_Natashia Skye McCarty_
Notary Public    (Commission Expires)

**APS International, Ltd.**

NATASHIA SKYE MCCARTY
MY COMMISSION #DD881310
EXPIRES: APR 16, 2013
Bonded through 1st State Insurance