Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0026

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--RL Drywall, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
County of: _LIVINGSTON_ )

**Name of Server:** _WILLIAM HUMBLE_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _5TH_ day of _APRIL_, 20 _11_, at _11:49_ o'clock _A_ M

**Place of Service:** at _29175 Highland Dr._, in _Walker, LA 70785_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**RL Drywall, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _MARY ANN LACOSTE - SECRETARY_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _WHITE_ ; Hair Color _BLONDE_ ; Facial Hair _N/A_
Approx. Age _48_ ; Approx. Height _5'6"_ ; Approx. Weight _120 lbs._

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_William Humble_
Signature of Server

Subscribed and sworn to before me this _7_ day of _April_, 20 _11_

_Sandra M. Hutchinson_
Notary Public     (Commission Expires)
at death

**APS International, Ltd.**

**Sandra M. Hutchinson**
**Notary Public ID #60480**