Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0024

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sea Coast Contruction, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __LOUISIANA__ ) ss.
Parish ~~County~~ of: __LIVINGSTON__ )

**Name of Server:** __TOM CASSISA__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __30th__ day of __March__, 20 __11__, at __2:15__ o'clock __P__ M

**Place of Service:** at __8017 Jefferson Hwy., Wolfe's Creek, Ste. B3__, in __Baton Rouge, LA  70809__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Sea Coast Contruction, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Ms. Donna Bajol, Secretary__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __Brown__; Facial Hair __N/A__
Approx. Age __30yrs__; Approx. Height __5'4"__; Approx. Weight __135lbs__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this __30TH__ day of __MARCH__, 20 __11__
_[signature]_ 4/29/13
Notary Public   (Commission Expires)

**APS International, Ltd.**