Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0064

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Seals Drywall
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Mississippi** ) ss.
County of: **Stone** )

**Name of Server:** **Clara Williams**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **6** day of **April**, 20 **11**, at **11** o'clock **A** M

**Place of Service:** at **125 George Mitchell Road**, in **Carrier, MS 39426**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Seals Drywall**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Sara Seals - Co-Owner**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Gray**; Facial Hair **none**
Approx. Age **65**; Approx. Height **5'0"**; Approx. Weight _____

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Clara Williams*
Signature of Server

Subscribed and sworn to before me this **6** day of **April**, 20 **11**

Notary Public        (Commission Expires)

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 96816
JAMES M. WILLIAMS
Commission Expires
Aug. 18, 2014
STONE COUNTY

**APS International, Ltd.**