Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0051

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Shelby Homes at Meadows, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

**Name of Server:** _____**CARLOS AGUIRRE**_____, undersigned, being duly sworn, deposes and says; that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __31st__ day of __March__, 20 __11__, at __1:40__ o'clock __PM__

**Place of Service:** at __2750 Miami Gardens Drive, 2nd Floor__, in __Aventura, FL 33180__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Shelby Homes at Meadows, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Jack Short office staff__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __White__ ; Facial Hair ____
Approx. Age __50__ ; Approx. Height __5'11__ ; Approx. Weight __190__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __4th__ day of __April__, 20 __11__

_____
Notary Public              (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949369
Expires 01/21/2014