Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0170

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Smith Family Homes Corporation
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Hillsborough** )

**Name of Server:** **Christinia Therien**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **25** day of **March**, 20 **11**, at **9:52** o'clock **A** M

**Place of Service:** at 17123 Journey's End Drive , in Odessa, FL 34689

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Smith Family Homes Corporation**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Marlene Smith - Wife Co-Resident - Authorized To Accept**

**Description of Person Receiving Documents:**
Sex **F** ; Skin Color **Cauc** ; Hair Color **Brown** ; Facial Hair ———
Approx. Age **45-50**; Approx. Height **5'0"** ; Approx. Weight **145 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Christina Therien_
Signature of Server

Subscribed and sworn to before me this **26** day of **March**, 20 **11**

_signature_
Notary Public      (Commission Expires)

**APS International, Ltd.**

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded thru Notary Public Underwriters