Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0021

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sorrento Lumber Co., Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **ASCENSION PARISH** )

**Name of Server:** **WILLIAM HUMBLE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **29TH** day of **MARCH**, 20 **11**, at **3:43** o'clock **P** M

**Place of Service:** at 9563 Airline Hwy., in Sorrento, LA 70778

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Sorrento Lumber Co., Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **JEFFREY MELANCON - GENERAL MANAGER**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **WHITE**; Hair Color **BROWN**; Facial Hair **N/A**
Approx. Age **40**; Approx. Height **5'8"**; Approx. Weight **170 lbs.**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*William Humble*
Signature of Server

Subscribed and sworn to before me this **31** day of **March**, 20**11**

*Sandra M. Hutchinson*
Notary Public    (Commission Expires) Oct death

Sandra M. Hutchinson
Notary Public ID #50480

**APS International, Ltd.**