Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109745-0327

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Standard Pacific Homes, dba Standard Pacific of Colorado, Inc., a Delaware Corporation
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: California ) ss.
County of: Orange )

**Name of Server:** Don Niemeyer, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 25 day of March, 20 11, at 1:30 o'clock P M

**Place of Service:** at 26 Technology Drive, in Irvine, CA 92618

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Standard Pacific Homes, dba Standard Pacific of Colorado, Inc., a Delaware Corporation**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Peggy Yazloff, Authorized to Accept

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Caucasian ; Hair Color Brown ; Facial Hair —
Approx. Age 40 ; Approx. Height 5'5" ; Approx. Weight 160

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this 28 day of March, 20 11

_____ 8/5/2011
Notary Public        (Commission Expires)

**APS International, Ltd.**

TAMARA A. MORALES
Commission # 1760528
Notary Public - California
Orange County
My Comm. Expires Aug 5, 2011