Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0315

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Standard Pacific of South Florida, a Florida General Partnership c/o NRAI Services, Inc
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Leon__ )

**Name of Server:** _James A Hol_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __25__ day of __March__, 20 __, at __10:10__ o'clock __A__ M

**Place of Service:** at __515 E Park Ave__, in __Tallahassee, FL 32301__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Standard Pacific of South Florida, a Florida General Partnership c/o NRAI Services, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: _Kim Hancock - process clerk_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Br_ ; Facial Hair _____
Approx. Age _46_ ; Approx. Height _5'8_ ; Approx. Weight _151_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_3-25-11_
Signature of Server

Subscribed and sworn to before me this _25_ day of _March_, 20 _11_

Notary Public           (Commission Expires)

APS International, Ltd.

DENNIS C. GILHOUSEN JR.
Commission DD 790369
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019