Case 2:09-md-02047-EEF-MBN   Document 14813   Filed 06/18/12   Page 1 of 1

Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109745-0333

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Supreme Builders
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Texas ) ss.
County of: Montgomery )
Name of Server: Sabrina Vandver, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 31 day of March, 20 11, at 8:25 o'clock P M

Place of Service: at 28453 Eagle Ridge Drive, in Magnolia, TX  77355

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Supreme Builders**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Greg Hawk as Partner

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Brn ; Facial Hair No
Approx. Age 40 ; Approx. Height 5'9 ; Approx. Weight 190

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Sabrina Vandver  SCH4110
Signature of Server

Subscribed and sworn to before me this 7 day of April, 20 11

Notary Public   (Commission Expires)

ROBERT FLOYD MORELAND
MY COMMISSION EXPIRES
August 29, 2013

**APS International, Ltd.**