Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0312

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Taylor-Woodrow Communities at Vasari, Inc, c/o NRAI Services

Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

**Name of Server:** _James A Aloi_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _25_ day of _March_, 20 _11_, at _1010_ o'clock _A_ M

**Place of Service:** at _515 E Park Ave_, in _Tallahassee, FL 32301_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Taylor-Woodrow Communities at Vasari, Inc, c/o NRAI Services

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Kim Hancock - process clerk_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_; Skin Color _W_; Hair Color _Bl_; Facial Hair _____
Approx. Age _46_; Approx. Height _5'8_; Approx. Weight _151_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_3·25·11_
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this _25_ day of _March_, 20_11_

_____ Notary Public   (Commission Expires)


DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019