Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0229

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Tepeyac, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 30 day of March, 20 11, at 3:00 o'clock P M

Place of Service: at 5975 Sunset Dr., Ste. 503, in South Miami, FL 33143

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Tepeyac, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: Ana Maria Angulo Registered Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Black ; Facial Hair ___
Approx. Age 50 ; Approx. Height 5'8 ; Approx. Weight 150

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 30 day of March, 20 11

Notary Public                    (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD948389
Expires 01/21/2014