Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0192

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--The Mitchell Co.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __ALABAMA__ ) ss.
County of: __MOBILE__ )

Name of Server: __NORRIS ARMSTRONG__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __29__ day of __MARCH__, 20 __11__, at __11:45__ o'clock __A__ M

Place of Service: at 41 West Interstate 65, Service Road N., Colonial Bank, in Mobile, AL 36608
Centre, 3rd Floor

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**The Mitchell Co.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __CHUCK STEFAN   VP__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __WHITE__ ; Hair Color __GREY__ ; Facial Hair __NONE__
Approx. Age __65__ ; Approx. Height __5'8"__ ; Approx. Weight __165__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __4th__ day of __April__, 20 __11__

Signature of Server

Notary Public   (Commission Expires)

**APS International, Ltd.**