Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0131

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Sterling Collection, Inc
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **25th** day of **March**, 20 **11**, at **9:35** o'clock **A** M

Place of Service: at **4707 SE 9th Place**, in **Cape Coral, FL  33904**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**The Sterling Collection, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **James Aubuchon, Vice President**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **white**; Hair Color **Bald**; Facial Hair ____
Approx. Age **50-55**; Approx. Height **5'8"**; Approx. Weight **175**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Barbara Gray*
Signature of Server  #15753

**APS International, Ltd.**

Subscribed and sworn to before me this **31st** day of **March**, 20 **11**

*Traci DeSalvo*  10/22/11
Notary Public                (Commission Expires)

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc