Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0331

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Tikal Construction Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Broward** )

**Name of Server:** _____**Fred Humphries**_____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **30th** day of **March**, 20 **11**, at **8:38** o'clock **A.** M

**Place of Service:** at **2529 Golf View Drive**, in **Weston, FL 33327**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Tikal Construction Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **LEIGHTON HEW, PRESIDENT**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **ASIAN**; Hair Color **BROWN/BALDING**; Facial Hair ____
Approx. Age **52**; Approx. Height **5'11"**; Approx. Weight **180 LBS**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **30TH** day of **MARCH**, 20 **11**

Notary Public    (Commission Expires)

**APS International, Ltd.**

ERIC DEAL
Notary Public - State of Florida
My Comm. Expires May 31, 2014
Commission # DD 988482
Bonded Through National Notary Assn.