
Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0088

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Tuscan-Harvey Estate Homes, Inc
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: PALM BEACH )

**Name of Server:** MICHAEL ROCCO, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

**Date/Time of Service:** that on the 6TH day of APRIL, 20 11, at 11:20 o'clock A. M

**Place of Service:** at 902 Clint Moore Road, Ste 120, in Boca Raton, FL 33487

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Tuscan-Harvey Estate Homes, Inc

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: LAURA MALLARD, MANAGING AGENT

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color BROWN ; Facial Hair ___
Approx. Age 45 ; Approx. Height 5'4" ; Approx. Weight 125

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Michael Rocco*
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 6 day of April, 20 11

Notary Public     (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.