Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0138

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Twin Lakes Reserve & Golf Club, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **VOLUSIA** )

**Name of Server:** **BILL PHELPS**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **23RD** day of **MARCH**, 20 **11**, at **11:10** o'clock **A**. M

**Place of Service:** at 432 W New York Ave., Suite A, in Deland, FL 32720

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Twin Lakes Reserve & Golf Club, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **AMY WHITMARSH, R.A.**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **BLONDE**; Facial Hair **—**
Approx. Age **52**; Approx. Height **5'7"**; Approx. Weight **150**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Bill Phelps*
Signature of Server

Subscribed and sworn to before me this **24th** day of **March**, 20 **11**

*Christin Erjavec*
Notary Public        (Commission Expires)

**APS International, Ltd.**

CHRISTIN ERJAVEC
Commission # DD 933371
Expires October 15, 2013
Bonded Thru Troy Fain Insurance 800-385-7019