Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0269

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
    --United Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

| | |
|---|---|
| Name of Server: | __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the __29th__ day of __March__, 20 __11__, at __1:53__ o'clock __A__ M |
| Place of Service: | at  7975 SW 25th Ave., Bay #5 , in  Hialeah, FL 33016 |
| Documents Served: | the undersigned served the documents described as:<br>**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on:<br>**United Homes, Inc.** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is:  __Yolanda Lam  Comptroller__ |
| Description of Person Receiving Documents: | The person receiving documents is described as follows:<br>Sex __F__ ; Skin Color __White__ ; Hair Color __Brown__; Facial Hair ___<br>Approx. Age __50__ ; Approx. Height __5'2__ ; Approx. Weight __130__<br>☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct.<br><br>_____<br>Signature of Server | Subscribed and sworn to before me this __29__ day of __March__, 20 __11__<br><br>_____  _____<br>Notary Public                (Commission Expires) |

**APS International, Ltd.**



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013