Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0009

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--United-Bilt Homes, LLC, c/o CT Corporation Systems
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
Parish of: **Livingston** )

**Name of Server:** **Tom Cassisa**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **28th** day of **March**, 20 **11**, at **9:45** o'clock **A** M

**Place of Service:** at **5615 Corporate Blvd., Suite 400B**, in **Baton Rouge, LA 70808**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**United-Bilt Homes, LLC, c/o CT Corporation Systems**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Lynette Bass, Corporate Operations Specialist**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Brown**; Facial Hair **N/A**
Approx. Age **35yo**; Approx. Height **5'6"**; Approx. Weight **170 lbs**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Tom Cassisa*
Signature of Server

Subscribed and sworn to before me this **28th** day of **March**, 20 **11**

Notary Public       (Commission Expires) 4/29/13

**APS International, Ltd.**