Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0342

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--USG Corporation, c/o The Corporation Trust Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Delaware** ) ss.
County of: **New Castle** )

**Name of Server:** **Adam Golden**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **28** day of **March**, 20**11**, at **2:25** o'clock **P** M

**Place of Service:** at **Corporation Trust Center, 1209 Orange Street**, in **Wilmington, DE 19801**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:**
**Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
**USG Corporation, c/o The Corporation Trust Company**
By delivering them into the hands of an officer or managing agent whose name and title is: **Scott LaScala (Operations Mngr)**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **cauc** ; Hair Color **brn** ; Facial Hair _____
Approx. Age **35** ; Approx. Height **6'** ; Approx. Weight **230**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **30** day of **March**, 20 **11**

_[signature]_
Notary Public  (Commission Expires)

GIOVANNA MESSINA
MY COMMISSION EXPIRES
JULY 9, 2012
NOTARY PUBLIC
STATE OF DELAWARE