IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 11-30619
09-md-2047

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    JUN 07 2012
LORETTA G. WHYTE
CLERK

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

PLAINTIFFS' STEERING COMMITTEE,

    Plaintiffs - Appellees

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.; ARCH INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendants - Appellees

v.

SOUTHERN HOMES, L.L.C.; TALLOW CREEK, L.L.C.; SPRINGHILL, L.L.C.,

    Defendants - Appellants

----------------------------------------------------

DAVID GROSS, Individually, and on Behalf of All Others Similarly Situated; ET AL,

    Plaintiffs - Appellees

MARY ANNE BENES; ET AL

    Intervenor Plaintiffs - Appellees

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,

    Defendant - Appellee

v.

SOUTHERN HOMES, L.L.C.; SPRINGHILL, L.L.C.,

    Intervenor Defendants - Appellants

TALLOW CREEK, L.L.C.,

    Appellant

-------------------------------------------------------

SEAN PAYTON, Individually, and on Behalf of All Others Similarly Situated; ET AL,

    Plaintiffs - Appellees

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,

    Defendant - Appellee

v.

SOUTHERN HOMES, L.L.C.; SPRINGHILL, L.L.C.; TALLOW CREEK, L.L.C.,

    Defendants - Appellants

-------------------------------------------------------

STEPHEN SILVA, Individually and on Behalf of a Class of Others Similarly Situated; ET AL,

    Plaintiffs - Appellees

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,

    Defendant - Appellee

V.

SOUTHERN HOMES, L.L.C.; SPRINGHILL, L.L.C.; TALLOW CREEK, L.L.C.,

    Appellants

-----------------------------------------------------------------

STEPHEN SILVA; ET AL,

    Plaintiffs - Appellees

v.

ARCH INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,

    Defendants - Appellees

v.

SOUTHERN HOMES, L.L.C.; TALLOW CREEK, L.L.C.; SPRINGHILL, L.L.C.,

    Appellants

-----------------------------------------------------------------

KENNETH WILTZ, Individually, and on Behalf of All Others Similarly Situated; ET AL,

    Plaintiffs - Appellees

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,

    Defendant - Appellee

v.

SOUTHERN HOMES, L.L.C.; TALLOW CREEK, L.L.C.; SPRINGHILL, L.L.C.,

    Appellants

-------------------------------------------------

JOYCE W. ROGERS, Individualy and on Behalf of all Others Similarly Situated; ET AL,

    Plaintiffs - Appellees

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,

    Defendant - Appellee

v.

SOUTHERN HOMES, L.L.C.,

    Defendant - Appellant

TALLOW CREEK, L.L.C.; SPRINGHILL, L.L.C.,

    Appellants

-------------------------------------------------

DEAN AMATO, Individually and on Behalf of All Others Similarly Situated; ET AL,

    Plaintiffs - Appellees

v.

LIBERTY MUTUAL INSURANCE COMPANY; INTERIOR EXTERIOR BUILLDING SUPPLY, L.P.; ARCH INSURANCE COMPANY,

    Defendants - Appellees

v.

SOUTHERN HOMES, L.L.C.; TALLOW CREEK, L.L.C.; SPRINGHILL, L.L.C.,

    Appellants

-----------------------------------------------------

KENNETH ABEL, Individually and on Behalf of All Others Similarly Situated; ET AL,

    Plaintiffs - Appellees

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,

    Defendant - Appellee

v.

SOUTHERN HOMES, L.L.C.; TALLOW CREEK, L.L.C.; SPRINGHILL, L.L.C.,

    Appellants

-----------------------------------------------------

GILBERTO AGUIRRE; ET AL,

    Plaintiffs - Appellees

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,

    Defendant - Appellee

v.

SOUTHERN HOMES, L.L.C.; SPRINGHILL, L.L.C.,

    Defendants - Appellants

TALLOW CREEK, L.L.C.,

    Appellant

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal is dismissed as of June 05, 2012, pursuant to appellants' motion.

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              By: _____
                              Shawn D. Henderson, Deputy Clerk

                  ENTERED AT THE DIRECTION OF THE COURT