# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 05, 2012

RECEIVED
JUN 07 2012
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 11-30619,  In Re: Chinese-Manufactured, et al
        USDC No. 2:09-MD-2047
        USDC No. 2:09-CV-6690
        USDC No. 2:09-CV-7628
        USDC No. 2:09-CV-8030
        USDC No. 2:09-CV-8034
        USDC No. 2:10-CV-361
        USDC No. 2:10-CV-362
        USDC No. 2:10-CV-932
        USDC No. 2:11-CV-80
        USDC No. 2:11-CV-252

Enclosed is a copy of the judgment issued as the mandate.

The electronic copy of the record has been recycled.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Shawn D. Henderson, Deputy Clerk
                504-310-7668

cc w/encl:
    Ms. Judy Y. Barrasso
    Mr. Matthew C. Clark
    Mrs. Martha Y. Curtis
    Mr. Leonard Arthur Davis
    Mr. Richard Guy Duplantier Jr.
    Ms. Carlina C. Eiselen
    Mr. James M. Garner
    Mr. Benjamin Roth Grau
    Mr. Russ M Herman
    Mr. Stephen Jay Herman
    Mr. Douglas Russell Holwadel