# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT



No. 12-30127
04-md-2047 L

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

PLAINTIFFS' STEERING COMMITTEE,

    Plaintiffs - Appellees

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.; LIBERTY MUTUAL FIRE INSURANCE CO; LIBERTY MUTUAL INSURANCE CO; ARCH INSURANCE COMPANY,

    Defendants - Appellees

v.

SOUTHERN HOMES, L.L.C.; TALLOW CREEK, L.L.C.; SPRINGHILL, L.L.C.,

    Defendants - Appellants

-------------------------------------------------

DAVID GROSS, Individually, and on Behalf of All Others Similarly Situated; ET AL,

    Plaintiffs - Appellees

MARY ANNE BENES; ET AL,

    Intervenor Plaintiffs - Appellees

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,

    Defendant - Appellee

v.

SOUTHERN HOMES, L.L.C.; SPRINGHILL, L.L.C.,

    Intervenor Defendants - Appellants

TALLOW CREEK, L.L.C.

    Appellant

-------------------------------------------------

SEAN PAYTON, Individually, and on Behalf of All Others Similarly Situated; ET AL,

    Plaintiffs - Appellees

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,

    Defendant - Appellee

v.

SOUTHERN HOMES, L.L.C.; SPRINGHILL, L.L.C.; TALLOW CREEK, L.L.C.,

    Defendants - Appellants

-------------------------------------------------

STEPHEN SILVA, Individually and on Behalf of a Class of Others Similarly Situated; ET AL,

    Plaintiffs - Appellees

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,

    Defendant - Appellee

v.

SOUTHERN HOMES, L.L.C.; SPRINGHILL, L.L.C.; TALLOW CREEK, L.L.C.,

    Appellants

-----------------------------------------------------------

STEPHEN SILVA; ET AL,

    Plaintiffs - Appellees

v.

ARCH INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,

    Defendants - Appellees

v.

SOUTHERN HOMES, L.L.C.; TALLOW CREEK, L.L.C.; SPRINGHILL, L.L.C.,

    Appellants

-----------------------------------------------------------

KENNETH WILTZ, Individually, and on Behalf of All Others Similarly Situated; ET AL,

    Plaintiffs - Appellees

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,

    Defendant - Appellee

v.

SOUTHERN HOMES, L.L.C.; TALLOW CREEK, L.L.C.; SPRINGHILL, L.L.C.,

    Appellants

-----------------------------------------------------------

JOYCE W. ROGERS, Individualy and on Behalf of all Others Similarly Situated; ET AL,

    Plaintiffs - Appellees

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,

Defendant - Appellee

v.

SOUTHERN HOMES, L.L.C.,

Defendant - Appellant

TALLOW CREEK, L.L.C.; SPRINGHILL, L.L.C.,

Appellants

-------------------------------------------------

DEAN AMATO, Individually and on Behalf of All Others Similarly Situated; ET AL,

Plaintiffs - Appellees

v.

LIBERTY MUTUAL INSURANCE COMPANY; INTERIOR EXTERIOR BUILLDING
SUPPLY, L.P.; ARCH INSURANCE COMPANY,

Defendants - Appellees

v.

SOUTHERN HOMES, L.L.C.; TALLOW CREEK, L.L.C.; SPRINGHILL, L.L.C.,

Appellants

-------------------------------------------------

KENNETH ABEL, Individually and on Behalf of All Others Similarly Situated; ET AL,

Plaintiffs - Appellees

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,

Defendant - Appellee

v.

SOUTHERN HOMES, L.L.C.; TALLOW CREEK, L.L.C.; SPRINGHILL, L.L.C.,

Appellants

-------------------------------------------------

GILBERTO AGUIRRE; ET AL,

        Plaintiffs - Appellees

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,

        Defendant - Appellee

v.

SOUTHERN HOMES, L.L.C.; SPRINGHILL, L.L.C.,

        Defendants - Appellants

TALLOW CREEK, L.L.C.,

Appellant

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal is dismissed as of June 06, 2012, pursuant to appellants' motion.

