## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE - MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | |
| THIS DOCUMENT RELATES TO: ROBERT W. BLOCK, III, ET AL | * * * | |
| VERSUS | * * | JUDGE FALLON (L) |
| GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL | * * * | |
| | * | MAG. WILKINSON (4) |
| CASE NO. 11-1363 | * | |

**********************************************

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

The law firm of Gardner & Kewley, APLC, by and through undersigned counsel, moves this Court for permission to withdraw as counsel of record for Defendant J.C.T. Construction Company, Inc. ("JCT") in this matter. JCT has requested that Gardner & Kewley, APLC so withdraw, as shown by Exhibit A. The contact person at JCT is:

John C. Trahan, III, President
JCT Construction Company, Inc.
240 Iris Ave.
Jefferson, Louisiana 70121
Telephone: (504) 838-1641
Facsimile: (504) 838-1643
E-mail: jct_construction@hotmail.com

This withdrawal will not alter or delay the scheduled matters or deadlines, nor will it prejudice any party.

mtw_766602_061812_dakacb#1F.wpd

GARDNER & KEWLEY, APLC

/s/Douglas A. Kewley
DOUGLAS A. KEWLEY (#7355)
1615 Metairie Road, Suite 200
Metairie, Louisiana 70005
Telephone: (504) 832-7222
E-Mail: kewley@bayoulaw.com

**ATTORNEY FOR DEFENDANT:
J.C.T. CONSTRUCTION
COMPANY, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of June, 2012, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller via U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/Douglas A. Kewley

DOUGLAS A. KEWLEY