# J.C.T. Construction Company, Inc.

240 Iris Ave. Jefferson, Louisiana 70121
(504) 838-1641   Fax: (504) 838-1643
E-mail: jct_construction@hotmail.com

June 18, 2012

Mr. Douglas A. Kewley, Esq.
Gardner & Kewley
A Professional Law Corporation
1615 Metairie Road
Metairie, Louisiana 70005

RE:   In Re: Chinese – Manufactured Drywall Products Liability Litigation
      09-md-2047
      Robert W. Block, III, et al
      v. Gebrueder Knauf Verwaltungsgesellschaft. KG, et al
      USDC, Eastern District, Case No.11-1363, Div."L", Sec. 4

Dear Doug,

    As previously discussed, I am sending you this letter to formally notify you, that as of this date, I would like to begin representing myself in the above case concerning Chinese Manufactured Drywall Products Litigation, reliving you as Counsel of Record. Please arrange to have all future copies of all pleadings served in this case, served to my office and email address as listed below.

Sincerely,

John C. Trahan III, President
JCT Construction Company, Inc.
240 Iris Ave.
Jefferson, Louisiana 70121
Fax: (504) 838-1643
E-mail: jct_construction@hotmail.com

EXHIBIT A
MOTION TO WITHDRAW
AS COUNSEL OF RECORD
FOR J.C.T. CONSTRUCTION CO. INC.