UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: RICHARD and CONSTANCE ALMEROTH, et al. vs. TAISHAN GYPSUM CO., LTD., et al Case No. 12-0498 | * * * * * * | JUDGE FALLON (L) MAG. WILKINSON (4) |

### ALAN AND KATHRYN FELD'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT WYMAN STOKES

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs Alan and Kathryn Feld hereby voluntarily dismiss, without prejudice, their claims against Wyman Stokes. The parties are to bear their own attorneys' fees and costs. Plaintiffs' claims against the other Defendants shall remain in full force and effect. Attached hereto as Exhibit "A" is correspondence from Bruce Steckler, Esq., counsel for Alan and Kathryn Feld, dated May 7, 2012 which specifically authorizes the undersigned to file this Notice of Voluntary Dismissal.

Dated: June 19, 2012                    Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esq. (LA Bar No. 6819)
Leonard A. Davis, Esq. (LA Bar No. 14190)
Stephen J. Herman, Esq. (LA Bar No. 23129)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Ave.
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing notice of voluntary dismissal of claims against defendant Wyman Stokes, has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of June, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esq.
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70133
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047