

**BARON BUDD, P.C.®**

| DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE |

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

May 7, 2012

**Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

    Re:    **In re: Chinese Manufactured Drywall Products Liability Litigation**
            **Almeroth, et al v. Taishan Gypsum Co., et al, Cause No. 12-0498,**
            **MDL-2047, Eastern District of Louisiana**

Dear Russ and Lenny:

    My clients, Alan and Kathryn Feld, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Defendant Wyman Stokes in the above matter.

                                      Sincerely,

                                      Bruce Steckler