UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 09-2047 SECTION: L |
| THIS DOCUMENT RELATES TO | * * | JUDGE FALLON |
| SEAN and BETH PAYTON, et al. | * * | MAG. WILKINSON |
| vs | * * | |
| KNAUF GPS, et al. Case No. 2:09-CV-07628-EEF-JCW | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## WITHDRAWAL OF COUNSEL

E. Ashley Carter (LSBA # 19872), formerly of the firm of PAJARES & SCHEXNAYDRE, L.L.C., 68031 Capital Trace Row, Mandeville, Louisiana 70471 has withdrawn from the firm and from this matter.  Please remove E. Ashley Carter from the court's service list.  Raymond J. Pajares and Suzanne M. Ganucheau of the firm of Pajares & Schexnaydre, L.L.C. remain as counsel for Cockerham Construction, L.L.C. and should receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of named defendant, Cockerham Construction, L.L.C.

Respectfully submitted,

PAJARES & SCHEXNAYDRE, L.L.C.

BY:__/s/ Raymond J. Pajares_____
RAYMOND J. PAJARES
Louisiana State Bar Association No. 17343
SUZANNE M. GANUCHEAU
Louisiana State Bar Association No. 18902

        68031 Capital Trace Row
        Mandeville, Louisiana 70471
        Telephone:  985-292-2000
        Facsimile: 985-292-2001
        E-Mail:  rpajares@pslawfirm.com

**ATTORNEYS FOR DEFENDANTS,
COCKERHAM CONSTRUCTION L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Withdrawal of Counsel has been served on all parties by electronically uploading same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of June, 2012.

        PAJARES & SCHEXNAYDRE, L.L.C.

        BY:   /s/ Raymond J. Pajares
        RAYMOND J. PAJARES
        Louisiana State Bar Association No. 17343
        68031 Capital Trace Row
        Mandeville, Louisiana 70471
        Telephone:  985-292-2000
        Facsimile: 985-292-2001
        E-Mail:  rpajares@pslawfirm.com