UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| The Mitchell Co., Inc. v. Knauf Gips KG, et al., Case No. 09-4115 (E.D. La.) | |
| Wiltz v. Beijing New Building Materials Public Ltd. Co., et al., Case No. 10-361 (E.D. La.) | |
| Gross v. Knauf Gips KG, et al., 2:09-cv-06690 (E.D. La.) | |

**CONSOLIDATED RESPONSE OF THE PLAINTIFFS' STEERING COMMITTEE, CERTAIN FLORIDA HOMEBUILDERS, INTERIOR EXTERIOR, BANNER, MITCHELL AND THE STATE OF LOUISIANA TO TAISHAN'S OBJECTIONS TO PROPOSED EVIDENCE SUBMITTED IN OPPOSITION TO TAISHAN'S JURISDICTIONAL MOTIONS**

In response and opposition to Taishan's four separate motions to dismiss for lack of personal jurisdiction and its two renewed motions to vacate default judgments in the above-referenced *Germano*, *Mitchell*, *Gross*, and *Wiltz* actions,[1] the Plaintiffs' Steering Committee ("PSC") filed a comprehensive Global Statement of Facts with an Affidavit of Russ M. Herman attaching 202 exhibits ("Herman Aff."),[2] declarations of three experts on Chinese law,[3] a Global Memorandum of Law,[4] and three individual memoranda of law addressing the Virginia, Florida

---

[1] Rec. Doc. Nos. 13490, 13566, 13590, 13591.

[2] Rec. Doc. No. 14215.

[3] Rec. Doc. No. 14203.

[4] Rec. Doc. No. 14209.

and Louisiana long-arm statutes and issues specific to each action[5] (collectively, "PSC's opposition"). Certain Florida Homebuilders ("Homebuilders"),[6] certain Banner entities ("Banner"),[7] Interior/Exterior Building Supply, L.P. ("InEx"),[8] The Mitchell Co., Inc. ("Mitchell")[9] and the State of Louisiana[10] also opposed Taishan's jurisdictional motions and joined in the PSC's opposition.

The PSC's opposition provides extensive, detailed examples and documentary evidence of Taishan's deliberate efforts to sell its drywall and related products in the United States generally, and in Virginia, Louisiana and Florida in particular. There is no doubt that Taishan targeted the U.S. and these individual states. Taishan's employees and the witnesses it produced for deposition in this matter have admitted that it does not matter where Taishan's drywall is sold or who the customer is as long as the company makes money.[11] This is evident from the plethora of invoices, shipping records, bills of lading and export reports produced by Taishan and others, demonstrating an incredible volume of sales of drywall to customers in the subject jurisdictions. From 2005-2007, Taishan sold more than 87 million square feet of drywall in Virginia,

---

[5] Rec. Doc. Nos. 14202 (*Germano*), 14216 & 14207 (*Mitchell*), 14204 (*Gross/Wiltz*).

[6] Rec. Doc. No. 14390.

[7] Rec. Doc. No. 14392.

[8] Rec. Doc. No. 14356.

[9] Rec. Doc. No. 14372.

[10] Rec. Doc. No. 14366.

[11] According to Taishan's Manager of International Trading, "the more product [Taishan] sell[s], the better it is for the company." *See* Deposition of Che Gang dated 1/11-12/2012, at 103:3-16 (Herman Aff. Ex. 6); *see also* Deposition of Ivan Gonima dated 12/13/2011, at 33:19-36:7 (Herman Aff. Ex. 9); Deposition of Fu Tinghuan dated 1/10/2012, at 57:23-58:5 (Herman Aff. Ex. 2).

Louisiana, Florida, New York, California and North Carolina.[12] These sales totaled in excess of $8.6 million.[13]

In an effort to avoid a finding that Taishan is subject to jurisdiction before this Court because it purposefully established minimum contacts in Virginia, Louisiana and Florida, the company has filed 65 evidentiary objections challenging a variety of materials including the PSC's chart summarizing voluminous invoice records, individual lines of deposition testimony, documents produced in these proceedings, public records, and prior findings of this Court. The large majority of the objections are baseless, ranging from the absurd to the pointlessly hypertechnical. Some of the objections are simply wrong.

In many instances, Taishan takes exception to the evidence and argument of counsel on the grounds of relevancy,[14] and in some instances, Taishan challenges the weight of the evidence presented.[15] Neither of these types of objection is proper at this juncture. The Court has scheduled the upcoming hearing on Taishan's jurisdictional motions for three hours to be divided among the parties. This is not a jury trial, and this Court may properly weigh all of the evidence and argument before it in adjudicating the issue of personal jurisdiction over this company.

