# EXHIBIT 1

## Taishan Gypsum Board Sales to United States

| TOTALS (Invoices & Manufacturer Profile Form (MPF))[1] | | | | |
|---|---|---|---|---|
| **STATE IMPACTED** | **SHEETS OF DRYWALL** | **SQUARE FEET OF DRYWALL** | **VALUE ON INVOICE OR MPF** | **NOTES** |
| USA Deliveries from MPF (State Unknown)[2] | 1,184,710 | 56,866,080[3] | 39,818,191 Chinese Yuan, totaled from MPFs | $6,317,038.85 USD as of April 26, 2012, based on exchange rate of 1 USD to 6.3033 Yuan[4] |
| California | 2,640 | 126,720 | $10,032.00 USD | |
| Florida | 195,820 | 9,399,360 | $772,863.40 USD | |
| Louisiana | 45,756 | 2,196,288 | $195,915.29 USD | |
| New York | 146,244 | 7,019,712 | $413,191.64 USD | |
| North Carolina | 96,120 | 4,613,760 | $388,324.80 USD | |
| Virginia | 153,912 | 7,387,776 | $564,549.22 USD | |
| **US TOTALS** | **1,825,202** | **87,609,696** | **$8,661,915.20 USD[5]** | |

---

[1] The amounts and values presented in this exhibit are derived from TG and TTPs' Manufacturer Profile Forms, invoices and depositions as noted.

[2] TTP has listed numerous transactions in its MPF without a known importer. In other words, TTP knows the drywall was shipped to the United States, but purports not to know where in the United States the drywall was shipped to. TG/TTP's position is incredible and shows a lack of candor. For example, the PSC has learned through the testimony of Mr. John Gunn that the TG drywall that Guardian Building Products bought from TG/TTP through Taian Taigao Trading Corp., Ltd. was delivered to Tampa, Florida and Wilmington, North Carolina. *See* Dep. of J. Gunn dated 7/22/11, at 79:7-79:25; Exhs. 151-152 Invoices. Nonetheless, TTP's Manufacturer Profile Form states that the importer was "unknown." TG/TTP used Taian Taigao as an "exporter" for the transaction, yet fully controlled the Guardian transaction, even stepping in to settle the matter with Guardian when Taian Taigao was supposedly the "exporter." *Id.* Accordingly, the PSC subtracted the Taian Taigao Trading Corp. entries from the "State Unknown" category above, and based on invoices produced from Guardian, added the Florida and North Carolina drywall shipments to those respective state totals above.

[3] Square Feet of Drywall is calculated by determining the number of square feet in a 4' x 12' piece of drywall as 48 square feet. Forty–eight square feet per sheet of drywall multiplied by 1,184,710 sheets equals 56,866,020 total square feet of drywall.

[4] http://themoneyconverter.com/usd/cny.aspx

[5] This total was reached by adding the $6,317,038.35 in drywall sales from the MPF where the exact U.S. location was unknown, converted from Chinese currency, to the state-by-state totals in CA, FL, LA, NY and NC that totaled $2,209,683.68. Thus, the $6,317,038.35 + $2,209,683.68= $8,526,722.68.

Exhibit 1: Page **1** of **9**

HERMAN AFFIDAVIT
EXHIBIT
**1**

## Taishan Gypsum Board Sales to United States

| | GYPSUM BOARD – CALIFORNIA | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Exporter** | **Importer** | **Invoice State** | **Port State** | **Product** | **Contract Amount** | **Number of Sheets of Gypsum** | **Date** | **Bates Number** |
| 1. | Taian Taishan Plasterboard Co., Ltd. | Stone Pride International Corp. | CA | CA | Gypsum Board | $10,032.00 | 2,640 | 12/2/2006 | TG0001658 **MPF #227** |
| | | | | | | **$10,032.00** | **2,640** | | |

