# EXHIBIT A

## AFFIDAVIT OF CUSTODIAN OF RECORDS FOR

## GUARDIAN BUILDING PRODUCTS DISTRIBUTION, INC.

I am the duly authorized Custodian of Records for Guardian Products Distribution, Inc., and having the authority to certify the records, pursuant to Federal Rules of Evidence 803(6) and 902(11), hereby declare that the records produced were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; were kept in the ordinary course of the regularly scheduled business activities; and were made by the regularly conducted activity as a regular practice.

The above is as to documents bates labeled GBP0000001 through GBP0007921 and GBP2007932 through GBP2008343.

This affidavit is intended to satisfy the requirements of Federal Rules of Evidence 803(6) and 902(11).

I declare under penalty of perjury under the laws of the State of South Carolina that the foregoing is true and correct

_Karen Johnson_  
**Signature**

_KAREN JOHNSON_  
**Printed Name**

Subscribed and sworn to before me
on this the 14th day of October, 2011.

_Cheryl Roger_
Notary Public in and for
the State of South Carolina
My Commission Expires:  1-3-13