# EXHIBIT C

## AFFIDAVIT OF CUSTODIAN OF RECORDS FOR SMOKY MOUNTAIN MATERIALS, INC. D/B/A EMERALD COAST BUILDING MATERIALS

I am the duly authorized Custodian of Records for SMOKY MOUNTAIN MATERIALS, INC. d/b/a EMERALD COAST BUILDING MATERIALS, and having the authority to certify the records, pursuant to Federal Rules of Evidence 803(6) and 902(11), hereby declare that the records produced were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; were kept in the ordinary course of the regularly scheduled business activities; and were made by the regularly conducted activity as a regular practice.

The above is as to documents Bates labeled SM0044 through SM0130.

This affidavit is intended to satisfy the requirements of Federal Rules of Evidence 803(6) and 902(11).

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

_____          William B. Batting
Signature                                                           Printed Name

Subscribed and sworn to before me on this the 13 day of June, 2012.

SANDRA LEE COPELAND
MY COMMISSION # EE 147912
EXPIRES: December 26, 2015
Bonded Thru Notary Public Underwriters

SCopeland
Notary Public
My commission expires: 12/26/15