



Devon - 00449