



MADE IN CHINA   MEET OR EXCEEDS ASTM C1396 04 STANDARD

Devon - 00452