

Devon - 00645



Devon - 00658