

Devon - 00663