# EXHIBIT  E



## U.S. CONSUMER PRODUCT SAFETY COMMISSION
4330 EAST WEST HIGHWAY
BETHESDA, MD 20814

June 13, 2012

**FEDERAL EXPRESS # 1925-1979-9**

Dawn Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA  70139-3650

RE:     **FOIA Request #12-F-00555:  Authentication of CPSC documents concerning
Devon International Trading, Inc. and, Drywall Imported from  the People's
Republic of China, CPSC File No. PI090017.**

Dear Ms. Barrios:

This responds to your recent Freedom of Information Act request to the U.S. Consumer
Product Safety Commission for the certification of Commission documents concerning the
above.

The attached document serves as certification of the enclosed.  If you have any
questions, please feel free to contact us by letter, facsimile  (301) 504-0127, e-mail addressed
to cpsc-foia@cpsc.gov or telephone (301) 504-7923.

Sincerely,

Todd A. Stevenson
The Secretariat - Office of the Secretary
Office of the General Counsel

Enclosures



## U.S. CONSUMER PRODUCT SAFETY COMMISSION
4330 EAST WEST HIGHWAY
BETHESDA, MD 20814

### <u>CERTIFICATE</u>

Pursuant to the provisions of Rule 44 of the Federal Rules of Civil Procedure, I hereby certify

that the following attached document are true copies of documents on file with the U. S.

Consumer Product Safety Commission (Commission) and are part of the official records of said

Commission:

U.S. Consumer Product Safety Commission, correspondence received from Kevin G. Sugg,
Counsel, Devon International Trading, Inc., concerning File #PI090017, "Drywall", 17 pages;

U.S. Consumer Product Safety Commission, correspondence received from Edward J. Briscoe,
Attorney for Smokey Mountain Materials, Inc., Fowler, White, Burnett, Attorneys at Law,
concerning File #PI090017, "Drywall Imported from the People's Republic of China", 99 pages.

In witness whereof, I have, pursuant to the provisions of Title 15, United States Code, Sections

2053(d) and 2076(b)(9), hereto set my hand and caused the seal of the U.S. Consumer Product

Safety Commission to be affixed this 13th day of June, 2012.

Todd A. Stevenson
The Secretariat – Office of the Secretary
Office of the General Counsel
U.S. Consumer Product Safety Commission

- Although the enclosed documents are true copies of the records on file with the Consumer Product Safety
  Commission, the records have not been processed in accordance with the requirements of the Freedom of
  Information Act, 5 U.S.C. § 552, the Consumer Product Safety Act, 15 U.S.C. § 2055, and the Commission's
  disclosure regulations, 16 C.F.R. §§ 1015 and 1101. We must therefore presume that the documents were not
  obtained through the Commission's Secretariat / Office of the Secretary.

# EXHIBIT 1

Kevin G. Sugg
*Counsel*

phone: 610-757-4147
fax: 610-768-4509
e-mail: ksugg@devonhealth.com

**DEVON**
INTERNATIONAL
GROUP

June 17, 2009

<u>Via Overnight Delivery</u>

Office of Compliance and Field Operations
U.S. Consumer Product Safety Commission
Attention: Mary Kroh, Compliance Officer
Room 613-15
4330 East West Highway
Bethesda, MD 20814-4408

    RE:   Devon International Trading, Inc.
            CPSC File No. PI090017

Dear Ms. Kroh,

    Enclosed please find Devon International Trading, Inc.'s Response to the CPSC's Request For Information dated May 18, 2009. This response is made pursuant to section 15(b) of the Consumer Product Safety Act, 15 U.S.C. §2064 (a). Should you have any questions regarding Devon International Trading, please do not hesitate to contact me.

                Sincerely,

                Kevin G. Sugg
                Counsel
                Devon International Trading, Inc.

KGS/pld
Enclosures

**p|** 800·431·2273

**o|** 1100 first avenue
suite 100
king of prussia, pa
19406



**w|** devonintlgroup.com

PLAINTIFF'S
EXHIBIT
80

## DEVON INTERNATIONAL TRADING INC.'S RESPONSE
## TO REQUEST FOR INFORMATION DATED MAY 18, 2009
## CPSC FILE NO. PI090017

1.     Identify the person providing the answer(s) contained in your response to this letter.

   Answer:  Ruth Wu
       Vice-President of Operations
       Devon International Trading, Inc.
       1100 First Avenue
       King Of Prussia, PA 19406
       610-757-4103
       rwu@devonintlgroup.com

       Kevin G. Sugg, Esquire
       Counsel for Devon International Trading, Inc.
       1100 First Avenue
       King Of Prussia, PA 19406
       610-757-4147
       ksugg@devonintlgroup.com

2.     Did you sell, offer for sale, manufacture for sale, distribute in commerce, purchase, transfer, deliver, install, or import, in any way product during the relevant time frame?

   Answer:  Yes.  Devon International Trading ("Devon") imported and sold the product to distributors and wholesalers.

3.     If you answered "yes" to request No. 2, list all such shipments of product including, for each individual shipment:

   Answer:  Devon imported three shipments of drywall from China between June 1, 2006 and July 7, 2006.  The primary shipment arrived in Pensacola, Florida on or about June 16, 2006 (hereinafter referred to as "Shipment No. 1").  The second shipment arrived in Elizabeth, New Jersey on or about June 27, 2006 (hereinafter referred to as "Shipment No. 2").  The third shipment arrived in Chicago, Illinois on or about July 7, 2006 (hereinafter referred to as "Shipment No. 3").

   a. The name of the manufacturer of the product;

   Answer:  Shandong Taihe Dongxin Co., Ltd. for all three shipments.

     i. Any identifying marks or brands on the product, including any date codes and style numbers;

1

Answer:  Individual sheets of drywall contained the following statement: "MADE IN CHINA MEET OR EXCEEDS ASTM C1396 04 STANDARD."  In Shipment No. 1, drywall sheets were packaged in seven thousand one hundred thirty-three (7,133) bundles containing sixty-eight (68) sheets of drywall each.  Packaging on the outside of the bundles contained a logo stated as "Devon Building Products."

    ii.  The date of manufacture;

Answer:  Between March 15, 2006 and May 31, 2006.  The exact dates of manufacture are unknown.

    iii.  The location of manufacture, including the name of the gypsum mine, or other mine, if known;

Answer:  Unknown.

  b.  The amount of product in the shipment;

Answer:  Shipment No. 1 contained 485,044 (+/-3%) sheets of drywall.  In the course of ocean transit from China to Pensacola, Florida, Shipment No. 1 was significantly damaged.  As a result of the damage, 255,680 sheets of drywall (3,760 bundles) were declared to be unusable, and 229,364 sheets of drywall (3,373 bundles) were determined to be available for sale.   Shipment No. 2 contained 658 sheets of drywall.  Shipment No. 3 contained 650 sheets of drywall.

  c.  The retail price of the product;

Answer:  For Shipment No. 1, see Exhibit "A".  For Shipment No. 2, the wholesale price was $2.00 per sheet for a total sale price of $1,316.00.  For Shipment No. 3, the wholesale price was $4.27 per sheet for a total sale price of $1,024.80.

  d.  The type or character of the product in the shipment including the dimensions, whether the product was synthetic or non-synthetic or a mixture of both, and the component materials of the product;

Answer:  The product was gypsum board.  The exact composition and component materials of the product are unknown.  The dimensions were 4' x 12' x 12.7mm.

  e.  Identify the person or entity from whom you received the product;

Answer:  The manufacturer of the drywall was Shandong Taihe Dongxin Co., Ltd., Dawenkou, Daiye District, Taian City, Shandong Province, China 271026, phone: 86-538-8811449, fax:  86-538-8811323.  The product was purchased through a trading company, Shanghai Yu Yuan Import & Export Company, No. 19, Wenchang Road, Shanghai City, China, phone: 021-63550563.

Devon - 00004

i. The nature of the transaction by which you received the product such as importation, sale, consignment, etc;

Answer: Devon purchased the product in China and transported it to the United States.

ii. The date on which you received the product;

Answer: Devon received Shipment No. 1 at the port of Qingdao, China on or about May 1, 2006. Devon received Shipment No. 2 at the port of Qingdao, China on or about May 28, 2006. Devon received Shipment No. 3 at the port of Qingdao, China on or about June 1, 2006.

iii. The manner in which you transferred the product (e.g. ship, rail, truck, etc.) and the name, address, and telephone number of the carrier;

Answer: Shipment No. 1 was transported by ship from the port of Qingdao, China to the port of Pensacola, Florida by China National Chartering Corp., Beijing, China. Shipment No. 2 was transported by ship from the port of Qingdao, China to the port of Elizabeth, New Jersey by Mediterranean Shipping (address unknown). Shipment No. 3 was transported from the port of Qingdao, China to Chicago, Illinois by ship and rail (carrier unknown).

f. Identify the person or entity to or for whom you sold, distributed, purchased, transferred, delivered, installed, or imported the product;

Answer: For Shipment No. 1, see Exhibit "A". Shipment No. 2 was sold to Associated Auctioneers, 2400 E. Tioga Street, Philadelphia, PA 19134. From Shipment No. 3, 240 sheets of drywall were sold to Greenwood Products, Inc., 15895 SW 72nd Avenue, Portland, Oregon 97224. The remaining 410 sheets of drywall from Shipment No. 3 remain unsold.

i. The nature of the transaction by which you sold, distributed, purchased, transferred, delivered or installed the product;

Answer: The products in all three Shipments were sold to distributors or wholesalers, except for 2,380 sheets of drywall from Shipment No. 1 that were sold to individuals via ebay.

ii. The date on which you sold, distributed, purchased, transferred, delivered, installed, or imported the product;

Answer: For Shipment No. 1, see Exhibit "A". Shipment No. 2 was sold to Associated Auctioneers on or about December 8, 2006. From Shipment No. 3, 240 sheets of drywall were sold to Greenwood Products on or about July 7, 2006.

3

iii.  The manner in which you transferred the product (e.g. ship, rail, truck, etc.) and the name, address, and telephone number of the carrier.

Answer:  For Shipment No. 1, see Exhibit "A".  For Shipment No. 2, Associated Auctioneers received possession of the drywall at the marine terminal or warehouse in New Jersey.  For Shipment No. 3, Greenwood Products received possession of the drywall at the warehouse of PacTrans Air & Sea, Inc. in Elk Grove Village, Illinois.

4.      Provide all documents and records related to the transactions identified in Request No. 3.

Answer:  See documents attached hereto as Exhibit "B".

5.      Provide the following:

a.  Address(es) where you currently store and maintain any drywall imported from China, and identify the person(s) who supervises your drywall inventory at that location(s).

Answer:  For Shipment No. 3, the unsold 410 sheets of drywall are in the possession and control of PacTrans Air & Sea, Inc., 950 Thorndale Avenue, Elk Grove Village, Illinois, 60007, phone 847-766-9988, fax 847-766-9020.

b.  Amount of drywall imported from China currently in your inventory?

Answer:  None.

6.      Identify any communication your firm has had with any Chinese manufacturer, distributor or exporter, either through a representative in China or outside of China, about the product or the drywall problem?  For any such communication, state:

a.  The identity of any person or entity involved in such communication;

Answer:  Devon has not had any communication with the manufacturer regarding the "drywall problem."  Devon communicated with the manufacturer regarding the purchase of the drywall.  Devon's representatives were Robert Scharf and Julian Chu.

b.  The date of any such communication;

Answer:  Between January 2006 and May 2006, Devon had numerous communications regarding the purchase of the drywall.

c.  The substance of any such communication; and

4

Answer:  Purchase of the drywall.

d.  If your communication related to a purchase of product, describe the process by which your firm made the transaction including:

i.  Is the product manufactured to your firm's requested specification?

Answer:  Yes.

ii.  Does your firm place the order from a catalog?

Answer:  No.

7.     Provide all documents and records related to the communications identified in Request No. 6.

Answer:  See the documents attached hereto as Exhibit "C".

8.     Identify any persons or entities other than your firm who sold, offered for sale, manufactured for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported any product during the relevant time frame.

Answer:  None.

9.     Identify all complaints or claims of any sort related to the drywall problem including but not limited to, warranty or insurance claims, legal actions, repair, refund, or injury claims, comments related to quality or conformity of the drywall, or customer complaints, made by your firm, or received by your firm, including any internal complaints or claims, in any manner.  Include information related to any such complaint or claims received by your firm from any person or entity identified in your response to Request Nos. 3 or 8. For each such complaint or claim, provide:

Answer:  Devon has been advised by its customer, North Pacific Group, Inc., of several potential Chinese drywall claims.  No direct claims have been made against Devon.

a.  The identity of any person or entity making such complaint or claim;

Answer:  1.  ENAP, Inc., 555 Hudson Valley Avenue, Suite 200, New Windsor, NY 12553-5509.  2. Adams Homes (address unknown).

b.  The person or entity receiving such complaint or claim;

5

Devon - 00007

Answer:  North Pacific Group, Inc.

c.   The date of such complaint or claim;

Answer:  Devon was advised on or about June 9, 2009 regarding the claim by ENAP.  With regard to the Adams Homes claim, Devon was first advised on or about April 1, 2009.

d.   The substance of such complaint or claim;

Answer:  Apparent odor problems and suspected corrosion of wiring.

e.   The means of communication of such complaint or claim; and

Answer:  Devon was advised by email.

f.   All actions taken in response or the resolution of any such complaint or claim.

Answer:  None by Devon.


10.   Provide all documents and records related to the complaint or claims identified in Request No. 9.

Answer:  See the documents attached hereto as Exhibit "D".

6

Devon - 00008

# EXHIBIT A

Devon - 00009

## EXHIBIT A

1.    Product from Shipment No. 1 was sold to the following purchasers:

a.    North Pacific Group, Inc.
      10200 S.W. Greenburg Road
      Portland, OR 97233
      Ph: 503-231-1166

      Dates of Purchase: 8/1/2006 to 9/5/2006.

      Amount Purchased: 27,195 sheets (approximate).

      Price: $8.50 per sheet.
      Total payments received from North Pacific equaled $231,158.39.

      Manner of Transfer: Product delivered to Buyer or Buyer's carrier at the Port of
      Pensacola.


b.    Mazer Discount Home Center
      2 South 41st Street
      Birmingham, AL 55222-1929
      Ph: 205-595-5521

      Dates of Purchase: 8/9/2006 to 5/7/2007

      Amount Purchased: 84,121 sheets (approximate).

      Price: 6,188 sheets at $9.00 per sheet and 248,234 sheets (approximate) at $3.50
      per sheet. Total payments received from Mazer equaled $294,426.

      Manner of Transfer: Product delivered to Buyer or Buyer's carrier at the Port of
      Pensacola.


c.    Gulf Coast Shelter
      P.O. Box 1372
      Fairhope, AL 36533
      Ph: 866-517-1240

      Dates of Purchase: 12/14/2006 to 5/31/2007

      Amount Purchased: 132,685 sheets (approximate)

Price:  $4.00 per sheet.
  Total payments received from Gulf Coast equaled $530,740.

Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

d.  Caremia Builders, LLC
  P.O. Box 6482
  Slidell, LA 70469

  Date of Purchase: 4/17/2007

  Amount Purchased:  476 sheets.

  Price:  $2,000 (total purchase).

  Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

e.  Maga Material Supply, Inc.
  542 McGuire Road
  Pelham, AL 35124

  Date of Purchase: 4/27/2007

  Amount Purchased:  476 sheets.

  Price:  $476 (total purchase).

  Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

f.  Omega Steel Co.
  10 Washington Street
  Madison, Illinois 62060

  Date of Purchase: 3/9/2007

  Amount Purchased:   476 sheets.

  Price:  $2,000 (total purchase).

Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

g.     Charles Nicholas
       Address Unknown

       Date of Purchases:  4/9/2007 and 4/27/2007

       Amount Purchased:  2,856 sheets.

       Price:  $15,535 (total purchase).

       Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

h.     Sharkey Sales
       Address Unknown

       Date of Purchase:  4/25/2007

       Amount Purchased:  952 sheets.

       Price:  $3,808 (total purchase).

       Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

i.     Rick Stockett
       Address Unknown

       Date of Purchase:  4/25/2007

       Amount Purchased: 476 sheets.

       Price:  $1,904 (total purchase).

       Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

j.     Between 3/16/2007 and 4/22/2007, Devon sold approximately 2,380 sheets of drywall to five individuals via ebay.  The sales were in lots of 476 sheets each. The sale price for each lot was $2,000. These purchases were made by the

following individuals:  Brian Yarbor, 5579 Douglas Ferry Rd., Caryville, FL 32427 on 3/16/2007; Tommie Jones, Airport Firehouse, 900 Airline Highway, Kenner, LA 70062 on 3/29/2007; Timothy Ducey, 128, N. 82nd Street, Belleville, IL 62223 on 4/5/2007; Phillip Tencer (address unknown) on 4/12/2007; and Emily Peterson (APS Elevator Company, Inc.) (address unknown) on 4/22/2007. Devon believes that the Buyers picked up their purchases at the Port of Pensacola.

# EXHIBIT B

*To·516-599-8228*
*Bob Scharf*
*2 pages*



DEVON INTERNATIONAL TRADING

## Order Request (PO# D0603019)

**From:**       Devon International Trading, Inc
              Devon Building Products
              1100 First Ave, Suite 100
              King of Prussia, PA 19406
              Ruth Wu/U.S. office                610-757-4103  (Phone)
                                                610-930-4035 (Fax)
              Julian Chu/Shanghai office          21-62717110 x115 (phone)
                                                21-62716166 (fax)

**To:**         Shandong Taihe Dongxin Co.,Ltd.
              Dawenkou, Daiyue District, Taian City, Shandong Province. China  271026
                                                86-538-8811449 (phone)
                                                86-538-8811323 (fax)

**Date:**        March 15, 2006

**Description:**   485,044 (+/-3%) sheets of Drywalls
**Quantity:**     4 ft (W) x 12 ft (L), **12.7 mm (thickness)** per sheet, **tapered**
              No more than 94.50 lbs per sheet,
              please see the attached documents for more product specs
              EXW $3.05 per sheet
              Total: $1,479,384.20

**Packaging**     **Per Sheet:**
**requirements:**  4'(W) x 12' (L) x 12.7mm  (thickness) per sheet
              93.6 lbs (the less the better) per sheet,

              **Per Bundle:**
              68 sheets per bundle,
              1.24m(W)x 3.68m(L)x 0.989m(H), 4.513 CBM per bundle including pallet
              Total: 7133 bundles, 3.25 Metric Tons/bundle, 3.575 short tons/bundle

              *Drywalls are bundled by metal bands, covered by carboards on
              all sides, bundled by metal bands again,
              Wooden feet are added to palletize each bundle.
              Devon Building Product logo to be imprinted on the cardboards

**Shipipng**     Breakbulk
**Method:**

**Destination:**   ~~Mobile, Alabama~~ *Pensacola, FL   Ruth Wu*

**Latest shipping**  All cargo should be ready at the port by April 10-15, 2006
**date:**

**consignee:**    Devon International Trading, Inc
              1100 First Ave, Suite 100, King of Prussia, PA 19406

07/07 2006 18:44 FAX 86 21 62716166 DEYEN INC ☐001

To: Ruth: 3 pages. Julian

货物确认书

**SALES CONFIRMATION**

№ 06IYUN-DEV001

日期 Date: MAR 30,2006

To Messrs:

**Devon International Trading , Inc**
**1100 First Ave, Suite 100, King of Prussia, PA 19406**

买方人
For account of:

商品的名称、规格及刷头唛头。兹承认出售下列货物，其条款细则列明如下:
We hereby confirm having sold you the following goods on terms and conditions as specified below:

你的合约/号码/定单
Your Order/Contract/Indent

| (1) 货物的名称、规格及刷头唛头<br>Name of Commodity, Specifications and Shipping Mark | | (2)数 量<br>Quantity | (3)单 价<br>Unit Price | (4)总 值<br>Total Amount |
|---|---|---|---|---|
| | | | | FOB SHANGHAI |
| Drywalls<br>4 ft (W) x 12 ft (L), 12.7mm(thickness)<br>93.60 lbs per sheet (no more than 94.50 lbs)<br>68 sheets per bundle, total 7133 bundles<br>bundled by metal bands, covered by carboards<br><br>tapered | | 485044 sheets usd 2.99 | | USD 1450281.56 |
| | | | | USD 1450281.56 |

(5)装 运 期 限<br>Time of Shipment.
☐ 在收到信用证 天内<br>Within days after receipt of L/C.
☒ 30% shipment should be ready at the port within 15 days after 30% T/T payment received
☐ 35% shipment should be ready at the port within 15 days after next 35% T/T payment received
☐ Surplus products should be ready at the port within 15 days after all remain payment received

(6)付 款 条 件<br>Terms of Payment.
☐ 凭保兑的、不可撤销的、可转让... 信用证凭即期汇票... 在中国议付... 有效。
买方须通过... 银行开立以卖方为受益人... 凭汇票在中国... 议付有效期至装船后第15天... 止，... 在中国内议付，相关信用证号码。
Pensacola, FL
☒ T/T PAYMENT

(7)保 险<br>Insurance.
☒ 由卖方按发票金额110%投保一切险、战争险。由买方增加保额及其他险别，由买方自理。<br>Covers all risks and war risk or contract reansportation of risks.
☐ 由买方自理。<br>To be effected by the Buyer.

(8)其 他<br>Addition.
☐

(9) [illegible Chinese text]<br>The Buyer shall establish the covering Letter of Credit before the above-stipulated time, failing which the Seller reserves the right to rescind without further notice, or to accept whole or any part of this Sales Confirmation not fulfilled by the Buyer, or to lodge a claim for direct losses sustained if any.

(10) [illegible Chinese text]<br>For transactions concluded on C.I.F. basis, it is understood that the insurance amount will be for 110% of the invoice value against the risks specified in the Sales Confirmation. If additional insurance amount or coverage is required, the Buyer must have the consent of the Seller before shipment, and the additional premium is to be borne by the Buyer.

(11) [illegible Chinese text]<br>QUALITY/QUANTITY DISCREPANCY: In case of quality discrepancy, the Buyer should claim within 30 days after the arrival of the goods at port of destination, while for quantity discrepancy, the Buyer should claim within 15 days after the arrival of the goods at port of destination. It is understood that the Seller shall not be liable for any discrepancy of the goods shipped due to the causes for which the Insurance Company, Shipping Company, other transportation organization, or Post Office is liable.

(12) [illegible Chinese text]<br>The Seller shall not be held liable for failure or delay in delivery of the entire lot or a portion of the goods under this Sales Confirmation in consequence of any Force Majeure incidents.

(13) [illegible Chinese text]<br>The Buyer is requested to sign and return one copy of this Sales Confirmation immediately after receipt of the same. Objection, if any, should be raised by the Buyer within days of receipt of this Sales Confirmation, in the absence of which it is understood that the Buyer has accepted the terms and conditions of this Sales Confirmation.

(14) [illegible Chinese text]<br>The effectiveness of this conditions prior to the Seller's signature as well as the seal that is stamped by the corporation partially for the Sales Confirmation.

Confirmed by: [illegible signatures and stamps]

PRESERVATIVE OFFICE

上海进出口商品
Approved by YUJIN
IMP & EXP. CO., LTD.

Devon - 00016

# Order Contract
### (Translation)

Supplier: Taian City Taishan Gypsum Board Inc            Contract Number:
Buyer: Shanghai Yu Yuan Import & Export Company          Location:

1. Product name, specs, quantity and amount:

| Product Name | Specifications (unit: mm) | Quantity (unit: sheet) | EXW unit price (yuan/sheet) | Total Amount (unit: RMB yuan) |
|---|---|---|---|---|
| Regular gypsum board | 3660x1220x12.7 | 485044 | 26.30 | ¥12756657.20 |
| Total Amount: Twelve Million Seven Hundred Fifty Six Thousand Six Hundred and Fifty Seven 20/100 Yuans |

2. Quality Standard: Use United States' ASTM C36 and C1396 as production standards to enforce strictly. Every piece of drywall board is imprinted "Made in China Meet or Exceeds ASTM C1396 04 Standard". Also the packaging has shipping mark to include logo provided by U.S. Devon company and the related specs information (see point 4 in this contract). Each of the two sides of the drywalls needs a 40-50 mm wedge-shaped edge. Each board weights less than 42 kg, thickness allowance 0 to -0.4mm.

3. Packaging requirement: Every two pieces' shorter sides (1220mm) need white paper without imprint to seal them. Use plywood-made pallet base. Each pallet loads 68 sheets. Every bundle of drywalls needs two layers of plastic film to wrap it up well. 6 sides of the bundle use drywalls and use metal band to wrap the bundle up.

4. Shipping mark: On the package it should imprint buyer's designated shipping mark.

Devon Company Logo:



BUILDING  PRODUCTS

Buyer's designated shipping mark:

| **Shipping Mark:** L/C-022006 | |
|---|---|
| **Goods Name:** GYPSUM BOARD | |
| **Size:**1220×3660×12.7mm | |

# EXHIBIT 2



**FOWLER WHITE**
ATTORNEYS AT LAW
**BURNETT**

MIAMI • FORT LAUDERDALE • WEST PALM BEACH • ST. PETERSBURG • VERO BEACH

ESPIRITO SANTO PLAZA
FOURTEENTH FLOOR
1395 BRICKELL AVENUE
MIAMI, FLORIDA 33131
TELEPHONE (305) 789-9200
FACSIMILE (305) 789-9201

WWW.FOWLER-WHITE.COM

EDWARD J. BRISCOE
DIRECT PHONE NO.: (305) 789-9252
DIRECT FACSIMILE NO.: (305) 789-9201
EBRISCOE@FOWLER-WHITE.COM

August 7, 2009

_Via Certified Mail, Return Receipt Requested_

PRIVILEGED AND CONFIDENTIAL

Mary Kroh
Compliance Officer
Office of Compliance and Field Operations
U.S. Consumer Product Safety Commission
Room 613-15
4330 East West Highway
Bethesda, MD 20814-4408

> Re:   CPSC File No. PI090017
> <u>Drywall Imported from the People's Republic of China</u>

Dear Ms. Kroh:

Please allow this letter to serve as a response on behalf of Emerald Coast Building Materials to the U.S. Consumer Product Safety Commission's request for information regarding Chinese drywall.  While not conceding to application of the Consumer Product Safety Act to this case, we provide the following confidential itemized responses to your requests:

_1.      Identify the person providing the answer(s) contained in your response to this letter._

William B. Batting, General Manager, Emerald Coast Building Materials,  8040 N. Palafox Street, Suite B, Pensacola, FL 32534, with the assistance of the undersigned counsel.

_2.      Did you sell, offer for sale, purchase, transfer, delivery, or install in any way, any product during the relevant time frame?_

Yes.

_3.      If you answered "Yes" to Request No. 2, provide the following information concerning the product:_

> _a.      Identify all the person(s) or entity(ies) from whom you received the product and for each person or entity provide:_
> > _i.      The nature of the transaction(s) by which you received the product such as importation, purchase, consignment, etc.;_

FOWLER WHITE BURNETT P.A.   CONFIDENTIAL – SUBJECT
TO PROTECTIVE ORDER

cb:  Drywall - MDL 2047

100033 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 2

      ii.   *The name of the manufacturer(s) of the product;*

      iii.  *The total amount of product received;*

      iv.  *The type or character of the product in each shipment including the dimensions, whether the product was synthetic or non-synthetic or a mixture of both, and the component materials of the product, if known, and*

      v.   *The date on which you received the product.*

a.   North Pacific Group, Inc

      i.    Purchased from North Pacific.

      ii.   Uncertain of Manufacturer. Believed to be manufactured in China.

      iii.  571,200 square feet.

      iv.  20 truck loads consisting of 11,900 pieces of 1/2"x4'x12' Gypsum Wallboard

      v.   First truckload received on July 27, 2006. Last truck received on August 23, 2006.

b.   *Identify all person(s) or entity(ies) to or for whom you sold, offered for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported the product and for each person or entity provide:*

      i.    *The nature of the transaction(s) by which you transferred the product such as sale, installation, etc.;*

      ii.   *The name of the manufacturer(s) of the product;*

      iii.  *The total amount of product sold, offered for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported;*

      iv.  *The type or character of the product in each shipment including the dimensions, whether the product was synthetic or non-synthetic or a mixture of both, and the component materials of the product, if known, and*

      v.   *The date on which you received the product.*

b.   We did not track to whom we sold this specific product as we sold other brands of product during this time as well.  See also Response to Question 3a (i-v) above.

4.   *Provide all documents and records related to the transactions identified in Request No. 3.*

Emerald Coast Building Materials has been granted an extension of time in which to respond to this particular request, and will therefore provide same on the agreed upon date of August 21, 2009.

FOWLER WHITE BURNETT P.A.   CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

cb:  Drywall - MDL 2047
100034 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 3

5.      *Provide the following:*
   a.    *Amount of drywall imported from China currently in your inventory.*
   b.    *Address(es) of where you currently store and maintain any drywall imported from China, and identify the person(s) who supervises your drywall inventory at that location(s).*

a.   None.
b.   Not applicable.


6.      *Has your firm had communication with any Chinese manufacturer, distributor or exporter, either through a representative in China or outside of China, about the product or the drywall problem? If so, describe.*


North Pacific Group, Inc. has been advised of claims being asserted against Emerald Coast Building Materials.


7.      *Identify all complaints or claims of any sort related to the drywall problem including but not limited to warranty or insurance claims, legal actions, repair, refund, or injury claims, comments related to quality or conformity of the drywall, or customer complaints, received or made by your firm, including any internal complaints or claims, in any manner. Include information related to any such complaint or claims received or made by your firm from or to any person or entity identified in your response to Request No. 3. For each such complaint or claim, provide:*

   a.    *The identity of any person or entity making such complaint or claim;*
   b.    *The person or entity receiving such complaint or claim;*
   c.    *The date of such complaint or claim;*
   d.    *The substance of such complaint or claim;*
   e.    *The means of communication of such complaint or claim (e.g. letter, etc.); and*
   f.    *All actions taken in response or the resolution of any such complaint or claim.*

a.   Adams Homes of North West Florida, Inc.

     Rightway Drywall, Inc.

     Mitchell Homes

FOWLER WHITE BURNETT P.A.    CONFIDENTIAL – SUBJECT
                             TO PROTECTIVE ORDER

cb:  Drywall - MDL 2047
100035 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 4

Heritage Homes of NW Florida, LLC

Solid Construction of the Gulf Coast, Inc. d/b/a Westerheim Homes

Mitchell Company, Inc. v. Rightway Drywall, Inc. et al., currently pending
in U.S. District Court for the Eastern District of Louisiana (MDL 2047)
(Smoky Mountain/Emerald Coast was brought into the case via third-party
complaint by Rightway Drywall).

