# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Mitchell Co., Inc. v. Knauf Gips KG, et al.,*<br>Case No. 2:09-cv-04115 (E.D. La.)<br><br>*Wiltz v. Beijing New Building Materials Public Ltd. Co., et al.,*<br>Case No. 2:10-cv-00361 (E.D. La.)<br><br>*Gross v. Knauf Gips KG, et al.,*<br>Case No. 2:09-cv-06690 (E.D. La.) | |

## AFFIDAVIT OF SCOTT GIERING, CORPORATE REPRESENTATIVE OF BANNER SUPPLY COMPANY TAMPA, LLC.

Scott Giering, after having been duly sworn, states the following:

1) I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

2) I am the corporate representative for Banner Supply Company Tampa, LLC ("Banner").

3) I am the custodian of the records for Banner.

4) This Affidavit is furnished for purposes of establishing that Banner received an Invoice from Venture Supply, Inc. dated March 15, 2006, Invoice No. 00116646-002.

5) Banner received the Invoice in connection with its purchase of 2,250 pieces of drywall from Venture Supply, Inc.

6) Attached hereto is the invoice record. This invoice record is maintained by Banner in the regular course of business, and it was the regular course of business of Banner for an

employee or representative of Banner with knowledge of the act, event, condition, opinion, or diagnosis recorded to maintain the record received. The records attached hereto are the original or exact duplicates of the original.

FURTHER AFFIANT SAYETH NOT

SCOTT GIERING

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 13TH DAY OF
JUNE, 2012.

_____
Notary Public

Print Name: HILDA PEREZ
My notary expires: 12/2/14



Notary Public State of Florida
Hilda Perez
My Commission EE043990
Expires 12/02/2014