# EXHIBIT H

STATE OF _Alabama_
COUNTY OF _Mobile_

## AFFIDAVIT OF CUSTODIAN OF RECORDS
## FOR THE MITCHELL COMPANY, INC.

Before me, the undersigned authority personally appeared _CHESTER STEFAN_ who, having been first duly sworn, does state as follows:

I am the duly authorized custodian of records for The Mitchell Company, Inc., and having the authority to certify the records, pursuant to Fed. R. Evid. 803(6) and 902(11), hereby declare that the records produced were made at or near the time of the occurrence of the matters set forth by, or from the information transmitted by, a person with knowledge of those matters; were kept in the ordinary course of the regularly-scheduled business activities, and were made by the regularly conducted activity as a regular practice.

The above applies as to those documents attached as Exhibit B to the Declaration of Chester Stefan filed in this matter, namely Rightway 010, 012, 013, 015, 016, 018, 019, 021, 022, 024, 025, 027, 028, 030, 031, 033, and 034.

_Chester Stefan_

Sworn to and subscribed before me on this the _18_ day of _June_, 2012.

_Dorothy L. Brewer_
Notary Public
My commission expires: _9-25-2013_