# EXHIBIT I

STATE OF _Georgia_
COUNTY OF _Bibb_

### AFFIDAVIT OF CUSTODIAN OF RECORDS
### FOR RIGHTWAY DRYWALL, INC.

Before me, the undersigned authority personally appeared _Cindi Taylor_, who, having been first duly sworn, does state as follows:

I am the duly authorized custodian of records for Rightway Drywall, Inc., and having the authority to certify the records, pursuant to Fed. R. Evid. 803(6) and 902(11), hereby declare that the records produced were made at or near the time of the occurrence of the matters set forth by, or from the information transmitted by, a person with knowledge of those matters; were kept in the ordinary course of the regularly-scheduled business activities, and were made by the regularly conducted activity as a regular practice.

The above applies as to those documents attached to the Declaration of Mike Jenkins filed in this matter, namely Rightway 011, 014, 017, 020, 023, 026, 029, and 032.

_Cindi D. Taylor_

Sworn to and subscribed before me on this the _19th_ day of _June_, 2012.

_Kay Herron_
Notary Public
My commission expires: _4-30-15_