UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: CASE NO. 2:12-cv-0498 (Almeroth) | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

_____/

### ORDER ON *EX PARTE* MOTION FOR SECOND EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM

Upon consideration of the *Ex Parte* Motion for Second Extension of Time to Submit Defendant Profile Forms, filed by Defendant, Mobley Homes Florida, LLC.

IT IS HEREBY ORDERED, the Motion for Second Extension of Time to Submit Defendant Profile Form is hereby GRANTED; and

IT IS FURTHER ORDERED, Defendant, Mobley Homes Florida, LLC, shall be granted until July 23, 2012, within which to submit the appropriate Profile Forms in the above-captioned matter, Civil Action No. 2:12-cv-0498, within MDL No. 2047.

New Orleans, Louisiana, this ____ day of _____, 2012.

_____
Honorable Eldon E. Fallon
United States District Court Judge

1