UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * MDL No. 09-2047 * |
| THIS DOCUMENT RELATES TO: | * JUDGE FALLON * |
| Docket # 09-7628 Sean and Beth Payton, et al v. Knauf GIPS, KG, et al | * MAGISTRATE WILKINSON * * |

## NOTICE OF APPEARANCE

NOW COMES, Kerry J. Miller, Kyle Spaulding and T. Louis Colletta, Jr. of Frilot, L.L.C., to appear as counsel of record for Big Bear Const. Co. and reserves all rights to object to jurisdiction, venue and service and preserves all defenses. Undersigned counsel respectfully requests that all pleadings, documents, notices and correspondence be served upon the undersigned in connection with this action.

This 21st day of June, 2012.

                Respectfully submitted,

                BY:   /s/Thomas Louis Colletta, Jr.
                KERRY J. MILLER (#24562)
                KYLE A. SPAULDING (#29000)
                THOMAS LOUIS COLLETTA, JR. (#26851)
                FRILOT L.L.C.
                1100 Poydras Street
                Suite 3700
                New Orleans, LA 70163
                Telephone: (504)599-8194
                Facsimile: (504)599-8145
                Email: kmiller@frilot.com
                **ATTORNEYS FOR BIG BEAR CONST. CO.**

482818-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2012, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, by email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/*Thomas Louis Colletta, Jr.*
**THOMAS LOUIS COLLETTA, JR.**

482818-1