IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO.: 2047<br><br>SECTION:  L |
| THIS DOCUMENT APPLIES TO: | * * | JUDGE FALLON |
| *Slidell Property Mgt., LLC v. Knauf GIPS KG et al*<br>Case No. 09-6068 | * * * * | |
| *John Campbell v. Knauf GIPS KG, et al*<br>OCI - Case No. 09-7628 | * * * | MAG. JUDGE WILKINSON |
| *Slidell Property Mgt., LLC v. Knauf GIPS KG, et al*<br>OCI - Case No. 09-7628 | * * * * | |
| *Slidell Property Mgt., LLC v. Beijing New Building Materials, et al*<br>OCII - Case No. 10-361 | * * * * | |
| *Slidell Property Mgt., LLC v. Knauf GIPS KG, et al*<br>OCIII - Case No. 09-6690 | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE COMPLAINT FOR INTERVENTION

**NOW INTO COURT**, through undersigned counsel, comes the law firm, Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130, (hereinafter "Intervener" and/or "Lambert & Nelson") who, for the reasons more fully delineated in the attached Memorandum in Support of Motion for Leave to File Complaint for Intervention moves this Honorable Court for an order granting it leave to intervene in the above captioned matters, pursuant to Rule 24(a) of the Federal Rules of Civil Procedure.

All of which is respectfully submitted,

/s/Hugh P. Lambert
HUGH P. LAMBERT (LA Bar #7933)
CAYCE C. PETERSON (LA Bar #32217)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com
cpeterson@lamnel.com

# CERTIFICATE OF SERVICE

I, **HUGH P. LAMBERT, ESQ.**, HEREBY BY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 21st day of June, 2012.

**John Campbell; Slidell Property Management, LLC**
Through his Attorney:
Warren Horn, Esq.
Heller, Draper, Hayden, Patrick & Horn, LLC
650 Poydras Street, Ste. 2500
New Orleans, LA 70130

**Knauf GIPS KG**
Through its Attorney:
Kerry J. Miller, Esq.
Frilot L.L.C.
1100 Poydras St., Suite 3700
New Orleans, LA 70163-3700

Mark Spatz, Esq.
Kaye, Scholer, LLP
425 Park Ave.
New York, NY 10022-3509

**Springhill, LLC**
Through its Attorney:
James M. Garner, Esq.
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
909 Poydras St., 28th Floor
New Orleans, LA 70112-1033

**Southern Homes, LLC**
Through its Attorney:
James M. Garner, Esq.
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
909 Poydras St., 28th Floor
New Orleans, LA 70112-1033

**Adrian Kornman**
Through his Attorney:
James M. Garner, Esq.
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
909 Poydras St., 28th Floor
New Orleans, LA 70112-1033

**Interior/Exterior Building Supply, LP**
Through its Attorney:
Richard G. Duplantier, Jr., Esq.
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras St., 40th Floor
New Orleans, LA 70139

    /s/Hugh P. Lambert
HUGH P. LAMBERT (LA Bar #7933)