IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * * * * | **MDL NO.: 2047** <br><br> **SECTION:  L** |
| **THIS DOCUMENT APPLIES TO:** | * * | **JUDGE FALLON** |
| *Slidell Property Mgt., LLC v. Knauf GIPS KG et al* <br> Case No. 09-6068 | * * * * | |
| *John Campbell v. Knauf GIPS KG, et al* <br> OCI - Case No. 09-7628 | * * * | **MAG. JUDGE WILKINSON** |
| *Slidell Property Mgt., LLC v. Knauf GIPS KG, et al* <br> OCI - Case No. 09-7628 | * * * * | |
| *Slidell Property Mgt., LLC v. Beijing New Building Materials, et al* <br> OCII - Case No. 10-361 | * * * * | |
| *Slidell Property Mgt., LLC v. Knauf GIPS KG, et al* <br> OCIII - Case No. 09-6690 | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**UPON CONSIDERATION** of the above and foregoing Motion for Leave to file Complaint for Intervention;

**IT IS HEREBY ORDERED** that Intervenor's, Lambert & Nelson, PLC, Motion for Leave to file Complaint for Intervention is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the above and foregoing Complaint for Intervention be filed and served as prayed for in accordance with the law.

Signed this _____ day of _____, 2012.

_____
**HONORABLE JUDGE ELDON E. FALLON**