**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO.: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION:  L |
| | * | |
| THIS DOCUMENT APPLIES TO: | * | JUDGE FALLON |
| | * | |
| *Slidell Property Mgt., LLC v. Knauf GIPS* | * | |
| *KG et al* | * | |
| Case No. 09-6068 | * | |
| | * | MAG. JUDGE WILKINSON |
| *John Campbell v. Knauf GIPS KG, et al* | * | |
| OCI - Case No. 09-7628 | * | |
| | * | |
| *Slidell Property Mgt., LLC v. Knauf GIPS* | * | |
| KG, et al | * | |
| OCI - Case No. 09-7628 | * | |
| | * | |
| *Slidell Property Mgt., LLC v. Beijing New* | * | |
| *Building Materials, et al* | * | |
| OCII - Case No. 10-361 | * | |
| | * | |
| *Slidell Property Mgt., LLC v. Knauf GIPS* | * | |
| *KG, et al* | * | |
| OCIII - Case No. 09-6690 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT FOR INTERVENTION

**NOW INTO COURT**, through undersigned counsel, comes Lambert & Nelson, PLC,

("Lambert & Nelson" or "Intervenor") a law firm licensed to do and doing business in the

State of Louisiana, who for its Complaint for Intervention respectfully represents as follows:

1.

The Plaintiff, Slidell Property Management, L.L.C. ("SPM") and John Campbell

entered into an agreement with Intervenor, Lambert & Nelson, for the representation of

Plaintiffs; however, subsequent thereto, Lambert & Nelson notified SPM and Mr. Campbell that of its desire to withdraw as counsel of record.

2.

Under the provisions of LSA R.S. 37:218, Intervenor has acquired an interest in the outcome of this litigation, to the extent of the assignment of said interest in the subject matter of this lawsuit as provided by said contract of employment dated May 6, 2010, and Intervenor desires to claim that amount out of any recovery made by the plaintiffs herein. (A copy of the Attorney-Client contract is attached hereto as Exhibit "A").

3.

Intervenor further shows that in addition to the above mentioned interest which they have acquired in this mater, Intervenor has also advanced funds/costs and incurred numerous expenses totaling $11,102.56 as of June 19, 2012 in connection with the investigation and prosecution of this claim on behalf of plaintiffs, and Intervenor is entitled to reimbursement for said expenditures out of any recovery made by plaintiffs herein in addition to Intervenor's fee.

**WHEREFORE**, Intervenor respectfully prays that he be permitted to become a party of this suit and that any recovery made by Plaintiffs in this action, whether a judgment or settlement, be so apportioned in said judgment or settlement that the claim of Intervenor's for attorneys' fees and costs be made payable to Intervenor, together with costs of this action and with legal interest thereon from the date of judicial demand until paid.

Respectfully submitted,

/s/ Hugh P. Lambert
HUGH P. LAMBERT, T.A. (LA Bar #7933)
CAYCE C. PETERSON, ESQ. (LA Bar #32217)
LAMBERT & NELSON, P.L.C.
701 Magazine Street
New Orleans, LA 70130
Telephone:  (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com
cpeterson@lamnel.com

**PLEASE SERVE THE COMPLAINT FOR INTERVENTION AS FOLLOWS:**

**John Campbell**
66 Chicken Street
Wilton, CT 06897

**WB Property Management, LLC**
c/o John Campbell
66 Chicken Street
Wilton, CT 06897

**Slidell Property Management, LLC**
Through the agent for service of process:
1011 North Causeway Blvd., Ste. 3
Mandeville, LA 70471

**John Campbell; Slidell Property Management, LLC**
Through his Attorney:
Warren Horn, Esq.
Heller, Draper, Hayden, Patrick & Horn, LLC
650 Poydras Street, Ste. 2500
New Orleans, LA 70130

Knauf GIPS KG
Through its Attorney:
Kerry J. Miller, Esq.
Frilot L.L.C.
1100 Poydras St., Suite 3700
New Orleans, LA 70163-3700

Mark Spatz, Esq.
Kaye, Scholer, LLP
425 Park Ave.
New York, NY 10022-3509

**Springhill, LLC**
Through its Attorney:
James M. Garner, Esq.
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
909 Poydras St., 28th Floor
New Orleans, LA 70112-1033

**Southern Homes, LLC**
Through its Attorney:
James M. Garner, Esq.
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
909 Poydras St., 28th Floor
New Orleans, LA 70112-1033

**Adrian Kornman**
Through his Attorney:
James M. Garner, Esq.
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
909 Poydras St., 28th Floor
New Orleans, LA 70112-1033

**Interior/Exterior Building Supply, LP**
Through its Attorney:
Richard G. Duplantier, Jr., Esq.
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras St., 40th Floor
New Orleans, LA 70139

## RETAINER AGREEMENT

**State of Connecticut**

**County of Fairfield**

This CONTRACT OF EMPLOYMENT made and entered into by and between:

## SLIDELL PROPERTY MANAGEMENT, LLC

hereinafter referred to as "Client" and Lambert and Nelson, PLC as "Attorney".

