# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D. La.)<br><br>*The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Case No. 09-4115 (E.D. La.)<br><br>*Wiltz v. Beijing New Building Materials Public Ltd. Co., et al.*, Case No. 10-361 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-06690 (E.D. La.) | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## O R D E R

Considering the Motion to Substitute Amended Exhibit of the Plaintiffs' Steering Committee ("PSC");

IT IS ORDERED BY THE COURT THAT Exhibit 1 (without attachments) attached to the Affidavit of Russ M. Herman, attached as Exhibit A to the Plaintiffs' Steering Committee's Global Statement of Facts in Opposition to: (1) Taishan's Renewed Motions to Vacate the Default Judgments and Dismiss the Complaints in *Germano* and *Mitchell* and (2) Taishan's Motions to Dismiss the Complaints in *Gross* and *Wiltz* [Rec. Doc. No. 14215-3], which has now been amended, be substituted in the record in place of the original Exhibit 1 attached to the Herman Affidavit.

New Orleans, Louisiana, this __21st__ day of _____June_____, 2012.

_____
Eldon E. Fallon
United States District Court Judge