Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0184

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lifescape Builders
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: ALABAMA ) ss.
County of: JEFFERSON )

**Name of Server:** DANIEL MOORE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 13 day of MAY, 20 11, at 12:50 o'clock P M

**Place of Service:** at 8000 Liberty Parkway, #114, in Birmingham, AL 35242

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Lifescape Builders

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: AMY GREGORY, AUTHORIZED AGENT

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color BRN ; Facial Hair ___
Approx. Age 35 ; Approx. Height 5'6" ; Approx. Weight 115

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Daniel Moore*
Signature of Server

Subscribed and sworn to before me this 16 day of MAY, 20 11

_____ 5/21/14
Notary Public   (Commission Expires)

**APS International, Ltd.**