Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0376

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Palm Coast Construction, LLC, c/o PHIL MEYER
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __LA__ ) ss.
County of: __ST. Tammany__ )
Name of Server: __Kyle Ehrenreich__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __14__ day of __May__, 20 __11__, at __3:10__ o'clock __P__ M

**Place of Service:** at __3845 CROYDON ST__, in __Slidell, LA  70458__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Palm Coast Construction, LLC, c/o PHIL MEYER**
By delivering them into the hands of an officer or managing agent whose name and title is: __Phillip Meyer auth to accept service__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__; Skin Color __W__; Hair Color ____; Facial Hair ____
Approx. Age ____ ; Approx. Height ____ ; Approx. Weight ____

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __16__ day of __May__, 20__11__

_____
Notary Public    (Commission Expires)

**APS International, Ltd.**

[Notary Seal: JEANNE K. DEMAREST, NOTARY PUBLIC, STATE OF LOUISIANA, My Commission is For Life, No. 23032]