Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0379

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--S&O Investments LLC, c/o Christopher Odom

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 09-7628

State of: **ALABAMA** ) ss.
County of: **MOBILE** )

Name of Server: **NORRIS ARMSTRONG**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **15** day of **JUNE**, 20 **11**, at **10:15** o'clock **A** M

Place of Service: at **150 Du Rhu Drive, Apt. 1206**, in **Mobile, AL 36608**

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
S&O Investments LLC, c/o Christopher Odom

By delivering them into the hands of an officer or managing agent whose name and title is: **CHRISTOPHER ODOM**

Description of Person Receiving Documents:

The person receiving documents is described as follows:
Sex **M** : Skin Color **W** : Hair Color **BROWN** : Facial Hair **NONE**
Approx. Age **40's** : Approx. Height **5'8"** : Approx. Weight **140's**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **16th** day of **June**, 20 **11**

Notary Public         (Commission Expires)
                       06/24/2012

APS International, Ltd.