Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 109745-0058

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
  --Stephen Shivers
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

**Name of Server:** _Joe R. Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _17_ day of _May_, 20_11_, at _9:50_ o'clock _A_ M

**Place of Service:** at _375 Teagarden Road (Shivers Homes)_, in _Gulfport, MS 39507_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Stephen Shivers**

**Person Served, and Method of Service:**
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Stephen Shivers** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _White_; Hair Color _Black_; Facial Hair _____
Approx. Age _36-50_; Approx. Height _5'10_; Approx. Weight _125_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _18_ day of _May_, 20_11_

_Signature of Server_
**APS International, Ltd.**

_Christopher Brazinet_ Notary Public      (Commission Expires)

[Notary seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 98685, CHRISTOPHER BAZINET, Commission Expires March 29, 2015, HARRISON COUNTY]