UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL Docket No. 2047  SECTION L  JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | |
| *Silva v. Arch Ins. Co., et al*, No. 09-8034 | * * | |
| *Amato v. Liberty Mut. Ins. Co.*, et al, No. 10-932 | * * * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

### KNAUF DEFENDANTS' EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL OPPOSITION TO THE MOTION OF THE NORTH IRVER INSURANCE COMPANY TO (A) LIFT THE STAY AS TO CERTAIN PARTIES, (B) CONSOLIDATE CERTAIN CLAIMS, AND (C) REALIGN PARTIES

**COME NOW** the Knauf Defendants, appearing through undersigned counsel, who move this Honorable Court for leave to file their Supplemental Opposition to the Motion of North River Insurance Company to (A) Lift the Stay as to Certain Parties, (B) Consolidate Certain Claims, and (C) Realign Parties, all as more fully set forth in the Knauf Defendants' Supplemental Opposition attached hereto as Exhibit "1." The Knauf Defendants believe this Supplemental Opposition will aid the Court in making its determination with regard to North River Insurance Company's Motion to (A) Lift the Stay as to Certain Parties, (B) Consolidate Certain Claims, and (C) Realign Parties.

Respectfully submitted,


By: /s/ Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
THOMAS LOUIS COLLETTA, JR. (#26851)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

- AND -

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Email: sglickstein@kayescholer.com

**COUNSEL FOR THE KNAUF DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of June, 2012.

/s/ Kyle Spaulding