UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 |
| | * | SECTION L |
| | * * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | |
| *Silva v. Arch Ins. Co., et al*, No. 09-8034 | * * | |
| *Amato v. Liberty Mut. Ins. Co.*, et al, No. 10-932 | * * * * | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the foregoing Ex Parte Motion for Leave to File Supplemental Opposition to the Motion of North River Insurance Company to (A) Lift the Stay as to Certain Parties, (B) Consolidate Certain Claims, and (C) Realign Parties;

**IT IS ORDERED** that the Knauf Defendants be and hereby are GRANTED leave to file the attached Supplemental Opposition, which shall be filed into the record.

New Orleans, Louisiana this _____ day of _____, 2012.

_____
**JUDGE ELDON E. FALLON**