# EXHIBIT A

## CONTRACT

CONTRACT NO.: EX-USD-20051019

DATE: Oct.21,2005

Seller: KNAUF PLASTERBOARD (TIANJIN) CO.,LTD.
Address: NORTH YINHE BRIDGE, EAST JINGJIN ROAR, BEICHEN DISTRICT,TIANJIN 300400 P.R.CHINA
Attn: Mark Norris    TEL NO.: 86 22-26972777    FAX: 86 22-26973349

Buyer: INTERIOR/EXTERIOR BUILDING SUPPLY, L.P.
Address: P.O.BOX 4002,NEW ORLEANS, LOUISIANA, USA
Attn: Clay Geary    TEL NO.: 001-985-8922334    FAX: 001-985-8097599

| DESCRIPION | SPECIFICATION | QUANTITY (PCS) | QUANTITY (M2) | UNIT PRICE USD/pc | AMOUNT (USD) |
|---|---|---|---|---|---|
|  |  |  |  |  | FAS Tianjin, China |
| STD Board | 1220*3660*12.5mm TE | 100000 | 446520 | 4.20 | $420,000.00 |
| TOTAL |  |  |  |  | $420,000.00 |
| SAYING: US DOLLARS FOUR HUNDRED TWENTY THOUSAND ONLY. |

REMARKS: 10% more or less both in quantity and amount.

SHIPPING DATE: Latest delivery FAS Tianjin, China November 30,2005

PAYMENT TERMS: Irrevocable L/C at sight.
Insurance : Covered by buyer
DELIVERY TERMS: FAS Tianjin, China

SELLER
SIGNATURE:

BANK ACCOUNT:
THE HONGKONG
AND SHANGHAI BANKING CORP LTD TIANJIN BRANCH
SWIFT CODE: HSBCNSHTJN
BENIFICIARY: KNAUF PLASTERBOARD(TIANJIN)CO.,LTD
A/C: 005-003371-055

DESTINATION: New Orleans port

ARBITRATION: TIANJIN, P.R.C
Interior/Exterior Building supply, L.P.
By: Interior/Exterior Enterprises, LLC, GP
BUYER
SIGNATURE: By: *EPC Geary*, Member

BANK ACCOUNT:

INT/EXT00525

INT_EXT00001

2005 Nov 17 13:25   HP LASERJET FAX                                              p.1

# CONTRACT

CONTRACT NO.: EX-USD-20051117

DATE: NOV.17,2005

Seller: KNAUF PLASTERBOARD (TIANJIN) CO.,LTD.
Address: NORTH YINHE BRIDGE, EAST JINGJIN ROAR, BEICHEN DISTRICT,TIANJIN 300400 P.R.CHINA
Attn: Mark Norris         TEL NO.: 86 22-26972777      FAX: 86 22-26973349

Buyer: INTERIOR/EXTERIOR BUILDING SUPPLY, L.P.
Address: P.O.BOX 4002,NEW ORLEANS, LOUISIANA, USA
Attn: Clay Geary          TEL NO.: 001-985-8022334      FAX: 001-985-8097599

| DESCRIPTION | SPECIFICATION | QUANTITY (PCS) | (M2) | UNIT PRICE USD/m2 | AMOUNT (USD) |
|---|---|---|---|---|---|
|  |  |  |  | FAS Tianjin,China |  |
| STO Board | 1220*2550*12.5mm TE | 150000 | 869750 | 4.40 | $660,000.00 |
| TOTAL |  |  |  |  | $660,000.00 |
| SAYING: US DOLLARS SIX HUNDRED AND SIXTY THOUSAND ONLY. |  |  |  |  |  |

REMARKS: 10% more or less both in quantity and amount.

SHIPPING DATE: Latest delivery FAS Tianjin, China , before Dec. 30,2005

PAYMENT TERMS: Irrevocable L/C at sight.
Insurance : To be covered by buyer

DELIVERY TERMS: FAS Tianjin, China

DESTINATION: New Orleans port

ARBITRATION:   TIANJIN, P.R.C
           Interior/Exterior Building Supply, LP
BUYER     By: Interior/Exterior Enterprises,L.L.C., G.P.
SIGNATURE: By: S/ C Leary, Member

SELLER
SIGNATURE:

BANK ACCOUNT:
THE HONGKONG
AND SHANGHAI BANKING CORP LTO TIANJIN BRANCH
SWIFT CODE: HSBCNBHTJN
BENEFICIARY: KNAUF PLASTERBOARD(TIANJIN)CO.,LTD
A/C: 004-003371-055

BANK ACCOUNT:

INT/EXT00468

INT_EXT00001

2005 Dec 21 18:03   HP LASERJET FAX                                         p.3
31/12 05 WED 08:40 FAX                                                      ⌀001
DEC-20-2005 TUE 07:30 AM INTERIOR/EXTERIOR        FAX NO. 5042100081        P. 02

# CONTRACT

CONTRACT NO.: BX-USD-10031213

DATE: Dec.13,2005

Seller: KNAUF PLASTERBOARD (TIANJIN) CO.,LTD.
Address: NORTH YINHE BRIDGE, EAST JINGJIN ROAR, BEICHEN DISTRICT,TIANJIN 300400 P.R.CHINA
TEL NO.: 86 22-26972777            FAX: 86 22-26973349
Attn: Mark Norris

Buyer: INTERIOR/EXTERIOR BUILDING SUPPLY, L.P.
Address: P.O.BOX 4002,NEW ORLEANS, LOUISIANA, USA
TEL NO.: 001-985-8922334             FAX: 001-985-8087885
Attn: Clay Geary.

| DESCRIPTION | SPECIFICATION | QUANTITY (PCS) | (M²) | UNIT PRICE USD/pc | AMOUNT (USD) |
|---|---|---|---|---|---|
| | | | | | FAB Tianjin,China |
| STD Board | 1220-2440*12.5mm TE | 100000 | 441620 | 4.40 | $440,000.00 |
| TOTAL | | | | | $440,000.00 |

SAYING: US DOLLARS FOUR HUNDRED AND FORTY THOUSAND ONLY.

REMARKS: 10% more or less both in quantity and amount.

SHIPPING DATE: Seller delivery the goods in Tianjin plant before Jan.15th,2006.
Latest delivery FAB Tianjin according to bulk shipment date.

PAYMENT TERMS: Irrevocable L/C at sight.
Insurance: To be covered by buyer
DELIVERY TERMS: FAB Tianjin, China

DESTINATION: New Orleans port

ARBITRATION: Tianjin, P.R.C

SELLER SIGNATURE: [signature]

BUYER SIGNATURE: [signature]

BANK ACCOUNT:
THE HONGKONG
AND SHANGHAI BANKING CORP LTD TIANJIN BRANCH
SWIFT CODE: HSBCNBHTJN
BENEFICIARY: KNAUF PLASTERBOARD(TIANJIN)CO.,LTD
A/C: 606-063371-055

BANK ACCOUNT: