Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0196

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hutchinson Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **BALDWIN** )

**Name of Server:** **NORRIS ARMSTRONG**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **19** day of **APRIL**, 20 **11**, at **10:50** o'clock **A** M

**Place of Service:** at 6389 Willowbridge Drive, in Fairhope, AL

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action
Complaint in Intervention (I(B)) w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Hutchinson Homes, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **BETH HUTCHINSON (WIFE)**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **BROWN** ; Facial Hair **NONE**
Approx. Age **40** ; Approx. Height **5'10"** ; Approx. Weight **135**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **27th** day of **April**, 20 **11**

_____
Signature of Server

_____ 01/29/13
Notary Public    (Commission Expires)

**APS International, Ltd.**