Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0373

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J.W. Hodges Drywall, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

| | |
|---|---|
| State of: | FLORIDA ) ss. |
| County of: | PALM BEACH ) |
| Name of Server: | MICHAEL ROCCO, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action: |
| Date/Time of Service: | that on the 12TH day of APRIL, 20 11, at 12:50 o'clock P. M |
| Place of Service: | at 14672 Stirrup Lane, in Wellington, FL 33414 |
| Documents Served: | the undersigned served the documents described as: Summons: Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: J.W. Hodges Drywall, Inc. |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: MR. J.W. HODGES, OWNER |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex M ; Skin Color WHITE : Hair Color PEPPER ; Facial Hair ___ Approx. Age 55 ; Approx. Height 5'5" ; Approx. Weight 200 <br> _ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. <br> MICHAEL ROCCO / [signature] <br> Signature of Server <br><br> APS International, Ltd. | Subscribed and sworn to before me this 26TH day of APRIL, 20 11 <br> JONATHAN LEVY <br> Notary Public   (Commission Expires) |