Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109745-0381

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
    --Jon A. Wilder, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Flagler_ )
Name of Server: _Kevin Whitton_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _23rd_ day of _September_, 20_11_, at _3:45p_ o'clock _P_ M
Place of Service: at ~~4 Enterprise Dr~~ _1212 Central Ave S._, in ~~Bunnell, FL 32110~~ _Flagler Beach, FL 32136_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Jon A. Wilder, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Jon Wilder / President_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _Gray_ ; Facial Hair _____
Approx. Age _60_ ; Approx. Height _5'9"_ ; Approx. Weight _200_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _26th_ day of _September_, 20_11_

_[signature]_
Signature of Server

_[signature]_
Notary Public        (Commission Expires)

**APS International, Ltd.**

CHRISTIN ERJAVEC
Commission # DD 933371
Expires October 15, 2013
Bonded Thru Troy Fain Insurance 800-385-7019