Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   109745-0293

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Northstar Homebuilders, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **19th** day of **May**, 20 **11**, at **11:55** o'clock **A** M

Place of Service: at   1500 San Remo Avenue, #290, in   Coral **Gables**, FL  33146

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Northstar Homebuilders, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Miren Arnaiz Assistant to Carlos Martinez**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Black**; Facial Hair ___
Approx. Age **45**; Approx. Height **5'0**; Approx. Weight **120**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:   Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **19** day of **May**, 20 **11**

Notary Public   (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013