Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0376

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Palm Coast Construction, LLC, c/o PHIL MEYER
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: LA ) ss.
County of: ST. Tammany )
Name of Server: **Kyle Ehrenreich**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 14 day of May, 20 11, at 3:10 o'clock P M

Place of Service: at 3845 CROYDON ST, in Slidell, LA 70458

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Palm Coast Construction, LLC, c/o PHIL MEYER**
By delivering them into the hands of an officer or managing agent whose name and title is: Phillip Meyer auth to accept service.

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M; Skin Color W; Hair Color _____; Facial Hair _____
Approx. Age _____; Approx. Height _____; Approx. Weight _____

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 16 day of May, 2011

Signature of Server

Notary Public           (Commission Expires)

**APS International, Ltd.**

*[Notary Seal: JEANNE K. DEMAREST, NOTARY PUBLIC, My Commission Is For Life, No. 23032, STATE OF LOUISIANA]*