Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 109745-0058

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Stephen Shivers
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

Name of Server: _Joe R. Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _17_ day of _May_, 20 _11_, at _9:50_ o'clock _A_ M

Place of Service: at _375 Teagarden Road (Shivers Homes)_, in _Gulfport 39507_ ~~Biloxi, MS 39532~~

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Stephen Shivers**

Person Served, and Method of Service:
X By personally delivering them into the hands of the person to be served.
☐ By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Stephen Shivers** at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Black_ ; Facial Hair _____
Approx. Age _36-50_ ; Approx. Height _5'10_ ; Approx. Weight _125_

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _18_ day of _May_, 20 _11_

Signature of Server
**APS International, Ltd.**

Notary Public — Christopher Bazinet
ID # 98685, State of Mississippi, Harrison County
Commission Expires March 29, 2015