IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | ) ) ) | 09 MD NO. 2047 |
| | ) ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| Case No.: 10-932 | ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW the undersigned, Connie Ray Stockham, and moves this Honorable Court for an order allowing the withdrawal of James M. Smith as counsel of record for Defendant Harleysville Mutual Insurance Company and the substitution as counsel of record of Connie Ray Stockham, with the law firm of Stockham, Carroll & Smith, P.C. As grounds in support of this motion, Defendant states that James M. Smith is no longer associated with the firm Stockham, Carroll & Smith, P.C.

Respectfully submitted this the 21st day of June, 2012.

_____
Connie Ray Stockham
Attorney for Harleysville Mutual
Insurance Company
Alabama State Bar: ASB-6238-K69C

OF COUNSEL:
Stockham, Carroll & Smith, P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, AL 35209
Direct Dial:   (205) 572-4220
Telephone:   (205) 879-9954
Email:   crs@stockhampc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion for Withdrawal and Substitution of Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, (kmiller@frilot.com), by U.S. Mail, and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of June, 2012.

Connie Ray Stockham (ASB-6238-K69C)