IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | ) ) ) | 09 MD NO. 2047 |
| _____ | ) ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| Case No.:  10-932 | ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

MOTION FOR WITHDRAWAL AND SUBSTITUION OF COUNSEL, filed by Connie Ray Stockham as counsel for Harleysville Mutual Insurance Company is hereby GRANTED.

**DONE this the _____ day of _____, 2012.**

_____
U.S. DISTRICT JUDGE