Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0071

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Al Brothers, Inc
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Illinois** ) ss.
County of: **Cook** )

Name of Server: **Lewis Ellis**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **6** day of **May**, 20 **11**, at **12:17** o'clock **P** M

Place of Service: at **919 S Charlotte St**, in **Lombard, IL 60148**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
Al Brothers, Inc **c/o Al Justis**
By delivering them into the hands of ~~an officer or managing agent~~ **Household Member** whose name and ~~title~~ **relationship** is: **Carolyn Justis, wife of Al Justis**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair **N/A**
Approx. Age **36-37**; Approx. Height **5'5"**; Approx. Weight **130 lbs**
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **9** day of **May**, 20 **11**

Signature of Server

Notary Public       (Commission Expires) **11-24-13**

**APS International, Ltd.**

OFFICIAL SEAL
CAROL PLANO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/24/13