Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110234-0181

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Blackhawk Partners, LLC
Court Case No. 09-07628

---

State of: FLORIDA _____ ) ss.
County of: PALM BEACH _____ )

**Name of Server:** MICHAEL ROCCO _____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 2ND day of MAY , 20 11 , at 4:15 o'clock P. M

**Place of Service:** at 7601 N. Federal Highway, Ste. A165 , in Boca Raton, FL 33487

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Blackhawk Partners, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: PAT HARRIS, PARALEGAL / AUTHORIZED EMPLOYEE

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color BLONDE ; Facial Hair ____
Approx. Age 60 ; Approx. Height 5'5" ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**

Undersigned declares under penalty of perjury that the foregoing is true and correct.

MICHAEL ROCCO
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
3RD day of MAY , 20 11

JONATHAN LEVY
Notary Public          (Commission Expires)