Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0231

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bove Company
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __FLORIDA__ ) ss.
County of: __ST JOHNS__ )

Name of Server: __PATRICIA LOUGHERY__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __30__ day of __APRIL__, 20 __11__, at __12:20__ o'clock __P__ M

Place of Service: at __115 Professional Drive, Suite 101__, in __Ponte Vedra Beach, FL 32092__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Bove Company**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __PHYLLIS BOVE (SPOUSE)__
__ABOVE ADDRESS IS A RESIDENCE.__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __F__; Skin Color __W__; Hair Color __RED__; Facial Hair __—__
Approx. Age __40__; Approx. Height __5'6"__; Approx. Weight __160__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __5__ day of __MAY__, 20 __11__

Notary Public        (Commission Expires)

DENNIS F. BARTILUCCI
MY COMMISSION # DD706878
EXPIRES: November 15, 2011
1-800-3-NOTARY    Fl. Notary Discount Assoc. Co.