Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0264

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cardel Master Builder, Inc., dba Cardel Homes, c/o Corporation Trust Center
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: DELAWARE ) ss.
County of: NEW CASTLE )

**Name of Server:** GIOVANNA MESSINA, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 28 day of APRIL, 20 11, at 2:56 o'clock P M

**Place of Service:** at 1209 Orange Street, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Cardel Master Builder, Inc., dba Cardel Homes, c/o Corporation Trust Center
By delivering them into the hands of an officer or managing agent whose name and title is: SCOTT LASCALA, OPER. MNGR

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color BR ; Facial Hair
Approx. Age 35 ; Approx. Height 6'0" ; Approx. Weight 230 LBS

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 28 day of April, 20 11

Notary Public (Commission Expires)

EXPIRES MARCH 14, 2015
NOTARY PUBLIC STATE OF DELAWARE