Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0303

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Centerline Homes at Georgetown, LLC, c/o Leopold, Korn, Leopold & Snyder, P.A.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Broward_ )
Name of Server: _Felix Onate_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _2_ day of _May_, 20_11_, at _12:02_ o'clock _P_ M

Place of Service: at _825 Coral Ridge Dr._, in _Coral Springs, FL 33071_

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Centerline Homes at Georgetown, LLC, c/o Leopold, Korn, Leopold & Snyder, P.A.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Debbie Pasquale Receptionist_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair ___
Approx. Age _55_ ; Approx. Height _5'7_ ; Approx. Weight _140_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Felix Onate_
Signature of Server

Subscribed and sworn to before me this _4_ day of _May_, 20_11_

Notary Public    (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013