Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0063

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--CRF Management Co, Inc
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Polk__ )

Name of Server: __Andy Burgess__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __2__ day of __May__, 20 __11__, at __10:20__ o'clock __A__ M

Place of Service: at  500 South Florida Avenue, Suite 800 , in  Lakeland, FL  33801

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

Service of Process on:  A true and correct copy of the aforesaid document(s) was served on:
**CRF Management Co, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Michael Workman - Attorney__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair __No__
Approx. Age __30's__ ; Approx. Height __5'7"__ ; Approx. Weight __160__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Andy Burgess_
Signature of Server

Subscribed and sworn to before me this __2__ day of __May__, 20 __11__

_Sheila Buxton_
Notary Public         (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Sheila L Buxton
My Commission EE027472
Expires 10/16/2014