Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0253

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--DMH Development, Co.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **MS** ) ss.
County of: **Jones** )

**Name of Server:** **DAvy Keith**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **3** day of **MAy**, 20 **11**, at **6:27** o'clock **P.** M

**Place of Service:** at **11 Christina Drive**, in **Hatiesburg, MS 39402**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**DMH Development, Co.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **DAvid Harvey, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **Blonde** ; Facial Hair **N**
Approx. Age **38** ; Approx. Height **5'10** ; Approx. Weight **160**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **4** day of **May**, 20 **11**

Michelle Murray
Notary Public    (Commission Expires)

**APS International, Ltd.**

