Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0052

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Excel Construction of S.W. Florida, Inc
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

Name of Server: __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __3rd__ day of __May__, 20__11__, at __6:54__ o'clock __P__ M

Place of Service: at __2217 SW 43rd St__, in __Cape Coral, FL 33914__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Excel Construction of S.W. Florida, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Anthony Stirp, Registered Agent__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __Red__; Facial Hair _____
Approx. Age __40-45__; Approx. Height __6'0"__; Approx. Weight __180__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

X __Barbara Gray__  #15 7153
Signature of Server

Subscribed and sworn to before me this __9th__ day of __May__, 20 __11__

__Traci A. DeSalvo__  10/22/11
Notary Public    (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

2105