Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   110234-0116

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Global Home Builders, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida**  ) ss.
County of: **Martin**  )

Name of Server: **Amy M. Perron**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **3** day of **May**, 20 **11**, at **1:30** o'clock **P** M

Place of Service: at **217 E. Ocean Blvd.**, in **Stuart, FL 34994**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Global Home Builders, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Pam Coleman - Receptionist for Leif Grazi, Esq - Registered Agent**

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **—**
Approx. Age **38-42** ; Approx. Height **5'4"** ; Approx. Weight **115 lbs**

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Amy M. Perron*
Signature of Server

Subscribed and sworn to before me this **4** day of **May**, 20 **11**

*[signature]*   7-14-12
Notary Public   (Commission Expires)

APS International, Ltd.



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services