n and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0111

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Global Home Builders, of the Treasure Coast, Inc.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Martin )

**Name of Server:** Amy M. Perron, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3 day of May, 20 11, at 1:30 o'clock P M

**Place of Service:** at 217 E. Ocean Boulevard, in Stuart, FL 34994

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:**
A true and correct copy of the aforesaid document(s) was served on:
Global Home Builders, of the Treasure Coast, Inc.

**Person Served, and Method of Service:**
By delivering them into the hands of an officer or managing agent whose name and title is: Pam Coleman - Receptionist for Leif Grazi, ESQ - Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair —
Approx. Age 38-42 ; Approx. Height 5'4" ; Approx. Weight 115 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Amy M. Perron
Signature of Server

Subscribed and sworn to before me this 4 day of May, 20 11

7-14-12
Notary Public         (Commission Expires)

APS International, Ltd.

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services