Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by


## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   110234-0352

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--HPH Properties, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __ALABAMA__ ) ss.

County of: __JEFFERSON__ )

**Name of Server:** __DANIEL MOORE__ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __2__ day of __MAY__ , 20 __11__ , at __10:50__ o'clock __A__ M

**Place of Service:** at  2236 Cahaba Valley Drive, Suite 100 , in  Birmingham, AL ~~35542~~ 35242

**Documents Served:** the undersigned served the documents described as:

**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**

**Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**HPH Properties, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __PAUL TESSMAN, CONTROLLER__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:

Sex __M__ ; Skin Color __W__ ; Hair Color __BRN__ ; Facial Hair ____

Approx. Age __35__ ; Approx. Height __5'8"__ ; Approx. Weight __150__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Daniel moore_
Signature of Server

Subscribed and sworn to before me this
__2__ day of __MAY__ , 20 __11__

_Notary signature_ 5/21/14
Notary Public          (Commission Expires)

## APS International, Ltd.