Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0062

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--JB Plaster, Inc
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Mark Hritz**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **3rd** day of **May**, 20 **11**, at **5:04** o'clock **P** M

Place of Service: at **10830 Abernathy Street**, in **Bonita Springs, FL 34135**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**JB Plaster, Inc**

Person Served, and Method of Service:
By delivering them into the hands of an **Spouse of the President** whose name and title is: **Brijida Santago, spouse of the President Juan Reyes**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **tan**; Hair Color **Black**; Facial Hair ____
Approx. Age **30-40**; Approx. Height **5'4"**; Approx. Weight **130**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server **#157600**

Subscribed and sworn to before me this **9th** day of **May**, 20 **11**

**Traci A DeSalvo** **10/22/2011**
Notary Public (Commission Expires)

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

**APS International, Ltd.**

2119