Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0126

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--JM Interiors, Inc.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: St Lucie )

**Name of Server:** Bradley A Perron, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 9 day of May, 20 11, at 2:40 o'clock P M

**Place of Service:** at 2208 SW Abalon Circle, in Port St. Lucie, FL 34953

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
JM Interiors, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: John Morin, president, director

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color Wh; Hair Color Lt Br.; Facial Hair No
Approx. Age 45; Approx. Height 5'9"; Approx. Weight 180 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 9 day of May, 20 11
Amy M. Kreyling   9/25/14
Notary Public   (Commission Expires)

**APS International, Ltd.**



AMY M. KREYLING
MY COMMISSION # EE4439
EXPIRES: September 25, 2014
Fl. Notary Discount Assoc. Co.