Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0290

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--KB Home Fort Myers, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

**Name of Server:** _James A Aloi_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _2_ day of _May_, 20_11_, at _10:36_ o'clock _A_ M

**Place of Service:** at 1201 Hays St., in Tallahassee, FL 32301-2525

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
KB Home Fort Myers, LLC
By delivering them into the hands of an officer or managing agent whose name and title is: _Joyce Markley - process clerk_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Blk_ ; Facial Hair ___
Approx. Age _46_ ; Approx. Height _5'7_ ; Approx. Weight _141_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_  5-2-11
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this _2_ day of _May_, 20_11_

_[signature]_
Notary Public       (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 780389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019