Sean and Beth Payton, et. al., Plaintiff(s)

vs.

Knauf Gips KG, et. al., Defendant(s)

Service of Process by

**APS International, Ltd.**

**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110234-0265

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--L&W Supply Corporation, dba Seacoast Supply, c/o
Corporation Trust Center
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: DELAWARE ) ss.

County of: NEW CASTLE )

| | |
|---|---|
| **Name of Server:** | GIOVANNA MESSINA , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the 28 day of APRIL , 20 11 , at 2:56 o'clock P M |
| **Place of Service:** | at 1209 Orange Street , in Wilmington, DE 19801 |
| **Documents Served:** | the undersigned served the documents described as: Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: L&W Supply Corporation, dba Seacoast Supply, c/o Corporation Trust Center |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: SCOTT LASCALA, OPER. MNGR |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex M ; Skin Color W ; Hair Color BR ; Facial Hair Approx. Age 35 ; Approx. Height 6'0" ; Approx. Weight 230 LBS ☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |

**Signature of Server:**

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Giovanna Messina_

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
28 day of April , 20 11

_Anne M. Frascia_
Notary Public (Commission Expires)

ANNE M. FRASCIA
COMMISSION
EXPIRES
MARCH 14, 2015
NOTARY PUBLIC
STATE OF DELAWARE