Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110234-0323

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

Service of Process on:
--La Suprema Enterprise, Inc., c/o Steve M. Bimston,
Esquire, Rosenthal, Rosenthal, Rasco, Kaplan, LLC
Court Case No. 09-07628

State of: Florida            ) ss.
County of: Dade            )

**Name of Server:**  CARLOS AGUIRRE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**  that on the  2  day of  May , 20 11 , at  11:02 o'clock  A M

**Place of Service:**  at  One Aventura, Suite 600 , in  Aventura, FL  33180
20900 N.E. 30th Avenue

**Documents Served:**  the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

**Service of Process on:**  A true and correct copy of the aforesaid document(s) was served on:
**Person Served, and** **La Suprema Enterprise, Inc., c/o Steve M. Bimston, Esquire, Rosenthal, Rosenthal,**
**Method of Service:**  **Rasco, Kaplan, LLC**

By delivering them into the hands of an officer or managing agent whose name and
title is:  Steve Bimston R.A.

**Description of**  The person receiving documents is described as follows:
**Person Receiving**  Sex M ; Skin Color White ; Hair Color Grey ; Facial Hair
**Documents:**  Approx. Age 45 ; Approx. Height 5'11 ; Approx. Weight 170

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:**  Undersigned declares under penalty of perjury  Subscribed and sworn to before me this
that the foregoing is true and correct.  4 day of May , 20 11

_____  _____
Signature of Server  Notary Public        (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013