## Jacob L. Newton

| | |
|---|---|
| **From:** | Jacob L. Newton |
| **Sent:** | Thursday, June 14, 2012 8:44 PM |
| **To:** | Russ Herman; 'Lenny Davis'; Alevin@lfsblaw.com; Flonger@lfsblaw.com |
| **Cc:** | Sander L. Esserman; Judge Pate; Horkovich, Robert M.; Piazza, Anna M. |
| **Subject:** | RE: Knauf Settlement - Prospective Insurance Agreement--WCI Trust's Initial Requests for Information |

Russ, Lenny, Arnold and Fred,

I'm following up on the email below and the WCI Trust's initial requests for information. We have yet to receive any response from the PSC. As you know, Judge Fallon made it clear that he expects the PSC to cooperate with the WCI Trust and to provide information sufficient for the WCI Trust to properly evaluate the Knauf Settlement and the related Prospective Insurance Agreement. Your continued failure to respond leaves the WCI Trust with little choice but to take this matter before Judge Fallon. We are prepared to do that if necessary, but in the spirit of cooperation will give the PSC until the close of business on Tuesday, June 19, to respond to our pending requests.

Let me know if you have any questions or wish to discuss further.

Jake

Jacob L. Newton
Stutzman, Bromberg, Esserman & Plifka,
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201-2689
Telephone: (214) 969-4900
Facsimile: (214) 969-4999
Email: newton@sbep-law.com

This e-mail message, including any attachments, is intended only for the confidential use of the recipient(s) named above and, if intended as an attorney-client communication and/or work product, should be considered privileged and confidential. If you have received this message in error, please notify us by reply e-mail and then delete the original message and any copies. Nothing contained in this email message nor any attachment shall satisfy the requirements for a writing nor constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, Uniform Electronic Transactions Act nor any other law, rule or regulation, now or hereafter in effect, governing electronic transactions.

**From:** Jacob L. Newton
**Sent:** Tue 6/5/2012 9:42 AM
**To:** Russ Herman; 'Lenny Davis'; Alevin@lfsblaw.com; Flonger@lfsblaw.com
**Cc:** Sander L. Esserman; Judge Pate; Horkovich, Robert M.; Piazza, Anna M.
**Subject:** Knauf Settlement - Prospective Insurance Agreement--WCI Trust's Initial Requests for Information

Please see the attached letter from Sandy Esserman, counsel to the WCI Trust, containing the WCI Trust's initial requests for information concerning the proposed Knauf Settlement Agreement and the related Prospective Insurance Agreement. A hard copy of the letter will follow by Federal Express.

Thank you,

Jacob L. Newton
Stutzman, Bromberg, Esserman & Plifka,
A Professional Corporation

2323 Bryan Street, Suite 2200
Dallas, Texas 75201-2689
Telephone: (214) 969-4900
Facsimile: (214) 969-4999
Email: newton@sbep-law.com

This e-mail message, including any attachments, is intended only for the confidential use of the recipient(s) named above and, if intended as an attorney-client communication and/or work product, should be considered privileged and confidential. If you have received this message in error, please notify us by reply e-mail and then delete the original message and any copies. Nothing contained in this email message nor any attachment shall satisfy the requirements for a writing nor constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, Uniform Electronic Transactions Act nor any other law, rule or regulation, now or hereafter in effect, governing electronic transactions.

6/21/2012