Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0131

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lake Ashton Development Group II LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Polk__ )

**Name of Server:** __Andy Burgess__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __2__ day of __May__, 20 __11__, at __10:20__ o'clock __A__ M

**Place of Service:** at __500 South Florida Avenue, Suite 800__, in __Lakeland, FL 33801__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lake Ashton Development Group II LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Michael Workman - Attorney__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __Male__; Skin Color __White__; Hair Color __Brown__; Facial Hair __—__
Approx. Age __30's__; Approx. Height __5'7"__; Approx. Weight __160__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Andy Burgess_
Signature of Server

Subscribed and sworn to before me this __2__ day of __May__, 20 __11__

_Sheila Buxton_
Notary Public    (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Sheila L Buxton
My Commission EE027472
Expires 10/16/2014