Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110234-0068

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Legend Custom Builders, Inc
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Raymond V. Laakso**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **2nd** day of **May**, 20 **11**, at **11:05** o'clock **A** M

**Place of Service:** at   Forrester Hart Belisle & Whitaker, PL , in   Fort Myers, FL  33907
1429 Colonial Blvd, Ste 201

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Legend Custom Builders, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an **office manager** whose name and title is: **Lenore Lindsay, Office manager at Forrester, Hart Belisle + Whitaker**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **Brown** ; Facial Hair ___
Approx. Age **50** ; Approx. Height **5'1"** ; Approx. Weight **160**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   **9th** day of **May**, 20 **11**

Signature of Server #157154      Traci A. DeSalvo  10/22/11
Notary Public   (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

2177