Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0263

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lucra Investments, Inc.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __IDAHO__ ) ss.
County of: __TETON__ )

**Name of Server:** __BLAKE Fullmer__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __29th__ day of __April__, 20 __11__, at __2:36__ o'clock __P__ M

**Place of Service:** at __47 S. Main Street__, in __Driggs, ID 83422__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lucra Investments, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __KATHRYN HAGA__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __WHITE__ ; Hair Color __BROWN__ ; Facial Hair __NONE__
Approx. Age __40__ ; Approx. Height __5'10__ ; Approx. Weight __185__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Blake Full_
Signature of Server

Subscribed and sworn to before me this __29__ day of __April__, 20 __11__

_Alicia Williams_   10-22-16
Notary Public          (Commission Expires)

**APS International, Ltd.**

*Alicia A. Williams, Notary Public, State of Idaho*