Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0327

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Manuel Gonzales Terra Group, Intl.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida**  ) ss.
County of: **Dade** )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **3** day of **May**, 20 **11**, at **10:43** o'clock **A** M

Place of Service: at **1310 S. Greenway Drive**, in **Miami, FL 33134**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Manuel Gonzales Terra Group, Intl.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **FRANCISCO Gonzales V.P.**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Grey** ; Facial Hair ____
Approx. Age **45** ; Approx. Height **5'8** ; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **4** day of **May**, 20 **11**

Signature of Server        Notary Public        (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013