Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0150

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Maronda Homes, Inc of Florida
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Seminole )

**Name of Server:** J. N. Meadows, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3 day of May, 20 11, at 10:00 o'clock A M

**Place of Service:** at 3993 West First Street, in Sanford, FL 32771

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Maronda Homes, Inc of Florida**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Dominick Donato, Regional Land Manager

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Salt-Pepper Facial Hair No
Approx. Age 40's ; Approx. Height 5'8" ; Approx. Weight 180

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server 5-5-11
J.N. Meadows
APS International, Ltd.
#476

Subscribed and sworn to before me this 5 day of May, 20 11
Notary Public (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission # DD859349
Expires: MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.