Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   110234-0348

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Mazer's Discount Home Centers, Inc.
**Court Case No. 09-07628**

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __ALABAMA__ ) ss.
County of: __JEFFERSON__ )

Name of Server: __DANIEL MOORE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __30__ day of __APRIL__, 20 __11__, at __2:30__ o'clock __P__ M

Place of Service: at __816 Green Springs Highway__, in __Homewood, AL  35209__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
**Mazer's Discount Home Centers, Inc.**

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: __RODNEY COSBY, AUTHORIZED AGENT__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __B__ ; Hair Color __BLK__ ; Facial Hair ____
Approx. Age __40__ ; Approx. Height __6'1"__ ; Approx. Weight __250__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Daniel Moore__
Signature of Server

Subscribed and sworn to before me this __2__ day of __MAY__, 20 __11__

_____  __5/21/14__
Notary Public   (Commission Expires)

**APS International, Ltd.**