Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0286

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--Meadows of Estero-Bonita Springs, Limited Partnership,
dba Shelby Homes, c/o NRAI Services, Inc.
Court Case No. 09-07628

State of: _Florida_ ) ss.
County of: _Leon_ )

**Name of Server:** _James A Alol_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _2_ day of _May_, 20 _11_, at _1040_ o'clock _A_ M

**Place of Service:** at _515 E. Park Ave._, in _Tallahassee, FL 32301_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Meadows of Estero-Bonita Springs, Limited Partnership, dba Shelby Homes, c/o NRAI Services, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: _Jen Hancock- process clerk_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_; Skin Color _W_; Hair Color _Br_; Facial Hair _____
Approx. Age _48_; Approx. Height _5'8_; Approx. Weight _151_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_5·2·11_

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_2_ day of _May_, 20 _11_

Notary Public    (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790369
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019