Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110234-0291

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Meritage Homes of Florida, Inc., c/o Corporation Service Company

Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

**Name of Server:** _James A Alo_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _2_ day of _May_, 20_11_, at _1036_ o'clock _A_ M

**Place of Service:** at _1201 Hays St._, in _Tallahassee, FL  32301-2525_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Meritage Homes of Florida, Inc., c/o Corporation Service Company**
By delivering them into the hands of an officer or managing agent whose name and title is: _Joyce Mashley - process clerk_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_; Skin Color _W_; Hair Color _Blk_; Facial Hair _—_
Approx. Age _46_; Approx. Height _5' 7_; Approx. Weight _171_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_ 5-2-11
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this _2_ day of _May_, 20_11_
_[signature]_
Notary Public      (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 780868
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019