Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0334

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--South Kendall Construction Corp.
Court Case No. 09-07628

State of: _Florida_ ) ss.
County of: _Dade_

Name of Server: __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _2_ day of _May_, 20 _11_, at _4:20_ o'clock _P_ M

Place of Service: at _1101 Brickell Ave., Suite N-1101_, in _Miami, FL 33130_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**South Kendall Construction Corp.**

Person Served, and
Method of Service:
By delivering them into the hands of an officer or managing agent whose name and
title is: _AMY FIUZA Secretary_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _BROWN_ ; Facial Hair _____
Approx. Age _25_ ; Approx. Height _5'7_ ; Approx. Weight _220_

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this
_4_ day of _May_, 20 _11_

_____
Notary Public          (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013