Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0333

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Southwell Homes, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

**Name of Server:** _CARLOS AGUIRRE_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **2** day of **May**, 20 **11**, at **1:24** o'clock **P** M

**Place of Service:** at 16191 NW 57th Ave., in Miami, FL 33014

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Southwell Homes, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **David Southwell R.A.**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **White**; Facial Hair ____
Approx. Age **60**; Approx. Height **6'2**; Approx. Weight **250**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **4** day of **May**, 20 **11**

Signature of Server                    Notary Public                    (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013