Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0283

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Standard Pacific of South Florida, a Florida General Partnership, c/o NRAI Services, Inc.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Leon )

Name of Server: James A Plo_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 2 day of May, 20 11, at 10 40 o'clock A M

Place of Service: at 515 E. Park Ave., in Tallahassee, FL 32301

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Standard Pacific of South Florida, a Florida General Partnership, c/o NRAI Services, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Jan Hancoch - process clerk

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Br ; Facial Hair ___
Approx. Age 48 ; Approx. Height 5'8 ; Approx. Weight 151

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

5-2-10
Signature of Server

Subscribed and sworn to before me this 2 day of May, 20 11

_____ Notary Public     (Commission Expires)

APS International, Ltd.

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019