Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0269

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Stock Building Supply, LLC, c/o CT Corporation System
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **New Mexico** ) ss.
County of: **Santa Fe** )

**Name of Server:** **Jeff Bowers**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **29** day of **April**, 20 **11**, at **11:35** o'clock **A** M

**Place of Service:** at **123 East Marcy**, in **Santa Fe, NM 87501**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Stock Building Supply, LLC, c/o CT Corporation System**
By delivering them into the hands of an officer or managing agent whose name and title is: **Leanne Martorey (Agent)**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **Cau.**; Hair Color **Brn.**; Facial Hair **N/A**
Approx. Age **33**; Approx. Height **5'6**; Approx. Weight **130**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*[signature]*
Signature of Server

Subscribed and sworn to before me this ___ day of **April**, 20**11**

*[signature]*
Notary Public          (Commission Expires)

**APS International, Ltd.**

OFFICIAL SEAL
Cynthia M. Bowers
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires: 2/2/14