Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0292

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--The Ryland Group, Inc.
Court Case No. 09-07628

State of: Florida ) ss.
County of: Leon )

**Name of Server:** Jenna B Doi, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 2 day of May, 20 11, at 10:36 o'clock A M

**Place of Service:** at 1201 Hays St., in Tallahassee, FL 32301-2525

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
The Ryland Group, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is: Joyce Muntley - process clerk

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Blk ; Facial Hair ___
Approx. Age 48 ; Approx. Height 5'7 ; Approx. Weight 141

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server   5-2-11

Subscribed and sworn to before me this 2 day of May, 20 11

Notary Public   (Commission Expires)

APS International, Ltd.



DENNIS C. GILHOUSEN Jr
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-...