Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0066

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--United Home Builders, Inc
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: **Raymond V. Laakso**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 2nd day of May, 20 11, at 10:45 o'clock A M

Place of Service: at 1515 Broadway, in Fort Myers, FL 33901

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**United Home Builders, Inc**
By delivering them into the hands of a Paralegal whose name and title is: Ellen Stone, Paralegal for the Registered Agent Jeff Rice

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color Red ; Facial Hair ___
Approx. Age 50 ; Approx. Height 5'2" ; Approx. Weight 135

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Raymond V. Laakso_ #15715y
Signature of Server

Subscribed and sworn to before me this 9th day of May, 20 11

_Traci A. DeSalvo_ 10/22/11
Notary Public   (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

2116