Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0267

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--USG Corporation, c/o The Corporation Trust Company

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 09-07628

State of: DELAWARE ) ss.
County of: NEW CASTLE )

**Name of Server:** GIOVANNA MESSINA, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 28 day of APRIL, 20 11, at 2:56 o'clock P M

**Place of Service:** at Corporation Trust Center, in Wilmington, DE 19801
1209 Orange Street

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
USG Corporation, c/o The Corporation Trust Company
By delivering them into the hands of an officer or managing agent whose name and title is: SCOTT LASCALA, OPER. MNGR

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color BR ; Facial Hair ___
Approx. Age 35 ; Approx. Height 6'0" ; Approx. Weight 230 LBS

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Giovanna Messina*
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 28 day of April, 20 11

*Anne M. Francia*
Notary Public

[Notary Seal: ANNE M FRANCIA, MY COMMISSION EXPIRES MARCH 14, 2015, NOTARY PUBLIC STATE OF DELAWARE]