UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| The Mitchell Co., Inc. v. Knauf Gips KG, et al., Case No. 09-4115 (E.D. La.) | |
| Wiltz v. Beijing New Building Materials Public Ltd. Co., et al., Case No. 10-361 (E.D. La.) | |
| Gross v. Knauf Gips KG, et al., 2:09-cv-06690 (E.D. La.) | |

**ERRATA TO THE PLAINTIFFS' STEERING COMMITTEE'S GLOBAL STATEMENT OF FACTS IN OPPOSITION TO: (1) TAISHAN'S RENEWED MOTIONS TO VACATE THE DEFAULT JUDGMENTS AND DISMISS THE COMPLAINTS IN GERMANO AND MITCHELL AND (2) TAISHAN'S MOTIONS TO DISMISS THE COMPLAINTS IN GROSS AND WILTZ AND TO THE PLAINTIFFS' STEERING COMMITTEE'S RESPONSE IN OPPOSITION TO TAISHAN'S RENEWED MOTION PURSUANT TO RULES 55(C) AND 12(B)(2) TO VACATE THE ENTRY OF DEFAULT AND TO DISMISS AND AMICUS BRIEF ON <u>FLORIDA LAW RELATING TO JURISDICTIONAL ISSUES RAISED BY TAISHAN</u>**

At pages 42-43 of the Plaintiffs' Steering Committee's Global Statement of Facts in Opposition to: (1) Taishan's Renewed Motions to Vacate the Default Judgments and Dismiss the Complaints in *Germano* and *Mitchell* and (2) Taishan's Motions to Dismiss the Complaints in *Gross* and *Wiltz* ("PSC Global SOF") [Rec. Doc. No. 14215], the PSC stated the following:

> On March 30, 2006, Devon International received a sales confirmation from Taishan, again indicating that the shipment was to be sent to Pensacola, Florida. The agreement provided that the drywall would be packaged to include Devon Building Products' logo. It further provided that each sheet of the drywall would contain a statement that it "Meets or Exceeds ASTM C139604 Standard."
>
> The drywall was manufactured and shipped to the United States aboard the Sanko Rally to the Port of Pensacola. The Sanko Rally

>experienced bad weather on the trip to Pensacola. Because of the weather, the drywall was damaged in route from China to the Port of Pensacola. Consequently, because of the damage and the delay in shipment, NorPac did not purchase the drywall when it arrived at the Port of Pensacola. After NorPac refused to purchase all of the drywall, Devon International began selling the drywall to other customers. <u>One of those customers was Emerald Coast Building Supply</u>. In turn, Mitchell Company acquired drywall from Emerald Coast for some of its homes that it was constructing.

PSC Global SOF at 43 (emphasis added) (footnotes omitted).

At pages 4-5 of the PSC's Response in Opposition to Taishan's Renewed Motion Pursuant to Rules 55(c) and 12(b)(2) to Vacate the Entry of Default and to Dismiss and Amicus Brief on Florida Law Relating to Jurisdictional Issues Raised by Taishan [Rec. Doc. No. 14216], the PSC similarly stated:

>After North Pacific refused to purchase all of the drywall, Devon International began selling the drywall to other customers. *See* Scharf Dep. at 223:8-14. <u>One of those customers was Emerald Coast Building Supply</u>. *See* Sagafi Decl., Ex. 4. Indeed, Devon's bill of lading for the Sanko Rally shipment demonstrates that Emerald Coast purchased no fewer than 395 boards in that shipment. *Id*. In addition, Emerald Coast's August 20, 2009 submission to the U.S. Consumer Product Safety Commission confirms that Emerald Coast purchased 20 truckloads of Chinese Drywall (comprising more than half a million square feet) from North Pacific during July and August of 2006. *See* Sagafi Decl., Ex. 5, at SM0039. Each of the shipments originated at the Port of Pensacola where the Sanko Rally had docked. See Sagafi Decl., Ex. 5, at SM0046-130. Between April and July 2006, Rightway Drywall, Inc. ("Rightway") purchased at least 840 boards of drywall from Emerald Coast. These purchases are reflected in the purchase orders from Mitchell to Rightway for the purchase of drywall to be used and installed in the homes that Mitchell was building in Bilek Manor in Pensacola, Florida. *See* Declaration of Mike Jenkins dated 4/30/2012 ("Jenkins Decl."), filed herewith. As Mike Jenkins of Rightway affides, all of the drywall Rightway purchased for use in Bilek Manor came from Emerald Coast. Jenkins Decl. at 3.

PSC's *Mitchell* Response at 4 (emphasis added).

Counsel for Smoky Mountain (d/b/a Emerald Coast Building Supply) has taken issue

1

with our statement that Emerald Coast purchased Chinese Drywall from Devon International and has asked that we correct the record. Emerald Coast contends that it "did not purchase any drywall directly from Devon nor did it purchase any damaged drywall. As reflected in the records, drywall was purchased from North Pacific and was to be in Grade A condition." *See* email dated 6/14/2012 from Edward Briscoe to Steve Nicholas, attached hereto.

Accordingly, the PSC seeks to amend its filings to reflect Emerald Coast's statement concerning its purchase of Taishan's Chinese Drywall. The PSC contends, however, that whether Emerald Coast purchased Taishan's drywall directly from North Pacific or through Devon International in no way negates the Court's power to exercise jurisdiction over Taishan under the circumstances. Taishan's jurisdictional motions should be denied.

Respectfully submitted,

Dated: June 25, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Sandra L. Duggan (On the Brief)
Matthew C. Gaughan (On the Brief)
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
PODHURST ORSECK, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Patrick Montoya
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
LEVIN, PAPANTONIO, THOMAS, MITCHELL
 ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
LAMBERT AND NELSON
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
 & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
PARKER, WAICHMAN, ALONSO, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
MORGAN & MORGAN
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
LUMPKIN & REEVES
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Scott Alan George
SEEGER WEISS, LLP
77 Water Street, 26th Floor
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
dan@wbmllp.com

Richard J. Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
LEMMON LAW FIRM, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Errata to Plaintiffs' Steering Committee's Global Statement of Facts in Opposition To: (1) Taishan's Renewed Motions to Vacate the Default Judgments and Dismiss the Complaints in Germano and Mitchell and (2) Taishan's Motions to Dismiss the Complaints in Gross and Wiltz and to the Plaintiffs' Steering Committee's Response in Opposition to Taishan's Renewed Motion Pursuant to Rules 55(c) and 12(b)(2) to Vacate the Entry of Default and to Dismiss and Amicus Brief on Florida Law Relating to Jurisdictional Issues Raised by Taishan has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of June, 2012.

      /s/ Leonard A. Davis
      Leonard A. Davis, Esquire
      Herman, Herman & Katz, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      Ldavis@hhkc.com
      *Plaintiffs' Liaison Counsel*
      *MDL 2047*
      *Co-counsel for Plaintiffs*