# Lillian Flemming

| | |
|---|---|
| **From:** | Sandy Duggan [sduggan@lfsblaw.com] |
| **Sent:** | Monday, June 25, 2012 3:41 PM |
| **To:** | Lillian Flemming; Lenny Davis |
| **Subject:** | Attachment for Errata |
| **Attachments:** | Scan f001.pdf; ATT00001.htm |

From: "Edward J. Briscoe" <EBriscoe@fowler-white.com<mailto:EBriscoe@fowler-white.com>>
Date: June 14, 2012 2:46:57 PM CDT
To: "'SLN@cunninghambounds.com<mailto:SLN@cunninghambounds.com>'" <SLN@cunninghambounds.com<mailto:SLN@cunninghambounds.com>>
Cc: "Elizabeth J. Ferry" <EFerry@fowler-white.com<mailto:EFerry@fowler-white.com>>, "Helaine S. Goodner" <HGoodner@fowler-white.com<mailto:HGoodner@fowler-white.com>>
Subject: Taishan documents

Hello Steve:

Attached please an executed declaration re authenticity of the Smoky Mountain records.  In your briefing (specifically pg. 7), we note some factual errors that should be corrected and our providing the attached declaration should in nowise be considered a concession to the briefed facts or an admission of any kind other than the authenticity of the bates stamped documents referenced therein.  Smoky Mountain did not purchase any drywall directly from Devon nor did it purchase any damaged drywall.  As reflected in the records, drywall was purchased from North Pacific and was to be in Grade A condition.  Please correct your submission accordingly.  Thanks and take care, Ed



Edward J. Briscoe
MANAGING SHAREHOLDER

vCard | Biography | Website


305.789.9200 main
305.789.9252 direct
305.789.9201 fax
ebriscoe@fowler-white.com<mailto:ebriscoe@fowler-white.com>
Espirito Santo Plaza
1395 Brickell Avenue
14th Floor
Miami, Florida 33131

www.fowler-white.com<http://www.fowler-white.com>



From: Steve Nicholas [mailto:SLN@cunninghambounds.com]<mailto:[mailto:SLN@cunninghambounds.com]>
Sent: Monday, June 11, 2012 5:20 PM
To: Edward J. Briscoe

1

Subject: Taishan documents

Your docs begin about p 19.  Thanks

STEVE NICHOLAS
Post Office Box 66705
Mobile, Alabama  36660
Ph  251-471-6191
Fax  251-479-1031
sln@cunninghambounds.com<mailto:sln@cunninghambounds.com><mailto:sln@cunninghambounds.com>
www.cunninghambounds.com<http://www.cunninghambounds.com><http://www.cunninghambounds.com/>

[Description: Dark red CB logo-no 1958]

This email may contain privileged and confidential information protected by the attorney work product doctrine and attorney-client privilege.  If you receive this email in error, please notify the sender immediately.

<image001.png>
<image003.png>
<image004.jpg>
<cpsc Exhibits.pdf>
<Affidavit of RC for SMMI re PSC docs.pdf> <image001.png> <image003.png> <image004.jpg> **TAX MATTERS- IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.*** ***Attention: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

## AFFIDAVIT OF CUSTODIAN OF RECORDS FOR SMOKY MOUNTAIN MATERIALS, INC. D/B/A EMERALD COAST BUILDING MATERIALS

I am the duly authorized Custodian of Records for SMOKY MOUNTAIN MATERIALS, INC. d/b/a EMERALD COAST BUILDING MATERIALS, and having the authority to certify the records, pursuant to Federal Rules of Evidence 803(6) and 902(11), hereby declare that the records produced were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; were kept in the ordinary course of the regularly scheduled business activities; and were made by the regularly conducted activity as a regular practice.

The above is as to documents Bates labeled SM0044 through SM0130.

This affidavit is intended to satisfy the requirements of Federal Rules of Evidence 803(6) and 902(11).

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

_____        _____
Signature                                                            Printed Name  William B. Banning

Subscribed and sworn to before me on this the 13 day of June, 2012.

_____
Notary Public
My commission expires: 12/26/15

SANDRA LEE COPELAND
MY COMMISSION # EE 147912
EXPIRES: December 26, 2015
Bonded Thru Notary Public Underwriters