## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAG. JUDGE WILKINSON |
| | * | |
| *D.R. Horton, Inc. v. Knauf Gips KG, et al.* | * | |
| Case No. 12-00135 (M.D. Fl.) | * | |

### D.R. HORTON, INC.'S MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through its undersigned counsel, comes plaintiff, D.R. Horton, Inc., which moves this Honorable Court to enroll as additional counsel of record Erick Y. Miyagi, Edward J. Laperouse, II, and Kari A. Bergeron of the law firm of Taylor, Porter, Brooks & Phillips L.L.P.

**WHEREFORE**, D.R. Horton, Inc. moves for an Order enrolling additional counsel of record.

Respectfully Submitted,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

BY:   s/ Kari A. Bergeron
 Erick Y. Miyagi, #22533
   hiko.miyagi@taylorporter.com
 Edward J. Laperouse, II #29310
   ted.laperouse@taylorporter.com
 Kari A. Bergeron #31043
   kari.bergeron@taylorporter.com
 451 Florida Street, 8th Floor (70801)
 P. O. Box 2471
 Baton Rouge, LA 70821

611474.1

Phone: (225) 387-3221
Fax: (225) 346-8049

**s/ James M. Talley**
JAMES M. TALLEY, ESQUIRE
Florida Bar No.: 331961
Fisher, Rushmer, Werrenrath,
Dickson, Talley & Dunlap, P.A.
P.O. Box 712
Orlando, FL 32802-0712
Telephone: (407) 843-2111
Fax: (407) 422-1080
Email: jtalley@fisherlawfirm.com

**Attorneys for D.R. Horton, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that the above pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, and Kerry Miller, Defendants' Liaison Counsel, by U.S. Mail and email and to all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, on the 27th day of June, 2012.

s/ Kari A. Bergeron

611474.1