Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0165

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Acadian Builders and Contractors, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
County of: ASCENSION PARISH )

**Name of Server:** WILLIAM HUMBLE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5TH day of MAY, 20 11, at 11:13 o'clock A M

**Place of Service:** at 6473 Highway 44, Ste. 201, in Gonzales, LA 70737

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Acadian Builders and Contractors, LLC
By delivering them into the hands of an officer or managing agent whose name and title is: CHRISTINE PETERSON - CONTROLLER

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color BLONDE Facial Hair N/A
Approx. Age 48 ; Approx. Height 5'6" ; Approx. Weight 125 lbs.
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*William Humble*
Signature of Server

Subscribed and sworn to before me this 9 day of May, 2011

*Sandra M. Hutchinson*
Notary Public    (Commission Expires) At death

APS International, Ltd.

**Sandra M. Hutchinson**
**Notary Public ID #60480**