Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG. et. al., Defendant(s)

Service of Process by

APS International, Ltd.
1-800-328-7171

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File: Intervenor IC

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Adams Homes of North West Florida, Inc.
Court Case No. 09-07628

State of: Florida ) ss.
County of: Santa Rosa )

| | |
|---|---|
| **Name of Server:** | Gayle Meade, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on 03-May-2011 04:40 pm |
| **Place of Service:** | at 3000 Gulf Breeze Parkway, city of Gulf Breeze, state of FL |
| **Documents Served:** | the undersigned served the documents described as: Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: Adams Homes of North West Florida, Inc. By delivering them into the hands of an officer or managing agent whose name and title is Shelly Sepulveda, Executive Assistant |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex F ; Skin Color white ; Hair Color blonde ; Facial Hair N/A Approx. Age 30 ; Approx. Height 5'01" ; Approx. Weight 110 ✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. *Gayle Meade #473* Signature of Server | Subscribed and sworn to before me this 12th day of May, 2011 *[signature]* Notary Public   2014 (Commission Expires) |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis. MN 55439-3122

APS File: 110234-73



KRISTINA TRAIL
MY COMMISSION # EE 009861
EXPIRES: July 19, 2014
Bonded Thru Notary Public Underwriters