Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 110234-0248

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Anthony Skrmetti
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

**Name of Server:** _Joe R Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _11_ day of _May_, 20_11_, at _6:44_ o'clock _A_ M

**Place of Service:** at _96 Daniels Way_, in _Saucier, MS 39574_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Anthony Skrmetti**

[X] By personally delivering them into the hands of the person to be served.

[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Anthony Skrmetti** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_; Skin Color _White_; Hair Color _Gray_; Facial Hair _____
Approx. Age _55-62_; Approx. Height _5'10_; Approx. Weight _175_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this _11th_ day of _May_, 20_11_

_Sharon M. McKinney_
Notary Public (Commission Expires)
11-19-2014

STATE OF MISSISSIPPI
SHARON M. McKINNEY
ID No 54413
Comm Expires Nov. 19, 2014
NOTARY PUBLIC HARRISON COUNTY