Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0120

## AFFIDAVIT OF DUE AND DILIGENT ATTEMPT

Service of Process on:
--B&W Complete Construction, Inc.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Customer File: Intervenor IC

State of: __Florida__ ) ss.
County of: __St Lucie__ )

Name of Server: __Bradley A Perron__, undersigned, being duly sworn, deposes and says that at all times mentioned herein, s/he was of legal age and was not a party to this action;

**Documents Served:** the undersigned attempted to serve the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:** The undersigned attempted to serve the documents on
**B&W Complete Construction, Inc.**
and after due and diligent efforts, was unable to effect service.
**Attempts:** The following is a list of the attempts made to effect service:

Dates/Time/Address Attempted: 5257 NW Gamma St., Port St. Lucie, FL 34986
Reason for Non-Service: __Residence is VACANT   5-18-11__

Dates/Time/Address Attempted: _____
Reason for Non-Service: _____

Dates/Time/Address Attempted: _____
Reason for Non-Service: _____

☐ Based upon the above stated facts, Affiant believes the defendant is avoiding service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this __18__ day of __May__, 20 __11__

_Amy M. Kreyling_ 9/25/14
Notary Public     (Commission Expires)

**APS International, Ltd.**

AMY M. KREYLING
MY COMMISSION # EE4439
EXPIRES: September 25, 2014
1-800-3-NOTARY   Fl. Notary Discount Assoc. Co.