Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0050

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Barony Homes, Inc
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __9th__ day of __May__, 20 __11__, at __6:05__ o'clock __P__ M

**Place of Service:** at __3520 SW 7th Terrace__, in __Cape Coral, FL  33904__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Barony Homes, Inc

**Person Served, and Method of Service:** By delivering them into the hands of a __co-resident with registered agent__ whose name and title is: __Theresa Donnelly, mother/co-resident with Michael Donnelly, Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __white__ ; Hair Color __Grey__ ; Facial Hair _____
Approx. Age __70-75__ ; Approx. Height __5'0"__ ; Approx. Weight __135__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __17th__ day of __May__, 20 __11__

_Barbara Gray_ #157153
Signature of Server

_[signature]_
Notary Public           (Commission Expires)

**APS International, Ltd.**

2103