Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0361

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bass Homes, Inc.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **BALDWIN** )

**Name of Server:** _NORRIS ARMSTRONG_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _11_ day of _MAY_, 20 _11_, at _11:15_ o'clock _A_ M

**Place of Service:** at _34661 State Highway 59_, in _Stapleton, AL 36578_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Bass Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _PATRICIA DEWBERRY SECT._

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _W_; Hair Color _BLONDE_; Facial Hair _NONE_
Approx. Age _35_; Approx. Height _5' 6"_; Approx. Weight _120_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _13th_ day of _May_, 20 _12_

Signature of Server

Notary Public    (Commission Expires)
06/24/2012

**APS International, Ltd.**