Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0272

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Baystate Drywall
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Broward__ )

**Name of Server:** __Fred Humphries__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __12__ day of __May__, 20 __11__, at __8:33__ o'clock __A__ M

**Place of Service:** at __14420 SW 23rd Street__, in __Davie, FL 33325__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

**Service of Process on:**
A true and correct copy of the aforesaid document(s) was served on:
**Baystate Drywall**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Josie Pare, Co-resident to R/A of Baystate Drywall, Claude Pare__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Blonde__ ; Facial Hair ____
Approx. Age __52__ ; Approx. Height __5'6"__ ; Approx. Weight __140__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __13th__ day of __May__, 20 __11__

Notary Public          (Commission Expires)

**APS International, Ltd.**

ERIC DEAL
Notary Public - State of Florida
My Comm. Expires May 31, 2014
Commission # DD 988482
Bonded Through National Notary Assn.