Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0038

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bender Construction & Development, Inc
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida**   ) ss.
County of: **Collier**   )

**Name of Server:** _Joseph R. Cripe_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **17th** day of **May**, 20**11**, at **6:45** o'clock **P** M

**Place of Service:** at **740 17th St SW**, in **Naples, FL  34117**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Bender Construction & Development, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Dave Bender as Registered Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair ___
Approx. Age **40**; Approx. Height **5'9"**; Approx. Weight **100**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **17th** day of **May**, 20 **11**

_Elena Alvarado_

Signature of Server _Joseph R. Cripe #157299_   Notary Public   (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
Commission DD775841
Expires 04/08/2012