Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0255

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Benoit Builders, LLC, f/k/a Benoit Builders & Realtors, Inc.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Mississippi** ) ss.
County of: **Jackson** )

Name of Server: **Donna Davis**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4** day of **May**, 20 **11**, at **5:50** o'clock **P** M

Place of Service: at **3015 Washington Avenue**, in **Pascagoula, MS 39565**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Benoit Builders, LLC, f/k/a Benoit Builders & Realtors, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Brent Benoit   owner**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Br**; Facial Hair **n/a**
Approx. Age **40**; Approx. Height **5'8"**; Approx. Weight **170**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Donna Davis*
Signature of Server

Subscribed and sworn to before me this **4** day of **May**, 20 **11**

*Craton H. Bennett*  3/28/15
Notary Public     (Commission Expires)

**APS International, Ltd.**

STATE OF MISSISSIPPI
CRATON H. BENNETT
NOTARY PUBLIC
ID No. 84526
Commission Expires
March 28, 2015
JACKSON COUNTY