Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0271

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bill Gregory Drywall
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Georgia ) ss.
County of: Walton )

**Name of Server:** Tim Quinn, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3 day of May, 20 11, at 8:00 o'clock P M

**Place of Service:** at 3775 Creekwood Circle, in Loganville, GA 30052

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Bill Gregory Drywall

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Bill Gregory — Owner CEO

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color White ; Facial Hair Beard
Approx. Age 50 ; Approx. Height 6'00" ; Approx. Weight 250

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Tim Quinn
Signature of Server

Subscribed and sworn to before me this 3rd day of May, 20 11

Notary Public      (Commission Expires)

JAMES F ESTLUND
NOTARY
EXPIRES
GEORGIA
DEC. 30, 2011
GWINNETT COUNTY
PUBLIC

**APS International, Ltd.**