Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 110234-0247

# AFFIDAVIT OF SERVICE -- Individual

**Service of Process on:**
--Brian Papania
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MISSISSIPPI** ) ss.
County of: **PEARL RIVER** )

**Name of Server:** **STEVEN SCHOLTES**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **8** day of **MAY**, 20 **11**, at **1246** o'clock **P** M

**Place of Service:** at 22074 ~~Family~~ **Baily** Lane, in Picayune, MS 39466

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Brian Papania**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of **CYNTHIA PAPANIA**, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Brian Papania** at the place of service, and whose relationship to the person is: **WIFE/OTHER**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **BRWN**; Facial Hair **NO**
Approx. Age **45**; Approx. Height **128**; Approx. Weight **56**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing ~~is true and~~ correct.

Subscribed and sworn to before me this **9** day of **May**, 20 **11**

*(signature)*
Signature of Server

*(signature)* April 26, 2015
Notary Public    (Commission Expires)

**APS International, Ltd.**

*[Notary seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 98899, TINA FRANCO, Commission Expires April 26, 2015, HANCOCK COUNTY]*