Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0088

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--C. Adams Construction and Design LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: Orleans )

Name of Server: Dwayne M. Jeanjacques, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 12 day of May, 20 11, at 12:35 o'clock P M

Place of Service: at 5235 Magazine Street, in New Orleans, LA 70115

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**C. Adams Construction and Design LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: Chris Adams

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color ____ ; Facial Hair ____
Approx. Age ____ ; Approx. Height ____ ; Approx. Weight ____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this ___ day of May, 20 11

Notary Public (Commission Expires)

**APS International, Ltd.**