Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0158

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Catalano Custom Homes, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LA_ ) ss.
County of: _St. Tammany_ )
Name of Server: _Kyle Ehrenreich_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _12_ day of _May_, 20 _11_, at _3:11_ o'clock _P_ M

Place of Service: at _71 Victoria Lane_, in _Mandeville, LA 70448_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Catalano Custom Homes, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Frank Catalano auth. to accept service_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_; Skin Color _W_; Hair Color ____; Facial Hair ____
Approx. Age ____; Approx. Height ____; Approx. Weight ____

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kyle Ehrenreich_
Signature of Server

Subscribed and sworn to before me this ___ day of _May_, 20 _11_

Notary Public (Commission Expires)

**APS International, Ltd.**