Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0129

## AFFIDAVIT OF SERVICE -- Corporate

**Service of Process on:**
--Centurion Homes of Louisiana, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **LA** ) ss.
County of: **St. Tammany** )

Name of Server: **Kyle Ohrenreich**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **14** day of **May**, 20 **11**, at **3:25** o'clock **P** M

Place of Service: at **210 Eydie Lane**, in **Slidell, LA  70458**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Centurion Homes of Louisiana, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Thomas Meagher, auth to accept svc**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color ____; Facial Hair ____
Approx. Age ____; Approx. Height ____; Approx. Weight ____

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this ____ day of ____, 20 ____
_____
Notary Public

**APS International, Ltd.**