Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 110234-0156

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Chris Cadis
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LA ) ss.
County of: St. Tammany )

Name of Server: Kyle Chicurvida, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 12 day of May, 20 11, at _____ o'clock ___ M

Place of Service: at 472 East Chase Ct., in Mandeville, LA 70448

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Chris Cadis**

Person Served, and Method of Service:
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of Ann Cadis with accept svc., a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Chris Cadis** at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 16 day of _____, 20 11.

Signature of Server
APS International, Ltd.

Notary Public   (Commission Expires)