Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #:  110234-0357

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

--Christopher M Odom
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: ALABAMA ) ss.
County of: MOBILE )

**Name of Server:** Norris Armstrong, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 25 day of MAY, 20 11, at 1:00 o'clock P M

**Place of Service:** at ~~107 Westwood Street~~ 150 DuRHu DR APT 150, in Mobile, AL ~~36606~~ 36608

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Christopher M Odom**

**Person Served, and Method of Service:**
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Christopher M Odom** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color W; Hair Color BROWN; Facial Hair NONE
Approx. Age 45; Approx. Height 5'10"; Approx. Weight 165

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 27th day of May, 2011

Notary Public      (Commission Expires)
06/24/2012

Accepted By _____ Apt Leasing agent.