Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0040

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Corner Stone Construction of S.W. Florida, Inc., a/k/a
Cornerstone Construction of Collier Co., LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Collier** )

**Name of Server:** **Joseph R. Cripe**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **9th** day of **May**, 20 **11**, at **11:15** o'clock **A** M

**Place of Service:** at **8416 Mallow Lane**, in **Naples, FL 34113**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**

A true and correct copy of the aforesaid document(s) was served on:
**Corner Stone Construction of S.W. Florida, Inc., a/k/a Cornerstone Construction of Collier Co., LLC**
By delivering them into the hands of an ~~officer~~ **family member at residence** whose name and title is: **Amy Russetto, daughter of the Registered Agent Daniel Russetto**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **Blonde**; Facial Hair ____
Approx. Age **20**; Approx. Height **5'6"**; Approx. Weight **130**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  #157299

**APS International, Ltd.**

Subscribed and sworn to before me this **17th** day of **May**, 20 **11**

Notary Public     (Commission Expires)

2130