Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0115

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Craftmaster, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

**State of:** LA ) ss.
**County of:** St. Tammany )
**Name of Server:** Kyle Ehrenreich, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 13th day of May, 20 11, at 2:44 o'clock PM

**Place of Service:** at 300 Pencarrow Circle, in Madisonville, LA 70447

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Craftmaster, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: Milton Foersterling auth to accept serv.

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M; Skin Color W; Hair Color ____; Facial Hair ____
Approx. Age ____; Approx. Height ____; Approx. Weight ____

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this ___ day of _____, 20__

Notary Public        (Commission Expires)

**APS International, Ltd.**