Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0084

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Crosby Development Company, L.L.C.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _Jefferson_ )

**Name of Server:** _Dwayne M. Jeanjacques_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _29_ day of _June_, 20 _11_, at _1:50_ o'clock _P_ M

**Place of Service:** at 311 Rue St. Ann _/401 Rue St. Ann_, in Metairie, LA 70005

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Crosby Development Company, L.L.C.
By delivering them into the hands of an officer or managing agent whose name and title is: _John Crosby III_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_
Signature of Server

Subscribed and sworn to before me this _29th_ day of _June_, 20 _11_
_Amy Tordenot_
Notary Public
28577
(Commission Expires)
_upon death_

**APS International, Ltd.**