Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0080

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Danal Homes Development, Inc.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: BROWARD )

**Name of Server:** JESSE PICONE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3RD day of MAY, 20 11, at 10:26 o'clock __M

**Place of Service:** at 2500 Weston Rd., Ste. 404, in Weston, FL 33331

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Danal Homes Development, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: ELLEN PILELSKY, ATTORNEY / AUTHORIZED AGENT

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color BROWN ; Facial Hair ___
Approx. Age 45 ; Approx. Height 5'5" ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

JESSE PICONE
Signature of Server

Subscribed and sworn to before me this ___ day of AUGUST, 20 11

JONATHAN LEVY
Notary Public           (Commission Expires)

APS International, Ltd.

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission # DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.