Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0112

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Darwin Sharp Construction, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LA_ ) ss.
County of: _Tangipahoa_ )

Name of Server: _Kyle Ehrenreich_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _13th_ day of _May_, 20 _11_, at _2:10_ o'clock _P_ M

Place of Service: at 17313 Kat Kaw Road, in Franklinton, LA 70438

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Darwin Sharp Construction, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: _Darwin Sharp auth. to accept service_

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _16_ day of _May_, 20_11_

Notary Public (Commission Expires)

**APS International, Ltd.**