Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0193

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--DC Builders, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: **LOUISIANA** ) ss.
County of: **EAST BATON ROUGE PARISH**

**Name of Server:** **WILLIAM HUMBLE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **6TH** day of **MAY**, 20 **11**, at **3:04** o'clock **P** M

**Place of Service:** at **9109 Greenwell Springs, Port Hudson Road**, in **Zachary, LA 70791**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**DC Builders, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **PAT HUGHES - SECRETARY**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **WHITE** ; Hair Color **BROWN** ; Facial Hair **N/A**
Approx. Age **58** ; Approx. Height **5'8"** ; Approx. Weight **130 lbs.**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*William Humble*
Signature of Server

Subscribed and sworn to before me this **9** day of **May**, 20 **11**

*Sandra M. Hutchinson*
Notary Public    (Commission Expires)
**at death**

APS International, Ltd.

Sandra M. Hutchinson
Notary Public ID #60480