Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0182

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Design Contractors, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **LOUISIANA** ) ss.
County of: **ASCENSION PARISH** )

**Name of Server:** **WILLIAM HUMBLE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **13TH** day of **MAY**, 20 **11**, at **7:37** o'clock **P** M

**Place of Service:** at **40177 BORDEAUX STREET**, in Prairieville, LA 70769

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Design Contractors, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **WAYNE CLOSE - OWNER**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **WHITE**; Hair Color **Blonde**; Facial Hair **N/A**
Approx. Age **45**; Approx. Height **6'2**; Approx. Weight **240**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_William Humble_
Signature of Server

Subscribed and sworn to before me this **17** day of **May**, 20 **11**

_Sandra M. Hutchinson_
Notary Public    (Commission Expires)
at death

APS International, Ltd.

Sandra M. Hutchinson
Notary Public ID #60480