Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0245

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Drywall Service, Inc.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MISSISSIPPI** ) ss.
County of: **PEARL RIVER**
Name of Server: **STEVEN SCHOLTES**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4** day of **MAY**, 20 **11**, at **3:01** o'clock **P**M

Place of Service: at **306 McSween Road**, in **Picaune, MS 39466**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Drywall Service, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **HUBERT SEAL III   REGISTERED AGENT**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **BRWN**; Facial Hair **NO**
Approx. Age **55**; Approx. Height **5'10**; Approx. Weight **240**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is ~~true~~ and correct.

Signature of Server

Subscribed and sworn to before me this **5** day of **May**, 20 **11**

Notary Public    (Commission Expires)

**APS International, Ltd.**

