Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0250

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Drywall Service
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

**Name of Server:** _Joe Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _4_ day of _May_, 20_11_, at _10:07_ o'clock _A_ M

**Place of Service:** at _20257 Dan Walker Road_, in _Saucier, MS  39574_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Drywall Service**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Mrs Mary Bieland - Secretary_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _white_ ; Hair Color _white/gray_ ; Facial Hair ____
Approx. Age _65-72_ ; Approx. Height _5'5_ ; Approx. Weight _140_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this _4th_ day of _May_, 20 _11_

_Christopher Bazinet_   MAR 29 2015
Notary Public         (Commission Expires)

**APS International, Ltd.**



Sean and Beth Payton, et, al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0246

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Drywall Service
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: MISSISSIPPI ) ss.
County of: PEARL RIVER

**Name of Server:** STEVEN SCHOLTES, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4 day of MAY, 20 11, at 3:01 o'clock PM

**Place of Service:** at 312 McSween Road, in Picaune, MS 39466

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Drywall Service**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: HUBERT SEAL III REGISTERED AGENT

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color W; Hair Color BRWN; Facial Hair NO
Approx. Age 55; Approx. Height 5'10; Approx. Weight 240

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 5 day of May, 20 11
04/26/2015

Signature of Server       Notary Public       (Commission Expires)

**APS International, Ltd.**

