Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   110234-0211

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Dupree Construction Company, Inc., n/k/a Dupree
Construction Company, LLC
Court Case No. 09-07628

State of: _LOUISIANA_ ) ss.
Parish
~~County~~ of: _LIVINGSTON_ )

**Name of Server:** _Tom Cassisa_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _7th_ day of _May_, 20 _11_, at _10:45_ o'clock _A_ M

**Place of Service:** at _17607 Heritage Estates Dr._ ~~10626 Timberlake Ave.~~, in   _Baton Rouge, LA   70810_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Dupree Construction Company, Inc., n/k/a Dupree Construction Company, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _Mr. Charles Dupree, Owner_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _N/A_
Approx. Age _50 yrs_ Approx. Height _6'0"_ ; Approx. Weight _245 lbs_
[X] To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this
_7TH_ day of _MAY_, 20 _11_

_James Gallalon_ 4/29/13
Notary Public        (Commission Expires)

**APS International, Ltd.**