Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   110234-0210

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--E. Jacob Fakouri Construction, Inc.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.
Parish County of: _LIVINGSTON_ )

| | |
|---|---|
| Name of Server: | _Tom Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the _9th_ day of _MAY_, 20 _11_, at _1:01_ o'clock _P_ M |
| Place of Service: | at  15735 Florida Blvd. , in  Baton Rouge, LA  70819 |
| Documents Served: | the undersigned served the documents described as: |

**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**

**Complaint in Intervention (IC); Exhibit A**

| | |
|---|---|
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: |
| | **E. Jacob Fakouri Construction, Inc.** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: _Ms. Kathy Sugges, Office Clerk_ |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _N/A_ Approx. Age _40 yrs_; Approx. Height _5'7"_ ; Approx. Weight _200 lbs_ |

X To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_Tom Cassesa_
Signature of Server

Subscribed and sworn to before me this
_9TH_ day of _MAY_ , 20 _11_

_Jenny Miller_ 4/29/13
Notary Public          (Commission Expires)

**APS International, Ltd.**