UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * ** * * * * * * ** * *

**THIS DOCUMENT RELATES TO:** *Germano, et. al. v. Taishan Gypsum Co., Ltd., et al.,* **Case No. 09-6687***; The Mitchell Co., Inc. v. Knauf Gips KG et al.,* **Case No. 09-4115***; Gross et al. v. Knauf Gips KG et al.,* **Case No. 09-6690**; *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.,* **Case No. 10-361**

**TAISHAN DEFENDANTS' OBJECTION TO ERRATA TO THE PLAINTIFFS' STEERING COMMITTEE'S GLOBAL STATEMENT OF FACTS IN OPPOSITION TO: (1) TAISHAN'S RENEWED MOTIONS TO VACATE THE DEFAULT JUDGMENTS AND DISMISS THE COMPLAINTS IN GERMANO AND MITCHELL AND (2) TAISHAN'S MOTIONS TO DISMISS THE COMPLAINTS IN GROSS AND WILTZ AND TO THE PLAINTIFFS' STEERING COMMITTEE'S RESPONSE IN OPPOSITION TOTAISHAN'S RENEWED MOTION PURSUANT TO RULES 55(C) AND 12(B)(2) TO VACATE THE ENTRY OF DEFAULT AND TO DISMISS AND AMICUS BRIEF ON FLORIDA LAW RELATING TO <u>JURISDICTIONAL ISSUES RAISED BY TAISHAN</u>**

Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd. ("TTP") (together, "Defendants"), by their attorneys Hogan Lovells US LLP ("HL") and Stanley, Reuter, Ross, Thornton & Alford, LLC, submit this objection to the "Errata to the Plaintiffs' Steering Committee's Global Statement of Facts in Opposition to: (1) Taishan's Renewed Motions To Vacate the Default Judgments and Dismiss the Complaints in *Germano* and *Mitchell* and (2) Taishan's Motions to Dismiss the Complaints in *Gross* and *Wiltz* and to the Plaintiffs' Steering Committee's Response In Opposition to Taishan's Renewed Motion Pursuant to Rules 55(C) and 12(B)(2) to Vacate the Entry of Default and to Dismiss and Amicus Brief on Florida Law

Relating to Jurisdictional Issues Raised by Taishan" (R. Doc. No. 15019) ("Errata"), which was filed on June 25, 2012.

In this Errata, the PSC is attempting to amend its Global Statement of Facts and its Oppositions to the Taishan Defendants' Motions to Dismiss in *Gross* and *Wiltz* because certain "facts" asserted in its papers, about the purchase of drywall by Emerald Coast Building Supply were incorrect. (R. Doc. No. 14215 at 43; R. Doc. No. 14216). These alleged facts were purportedly based upon the Declaration of Kristen Law Sagafi, counsel for The Mitchell Co., Inc.

This is not entirely surprising, as the Taishan Defendants noted in their "Evidentiary Objections to the PSC's Oppositions to the Taishan Defendants' Jurisdictional Motions" (currently pending before this Court), Ms. Sagifi's Declaration regarding this issue was inadmissible hearsay and thus unreliable because:

> The declarant, who purports to be counsel for the Mitchell Co., Inc., seeks to introduce evidence in the form of documents apparently created by other entities; thus she states that documents "appear to comprise", etc. The declarant is not competent to authenticate documents produced by other entities and without a proper foundation the statements contained in those documents is hearsay.

Evidentiary Objections (R. Doc. No. 14576 at 11, Objection No. 30). Rather, the fact that the PSC now attempts to amend its filings because Ms. Sagafi's Declaration was inaccurate only reinforces the need to ensure that the Court, as is required, base its decision on admissible evidence and not unreliable hearsay.

Further, it appears that the PSC still does not understand the need to base its facts on admissible evidence. Despite the issues caused by Ms. Sagifi's impermissible hearsay statement, the PSC now seeks to revise its filings based on an e-mail from Edward J. Briscoe, counsel for Smoky Mountain d/b/a Emerald Coast Building Supply, stating that: "Smoky Mountain did not purchase any drywall directly from Devon nor did it purchase any damaged drywall. As reflected

2

in the records, drywall was purchased from North Pacific and was to be in Grade A condition." (Ex. A to Errata). But, as with the earlier Sagafi Declaration, this is also inadmissible hearsay with no indicia of reliability.

In sum, the PSC's Errata highlights the need for admissible evidence in order to base any decision on trustworthy facts. Accordingly, the Taishan Defendants object to the PSC's attempt to rely on inadmissible hearsay in both its filings (as noted in our Evidentiary Objections) or its attempts to correct its filings (as noted in the instant Objection) related to Taishan's jurisdictional motions, and request that such proposed evidence be excluded by the Court in addressing the jurisdictional motions.

Dated: June 27, 2012

                              Respectfully submitted,

                              */s/* Thomas P. Owen Jr.
                              Richard C. Stanley (La. Bar No. 8487)
                              Thomas P. Owen, Jr. (La. Bar No. 28181)
                              STANLEY, REUTER, ROSS, THORNTON
                              & ALFORD, LLC
                              909 Poydras Street, Suite 2500
                              New Orleans, Louisiana 70112
                              Telephone: 504-523-1580
                              Facsimile: 504-524-0069
                              rcs@stanleyreuter.com
                              tpo@stanleyreuter.com

Joe Cyr
Frank T. Spano
Eric Statman
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100
Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Eric.statman@hoganlovells.com

**Attorneys for Defendants**
**Taishan Gypsum Co. Ltd. and Tai'an**
**Taishan Plasterboard Co., Ltd.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of June, 2012.

/s/ Thomas P. Owen, Jr.