Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0362

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Empire Construction, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __ALABAMA__ ) ss.
County of: __BALDWIN__ )

**Name of Server:** __NORRIS ARMSTRONG__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __11__ day of __MAY__, 20 __11__, at __9:05__ o'clock __A__ M

**Place of Service:** at __30441 State Highway 59__, in __Loxley, AL 36551__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Empire Construction, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: __SHANE WARREN   BKKP__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __W__; Hair Color __BLOND__; Facial Hair __NONE__
Approx. Age __35__; Approx. Height __5'8__; Approx. Weight __110__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __13th__ day of __May__, 20 __11__

Signature of Server

Notary Public    (Commission Expires)
06/24/2012

**APS International, Ltd.**