Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0053

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Enchanted Homes, Inc
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: **Donald Skipper II**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 14th day of May, 20 11, at 5:14 o'clock P M

Place of Service: at 11915 King James Court, in Cape Coral, FL 33991

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
**Enchanted Homes, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Charles Frazier, President**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Blonde ; Facial Hair ___
Approx. Age 45-50; Approx. Height 6'0"; Approx. Weight 200

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #15797

Subscribed and sworn to before me this 23rd day of May, 20 11

Traci A. DeSalvo  10/22/11
Notary Public      (Commission Expires)
TRACI A. DESALVO
Comm# DD727925
Expires 10/22/11
Florida Notary Assn.

**APS International, Ltd.**

2104