Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0185

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Executive Home Builders, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **LOUISIANA** ) ss.
County of: **ASCENSION PARISH** )

**Name of Server:** **WILLIAM HUMBLE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4TH** day of **MAY**, 20 **11**, at **5:40** o'clock **P** M

**Place of Service:** at **12040 Niece Rd.**, in **St. Amant, LA  70774**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Executive Home Builders, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **JAMIE CLOUATRE - SECRETARY**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **WHITE**; Hair Color **BLONDE**; Facial Hair **N/A**
Approx. Age **38**; Approx. Height **5'6"**; Approx. Weight **130 lbs.**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*William Humble*
Signature of Server

Subscribed and sworn to before me this **4th** day of **May**, 20 **11**

*Catherine Edwards*
Notary Public       (Commission Expires)

APS International, Ltd.

Catherine Edwards, Notary Public # 48899
Lifetime Commission in Livingston Parish, La.