Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0273

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
—GL Homes Limited Corporation, aka GL Homes Limited Corporation

Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: BROWARD )

**Name of Server:** JESSE PICONE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5TH day of MAY, 20 11, at 5:13 o'clock P. M

**Place of Service:** at 1600 Sawgrass Corporate Parkway, Ste. 300, in Sunrise, FL 33323

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
GL Homes Limited Corporation, aka GL Homes Limited Corporation

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: STEVE HELFMAN, REGISTERED AGENT

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color PEPPER ; Facial Hair
Approx. Age 55 ; Approx. Height 5'10" ; Approx. Weight 190

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

JESSE PICONE
Signature of Server

Subscribed and sworn to before me this 7TH day of MAY, 20 11

JONATHAN LEVY
Notary Public            (Commission Expires)

**APS International, Ltd.**