Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0304

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gold Coast Homes of SW Florida
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 4th day of May, 20 11, at 6:05 o'clock P M

Place of Service: at 2422 SE 28th St., in Cape Coral, FL 33904

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Gold Coast Homes of SW Florida**

Person Served, and Method of Service:
By delivering them into the hands of a Spouse of Registered Agent whose name and title is: Antoinette Casman, spouse of the Registered Agent David Casman

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F; Skin Color white; Hair Color Brown; Facial Hair ___
Approx. Age 46; Approx. Height 5'0"; Approx. Weight 110

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray #15713
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 11 day of May, 20 11

Elena Alvarado
Notary Public        (Commission Expires)

Notary Public, State of Florida
Elena G Alvarado
My Commission DD___
Expires 04/0___

2128