Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 110234-0095

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Gwen Core
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LA** ) ss.
County of: **St. Tammany** )

Name of Server: **Kyle Ehrenreich**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **13th** day of **May**, 20 **11**, at **10:59** o'clock **A** M

Place of Service: at **44 Park Lane**, in **Folsom, LA 70137**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
**Gwen Core**

Person Served, and Method of Service:
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Gwen Core** at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color _____; Facial Hair _____
Approx. Age _____; Approx. Height _____; Approx. Weight _____

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Kyle Ehrenreich*
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this _____ day of _____, 20__
Notary Public
(Commission Expires)
[Notary seal: State of Louisiana]