Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0195

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--H.C. Owen Builder, Inc.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
County of: _EAST BATON ROUGE PARISH_

**Name of Server:** _WILLIAM HUMBLE_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _6TH_ day of _MAY_, 20 _11_, at _3:15_ o'clock _P_ M

**Place of Service:** at _5654 Main Street_, in _Zachary, LA 70791_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
H.C. Owen Builder, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _LILA SEYMOUR - MANAGER_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_; Skin Color _WHITE_; Hair Color _BLONDE_; Facial Hair _N/A_
Approx. Age _48_; Approx. Height _5'7"_; Approx. Weight _125 lbs._
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this _9_ day of _May_, 20 _11_

_[signature]_
Notary Public    (Commission Expires)

APS International, Ltd.

Sandra M. Hutchinson
Notary Public ID #60480