Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0056

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hammer Construction Services, Ltd
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **18th** day of **May**, 20 **11**, at **7:15** o'clock **P** M

Place of Service: at **12660 Palmetto Pines Drive**, in **Cape Coral, FL  33909**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Hammer Construction Services, Ltd**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Kelly Denmark, Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **Brown** ; Facial Hair ____
Approx. Age **40-50** ; Approx. Height **5'0"** ; Approx. Weight **105**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Barbara Gray_
Signature of Server #157153

Subscribed and sworn to before me this **23rd** day of **May**, 20 **11**

_Traci A. DeSalvo_  10/22/11
Notary Public        (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

2108