Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0042

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Heights Custom Homes, LLC, a/k/a Heights Properties, LLC

Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Collier__ )

Name of Server: __Joseph R. Cripe__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __5th__ day of __May__, 20 __11__, at __11:25__ o'clock __A__ M

Place of Service: at __2180 Immokalee Rd, Ste 316__, in __Naples, FL 34110__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Heights Custom Homes, LLC, a/k/a Heights Properties, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: __Kevin Denti, Registered Agent - Heights Properties LLC__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Salt/pepper__ ; Facial Hair ____
Approx. Age __45__ ; Approx. Height __5'9"__ ; Approx. Weight __175__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #157299

Subscribed and sworn to before me this __17th__ day of __May__, 20 __11__

Notary Public     (Commission Expires)

**APS International, Ltd.**

2133