Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0351

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Highland Lakes, LLC, d/b/a Eddleman Homes, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Alabama ) ss.
County of: Jefferson )

**Name of Server:** Daniel Moore, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 16 day of May, 20 11, at 2:00 o'clock P M

**Place of Service:** at 2700 Highway 280, Suite 425, in Birmingham, AL 35223

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Highland Lakes, LLC, d/b/a Eddleman Homes, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: Leta Hunt, Authorized Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Red ; Facial Hair ___
Approx. Age 45 ; Approx. Height 5'7" ; Approx. Weight 140

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Daniel Moore_
Signature of Server

Subscribed and sworn to before me this 17 day of May, 20 11

_Martha Moore_   5/21/14
Notary Public   (Commission Expires)

**APS International, Ltd.**