Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0280

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Holiday Builders, Inc.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Joseph E Careano**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **2** day of **May**, 20 **11**, at **10:55** o'clock **A** M

Place of Service: at **2293 West Eau Gallie Blvd.**, in **Melbourne, FL 32935**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Holiday Builders, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Refused to give name - sitting at Front Desk**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **BL**; Facial Hair **N**
Approx. Age **60s**; Approx. Height **5'5"**; Approx. Weight **110**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this
**2nd** day of **May**, 20**11**

Notary Public   (Commission Expires)

**APS International, Ltd.**



ALFRED S. PULASKI
MY COMMISSION # DD 978287
EXPIRES: April 4, 2014
Bonded Thru Budget Notary Services