UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**ORDER**

On June 4, 2012, the Court issued an Order & Reasons Preliminarily Approving the Settlement Agreement Regarding the Claims Involving Builders, Installers, Suppliers, and Participating Insurers, Conditionally Certifying a Settlement Class, Approving the Form Notice to Class Members, and Staying Claims Against Builders, Installers, Suppliers, and Participating Insurers. (R. Doc. 14562). As part of this Order & Reasons, the Court issued a stay on the prosecution of all claims and Chinese drywall-related actions against the Participating Defendants and Participating Insurers, pending the settlement proceedings and further orders of the Court. *See id.* at p. 24.

Following entry of the stay order, the Court was contacted by Judge Nicole Still of the 10th Judicial Circuit Court, State of Alabama, regarding the Court's stay order and its effect upon a case before Judge Still. This case is *Nathan Fincher v. Mazer's Discount Home Centers, Inc.*, Case No. 01-CV-2010-001470.00, and it is properly stayed under the Court's Order & Reasons. Specifically, Judge Still informed the Court that the parties in *Fincher* scheduled and paid for the related expenses for an expert deposition prior to entry of the Court's stay, and the parties are seeking a limited exception to the Court's stay to conduct this single deposition. After consulting with Judge Still, the Court finds that it is appropriate, given the *sui generis* circumstances of the

situation, to allow a limited exception to the stay order for this single deposition to proceed in *Fincher*. In all other respects, the Court's stay order remains in effect.

      New Orleans, Louisiana, this 27th day of June 2012.

                                    ELDON E. FALLON
                                    UNITED STATES DISTRICT JUDGE