Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0090

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Interior/Exterior Enterprises, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: Orleans )

Name of Server: Dwayne M. Jeanjacques, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 12 day of May, 20 11, at 11:10 o'clock A M

Place of Service: at 727 South Cortez Street, in New Orleans, LA 70119

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Interior/Exterior Enterprises, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: Holly Thompson

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color ____ ; Facial Hair ____
Approx. Age ____ ; Approx. Height ____ ; Approx. Weight ____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.                                 16 day of May, 2011

Signature of Server                                                     Notary Public         (Commission Expires)

**APS International, Ltd.**

My Commission
Is For Life
No. 23032
STATE OF LOUISIANA
NOTARY PUBLIC