Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110234-0183

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J. Helms Construction, Inc., dba Sundown Development
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

**State of:** FLORIDA ) ss.
**County of:** PALM BEACH )

**Name of Server:** MICHAEL ROCCO, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 10TH day of MAY, 20 11, at 9:20 o'clock A. M

**Place of Service:** at 8297 Southeast Country Estates Way, in Jupiter, FL 33458

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
J. Helms Construction, Inc., dba Sundown Development

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: MR. J. HELMS, OWNER

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color BALD ; Facial Hair
Approx. Age 60 ; Approx. Height 5'7" ; Approx. Weight 175

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

MICHAEL ROCCO
Signature of Server

Subscribed and sworn to before me this 12 day of MAY, 20 11

JONATHAN LEVY
Notary Public    (Commission Expires)

**APS International, Ltd.**