# EXHIBIT A

# CONTRACT

CONTRACT NO.: EX-USD-20051019

DATE: Oct.21,2005

Seller: KNAUF PLASTERBOARD (TIANJIN) CO.,LTD.
Address: NORTH YINHE BRIDGE, EAST JINGJIN ROAR, BEICHEN DISTRICT,TIANJIN 300400 P.R.CHINA
Attn: Mark Norris          TEL NO.: 86 22-26972777          FAX: 86 22-26973349

Buyer: INTERIOR/EXTERIOR BUILDING SUPPLY, L.P.
Address: P.O.BOX 4002,NEW ORLEANS, LOUISIANA , USA
Attn: Clay Geary          TEL NO.: 001-985-8922334          FAX: 001-985-8097699

| DESCRIPION | SPECIFICATION | QUANTITY | | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | | (PCS) | (M2) | USD/pc | (USD) |
| | | | | | FAS Tianjin, China |
| STD Board | 1220*3860*12.5mm TE | 100000 | 446520 | 4.20 | $420,000.00 |
| | | | | | |
| TOTAL | | | | | $420,000.00 |
| SAYING: US DOLLARS FOUR HUNDRED TWENTY THOUSAND ONLY. | | | | | |

REMARKS: 10% more or less both in quantity and amount.

SHIPPING DATE: Latest delivery FAS Tianjin, China November 30,2005

PAYMENT TERMS: Irrevocable L/C at sight.

Insurance : Covered by buyer

DELIVERY TERMS: FAS Tianjin, China                    DESTINATION: New Orleans port

SELLER
SIGNATURE:

ARBITRATION:     TIANJIN, P.R.C
*Interior/Exterior Building supply L.P.*
*By Interior/Exterior Enterprises, LLC, GP*
BUYER
SIGNATURE: *By: EPC Leng, Member*

BANK ACCOUNT:
THE HONGKONG
AND SHANGHAI BANKING CORP LTD TIANJIN BRANCH
SWIFT CODE: HSBCNSHTJN
BENIFICIARY: KNAUF PLASTERBOARD(TIANJIN)CO.,LTD
          A/C: 005-003371-055

BANK ACCOUNT:

INT/EXT00525

INT_EXT00001

2005 Nov 17 13:25     HP LASERJET FAX                    . . . . . . . . . . . . .                    P-1

# CONTRACT

CONTRACT NO.: EX-USD-20051117

DATE: NOV.17,2005

Seller: KNAUF PLASTERBOARD (TIANJIN) CO.,LTD.
Address: NORTH YINHE BRIDGE, EAST JINGJIN ROAR, BEICHEN DISTRICT,TIANJIN 300400 P.R.CHINA
Attn: Mark Norris          TEL NO.: 86 22-26972777          FAX: 86 22-26973349

Buyer: INTERIOR/EXTERIOR BUILDING SUPPLY, L.P.
Address: P.O.BOX 4002,NEW ORLEANS, LOUISIANA , USA
Attn: Clay Geary          TEL NO.: 001-985-8022334          FAX: 001-985-8097599

| DESCRIPION | SPECIFICATION | QUANTITY | | UNIT PRICE | AMOUNT |
| | | (PCS) | (M2) | USD/m2 | (USD) |
| --- | --- | --- | --- | --- | --- |
| | | | | | FAS Tianjin,China |
| STO Board | 1220*3660*12.5mm TE | 150000 | 669750 | 4.40 | $660,000.00 |
| | | | | | |
| TOTAL | | | | | $660,000.00 |
| SAYING: US DOLLARS SIX HUNDRED AND SIXTY THOUSAND ONLY. | | | | | |

REMARKS: 10% more or less both in quantity and amount.

SHIPPING DATE: Latest delivery FAS Tianjin, China , before Dec. 30,2005

PAYMENT TERMS: Irrevocable L/C at sight.

Insurance  : To be covered by buyer.

DELIVERY TERMS: FAS Tianjin, China                    DESTINATION: New Orleans port

SELLER
SIGNATURE:                                           ARBITRATION:     TIANJIN, P.R.C

                                                     BUYER
                                                     SIGNAYURE:

BANK ACCOUNT:                                        BANK ACCOUNT:
THE HONGKONG
AND SHANGHAI BANKING CORP LTD TIANJIN BRANCH
SWIFT CODE: HSBCNSHTJN
BENIFICIARY: KNAUF PLASTERBOARD(TIANJIN)CO.,LTD
               A/C: 004-003371-055

INT/EXT00468

2005 Dec 21 18:03 HP LASERJET FAX

p. 3
001
P, 02

31/12 05 WED 03:40 FAX
DEC-20-2005 TUE 07:30 AM INTERIOR/EXTERIOR

FAX NO. 5042100081

# CONTRACT

CONTRACT NO.: EX-USG-10031213

DATE: Dec.13,2005

Seller: KNAUF PLASTERBOARD (TIANJIN) CO.,LTD.
Address: NORTH YINHE BRIDGE, EAST JINGJIN ROAD, BEICHEN DISTRICT,TIANJIN 300400 P.R.CHINA
Attn: Mark Norris
TEL NO.: 86 23-48972177  FAX: 86 22-26973349

Buyer: INTERIOR/EXTERIOR BUILDING SUPPLY,L.P.
Address: P.O.BOX 4002,NEW ORLEANS, LOUISIANA, USA
Attn: Clay Geary.
TEL NO.: 001-985-8922334  FAX: 001-985-8087885

| DESCRIPTION | SPECIFICATION | QUANTITY (PCS) | (M2) | UNIT PRICE USD/pc | AMOUNT (USD) |
|---|---|---|---|---|---|
| | | | | | FAB Tianjin,China |
| STD Board | 1220-2440*12.5mm TE | 100000 | 441620 | 4.40 | $440,000.00 |
| | | | | | $440,000.00 |
| TOTAL | | | | | |

SAYING: US DOLLARS FOUR HUNDRED AND FORTY THOUSAND ONLY.

REMARKS: 30% more or less both in quantity and amount.

SHIPPING DATE: Seller delivery the goods in Tianjin plant before Jan.15th,2006.
Latest delivery FAB Tianjin according to bulk shipment date.

PAYMENT TERMS: Irrevocable L/C at sight.
Insurance : To be covered by buyer
DELIVERY TERMS: FAB Tianjin, China

DESTINATION: New Orleans port

SELLER SIGNATURE:

ARBITRATION: Tianjin, P.R.C
BUYER SIGNATURE:

BANK ACCOUNT:
THE HONGKONG
AND SHANGHAI BANKING CORP LTD TIANJIN BRANCH
SWIFT CODE: HSBCNBHTJN
BENEFICIARY: KNAUF PLASTERBOARD(TIANJIN)CO.,LTD
A/C: 008-063371-055

BANK ACCOUNT:

INT/EXT00430