## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * * * * | **MDL NO.: 2047** |
| | | **SECTION: L** |
| **THIS DOCUMENT APPLIES TO:** | * * | **JUDGE FALLON** |
| *Slidell Property Mgt., LLC v. Knauf GIPS KG et al*<br>Case No. 09-6068 | * * * * | **MAG. JUDGE WILKINSON** |
| *John Campbell v. Knauf GIPS KG, et al*<br>OCI - Case No. 09-7628 | * * * | |
| *Slidell Property Mgt., LLC v. Knauf GIPS KG, et al*<br>OCI - Case No. 09-7628 | * * * * | |
| *Slidell Property Mgt., LLC v. Beijing New Building Materials, et al*<br>OCII - Case No. 10-361 | * * * * | |
| *Slidell Property Mgt., LLC v. Knauf GIPS KG, et al*<br>OCIII - Case No. 09-6690 | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

**UPON CONSIDERATION** of the above and foregoing Motion for Leave to file Complaint for Intervention;

**IT IS HEREBY ORDERED** that Intervenor's, Lambert & Nelson, PLC, Motion for Leave to file Complaint for Intervention is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the above and foregoing Complaint for Intervention be filed and served as prayed for in accordance with the law.

Signed this __27th__ day of _____June_____, 2012.

_____
**HONORABLE JUDGE ELDON E. FALLON**