IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO.: 2047<br><br>SECTION: L |
| THIS DOCUMENT APPLIES TO: | * * | JUDGE FALLON |
| *Slidell Property Mgt., LLC v. Knauf GIPS KG et al*<br>Case No. 09-6068 | * * * * | |
| *John Campbell v. Knauf GIPS KG, et al*<br>OCI - Case No. 09-7628 | * * * | MAG. JUDGE WILKINSON |
| *Slidell Property Mgt., LLC v. Knauf GIPS KG, et al*<br>OCI - Case No. 09-7628 | * * * * | |
| *Slidell Property Mgt., LLC v. Beijing New Building Materials, et al*<br>OCII - Case No. 10-361 | * * * * | |
| *Slidell Property Mgt., LLC v. Knauf GIPS KG, et al*<br>OCIII - Case No. 09-6690 | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT FOR INTERVENTION

**NOW INTO COURT**, through undersigned counsel, comes Lambert & Nelson, PLC, ("Lambert & Nelson" or "Intervenor") a law firm licensed to do and doing business in the State of Louisiana, who for its Complaint for Intervention respectfully represents as follows:

1.

The Plaintiff, Slidell Property Management, L.L.C. ("SPM") and John Campbell entered into an agreement with Intervenor, Lambert & Nelson, for the representation of

Plaintiffs; however, subsequent thereto, Lambert & Nelson notified SPM and Mr. Campbell that of its desire to withdraw as counsel of record.

2.

Under the provisions of LSA R.S. 37:218, Intervenor has acquired an interest in the outcome of this litigation, to the extent of the assignment of said interest in the subject matter of this lawsuit as provided by said contract of employment dated May 6, 2010, and Intervenor desires to claim that amount out of any recovery made by the plaintiffs herein. (A copy of the Attorney-Client contract is attached hereto as Exhibit "A").

3.

Intervenor further shows that in addition to the above mentioned interest which they have acquired in this mater, Intervenor has also advanced funds/costs and incurred numerous expenses totaling $11,102.56 as of June 19, 2012 in connection with the investigation and prosecution of this claim on behalf of plaintiffs, and Intervenor is entitled to reimbursement for said expenditures out of any recovery made by plaintiffs herein in addition to Intervenor's fee.

**WHEREFORE**, Intervenor respectfully prays that he be permitted to become a party of this suit and that any recovery made by Plaintiffs in this action, whether a judgment or settlement, be so apportioned in said judgment or settlement that the claim of Intervenor's for attorneys' fees and costs be made payable to Intervenor, together with costs of this action and with legal interest thereon from the date of judicial demand until paid.

Respectfully submitted,

/s/ Hugh P. Lambert
HUGH P. LAMBERT, T.A. (LA Bar #7933)
CAYCE C. PETERSON, ESQ. (LA Bar #32217)
LAMBERT & NELSON, P.L.C.
701 Magazine Street
New Orleans, LA 70130
Telephone:  (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com
cpeterson@lamnel.com

**PLEASE SERVE THE COMPLAINT FOR INTERVENTION AS FOLLOWS:**

**John Campbell**
66 Chicken Street
Wilton, CT 06897

**WB Property Management, LLC**
c/o John Campbell
66 Chicken Street
Wilton, CT 06897

**Slidell Property Management, LLC**
Through the agent for service of process:
1011 North Causeway Blvd., Ste. 3
Mandeville, LA 70471

**John Campbell; Slidell Property Management, LLC**
Through his Attorney:
Warren Horn, Esq.
Heller, Draper, Hayden, Patrick & Horn, LLC
650 Poydras Street, Ste. 2500
New Orleans, LA 70130

Knauf GIPS KG
Through its Attorney:
Kerry J. Miller, Esq.
Frilot L.L.C.
1100 Poydras St., Suite 3700
New Orleans, LA 70163-3700

Mark Spatz, Esq.
Kaye, Scholer, LLP
425 Park Ave.
New York, NY 10022-3509

**Springhill, LLC**
Through its Attorney:
James M. Garner, Esq.
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
909 Poydras St., 28th Floor
New Orleans, LA 70112-1033

**Southern Homes, LLC**
Through its Attorney:
James M. Garner, Esq.
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
909 Poydras St., 28th Floor
New Orleans, LA 70112-1033

**Adrian Kornman**
Through his Attorney:
James M. Garner, Esq.
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
909 Poydras St., 28th Floor
New Orleans, LA 70112-1033

**Interior/Exterior Building Supply, LP**
Through its Attorney:
Richard G. Duplantier, Jr., Esq.
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras St., 40th Floor
New Orleans, LA 70139

## RETAINER AGREEMENT

**State of Connecticut**

**County of Fairfield**

This CONTRACT OF EMPLOYMENT made and entered into by and between:

## SLIDELL PROPERTY MANAGEMENT, LLC

hereinafter referred to as "Client" and Lambert and Nelson, PLC as "Attorney".

