Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0023

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Jon A Wilder, Inc.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Flagler_ )
Name of Server: _Kevin Whitton_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _23rd_ day of _September_, 20 _11_, at _3:45_ o'clock _P_ M

Place of Service: at ~~1 Enterprise Drive~~ _1212 Central Ave. S._, in ~~Bunnell, FL 32110~~ _Flagler Beach, FL 32136_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Jon A Wilder, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: _Jon Wilder / President_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _M_; Skin Color _W_; Hair Color _Gray_; Facial Hair ___
Approx. Age _60_; Approx. Height _5'9"_; Approx. Weight _200_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this _26th_ day of _September_, 20 _11_

_[signature]_
Notary Public          (Commission Expires)

**APS International, Ltd.**

CHRISTIN ERJAVEC
Commission # DD 933371
Expires October 15, 2013
Bonded Thru Troy Fain Insurance 800-385-7019