Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 110234-0354

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

--Jonathan Scott Shewmake
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio

510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _ALABAMA_ ) ss.
County of: _MOBILE_ )

**Name of Server:** _NORRIS ARMSTRONG_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _5_ day of _MAY_ , 20 _11_ , at _10 59_ o'clock _A_ M

**Place of Service:** at 8495 Celeste Road , in Saraland, AL 36571

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**

A true and correct copy of the aforesaid document(s) was served on:
**Jonathan Scott Shewmake**

☐ By personally delivering them into the hands of the person to be served. _HOUSE KEEPER_

☑ By delivering them into the hands of _LADONNA MOORE_ , a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Jonathan Scott Shewmake**

at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:**

The person receiving documents is described as follows:
Sex _F_ ; Skin Color _WHITE_ ; Hair Color _BLOND_ ; Facial Hair _NONE_
Approx. Age _30's_ ; Approx. Height _5'7"_ ; Approx. Weight _130_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this _6th_ day of _May_ , 20 _11_

Notary Public (Commission Expires)
_06/24/2012_