Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0251

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Just-Rite Supply, Corporation Service Company

Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **MS** ) ss.
County of: **Jones** )

Name of Server: **Terry Keith**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **5** day of **May**, 20 **11**, at **1:30** o'clock **P.** M

Place of Service: at **506 South President Street**, in **Jackson, MS  39201**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Just-Rite Supply, Corporation Service Company**
By delivering them into the hands of an officer or managing agent whose name and title is: **Danny Perry, Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **Brown** ; Facial Hair **No**
Approx. Age **40** ; Approx. Height **Sitting** ; Approx. Weight **Sitting**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Terry Keith**
Signature of Server

Subscribed and sworn to before me this **6** day of **May**, 20 **11**

**Michelle Murray**
Notary Public          (Commission Expires)



**APS International, Ltd.**