Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0136

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--La Drywall
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LA_ ) ss.
County of: _St. Tammany_ )

**Name of Server:** _Kyle Ehrenreich_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _14_ day of _May_, 20_11_, at _2:31_ o'clock _P_M

**Place of Service:** at  36276 Sigrid Ln , in  Slidell, LA  70460

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**La Drywall**
By delivering them into the hands of an officer or managing agent whose name and title is: _Joey Matrone auth. to accept service_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color ____ ; Facial Hair ____
Approx. Age ____ ; Approx. Height ____ ; Approx. Weight ____

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_
Signature of Server

Subscribed and sworn to before me this _10_ day of _May_, 20_11_

_signature_
Notary Public  (Commission Expires)

[Notary Seal: JEANNE K. DEMAREST, My Commission is For Life, No. 23032, NOTARY PUBLIC, STATE OF LOUISIANA]

**APS International, Ltd.**