Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110234-0170

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lakeside Village Development LLC 1
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.
County of: _ST TAMMANY PARISH_ )

**Name of Server:** _WILLIAM HUMBLE_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _3RD_ day of _MAY_, 20_11_, at _9:58_ o'clock _A_ M

**Place of Service:** at _1 Sanctuary Blvd._, in _Mandeville, LA  70741_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Lakeside Village Development LLC 1

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _BEVERLY HAND - SECRETARY_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _WHITE_ ; Hair Color _BLONDE_ ; Facial Hair _N/A_
Approx. Age _45_ ; Approx. Height _5'8"_ ; Approx. Weight _125 lbs._

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_William Humble_
Signature of Server

Subscribed and sworn to before me this _3rd_ day of _May_, 20_11_

_Catherine Edwards_
Notary Public          (Commission Expires)

**APS International, Ltd.**

Catherine Edwards, Notary Public # 48899
Lifetime Commission in Livingston Parish, La.