Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0366

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Land Resources LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Sarasota_ )

Name of Server: _Raymond K. Feliciano_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _24th_ day of _May_, 20 _11_, at _3:40_ o'clock _P_ M

Place of Service: at _504 Golf Street (Correct name - "Gulf")_, in _Venice, FL  34285_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Land Resources LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Trudy Desjardins, mother & co-resident of Dale Desjardins, Corp. Manager/Member. Address is a residence._

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _24th_ day of _May_, 20 _11_

Notary Public                (Commission Expires)

**APS International, Ltd.**

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru Troy Fain Insurance 800-385-7019

63477