Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0190

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Lebaron Bros Drywall
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
County of: _LIVINGSTON PARISH_ )

**Name of Server:** _WILLIAM HUMBLE_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _5TH_ day of _MAY_, 20 _11_, at _7:14_ o'clock _P_ M

**Place of Service:** at _32941 Duff Road_, in _Walker, LA 70785_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lebaron Bros Drywall**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _MARK LEBARON - OWNER_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _HISP._ ; Hair Color _BLACK_ ; Facial Hair _No_
Approx. Age _30_ ; Approx. Height _6'0"_ ; Approx. Weight _175 lbs._
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_William Humble_
Signature of Server

Subscribed and sworn to before me this _9_ day of _May_, 20 _11_

_Sandra H. Hutchinson_
Notary Public        (Commission Expires)
_Oct - death_

APS International, Ltd.

**Sandra M. Hutchinson**
**Notary Public ID #60480**