Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #:  110234-0106

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Lee Roy Jenkins
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: LA ) ss.
County of: St. Tammany )

**Name of Server:** Kyle Ehrenreich, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 12 day of May, 20 11, at 4:30 o'clock PM

**Place of Service:** at  37 Spruce Drive , in  Covington, LA  70433

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lee Roy Jenkins**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of  Eva Jenkins , a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Lee Roy Jenkins** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex  F ; Skin Color  W ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this ___ day of _____, 20 11

_____
Notary Public    (Commission Expires)