Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0130

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Louran Gips KG
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __St. Lucie__ )

**Name of Server:** __Amy M. Perron__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __23__ day of __May__, 20__11__, at __7:15__ o'clock __P__ M

**Place of Service:** at __414 SW Dalton Circle__, in __Port St. Lucie, FL 34953__

**Documents Served:** the undersigned served the documents described as:
__Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action__
__Complaint in Intervention (IC); Exhibit A__

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Louran Gips KG**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Kim Montalto - Office Manager for Louran Builders__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__; Hair Color __Dark Brown__; Facial Hair __—__
Approx. Age __40's__ ; Approx. Height __5'7"__ ; Approx. Weight __130 lbs__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Amy M. Perron__
Signature of Server

Subscribed and sworn to before me this __25__ day of __May__, 20 __11__

_____  7-14-12
Notary Public        (Commission Expires)

**APS International, Ltd.**

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services