Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0133

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Melvin Prange, Jr., Construction, L.L.C.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __LA__ ) ss.
County of: __St. James__ )
Name of Server: __Kyle Ehrenreich__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __14__ day of __May__, 20 __12__, at __2:35__ o'clock __P__ M

Place of Service: at __27 Miller Creek Lane__, in __Slidell, LA 70458__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Melvin Prange, Jr., Construction, L.L.C.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Melvin Prange, auth to accept sro.__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __W__; Hair Color ____; Facial Hair ____
Approx. Age ____; Approx. Height ____; Approx. Weight ____

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __14__ day of __May__ 20__12__

Notary Public   (Commission Expires)

**APS International, Ltd.**