Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0113

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Murphy Bateman Building Supplies, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LA ) ss.
County of: Tangipahoa )

Name of Server: Kyle Ohnreden, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 13 day of May, 20 11, at 11:34 o'clock A M

Place of Service: at 1107 Washington St., in Franklinton, LA 70438

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Murphy Bateman Building Supplies, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: Huser Knight auth to accept service

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex M; Skin Color W; Hair Color ____; Facial Hair ____
Approx. Age ____; Approx. Height ____; Approx. Weight ____

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.                                  ___ day of _____, 20__

Signature of Server                                                       Notary Public    (Commission Expires)

**APS International, Ltd.**