Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 110234-0200

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Nathanial Crump
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
Parish of: _LIVINGSTON_ )

**Name of Server:** _Tom CASSISA_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _9th_ day of _MAY_, 20 _11_, at _11:09_ o'clock _A_ M

**Place of Service:** at 5529 Cold Water Creek Ct., in Baton Rouge, LA 70808

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Nathanial Crump**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of _Ms. Wanda Crump_, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Nathanial Crump** at the place of service, and whose relationship to the person is: _Spouse_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _Black_; Hair Color _Black_; Facial Hair _N/A_
Approx. Age _45 yrs_; Approx. Height _5'4"_; Approx. Weight _160 lbs_

☒ To the best of my knowledge and belief, said person was <u>not</u> engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this _9th_ day of _MAY_, 20 _11_

_James Elliott_ 4/29/13
Notary Public (Commission Expires)