Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0179

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Nice Homes, Inc.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
County of: IBERVILLE PARISH )

**Name of Server:** WILLIAM HUMBLE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 13TH day of MAY, 20 11, at 1:05 o'clock P M

**Place of Service:** at 25160 Stassi Road, in Plaquemine, LA 70764

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Nice Homes, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is: CRAIG BELLOT - OWNER

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color GRAY ; Facial Hair N/A
Approx. Age 65 ; Approx. Height 6'2" ; Approx. Weight 215 lbs.

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 17 day of May, 20 11

Notary Public   (Commission Expires)

**APS International, Ltd.**

Sandra M. Hutchinson
Notary Public ID #60480