Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0225

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Nu Way Drywall, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Sarasota__ )

Name of Server: __Maryellen Janney__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __6th__ day of __May__, 20 __11__, at __12:05__ o'clock __P__ M

Place of Service: at __384 Snapdragon Loop__, in __Bradenton, FL 34212__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Nu Way Drywall, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: __Karen Riveria, Spouse & Co-resident of Alex Riveria__

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __Blonde__ ; Facial Hair __—__
Approx. Age __40__ ; Approx. Height __5'10"__ ; Approx. Weight __160__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Maryellen Janney_ 0099
Signature of Server

Subscribed and sworn to before me this __6th__ day of __May__, 20 __11__

_Shella Huffman_
Notary Public           (Commission Expires)

**APS International, Ltd.**

SHELLA HUFFMAN
Comm. DD 757278
Exp. 2012

63155