Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0238

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ocean Springs Lumber Company, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Mississippi ) ss.
County of: Jackson )

**Name of Server:** Donna Davis, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4 day of May, 20 11, at 9:29 o'clock A M

**Place of Service:** at 1611 Government Street, in Ocean Springs, MS 39564

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Ocean Springs Lumber Company, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Patty Beaugez, Credit/Finance Manager

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Brown ; Facial Hair n/a
Approx. Age 55+ ; Approx. Height 5'8" ; Approx. Weight 150

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Donna Davis
Signature of Server

Subscribed and sworn to before me this 4 day of May, 20 11

Craton H. Bennett   3/28/15
Notary Public         (Commission Expires)

**APS International, Ltd.**

*STATE OF MISSISSIPPI · CRATON H. BENNETT · NOTARY PUBLIC · ID No. 84526 · Commission Expires March 28, 2015 · JACKSON COUNTY*