Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0241

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--O'Neal/Holliman Corporation
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

**Name of Server:** _JE R Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _5_ day of _May_, 20_11_, at _9:29_ o'clock _A_ M

**Place of Service:** at _16127 Orange Grove Road_, in _Gulfport, MS 39503_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
O'Neal/Holliman Corporation
By delivering them into the hands of an officer or managing agent whose name and title is: _Laura F. Paulk — Registered Agent_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair ____
Approx. Age _31-50_ ; Approx. Height _5'7_ ; Approx. Weight _160_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature_
Signature of Server

Subscribed and sworn to before me this _4th_ day of _May_, 20 _11_
_Christopher Bazinet_   _Mar 29 2015_
Notary Public   (Commission Expires)

**APS International, Ltd.**

