Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0070

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Oyster Bay Homes, Inc
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Raymond V. Lookso**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **24th** day of **May**, 20 **11**, at **10:10** o'clock **A** M

Place of Service: at 12901 McGregor Blvd, in Fort Myers, FL  33919

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Oyster Bay Homes, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: **Raymond Scalero, Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **white** ; Hair Color **Gray** ; Facial Hair ____
Approx. Age **55** ; Approx. Height **5'10"** ; Approx. Weight **170**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Raymond V Scalero_  #15715
Signature of Server

Subscribed and sworn to before me this **27th** day of **May**, 20 **11**

_Traci A. DeSalvo_  10/22/11
Notary Public       (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD737825
Exp. 10/--/2011

2118