Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 110234-0177

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Philip Latapie
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **ST. TAMMANY PARISH** )

**Name of Server:** **WILLIAM HUMBLE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **3RD** day of **MAY**, 20 **11**, at **10:30** o'clock **A** M

**Place of Service:** at **ACE MORTGAGE - 215 ST. ANN DR. SUITE 3**, in **Mandeville, LA 70741**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Philip Latapie**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☑ By delivering them into the hands of **BECKY ABADIE - PROCESSOR**, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Philip Latapie** at the place of service, and whose relationship to the person is: **EMPLOYEE**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **WHITE**; Hair Color **BLONDE**; Facial Hair **N/A**
Approx. Age **42**; Approx. Height **5'6"**; Approx. Weight **130 lbs.**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*William Humble*
Signature of Server

Subscribed and sworn to before me this **3rd** day of **May**, 20 **11**

*Catherine Edwards*
Notary Public     (Commission Expires)

**APS International, Ltd.**

Catherine Edwards, Notary Public # 48899
Lifetime Commission in Livingston Parish, La.