Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0098

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Phillips Abita Lumber Company, Inc., d/b/a Abita Lumber Company, Inc.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LA_ ) ss.
County of: _St. Tammany_ )

Name of Server: _Kyle Ehrenreich_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _1st_ day of _May_, 20 _11_, at _2:31_ o'clock _P_ M

Place of Service: at _21459 Hwy 36_, in _Abita Springs, LA  70420_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Phillips Abita Lumber Company, Inc., d/b/a Abita Lumber Company, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: _Phil Melton - auth. to accept service_

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex _M_; Skin Color _W_; Hair Color _____; Facial Hair _____
Approx. Age _____; Approx. Height _____; Approx. Weight _____

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury     Subscribed and sworn to before me this
that the foregoing is true and correct.            _____ day of _____, 20 __

_Signature of Server_                              _Notary Public_  (Commission Expires)

**APS International, Ltd.**