Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0103

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Ponce Siding & Remodeling
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __VA__ ) ss.
County of: __St. Tammany__ )

Name of Server: __Kyle Ehrenreich__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __12__ day of __May__, 20 __11__, at __3:43__ o'clock __P__ M

Place of Service: at __20075 Highway 36__, in __Covington, LA 70433__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Ponce Siding & Remodeling**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Jackie Murillo__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__; Skin Color __Hisp.__; Hair Color ____; Facial Hair ____
Approx. Age ____; Approx. Height ____; Approx. Weight ____

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __16__ day of __May__, 20 __11__

Notary Public    (Commission Expires)

**APS International, Ltd.**