Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110234-0243

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:
--Prestige Properties
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _MISSISSIPPI_ ) ss.
County of: _HARRISON_ )

**Name of Server:** _Joe R. Giggs_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _4_ day of _May_, 20 _11_, at _7:55_ o'clock _A_ M

**Place of Service:** at _10767 East Taylor Road_, in _Gulfport, MS 39503_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Prestige Properties**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Mrs Mary McCabe   Secretary/Director_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _white_ ; Hair Color _Blnd Gray_ ; Facial Hair ___
Approx. Age _40-55_ ; Approx. Height _5'7_ ; Approx. Weight _150_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

**APS International, Ltd.**

Subscribed and sworn to before me this _4th_ day of _MAY_, 20 _11_

_Notary Public_  (Commission Expires) MAR 29 2015

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 98685
CHRISTOPHER BAZINET
Commission Expires
March 29, 2015
HARRISON COUNTY