Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0234

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Punta Gorda Partners, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _FLORIDA_ ) ss.
County of: _ST JOHNS_ )

**Name of Server:** _PATRICIA Dougherty_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _30_ day of _April_, 20_11_, at _12:20_ o'clock _P_ M

**Place of Service:** at 354 Royal Tern Road South, in Ponte Vedra Beach, FL 32082
_ADDRESS IS A RESIDENCE_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Punta Gorda Partners, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _PHYLLIS BOVE (SPOUSE)_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _BLONDE_ ; Facial Hair _0_
Approx. Age _40's_ ; Approx. Height _5' 4"_ ; Approx. Weight _130_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _13_ day of _May_, 20_11_

Signature of Server

Notary Public    (Commission Expires)

**APS International, Ltd.**

DENNIS E. BARTILUCCI
MY COMMISSION # DD706878
EXPIRES: November 15, 2011
1-800-3-NOTARY   Fl. Notary Discount Assoc. Co.