Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0257

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--R.J. Homes, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Mississippi ) ss.
County of: Jackson )

**Name of Server:** Donna Davis, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4 day of May, 20 11, at 4:56 o'clock P M

**Place of Service:** at 13004 Little Bluff Drive, in Vancleave, MS 39565-9723

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**R.J. Homes, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Alicia Jackson, owner/registered agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Bl ; Facial Hair n/a
Approx. Age 45+ ; Approx. Height 5'6" ; Approx. Weight 120

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Donna Davis
Signature of Server

Subscribed and sworn to before me this 4 day of May, 20 11

H. Bennett   3/28/15
Notary Public   (Commission Expires)

**APS International, Ltd.**

STATE OF MISSISSIPPI
CRATON H. BENNETT
NOTARY PUBLIC
ID No. 84526
Commission Expires
March 28, 2015
JACKSON COUNTY