Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0140

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ray Bec, Inc.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __LA__ ) ss.
County of: __St. Tammany__ )

**Name of Server:** __Kyle Ehrenreich__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __14__ day of __May__, 20 __11__, at __2:59__ o'clock __P__ M

**Place of Service:** at __1197 Salem Drive__, in __Slidell, LA 70461__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Ray Bec, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Cindy Beebe, auth. to accept serv.__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __W__; Hair Color ____; Facial Hair ____
Approx. Age ____; Approx. Height ____; Approx. Weight ____

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __16__ day of __May__, 20 __11__

_____
Notary Public    (Commission Expires)

My Commission
Is For Life
No. 23032

**APS International, Ltd.**