Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0282

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ray Horvath Drywall, Inc.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **OKEECHOBEE** )

**Name of Server:** **GREGORY GERNAT**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **30** day of **APRIL**, 20 **11**, at **9:22** o'clock **A** M

**Place of Service:** at **10155 NE 101st St.**, in **Okeechobee, FL 34972**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Ray Horvath Drywall, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **PAD HORVATH, SPOUSE**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **WHITE**; Hair Color **BLK** ; Facial Hair **N/A**
Approx. Age **55** ; Approx. Height **5'9"** ; Approx. Weight **140**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **2** day of **MAY**, 20 **11**

_Gregory Gernat_
Signature of Server

_Lucellia J. Wheaton_
Notary Public   (Commission Expires)

**APS International, Ltd.**

LUCELLIA I. WHEATON
MY COMMISSION # DD749604
EXPIRES: January 16, 2012
Fl Notary Discount Assoc. Co.