Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0207

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Reed Builders, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
Parish of: LIVINGSTON )

**Name of Server:** Tom Cassisa, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 7th day of May, 20 11, at 10:34 o'clock A M

**Place of Service:** at 141 Shady Lake Parkway, in Baton Rouge, LA 70810

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Reed Builders, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Mr. Raphael Reed Owner

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color Black ; Hair Color Black ; Facial Hair N/A
Approx. Age 45-50 ; Approx. Height 5'10" ; Approx. Weight 180 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Tom Cassisa
Signature of Server

Subscribed and sworn to before me this 7TH day of MAY, 20 11

_signature_  4/29/13
Notary Public    (Commission Expires)

**APS International, Ltd.**