Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0104

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Resource Rental & Renovation LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LA** ) ss.
County of: **St. Tammany** )

Name of Server: **Kyle Thibodeaux**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **12** day of **May**, 20 **11**, at **4:26** o'clock **P** M

Place of Service: at **21 Beth Drive**, in **Covington, LA 70433**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Resource Rental & Renovation LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Michael Byrd auth to accept sev.**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **blk** ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.                                **16** day of **June**, 20 **11**

Signature of Server                                                    Notary Public                    (Commission Expires)

**APS International, Ltd.**