Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0189

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--RL Drywall, Inc.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __LOUISIANA__ ) ss.
County of: __LIVINGSTON PARISH__ )

**Name of Server:** __WILLIAM HUMBLE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __5TH__ day of __MAY__, 20 __11__, at __7:25__ o'clock __P__ M

**Place of Service:** at __29175 Highland Dr.__, in __Walker, LA  70785__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**

A true and correct copy of the aforesaid document(s) was served on:
**RL Drywall, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __RICHARD LACOSTE – OWNER__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __WHITE__ ; Hair Color __BALD__ ; Facial Hair __N/A__
Approx. Age __58__ ; Approx. Height __5'8"__ ; Approx. Weight __210 lbs.__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ William Humble_
Signature of Server

Subscribed and sworn to before me this __9__ day of __May__, 20__11__

_/s/ Sandra M. Hutchinson_
Notary Public        (Commission Expires)
Oct death

APS International, Ltd.

Sandra M. Hutchinson
Notary Public ID #60480