Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

CIVIL ACTION GROUP
APS INTERNATIONAL

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   110234-0148

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Royal Homes, c/o Anthony Marino
Court Case No. 09-07628

---

**State of:** _LA_ ) ss.
**County of:** _ST. James_ )

**Name of Server:** _Kyle Ehrenreich_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _12_ day of _May_, 20 _14_, at _3:07_ o'clock _P_ M

**Place of Service:** at _4800 Sharp Rd._, in _Mandeville, LA  70471_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Royal Homes, c/o Anthony Marino**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Debbie Marino  with to accept service_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____
[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kyle E Ehrenreich_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _16_ day of _July_, 20 _14_

_[signature]_
Notary Public

(Commission Expires)

JEANNE A. DEMAREST
NOTARY
My Commission
is For Life
No. 23032
PUBLIC
STATE OF LOUISIANA