Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0236

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Seals Drywall
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MISSISSIPPI** ) ss.
County of: **PEARL RIVER** )

Name of Server: **STEVEN SCHOLTES**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4** day of **MAY**, 20 **11**, at **2:27** o'clock **P** M

Place of Service: at 125 George Mitchell Road, in Carrier, MS 39426

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Seals Drywall**
By delivering them into the hands of an officer or managing agent whose name and title is: **SARAH SEAL   OFFICE MANAGER**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **GRY**; Facial Hair **NO**
Approx. Age **70**; Approx. Height **5'8**; Approx. Weight **125**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **5** day of **May**, 20 **11**
4/26/2015
Notary Public   (Commission Expires)

APS International, Ltd.



Notary stamp: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 98899 TINA FRANCO Commission Expires April 26, 2015 HANCOCK COUNTY