Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0110

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Smith and Core, Inc.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **LA** ) ss.
County of: **St Tammany** )
Name of Server: **Kyle Ehrenreich**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **13th** day of **May**, 20 **11**, at **12:39** o'clock **P** M

Place of Service: at **14373 C. Gotti Road**, in **Folsom, LA  70437**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Smith and Core, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Sara Caminita auth to accept service**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this ___ day of _____, 20 __

Notary Public    (Commission Expires)

**APS International, Ltd.**