Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110234-0188

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Sorrento Lumber CO., Inc.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

---

State of: _LOUISIANA_ ) ss.
County of: _ASCENSION PARISH_ )

**Name of Server:** _WILLIAM HUMBLE_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _5TH_ day of _MAY_ , 20 _11_ , at _10:58_ o'clock _A_ M

**Place of Service:** at _9563 Airline Hwy._ , in _Sorrento, LA 70778_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Sorrento Lumber CO., Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _JEFFREY MELANCON - MANAGER_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _WHITE_ ; Hair Color _BLK/GRY_ ; Facial Hair _N/A_
Approx. Age _48_ ; Approx. Height _5'8"_ ; Approx. Weight _175 lbs._

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this _9_ day of _May_ , 20 _11_

_Sandra M. Hutchinson_
Notary Public    (Commission Expires)

**APS International, Ltd.**

**Sandra M. Hutchinson**
**Notary Public ID #60480**