Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

APS File #: 110234-0141

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Springhill, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LA_ ) ss.
County of: _St. Tammany_ )
Name of Server: _Kyle Ehrenreich_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _14_ day of _May_, 20 _12_, at _8:55_ o'clock _P_ M

Place of Service: at _2053 E. Gause Blvd., Ste. 200_, in _Slidell, LA 70461_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Springhill, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: _David Stanton  auth to accept serv._

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color ____ ; Facial Hair ____
Approx. Age ____ ; Approx. Height ____ ; Approx. Weight ____

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _16_ day of _May_

Notary Public

(Commission Expires)
No. 23032

**APS International, Ltd.**