Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 110234-0244

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Stephen Shivers

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 09-07628

State of: **MISSISSIPPI** ) ss.
County of: **HARRISON** )

**Name of Server:** **Joe R. Gillis**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **17** day of **MAY**, 20 **11**, at **9:50** o'clock **A** M

**Place of Service:** at 375 Teagarden Road, in Gulfport, MS 39507

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Stephen Shivers**

**Person Served, and Method of Service:**
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Stephen Shivers** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **WHITE**; Hair Color **BLACK**; Facial Hair **NONE**
Approx. Age **36-50**; Approx. Height **5/10**; Approx. Weight **175**

[ ] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this **20th** day of **May**, 20**11**

Sharon M. McKinney
Notary Public   (Commission Expires)
11-19-2014

STATE OF MISSISSIPPI
SHARON M. McKINNEY
ID No 54413
Comm Expires
Nov. 19, 2014
HARRISON COUNTY
NOTARY PUBLIC