Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0240

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Stephen Steiner, d/b/a Steiner Drywall
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _MISSISSIPPI_ ) ss.
County of: _HARRISON_ )

**Name of Server:** _JOE R GILLIS_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _3_ day of _MAY_, 20 _11_, at _3:25_ o'clock _P_ M

**Place of Service:** at _16344 Three Rivers Road_, in _Biloxi, MS 39532_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Stephen Steiner, d/b/a Steiner Drywall**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _STEPHEN STEINER — OWNER_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _white_ ; Hair Color _176 LBS_ ; Facial Hair
Approx. Age _60-70_ ; Approx. Height _5'10_ ; Approx. Weight _5/10_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this _4th_ day of _MAY_, 20 _11_

_____
Notary Public      (Commission Expires) MAR 29 2015

**APS International, Ltd.**



STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 98685
CHRISTOPHER BAZINET
Commission Expires
March 29, 2015
HARRISON COUNTY