Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110234-0145

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sunrise Homes/Sun Construction
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

**State of:** LA ) ss.
**County of:** St. Tammany )

**Name of Server:** Kyle Ehret, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14 day of May, 20 11, at 3:35 o'clock P M

**Place of Service:** at 62250 West End Blvd., in Slidell, LA 70461

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Sunrise Homes/Sun Construction

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Rebecca Fried auth to accept svc.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color ____ ; Facial Hair ____
Approx. Age ____ ; Approx. Height ____ ; Approx. Weight ____

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this ____ day of ____, 20__

_____
Notary Public

APS International, Ltd.