Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0260

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Supreme Builders
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Texas** ) ss.
County of: **Montgomery** )

Name of Server: **James Richard Gratz**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **3** day of **May**, 20 **11**, at **6:35** o'clock **P** M

Place of Service: at **28453 Eagle Ridge Drive**, in **Magnolia, TX 77355**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Supreme Builders**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Greg Hawk - Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Brn**; Facial Hair **N**
Approx. Age **48-50**; Approx. Height **5'8**; Approx. Weight **185**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **4** day of **May**, 20 **11**

Signature of Server

Notary Public     (Commission Expires)

APS International, Ltd.

ROBERT FLOYD MORELAND
MY COMMISSION EXPIRES
August 29, 2013