Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0143

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Tallow Creek, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LA_ ) ss.
County of: _St. Tammany_ )

**Name of Server:** _Kyle Ehrenreich_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _14_ day of _May_, 20 _11_, at _2:50_ o'clock _P_ M

**Place of Service:** at _2053 E. Gsuse Blvd., Ste. 200_, in _Slidell, LA 70461_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Tallow Creek, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: _David Stentor auth. to accept svc._

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_; Skin Color _W_; Hair Color ____; Facial Hair ____
Approx. Age ____; Approx. Height ____; Approx. Weight ____

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me, this _16_ day of ____

Signature of Server

Notary Public

**APS International, Ltd.**