Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0358

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Mitchell Company
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **ALABAMA** ) ss.
County of: **MOBILE** )

**Name of Server:** **Norris Armstrong**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **5** day of **May**, 20 **11**, at **10:00** o'clock **A** M

**Place of Service:** at 41 West Interstate 65, Service Road N, 3rd Floor, Colonial Bank Centre, in Mobile, AL 36608

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
The Mitchell Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Paul Wesch    Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Lte Bld**; Facial Hair **None**
Approx. Age **50**; Approx. Height **6'**; Approx. Weight **230**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **6th** day of **May**, 20 **11**

Signature of Server

Notary Public    (Commission Expires)
06/24/12

APS International, Ltd.