Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0268

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The New Morning, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Colorado ) ss.
County of: Gunnison )

**Name of Server:** Sara Poppe, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 12th day of August, 20 11, at 11:20 o'clock A M

**Place of Service:** at 215 Elk Avenue, in Crested Butte, CO 81224

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**The New Morning, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Leta Witte, Assistant to David Liensdorf.

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color med ; Hair Color Bro ; Facial Hair None
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 12th day of August, 20 11

Notary Public (Commission Expires)

**APS International, Ltd.**

[Notary Seal: MARJORIE TRAUTMAN, NOTARY PUBLIC, STATE OF COLORADO, My Commission Expires 12/10/2014]