Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0059

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Sterling Collection, Inc
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, she was of legal age and was not a party to this action;

Date/Time of Service: that on the **9th** day of **May**, 20**11**, at **10:55** o'clock **A** M

Place of Service: at **4707 S.E. 9th Place**, in **Cape Coral, FL  33904**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**The Sterling Collection, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: **Cindy Cross as Treasurer**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair
Approx. Age **35-40** ; Approx. Height **5'** ; Approx. Weight **120**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **17th** day of **May**, 20**11**

Signature of Server **Barbara Gray #157153**

Notary Public       (Commission Expires)

**APS International, Ltd.**

