Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0192

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
—Tikal Construction Co.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: BROWARD )

**Name of Server:** JESSE PICONE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 7TH day of MAY, 20 11, at 2:21 o'clock P. M

**Place of Service:** at 2529 Golf View Drive, in Weston, FL 33327

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Tikal Construction Co.
By delivering them into the hands of an officer or managing agent whose name and title is: LAYTON HUE, OWNER / PRESIDENT

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color BROWN ; Hair Color BLACK ; Facial Hair ___
Approx. Age 60 ; Approx. Height 5'6" ; Approx. Weight 150

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

JESSE PICONE
Signature of Server

Subscribed and sworn to before me this 9TH day of MAY, 20 11

JONATHAN LEVY
Notary Public  (Commission Expires)

APS International, Ltd.