Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0204

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--United-Bilt Homes, LLC, c/o CT Corporation Systems
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
Parish of: LIVINGSTON )

**Name of Server:** TOM CASSISA, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4th day of MAY, 20 20 11, at 2:15 o'clock P M

**Place of Service:** at 5615 Corporate Blvd., Suite 400B, in Baton Rouge, LA 70808

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action
Complaint in Intervention (IC); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
United-Bilt Homes, LLC, c/o CT Corporation Systems
By delivering them into the hands of an officer or managing agent whose name and title is: Ms Lynette Bass, Corporations Specialist CT Corporation

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair N/A
Approx. Age 40 yrs ; Approx. Height 5'5" ; Approx. Weight 125 lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this 4TH day of MAY, 20 11

_James Mallay_  4/29/13
Notary Public    (Commission Expires)

**APS International, Ltd.**