Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110234-0258

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Venture Supply Company, c/o Convergence Center IV
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __VIRGINIA__ )ss.
County of: __City of Norfolk__ )

**Name of Server:** __BRIAN Nath__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __29__ day of __April__, 20 __11__, at __2:08__ o'clock __P__ M

**Place of Service:** at __301 Bendix' Road, Ste. 500__, in __Virginia Beach, VA  23452__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Venture Supply Company, c/o Convergence Center IV**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Richard Biemiller, Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __Brown__; Facial Hair __No__
Approx. Age __40-45__; Approx. Height __5'8"__; Approx. Weight __160 lbs.__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __29__ day of __April__, 20 __11__

4-30-2014

Notary Public            (Commission Expires)

APS International, Ltd.

[Notary seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 246561, COMMONWEALTH OF VIRGINIA]