Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0046

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Vikings Homes of S.W. Florida, Inc
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 9th day of May, 20 11, at 11:32 o'clock A M

**Place of Service:** at 1205 SE 9th Terrace, in Cape Coral, FL 33990

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Vikings Homes of S.W. Florida, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of a office manager, whose name and title is: Jason Scholt, office manager

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Brown; Facial Hair ___
Approx. Age 35-40; Approx. Height 6'0"; Approx. Weight 200 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray #157153
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this 17th day of May, 20 11

Notary Public    (Commission Expires)