Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110234-0045

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Villa Development, Inc
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida**  ) ss.
County of: **Lee**  )

**Name of Server:** **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **9th** day of **May**, 20 **11**, at **11:10** o'clock **A** M

**Place of Service:** at **4414-6 Del Prado Blvd**, in **Cape Coral, FL  33904**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Villa Development, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Christopher Canzano as Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Black** ; Facial Hair _____
Approx. Age **40-45** ; Approx. Height **6'0"** ; Approx. Weight **190**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct

*Barbara Gray*
Signature of Server   Barbara Gray #151153

Subscribed and sworn to before me this **17th** day of **May**, 20 **11**

*Ste. Alvarado*
Notary Public            (Commission Expires)

**APS International, Ltd.**