Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110234-0157

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Ybarzabal Contractors, LLC
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _VA_ ) ss.
County of: _St. Tammany_ )

Name of Server: _Kyle Ehrenreich_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _12_ day of _May_, 20_11_, at _3:00_ o'clock _P_ M

Place of Service: at _200 Oak Island Drive_, in _Mandeville, LA 70448_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Ybarzabal Contractors, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: _Wade Ybarzabal auth. to accept service_

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex _M_; Skin Color _Arabic_; Hair Color ____; Facial Hair ____
Approx. Age ____; Approx. Height ____; Approx. Weight ____

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _16_ day of _May_, 20_11_

Notary Public

**APS International, Ltd.**