MINUTE ENTRY
FALLON, J.
JUNE 29, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED   DRYWALL PRODUCTS   LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>C.A. NOS. 09-6687, 09-4115, 09-6690<br>and 10-361 | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:   Arnold Levin, Esq. & Russ Herman, Esq. for Plaintiffs' Steering Committee
Joe Cyr, Esq. for Defendants Taishan Gypsum and Taian Taishan Plasterboard
Hilarie Bass, Esq. for Homebuilders' Steering Committee
Steven Nicholas, Esq. for Defendant The Mitchell Company, Inc.
John Weeks, Esq. for Plaintiff State of Louisiana
Carlina Eiselen, Esq. for Defendant Interior Exterio
Nick Panayotopoulos, Esq. for Defendants Certain Banner Entities

---

1. Motion to Vacate the Default Judgment and Dismiss the Complaint by Defendant Taishan Gypsum Co. Ltd.  (13490)

2. Motion to Vacate the Preliminary Default and Dismiss the Complaint by Defendant Taishan Gypsum Co. Ltd.   (13566)

3. Motion to Dismiss Pursuant to Rule 12(b)(2) by Defendants Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd.    (13590)

4. Motion to Dismiss Pursuant to Rule 12(b)(2) by Defendants Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd.   (13591)

PSC offered exhibit (#1) - admitted

After argument - all 4 motions are TAKEN UNDER SUBMISSION

JS10:    3:22