# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D. La.)<br>_____<br>The Mitchell Co., Inc. v. Knaup Gips KG, et al., Case No. 09-4115 (E.D. La.)<br>_____<br>Wiltz v. Beijing New Building Materials Public Ltd. Co., et al., Case No. 10-361 (E.D. La.)<br>_____<br>Gross v. Knauf Gips KG, et al., 2:09-cv-06690 (E.D. La.) | : MDL No. 2047<br>:<br>: SECTION L<br>:<br>: JUDGE ELDON E. FALLON<br>:<br>: MAG. JUDGE WILKINSON<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF FILING BY TAISHAN GYPSUM CO. LTD. AND TAIAN TAISHAN PLASTERBOARD CO., LTD. OF INDEX OF RECORD DOCUMENTS OFFERED IN SUPPORT OF THEIR MOTIONS CHALLENGING PERSONAL JURISDICTION

Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd. ("TTP") (together, "Taishan Defendants") hereby submit, pursuant to the Court's request, the annexed index of record documents filed by the Taishan Defendants in relation to the evidentiary hearing in support of their motions challenging personal jurisdiction for which oral argument was held on June 29, 2012.

Dated: July 3, 2012

Respectfully submitted,

*/s/*  Thomas P. Owen Jr.
Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON
& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
rcs@stanleyreuter.com
tpo@stanleyreuter.com

Joe Cyr
Frank T. Spano
Eric Statman
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100
Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Eric.statman@hoganlovells.com

**Attorneys for Defendant
Taishan Gypsum Co. Ltd. and Tai'an
Taishan Plasterboard Co., Ltd.**

| Doc. No. | Document Description |
|---|---|
| Index 09-0089) 1 | Mitchell – Summons & Complaint |
| (Index 09-6687) 1-1 | Germano – First Amended Complaint, dated October 13, 2009 |
| (Index 09-6687) 1-2 | Germano – Complaint, filed May 1, 2009 |
| (Index 09-6690) 1 | Gross – Class Action Complaint, dated October 7, 2009 |
| (Index 10-361) 1 | Wiltz – Class Action Complaint, dated February 10, 2010 |
| 42 | Mitchell – Amended Complaint, filed July 7, 2009 |
| 52 | Mitchell – Notice of Proof of Service on TG, filed July 8, 2009 |
| 190 | Mitchell – Plaintiff's Motion for Entry of Default against TG, filed September 2, 2009 |
| 277 | Mitchell – Order granting preliminary default against TG based on Amended Complaint, issued September 23, 2009 |
| 335 | Mitchell – Order extending indefinitely deadline for Plaintiff to file motion for confirmation of preliminary default, issued October 9, 2009 |
| 366 | Gross – Amended Class Action Complaint, dated October 19, 2009 |
| 396 | Germano – Plaintiffs' Motion to Amend First Amended Complaint by Interlineation, filed October 30, 2009 |
| 464 | Germano – Plaintiffs' Motion for Entry of Default Judgment against Taishan Gypsum, filed November 18, 2009 |
| 469 | Germano – Order granting Plaintiffs' Motion to Amend First Amended Complaint by Interlineation, issued November 18, 2009 |
| 470 | Germano – Second Amended Complaint, filed November 18, 2009 |
| 487 | Germano – Order granting Plaintiffs' Motion for Entry of Default Judgment against TG, issued November 20, 2009 |
| 548 | Germano – Intervenor's motion to Intervene, filed December 3, 2009 |
| 641 | Germano - Order granting Plaintiff-Intervenor's Motion to Intervene, issued December 20, 2009 |
| 1712 | Gross- Benes Motion to Intervene, dated February 10, 2010 |
| 1747 | Wiltz – Amended Omnibus Class Action Complaint (II), filed March 13, 2010 |
| 1867 | Gross- Benes Motion to Substitute Complaint in Intervention by Plaintiffs, dated March 18, 2010 |
| 2021 | Gross- Order granting Benes Motion to Substitute the amended omnibus class action complaint in intervention, dated March 23, 2010 |
| 2187 | Gross- Benes Substituted and Amended Omnibus Class Action Complaint in Intervention (Amended Omnibus Complaint III), filed March 23, 2010 |
| 2380 | Germano – Findings of Fact and Conclusions of Law, issued April 8, 2010 |
| 3099 | Wiltz – Goddard Motion to Intervene, filed May 17, 2009 |
| 3451 | Wiltz – Order Granting Goddard Motion to Intervene, filed June 2, 2010 |
| 3467 | Wiltz – Goddard Intervenor Complaint, filed June 2, 2010 |

