**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES** | |

**MEMORANDUM IN SUPPORT OF**
**SECOND MOTION FOR DISBURSEMENT OF FUNDS**
**FROM THE MDL 2047 PSC SHARED COSTS FUND**
**(FOR EXPENSES)**

**MAY IT PLEASE THE COURT:**

By Order dated December 29, 2011, this Court ordered Russ M. Herman, Plaintiffs' Liaison Counsel, and/or Arnold Levin, Plaintiffs' Lead Counsel, to establish an MDL 2047 PSC Shared Costs Fund. The Shared Costs Fund has been established with Esquire Bank pursuant to the Court's December 29, 2011 Order [Rec. Doc. 12102].

On December 20, 2011, a Joint Motion was filed with the Court seeking an Order Preliminarily Approving a Settlement Agreement with the Knauf Defendants [Rec. Doc. 12061-3]. The Settlement Agreement regarding claims against the Knauf Defendants in MDL No. 2047 provided that "Fourteen (14) days after the Execution Date, the Knauf Defendants were required to make an advance payment of $6 million (non-refundable) to the Shared Costs Fund for costs incurred by the PSC, common benefit counsel, other common benefit counsel, Settlement Class Counsel, and individual retained counsel." The Knauf Defendants advanced the $6 million and the funds were deposited at Esquire Bank.

1

On January 4, 2012, a Motion for Disbursement of Funds from the MDL 2047 PSC Shared Costs Fund for Posting Appeal Bond was filed with the Court [Rec. Doc. 12110]. On January 5, 2012, the Court issued an Order granting the Motion [Rec. Doc. 12125], and on January 9, 2012, an appeal bond in the matter entitled *Cataphora, Inc. v. Jerrold Seth Parker, et al*, Case No. CV09-5749-BZ, pending in the United States District Court for the Northern District of California, in the amount of $1,335,967.20 was posted, which matter is presently on appeal.

On July 28, 2009, the Court issued Pre-Trial Order No. 8 [Rec. Doc. 146], which appointed members to the Plaintiffs' Steering Committee and set forth its responsibilities. In connection with the administration and performance of duties, the PSC has incurred a number of expenses and continues to incur expenses. Pre-Trial Order No. 9 [Rec. Doc. 147] sets forth the procedure to be followed for plaintiff counsel's expense submissions. All of the expenses incurred are being reported to the CPA appointed by the Court in accordance with Pre-Trial Order No. 9.

The PSC has heretofore imposed assessments amongst its members to fund common benefit expenses. Because common benefit expenses continue to be incurred and because there is substantial amounts of funds available in the Esquire Bank Shared Costs Fund, the PSC requests that in lieu of an assessment to PSC members, that the Court authorize Plaintiffs' Liaison Counsel, Russ

M. Herman, to utilize $500,000.00 from the Esquire Bank Shared Costs Fund to be used for expenses that will be incurred and handled in accordance with Pre-Trial Order No. 9.

Respectfully submitted,

Dated: July 3, 2012 /s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

3

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444


Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com


James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

4

Daniel K. Bryson  
Whitfield, Bryson & Mason, LLP  
900 W. Morgan Street  
Raleigh, NC 27603  
Phone: (919) 600-5000  
Fax: (919) 600-5035  
Daniel@wbmllp.com  

Richard J. Serpe, Esquire  
Law Offices of Richard J. Serpe  
Crown Center, Ste. 310  
580 East Main Street  
Norfolk, VA 23510-2322  
rserpe@serpefirm.com  

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis  
HAUSFELD LLP  
1700 K Street, N.W  
Suite 650  
Washington, DC 20006  
Phone: (202) 540-7200  
Fax: (202) 540-7201  
rlewis@hausfeldllp.com  

Andrew A. Lemmon  
Lemmon Law Firm, LLC  
P.O. Box 904  
15058 River Road  
Hahnville, LA 70057  
Phone: (985) 783-6789  
Fax: (985) 783-1333  
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of July, 2012.

        /s/ Leonard A. Davis
        Leonard A. Davis, Esquire
        Herman, Herman & Katz, L.L.C.
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        Ldavis@hhklawfirm.com
        Plaintiffs' Liaison Counsel
        MDL 2047