*U.S.*

# SHANDONG PROVINCE JINAN CITY INTERMEIDATE PEOPLE'S COURT

# PROOF OF SERVICE

(To be used by all types of case )

*Law Association No. FX-11-359*
*Judicial Association No. SX-11-217*

| Cause of Action | | Cause No. | Shandong Superior Court Law Association Receiving No. (2011) 40 |
|---|---|---|---|
| Documents Served and Number | Summary of documents served, summons, complaint and other documents, one copy each. | | |
| Recipient (Unit) | Jinan Run & Fly New Materials Co., Ltd. | | |
| Address for Service | Rm 3-201, Ruyi Building North Tower, Hualong Road, Jinan City, Shandong Province, (China).  (Zip code: 250100) | | |
| Recipient Signature or Seal | Date | | |
| Recipient in substitution and reason(s) | Chen, Lan Xiang<br><br>March 7, 2011 | | |
| Notes | Staff of the above company. | | |

Issuer:   [Seal: Shandong Province Jinan City       Servers:   Sui, Bang Si    Wang, Hong Wei
             Intermediate People's Court]

*Note:*
    (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
    (2)  In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

山东省济南市中级人民法院 

# 送 达 回 证

（各类案件通用）

FX-14-35

SX-11-21

| 案　由 | | 案号 | 2011 增商法协受字第 40 号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 被送达文书概要一份　传票一份<br>诉状一份，文书 | | |
| 受送达人 | 济南润来福新材料有限公司 | | |
| 送达地址 | 山东济南华龙路如意贵北楼 3-201（邮编250100） | | |
| 受送达人签<br>名或盖章 | | 年　　　月　　　日 | |
| 代收人及<br>代收理由 | 陈兰香　　　2011 年　3 月　7 日 | | |
| | 法院职员 | | |

送达人 隋邦思　王宏伟

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，按照
　　或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

APPLICANT IS AUTHORIZED TO SER ͏ JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

11-5X-217

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### *DEMANDE*
### *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
### *D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)     Jinan Run & Fly New Materials Co., Ltd.
            3-201 Ruyibei Bld., Hualong Road, Jinan, Shandong 250100, China
                  Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)    *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Supplement to Amended Class Action Complaint)<br>--Order<br>--Amended Class Action Complaint<br>--Translations<br>--Summary of the Document to be Served | **Done at** , the 1/26/12<br>*Fait à* Minneapolis, Minnesota, U.S.A. , le<br><br>**Signature and/or stamp.**<br>*Signature et/ou cachet.*  |

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG - | Supplement
Defendant: Jinan Run & Fly New Materials Co., Ltd.
Court Case No.: 09-6690

Case 2:09-md-02047-EEF-MBN   Document 15210   Filed 07/03/12   Page 4 of 4

## CERTIFICATE
## *ATTESTATION*

$SX-11-2l7$

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    **that the document has been served***
1.    *que la demande a été exécutée*

    - the (date)
    - le (date)   _07/03/2011_
    - at (place, street, number)
    - à (localité, rue numéro) _China   3-201, Ruyibei Building, Hua Long Road, Jinan, Shandong,_

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*

        [X]  (a)   **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
            *a)*    *selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ]  (b)   **in accordance with the following particular method*:**
            *b)*    *selon la forme particulière suivante:* _____

        [ ]  (c)   **by delivery to the addressee, who accepted it voluntarily.***
            *c)*    *par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
    - **(identity and description of person)**
    - *(identité et qualité de la personne)* _Chen Lanxiang_

    - **relationship to the addressee (family, business or other):**
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _Addressee's workstaff_

2)    **that the document has not been served, by reason of the following facts*:**
2.    *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served,  Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

**Done at** _Beijing_ **, the** _Mar.31st, 2011_
*Fait à* , *le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

中 华 人 民 共 和 国
司 法 部
民 商 事 司 法 协 助 专 用 章

*   **Delete if inappropriate.**
   *Rayer les mentions inutiles.*

2