JUDICIARY BRANCH
**FEDERAL JUSTICE**
RIO DE JANEIRO JUDICIAL SECTION



FEDERAL JUSTICE
Rio de Janeiro Judicial Section

FEDERAL JUSTICE 2
Rio de Janeiro Judicial Section

ORDER N° MAN.0023.000067-5/2011

460

## CERTIFICATE (POSITIVE)

**I CERTIFY** that, on this date, in fulfillment of the above referenced order, I went to Kilometer 198.5 on Rodovia Presidente Dutra highway, Jardim Marajoara, Queimados, RJ, and being there, after the due legal formalities, **SERVED** KNAUF DO BRASIL LTDA, in the person of the Manager, Mr. RONALD MICHAHELLES – RG 364.493-7/IFP RJ, having been informed that the partners are rarely at the company, not knowing the day or time they would be at the place. In the act, he presented management power of attorney, copy of which is attached, and making him aware of the full content of the order, delivered to him an authenticated copy after recording the respective acknowledgment. Service was carried out on day 2/01, this Official having been in attendance at the headquarters in S.J. de Meriti on day 1/31. The act was carried out on the person of the manager, in view of the above declaration. The aforesaid is true and **I ATTEST**.

Representative: RONALD MICHAHELLES
Identification: 364.493-7/IFP
Position: Manager

| Date of Service | Time | Place | Description of Service |
|---|---|---|---|
| 2/01 | 11:55 | Queimados | Positive service. |

Queimados, February 1, 2011.

**Edson Alves da Silva**
Judicial Analyst / Executor of Orders
Registration: 13441

Document classification 92.100.05

Signed electronically. Digital certification belonging to EDSON ALVES DA SILVA
Document No: 52387141-2-0-2-1-396163 – consult the authenticity of the document through the website www.jfrj.gov.br/docs



**PODER JUDICIÁRIO**
**JUSTIÇA FEDERAL**
SEÇÃO JUDICIÁRIA DO RIO DE JANEIRO



MANDADO Nº MAN.0023.000067-5/2011

## CERTIDÃO (POSITIVA)



**CERTIFICO** que, nesta data, em cumprimento ao r. mandado em referência, me dirigi à(o) Rodovia Presidente Dutra, KM 198,5, Jardim Marajoara, Queimados, RJ, e sendo aí, após as devidas formalidades legais, **INTIMEI** a KNAUF DO BRASIL LTDA, na pessoa do Gerente, Sr. RONALD MICHAHELLES – RG 364.493-7/IFP RJ, haja vista ter informado que os sócios raramente aparecem na empresa, não sabendo indicar dia ou horário em estão no local. No ato apresentou procuração com poderes de gerência, cuja cópia segue anexa. dando-lhe ciência do inteiro teor do mandado, sendo-lhe entregue a contrafé após exarar o respectivo ciente. A diligência foi realizada no dia 01/02, haja vista este Oficial ter realizado plantão na sede em S. J. de Meriti, no dia 31/01. O ato foi realizado na pessoa do gerente, face a declaração acima. O referido é verdade e **DOU FÉ**.

Representante: RONALD MICHAHELLES
Identidade: 364.493-7/IFP
Cargo: Gerente



| DATA DA DILIGÊNCIA | HORA | LOCAL | DESCRIÇÃO DA DILIGÊNCIA |
|---|---|---|---|
| 01/02 | 11:55 | Queimados | Diligência positiva. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Queimados, 01 de fevereiro de 2011.

**Edson Alves da Silva**
Analista Judiciário/Execução de Mandados
Matrícula: 13441

| Classif. documental | 92.100.05 |
|---|---|

Assinado eletronicamente. Certificação digital pertencente a EDSON ALVES DA SILVA
Documento No: 52387141-2-0-2-1-396163 - consulta à autenticidade do documento através do site www.jfrj.gov.br/docs



MINISTÉRIO DA JUSTIÇA
SECRETARIA NACIONAL DE JUSTIÇA
DEPARTAMENTO DE RECUPERAÇÃO DE ATIVOS E COOPERAÇÃO JURÍDICA INTERNACIONAL
COORDENAÇÃO-GERAL DE COOPERAÇÃO JURÍDICA INTERNACIONAL

Ofício nº. 2278/2011/CGCI-DRCI-SNJ-MJ

Brasília, 29 de abril de 2011.

A Process Forwarding International
Contracting Agent for the Department of Justice
Office of International Judicial Assistance
633 Yesler Way
Seattle, WA 98104 - EUA

**Assunto:** Cooperação Jurídica Internacional Brasil/EUA
**Registro MJ:** 08099.000885/2010-97
**Diligência:** Notificação de Knauf do Brasil
**Juízo Rogante:** Tribunal Federal dos Estados Unidos, Distrito Leste de Louisiana

Prezados Senhores,

1. Restituímos o pedido de cooperação jurídica internacional referente ao supramencionado processo, devidamente cumprido, conforme certidão de fl.460 e despacho do Superior Tribunal de Justiça de fl.465.

2. Colocamo-nos à disposição para os esclarecimentos que se fizerem necessários.

Atenciosamente,

Boni de Moraes Soares
Coordenador-Geral

cgci/dop