Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0083

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Home One Homes
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _Jefferson_ )
Name of Server: _Roy Busiere_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _8_ day of _March_, 20 _12_, at _9:33_ o'clock _A_ M

**Place of Service:** at _2121 N. Causeway Blvd., #167_, in Metairie, LA 70001

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Home One Homes**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _John Graham    Owner_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _white_ ; Hair Color _Gray_ ; Facial Hair _None_
Approx. Age _60_ ; Approx. Height _6'1"_ ; Approx. Weight _190_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Roy Busiere LCPS #0018_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _13_ day of _March_, 20 _12_

_at death_
Notary Public        (Commission Expires)

_Dawn S. Gabel_
_Id. 66736_