Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 110234-0173

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Leroy Laporte, Jr.
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )

**Name of Server:** _Roy Busiere_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _8_ day of _March_, 20_12_, at _4:58_ o'clock _P_ M

**Place of Service:** at _950 W. Causeway Approach_, in _Mandeville, LA 70471_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Leroy Laporte, Jr.

☐ By personally delivering them into the hands of the person to be served.

☑ By delivering them into the hands of _Megan Bagley_, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with Leroy Laporte, Jr.

at the place of service, and whose relationship to the person is: _Exec. Seat_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_; Skin Color _white_; Hair Color _Blond_; Facial Hair _None_
Approx. Age _33_; Approx. Height _5'5"_; Approx. Weight _148#_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Roy Busiere LCPS#0018_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _13_ day of _March_, 20_12_

_____ at death
Notary Public (Commission Expires)
Dawn S Dube
Id 66726