## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Payton, et al v. Knauf GIPS KG, et al | * | MAG. JUDGE WILKINSON |
| Case No. 2:09-cv-07628 | * | |

*****************************************************************************

## MOTION AND ORDER OF PARTIAL DISMISSAL

NOW INTO COURT, through undersigned counsel come plaintiffs, Fred L. Mizell, Jr. and

Taffenie C. Mizell, who suggest to the Court that the claims and demands against one defendant,

Murphy Bateman Building Supplies, LLC, have been amicably settled and compromised.  Plaintiffs

therefore wish to dismiss only claims asserted herein against defendant, Murphy Bateman Building

Supplies, LLC, with prejudice, each party to bear its own costs reserving all rights against all other

defendants.

Respectfully submitted:

/s/Paul A. Lea, Jr.
Paul A. Lea, Jr. (La. Bar No. 18637)
724 E. Boston Street
Covington, Louisiana 70433-2910
plea@llajustice.com
Telephone:  (985) 292-2300
Facsimile:  (985) 249-6006
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of July 2012, the undersigned electronically filed the foregoing
with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to
all counsel of record.

/s/Paul A. Lea, Jr.
Paul A. Lea, Jr.