

| | DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE |

800.222.2766  
tel 214.521.3605  
fax 214.520.1181  

3102 Oak Lawn Avenue  
Suite 1100  
Dallas, TX 75219-4281

June 8, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire  
Leonard A. Davis, Esquire  
Herman, Herman, Katz & Cotlar, LLP  
820 O'Keefe Avenue  
New Orleans, Louisiana 70113

      Re:    **In re: Chinese Manufactured Drywall Products Liability Litigation**  
                **Daniel Abreu, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al;**  
                **Cause No. 11-252**

Dear Russ and Lenny:

      My clients, Joslyn and Janet Edwards, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant, Mercedes Homes, LLC in the above matter, reserving their rights and claims against any and all other defendants therein.

                                                Very truly yours,

                                                Bruce Steckler