# MORGAN & MORGAN®
## Attorneys At Law

SUITE 600
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS, FL 33906-9504
(239) 433-6880
FAX: (239) 433-6836

May 22, 2012

**VIA FACSIMILE (504) 561-6024 and U.S. Mail**

Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

RE:   **Our Client: Michael Hayden**
      *In re: Chinese Manufactured Drywall Product Liability Litig.*
      Case No. 12-498
      Our File No.: 1240053

Dear Russ & Lenny:

   We represent Michael Hayden. We hereby authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to file the enclosed Notice of Voluntary Dismissal of Claims. Our client is dismissing without prejudice his claims against Riverside Bank of the Gulf only. He will continue to pursue his claims against the remaining defendants. Thank you for your attention to this matter.

Sincerely,

Pete V. Albanis

PVA/bh

www.forthepeople.com

ATLANTA, GA ◆ DAVIE, FL ◆ DAYTONA BEACH, FL ◆ FT. MYERS, FL ◆ JACKSON, MS ◆ JACKSONVILLE, FL ◆ KISSIMMEE, FL
MEMPHIS, TN ◆ NAPLES, FL ◆ ORLANDO, FL ◆ ST. PETERSBURG, FL ◆ TAMPA, FL ◆ TAVARES, FL ◆ WINTER HAVEN, FL