UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

                                                                              SECTION L
THIS DOCUMENT RELATES TO:

                                                                              JUDGE FALLON
*Amato, et al. v. Liberty Mut. Ins. Co., et al.*                 MAG. JUDGE WILKINSON
2:10-cv-932 (E.D. La.)


-------------------------------------------------------------------

### ALEXANDER AND IRINA REKHELS' NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT AUBUCHON HOMES, INC.

Pursuant to Fed.R.Civ.P. 41(a) (1) (A) (i), Plaintiffs Alexander and Irina Rekhels hereby voluntarily dismiss, without prejudice, their claims against Aubuchon Homes, Inc.  The parties are to bear their own attorneys fees and costs. Plaintiffs' claims against the other Defendants shall remain in full force and effect.

Attached hereto as Exhibit "A" is correspondence from Pete V. Albanis, Esq., counsel for Alexander and Irina Rekhels, dated April 20, 2012 which specifically authorizes the undersigned to file this Notice of Voluntary Dismissal.


                                                        Respectfully submitted,

July 5, 2012                                         /s/ Leonard A. Davis
                                                        Russ M. Herman, Esq. (LA Bar No. 6819)
                                                        Leonard A. Davis, Esq. (LA Bar No. 14190)
                                                        Stephen J. Herman, Esq. (LA Bar No. 23129)
                                                        Herman, Herman & Katz, L.L.C.
                                                        820 O'Keefe Ave.
                                                        New Orleans, LA 70113
                                                        Phone: (504) 581-4892
                                                        Fax: (504) 561-6024
                                                        LDavis@hhklawfirm.com
                                                        Plaintiffs' Liaison Counsel
                                                        MDL 2047

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of July, 2012.

/s/  Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047