# MORGAN & MORGAN®
## *Attorneys At Law*

SUITE 600
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS, FL 33906-9504
(239) 433-6880
FAX: (239) 433-6836

April 20, 2012

**VIA FACSIMILE (504) 561-6024 and U.S. Mail**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

RE: **Our Client Alexander & Irina Rekhels**
*In re: Chinese Manufactured Drywall Product Liability Litig.*
*Amato, et al. v. Liberty Mut. Ins. Co., et al.* **Case No. 10-932**
Our File No.: 1085397

Dear Russ & Lenny:

We represent Alexander & Irina Rekhels. We hereby authorize the attorneys of Herman, Herman, Katz & Kotlar, LLP to file the enclosed Rule 41 Notice of Voluntary Dismissal Without Prejudice of Alexander & Irina Rekhels' claims against Aubuchon Homes, Inc. in this litigation.

Sincerely,

Pete V. Albanis
PVA/ah

Enclosure

www.forthepeople.com

ATLANTA, GA ♦ DAVIE, FL ♦ DAYTONA BEACH, FL ♦ FT. MYERS, FL ♦ JACKSON, MS ♦ JACKSONVILLE, FL ♦ KISSIMMEE, FL
MEMPHIS, TN ♦ NAPLES, FL ♦ ORLANDO, FL ♦ ST. PETERSBURG, FL ♦ TAMPA, FL ♦ TAVARES, FL ♦ WINTER HAVEN, FL