**BARON BUDD, P.C.®**   DALLAS   |   AUSTIN   |   LOS ANGELES   |   BATON ROUGE   |   MIAMI

800.222.2766 3102 Oak Lawn Avenue
tel 214.521.3605 Suite 1100
fax 214.520.1181 Dallas, TX 75219-4281

May 23, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

   Re: **In re: Chinese Manufactured Drywall Products Liability Litigation**
      **Laura Haya, et al v. Taishan Gypsum Co., Ltd, fka Shandong Taihe Dongxin Co., Ltd., et al; Cause No. 11-1077**

Dear Russ and Lenny:

  My client, Michael Surles, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, without prejudice, all of their claims against Woodside Stoneybrook, LLC in the above matter.

               Very truly yours,

               Bruce Steckler