UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCS LIAIBLITY LITIGATION | MDL 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: DAVID GROSS K.G., ET AL. V. KNAUF KG, ET. AL. | JUDGE FALLON |
| CASE NO.: 09-6690 | MAG.: JUDGE WILKINSON |

**CHARLES A. HUMMER'S NOTICE OF
VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,
OF DEFENDANTS, KNAUF KG, ET AL.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, CHARLES A. HUMMER, hereby dismisses, without prejudice, all of his claims against DEFENDANTS, KNAUF KG, ET AL., in Plaintiffs' Omnibus Complaints, reserving his rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. CHARLES A. HUMMER shall continue to pursue his claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Ghada Skaff, counsel for CHARLES A. HUMMER, dated May 7, 2012 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

                                                  Respectfully submitted,

Dated: July 5, 2012                /s/ Russ M. Herman
                                                  Russ M. Herman, Esquire (Bar No. 6819)
                                                  Leonard A. Davis, Esquire (Bar No. 14190)
                                                  Stephen J. Herman, Esquire (Bar No. 23129)
                                                  HERMAN, HERMAN & KATZ, L.L.C.
                                                  820 O'Keefe Avenue
                                                  New Orleans, Louisiana 70113
                                                  Phone: (504) 581-4892
                                                  Fax: (504) 561-6024
                                                  LDavis@hhklawfirm.com
                                                  *Plaintiffs' Liaison Counsel*
                                                  *MDL 2047*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of July, 2012.

                                              /s/ Leonard A. Davis
                                              Leonard A. Davis, Esquire
                                              Herman, Herman & Katz, L.L.C.
                                              820 O'Keefe Avenue
                                              New Orleans, Louisiana 70113
                                              Phone: (504) 581-4892
                                              Fax: (504) 561-6024
                                              LDavis@hhklawfirm.com
                                              Plaintiffs' Liaison Counsel
                                              MDL 2047