# LIESER & SKAFF

*1101 Channelside Dr., Ste. 420, Tampa, FL 33602*
*Tel: (813) 251-8712 ~ Fax: (813) 251-8715*
*www.lieserskaff.com*

May 8, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

> **Re: In re: Chinese Manufactured Drywall Products Liability Litigation**
> **MDL 2047, Section L, David Gross K.G., et al. v. Knauf KG, et al.,**
> **Case No. 09-6690**

Dear Messrs. Herman and Davis:

My client, Charles A. Hummer, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, without prejudice, all of his claims against defendants, Knauf KG, et al. in the above matter, reserving his rights and claims against any and all other defendants therein.

Very truly yours,

Ghada Skaff