**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>Robert W. Block, III, individually, and on behalf of all others similarly situated, v. Gebrueder Knauf Verwaltungsgesellschaft, et al, Case No. 11-1363 | |

**ALFONS AND DAWN BUCAJ'S**
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**OF DEFENDANT, WOODSIDE STONEYBROOK, LLC.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Alfons and Dawn Bucaj, hereby dismiss without prejudice all of their claims against Defendant, Stoneybrook, LLC, in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Plaintiffs, Alfons and Dawn Bucaj, shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Allison Grant, Esq., counsel for Plaintiffs, Alfons and Dawn Bucaj, dated July 5, 2012 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

                                    Respectfully submitted,

Dated: July 5, 2012                    /s/ Russ M. Herman
                                          Russ M. Herman, Esquire (Bar No. 6819)
                                          Leonard A. Davis, Esquire (Bar No. 14190)
                                          Stephen J. Herman, Esquire (Bar No. 23129)
                                          HERMAN, HERMAN & KATZ, L.L.C.
                                          820 O'Keefe Avenue
                                          New Orleans, Louisiana 70113
                                          Phone: (504) 581-4892
                                          Fax: (504) 561-6024
                                          Ldavis@hhklawfirm.com
                                          *Plaintiffs' Liaison Counsel*
                                          *MDL 2047*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of July, 2012.

                                                  /s/_Leonard A. Davis_____
                                                  Leonard A. Davis, Esquire
                                                  Herman, Herman & Katz, L.L.C.
                                                  820 O'Keefe Avenue
                                                  New Orleans, Louisiana 70113
                                                  Phone: (504) 581-4892
                                                  Fax: (504) 561-6024
                                                  Ldavis@hhklawfirm.com
                                                  Plaintiffs' Liaison Counsel
                                                  MDL 2047