# ALLISON GRANT, P.A.
## ATTORNEY AT LAW

730 S. Federal Highway
Lake Worth, Florida 33460
Phone: 561.994.9646
Fax: 561.431.4627
agrant@allisongrantpa.com

July 5, 2012

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

      Re:   Robert W. Block, III, individually, and on behalf of all others similarly situated, v. Gebrueder Knauf Verwaltungsgesellschaft, et al., Case No. 11-1363

Dear Mr. Herman and Mr. Davis:

My clients, Alfons and Dawn Bucaj, authorize Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Defendant, Woodside Stoneybrook, LLC, in the above matter, reserving their rights and claims against any and all other defendants therein.

Sincerely,

Allison Grant, Esq.