# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| The Mitchell Co., Inc. v. Knauf Gips KG, et al., Case No. 09-4115 (E.D. La.) | |
| Wiltz v. Beijing New Building Materials Public Ltd. Co., et al., Case No. 10-361 (E.D. La.) | |
| Gross v. Knauf Gips KG, et al., 2:09-cv-06690 (E.D. La.) | |

## CONSOLIDATED NOTICE OF FILING BY THE PLAINTIFFS' STEERING COMMITTEE, CERTAIN FLORIDA HOMEBUILDERS, INTERIOR EXTERIOR, BANNER, MITCHELL AND THE STATE OF LOUISIANA OF INDEX OF RECORD DOCUMENTS OFFERED IN OPPOSITION TO TAISHAN'S JURISDICTIONAL MOTIONS

The Plaintiffs' Steering Committee, Certain Florida Homebuilders, Interior Exterior, Banner, Mitchell and the State of Louisiana hereby submit, pursuant to the Court's request, the annexed index of record documents filed by the consolidated parties in relation to the evidentiary hearing in opposition to Taishan's Jurisdictional Motions for which oral argument was held on June 29, 2012.

Respectfully submitted,

Dated: July 6, 2012         /s/ *Russ M. Herman*
                            Russ M. Herman, Esquire (Bar No. 6819)
                            Leonard A. Davis, Esquire (Bar No. 14190)
                            Stephen J. Herman, Esquire (Bar No. 23129)
                            HERMAN, HERMAN & KATZ, L.L.C.
                            820 O'Keefe Avenue
                            New Orleans, LA 70113
                            Phone: (504) 581-4892
                            Fax: (504) 561-6024
                            Ldavis@hhklawfirm.com
                            *Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin, Esquire
Fred S. Longer, Esquire
Sandra L. Duggan, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios, Esquire
Bruce Kingsdorf, Esquire
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr., Esquire
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg, Esquire
PODHURST ORSECK, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler, Esquire
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez, Esquire
Patrick Montoya, Esquire
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr., Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL
 ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert, Esquire
LAMBERT AND NELSON
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
 & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker, Esquire
PARKER, WAICHMAN, ALONSO, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein, Esquire
MORGAN & MORGAN
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves, Esquire
LUMPKIN & REEVES
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger, Esquire
Scott Alan George, Esquire
SEEGER WEISS, LLP
77 Water Street, 26th Floor
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson, Esquire
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
dan@wbmllp.com

Richard J. Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. DIAZ AND PARTNERS, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis, Esquire
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon, Esquire
LEMMON LAW FIRM, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino, Esquire
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**COUNSEL FOR BANNER SUPPLY COMPANY, BANNER SUPPLY COMPANY, INC.; BANNER SUPPLY COMPANY FORT MYERS, LLC; BANNER SUPPLY COMPANY TAMPA, LLC; BANNER SUPPLY COMPANY POMPANO, LLC; AND BANNER SUPPLY INTERNATIONAL, LLC**

/s/ Nicholas P. Panayotopoulos
Nicholas P. Panayotopoulos, Esquire
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
Georgia Bar Number: 560679
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326
Phone: (404) 876-2700
npanayo@wwhgd.com

**COUNSEL FOR BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC**

/s/ Michael P. Peterson
Michael P. Peterson, Esquire
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, Florida 33176
Phone: (305) 270-3773
Fax: (305) 275-7410
mpeterson@petersonespino.com

**COUNSEL FOR THE MITCHELL COMPANY, INC.**

/s/ *Steven L. Nicholas*
Steven L. Nicholas, Esquire
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street
Mobile, Alabama  36604
Phone: (251) 471-6191
Fax: (251) 479-1031

Elizabeth J. Cabraser, Esquire
Kristen E. Law, Esquire
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
Emarcadero Center West
275 Battery Street, Suite 3000
San Francisco, California  94111-3339
Phone: (415) 956-1000
Fax: (415) 956-1008

**LEAD COUNSEL FOR THE HSC
COUNSEL FOR LENNAR CORPORATION; LENNAR HOMES, LLC;
U.S. HOME CORPORATION; MERITAGE HOMES OF FLORIDA, INC.;
G.L. BUILDING CORPORATION; BOYNTON BEACH ASSOCIATES XVI, LLLP;
G.L. HOMES OF DAVIE ASSOCIATES II, LTD.; AND
G.L. HOMES OF DAVIE ASSOCIATES III, LTD.**

/s/ *Hilarie Bass*
Hilarie Bass, Esquire (Florida Bar No. 334323)
Mark A. Salky, Esquire (Florida Bar No. 058221)
Adam M. Foslid, Esquire (Florida Bar No. 0682284)
GREENBERG TRAURIG, P.A.
333 Avenue of the Americas
(333 S.E. 2nd Avenue), Suite 4400
Miami, Florida 33131
Phone: (305) 579-0500
Fax: (305) 579-0717
bassh@gtlaw.com

**COUNSEL FOR THE STATE OF LOUISIANA**

James D. "Buddy" Caldwell, Esquire
James Trey Phillips, Esquire
Sanettria Glasper Pleasant, Esquire
LOUISIANA DEPARTMENT OF JUSTICE
Louisiana Attorney General
1885 North Third Street
P.O. Box 94005
Baton Rouge, LA 70804-9005
Phone: (225) 326-6000
Fax: (225) 326-6499

/s/ *John F. Weeks, II*
John F. Weeks, II, Esquire (Bar No. 13309)
T. Allen Usry, Esquire (Bar No. 12988)
USRY, WEEKS & MATTHEWS, APLC
Special Assistant Attorneys General
1615 Poydras Street, Ste. 1250
New Orleans, LA 70112
Phone: (504) 592-4600

E. Wade Shows, Esquire
John C. Walsh, Esquire
SHOWS, CALI & WALSH, LLP
628 St. Louis Street
P.O. Drawer 4425
Baton Rouge, LA 70821
Phone: (225) 346-1461

David L. Black, Esquire
Craig M. J. Allely, Esquire
PERKINS COIE, LLP
1900 Sixteenth Street, Ste. 1400
Denver, CO 80202
Phone: (303) 291-2300

**COUNSEL FOR DEFENDANT, INTERIOR EXTERIOR BUILDING SUPPLY, L.P. AND INTERIOR EXTERIOR ENTERPRISES, LLC**

/s/ *Carlina C. Eiselen*
Richard G. Duplantier, Jr., Esquire (18874)
Lambert J. Hassinger, Jr., Esquire (21683)
Benjamin R. Grau, Esquire (26307)
Carlina C. Eiselen, Esquire (28524)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Phone:  (504) 525-6802
Fax:  (504) 525-2456
rduplantier@gjtbs.com /jhassinger@gjtbs.com
bgrau@gjtbs.com / ceiselen@gjtbs.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Consolidated Notice of Filing by the Plaintiffs' Steering Committee, Certain Florida Homebuilders, Interior Exterior, Banner, Mitchell, and the State of Louisiana of Index of Record Documents Offered in Opposition Taishan's Jurisdictional Motions has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 6th day of July, 2012.

                        /s/ *Leonard A. Davis*
                        Leonard A. Davis, Esquire
                        HERMAN, HERMAN & KATZ, L.L.C.
                        820 O'Keefe Avenue
                        New Orleans, Louisiana 70113
                        Phone: (504) 581-4892
                        Fax: (504) 561-6024
                        Ldavis@hhklawfirm.com
                        *Plaintiffs' Liaison Counsel*
                        *MDL 2047*
                        *Co-counsel for Plaintiffs*