| Rec Doc | Document Description |
|---|---|
| 52 | Service - TG [Mitchell (09-4115)] |
| 77 | Service - TG (served in VA - Serpe) - Germano |
| 277 | Preliminary Default - TG [Mitchell 09-4115] |
| 487 | Preliminary Default - TG [Germano 09-6687] |
| 2140 | Service - TG [Gross 09-6690] |
| 2141 | Service - TTP [Gross 09-6690] |
| 3013 | Default Judgment - TG [Germano 09-6687] |
| 3668 | Appearance - TG [Germano 09-6687] |
| 3668 | Appearance - TG [Mitchell 09-4115] |
| 3668 | Appearance - TG [Steiner 09-06545] |
| 3668 | Appearance - TG [Gross 09-6690] |
| 4324 | Appearance - TTP [Gross 09-6690] |
| 4325 | Appearance - TG [State of LA 10-0340] |
| 7028 | Denied Service - TTP [Wiltz 10-361] |
| 7029 | Denied Service - TG [Wiltz 10-361] |
| 7032 | Service - TG amended complaint [Germano 09-6687] |
| 7302 | Preliminary Default - TG [Gross 09-6690] |
| 7408 | Appearance - TG [Wiltz 10-361] |
| 7409 | Appearance - TTP [Wiltz 10-361] |
| 7735 | Preliminary Default - BNBM [Wiltz 10-361] |
| 7736 | Preliminary Default - BNBM & CNBM [Gross 09-6690] |
| 14202 | PSC's response opposition to Taishan's renewed motion to vacate default judgment and dismiss the complaint |
| 14202-1 | 10/14/2010 Transcript of Status Conference |
| 14202-2 | Proof of Service on Taishan (Germano 09-6687) 9/30/2010 |
| 14203-1 | Declaration of Professor Liu Junhai |
| 14203-2 | Declaration of Bing Cheng |
| 14203-3 | Declaration of Professor James V. Feinerman |
| 14204-1 | Service of amended IDC Complaint (Gross 09-6690) on TG & TTP 2/4/2010 |
| 14204-2 | Service of Omnibus III Complaint on TG & TTP 7/11/2011 |
| 14204-3 | Service of amended Complaint (Wiltz 10-361) on TG & TTP 11/30/2010 |
| 14207-1 | Declaration of Mike Jenkins |
| 14207-2 | Declaration of Kristen Law Sagafi |
| 14207-3 | |
| 14207-4 | |

| | |
|---|---|
| 14207-5 14207-6 | Declaration of Chuck Stefan |
| 14208-3 | 4/4/2011 Deposition transcript of Jia Tongchun |
| 14208-4 | 4/5/2011 Deposition transcript of Jia Tongchun |
| 14208-5 | 12/12/2011 Deposition transcript of Donald H. Wilson (BNBM of America) |
| 14215-3 | Affidavit of Russ M. Herman |
| 14215-3 / Ex. 1 | Chart summarizing Taishan's sales of drywall in the United States, by State |
| 14215-3 / Ex. 2 | Deposition of Fu Tinghuan dated 1/10/2012 |
| 14215-3 / Ex. 3 | Regulatory Announcement of China National Building Material Company Limited, 2010-009 (Q000975-981) |
| 14215-3 / Ex. 4 | Deposition of Peng Wenlong dated 4/7-8/2011 |
| 14215-3 / Ex. 5 | Taishan marketing and product brochure (Plaintiffs' Ex. 20 to Deposition of Jia Tongchun dated 1/9-10/2012) |
| 14215-3 / Ex. 6 | Deposition of Che Gang dated 1/11-12/2012 |
| 14215-3 / Ex. 7 | Quotes for drywall, metal track, metal studs, screws, joining tape (Ex. 4 to Deposition of Che Gang dated 1/11- 12/2012) |
| 14215-3 / Ex. 8 | Quotes for metal studs (TG0019683-684) (Ex. 27 to Deposition of Che Gang dated 1/11- 12/2012) |
| 14215-3 / Ex. 9 | Deposition of Ivan Gonima dated 12/13/2011 |
| 14215-3 / Ex. 10 | Emails dated 11/18-20/2006 between Frank Clem and Walter Yu (TG0022595-596) (Ex. 18 to Deposition of Peng Wenlong dated 1/13/2012) |
| 14215-3 / Ex. 11 | Deposition of Joseph Weiss of OEG Building Materials dated 2/16/2011 |
| 14215-3 / Ex. 12 | Email dated 6/28/2006 from Bill Cher to Ernest Teitelbaum of TOV Trading and OEG (TG0001026) (Ex. 9 to Deposition of Joseph Weiss of OEG Building Materials dated 2/16/2011) |
| 14215-3 / Ex. 13 | Contract dated 6/6/2006 (TH0606001) for the sale of drywall and metal studs to TOV Trading New York, USA ) (TG0000897-898) (Ex. 4 to Deposition of Joseph Weiss of OEG Building Materials dated 2/16/2011) |
| 14215-3 / Ex. 14 | Contract dated 10/23/2006 (SDTH061023) for metal studs to TOV Trading Co. (TG0001135) (Ex. 33 to Deposition of Joseph Weiss of OEG Building Materials dated 2/16/2011) |
| 14215-3 / Ex. 15 | Emails dated 9/6/2006 between Bill Cher and Ernest Teitelbaum re metal studs (TG0000713) (Ex. 25 to Deposition of Joseph Weiss of OEG Building Materials dated 2/16/2011) |
| 14215-3 / Ex. 16 | Email dated 5/11/2007 from Peng Wenlong to Mr. Zhang touting Taishan's export capabilities (TG0022728 & translation) (Ex. 10 to Deposition of Peng Wenlong dated 4/7-8/2011) |
| 14215-3 / Ex. 17 | Emails dated 8/28-30/2007 between Peng Wenlong (Frank) to Jacky Yu (TG0021369-372) (Ex. 20 to Deposition of Peng Wenlong dated 1/13/2012) |
| 14215-3 / Ex. 18 | Email dated 6/3/2006 from Richard Hannam to David Wei, cc to Peng Wenlong, with revisions to custom labels for shipment to Wood Nation (TG0001377-378) (Ex. 22 to Deposition of Peng Wenlong dated 1/13/2012) |
