UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO CASE NO. 2:10-cv-932 (Amato) | JUDGE FALLON MAG. JUDGE WILKINSON |

**DEFENDANT TAYLOR MORRISON SERVICES, INC. AND TAYLOR WOODROW COMMUNITIES AT VASARI, L.L.C'S AMENDED NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT CHARTIS SPECIALITY INSURANCE**

Developer/Builder Defendants and Cross-Claimants Taylor Morrison Services, Inc., and Taylor Woodrow Communities at Vasari, L.L.C., (collectively, "Taylor Morrison") by and through undersigned counsel, in the above-numbered and entitled action, as it pertains to Case No.: 2:10-cv-932, hereby files this Amended Notice of Voluntary Dismissal.  Pursuant to the Settlement Agreement and Release entered by Taylor Morrison and Insurance Company Defendant, Chartis Specialty Lines Insurance Company, f/k/a American International Specialty Lines Insurance Company ("Chartis"), Taylor Morrison dismisses its cross-claims in this action against Chartis: 1) with prejudice to the extent they concern indemnity under the insurance policies at issue for property damage claims as to the settled homes, and 2) without prejudice to the extent they concern indemnity under the insurance policies at issue for bodily injury claims. Taylor also withdraws its Motion for Partial Summary Judgment regarding the application of the Total Pollution Exclusion .  Taylor Morrison reserves all of its rights as to and against all other named parties to the Chinese-Manufactured Drywall Products Liability Litigation.

Dated: July 9, 2012

1

Respectfully submitted,


/s/ Neal A. Sivyer
Neal A. Sivyer
Florida Bar No. 373745
**SIVYER BARLOW & WATSON, P.A.**
401 E. Jackson Street, Suite 2225
Tampa, Florida  33602
Telephone:  (813) 221-4242
Facsimile:   (813) 227-8598


**CERTIFICATE OF SERVICE**

      I HEREBY certify that on July 9, 2012, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6.


/s/ Neal A. Sivyer
Neal A. Sivyer