MINUTE ENTRY
FALLON, J.
JUNE 29, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047  SECTION: L  JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon to discuss the trial and discovery logistics for the November 26, 2012, trial of the claims involving North River Insurance Company. After reviewing correspondence and hearing from the parties, the Court determined that this trial should involve only the liability of North River's insured, Interior Exterior Building Supply, LP, and whether Interior Exterior was a bad-faith or good-faith seller. The Court further determined that the damages in this trial are to be bifurcated and determined at a later date. In furtherance of this trial plan, the Court directed the parties to meet-and-confer to determine the number of plaintiffs to be involved in this trial, as well as a pretrial discovery and motion schedule. Thereafter, the parties are to meet again with the Court. Accordingly, IT IS ORDERED that a status conference is scheduled for July 10, 2012, at 10:30 a.m. Counsel who are unable to appear in person may participate by telephone by calling the following: 877-336-1839, access code 4227405, security code 71012.

JS10(00:22)