APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

11-SX-214

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776  Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*identité et adresse*)  Nanhai Silk Imp. & Exp. Corporation
Block 1, 4 Nangui Road, West Foshan, Guangdong 528200, China
Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Summons in a Civil Action (Supplement to Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.                , the
                                                       , *le*   1/26/11

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                 (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG  [ Supplement ]
Defendant: Nanhai Silk Imp. & Exp. Corporation
Court Case No.: 09-6690

SX-11-21Y

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) ✓ that the document has been served*
    *que la demande a été exécutée*
    - the (date)
    - *le (date)* ___Jul. 1, 2011___
    - at (place, street, number)
    - *à (localité, rue numéro)* ___Not mentioned___

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
        [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            a) *selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ] (b) in accordance with the following particular method*:
            b) *selon la forme particulière suivante:* ___
        [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
            c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)* ___He Rongri___
    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___Vice-general manager___

2) ~~that the document has not been served, by reason of the following facts*:~~
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
___
___
___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*
___
___

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
___
___

Done at / *Fait à* ___Beijing___, the / *le* ___Dec. 22, 2011___

Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

2

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

U.S.

# GUANGDONG PROVINCE

## FOSHAN CITY INTERMEIDATE PEOPLE'S COURT

### PROOF OF SERVICE

[Seal: Guangdong Province Foshan City Intermediate People's Court]

*Law Association No. FX-11-361*
*Judicial Association No. SX-11-214*

| Cause of Action | Judicial assistance | Case No. | (2011) Foshan Intermediate Court Civil 4/Zhongzi No. 48 |
|---|---|---|---|
| Document Served and Number | (2011) Foshan Intermediate Court Civil 4/Chuzi No. 48<br>Summary of documents served, summons, complaint, one copy each, and translation. | | |
| Servee | Nan Hai Silk Import & Export Corporation | | |
| Address for Service | | | |
| Time frame for Receiving Documents | | | |
| Notice to Servee | | Mode of Contact | 86331361 |
| Name of Servee Signature or Seal | Signature:<br><br>Date: | | |
| Substitute Recipient | Signature:   He Rongri, Vice General Manager<br><br>July 1, 2011 | | |
| Notes | Please sign this Proof of Service and return it to this court.<br>Address of this court: Foshan City Intermediate Court Civil Dept. 4 | | |

Issuer:   Xuan Biguo                                     Server:

Note:   1. The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
2. In case of receipt by substitution, the recipient shall sign or seal and note his/her relationship with the servee.

# 广东省佛山市中级人民法院
## 送 达 回 证

tx-11-361
sx-11-214

| 案　　由 | 司法协助 | 案号 | （2011）佛中法民四终字第48号 |
|---|---|---|---|
| 送达文书名称和件数 | （2011）佛中法民四初字第48号被送达文书概要一份、传票一份、诉状一份、文书、译文 | | |
| 受 送 达 人 | 南海丝绸进出口公司 | | |
| 送 达 地 点 | | | |
| 领取文书的期间 | | | |
| 是否已通知受送达人 | | 联系方式 | 86331361 |
| 受送达人签名或盖章 | 签名　　　　　　　　　　　　　　　　　年　月　日 | | |
| 代收人及代收理由 | 签名 何荣旧 副经理　2011年7月1日 | | |
| 备　　考 | 请签收后即寄回本院。<br>本院地址：佛山市中级人民法院民四庭 | | |

填发人 禤弼国　　　　　　　　　　　　　　　　　　　　送达人

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

# 广东省高级人民法院

## 函

粤高法外送[2011]458号

最高人民法院外事局：

贵院法协（2011）361号关于美国请求向南海丝绸进出口公司送达法律文书一事，已成功。现将有关证明退回，请查收。



二○一一年十一月十四日