APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

11-cx-240

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*    Tai'an Jindun Building Material Co., Ltd.
Beixiyao Cun/Qianzhoujiayuan Cun/Houzhoujiayuan Cun, Dawenkou Zhen, Taian City, Shandong 271026, China
Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Summons in a Civil Action (Supplement to Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.    , the  1/26/11
                                             *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)    USM-94    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG  [ Supplement ]
Defendant: Tai'an Jindun Building Material Co., Ltd.
Court Case No.: 09-6690

**CERTIFICATE**
*ATTESTATION*

SX-11-240

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____
   _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b)  in accordance with the following particular method*:
           b)   *selon la forme particulière suivante:* _____

      [ ] (c)  by delivery to the addressee, who accepted it voluntarily.*
           c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
   The addressee refused to accept the documents by the reason that this company never had their products exported and the litigation has no relation with them

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at  Beijing                          , the June 30, 2011
*Fait à*                                  , *le*
Signature and/or stamp.
*Signature et/ou cachet.*

[Chinese seal]

* **Delete if inappropriate.**
  *Rayer les mentions inutiles.*

2

# SHANDONG PROVINCE TAI'AN CITY
# INTERMEDIATE PEOPLE'S COURT'S CORRESPONDENCE

Tai'an Intermediate Court
Law Association Correpondance No. (2011) 5

Shandong Province Superior People's Court :

With regard to the service of legal documents on <u>Tai'an Jindun Building Material Co., Ltd.</u> at the address of <u>Dawenkou Town, Tai'an City, Shandong Province</u>, as specified in Shandong Superior People's Court Law Association Receiving No. (2011) 36, this is to inform you that the service failed due to fact that the said company refused to accept the documents for service. We are now returning the attached documents to you.

[Seal] Shandong Province Tai'an City
Intermediate People's Court

March 23, 2011

(Court Seal)

# 山东省泰安市中级人民法院函

泰中法函(2011) 5 号

山东省高级人民法院：

  贵院(2011)鲁高法协受第36号关于请求向<u>泰安金盾建材股份有限公司</u>地址<u>山东省泰安市大汶口镇</u>送达法律文书一事，因 <u>该公司拒绝接收所送达文书</u>，未能送达，现将所附材料退回，请查收。



二〇一一年三月二十三日
（院印）

# 送达情况说明

山东省高级人民法院：

　　我院收到贵院(2011)鲁高法协受第 36 号函后，由我院司法协助专办员仉磊于 2011 年 3 月 23 日电话通知（0538-8811386）泰安金盾建材股份有限公司到我院领取受送达法律文书，该公司李姓工作人员答复：该公司无对美国对外贸易业务，诉讼与其无关，拒绝接收该函所附法律文书。故我院将上述法律文书作退回处理。

　　特此说明。



二〇一一年三月二十三日

# 山 东 省 高 级 人 民 法 院



Sx-11-240
鲁高法协受(2011) 36 号

最高人民法院外事局：

  贵院法协[2011] 344 号关于_____美国_____请求
向__泰安金盾建材股份有限公司__、_____
送达法律文书一事,业已经__山东省泰安市中级人民法院__
将该法律文书进行了送达，因__受送达人拒绝接收__
_____原因未能成功送达，现将所附材料退回，请查收。

