APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

Case 2:09-md-02047-EEF-MBN   Document 15236   Filed 07/10/12   Page 1 of 6

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

11-Sx-259

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse) __Taian Taishan Plasterboard Co., Ltd..__
__Beixiyao Cun/Qianzhoujiayuan Cun/Houzhoujiayuan Cun, Dawenkou Zhen, Shandong 271026, China__
Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)  *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action (Supplement to Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.            , the  1/26/11
                                                    *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG [Supplement]
Defendant: Taian Taishan Plasterboard Co., Ltd.
Court Case No.: 09-6690

# CERTIFICATE
## ATTESTATION

SX-11-239

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* _____
     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

   *The addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:* _____

_____

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

Done at / *Fait à* Beijing , the / *le* July 13, 2011
Signature and/or stamp.
*Signature et/ou cachet.*

[Chinese official seal]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

## SERVICE STATEMENT

Shandong Province Superior People's Court :

After we received the Shandong Superior People's Court's Law Association Receiving No. (2011) 39 Correspondence, the Judicial Assistance Representative of this court, Mr. Ni Lei made a telephone call (0538-8811079) ) on June 21, 2011 to <u>Tai'an Taishan Plasterboard Co., Ltd.</u>, notifying it to come to this Court to pick up the legal documents for service. Mr. Zhuo, Director of Legal Department of the said company responded that they refused to accept the attached legal and related documents and refused to state the reason(s) for refusal.

We are now returning the said documents to you.

[Seal]  Shandong Province Tai'an City
Intermediate People's Court

June 21, 2011

# 送达情况说明

山东省高级人民法院：

我院收到贵院(2011)鲁高法协受第 39 号函后，由我院司法协助专办员仉磊于 2011 年 6 月 21 日电话通知（０５３８－８８１１０７９）泰安泰山石膏板有限公司（Plasterboard Co.,Ltd.）到我院领取受送达法律文书，该公司维权部卓姓经理答复，拒绝接收该函所附法律文书，并拒绝说明拒收原因。故我院将上述法律文书作退回处理。

特此说明。



二〇一一年六月二十一日

# 山东省高级人民法院

SX-16-239

鲁高法协受(2011)39号

最高人民法院外事局：

  贵院法协[2011]352号关于____美国____请求向__泰安泰山石膏板有限公司（Plasterboard Co.,Ltd）__送达法律文书一事，业已经__山东省泰安市中级人民法院__将该法律文书进行了送达，因__受送达人拒绝接收_____原因未能成功送达，现将所附材料退回，请查收。



2011年6月30日
外事办公室

# 山东省泰安市中级人民法院函

泰中法函[2011]10号

山东省高级人民法院：

　　贵院（2011）鲁高法协受第39号关于请求向<u>泰安泰山石膏板有限公司（Plasterboard Co.,Ltd.）地址山东省泰安市大汶口镇</u>送达法律文书一事，因<u>该公司拒绝接收所送达文书</u>，未能送达，现将所附材料退回，请查收。



二〇一一年六月二十一日

（院印）