APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

11-6X-227

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776       Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*  __Taishan Gypsum Co., Ltd. Lucheng Branch__
   __Ganlin Road No. 3, Lucheng, Shaanxi 325088, China__
                                    Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)  *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Summons in a Civil Action (Supplement to Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served

Done at
*Fait à* __Minneapolis, Minnesota, U.S.A.__       , the
                                                   , le  1/26/11

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                  (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG [ Supplement ]
Defendant: Taishan Gypsum Co., Ltd. Lucheng Branch
Court Case No.: 09-6690

# CERTIFICATE
# *ATTESTATION*

SX-11-227

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.    que la demande a été exécutée*
        - the (date)
        *- le (date)* _____
        - at (place, street, number)
        *- à (localité, rue numéro)* _____

        - in one of the following methods authorised by article 5-
        *- dans une des formes suivantes prévues à l'article 5:*
           [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
                *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
           [ ]  (b)  in accordance with the following particular method*:
                *b)  selon la forme particulière suivante:* _____

           [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
                *c)  par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
        - (identity and description of person)
        *- (identité et qualité de la personne)* _____

        - relationship to the addressee (family, business or other):
        *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    that the document has not been served, by reason of the following facts*:
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*
    *The addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____
In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at _____ Beijing _____, the _June 27, 2011_
*Fait à*                                *, le*
Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 ...]

\* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

## Statement Regarding the Matter of Entrusted Service in Accordance with Shaanxi Province Superior People's Court to serve Supreme People's Court Law Association No. [2011] 36 Paper

In February 2011 this court received from Shaanxi Province Superior People's Court No. [2011] 36 Paper of the Supreme People's Court Law Association regarding the service of foreign-related legal documents via judicial assistance on Taishan Gypsum Building Material Co,. Ltd. Lucheng Branch.

On February 23, the head of this court ordered a bailiff brigade member of this court to serve the Supreme People's Court Law Association No. [2011] 376 Paper on Taishan Gypsum Building Material Co,. Ltd. Lucheng Branch. The leading official of the said company Mr. Peng Shiliang asked the financial accountant of the company to contact the court staff. The accountant acknowledged the matter, but said their company is only a branch which has no right to accept and sign any legal document. This is to inform you that we are now returning the foreign-related legal documents to you.

[Seal] Lucheng City People's Court

Lucheng City People's Court

March 9, 2011

Note: Law Association No. (2011) 376, non-service reason as above.

# 关于山西省高级人民法院委托我院送达最高人民法院法协【2011】36号函的情况说明

2011年2月，我院办公室收到山西省高级人民法院关于最高人民法院法协【2011】36号函，向潞城市泰山石膏建材有限公司送达涉外协助法律文书。

2月23日，院领导交我院法警大队送达最高人民法院法协【2011】376号函，泰山石膏建材有限公司潞城市分公司负责人朋世亮委托其单位财务会计与我院人员接洽，表示了解此事但因泰山石膏建材有限公司潞城市分公司是分公司无权签收。故函告你院，并退回涉外协助法律文书。

注：法协（2011）376号 原因同上。

# 山 西 省 高 级 人 民 法 院

SX-11-27

晋法协[2011] 0P号

最高人民法院外事局：

贵院法协[2011] 376 号关于请求向当事人 潞城市泰山 石膏建材有限公司 送达法律文书一事，业已经 山西潞城市人民 法院将该法律文书送达有关当事人/因 该公司以无权签收为由拒收 原因未能送达，~~现将送达回证附后~~/将所附材料退回，请查收。

[印章：中华人民共和国 山西省高级人民法院 司法协助专用章]