MINUTE ENTRY
FALLON, J.
JULY 10, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

     A status conference was held on this date in the Chambers of Judge Eldon E. Fallon to discuss the trial and discovery logistics for the November 26, 2012, trial of the claims involving North River Insurance Company. At the last conference on this matter, the Court directed counsel to meet-and-confer to determine the number of plaintiffs to be involved in this trial, as well as a pretrial discovery and motion schedule.

     After hearing from the parties, the Court determined that selection of 12 cases for discovery is appropriate. It directed the Plaintiffs to select three cases by July 13, 2012, then the Defendants are to select three cases by July 18, 2012; next, the Defendants are to select three more cases by July 20, 2012, and finally, the Plaintiffs are to pick three additional cases by July 25, 2012. Counsel are to provide correspondence to the Court by July 26, 2012, with the final case selections. After a reasonable period for discovery, the parties will select cases for trial from the pool of 12 cases.

JS10(00:45)

Next, the Court determined it is appropriate to set the pending North River-related motions for hearing. Accordingly, IT IS ORDERED that the following motions are set for hearing following the monthly status conference on July 26, 2012: (1) North River Insurance Co.'s Motion to Lift the Stay as to Certain Parties, Consolidate Certain Claims, and Realign Parties (R. Doc. 14577); and (2) Plaintiff-Intervenor's Motion in Limine (R. Doc. 14665). IT IS FURTHER ORDERED that responses in opposition to these motions are to be filed by July 19, 2012.

Finally, the Court determined that a subsequent conference is appropriate to address the pretrial and discovery issues involving North River. Accordingly, IT IS ORDERED that a status conference is scheduled for July 17, 2012, at 4:00 p.m. Counsel who are unable to appear in person may participate by telephone by calling the following: 877-336-1839, access code 4227405, security code 71712.