APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

11-3X-237

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*   __Taishan Gypsum (Chongqing) Co., Ltd.__
__Luhuan Industrial Park A, Jiangjin, Chongqing 402260, China__
                                   Tel:

[X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
        *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
        *b)   selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
        *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Summons in a Civil Action (Supplement to Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.                       , the
                                                              , *le* 1/26/11

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                     (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG  [ Supplement ]
Defendant: Taishan Gypsum (Chongqing) Co., Ltd.
Court Case No.: 09-6690

**CERTIFICATE**
*ATTESTATION*

SX-11-23/

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
1.   *que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

_____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
   [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ] (b) in accordance with the following particular method*:
       b)  *selon la forme particulière suivante:* _____

_____

   [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       c)  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*
_The addressee refused to accept the documents_ _____

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

Done at _Beijing_ , the _June 30, 2011_
*Fait à* _____ , *le* _____
Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助办公室]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

# CHONGQING CITY JIANGJIN DISCTRICT PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Chongqing City Jiangjin District People's Court]

*Law Association No. FX-11-343*

| Cause of Action | | Case No. | ( ) No. |
|---|---|---|---|
| Document Served and Number | US District Court. Eastern District of Louisiana, summons in civil action, complaint, exhibit A, etc. | | |
| Servee | TAISHAN GYPSUM (CHONGQING) CO., LTD. | | |
| Address for Service | Luhuan Industrial Park A, Jiangjin, Chongqing City. | | |
| Recipient Signature or Seal | | | Date   Month   Year |
| Substitute Recipient and Reason for substitution | | | Date   Month   Year |
| Notes | On the morning of April 29, 2011, Xiao and Li went to Taishan Gypsum (Chongqing) Co., Ltd. and explained to them the matter concerning the entrusted service of legal documents from the U.S. District Court. The General Affairs Director and Vice President of the said company received us and told us that the company has no business with the United States so they could not accept the documents for service and sign, but they could provide a statement note. | | |

Issuer: Xiao Yongfu           Server: Xiao Yongfu    Li Gang

Note: (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

Note: The undelivered legal documents will be sent to the Superior Court's Research Office.

# 重庆市江津区人民法院
# 送 达 回 证

Fx-11-343

| 案 由 | | 案号 （　） 字第　号 |
|---|---|---|
| 送达文书名称和件数 | 路易斯安那东部地区美国地区法院 民事诉讼传票、诉讼起诉书、证物A 及法律文书 | |
| 受送达人 | 泰山石膏（重庆）有限公司 | |
| 送达地址 | 重庆江津珞璜工业园A区 | |
| 受送达人签名或盖章 | | 年　月　日 |
| 代收人及代收理由 | | 年　月　日 |
| 备　考 | 2011年4月29日上午，有专人到泰山石膏（重庆）有限公司送达其受托送达美国地区法院法律文书的相关事宜，该公司经办处处长副总接待我们，并告知他们业务未及美国，不能签收并告知我们一张。 | |

填表人 肖永富　　送达人 肖永富 李刚

注：(1) 送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
(2) 代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

沿：未送达的法律文书随后连同院研究室请查收



# 重庆市高级人民法院

SX-11-23

渝高院外（2011）第 94 号

最高人民法院外事局：

你局法协（2011）343号号委托函，美国委托送达的司法文书由重庆市江津区人民法院向当事人送达，但泰山石膏（重庆）有限公司拒绝签收。现将相关材料寄回，请查收。



联系人：
重庆市高级人民法院研究室游中川  电话：023－6767412

重庆市江津区人民法院：

我单位对于贵院送达的"路易斯安娜东部地区美国地区民事诉讼传票，诉讼起诉书等法律文书"，由于我单位与美国无任何业务往来，无法签收。特此证明。



泰山石膏（重庆）有限公司

2011-4-29