# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
## AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
## D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

11-CX-232

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
     (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
     *(identité et adresse)*   __Taishan Gypsum (Jiangyin) Co., Ltd.__
__Shengang Industrial Park, Jiangyin Economic and Technological Development Zone, Jiangsu 214443, China__
                                       Tel:

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____
_____
_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Supplement to Amended Class Action Complaint)<br>--Order<br>--Amended Class Action Complaint<br>--Translations<br>--Summary of the Document to be Served | Done at<br>*Fait à* __Minneapolis, Minnesota, U.S.A.__, the<br>  *le* __5/26/11__<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |



**CERTIFICATE**
**ATTESTATION**

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*


1)    **that the document has been served***
*1.*    *que la demande a été exécutée*
       - the (date)
       *- le (date)*
       - at (place, street, number)
       *- à (localité, rue numéro)*

       - in one of the following methods authorised by article 5-
       *- dans une des formes suivantes prévues à l'article 5:*
           [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
               *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
           [ ]  (b)  in accordance with the following particular method*:
               *b)  selon la forme particulière suivante:*

           [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
               *c)  par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
       - (identity and description of person)
       *- (identité et qualité de la personne)*

       - relationship to the addressee (family, business or other):
       *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:*


2)    **that the document has not been served, by reason of the following facts***:
*2.*    *que la demande n'a pas été exécutée, en raison des faits suivants:*
    *The addressee refused to accept the documents*


In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*


In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at   *Beijing*   , the   *June 27, 2011*
*Fait à*                        *, le*
Signature and/or stamp.
*Signature et/ou cachet.*

# JIANGSU PROVINCE SUPERIOR PEOPLE'S COURT

Judicial Association No. SX-11-232
Jiangsu Superior Court Law Association No. (2011) 318

The Supreme People's Court Foreign Affairs Bureau:

With regard to the service of legal documents requested by the United States on Tai'an Gypsum (Jiangyin) Co., Ltd. at the address of Shengang Industrial Park, Jiangyin Economic and Technological Zone, Jiangyin City, Jiangsu Province, Postal Code: 214443, as specified in Jiangsu Province Superior People's Court Law Association Document No. [2011] 357, this is to inform you that the Wuxi City Intermediate People's Court executed the service on the party concerned. However, the party refused to accept the process documents, so the service failed. We are now returning the attached documents to you.

[Seal] The People's Republic of China
Jiangsu Province Superior People's Court
Judicial Assistance Special Stamp

March 29, 2011

Contact: Zhang Songbo                    Phone: 025-83785871

# 江苏省高级人民法院

SX-11-232

苏高法协[2011]318号

最高人民法院外事局：

贵院法协[2011]357号文关于<u>美国</u>请求向<u>泰山石膏（江阴）有限公司</u>地址<u>江阴市江阴经济技术开发区申港园区，邮编：214443</u>，送达有关文书送达法律文书一事，业已经我省 <u>无锡市</u>中级人民法院送达有关当事人。当事人拒绝接收，无法送达。现将文书附后退回，请查收。

（盖章：中华人民共和国江苏省高级人民法院司法协助专用章）

三月二十九日

联系人：张松波       电话：025-83785871

