Kenneth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0314

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Talmadge Drywall, Inc.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

Name of Server: **Jamie Snyder**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **18** day of **February**, 20**12**, at **6:00** o'clock **P** M

Place of Service: at **7007 Aspen Ave**, in **Tampa, FL 33637**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**
**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**
**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**
**Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Talmadge Drywall, Inc.**
By delivering them into the hands of an officer or managing agent whose name, and title is: **William W. Talmadge President / Director**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **Cauc**; Hair Color **Blk + Gray**; Facial Hair **glasses**
Approx. Age **60**; Approx. Height **5'8"**; Approx. Weight **210 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Jamie Snyder*
(Signature of Server)

Subscribed and sworn to before me this **21** day of **February**, 20**12**

*[signature]*
Notary Public    (Commission Expires)

**APS International, Ltd.**



SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters