Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0166

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Avalon Building Corporation of Tampa Bay
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Hillsborough__ )

**Name of Server:** __Lynda Herbranson__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __10th__ day of __April__, 20 __12__, at __1:45__ o'clock __P__ M

**Place of Service:** at __905 M.L. Kimg Drive, Ste. 250__, in __Tarpon Springs, FL 34689__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Avalon Building Corporation of Tampa Bay**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Ralph Zuckerman, President__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __m__ ; Skin Color __white__ ; Hair Color __Gray__ ; Facial Hair ____
Approx. Age __50__ ; Approx. Height __5'10"__ ; Approx. Weight __185__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_  4-12-12
Signature of Server    Date

Subscribed and sworn to before me this __12th__ day of __April__, 20 __12__

_[signature] Elaine Jones_
Notary Public    (Commission Expires) 3/2/13

**APS International, Ltd.**



ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters