Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0037

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--BMD, Inc
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Orange** )

Name of Server: **M. E. Andrews**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **3** day of **April**, 20 **12**, at **10:30** o'clock **A** M

Place of Service: at **218 S Bumby Avenue**, in **Orlando, FL 32803**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**BMD, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Gary Fracassi, Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair **No**
Approx. Age **48**; Approx. Height **5'6"**; Approx. Weight **180**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_M.E. Andrews_ 4-3-12
Signature of Server **M. E. Andrews**
APS International, Ltd. **#0767**

Subscribed and sworn to before me this **3** day of **April**, 20**12**

_Karen Hernandez_
Notary Public    (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission #DD859349
Expires: MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.