UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO            )
ALL CASES AND                       )
                                    )
*Silva, et al. v. Interior Exterior Building*  )
*Supply, LP, et al.*                )
Case No. 09-08030 (E.D. La.)        )
                                    )
*Silva, et al. v. Arch Insurance Company, et al.*  )
Case No. 09-08034 (E.D. La.)        )
                                    )
*Payton, et al. v. Knauf Gips, KG, et al.*  )
Case No. 09-07628 (E.D. La.)        )
                                    )
*Wiltz, et al. v. Beijing New Building Materials*  )
*Public Limited Co., et al.*        )
Case No. 2:10-cv-00361 (E.D. La.)   )
                                    )
*Gross, et al. v. Knauf Gips, KG, et al.*  )
Case No. 2:09-cv-6690 (E.D. La.)    )
                                    )
*Rogers, et al. v. Knauf Gips, KG, et al.*  )
Case No. 2:10-cv-00362 (E.D. La.)   )
                                    )
*Amato, et al. v. Liberty Mutual Ins. Co.*  )
Case No. 2:10-cv-00932 (E.D. La.)   )
                                    )
*Kenneth Abel, et al. v. Taishan Gypsum Co.,*  )
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.,*  )
*et al.*                            )
Case No. 2:11-080 (E.D. La)         )
                                    )
*Daniel Abreu, et al. v. Gebrueder Knauf*  )
*Verwaltungsgesellschaft, KG, et al.*  )
<u>Case No. 2:11-252 (E.D. La.)</u>  )

1

**SETTLING DEFENDANTS' SECOND SUPPLEMENTAL NOTICE
OF COMPLIANCE WITH 28 U.S.C. § 1715**

Defendants Interior/Exterior Building Supply, L.P. ("InEx"), Arch Insurance Company ("Arch"), and Liberty Mutual Fire Insurance Company ("Liberty Mutual") hereby give notice of their further compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 (the "CAFA Statute").

1. On July 22, 2011, InEx, Arch and Liberty Mutual filed their initial "Settling Defendants' Notice Of Compliance With 28 U.S.C. § 1715" (Document No. 9899), which reported that they had served on appropriate government officials their "CAFA Notice Pursuant To 28 U.S.C. § 1715" (the "Initial CAFA Notice"). The Initial CAFA Notice provided the eight categories of information required by the CAFA Statute, including notice regarding scheduled judicial hearings.

2. On August 24, 2011, the Court entered its "Order Adjourning the Formal Fairness Hearing and Extending the Opt-Out/Objection Period" (Document No. 10185), which modified the date for the Formal Fairness Hearing that was reported in the Initial CAFA Notice, rescheduling the judicial hearing from October 27, 2011 to February 3, 2012, as well as extending the deadline for opt-outs from and objections to the settlement.

3. On September 22, 2011, InEx, Arch, and Liberty Mutual filed their "Settling Defendants' Supplemental Notice Of Compliance With 28 U.S.C. § 1715" (Doc. No. 10614), which reported that they had served on the appropriate government officials their "Supplemental CAFA Notice Pursuant To 28 U.S.C. § 1715" (the "Supplemental CAFA Notice"). The Supplemental CAFA Notice provided further information required by the CAFA Statute, including notice regarding scheduled judicial hearings.

4.     On November 18, 2011, the Court entered its "Order Adjourning the Formal Fairness Hearing and Extending the Opt-Out/Objection Period" (Document No. 11299), which modified the date for the Formal Fairness Hearing that was reported in the Initial CAFA Notice, rescheduling the judicial hearing from February 3, 2012 to March 7, 2012, as well as extending the deadline for opt-outs from and objections to the settlement to January 18, 2012.

5.     On December 16, 2011, the Court entered its "Order Adjourning the Formal Fairness Hearing and Extending the Opt-Out/Objection Period" (Document No. 11911), which adjourned the Formal Fairness Hearing that was reported in the Initial CAFA Notice, until a date to be set forth in a later order of the Court, as well as extending the deadline for opt-outs from and objections to the settlement to February 17, 2012.

6.     On January 24, 2012, the parties filed with the Court an Amended Settlement Agreement Regarding Claims Against Interior-Exterior In MDL No. 2047.  See Joint Motion To Substitute Amended Exhibit, Ex. A (Document No. 12258), with attached Amended Settlement Agreement Regarding Claims Against Interior-Exterior In MDL No. 2047 (Document No. 12258-3).

7.     On February 10, 2012, the Court entered its "Stipulated Order Regarding Banner and InEx Allocation Plans And Opt Out And Objection Dates" (Document No. 12478), which extended the deadline for opt-outs from and objections to the settlement to April 11, 2012.

8.     On March 5, 2012, the Court entered its "Order Regarding InEx Allocation Plan And Opt Out And Objection Date" (Document No. 12768), which extended the deadline for opt-outs from and objections to the settlement to May 11, 2012.

