CARVER, DARDEN,
KORETZKY, TESSIER, FINN,
BLOSSMAN & AREAUX LLC

PHILIP D. NIZIALEK

Also Admitted in Texas
(504) 585-3820
nizialek@carverdarden.com

July 3, 2012

**Via Certified Mail – Return Receipt Requested**
Mr. Eric H. Holder, Jr.
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re:   **Second Supplemental CAFA Notice Pursuant To 28 U.S.C. § 1715 regarding class action settlement by InteriorExterior Building Supply, L.P.**

Dear Sir or Madam:

Please find enclosed a Second Supplemental CAFA Notice Pursuant To 28 U.S.C. § 1715 (the "Second Supplemental Notice"), which is being submitted to you on behalf of InteriorExterior Building Supply, L.P. ("InteriorExterior"). Its purpose is to supplement the information contained in the CAFA Notice Pursuant To 28 U.S.C. § 1715 (the "Original Notice"), which was transmitted to you on July 11, 2011, and the Supplemental CAFA Notice Pursuant To 28 U.S.C § 1715 (the "Supplemental Notice"), which was transmitted to you on September 13, 2011. Specifically, our intention is to make you aware that the Court has modified the schedule for the Opt-Out/Objection Period and the date for the Formal Fairness Hearing, and that the parties have filed with the Court an Amended Settlement Agreement Regarding Claims Against Interior-Exterior In MDL No. 2047.

The enclosed Second Supplemental Notice is being submitted to you to further discharge InteriorExterior's obligations under Section 1715. If you need any additional information or have any questions, please contact the undersigned.

Sincerely yours,

Philip D. Nizialek

PDN/jlr
Enclosure:   Second Supplemental CAFA Notice with Exhibits A, B C, D, E, F, and G.