ATTORNEYS AT LAW
# ADAMS, HOEFER, HOLWADEL & ELDRIDGE, L.L.C.

| | |
|---|---|
| 400 POYDRAS STREET, SUITE 2450<br>NEW ORLEANS, LOUISIANA 70130<br>TELEPHONE (504) 581-2606<br>FACSIMILE (504) 525-1488 | 2895 HIGHWAY 190, SUITE 216<br>MANDEVILLE, LOUISIANA 70471<br>TELEPHONE (985) 871-9983<br>FACSIMILE (504) 525-1488 |

July 12, 2012

*Please reply to New Orleans office*

sender's email:
drh@ahhelaw.com
170-024

**Via Certified Mail, Return Receipt Requested**

Commissioner Lori Swanson
State of Minnesota
State Capital, Suite 102
St. Paul, MN    55155

RE:   Second Supplemental CAFA Notice Pursuant To 28 U.S.C. § 1715
      regarding class action settlement by Arch Insurance Company

Dear Commissioner Swanson:

We provide enclosed a Second Supplemental CAFA Notice Pursuant to 28 U.S.C. § 1715 (the "Second Supplemental Notice"), which is being submitted to you on behalf of Arch Insurance Company. The purpose of this supplemental notice is to provide supplemental information to that contained in the CAFA Notice Pursuant to 28 U.S.C. § 1715 (the "Original Notice"), which was transmitted to you on July 14, 2011, and the Supplemental CAFA Notice Pursuant to 28 U.S.C § 1715 (the "Supplemental Notice"), which was transmitted to you on September 16, 2011.

Specifically, the Court has modified the schedule for the Opt-Out/Objection Period and the date for the Formal Fairness Hearing, and the parties have filed with the Court an Amended Settlement Agreement Regarding Claims Against Interior-Exterior In MDL No. 2047.

The enclosed Second Supplemental Notice is being submitted to you to further discharge the obligations of Arch Insurance Company under Section 1715. If you need any additional information or have any questions, please contact the undersigned.

Sincerely,

*D. Russell Holwadel*

D. Russell Holwadel

DRH:khf
Enclosure:  Second Supplemental CAFA Notice with CD of Exhibits A, B, C, D, E, F, and G