# BARRASSO · USDIN · KUPPERMAN
# FREEMAN & SARVER, L.L.C.
### - COUNSELLORS AT LAW -

H. Minor Pipes, III
Direct Dial: (504) 589-9726
E-Mail: mpipes@barrassousdin.com

Our File No.
0548-0578

June 29, 2012

**Via Certified Mail, Return Receipt Requested**

Jim L. Ridling, Commissioner
Alabama Department of Insurance
PO Box 303351
Montgomery, AL  36130-3351

      Re:    Second Supplemental CAFA Notice Pursuant To 28 U.S.C. § 1715 regarding class action settlement by Liberty Mutual Fire Insurance Company

Dear Mr. Ridling:

      Please find enclosed a Second Supplemental CAFA Notice Pursuant To 28 U.S.C. § 1715 (the "Second Supplemental Notice"), which is being submitted to you on behalf of Liberty Mutual Fire Insurance Company ("Liberty Mutual"). Its purpose is to supplement the information contained in the CAFA Notice Pursuant To 28 U.S.C. § 1715 (the "Original Notice"), which was transmitted to you on July 14, 2011, and the Supplemental CAFA Notice Pursuant To 28 U.S.C § 1715 (the "Supplemental Notice"), which was transmitted to you on September 9, 2011. Specifically, our intention is to make you aware that the Court has modified the schedule for the Opt-Out/Objection Period and the date for the Formal Fairness Hearing, and that the parties have filed with the Court an Amended Settlement Agreement Regarding Claims Against Interior-Exterior In MDL No. 2047.

      The enclosed Second Supplemental Notice is being submitted to you to further discharge Liberty Mutual's obligations under Section 1715. If you need any additional information or have any questions, please contact the undersigned.

                                          Sincerely,

                                          H. Minor Pipes, III

HMP/sh
Enclosure (Second Supplemental CAFA Notice with Exhibits A, B, C, D, E, F, and G)