Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0112

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Diamond Court Homes, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **St. Lucie** )

Name of Server: **Amy M. Perron**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **10** day of **April**, 20 **12**, at **3:20** o'clock **P** M

Place of Service: at **2112 SE Bersell Road**, in **Port Saint Lucie, FL 34952**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Diamond Court Homes, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Lance Collins - President & Registered Agent**

Description of Person Receiving Documents:

The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Black**; Facial Hair —
Approx. Age **40-45**; Approx. Height **6'0"**; Approx. Weight **160-180 lbs**

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Amy M. Perron*
Signature of Server

Subscribed and sworn to before me this **11** day of **April**, 20 **12**

*BTL*            7-14-12
Notary Public         (Commission Expires)

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services

APS International, Ltd.