Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0113

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Fly System, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: St Lucie )

Name of Server: Bradley A Perron, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 12 day of April, 20 12, at 6 o'clock P M

Place of Service: at  11481 SW Rossano Lane, in  Port Saint Lucie, FL  34987

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Fly System, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: MAGBIS RILEY KA, Pres / Director

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color BLK ; Facial Hair NO
Approx. Age 40 ; Approx. Height 5' ; Approx. Weight 105

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this 13 day of April, 20 12

_Amy M. Kreyling_   9-24-14
Notary Public    (Commission Expires)

**APS International, Ltd.**



AMY M. KREYLING
MY COMMISSION # EE4439
EXPIRES: September 25, 2014
1-800-3-NOTARY   Fl. Notary Discount Assoc. Co.