Richard and Constance Almeroth, et. al., Plaintiff(s)
    vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by

## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   115800-0084

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--M/I Homes, Inc., c/o CT Corporation System
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Broward_ )

Name of Server: _Eric Deal_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _2nd_ day of _April_, 20 _12_, at _1:30_ o'clock _P_ M

Place of Service: at _1200 South Pine Island Road_, in _Plantation, FL 33324_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and Method of Service: A true and correct copy of the aforesaid document(s) was served on:
**M/I Homes, Inc., c/o CT Corporation System**
By delivering them into the hands of an officer or managing agent whose name and title is: _Donna Moch, Senior Corporate Operations Manager_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Brown_ ; Facial Hair _No_
Approx. Age _45+_ ; Approx. Height _5'6"_ ; Approx. Weight _135_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _3rd_ day of _April_, 20 _12_

Signature of Server

**APS International, Ltd.**

(Commission Expires)