Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0034

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Medallion Homes Gulf Coast, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Manatee )

**Name of Server:** Maryellen Janney, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3rd day of April, 20 12, at 11:15 o'clock A M

**Place of Service:** at 2212 58th Avenue E, in Bradenton, FL 34203

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Medallion Homes Gulf Coast, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Margo Holeman, Office Manager

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Frosted ; Facial Hair —
Approx. Age 45 ; Approx. Height 5'10" ; Approx. Weight 180

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Maryellen Janney #0099
Signature of Server

Subscribed and sworn to before me this 4th day of April, 20 12

Shelly Huffman
Notary Public        (Commission Expires)

APS International, Ltd.

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru Troy Fain Insurance 800-385-7019

69155