Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0020

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Meritage Homes of Florida, Inc., c/o Corporation Service Company

Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Leon__ )

Name of Server: __James A Alol__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __6__ day of __April__, 20__12__, at __1040__ o'clock __A__ M

Place of Service: at __1201 Hays Street__, in __Tallahassee, FL 32301-2525__

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Meritage Homes of Florida, Inc., c/o Corporation Service Company**
By delivering them into the hands of an officer or managing agent whose name and title is: __Joyce Manbley - process clerk__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __Blk__ ; Facial Hair ____
Approx. Age __50__ ; Approx. Height __5'9__ ; Approx. Weight __161__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

4-6-12
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this __6__ day of __April__, 20__12__

Notary Public      (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 8, 2012
Bonded Thru Troy Fain Insurance 800-385-7019