Richard and Constance Almeroth, et. al., Plaintiff(s)
   vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0199

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Millennium Trading, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: Jefferson )
Name of Server: Ray Busiere, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3 day of April, 20 12, at 1:17 o'clock P M

**Place of Service:** at ~~2013 A Street~~, in ~~Violet, LA 70092~~

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Millennium Trading, Inc. 1600 N. Upland Ave. Metairie, LA 70003
By delivering them into the hands of an officer or managing agent whose name and title is: Mrs. Elsa Egan

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair None
Approx. Age 50 ; Approx. Height 5'6" ; Approx. Weight 155#

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Ray Busiere LcPS #0018
Signature of Server

Subscribed and sworn to before me this 5th day of April, 20 12

Janis B. Goodale
Notary Public    (Commission Expires)
@ death

APS International, Ltd.

JANIS B. GOODALE, NOTARY NO. 90864