UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| Payton, et al v. Knauf GIPS KG, et al Case No. 2:09-cv-07628 | * * | MAG. JUDGE WILKINSON |

*************************************************************************

**O R D E R**

Considering the Motion and Order of Dismissal with prejudice filed herein by plaintiffs, Fred L. Mizell, Jr. and Taffenie C. Mizell;

**IT IS ORDERED, ADJUDGED AND DECREED** that said motion be, and same is hereby granted, and that all claims asserted herein by Fred L. Mizell, Jr. and Taffenie C. Mizell against only Murphy Bateman Building Supplies, LLC, be and the same are hereby dismissed, with prejudice, each party to bear its own costs reserving all rights against all other defendants.

Signed this 9th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE