Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0083

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Mitchell Homes, Inc., c/o CT Corporation System
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

Name of Server: Eric Deal, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 2nd day of April, 20 12, at 1:30 o'clock P M

Place of Service: at 1200 South Pine Island Road, in Plantation, FL 33324

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Mitchell Homes, Inc., c/o CT Corporation System**
By delivering them into the hands of an officer or managing agent whose name and title is: Donna Moch, Senior Corporate Operations Manager

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Brown ; Facial Hair No
Approx. Age 45+ ; Approx. Height 5'6" ; Approx. Weight 135

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 3rd day of April, 20 12

Notary Public (Commission Expires)

**APS International, Ltd.**