Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0130

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--NICO Development, Inc., c/o James M. Beeson, Jr.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Broward__ )
Name of Server: __Felix Onate__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __5__ day of __April__, 20 __12__, at __12:08__ o'clock __P__ M

Place of Service: at __100 N. State Road, Suite 300__, in __Margate, FL 33063__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**NICO Development, Inc., c/o James M. Beeson, Jr.**
By delivering them into the hands of an officer or managing agent whose name and title is: __James Beason, Jr. R.A.__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.
__Felix Onate__
Signature of Server

Subscribed and sworn to before me this __9__ day of __April__, 20 __12__
__[signature]__
Notary Public           (Commission Expires)

APS International, Ltd.

Spoke to James over the phone He said to please leave Documents in Front of his door.

Jesy Rodriguez Leon
COMMISSION # EE 178677
EXPIRES: MAR. 12, 2016
WWW.AARONNOTARY.com