Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd. fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 115800-0223

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Phillip Eric Price
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: MS ) ss.
County of: Alcorn )

**Name of Server:** Leslie Spencer, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 9 day of April, 20 12, at 6:30 o'clock PM

**Place of Service:** at 35 CR 613, in Corinth, MS 38834

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Phillip Eric Price**

**Person Served, and Method of Service:**
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Phillip Eric Price** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color W; Hair Color Brown; Facial Hair yes
Approx. Age 45; Approx. Height 6ft; Approx. Weight 150

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Leslie Spencer
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 10 day of April, 20 12

Bethany Streetman
Notary Public

[Notary Seal: STATE OF MISSISSIPPI, BETHANY STREETMAN, NOTARY PUBLIC ID# 60397, Commission Expires August 14, 2012, ALCORN COUNTY]