Richard and Constance Almeroth, et. al., Plaintiff(s)
   vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0218

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Picayune Discount Building Supply
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Mississippi ) ss.
County of: Pearl River )

**Name of Server:** Shannon Easey, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 6th day of April, 20 12, at 9:14 o'clock AM

**Place of Service:** at 1919 Palestine Road, in Picayune, MS 39466

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Picayune Discount Building Supply**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Brandi Merrell, manager

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair none
Approx. Age 35 ; Approx. Height 5'3 ; Approx. Weight 155

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 16th day of April, 20 12
6-16-14
Notary Public     (Commission Expires)

**APS International, Ltd.**

STATE OF MISSISSIPPI
JAMIE VARNADO
NOTARY PUBLIC
ID No. 96299
Commission Expires
June 16, 2014
PEARL RIVER COUNTY