Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0269

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Porter-Blaine Corporation
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Virginia** ) ss.
County of: **City of Norfolk** )

Name of Server: **Brian Nath**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **16th** day of **April**, 20 **12**, at **3:26** o'clock **P** M

Place of Service: at **301 Bendix Road, Suite 500, Convergence Center IV**, in **Virginia Beach, VA 23452**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
**The Porter-Blaine Corporation**

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: **Richard Biemiller, RA**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **No**
Approx. Age **40-45** ; Approx. Height **5'8"** ; Approx. Weight **170 lbs.**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Signature of Server*

**APS International, Ltd.**

Subscribed and sworn to before me this **16th** day of **April**, 20 **12**

*[Notary signature]*
Notary Public

**4-30-2014**
(Commission Expires)

[Notary Seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 268561, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]