Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   115800-0200

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Premier Southern Builders, LLC
Court Case No. 12-0498 Section L

State of: _Louisiana_ ) ss.
County of: _ST. Tammany_ )

| | |
|---|---|
| **Name of Server:** | _Ray Busiere_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the _3_ day of _april_, 20 _12_, at _9:53_ o'clock _A_ M |
| **Place of Service:** | at _3637 Peachtree Street_, in _Slidell, LA 70458_ |
| **Documents Served:** | the undersigned served the documents described as:<br>Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;<br>Exhibit A; Exhibit B; Exhibit C |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on:<br>**Premier Southern Builders, LLC** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: _Mrs. Carla Mule, Spouse of owner_ |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows:<br>Sex _F_ ; Skin Color _white_ ; Hair Color _Brown_ ; Facial Hair _None_<br>Approx. Age _35_ ; Approx. Height _5'5'_ ; Approx. Weight _160#_<br>☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. |

Subscribed and sworn to before me this _5TH_ day of _April_, 20 _12_

_Ray Busiere_
Signature of Server

_Janis B. Goodale_
Notary Public

(Commission Expires)
_@ death_

**APS International, Ltd.**

JANIS B. GOODALE, NOTARY NO. 90864