Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0099

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Prime Homebuilders, Inc., c/o Steven B. Greenfield, Esquire

Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Palm Beach )

**Name of Server:** Michael Rocco, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3rd day of April, 20 12, at 3:28 o'clock P. M

**Place of Service:** at 7000 W. Palmetto Park Road, Suite 307, in Boca Raton, FL 33433

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Prime Homebuilders, Inc., c/o Steven B. Greenfield, Esquire**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Ms. April (Declined to Provide Last Name) / Assistant to Steven B, Greenfield, Esquire

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex 25 ; Skin Color Black ; Hair Color Black ; Facial Hair ____
Approx. Age 28 ; Approx. Height 5'5" ; Approx. Weight 150

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Michael Rocco
Signature of Server

Subscribed and sworn to before me this 6th day of April, 20 12

Lynne Gewant
Notary Public           (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Lynne Gewant
Commission # EE034455
Expires: OCT. 30, 2014
BONDED THRU ATLANTIC BONDING CO., INC.