Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0224

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--ProBuild East, LLC
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **COLORADO** ) ss.
County of: **DENVER** )

Name of Server: **R T CANTRALL**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **5th** day of **April**, 20**12**, at **12:41** o'clock **P** M

Place of Service: at **7595 Technology Way, Ste. 500**, in **Denver, CO 80237**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**ProBuild East, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Leanne Wollenweber, designee for ProBuild East LLC**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Lt Brown** ; Facial Hair **N/A**
Approx. Age **30** ; Approx. Height **5'7"** ; Approx. Weight **150**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **5th** day of **April**, 20**12**

*Signature of Server*

*Patsy Sherrick* (Notary)
(Commission Expires)
**2/17/2014**

**APS International, Ltd.**