Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0016

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--R. Mossel Construction, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __FLORIDA__ ) ss.
County of: __OKEECHOBEE__ )

Name of Server: __GREGORY G GRNAT__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __4__ day of __APRIL__, 20 __12__, at __4:11__ o'clock __P__ M

Place of Service: at __13632 NW 160th Street__, in __Okeechobee, FL 34972__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**R. Mossel Construction, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __MICHELE MOSSEL, VICE PRESIDENT__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__; Skin Color __W__; Hair Color __BLACK__ Facial Hair __N/A__
Approx. Age __50__; Approx. Height __5'6"__; Approx. Weight __160__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this __5th__ day of __April__, 20 __12__.

_[signature]_
Notary Public       (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Peggy Gerth
My Commission EE151939
Expires 03/16/2016