Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  115800-0017

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Ray Horvath Drywall Inc.
Court Case No. 12-0498 Section L

State of: FLORIDA ) ss.
County of: OKEECHOBEE )

Name of Server: GREGORY GERNAT, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 2 day of APRIL, 20 12, at 6:27 o'clock P M

Place of Service: at 10155 NE 101st Street, in Okeechobee, FL 34972

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Ray Horvath Drywall Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: RAY HORVATH - OWNER

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color BLK ; Facial Hair N/A
Approx. Age 60 ; Approx. Height 5'8" ; Approx. Weight 220

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
PS06-17

Subscribed and sworn to before me this 4 day of April, 2012
Notary Public     (Commission Expires)

**APS International, Ltd.**

LUCELLIA I. WHEATON
MY COMMISSION # EE 139407
EXPIRES: January 16, 2016
Bonded Thru Budget Notary Services