Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0226

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rebuilding Together, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: District of Columbia ) ss.
County of: Washington )

**Name of Server:** Ted Metzger, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 03 day of April, 20 12, at 1:26 o'clock P M

**Place of Service:** at 1899 L Street NW, Ste. 100, in Washington, DC 20036

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Rebuilding Together, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is: Melissa Flynn, Strategic Advisor of Chief Executive Officer

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair ____
Approx. Age 45 ; Approx. Height 5'8" ; Approx. Weight 175

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 5th day of April, 20 12
Angela H. Croson  03/31/14
Notary Public         (Commission Expires)