Richard and Constance Almeroth, et. al., Plaintiff(s)
    vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by

# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   115800-0227

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Smoky Mountain Materials, Inc., dba Emerald Coast
Building Materials, c/o National Registered Agents, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Tennessee_ ) ss.
County of: _Williamson_ )

Name of Server: _Lee A. Miller_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _5th_ day of _April_ , 20 _12_, at _12:50_ o'clock _P_ M

Place of Service: at _2300 Hilsboro Road, Ste. 305_ , in _Nashville, TN 37212_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**

**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:

Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Smoky Mountain Materials, Inc., dba Emerald Coast Building Materials, c/o National Registered Agents, Inc.**

By delivering them into the hands of an officer or managing agent whose name and title is: _John Kitch, RA_

Description of Person Receiving Documents:

The person receiving documents is described as follows:
Sex _M_ ; Skin Color _white_ ; Hair Color _black_ ; Facial Hair _beard_
Approx. Age _60_ ; Approx. Height _5'11_ ; Approx. Weight _240 lbs_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_(signature)_

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _9th_ day of _April_ , 20 _12_

_(signature)_

Notary Public    (Commission Expires)

_-6-15_