Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0204

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Southern Community Homes Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Marion )

Name of Server: **Ernest V. Martinez**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 9 day of April, 20 12, at 9:30 o'clock A M

Place of Service: at 1900 SW 97th Place, in Ocala, FL 34476

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Southern Community Homes Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **David Eberly As President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Brown/Gry; Facial Hair No
Approx. Age 60; Approx. Height 5'10; Approx. Weight 200

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 9 day of APRIL, 20 12

Notary Public   6-15-15   (Commission Expires)

**APS International, Ltd.**

KENNETH W. KELLEY, JR.
Commission # EE 067526
Expires June 15, 2015
Bonded Thru Troy Fain Insurance 800-385-7019

4713