Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0123

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Stock Building Supply, Inc., nka Stock Building Supply, LLC; c/o CT Corporation System
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Broward** )

Name of Server: **Eric Deal**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **2nd** day of **April**, 20 **12**, at **1:30** o'clock **P** M

Place of Service: at **1200 South Pine Island Road**, in **Plantation, FL 33324**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Stock Building Supply, Inc., nka Stock Building Supply, LLC; c/o CT Corporation System**
By delivering them into the hands of an officer or managing agent whose name and title is: **Donna Moch, Senior Corporate Operations Manager**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Brown**; Facial Hair **No**
Approx. Age **45+**; Approx. Height **5'6"**; Approx. Weight **135**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **3rd** day of **April**, 20 **12**

Signature of Server

Notary Public (Commission Expires)

**APS International, Ltd.**