Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0228

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Stock Building Supply, LLC
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **New Mexico** ) ss.
County of: **Santa Fe** )

Name of Server: **Jeff Bowers**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4** day of **April**, 20 **12**, at **1:25** o'clock **P** M

Place of Service: at **123 East Marcy**, in **Sante Fe, NM 87501**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Stock Building Supply, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Leanne Martoney (Agent)**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **Cauc** ; Hair Color **Brn** ; Facial Hair **No**
Approx. Age **33** ; Approx. Height **5'4** ; Approx. Weight **180**

**X** To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Jeff Bowers*
Signature of Server

Subscribed and sworn to before me this **4** day of **April**, 20 **12**

*[signature]*
Notary Public    (Commission Expires)

**APS International, Ltd.**

OFFICIAL SEAL
Cynthia M. Bowers
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires: 2/26/14