Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0229

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Stock Building Supply of Florida, LLC
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: North Carolina ) ss.
County of: Johnston )

**Name of Server:** Jennifer McCracken, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4 day of April, 20 12, at 2:23 o'clock P M

**Place of Service:** at 8020 Arco Corporate Drive, in Raleigh, NC 27617

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Stock Building Supply of Florida, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Carol Tompkins, Executive Assistant to the Legal Division

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color brown ; Facial Hair no
Approx. Age 40 ; Approx. Height 5'6" ; Approx. Weight 140

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_McCracken_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 4 day of April, 20 12

_Edwin McCracken_ 11-6-2016
Notary Public    (Commission Expires)

[Notary Seal: EDWIN MCCRACKEN, NOTARY PUBLIC, JOHNSTON COUNTY, NC, 11-6-2016]