| | |
|---|---|
| Richard and Constance Almeroth, et. al., Plaintiff(s)<br>vs.<br>Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #:  115800-0072

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Strauch Builders, LLC
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **3rd** day of **April**, 20 **12**, at **6:42** o'clock **P** M

Place of Service: at **7985 Sandelwood Circle West**, in **Fort Myers, FL  33908**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Strauch Builders, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Eric Strauch, Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **white**; Hair Color **Black**; Facial Hair ___
Approx. Age **35-40**; Approx. Height **5'8"**; Approx. Weight **175**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Barbara Gray* #15753
Signature of Server

Subscribed and sworn to before me this **4th** day of **April**, 20 **12**

*Traci A. DeSalvo*
Notary Public      (Commission Expires)

APS International, Ltd.

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1733