Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0214

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Home Depot, c/o Corporation Services Company
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Delaware** ) ss.
County of: **New Castle** )

**Name of Server:** __Adam Golden__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4** day of **April**, 20 **12**, at **1:25** o'clock **P.** M

**Place of Service:** at **2711 Centerville Road, Ste. 400**, in **Wilmington, DE 19808**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**The Home Depot, c/o Corporation Services Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **DIONNE MILLS, AUTHORIZED TO ACCEPT SERVICE**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **BLACK**; Hair Color **BLACK**; Facial Hair **GLASSES**
Approx. Age **40**; Approx. Height **5'6**; Approx. Weight **120 lb**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this
__4__ day of __April__, 20__12__

_Notary Public_     (Commission Expires)

**APS International, Ltd.**