~~~eroth, et. al., Plaintiff(s)

~~~ fka Shandong Taihe Dongxin Co., Ltd, et.



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0269

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Venture Supply, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: VIRGINIA
County of: City of Norfolk ) ss.
Name of Server: Brian Nath, undersigned, being duly sworn, deposes and says

that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 16th day of April, 20 12, at 3:26 o'clock P M

Place of Service: at 301 Bendix Road, Suite 500, Convergence Center IV, in Virginia Beach, VA 23452

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Venture Supply, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Richard Biemiller, RA

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Brown; Facial Hair No
Approx. Age 40-45; Approx. Height 5'8"; Approx. Weight 170 lbs.

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 16th day of April, 2012

Notary Public

4-30-2014
(Commission Expires)

**APS International, Ltd.**

[Notary Seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 268501, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]