Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0176

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--West Florida Construction Group, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: Hillsborough )

Name of Server: Lynn A Anderson, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 7 day of April, 20 12, at 9:35 o'clock AM

Place of Service: at 14616 Canopy Drive, in Tampa, FL 33626

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**West Florida Construction Group, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Brent Balch, Director

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color Cauc ; Hair Color Brown ; Facial Hair
Approx. Age 35 yr ; Approx. Height 6'2" ; Approx. Weight 175
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 10 day of April, 20 12

Notary Public       (Commission Expires)

**APS International, Ltd.**



SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters