Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co.,.Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0019

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Woods Restoration Services, LLC, c/o NRAI Services, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Leon )

Name of Server: James A Aloi, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 6 day of April, 20 12, at 10:43 o'clock A M

Place of Service: at 515 E. Park Avenue, in Tallahassee, FL 32301

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Woods Restoration Services, LLC, c/o NRAI Services, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Michelle Hulton - process clerk

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F; Skin Color W; Hair Color Br-Red Facial Hair ___
Approx. Age 32; Approx. Height 5'7; Approx. Weight 131

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury
that the foregoing is true and correct.
4-6-12
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this
6 day of April, 20 12
_____
Notary Public   (Commission Expires)



DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019