# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| Hobbie, et al. v. RCR Holdings II, LLC, et al., No. 10-1113 | ) ) ) ) ) ) ) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## JOINT MOTION FOR ENTRY OF CASE MANAGEMENT ORDER

Plaintiff Wendy Lee Hobbie, on behalf of herself and the other 181 named plaintiffs on the Complaint styled *Hobbie, et al. v. RCR Holdings II, LLC, et al.,* No. 10-1113 (E.D. La.) (collectively, "Plaintiffs") and Defendant/Third-Party Plaintiff, RCR HOLDINGS II, LLC ("RCR"), by and through their undersigned counsel, hereby move the Court for entry of the Case Management Order attached hereto as Exhibit A. In support of this motion, Plaintiffs and RCR submit a Memorandum of Law filed concurrently.

WHEREFORE, Plaintiffs and RCR respectfully request that the Court enter the Proposed Case Management Order.

Dated: July 13, 2012          Respectfully submitted,

/s/ Gary E. Mason
Gary E. Mason
Donna F. Solen
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Avenue, NW
Suite 605
Washington, DC  20036
Telephone: (202) 429-2290
gmason@wbmllp.com

Adam C. Linkhorst, Esq.
LINKHORST & HOCKIN P.A.
4495 Military Trail, Suite 106
Jupiter, Florida 33458
Email:acl@floridahardhatlaw.com
Tel. 561.626.8880  / 954.776.5990
Fax. 561.626.8885
Cell. 954.562.9199

Joel R. Rhine
RHINE LAW FIRM
314 Walnut Street, Suite 1000
Wilmington NC 28401
Telephone:  (910) 772-9960
Facsimile:   (910) 772-9062

Daniel K. Bryson
WHITIFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035

Chris Coffin
PENDLEY BAUDIN & COFFIN, LP
Post Office Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Telephone:  (225) 687-6396

Stephen Mullins
LUCKEY & MULLINS
2016 Bienville Blvd
P.O. Box 990
Ocean Springs, MS 39564
Telephone:  (228) 875-3175
Facsimile:   (228) 872-4719

*Attorneys for Hobbie Plaintiffs*

Gregory S. Weiss (Florida Bar No.: 163430)
LEOPOLD LAW, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone:  (561) 515-1400

Facsimile:   (561) 515-1401
Email:   gweiss@leopold-law.com

*Attorney for Defendant/ Third Plaintiff*
*RCR Holdings II, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 13th day of July, 2012.

/s/ Gary E. Mason
Gary E. Mason