UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED ) | MDL NO. 2047 |
| DRYWALL PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| THIS DOCUMENT RELATES TO: ) | |
| ) | JUDGE FALLON |
| *Hobbie, et al. v.* ) | |
| *RCR HOLDINGS II, LLC, et al.* ) | |
| ) | |
| No. 10-1113 ) | |
| ) | MAG. JUDGE WILKINSON |
| _____ ) | |

**MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION FOR
ENTRY OF CASE MANAGEMENT ORDER**

Plaintiff, WENDY LEE HOBBIE, on behalf of herself, the other 181 named plaintiffs ("Plaintiffs") and Defendant/Third-Party Plaintiff, RCR HOLDINGS II, LLC ("RCR"), by and through their undersigned counsel, hereby move the Court for entry of the Proposed Case Management Order attached hereto as Exhibit A.  In support of this joint motion, Plaintiffs and RCR state as follows:

1. This Court entered a Scheduling Order on July 15, 2011 in the above-captioned *Hobbie* case.

2. The Scheduling Order originated as a result of two failed mediations and the desire of this Court and the parties to surmount the issues that kept them from resolving the Plaintiffs' claims. The parties in this action voluntarily participated in a mediation before Richard O. Kingrea on February 15-16, 2011, in Miami, Florida. By order of this Court, the mediation was continued in New Orleans, Louisiana, on March 22, 2011.  The mediation did not result in any resolution.

3.      It was clear from the outcome of the mediation that Coastal Construction of South Florida, Inc., d/b/a Coastal Condominiums ("Coastal") would not settle this case until it could resolve its issues regarding the liability of Coastal unique to this litigation, namely, whether it owes a duty in tort to the Plaintiffs or is otherwise liable to the Plaintiffs' under the Florida Building Code. In order to resolve Coastal's roadblocks to settlement, this Court entered the Scheduling Order, providing for discovery and setting a briefing schedule on these very issues.[1]

4.      The parties continued their mediation efforts in Miami, Florida in December 2012.

5.      As a result of that meeting, and numerous subsequent discussions and telephonic meetings, the Plaintiffs reached an agreement with defendant RCR to settle their claims against it.

6.      The Plaintiffs and RCR were again unable to reach any agreement with Coastal.

7.      On January 17, 2012, Pursuant to the Scheduling Order allowing the parties to file motions related to these issues, Plaintiffs filed a motion for partial summary judgment against Coastal on their Florida Building Code claim. (Doc. #12209). Plaintiffs concurrently filed a separate motion to strike certain of Coastal's affirmative defenses relating to the economic loss rule, strict liability, and breach of warranty of fitness.

8.      Instead of filing any substantive motions relating to the purported legal issues Coastal claimed stood in the way of settlement, Coastal filed a motion to remand the *Hobbie* action to state court on January 17, 2012. (Doc. #12212).

---

[1] In particular, the Court allowed the parties to conduct discovery on the following issues and claims: (1) the economic loss rule; (2) strict liability; (3) breach of warranty of fitness; (4) violations of the Florida Building Code; (5) claims or defenses raised in RCR Holdings II's Third Party Complaint Against Arch Insurance Co., for breach of contract; (6) the identity of plaintiffs and potential plaintiffs, as well as the residency and citizenship status thereof; and (7) the identity of the manufacturer of the drywall located within the residences subject to this case. See Scheduling Order, p. 1.

9. On June 18, 2012, this Court preliminarily approved a settlement between the *Hobbie* Plaintiffs and Defendant/Third Party Plaintiff, RCR.

10. Defendants, Coastal and Arch Insurance Company, have participated in no fewer than three mediations/settlement conferences with the *Hobbie* Plaintiffs and RCR, all to no avail.

11. As of the date of this filing the following Motions have been filed:

Arch Ins. Co. Motion to Dismiss Third-Party Complaint of RCR Holdings, LLC or Alternatively, To Transfer Venue (Doc. # 9978);

Coastal Construction Group of South Florida, Inc.'s Motion to Remand (Doc. #12212);

Plaintiffs' Motion for Partial Summary Judgment Against Defendant Coastal Construction of South Florida, Inc. (Doc. #12209);

Plaintiffs' Motion to Strike Affirmative Defenses Asserted in Defendant Coastal Construction of South Florida, Inc.'s Answer (Doc. #12210);

Motion to Postpone Hearing on Arch Insurance Co.'s Motion to Dismiss Third Party Complaint of RCR Holdings, LLC, or Alternatively, To Transfer Venue (Doc. #11180); and

Arch's Motion to Strike Plaintiffs' Response in Opposition to Arch Insurance Co.'s Motion to Dismiss Third-Party Complaint of RCR Holdings II, LLC or Alternatively to Transfer Venue (Doc. # 12410).

12. In order to get these motions heard, Plaintiffs and RCR request that this Court calendar each of these motions as set forth in the proposed Case Management Order attached hereto as Exhibit A

13. In order to move this matter to trial in an efficient manner, the *Hobbie* Plaintiffs and RCR request this Court to enter the proposed Case Management Order attached hereto as Exhibit "A".

Wherefore, the *Hobbie* Plaintiffs and RCR respectfully request this Court to enter the Case Management Order attached hereto, and any further relief this Court deems appropriate.

Dated: July 13, 2012                            Respectfully submitted,

                                        /s/ Gary E. Mason
                                        Gary E. Mason
                                        Donna F. Solen
                                        WHITFIELD BRYSON & MASON LLP
                                        1625 Massachusetts Avenue, NW
                                        Suite 605
                                        Washington, DC  20036
                                        Telephone: (202) 429-2290
                                        gmason@wbmllp.com
                                        dsolen@wbmllp.com

                                        Adam C. Linkhorst, Esq.
                                        LINKHORST & HOCKIN P.A.
                                        4495 Military Trail, Suite 106
                                        Jupiter, Florida 33458
                                        Email:acl@floridahardhatlaw.com
                                        Tel. 561.626.8880  / 954.776.5990
                                        Fax. 561.626.8885
                                        Cell. 954.562.9199

                                        Joel R. Rhine
                                        RHINE LAW FIRM
                                        314 Walnut Street, Suite 1000
                                        Wilmington NC 28401
                                        Telephone:  (910) 772-9960
                                        Facsimile:   (910) 772-9062

                                        Daniel K. Bryson
                                        WHITIFIELD BRYSON & MASON LLP
                                        900 W. Morgan Street
                                        Raleigh, NC 27603
                                        Telephone: (919) 600-5000
                                        Facsimile: (919) 600-5035

                                        Chris Coffin
                                        PENDLEY BAUDIN & COFFIN, LP
                                        Post Office Drawer 71
                                        24110 Eden Street
                                        Plaquemine, Louisiana 70765
                                        Telephone:  (225) 687-6396

                                        Stephen Mullins
                                        LUCKEY & MULLINS

2016 Bienville Blvd
P.O. Box 990
Ocean Springs, MS 39564
Telephone: (228) 875-3175
Facsimile: (228) 872-4719

*Attorneys for Hobbie Plaintiffs*

Gregory S. Weiss (Florida Bar No.: 163430)
LEOPOLD LAW, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
Email: gweiss@leopold-law.com

*Attorney for Defendant/Third Party Plaintiff
RCR Holdings II, LLC*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 13th day of July, 2012.

/s/ Gary E. Mason
Gary E. Mason