UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED      )<br>             DRYWALL PRODUCTS              )<br>             LIABILITY LITIGATION              )<br>                                                                 )<br>THIS DOCUMENT RELATES TO:       )<br>                                                                 )<br>*Hobbie, et al. v.*                                     )<br>*RCR HOLDINGS II, LLC, et al.*              )<br>                                                                 )<br>No. 10-1113                                              )<br>                                                                 )<br>_____ ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br><br><br>MAG. JUDGE WILKINSON |

# [PROPOSED] CASE MANAGEMENT ORDER

The Court, having considered Plaintiffs' Motion for Entry of Case Management Order filed July 13, 2012, enters the following Case Management Order:

| DEADLINE OR EVENT | DATE |
|---|---|
| **Mandatory Initial Disclosures (pursuant to Fed. R. Civ. P. 26(a)(1)** | August 24, 2012 |
| **Certificate of Interested Persons and Corporate Disclosure Statement** | August 24, 2012 |
| **Motions to Add Parties or to Amend Pleadings** | October 1, 2012 |
| **Hearing on Pending Motions** | September 13, 2012 |
| **Discovery Deadline** | November 30, 2012 |
| **Disclosure of Expert Reports** | |

| DEADLINE OR EVENT | DATE |
|---|---|
| Plaintiffs:<br>Defendants:<br>Rebuttal Experts: | December 13, 2012<br>January 14, , 2013<br>February 13, 2013 |
| **Dispositive Motions, *Daubert,* and *Markman* Motions** | May 14, 2013 |
| **Summary Judgment Motions** | May 14, 2013 |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | June 17, 2013 |
| **Joint Final Pretrial Statement (*Including* a Single Set of Jointly-Proposed Jury Instructions and Verdict Form [a Word or WordPerfect version may be e-mailed to the Chambers mailbox] Voir Dire Questions, Witness Lists, Exhibit Lists with Objections on Approved Form)** | June 24, 2013 |
| **All Other Motions Including Motions *In Limine*, Trial Briefs** | July 3, 2013 |
| **Final Pretrial Conference** | July 17, 2013 |
| **Trial Term Begins** | July 29 2013 |
| **Estimated Length of Trial** [trial days] | 10 days |
| **Jury / Non-Jury** | Jury |
| **Mediation** | December 21, 2012 |

New Orleans, Louisiana this _____ day of _____, 2012

ENTERED BY ORDER OF THE COURT:

_____
ELDON FALLON, JUDGE
UNITED STATES DISTRICT COURT