UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:   L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE WILKINSON |
| | * | |
| *Richard and Constance Almeroth, et al. v.* | * | |
| *Taishan Gypsum Co., Ltd., f/k/a Shandong* | * | |
| *Taihe Dongxin Co., Ltd., et al.* | * | |
| Case No. 12-0498 (E.D.La.) | * | |
| | * | |

**************************************

### NOTICE OF DEATH

NOTICE IS HEREBY given that Charles Harris Prosser, Plaintiff of record in the above captioned case for the property located at 725 Navarre Avenue, New Orleans, Louisiana 70124 is now deceased. Mr. Harris passed away on April 13, 2012. Laura Prosser Davis will be substituted as Administrator of the Estate of Charles Harris Prosser.

Respectfully submitted,

**/s/ Leonard A. Davis**

_____
**RUSS M. HERMAN, La. Bar No. 6819**
**STEVEN J. LANE, La. Bar No. 7554**
**LEONARD A. DAVIS, La. Bar No. 14190**
**STEPHEN J. HERMAN, La. Bar No. 23219**
**JOSEPH E. "JED" CAIN, La. Bar No. 29785**
**JEREMY S. EPSTEIN, La. Bar No. 32135**
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:    (504) 581-4892
Fax No.:       (504) 561-6024
*Attorneys for the Plaintiff, Charles H. Prosser*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Death, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u>

1

e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of July, 2012.

/s/ Leonard A. Davis

_____

LEONARD A. DAVIS