| | |
|---|---|
| IN THE MATTER OF | PROBATE NO.:            DIVISION: |
| | CIVIL DISTRICT COURT |
| THE SUCCESSION OF | |
| | PARISH OF ORLEANS |
| CHARLES HARRIS PROSSER | STATE OF LOUISIANA |

## PETITION TO FILE NOTARIAL TESTAMENT AND APPOINT INDEPENDENT EXECUTOR

The petition of Laura Prosser Davis, a person of the full age of majority domiciled in the Parish of East Baton Rouge, respectfully represents as follows:

1.

Charles Harris Prosser (hereinafter the "decedent") died on April 13, 2012, as shown by the Affidavit Establishing Jurisdiction, Death and Relationship submitted in conjunction with this petition.

2.

At the time of his death, the decedent was domiciled in the Parish of Orleans.

3.

The decedent left a testament executed before Joseph W. Mengis, Notary Public, in the presence of Melanie Musselman and Mary C. Adams, witnesses, on June 21, 2011 in accordance with the provisions of articles 1576 and 1577 of the Louisiana Civil Code. The original testament of the decedent has been submitted in conjunction with this petition.

4.

The petitioner desires that the testament of the decedent be filed, recorded and executed according to law.

5.

As the Court is aware, the testament of the decedent need not be proved pursuant to the provisions of article 2891 of the Louisiana Code of Civil Procedure. Therefore, the petitioner has not attached any affidavits in support of the testament.

6.

At Article V of his testament, the decedent appointed Laura Prosser Davis as executor, with full seizin and without bond. The decedent further affirmatively stated that Laura Prosser Davis shall be authorized and empowered to act as an independent administrator as provided by articles 3396

through 3396.20 of the Louisiana Code of Civil Procedure.

7.

Pursuant to article 3396.2 of the Louisiana Code of Civil Procedure, the statement in the decedent's testament that Laura Prosser Davis may act as an independent administrator is sufficient to constitute authorization for an independent administration of the decedent's succession.

8.

The petitioner, Laura Prosser Davis, has executed an oath of office as independent executor and her oath has been submitted in conjunction with this petition.

9.

Pursuant to Article V of the testament of the decedent and the provisions of article 3396.14 of the Louisiana Code of Civil Procedure, the petitioner, Laura Prosser Davis, is not required to provide security for the administration of the decedent's succession.

THEREFORE, the petitioner, Laura Prosser Davis, respectfully prays:

I. That the notarial testament of the decedent, Charles Harris Prosser, dated June 21, 2011 be filed, recorded and executed according to law;

II. That the succession of the decedent be subject to an independent administration pursuant to articles 3396 - 3396.20 of the Louisiana Code of Civil Procedure; and

III. That the petitioner, Laura Prosser Davis, be confirmed as independent executor and that letters of independent executorship be issued to her accordingly.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, LLC

_____
JOSEPH W. MENGIS
Bar Roll No. 21751
P. O. Drawer 83260
Baton Rouge, LA  70884-3260
Telephone: (225) 767-7730
Facsimile: (225) 767-7967

**Attorney for Laura Prosser Davis**

6301-00001

## LAST WILL AND TESTAMENT
## OF CHARLES HARRIS PROSSER

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

I, Charles Harris Prosser, a person of the full age of majority domiciled in the Parish of Orleans, wishing to make a proper disposition of my property, and being able to comprehend the nature and consequences of my acts and such disposition, make this my Last Will and Testament, revoking all other wills and codicils.

I.

"My property," as referred to in this Testament, means property of every kind, nature and description, wherever situated, of which I may die owning or possessing, or to which I may have any right, title, or interest at the time of my death.

II.

As a particular legacy, I leave to the Community Foundation of Western North Carolina the sum of Twenty Thousand and No/100 ($20,000.00) Dollars or the minimum amount required at the time of my death, whichever amount is greater, to establish a camper scholarship in my memory at Gwynn Valley, a children's summer camp in Brevard, North Carolina. At the time of the execution of this Testament, the minimum amount required to establish such a scholarship is Twenty Thousand and No/100 ($20,000.00) Dollars.

