Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0183

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--B & W Drywall, Inc.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Polk__ )
Name of Server: __Richard Weeks__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __23__ day of __February__, 20 __12__, at __6:10__ o'clock __P__M

Place of Service: at __104 Bream Street__, in __Haines City, FL  33844__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**B & W Drywall, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Eddy Roberts, Co-Resident at Home Address__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __Wearing Hat__ ; Facial Hair __NO__
Approx. Age __68__ ; Approx. Height __6'00"__ ; Approx. Weight __245__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __27th__ day of __Feb__, 20 __12__

_____  8-19-12
Notary Public    (Commission Expires)

**APS International, Ltd.**

NEDRA N. POWELL
Comm# DD0815864
Expires 8/19/2012
Florida Notary Assn., Inc