Jessica Cassidy, et. al., Plaintiff(s)
   vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0175

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bailey Lumber & Supply Company
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MS** ) ss.
County of: **Hinds** )

Name of Server: **Jimmy H Taylor**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **24** day of **Feb**, 20**12**, at **10:49** o'clock **A** M

Place of Service: at **2950 Layfair Drive, Ste. 101**, in **Flowood, MS 39232**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Bailey Lumber & Supply Company** **John Shows**
By delivering them into the hands of an officer or managing agent whose name and title is: **Lawyer & Agent for Bailey Lumber**

Description of Person Receiving Documents:
The person receiving documents is described as follows: **glasses**
Sex **M** ; Skin Color **W** ; Hair Color **gray** ; Facial Hair **no**
Approx. Age **65** ; Approx. Height **6'2** ; Approx. Weight **170**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **24** day of **Feb**, 20**12**

Notary Public  (Commission Expires)
**11-27-13**

[Notary Seal: STATE OF MISSISSIPPI, LINDA ANN BURES, NOTARY PUBLIC, ID NO. 27473, My Comm. Expires NOVEMBER 27, 2013, RANKIN COUNTY]