Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  114546-0173

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--BMD, Inc.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Orange__ )

**Name of Server:** __R. F. Mead__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __23__ day of __February__, 20 __12__, at __9:00__ o'clock __A__ M

**Place of Service:** at __218 S. Bumby Avenue__, in __Orlando, FL 32803__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**BMD, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Gary Fracassi, Registered Agent__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Black__ ; Facial Hair __No__
Approx. Age __50__ ; Approx. Height __5'8"__ ; Approx. Weight __160__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __23__ day of __February__, 20 __12__

Signature of Server __R. F. Mead__  2-23-12
#00048

__Dawn J. Hernandez__
Notary Public       (Commission Expires)

APS International, Ltd.

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission # DD859349
Expires: MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.