Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  114546-0025

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Centerline Homes, Inc., c/o Leopold, Korn, Leopold & Snyder
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **BROWARD** )

**Name of Server:** **Felix Oñate**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **22** day of **Feb**, 20 **12**, at **12:32** o'clock **P** M

**Place of Service:** at **825 Coral Ridge Dr.**, in **Coral Springs, FL 33071**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Centerline Homes, Inc., c/o Leopold, Korn, Leopold & Snyder**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Debbie Pasquale Receptionist**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair ___
Approx. Age **55** ; Approx. Height **5'6** ; Approx. Weight **140**
☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **24th** day of **Feb**, 20 **12**

_Signature of Server_     _Notary Public_     (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949989
Expires 01/21/2014