Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0043

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Distinctive Drywall Design, c/o Scott Thoms, Registered Agent

Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Broward** )

Name of Server: **Felix Onate**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22** day of **February**, 20 **12**, at **12:48** o'clock **P** M

Place of Service: at **11904 N.W. 47th Street**, in **Coral Springs, FL 33076**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Distinctive Drywall Design, c/o Scott Thoms, Registered Agent**
By delivering them into the hands of an officer or managing agent whose name and title is: **Scott Thoms Reg. Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Felix Onate*
Signature of Server

Subscribed and sworn to before me this **1st** day of **Feb**, 20 **12**

Notary Public (Commission Expires)

APS International, Ltd.

Spoke to Scott Thoms over the intercom system he stated that he was not home to please leave documents at his front door.



Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014