Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0041

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Distinctive Drywall, LLC, c/o Scott Thoms, Registered Agent
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __FLORIDA__ ) ss.
County of: __BROWARD__ )
Name of Server: __Felix Onate__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __22__ day of __February__, 20__12__, at __12:48__ o'clock __P__ M

Place of Service: at __11904 N.W. 47th Street__, in __Coral Springs, FL 33076__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Distinctive Drywall, LLC, c/o Scott Thoms, Registered Agent**
By delivering them into the hands of an officer or managing agent whose name and title is: __Scott Thoms Reg. Agent__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Felix Onate_
Signature of Server

Subscribed and sworn to before me this __24th__ day of __Feb__, 20__12__

_[signature]_
Notary Public   (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD948388
Expires 01/21/2014

APS International, Ltd.

Spoke to Scott Thoms over the intercom system he stated that he was not home to please leave documents at his front door.