Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0125

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Faith Built Homes, LLC
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )
Name of Server: _Roy Busiere_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _28_ day of _Feb_, 20 _12_, at _7:10_ o'clock _A_ M

**Place of Service:** at 408 Bill Drive, in Mandeville, LA 70448

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Faith Built Homes, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Mrs. Karen Brignac   Co-owner_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _white_ ; Hair Color _Brown_ ; Facial Hair _none_
Approx. Age _42_ ; Approx. Height _5'0"_ ; Approx. Weight _125#_

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Roy Busiere_ LCPS # 0018
Signature of Server

Subscribed and sworn to before me this _1st_ day of _MARCH_, 20 _12_

_Catherine Edwards_
Notary Public    (Commission Expires)

APS International, Ltd.

Catherine Edwards, Notary Public #48899
Commissioned for life in Livingston Parish, Louisiana