Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0193

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--GL Homes Limited Corporation
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Donna Miller, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 21st day of February, 20 12, at 2:48 o'clock P. M

**Place of Service:** at 1600 Sawgrass Corp. Pkwy., Ste. 300, in Sunrise, FL 33323

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**GL Homes Limited Corporation**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Steve Helfman, Managing Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Pepper ; Facial Hair ____
Approx. Age 40+ ; Approx. Height 5'8" ; Approx. Weight 180

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Donna Miller /s/ Donna Miller
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 22nd day of February, 20 12

Jonathan Levy
Notary Public    (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.