Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf. et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0139

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Grande Valley Homes, LLC
Court Case No. 11-3023 Sect L Mag 2

State of: **TEXAS** ) ss.
County of: **Hidalgo** )

**Name of Server:** __Martin Leal__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **23** day of **february**, 20 **12**, at **8:00** o'clock **P** M

**Place of Service:** at 1409 N. Main Street, in McAllen, TX 78501

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Grande Valley Homes, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Tayna Lara - Authorized Personnel__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this **23rd** day of **February**, 20 **12**

_Sylvia A. Leal_ 3/3/15
Notary Public  (Commission Expires)

APS International, Ltd.

SYLVIA A. LEAL
Notary Public, State of Texas
My Commission Expires
March 03, 2015