Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0179

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Home Town Lumber & Supply, Inc.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Mississippi** ) ss.
County of: **Jackson** )

**Name of Server:** **Donna Davis**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **24** day of **February**, 20 **12**, at **9:51** o'clock **A** M

**Place of Service:** at **7812 Lamar Poole Road**, in **Ocean Springs, MS 39566**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Home Town Lumber & Supply, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Jay Callegari, Comptroller**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **BR**; Facial Hair **no**
Approx. Age **40**; Approx. Height **5'7"**; Approx. Weight **200**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.
*Donna Davis*
Signature of Server

Subscribed and sworn to before me this **24** day of **February**, 20 **12**
*Craton H. Bennett* 3/28/15
Notary Public        (Commission Expires)

APS International, Ltd.

