Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  114546-0187

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

Service of Process on:
--K. Hovnanian First Homes, LLC, c/o NRAI Services, Inc.
Court Case No. 11-3023 Sect L Mag 2

State of: _Florida_          ) ss.
County of: _Leon_          )

Name of Server:        _James A Aloi_          , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service:    that on the _24_ day of _Feb_          , 20 _12_ , at _1015_ o'clock _A_ M

Place of Service:    at   _515 E. Park Ave._          , in   _Tallahassee, FL  32301_

Documents Served:    the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:    A true and correct copy of the aforesaid document(s) was served on:
**K. Hovnanian First Homes, LLC, c/o NRAI Services, Inc.**

Person Served, and    By delivering them into the hands of an officer or managing agent whose name and
Method of Service:    title is: _Michele Holden_

Description of    The person receiving documents is described as follows:
Person Receiving    Sex _F_ ; Skin Color _W_ ; Hair Color _Red_ ; Facial Hair
Documents:    Approx. Age _28_ ; Approx. Height _5'6_ ; Approx. Weight _120_

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server:    Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.    _24_ day of _Feb_          , 20 _12_

_2.24.12_

Signature of Server    Notary Public    (Commission Expires)

**APS International, Ltd.**

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019