Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0135

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--LTL Construction, Inc.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** Lydia Velez, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 22nd day of February, 20 12, at 5:16 o'clock P M

**Place of Service:** at 4400 Helena Street, NE, in St. Petersburg, FL 33703

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**LTL Construction, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: William Pugh, Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Brown ; Facial Hair ___
Approx. Age 45 ; Approx. Height 5' 11" ; Approx. Weight 200

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server   2/27/12 Date

Subscribed and sworn to before me this 27th day of February, 20 12

Notary Public   (Commission Expires) 3/2/13

APS International, Ltd.



ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters