Jessica Cassidy, et. al., Plaintiff(s)
   vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0055

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
   --Luke & Son Construction, Inc.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

**Name of Server:** CARLOS AGUIRRE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **23** day of **February**, 20 **12**, at **12:24** o'clock **P** M

**Place of Service:** at **5895 SW 32nd Street**, in **Miami, FL 33155**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Luke & Son Construction, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Maria Lopez-Recio Wife of President**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Black** ; Facial Hair ____
Approx. Age **52** ; Approx. Height **5'5** ; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this ____ day of **Jul**, 20 **12**

Signature of Server      Notary Public     (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014