Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  114546-0067

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Platinum Property Management, Inc., c/o Debra Sinkle
Kolsky, Registered Agent
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

Name of Server: __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __21__ day of __February__, 20 __12__, at __4:51__ o'clock __P__ M

Place of Service: at __11098 Biscayne Blvd., Suite 103__, in __Miami, FL  33161__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Platinum Property Management, Inc., c/o Debra Sinkle Kolsky, Registered Agent**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: __Jorge Ventura Asst. to R.A.__

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Black__ ; Facial Hair __Yes__
Approx. Age __30__ ; Approx. Height __5'8__ ; Approx. Weight __180__

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
__20th__ day of __Feb__ 20 __12__

_____
Signature of Server

_____
Notary Public     (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949369
Expires 01/21/2014