Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  114546-0165

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Prestigious Homes, LLC
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: __Florida__ ) ss.
County of: __Broward__ )

| | |
|---|---|
| **Name of Server:** | __Kevin O'Connor__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the __27th__ day of __February__, 20 __12__, at __9:40__ o'clock __AM__ |
| **Place of Service:** | at __2550 NE 15th Avenue__, in __Fort Lauderdale, FL 33324__ |
| **Documents Served:** | the undersigned served the documents described as: **Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand; Exhibit A; Exhibit B; Exhibit C** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **Prestigious Homes, LLC** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: **Scott Weiss, Esq., as Registered Agent** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex __M__ ; Skin Color __White__ ; Hair Color __Black__ ; Facial Hair Approx. Age __38__ ; Approx. Height __6'0"__ ; Approx. Weight __180 lbs__ |

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server   SPS# 226

**APS International, Ltd.**

Subscribed and sworn to before me this __28th__ day of __February__, 20 __12__

Notary Public  (Commission Expires)