Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0141

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Richmond American Homes of Texas, Inc., c/o CT Corporation System
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Texas** ) ss.
County of: **Dallas** )

Name of Server: **Brandon Sachse**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **21** day of **February**, 20 **12**, at _____ o'clock **P** M

Place of Service: at **350 North St. Paul Street #2900**, in **Dallas, TX**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
**Richmond American Homes of Texas, Inc., c/o CT Corporation System**

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: **Amber Carrouth, Authorized**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair **no**
Approx. Age **33**; Approx. Height **5'7"**; Approx. Weight **165 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this _____ day of _____, 20 **12**

_____
Notary Public          (Commission Expires)

**APS International, Ltd.**

JACKIE FRENCH
MY COMMISSION EXPIRES
November 2, 2012