Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0127

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Southern Homes, LLC
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: St. Tammany )

**Name of Server:** Roy Busiere, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of Feb., 20 12, at 7:45 o'clock A M

**Place of Service:** at 59101 Amber Street, in Slidell, LA 70461

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Southern Homes, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Mrs. Deborah Guidry, Sec't.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color Brown ; Facial Hair None
Approx. Age 45 ; Approx. Height 5'6" ; Approx. Weight 165#

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Roy Busiere   LCPS# 0018
Signature of Server

Subscribed and sworn to before me this 1st day of MARCH, 2012

Catherine Edwards
Notary Public   (Commission Expires)

APS International, Ltd.

Catherine Edwards, Notary Public #48899
Commissioned for life in Livingston Parish, Louisiana