Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0145

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--U/C Universal Construction
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Texas ) ss.
County of: Montgomery )

Name of Server: James R Gratz, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 23 day of February, 20 12, at 8:20 o'clock PM

Place of Service: at 3102 Candle Cabin Ln, in Spring, TX 77388

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**U/C Universal Construction**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Norman Chapa - Agent

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color MBR ; Hair Color Blk/Gray ; Facial Hair None
Approx. Age 48-50 ; Approx. Height 5'09" ; Approx. Weight 245

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 24 day of February, 20 12

Notary Public          (Commission Expires)

ROBERT FLOYD MORELAND
MY COMMISSION EXPIRES
August 29, 2013