Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  114546-0083

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--United Homes, Inc.
Court Case No. 11-3023 Sect L Mag 2

| | |
|---|---|
| State of: | _Florida_ ) ss. |
| County of: | _Dade_ ) |

**Name of Server:** _CARLOS AGUIRRE_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _22_ day of _February_, 20 _12_, at _3:51_ o'clock _P_ M

**Place of Service:** at _7975 W. 25th Avenue, Bay #5_, in _Hialeah, FL  33016_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**United Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Karen Ronero Accounting_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_; Facial Hair _____
Approx. Age _25_ ; Approx. Height _5'6_ ; Approx. Weight _125_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _24th_ day of _Feb_, 20 _12_

_____
Notary Public      (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949349
Expires 01/21/2014