UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**************************************************

THIS DOCUMENT RELATES TO:

SEAN AND BETH PAYTON, ET AL. vs. KNAUF GIPS KG, ET AL;
CASE NO. 2:09 CV 7628

## NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Allen & Gooch and Sinnott, Nuckols & Logan, P.C. and hereby files its Notice of Appearance as counsel on behalf of Venture Supply, Inc.  It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action.

Respectfully submitted,

/s/ Brett M. Bollinger
Brett M. Bollinger, LSBA #24303
Mark W. Verret, LSBA #23853
Dax C. Foster, LSBA #30506
Allen & Gooch
3900 North Causeway Boulevard
One Lakeway, Suite 1450
Metairie, Louisiana 70002
Telephone:  (504) 836-5285
Facsimile:  (504) 836-5289
Attorneys for Venture Supply, Inc.

And

1

                          Mark C. Nanavati, Esq. (VSB #38709)
                          Kenneth F. Hardt, Esq. (VSB #23966)
                          Sinnot, Nuckols & Logan, P.C.
                          13811 Village Mille Drive
                          Midlothian, Virginia 23114
                          Telephone: (804) 378-7600
                          Facsimile:  (804) 378-2610
                          Attorneys for Venture Supply, Inc.

## **C E R T I F I C A T E**

      I hereby certify that a copy of the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL09-2047, on this 16th day of July, 2012.

                          */s/ Brett M. Bollinger*
                          Brett Bollinger