UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| ............................................................. | : | |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

IT IS ORDERED that the date to file responses to the following motions set for hearing following the monthly status conference on July 26, 2012: (1) North River Insurance Co.'s Motion to Lift the Stay as to Certain Parties, Consolidate Certain Claims, and Realign Parties (R. Doc. 14577); and (2) Plaintiff-Intervenor's Motion in Limine (R. Doc. 14665), is CONTINUED to July 23, 2012.

New Orleans, Louisiana this 16th day of July 2012.

_____
U.S. District Judge