Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0015

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--ATCO Int. Corp.

Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **13** day of **March**, 20 **12**, at **1:20** o'clock **P** M

Place of Service: at **150 E. 1st Ave., Apt. 310**, in **Hialeah, FL 33010**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
**ATCO Int. Corp.**

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: **Merlla Concepcion Mother In-Law of Albert trigo**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **White**; Facial Hair ___
Approx. Age **70**; Approx. Height **5'9**; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **13** day of **March**, 20 **12**

*Doris F Collins*

Notary Public (Commission Expires)

Notary Public State of Florida
Doris F Collins
My Commission EE108904
Expires 08/29/2015

Signature of Server

**APS International, Ltd.**