Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  114546-0087

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Brooks & Freund, LLC
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 27th day of February, 20 12, at 11:41 o'clock A M

Place of Service: at 5661 Independence Circle, Ste #1 , in Fort Myers, FL  33912

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Brooks & Freund, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Patricia Jones as receptionist

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color Black ; Hair Color Black ; Facial Hair N/A
Approx. Age 60-65 ; Approx. Height 5'3" ; Approx. Weight 100

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server Barbara Gray
#157153
**APS International, Ltd.**

Subscribed and sworn to before me this 1st day of March, 20 12

Traci A. DeSalvo
Notary Public          (Commission Expires)

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1086