Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0023

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--CGF Construction Corp.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

**Name of Server:** __Carlos Aguirre__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __29__ day of __February__, 20 __12__, at __9:10__ o'clock __P__ M

**Place of Service:** at __12780 S.W. 105th Avenue__, in __Miami, FL 33176__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
CGF Construction Corp.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Ada Fernandez Wife of R.A.__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair ____
Approx. Age __40__ ; Approx. Height __5'8__ ; Approx. Weight __140__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __5__ day of __March__, 20 __12__

Notary Public State of Florida
Doris F Collins
My Commission EE108904
Expires 08/29/2015

**APS International, Ltd.**