Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0095

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cothern Construction Company, Inc
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Charlotte** )
Name of Server: **Sean K. Spoonts**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **2nd** day of **March**, 20 **12**, at **5:05** o'clock **P** M

Place of Service: at **4376 Harbor Blvd.**, in **Port Charlotte, FL 33952**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Cothern Construction Company, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: **Volney Cothern, owner**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **—**
Approx. Age **55** ; Approx. Height **5'10"** ; Approx. Weight **250**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **7** day of **March**, 20 **12**

Notary Public   (Commission Expires)

**APS International, Ltd.**

CATHERINE BIXENMAN
Notary Public - State of Florida
My Comm. Expires Aug 22, 2014
Commission # EE 19663
Bonded Through National Notary Assn.

335
1037