Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**

**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0037

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--DCT Investment Group, Inc.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Dade_ )

Name of Server: _Carlos Aguirre_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _29_ day of _February_, 20 _12_, at _8:30_ o'clock _P_ M

Place of Service: at _1900 S.W. 126th Court_, in _Miami, FL 33175_

Documents Served: the undersigned served the documents described as:

**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**

**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**DCT Investment Group, Inc.**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Juan Zas Reg. Agent_

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _White_ ; Facial Hair _No_
Approx. Age _60_ ; Approx. Height _6'0_ ; Approx. Weight _220_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _5_ day of _March_, 20 _12_

_Doris F Collins_

Signature of Server

Notary Public (Commission Expires)

Notary Public State of Florida
Doris F Collins
My Commission EE108904
Expires 08/29/2015

**APS International, Ltd.**