Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0097

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Deco Paver Bricks, Inc
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 1st day of March, 20 12, at 5:25 o'clock P M

Place of Service: at 2104 SW 15th Avenue, in Cape Coral, FL 33991

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Deco Paver Bricks, Inc**

Person Served, and Method of Service: By delivering them into the hands of a co-resident whose name and title is: Ryan Ussery as co-resident at the residence of William & Cheryl East

Description of Person Receiving Documents:
Sex M ; Skin Color White ; Hair Color Gray ; Facial Hair ___
Approx. Age 50-55 ; Approx. Height 5'9" ; Approx. Weight 175

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray
Signature of Server #157153

Subscribed and sworn to before me this 8th day of March, 20 12
Traci A. DeSalvo
Notary Public    (Commission Expires)

**APS International, Ltd.**

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1074