Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0101

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Florida Style Services, Inc
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __29th__ day of __February__, 20 __12__, at __10:12__ o'clock __A__ M

**Place of Service:** at __2422 SE 28th St__, in __Cape Coral, FL  33904__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Florida Style Services, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __David Casman, President__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __Black__ ; Facial Hair _____
Approx. Age __45-50__ ; Approx. Height __5'11"__ ; Approx. Weight __190__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Barbara Gray__ #157153
Signature of Server

Subscribed and sworn to before me this __1st__ day of __March__, 20 __12__

__Traci A. DeSalvo__
Notary Public       (Commission Expires)

**APS International, Ltd.**

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1065