Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  114546-0103

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gulfstream Development Group, c/o Brian Haag, Registered Agent
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __6th__ day of __March__, 20 __12__, at __6:11__ o'clock __P__ M

**Place of Service:** at __5715 Flammingo Drive__, in __Cape Coral, FL  33904__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Person Served, and** **Gulfstream Development Group, c/o Brian Haag, Registered Agent**
**Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Brian Haag, Registered Agent__

**Description of Person Receiving Documents:**
Sex __M__; Skin Color __White__; Hair Color __Brown__; Facial Hair ____
Approx. Age __40-45__; Approx. Height __6'2"__; Approx. Weight __180__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Barbara Gray__ #157153
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __9th__ day of __March__, 20 __12__
__Traci A. DeSalvo__
Notary Public        (Commission Expires)

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1072