Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0105

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gulfstream Development Group, LLC, c/o Brian Haag,
Registered Agent
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )
Name of Server: __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __6th__ day of __March__, 20__12__, at __6:11__ o'clock __P__ M

Place of Service: at __5715 Flammingo Dr__, in __Cape Coral, FL 33904__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Gulfstream Development Group, LLC, c/o Brian Haag, Registered Agent**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Brian Haag, Registered Agent__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair _____
Approx. Age __40-45__ ; Approx. Height __6'2"__ ; Approx. Weight __180__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Barbara Gray__
Signature of Server #157153

Subscribed and sworn to before me this __9th__ day of __March__, 20__12__

__Traci L. DeSalvo__
Notary Public    (Commission Expires)

**APS International, Ltd.**

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141048
Expires 10/28/2015

1007