Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0053

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--JVP Drywall & Finish, Inc., c/o Jose Perez, Registered Agent

Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: Carlos Aguirre, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 13 day of March, 20 12, at 1:46 o'clock P M

Place of Service: at 2475 NW 16th Street Road, #506, in Miami, FL 33125

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**JVP Drywall & Finish, Inc., c/o Jose Perez, Registered Agent**
By delivering them into the hands of an officer or managing agent whose name and title is: Jose Perez Reg. Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color Black ; Hair Color Black ; Facial Hair No
Approx. Age 45 ; Approx. Height 5'5 ; Approx. Weight 185

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 13 day of March, 20 12

Doris F Collins
Notary Public          (Commission Expires)

Notary Public State of Florida
Doris F Collins
My Commission EE108904
Expires 08/29/2015