Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0235

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Medimart Investment, Inc., c/o Edenia Medina, Registered Agent

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 11-3023 Sect L Mag 2

State of: Florida ) ss.
County of: Dade )

**Name of Server:** Carlos Aguirre, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 13 day of March, 2012, at 11:25 o'clock A M

**Place of Service:** at 3725 SW 97TH AVE, in Miami, FL 33165-4058

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Medimart Investment, Inc., c/o Edenia Medina, Registered Agent**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Edenia Medina Reg. Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 13 day of March, 2012

Notary Public   (Commission Expires)
Doris F Collins

Notary Public State of Florida
Doris F Collins
My Commission EE108904
Expires 08/29/2015

Spoke to Edenia Medina over the phone 786-300-7145 she stated to leave documents in front of her door to her house.