Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  114546-0203

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

Service of Process on:

--RJM Builders North, Inc.
Court Case No. 11-3023 Sect L Mag 2

State of: Florida _____ ) ss.
County of: Palm Beach _____ )

Name of Server:     Michael Rocco _____, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service:    that on the   29   day of   February _____, 20 12 , at   12:50 o'clock   P.   M

Place of Service:    at   15340 Meadow Wood Drive _____, in   Wellington, FL  33414

Documents Served:    the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:    A true and correct copy of the aforesaid document(s) was served on:
**RJM Builders North, Inc.**

Person Served, and
Method of Service:    By delivering them into the hands of an officer or managing agent whose name and
title is:   Bill (Declined to Provide Last Name), Managing Agent

Description of
Person Receiving
Documents:    The person receiving documents is described as follows:
Sex   M   ; Skin Color   White   ; Hair Color   Grey   ; Facial Hair _____
Approx. Age   75   ; Approx. Height   5'6"   ; Approx. Weight   150 _____

☐   To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server:    Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
3rd   day of   March _____, 20 12

Michael Rocco ~signature~

Jonathan Levy ~signature~

Signature of Server

Notary Public     (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.