Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  114546-0205

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--S.D. & Associates, Inc.
Court Case No. 11-3023 Sect L Mag 2

---

State of: _Florida_ ) ss.

County of: _Palm Beach_ )

**Name of Server:**  _Michael Rocco_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**  that on the _29th_ day of _February_, 20 _12_, at _12:50_ o'clock _P._ M

**Place of Service:**  at _15340 Meadow Wood Drive_, in _Wellington, FL  33414_

**Documents Served:**  the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

**Service of Process on:**  A true and correct copy of the aforesaid document(s) was served on:
**S.D. & Associates, Inc.**

**Person Served, and Method of Service:**  By delivering them into the hands of an officer or managing agent whose name and title is: _Bill (Declined to Provide Last Name), Managing Agent_

**Description of Person Receiving Documents:**  The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Grey_ ; Facial Hair
Approx. Age _75_ ; Approx. Height _5'6"_ ; Approx. Weight _150_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**  Undersigned declares under penalty of perjury that the foregoing is true and correct.

Michael Rocco
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_3rd_ day of _March_, 20 _12_

Jonathan Levy
Notary Public         (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.