Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0119

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--West Coast Drywall Construction Co.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Collier )

**Name of Server:** Daniel McKeon, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 24th day of February, 20 12, at 12:45 o'clock P M

**Place of Service:** at 800 Harbour Drive, in Naples, FL 34103

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**West Coast Drywall Construction Co.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Judy Weeks paralegal to Craig Blume. Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair N/A
Approx. Age 48 ; Approx. Height 5'10" ; Approx. Weight 145

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server Daniel McKeon
#157975
**APS International, Ltd.**

Subscribed and sworn to before me this 1st day of March, 2012
Traci A. DeSalvo
Notary Public    (Commission Expires)

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1082