Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0014

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--A.B.F. Drywall, Inc.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Broward** )

Name of Server: **Felix Onate**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **21** day of **February**, 20**12**, at **3:33** o'clock **P** M

Place of Service: at **501 Golden Isles Drive, Ste. 203**, in **Hallendale, FL 33009**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**A.B.F. Drywall, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Anthony S. Adelson Reg. Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair **NO**
Approx. Age **60**; Approx. Height **6'0**; Approx. Weight **195**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this day of **Feb**, 20**12**

Signature of Server

Notary Public   (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014