Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0176

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bailey Lumber & Supply Company
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: MS ) ss.
County of: Hinds )

**Name of Server:** Jimmy A Taylor, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 24 day of Feb, 20 12, at 10:49 o'clock A M

**Place of Service:** at 2950 Layfair Drive, Ste. 101, in Flowood, MS 39232

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Bailey Lumber & Supply Company   - John Vhows
By delivering them into the hands of an officer or managing agent whose name and title is: Lawyer & Agent for Bailey Lumber

**Description of Person Receiving Documents:**
The person receiving documents is described as follows: glasses
Sex M ; Skin Color W ; Hair Color gray ; Facial Hair no
Approx. Age 65 ; Approx. Height 6'2 ; Approx. Weight 170

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 24 day of FEB, 20 12

Signature of Server

Notary Public   11-27-13   (Commission Expires)

APS International, Ltd.

STATE OF MISSISSIPPI
LINDA ANN BURES
NOTARY PUBLIC
ID NO. 27473
My Comm. Expires
NOVEMBER 27, 2013
RANKIN COUNTY