MINUTE ENTRY
FALLON, J.
JULY 17, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE-MANUFACTURED DRY WALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon to discuss the trial and discovery logistics for the November 26, 2012, trial of the claims involving North River Insurance Company. The parties are in the process of selecting cases for discovery. Once these cases are selected, the parties are to meet-and-confer to discuss stipulations and a discovery schedule.

The Court determined that a subsequent conference is appropriate to further address the pretrial and discovery issues involving North River. Counsel, at their option, may attend in person or by phone. Accordingly, IT IS ORDERED that a status conference is scheduled for August 1, 2012, at 3:30 p.m. The conference call information follows: 877-336-1839, access code 4227405, security code 80112.

JS10(00:18)