Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0020

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Beta Credit Management, LLC
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **23** day of **February**, 20 **12**, at **11:25** o'clock **A** M

Place of Service: at **5775 Blue Lagoon Drive, Suite 300**, in **Miami, FL 33126**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Beta Credit Management, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Loiris Lakatos Controller**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Black** ; Facial Hair ___
Approx. Age **45** ; Approx. Height **5'8** ; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _____ day of _____, 20 **12**

Signature of Server

**APS International, Ltd.**

Notary Public

Notary Public State of Florida
Jason Roberts
My Commission DD949369
Expires 01/21/2014

(Commission Expires)