Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0138

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--CastleRock Communities, LP
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Texas_ ) ss.
County of: _Harris_ )

**Name of Server:** _Lindell Charles_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _23rd_ day of _February_, 20 _12_, at _1:30_ o'clock _P_ M.

**Place of Service:** at _7670 Woodway Drive, Ste. 300_, in _Houston, TX_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**CastleRock Communities, LP**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Velma Avila, Registered Agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Hispanic_ ; Hair Color _Black_ ; Facial Hair _—_
Approx. Age _40+_ ; Approx. Height _5' 4"_ ; Approx. Weight _125_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  #SCH-324

Subscribed and sworn to before me this _24th_ day of _February_, 20 _12_

_Renee Westbrook_
Notary Public       (Commission Expires)

**APS International, Ltd.**

RENEE WESTBROOK
MY COMMISSION EXPIRES
April 26, 2015