Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0028

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Centerline Homes Construction, Inc., c/o Leopold, Korn, Leopold & Snyder

Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Broward** )

Name of Server: **Felix Onate**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22** day of **February**, 20**12**, at **12:32** o'clock **P** M

Place of Service: at **825 Coral Ridge Dr.**, in **Coral Springs, FL 33071**

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)
Exhibit A; Exhibit B; Exhibit C

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Centerline Homes Construction, Inc., c/o Leopold, Korn, Leopold & Snyder**
By delivering them into the hands of an officer or managing agent whose name and title is: **Debbie Pasquale Receptionist**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair ____
Approx. Age **55** ; Approx. Height **5'6** ; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Felix Onate**
Signature of Server

Subscribed and sworn to before me this **24th** day of **Feb**, 20**12**

_____  _____
Notary Public      (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Jason Roberts
My Commission DD946369
Expires 01/21/2014