Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0150

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Certified Building Contractors, Inc.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **St. Lucie** )

**Name of Server:** **Amy M. Perron**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **1** day of **March**, 20 **12**, at **3:30** o'clock **P** M

**Place of Service:** at **747 S.W. South Macedo Blvd.**, in **Port St. Lucie, FL 34983**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Certified Building Contractors, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Gail Carruthers - Secretary**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair —
Approx. Age **40-45**; Approx. Height **5'6"**; Approx. Weight **130 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**

Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Amy M. Perron**
Signature of Server

Subscribed and sworn to before me this **2** day of **March**, 20 **12**

_____  7-14-12
Notary Public      (Commission Expires)

APS International, Ltd.



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services