Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   114546-0036

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Coscan Home Builders, LLC, c/o Registered Agents of
South Florida, LLC
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Dade_ )
Name of Server: _Carlos Aguirre_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _24_ day of _February_ , 20 _12_ , at _1:40_ o'clock _A_ M

Place of Service: at _100 SE 2nd Street, Ste. 2900_ , in _Miami, FL 33131_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:

Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Coscan Home Builders, LLC, c/o Registered Agents of South Florida, LLC**
By delivering them into the hands of an officer or managing agent whose name and
title is: _Ania Terekhova Paralegal_

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Red_ ; Facial Hair _____
Approx. Age _30_ ; Approx. Height _5'8_ ; Approx. Weight _150_

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_24th_ day of _Feb_ , 20 _12_

_____
Notary Public          (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014