Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0044

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Distinctive Drywall Design, c/o Scott Thoms, Registered Agent
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Broward** )

Name of Server: **Felix Onate**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22** day of **February**, 20 **12**, at **12:48** o'clock **P** M

Place of Service: at **11904 N.W. 47th Street**, in **Coral Springs, FL 33076**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Distinctive Drywall Design, c/o Scott Thoms, Registered Agent**
By delivering them into the hands of an officer or managing agent whose name and title is: **Scott Thoms Reg. Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Felix Onate*
Signature of Server

Subscribed and sworn to before me this **26th** day of **Jul**, 20 **12**

_____ Notary Public   (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014

Spoke to Scott Thoms over the intercom system he stated that he was not home to please leave documents at his front door.