Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0196

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--F. Vicino & Company
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Donna Miller, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 21st day of February, 20 12, at 4:40 o'clock P. M

**Place of Service:** at 15 NE 2nd Avenue, in Deerfield Beach, FL 33441

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
F. Vicino & Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: "Jane Doe" declined to provide her name but is the "Office Manager."

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair
Approx. Age 40+ ; Approx. Height 5'6" ; Approx. Weight 170

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Donna Miller
Signature of Server

Subscribed and sworn to before me this 22nd day of February, 20 12
Jonathan Levy
Notary Public     (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission # DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

**APS International, Ltd.**