Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0126

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Faith Built Homes, LLC
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )
Name of Server: _Roy Busiere_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _28_ day of _Feb._, 20 _12_, at _7:10_ o'clock _A_ M

Place of Service: at _408 Bill Drive_, in _Mandeville, LA 70448_

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)
Exhibit A; Exhibit B; Exhibit C

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Faith Built Homes, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Mrs. Karen Brignac_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _white_ ; Hair Color _Brown_ ; Facial Hair _None_
Approx. Age _42_ ; Approx. Height _5'0"_ ; Approx. Weight _125#_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Roy Busiere Lep# 0018_
Signature of Server

Subscribed and sworn to before me this _1st_ day of _March_, 20 _12_

_Catherine Edwards_
Notary Public        (Commission Expires)

APS International, Ltd.

Catherine Edwards, Notary Public #48899
Commissioned for life in Livingston Parish, Louisiana