Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0140

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Grande Valley Homes, LLC

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 11-3023 Sect L Mag 2

State of: **Texas** ) ss.
County of: **Hidalgo** )

**Name of Server:** **Martin Leal**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **23** day of **February**, 20 **12**, at **8:00** o'clock **P** M

**Place of Service:** at **1409 N. Main Street**, in **McAllen, TX 78501**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV) Exhibit A; Exhibit B; Exhibit C**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Grande Valley Homes, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Tayna Lara - Authorized Personnel**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color _____; Hair Color **Brown**; Facial Hair **N/A**
Approx. Age **43**; Approx. Height **185**; Approx. Weight **5'4"**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **23rd** day of **February**, 20 **12**
Notary Public    3/3/15
(Commission Expires)

**APS International, Ltd.**



SYLVIA A. LEAL
Notary Public, State of Texas
My Commission Expires
March 03, 2015