Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0110

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Holiday Builders Construction of Florida, Inc., c/o R&R Agents, Inc
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Raymond V. Laakso**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22nd** day of **February**, 20 **12**, at **10:55** o'clock **A** M

Place of Service: at **2320 First Street**, in **Fort Myers, FL 33901**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Holiday Builders Construction of Florida, Inc., c/o R&R Agents, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Steven Winer, Attorney**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Bald**; Facial Hair ____
Approx. Age **50**; Approx. Height **6'0"**; Approx. Weight **185**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #157154

Subscribed and sworn to before me this **27th** day of **February**, 2012

Traci DeSalvo
Notary Public          (Commission Expires)

**APS International, Ltd.**

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1025