Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0178

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Home Team, dba Great Southern Homes
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

**Name of Server:** _Joe R Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _29_ day of _February_, 20_12_, at _1:30_ o'clock _P_ M

**Place of Service:** at _17065 W. Wortham Road_, in _Gulfport, MS  39574_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Home Team, dba Great Southern Homes

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Dawn Chamberlain — Office Manager_

**Description of Person Receiving Documents:** The person receiving documents is described as follows: _Glasses_
Sex _F_ ; Skin Color _white_ ; Hair Color _Red_ ; Facial Hair ___
Approx. Age _31-55_ ; Approx. Height _5'5_ ; Approx. Weight _150_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Joe R Gillis_
Signature of Server

Subscribed and sworn to before me this _1st_ day of _March_, 20_12_

_[signature]_ 8/29/15
Notary Public    (Commission Expires)

**APS International, Ltd.**

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 100035, JAMES MERRITT, Commission Expires Aug. 29, 2015, HARRISON COUNTY]