Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0050

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Jacobus Builders of Florida, Inc.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Broward__ )
Name of Server: __Felix Onate__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __27__ day of __February__, 20__12__, at __3:55__ o'clock __P__ M

Place of Service: at __4101 NW 10th Street__, in __Coconut Creek, FL 33066__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Jacobus Builders of Florida, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Mike Jacobus Owner__

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __Blonde__; Facial Hair ____
Approx. Age __54__; Approx. Height __6'0__; Approx. Weight __200__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Felix Onate__
Signature of Server

Subscribed and sworn to before me this __28__ day of __February__, 20__12__

__[signature]__
Notary Public           (Commission Expires)

**APS International, Ltd.**