# EXHIBIT A

| RICHARD AND CAROL BENOIT, ET AL V. LAFARGE S.A., ET AL CIVIL ACTION NO. 11-1893 ||
|---|---|
| DEFENDANTS IN DEFAULT ||
| DEFENDANT | SERVED |
| Diamond Court Homes, Inc. | 10/10/11 |
| Haven Properties, Inc. | 10/14/11 |
| Kimball Hill Homes Florida, Inc. | 10/6/11 |
| L.J.&L. Enterprises, Inc. | 10/18/11 |
| Restoration Of The Palm Beaches, Inc. | 10/8/11 |
| Steve Corbett, Incorporated | 10/5/11 |
| West Lakes Estates, Inc. | 10/6/11 |
| Wood Nation, Inc. | 10/26/11 |