# EXHIBIT E

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**THIS DOCUMENT RELATES TO:**

*Benoit, et al. v. LaFarge, S.A.,et. al.*, Case No. 11-1893 (E.D.La.)

*Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG*, Case No. 11-2349 (E.D.La.)

*Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No. 11-3023 (E.D.La.)

*Almeroth, et. al. v. Taishan Gypsum Co., et al.*, Case No. 12-0498 (E.D.La.)

## DECLARATION OF ARNOLD LEVIN IN SUPPORT OF PLAINTIFF'S SECOND OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT

I, Arnold Levin, declare as follows:

1.      I am a partner in the law firm of Levin, Fishbein, Sedran & Berman, counsel of record for Plaintiffs in this matter.  I am a member in good standing of the bar of the State of Pennsylvania.  I submit this declaration in support of Plaintiffs' Second Omnibus Motion for Preliminary Default Judgment.  I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2.      During the course of this litigation the Plaintiffs' Steering Committee ("PSC") has filed numerous omnibus class action complaints against the manufacturers and other parties responsible for the defective Chinese manufactured drywall that is installed in plaintiffs' homes. The PSC commenced service of its omnibus class action complaints promptly after they were

filed with the court. Many of the named defendants who have been served with omnibus class action complaints are in default since they have failed to timely enter an appearance and/or otherwise defended themselves after service of the applicable complaint. These defendants shall be referred to hereafter as the "Defaulting Defendants".

3.     The dates of service on each of the Defaulting Defendants are set forth in Exhibits "A" (*Benoit*), "B" (*Arndt*), "C" (*Cassidy*) and "D" (*Almeroth*) to Plaintiffs' Second motion for entry of preliminary default judgement. The PSC has or will file affidavits of service with the Court evidencing service of the omnibus complaints on the Defaulting Defendants as set forth in Exhibits "A" through "D".

4.     To date, the Defaulting Defendants have failed to enter an appearance, answer, or otherwise respond to Plaintiffs' complaints.

I declare under penalty of perjury under the laws of the State of Pennsylvania and the United States that the foregoing is true and correct.

Executed this 18 th day of July, 2012, at Philadelphia, Pennsylvania.

ARNOLD LEVIN