UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Benoit, et al. v. LaFarge, S.A., et. al.*, Case No. 11-1893 (E.D.La.)<br><br>*Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG*, Case No. 11-2349 (E.D.La.)<br><br>*Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No. 11-3023 (E.D.La.)<br><br>*Almeroth, et. al. v. Taishan Gypsum Co., et al.*, Case No. 12-0498 (E.D.La.) | |

**ORDER**

AND NOW, on this _____ Day of _____, 2012, upon consideration of the Plaintiffs' Second Omnibus Motion for Preliminary Default Judgement, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

Plaintiffs are awarded preliminary default judgement against the defendants with whom they are aligned as follows:

1. With respect to the proceedings in *Benoit*, Plaintiffs are awarded default judgment against the defendants identified in Exhibit "A" hereto;

2. With respect to the proceedings in *Arndt*, Plaintiffs are awarded default judgment against the defendants identified in Exhibit "B" hereto;

3. With respect to the proceedings in *Cassidy*, Plaintiffs are awarded default

       judgment against the defendants identified in Exhibit "C" hereto;

4.     With respect to the proceedings in *Almeroth*, Plaintiffs are awarded default judgment against the defendants identified in Exhibit "D" hereto.

Plaintiffs and the class they seek to represent are entitled to the entry of default and preliminary default judgment against the Defaulting Defendants with whom they are aligned on liability, with damages to be determined on further submission according to proof.

       By the Court,

       _____
                           J.