# EXHIBIT B

*ARNDT, ET AL V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL*
## 11-2349

### DEFENDANTS IN DEFAULT

| DEFENDANT | SERVED |
|---|---|
| Ameritek Homes Co. f/k/a Dulcie and Company, Inc. | 10/26/11 |
| ASAP Drywall | 10/30/11 |
| AW Independent, Inc. | 10/13/11 |
| Bay Town Builders, LLC | 10/26/11 |
| Best Homes of SW Florida, Inc. a/k/a Legend Custom Builders, Inc. | 10/18/11 |
| C.M. Duncan Contracting, Inc. | 10/19/11 |
| Canino Construction, Inc. | 10/13/11 |
| Carmen P Pacinelli Drywall Inc. | 10/28/11 |
| Dave Johnson Construction, Inc. | 11/18/11 |
| Drywall & Framing Investment Group, Inc. | 10/18/11 |
| Foster Home Builders, Inc. | 10/18/11 |
| Grande Valley Homes, LLC d/b/a Casa Linda Homes | 10/14/11 |
| Gulfstream Development Group, LLC | 10/24/11 |
| Jon A. Wilder, Inc. | 10/14/11 |
| JVP Drywall & Finish, Inc. | 11/11/11 |
| Merrick Homes, LLC | 10/17/11 |
| Metropolitan Design Group, Inc. | 12/30/11 |
| Orchid Grove, LLC | 10/19/11 |
| Paramount Quality Homes Corp. | 10/22/11 |
| Sampson Construction Company, L.L.C. | 11/4/11 |
| Santa Barbara Estates, Inc. | 10/18/11 |
| Supreme Builders, Ltd. | 10/15/11 |
| Supreme Homes Ltd. | 10/15/11 |
| U/C Universal Construction, Inc. | 10/17/11 |
| United Homes International, Inc. | 10/18/11 |
| Vincent Montalto Construction, Inc. | 10/26/11 |
| Wolfman Construction Company | 10/28/11 |
| Woodland Construction of SW FL, Inc. | 10/18/11 |