# EXHIBIT C

| *CASSIDY, ET AL V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG ET AL*, 11-3023 |||
|---|---|---|
| DEFENDANTS IN DEFAULT |||
| DEFENDANT | ORIGINAL SERVED | AMENDED SERVED |
| Antilles Vero Beach, LLC | 2/23/12 | 2/23/12 |
| B & W Drywall, Inc. | 2/23/12 | 2/23/12 |
| Blue Line Builders, Inc. | 2/25/12 | 2/25/12 |
| BMD, Inc. | 2/23/12 | 2/23/12 |
| Carmen P Pacinelli Drywall Inc. | 2/28/12 | 2/28/12 |
| CGF Construction Corp. | 2/29/12 | 2/29/12 |
| Coastal Construction of South Florida, Inc. | 2/23/12 | 2/23/12 |
| Cornerstone Construction, Inc. | 2/29/12 | 2/29/12 |
| Coscan Home Builders, LLC | 2/24/12 | 2/24/12 |
| DCT Investment Group, Inc. | 2/29/12 | 2/29/12 |
| Design Stucco, Inc. | 4/5/12 | 4/5/12 |
| Distinctive Drywall, LLC | 2/22/12 | 2/22/12 |
| Grande Valley Homes, L.L.C. | 2/23/12 | 2/23/12 |
| Gulfstream Development Group | 3/6/12 | 3/6/12 |
| Gulfstream Development Group, LLC | 3/6/12 | 3/6/12 |
| H & S Drywall, Inc. | 2/25/12 | 2/25/12 |
| Home Team d/b/a Great Southern Homes | 2/29/12 | 2/29/12 |
| Mariner Village Townhomes, Inc. | 2/22/12 | 2/22/12 |
| Master Builders of South Florida, Inc. | 2/24/12 | 2/24/12 |
| Medimart Investment, Inc. | 3/13/12 | 3/13/12 |
| Prestigious Homes, LLC | 2/27/12 | 2/27/12 |
| Santa Barbara Estates, Inc. | 2/22/12 | 2/22/12 |
| Stonecrest Home Builders, LLC | 3/12/12 | 3/12/12 |
| Strauch Builders, LLC | 3/6/12 | 3/6/12 |
| Supreme Builders, Ltd. | 2/22/12 | 2/22/12 |
| United Homes, Inc. | 2/22/12 | 2/22/12 |
| United Homes International, Inc. | 2/22/12 | 2/22/12 |
| Waterways Joint Ventures IV, LLC | 2/24/12 | 2/24/12 |