# EXHIBIT D

*ALMEROTH, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO., LTD, ET AL* **12-0498**

**DEFENDANTS IN DEFAULT**

| DEFENDANT | SERVED |
|---|---|
| Andrea Varuso Corne and Scott M. Corne | 4/3/12 |
| Antonieta Torres | 4/18/12 |
| Arif Parupia | 4/10/12 |
| B & B Stucco, Inc. | 4/4/12 |
| Barney Core | 4/4/12 |
| Best Homes of S.W. Florida, Inc. | 4/3/12 |
| BMD, Inc. | 4/3/12 |
| Boasso Construction, L.L.C. | 4/3/12 |
| Boutwell Drywall | 4/4/12 |
| BTR Exteriors f/k/a Gulf Eagle Supply, Inc. | 4/6/12 |
| C.H. Builders, LLC | 4/5/12 |
| Cabba, Inc. | 4/5/12 |
| Cape Cement and Supply, Inc. | 4/4/12 |
| Central Drywall Contractors Inc. | 4/16/12 |
| Coastal Construction of South Florida, Inc. d/b/a Coastal Condominiums | 4/9/12 |
| Coastal Construction of South Florida, Inc | 4/9/12 |
| Cornerstone Group Construction, Inc. | 4/5/12 |
| Cornerstone Group Development Corp. | 4/5/12 |
| Creative Home Builders, L.L.C. d/b/a Clipper Construction | 4/21/12 |
| D & K GCB, Inc. | 5/28/12 |
| Deangelis Diamond Construction, Inc. | 4/4/12 |
| Devon Building Products | 4/4/12 |
| Dewey Leonard | 4/10/12 |
| Diamond Corp. Construction Company | 4/10/12 |
| Diamond Court Homes, Inc. | 4/10/12 |
| E.B. Developers, Inc. | 4/3/12 |
| Eagle Bay Construction & Development, Inc. | 4/3/12 |

| ALMEROTH, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO., LTD, ET AL 12-0498 ||
|---|---|
| DEFENDANTS IN DEFAULT ||
| DEFENDANT | SERVED |
| Eagle Creek Remodeling, Inc. | 4/6/12 |
| Ebbtide Investment Group, LLC | 4/18/12 |
| Edward Pierre | 4/5/12 |
| Florida Style Services of Southwest Florida, Inc. | 4/3/12 |
| Florida Walls Inc. | 4/3/12 |
| Fly System, Inc. | 4/12/12 |
| Grand Orleans Properties, L.L.C. | 4/3/12 |
| Gulfstream Development Group, LLC | 4/4/12 |
| Highland Holdings, Inc. | 4/5/12 |
| Hollis Developers, LLC | 4/17/12 |
| Hollywood Dixie Associates, LLC | 4/12/12 |
| Horvath & Horvath Drywall, Inc. | 4/2/12 |
| J&H Sheetrock | 4/18/12 |
| JVP Drywall & Finish, Inc. | 4/10/12 |
| LCA Lumbermen's | 4/3/12 |
| Lonnie Goddard d/b/a Custom Interiors, LLC | 4/3/12 |
| Maranatha Construction, Inc. | 4/14/12 |
| Mariner Village Townhomes, Inc. | 4/10/12 |
| Martinez Drywall & Painting, LLC | 4/7/12 |
| Meeks Drywall & Stucco, Inc. | 4/12/12 |
| Millennium Trading, Inc. | 4/3/12 |
| Milton Construction Company | 4/12/12 |
| Mitchell Homes, Inc. | 4/2/12 |
| Molleda Corp. | 4/3/12 |
| New Millenial, LLC | 4/5/12 |
| NICO Development, Inc. | 4/5/12 |
| Phillip Eric Price | 4/9/12 |
| Premier Southern Builders, L.L.C. | 4/3/12 |

| *ALMEROTH, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO., LTD, ET AL* **12-0498** ||
|---|---|
| **DEFENDANTS IN DEFAULT** ||
| DEFENDANT | SERVED |
| Preserve Development, LLC | 5/19/12 |
| Price-Built Homes | 4/10/12 |
| Prime Homebuilders, Inc. | 4/3/12 |
| Promenade at Doral, LLC | 4/3/12 |
| R. Mossel Construction, Inc. | 4/4/12 |
| R.L. Stockett & Associates, LLC | 4/24/12 |
| Rebuilding Together, Inc. | 4/3/12 |
| Rickey Pittman | 4/9/12 |
| Riverside Bank of the Gulf Coast | 4/9/12 |
| Robert Nicholas d/b/a Robert Nicholas Drywall | 5/9/12 |
| Rottlund Homes of Florida, Inc. | 4/19/12 |
| S & D Custom Built Homes, LLC | 4/16/12 |
| Santa Fe, LLC | 4/11/12 |
| Simpson-Davis Development, LLC | 4/24/12 |
| Southern Community Homes Inc. | 4/9/12 |
| Spires Commercial Flooring, Inc. | 4/14/12 |
| Stoughton Homes, Inc. | 4/4/12 |
| Strauch Builders, LLC | 4/3/12 |
| Talmadge Drywall, Inc. | 4/11/12 |
| Touchstone at Rapallo, Inc. | 4/6/12 |
| United Homes, Inc. | 4/10/12 |
| United Homes International, Inc. | 4/10/12 |
| W.B. Construction | 4/4/12 |
| WCS Construction, Inc. | 6/19/12 |
| Wermers Development, LLC | 5/19/12 |
| West Florida Construction Group, Inc. | 4/7/12 |
| Wilfredo Medina Guzman | 4/17/12 |
| William D. Smyly | 4/6/12 |

| ALMEROTH, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO., LTD, ET AL 12-0498 ||
| --- | --- |
| DEFENDANTS IN DEFAULT ||
| DEFENDANT | SERVED |
| Woods Restoration Services, LLC | 4/6/12 |