UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD AND CONSTANCE ALMEROTH, ET AL | * * * | CIVIL ACTION |
| | * | MDL NO. 2047 |
| VERSUS | * * | SEC. "L" |
| TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO, LTD. | * * * | JUDGE ELDON E FALLON |
| | * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Favret, L.L.C., and hereby files its Notice of Appearance as counsel on behalf of Boasso Construction, L.L.C. It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action.

FAVRET, L.L.C.

/s/ David Vicknair\_\_\_
CLARENCE F. FAVRET, III, #5480
DAVID VICKNAIR, #34135
Attorneys for Defendant
228 St. Charles Avenue, Suite 1310
New Orleans, LA 70130
(504) 383-8978-Telephone
(866) 471-1471-Facsimile
ret@favret.co-E-Mail
david@favret.co-E-Mail

## C E R T I F I C A T E

I hereby certify that on July 19th, 2012, I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ David Vicknair
DAVID VICKNAIR