UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED  　　　MDL NO.: 2047
DRYWALL PRODUCTIONS LIABILITY  　　SECTION: L
LITIGATION  　　　　　　　　　　　　JUDGE FALLON
　　　　　　　　　　　　　　　　　　MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:
RICHARD and CONSTANCE ALMEROTH, et al.
vs.
TAISHAN GYPSUM CO., LTD, et al.
Case No. 12-0498

_____/

## NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Yeslow & Koeppel, P.A., which hereby files its Notice of Appearance as counsel on behalf of Defendant, BMD, Inc.. It is respectfully requested that all pleadings, documents and correspondence be served upon the undersigned counsel in connection with these actions.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　YESLOW & KOEPPEL, P.A.
　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　BMD, Inc..
　　　　　　　　　　　　　　　　　1617 Hendry St., Suite 200
　　　　　　　　　　　　　　　　　P. O. Box 9226
　　　　　　　　　　　　　　　　　Fort Myers, Florida 33902-9226
　　　　　　　　　　　　　　　　　(239) 337-4343 phone
　　　　　　　　　　　　　　　　　(239) 337-5762 fax


　　　　　　　　　　　　　　　　　By: /s/ Mark B. Yeslow
　　　　　　　　　　　　　　　　　　　MARK B. YESLOW
　　　　　　　　　　　　　　　　　　　Fla. Bar. No.: 614701