UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTIONS LIABILITY LITIGATION | MDL NO.: 2047<br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |

THIS DOCUMENT RELATES TO:
RICHARD and CONSTANCE ALMEROTH, et al.
vs.
TAISHAN GYPSUM CO., LTD, et al.
Case No. 12-0498

_____/

## NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Yeslow & Koeppel, P.A., which hereby files its Notice of Appearance as counsel on behalf of Defendant, SWEET INTERIORS, INC.. It is respectfully requested that all pleadings, documents and correspondence be served upon the undersigned counsel in connection with these actions.

Respectfully submitted,

YESLOW & KOEPPEL, P.A.
Attorneys for Defendant,
Sweet Interiors, Inc.
1617 Hendry St., Suite 200
P. O. Box 9226
Fort Myers, Florida 33902-9226
(239) 337-4343 phone
(239) 337-5762 fax

By: /s/ Mark B. Yeslow
    MARK B. YESLOW
    Fla. Bar. No.: 614701