UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL NO.: 2047
DRYWALL PRODUCTIONS LIABILITY        SECTION: L
LITIGATION                           JUDGE FALLON
                                     MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:

CASSIDY, et al. v. GERBRUEDER KNAUF
VERWALTUNGSGESELLSCHAFT, KG, et al.
Case No. 11-cv-3023 (E.D.La.)
_____/

## NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Yeslow & Koeppel, P.A., which hereby files its Notice of Appearance as counsel on behalf of Defendant, BMD, Inc. It is respectfully requested that all pleadings, documents and correspondence be served upon the undersigned counsel in connection with these actions.

Respectfully submitted,

YESLOW & KOEPPEL, P.A.
Attorneys for Defendant,
BMD, Inc.
1617 Hendry St., Suite 200
P. O. Box 9226
Fort Myers, Florida 33902-9226
(239) 337-4343 phone
(239) 337-5762 fax

By: /s/ Mark B. Yeslow
      MARK B. YESLOW
      Fla. Bar. No.: 614701