UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO ALL CASES.

## ORDER

The court is apprized of the fact that the Plaintiffs and certain of the parties in a lawsuit now pending in the Circuit Court of Mobile County, Alabama, styled, <u>Diges E.Little, et al. v. The Mitchell Company, et al.</u>, CV-2009- 901153, etc., settled all claims in said action against defendants, The Mitchell Company, Inc.and The Mitchell Company, Ltd. (collectively, "Mitchell"), Creola ACE Hardware, the Housing Authority of the City of Prichard, Alabama, and Estes Heating and Air Conditioning on or about January 4, 2012, and which confidential settlement will include remediation of seven homes owned by the Plaintiffs which were part of the Bessemer subdivision, constructed under a Hope VI Project in the City of Prichard, Alabama, and which contain drywall manufactured by Knauf Plasterboard (Tianjin) Co., Ltd.

The settlement contemplates repairs to the subject homes by the Knauf defendants pursuant to the Settlement Agreement for the Demonstration Remediation of Homes With KPT Drywall as revised by the remediation protocol attached as Exhibit F to the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL 2047 (Rec. Doc. 12061-5), and dismissal of any cross- claims of co- defendants against the Knauf defendants and

Interior/Exterior Supply Company, as well as dismissal of all claims against defendants, Mitchell, Creola ACE Hardware, the Housing Authority of the City of Prichard, Alabama, and Estes Heating and Air Conditioning.

Be it therefore, ordered, adjudged and decreed that this court finds that the settlement of said claims in said lawsuit does not conflict with any stay order heretofore issued by this court, and the parties may proceed as necessary in the Circuit Court of Mobile, County, Alabama, to carry out the terms of said settlement, including dismissal of the claims embraced by agreement of said parties.

New Orleans, Louisiana, this, __18th__ day of July, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE