007028.000004

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL        * MDL NO.  09-2047
PRODUCTS LIABILITY LITIGATION

* SECTION: L

* JUDGE FALLON

* MAG. JUDGE WILKINSON

**THIS DOCUMENT APPLIES TO:**

*JESSICA CASSIDY, et al*
*vs.*
*GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al.*
*CASE NO.: 11-3023*

*RICHARD AND CONSTANCE ALMEROTH, et al.*
*vs.*
*TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., et al.*
*CASE NO.: 12-0498*

**************************************************************************

## NOTICE OF APPEARANCE AS COUNSEL

COMES NOW Addison J. Meyers, Brian A. Eves and Gina E. Romanik of MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP, to appear as counsel of record for Coastal Construction Group of South Florida, Inc.**,** and requests that copies of all future correspondence, pleadings, discovery and all other written items and/or communications in this case be directed to the undersigned.

Dated: July 19, 2012

CASE NO.: 50 2009CA032471XXXXMB AG
Page 2 of 2

Respectfully submitted,

By: */s/ Addison J. Meyers*
Addison J. Meyers (Bar No. 267041)
Brian A. Eves (Bar No. 43794)
Gina E. Romanik (Bar No. 0154334)
MINTZER SAROWITZ ZERIS LEDVA & MEYERS LLP
1000 N.W. 57th Court, Suite 300
Miami, FL  33126
Phone   (305) 774-9966
Fax:      (305) 774-7743
Email:   ameyers@defensecounsel.com
            beves@defensecounsel.com
            gromanik@defensecounsel.com

*Counsel for Coastal Construction Group of South Florida, Inc.*

## CERTIFICATE OF SERVICE

I, hereby certify that the above and forgoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States Mail and email or hand delivery and email and upon all parties electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 19th day of July, 2012.

*/s/ Addison J. Meyers*
Addison J. Meyers