# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CASE NO. 2:09-MD-02047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) | |
| *Almeroth, et al., v. Taishan Gypsum Co. et al.*, No. 2:12-cv-00498) | ) ) ) ) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Unopposed Motion and Incorporated Memorandum to Substitute Parties filed on behalf of the Plaintiffs Steering Committee ("PSC"):

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that H. Harris Investments, Inc., be substituted as the proper party plaintiff in place of Harry Harris and that Harry Harris be dismissed, without prejudice, from the *Almeroth* Complaint.

New Orleans, Louisiana this ___ day of _____, 2012.

_____
Judge Eldon E. Fallon
United States District Court Judge
for the Eastern District of Louisiana