UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED | * | MDL No.: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| PAYTON, et al. v. Knauf GIPS KG, et al. | * | |
| Case No.: 09-7628 | * | |

**************************************

### RAY LYBARGER'S NOTICE OF
### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Ray Lybarger, hereby dismiss without prejudice all of his claims in Plaintiffs' Omnibus Complaint. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from Daniel K. Bryson, counsel for Ray Lybarger, dated July 13, 2012 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,

*/s/ Leonard A. Davis*
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

00400003.WPD

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal Without Prejudice document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana y using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20th day of July, 2012.

                                                  */s/ Leonard A. Davis*
                                                  Herman, Herman & Katz, LLC
                                                  820 O'Keefe Avenue
                                                  New Orleans, LA 70113
                                                  Tel: (504) 581-4892
                                                  Fax: (504) 561-6024
                                                  LDavis@hhkc.com
                                                  *Plaintiffs' Liaison Counsel, MDL 2047*

00400003.WPD

# Exhibit A

00400003.WPD