

# WHITFIELD BRYSON & MASON LLP
### ATTORNEYS AT LAW

John C. Whitfield +
Daniel K. Bryson + *
Gary E. Mason ◊∞ *
Donna F. Solen «◊
Nicholas A. Migliaccio ◊∞

Scott C. Harris *
Matthew E. Lee *
Jason Rathod *◊
Karl Amelchenko *
Monica Bansal ◊
Thomas B. Spain (Of Counsel) +

900 W. Morgan Street
Raleigh, North Carolina 27603
Office: 919.600.5000
Fax: 919.600.5035
www.wbmllp.com

State Bar Admissions:
+ KY   ◊ DC   « FL   º MD
• NC   ∞ NY   * IL

July 13, 2012

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

      In Re: Chinese Manufactured Drywall Products Liability Litigation
           *Payton, et al. v. Knauf GIPS KG, et al.*
           Case No.: 09-7628

Dear Lenny and Russ:

    My client, Ray Lybarger, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss without prejudice all of his claims in the above referenced Omni Complaint.

                                   Very truly yours,

                                     Daniel K. Bryson