Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0136

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--LTL Construction, Inc.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Hillsborough** )

**Name of Server:** **Lydia Velez**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **22nd** day of **February**, 20 **12**, at **5:16** o'clock **P** M

**Place of Service:** at **4400 Helena Street, NE**, in **St. Petersburg, FL 33703**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)**
**Exhibit A; Exhibit B; Exhibit C**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**LTL Construction, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **William Pugh, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair ____
Approx. Age **45**; Approx. Height **5' 11"**; Approx. Weight **200**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server    Date 2/27/12

Subscribed and sworn to before me this **27th** day of **February**, 20 **12**
Notary Public   (Commission Expires) 3/2/13

**APS International, Ltd.**



ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters