Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  114546-0056

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Luke & Son Construction, Inc.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )
Name of Server:  __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service:  that on the __23__ day of __February__, 20 __12__, at __12:24__ o'clock __P__ M

Place of Service:  at __5895 SW 32nd Street__, in __Miami, FL  33155__

Documents Served:  the undersigned served the documents described as:
**Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:  A true and correct copy of the aforesaid document(s) was served on:
**Luke & Son Construction, Inc.**

Person Served, and Method of Service:  By delivering them into the hands of an officer or managing agent whose name and title is: __Maria Lopez-Recio  Wife of President__

Description of Person Receiving Documents:  The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Black__ ; Facial Hair ____
Approx. Age __52__ ; Approx. Height __5'5__ ; Approx. Weight __150__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:  Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __24th__ day of __Feb__, 20 __12__

Signature of Server                    Notary Public                    (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949369
Expires 01/21/2014