Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0066

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Milton Construction Company, c/o Robert I. Weissler, Registered Agent
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: Carlos Aguirre, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 24 day of February, 20 12, at 11:24 o'clock A M

Place of Service: at 150 W. Flagler Street, #2200, in Miami, FL 33130

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)
Exhibit A; Exhibit B; Exhibit C

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
Milton Construction Company, c/o Robert I. Weissler, Registered Agent
By delivering them into the hands of an officer or managing agent whose name and title is: Maria Callejas Receptionist

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair
Approx. Age 50 ; Approx. Height 5'6 ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this ___ day of Feb, 20 12

_____
Notary Public                    (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949369
Expires 01/21/2014

**APS International, Ltd.**