Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0142

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Richmond American Homes of Texas, Inc., c/o CT Corporation System
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Texas ) ss.
County of: Dallas )

Name of Server: **Brandon Sachse**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 21 day of February, 20 12, at 2:00 o'clock P M

Place of Service: at 350 North St. Paul Street #2900, in Dallas, TX

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)
Exhibit A; Exhibit B; Exhibit C

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Richmond American Homes of Texas, Inc., c/o CT Corporation System**
By delivering them into the hands of an officer or managing agent whose name and title is: Amber Carrouth, Authorized

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair no
Approx. Age 33 ; Approx. Height 5'7" ; Approx. Weight 165 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.           22 day of Feb, 2012

Signature of Server                               Notary Public        (Commission Expires)

**APS International, Ltd.**



JACKIE FRENCH
MY COMMISSION EXPIRES
November 2, 2012