Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by

## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   114546-0128

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Southern Homes, LLC
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _Louisiana_ ) ss.

County of: _St. Tammany_ )

Name of Server: _Roy Busiere_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _27_ day of _Feb._ , 20 _12_ , at _7:45_ o'clock _A_ M

Place of Service: at _59101 Amber Street_ , in _Slidell, LA  70461_

Documents Served: the undersigned served the documents described as:

**Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)**

**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:

A true and correct copy of the aforesaid document(s) was served on:
**Southern Homes, LLC**

Person Served, and Method of Service:

By delivering them into the hands of an officer or managing agent whose name and title is: _Mrs. Deborah Guidry, Sect._

Description of Person Receiving Documents:

The person receiving documents is described as follows:
Sex _F_ ; Skin Color _white_ ; Hair Color _Brown_ ; Facial Hair _None_
Approx. Age _45_ ; Approx. Height _5'6_ ; Approx. Weight _165#_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Roy Busiere_   LCPS #0018
Signature of Server

Subscribed and sworn to before me this _1st_ day of _March_ , 20 _12_

_Catherine Edwards_
Notary Public          (Commission Expires)

**APS International, Ltd.**

Catherine Edwards, Notary Public #48899
Commissioned for life in Livingston Parish, Louisiana