Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0144

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Supreme Builders, Ltd.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: **Texas** ) ss.
County of: **Montgomery** )

Name of Server: **James R. Greitz**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22** day of **February**, 20**12**, at **7:30** o'clock **P** M

Place of Service: at **28453 Eagle Ridge Drive**, in **Magnolia, TX  77355**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Supreme Builders, Ltd.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Marcie Hauk - Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **Blonde** ; Facial Hair **No**
Approx. Age **38-45** ; Approx. Height **5'0"** ; Approx. Weight **130**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **24** day of **February**, 20 **12**

Notary Public          (Commission Expires)

ROBERT FLOYD MORELAND
MY COMMISSION EXPIRES
August 29, 2013