Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0160

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Triple Crown Homes, Inc.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: MARION )

**Name of Server:** ROBERT W. MCGUINNESS, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 23RD day of FEBRUARY, 20 12, at 11:50 o'clock A M

**Place of Service:** at 1740 E. Silver Springs Blvd., in Ocala, FL 34470

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Triple Crown Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: MARSHA KNEIP, RECEPTIONIST

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color WHITE; Hair Color BLONDE; Facial Hair N/A
Approx. Age 45; Approx. Height 5.5; Approx. Weight 200

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 23RD day of FEBRUARY, 20 12.

Notary Public    6-15-15 (Commission Expires)

**APS International, Ltd.**

KENNETH W. KELLEY, JR.
Commission # EE 067526
Expires June 15, 2015
Bonded Thru Troy Fain Insurance 800-385-7019