**PW Parker | Waichman LLP**
A NATIONAL LAW FIRM

NEW YORK | LONG ISLAND | NEW JERSEY | WASHINGTON, D.C. | FLORIDA

3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone 239.390.1000
Fax 239.390.0055
800.LAW.INFO (529.4636)
www.yourlawyer.com

April 20, 2012

**Via Email and U.S. Mail**
Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

**EXHIBIT A**

Re:   In re:   **Chinese Manufactured Drywall Products Liability Litigation**
                **Almeroth v. Taishan Gypsum Co., LTD, et al. Case No. 12-00498**

Dear Russ and Lenny:

My client, Leslie Sims, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, with prejudice, all of his claims against defendant Rebuilding Together, Inc. in the above matter, reserving his rights and claims against any and all other defendants therein.

Very truly yours,
Parker Waichman LLP

By: _____
April S. Goodwin, Esq.

ASG/ns