Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0091

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Caloosahatchee Construction, Inc.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Raymond V. Laakso__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __27th__ day of __March__, 20__12__, at __9:40__ o'clock __A__ M

**Place of Service:** at __18680 Old Bayshore Road N.__, in __Fort Myers, FL 33917__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Caloosahatchee Construction, Inc.**

**Person Served, and Method of Service:** By delivering them __to__ an officer or managing agent whose name and title is: __Patrick Zurcher as Registered Agent by drop service__ ✱

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __white__; Hair Color __Brown__; Facial Hair ____
Approx. Age __50__; Approx. Height __6'2"__; Approx. Weight __200__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Raymond V. Laakso__ #157154
Signature of Server

Subscribed and sworn to before me this __29th__ day of __March__, 20__12__

__Traci A. DeSalvo__
Notary Public    (Commission Expires)

APS International, Ltd.

✱ Patrick Zurcher identified himself when the server pulled up but he went inside the house & locked the door when the server identified himself. The server explained the documents to him through the door and then left them on the front door step.

1030