Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  114546-0243

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Design Stucco, Inc

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

Court Case No. 11-3023 Sect L Mag 2

State of: **Florida**  ) ss.
County of: **Collier**  )
Name of Server: **Daniel McKeon**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **5th** day of **April**, 20 **12**, at **4:15** o'clock **P** M

Place of Service: at **790 12th St. SE**, in **Naples, FL  34117**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Design Stucco, Inc**
By delivering them into the hands of an **Co-resident**, whose name and title is: **Janet Stoker, mother-in-law/coresident of Joshua Norris, Registered Agent at his residence**

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **Gray**; Facial Hair
Approx. Age **63**; Approx. Height **5'10"**; Approx. Weight **160**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Daniel McKeon_
Signature of Server **#157975**

Subscribed and sworn to before me this **13** day of **April**, 20 **12**.

_Traci A. DeSalvo_
Notary Public     (Commission Expires)

APS International, Ltd.

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1135