Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)

Service of Process by

# APS International, Ltd.
## 1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0239

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Jim's Drywall, Inc.
Court Case No. 11-3023 Sect L Mag 2

---

State of: __FLORIDA__ ) ss.
County of: __ST Johns__ )

Name of Server: __PATRICIA M. Loughbry__ undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __9__ day of __April__ , 20/2 , at __5:47__ o'clock __P__ M

Place of Service: at  333 County Road 13 South , in  St. Augustine, FL  32092-9605

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Jim's Drywall, Inc.

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: __SHERWOOD J. Smith__

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __BROWN__ ; Facial Hair __O__
Approx. Age __60__ ; Approx. Height __6'__ ; Approx. Weight __220__

X To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this
__10__ day of __April__ , 20 /2

Notary Public          (Commission Expires)

DENNIS E. BARTILUCCI
MY COMMISSION # EE148575
EXPIRES: November 27, 2015
Fl. Notary Discount Assoc. Co.
1-800-3-NOTARY