Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0016

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--ATCO Int. Corp.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: __Carlos Aguirre__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __13__ day of __March__, 20 __12__, at __1:20__ o'clock __P__ M

Place of Service: at __150 E. 1st Ave., Apt. 310__, in __Hialeah, FL 33010__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**ATCO Int. Corp.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Merlla Concepcion Mother IN-Law of Albert trigo__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __White__ ; Facial Hair ____
Approx. Age __70__ ; Approx. Height __5'9__ ; Approx. Weight __150__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __13__ day of __March__, 20 __12__

Doris F Collins
Notary Public        (Commission Expires)

Notary Public State of Florida
Doris F Collins
My Commission EE108904
Expires 08/29/2015

**APS International, Ltd.**