Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0092

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Caloosahatchee Construction, Inc.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Raymond V. Laakso, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27th day of March, 20 12, at 9:40 o'clock A M

**Place of Service:** at 18680 Old Bayshore Road N., in Fort Myers, FL 33917

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)**
**Exhibit A; Exhibit B; Exhibit C**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Caloosahatchee Construction, Inc.**
By delivering them ~~to~~ an officer or managing agent whose name and title is: Patrick Zurcher as Registered Agent by drop service *

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Brown ; Facial Hair ____
Approx. Age 50 ; Approx. Height 6'2" ; Approx. Weight 200

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 29th day of March, 20 12

Signature of Server #157154
Traci A. DeSalvo
Notary Public    (Commission Expires)

**APS International, Ltd.**

* Patrick Zurcher identified himself when the server pulled up but he went inside the house + locked the door when the server identified himself. The server explained the documents to him through the door and then left them on the ~~front~~ door step.

1031