Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0094

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Carmen P Pacinelli Drywall, Inc
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Charlotte** )
Name of Server: **Sean K. Spoonts**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **28th** day of **February**, 20 **12**, at **5:25** o'clock **P** M

Place of Service: at **12 Marker Road**, in **Rotonda West, FL 33947**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Carmen P Pacinelli Drywall, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: **Linda Pacinelli, spouse and co-resident**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Silver**; Facial Hair ___
Approx. Age **55**; Approx. Height **5'7"**; Approx. Weight **125**
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server   CPS # 157595

Subscribed and sworn to before me this **29th** day of **February**, 20 **12**

Notary Public    **11-17-2014** (Commission Expires)

APS International, Ltd.

Note: Given address is the private residence Carmen P. Pacinelli.

ALLEN L. BEIER
Notary Public - State of Florida
My Comm. Expires Nov 17, 2014
Commission # EE 42876
Bonded Through National Notary Assn.

1033