UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENTS RELATES TO: | JUDGE FALLON |
| *Silva v. Arch Ins. Co., et al, No.: 09-8034* | |
| *Amato v. Liberty Mutl Ins. Co., et al, No. 10-932* | |
| *The case set by the Court for trial involving*<br>*The North River Insurance Company* | MAG. JUDGE<br>WILKINSON |

**************************************************************************

### ARCH INSURANCE COMPANY'S OPPOSITION TO
### NORTH RIVER'S MOTION TO LIFT STAY

Arch Insurance Company opposes the "Motion of The North River Insurance Company To (A) Lift The Stay As To Certain Parties, (B) Consolidate Certain Claims, And (C) Realign Parties" to the extent that the Motion seeks to have the Court lift the existing stay of all proceedings against Arch Insurance Company arising from Chinese drywall claims against Arch Insurance Company's policyholder, Interior/Exterior Building Supply, L.P. ("InEx").

Arch Insurance Company adopts and incorporates by reference in its entirety the Opposition previously filed by Liberty Mutual Fire Insurance Company (Doc. 15206), as if copied herein in its entirety.

Arch Insurance Company requests that the Court deny so much of North River's Motion as seeks to have the stay lifted as to Arch Insurance Company.

Respectfully submitted,

**ADAMS, HOEFER, HOLWADEL
& ELDRIDGE, L.L.C.**


   */S/ GREGORY O. CURRIER*
**D. RUSSELL HOLWADEL (#16975)**
**SHANNON HOWARD-ELDRIDGE (#23139)**
**BRUCE R. HOEFER, JR. (#6889)**
**IRA J. ROSENZWEIG (#17123)**
**GREGORY O. CURRIER (#16875)**
Suite 2450, 400 Poydras Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-2606
Facsimile:   (504) 525-1488
Email: drh@ahhelaw.com
       goc@ahhelaw.com
Attorneys for Arch Insurance Company


**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Opposition of Arch Insurance Company to North River's Motion to Lift Stay was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing and by uploading same to LexisNexis File & Serve this 23RD day of July, 2012.


   */S/ GREGORY O. CURRIER*