Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  114546-0024

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--CGF Construction Corp.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Dade**

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **29** day of **February**, 20 **12**, at **9:10** o'clock **P** M

Place of Service: at  12780 S.W. 105th Avenue  , in  Miami, FL  33176

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**CGF Construction Corp.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Ada Fernandez wife of R.A.**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair ____
Approx. Age **40** ; Approx. Height **5'8** ; Approx. Weight **140**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **5** day of **March**, 20 **12**

_Doris F Collins_
Notary Public   (Commission Expires)

Notary Public State of Florida
Doris F Collins
My Commission EE108904
Expires 08/29/2015