Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0096

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cothern Construction Company, Inc
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Charlotte** )

**Name of Server:** **Sean K. Spoonts**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **2nd** day of **March**, 20 **12**, at **5:05** o'clock **P** M

**Place of Service:** at **4376 Harbor Blvd.**, in **Port Charlotte, FL 33952**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)**
**Exhibit A; Exhibit B; Exhibit C**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Cothern Construction Company, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: **Volney Cothern, owner**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair **—**
Approx. Age **55**; Approx. Height **5'10"**; Approx. Weight **250**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **7** day of **March**, 20 **12**

Notary Public                    (Commission Expires)

**APS International, Ltd.**

CATHERINE BIXENMAN
Notary Public - State of Florida
My Comm. Expires Aug 22, 2014
Commission # EE 19663
Bonded Through National Notary Assn.

334
1038