Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0038

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--DCT Investment Group, Inc.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Carlos Ayuirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **29** day of **February**, 20 **12**, at **8:30** o'clock **P** M

Place of Service: at **1900 S.W. 126th Court**, in **Miami, FL 33175**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**DCT Investment Group, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Juan Zas Reg. Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **White**; Facial Hair **No**
Approx. Age **60**; Approx. Height **6'0**; Approx. Weight **220**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **5** day of **March**, 20 **12**

Doris F Collins
Notary Public                     (Commission Expires)

Notary Public State of Florida
Doris F Collins
My Commission EE108904
Expires 08/29/2015