Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0098

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Deco Paver Bricks, Inc
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 1st day of March, 2012, at 5:25 o'clock P M

Place of Service: at 2104 SW 15th Avenue, in Cape Coral, FL  33991

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Deco Paver Bricks, Inc**

Person Served, and Method of Service: By delivering them into the hands of a Co-resident whose name and title is: Ryan Ussery as co-resident at the residence of William + Cheryl East

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M; Skin Color white; Hair Color Gray; Facial Hair ___
Approx. Age 50-55; Approx. Height 5'9"; Approx. Weight 175

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray #157153
Signature of Server

Subscribed and sworn to before me this 8th day of March, 2012

Traci A. DeSalvo
Notary Public   (Commission Expires)

APS International, Ltd.

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015