Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0244

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Design Stucco, Inc

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 11-3023 Sect L Mag 2

State of: Florida ) ss.
County of: Collier )

**Name of Server:** Daniel McKeon, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5th day of April, 20 12, at 4:15 o'clock P M

**Place of Service:** at 790 12th St. SE, in Naples, FL 34117

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Design Stucco, Inc

**Person Served, and Method of Service:** By delivering them into the hands of an co-resident whose name and title is: Janet Stoker, mother-in-law/co-resident of Joshua Norris, Registered Agent at his residence.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color Gray ; Facial Hair ___
Approx. Age 63 ; Approx. Height 5'0" ; Approx. Weight 160

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  #157975

Subscribed and sworn to before me this 13 day of April, 20 12

Notary Public    (Commission Expires)

**APS International, Ltd.**

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1136