Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0108

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hansen Homes of South Florida, Inc
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __24th__ day of __February__, 20__12__, at __11:40__ o'clock __A__ M

**Place of Service:** at __1436 SE 16th Place__, in __Cape Coral, FL  33990__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Hansen Homes of South Florida, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: __Duane Davis, Registered Agent__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __Black__ ; Hair Color __Bald__ ; Facial Hair ____
Approx. Age __40-45__ ; Approx. Height __6'2"__ ; Approx. Weight __200__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Barbara Gray__
Signature of Server  157153

Subscribed and sworn to before me this __27th__ day of __February__, 20__12__

__Tracy DeSalvo__
Notary Public     (Commission Expires)

APS International, Ltd.

TRACY A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1070