Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0240

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Jim's Drywall, Inc.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **ST JOHNS** )

Name of Server: **PATRICIA M. LOUGHERY**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **9** day of **APRIL**, 20 **12**, at **5:47** o'clock **PM**

Place of Service: at 333 County Road 13 South , in St. Augustine, FL 32092-9605

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)
Exhibit A; Exhibit B; Exhibit C

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Jim's Drywall, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **SHERWOOD J. SMITH PRESIDENT**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **BROWN** ; Facial Hair **0**
Approx. Age **60** ; Approx. Height **6'** ; Approx. Weight **220**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **10** day of **APRIL**, 20 **12**.

Notary Public                (Commission Expires)

DENNIS E. BARTILUCCI
MY COMMISSION # EE148375
EXPIRES: November 27, 2015
Fl. Notary Discount Assoc. Co.