Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0238

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Lucky Strike, M.K., Inc.
Court Case No. 11-3023 Sect L Mag 2

State of: **Florida** ) ss.
County of: **Collier** )
Name of Server: **Daniel McKean**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **12th** day of **March**, 20 **12**, at **2:00** o'clock **P** M

Place of Service: at **1100 Pine Ridge Road**, in **Naples, FL**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)
Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Lucky Strike, M.K., Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Sharon Manhardt, Office Manager**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair ___
Approx. Age **55**; Approx. Height **5'10"**; Approx. Weight **180**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signed_ **Daniel McKean**
Signature of Server
**157975**

APS International, Ltd.

Subscribed and sworn to before me this **20th** day of **March**, 20 **12**
_signed_ **Traci A. DeSalvo**
Notary Public                    (Commission Expires)

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1373