Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0236

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Medimart Investment, Inc., c/o Edenia Medina, Registered Agent

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 11-3023 Sect L Mag 2

State of: Florida ) ss.
County of: Dade )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **13** day of **March**, 20**12**, at **11:25** o'clock **A** M

Place of Service: at **3725 SW 97TH AVE**, in Miami, FL 33165-4058

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)
Exhibit A; Exhibit B; Exhibit C

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Medimart Investment, Inc., c/o Edenia Medina, Registered Agent

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Edenia Medina Reg. Agent**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **13** day of **March**, 20 **12**

Notary Public     (Commission Expires)

APS International, Ltd.

Spoke to Edenia Medina over the phone 786-300-7145 She stated to leave documents in front of her door to her house.

*Doris F Collins*

Notary Public State of Florida
Doris F Collins
My Commission EE108904
Expires 08/29/2015