Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  114546-0072

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
**--Richmond Heights Community Development Center**
**Corporation, Inc.**
**Court Case No. 11-3023 Sect L Mag 2**

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Dade_ )

Name of Server: _Carlos Aguirre_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _13_ day of _March_, 20 _12_, at _10:40_ o'clock _A_ M

Place of Service: at _4700 Booker T. Washington Blvd._, in _Miami, FL 33116_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Richmond Heights Community Development Center Corporation, Inc.**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Patrick Merit Executive Director_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Black_ ; Hair Color _Bald_ ; Facial Hair _Yes_
Approx. Age _50_ ; Approx. Height _6'2_ ; Approx. Weight _200_

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this
_13_ day of _March_, 20 _12_

_Doris F Collins_
Notary Public    (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Doris F Collins
My Commission EE108904
Expires 08/29/2015