Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0204

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--RJM Builders North, Inc.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida    ) ss.
County of: Palm Beach    )

**Name of Server:** Michael Rocco, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 29 day of February, 20 12, at 12:50 o'clock P. M

**Place of Service:** at 15340 Meadow Wood Drive, in Wellington, FL 33414

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
RJM Builders North, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is: Bill (Declined last Name), Managing Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Grey ; Facial Hair
Approx. Age 75 ; Approx. Height 5'6" ; Approx. Weight 150

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Michael Rocco
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this
3rd day of March, 20 12
Jonathan Levy
Notary Public        (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.