Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114546-0120

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--West Coast Drywall Construction Co.
Court Case No. 11-3023 Sect L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Collier )

**Name of Server:** Daniel McKeon, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 24th day of February, 20 12, at 12:45 o'clock P M

**Place of Service:** at 800 Harbour Drive, in Naples, FL 34103

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
West Coast Drywall Construction Co.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Judy Weeks paralegal to Craig Blume Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair N/A
Approx. Age 48 ; Approx. Height 5'10" ; Approx. Weight 145

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server Daniel McKeon
#157975
APS International, Ltd.

Subscribed and sworn to before me this 1st day of March, 20 12
Traci A. DeSalvo
Notary Public   (Commission Expires)

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1083