Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109397-0273

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gabourel's Construction, L.L.C.
Court Case No. 11-080 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _Jefferson_ )
Name of Server: _Roy Busiere_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _9_ day of _March_, 20 _12_, at _7:40_ o'clock _A_ M

Place of Service: at _1970 Giaise St._, in _Marrero, LA 70072_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;**
**Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;**
**Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;**
**Schedule 2; Schedule 3; Schedule 1; Schedule 2; Schedule 3**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Gabourel's Construction, L.L.C.**
By delivering them into the hands of an officer or managing agent whose name and title is: _Sam Gabourel's     owner_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _m_ ; Skin Color _white_ ; Hair Color _Bald_ ; Facial Hair _None_
Approx. Age _56_ ; Approx. Height _5'8"_ ; Approx. Weight _170_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Roy Busiere  LCPS# 0018_
Signature of Server

Subscribed and sworn to before me this _13th_ day of _March_, 20 _12_
_at death_
Notary Public        (Commission Expires)
_Dawn S. Gabef_
_Id 66726_

**APS International, Ltd.**