Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0240

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Adams Homes, LLC, National Registered Agents, Inc
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: *Alabama* ) ss.
County of: *Montgomery* )

**Name of Server:** *Glenn McDaniel*, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the *12* day of *April*, 20 *12*, at *12:15* o'clock *P* M

**Place of Service:** at 150 S. Perry Street, in Montgomery, AL 36401

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Adams Homes, LLC, National Registered Agents, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: *Cicillia Russell, Agent to Accept Service*

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex *F* ; Skin Color *White* ; Hair Color *Brown* ; Facial Hair *N*
Approx. Age *45* ; Approx. Height *5'8* ; Approx. Weight *140*

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*/s/ Glenn McDaniel*
Signature of Server

Subscribed and sworn to before me this *16* day of *April*, 20 *12*

*Diane West Melton*
Notary Public           (Commission Expires)

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: May 21, 2012
BONDED THRU NOTARY PUBLIC UNDERWRITERS

**APS International, Ltd.**