UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE - MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | |
| THIS DOCUMENT RELATES TO: ROBERT W. BLOCK, III, ET AL | * * * | |
| | * | |
| VERSUS | * * | JUDGE FALLON (L) |
| GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL | * * * * | |
| | * | MAG. WILKINSON (4) |
| CASE NO. 11-1363 | * | |

******************************************************

## ORDER

Having considered the motion to withdraw as counsel for JCT Construction Company, Inc.;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the motion of Douglas A. Kewley and the law firm of Gardner & Kewley, APLC, is GRANTED.

New Orleans, Louisiana, this 19th day of July, 2012.

_____
U.S. DISTRICT COURT JUDGE

*otw_766602_061812_dakacb#1F.wpd*