Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  115800-0041

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Aranda Homes, Inc
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4th** day of **April**, 20 **12**, at **11:14** o'clock **A** M

Place of Service: at **917 NE 7th St**, in **Cape Coral, FL  33909**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Aranda Homes, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **John Conti, Jr., Registered Agent**

Description of Person Receiving Documents:
Sex **M** ; Skin Color **White** ; Hair Color **Black** ; Facial Hair ___
Approx. Age **45-50**; Approx. Height **5'9"** ; Approx. Weight **180**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Barbara Gray*
Signature of Server  **#157153**

**APS International, Ltd.**

Subscribed and sworn to before me this **10th** day of **April**, 20 **12**

*Traci A. DeSalvo*
Notary Public          (Commission Expires)

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1728