Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0161

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Barney Core, Barney Core, Inc.
Court Case No. 12-0498 Section L

State of: Louisiana ) ss.
County of: Washington )

**Name of Server:** Roy Busiere, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4 day of April, 20 12, at 3:30 o'clock P M

**Place of Service:** at 44 Park Lane, in Folsom, LA 70452

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:**
**Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Barney Core, Barney Core, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is: Jerry Mahoney

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Gray ; Facial Hair none
Approx. Age 58 ; Approx. Height 5'7 ; Approx. Weight 190#

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Roy Busiere LCPS#0018
Signature of Server

Subscribed and sworn to before me this 10th day of April, 20 12.

Notary Public  (Commission Expires) @death

Dawn S. Gaby
IA 66736

APS International, Ltd.