Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0242

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bass Homes, Inc
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **BALDWIN** )

**Name of Server:** _Norris Armstrong_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _18th_ day of _April_, 20 _12_, at _10:10_ o'clock _A_ M

**Place of Service:** at _34661 Hwy 59 South_, in _Stapleton, AL 36578_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Bass Homes, Inc

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Rocky Willis   Sales-Design Consultant_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _Gray_ ; Facial Hair _None_
Approx. Age _50+_ ; Approx. Height _6-0_ ; Approx. Weight _240_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _20th_ day of _April_, 20 _12_

_Lily E. Herter_  06/24/2012
Notary Public   (Commission Expires)

**APS International, Ltd.**