Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0162

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Bayou Building Products, LLC
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **OUACHITA** )

Name of Server: **BARRY BONNER**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **10** day of **APRIL**, 20**12**, at **7:48** o'clock **P** M

Place of Service: at **104 Taylor Aveune**, in **Sterlington, LA 71280**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand; Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Bayou Building Products, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **GLENDA BRADFORD / OWNER**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **WHITE** ; Hair Color **BROWN** ; Facial Hair **N/A**
Approx. Age **49** ; Approx. Height **5'9"** ; Approx. Weight **160**
[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **13** day of **APRIL**, 20**12**

Notary Public   with life   (Commission Expires)
#052231

APS International, Ltd.