Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0047

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cape Cement and Supply, Inc
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4th day of April, 20 12, at 11:02 o'clock A M

**Place of Service:** at 926 SE 9th St, in Cape Coral, FL 33990

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Cape Cement and Supply, Inc

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Johnny Matthews, Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Grey ; Facial Hair ____
Approx. Age 45-50 ; Approx. Height 5'8" ; Approx. Weight 165

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray
Signature of Server  #157153

APS International, Ltd.

Subscribed and sworn to before me this 10th day of April, 20 12

Traci A. DeSalvo
Notary Public       (Commission Expires)

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1725