Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0168

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Central Drywall Contractors Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Hillsborough** )

**Name of Server:** __Jamie Snyder__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __16__ day of __April__, 20__12__, at __3:31__ o'clock __P__ M

**Place of Service:** at __10714 Florence Avenue, Ste. A__, in __Thonotosassa, FL 33592__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Central Drywall Contractors Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Christopher Scott, Vice President__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __Cauc__ ; Hair Color __Brown__ ; ~~Facial Hair~~ _____
Approx. Age __40 yrs__ ; Approx. Height __5'10"__ ; Approx. Weight __180 lbs__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.                                  __20__ day of __April__ , 20__12__

_____                              _____
Signature of Server                                    Notary Public       (Commission Expires)

**APS International, Ltd.**

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters