Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0185

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Creative Home Builders, LLC d/b/a Clipper Construction
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: St. Tammany )

**Name of Server:** Roy Busiere, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 21 day of April, 20 12, at 9:45 o'clock P M

**Place of Service:** at 109 Ellwood Circle, in Slidell, LA 70458

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand; Exhibit A; Exhibit B; Exhibit C

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Creative Home Builders, LLC d/b/a Clipper Construction**
By delivering them into the hands of an officer or managing agent whose name and title is: James Guarino JR    Owner

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex m ; Skin Color white ; Hair Color Brown ; Facial Hair none
Approx. Age 50-52 ; Approx. Height 5'9" ; Approx. Weight 170#

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Roy Busiere LCPS#0018
Signature of Server

Subscribed and sworn to before me this 26th day of APRIL, 20 12

Notary Public    (Commission Expires)
@ death

APS International, Ltd.

DAWN S. GABEL
NOTARY PUBLIC
STATE OF LOUISIANA
PARISH OF LIVINGSTON
NOTARY ID NO. 66723
MY COMMISSION EXPIRES AT DEATH