UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**************************************
**IN RE: CHINESE-MANUFACTURED**   *   **MDL NO. 2047**
**DRYWALL PRODUCTS LIABILITY**   *   **SECTION: L**
**LITIGATION**   *   **JUDGE FALLON**
                *   **MAG. JUDGE WILKINSON**
**************************************
**THIS DOCUMENT RELATES TO:**   *
**ALL CASES AND**   *
                *
*Richard and Constance Almeroth, et al. v.*   *
*Taishan Gypsum Co., Ltd., f/k/a Shandong*   *
*Taihe Dongxin Co., Ltd., et al.*   *
**Case No. 12-0498 (E.D.La.)**   *
                *
**************************************

## ORDER

Upon consideration of the Ex Parte Motion to Substitute Plaintiff;

IT IS HEREBY ORDERED BY THE COURT that said motion is GRANTED. Laura Prosser Davis, as Administrator of the Estate of Charles Harris Prosser, Deceased, is deemed substituted in place of Charles Harris Prosser as the plaintiff of record for the property located at 725 Navarre Avenue, New Orleans, Louisiana 70124.

New Orleans, Louisiana, this 19th day of July, 2012.

_____
Eldon E. Fallon
United States District Court Judge