Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0244  –362?

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--D & K GCB, Inc

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 12-0498 Section L

State of: AL ) ss.
County of: Jefferson )

Name of Server: **Bill Isbell**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **28** day of **May**, 20 **12**, at **7:30** o'clock **P** M

Place of Service: at ~~5105 Skylard Drive~~ **8455 Shari't Dairy Road**, in ~~Birmingham, AL 35244~~
**Gardendale, Al 35071-3180**

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**D & K GCB, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: **Bill Isbell**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Gray**; Facial Hair **Beard**
Approx. Age **64**; Approx. Height **5'9"**; Approx. Weight **175**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Bill Isbell*
Signature of Server

Subscribed and sworn to before me this **29** day of **May**, 20 **12**

*Martha Moore*
Notary Public                  (Commission Expires)

MARTHA MOORE
NOTARY PUBLIC
ALABAMA, STATE AT LARGE
MY COMMISSION EXPIRES 05-21-2014

**APS International, Ltd.**