UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : 
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO** *Almeroth v. Taishan Gypsum Co., Ltd.*, Case No. 12-0498

The Court received and reviewed the attached responsive pleadings from defendant Allen Pigg in the above-captioned matter. Because these pleadings contain sensitive information, IT IS ORDERED that these pleadings are entered into the record UNDER SEAL.

New Orleans, Louisiana this 19th day of July 2012.

U.S. District Judge