Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  115800-0264

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Ebbtide Investment Group, LLC
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __VIRGINIA__                  ) ss.
County of: __City of Norfolk__ )

Name of Server: __Ryan Rodriguez__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __18th__ day of __April__, 20 __12__ at __1:12__ o'clock __P__ M

Place of Service: at __4101 Granby Street, Suite 206__, in __Norfolk, VA  23510__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Ebbtide Investment Group, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Bruce Gould, Registered agent__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __Brown__ ; Facial Hair __No__
Approx. Age __50-55__ ; Approx. Height __6ft 4in__ ; Approx. Weight __200lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __24th__ day of __April__, 20 __12__

_____    __4-30-2014__
Notary Public            (Commission Expires)

**APS International, Ltd.**



TEENA MARIE DRISKELL
NOTARY PUBLIC
REG. # 260501
MY COMMISSION EXPIRES
Apr. 30, 2014
COMMONWEALTH OF VIRGINIA