Richard and Constance Almeroth, et. al., Plaintiff(s)
  vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0052

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Elias Brothers Group Construction, Inc
    Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Collier )

Name of Server: **Daniel McKean**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4th** day of **April**, 20 **12**, at **3:30** o'clock **P** M

Place of Service: at **3570 Enterprise Avenue, Ste 100**, in **Naples, FL 34104**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
**Elias Brothers Group Construction, Inc**

Person Served, and Method of Service:
By delivering them into the hands of an **Admin Asst.** whose name and title is: **Laurie Schab, Administrative Assistant**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex ___ ; Skin Color **white** ; Hair Color **Blonde**; Facial Hair ___
Approx. Age **45** ; Approx. Height **6'0"** ; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_ #157975
Signature of Server

Subscribed and sworn to before me this **13th** day of **April**, 20 **12**
_signature_ Traci A. DeSalvo
Notary Public    (Commission Expires)

**APS International, Ltd.**

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1708