Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0063

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J&A Stucco Drywall, Inc, f/k/a J&A Brothers Drywall & Stucco, Inc
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hendry )
Name of Server: Edwin S. Cintron, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 4th day of April, 20 12, at 3:05 o'clock P M

Place of Service: at 60 Clark Street, in Labelle, FL 33935

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**J&A Stucco Drywall, Inc, f/k/a J&A Brothers Drywall & Stucco, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: Juan Perez, Registered Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M; Skin Color Tan; Hair Color Brown; Facial Hair ___
Approx. Age 45; Approx. Height 5'6"; Approx. Weight 230

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_ # 90021
Signature of Server

Subscribed and sworn to before me this 10th day of April, 20 12

_[signature]_ Traci A. DeSalvo
Notary Public     (Commission Expires)

**APS International, Ltd.**

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1704