Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0296

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--J&H Sheetrock
Court Case No. 12-0498 Section L

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )
Name of Server: _Roy Busiere_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _18_ day of _April_, 20_12_, at _5:12_ o'clock _P_ M

Place of Service: at 37590 Rio St., in Slidell, LA 70458

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
J&H Sheetrock
By delivering them into the hands of an officer or managing agent whose name and title is: _Personal Service, Jorge Villareal, Co-owner_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_; Skin Color _white_; Hair Color _Gray_; Facial Hair _No_
Approx. Age _60_; Approx. Height _5'5"_; Approx. Weight _170_

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Roy Busiere_
Signature of Server
LCPS#0018
APS International, Ltd.

Subscribed and sworn to before me this
_23rd_ day of _April_, 20_12_

_Janis B. Goodale_
Notary Public   (Commission Expires)
@ death

JANIS B. GOODALE, NOTARY NO. 90864