Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0290

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Meeks Drywall & Stucco, Inc
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **12th** day of **April**, 20**12**, at **6:10** o'clock **P** M

Place of Service: at **1810 NE 16th Place**, in **Cape Coral, FL 33917**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand; Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Meeks Drywall & Stucco, Inc**
By delivering them into the hands of a **spouse of Registered Agent** whose name and title is: **Janice Combs as spouse of the Registered Agent Willie Combs at their residence**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair
Approx. Age **45-50**; Approx. Height **5'4"**; Approx. Weight **165**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Barbara Gray**
Signature of Server  #157153

Subscribed and sworn to before me this **14th** day of **April**, 20**12**

**Traci A. DeSalvo**
Notary Public         (Commission Expires)

APS International, Ltd.

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1905