Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0067

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Paul Homes Inc, a/k/a Management Services of Lee County Inc
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )
Name of Server: __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __4th__ day of __April__, 20 __12__, at __10:00__ o'clock __A__ M

Place of Service: at __4524 SE 16th Place, #2C__, in __Cape Coral, FL 33904__

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand; Exhibit A; Exhibit B; Exhibit C

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Paul Homes Inc, a/k/a Management Services of Lee County Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: __Linda Paul, Vice President__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Blonde__ ; Facial Hair ____
Approx. Age __45-50__ ; Approx. Height __5'4"__ ; Approx. Weight __140__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Barbara Gray__
Signature of Server  #157153

APS International, Ltd.

Subscribed and sworn to before me this __10th__ day of __April__, 20 __12__

__Traci A. DeSalvo__
Notary Public        (Commission Expires)

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1735