Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0268

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Preserve Development, LLC
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __VIRGINIA__ ) ss.
County of: __CITY OF NORFOLK__ )

**Name of Server:** __BARRY DRISKELL__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __19TH__ day of __MAY__, 20 __12__, at __5:17__ o'clock __P__ M

**Place of Service:** at __213B 65th Street__, in __Virginia Beach, VA 23451__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Preserve Development, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: __JEFFREY J. WERMERS AS REGISTERED AGENT__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __WHITE__ ; Hair Color __BROWN__ ; Facial Hair __YES__
Approx. Age __45__ ; Approx. Height __6'0"__ ; Approx. Weight __170 LBS__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __19th__ day of __May__, 20 __12__

Notary Public      4-30-2014 (Commission Expires)

APS International

TEENA MARIE DRISKELL
NOTARY PUBLIC
REG. # 268501
MY COMMISSION EXPIRES
April 30, 2014
COMMONWEALTH OF VIRGINIA