Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0236

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Riverside Bank of the Gulf Coast

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 12-0498 Section L

State of: **Florida** ) ss.
County of: **Lee** )
Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **9th** day of **April**, 20 **12**, at **11:30** o'clock **A** M

Place of Service: at **521 Del Prado Blvd. S.**, in **Cape Coral, FL 33990-2618**

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Riverside Bank of the Gulf Coast**
By delivering them into the hands of a **Customer Service**, whose name and title is: **Marti Stull, Customer Service at Capital Bank** ✱

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair ___
Approx. Age **35-40** Approx. Height **5'4"**; Approx. Weight **165**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Barbara Gray*
Signature of Server #157153

Subscribed and sworn to before me this **13** day of **April**, 20**12**

*Traci A. DeSalvo*
Notary Public    (Commission Expires)

APS International, Ltd.

✱ - Marti Stull said TIB Bank bought Riverside Bank and changed the name to Capital Bank

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1800