Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0069

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--RJL Drywall
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Donald Skipper II**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **14th** day of **May**, 20 **12**, at **9:30** o'clock **A** M

Place of Service: at **8181 Bayshore Road**, in **Fort Myers, FL 33917**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**RJL Drywall**
By delivering them into the hands of an officer or managing agent whose name and title is: **Lawrence Fitch, Registered Agent**

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex **M**; Skin Color **white**; Hair Color **Black/gray**; Facial Hair ___
Approx. Age **50-60**; Approx. Height **6'0"**; Approx. Weight **200**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

*[signed] Donald Skipper II #15719*
Signature of Server

Subscribed and sworn to before me this **14th** day of **May**, 20 **12**

*[signed] Marcia L McEvers*
Notary Public (Commission Expires)
MARCIA L. MCEVERS
MY COMMISSION # DD 965985
EXPIRES: March 3, 2014
Bonded Thru Budget Notary Services

**APS International, Ltd.**

1707