Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0225

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--R.L. Stockett & Associates, LLC
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Arizona ) ss.
County of: Maricopa )

**Name of Server:** Murray Kuzek, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 24 day of April, 20 12, at 1:30 o'clock AM

**Place of Service:** at 500 Easy Street, Suite 140, in Carefree, AZ 85377

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
R.L. Stockett & Associates, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Jane Doe, who refused to give true name, Receptionist

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Gray ; Facial Hair ___
Approx. Age 60 ; Approx. Height ___ ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ M. Kuzek_
Signature of Server

Subscribed and sworn to before me this 24 day of April, 20 12

_Angelina M. Robles_   4-28-13
Notary Public   (Commission Expires)

APS International, Ltd.

**OFFICIAL SEAL**
ANGELINA M. ROBLES
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Exp. April 28, 2013