Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 115800-0301

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Robert Nicholas, DBA Robert Nicholas Drywall
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: AL ) ss.
County of: Mobile )

**Name of Server:** Tom McCall, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 9 day of May, 20 12, at 4:05 o'clock P M

**Place of Service:** at 8761 Wilmer Georgetown Rd, in Wilmer, AL 36587

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:**
A true and correct copy of the aforesaid document(s) was served on:
**Robert Nicholas, DBA Robert Nicholas Drywall**

**Person Served, and Method of Service:**
☑ By personally delivering them into the hands of the person to be served.
☐ By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Robert Nicholas, DBA Robert Nicholas Drywall** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color brown ; Facial Hair _____
Approx. Age 37 ; Approx. Height 5'10" ; Approx. Weight 170

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom McCall_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 10 day of May, 20 12

_Martha Moore_
Notary Public          (Commission Expires)

MARTHA MOORE
NOTARY PUBLIC
ALABAMA, STATE AT LARGE
MY COMMISSION EXPIRES 05-21-2014