Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0253

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Simpson-Davis Development, LLC
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Alabama ) ss.
County of: Jefferson )

**Name of Server:** Daniel Moore, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 24 day of April, 20 12, at 7:50 o'clock P M

**Place of Service:** at 2400 Shades Crest Road, in Vestavia Hills, AL 35216

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Simpson-Davis Development, LLC
By delivering them into the hands of an officer or managing agent whose name and title is: Owner

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Brown ; Facial Hair n/a
Approx. Age 30 ; Approx. Height 6'1 ; Approx. Weight 180

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Daniel Moore*
Signature of Server

Subscribed and sworn to before me this 27 day of April, 20 12
*Martha Moore*
Notary Public     (Commission Expires)

**APS International, Ltd.**

MARTHA MOORE
NOTARY PUBLIC
ALABAMA, STATE AT LARGE
MY COMMISSION EXPIRES 05-21-2014