Richard and Constance Almeroth, et. al., Plaintiff(s)
  vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0078

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Haskell Company
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __FLORIDA__ ) ss.
County of: __DUVAL__ )
Name of Server: __DENNIS BARTILUCCI__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __4__ day of __MARCH__, 20__12__, at __1:30__ o'clock __P__ M

Place of Service: at __111 Riverside Avenue__, in __Jacksonville, FL 32231-4100__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**The Haskell Company**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __AMANDA LENO, MANAGER__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __BROWN__ ; Facial Hair __O__
Approx. Age __30__ ; Approx. Height __5'1"__ ; Approx. Weight __105__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this __9__ day of __April__, 20__12__

Notary Public __Natashia Skye McCarty__   (Commission Expires)

NATASHIA SKYE MCCARTY
MY COMMISSION #DD881310
EXPIRES: APR 16, 2013
Bonded through 1st State Insurance