**Richard and Constance Almeroth, et. al., Plaintiff(s)**
vs.
**Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)**



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0235

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Touchstone at Rapallo, Inc, c/o Kathleen C. Passidomo, Esq.

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 12-0498 Section L

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Daniel McKean**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **6th** day of **April**, 20 **12**, at **11:55** o'clock **A** M

**Place of Service:** at **2390 Taamiami Trail N., #204**, in Naples, FL 34103

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand; Exhibit A; Exhibit B; Exhibit C**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Touchstone at Rapallo, Inc, c/o Kathleen C. Passidomo, Esq.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Vicki Durand, Legal Assistant**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **Blonde**; Facial Hair ____
Approx. Age **58**; Approx. Height **5'8"**; Approx. Weight **140**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Daniel McKean_ # 157975
Signature of Server

Subscribed and sworn to before me this **13** day of **April**, 20 **12**

_Traci DeSalvo_
Notary Public   (Commission Expires)

APS International, Ltd.

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1799