7800 Glenroy Road
Minneapolis, MN 55439
APS File #: 115800-0306

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--WCS Construction, Inc., c/o William C Silver, Agent
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Collier )

Name of Server: Daniel McKeon, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 19th day of June, 20 12, at 5:28 o'clock P M

Place of Service: at 4765 16TH ST. N.E, in Naples, FL 34120

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
WCS Construction, Inc., c/o William C Silver, Agent

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: William Silver, Registered Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Brown ; Facial Hair ____
Approx. Age 52 ; Approx. Height 5'8" ; Approx. Weight 185

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server  #167975

Subscribed and sworn to before me this 22 day of June, 20 12

_____
Notary Public   (Commission Expires)

APS International, Ltd.

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015