Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0268

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Wermers Development, LLC
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __VIRGINIA__ ) ss.
County of: __CITY OF NORFOLK__ )

**Name of Server:** __BARRY DRISKELL__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __19TH__ day of __MAY__, 20 __12__, at __5:17__ o'clock __P__ M

**Place of Service:** at __213B 65th Street__, in __Virginia Beach, VA 23451__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Wermers Development, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __JEFFREY J. WERMERS - AS REGISTERED AGENT__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __WHITE__ ; Hair Color __BROWN__ ; Facial Hair __YES__
Approx. Age __45__ ; Approx. Height __6'0"__ ; Approx. Weight __170 LBS__

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __19th__ day of __May__, 20 __12__

_____
Notary Public     (Commission Expires) 4-30-2014

APS International

[Notary Seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 268501, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]