Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0093

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Woodland Enterprises, Inc., c/o William F. Gache, Jr.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Palm Beach )

**Name of Server:** Michael Rocco, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5th day of April, 20 12, at 11:10 o'clock A. M

**Place of Service:** at 15592 Jupiter Farms Road, in Jupiter, FL 33478

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Woodland Enterprises, Inc., c/o William F. Gache, Jr.
By delivering them into the hands of an officer or managing agent whose name and title is: Jennifer Townsend, Managing Agent / Office Manager

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex 45 ; Skin Color White ; Hair Color Brown ; Facial Hair
Approx. Age 45 ; Approx. Height 5'9" ; Approx. Weight 145

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Michael Rocco
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this
6th day of April, 20 12

Jonathan Levy
Notary Public      (Commission Expires)



JONATHAN LEVY
MY COMMISSION # EE182091
EXPIRES March 22, 2016
FloridaNotaryService.com