Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al.,
Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

# AFFIDAVIT OF SERVICE ON A CORPORATION
-- Wyman Stokes
**Court Case No. 12-0498 Section L**

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File: CDW XIV

State of: Florida ) ss.
County of: Lee )

**Name of Server:** x Raymond V. Laakso, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 4-4-12 @ 11:05 am

**Place of Service:** at 9340 College Parkway, city of Fort Myers, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
**Wyman Stokes**
By delivering them into the hands of an officer or managing agent whose name and title is
**Brett Stokes, Office Manager**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color brown ; Facial Hair ___
Approx. Age 40 ; Approx. Height 6'0" ; Approx. Weight 190

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #157154

Subscribed and sworn to before me this 14th day of April, 20 12

Traci A. DeSalvo
Notary Public     (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1716