UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED      MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY     SECTION: L
LITIGATION     JUDGE FALLON
    MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:     CASE NO.: 12-0498

RICHARD and CONSTANCE ALMEROTH,
individually, and on behalf of all others similarly
situated, et al. v. TAISHAN GYPSUM CO., LTD, ET AL.
_____/

### DEFENDANT, MILTON CONSTRUCTION COMPANY'S, RESPONSE AND OPPOSITION TO PLAINTIFFS' SECOND OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT

Defendant, MILTON CONSTRUCTION COMPANY, by and through its undersigned counsel moves this Honorable Court with and files its Response and Opposition to Plaintiffs' Second Omnibus Motion for Preliminary Default Judgment and states the following:

1. Defendant, MILTON CONSTRUCTION COMPANY, was served with Plaintiffs' Omnibus Class Action Complaint on April 12, 2012.

2. On May 2, 2012, Defendant, MILTON CONSTRUCTION COMPANY, served its Notice of Appearance in the above matter. See Notice of Appearance attached hereto as Exhibit "A".

3. On June 1, 2012, Defendant, MILTON CONSTRUCTION COMPANY filed its Motion to Dismiss in response to Plaintiff's Omnibus Class Action Complaint. See Motion to Dismiss, Memorandum of Law, Notice of Submission, Proposed Order and Notice of Electronic Filing for U.S. District Court, Eastern District of Louisiana attached hereto as Exhibit "B".

4. Defendant, MILTON CONSTRUCTION COMPANY, is not in default with respect to the above matter and complied by serving a response to the Omnibus Class Action Complaint.

Respectfully submitted,
FULMER LeROY ALBEE BAUMANN, P.L.C.
Attorneys for Defendant,
MILTON CONSTRUCTION COMPANY
2866 East Oakland Park Boulevard
Fort Lauderdale, FL  33306
(954) 707-4430  phone
(954) 707-4431  fax


BY: /s/ *Gary F. Baumann*
            GARY F. BAUMANN
            Fla. Bar. No.:  089052

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2012, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller by e-mail and e-mail upon all parties by electronically uploading same to Lexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

BY: /s/ *Gary F. Baumann*  
GARY F. BAUMANN