UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |
| THIS DOCUMENT RELATES TO: | CASE NO.: 12-0498 |

RICHARD and CONSTANCE ALMEROTH,
individually, and on behalf of all others similarly
situated, et al. v. TAISHAN GYPSUM CO., LTD, ET AL.
_____/

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT, MILTON CONSTRUCTION COMPANY

COMES NOW, the undersigned law firm of Fulmer, LeRoy, Albee, Baumann, P.L.C. which hereby files its Notice of Appearance as counsel on behalf of Defendant, MILTON CONSTRUCTION COMPANY. It is respectfully requested that all pleadings, documents and correspondence be served upon the undersigned counsel in connection with these actions

Respectfully submitted,

FULMER LeROY ALBEE BAUMANN, P.L.C.
Attorneys for Defendant,
MILTON CONSTRUCTION COMPANY
2866 East Oakland Park Boulevard
Fort Lauderdale, FL 33306
(954) 707-4430 phone
(954) 707-4431 fax

BY: /s/ *Gary F. Baumann*
      GARY F. BAUMANN
      Fla. Bar. No.: 089052

Exhibit A

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2012, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller by e-mail and e-mail upon all parties by electronically uploading same to Lexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

BY: /s/ Gary F. Baumann
GARY F. BAUMANN

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
For a formatted copy of this information, obtain a transaction report.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

**TIP:** Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 44021701 |
| **Submitted by:** | Dee Caleca, Fulmer LeRoy Albee Baumann & Glass |
| **Authorized by:** | Gary Francis Baumann, Fulmer LeRoy Albee Baumann & Glass |
| **Authorize and file on:** | May 2 2012 1:36PM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Chinese Drywall |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Products Liability-Chinese Drywall |
| **Case Type:** | Chinese Drywall |
| **Case Number:** | 2:12cv00498 |
| **Case Name:** | Almeroth et al vs Taishan Gypsum Co Ltd et al |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | Almeroth v. Milton |
| **Read Status for e-service:** | Not Purchased |

**Documents List**
**1 Document(s)**
Attached Document, 2 Pages   Document ID: 48126129                                        PDF Format | Original Format

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Public | $0.00 | |

**Document title:**
Notice of Appearance

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Milton Construction Co | Defendant | Baumann, Gary Francis | Fulmer LeRoy Albee Baumann & Glass | Attorney in Charge |

⊞ **Recipients (1235)**

⊞ **Service List (1235)**

⊟ **Additional Recipients (0)**

⊞ **Case Parties**

[ Begin a New Transaction ]   [ Return to My File & Serve ]   [ Print ]   [ Transaction Report ]


About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2012 LexisNexis®, a division of Reed Elsevier Inc. All rights reserved.

**Notices**

2:09-md-02047-EEF-JCW In Re: Chinese-Manufactured Drywall Products Liability Litigation

APPEAL,CLASS_REQUESTED,DRYWALL,MASTER,PROTO,SPMAST

## U. S. District Court

### Eastern District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered by Baumann, Gary on 5/2/2012 at 1:39 PM CDT and filed on 5/2/2012
**Case Name:** In Re: Chinese-Manufactured Drywall Products Liability Litigation
**Case Number:** 2:09-md-02047-EEF-JCW
**Filer:** Defendant
**Document Number:** 14139

**Docket Text:**
**NOTICE of Appearance by Gary F. Baumann on behalf of Defendant. (Reference: 12-0948) (Baumann, Gary)**

**2:09-md-02047-EEF-JCW Notice has been electronically mailed to:**

Judy Y. Barrasso    jbarrasso@barrassousdin.com, ccosse@barrassousdin.com

Kerry J. Miller    kmiller@frilot.com, scavet@frilot.com

Leonard A. Davis    ldavis@hhkc.com, acatalanotto@hhkc.com, bblisard@hhkc.com, jepstein@hhkc.com, lflemming@hhkc.com

Lynn C Greer    lgreer@browngreer.com, adwyre@browngreer.com, kclarke@browngreer.com, tblankenship@browngreer.com

Phillip A. Wittmann    pwittmann@stonepigman.com, btigchelaar@stonepigman.com, cmolony@stonepigman.com, pblackman@stonepigman.com

Robert Murray Johnston    rmj@ahhelaw.com, gwh@ahhelaw.com, jmc@ahhelaw.com

Russ M. Herman    rwestenfeld@hhkc.com

**2:09-md-02047-EEF-JCW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=5/2/2012] [FileNumber=5715265-0]
[a6f9cd9ff873e0fea266015fddbf45bd57e9e9e4e5d9817668913602c8b2b130e8c4
ad42346f0035faea297fa6f205aae885dc57a0449fd6f284860d960ae001]]