UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |
| *Almeroth v. Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al*     Case No. 2:12-cv-0498 | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

Please take notice that Andrew A. Braun, Daniel G. Rauh, and Victoria E. Emmerling of the law firm of Gieger, Laborde & Laperouse, LLC, in accordance with Pretrial Order Numbers 1F and 1G, are entering an appearance for Defendant, Devon International Industries, Inc., doing business as Devon Building Materials in the above-numbered and entitled matter.  This filing does not constitute consent to jurisdiction or venue in the United States District Court for the Eastern District of Louisiana.  Further, this filing does not constitute a waiver of any rights and/or defenses, including, but not limited to, lack of personal jurisdiction, lack of subject matter jurisdiction and improper venue and all rights and/or defenses are expressly reserved.

[signature block on next page]

Respectfully submitted,

/s/ Victoria E. Emmerling
ANDREW A. BRAUN (#3415)
E-Mail: abraun@glllaw.com
DANIEL G. RAUH (#27280)
E-Mail: drauh@glllaw.com
VICTORIA E. EMMERLING (#33117)
E-Mail: temmerling@glllaw.com
Gieger, Laborde & Laperouse, LLC
One Shell Square – Suite 4800
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 25th day of July, 2012.

/s/ Victoria E. Emmerling