007028.000004

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO:<br><br>Hobbie, et al. v. RCR Holdings II, LLC, et al.<br>No. 10-1113 | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

_____/

## COASTAL CONSTRUCTION OF SOUTH FLORIDA, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S JOINT MOTION FOR ENTRY OF CASE MANAGEMENT ORDER

COASTAL CONSTRUCTION OF SOUTH FLORIDA, INC. (Coastal), by and through undersigned counsel, hereby files its Response in Opposition to Plaintiff's Joint Motion for Entry of a Case Management Order [Rec. Doc. No. 15297] and moves this Court to deny entry of the Case Management Order filed by the Plaintiffs and has attached and filed a Memorandum of Law in support of this response and opposition.

WHEREFORE, Defendant, Coastal, respectfully requests that the Court deny entry of Plaintiff's Proposed Case Management Order.

Respectfully submitted,

Dated: July 25, 2012

/s/ Addison J. Meyers
Addison J. Meyers, Esq.
Fl Bar No. 267041
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon

1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:  305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

/s/ Gina E. Romanik
Gina E. Romanik, Esq.
Fl Bar No. 154334
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:  305-774-9966
Fax:  305-774-7743
gromanik@defensecounsel.com

/s/ Brian A. Eves
Brian A. Eves, Esq.
FL Bar No. 43794
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:  305-774-9966
Fax:  305-774-7743
beves@defensecounsel.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**  that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 25th day of July, 2012.

/s/ Addison J. Meyers
Addison J. Meyers