007028.000004

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No. 2047**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>Hobbie, et al. v. RCR Holdings II, LLC, et al.<br>No. 10-1113 | |

_____/

## ORDER ON PLAINTIFFS' JOINT MOTION FOR ENTRY OF CASE MANAGEMENT ORDER

THIS CAUSE having come before this Honorable Court on Plaintiffs' Joint Motion for Entry of Case Management Order [Rec. Doc. No. 15297], said Motion is hereby DENIED at this time, without prejudice, on this _____ day of _____, 2012.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1769531