UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Almeroth, et al., v. Taishan Gypsum Co.*, Case No.2:12-cv-00498 (E.D.La.) | |

## ORDER

AND NOW, on this _____ Day of _____, 2012, upon consideration of Plaintiffs' Steering Committee's motion to withdraw and strike unopposed motion to substitute parties, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED. The clerk is hereby directed to strike the unopposed motion to substitute parties. Rec. doc. # 15419.

This _____ day of _____, 2012, at New Orleans, Louisiana.

_____
ELDON E. FALLON
United States District Court Judge

1