UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Cassidy, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*,<br>Case No.: 11-cv-3023 (E.D.La.) | |

**THOMAS E. KENNEY'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT, H & S DRYWALL, INC.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, Thomas E. Kenney, hereby dismisses, without prejudice, all of his claims against H & S Drywall, Inc., in the *Cassidy* Complaint, reserving his rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Thomas E. Kenney shall continue to pursue his claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Matthew C. Gaughan, counsel for Thomas E. Kenney, dated July 25, 2012 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: July 26, 2012                /s/ Russ M. Herman
                                            Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice of Voluntary Dismissal has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26 th day of July, 2012.

       /s/ Leonard A. Davis_____
       Leonard A. Davis, Esquire
       HERMAN, HERMAN, KATZ, LLC
       820 O'Keefe Avenue
       New Orleans, Louisiana 70113
       Phone: (504) 581-4892
       Fax: (504) 561-6024
       LDavis@hhklawfirm.com
       Plaintiffs' Liaison Counsel
       MDL 2047