UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

*Payton, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:09-cv-07628 (E.D.La.)

*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.*, Case No. 2:10-cv-00361 (E.D.La.)

*Gross, et al. v. Knauf Gips KG, et. al.*, Case No. 2:09-cv-6690 (E.D.La.)

*Rogers, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:10-cv-00362 (E.D.La.)

*Abel, et. al. v. Taishan Gypsum Co., Ltd.., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*, Case No. 2:11-cv-080 (E.D.La.)

*Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG*, Case No. 2:11-cv-252 (E.D.La.)

*Haya, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-cv-1077 (E.D.La.)

*Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No. 11-cv-1363 (E.D.La.)

## AMENDED ENTRY OF PRELIMINARY DEFAULT

UPON APPLICATION OF PLAINTIFFS and upon Declaration that the defendants listed in Exhibit A have failed to plead or otherwise defend the action,

IT IS HEREBY ORDERED that preliminary default be and the same is hereby entered against these defendants in the above numbered and captioned actions.

By the Court,

_____
                                            J.

# EXHIBIT "A"

| *PAYTON, ET AL. V. KNAUF GIPS KG, ET. AL.*<br>CASE NO. 2:09-CV-07628 (E.D.LA.)<br>**DEFENDANTS WHO ARE IN DEFAULT** | | |
|---|---|---|
| DEFENDANT | SERVICE WAS MADE | COMMENTS |
| Ace Drywall<br>22214 Hoffman Road<br>Mandeville, LA 70471 | 2/4/10 | |
| Adam Carpenter<br>102 Chinchuba Gardens Dr.<br>Mandeville, LA 70471 | 2/3/10 | |
| Alana Development Corporation<br>56 Sandpiper Drive<br>St. Augustine, FL 32086 | 2/23/10 | |
| Alternative Source, Inc.<br>503 S. Holly St.<br>Hammond, LA 70403 | 3/30/10 | |
| Anthony Raggs<br>10810 NW 19th Avenue<br>Miami, FL 33167 | 2/4/10 | |
| Anthony Skrmetti<br>96 Daniels Way<br>Saucier, MS 39574 | 2/6/10 | |
| Arizen Homes, Inc.<br>3905 N.W. 122nd Terrace<br>Sunrise, FL 33323 | 5/6/10 | |
| BDG Waterstone, LLC<br>AGI Registered Agents, Inc.<br>1000 Brickell Avenue, Ste. 300<br>Miami, FL 33131 | 2/5/10 | |
| Belmont Lakes Investments, LLC<br>10100 West Sample Road, Suite 205<br>Coral Springs, FL 33065 | 2/3/10 | |
| Bonita Beachwalk, LLC<br>1955 Mission Drive<br>Naples, FL 34109 | 7/15/10 | |
| Bove Company<br>Hathaway & Reynolds, PA<br>115 Professional Drive<br>Suite 101<br>Ponte Vedra Beach, FL 32092 | 2/5/10 | |
| Brian Papania<br>22074 Baily Lane<br>Picayune, MS 39466 | 2/9/10 | |
| Centurion Homes of Louisiana, LLC<br>210 Eydie Lane<br>Slidell, LA 70458 | 2/22/10 | |

1

| *PAYTON, ET AL. V. KNAUF GIPS KG, ET. AL.* |||
|---|---|---|
| CASE NO. 2:09-CV-07628 (E.D.LA.) |||
| **DEFENDANTS WHO ARE IN DEFAULT** |||
| **DEFENDANT** | **SERVICE WAS MADE** | **COMMENTS** |
| Chris Billot<br>70269 7th Street<br>Covington, LA 70433 | 2/8/10 | |
| Craftsmen Builders, Inc.<br>737 E. Atlantic Blvd.<br>Pompano Beach, FL 33060 | 2/10/10 | |
| David Ray Gavins<br>960 Riverview Drive<br>Biloxi, MS 39532-3302 | 2/5/10 | |
| Design Contractors, LLC<br>40177 Bordeaux St.<br>Prairieville, LA 70769 | 2/4/10 | |
| Drywall Service<br>20257 Dan Walker Rd.<br>Saucier, MS 39574 | 2/5/10 | |
| Drywall Service, Inc.<br>306 McSween Road<br>Picaune, MS 39466 | 2/4/10 | |
| E.B. Developers, Inc.<br>Kodsi Law Firm PA<br>701 W. Cypress Creek Road, 3rd Floor<br>F.t Lauderdale, FL 33309 | 2/3/10 | |
| Elite Construction Co. SW Inc.<br>350 Emerald Forest Blvd<br>Covington, LA 70433 | 5/27/10 | |
| Enchanted Homes, Inc.<br>11915 King James Court<br>Cape Coral, FL 33991 | 2/5/10 | |
| Executive Home Builders, LLC<br>12040 Niece Rd. St.<br>Amant, LA 70774 | 2/8/10 | |
| First Choice Drywall Services, Inc.<br>26690 Bridgeport Lane<br>Bonita Springs, FL 34125 | 2/23/10 | |
| First Construction Corporation<br>1344 Villere St<br>Mandeville, LA 70448 | 3/12/10 | |
| Fusion Building Concepts, Inc.<br>701 North Lake Davis Drive<br>Orlando, FL 32806 | 10/8/10 | |
| Garram Homes, Inc.<br>999 Ponce De Leon Blvd.  720<br>Coral Gables, FL 33134 | 2/26/10 | |

| *PAYTON, ET AL. V. KNAUF GIPS KG, ET. AL.*<br>CASE NO. 2:09-CV-07628 (E.D.LA.)<br>**DEFENDANTS WHO ARE IN DEFAULT** | | |
|---|---|---|
| **DEFENDANT** | **SERVICE WAS MADE** | **COMMENTS** |
| Gateway Drywall, Inc.<br>3091 SE Jay Street<br>Stuart, FL 34997 | 2/4/10 | |
| Genesis Residential Group, Inc<br>200 Central Ave., #290<br>Saint Petersburg, FL 33701 | 2/4/10 | |
| George Meza<br>4824 Belle Drive<br>Metarie, LA 70006 | 2/10/10 | |
| Gooden Homes, LLC<br>201 S. Charles Ave.<br>40th Floor<br>New Orleans, LA 70170 | 7/12/10 | |
| Greystoke Homes at South Point II LLC<br>Corporate Creations Network, Inc.<br>11380 Prosperity Farms Road #221E<br>Palm Beach Gardens, FL  33410 | 2/4/10 | |
| Gwen Core<br>44 Park Lane<br>Folsom, LA 70137 | 2/23/10 | |
| H & H Custom Homebuilders<br>312 Primrose Lane<br>Covington, LA 70433 | 6/16/10 | |
| Hutchinson Homes, Inc.<br>12 Woodgrove Circle<br>Fairhope, AL 36533 | 2/10/10 | |
| J&H Distributers<br>551 Evergreen Dr.<br>Mandeville, LA 70448 | 6/16/10 | |
| John Eschete<br>22214 Hofman Road<br>Mandeville, LA 70471 | 2/4/10 | |
| Jon A. Wilder, Inc.<br>1212 Central Ave. S.<br>Flagler Beach, FL 32136 | 2/5/10 | |
| JP Drywall, LLC<br>100 Wood Rose Lane<br>Wake Forest, NC 27587 | 2/5/10 | |
| JST Properties, LLC of Mississippi<br>181 Wiegand Drive<br>Westwego, LA 70094 | 2/22/10 | |
| Just-Rite Supply<br>Corporation Service Company<br>506 South President Street<br>Jackson, MS 39201 | 2/4/10 | |