        LYLE W. CAYCE
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

        By: _Misty Lisotta_  JUN 0 6 2012
        Misty L. Lisotta, Deputy Clerk

        ENTERED AT THE DIRECTION OF THE COURT

**Case No. 12-30127**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

PLAINTIFFS' STEERING COMMITTEE,
    *Plaintiffs - Appellees*

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.; ARCH INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY,
    *Defendant - Appellees*

v.

SOUTHERN HOMES, L.L.C.; TALLOW CREEK, L.L.C.; SPRINGHILL, L.L.C.
    *Defendant - Appellants*

---

DAVID GROSS, Individually, and on Behalf of All Others Similarly Situated; ET AL,
    *Plaintiffs - Appellees*

MARY ANN BENES; ET AL,
    *Intervenor Plaintiffs - Appellee*

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,
    *Defendant - Appellee*

v.

SOUTHERN HOMES, L.L.C.; SPRINGHILL, L.L.C.,
    *Intervenor Defendants - Appellants*

TALLOW CREEK, L.L.C.,
    *Appellant*

SEAN PAYTON, Individually, and on Behalf of All Others Similarly Situated; ET AL,
*Plaintiffs - Appellees*

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,
*Defendant - Appellee*

v.

SOUTHERN HOMES, L.L.C.; SPRINGHILL, L.L.C.; TALLOW CREEK, L.L.C.
*Defendants - Appellants*

---

STEPHEN SILVA, Individually and on Behalf of a Class of Others Similarly Situated; ET AL,
*Plaintiffs - Appellees*

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,
*Defendant - Appellee*

v.

SOUTHERN HOMES, L.L.C.; SPRINGHILL, L.L.C.; TALLOW CREEK, L.L.C.
*Defendants - Appellants*

---

STEPHEN SILVA, Individually and on Behalf of a Class of Others Similarly Situated; ET AL,
*Plaintiffs - Appellees*

v.

ARCH INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,
*Defendant - Appellees*

v.

SOUTHERN HOMES, L.L.C.; TALLOW CREEK, L.L.C.; SPRINGHILL, L.L.C.;
*Defendants - Appellants*

KENNETH WILTZ, Individually, and on Behalf of All Others Similarly Situated; ET AL,
*Plaintiffs - Appellees*

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,
*Defendant - Appellee*

v.

SOUTHERN HOMES, L.L.C.; TALLOW CREEK, L.L.C.; SPRINGHILL, L.L.C.,
*Appellants*

---

JOYCE W. ROGERS, Individually and on Behalf of All Others Similarly Situated; ET AL,
*Plaintiffs - Appellees*

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,
*Defendant - Appellee*

v.

SOUTHERN HOMES, L.L.C.
*Defendant - Appellant*

TALLOW CREEK, L.L.C.; SPRINGHILL, L.L.C.,
*Appellants*

---

DEAN AMATO, Individually and on Behalf of All Others Similarly Situated; ET AL,
*Plaintiffs - Appellees*

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY; INTERIOR EXTERIOR BUILDING SUPPLY, L.P.; ARCH INSURANCE COMPANY,

iii

*Defendant - Appellees*

SOUTHERN HOMES, L.L.C.; TALLOW CREEK, L.L.C.; SPRINGHILL, L.L.C.,
*Appellants*

---

KENETH ABEL, Individually and on Behalf of All Others Similarly Situated; ET AL,
*Plaintiffs - Appellees*

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,
*Defendant - Appellee*

v.

SOUTHERN HOMES, L.L.C.; TALLOW CREEK, L.L.C.; SPRINGHILL, L.L.C.,
*Appellants*

---

GILBERTO AGUIRRE; ET AL,
*Plaintiffs - Appellees*

v.

INTERIOR EXTERIOR BUILDING SUPPLY, L.P.,
*Defendant - Appellee*

v.