The purpose of the Federal Rules of Evidence is set forth in FRE 102 - Purpose: "These rules should be construed so as to administer every proceeding fairly, eliminate unjustifiable

---

[12] Exhibit 1 to the Herman Affidavit is a chart summarizing Taishan's sales of drywall in the United States, by State. The invoices produced in this litigation, which support the figures contained in the chart, are attached to the chart as evidence of its accuracy. Attached hereto as Exhibit "1" is a revised chart, reflecting an additional 33,000 sheets of drywall sold by Taishan to InEx, which were inadvertently omitted in the PSC's original filing. The PSC respectfully requests, pursuant to the motion filed herewith, that this revised chart be substituted as Exhibit 1 to the Herman Affidavit.

[13] *Id*.

[14] *See* Objection Nos. 20, 21, 25, 26, 27, 30, 36, 37, 38, 39, 40, 47, 48, 49, 55, 56, 57, 63, 64.

[15] *See* Objection Nos. 23, 29.

expense and delay, and promote the development of evidence law, to the end of ascertaining the truth and securing a just determination." In contravention of this purpose, Taishan's motion evidences an intent to obscure the truth and bog down these proceedings with time-consuming line-by-line hypertechnical assessments of deposition testimony and the documents it contests. Taishan also seeks to exclude the legal argument and interpretation that counsel ascribes to the evidence presented in opposition to Taishan's jurisdictional motions. Again, it is the province of the Court to weigh all of this evidence and render an opinion thereon.

In so doing, this Court may take judicial notice of facts that are "not subject to reasonable dispute because [they are] generally known within the trial court's territorial jurisdiction . . . or [they] can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FRE 201. Thus, any findings of fact previously adjudicated by the Court in these proceedings may be relied upon in opposition to Taishan's jurisdictional motions.

Finally, many of Taishan's authenticity objections fail to take into consideration this Court's Order Regarding Authenticity and Admissibility of Certain Documents Identified by the Parties for Use at Depositions in Hong Kong the week of January 9, 2012 [Rec. Doc. No. 12126],[16] or they do not account for documents authenticated during the depositions.

The PSC, Homebuilders, InEx, Banner, Mitchell, and the State of Louisiana have compiled a consolidated, detailed response to each of Taishan's objections, as set forth in the Chart attached hereto as Exhibit "2." Attached to this Chart are custodial affidavits of Guardian Building Products (Exhibit "A"), Robert Scharf (Exhibit "B"), Emerald Coast (Exhibit "C"), Devon International (Exhibit "D"), the United States Consumer Product Safety Commission (Exhibit "E"), Banner (Exhibit "F"), Mitchell (Exhibit "H"), and Rightway (Exhibit "I"), which cure these authenticity objections.

---

[16] *See*, *e.g.*, Response to Objection No. 41.

For the reasons set forth herein, Taishan's evidentiary objections should be denied.

                Respectfully submitted,

Dated: June 20, 2012          /s/ *Russ M. Herman*
Russ M. Herman, Esquire (Bar No. 6819) (On the Brief)
Leonard A. Davis, Esquire (Bar No. 14190) (On the Brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin, Esquire (On the Brief)
Fred S. Longer, Esquire (On the Brief)
Sandra L. Duggan, Esquire (On the Brief)
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios, Esquire (On the Brief)
Bruce Kingsdorf, Esquire (On the Brief)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr., Esquire
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg, Esquire
PODHURST ORSECK, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler, Esquire
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com


Ervin A. Gonzalez, Esquire (On the Brief)
Patrick Montoya, Esquire (On the Brief)
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr., Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL
 ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert, Esquire
LAMBERT AND NELSON
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
 & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker, Esquire
PARKER, WAICHMAN, ALONSO, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein, Esquire
MORGAN & MORGAN
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves, Esquire
LUMPKIN & REEVES
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger, Esquire (On the Brief)
Scott Alan George, Esquire (On the Brief)
SEEGER WEISS, LLP
77 Water Street, 26th Floor
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson, Esquire
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
dan@wbmllp.com

Richard J. Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. DIAZ AND PARTNERS, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis, Esquire
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon, Esquire
LEMMON LAW FIRM, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino, Esquire (On the Brief)
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**COUNSEL FOR BANNER SUPPLY COMPANY, BANNER SUPPLY COMPANY, INC.; BANNER SUPPLY COMPANY FORT MYERS, LLC; BANNER SUPPLY COMPANY TAMPA, LLC; BANNER SUPPLY COMPANY POMPANO, LLC; AND BANNER SUPPLY INTERNATIONAL, LLC**