# Taishan Gypsum Board Sales to United States

| | **GYPSUM BOARD – FLORIDA** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Exporter** | **Importer** | **Invoice State** | **Port State** | **Product** | **Contract Amount** | **Number of Sheets of Gypsum** | **Date** | **Bates Number** |
| 1. | Taian Taishan Plasterboard Co., Ltd. | Wood Nation, Inc. | FL | FL | Gypsum Board | $55,440.00 | 13,200 | 8/2/2006 | TG0001545 **MPF #177** |
| 2. | Taian Taishan Plasterboard Co., Ltd. | Wood Nation, Inc. | FL | FL | Gypsum Board | $55,440.00 | 13,200 | 8/8/2006 | **MPF #183** |
| 3. | Taian Taishan Plasterboard Co., Ltd. | Oriental Trading Company | FL | FL | Gypsum Board | $77,385.00 | 20,100 | 12/30/06 | TG0000619 **(No MPF Entry)** |
| 4. | Taian Taishan Plasterboard Co., Ltd. | B America | FL | FL | Gypsum Board | $5,656.20 | 660 | 4/30/2007 | TG0001662 **MPF# 235** |
| 5. | Taian Taishan Plasterboard Co., Ltd. | Oriental Trading Company | FL | FL | Gypsum Board | $12,740.00 | 4,900 | 5/28/2007 | TG0001663 **MPF# 236** |
| 6. | Taian Taishan Plasterboard Co., Ltd. | Oriental Trading Company | FL | FL | Gypsum Board | $7,738.00 | 2,000 | 4/30/2007 | **MPF# 234 (No Invoice)** |
| 7. | Taian Taishan Plasterboard Co., Ltd. | Oriental Trading Company | FL | FL | Gypsum Board | $15,288.00 | 5,880 | 5/28/2007 | TG0001664 **MPF# 237** |
| 8. | Taian Taishan Plasterboard Co., Ltd. | Oriental Trading Company | FL | FL | Gypsum Board | $5,096.00 | 1,960 | 5/28/2007 | TG0001665 **MPF# 238** |
| 9. | Taian Taishan Plasterboard Co., Ltd. | Oriental Trading Company | FL | FL | Gypsum Board | $12,740.00[6] | 2,940 | 6/12/2007 | TG0001667 **MPF# 240** |
| 10. | Taian Taishan Plasterboard Co., Ltd. | Oriental Trading Company | FL | FL | Gypsum Board | $18,056.50 | 4,690 | 6/22/2007 | TG0021590 **(No MPF Entry)** |

---

[6] This invoice confirms the number of sheets detailed in the MPF, but indicates a different value. The invoice states $7,644.00.

## Taishan Gypsum Board Sales to United States

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11. | Taian Taishan Plasterboard Co., Ltd. | Oriental Trading Company | FL | FL | Gypsum Board | $7,738.50 | 2,010 | 6/26/2007 | TG0001668 **MPF# 241** |
| 12. | Taian Taishan Plasterboard Co., Ltd. | Oriental Trading Company | FL | FL | Gypsum Board | $25,795.00 | 6,700 | 7/3/2007 | **MPF# 242** TG0001669 |
| 13. | Taian Taishan Plasterboard Co., Ltd. | Oriental Trading Company | FL | FL | Gypsum Board | $25,795.00 | 6,700 | 7/3/2007 | **MPF# 243** TG0001670 |
| 14. | Taian Taishan Plasterboard Co., Ltd. | Guardian Building Supply | FL | FL | Gypsum Board[7] | $447,955.20 | 110,880 | 5/25/2006 | GBP000873 |
| | | | | | | **$772,863.40** | **195,820** | | |

---

[7] TTP has admitted to 194,630 sheets of drywall being shipped to the U.S.A. through Taian Taigao Trading Corp. Ltd. in its Manufacturer Profile Form at lines 16, 18-21, but purports not to know the exact destination in the U.S.A. because it did not list one in its MPF for those shipments.  The PSC has discovered through John Gunn of Guardian Building Products' testimony, that after lengthy negotiations with TG, that TG/TTP shipped the drywall via Taian Taigao Trading Corp. Ltd., to Guardian in Florida and Wilmington, North Carolina, as detailed herein.  It is not known if the five entries for Taian Taigao in TTP's profile form are repetitive of Guardian shipments by Taian Taigao, or if they were separate shipments.  Nonetheless, it is undisputed that TTP/TG shipped 110,800 sheets of drywall to Tampa, Florida, as reflected in this exhibit and the invoices produced in this litigation.  Ex. 151.