Diges E. Little, et. al. v. Mitchell Company, Inc. et al., currently pending in
the Circuit Court of Mobile Alabama (Case No.: 901153).

Informal claim by Ryan and Danielle Willey regarding home located at 1722
Graduate Way, Pensacola FL 32514.

Informal claim by Carson Fluharty regarding home located at 1706 Graduate
Way, Pensacola FL 32514.

Informal claim by Heritage Homes on behalf of Blake Weekley regarding
home located at 6227 Clear Creek Road, Milton, FL 32570.

Informal claim by Heritage Homes on behalf of James and Sarah Knowles
regarding home located at 4355 Highway 4, Jay, FL 32565.

Informal claim by Heritage Homes on behalf of Mr. and Mrs. I. D. Brewton
regarding home located at 8804 Jernings Road, Pensacola, FL 32514.

Informal claim by Mid-Continent on behalf of Solid Construction of the Gulf
Coast, Inc. the general contractor for the Fluharty residence at 1706 Graduate
Way, Pensacola FL 32514.

b.  Emerald Coast Building Materials.

c.  Adams Homes - September 2, 2008
Rightway Drywall/Mitchell Homes - March 3, 2009
Heritage Homes - April 22, 2009
Solid Construction/Westerheim Homes - April 22, 2009
Mitchell Company, Inc. v. Rightway Drywall, Inc. et al. - May 14, 2009
Little, et. al. v. Mitchell Company, Inc. et al. - June 23, 2009
Willey Residence (Westerheim Homes) - April 20, 2009
Fluharty Residence (Westerheim Homes) - April 17, 2009
Weekley Residence (Heritage Homes) - June 22, 2009
Knowles Residence (Heritage Homes) - April 22, 2009
Brewton Residence (Heritage Homes) - May 26, 2009

CONFIDENTIAL – SUBJECT
TO PROTECTIVE ORDER

FOWLER WHITE BURNETT P.A.

cb:  Drywall - MDL 2047
100036 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 5

Mid-Continent on behalf of Solid Construction of the Gulf Coast, Inc. - June 7, 2009

d. Claimants complained that the homeowners had notified them of sulfur-like odors, corrosion to copper wiring, premature corrosion of air conditioning coils, corrosion of other metal objects in the homes, etc.

e. Correspondence from claimants as well as service of suit in the Mitchell and Little matters, as referenced above.

f. Emerald Coast Building Materials notified its supplier, North Pacific Group, Inc. of said claims and tendered defense to same.

8. *Provide all documents and records related to the complaint or claims identified in Request No. 7.*

Emerald Coast Building Materials has been granted an extension of time in which to respond to this particular request, and will therefore provide same on the agreed upon date of August 21, 2009.

If we can be of any further assistance in this matter, please do not hesitate to contact us.

Very truly yours,

Edward J. Briscoe
Attorney for Smoky Mountain Materials, Inc.
d/b/a Emerald

W:\78688\LETTR404-Resp to CPSC Inquiry re Emerald Coast.SMH

**U.S. Postal Service**

**CERTIFIED MAIL ₘ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₀

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .42 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7003 3450 0000 8854 1566

Sent To _M. Kroh - US Consumer Prod Safety Com_
Street, Apt. No.;
or PO Box No. _4330 East West Hwy Rmte 13-15_
City, State, ZIP+4 _Bethesda, MD 20814_

PS Form 3800, August 2006          See Reverse for Instructions

CONFIDENTIAL – SUBJECT
TO PROTECTIVE ORDER

FOWLER WHITE BURNETT P.A.

cb: Drywall - MDL 2047

100037 - Smoky Mountain Materials, Inc.

# FOWLERWHITE
### ATTORNEYS AT LAW
# BURNETT

MIAMI  •  FORT LAUDERDALE  •  WEST PALM BEACH  •  ST. PETERSBURG  •  VERO BEACH

ESPIRITO SANTO PLAZA
FOURTEENTH FLOOR
1 395 BRICKELL AVENUE
MIAMI, FLORIDA 33131
TELEPHONE (305) 789-9200
FACSIMILE (305) 789-9201

WWW.FOWLER-WHITE.COM

EDWARD J. BRISCOE
DIRECT PHONE NO.: (305) 789-9252
DIRECT FACSIMILE NO.: (305) 789-9201
EBRISCOE@FOWLER-WHITE.COM

August 20, 2009

*Via Certified Mail, Return Receipt Requested*

Mary Kroh
Compliance Officer
Office of Compliance and Field Operations
U.S. Consumer Product Safety Commission
Room 613-15
4330 East West Highway
Bethesda, MD 20814-4408

Re:   CPSC File No. PI090017
      Drywall Imported from the People's Republic of China

Dear Ms. Kroh:

In follow-up to our prior correspondence to you dated August 7, 2009, this will confirm that we previously requested and obtained an extension of time in which to provide responses to numbers 4 and 8 below, on behalf of Emerald Coast Building Materials. Accordingly, please allow this to serve as Emerald Coast Building Materials' supplemental response to the U.S. Consumer Product Safety Commission's request for information regarding Chinese drywall. While not conceding to application of the Consumer Product Safety Act to this case, we provide the following confidential itemized responses to your requests:

*1.       Identify the person providing the answer(s) contained in your response to this letter.*

William B. Batting, General Manager, Emerald Coast Building Materials, 8040 N. Palafox Street, Suite B, Pensacola, FL 32534, with the assistance of the undersigned counsel.

*2.       Did you sell, offer for sale, purchase, transfer, delivery, or install in any way, any product during the relevant time frame?*

Yes.

*3.       If you answered "Yes" to Request No. 2, provide the following information concerning the product:*

FOWLER WHITE BURNETT P.A.    CONFIDENTIAL – SUBJECT
                             TO PROTECTIVE ORDER

cb:  Drywall - MDL 2047
        100038 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 2

    a.   *Identify all the person(s) or entity(ies) from whom you received the product and for each person or entity provide:*

        i.   *The nature of the transaction(s) by which you received the product such as importation, purchase, consignment, etc.;*

        ii.   *The name of the manufacturer(s) of the product;*

        iii.   *The total amount of product received;*

        iv.   *The type or character of the product in each shipment including the dimensions, whether the product was synthetic or non-synthetic or a mixture of both, and the component materials of the product, if known, and*

        v.   *The date on which you received the product.*

a.   North Pacific Group, Inc

   i.   Purchased from North Pacific.

   ii.   Uncertain of Manufacturer. Believed to be manufactured in China.

   iii.   571,200 square feet.

   iv.   20 truck loads consisting of 11,900 pieces of 1/2"x4'x12' Gypsum Wallboard

   v.   First truckload received on July 27, 2006. Last truck received on August 23, 2006.

    b.   *Identify all person(s) or entity(ies) to or for whom you sold, offered for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported the product and for each person or entity provide:*

        i.   *The nature of the transaction(s) by which you transferred the product such as sale, installation, etc.;*

        ii.   *The name of the manufacturer(s) of the product;*

        iii.   *The total amount of product sold, offered for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported;*

        iv.   *The type or character of the product in each shipment including the dimensions, whether the product was synthetic or non-synthetic or a mixture of both, and the component materials of the product, if known, and*

        v.   *The date on which you received the product.*

b.   We did not track to whom we sold this specific product as we sold other brands of product during this time as well. See also Response to Question 3a (i-v) above.

FOWLER WHITE BURNETT P.A.   CONFIDENTIAL – SUBJECT
TO PROTECTIVE ORDER

cb: Drywall - MDL 2047

100039 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 3

4.      *Provide all documents and records related to the transactions identified in*
*Request No. 3.*

Attached are invoices from North Pacific for gypsum drywall sold to Smoky
Mountain Materials, Inc. for the periods of 7/31/06 to 8/30/06. (See Tab 1).

5.      *Provide the following:*
        a.      *Amount of drywall imported from China currently in your inventory.*
        b.      *Address(es) of where you currently store and maintain any drywall*
                *imported from China, and identify the person(s) who supervises your*
                *drywall inventory at that location(s).*

a.      None.
b.      Not applicable.

6.      *Has your firm had communication with any Chinese manufacturer,*
*distributor or exporter, either through a representative in China or outside of China,*
*about the product or the drywall problem?  If so, describe.*

North Pacific Group, Inc. has been advised of claims being asserted against Emerald
Coast Building Materials.

7.      *Identify all complaints or claims of any sort related to the drywall problem*
*including but not limited to warranty or insurance claims, legal actions, repair,*
*refund, or injury claims, comments related to quality or conformity of the drywall,*
*or customer complaints, received or made by your firm, including any internal*
*complaints or claims, in any manner.  Include information related to any such*
*complaint or claims received or made by your firm from or to any person or entity*
*identified in your response to Request No. 3.  For each such complaint or claim,*
*provide:*

        a.      *The identity of any person or entity making such complaint or claim;*
        b.      *The person or entity receiving such complaint or claim;*
        c.      *The date of such complaint or claim;*
        d.      *The substance of such complaint or claim;*
        e.      *The means of communication of such complaint or claim (e.g. letter,*
                *etc.); and*
        f.      *All actions taken in response or the resolution of any such complaint*
                *or claim.*

FOWLER WHITE BURNETT P.A.       CONFIDENTIAL – SUBJECT
                                TO PROTECTIVE ORDER

U.S. Consumer Product Safety Commission
Page 4

a.   Adams Homes of North West Florida, Inc.

Rightway Drywall, Inc.

Mitchell Homes

Heritage Homes of NW Florida, LLC

Solid  Construction of the Gulf Coast, Inc. d/b/a Westerheim Homes

Mitchell Company, Inc. v. Rightway Drywall, Inc. et al., currently pending
in U.S. District Court for the Eastern District of Louisiana (MDL 2047)
(Smoky Mountain/Emerald Coast was brought into the case via third-party
complaint by Rightway Drywall).

Diges E. Little, et. al. v. Mitchell Company, Inc. et al., currently pending in
the Circuit Court of Mobile Alabama (Case No.: 901153).

Informal claim by Ryan and Danielle Willey regarding home located at 1722
Graduate Way, Pensacola FL 32514.

Informal claim by Carson Fluharty regarding home located at 1706 Graduate
Way, Pensacola FL 32514.

Informal claim by Heritage Homes on behalf of Blake Weekley regarding
home located at 6227 Clear Creek Road, Milton, FL 32570.

Informal claim by Heritage Homes on behalf of James and Sarah Knowles
regarding home located at 4355 Highway 4, Jay, FL 32565.

Informal claim by Heritage Homes on behalf of Mr. and Mrs. I. D. Brewton
regarding home located at 8804 Jernings Road, Pensacola, FL 32514.

Informal claim by Mid-Continent on behalf of Solid Construction of the Gulf
Coast, Inc. the general contractor for the Fluharty residence at 1706 Graduate
Way, Pensacola FL 32514.

b.   Emerald Coast Building Materials.

c.   Adams Homes - September 2, 2008
Rightway Drywall/Mitchell Homes - March 3, 2009
Heritage Homes - April 22, 2009
Solid Construction/Westerheim Homes - April 22, 2009
Mitchell Company, Inc. v. Rightway Drywall, Inc. et al. - May 14, 2009
Little, et. al. v. Mitchell Company, Inc. et al. - June 23, 2009

FOWLER WHITE BURNETT P.A.    CONFIDENTIAL – SUBJECT
TO PROTECTIVE ORDER

cb:  Drywall - MDL 2047

100041 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 5

> Willey Residence (Westerheim Homes) - April 20, 2009
> Fluharty Residence (Westerheim Homes) - April 17, 2009
> Weekley Residence (Heritage Homes) - June 22, 2009
> Knowles Residence (Heritage Homes) - April 22, 2009
> Brewton Residence (Heritage Homes) - May 26, 2009
> Mid-Continent on behalf of Solid Construction of the Gulf Coast, Inc. - June 7, 2009

d.   Claimants complained that the homeowners had notified them of sulfur-like odors, corrosion to copper wiring, premature corrosion of air conditioning coils, corrosion of other metal objects in the homes, etc.

e.   Correspondence from claimants as well as service of suit in the Mitchell and Little matters, as referenced above.

f.   Emerald Coast Building Materials notified its supplier, North Pacific Group, Inc. of said claims and tendered defense to same.

8.   *Provide all documents and records related to the complaint or claims identified in Request No. 7.*

Attached are the materials regarding the following claims, as referenced in response to number 7 above:

> Mitchell Company, Inc. v. Rightway Drywall, Inc. et al., currently pending in U.S. District Court for the Eastern District of Louisiana (MDL 2047) (Smoky Mountain/Emerald Coast was brought into the case via third-party complaint by Rightway Drywall).  (See Tab 2).

> Diges E. Little, et. al. v. Mitchell Company, Inc. et al., currently pending in the Circuit Court of Mobile Alabama (Case No.: 901153).  (See Tab 3).

> Informal claim by Ryan and Danielle Willey regarding home located at 1722 Graduate Way, Pensacola FL 32514.  (See Tab 4).

> Informal claim by Carson Fluharty regarding home located at 1706 Graduate Way, Pensacola FL 32514.  (See Tab 5).

> Informal claim by Heritage Homes on behalf of Blake Weekley regarding home located at 6227 Clear Creek Road, Milton, FL 32570.  (See Tab 6).

> Informal claim by Heritage Homes on behalf of James and Karah Knowles regarding home located at 4355 Highway 4, Jay, FL 32565.  (See Tab 7).

FOWLER WHITE BURNETT P.A.   CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

cb:  Drywall - MDL 2047

100042 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 6

Informal claim by Heritage Homes on behalf of Mr. and Mrs. I. D. Brewton regarding home located at 8804 Jerningan Road, Pensacola, FL 32514. (See Tab 8).

Informal claim by Mid-Continent on behalf of Solid Construction of the Gulf Coast, Inc. the general contractor for the Fluharty residence at 1706 Graduate Way, Pensacola FL 32514. (See Tab 9).

Correspondence dated March 12, 2009 from counsel for Emerald Coast Building Materials to North Pacific Group, Inc. notifying North Pacific Group, Inc. of said claims and tendering defense to same. (See Tab 10).

Correspondence dated July 14, 2009 from counsel for Emerald Coast Building Materials to North Pacific Group, Inc. providing second notification to North Pacific Group, Inc. of said claims and reiterating tender of defense to same. (See Tab 11).

If we can be of any further assistance in this matter, please do not hesitate to contact us.

Very truly yours,

Edward J. Briscoe
Attorney for Smoky Mountain Materials, Inc.
d/b/a Emerald Coast Building Materials

W:\7868B\LETTR322-Supp Resp to CPSC Inquiry.SMH

**U.S. Postal Service**
**CERTIFIED MAIL‎ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com‎

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
8/21/09

7006 3450 0000 8854 1573

Sent To
M. Kroh - CPSC
Street, Apt. No.; or PO Box No.
4330 East West Hwy, Rm 613-15
City, State, ZIP+4
Bethesda, MD 20814-4408

PS Form 3800, August 2006          See Reverse for Instructions

CONFIDENTIAL – SUBJECT
TO PROTECTIVE ORDER

FOWLER WHITE BURNETT P.A.

cb:  Drywall - MDL 2047

100043 - Smoky Mountain Materials, Inc.

**North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

Pg 1/1

## INVOICE

0043750101

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-6281
Fax #1: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**

North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

**BILL TO:**

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32526

| P.O.#: 707424 | | Job #: 216 | | Ordered By: Bill | | |
|---|---|---|---|---|---|---|
| Ship Date: 07/28/06 | | Ship Via: Truck | | B/L #: | | |
| Frt. Term: Cust Pickup | | Ref. #: Pensacola/437501 | | Sales Agent: TRowell | | Orig. Inv #: |
| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
| 476 | PC | BGWGYAAA120504    1/2 4x12 | | 22.8480 | 200.00 /MSF | 4,569.60 |
| | | Gypsum Drywall A Grade | | | | |
| | | | SUBTOTAL: | | | 4,569.60 |

THANK YOU FOR THE ORDER!