WITNESSETH:

WHEREAS, the said Client has a claim or claims arising out of **DAMAGES CAUSED BY "CHINESE DRYWALL" USED IN HIS PROPERTIES LOCATED IN THE OAK PLAIN SUBDIVISION AT THE FOLLOWING ADDRESSES:1000 Clairise Court, 1001 Clairise Court, 1004 Clairise Court, 1005 Clairise Court, 1008 Clairise Court, 1009 Clairise Court, 1012 Clairise Court, 1013 Clairise Court, 1016 Clairise Court, 1017 Clairise Court, 1020 Clairise Court, 1021 Clairise Court, 1024 Clairise Court, 1025 Clairise Court, 1028 Clairise Court, 1029 Clairise Court, 1032 Clairise Court, 1033 Clairise Court, 1036 Clairise Court, 1037 Clairise Court, 1040 Clairise Court, 1041 Clairise Court, 1044 Clairise Court, 1045 Clairise Court, 1048 Clairise Court, 1049 Clairise Court, 1052 Clairise Court, 1053 Clairise Court, 1057 Clairise Court, 1061 Clairise Court, 1065 Clairise Court, 1069 Clairise Court, 1072 Clairise Court, 1073 Clairise Court, 1076 Clairise Court, 1080 Clairise Court, 1084 Clairise Court, 1088 Clairise Court, 1089 Clairise Court, 1092 Clairise Court, 1096 Clairise Court, and 1100 Clairise Court, ALL IN SLIDELL, LOUISIANA, AND CLAIMS AGAINST KNAUF, SPRINGHILL, LLC, SOUTHERN HOMES, LLC, ADRIAN KORNMAN, SCOTTSDALE INSURANCE COMPANY, LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, AND ANY OTHER RELEVANT ENTITY WHOSE IDENTITY IS CURRENTLY UNKNOWN TO THE PARTIES.**

WHEREAS, Client hereby employs and retains Lambert and Nelson, PLC to represent him in said claim by conference, negotiation, suit or otherwise, upon the following terms and conditions:

1.  Lambert and Nelson, PLC is to receive, as compensation for its services, <u>27.5%</u> of whatever is collected in settlement or judgment from Client's claims.

2.  The parties agree that Client is responsible for up to a maximum of Twenty Thousand Dollars ($20,000.00) for litigation-related costs incurred by Lambert and Nelson, PLC in pursuit of the referenced litigation. Litigation-related costs do not include  any cost of remediation expended or incurred by Client.  The amount of litigation-related costs, up to the limit

_____
Initials

# EXHIBIT "A"

of Twenty Thousand Dollars ($20,000.00), is to be paid out of the final recovery separate, apart, and subsequent to the payment of attorneys' fees.

3.     The parties agree that Lambert and Nelson, PLC may spend whatever amounts it deems necessary in the pursuit of this litigation to properly prepare and present this matter for trial.  It is understood that Client has also expended some likely recoverable costs, i.e. appraisals and inspections, for which Lambert and Nelson, PLC will also seek reimbursement on behalf of Client in this litigation.

4.     If an award is given specifically for litigation related costs in the final settlement or judgment in this matter, then the full amount awarded for litigation related costs will be reimbursed to Lambert and Nelson, PLC.  However, costs that were incurred directly by Client, separate and apart from those litigation-related costs referenced in paragraph 2 above, will be reimbursed to the Client, i.e. appraisals, inspections, remediation appraisals incurred directly by the Client.

5.     This contract is subject to the additional condition, to-wit:
-Lambert and Nelson, PLC reserves the right to associate additional counsel in this matter at no additional cost to Client

IT IS UNDERSTOOD AND AGREED between the parties that this contract is intended to and does hereby assign, transfer, set over and deliver unto Lambert and Nelson, PLC as its fee, for the representation of Client in said claim and/or claims, an interest in the claim and/or claims, under the terms and conditions aforesaid, in accordance with the provision of Louisiana law including, but not limited to, La.R.S. 37:218 or any other applicable provision.

IT IS FURTHER UNDERSTOOD AND AGREED between the parties that, should Client withdraw from this action, or breach this contract by seeking other representation, then Lambert and Nelson, PLC shall be owed all reasonable legal fees for work performed specifically related to the above referenced litigation for the Client, at the rate of $200.00 per hour for attorneys and such lesser rate as is customary for paralegals and support staff, in the event that the aforementioned percentages are deemed inapplicable.   These amounts are due and owing immediately following any such breach.