WITNESSETH:

WHEREAS, the said Client has a claim or claims arising out of **DAMAGES CAUSED BY "CHINESE DRYWALL" USED IN HIS PROPERTIES LOCATED IN THE OAK PLAIN SUBDIVISION AT THE FOLLOWING ADDRESSES:1000 Clairise Court, 1001 Clairise Court, 1004 Clairise Court, 1005 Clairise Court, 1008 Clairise Court, 1009 Clairise Court, 1012 Clairise Court, 1013 Clairise Court, 1016 Clairise Court, 1017 Clairise Court, 1020 Clairise Court, 1021 Clairise Court, 1024 Clairise Court, 1025 Clairise Court, 1028 Clairise Court, 1029 Clairise Court, 1032 Clairise Court, 1033 Clairise Court, 1036 Clairise Court, 1037 Clairise Court, 1040 Clairise Court, 1041 Clairise Court, 1044 Clairise Court, 1045 Clairise Court, 1048 Clairise Court, 1049 Clairise Court, 1052 Clairise Court, 1053 Clairise Court, 1057 Clairise Court, 1061 Clairise Court, 1065 Clairise Court, 1069 Clairise Court, 1072 Clairise Court, 1073 Clairise Court, 1076 Clairise Court, 1080 Clairise Court, 1084 Clairise Court, 1088 Clairise Court, 1089 Clairise Court, 1092 Clairise Court, 1096 Clairise Court, and 1100 Clairise Court, ALL IN SLIDELL, LOUISIANA, AND CLAIMS AGAINST KNAUF, SPRINGHILL, LLC, SOUTHERN HOMES, LLC, ADRIAN KORNMAN, SCOTTSDALE INSURANCE COMPANY, LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, AND ANY OTHER RELEVANT ENTITY WHOSE IDENTITY IS CURRENTLY UNKNOWN TO THE PARTIES.**

WHEREAS, Client hereby employs and retains Lambert and Nelson, PLC to represent him in said claim by conference, negotiation, suit or otherwise, upon the following terms and conditions:

1. Lambert and Nelson, PLC is to receive, as compensation for its services, <u>27.5%</u> of whatever is collected in settlement or judgment from Client's claims.

2. The parties agree that Client is responsible for up to a maximum of Twenty Thousand Dollars ($20,000.00) for litigation-related costs incurred by Lambert and Nelson, PLC in pursuit of the referenced litigation. Litigation-related costs do not include any cost of remediation expended or incurred by Client. The amount of litigation-related costs, up to the limit

_____
Initials

**EXHIBIT "A"**

    of Twenty Thousand Dollars ($20,000.00), is to be paid out of the final recovery separate, apart, and subsequent to the payment of attorneys' fees.

  3. The parties agree that Lambert and Nelson, PLC may spend whatever amounts it deems necessary in the pursuit of this litigation to properly prepare and present this matter for trial.  It is understood that Client has also expended some likely recoverable costs, i.e. appraisals and inspections, for which Lambert and Nelson, PLC will also seek reimbursement on behalf of Client in this litigation.

  4. If an award is given specifically for litigation related costs in the final settlement or judgment in this matter, then the full amount awarded for litigation related costs will be reimbursed to Lambert and Nelson, PLC. However, costs that were incurred directly by Client, separate and apart from those litigation-related costs referenced in paragraph 2 above, will be reimbursed to the Client, i.e. appraisals, inspections, remediation appraisals incurred directly by the Client.

  5. This contract is subject to the additional condition, to-wit:
    -Lambert and Nelson, PLC reserves the right to associate additional counsel in this matter at no additional cost to Client

  IT IS UNDERSTOOD AND AGREED between the parties that this contract is intended to and does hereby assign, transfer, set over and deliver unto Lambert and Nelson, PLC as its fee, for the representation of Client in said claim and/or claims, an interest in the claim and/or claims, under the terms and conditions aforesaid, in accordance with the provision of Louisiana law including, but not limited to, La.R.S. 37:218 or any other applicable provision.

  IT IS FURTHER UNDERSTOOD AND AGREED between the parties that, should Client withdraw from this action, or breach this contract by seeking other representation, then Lambert and Nelson, PLC shall be owed all reasonable legal fees for work performed specifically related to the above referenced litigation for the Client, at the rate of $200.00 per hour for attorneys and such lesser rate as is customary for paralegals and support staff, in the event that the aforementioned percentages are deemed inapplicable.  These amounts are due and owing immediately following any such breach.

  THUS DONE AND SIGNED AT 66 Chicken Street,
                (ADDRESS)

Wilton,CT 06897 in the presence of the undersigned competent witnesses, on
 (CITY)  (STATE)

this _6th___ day of __May_____, 2010.

**EXHIBIT "A"**

WITNESSES:                          SLIDELL PROPERTY MANAGEMENT, LLC

                                    */s/ John F. Campbell*

_____      _____
Name:                               By:    John F. Campbell
                                    Title: Member
_____      Date:  May 6th, 2010
Name:

                                                                    _____
                                                                      Initials

**EXHIBIT "A"**