| Doc. No. | Document Description |
|---|---|
| 3668 | Germano/Mitchell - Notice of Appearance on behalf of TG, filed June 10, 2010 |
| 3670 | Germano – Notice of Appeal by TG of Default Judgment, filed June 10, 2010 |
| 4324 | Gross – Notice of Appearance on behalf of TG and TTP, filed July 6, 2010 |
| 4347 | Wiltz – Burke Motion to Intervene, filed July 9, 2010 |
| 4350 | Gross – Jaen Motion to Intervene, filed July 9, 2010 |
| 4872 | Order & Reasons that the Intervening Plaintiffs' Counsel's Petition for fees and costs is denied in part, issued August 5, 2010 |
| 5515 | Germano – TG's Motion to Vacate Default Judgment and to Dismiss the Germano Complaint, filed September 10, 2010 |
| 5559 | Gross/Wiltz - Order granting Jaen and Burke Motion to Intervene, issued September 16, 2010 |
| 5576 | Wiltz – Burke Omnibus Class Action Complaint in Intervention (II(A)), filed September 16, 2010 |
| 5580 | Gross – Jaen Intervenor Omnibus Class Action Complaint (III(A)), filed September 16, 2010 |
| 5583 | Mitchell – TG's Motion to Vacate the Preliminary Default and to Dismiss the Action, filed September 21, 2010 |
| 5669 | Wiltz – Amorin Motion to Intervene, filed October 5, 2010 |
| 6006 | Order directing parties to engage in jurisdictional discovery and denying Plaintiffs' Motion for Class Certification, dated October 14, 2010 |
| 6565 | Wiltz – Order granting Amorin motion to intervene, issued December 3, 2010 |
| 6567 | Wiltz – Amorin Omnibus Class Action Complaint in Intervention (II(B)), filed December 6, 2010 |
| 6649 | Wiltz – Abromatts Motion to Intervene, filed December 15, 2010 |
| 7028 | Wiltz – Affidavit of attempted service on TTP, filed January 19, 2011 |
| 7029 | Wiltz – Affidavit of attempted service on TG, filed January 19, 2011 |
| 7032 | Germano – Affidavit of Service of Second Amended Germano Complaint on TG, filed January 19, 2010 |
| 7133 | Wiltz – Order granting Abromatts motion to intervene, issued January 21, 2011 |
| 7182 | Wiltz – Abromatts Omnibus Class Action Complaint in Intervention (II(C)), filed January 24, 2011 |
| 7302 | Gross – Order granting Preliminary Entry of Default as to BNBM and other entities, dated February 1, 2011 |
| 7408-7409 | Wiltz – Notices of Appearance on behalf of TG and TTP, dated February 11, 2011 |
| 10269 | Order & Reasons, issued September 9, 2011 |
| 11192 | Minute Entry, dated November 10, 2011 |
| 12126 | Order Regarding Authenticity and Admissibility of Certain Documents Identified by Parties for Use at Depositions in Hong Kong during the week of January 9, 2012, issued January 6, 2012 |
| 12127 | Order Regarding Use of Depositions in MDL and State Court Proceedings, issued January 6, 2012 |
| 12533 | Notice of Intent to Raise Issues of Chinese Law pursuant to Rule 44.1, filed February 17, 2012 |
| 13490-00 | Germano - Defendant Taishan Gypsum Co. Ltd's Renewed Motion to Vacate the |

4

| Doc. No. | Document Description |
|---|---|
|  | Default Judgment and Dismiss the Complaint |
| 13490-01 | Germano - Memorandum of Law in Support of Taishan Gypsum Co. Ltd.'s Renewed Motion to Vacate the Default Judgment and Dismiss the Complaint |
| 13490-02 | Germano - Declaration of Frank T. Spano in Support of Taishan Taishan Gypsum Co. Ltd.'s Renewed Motion to Vacate the Default Judgment and Dismiss the Complaint |
| 13490-03 | Germano - Spano Declaration Ex. 1: Declaration of Jia Tongchun |
| 13490-04 | Germano - Spano Declaration Ex. 2: Jia Tongchun Deposition Part 1 (Days 1-4 and Def's Exhibits 1-10A) |
| 13490-05 | Germano - Spano Declaration Ex. 2: Jia Tongchun Deposition Part 2 (Def's Exhibits 11-47A; Pl's Exhibits 1-6) |
| 13490-06 | Germano - Spano Declaration Ex. 2: Jia Tongchun Deposition Part 3 (Pl's Exhibits 7-11) |
| 13490-07 | Germano - Spano Declaration Ex. 2: Jia Tongchun Deposition Part 4 (Pl's Exhibits 12-20) |
| 13490-08 | Germano - Spano Declaration Ex. 2: Jia Tongchun Deposition Part 5 (Pl's Exhibits 21-36) |
| 13490-09 | Germano - Spano Declaration Ex. 3: Peng Wenlong Deposition Part 1: (Days 1-3, Exhibits 1-10) |
| 13490-10 | Germano - Spano Declaration Ex. 3: Peng Wenlong Deposition Part 2: (Exhbits 11-23) |
| 13490-11 | Germano - Spano Declaration Ex. 4: Zhang Jianchun Deposition |
| 13490-12 | Germano - Spano Declaration Ex. 5: Che Gang Deposition |
| 13490-13 | Germano - Spano Declaration Ex. 6: Fu Tinghuan Deposition |
| 13490-14 | Germano - Spano Declaration Ex. 7: excerpts from the deposition of Sam Porter |
| 13490-15 | Germano - Spano Declaration Ex. 8: TG's Manufacturer's Profile Form, dated October 13, 2010 |
| 13490-16 | Germano - Spano Declaration Ex. 9: Email, dated November 30, 2005 from Peng to Perry |
| 13490-17 | Germano - Spano Declaration Ex. 10: Email, dated December 17, 2005 between Perry and Porter |
| 13490-18 | Germano - Spano Declaration Ex. 11: Fax, dated December 19, 2005, from Perry to Porter |
| 13490-19 | Germano - Spano Declaration Ex. 12: Contract between TG and Venture Supply, dated November 17, 2005 |
| 13490-20 | Germano - Spano Declaration Ex. 13: Second contract between TG and Venture Supply, dated December 16, 2005 |
| 13490-21 | Germano - Spano Declaration Ex. 14: Invoice and Packing List, dated December 13, 2005 |
| 13490-22 | Germano - Spano Declaration Ex. 15: Packing List, dated June 18, 2006 |
| 13490-23 | Germano - Spano Declaration Ex. 16: Various email communications |
| 13490-24 | Germano - Spano Declaration Ex. 17: Bill of Lading prepared by SK Shipping in relation to Venture Supply's first purchase of drywall from TG |
| 13490-25 | Germano - Spano Declaration Ex. 18: Bill of Lading prepared by SK Shipping in |

| Doc. No. | Document Description |
|---|---|
| | relation to Venture Supply's second purchase of drywall from TG |
| 13490-26 | Germano - Spano Declaration Ex. 19: Letter, dated January 23, 2006 from RBC Centura to Venture advising of payment on the letter of credit |
| 13490-27 | Germano - Spano Declaration Ex. 20: Special Export Invoices, dated February 24, 2006 and July 20, 2006, related to the sales of drywall to Venture Supply, Inc. |
| 13490-28 | Germano - Spano Declaration Ex. 21: Fixture Note, dated December 1, 2005 |
| 13490-29 | Germano - Spano Declaration Ex. 22: Emails evidencing Venture's contemplation of shipping drywall to other ports outside of Virginia |
| 13490-30 | Letter Opinion of Judge Karen J. Burrell, *Frizzell v. Danieli Corp., et al.*, CL09-5120 (Va. Cir. Ct. Norfolk Dec. 22, 2010) |
| 13490-31 | *Highlands Fuel Delivery, LLC v. Am. Ins. Co.*, No. 11-00291, 2011 WL 7110393 (Super. Ct. N.H. Nov. 29, 2011) |
| 13490-32 | *May v. Osako & Co., Ltd.*, No. CL08002245-00, 2011 WL 4544889 (Cir. Ct. Va. Sept. 12, 2011) |
| 13490-33 | Notice of Submission |
| 13566-00 | Mitchell - TG's Renewed Motion Pursuant to Rules 55(C) and 12(B)(2) to Vacate the Entry of Default and to Dismiss this Action |
| 13566-01 | Mitchell - Memorandum of Law in Support of TG's Renewed Motion Pursuant to Rules 55(C) and 12(B)(2) to Vacate the Entry of Default and to Dismiss this Action |
| 13566-02 | Mitchell - Zhu Yan Declaration |
| 13566-03 | Mitchell – Declaration of Frank T. Spano in Support of TG's Renewed Motion Pursuant to Rules 55(C) and 12(B)(2) to Vacate the Entry of Default and to Dismiss this Action |
| 13566-04 | Mitchell - Spano Declaration Ex. 1: Declaration of Jia Tongchun |
| 13566-05 | Mitchell - Spano Declaration Ex. 2: Jia Tongchun Deposition Part 1 (Days 1-4 and Def's Exhibits 1-10A) |
| 13566-06 | Mitchell - Spano Declaration Ex. 2: Jia Tongchun Deposition Part 2 (Def's Exhibits 11-47A; Pl's Exhibits 1-6) |
| 13566-07 | Mitchell - Spano Declaration Ex. 2: Jia Tongchun Deposition Part 3 (Pl's Exhibits 7-11) |
| 13566-08 | Mitchell - Spano Declaration Ex. 2: Jia Tongchun Deposition Part 4 (Pl's Exhibits 12-20) |
| 13566-09 | Mitchell - Spano Declaration Ex. 2 – Jia Tongchun Deposition Part 5 (Pl's Exhibits 21-36) |
| 13566-10 | Mitchell - Spano Declaration Ex. 3: Peng Wenlong Deposition Part 1: (Days 1-3, Exhibits 1-10) |
| 13566-11 | Mitchell - Spano Declaration Ex. 3: Peng Wenlong Deposition Part 2: (Pl's Exhibits 11-23) |
| 13566-12 | Mitchell - Spano Declaration Ex. 4: Zhang Jianchun Deposition |
| 13566-13 | Mitchell - Spano Declaration Ex. 5: Che Gang Deposition |
| 13566-14 | Mitchell - Spano Declaration Ex. 6: Fu Tinghuan Deposition |
| 13566-15 | Mitchell - Spano Declaration Ex. 7: Peng Shiliang Deposition |
| 13566-16 | Mitchell - Spano Declaration Ex. 8: Original Complaint |
| 13566-17 | Mitchell - Spano Declaration Ex. 9: TG's Manufacturer's Profile Form |

| Doc. No. | Document Description |
|---|---|
| 13566-18 | Mitchell - Spano Declaration Ex. 10: Venture Contracts dated November 17, 2005 and December 16, 2005 |
| 13566-19 | Mitchell - Spano Declaration Ex. 11: Bills of Lading for drywall sold by TG to Venture Supply |
| 13566-20 | Mitchell - Spano Declaration Ex. 12: Excerpts from the deposition of Sam Porter |
| 13566-21 | Mitchell - Spano Declaration Ex. 13: "Builder Defendant Profile Forms" submitted by Mitchell Company |
| 13566-22 | Mitchell - Spano Declaration Ex. 14: Contractor/Installer Defendant Profile Forms" submitted by Rightway |
| 13566-23 | Mitchell - - Spano Declaration Ex. 15: "Distributor Profile Forms" submitted by Interior/Exterior Building Supply |
| 13566-24 | Mitchell - Spano Declaration Ex. 16: Manufacturer's Profile Form submitted by TTP |
| 13566-25 | Mitchell - Spano Declaration Ex. 17: Email from Bill Che to a customer based in New York, dated February 23, 2009 |
| 13566-26 | Mitchell - Spano Declaration Ex. 18: Email communications demonstrating how potential foreign customers initiated contact with TTP |
| 13566-27 | Mitchell - Spano Declaration Ex. 19: Excerpts from the deposition of Hannam |
| 13566-28 | Mitchell - Spano Declaration Ex. 20: Excerpts from the deposition of Hannam, taken February 13, 2012 |
| 13566-29 | Mitchell - Spano Declaration Ex. 21: Email Bates from David Wei to Peng dated April 9, 2006 |
| 13566-30 | Mitchell - Spano Declaration Ex. 22: Contract between TTP and Wood Nation |
| 13566-31 | Mitchell - Spano Declaration Ex. 23: Invoice, dated August 1, 2006 for Wood Nation's purchase of drywall from TTP FOB China |
| 13566-32 | Mitchell - Spano Declaration Ex. 24: Shipping documents and emails related to the sale of drywall by TTP to Wood Nation. |
| 13566-33 | Mitchell - Spano Declaration Ex. 25: Email from Peng to Hannam, dated August 18, 2006 regarding presentation of shipping documents to bank to collect on the letter of credit. |
| 13566-34 | Mitchell - Spano Declaration Ex. 26: Export Invoices for TTP's sale of drywall to Wood Nation, dated August 2 and 8, 2006, respectively. |
| 13566-35 | Mitchell - Spano Declaration Ex. 27: Email from Ivan Gonima, corporate representative of Oriental Trading Company, to Bill Che, dated August 30, 2006 |
| 13566-36 | Mitchell - 13566-36 - Spano Declaration Ex. 28: Excerpts from the deposition of Gonima on December 13, 2011 |
| 13566-37 | Mitchell - Spano Declaration Ex. 29: Excerpts from the deposition of Gonima on February 14, 2012 |
| 13566-38 | Mitchell - Spano Declaration Ex. 30: Emails from Gonima to TTP, dated September 22 and 25, 2006 |
| 13566-39 | Mitchell - Spano Declaration Ex. 31: Emails, between Gonima and TTP between September and November 2006. |
| 13566-40 | Mitchell - Spano Declaration Ex. 32: Email, from Gonima to TTP, dated February 25, 2007 |

| Doc. No. | Document Description |
|---|---|
| 13566-41 | Mitchell - Spano Declaration Ex. 33: Export Invoices for TTP's sales of drywall to Oriental Trading |
| 13566-42 | Mitchell - Spano Declaration Ex. 34: A letter from Oriental Trading to TTP demanding return of a $100,000 deposit, dated November 26, 2008 |
| 13566-43 | Mitchell - Spano Declaration Ex. 35: Emails concerning the $100,000 deposit by Oriental Trading |
| 13566-44 | Mitchell - Spano Declaration Ex. 36: Email, from Oriental to TTP regarding authorization of transfer of $100,000 to Yin Hong Bing, dated July 15, 2010 |
| 13566-45 | Mitchell - Spano Declaration Ex. 37: Excerpts from the deposition of Rafael Sardi |
| 13566-46 | Mitchell - Spano Declaration Ex. 38: Email, dated November 24, 2006 between TTP and B America |
| 13566-47 | Mitchell - Spano Declaration Ex. 39: Invoice, issued by TTP for the sale of drywall to B America, dated April 7, 2007 |
| 13566-48 | Mitchell - Spano Declaration Ex. 40: Insurance Certificate in relation to TTP's sale of drywall to B America, dated May 7, 2007 |
| 13566-49 | Mitchell - Spano Declaration Ex. 41: Bill of Lading prepared by Oriental Air Transport Service for TTP's sale of drywall to B America |
| 13566-50 | Mitchell - Spano Declaration Ex. 42: Email from B America to TTP discussing drywall samples, dated April 22, 2008. |
| 13566-51 | *Highlands Fuel Delivery, LLC v. Am. Ins. Co.*, No. 11-00291, 2011 WL 7110393 (Super. Ct. N.H. Nov. 29, 2011) |
| 13566-52 | *May v. Osako & Co., Ltd.*, No. CL08002245-00, 2011 WL 4544889 (Cir. Ct. Va. Sept. 12, 2011) |
| 13566-53 | Mitchell - Notice of Submission |
| 13590-00 | Gross – TG's and TTP's Motion Pursuant to Rule 12(B)(2) to Dismiss the Complaint |
| 13590-01 | Gross - Memorandum in Support of TG's and TTP's Motion Pursuant to Rule 12(B)(2) to Dismiss the Complaint |
| 13590-02 | Gross - Schedule A to Memorandum |
| 13590-03 | Gross - Zhu Yan Declaration |
| 13590-04 | Gross - Zhu Yan Declaration - Ex. A |
| 13590-05 | Gross - Zhu Yan Declaration - Ex. B |
| 13590-06 | Gross - Zhu Yan Declaration - Ex. C |
| 13590-07 | Gross – Declaration of Frank T. Spano in Support of TG's and TTP's Motion Pursuant to Rule 12(B)(2) to Dismiss the Complaint |
| 13590-08 | Gross - Spano Declaration - Ex. 1: Affidavit of Jia Tongchun |
| 13590-09 | Gross - Spano Declaration Ex. 2: Jia Tongchun Deposition Part 1 (Days 1-4 and Def's Exhibits 1-10A) |
| 13590-10 | Gross - Spano Declaration Ex. 2: Jia Tongchun Deposition Part 2 (Def's Exhibits 11-47A; Pl's Exhibits 1-6) |
| 13590-11 | Gross - Spano Declaration Ex. 2: Jia Tongchun Deposition Part 3 (Pl's Exhibits 7-11) |
| 13590-12 | Gross - Spano Declaration Ex. 2: Jia Tongchun Deposition Part 4 (Pl's Exhibits 12-20) |

| Doc. No. | Document Description |
|---|---|
| 13590-13 | Gross - Spano Declaration Ex. 2 – Jia Tongchun Deposition Part 5: (Pl's Exhibits 21-36) |
| 13590-14 | Gross - Spano Declaration Ex. 3: Peng Wenlong Deposition Part 1: (Days 1-3, Exhibits 1-10) |
| 13590-15 | Gross - Spano Declaration Ex. 3: Peng Wenlong Deposition Part 2: (Pl's Exhibits 11-23) |
| 13590-16 | Gross - Spano Declaration Ex. 4: Zhang Jianchun Deposition |
| 13590-17 | Gross - Spano Declaration Ex. 5: Che Gang Deposition |
| 13590-18 | Gross - Spano Declaration Ex. 6: Fu Tinghuan Deposition |
| 13590-19 | Gross - Spano Declaration Ex. 7: Peng Shiliang Deposition |
| 13590-20 | Gross - Spano Declaration Ex. 8: Declaration of Jia Tongchun, dated August 15, 2010 |
| 13590-21 | Gross - Spano Declaration Ex. 9: TG's Manufacturer's Profile Form |
| 13590-22 | Gross - Spano Declaration Ex. 10: The Venture Contracts are dated November 17, 2005 and December 16, 2005 |
| 13590-23 | Gross - Spano Declaration Ex. 11: Bills of Lading for drywall sold by TG to Venture Supply and shipped by Venture Supply |
| 13590-24 | Gross - Spano Declaration Ex. 12: Manufacturer's Profile Form submitted by TTP |
| 13590-25 | Gross - Spano Declaration Ex. 13: Email communications demonstrating how potential foreign customers initiated contact with TTP |
| 13590-26 | Gross - Spano Declaration Ex. 14: Excerpts from the deposition of Steber of GD Distributors |
| 13590-27 | Gross - Spano Declaration Ex. 15: An Invoice, dated July 11, 2006 for the purchase of drywall by GD Distributors from TTP |
| 13590-28 | Gross - Spano Declaration Ex. 16: Two "Foreign Wire Transfer Slips" from Capital One Bank evidencing the payments made by GD Distributors to TTP |
| 13590-29 | Gross - Spano Declaration Ex. 17: A Guarantee Agreement between TG and BNBM, dated February 18, 2006 |
| 13590-30 | Gross - Spano Declaration Ex. 18: Excerpts from the deposition of Hannam, taken February 14, 2011. |
| 13590-31 | Gross - Spano Declaration Ex. 19: Excerpts from the deposition of Hannam, taken February 13, 2012. |
| 13590-32 | *Highlands Fuel Delivery, LLC v. Am. Ins. Co.*, No. 11-00291, 2011 WL 7110393 (Super. Ct. N.H. Nov. 29, 2011) |
| 13590-33 | *May v. Osako & Co., Ltd.*, No. CL08002245-00, 2011 WL 4544889 (Cir. Ct. Va. Sept. 12, 2011) |
| 13590-34 | Gross - Notice of Submission |
| 13591-00 | Wiltz – TG's and TTP's Motion Pursuant to Rule 12(B)(2) to Dismiss the Complaint |
| 13591-01 | Wiltz - Memorandum in Support of TG's and TTP's Motion Pursuant to Rule 12(B)(2) to Dismiss the Complaint |
| 13591-02 | Wiltz - Schedule A |
| 13591-03 | Wiltz - Zhu Yan Declaration.pdf |
| 13591-04 | Wiltz - Zhu Yan Declaration - Ex. A.pdf |

| Doc. No. | Document Description |
|---|---|
| 13591-05 | Wiltz - Zhu Yan Declaration - Ex. B.pdf |
| 13591-06 | Wiltz - Zhu Yan Declaration - Ex. C.pdf |
| 13591-07 | Wiltz – Declaration of Frank T. Spano in Support of TG's and TTP's Motion Pursuant to Rule 12(B)(2) to Dismiss the Complaint |
| 13591-08 | Wiltz - Spano Declaration - Ex. 1: Affidavit of Jia Tongchun |
| 13591-09 | Wiltz - Spano Declaration Ex. 2: Jia Tongchun Deposition Part 1 (Days 1-4 and Def's Exhibits 1-10A) |
| 13591-10 | Wiltz - Spano Declaration Ex. 2: Jia Tongchun Deposition Part 2 (Def's Exhibits 11-47A; Pl's Exhibits 1-6) |
| 13591-11 | Wiltz - Spano Declaration Ex. 2: Jia Tongchun Deposition Part 3 (Pl's Exhibits 7-11) |
| 13591-12 | Wiltz - Spano Declaration Ex. 2: Jia Tongchun Deposition Part 4 (Pl's Exhibits 12-20) |
| 13591-13 | Wiltz - Spano Declaration Ex. 2 - Jia Tongchun Deposition Part 5: (Pl's Exhibits 21-36) |
| 13591-14 | Wiltz - Spano Declaration Ex. 3: Peng Wenlong Deposition Part 1: (Days 1-3, Exhibits 1-10) |
| 13591-15 | Wiltz - Spano Declaration Ex. 3: Peng Wenlong Deposition Part 2: (Pl's Exhibits 11-23) |
| 13591-16 | Wiltz - Spano Declaration Ex. 4: Zhang Jianchun Deposition |
| 13591-17 | Wiltz - Spano Declaration Ex. 5: Che Gang Deposition |
| 13591-18 | Wiltz - Spano Declaration Ex. 6: Fu Tinghuan Deposition |
| 13591-19 | Wiltz - Spano Declaration Ex. 7: Peng Shiliang Deposition |
| 13591-20 | Wiltz - Spano Declaration Ex. 8: Declaration of Jia Tongchun, dated August 15, 2010 |
| 13591-21 | Wiltz - Spano Declaration Ex. 9: TG's Manufacturer's Profile Form |
| 13591-22 | Wiltz - Spano Declaration Ex. 10: The Venture Contracts are dated November 17, 2005 and December 16, 2005 |
| 13591-23 | Wiltz - Spano Declaration Ex. 11: Bills of Lading for drywall sold by TG to Venture Supply and shipped by Venture Supply |
| 13591-24 | Wiltz - Spano Declaration Ex. 12: Manufacturer's Profile Form submitted by TTP |
| 13591-25 | Wiltz - Spano Declaration Ex. 13: Email communications demonstrating how potential foreign customers initiated contact with TTP |
| 13591-26 | Wiltz - Spano Declaration Ex. 14: Excerpts from the deposition of Steber of GD Distributors |
| 13591-27 | Wiltz - Spano Declaration Ex. 15: An Invoice, dated July 11, 2006 for the purchase of drywall by GD Distributors from TTP |
| 13591-28 | Wiltz - Spano Declaration Ex. 16: Two "Foreign Wire Transfer Slips" from Capital One Bank evidencing the payments made by GD Distributors to TTP |
| 13591-29 | Wiltz - Spano Declaration Ex. 17: A Guarantee Agreement between TG and BNBM, dated February 18, 2006 |
| 13591-30 | Wiltz - Spano Declaration Ex. 18: Excerpts from the deposition of Hannam, taken February 14, 2011. |
| 13591-31 | Wiltz - Spano Declaration Ex. 19: Excerpts from the deposition of Hannam, taken |

| Doc. No. | Document Description |
|---|---|
|  | February 13, 2012. |
| 13591-32 | *Highlands Fuel Delivery, LLC v. Am. Ins. Co.*, No. 11-00291, 2011 WL 7110393 (Super. Ct. N.H. Nov. 29, 2011) |
| 13591-33 | *May v. Osako & Co., Ltd.*, No. CL08002245-00, 2011 WL 4544889 (Cir. Ct. Va. Sept. 12, 2011) |
| 13591-34 | Wiltz - Notice of Submission |
| 13592-95 | ExParte/Consent Motions for Leave to File Exhibits Under Seal, filed April 6, 2012 |
| 13738-41 | Orders Granting TG and TTP's Motions to File Exhibits Under Seal, issued April 12, 2012 |
| 14039 | Gross- Affidavit of Service for service on TTP |
| 14044 | Gross – Affidavit of Service for service on TG |
| 14504 | ExParte/Consent Motion for Leave to File Supplemental Exhibit 5- Part 2 to the Declarations of Frank Spano in Support of Taishan's Jurisdictional Motions |
| 14572-0 | Germano – Memorandum of TG in Reply to Plaintiffs' Opposition to the Renewed Motion to Vacate the Default Judgment and Dismiss the Complaint |
| 14572-1 | Germano – Zhu Yan Declaration |
| 14572-2 | Germano – Zhu Yan Reply Declaration |
| 14572-3 | Germano – Zhu Yan Reply Declaration Exhibit A |
| 14572-4 | Germano – Zhu Yan Reply Declaration Exhibit B |
| 14572-5 | Germano – Zhu Yan Reply Declaration Exhibit C |
| 14572-6 | Germano – Zhu Yan Reply Declaration Exhibit D |
| 14572-7 | Germano – Zhu Yan Reply Declaration Exhibit E |
| 14572-8 | Germano – Reply Declaration of Frank T. Spano in Support of TG's Renewed Motion to Vacate the Default Judgment and Dismiss the Complaint |
| 14572-9 | Germano – Spano Reply Decl. Ex. 23: August 30, 2011 Transcript of oral argument on the PSC's Motion to Compel Production of Documents and Further Jurisdictional Depositions of the Taishan Defendants" |
| 14572-10 | Germano - Spano Reply Decl. Ex. 24: letter dated October 28, 2011 from J. Cyr to Judge Fallon regarding evidentiary hearing |
| 14572-11 | Germano - Spano Reply Decl. Ex. 25: purchase Agreement between TTP and Shanghai Yu Yuan Import & Export Co. Ltd. for drywall to be marked with "Devon." |
| 14572-12 | Germano - Spano Reply Decl. Ex. 26: Exporter, Importer, or Broker Defendant Profile Form Filed on Behalf of Venture Supply, Inc., dated October 16, 2009 |
| 14573-0 | Mitchell – Memorandum of TG in Reply to Plaintiff's Opposition to the Renewed Motion to Vacate the Default Judgment and Dismiss this Action |
| 14573-1 | Mitchell - Zhu Yan Reply Decl. |
| 14573-2 | Mitchell - Zhu Yan Reply Decl. Ex. A |
| 14573-3 | Mitchell - Zhu Yan Reply Decl. Ex. B |
| 14573-4 | Mitchell - Zhu Yan Reply Decl. Ex. C |
| 14573-5 | Mitchell - Zhu Yan Reply Decl. Ex. D |
| 14573-6 | Mitchell - Zhu Yan Reply Decl. Ex. E |
| 14573-7 | Mitchell – Reply Declaration of Frank T. Spano in Further Support of TG's Motion to Vacate the Default Judgment and Dismiss this Action |

| Doc. No. | Document Description |
|---|---|
| 14573-8 | Mitchell - Spano Reply Decl. Ex. 43: August 30, 3011 Transcript of oral argument on the PSC's "Motion to Compel Production of Documents and Further Jurisdictional Depositions of the Taishan Defendants" |
| 14573-9 | Mitchell - Spano Reply Decl. Ex. 44: Letter dated October 28, 2011 from J. Cyr to Judge Fallon regarding evidentiary hearing. |
| 14573-10 | Mitchell - Spano Reply Decl. Ex. 45: Transcript of the February 23, 2012 Monthly Status Conference held by the Court acknowledging the PSC's representation that the parties are completing jurisdictional discovery. |
| 14573-11 | Mitchell - Spano Reply Decl. Ex. 46: VAT invoices issued by TTP to Beijing Building Materials Import & Export Co. Ltd. between April and June 2006 for the sale of drywall. |
| 14573-12 | Mitchell - Spano Reply Decl. Ex. 47: Purchase Agreement between TTP and Shanghai Yu Yuan Import & Export Co. Ltd. for drywall to be marked with "Devon." |
| 14574-0 | Wiltz – Memorandum of TG and TTP in Reply to Opposition to their Motion Pursuant to Rule 12(B)(2) to Dismiss the Complaint |
| 14574-1 | Wiltz - Zhu Yan Reply Declaration |
| 14574-2 | Wiltz - Zhu Yan Reply Decl. Ex. A |
| 14574-3 | Wiltz - Zhu Yan Reply Decl. Ex. B |
| 14574-4 | Wiltz - Zhu Yan Reply Decl. Ex. C |
| 14574-5 | Wiltz - Zhu Yan Reply Decl. Ex. D |
| 14574-6 | Wiltz - Zhu Yan Reply Decl. Ex. E |
| 14574-7 | Wiltz – Reply Declaration of Frank T. Spano in Support of TG and TTP's Motion Pursuant to Rule 12(B)(2) to Dismiss the Complaint |
| 14574-8 | Wiltz – Spano Reply Decl. Ex. 20: August 30, 3011 Transcript of oral argument on the PSC's "Motion to Compel Production of Documents and Further Jurisdictional Depositions of the Taishan Defendants". |
| 14574-9 | Wiltz – Spano Reply Decl. Ex. 21: Letter dated October 28, 2011 from J. Cyr to Judge Fallon regarding evidentiary hearing. |
| 14574-10 | Wiltz – Spano Reply Decl. Ex. 22: Purchase Agreement between TTP and Shanghai Yu Yuan Import & Export Co. Ltd. for drywall to be marked with "Devon." |
| 14574-11 | Wiltz – Spano Reply Decl. Ex. 23: Transcript of the February 23, 2012 Monthly Status Conference held by the Court acknowledging the PSC's representation that the parties are completing the jurisdictional discovery. |
| 14575-0 | Gross - Memorandum of TG and TTP in Reply to Opposition to their Motion Pursuant to Rule 12(B)(2) to Dismiss the Complaint |
| 14575-1 | Gross - Zhu Yan Reply Declaration |
| 14575-2 | Gross - Zhu Yan Reply Decl. Ex. A |
| 14575-3 | Gross - Zhu Yan Reply Decl. Ex. B |
| 14575-4 | Gross - Zhu Yan Reply Decl. Ex. C |
| 14575-5 | Gross - Zhu Yan Reply Decl. Ex. D |
| 14575-6 | Gross - Zhu Yan Reply Decl. Ex. E |
| 14575-7 | Gross – Reply Declaration of Frank T. Spano in Support of TG and TTP's Motion Pursuant to Rule 12(B)(2) to Dismiss the Complaint |

| Doc. No. | Document Description |
|---|---|
| 14575-8 | Gross – Spano Reply Decl. Ex. 20:  August 30, 3011 Transcript of oral argument on the PSC's "Motion to Compel Production of Documents and Further Jurisdictional Depositions of the Taishan Defendants". |
| 14575-9 | Gross – Spano Reply Decl. Ex. 21: Letter dated October 28, 2011 from J. Cyr to Judge Fallon regarding evidentiary hearing. |
| 14575-10 | Gross – Spano Reply Decl. Ex. 22: Purchase Agreement between TTP and Shanghai Yu Yuan Import & Export Co. Ltd. for drywall to be marked with "Devon." |
| 14575-11 | Gross – Spano Reply Decl. Ex. 23: Transcript of the February 23, 2012 Monthly Status Conference held by the Court acknowledging the PSC's representation that the parties are completing the jurisdictional discovery. |
| 14576 | Defendants' Objections to Plaintiffs' Proposed Evidence Submitted in Opposition to Defendants' Motions |
| 14576-1 – 14576-66 | Evidentiary Objection Exhibits 1-65 |
| 14992 | Taishan Defendants' Reply to Consolidated Response of the PSC, Certain Florida Homebuilders, INEX, Banner, Mitchell, State of Louisiana to Taishan's Objections to Proposed Evidence Submitted in Opposition to Taishan's Jurisdictional Motions |
| 15074 | Objections by Defendant to Errata to the PSC's Filings In Response to the Taishan Defendants' Jurisdictional Motions |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Filing by TG and TTP of Index of Record Documents Offered in Support of Their Motions Challenging Personal Jurisdiction was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of July, 2012.

/s/ Thomas P. Owen Jr.