| 14215-3 / Ex. 19 | Manufacturer Profile Forms for Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. |
| 14215-3 / Ex. 20 | Sole Agency Agreement between Taishan and Oriental Trading Co., with Apostille attached (Ex. 4 to Deposition of Ivan Gonima dated 2/14/2012) |

| | | |
|---|---|---|
| 14215-3 / Ex. 21 | Instant message discussions from 12/8/2007 to 12/9/2007 between Che Gang (Bill Cher) and Ivan Gonima (Ex. 3 to Deposition of Ivan Gonima dated 2/14/2012) | |
| 14215-3 / Ex. 22 | Taishan's archived Web Page of Jan. 28, 2005 | |
| 14215-3 / Ex. 23 | Deposition of Carlos Rios, President Carn Construction Corporation dated 12/8/2011 | |
| 14215-3 / Ex. 24 | Deposition of Yongzhi (Charley) Yang of Stone Pride International Corporation dated 2/21/2012 | |
| 14215-3 / Ex. 25 | Deposition of Darrin Steber, GD Distributors, LLC, dated 12/30/2011 | |
| 14215-3 / Ex. 26 | Articles of Organization for Florida Limited Liability Company Oriental Trading Company, LLC (Ex. 7 to Deposition of Ivan Gonima dated 2/14/2012) | |
| 14215-3 / Ex. 27 | Instant message discussions from 2/6/2007 to 10/11/2007 between Che Gang (Bill Cher) of Taishan and Ivan Gonima of OTC (Ex. 2 to Deposition of Ivan Gonima dated 2/14/2012) | |
| 14215-3 / Ex. 28 | Emails between Ivan Gonima and Bill Cher regarding sales of Taishan drywall to potential customers in the U.S. and freight costs (TG0000521-526) (Ex. 8 to Deposition of Che Gang dated 1/11-12/2012) | |
| 14215-3 / Ex. 29 | Email between Che Gang and Ivan Gonima (TG0000532-536) (Ex. 5 to Deposition of Ivan Gonima dated 12/13/2011) | |
| 14215-3 / Ex. 30 | 2007 Limited Liability Annual Report for Oriental Trading Company (Ex. 8 to Deposition of Ivan Gonima dated 2/14/2012) | |
| 14215-3 / Ex. 31 | Emails dated 5/12/2006 between Peng Wenlong and Darren Dai (TG0000415) (Ex. 3 to Deposition of Peng Wenlong dated 4/7-8/2011) | |
| 14215-3 / Ex. 32 | Email dated 1/28/2007 from Bill Cher to Joseph Weiss of OEG USA (TG0019701) (Ex. 28 to Deposition of Che Gang dated 1/11-12/2012) | |
| 14215-3 / Ex. 33 | Emails dated 11/21/2006 through 1/9/2007 between Bill Cher and Charley Yang (TG0025303-306) (Ex. 3 to Deposition of Yongzhi (Charley) Yang of Stone Pride International Corporation dated 2/21/2012) | |
| 14215-3 / Ex. 34 | Email dated 8/23/2006 from Ernest Teitelbaum to Bill Cher (TG0000745) (Ex. 19 to Deposition of Joseph Weiss of OEG Building Materials dated 2/16/2011) | |
| 14215-3 / Ex. 35 | Emails dated 8/24/2006 between Ernest Teitelbaum and Frank Clem regarding ASTM reports (TG0022448) (Ex. 20 to Deposition of Joseph Weiss of OEG Building Materials dated 2/16/2011) | |
| 14215-3 / Ex. 36 | Email dated 1/10/2007 from Ivan Gonima to Bill Cher (TG0000628) (Ex. 9 to Deposition of Che Gang dated 1/11-12/2012) | |
| 14215-3 / Ex. 37 | Certificates showing that Taishan's drywall meets ASTM standards (Ex. 27 to Deposition of Wood Nation, Inc. dated 2/14/2011) | |
| 14215-3 / Ex. 38 | Draft affidavit of Richard Hannam, President of Wood Nation, Inc. (Ex. 4 to Deposition of Richard Hannam dated 2/13/2012) | |
| 14215-3 / Ex. 39 | Deposition of Richard Hannam dated 2/13/2012 | |
| 14215-3 / Ex. 40 | Taishan invoice to GD Distributors for 1320 sheets of drywall & ASTM certificates (Ex. 2 to Deposition of GD Distributors dated 12/30/2011) | |
| 14215-3 / Ex. 41 | Email dated 8/3/2006 from Bill Cher to Ernest Teitelbaum (TG0000733) (Ex. 16 to Deposition of Joseph Weiss of OEG Building Materials dated 2/16/2011) | |

| | |
|---|---|
| 14215-3 / Ex. 42 | Exhibit contrasting Original Taishan Dun Logo (from Taishan's product brochure- Plaintiffs' Ex. 20 to Deposition of Jia Tongchun dated 1/9-10/2012) with Redesigned red, white and blue logo for American customers (TG0026019- Plaintiffs' Ex. 28 to Deposition of Jia Tongchun dated 1/9-10/2012) |
| 14215-3 / Ex. 43 | Email dated 2/21/2007 from Ivan Gonima to Bill Che and file showing art for red/ white/blue labels for binding tape (TG0023841 & TG0023843) (Ex. 9 to Deposition of Ivan Gonima dated 12/13/2011) |
| 14215-3 / Ex. 44 | Email dated 11/16/2005 from Phillip Perry to Frank Clem with instructions for custom label (V002541) (Ex. 81 to Deposition of Samuel G. Porter dated 12/16-17/2009) |
| 14215-3 / Ex. 45 | Email dated 6/27/2006 from Bill Cher to OEG (TG0001007) (Ex. 8 to Deposition of Joseph Weiss of OEG Building Materials dated 2/16/2011) |
| 14215-3 / Ex. 46 | Email exchange dated 1/9/2007 between Ivan Gonima and Bill Cher (TG0000566) (Ex. 14 to Deposition of Ivan Gonima dated 12/13/2011) |
| 14215-3 / Ex. 47 | Email dated 5/30/2006 from Richard Hannam to David Wei (Wei Chunshan) of BNBM USA, forwarded to Peng Wenlong (Frank Clem), requesting custom labels printed in English for shipment to Wood Nation (TG0000460) (Ex. 9 to Deposition of Wood Nation, Inc. dated 2/14/2011) |
| 14215-3 / Ex. 48 | Email dated 6/3/2006 from Richard Hannam to David Wei, cc to Peng Wenlong, with revisions to custom labels for shipment to Wood Nation (TG0000461) (Ex. 8 to Deposition of Wood Nation, Inc. dated 2/14/2011) |
| 14215-3 / Ex. 49 | Email dated 9/22/2006 from Ivan Gonima to Che Gang (TG0000527-28) (Ex. 6 to Deposition of Ivan Gonima dated 12/13/2011, at p. 1) |
| 14215-3 / Ex. 50 | Email dated 12/11/2005 from Yang Jiapo to Leon Liu (translation of TG0019840) (Plaintiffs' Ex. 29A to Deposition of Jia Tongchun dated 1/9-10/2012) |
| 14215-3 / Ex. 51 | Emails dated 7/10&16/2006 from Bo Zhou to Bill Cher (TG0000631 & TG0000633) (Ex. 18 to Deposition of Che Gang dated 1/11-12/2012) |
| 14215-3 / Ex. 52 | Photos of actual Taishan drywall samples (Exs. 4 & 5 to Deposition of GD Distributors dated 12/30/2011) |
| 14215-3 / Ex. 53 | Email dated 11/23/2005 requesting that Taishan's drywall be shipped to Carn Construction in Florida via Federal Express (TG0001409 & translation) (Ex. 3 to Deposition of Carn Construction Corporation dated 12/8/2011) |
| 14215-3 / Ex. 54 | Email dated 12/14/2005 requesting that additional samples of Taishan's drywall be sent to Carn Construction for testing (TG0024162) (Ex. 4 to Deposition of Carn Construction Corporation dated 12/8/2011) |
| 14215-3 / Ex. 55 | Email dated 1/20/2007 from Charley Yang to Bill Cher (TG0025300) (Ex. 6 to Deposition of Yongzhi (Charley) Yang of Stone Pride International Corporation dated 2/21/2012) |
| 14215-3 / Ex. 56 | Email dated 1/29/2007 from Bill Cher to Charley Yang (TG0025295-297) (Ex. 7 to Deposition of Yongzhi (Charley) Yang of Stone Pride International Corporation dated 2/21/2012) |
| 14215-3 / Ex. 57 | Email dated 12/29/2006 from Che Gang to Ivan Gonima (TG0000616-617) (Ex. 8 to Deposition of Ivan Gonima dated 12/13/2011) |
| 14215-3 / Ex. 58 | Translation of email dated 6/8/2006 from David Wei to Peng Wenlong, making arrangements for Wood Nation to visit Taishan in China (TG0000463 & TTRNSL0026) (Ex. 7 to Deposition of Peng Wenlong dated 4/7-8/2011) |

| | |
|---|---|
| 14215-3 / Ex. 59 | Email dated 8/2/2006 from Bill Che to Ernest Teitelbaum regarding his trip to China (TG0000779) (Ex. 15 to Deposition of Joseph Weiss of OEG Building Materials dated 2/16/2011) |
| 14215-3 / Ex. 60 | Deposition of Ivan Gonima dated 2/14/2012 |
| 14215-3 / Ex. 61 | Email dated 5/10/2007 from Ivan Gonima to Bill Cher (TG0000902) (Ex. 11 to Deposition of Che Gang dated 1/11-12/2012) |
| 14215-3 / Ex. 62 | Emails dated 4/13-17/2007 between Bill Cher and Ivan Gonima (TG0000915-918) (Ex. 10 to Deposition of Ivan Gonima dated 12/13/2011) |
| 14215-3 / Ex. 63 | Emails from 4/6/2007 to 4/10/2007 between Bill Cher and broker Rafael Sardi (TG0000514) (Ex. 24 to Deposition of Che Gang dated 1/11-12/2012) |
| 14215-3 / Ex. 64 | Emails dated 4/12-17/2007 between Ivan Gonima and Bill Cher (TG0000915-920) (Ex. 2 to Deposition of Che Gang dated 1/11-12/2012) |
| 14215-3 / Ex. 65 | Email dated 4/17/2007 from Bill Cher to Ivan Gonima (TG0000913-914) (Ex. 10 to Deposition of Che Gang dated 1/11-12/2012) |
| 14215-3 / Ex. 66 | Email dated 1/10/2006 from Chegang (Bill Cher) to Mike Westbrook, providing freight quote from Qingdao to LA (TG0000907-908) (Ex. 15 to Deposition of Che Gang dated 1/11-12/2012) |
| 14215-3 / Ex. 67 | Email dated 7/14/2007 from Bill Cher to Joseph Weiss (TG0021997) (Ex. 29 to Deposition of Che Gang dated 1/11-12/2012) |
| 14215-3 / Ex. 68 | Email dated 7/27/2006 from Bill Cher to Ernest Teitelbaum (TG0001182) (Ex. 12 to Deposition of Joseph Weiss of OEG Building Materials dated 2/16/2011) |
| 14215-3 / Ex. 69 | Official Tai Shan Gypsum Co., Ltd Export Report and Translation (TG0025222-223) (Exs. 13 & 14 to Deposition of Peng Wenlong dated 4/7-8/2011) |
| 14215-3 / Ex. 70 | Email dated 11/30/2005 from Frank Clem to Phillip Perry (V002471) |
| 14215-3 / Ex. 71 | Fax dated 12/2/2005 from Taishan representative Frank Clem to Venture Supply owner Sam Porter (V000386) |
| 14215-3 / Ex. 72 | Deposition of Samuel G. Porter/Venture Supply Company and Porter/Blaine Corp. dated 12/16-17/2009 |
| 14215-3 / Ex. 73 | Email dated 11/7/2005 from Phillip Perry to Sam Porter and Venture Supply employee (V002703) |
| 14215-3 / Ex. 74 | Email dated 11/10/2005 from Phillip Perry to Frank Clem (V002608) |
| 14215-3 / Ex. 75 | Email dated 12/14/2005 from Sam Porter to Frank Clem (V002358-361) (Ex. 22 to Deposition of Samuel G. Porter dated 12/16-17/2009) |
| 14215-3 / Ex. 76 | Instant message discussion dated 12/15/2005 between Frank Clem and Phillip Perry (V002371-372) |
| 14215-3 / Ex. 77 | Emails between various U.S. merchants and Venture Supply regarding the distribution of Taishan's products in Virginia, Texas, New York (V002282, V002344, V002430, V002488) |
| 14215-3 / Ex. 78 | Email dated 12/15/2005 from Frank Clem to Phillip Perry (V002368-370) |
| 14215-3 / Ex. 79 | Letter of Credit Application for Venture Supply (V001811-818) (Ex. 39 to Deposition of Samuel G. Porter dated 12/16-17/2009) |
| 14215-3 / Ex. 80 | Contract dated 11/17/2005 between Taishan and Venture Supply for 100,000 sheets of drywall (TG0001684-685) (Ex. 3 to Deposition of Fu Tinghuan dated 1/10/2012) |

| | |
|---|---|
| 14215-3 / Ex. 81 | Contract dated 12/16/2005 between Taishan and Venture Supply for 100,000 sheets of drywall (TG0019854-855) (Ex. 4 to Deposition of Fu Tinghuan dated 1/10/2012) |
| 14215-3 / Ex. 82 | Letter dated 12/1/2005 from Sam Porter to Whom It May Concern confirming appointment of Phillip W. Perry of Tobin Trading, Inc. as Agent of Venture Supply with authority to sign contracts up to $450,000 (Tob00057) (Ex. 69 to Deposition of Samuel G. Porter dated 12/16-17/2009) |
| 14215-3 / Ex. 83 | Email dated 11/24/2005 from Phillip Perry to Zhang, cc Frank Clem regarding shipment to Norfolk, Virginia (V002507) (Ex. 84 to Deposition of Samuel G. Porter dated 12/16-17/2009) |
| 14215-3 / Ex. 84 | Invoice dated 12/30/2006 from Taishan to OTC (TG0000619) |
| 14215-3 / Ex. 85 | Invoices and Special Invoices for Export (TG0001657-658, TG0001661, TG0001663-670, TG0001680-682) (Ex. 8 to Deposition of Peng Shiliang dated 1/11/2012) |
| 14215-3 / Ex. 86 | Taishan's contract (SDTH0600902) dated 9/2/2006 with B. America Corporation (TG0021705 & TG0021695) (Exs. 19 & 20 to Deposition of Che Gang dated 1/11-12/2012) |
| 14215-3 / Ex. 87 | Contract (SDTH0601123) dated 11/23/2006 canceling contract dated 9/2/2006 (Ex. 2 to Deposition of Rafael Sardi, owner of Onyx Gbh Corporation, dated 2/9/2012) |
| 14215-3 / Ex. 88 | Taishan invoice dated 4/7/2007 to B. America (Ex. 16 to Deposition of Delmar Logistics Georgia dated 12/22/2011) |
| 14215-3 / Ex. 89 | Taishan Packing List dated 4/7/2007 for shipment to B. America (Ex. 17 to Deposition of Delmar Logistics Georgia dated 12/22/2011) |
| 14215-3 / Ex. 90 | Email dated 4/10/2007 from Bill Cher to Rafael Sardi regarding shipment to B. America (TG0000510) (Ex. 2 to Deposition of Delmar Logistics Georgia dated 12/22/2011) |
| 14215-3 / Ex. 91 | Taishan Bill of Lading for transport of drywall to R & R Building Materials (Ex. 19 to Deposition of Delmar Logistics Georgia dated 12/22/2011) |
| 14215-3 / Ex. 92 | Delmar Logistics Georgia invoice to B. America for 6/11/2007 custom entry fee, duty and inland freight (Ex. 7 to Deposition of Delmar Logistics Georgia dated 12/22/2011) |
| 14215-3 / Ex. 93 | Tracking sheet for shipment to Onyx/B. America with ETA 6/11 (Ex. 5 to Deposition of Delmar Logistics Georgia dated 12/22/2011) |
| 14215-3 / Ex. 94 | Delivery order to Port Everglades Terminal for R & R Building Materials (Ex. 11 to Deposition of Delmar Logistics Georgia dated 12/22/2011) |
| 14215-3 / Ex. 95 | Entry summary for U.S. Customs and Border Protection showing Taishan delivery to Miami (Ex. 14 to Deposition of Delmar Logistics Georgia dated 12/22/2011) |
| 14215-3 / Ex. 96 | Arrival notice for shipment to Miami (Ex. 20 to Deposition of Delmar Logistics Georgia dated 12/22/2011) |
| 14215-3 / Ex. 97 | Deposition of Rafael Sardi, owner of Onyx Gbh Corporation, dated 2/9/2012 |
| 14215-3 / Ex. 98 | Cargo Transportation Insurance Policy (Ex. 18 to Deposition of Delmar Logistics Georgia dated 12/22/2011) |
| 14215-3 / Ex. 99 | Email dated 4/15/2008 from Bill Cher to B. America (TG0000843) (Ex. 25 to Deposition of Che Gang dated 1/11-12/2012) |
| 14215-3 / Ex. 100 | Sales Contract (WN7350) dated 6/10/2006 between Taishan and Wood Nation, Inc. (TG0001482-484) (Ex. 13 to Deposition of Wood Nation, Inc. dated 2/14/2011) |

| | |
|---|---|
| 14215-3 / Ex. 101 | Deposition of Wood Nation, Inc. dated 2/14/2011 |
| 14215-3 / Ex. 102 | Invoices for sales of Taishan's drywall to Wood Nation, Inc. (TG0001545-546) (Ex. 15 to Deposition of Wood Nation, Inc. dated 2/14/2011) |
| 14215-3 / Ex. 103 | Emails and related documents regarding shipments to Wood Nation and revised contract (77 pages) (Ex. 28 to Deposition of Wood Nation, Inc. dated 2/14/2011) |
| 14215-3 / Ex. 104 | Banner Distributor Profile Forms |
| 14215-3 / Ex. 105 | Emails dated 7/18-27/2006 between Bill Che and Tanader Tang re prices for drywall to be shipped from Qingdao, China to Port Everglades in Fort Lauderdale, Florida (TG0019348-352) (Plaintiffs' Ex. 31 to Deposition of Jia Tongchun dated 1/9-10/2012) |
| 14215-3 / Ex. 106 | Emails dated 10/15/2005 between Peng Shiliang and Wenny Yin regarding quotes for shipping drywall to Jacksonville Port, Florida and New Orleans, Louisiana (TG0019813-814) (Ex. 3 to Deposition of Peng Shiliang dated 1/11/2012) |
| 14215-3 / Ex. 107 | Invoice dated 12/30/2006 for 20,100 sheets of Taishan's drywall for delivery to Miami, Florida (TG0000619) (Ex. 7 to Deposition of Ivan Gonima dated 12/13/2011) |
| 14215-3 / Ex. 108 | Email dated 1/5/2006 from Jing Zhang to Bill Cher (TG0000886) (Ex. 14 to Deposition of Che Gang dated 1/11-12/2012) |
| 14215-3 / Ex. 109 | Taishan Special Invoice for Export to GD Distributors (TG0019962) (Ex. 7 to Deposition of GD Distributors dated 12/30/2011) |
| 14215-3 / Ex. 110 | Deposition of Peng Shiliang dated 1/11/2012 |
| 14215-3 / Ex. 111 | Packing List dated 7/3/2006 from Taishan to APIC Building Materials for Invoice No. SDTH0622 re 132 Pkgs of drywall to be shipped to New Orleans, Louisiana (TG0019366) (Ex. 5 to Deposition of Peng Shiliang dated 1/11/2012) |
| 14215-3 / Ex. 112 | Invoice No. SDTH0622 dated 7/3/2006 from Taishan to APIC Building Materials for 5,676 pieces (272,448 square feet) of drywall with a value of $24,123 (TG0020090) (Ex. 4 to Deposition of Peng Shiliang dated 1/11/2012) |
| 14215-3 / Ex. 113 | Letter dated 10/31/2006 from Advance Products International, LLC to Frank Clem (TG0019376) (Ex. 17 to Deposition of Che Gang dated 1/11-12/2012) |
| 14215-3 / Ex. 114 | Email dated 7/3/2006 from Jim Scudder to Grace, Andy (TG0019383) (Ex. 16 to Deposition of Che Gang dated 1/11-12/2012) |
| 14215-3 / Ex. 115 | Packing List and Invoice dated 11/20/2006 for 2,640 sheets of drywall to Stone Pride, Irvine, California) (Ex. 2 to Deposition of Yongzhi (Charley) Yang of Stone Pride International Corporation dated 2/21/2012) |
| 14215-3 / Ex. 116 | Email dated 11/28/2005 from Phillip Perry to Sam Porter (V002487) |
| 14215-3 / Ex. 117 | Email dated 12/13/2005 from Phillip Perry to Sam Porter (V002400) |
| 14215-3 / Ex. 118 | Emails dated 12/11-12/2005 between Peng Shiliang and Leon Liu regarding quotes for drywall to NY/NJ and Savannah, Georgia (TG0019840-841) (Ex. 2 to Deposition of Peng Shiliang dated 1/11/2012) |

| | |
|---|---|
| 14215-3 / Ex. 119 | Invoice dated 6/21/2006 to TOV Trading New York, USA for 23,120 sheets of drywall to U.S.A. (TG0001138-139) (Ex. 5 to Deposition of Joseph Weiss of OEG Building Materials dated 2/16/2011) |
| 14215-3 / Ex. 120 | Emails dated 7/3/2006 between Bill Cher and Ernest Teitelbaum regarding request for pricing (TG0001161) (Ex. 10 to Deposition of Joseph Weiss of OEG Building Materials dated 2/16/2011) |
| 14215-3 / Ex. 121 | Email dated 8/2/2006 from Ernest Teitelbaum to Bill Cher requesting additional 25,000 sheets of drywall (TG0000747) (Ex. 13 to Deposition of Joseph Weiss of OEG Building Materials dated 2/16/2011) |
| 14215-3 / Ex. 122 | Emails dated 8/3/2006 between Bill Cher and Ernest Teitelbaum regarding additional 25,000 sheets of drywall (TG0000813) (Ex. 14 to Deposition of Joseph Weiss of OEG Building Materials dated 2/16/2011) |
| 14215-3 / Ex. 123 | Contract dated 8/4/2006 (SDTH06080401) for the sale of 28,400 sheets of drywall to TOV Trading New York, USA & invoice (TG0000734-736, TG0000738) (Ex. 17 to Deposition of Joseph Weiss of OEG Building Materials dated 2/16/2011) |
| 14215-3 / Ex. 124 | Emails dated 8/18/2006 between Bill Cher and Ernest Teitelbaum regarding shipment of drywall (TG0001142) (Ex. 18 to Deposition of Joseph Weiss of OEG Building Materials dated 2/16/2011) |
| 14215-3 / Ex. 125 | Email dated 7/18/2006 from OEG to Bill Cher regarding wire transfer (TG0001052) (Ex. 11 to Deposition of Joseph Weiss of OEG Building Materials dated 2/16/2011) |
| 14215-3 / Ex. 126 | Email dated 8/31/2006 from Bill Cher to Ernest Teitelbaum (TG0000750-754) (Ex. 23 to Deposition of Joseph Weiss of OEG Building Materials dated 2/16/2011) |
| 14215-3 / Ex. 127 | Email dated 2/10/2007 from Frank Clem to Melvyn of LN Steamship Pte Ltd. (TG0000011) (Ex. 4 to Deposition of Peng Wenlong dated 4/7-8/2011) |
| 14215-3 / Ex. 128 | Email dated 11/18/2008 from Bill Cher to OEG (TG0019341) (Ex. 46 to Deposition of Joseph Weiss of OEG Building Materials dated 2/16/2011) |
| 14215-3 / Ex. 129 | Email dated 2/23/2009 from Bill Cher to Joseph Weiss (TG0021469) (Ex. 30 to Deposition of Che Gang dated 1/11-12/2012) |
| 14215-3 / Ex. 130 | Chart summarizing Taishan's 2006 Structure Post-March 16, 2006 Global Offering (Q000955-956) |
| 14215-3 / Ex. 131 | CNBM Global Offering (Q000438-952) |
| 14215-3 / Ex. 132 | Articles of Association to ShandongTaihe Dongxin Co., Ltd., August 8, 2006, Article 17) (TG0020686-709) (Defendants' Ex. 11A to Deposition of Jia Tongchun dated 1/9-10/2012) |
| 14215-3 / Ex. 133 | Summary of BNBM 2006 Annual Report (54 pages) |
| 14215-3 / Ex. 134 | August 28, 2006 CNBM Public Regulatory Announcement "Connected Transaction Acquisition of the Entire Equity Interest in Taian Donglian Investment and Trading Company Limited" (Q000010-12) |
| 14215-3 / Ex. 135 | First Extraordinary General Meeting of Shareholders for the Year 2007 of Shandong Taihe Dongxin Co., Ltd. (TG0020715) |
| 14215-3 / Ex. 136 | 2005 Annual Shareholders Meeting (TG0020677), item 5(2) |

| | |
|---|---|
| 14215-3 / Ex. 137 | 2006 BNBM Bylaws (TG0020686-709) |
| 14215-3 / Ex. 138 | CNBM May 2010 Overseas Regulatory Announcement (Q000975-981) |
| 14215-3 / Ex. 139 | 2009 BNBM Annual Report (Q000155-223) |
| 14215-3 / Ex. 140 | Summary of BNBM 2008 Annual Report (Q000091-154) |
| 14215-3 / Ex. 141 | State of California Business Entity Detail for CNBM (USA) Corp. dated 3/31/2011 (Q000982) |
| 14215-3 / Ex. 142 | 2003 For Profit Corporation Uniform Business Report (Florida Secretary of State) and Articles of Incorporation for BNBM of America, Inc. in Tampa, Florida (Ex. 1 to Deposition of Wood Nation, Inc. dated 2/13/2012) |
| 14215-3 / Ex. 143 | Deposition of John Gunn/Guardian Building Products dated 7/22/2011 |
| 14215-3 / Ex. 144 | Letter dated 10/13/2010 from James L. Stengel to Arnold Levin |
| 14215-3 / Ex. 145 | Letter dated 11/23/2011 from Joe Cyr to Leonard Davis |
| 14215-3 / Ex. 146 | Letter dated 11/30/2011 from J. Cyr to Hon. Eldon Fallon Ex. 147 Declaration of Jia Tongchun dated November 16, 2011 |
| 14215-3 / Ex. 148 | Email chain dated 3/23/2012 between Tom Owen and Lenny Davis |
| 14215-3 / Ex. 149 | Email dated 3/22/2012 from Tom Owen to Lenny Davis |
| 14215-3 / Ex. 150 | Chart showing Taishan's Waste Paper Purchases |
| 14215-3 / Ex. 151 | Invoice showing Taishan shipped 110,800 sheets of drywall to Tampa, Florida (GBP000873) |
| 14215-3 / Ex. 152 | Invoice showing Taishan shipped 96,120 sheets of drywall to Wilmington, North Carolina (GPB000879) |
| 14215-3 / Ex. 153 | TG Articles of Association, February 2006 (TG0020817-824) (Defendants' Ex. 34A to Deposition of Jia Tongchun dated 1/9-10/2012) |
| 14215-3 / Ex. 154 | Shareholder Decisions of TG (TG0020855) |
| 14215-3 / Ex. 155 | TG Articles of Association, revised June 2006 (TG0020856-864) |
| 14215-3 / Ex. 156 | Photocopy of business card for Apollo Yang (GBP001255) (Exhibit 2 to Deposition of John Gunn dated 7/22/2011) |

| | |
|---|---|
| 14215-3 / Ex. 157 | Sales Contract and Application and Agreement for Documentary Credit (GBP002102-105) (Ex. 16 to Deposition of John Gunn dated 7/22/2011) |
| 14215-3 / Ex. 158 | Settlement and Release Agreement (GBP001130-133) (Ex. 27 to Deposition of John Gunn dated 7/22/2011) |
| 14215-3 / Ex. 159 | Email dated 5/27/2010 from Bill Cher to Ivan Gonima (TG0000869-870) (Ex. 12 to Deposition of Ivan Gonima dated 12/13/2011) |
| 14215-3 / Ex. 160 | Taishan marketing brochure (Ex. 3 to Deposition of Ivan Gonima dated 12/13/2011) |
| 14215-3 / Ex. 161 | Email dated 10/24/2006 (GBP002309-310) (Ex. 25 to Deposition of John Gunn dated 7/22/2011) |
| 14215-3 / Ex. 162 | Deposition of Zhang Jianchun dated 4/6/2011 |
| 14215-3 / Ex. 163 | Email dated 5/11/2007 from Frank at Taihe Dongxin Co., Ltd. (TG0022728) (Ex. 19 to Deposition of Peng Wenlong dated 1/13/2012) |
| 14215-3 / Ex. 164 | Chart showing Taishan's Sales of Other Products in the United States |
| 14215-3 / Ex. 165 | Deposition of Robert Scharf, President of Devon International Trading, dated 3/24/2011 |
| 14215-3 / Ex. 166 | Purchase order dated 2/8/2006 from Devon International to North Pacific for 485,044 sheets of Chinese Drywall (DEVON 00949-950) |
| 14215-3 / Ex. 167 | Sales order confirmation from Shandong Taihe Dongxin Company, Ltd. dated 3/30/2006 to Devon International for 485,044 sheets of Taishan drywall (DEVON 00016-017) |
| 14215-3 / Ex. 168 | Photographs (DEVON 00438, 00449, 00450, 00452, 00645, 00658, 00663) |
| 14215-3 / Ex. 169 | Letter dated 7/21/2006 from North Pacific to Devon International (DEVON 00951) |
| 14215-3 / Ex. 170 | Port of Pensacola discharge sheet, bill of lading (DEVON 00571-577, DEVON 00581-586) |
| 14215-3 / Ex. 171 | Resolution of the 4th Extraordinary Meeting of 2005 (TG0020682-685) |
| 14215-3 / Ex. 172 | Deposition of Ruth Wu, Vice President of Devon International Trading, dated 2/25/2011 |
| 14215-3 / Ex. 173 | Incorporation Registration Review Form for TTP (Translation of TG0020808-809) (Defendants' Ex. 33A to Deposition of Jia Tongchun dated 1/9-10/2012) |
| 14215-3 / Ex. 174 | Trademark Use Authorization (TG25412) (Defendants' Ex. 41A to Deposition of Jia Tongchun dated 1/9-10/2012) |
| 14215-3 / Ex. 175 | Purchase and Sale Agreement (TG25413) (Defendants' Ex. 42A to Deposition of Jia Tongchun dated 1/9-10/2012) |

| | |
|---|---|
| 14215-3 / Ex. 176 | 2006 Financial Statement of TTP (TG0026004-006) (Defendants' Ex. 45A to Deposition of Jia Tongchun dated 1/9-10/2012) |
| 14215-3 / Ex. 177 | Purchase and Sale Agreement (TG25414) (Defendants' Ex. 44A to Deposition of Jia Tongchun dated 1/9-10/2012) |
| 14215-3 / Ex. 178 | 2008 Financial Statement of TTP (TG0026010-012) (Defendants' Ex. 47A to Deposition of Jia Tongchun dated 1/9-10/2012) |
| 14215-3 / Ex. 179 | Lease Agreement (Translation of TG0025446) (Defendants' Ex. 40A to Deposition of Jia Tongchun dated 1/9-10/2012) |
| 14215-3 / Ex. 180 | Lease Agreement (TG25415) (Defendants' Ex. 43A to Deposition of Jia Tongchun dated 1/9-10/2012) |
| 14215-3 / Ex. 181 | Capital Verification Report of TTP (Translation of TG0020850-851) (Defendants' Ex. 37A to Deposition of Jia Tongchun dated 1/9-10/2012) |
| 14215-3 / Ex. 182 | Shareholders Decisions dated 6/22/2006 (Translation of TG0020855) (Defendants' Ex. 38A to Deposition of Jia Tongchun dated 1/9-10/2012) |
| 14215-3 / Ex. 183 | Taian Taishan Gypsum Co., Ltd. Capital Verification Report dated 2/13/2006 (TG0020833-39) |
| 14215-3 / Ex. 184 | Shandong Taihe Dongxin Co., Ltd. Capital Verification Report (Translation of TG0020647-649) (Ex. 7A to Deposition of Jia Tongchun dated 1/9-10/2012) |
| 14215-3 / Ex. 185 | Resolutions of the General Meeting of Shareholders dated 4/25/2005 (Translation of TG0020601-602) (Defendants' Ex. 8A to Deposition of Jia Tongchun dated 1/9-10/2012) |
| 14215-3 / Ex. 186 | 2010 CNBM Annual Report (Q000224-437) |
| 14215-3 / Ex. 187 | Resolution of the First Extraordinary General Meeting of 2006 (TG0020675) |
| 14215-3 / Ex. 188 | CPSC Investigation of Imported Drywall Status Update August 2009 |
| 14215-3 / Ex. 189 | CPSC Investigation of Imported Drywall Status Update October 2009 – Imported Drywall Fact Sheet dated September 2009 |
| 14215-3 / Ex. 190 | PSC FOIA request dated 7/17/2009 |
| 14215-3 / Ex. 191 | PSC FOIA request dated 7/20/2009 |
| 14215-3 / Ex. 192 | PSC correspondence to CPSC dated 11/2/2009 re: FOIA request #09-F-00902 |
| 14215-3 / Ex. 193 | U.S. Consumer Products Safety Commission letter dated 11/3/2009 re: FOIA request #09-F-00902 |
| 14215-3 / Ex. 194 | PSC correspondence to CPSC dated 12/3/2009 re: FOIA request #09-F-00902 |

| | |
|---|---|
| 14215-3 / Ex. 195 | Deposition of Mark Patrick Norris dated 11/11/2010 |
| 14215-3 / Ex. 196 | TTP Balance Sheet, Income Statement and Cash Flow Statement (TG0026007-009) (Ex. 46A to Deposition of Jia Tongchun dated 1/9-10/2012) |
| 14215-3 / Ex. 197 | Letter dated 7/1/2011 from Frank T. Spano to Lenny Davis |
| 14215-3 / Ex. 198 | Invoice dated 7/20/2006 from Taishan to Triax Trading & Logistics for 5,760 pieces (276,480 square feet) of drywall with a value of $24,998.40 (TG0020091) |
| 14215-3 / Ex. 199 | Affidavit of Ann Mickow, Civil Action Group/APS International, Ltd., dated 5/4/2012 |
| 14215-3 / Ex. 200 | Deposition of Jia Tongchun dated 1/9-10/2012 |
| 14215-3 / Ex. 201 | Deposition of Peng Wenlong dated 1/13/2012 |
| 14215-3 / Ex. 202 | Deposition of James Martin Alexander, Delmar Logistics, dated 12/22/2011 |
| 14356 | Ex. A Interior Exterior's Distributor Profile Form |
| 14356 | Ex. B - Peng Exhibit 15 (INEX 01180-01182) |
| 14390-1 | Affidavit of Hilarie Bass in Support of Certain Florida Homebuilders' *Amicus Curiae* Response to Taishan Gypsum Co. Ltd.'s Renewed Motion Pursuant to Rules 55(c) and 12(b)(2) to Vacate the Entry of Default and Dismiss this Action |
| 14390-2 | Consumer Product Safety Commission, Investigation of Imported Drywall, Status Update, October 2009, available at http://www.cpsc.gov/info/drywall/oct2009status.pdf (last visited May 18, 2012) (Bass Affidavit Exh. 1) |
| 14390-3 | Complaint, Lennar Homes, et al. v. Knauf Gips KG, et al., Case No. 09-07901 (11th Jud. Cir., Miami-Dade County, Fla. Jan. 30, 2009) (Bass Affidavit Exh. 2) |
| 14390-4 | Certificate of Service on Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., Lennar Homes, et al. v. Knauf Gips KG, et al., Case No. 09-07901 (11th Jud. Cir.., Miami-Dade County, Fla. Aug. 21, 2009) (Bass Affidavit Exh. 3) |
| 14390-5 | Motion for Default, Lennar Homes, et al. v. Knauf Gips KG, et al., Case No. 09-07901 (11th Jud. Cir.., Miami-Dade County, Fla. Feb. 8, 2010) (Bass Affidavit Exh. 4) |
| 14390-6 | Default Against Defendant Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd, Lennar Homes, et al. v. Knauf Gips KG, et al., Case No. 09-07901 (11th Jud. Cir.., Miami-Dade County, Fla. Feb. 18, 2010) (Bass Affidavit Exh. 5) |
| 14390-7 | Motion to Vacate the Entry of Default, at p. 20, Lennar Homes, LLC, et al. v. Knauf Gips KG, et al., Case No. 09-07901 (Miami-Dade County, Fla. Sep. 30, 2010) (Bass Affidavit Exh. 6) |
| 14390-8 | Letter from Courtney Colligan to Herman Herman Katz & Cotlar, LLP dated May 17, 2012 (Bass Affidavit Exh. 7) |
| 14390-9 | Taishan website, available at http://www.taihegroup.com (last visited on May 18., 2012) (Bass Affidavit Exh. 8) |
| 14390-10 | United States Consumer Product Safety Commission, May 25, 2010, CPSC Identifies Manufacturers of Problem Drywall Made in China, Release #10-243, available at http://www.cpsc.gov/cpscpub/prerel/prhtml10/10243.html (Bass Affidavit Exh. 9) |

| | |
|---|---|
| 14390-11 | U.S. Geological Survey, Mineral Commodity Summaries, January 2011 ("USGS Summary"), available at http://minerals.usgs.gov/minerals/pubs/commodity/gypsum/mcs-2011-gypsu.pdf (Bass Affidavit Exh. 10) |
| 14390-12 | http://news.alibaba.com/specials/aboutalibaba/aligroup/index.html (Alibaba website) (last visited May 18, 2012) (Bass Affidavit Exh. 11). |
| 14390-13 | Printout of Taishan website, available at http://www.taihegroup.com/english/contents/77/15.html (last visited May 18, 2012) (Bass Affidavit Exh. 12) |
| 14390-14 | Marketing Materials from Taishan Production (Bates # TG0024193-TG0024198) (Bass Affidavit Exh. 13) |
| 14390-15 through 14390-23 | Composite Exhibit of Shipping Documents and Invoices Related to Indirect Sale of Taishan Drywall to Florida ("Florida Shipping Documents") (Bass Affidavit Exh. 14) |
| 14390-24 | Deposition of Solomon Abadi from Oct. 19, 2009 (Bass Affidavit Exh. 15) |
| 14390-25 | Composite Exhibit of Email Communications between Rothchilt and Apollo Yang (Bates # TG0001739, TG0001740, TG0001749, TG0001750, TG0025045, TG0025070, TG0025106, TG0025116) (Bass Affidavit Exh. 16) |
| 14390-26 | Composite Exhibit of Email Communications between Rothchilt, BBMIEC, and Taishan (Bates # TG0001741 and TG0025079) (Bass Affidavit Exh. 17) |
| 14392-1 | Affidavit of Nicholas P. Panayotopoulos |
| 14392-1 | Venture Supply, Inc.'s Exporter, Importer, or Broker Defendant Profile Form |
| 14392-1 | Venture Supply Inc's May 15, 2006 invoice to Banner |
| 14392-1 | Declaration of Bing Cheng dated May 17, 2012 |
| 14428 | Jia Def Ex. 27A |
| 14428 | Jia Def Ex. 26A |
| 14844-1 | Amended Chart summarizing Taishan's sales of drywall in the United States, by State (previously RMH Aff Ex1) |
| 14844-2 | Chart of responses to objections to proposed evidence submitted in opposition to Taishan's jurisdictional motions |
| 14844-3 | Custodial affidavit of Guardian Building Products Distribution, Inc. |
| 14844-4 | Custodial affidavit of Robert Scharf |
| 14844-5 | Custodial affidavit of Smoky Mountain Materials d/b/a Emerald Coast Building Materials |
| 14844-6 14844-7 14844-8 14844-9 14844-10 14844-11 | Custodial affidavit of Ruth Wu / Devon International |
| 14844-12 | Custodial affidavit of United States Consumer Product Safety Commission |
| 14844-13 | Custodial affidavit of Banner Supply Company Tampa, LLC |
| 14844-14 | Gypsum Association article "Comments on Imported Chinese Wallboard Issue" |
| 14844-15 | Custodial affidavit of Mitchell Company Inc. |

| | |
|---|---|
| 14844-16 | Custodial affidavit of Rightway Drywall, Inc. |
| 15019 | Errata to PSC's Global Statement of Facts (Rec Doc 14215) |
| 15019-1 | Attachment to Errata to PSC's Global Statement of Facts (Rec Doc 14215) |
| Lexis Nexis 44715229 | Affidavit of Hilarie Bass in Support of Lennar Homes, LLC and U.S. Home Corporation's response in opposition to Taishan Gypsum Co. Ltd.'s motion to vacate the entry of default and to dismiss the complaint |