9. On May 7, 2012, the Court entered its "Order Regarding Opt Out, Objection And Fairness Hearing Dates" (Document No. 14197), which temporarily adjourned the deadline for submission of opt-outs and objections to the settlement.

10. On June 4, 2012, the Court entered its "Order (1) Setting Consolidated Fairness Hearing, (2) Establishing Coordinated Opt Out, Objection And Briefing Deadlines, And (3) Entering Litigation Stay In Favor Of Settling Parties" (Document No. 14566), which extended the deadline for submission of opt-outs and objections until September 28, 2012, and re-scheduled the formal Fairness Hearing to November 13-14, 2012 at 9:00 a.m.

11. In order to update their Initial CAFA Notice and Supplemental CAFA Notice by providing information regarding the revised schedule for the judicial hearing, and the Amended Settlement Agreement Regarding Claims Against Interior-Exterior In MDL No. 2047, InEx, Arch and Liberty Mutual have prepared a "Second Supplemental CAFA Notice Pursuant To 28 U.S.C. § 1715" (the "Second Supplemental CAFA Notice") and disseminated it as required by the statute. A copy of this Second Supplemental CAFA Notice is Exhibit A hereto.

12. On July 3, 2012, on behalf of InEx, the undersigned Philip D. Nizialek of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux LLC caused a copy of the Second Supplemental CAFA Notice appended hereto as Exhibit A to be served by certified mail on the Attorney General for the United States and the Attorneys General for the fifty states, the District of Columbia and the U.S. Territories. The list of recipients, including the addresses to which the Second Supplemental Notice was sent, is Exhibit B hereto. Each recipient received a transmittal letter and a copy of the Second Supplemental Notice. The body of the transmittal letter disseminated by Mr. Nizialek was identical for all recipients, and a representative copy of that letter is Exhibit C hereto.

13.     On July 12, 2012, on behalf of Arch, the undersigned D. Russell Holwadel of Adams, Hoefer, Holwadel & Eldridge caused a copy of the Second Supplemental CAFA Notice appended hereto as <u>Exhibit A</u> to be served by certified mail on the Attorney General for the United States and the Insurance Commissioners for the fifty states, the District of Columbia and the U.S. Territories.  The list of recipients, including the addresses to which the Second Supplemental Notice was sent, is <u>Exhibit D</u> hereto.  Each recipient received a transmittal letter and a copy of the Second Supplemental Notice.  The body of the transmittal letter disseminated by Mr. Holwadel was identical for all recipients, and a representative copy of that letter is <u>Exhibit E</u> hereto.

14.     On June 29, 2012, on behalf of Liberty Mutual, the undersigned H. Minor Pipes III of Barrasso Usdin Kupperman Freeman & Sarver, LLC caused a copy of the Second Supplemental CAFA Notice appended hereto as <u>Exhibit A</u> to be served by certified mail on the Attorney General for the United States and the Insurance Commissioners for the fifty states, the District of Columbia and the U.S. Territories.  The list of recipients, including the addresses to which the Second Supplemental Notice was sent, is <u>Exhibit D</u> hereto.  Each recipient received a transmittal letter and a copy of the Second Supplemental Notice.  The body of the transmittal letter disseminated by Mr. Pipes was identical for all recipients, and a representative copy of that letter is <u>Exhibit F</u> hereto.

Respectfully submitted,

| | |
|---|---|
| INTERIOR EXTERIOR BUILDING SUPPLY, L.P. | ARCH INSURANCE COMPANY |
| By its attorneys, | By its attorneys, |
| /s/ Philip D. Nizialek | /s/ D. Russell Holwadel |
| Philip D. Nizialek | D. Russell Holwadel |
| CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX LLC | ADAMS, HOEFER, HOLWADEL & ELDRIDGE |
| 1100 Poydras Street, Suite 3100 | 400 Poydras Street, Suite 2450 |
| New Orleans, LA 70163 | New Orleans, LA 70130 |
| Phone: (504) 585-3820 | Phone: (504) 581-2606 |
| Fax: (504) 585-3801 | Fax: (504) 525-1488 |
| nizialek@carverdarden.com | DRH@ahhelaw.com |

LIBERTY MUTUAL FIRE INSURANCE COMPANY

By its attorneys,

 /s/ H. Minor Pipes, III
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, LLC
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Phone: (504) 589-9700
Fax: (504) 589-9701
jbarrasso@barrassousdin.com
mpipes@barrassousdin.com

Dated: July 12, 2012

## **Exhibits**

| | |
|---|---|
| A | Second Supplemental CAFA Notice Pursuant to 28 U.S.C. § 1715 |
| B | InEx's List of CAFA Notice Recipients |
| C | InEx's Transmittal Letter |
| D | Arch's and Liberty Mutual's List of CAFA Notice Recipients |
| E | Arch's Transmittal Letter |
| F | Liberty Mutual's Transmittal Letter |