III.

3.1   I do not wish to have a funeral. Rather, I desire that a party be held in celebration of my life (the "party") at Galatoire's Restaurant in New Orleans. I further desire that Charles S. Meredith ("Chuck"), Sharon Kent Bode ("Sharon"), Laura Prosser Davis ("Laura") and Amos Prosser Davis ("Amos") act as the organizers of the party.

3.2   As a particular legacy, I leave the total sum of Ten Thousand and No/100 ($10,000.00) Dollars to Chuck, Sharon, Laura and Amos. The purpose of this legacy is to reimburse them for expenses incurred in conjunction with the party.

3.3   The legacy set forth in the preceding Paragraph 3.2 of this Article III of this Testament (the "preceding Paragraph 3.2") is conditional. In the event that any of the legatees set

Page 1 of 4 Pages

_____
Charles Harris Prosser
June 21, 2011

forth in the preceding Paragraph 3.2 do not incur expenses in conjunction with the party, then this legacy shall lapse in regard to that legatee.

    3.4    The legacy set forth in the preceding Paragraph 3.2 is also a joint legacy. If the legacy should lapse in regard to any of the legatees, then accretion shall take place in favor of the remaining joint legatees, as set forth in the preceding Paragraph 3.2.

IV.

    4.1    As a universal legacy, I leave the rest and remainder of my property to the following persons in equal shares of one-eighteenth (1/18) each in full ownership:

    (A)    Christopher Skinner Prosser;

    (B)    Genevieve Louise Prosser Burr;

    (C)    James Harris Prosser;

    (D)    Mary Eleanor Prosser Bogh;

    (E)    Julia Elise Heroman Greene;

    (F)    Frederic Prosser Heroman;

    (G)    Katherine Malain Heroman Houston;

    (H)    Matthew Peterman Heroman;

    (I)    Renee Elizabeth Edeline Frisby;

    (J)    Jacques B. Edeline;

    (K)    Amos Prosser Davis;

    (L)    Benjamin Lashar Davis;

    (M)    Anna Montgomery Johnson;

    (N)    Austin Prosser Johnson Mason;

    (O)    William Hunter Hines;

    (P)    Charles Aumiller Hines;

    (Q)    Robert Peterman Hines; and

    (R)    Louise Prosser Hines.

    4.2    In the event that any of the persons listed in the preceding Paragraph 4.1 of this Article IV of this Testament (the "preceding Paragraph 4.1") predecease me or disclaim all or part of the property bequeathed to him or her by this Testament, then I leave that person's share, or the

Page 2 of 4 Pages

_____
Charles Harris Prosser
June 21, 2011

portion that is disclaimed, to that person's children in equal shares in full ownership.

4.3   In the event that any of the persons listed in the preceding Paragraph 4.1 predecease me or disclaim all or part of the property bequeathed to him or her by this Testament and the predeceased or disclaiming person is not survived by a child, then I leave that person's share, or the portion that is disclaimed, to the remaining persons listed in the preceding Paragraph 4.1 in equal shares in full ownership.

V.

5.1   I name and appoint my sister, Laura Prosser Davis, as Executor of my Last Will and Testament. If for any reason she is unwilling or unable to serve or to continue to serve as such, then I name and appoint my nephew, Amos Prosser Davis, as Executor. My Executor or Successor Executor shall serve with full seizin and without bond.

5.2   My Executor or Successor Executor shall be fully authorized and empowered to act as an independent administrator as provided by articles 3396 through 3396.20 of the Louisiana Code of Civil Procedure.

5.3   Further, I expressly delegate to my Executor or Successor Executor the authority to select assets to satisfy a legacy expressed in terms of a value or quantum, including a fractional share. In exercising this authority, my Executor or Successor Executor shall select assets having fair market value on the date or dates of distribution equal to the amount of the legacy being satisfied through such assets.

VI.

If any term or provision of this Testament shall be declared invalid, unenforceable or illegal, then that term or provision shall be considered deleted. However, each and every other term or provision of this Testament shall continue and remain in full force and effect for all purposes and to all intents as if the term or provision so declared and adjudged to be illegal, invalid or unenforceable had never been contained in this Testament.

Page 3 of 4 Pages

_____
Charles Harris Prosser
June 21, 2011

I hereby declare in the presence of the undersigned witnesses and notary public that this is my Last Will and Testament and I have signed my name at the end of this Testament and on each other separate page on this 21st day of June, 2011.

_____
CHARLES HARRIS PROSSER

In our presence the testator has declared or signified that this instrument is his testament and has signed it at the end and on each other separate page, and in the presence of the testator and each other we have hereunto subscribed our names this 21st day of June, 2011.

WITNESSES:

_____
MELANIE MUSSELMAN

_____
CHARLES HARRIS PROSSER

_____
MARY C. ADAMS

_____
JOSEPH W. MENGIS
NOTARY PUBLIC
BAR ROLL NO. 21751

Page 4 of 4 Pages

_____
Charles Harris Prosser
June 21, 2011

| | | |
|---|---|---|
| IN THE MATTER OF | PROBATE NO.: | DIVISION: |
| | CIVIL DISTRICT COURT | |
| THE SUCCESSION OF | PARISH OF ORLEANS | |
| CHARLES HARRIS PROSSER | STATE OF LOUISIANA | |

**VERIFICATION**

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned Notary Public, personally came and appeared Laura Prosser Davis, a person of the full age of majority domiciled in the Parish of East Baton Rouge, who, being duly sworn, did depose and say:

1.

I have carefully reviewed the foregoing Petition to File Notarial Testament and Appoint Independent Executor, and all of the allegations set forth therein are true and correct to the best of my knowledge, information and belief.

2.

Further, I fully join in the foregoing Petition to File Notarial Testament and Appoint Independent Executor and consent to an independent administration of this succession and to my appointment as independent executor.

_____
LAURA PROSSER DAVIS

SWORN TO AND SUBSCRIBED before me, Notary Public, this 26th day of April, 2012 at Baton Rouge, Louisiana.

_____
JOSEPH W. MENGIS
NOTARY PUBLIC
BAR ROLL NO. 21751

6301-00001

| | | |
|---|---|---|
| IN THE MATTER OF | PROBATE NO.: | DIVISION: |
| | CIVIL DISTRICT COURT | |
| THE SUCCESSION OF | PARISH OF ORLEANS | FILED |
| CHARLES HARRIS PROSSER | STATE OF LOUISIANA | 2012 APR 27 A 10: 25 |

## AFFIDAVIT ESTABLISHING
## JURISDICTION, DEATH AND RELATIONSHIP

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned Notary Public, personally came and appeared Laura Prosser Davis and Peterman Ridge Prosser, who, upon being duly sworn, did depose and state as follows. Charles Harris Prosser (hereinafter the "decedent") died on April 13, 2012. At the time of his death, the decedent was domiciled in the Parish of Orleans. The decedent left a testament. The decedent was never married and did not have any children, whether biological or adopted.

_____
LAURA PROSSER DAVIS

_____
PETERMAN RIDGE PROSSER

SWORN TO AND SUBSCRIBED before me, Notary Public, this 26th day of April, 2012 at Baton Rouge, Louisiana.

_____
JOSEPH W. MENGIS
NOTARY PUBLIC
BAR ROLL NO. 21751

6290-0001

| | | |
|---|---|---|
| IN THE MATTER OF | PROBATE NO.: | DIVISION: |
| | CIVIL DISTRICT COURT | |
| THE SUCCESSION OF | PARISH OF ORLEANS | |
| CHARLES HARRIS PROSSER | STATE OF LOUISIANA | |

*2012 APR 27 A 10: 25 FILED CIVIL DISTRICT COURT*

**OATH OF INDEPENDENT EXECUTOR**

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned Notary Public, personally came and appeared Laura Prosser Davis, a person of the full age of majority domiciled in the Parish of East Baton Rouge, who solemnly swears that she will well and faithfully perform the duties of independent executor of the Succession of Charles Harris Prosser, as such duties are defined by articles 3396 - 3396.20 of the Louisiana Code of Civil Procedure and other applicable law.

*[signature]*
LAURA PROSSER DAVIS

SWORN TO AND SUBSCRIBED before me, Notary Public, this 26th day of April, 2012 at Baton Rouge, Louisiana.

*[signature]*
JOSEPH W. MENGIS
NOTARY PUBLIC
BAR ROLL NO. 21751

6301-00001

| | |
|---|---|
| IN THE MATTER OF | PROBATE NO.: 12-4105 DIVISION: A-15 |
| THE SUCCESSION OF | CIVIL DISTRICT COURT |
| | PARISH OF ORLEANS |
| CHARLES HARRIS PROSSER | STATE OF LOUISIANA |

## ORDER

This matter is before the Court on the petition of Laura Prosser Davis. Considering the foregoing petition, the testament of Charles Harris Prosser in notarial form dated June 21, 2011, and the provisions of articles 2891 and 3396 - 3396.20 of the Louisiana Code of Civil Procedure:

IT IS ORDERED that the testament of Charles Harris Prosser in notarial form dated June 21, 2011 be filed and recorded in the Office of the Clerk of Court of Orleans Parish and executed according to law.

IT IS FURTHER ORDERED that the succession of Charles Harris Prosser is and shall be subject to an independent administration as set forth at articles 3396 - 3396.20 of the Louisiana Code of Civil Procedure.

IT IS FURTHER ORDERED that Laura Prosser Davis is confirmed as independent executor of the succession of Charles Harris Prosser and that letters of independent executorship be issued to her accordingly.

New Orleans, Louisiana, this _____ day of _____ APR 2 7 2012 _____, 2012.

_____
JUDGE, CIVIL DISTRICT COURT
PARISH OF ORLEANS

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

6301-00001

IN THE MATTER OF                      PROBATE NO.: 12-4105   DIVISION: A-15

                                      CIVIL DISTRICT COURT
THE SUCCESSION OF
                                      PARISH OF ORLEANS

CHARLES HARRIS PROSSER                STATE OF LOUISIANA

FILED 2012 APR 27 A 10: [illegible] CIVIL DISTRICT COURT

## LETTERS OF INDEPENDENT EXECUTORSHIP

THIS SHALL CERTIFY, to whom it may concern, that a petition was made to this Honorable Court for the Parish of Orleans by Laura Prosser Davis, praying that the succession of the decedent, Charles Harris Prosser, be subject to an independent administration pursuant to articles 3396 - 3396.20 of the Louisiana Code of Civil Procedure and that Laura Prosser Davis be confirmed as independent executor of the succession.

NOW KNOW YE that Laura Prosser Davis has been and is hereby duly confirmed as independent executor of the Succession of Charles Harris Prosser and that she has fulfilled all requisites of law. Therefore, Laura Prosser Davis, as independent executor, is fully authorized to act on behalf of the succession without the necessity of application, delay for objection, or any action in or by the Court as provided by articles 3396 - 3396.20 of the Louisiana Code of Civil Procedure and other applicable law.

GIVEN UNDER MY HAND AND SEAL of our Civil District Court, for the Parish of Orleans, Louisiana, this _____ day of ____ APR 2 7 2012 ____, 2012.

                                            _____
                                            DEPUTY CLERK Judge Tiffany Chase
                                            CIVIL DISTRICT COURT
                                            PARISH OF ORLEANS

A TRUE COPY
[signature]
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

6301-00001