3

| | | |
|---|---|---|
| *PAYTON, ET AL. V. KNAUF GIPS KG, ET. AL.* | | |
| CASE NO. 2:09-CV-07628 (E.D.LA.) | | |
| **DEFENDANTS WHO ARE IN DEFAULT** | | |

| DEFENDANT | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Land Resources LLC<br>504 Gulf Street<br>Venice, FL 34285 | 10/4/10 | |
| Las Playas LLC<br>2655 Lejeaune Rd.<br>Suite 514<br>Coral Gables, FL 33134 | 2/5/10 | |
| Last Minute Properties, LLC<br>215 St. Ann Dr., Ste. 3<br>Mandeville, LA 70741 | 2/4/10 | |
| Louran Gips KG<br>414 SW Dalton Circle<br>Port St. Lucie, FL 34953 | 2/6/10 | |
| Lucra Investments, Inc.<br>47 S. Main Street<br>Driggs, ID 83422 | 3/30/10 | |
| Manuel Gonzales Terra Group, Intl.<br>1310 S. Greenway Drive<br>Miami, FL 33134 | 2/26/10 | |
| Master Builders of South Florida, Inc.<br>100 N. State Road 7, Ste. 300<br>Margate, FL 33063 | 9/26/11 | |
| Methodical Builders, Inc.<br>14700 County Rd. 9<br>Summerdale, AL 36580 | 2/10/10 | |
| Northeast Drywall<br>3938 Lake Padgett Dr.<br>Land O Lakes, FL 30637 | 2/3/10 | |
| Oak Avenue, LLC<br>3310 Oak Ave<br>Miami, FL 33133 | 4/26/10 | |
| Paragon Homes Corporation<br>3020 Colonial Ridge Dr.<br>Brandon, FL 33511 | 4/21/10 | |
| Paul Hyde Homes<br>54 Coronado Avenue<br>Kennver, LA 70065 | 2/9/10 | |
| Pioneer Construction, LLC<br>15001 Thompson Road<br>Folsom, LA 70437-3304 | 5/27/10 | |
| Ponce Siding & Remodeling<br>20075 Highway 36<br>Covington, LA 70433 | 2/23/10 | |

4

| *PAYTON, ET AL. V. KNAUF GIPS KG, ET. AL.* |||
|:---:|:---:|:---:|
| CASE NO. 2:09-CV-07628 (E.D.LA.) |||
| **DEFENDANTS WHO ARE IN DEFAULT** |||
| **DEFENDANT** | **SERVICE WAS MADE** | **COMMENTS** |
| Premier Plastering of Naples<br>434 Connors Ave<br>Naples, FL 34108 | 2/3/10 | |
| Punta Gorda Partners, LLC<br>354 Royal Tern Road South<br>Ponte Vedra Beach, FL 32082 | 4/15/10 | |
| Richardson Drywall<br>2128 Hollywood Drive<br>Bay St. Louis, MS 39520 | 2/5/10 | |
| Right Way Finishing, Inc.<br>3953 Tierra Venado Dr.<br>El Paso, TX 79938 | 10/6/10 | |
| Sampson Drywall<br>127 Dehaven St<br>St Augustine, FL 32086 | 2/9/10 | |
| Scott Colson<br>100 NE International Drive<br>Diamond Head, MS | 10/4/10 | |
| Sea Coast Construction, LLC<br>8017 Jefferson Hwy, Wolfe's Creek, Ste.<br>B3<br>Baton Rouge, LA 70809 | 2/2/10 | |
| Signature Series Homes, Inc.<br>4344 Chiquita Blvd. South<br>Cape Coral, FL 33914 | 12/16/10 | |
| Stephen Steiner d/b/a Steiner Drywall<br>16344 Three Rivers Road<br>Biloxi, MS 39532 | 3/9/10 | |
| Supreme Builders<br>28453 Eagle Ridge Driv<br>Magnolia, TX 77355 | 10/12/10 | |
| Tepeyac, LLC<br>5975 Sunset Dr., Ste. 503<br>South Miami, FL 33143 | 2/5/10 | |
| Tikal Construction Co.<br>7824 Embassy Blvd.<br>Miramar, FL 33023 | 4/16/10 | |
| United Home Builders, Inc.<br>1515 Broadway<br>Fort Myers, FL 33901 | 3/20/10 | |
| Velvet Pines Construction, LLC<br>19214 Wymer Rd.<br>Covington, LA 70435 | 3/13/10 | |

| *PAYTON, ET AL. V. KNAUF GIPS KG, ET. AL.*<br>CASE NO. 2:09-CV-07628 (E.D.LA.)<br>**DEFENDANTS WHO ARE IN DEFAULT** | | |
|---|---|---|
| **DEFENDANT** | **SERVICE WAS MADE** | **COMMENTS** |
| Waterways Joint Venture IV, LLC<br>15489 Summit Place Circle<br>Naples, FL 34119 | 10/5/10 | |
| Wellington Drywall, Inc.<br>18 Winchester Road<br>Ormond Beach Fl 32174 | 4/30/10 | |

6

| *WILTZ, ET AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET. AL.* CASE NO. 2:10-CV-00361 (E.D.LA.) **DEFENDANTS WHO ARE IN DEFAULT** | | |
|---|---|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** | **SERVICE WAS MADE** | **COMMENTS** |
| Aces Towing Enterprises, L.L.C. 205 W. St. Bernard Hwy. Chalmette, LA 70043 | 4/16/10 | |
| Arizen Homes, Inc. 3905 NW 122nd Terrace Sunrise, FL 33323 | 5/6/10 | |
| Barony Homes, Inc. 2508 Del Prado Blvd S Cape Coral, FL 33904 | 4/27/10 | |
| BDG Waterstone, LLC AGI Registered Agents, Inc. 1000 Brickell Avenue, Ste. 300 Miami, FL 33131 | 4/13/10 | |
| BE Wholesale 81 Golden Property Road Bremen, GA 30110 | 4/15/10 | |
| Beijing New Building Materials Public Limited Co. No. 16 West Road Jiancaicheng Xisanqi Haidian District Beijing China 100096 | 8/25/10 | Previously held in default. See Doc. No. 7735. |
| Cajun Construction & Design, Inc. 2310 Perdido Street New Orleans, LA 70119 | 4/19/10 | |
| CB Creek, Inc. 2703 SW 10th Ave. Cape Coral, FL 33914 | 4/15/10 | |
| Chase Construction, Inc. 1714 Cape Coral Pkwy East Cape Coral, FL 33904 | 4/20/10 | |
| Country Walk Sales, LLC 13370 Prospect Rd. Strongsville, OH 44149 | 4/14/10 | |
| Qinhuangdao Taishan Building Material Co. Ltd. a/k/a Qinhuang Dao Taishan Building Material Co., Ltd Gangcheng Street East No. 69 Haigang District Qinhuangdao 066000 | 7/28/10 | |

7

| | | |
|---|---|---|
| *WILTZ, ET AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET. AL.* CASE NO. 2:10-CV-00361 (E.D.LA.) **DEFENDANTS WHO ARE IN DEFAULT** | | |
| **DEFENDANT (LIST FULL LEGAL NAME)** | **SERVICE WAS MADE** | **COMMENTS** |
| Crossroad Homes, Inc. 2760 Southeast Eagle Drive Port St. Lucie, FL 34984 | 4/13/10 | |
| Curb Appeal Home Builders, Inc. 209 Business Park Drive Virginia Beach, VA 23462 | 4/16/10 | |
| Delgado's Painting 422 Terry Parkway Gretna, LA 70056 | 4/15/10 | |
| Delta-Eden, Inc. 21 East Acre Drive Plantation, FL 33317 | 4/20/10 | |
| Development Co. of Boca, Inc. d/b/a Boca Developers 321 E. Hillsboro Blvd. Deerfield Beach, FL 33441 | 4/14/10 | |
| E.B. Developers, Inc. 701 West Cypress Creek Road Third Floor Ft. Lauderdale, FL 33309 | 4/15/10 | |
| Enchanted Homes, Inc. 11915 King James Court Cape Coral, FL 33991 | 4/17/10 | |
| G&B Roofing & Construction, Inc. 503 Du Monde Drive Westwego, LA 70094 | 4/15/10 | |
| Harrell's Drywall, Inc. 1225-B 131 St. Avenue Tampa, FL 33612 | 4/14/10 | |
| Inman Construction Services, Inc. 618 Central Avenue Jefferson, LA 70121 | 5/13/10 | |
| J. Galloway Construction, Inc. 1146 Highway 20 Interlachen, FL 32148 | 4/23/10 | |
| Kevin Burton 11120 S. Idlewood Court New Orleans, LA 70128 | 4/24/10 | |
| Lopez Drywall, Inc. 1416 Kingsly Ave. Orange Park, FL 32073 | 4/22/10 | |

## *WILTZ, ET AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET. AL.*
### CASE NO. 2:10-CV-00361 (E.D.LA.)
### DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT (LIST FULL LEGAL NAME) | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| MacGlen Builders, Inc.<br>5985 South River Circle<br>Macclenny, FL 32063 | 4/23/10 | |
| MW Johnson Construction of Florida, Inc.<br>16823 Island Avenue<br>Lakeville, MN 55044 | 6/28/10 | |
| Oscar Jiles d.b.a.  JJ Construction<br>108 Jiles Lane<br>Braithwaite, LA 70040 | 4/16/10 | |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd f/k/a Shandong Chenxiang Building Materials Co., Ltd.<br>Dongyang Dianzi Cun<br> Pingyi Zhen<br>Pingyi Xian<br>Shandong, China 273300 | 10/15/10 | |
| Ray Turner Drywall, LLC<br>10736 Jacamar Drive<br>New Port Richey, FL 34654 | 4/17/10 | |
| Safeway Contractors, L.L.C.<br>705 Florida Street<br>River Ridge, LA 70123 | 4/19/10 | |
| Stone Development, LLC<br>303 34th Street - Ste. 5<br>Virginia Beach, VA 23451 | 4/15/10 | |
| United Homes, Inc.<br>7975 NW 154th Street Suite 400<br>Miami Lakes, FL 33016 | 4/13/10 | |
| Vizcaya Custom Homes, Inc.<br>209 S. Gunlock Avenue<br>Tampa, FL 33609 | 4/23/10 | |

| *GROSS, ET AL. V. KNAUF GIPS KG, ET. AL.*<br>CASE NO. 2:09-CV-6690 (E.D.LA.)<br>**DEFENDANTS WHO ARE IN DEFAULT** | | |
|---|---|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** | **SERVICE WAS MADE** | **COMMENTS** |
| Albert Howard, Jr.<br>2685 Columbus Highway<br>Box Springs, GA 31801 | 5/27/10 | |
| All County Drywall Service, Inc.<br>2702 Wallace Branch Road<br>Plant City, FL 33565 | 5/22/10 | |
| Beijing New Building Materials Public Limited Company (BNBM)<br>No. 16 West Road<br>Jiancaicheng Xisanqi<br>Haidian District<br>Beijing China 100096 | 4/23/10 (IDC) | Previously held in default.<br>See Doc. No. 7302 and 7736. |
| Beijing New Building Materials Group Co., Ltd. (BNBM Group)<br>No. 16<br>West Road Jiancaicheng Xisanqi<br>Haidian District<br>Beijing China 100096 | 2/25/10 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| Bell Construction<br>309 Church Street<br>Port Gibson, MS 39150 | 4/5/10 | |
| Building Supply House, LLC<br>8550 United Plaza Blvd., Ste. 1001<br>Baton Rouge, LA 70809 | 5/24/10 | |
| Changzhou Yinhe Wood Industry Co., Ltd.<br>Qianfeng Industrial Park<br>Henglin Town<br>Changzhou, Jiangsu, China 213 103 | 6/27/10 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| Chase Construction, Inc.<br>1714 Cape Coral Parkway East<br>Cape Coral, FL 33904 | 5/20/10 | |
| China National Building Material Group Corporation (CNBM Group)<br>17th Floor<br>Zhong Guo Jian Cai Da Sha<br>San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037 | 2/25/10 (IDC)<br><br>6/27/11 (III) | Previously held in default.<br>See Doc. No. 7302. |
| China National Building Materials Co., Ltd. (CNBM)<br>17th Floor<br>Zhong Guo Jian Cai Da Sha<br>San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037 | 2/25/10 (IDC)<br><br>6/27/11 (III) | Previously held in default.<br>See Doc. No. 7302. |
| Cornerstone Builders, LLC<br>61085 Atkins Drive<br>Slidell, LA 70461 | 5/21/10 | |

| GROSS, ET AL. V. KNAUF GIPS KG, ET. AL.<br>CASE NO. 2:09-CV-6690 (E.D.LA.)<br>**DEFENDANTS WHO ARE IN DEFAULT** | | |
|---|---|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** | **SERVICE WAS MADE** | **COMMENTS** |
| David W. Stewart, Inc.<br>53089 Highway 433<br>Slidell, LA 70461 | 5/20/10 | |
| Done-Rite Construction<br>915 1st Avenue, NW<br>Arab, AL 35016 | 5/26/10 | |
| Dynamic Contractors<br>425 Heart D. Farm Rd.<br>Youngsville, LA 70592 | 5/21/10 | |
| First Choice Drywall Services, Inc.<br>26690 Bridgeport Lane<br>Bonita Springs, FL 34125 | 6/2/10 | |
| Fuxin Taishan Gypsum And Building Material Co., Ltd.<br>Pingxi Industrial Park North<br>Haizhou District<br>Fuxin Liaoning 123000 | 3/4/10 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| George Meza<br>4824 Belle Drive<br>Metairie, LA 70006 | 5/25/10 | |
| Homes of Merit, Inc.<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 | 6/14/10 | |
| Hubei Taishan Building Material Co., Ltd.<br>Jingmen High and New Technology Industrial Park,<br>Hubei 448000 | 2/8/10 (IDC)<br><br>2/24/11 (III) | Previously held in default.<br>See Doc. No. 7302. |
| Inman Construction Services, Inc.<br>618 Central Avenue<br>Jefferson, LA 70121 | 5/25/10 | |
| International Materials Trading, Incorporated<br>204 W. Spear Street<br>Carson City, NV 89703 | 11/13/09 (IDC)<br><br>8/26/10 (III) | |
| J & S Drywall<br>68491 Martha Drive<br>Pearl River, LA 70452 | 5/22/10 | |
| Jeff Laporte<br>2157 Third Street<br>Suite E<br>Mandeville, LA 70471 | 5/20/10 | |
| Jinan Run & Fly New Materials Co., Ltd.<br>3-201, Ruyibei BLD.<br>Hualong Road<br>Jinan, Shandong China 250100 | 2/8/10 (IDC)<br><br>3/7/11 (III) | Previously held in default.<br>See Doc. No. 7302. |
| John P. Gregg<br>336 Driftwood Circle<br>Slidell, LA 70458 | 5/20/10 | |

| GROSS, ET AL. v. KNAUF GIPS KG, ET. AL. |
|:---:|
| CASE NO. 2:09-CV-6690 (E.D.LA.) |
| **DEFENDANTS WHO ARE IN DEFAULT** |

| DEFENDANT (LIST FULL LEGAL NAME) | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Johnny Weary<br>616 Lincerne Street<br>Bogalusa, LA 70427 | 5/20/10 | |
| KC2 Investments, LLC<br>1820 North Corporate Lakes Blvd.<br>Suite 105; Weston, FL 33326 | 5/28/10 | |
| Kenneth Campo<br>1301 Ysclockey Hwy<br>Saint Bernard, LA 70085 | 6/3/10 | |
| Lawrence McCorvey<br>1671 Horandy Rd.<br>Monroeville, AL 36460 | 5/25/10 | |
| MacGlen Builders, Inc.<br>5985 South River Circle<br>Macclenny, FL 32063 | 5/27/10 | |
| Martinez Drywall & Painting, LLC<br>515 Drury Lane<br>Slidell, LA 70460 | 5/24/10 | |
| Master Builders of South Florida, Inc.<br>100 North State Road 7, Ste. 300<br>Margate, FL 33063 | 8/17/10 | |
| MATSA Construction<br>16800 SW 248 Street<br>Homestead, FL 33031 | 5/20/10 | |
| McLean Drywall<br>508 Bear Paw Trail<br>Blue Ridge, GA 30513 | 7/1/10 | |
| Metro Resources Corp.<br>20700 Civic Center Drive<br>Southfield, MI 48076 | 11/12/09 (IDC)<br><br>8/23/10 (III) | |
| MW Johnson Construction of Florida, Inc.<br>16823 Island Ave.<br>Lakeville, MN 55044 | 6/28/10 | |
| Nanhai Silk Imp. & Exp. Corporation<br>Block 1<br>4 Nangui Road, West<br>Foshan Guangdong<br>China, 528200 | 3/12/10 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| Negotiable Remodeling<br>17 Kerry Street<br>Carriere, MS 39426 | 6/1/10 | |
| Norman Gannon<br>32 Napoleon Cir<br>Brandon, MS 39047 | 5/25/10 | |

12

| | |
|---|---|
| *GROSS, ET AL. v. KNAUF GIPS KG, ET. AL.* | |
| CASE NO. 2:09-CV-6690 (E.D.LA.) | |

## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT (LIST FULL LEGAL NAME) | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Oriental Merchandise Company, Inc. f/k/a Oriental Trading Company, Inc 5805 Blue Lagoon Dr., #200 Miami, FL 33126 | 11/3/10 (IDC) | |
| Parkview Homes Realty, Inc. 13370 Prospect Rd Strongsville, OH 44149 | 5/24/10 | |
| Pine Ridge Real Estate Enterprises, L.L.C. 1311 Newport Center Drive West, Suite C Deerfield Beach, FL 33442 | 5/27/10 | |
| Pingyi Baier Building Materials Co., Ltd. Baier Industrial Park Ziqiu Town Pingyi County Shandong China 273305 | 2/25/10 (IDC)  2/15/11  (III) | Previously held in default. See Doc. No. 7302. |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd (Chexiang) Dongyah Dianzi Village Pingyi Town Pingyi County Shandong China 273300 | 2/25/10 (IDC)  3/16/11  (III) | Previously held in default. See Doc. No. 7302. |
| POD Homes, LLC 2141 Lakeview Dr. Sebring, FL 33870 | 6/16/10 | |
| Qingdao Yilie International Trade Co., Ltd Room 804 Building 1 Tianshengyuan 21 Donghai West Road Shinan District Qingdao, Shandong, China 266071 | 2/22/10 (IDC)  1/30/11 (III) | Previously held in default. See Doc. No. 7736 |
| Qinhuangdao Taishan Building Material Co., Ltd Gangcheng Street East No. 69 Haigang District Qinhuangdao 066000 | 2/9/10 (IDC)  6/27/11  (III) | Previously held in default. See Doc. No. 7302. |
| R & B Housing, LLC 401 Oakwood Street Boissier City, LA 71111 | 5/20/10 | |
| Rocky Ruckman 11367 Creel Cr Gulfport, MS 39501 | 5/28/10 | |
| Roman Gonzalez 3232 Sugar Mill Road Kenner, LA 70065 | 5/25/10 | |

13

| GROSS, ET AL. V. KNAUF GIPS KG, ET. AL. CASE NO. 2:09-CV-6690 (E.D.LA.) DEFENDANTS WHO ARE IN DEFAULT | | |
|---|---|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** | **SERVICE WAS MADE** | **COMMENTS** |
| Sands Construction Group, LLC<br>6990 SW 90th Street<br>Miami FL 33156 | 5/20/10 | |
| Sedgwick Developers, Inc.<br>One Biscayne Tower<br>15th Floor<br>Miami, FL 33131 | 5/21/10 | |
| Shaanxi Taishan Gypsum Co., Ltd.<br>Weibei Industrial Park<br>Xinshi Township<br>Linwei District<br>Weinan City Shaanxi 714000 | 12/17/10 | Previously held in default.<br>See Doc. No. 7302. |
| Shandong Oriental International Trading Co., Ltd.<br>17 - 21/F Shandong<br>International Trades Mansion<br>51 Taiping Road<br>Qingdao, China 266002 | 2/25/10 (IDC)<br><br>1/31/11   (III) | |
| Shanghai East Best Arts & Crafts Co., Ltd.<br>273 SI Ping Lu<br>Shanghai China 200081 | 3/8/10 (IDC)<br><br>1/26/11   (III) | Previously held in default.<br>See Doc. No. 7736. |
| Shanghai Yu Yuan Imp. & Exp.Co., Ltd<br>3/F No. 135-1<br>Jiu Jiao Chang Road<br>Shanghai China 200010 | 2/26/10 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| SIIC Shanghai International Trade (Group) Co., Ltd.<br>30/F, SIIC Building<br>No. 18, Caoxi North Road<br>Shanghai, China 200030 | 3/10/10 (IDC)<br><br>1/27/11   (III) | Previously held in default.<br>See Doc. No. 7736. |
| Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd<br>Dabancheng Village<br>Dabancheng Township<br>Dabancheng District<br>Urumchi<br>Xinjiang Uygur<br>Autonomous Region<br>8300389 | 4/30/10 (IDC)<br><br>2/15/11   (III) | Previously held in default.<br>See Doc. No. 7302. |
| Sunrise Building Materials Ltd.<br>Unit 7, 55 Nugget Ave.<br>Scarborough, Toronto, ON<br>Canada, M1S 3L1 | 12/7/09 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| Tai'an Jindun Building Material Co., Ltd.<br>Dawenkou<br>Daiyue District<br>Tai'an 271026 | 2/4/10 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| Tai'an Kangyijia Building Materials Co., Ltd.<br>Shigao Industrial Park<br>Dawenkou, Tai'an City<br>Shandong, China 271024 | 3/1/10 (IDC) | |

| | | |
|---|---|---|
| *GROSS, ET AL. V. KNAUF GIPS KG, ET. AL.*<br>CASE NO. 2:09-CV-6690 (E.D.LA.)<br>**DEFENDANTS WHO ARE IN DEFAULT** | | |
| **DEFENDANT (LIST FULL LEGAL NAME)** | **SERVICE WAS MADE** | **COMMENTS** |
| Tai'an Taishan Gypsum Board Co., Ltd.<br>Houzhou Village<br>Dawenkou<br>Daiyue District<br>Tai'an 271026 | 2/4/10 (IDC) | |
| Taishan Gypsum (Baotou) Co., Ltd.<br>No. 7 Goumen Township<br>Tuyouqi<br>Baotou<br>Inner Mongolia Autonomous Region<br>014100 | 3/3/10 (IDC)<br><br>8/23/11  (III) | Previously held in default.<br>See Doc. No. 7302. |
| Taishan Gypsum (Chongqing) Co., Ltd.<br>Luhuang Industrial Park A<br>Jiangjin<br>Chongqing 402260 | 2/9/10 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| Taishan Gypsum (Henan) Co., Ltd.<br>Shouyang Industrial Park<br>Beihuan Road North<br>Yanshi Henan 471900 | 3/25/10 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| Taishan Gypsum (Hengshui) Co., Ltd.<br>Renmin West Road (Hengfeng Power Plant Ecology<br>Industrial Park)<br>Hengshui City 053000 | 6/27/11 | Previously held in default.<br>See Doc. No. 7302. |
| Taishan Gypsum (Jiangyin) Co., Ltd.<br>Shengang Industrial Park<br>Jiangyin Economic and Technological Development Zone<br>Jiangsu 214443 | 7/29/10 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| Taishan Gypsum (Pingshan) Co., Ltd.<br>Dianchang Road<br>Pingshan Township<br>Pingshan County 050400 | 3/11/10 (IDC)<br><br>6/27/11  (III) | Previously held in default.<br>See Doc. No. 7302. |
| Taishan Gypsum (Pizhou) Co., Ltd.<br>Yunhe Bridge West<br>Xulian Road<br>Pizhou City<br>Jiangsu 221200 | 3/3/10 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| Taishan Gypsum (Tongling) Co., Ltd.<br>Jinqiao Industrial Park<br>Tongling Anhui 244000 | 2/20/10 (IDC)<br><br>4/18/11  (III) | Previously held in default.<br>See Doc. No. 7302. |
| Taishan Gypsum (Wenzhou) Co., Ltd.<br>Wenzhen Power Generation Co., Ltd., Yinhui Road No.<br>76, Panshi Zhen, Leqing, Wenzhen, Zhenjiang, China<br>325602 | 5/14/10 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| Taishan Gypsum (Xiangtan) Co., Ltd.<br>Industrial Park<br>Guoqiang Village<br>Shuangma Township<br>Yuetang District<br>Xiangtan Hunan 411102 | 3/24/10 (IDC)<br><br>2/22/11  (III) | Previously held in default.<br>See Doc. No. 7302. |

| *GROSS, ET AL. V. KNAUF GIPS KG, ET. AL.*<br>CASE NO. 2:09-CV-6690 (E.D.LA.)<br>**DEFENDANTS WHO ARE IN DEFAULT** | | |
|---|---|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** | **SERVICE WAS MADE** | **COMMENTS** |
| Taishan Gypsum Co., Ltd. Lucheng Branch<br>Ganlin Road No. 3<br>Lucheng, Shaanxi 047500 | 3/26/10 (IDC) | Previously held in default.<br>See Doc. No. 7736. |
| The China Corporation, LTD<br>Room A22, 13/F, Block A<br>37-41 San Mei Street<br>Wah Lok Industrial Centre<br>Fotan, Sha Tin, New Territories<br>Hong Kong, SAR | 7/15/11 | |
| Tianjin Tianbao Century Development Co., Ltd.<br>3 F, Eastern Exhibition Hall<br>31 Halbin Fifth Road<br>Tianjin Free Trade Zone<br>Tianjin City, China 300461 | 2/8/10 (IDC)<br><br>1/21/11  (III) | |
| Tov Trading Inc.<br>5014 20th Avenue<br>Brooklyn, NY 11204 | 11/18/09 (IDC) | |
| United Home Builders, Inc.<br>231 Del Prado Blvd.<br>Suite #11<br>Cape Coral, FL 33990 | 5/20/10 | |
| Veal Enterprises, Inc.<br>1316 Ames Blvd.<br>Marrero, LA 70072 | 5/28/10 | |
| Venture Homes<br>Convergence Center IV<br>301 Bendix Road<br>Virginia Beach, Virginia 23452 | 5/27/10 | |
| Waterways Joint Venture IV<br>E.H.G. Resident Agents, Inc.<br>5100 Town Center Circle, Suite 330<br>Boca Raton, FL 33486 | 6/22/10 | |
| Waterways Joint Venture IV, LLC<br>15489 Summit Place Circle<br>Naples, FL 34119 | 6/22/10 | |
| WB Construction Company, Inc.<br>4205 23rd Street SW<br>Lehigh Acres, FL 33976 | 5/21/10 | |
| Yunan Taishan Gypsum And Building Material Co., Ltd.<br>Sanjia Village<br>Liujiezhen Factory<br>Yimen County<br>Yunan 651107 | 4/7/10 (IDC)<br><br>3/10/11  (III) | Previously filed Motion for<br>Default against them |

| *ROGERS, ET AL. V. KNAUF GIPS KG, ET. AL.* CASE NO. 2:10-CV-00362 (E.D.LA.) DEFENDANTS WHO ARE IN DEFAULT | | |
|---|---|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** | **SERVICE WAS MADE** | **COMMENTS** |
| B & E Construction of Miami Corp.<br>7944 SW 199 Terrace<br>Miami, FL 33189 | 4/30/10 | |
| Cajun Construction & Development, LLC<br>800 Wiegand Drive<br>Bridge City, LA 70094 | 5/6/10 | |
| Comfort Home Builders, Inc.<br>514 NE 26th Place - Unit #4<br>Cape Coral, FL 33909 | 4/30/10 | |
| Enchanted Homes, Inc.<br>11915 King James Court<br>Cape Coral, FL 33991 | 5/4/10 | |
| Freemar Homes, Inc.<br>5410 Endeavor Ave.<br>Dover, FL 33527 | 4/29/10 | |
| Joseph E. Clouse, Inc.<br>8661 Glenlyon Court<br>Fort Myers, FL 33912 | 5/7/10 | |
| Liberty Home Builders, Inc.<br>14 Rose Dr.<br>Ft. Lauderdale, FL 33316 | 4/29/10 | |
| P N K Builders, LLC<br>444 Swift Fox Run<br>Madisonville, LA 70447 | 8/25/10 | |
| Pine Ridge Real Estate Enterprises, LLC<br>1177 S.E. 3rd Ave.<br>Fort Lauderdale, FL 33316 | 4/29/10 | |
| Symphony Builders, Inc.<br>815 Coral Ridge Drive<br>Coral Springs, FL 33071 | 4/29/10 | |
| The Kabar Group, LLC<br>1820 N. Corporate Lakes Blvd. Suite 105<br>Weston, FL 33326 | 5/18/10 | |
| Venus Street, LLC<br>99 NE 167th Street<br>North Miami Beach, FL 33162 | 4/29/10 | 5 |
| Waterways Joint Venture IV, LLC<br>15489 Summit Place Circle<br>Naples, FL 34119 | 6/22/10 | |
| Waterways Joint Venture IV<br>E.H.G. Resident Agents, Inc.<br>5100 Town Center Circle, Suite 330<br>Boca Raton, FL 33486 | 6/22/10 | |

*ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD.., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL.,* CASE NO. 2:11-CV-080 (E.D.LA.)
DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE WAS MADE | COMMENTS/COUNSEL |
|---|---|---|
| Albert Howard, Jr.<br>936 2nd Ave.<br>Columbus, GA 31901 | 3/11/11 | |
| Bayou Contracting, LLC<br>2728 Crestview Street<br>Kenner, LA  70062 | 3/11/11 | |
| BE Wholesale<br>81 Golden Property Road<br>Bremen, GA 30110 | 3/10/11 | |
| Brandhurst Construction & Maintenance Co., Inc.<br>30 Brittany Drive<br>Kenner, LA  70006 | 3/11/11 | |
| Building Supply House, L.L.C.<br>8550 United Plaza Blvd., Ste. 1001<br>Baton Rouge, LA 70809 | 3/11/11 | |
| C&G Development Group, LLC<br>1229 Caper Coral Parkway E<br>Cape Coral, FL 33904 | 3/11/11 | |
| Cali-Florida Investments, Inc.<br>3869 Grande Boulevard<br>Jacksonville, FL 32250 | 3/16/11 | |
| Custom Drywall<br>7925Simon Street<br>Metairie, LA 70003 | 3/11/11 | |
| Darius Henry<br>3327 Bruxelles Street<br>New Orleans, LA  70122 | 3/12/11 | |
| David W. Stewart, Inc.<br>53089 Highway 433<br>Slidell, LA 70461 | 3/14/11 | |
| Delgado's Painting<br>422 Terry Parkway<br>Gretna, LA 70056 | 3/12/11 | |
| Drive Enterprises, Inc.<br>5910 Story Book Trail<br>Missouri City, TX 77459 | 4/2/11 | |
| Enchanted Homes, Inc.<br>11915 King James Court<br>Cape Coral, FL 33991 | 3/8/11 | |
| Eric Manuel<br>3005 Hero Drive<br>Gretna, LA 70053 | 3/12/11 | |

*ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD.., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL.,* CASE NO. 2:11-CV-080 (E.D.LA.)
## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE WAS MADE | COMMENTS/COUNSEL |
|---|---|---|
| Florida Walls, Inc.<br>2351 Bishop Drive<br>Alva, FL 33920 | 3/8/11 | |
| G&B Roofing<br>503 Du Monde Drive<br>Westwego, LA 70094 | 3/12/11 | |
| Harrell's Drywall, Inc.<br>1225-B 131st Avenue<br>Tampa, FL 33612 | 3/8/11 | |
| James & Vita, L.L.C.<br>140 rue Acadian<br>Slidell, LA 70461 | 3/12/11 | |
| Joseph Scott<br>4967 Brittany Court<br>New Orleans, LA 70124 | 3/12/11 | |
| Kenneth Campo<br>1301 Ysclockey Hwy.<br>Saint Bernard, LA 70085 | 3/12/11 | |
| Kevin McCusker<br>1236 N. Robertson Street<br>New Orleans, LA 70124 | 3/12/11 | |
| Kimball Hill Homes Florida, Inc.<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 | 2/28/11 | |
| MacGlen Builders, Inc.<br>5985 South River Circle<br>Macclenny, FL 32063 | 3/4/11 | |
| Madussa, LLC<br>13711 Raleigh Lane, #4<br>Ft. Myers, FL 33919 | 3/23/11 | |
| Meeks Drywall & Stucco, Inc.<br>8305 Tolles Drive<br>North Fort Myers, FL 33917 | 3/9/11 | |
| MW Johnson Construction of Florida, Inc.<br>16823 Island Avenue<br>Lakeville, MN 55044 | 3/12/11 | |
| Preferred Homes<br>2325 Manhattan Blvd.<br>Harvey, LA 70058 | 3/14/11 | |
| R.D.S. Construction<br>11629 Greensleeve Avenue<br>Tampa, FL 33626 | 3/10/11 | |

### *ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD.., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL.,* CASE NO. 2:11-CV-080 (E.D.LA.)
## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE WAS MADE | COMMENTS/COUNSEL |
|---|---|---|
| Rightway Drywall, LLC<br>224 East Derby Avenue<br>Auburndale, FL 33823-3823 | 3/8/11 | |
| Robertsdale Ace Home Center<br>21090 Hwy 59 S.<br>Robertsdale, AL 36567 | 3/14/11 | |
| Roman Gonzalez<br>3232 Sugar Mill Road<br>Kenner, LA 70065 | 3/11/11 | |
| Safeway Contractors, L.L.C.<br>705 Florida Street<br>River Ridge, LA 70123 | 3/11/11 | |
| Solid Construction of the Gulf Coast d/b/a Westerheim Homes<br>3108 Brittany Court<br>Pensacola, FL 32504 | 3/14/11 | |
| Southern Community Homes, Inc.<br>1900 SW 97th Place<br>Ocala, Florida 34476 | 3/16/11 | |
| Struggler Drywall, LLC<br>8444 6th Avenue South<br>Birmingham, AL 35206 | 3/19/11 | |
| Supreme Builders, Inc.<br>28453 Eagle Ridge Dr.<br>Magnolia, TX 77355 | 6/13/11 | |
| Taurus Homes, Inc.<br>3563 Windsor Forest Court<br>Pace, FL 32571 | 3/2/11 | |
| Tommy Hawk aka Tommy Hawk d/b/a DKT Construction<br>2708 Guerra Drive<br>Violet, LA 70092 | 3/12/11 | |
| Troy Patterson Drywall, LLC<br>6446 Kennington Circle<br>Milton, FL 32570 | 3/2/11 | |
| United Home Builders, Inc.<br>1515 Broadway<br>Fort Myers, FL 33901 | 3/3/11 | |
| Venus Street, LLC<br>Sandor F. Genet & Assoc. P.A.<br>99 NE 167th Street<br>North Miami Beach, FL 33162 | 3/7/11 | |

*ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD.., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL.*, CASE NO. 2:11-CV-080 (E.D.LA.)

## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE WAS MADE | COMMENTS/COUNSEL |
|---|---|---|
| Wolf & Bear Distributors d/b/a Wolf & Bear Holdings Corp.<br>5124 Kirkwood Ave.<br>Springhill, FL 34608 | 3/17/11 | |

21

### *ABREU, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG*
### CASE NO. 2:11-CV-252 (E.D.LA.)
### DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVED | COMMENTS |
|---|---|---|
| Barony Homes, Inc.<br>2508 Del Prado Blvd. S.<br>Cape Coral, FL 33904 | 5/25/11 | |
| BDG Waterstone, LLC<br>AGI Registered Agents, Inc.<br>1000 Brickell Avenue, Ste. 300<br>Miami, FL 33131 | 5/26/11 | |
| Builder's Line, Inc.<br>R. Colins Vallee<br>2020 N. Causeway Blvd.<br>Suite H<br>Mandeville, LA 70471 | 6/23/11 | |
| BV 6334, LLC<br>10850 SW 134 Terrace<br>Miami, FL 33176 | 5/24/11 | |
| David E. Smith d/b/a Ruelas Drywall<br>15026 Green Stone Drive<br>Houston, TX 77084 | 5/26/11 | |
| Estate Homes, Inc.<br>429 Lennox Ave., Ste. 4W13,<br>Miami Beach, FL 33139 | 5/23/11 | |
| GGG Edinburgh Estates, LLP<br>12802 A Willow Centre Drive<br>Houston, TX 77066 | 5/26/11 | |
| Grande Valley Homes, LLC d/b/a<br>Casa Linda Home<br>1409 N. Main Street<br>Mcallen, TX 78501 | 5/25/11 | |
| Hampton Homes, LLC<br>18333 Egret Bay Blvd., Suite 680<br>Houston, TX 77058-6140 | 6/1/11 | |
| Hometown Concepts, Inc. a/k/a<br>Hampton Homes<br>18333 Egret Bay Blvd., Suite 680<br>Houston, TX 77058-6140 | 6/1/11 | |
| Hutchinson Homes, Inc.<br>12 Woodgrove Cir.<br>Fairhope, AL 36532 | 5/25/11 | |
| Larry A. Brooks Company, L.L.C.<br>d/b/a Great American Homes<br>149 Cemetery St.<br>Uriah, AL 36480 | 6/17/11 | |

## ABREU, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG
### CASE NO. 2:11-CV-252 (E.D.LA.)
## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVED | COMMENTS |
|---|---|---|
| Lifeway Homes, Inc.<br>12802 A Willow Centre Drive<br>Houston, TX 77066 | 5/26/11 | |
| Lifeway Homes, LP<br>12802 A Willow Centre Drive<br>Houston, TX 77066 | 5/26/11 | |
| Meeks Drywall & Stucco, Inc.<br>8305 Tolles Drive<br>North Fort Myers, FL 33917 | 5/24/11 | |
| Pembroke Park, L.L.C.<br>2121 Ponce de Leon Blvd., Suite 950<br>Coral Gables, FL 33134 | 5/24/11 | |
| Sheridan 87, LLC<br>44 West Flagler Street<br>25th Floor<br>Miami, FL 33130 | 5/26/11 | |
| Supreme Builders, Ltd.<br>28453 Eagle Road<br>Magnolia, TX 77355 | 5/26/11 | |
| Trafalgar Associates, Inc.<br>44 West Flagler Street<br>25th Floor<br>Miami, FL 33130 | 5/26/11 | |
| Waterways Joint Venture IV, LLC<br>15489 Summit Place Circle<br>Naples, FL 34119 | 5/26/11 | |

| *HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,* CASE NO. 11-CV-1077 (E.D.LA.) DEFENDANTS WHO ARE IN DEFAULT | | | |
|---|---|---|---|
| **DEFENDANT** | **SERVICE (ORIGINAL)** | **SERVICE (AMENDED)** | **COMMENTS** |
| 704 N. Ocean Blvd. Associates, Ltd. 1986 NE 149 Street Miami, FL 33181 | 8/31/11 | 8/31/11 | |
| Ability Construction, Inc. 1345 Old Pondella Road Cape Coral, FL 33909 | 7/19/11 | 7/19/11 | |
| B & B Stucco, Inc. 12244 Treeline Avenue #2 Fort Myers, Florida 33913 | 7/6/11 | 7/6/11 | |
| Builder's Depot 101 S. Robinson Road Texarkana, TX 75501 | 6/27/11 | 6/27/11 | |
| Cape Cement & Supply, Inc. 645 Commercial Park Place Cape Coral, FL 33991 | 7/6/11 | 7/6/11 | |
| Castillo Azul Developers, Inc. 260 Palermo Coral Gables, FL 33134 | 7/8/11 | 7/8/11 | |
| Central Drywall Contractors, Incorporated 10714 Florence Avenue Suite A Thonotosassa, FL 33592 | 7/6/11 | 7/6/11 | |
| Chase Construction, Inc. 10714 Florence Avenue Suite A Thonotosassa, FL 33592 | 7/6/11 | 7/6/11 | |
| Comfort Home Builders, Inc. 514 NE 16th Place Unit #4 Cape Coral, FL 33909 | 7/6/11 | 7/6/11 | |
| Custom Construction, Inc 2209 Aramis Drive Meraux, LA 70075 | 9/21/11 | 9/21/11 | |
| Cypress Corporation of Southwest Florida Inc. 4001 Santa Barbara Blvd. #302 Naples, FL 34104 | 7/7/11 | 7/7/11 | |
| Dollaway Drywall, Inc. 17423 Boyette Road Lithia, FL 33547 | 7/15/11 | 7/15/11 | |

*HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A*
*SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,*
CASE NO. 11-CV-1077 (E.D.LA.)
**DEFENDANTS WHO ARE IN DEFAULT**

| DEFENDANT | SERVICE (ORIGINAL) | SERVICE (AMENDED) | COMMENTS |
|---|---|---|---|
| Donald Wayne Tindle<br>43241 State Hwy.<br>Bay Minnette, AL 36507 | 7/13/11 | 7/13/11 | |
| Double D. Investments of Broward LLC<br>2225 McClelan Street<br>Hollywood, FL 33020 | 6/28/11 | 6/28/11 | |
| European Quality Builders, LLC<br>2018 E. 7th Avenue<br>Tampa, FL 33605 | 7/7/11 | 7/7/11 | |
| Fly System, Inc.<br>11481 SW Rossano Lane<br>Port St. Lucie, FL 34987 | 7/14/11 | 7/14/11 | |
| Harrell's Drywall, Inc.<br>1225-B 131st Avenue<br>Tampa, FL 33612 | 7/7/11 | 7/7/11 | |
| Haven Properties, Inc.<br>6450 Westchester Place<br>Cumming, GA 30040 | 6/29/11 | 6/29/11 | |
| Island Coast Drywall and Stucco, LLC<br>3451 Bonita Bay Blvd., Suite 200<br>Bonita Springs, FL 34134 | 7/6/11 | 7/6/11 | |
| J.B.C. Builders, Inc.<br>11708 Palmer Drive<br>Tampa, FL 33624 | 7/27/11 | 7/27/11 | |
| J.K. Lassitter Construction, LLC<br>22387-A County Road 38<br>Summerdale, AL 36580 | 7/7/11 | 7/7/11 | |
| Malphus and Sons<br>17705 Crystal Cove Place<br>Lutz, FL 33549 | 7/5/11 | 7/5/11 | |
| Master Builders of South Florida, Inc.<br>100 North State Road 7, Ste. 300<br>Margate, FL 33063 | 7/15/11 | 7/15/11 | |
| Morales Carpentry<br>4925 Delacrouix Hwy<br>St. Bernard, LA 70085 | 9/21/11 | 9/21/11 | |
| Paramount Quality Homes Corp.<br>1597 SE Port St. Lucie Blvd.<br>Port Saint Lucie, FL 34952 | 7/9/11 | 7/9/11 | |
| Parkview Homes Realty, Inc.<br>13370 Prospect Rd<br>Strongsville, OH 44149 | 7/7/11 | 7/7/11 | |

25

| *HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,* CASE NO. 11-CV-1077 (E.D.LA.) **DEFENDANTS WHO ARE IN DEFAULT** | | | |
|---|---|---|---|
| DEFENDANT | SERVICE (ORIGINAL) | SERVICE (AMENDED) | COMMENTS |
| Prime Homes at Portofino Falls, Ltd. 7000 W. Palmetto Park Road, Suite #402 Boca Raton, FL 33433 | 7/27/11 | 7/27/11 | |
| Roy Harris Drywall, Inc. 7246 Mako Drive Hudson, FL 34667 | 7/6/11 | 7/6/11 | |
| Sheridan 87, LLC 44 West Flagler Street, 25th Floor Miami, FL 33130 | 7/11/11 | 7/11/11 | |
| Stadelman Drywall 1825 1st Place Vero Beach, FL 32962 | 6/29/11 | 6/29/11 | |
| Starlifter Homes, Inc. 518 Vintage Way Brandon, FL 33511 | 7/9/11 | 7/9/11 | |
| TFH Corp. 3634 Swans Landing Dr Land O'Lakes FL 34639 | 7/6/11 | 7/6/11 | |
| Tindle Homes 43241 State Hwy. Bay Minnette, AL | 7/13/11 | 7/13/11 | |
| Trafalgar Associates, Inc. 44 West Flagler Street, 25th Floor Miami, FL 33130 | 7/11/11 | 7/11/11 | |
| United Homes, Inc. 7975 W 25th Avenue, Bay #5 Hialeah, FL 33016 | 7/11/11 | 7/11/11 | |
| Vision Homes of SW, FL, Inc. 5742 Oakton Court Sarasota, FL 34240 | 7/5/11 | 7/5/11 | |
| Waterways Joint Venture IV, LLC 15489 Summit Place Circle Naples, FL 34119 | 7/11/11 | 7/11/11 | |
| Will Davis d/b/a D&W Home Restoration 6021 Fairmont Pkwy #120 Pasadena, TX 77505 | 7/1/11 | 7/1/11 | |
| Zaccaria Construction, LLC 1305 Ewell Rd. Virginia Beach, VA 23451 | 7/12/11 | 7/12/11 | |

| *HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,* CASE NO. 11-CV-1077 (E.D.LA.) DEFENDANTS WHO ARE IN DEFAULT | | | |
|---|---|---|---|
| DEFENDANT | SERVICE (ORIGINAL) | SERVICE (AMENDED) | COMMENTS |
| Zamora Homes Corporation 260 Palermo Avenue Coral Gables, FL 33134 | 7/8/11 | 7/8/11 | |

| *BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.* CASE NO. 11-CV-1363 (E.D.LA.) DEFENDANTS WHO ARE IN DEFAULT | | |
|---|---|---|
| **DEFENDANT** | **SERVICE WAS MADE** | **COMMENTS** |
| 616, LLC 4800 N. Federal Highway #102 D Boca Raton, FL 33431 | 8/18/11 | |
| Amerimex Construction of Palm Beach Inc. 4396 White Feather Trail Boynton Beach, FL 33436 | 8/27/11 | |
| B & B Stucco, Inc. 12244 Treeline Avenue #10 Fort Myers, FL 33913 | 8/23/11 | |
| B & E Construction of Miami Corp. 7944 SW 199 Terrace Miami, FL  33189 | 8/27/11 | |
| Bellew Plastering 4420 Annunciation Street New Orleans, LA 70115 | 9/28/11 | |
| Bo Builders, LLC 1449 Montmartre Street Mandeville, LA 70448 | 10/15/11 | |
| Caceres Drywall Corp 14984 S.W. 93rd Street Miami, FL 33196 | 8/27/11 | |
| Caribbean Custom Homes, Inc. 2235 First Street Ft. Myers, FL 33901 | 8/24/11 | |
| Centurion Homes of Louisiana, LLC 210 Eydie Lane Slidell, LA 70458 | 10/13/11 | |
| Coscan Homes, LLC Registered Agents of Florida, LLC 100 SE 2nd Street, Suite 2900 Miami, FL 33131 | 8/22/11 | |
| Dima Homes, Inc. 117 North Main Street Petal, MS 39465 | 8/5/11 | |
| Dove Enterprises Contractor & Design, Inc. 2801 SW College Road Ocala, FL 34474 | 8/10/11 | |
| Drywall Services 20257 Dan Walker Road Saucier, MS 39574 | 8/21/11 | |
| Fountain Homes 4007 Oak Ridge Place Biloxi, MS 39532 | 8/9/11 | |

| *BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.* CASE NO. 11-CV-1363 (E.D.LA.) DEFENDANTS WHO ARE IN DEFAULT | | |
|---|---|---|
| DEFENDANT | SERVICE WAS MADE | COMMENTS |
| Galloway Home Builders, Inc. 2665 S. Bayshore Drive #200 Miami, FL 33131 | 9/28/11 | |
| Grove Hammocks Investments LLC Baysound Development, Corp. 35380 SW 218 Avenue Homestead, FL 33030 | 8/18/11 | |
| Gulf Breeze Construction, Inc. 579 Hwy. A1A, #401 Satellite Beach, FL 32937 | 8/9/11 | |
| Hessen Construction, Corp. 1236 Taylor Street Hollywood, FL 33019 | 8/20/11 | |
| Innovative Custom Builders Inc 9679 Lakeview Drive New Port Richey, FL 34654 | 8/16/11 | |
| J&E Developers, Inc. 2795 West 78th Street Hialeah, FL 33016 | 9/19/11 | |
| John's Drywall Service 1801 Witherspoon Circle Mobile, AL 36618 | 9/1/11 | |
| Just-Rite Supply, Inc. Corporation Service Company 506 South President Street, Jackson, MS 39201 | 8/9/11 | |
| Marriott Development, LLC 6571 N. Federal Highway #301 Boca Raton, FL 33487 | 8/18/11 | |
| Meeks Drywall & Stucco, Inc. 8305 Tolles Drive North Fort Myers, FL 33917 | 8/31/11 | |
| River Oaks I, LLC 1701 W. Hillsboro Blvd., Suite 307 Deerfield Beach, FL 33442 | 8/19/11 | |
| Santa Barbara Estates, Inc. 7975 NW 154th Street, Suite 400 Miami Lakes, FL 33016 | 8/18/11 | |
| SGS Construction, Inc. 101 Jane Drive Slidell, LA 70460 | 10/13/11 | |
| Stephen Steiner d/b/a Steiner Drywall 16344 Three Rivers Rd. Biloxi, MS 39532 | 8/9/11 | |

| BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL. CASE NO. 11-CV-1363 (E.D.LA.) DEFENDANTS WHO ARE IN DEFAULT | | |
|---|---|---|
| **DEFENDANT** | **SERVICE WAS MADE** | **COMMENTS** |
| Steve Corbett, Inc. 1903 Stadium Drive Phenix City, AL  36869 | 8/8/11 | |
| Summit Homes Of LA, Inc. 303 S. Military Hgwy. Slidell, LA 70461 | 10/13/11 | |
| Supreme Builders 28453 Eagle Ridge Magnolia, TX  77355 | 8/11/11 | |
| Supreme Builders, Ltd. 28453 Eagle Ridge Magnolia, TX  77355 | 8/11/11 | |
| T&T Enterprises of SWFL, Inc. 9780 Silver Creek Court Estero, FL 33928 | 8/19/11 | |
| The Villas of San Marino at Carrollwood (Emerald Greens at Carrollwood, LLC) 1744 N. Belcher Road, Suite 150 Clearwater, FL 33756 | 8/17/11 | |
| United Homes, Inc. 7975 W 25th Avenue, Bay #5 Hialeah, FL 3301 | 8/18/11 | |
| United Homes International, Inc. 7975 NW 154th Street, Suite 400 Miami Lakes, FL  33016 | 8/18/11 | |
| Velvet Pines Construction, LLC 19214 Wymer Road Covington, LA 70435 | 10/14/11 | |
| Waterways Joint Venture IV, LLC 15489 Summit Place Circle Naples, FL 34119 | 8/23/11 | |
| Windship Homes of Florida Inc 10627 Broadland Pass Thonotosassa, FL 33592 | 8/19/11 | |