SOUTHERN HOMES, L.L.C.; SPRINGHILL, L.L.C.,
*Defendants - Appellants*

TALLOW CREEK, L.L.C.,
*Appellant*

---

Appeal from the United States District Court
for the Eastern District of Louisiana
U.S.D.C. Case No. 2:09-MD-2047; No. 2:09-CV-6690; No. 2:09-CV-7628;
No. 2:09-CV-8030; No. 2:09-CV-8034; No. 2:10-CV-361; No. 2:10-CV-362;
No. 2:10-932; No. 2:11-CV-80; and No. 2:11-CV-252
The Honorable Eldon E. Fallon
United States District Judge

---

**MOTION TO DISMISS APPEAL OF APPELLANTS,
SOUTHERN HOMES, LLC; SPRINGHILL, LLC;
AND TALLOW CREEK, LLC**

---

JAMES M. GARNER
MARTHA Y. CURTIS
MATTHEW C. CLARK
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112
(504) 299-2100
mclark@shergarner.com

*Attorneys for Appellants*

v

Pursuant to Rule 42 of the Federal Rules of Appellate Procedure and Rule 42.1 of this Court's Rules, Appellants Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC (collectively "Southern Homes") move this Court to dismiss their appeal from the District Court's January 23, 2012 Order [R. Doc. 12246]. Counsel for Southern Homes has conferred with counsel for the Appellees, and Appellees have no objection to such a dismissal. Each party is to be responsible for its own costs and expenses.

/s/ James M. Garner
JAMES M. GARNER
MARTHA Y. CURTIS
MATTHEW C. CLARK
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112
(504) 299-2100

**Attorneys for Appellants:**
SOUTHERN HOMES, LLC;
SPRINGHILL, LLC; AND TALLOW CREEK, LLC

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(d), I hereby certify further that the APPELLANTS' MOTION TO DISMISS APPEAL has been filed with the Clerk of Court by filing with the Clerk of Court electronically and served on the counsel of record by the Court's electronic Notice of Docket Activity this 4th day of June 2012.

Richard Guy Duplantier, Jr.
Carlina C. Eiselen
Benjamin Roth Grau
Galloway Johnson Tompkins
    Burr & Smith
ceiselen@gjtbs.com

Arnold Levin
Fred S. Longer
Levin Fishbein Sedran & Berman
flonger@lfsblaw.com

Judy Y. Barrasso
H. Minor Pipes, III
Barrasso Usdin Kupperman
    Freeman & Sarver
jbarrasso@barrassousdin.com

Russ. M. Herman
Leonard A. Davis
Stephen J. Herman
Herman Herman Katz & Cotlar, LLP
ldavis@hhkc.com

D. Russell Holwadel
Adams Hoefer Holwadel
    & Eldridge, LLC
drh@ahhelaw.com

/s/ Matthew C. Clark
MATTHEW C. CLARK

Case 2:09-md-02047-EEF-MBN   Document 14838-2   Filed 06/07/12   Page 13 of 13

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**



June 06, 2012

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 12-30127, In Re: Chinese-Mft Drywall, et al
        USDC No. 2:09-MD-2047
        USDC No. 2:09-CV-6690
        USDC No. 2:09-CV-7628
        USDC No. 2:09-CV-8030
        USDC No. 2:09-CV-8034
        USDC No. 2:10-CV-361
        USDC No. 2:10-CV-362
        USDC No. 2:10-CV-932
        USDC No. 2:11-CV-80
        USDC No. 2:11-CV-252

Enclosed is a copy of the judgment issued as the mandate.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: *Misty Lisotta*
        Misty L. Lisotta, Deputy Clerk
        504-310-7716

cc w/encl:
    Ms. Judy Y. Barrasso
    Mr. Matthew C. Clark
    Mrs. Martha Y. Curtis
    Mr. Leonard Arthur Davis
    Mr. Richard Guy Duplantier Jr.
    Mr. James M. Garner
    Mr. Stephen Jay Herman
    Mr. Douglas Russell Holwadel
    Mr. Fred S. Longer