/s/ *Nicholas P. Panayotopoulos*
Nicholas P. Panayotopoulos, Esquire
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
Georgia Bar Number: 560679
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326
Phone: (404) 876-2700
npanayo@wwhgd.com

**COUNSEL FOR BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC**

/s/ *Michael P. Peterson*
Michael P. Peterson, Esquire
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, Florida 33176
Phone: (305) 270-3773
Fax: (305) 275-7410
mpeterson@petersonespino.com

**COUNSEL FOR THE MITCHELL COMPANY, INC.**

/s/ *Steven L. Nicholas*
Steven L. Nicholas, Esquire
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street
Mobile, Alabama 36604
Phone: (251) 471-6191
Fax: (251) 479-1031

Elizabeth J. Cabraser, Esquire
Kristen E. Law, Esquire
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
Emarcadero Center West
275 Battery Street, Suite 3000
San Francisco, California 94111-3339
Phone: (415) 956-1000
Fax: (415) 956-1008

**LEAD COUNSEL FOR THE HSC
COUNSEL FOR LENNAR CORPORATION; LENNAR HOMES, LLC;
U.S. HOME CORPORATION; MERITAGE HOMES OF FLORIDA, INC.;
G.L. BUILDING CORPORATION; BOYNTON BEACH ASSOCIATES XVI, LLLP;
G.L. HOMES OF DAVIE ASSOCIATES II, LTD.; AND
G.L. HOMES OF DAVIE ASSOCIATES III, LTD.**

/s/ *Hilarie Bass*
Hilarie Bass, Esquire (Florida Bar No. 334323)
Mark A. Salky, Esquire (Florida Bar No. 058221)
Adam M. Foslid, Esquire (Florida Bar No. 0682284)
GREENBERG TRAURIG, P.A.
333 Avenue of the Americas
(333 S.E. 2nd Avenue), Suite 4400
Miami, Florida 33131
Phone: (305) 579-0500
Fax: (305) 579-0717
bassh@gtlaw.com

**COUNSEL FOR THE STATE OF LOUISIANA**

James D. "Buddy" Caldwell, Esquire
James Trey Phillips, Esquire
Sanettria Glasper Pleasant, Esquire
LOUISIANA DEPARTMENT OF JUSTICE
Louisiana Attorney General
1885 North Third Street
P.O. Box 94005
Baton Rouge, LA 70804-9005
Phone: (225) 326-6000
Fax: (225) 326-6499

/s/ *John F. Weeks, II*
John F. Weeks, II, Esquire (Bar No. 13309)
T. Allen Usry, Esquire (Bar No. 12988)
USRY, WEEKS & MATTHEWS, APLC
Special Assistant Attorneys General
1615 Poydras Street, Ste. 1250
New Orleans, LA 70112
Phone: (504) 592-4600

| | |
|---|---|
| E. Wade Shows, Esquire<br>John C. Walsh, Esquire<br>SHOWS, CALI & WALSH, LLP<br>628 St. Louis Street<br>P.O. Drawer 4425<br>Baton Rouge, LA 70821<br>Phone: (225) 346-1461 | David L. Black, Esquire<br>Craig M. J. Allely, Esquire<br>PERKINS COIE, LLP<br>1900 Sixteenth Street, Ste. 1400<br>Denver, CO 80202<br>Phone: (303) 291-2300 |

**COUNSEL FOR DEFENDANT, INTERIOR EXTERIOR BUILDING SUPPLY, L.P. AND INTERIOR EXTERIOR ENTERPRISES, LLC**

/s/ *Carlina C. Eiselen*
Richard G. Duplantier, Jr., Esquire (18874)
Lambert J. Hassinger, Jr., Esquire (21683)
Benjamin R. Grau, Esquire (26307)
Carlina C. Eiselen, Esquire (28524)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Phone:  (504) 525-6802
Fax:  (504) 525-2456
rduplantier@gjtbs.com /jhassinger@gjtbs.com
bgrau@gjtbs.com / ceiselen@gjtbs.com

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing Consolidated Response of the Plaintiffs' Steering Committee, Certain Florida Homebuilders, Interior Exterior, Banner, Mitchell, and the State of Louisiana to Taishan's Objections to Proposed Evidence Submitted In Opposition to Taishan's Jurisdictional Motions has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20th day of June, 2012.

       /s/ *Leonard A. Davis*
       Leonard A. Davis, Esquire
       HERMAN, HERMAN & KATZ, LLP
       820 O'Keefe Avenue
       New Orleans, Louisiana 70113
       Phone: (504) 581-4892
       Fax: (504) 561-6024
       Ldavis@hhklawfirm.com
       *Plaintiffs' Liaison Counsel*
       *MDL 2047*
       *Co-counsel for Plaintiffs*