# Taishan Gypsum Board Sales to United States

| | GYPSUM BOARD – LOUISIANA | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Exporter | Importer | Invoice State | Port State | Product | Contract Amount | Number of Sheets of Gypsum | Date | Bates Number |
| 1. | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Interior/Exterior Building Products | LA | LA | Gypsum Board | $27,119.13[8] | 6,600 | 6/20/2006 | See MPF entries #114-115 |
| 2. | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Interior/Exterior Building Products | LA | LA | Gypsum Board | $13,559.56[9] | 3,300 | 6/26/2006 | See MPF entries #123 |
| 3. | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Interior/Exterior Building Products | LA | LA | Gypsum Board | $13,703.93[10] | 3,300 | 7/2/2006 | See MPF entries #129 |
| 4. | Taian Taishan Plasterboard Co. | APIC Building Materials/ Triax Trading & Logistics, LLC | LA | LA | Gypsum Board | $24,123.00 | 5,676 | 7/3/2006 | TG0020090 |
| 5. | Taian Taishan Plasterboard Co. | APIC Building Materials/ Triax Trading & Logistics, LLC | LA | LA | Gypsum Board | $24,998.40 | 5,760 | 7/20/2006 | TG0020091 |
| 6. | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Interior/Exterior Building Products | LA | LA | Gypsum Board | $80,810.05[11] | 19,800 | 7/30/2006 | See MPF entries #171-176 |
| 7. | Taian Taishan Plasterboard Co., Ltd. | GD Distributors, LLC | LA | LA | Gypsum Board | $11,601.22 | 1,320 | 9/15/2006 | TG0001657 |
| | | | | | | **$195,915.29** | **45,756** | | |

---

[8] MPF entries show price in Chinese Yuan in the combined amount of 170,940 Yuan. Using conversion rate of 6.3033 Yuan to $1 USD, amount paid in dollars is indicated in chart.
[9] MPF entries show price in Chinese Yuan in the combined amount of 85,470 Yuan. Using conversion rate of 6.3033 Yuan to $1 USD, amount paid in dollars is indicated in chart.
[10] MPF entries show price in Chinese Yuan in the combined amount of 86,380 Yuan. Using conversion rate of 6.3033 Yuan to $1 USD, amount paid in dollars is indicated in chart.
[11] MPF entries show price in Chinese Yuan in the combined amount of 509,370 Yuan. Using conversion rate of 6.3033 Yuan to $1 USD, amount paid in dollars is indicated in chart.

# Taishan Gypsum Board Sales to United States

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **GYPSUM BOARD – NEW YORK** | | | | | | | | |
| | **Exporter** | **Importer** | **Invoice State** | **Port State** | **Product** | **Contract Amount** | **Number of Sheets of Gypsum** | **Date** | **Bates Number** |
| 1. | Taian Taishan Plasterboard Co., Ltd. | Shenzhen Yongfeng Investment Company, Ltd. | NY | N/A | Gypsum Board | $10,847.25 | 3,640 | 9/15/2006 | TG0001547 **MPF# 215** |
| 2. | Taian Taishan Plasterboard Co., Ltd. | Shenzhen Yongfeng Investment Company, Ltd. | NY | N/A | Gypsum Board | $10,847.25 | 3,640 | 9/15/2006 | **MPF# 217 (No Invoice)** |
| 3. | Taian Taishan Plasterboard Co., Ltd. | Shenzhen Yongfeng Investment Company, Ltd. | NY | N/A | Gypsum Board | $8,105.60 | 2,730 | 9/15/2006 | TG0001548 **MPF# 216** |
| 4. | Taian Taishan Plasterboard Co., Ltd. | Shenzhen Yongfeng Investment Company, Ltd. | NY | N/A | Gypsum Board | $20,020.00 | 7,280 | 12/28/2006 | **MPF# 229 (No Invoice)** |
| 5. | Taian Taishan Plasterboard Co., Ltd. | Shenzhen Yongfeng Investment Company, Ltd. | NY | US (No State) | Gypsum Board | $25,025.00 | 9,100 | 11/16/2006 | TG0019961 **MPF# 223** |
| 6. | Taian Taishan Plasterboard Co., Ltd. | Shenzhen Yongfeng Investment Company, Ltd. | NY | N/A | Gypsum Board | $31,844.80 | 9,880 | 12/2/2006 | TG0001659 **MPF#s 229 + 230** |
| 7. | Taian Taishan Plasterboard Co., Ltd. | Shenzhen Yongfeng Investment Company, Ltd. | NY | NY | Gypsum Board | $22,742.20 | 5,720 | 2/9/2007 | TG0001660 **MPF#s 232 + 233** |
| 8. | Taian Taishan Plasterboard Co., Ltd. | TOV Trading | NY | USA (No State) | Gypsum Board | $57,800.00 | 23,120 | 6/21/2006 | TG0001138 **(No MPF Entry)** |
| 9. | Taian Taishan Plasterboard Co., Ltd. | TOV Trading | NY | USA (No State) | Gypsum Board | $61,056.00 | 23,040 | 6/21/2006 | TG0001140 **(No MPF Entry)** |

# Taishan Gypsum Board Sales to United States

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10. | Taian Taishan Plasterboard Co., Ltd. | TOV Trading | NY | NY | Gypsum Board | $78,600.00 | 28,400 | 8/4/2006 | TG0000738 **(No MPF Entry)** |
| 11. | Taian Taishan Plasterboard Co., Ltd. | TOV Trading | NY | N/A | Gypsum Board | $6,753.54 | 1,294 | 8/25/2006 | TG0000728 **(No MPF Entry)** |
| 12. | Taian Taishan Plasterboard Co., Ltd. | TOV Trading | NY | NY | Gypsum Board | $5,200.00 | 2,000 | 10/5/2006 | TG0001550 **MPF# 219** |
| 13. | Taian Taishan Plasterboard Co., Ltd. | TOV Trading | NY | NY | Gypsum Board | $50,950.00 | 17,400 | 10/5/2006 | TG0001551 **MPF#s 220 + 221** |
| 14. | Taian Taishan Plasterboard Co., Ltd. | TOV Trading | NY | NY | Gypsum Board | $23,400.00 | 9,000 | 10/5/2006 | TG0001552 **MPF# 222** |
| | | | | | | **$413,191.64** | **146,244** | | |

## Taishan Gypsum Board Sales to United States

| | GYPSUM BOARD – NORTH CAROLINA | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Exporter | Importer | Invoice State | Port State | Product | Contract Amount | Number of Sheets of Gypsum | Date | Bates Number |
| 1. | Taian Taishan Plasterboard Co., Ltd. | Guardian Building Supply | SC | NC | Gypsum Board[12] | $388,324.80 | 96,120 | 5/25/2006 | GBP000879 |

---

[12] TTP has admitted to 194,630 sheets of drywall being shipped to the U.S.A. through Taian Taigao Trading Corp. Ltd. in its Manufacturer Profile Form at lines 16, 18-21, but purports not to know the exact destination in the U.S.A. because it did not list one in its MPF for those shipments.  The PSC has discovered through John Gunn of Guardian Building Products' testimony, that after lengthy negotiations with TG, that TG/TTP shipped the drywall via Taian Taigao Trading Corp. Ltd., to Guardian in Florida and Wilmington, North Carolina, as detailed herein.  It is not known if the five entries for Taian Taigao in TTP's profile form are repetitive of Guardian shipments by Taian Taigao, or if they were separate shipments.  Nonetheless, it is undisputed that TTP/TG shipped 96,120 sheets of drywall to Wilmington, North Carolina, as reflected in this exhibit and the invoices produced in this litigation.  Ex. 152.

Exhibit 1: Page **8** of **9**

## Taishan Gypsum Board Sales to United States

| | **Exporter** | **Importer** | **Invoice State** | **Port State** | **Product** | **Contract Amount** | **Number of Sheets of Gypsum** | **Date** | **Bates Number** |
|---|---|---|---|---|---|---|---|---|---|
| | **GYPSUM BOARD – VIRGINIA** | | | | | | | | |
| 1. | Shandong Taihe Dongxin Co., Ltd | Venture Supply | VA | VA | Gypsum Board | $366,800.00 | 100,000 | 2/4/2006 | TG0001646; TG MPF |
| 2. | Shandong Taihe Dongxin Co., Ltd | Venture Supply | VA | VA | Gypsum Board | $197,749.22 | 53,912 | 7/20/2006 | TG0001647; TG MPF |
| | | | | | | $564,549.22 | 153,912 | | |