A cash discount is not an automatic discount. It is an incentive to
pay within specified time. Unearned discounts will not be allowed.

NET 30 DAYS

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $45.70 if paid by 08/10/06

| | TOTAL DUE: | $4,569.60 |
|---|---|---|

Invoice payable in U.S. funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per
month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be
assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction
will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for
ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This
sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

cb:  Drywall - MDL 2047

100044 - Smoky Mountain Materials, Inc.

# Purchase Order 707424-A

**Vendor Number  NORTHP**

Emerald Coast Bldg Materials Pcola
40 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

| To: | | Ship To: |
|---|---|---|
| North Pacific Group, Inc. | | Emerald Coast Bldg Materials Pcola |
| P.O. Drawer 391 | | 8040 North Palafox Street |
| Waynesboro, MS 39367 | | Pensacola, FL  32534 |

**** THIS IS A CHANGE ORDER ****

| | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| 7/26/06 | | | | |
| | | 07/26/06 | 437501 | N |

| 476 | EA / 07/26/06 | DW1212 1/2" 4 X 12 REGULAR DRYWALL | 9.600 | 4569.60 | 0.00 |
|---|---|---|---|---|---|

**RECEIVED**
JUL 2 8 2006
BY: ____

| | |
|---|---|
| Non Taxable Subtotal | 4569.60 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

Page  1

Duplicate Copy  (Reprinted)          Authorized Signature

cb:  Drywall - MDL 2047
100045 - Smoky Mountain Materials, Inc.

# Purchase Order 707424

**Vendor Number  NORTHP**

merald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

**To:**

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

**Ship To:**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

|  |  | Origin | 1% 10 net 30 |
|---|---|---|---|
| 07/26/06 |  |  | N |

| | | | | | |
|---|---|---|---|---|---|
| 612 | EA      /    07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | 9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

age    1

Vendor Original _____ Authorized Signature

cb:  Drywall - MDL 2047
100046 - Smoky Mountain Materials, Inc.

# Purchase Order 707424
## Vendor Number  NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

**To:**

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

**Ship To:**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|---|
| 7/26/06 | | | | | |
| | | 07/26/06 | 437501 | | N |

| Qty | | Date | | | Unit | Extended |
|---|---|---|---|---|---|---|
| 612 | EA    /  07/26/06 | | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | 9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

Page   1

Duplicate Copy                          Authorized Signature

cb:  Drywall - MDL 2047
100047 - Smoky Mountain Materials, Inc.

3-PART STOCK FORM NO. B-3876

Shipper's No. 43750

Carrier's No.

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Carrier's Name: Emerald Coast 37/37

RECEIVED subject to the classifications and tariffs in effect on the date of the issue of this Shipping Order

at Port of Pensacola (Date) 7-7-06 FROM 720 A.S. Barracks St. Pen

Consigned TO Emerald Coast Building Materials

Destination: 3040 Patatox _____ Pens

Street _____ County _____ State _____

Route: _____

Delivering Carrier: _____ Car or Vehicle Initials and No.

Collect on Delivery $ _____ And Remit to _____

C.O.D. Charges to be
☐ Paid by
☐ Shipper ☐ Consignee

| No. Packages | Kind | Description of Articles, Special Marks and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | Bdl | 16x4x12 Chinese Drywall | 45,188 lbs | | |
| | | @47610.8 | | | |
| | | Customer PO #B.411 | | | |
| | | Time 8:40 AM | | | |
| | | Cost must be tested | | | |

Pete Stevedore Co Supervisor James Novak

2

AUG-03-2006(THU) 16:12
Rx Date/Time     AUG-03-2006(THU) 14:13
8/03/06 12:14PM PST  ->  8656378762

8778812331

P.001/002
P 001

Pg 1/1

## INVOICE
### 0043750901

**North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 38367
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

Invoice Date: 08/03/06
Account #: SMOKY001 0001
Branch/Division: 46301001
Phone #: (850)471-8281
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

**BILL TO:**
Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37814

**SHIP TO:**
Smoky Mountain Materials Inc
6040 N Palafox St
Pensacola FL 32528

| P.O.#: 707432 | | Job #: 218 | Ordered By: Bill | | |
| Ship Date: 08/03/06 | | Ship Via: Truck | BOL #: | | Orig. Inv #: |
| Frt. Term: Cust Pickup | | Ref. #: PENSACOLA, FL16583 | Sales Agent: TRowell | | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 612 | PC | BGWGYAAA120504   1/2 4x12 | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to | | | |
| | | pay within specified time. Unearned discounts will not be allowed. | | | |

NeT 30

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct 558.75 if paid by 08/13/06

**TOTAL DUE:**   $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above part. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

# Purchase Order  707432
### Vendor Number  NORTHP

Emerald Coast Bldg Materials Pcola
40 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| | | 07/26/06 | 437509 | N |

| | | | | | |
|---|---|---|---|---|---|
| 612 | EA   / 07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | 9.600 | 5875.20 |

**RECEIVED**
AUG 0 1 2006
BY:

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge    1

Duplicate Copy                                    Authorized Signature

cb:  Drywall - MDL 2047
100050 - Smoky Mountain Materials, Inc.

NorthPacificGrp,Inc  7/26/2006 2:00   PAGE  1/1   RightFax

#37

 **North Pacific**

www.northpacific.com

# Facsimile Transmission

TO:     Name:   Bill
        Company:
        Fax Number:1-850-471-6294
        Voice Phone:

From:   Name:   Todd Rowell
        Fax Number:
        Voice Phone: 1-800-378-3268//601-671-3268

## Fax Notes:

PATE STEVEDORE CO.
720A S. BARRAKCS ST, BUILDING 2
PORT OF PENSACOLA
850-438-3648
ASK FOR ROSALIE

HOURS: 7-4

FIRST 10 PICK-UP #'S
437501
437502
437503
437504
437505
437506
437507
437508
437509
437510

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

cb:  Drywall - MDL 2047
100051 - Smoky Mountain Materials, Inc.

Shipper's No. 437509

3-PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** - must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and sealed by the shipper.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Shipping Order...

Carrier's Name: Emerald Coast 32/377

at Port of Pensacola _____ 2-01-06 FROM 700 A.S. Barracks St Pens Fl

Consigned TO: Emerald Coast Building Materials

Destination: 8040 Palafox Street   City Pensacola   State Fl   Zip

Route _____

Delivering Carrier _____   Car or Vehicle Initials and No. _____

Collect on Delivery $ _____

| No. Packages | H.M. | Description | *Weight | |
|---|---|---|---|---|
| 97 Bnd | | 12"x9'x½' Gypsum Drywall | 45,165 lbs | |
| | | @ 476 pc | 59,127 lbs | |
| | | Customer PO 707932 | | |
| | | Image 0810 | | |
| | | (Must be tapped) | | |

C.O.D. Charges to be □ Paid by □ Shipper □ Consignee

Agent or Cashier

cb:  Drywall - MDL 2047

100052 - Smoky Mountain Materials, Inc.

AUG-15-2006(TUE) 08:51
Rx Date/Time     AUG-11-2006(FRI) 13:27                    8778612331
08/11/06 11:29AM PST  ->  8656378762

P 003/007
P. 001

Pg 1/1

## North Pacific

SOUTHERN
P. O. Box 381
Waynesboro, MS 38387
Tel 601-735-5051
Fax 801-735-2602
www.northpacific.com

**INVOICE**

| 0043278801 |
|---|

| Invoice Date | 08/11/06 |
| Account #: | SMOKY001 0001 |
| Branch/Division: | 40301001 |
| Phone #: | (850)471-6201 |
| Fax #: | (865)637-8762 |
| Page: | 1 of 1 |

CONTACTED
Lonnie Wilson 4/24/08

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH 45264-3228
USA

**BILL TO:**
Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
6218 S National Dr
Knoxville TN 37914

**SHIP TO:**
Smoky Mountain Materials Inc
CPU PATE STEVEDORE
Pensacola FL 32526

About Adams Hms Issue

| P.O.#: 707480 | | Job #: 218 | | Ordered By: | | | |
|---|---|---|---|---|---|---|---|
| Ship Date: 08/10/06 | | Ship Via: Truck | | B/L #: | | | |
| Frt. Term: Cust Pickup | | Ref. #: PENSACOLA FL/16593 | Sales Agent: TRowall | | Orig. Inv #: | | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 812 | PC | BGWGYAAA120504    1/2 4x12 | 29,3760 | 200.00  /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to | | | |
| | | pay within specified time. Unearned discounts will not be allowed. | | | |

NET 30

**TERMS:** 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 08/21/06

| TOTAL DUE: | $5,875.20 |
|---|---|

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

Received Time Aug 15   9:15AM

# Purchase Order  707480
### Vendor Number  NORTHP

Emerald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| 8/04/06 | | 08/04/06 | | N |

| | EA / | | DW1212 | | 9.600 | 5875.20 |
|---|---|---|---|---|---|---|
| 612 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | | | |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

age    1

Duplicate Copy  (Reprinted)                    Authorized Signature

cb:  Drywall - MDL 2047
100054 - Smoky Mountain Materials, Inc.

00/04/06 05:54:10    NorthPacificGrp,Inc->        423 929 9707   RightFax        Page 001

*MON.*



# North Pacific

www.northpacific.com

## Facsimile Transmission

To:    Name:      Bill
       Company:
       Fax Number: 1-850-471-6294
       Voice Phone:

From:  Name:      Todd Rowell
       Fax Number:
       Voice Phone: 1-800-378-3268//601-671-3268

Fax Notes:

PICK-UP #'S
437511  707475
432784  707476
432785  707477
432786  707478
432787  707479
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487

PO #'S

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

cb: Drywall - MDL 2047
100055 - Smoky Mountain Materials, Inc.

# Purchase Order  707480

### Vendor Number  NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

**To:**

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

**Ship To:**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| 08/04/06 | | | | |
| | | 08/04/06 | | N |

| | | | | | |
|---|---|---|---|---|---|
| 612 | EA / 08/04/06 | DW1212 1/2" 4 X 12 REGULAR DRYWALL | | | |

| | |
|---|---|
| Non Taxable Subtotal | |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

Page   1

Vendor Original  (Reprinted)

Authorized Signature

cb:  Drywall - MDL 2047
100056 - Smoky Mountain Materials, Inc.

THIS SHIPPING ORDER

3-PART STOCK FORM NO. B-3976

Carrier's Name: _____

Shipper's No. 4327-88

Carrier's No. _____

Consigned To _____

Destination: _____

Route _____

Delivering Carrier _____

Collect on Delivery $ _____

AUG-25-2006(FRI) 11:31                                                                    P. 003/004
08/24/06 11:21AM PST  ->  8656378762                          Pg 1/1

## North Pacific

SOUTHERN
P. O Box 391
Waynesboro, MS 39387
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

| INVOICE |
|---|
| 0043278201 |

Invoice Date: 08/24/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-6291
Fax #: (888)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643228
Cincinnati, OH 45264-3228
USA

BILL TO:

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5218 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
CPU @ PATE STEVEDORE
Pensacola FL 32526

| P.O.#: 707484 | | Job #: 218 | | Ordered By: | | | |
|---|---|---|---|---|---|---|---|
| Ship Date: 08/24/06 | | Ship Via:Truck | | B/L #: | | | |
| Frt. Term: Cust Pickup | | Ref. #:  PO # 166924 | | Sales Agent: TRowell | | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 812 | PC | BGWGYAAA120504    1/2 4x12 Gypsum Drywall 'A Grade | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | |

**TERMS:** 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 09/03/06

| TOTAL DUE: | $5,875.20 |
|---|---|

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

cb:  Drywall - MDL 2047
100058 - Smoky Mountain Materials, Inc.

# Purchase Order  707484

**Vendor Number   NORTHP**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|---|
| 3/04/06 | | | 08/04/06 | | N |
| 612 | EA / 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | 9.600 | 5875.20 |

RECEIVED
AUG 2 3 2006
BY:

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

Page    1

Duplicate Copy

Authorized Signature

cb:  Drywall - MDL 2047
100059 - Smoky Mountain Materials, Inc.




**North Pacific**

www.northpacific.com

## Facsimile Transmission

To:   Name:     Bill
      Company:
      Fax Number:1-850-471-6294
      Voice Phone:

From:  Name:     Todd Rowell
      Fax Number:
      Voice Phone: 1-800-378-3268//601-671-3268

Fax Notes:

| PICK-UP #'S | | |
|---|---|---|
| 437511 | 707475 | |
| 432784 | 707476 | |
| 432785 | 707477 | PO#'s |
| 432786 | 707478 | |
| 432787 | 707479 | |
| 432788 | 707480 | |
| 432789 | 707481 | |
| 432790 | 707482 | |
| 432791 | 707483 | |
| 432792 | 707484 | |
| 432793 | 707485 | |
| 432794 | 707486 | |
| 432795 | 707487 | |

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

cb:  Drywall - MDL 2047
    100060 - Smoky Mountain Materials, Inc.

# Purchase Order  707484

### Vendor Number  NORTHP

:merald Coast Bldg Materials Pcola
040 North Palafox Street
'ensacola, FL  32534

'elephone 850/471-6291

To:

**North Pacific Group, Inc.**
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

**Emerald Coast Bldg Materials Pcola**
8040 North Palafox Street
Pensacola, FL  32534

| | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| 08/04/06 | | | | |
| | | 08/04/06 | | N |
| | EA / | DW1212 | | |
| 612 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | |

| | | |
|---|---|---|
| Non Taxable Subtotal | | |
| Taxable Subtotal | 0.00 | |
| Tax | 0.00 | |
| Total | | |

age     1

Vendor Original  (Reprinted)

Authorized Signature

cb:  Drywall - MDL 2047



3-PART STOCK FORM NO. B-3876

THIS SHIPPING ORDER must be legibly filed in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent of the Issuing Line.

Shipper's No. 433292

Carrier's No.

Carrier's Name: _Eastern Warehouse_ TRK 37

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at _Port Allen LA_ (Date) _8-22-06_ FROM _72045 Burbank St_

Consigned TO _Emerald Coast Building Materials_

Destination _2040 Phalen St_   _Pensacola_   State _FL_   Zip _____

Route _____

Delivering Carrier _____   Car or Vehicle Initials and No. _____

Collect on Delivery $ _____

Shipper's No. 433292

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

C.O.D. Charges to be
Paid by □
□ Shipper   □ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate |
|---|---|---|---|---|
| 98 | | 1/2 x 4 x 12 Gypsum Board | 59,227 lbs | |
| | | PO # 707481 | | |
| | | Time 11:00am | | |
| @1.12/pcs | | Mud no barrels | | |

ACCESSORIES CHARGE
For Non-use of Equipment @$X.XX

"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

Permanent post-office
address of shipper.

2

JUL-31-2006(MON) 09:10
Rx Date/Time      JUL-31-2006(MON) 07:54                     8778812331                     P. 004/007
07/31/06 05:56AM PST  ->  8656378762                                         Pg 1/1         P. 001

## North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

**INVOICE**

0043750401

| | |
|---|---|
| Invoice Date: | 07/31/06 |
| Account #: | SMOKY001 0001 |
| Branch/Division: | 40361001 |
| Phone #: | (850)471-6201 |
| Fax #: | (865)537-8782 |
| Page: | 1  of 1 |

**PLEASE REMIT TO:**

North Pacific
PO Box 643228
Cincinnati, OH  45264-3228
USA

**BILL TO:**

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32526

| P.O.#: 707427 | Job #: 218 | Ordered By: Bill | | | |
|---|---|---|---|---|---|
| Ship Date: 07/28/06 | Ship Via: Truck | B/L #: | | | |
| Frt. Term: Cust Pickup | Ref. #: PENSACOLA, FL/43750 | Sales Agent: TRowell | | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 812 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | |

NET 30 DAYS

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $58.75 if paid by 08/10/06

| TOTAL DUE: | $5,875.20 |
|---|---|

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days of receipt of shipment. These commodities are licensed by the U.S. for ultimate destination to the above part. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

# Purchase Order 707427

**Vendor Number   NORTHP**

merald Coast Bldg Materials Pcola
40 North Palafox Street
nsacola, FL  32534

lephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/28/06 | | | | Origin | 1% 10 net 30 | |
| | | 07/26/06 | 437504 | | | N |
| 612 | EA    /  07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | | 9.600 | 5875.20 |

**RECEIVED**
**JUL 2 8 2006**
**BY:**

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

age    1

Duplicate Copy                          Authorized Signature

cb:  Drywall - MDL 2047
100064 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
100065 - Smoky Mountain Materials, Inc.

---

3-PART STOCK FORM NO:15-9878

Shipper's No. 437504

Carrier's No.

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by Agent.

Carrier's Name: Emerald Coast #737/37

at Port of Pensacola (Date) 7-27-06 FROM 760 A S Barracks St. Pens, Fl

Consigned TO Emerald Coast Building Materials

Destination 8040 Pensacola St. Pens, Fl

Route.

Delivering Carrier

Collect on Delivery $

| No. Packages | H.M. | | Weight |
|---|---|---|---|
| 9 bdn | | 12" x 9 x 12 Gypsum Drywall | |
| | | @ 476 pcs. | 45466 lbs |
| | | Customer P.O. 707923 | 59121 lbs |
| | | loaded G Bnds at drivers request | |
| | | Time 11:30 AM | |
| | | load must be tarped | |

C. O. D.

Rate Ste Motor Co...
For North Pacific...

JUL-31-2006(MON) 09:10
Rx Date/Time    JUL-31-2006(MON) 07:55
07/31/06 05:57AM PST  ->  8656378762

8778812331

P.006/007
P.001

Pg 1/1

## North Pacific

SOUTHERN
P.O. Box 391
Waynesboro, MS 39387
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

**INVOICE**

0043750701

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-6281
Fax #: (885)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**

North Pacific
PO Box 643226
Cincinnati, OH 45264-3226
USA

BILL TO:

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
8040 N.Palafox St
Pensacola FL 32528

| P.O.#: 707430 | | Job #: 218 | Ordered By: Bill | | | |
|---|---|---|---|---|---|---|
| Ship Date: 07/28/06 | | Ship Via:Truck | Bill #: | | | Orig. Inv #: |
| Frt. Term: Cust Pickup | | Ref. #: PENSACOLA, FL18562 Sales Agent: TRowell | | | | |
| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT | |
| 612 | PC | BGWGYAAA120504  1/2 4x12 Gypsum Drywall A Grade | 29.3760 | 200.00 /MSF | 5,875.20 | |
| | | SUBTOTAL: | | | 5,875.20 | |
| | | THANK YOU FOR THE ORDER! A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | | |

NET 30
Days

TERMS: 1% CD ADF 10 days ADI net 15 days ADI
You may deduct $58.75 if paid by 08/10/06

**TOTAL DUE:**   $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To secure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. C.O.D.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

# Purchase Order 707430

## Vendor Number  NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

**To:**

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

**Ship To:**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | | Origin | | 1% 10 net 30 |
|---|---|---|---|---|---|---|
| 07/26/06 | | | | | | |
| | | 07/26/06 | 437507 | | | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| 612 | EA / 07/26/06 | | DW1212 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

RECEIVED
JUL 2 8 2006
BY:

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

Page   1

**Duplicate Copy**                    **Authorized Signature**

cb:  Drywall - MDL 2047
100067 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
100068 - Smoky Mountain Materials, Inc.

Shipper's No. 437502

Carrier's No. _____

3-PART STOCK FORM NO. B-3976

**THIS SHIPPING ORDER:** Must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Carrier's Name: Emerald Coast – 2/4/24

at Port of Pensacola Date 7-7-01 FROM 720 A S Barracks St Pens. Fl

Consigned TO Emerald Coast Building Materials

Destination 8040 Palafox St  City Pensacola  State Fl  Zip

Route _____  County _____  State _____

Delivering Carrier _____  Car or Vehicle Initials and No. _____

Collect on Delivery $ _____  Permit to _____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Sub. to Cor.) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 | | 1 Box 12"x4'x12' Gypsum Drywall | 45,788 lbs | | |
| | | 1 476 pc 6/2 pcs | 59,127 lbs | | |
| | | Customer P.O. 707930 | | | |
| | | Time 3:20 PM | | | |
| | | + Load must be tarped | | | |

Pers. Shipper Emerald Coast
Gulf North Pacific Grp

X _____ 2

C.O.D. Charges to be
Paid by
☐ Shipper  ☐ Consignee

JUL-31-2006(MON) 09:10
Rx_Date/Time   JUL-31-2006(MON) 07:55          8778812331            P.005/007
07/31/06 05:56AM PST  ->  8656378762                                 P.001

## North Pacific

SOUTHERN
P.O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

Pg 1/1

### INVOICE
### 0043750501

| | |
|---|---|
| Invoice Date: | 07/31/06 |
| Account #: | SMOKY001 0001 |
| Branch/Division: | 40301001 |
| Phone #: | (850)471-8291 |
| Fax #: | (865)637-8762 |
| Page: | 1 of 1 |

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH 45264-3226
USA

BILL TO:

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32528

| P.O.#: 707428 | | Job #: 218 | | Ordered By: Bill | | | |
|---|---|---|---|---|---|---|---|
| Ship Date: 07/28/06 Frt. Term: Cust Pickup | | Ship Via: Truck Ref. #: PENSACOLA, FL/1658 | B/L #: Sales Agent: TRowell | | | Orig. Inv #: | |
| **QUANTITY SHIPPED** | **UOM** | **ITEM / DESCRIPTION** | | **CONVERTED QUANTITY** | **PRICE / UOM** | **EXTENDED AMOUNT** |
| 812 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | SUBTOTAL: | | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | | |

*NET 30 DAYS*

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $58.75 if paid by 08/10/06

**TOTAL DUE:** $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

# Purchase Order 707426

**Vendor Number   NORTHP**

~~~erald Coast Bldg Materials Pcola
~~~0 North Palafox Street
~~~nsacola, FL  32534

~~~ephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| ~~/26/06 | | | | |
| | | 07/26/06 | 437503 | N |

| 612 | EA / 07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | 9.600 | 5875.20 |
|---|---|---|---|---|---|

**RECEIVED**
JUL 2 8 2006
BY: _____

| Non Taxable Subtotal | 5875.20 |
|---|---|
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

~~ge   1

**Duplicate Copy**                    **Authorized Signature**

cb:  Drywall - MDL 2047
100070 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
100071 - Smoky Mountain Materials, Inc.

THIS SHIPPING ORDER must be legibly filled in, in ink, in Indelible Pencil, or in Carbon, and operated by Agents and the shipping when signed.

Shipper's No. 437503

Carrier's Name: Emerald Coast - 24/24    Carrier's No.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Original Bill of Lading,

at Port of Pensacola (Town) 7-27-06 FROM 720 A.S. Barracks St. Pens. Fl

Consigned TO Emerald Coast Building Materials

On Collection Delivery, Show Consignee's name on (Street)    Pens. S

Destination 8040 Pensafox Street    Pens. Fl

(County)    (State)    Zip

Route 5

Delivering Carrier:    Car or Vehicle Initials and No.

Collect on Delivery $    And Remit to

| No. Packages | H.M. | (Kind of Package, Description of Articles, Special Marks and Exceptions) | *Weight (Subject to Correction) | Class or Rate | Ck. Column |
|---|---|---|---|---|---|
| 9 Bnd | | 12 x64 1/8 x 8' Gypsum | 15,800 lbs | | |
| | | @ 476 pcs = 612 pcs | 59,127 lbs | | |
| | | Customer P.O. 10-224 | | | |
| | | Loaded a Birds at drivers request | | | |
| | | Time 11:00 AM | | | |
| | | Load must be tarped | | | |
| | | Rate is 1000 per 1000 | | | |

2

JUL-31-2006(MON) 09:11

Rx Date/Time    JUL-31-2006(MON) 07:56          8779812331          P.007/007
07/31/06 05:57AM PST  ->  8656378762                                P 001
                                                                    Pg 1/1

**North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

| INVOICE |
|---|
| 0043750301 |

Invoice Date: 07/01/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8291
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 843226
Cincinnati, OH  45284-3226
USA

BILL TO:

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32626

| P.O.#: 707426 | | Job #: 218 | Ordered By: Bill | | | |
|---|---|---|---|---|---|---|
| Ship Date: 07/28/06 | | Ship Via: Truck | Bill #: | | | |
| Frt. Term: Cust Pickup | | Ref. #:  PENSACOLA, FL/1658 | Sales Agent:  TRowall | | Orig. Inv.#: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 812 | PC | BGWGYAAA120504   1/2 4x12 | 29.3760 | 200.00  /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | | SUBTOTAL: | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | |

*NET 30 DAYS* (handwritten)

TERMS: 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $58.75 if paid by 08/10/06

| TOTAL DUE: | $5,875.20 |
|---|---|

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office, before your deduction is made. No substantiation for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

cb:  Drywall - MDL 2047

100072 - Smoky Mountain Materials, Inc.

# Purchase Order 707428

**Vendor Number   NORTHP**

merald Coast Bldg Materials Pcola
40 North Palafox Street
nsacola, FL  32534

lephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| 7/26/06 | | | | Origin | | 1% 10 net 30 |
|---|---|---|---|---|---|---|
| | | 07/26/06 | 437505 | | | N |

| | EA    / | | DW1212 | | | |
|---|---|---|---|---|---|---|
| 612 | 07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | | 5875.20 |

RECEIVED
JUL 2 8 2006
BY:

| | | |
|---|---|---|
| Non Taxable Subtotal | | 5875.20 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | |

age   1

Duplicate Copy

Authorized Signature

cb:  Drywall - MDL 2047
100073 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
100074 – Smoky Mountain Materials, Inc.

**THIS SHIPPING ORDER** (must be legibly filled in, in ink, in Indelible Pencil, or in Carbon, and subject to the classifications and tariffs in effect on the date of the Issue of this Shipping Order.)

3-PART STOCK FORM NO.1B-3876

Shipper's No. 437505

Carrier's No. ____

Carrier's Name: Emerald Coast – 24/34

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Shipping Order...

at Port of Pensacola (date) 7-27-06 FROM NOAS Barracks St Pens Fl

Consigned TO Emerald Coast Building Materials

Destination 8040 Malatox St Street ____ Pens City ____ State ____ Zip ____

Route ____

Delivering Carrier ____ Car or Vehicle Initials and No's. ____

Collect on Delivery $ ____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Ck. Column |
|---|---|---|---|---|---|
| 912 Bat | | 12" x 4" x 12" Gypsum Drywall | 45786 lbs | | |
| | | @ 4.76 | | | |
| | | Customer PO 707.928 5987 lbs | | | |
| | | loaded 9 Bols of Drywall damaged | | | |
| | | Time 1:30 PM | | | |
| | | had to be returned | | | |
| | | Jete Stephinini Signature | | | |
| | | For North Pacific trans storage – Materials Group | | | |

2

AUG-01-2006(TUE) 15:06   Rx Date/Time   AUG-01-2006(TUE) 08:38   B778012331   P.001/002
08/01/06 06:40AM PST  ->  8656378762   Pg 1/1   P.001

## North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39357
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

### INVOICE
0043750802

| | |
|---|---|
| Invoice Date: | 07/31/06 |
| Account #: | SMOKY001 0001 |
| Branch/Division: | 40301001 |
| Phone #: | (850)471-6281 |
| Fax #: | (865)837-8762 |
| Page: | 1 of 1 |
| Reprinted: | 08/01/06  06:40:36 |

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

BILL TO:

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32526

| P.O.#: 767431 | | Job #: 216 | | Ordered By: Bill | | | |
|---|---|---|---|---|---|---|---|
| Ship Date: 07/31/06 | | Ship Via: Truck | B/L #: | | | | |
| Frt. Term: Cust Pickup | | Ref. #: PENSACOLA, FL/43750 | Sales Agent: TRowell | | Orig. Inv #: | | |
| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT | |
| 612 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | | 29.3760 | 200.00 /MSF | 5,875.20 | |
| | | SUBTOTAL: | | | | 5,875.20 | |
| | | THANK YOU FOR THE ORDER! | | | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | | | |

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $58.75 if paid by 08/10/06

**TOTAL DUE:** $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. C.I.O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

cb:  Drywall - MDL 2047

100075 - Smoky Mountain Materials, Inc.

# Purchase Order 707431

Vendor Number  NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL 32534

Telephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL 32534

| 7/26/06 | | | | Origin | 1% 10 net 30 | |
|---------|---|---|---------|--------|--------------|---|
| | | 07/26/06 | 437508 | | | N |
| 612 | EA    /<br>07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL<br>DW1212 | | 9.600 | 5875.20 | |

RECEIVED
JUL 2 8 2006
BY:

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

Page  1

Duplicate Copy

Authorized Signature

cb:  Drywall - MDL 2047
100076 - Smoky Mountain Materials, Inc.



JUL-31-2006(MON) 09:09
Rx Date/Time    JUL-31-2006(MON) 07:54          8778812331          P. 001/007
7/31/06 05:55AM PST  ->  8856378762                                 P. 001
                                                            Pg 1/1

**North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 38367
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

**INVOICE**
0043750201

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8291
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH 45264-3226
USA

**BILL TO:**
Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**
Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32526

| P.O.#: 707425 | | Job #: 218 | | Ordered By: Bill | | | |
|---|---|---|---|---|---|---|---|
| Ship Date: 07/28/06 Frt. Terms: Cust Pickup | | Ship Via: Truck Ref. #: PENSACOLA, FL/1558 | B/L #: Sales Agent: T Rowell | | Orig. inv #: | | |
| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT | |
| 478 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade. | | 22.6450 | 200.00 /MSF | 4,569.60 | |
| | | SUBTOTAL: | | | | 4,569.60 | |
| | | THANK YOU FOR THE ORDER! | | | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | | | |

*NET 30 DAYS* (handwritten)

TERMS: 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $45.70 if paid by 08/10/06

TOTAL DUE:    54,569.60

Invoice payable in U.S. funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination in the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

cb:  Drywall - MDL 2047
100078 - Smoky Mountain Materials, Inc.

# Purchase Order 707425-A

**Vendor Number  NORTHP**

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

**To:**

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

**Ship To:**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

**\*\*\*\* THIS IS A CHANGE ORDER \*\*\*\***

| | | | | | |
|---|---|---|---|---|---|
| )7/26/06 | | | Origin | 1% 10 net 30 | |
| | | 07/26/06 | 437502 | | N |
| 476 | EA     /  07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | 9.600 | 4569.60 |

|  |  |
|---|---|
| Non Taxable Subtotal | 4569.60 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

age    1

Duplicate Copy

Authorized Signature

cb:  Drywall - MDL 2047
100079 - Smoky Mountain Materials, Inc.

# Purchase Order 707425

**Vendor Number   NORTHP**

merald Coast Bldg Materials Pcola
40 North Palafox Street
nsacola, FL  32534

lephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| | | | | | |
|---|---|---|---|---|---|
| 7/26/06 | | | Origin | 1% 10 net 30 | |
| | | 07/26/06 | | | N |
| 612 | EA    /<br>07/26/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

|  |  |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge    1

Vendor Original                    Authorized Signature

cb:  Drywall - MDL 2047

100080 - Smoky Mountain Materials, Inc.

# Purchase Order 707425

**Vendor Number   NORTHP**

:erald Coast Bldg Materials Pcola
40 North Palafox Street
:nsacola, FL  32534

lephone 850/471-6291

| To: | Ship To: |
|---|---|
| North Pacific Group, Inc.<br>P.O. Drawer 391<br>Waynesboro, MS 39367 | Emerald Coast Bldg Materials Pcola<br>8040 North Palafox Street<br>Pensacola, FL  32534 |

| '/26/06 | | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|---|
| | | 07/26/06 | 437502 | | N |

| | EA    / | | DW1212 | | |
|---|---|---|---|---|---|
| 612 | 07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

| | | | Non Taxable Subtotal | 5875.20 |
|---|---|---|---|---|
| | | | Taxable Subtotal | 0.00 |
| | | | Tax | 0.00 |
| | | | Total | |

ge    1

Duplicate Copy                                          Authorized Signature

cb:  Drywall - MDL 2047
100081 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
100082 - Smoky Mountain Materials, Inc.

Shipper's No. 437502

Carrier's No. _____

THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Carrier's Name: Emerald Coast - 24/24

FROM _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

Consigned TO: Emerald Coast Building Materials

Destination: 8040 Palafox     Pens

Street _____     County _____     State _____     City _____     Zip _____

Route _____

Delivering Carrier _____     Car or Vehicle Initials and No. _____

Collect on Delivery $ _____     And Remit to: _____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Ck. Column |
|---|---|---|---|---|---|
| 7 brd | | 1/2x4'x12' Gypsum Drywall | | | |
| | | @ 476 pcs | | | |
| | | Customer PO Bill 2 | | | |
| | | Time 8:50 AM | | | |
| | | Load must be tarped | 45,988 lbs | | |
| | | Att Steve stevedore Smoky Mountain | | | |
| | | | X | | |
| | | 2 | | | |

JUL-31-2006(MON) 09:10                                     P.002/007

Rx Date/Time    JUL-31-2006(MON) 07:52        8778812331                 P.001
07/31/06 05:54AM PST  ->  8656378782                   Pg 1/1

## North Pacific

SOUTHERN
P.O. Box 391
Waynesboro, MS 38367
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

| **INVOICE** |
| --- |
| 0043750601 |

Invoice Date: 07/31/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8291
Fax #: (885)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH 45264-3226
USA

**BILL TO:**

Smoky Mountain Materials Inc
6218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32528

| P.O.#: 707429 | | Job #: 216 | | Ordered By: Bill | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Ship Date: 07/28/06 | | Ship Via: Truck | | Bill #: | | | |
| Frt. Term: Cust Pickup | | Ref. #: PENSACOLA, FL/4375 | Sales Agent: TRowell | | Orig. Inv #: | | |
| **QUANTITY SHIPPED** | **UOM** | **ITEM / DESCRIPTION** | | **CONVERTED QUANTITY** | **PRICE / UOM** | **EXTENDED AMOUNT** | |
| 612 | PC | BGWGYAAA120504   1/2 4x12 | | 29.3760 | 200.00  /MSF | 5,875.20 | |
| | | Gypsum Drywall A Grade | | | | | |
| | | | SUBTOTAL: | | | 5,875.20 | |
| | | THANK YOU FOR THE ORDER! | | | | | |
| | | A cash discount is not an automatic discount. It is an incentive to | | | | | |
| | | pay within specified time. Unearned discounts will not be allowed. | | | | | |

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
You may deduct $58.75 if paid by 08/10/06

**TOTAL DUE:** $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

# Purchase Order 707429

**Vendor Number  NORTHP**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| 07/26/06 | | | | |
| | | 07/26/06 | 437506 | N |

| | | | | | |
|---|---|---|---|---|---|
| 612 | EA       /<br>07/26/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

RECEIVED
JUL 2 8 2006
BY:

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

Page   1

Duplicate Copy                                    Authorized Signature

cb:  Drywall - MDL 2047
100084 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
1000085 - Smoky Mountain Materials, Inc.

THIS SHIPPING ORDER · must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent of the Issuing Carrier.

3-PART STOCK FORM NO. B-3976

Shipper's No. 437506

Carrier's No.

Carrier's Name: Emerald Coast 37/37

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Shipping Order.

at Port of Pensacola (Date) 1-2-7-06 FROM 700 A S Barracks St. Pens. Fl

Consigned TO Emerald Coast Building Materials

Destination 8010 Pankoy St     City Pensacola     State Fl     Zip

County                State

Route

Delivering Carrier                Car or Vehicle Initials and No.

Collect on Delivery $                And Remit to

Street                State

| No. Packages | H.M. | Kind of Packages, Description of Articles, Special Marks and Exceptions | | Weight (Sub. to Cor.) | Class or Rate | Ck. Column |
|---|---|---|---|---|---|---|
| 9 | Bnd | 42"x4'x12' Gypsum Drywall | 45780 lbs | | | |
| | | @ 476 pcs - 612 pcs | 5985 lbs | | | |
| | | Customer PO 104929 | | | | |
| | | Time 2:55 PM | | | | |
| | | Load must be tarped | | | | |

C.O.D. (Charges to be
□ Prepaid by
□ Shipper   □ Consignee

(Signature of consignor)

Agent or Cashier

Per

Permanent post-office
address of shipper

RATE STEVEDORE
for North Pacific Group

X
2

AUG-25-2006(FRI) 11:30
Rx Date/Time   AUG-24-2006(THU) 17:07   601 735 2602   P.002/004   P.001
08/24/2006 16:18 FAX 601 735 2602   NORTH PACIFIC GROUP   ☑001

 **North Pacific**

SOUTHERN
P. O. Box 301
Waynesboro, MS 39387
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

## INVOICE
0043278901

Invoice Date: 08/24/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (855)471-8201
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH 45264-3226
USA

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5218 S. National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CUSPU PATE STEV.
Pensacola FL 32526

| P.O.#: 707481 | Job #: 218 | Ordered By: | | | |
|---|---|---|---|---|---|
| Ship Date: 08/24/06 | Ship Via: Truck | B/L #: | | | |
| Frt. Term: Cust Pickup | Ref. #: PENSACOLA FL/1852 Sales Agent: TRowell | | Orig. Inv #: | | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 512 | PC | BGWGYAAA120504   1/2 4x12 | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | |

**TERMS:** 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 09/03/06

**TOTAL DUE:** $5,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination in the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

cb:  Drywall - MDL 2047
100086 - Smoky Mountain Materials, Inc.

# Purchase Order 707481

**Vendor Number  NORTHP**

Emerald Coast Bldg Materials Pcola
40 North Palafox Street
nsacola, FL  32534

lephone 850/471-6291

**To:**

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

**Ship To:**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| 8/04/06 | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| | | 08/04/06 | | N |
| 612 | EA      /    08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL     DW1212 | 9.600 | 5875.20 |

|  |  |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge     1

Duplicate Copy

Authorized Signature

cb:  Drywall - MDL 2047
100087 - Smoky Mountain Materials, Inc.

1/06 05:54:18    NorthPacificGrp,Inc->      423 929 9707  RightFax          Page 001

*MON.*



## **North Pacific**

www.northpacific.com

# Facsimile Transmission

To:    Name:    Bill
       Company:
       Fax Number: 1-850-471-6294
       Voice Phone:

From:  Name:    Todd Rowell
       Fax Number:
       Voice Phone:  1-800-378-3268//601-671-3268

Fax Notes:

```
PICK-UP #'S
437511  707475
432784  707476
432785  707477
432786  707478
432787  707479
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487
```

PO#'S

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

cb:  Drywall - MDL 2047
100088 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
100089 - Smoky Mountain Materials, Inc.

THIS SHIPPING ORDER - must be legibly filled in, in ink, in indelible pencil, or in carbon

Shipper's No. 432787

Carrier's No.

Carrier's Name: Emma McCard 3137

at _____ 8.21.06 _____ FROM 720 Ass. Rome No 24

Consigned To _____

Destination 2890 Fairley St _____ State _____

Route _____

Delivering Carrier _____

Collect on Delivery $ _____

C.O.D.

| No. Packages | H&K | Description of Articles | Weight | Class or Rate | |
|---|---|---|---|---|---|
| 9 pcs | | 3" x 4" x 10' Sypase Board @ 6.20 | 571.97/5 | | |
| | | PDA 107.81 | | | |
| | | Total 110 Au | | | |
| | | my al hit Supped | | | |

Act 13 Sim 2015 Litt cor
for R3 Sum Rome Group how Nem 11 Clary

2

A 22-12-12

AUG-25-2006(FRI) 11:31

08/24/06 11:21AM PST  ->  8656378762

P. 004/004

Pg 1/1

## North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

### INVOICE

0043279001

| | |
|---|---|
| Invoice Date: | 08/24/06 |
| Account #: | SMOKY001 0001 |
| Branch/Division: | 40301001 |
| Phone #: | (850)471-6281 |
| Fax #: | (865)637-8762 |
| Page: | 1 of 1 |

**PLEASE REMIT TO:**

North Pacific
PO Box 643226
Cincinnati, OH  45264-3226
USA

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5215 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CUSPU PATE STEV
Pensacola FL 32526

| P.O.#: 707482 | Job #: 218 | Ordered By: | | |
|---|---|---|---|---|
| Ship Date: 08/24/06 | Ship Via: Truck | B/L #: | | |
| Frt. Term: Cust Pickup | Ref. #:  PENSACOLA, FL/165872 | Sales Agent: TRowell | | Orig. Inv #: |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 812 | PC | BGWGYAAA120504   1/2 4x12 | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | |

**TERMS:** 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 09/03/06

| TOTAL DUE: | $5,875.20 |
|---|---|

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

Received Time Aug 25  11:55AM

cb: Drywall - MDL 2047

100090 - Smoky Mountain Materials, Inc.

# Purchase Order 707482

### Vendor Number  NORTHP

ierald Coast Bldg Materials Pcola
40 North Palafox Street
nsacola, FL  32534

ephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| | | 08/04/06 | | N |

| | | | DW1212 | | 9.600 | 5875.20 |
|---|---|---|---|---|---|---|
| 612 | EA    / 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | | | |

RECEIVED
AUG 2 2 2006
BY: DDR

| | | |
|---|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge   1

Duplicate Copy

Authorized Signature

cb:  Drywall - MDL 2047
100091 - Smoky Mountain Materials, Inc.

*MON.*



# North Pacific

www.northpacific.com

## Facsimile Transmission

TO:    Name:   **Bill**
        Company:
        Fax Number: 1-850-471-6294
        Voice Phone:

FROM:   Name:   **Todd Rowell**
        Fax Number:
        Voice Phone: 1-800-378-3268//601-671-3268

## Fax Notes:

PICK-UP #'S

| | |
|---|---|
| 437511 | 707475 |
| 432784 | 707476 |
| 432785 | 707477 |
| 432786 | 707478 |
| 432787 | 707479 |
| 432788 | 707480 |
| 432789 | 707481 |
| 432790 | 707482 |
| 432791 | 707483 |
| 432792 | 707484 |
| 432793 | 707485 |
| 432794 | 707486 |
| 432795 | 707487 |

*PO #'s*

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: ‹WHENFAXED›
Number of pages including this cover sheet: 01

cb: Drywall - MDL 2047

100092 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
100093 - Smoky Mountain Materials, Inc.

Shipper's No. __432790__

Carrier's No. ____

3-PART STOCK FORM NO. B-3876

THIS SHIPPING ORDER

Carrier's Name: Emerald Coast  Date 8-21-06

at Port Charlotte  FROM 3201 S Bonnel's Dr

Consigned TO Emerald Coast Building Materials

Destination 3010 Polk St  Street  Denis  State FL  City  Zip

Route ____

Delivering Carrier ____

Collect on Delivery $ ____

| No. Packages | HM | Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 940 | | 1/2x4x12 Gypsum Board 39/27 | | | |
| | | @ 12 pcs | | | |
| | | PO# 102432 | | | |
| | | Item 240 RMJ | | | |
| | | mat. texse | | | |

C.O.D. Charges to be Paid by
☐ Shipper  ☐ Consignee

Shipper, per ____
Agent or Cashier ____

Date 06/21/2012  For ____
Permanent postoffice address of shipper ____

J6-03-2006(THU) 16:12                                                      P. 002/002
    Rx Date/Time      AU6-03-2006(THU) 14:13        B778812331            P. 001
J/03/06 12:15PM PST   ->  8656378762                          Pg 1/1

**N North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 39387
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

**INVOICE**
0043751001

Invoice Date:  08/03/06
Account #:  SMOKY001 0001
Branch/Division:  403010001
Phone #:  (850)471-8291
Fax #:  (885)837-8762
Page:  1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643228
Cincinnati, OH  45264-3228
USA

**BILL TO:**

Smoky Mountain Materials Inc
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
8040 N Palafox St
Pensacola FL 32626

| P.O.#: 707433 | Job #: 218 | Ordered By: Bill | | | |
|---|---|---|---|---|---|
| Ship Date: 08/03/06<br>Frt. Term: Cust Pickup | Ship Via: Truck<br>Ref. #:  PO # 437510 | B/L #:<br>Sales Agent: TRowell | | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 544 | PC | BGWGYAAA120504  1/2 4x12<br>Gypsum Drywall A Grade | 26.1120 | 200.00 /MSF | 5,222.40 |
| | | SUBTOTAL: | | | 5,222.40 |
| | | THANK YOU FOR THE ORDER!<br>A cash discount is not an automatic discount. It is an incentive to<br>pay within specified time. Unearned discounts will not be allowed. | | | |

NET 30

**TERMS:** 1% CD ADF 10 days ADI, net 15 days ADI
          You may deduct $52.22 if paid by 08/13/06

**TOTAL DUE:**  $5,222.40

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive E & O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

cb:  Drywall - MDL 2047
      100094 - Smoky Mountain Materials, Inc.

# Purchase Order 707433-A

### Vendor Number  NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

| To: | Ship To: |
|-----|----------|
| North Pacific Group, Inc.<br>P.O. Drawer 391<br>Waynesboro, MS 39367 | Emerald Coast Bldg Materials Pcola<br>8040 North Palafox Street<br>Pensacola, FL  32534 |

#### **** THIS IS A CHANGE ORDER ****

| | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| 7/26/06 | | | | |
| | | 07/26/06 | 437510 | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| 544 | EA    /<br>07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | 9.600 | 5222.40 |

RECEIVED

AUG 0 1 2006

BY:

| | |
|---|---|
| Non Taxable Subtotal | 5222.40 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

Page   1

Duplicate Copy                                    Authorized Signature

cb:  Drywall - MDL 2047
100095 - Smoky Mountain Materials, Inc.

# Purchase Order 707433

### Vendor Number   NORTHP

merald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

**To:**

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

**Ship To:**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | Origin | 1% 10 net 30 |
|---|---|---|---|
| | 07/26/06 | | N |

| | EA / | | | | |
|---|---|---|---|---|---|
| 612 | 07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | 9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge    **1**

**Vendor Original** _____   **Authorized Signature**

cb:  Drywall - MDL 2047
100096 - Smoky Mountain Materials, Inc.

# Purchase Order 707433

**Vendor Number  NORTHP**

Emerald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

**To:**

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

**Ship To:**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|---|
| | | 07/26/06 | 437510 | | N |

| | EA  / | | DW1212 | | |
|---|---|---|---|---|---|
| 612 | 07/26/06 | 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge    1

Duplicate Copy _____ Authorized Signature

cb:  Drywall - MDL 2047
100097 - Smoky Mountain Materials, Inc.

cb: Drywall – MDL 2047
100098 - Smoky Mountain Materials, Inc.

Shipper's No. 437510

Carrier's No. _____

**THIS SHIPPING ORDER** must be legibly filled in, in Ink, in Indelible Pencil, or in Carbon, and retained by the Agent.

3-PART STOCK FORM NO. B-3876

Carrier's Name: _Emerald Coast - 37/37_

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Original Bill of Lading,

at _Port of Pensacola_ _8-7-06_ FROM _720 A's Barracks St. Pen. FL_

Consigned TO _Emerald Coast Building Materials_

Destination _8040 Palafox St_ _Pensacola_ State _FL_ County _____ City _____ Zip _____

Route _____

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____

| No. Pkgs. | Hk. | Kind of Package, Description of Articles, Special Marks and Exceptions | Street | City | State | *Weight (Sub. to Cor.) | Class or Rate | Check Column |
|---|---|---|---|---|---|---|---|---|
| 8 | | Bd 42'' x 4' x 12' Gypsum Drywall | | 45,780 lbs | | | | |
| | | @ 47¢ | | -2.79¢ | | | | |
| | | Customer PO 707933 | | 52554 lbs | | | | |
| | | Time 10:05 AM | | | | | | |
| | | load must be empty | | | | | | |

C.O.D. _____ C.O.D. Charges to be { Paid by □ Shipper □ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

Per _____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced: $ _____

Karl's neighbor is Natalie McFadin
for Nat & Karl's drywall company

Permanent post-office address of shipper.

X 2



AUG-15-2006(TUE) 08:52
Rx Date/Time    AUG-11-2006(FRI) 13:29
8/11/06,11:31AM PST  ->  8656378762

8776812331

P.006/007
P.001

Pg 1/1

**North Pacific**

SOUTHERN
P.O. Box 391
Waynesboro, MS 38367
Tel:601-735-5051
Fax:601-735-2802
www.northpacific.com

| INVOICE |
| --- |
| 0043751101 |

| | |
| --- | --- |
| Invoice Date: | 08/11/06 |
| Account #: | SMOKY001 0001 |
| Branch/Division: | 40301001 |
| Phone #: | (860)471-8291 |
| Fax #: | (865)837-8762 |
| Page: | 1 of 1 |

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH 45264-3226
USA

**BILL TO:**
Smoky Mountain Materials Inc
DBA Emeald Coast Building Materials
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**
Smoky Mountain Materials Inc
CPU @ PATE STEVEDORE
Pensacola FL 32528

| P.O. #: 707475 | | Job # 218 | | Ordered By: | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Ship Date: 08/10/06 | | Ship Via:Truck | | B/L #: | | | |
| Frt. Term: Cust Pickup | | Ref. #: PENSACOLA FL/18582 | Sales Agent: TRowell | | Orig. Inv #: | | |
| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT | |
| 812 | PC | BGWGYAAA120504    1/2 4x12 Gypsum Drywall A Grade | | 29.3760 | 200.00 /MSF | 5,875.20 | |
| | | | SUBTOTAL: | | | 5,875.20 | |
| | | THANK YOU FOR THE ORDER! A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | | | |

NET 30

**TERMS:** 1% CD ADF 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 08/21/06

**TOTAL DUE:** 55,875.20

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

cb:  Drywall - MDL 2047
100099 - Smoky Mountain Materials, Inc.

# Purchase Order  707475

## Vendor Number  NORTHP

Emerald Coast Bldg Materials Pcola
040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| | | | | Origin | 1% 10 net 30 | |
|---|---|---|---|---|---|---|
| | | 08/04/06 | | | | N |
| 612 | EA     /<br>08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | | 9.600 | 5875.20 |

| | | |
|---|---|---|
| Non Taxable Subtotal | | 5875.20 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | |

ge    1

Duplicate Copy  (Reprinted)                    Authorized Signature

cb:  Drywall - MDL 2047
100100 - Smoky Mountain Materials, Inc.

00/04/06 05:54:10   NorthPacificGrp,Inc→      423 929 9787  RightFax      Page 001   #24

Mon.



## North Pacific

www.northpacific.com

# Facsimile Transmission

To:   Name:   Bill
      Company:
      Fax Number: 1-850-471-6294
      Voice Phone:

From:  Name:   Todd Rowell
       Fax Number:
       Voice Phone: 1-800-378-3268//601-671-3268

Fax Notes:

PICK-UP #'S
✓437511  707475
✓432784  707476
✓432785  707477
432786  707478
432787  707479
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487

PO#'S

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

cb:  Drywall - MDL 2047

100101 - Smoky Mountain Materials, Inc.

# Purchase Order 707475

**Vendor Number   NORTHP**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| 08/04/06 | | Origin | 1% 10 net 30 |
|---|---|---|---|
| | 08/04/06 | | N |

| | EA / | DW1212 | | |
|---|---|---|---|---|
| 612 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | ▬ | ▬ |

| | | |
|---|---|---|
| Non Taxable Subtotal | ▬ |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

Page  1

Vendor Original  (Reprinted)

Authorized Signature

cb:  Drywall - MDL 2047
100102 - Smoky Mountain Materials, Inc.

982446/B3876 CVT 4/99

3-PART STOCK FORM NO. B-3876

THIS SHIPPING ORDER    must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 437 Srl

Carrier's Name: Emerald Coast 37/37/T          Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading.

at Port of Pensacola          (Date) 8-07-06 FROM 720A S. Parades St Pen

Consigned TO Emerald Coast Building Materials

Destination 8040 Blake St          Street          Pensacola          City

          County          FL          State          Zip

Delivery Address ★

Route

Delivering Carrier          Car or Vehicle Initials and No.

Collect on Delivery $          And Remit to

C.O.D. Charges to be
Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Blk | | ½" x 4 x 12" Gypsum Board | 59,127 | lbs | |
| | | @ 612 Pcs | | | |
| | | Customer PO: 707475 | | | |
| | | Time 1:30 | | | |
| | | must be tarped | | | |

late steve gore co
for North Pacific Group          Shipper, Per JQ Owe

Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

Permanent post-office address of shipper.

2

cb:  Drywall - MDL 2047
100103 - Smoky Mountain Materials, Inc.

AUG-15-2006(TUE) 08:51                                                              P.002/007
    Rx Date/Time    AUG 11 2006(FRI) 13:26       8778812331              Pg 1/1     P.001
08/11/06  11:28AM PST  | >  9656378762

**North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 39367
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

| INVOICE |
| --- |
| 0043278401 |

Invoice Date: 08/11/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8291
Fax #: (865)537-8762
Page: 1 of 1

**BILL TO:**

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**

Smoky Mountain Materials Inc
CUSPU PATE STEV
Pensacola FL 32526

| P.O.#: | | Job #: 218 | | Ordered By: | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Ship Date: 08/10/06 | | Ship Via: Truck | | B/L #: | | | |
| Frt. Term: Del/Frt Ppd | | Ref. #: PO # 185924 | | Sales Agent: TRowell | | Orig. Inv #: | |
| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
| 612 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | SUBTOTAL: | | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | | |

NET 30

**TERMS:** 1% CD 10 days ADI net 30 days ADI
You may deduct $58.75 if paid by 08/21/06

| TOTAL DUE: | $5,875.20 |
| --- | --- |

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

Received Time Aug 15    9:15AM

# Purchase Order 707476

### Vendor Number   NORTHP

merald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

| To: | Ship To: |
|---|---|
| North Pacific Group, Inc.<br>P.O. Drawer 391<br>Waynesboro, MS 39367 | Emerald Coast Bldg Materials Pcola<br>8040 North Palafox Street<br>Pensacola, FL  32534 |

| 8/04/06 | | | Origin | | 1% 10 net 30 |
|---|---|---|---|---|---|
| | | 08/04/06 | | | N |

| | | | | | |
|---|---|---|---|---|---|
| 612 | EA      /<br>08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | 9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge     1

Duplicate Copy  (Reprinted)                    Authorized Signature

cb:  Drywall - MDL 2047
100105 - Smoky Mountain Materials, Inc.

08/04/06 05:54:18    NorthPacificGrp,Inc->    423 929 9787  RightFax    Page 001   #37

Mon.

 North Pacific

www.northpacific.com

# Facsimile Transmission

To:    Name:    Bill
       Company:
       Fax Number: 1-850-471-6294
       Voice Phone:

From:  Name:    Todd Rowell
       Fax Number:
       Voice Phone:  1-800-378-3268//601-671-3268

Fax Notes:

```
PICK-UP #'S
437511  707475
432784  707476
432785  707477
432786  707478
432787  707479
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487
```

PO #'S

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

cb:  Drywall - MDL 2047
100106 - Smoky Mountain Materials, Inc.

# Purchase Order 707476

### Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| PO Date | | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|---|
| 08/04/06 | | | 08/04/06 | | N |

| Qty Required | | | | | | |
|---|---|---|---|---|---|---|
| 612 | EA        / 08/04/06 | DW1212 1/2" 4 X 12 REGULAR DRYWALL | | | ▬▬▬ | ▬▬▬ |

|  |  |
|---|---|
| Non Taxable Subtotal | ▬▬▬ |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

Page   1

**Vendor Original  (Reprinted)**

**Authorized Signature**

cb:  Drywall - MDL 2047

100107 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
100108 - Smoky Mountain Materials, Inc.

THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

3-PART STOCK FORM NO. B-3876

Shipper's No.

Carrier's No.

Carrier's Name: Emerald Coast 37 /377

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading,

at R-101 Purvis _____ (Date) 8-7-06 FROM

Consigned TO Emerald Coast

Destination 8048 Pall West ____ Street ___ Proanck ___ State ___ Zip ___

Route

Delivering Carrier

Collect on Delivery $

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 961 | | 1/2" x 9' x 12' Gypsum Board | 577,115 | | |
| | | @ 6/128 | 8.900 | | |

C.O.D. Charges to be paid by
☐ Shipper  ☐ Consignee

C.O.D. Amt $

Agent or Cashier

"2"

AUG-15-2006(TUE) 08:51
Rx Date/Time      AUG-11-2006(FRI) 13:28
08/11/06 11:29AM PST  ->  8656376762

6778812331

P. 004/007
P. 001

Pg 1/1

**N North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 38387
Tel 601-735-5051
Fax 601-735-2802
www.northpacific.com

| INVOICE |
|---|
| 0043278501 |

Invoice Date: 08/11/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (650)471-8291
Fax #: (865)837-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643228
Cincinnati, OH  45264-3228
USA

BILL TO:

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
6218 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
CPU PATE STEVEDORE
Pensacola FL 32526

| P.O.#: 707477 | | Job #: 218 | | Ordered By: | | | |
|---|---|---|---|---|---|---|---|
| Ship Date: 08/10/06 | | Ship Via: Truck | | B/L #: | | | |
| Frt. Term: Cust Pickup | | Ref. #: PENSACOLA FL/16593 | Sales Agent: TRewall | | | Orig. Inv #: | |
| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT | |
| 812 | PC | BGWGYAAA120504   1/2 4x12 | | 29.3760 | 200.00 /MSF | 5,875.20 | |
| | | Gypsum Drywall A Grade | | | | | |
| | | | SUBTOTAL: | | | 5,875.20 | |
| | | THANK YOU FOR THE ORDER! | | | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | | | |

NOT YET

TERMS: 1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 08/21/06

| TOTAL DUE: | $5,875.20 |
|---|---|

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above pad. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.R.O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

cb: Drywall - MDL 2047
100109 - Smoky Mountain Materials, Inc.

# Purchase Order 707477

### Vendor Number  NORTHP

merald Coast Bldg Materials Pcola
40 North Palafox Street
nsacola, FL  32534

lephone 850/471-6291

| To: | Ship To: |
|---|---|
| North Pacific Group, Inc.<br>P.O. Drawer 391<br>Waynesboro, MS 39367 | Emerald Coast Bldg Materials Pcola<br>8040 North Palafox Street<br>Pensacola, FL  32534 |

| 8/04/06 | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| | | 08/04/06 | | N |

| | EA    / | | DW1212 | | |
|---|---|---|---|---|---|
| 612 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge   1

Duplicate Copy  (Reprinted)                    Authorized Signature

cb:  Drywall - MDL 2047

00/04/06 05:54:18     NorthPacificGrp,Inc->      423 929 9707  RightFax        Page 001

*Mon.*

 **North Pacific**

www.northpacific.com

# Facsimile Transmission

To:    Name:     Bill
       Company:
       Fax Number: 1-850-471-6294
       Voice Phone:

From:  Name:     Todd Rowell
       Fax Number:
       Voice Phone:  1-800-378-3268//601-671-3268

Fax Notes:

PICK-UP #'S
437511  707475
43254   707476
432785  707477
432786  707478
432787  707479
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487

PO#'s

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

cb:  Drywall - MDL 2047
100111 - Smoky Mountain Materials, Inc.

# Purchase Order 707477

### Vendor Number   NORTHP

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

**To:**

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

**Ship To:**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | | | |
|---|---|---|---|---|---|
| 8/04/06 | | | Origin | 1% 10 net 30 | |
| | | 08/04/06 | | | N |

| Qty | | | | | |
|---|---|---|---|---|---|
| 612 | EA      /<br>08/04/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | | ▬▬ | ▬▬ |

| | |
|---|---|
| Non Taxable Subtotal | ▬▬ |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

age    1

Vendor Original  (Reprinted)                     Authorized Signature

cb:  Drywall - MDL 2047
100112 - Smoky Mountain Materials, Inc.

982468/83876 CVT 2/99

3 PART STOCK FORM NO. B-3876

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 43272

Carrier's Name: _Emerald Coast_ 37/37                     Carrier's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at _Port of Pensacola_ (Date) _8-07-06_   FROM _710 S. Barracks St Penn_

Consigned TO _Emerald Coast Building Material_

Destination _3040 Palafox St_   Street   _Pensacola_   City

County   _Fl_   State   Zip

Route _____   Delivery Address ★

Delivering Carrier _____   Car or Vehicle Initials and No. _____

Collect on Delivery $ _____   And Remit to _____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 | | Pallet ½" x 4' x 12' Gypsum Board | 59,127 lbs | | |
| | | @ 612 pcs | | | |
| | | PO: 707477 | | | |
| | | | | | |
| | | Time 10:55 AM | | | |
| | | Must be tarped | | | |

Gate Stevedore Co
for North Pacific Group   Shipper, Per _Shawn Ward_

Permanent post-office address of shipper.

C. O. D. Charges to be Paid by ☐ Shipper ☐ Consignee

If charges are to be prepaid, stamp here, "To be Prepaid."

Received $ _____ in prepayment of the charges o property described hereon.

Agent or Cashier

Per _____

Charges Advanced: $ _____

**The Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.**

2

AUG-15-2006(TUE) 08:51
Rx Date/Time    AUG-11-2006(FRI) 13:25          8778812331                    P. 001/007
8/11/06-11:27AM PST  ->  8656378782                                          P. 001

## North Pacific

SOUTHERN
P. O. Box 391
Waynesboro, MS 38307
Tel 601-735-5051
Fax 601-735-2602
www.northpacific.com

Pg 1/1

| INVOICE |
| --- |
| 0043278601 |

Invoice Date: 08/11/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-8291
Fax #: (865)637-8782
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 843228
Cincinnati, OH 45264-3228
USA

**BILL TO:**
Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5218 S National Dr
Knoxville TN 37914

**SHIP TO:**
Smoky Mountain Materials Inc
CPU-PATE STEVEDORE
Pensacola FL 32528

| P.O.#: 707478 | | Job #: 218 | Ordered By: | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Ship Date: 08/10/06 | | Ship Via:Truck | B/L #: | | | |
| Frt. Term: Cust Pickup | | Ref. #: PENSACOLA FL/16592 | Sales Agent: TRowell | | Orig. Inv #: | |
| **QUANTITY SHIPPED** | **UOM** | **ITEM / DESCRIPTION** | **CONVERTED QUANTITY** | **PRICE / UOM** | **EXTENDED AMOUNT** |
| 812 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | 29.3760 | 200.00  /MSF | 5,875.20 |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | |

NET 30

TERMS:  1% CD 10 days ADI, net 30 days ADI
You may deduct $58.75 if paid by 08/21/06

| TOTAL DUE: | $5,875.20 |
| --- | --- |

Invoice payable in U.S. Funds, unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

# Purchase Order  707478
## Vendor Number  NORTHP

nerald Coast Bldg Materials Pcola
!40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | | Origin | | 1% 10 net 30 | |
|---|---|---|---|---|---|---|---|
| 8/04/06 | | | 08/04/06 | | | | N |
| 612 | EA    /  08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | | 9.600 | 5875.20 | |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

Duplicate Copy  (Reprinted)

Authorized Signature

ge    1

cb:  Drywall - MDL 2047
100115 - Smoky Mountain Materials, Inc.

08/04/06 05:54:18   NorthPacificGrp,Inc→      423 929 9787   RightFax        Page 001

*MON.*


# North Pacific

www.northpacific.com
## Facsimile Transmission

To:    Name:     Bill
       Company:
       Fax Number: 1-850-471-6294
       Voice Phone:

From:  Name:     Todd Rowell
       Fax Number:
       Voice Phone:  1-800-378-3268//601-671-3268

Fax Notes:

```
PICK-UP #'S
 437511  707475
 432784  707476
 432785  707477         PO#'s
 432786  707478
 432787  707479
 432788  707480
 432789  707481
 432790  707482
 432791  707483
 432792  707484
 432793  707485
 432794  707486
 432795  707487
```

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: ‹WHENFAXED›
Number of pages including this cover sheet: 01

cb:  Drywall - MDL 2047
100116 - Smoky Mountain Materials, Inc.

# Purchase Order 707478

**Vendor Number   NORTHP**

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| | | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|---|
| 08/04/06 | | | | | |
| | | 08/04/06 | | | N |

| 612 | EA        /
08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | | |
|---|---|---|---|---|---|

| | | | Non Taxable Subtotal | |
|---|---|---|---|---|
| | | | Taxable Subtotal | 0.00 |
| | | | Tax | 0.00 |
| | | | Total | |

age   1

Vendor Original  (Reprinted)                    Authorized Signature

cb:  Drywall - MDL 2047
100117 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
100118 - Smoky Mountain Materials, Inc.

THIS SHIPPING ORDER

Shipper's No. 4327 ₭

Carrier's No.

**Carrier's Name:** Ems'l Good 37/37

at B.J. of Panama (City) 8.18.06 FROM 7 & 4 S Smith 636

**Consigned TO** Ems'l Good Blville McInis

**Destination:** Fl State: P.N.S.

Route

Delivering Carrier

Collect on Delivery $

C. O. D. Charges to be
Paid by ☐ Shipper ☐ Consignee

96 blks 4'x12' 1/2" Square Bend 59,117

@ 6/2 lb

Re K0438

Freight 7 58.10 m

Date

2

AUG-15-2006(TUE) 08:51                                          8778812331                          P.005/007
XX Date/Time    AUG-11-2006(FRI) 13:20                                                              P.001
08/11/06 11:30AM PST  →  9656378762                                        Pg 1/1

**North Pacific**

SOUTHERN
P. O. Box 391
Waynesboro, MS 39387
Tel 601-735-6051
Fax 601-735-2602
www.northpacific.com

| INVOICE |
| --- |
| 0043278701 |

Invoice Date: 08/11/06
Account #: SMOKY001 0001
Branch/Division: 40301001
Phone #: (850)471-6291
Fax #: (865)637-8762
Page: 1 of 1

**PLEASE REMIT TO:**
North Pacific
PO Box 643226
Cincinnati, OH 45264-3226
USA

BILL TO:

Smoky Mountain Materials Inc
DBA Emerald Coast Building Materials
5218 S National Dr
Knoxville TN 37914

SHIP TO:

Smoky Mountain Materials Inc
PATE STEV.
Pensacola, FL 32526

P.O.#: 707479          Job #: 210          Ordered By:

Ship Date: 08/10/06        Ship Via: Truck        B/L #:
Frt. Term: Cust Pickup     Ref. #:  PENSACOLA, FL/4327   Sales Agent:  TRowell        Orig. Inv #:

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 612 | PC | BGWGYAAA120504   1/2 4x12 Gypsum Drywall A Grade | 29.3760 | 200.00 /MSF | 5,875.20 |
| | | SUBTOTAL: | | | 5,875.20 |
| | | THANK YOU FOR THE ORDER! | | | |
| | | A cash discount is not an automatic discount. It is an incentive to pay within specified time. Unearned discounts will not be allowed. | | | |

*NET 30*

TERMS:  1% CD 10 days ADI, net 30 days ADI
        You may deduct $58.75 if paid by 08/21/06

| TOTAL DUE: | $5,875.20 |
| --- | --- |

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination to the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

# Purchase Order 707479

### Vendor Number   NORTHP

Emerald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| 8/04/06 | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| | | 08/04/06 | | N |
| 612 | EA / 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL  DW1212 | 9.600 | 5875.20 |

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge    1

Duplicate Copy  (Reprinted)

Authorized Signature

cb:  Drywall - MDL 2047

100120 - Smoky Mountain Materials, Inc.

*Mon.*

 **North Pacific**

www.northpacific.com

## Facsimile Transmission

TO:      Name:      Bill
         Company:
         Fax Number: 1-850-471-6294
         Voice Phone:

FROM:    Name:      Todd Rowell
         Fax Number:
         Voice Phone:  1-800-378-3268//601-671-3268

## Fax Notes:

PICK-UP #'S
437511  707475
432784  707476
432785  707477
432786  707478
432787  707479
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487

PO #'s

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

cb: Drywall – MDL 2047
100121 - Smoky Mountain Materials, Inc.

# Purchase Order 707479

**Vendor Number  NORTHP**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

**North Pacific Group, Inc.**
**P.O. Drawer 391**
**Waynesboro, MS 39367**

Ship To:

**Emerald Coast Bldg Materials Pcola**
**8040 North Palafox Street**
**Pensacola, FL  32534**

| 08/04/06 | | Origin | 1% 10 net 30 |
|---|---|---|---|
| | 08/04/06 | | N |

| Qty | | Description | | |
|---|---|---|---|---|
| | EA      / | | | |
| 612 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL    DW1212 | ▬ | ▬ |

| | | |
|---|---|---|
| Non Taxable Subtotal | | ▬ |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total | | ▬ |

Page   1

**Vendor Original  (Reprinted)**

**Authorized Signature**

cb:  Drywall - MDL 2047

100122 - Smoky Mountain Materials, Inc.

cb: Drywall - MDL 2047
100123 - Smoky Mountain Materials, Inc.

3-PART STOCK FORM NO. B-3976

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 43-2787

Carrier's No.

Carrier's Name: Emerald Coast Dist.

Date: 03-08-0[?]

at Pt. Hereford

FROM 7201 S. Tamiami Tr.

Consigned TO:

Destination 2010 Tampa Rd.        State FL

County:

Route:

Delivering Carrier:

Collect on Delivery $

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 940 | | 1/2 x 4 x 12 Gypsum Board | 59,328 | | |
| | | PO 307198 | | | |
| | | Frame 8.25 AM | | | |
| | | Must be covered | | | |

**THIS SHIPMENT IS** for North Pacific Export Your Vault

2

Per

AUG-30-2006(WED) 10:01  
Rx Date/Time    AUG-30-2006(WED) 09:17    8770812331    P. 001/001  
8/30/06 06:20AM PST  ->  8656378762    Pg 1/1    P. 001

## North Pacific

SOUTHERN  
P. O. Box 391  
Waynesboro, MS 38387  
Tel 601-735-5051  
Fax 601-735-2602  
www.northpacific.com

**INVOICE**

0043279101

| | |
|---|---|
| Invoice Date: | 08/30/06 |
| Account #: | SMOKY001 0001 |
| Branch/Division: | 40301001 |
| Phone #: | (850)471-8291 |
| Fax #: | (865)637-8762 |
| Page: | 1 of 1 |

**PLEASE REMIT TO:**  
North Pacific  
PO Box 643226  
Cincinnati, OH  45264-3228  
USA

**BILL TO:**  
Smoky Mountain Materials Inc  
DBA Emerald Coast Building Materials  
6218 S National Dr  
Knoxville TN 37914

**SHIP TO:**  
Smoky Mountain Materials Inc  
CPU PATE STEVEDORE  
Pensacola FL 32526

| P.O.#: 707483 | | Job #: 218 | Ordered By: | | | |
|---|---|---|---|---|---|---|
| Ship Date: 08/29/06 | | Ship Via:Truck | B/L #: | | | |
| Frt. Term: Cust Pickup | | Ref. #:  PENSACOLA, FL/1658 | Sales Agent:  TRowell | | Orig. Inv #: | |

| QUANTITY SHIPPED | UOM | ITEM / DESCRIPTION | CONVERTED QUANTITY | PRICE / UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| | | Claim adjustment amount due to 32 pcs being split | | | |
| 612 | PC | BGWGYAAA120504  · 1/2 4x12 | 29.3760 | 200.00  /MSF | 5,875.20 |
| | | Gypsum Drywall A Grade | | | |
| | | SUBTOTAL: | | | 5,875.20 |
| | | Claim Adjustment | | | -307.20 |

THANK YOU FOR THE ORDER!

A cash discount is not an automatic discount. It is an incentive to  
pay within specified time. Unearned discounts will not be allowed.

*[handwritten]* Adjusting for  
34 pcs. damaged  
Todd w/North Pacific  
make adj to be 316.40  
8/30/06

*[handwritten]* 5548.80

**TERMS:** 1% CD 10 days ADI, net 30 days ADI  
You may deduct $58.75 if paid by 09/09/06

**TOTAL DUE:** $6,568.00

Invoice payable in U.S. Funds unless otherwise noted. To ensure proper credit, please include invoice number with your payment. A service charge of 1.5% per month will be assessed on past due accounts. If this exceeds legal limits in your province/state, then the maximum legal rate for your province/state will be assessed. Any deduction made from this invoice will be rejected unless approved by our office before your deduction is made. No authorization for a deduction will be made by our office unless a complaint is registered within five (5) business days after arrival of shipment. These commodities are licensed by the U.S. for ultimate destination in the above port. Diversion contrary to the U.S. law prohibited. This is your original invoice and the only copy you will receive. E.&O.E. This sale is subject to the terms and conditions of our Order Acknowledgment issued in connection with this sale.

cb:  Drywall - MDL 2047  
100124 - Smoky Mountain Materials, Inc.

# Purchase Order 707483-A

### Vendor Number NORTHP

merald Coast Bldg Materials Pcola
40 North Palafox Street
nsacola, FL  32534

lephone 850/471-6291

**To:**

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

**Ship To:**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

#### **** THIS IS A CHANGE ORDER ****

| 3/04/06 | | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|---|
| | | 08/04/06 | | | N |
| | EA      / | | DW1212 | | |
| 578 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | 9.600 | 5548.80 |

Rec. 8/24/06

| | | |
|---|---|---|
| Non Taxable Subtotal | 5548.80 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge   1

**Duplicate Copy**

**Authorized Signature**

cb:  Drywall - MDL 2047

100125 - Smoky Mountain Materials, Inc.

00/01/06 05:54:18     NorthPacificGrp,Inc->          423 929 9707   RightFax          Page 001

*Mon.*



## North Pacific

www.northpacific.com

## Facsimile Transmission

To:     Name:    Bill
        Company:
        Fax Number: 1-850-471-6294
        Voice Phone:

From:   Name:    Todd Rowell
        Fax Number:
        Voice Phone:  1-800-378-3268//601-671-3268

Fax Notes:

PICK-UP #'S
437511  707475
432784  707476
432785  707477
432786  707478          PO #'s
432787  707479
432788  707480
432789  707481
432790  707482
432791  707483
432792  707484
432793  707485
432794  707486
432795  707487

These are 13/20 we discussed yesterday.
I'm working with my credit manager to get the last 7 released.

Todd
1-800-378-3268

Date and time of transmission: <WHENFAXED>
Number of pages including this cover sheet: 01

cb:  Drywall - MDL 2047
100126 - Smoky Mountain Materials, Inc.

# Purchase Order  707483

**Vendor Number  NORTHP**

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

Telephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| 08/04/06 | | | | |
| | | 08/04/06 | | N |

| | EA    / | DW1212 | | |
|---|---|---|---|---|
| 612 | 08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | | |

| | | |
|---|---|---|
| Non Taxable Subtotal | | |
| Taxable Subtotal | 0.00 | |
| Tax | 0.00 | |
| Total | | |

age     1

Vendor Original  (Reprinted)                    Authorized Signature

cb:  Drywall - MDL 2047
100127 - Smoky Mountain Materials, Inc.

# Purchase Order  707483

### Vendor Number  NORTHP

merald Coast Bldg Materials Pcola
)40 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | Origin | | 1% 10 net 30 | |
|---|---|---|---|---|---|---|
| | | 08/04/06 | | | | N |
| 612 | EA   /   08/04/06 | 1/2" 4 X 12 REGULAR DRYWALL | DW1212 | | 9.600 | 5875.20 |

578

3¢ pcs DAMAGED CRAKED IN 1/2

| | |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge    1

Vendor Original  (Reprinted)                    Authorized Signature

cb:  Drywall - MDL 2047

100128 - Smoky Mountain Materials, Inc.

# Purchase Order  707483

Vendor Number  NORTHP

emerald Coast Bldg Materials Pcola
040 North Palafox Street
ensacola, FL  32534

elephone 850/471-6291

To:

North Pacific Group, Inc.
P.O. Drawer 391
Waynesboro, MS 39367

Ship To:

Emerald Coast Bldg Materials Pcola
8040 North Palafox Street
Pensacola, FL  32534

| | | | Origin | 1% 10 net 30 |
|---|---|---|---|---|
| 8/04/06 | | | | |
| | | 08/04/06 | | N |
| 612 | EA       /<br>08/04/06 | DW1212<br>1/2" 4 X 12 REGULAR DRYWALL | 9.600 | 5875.20 |

|  |  |
|---|---|
| Non Taxable Subtotal | 5875.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | |

ge    1

Duplicate Copy  (Reprinted)                Authorized Signature

cb:  Drywall - MDL 2047

100129 - Smoky Mountain Materials, Inc.