THUS DONE AND SIGNED AT 66 Chicken Street,
                                                   (ADDRESS)

Wilton,CT 06897 in the presence of the undersigned competent witnesses, on
       (CITY)              (STATE)

this _6th___ day of __May_____, 2010.

**EXHIBIT "A"**

WITNESSES:                              SLIDELL PROPERTY MANAGEMENT, LLC

_____       _____
Name:                                   By:    John F. Campbell
                                        Title:  Member
_____       Date:  May 6th, 2010
Name:

**EXHIBIT "A"**

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION<br>*Plaintiff*<br>v.<br>*Defendant* | )<br>)<br>)<br>)   Civil Action No.   MDL NO. 2047<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   John Campbell
66 Chicken Street
Wilton, CT 06897

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hugh P. Lambert, Esq.
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  MDL NO. 2047

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.  MDL NO. 2047 |
| | ) |
| *Defendant* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WB Property Management, LLC
c/o John Campbell
66 Chicken Street
Wilton, CT 06897

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Hugh P. Lambert, Esq.
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  MDL NO. 2047

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION<br>*Plaintiff* | )<br>)<br>) |
| v. | )<br>)<br>) Civil Action No.   MDL NO. 2047<br>)<br>) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Slidell Property Management, LLC
Through the agent for service of process:
1011 North Causeway Blvd., Ste. 3
Mandeville, LA 70471

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hugh P. Lambert, Esq.
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  MDL NO. 2047

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

    ❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

    ❒ I returned the summons unexecuted because _____ ; or

    ❒ Other *(specify):*

                                                                .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                                     _____
                                                           *Server's signature*

                                                     _____
                                                          *Printed name and title*

                                                     _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No.   MDL NO. 2047 |
| | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   John Campbell; Slidell Property Management, LLC
Through his Attorney:
Warren Horn, Esq.
Heller, Draper, Hayden, Patrick & Horn, LLC
650 Poydras Street, Ste. 2500
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hugh P. Lambert, Esq.
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  MDL NO. 2047

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                           *Server's signature*

                                                   _____
                                                       *Printed name and title*

                                                   _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   MDL NO. 2047 |
| | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Knauf GIPS KG
Through its Attorney:
Kerry J. Miller, Esq.
Frilot L.L.C.
1100 Poydras St., Suite 3700
New Orleans, LA 70163-3700

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Hugh P. Lambert, Esq.
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  MDL NO. 2047

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) | |
| _Plaintiff_ | ) ) | |
| v. | ) | Civil Action No.   MDL NO. 2047 |
| | ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Knauf GIPS KG
Through its Attorney:
Mark Spatz, Esq.
Kaye, Scholer, LLP
425 Park Ave.
New York, NY 10022-3509

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hugh P. Lambert, Esq.
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____                _____
                                                                    _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  MDL NO. 2047

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                          Server's signature

                                              _____
                                                          Printed name and title

                                              _____
                                                          Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) | |
| _Plaintiff_ | ) ) | |
| v. | ) | Civil Action No.   MDL NO. 2047 |
| | ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Springhill, LLC
Through its Attorney:
James M. Garner, Esq.
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
909 Poydras St., 28th Floor
New Orleans, LA 70112-1033

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Hugh P. Lambert, Esq.
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  MDL NO. 2047

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) |
| *Plaintiff* | ) ) |
| v. | )   Civil Action No.   MDL NO. 2047 |
| | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Southern Homes, LLC
Through its Attorney:
James M. Garner, Esq.
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
909 Poydras St., 28th Floor
New Orleans, LA 70112-1033

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hugh P. Lambert, Esq.
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  MDL NO. 2047

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                          *Server's signature*

                                 _____
                                          *Printed name and title*


                                 _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No.  MDL NO. 2047 |
| | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Adrian Kornman
Through his Attorney:
James M. Garner, Esq.
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
909 Poydras St., 28th Floor
New Orleans, LA 70112-1033

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Hugh P. Lambert, Esq.
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  MDL NO. 2047

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◻ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) |
| *Plaintiff* | ) |
| v. | ) )   Civil Action No.  MDL NO. 2047 |
| | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Interior/Exterior Building Supply, LP
Through its Attorney:
Richard G. Duplantier, Jr., Esq.
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras St., 40th Floor
New Orleans, LA 70139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hugh P. Lambert, Esq.
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  MDL NO. 2047

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❒ I returned the summons unexecuted because _____ ; or

    ❒ Other *(specify):*

 

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: _____

                                _____
                                          *Server's signature*

                                _____
                                      *Printed name and title*

                                _____
                                      *Server's address*

Additional information regarding attempted service, etc: