# EXHIBIT "B"

| PAYTON, ET AL. V. KNAUF GIPS KG, ET. AL.<br>CASE NO. 2:09-CV-07628 (E.D.LA.)<br><br>**DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT** |
|---|
| **DEFENDANT** |
| American Dream Builders, Inc. |
| B&W Complete Construction, Inc. |
| Blackhawk Partners, LLC |
| Chabot Enterprises, Inc. |
| Elite Home Construction Inc. |
| G. Drywalls Corporation |
| GL Homes Limited Corporation a/k/a GL Homes Limited Corporation |
| Jim Walter Homes, Inc. |
| Kemah Construction, Inc. |
| La Homes, Inc. |
| Legend Custom Builders, Inc. |
| Louran Builders, Inc. |
| Millennium Homes and Development, Inc. |
| Nathanial Crump |
| Ocean Springs Lumber Company, LLC |
| Parish Home Center |
| Philip Latapie |
| Premier Communities, Inc. |
| Reed Builders, LLC |
| Rookery Park Estates, LLC |
| Saturno Construction AB Inc. |
| Southwell Homes, LLC |
| Stonebrook Homes LLC |
| Sundown Development |
| Tad Brown |

| *PAYTON, ET AL. V. KNAUF GIPS KG, ET. AL.* <br> CASE NO. 2:09-CV-07628 (E.D.LA.) |
|---|
| **DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT** |

| DEFENDANT |
|---|
| The New Morning, LLC |
| Vicinity Drywall, Inc. |

| *WILTZ, ET AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET. AL.* CASE NO. 2:10-CV-00361 (E.D.LA.) |
|---|
| **DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT** |

| DEFENDANT |
|---|
| American Gallery Development Group, LLC |
| Bush Construction Corp. |
| Drive Enterprises, Inc. |
| Five Star Drywall, Inc. |
| G. Drywalls Corporation |
| Gryphon Corporation |
| K&B Homes, Inc. |
| McCar Homes, Inc. |
| Millennium Builders, Inc. |
| Millennium Homes & Development, Inc. |
| Northstar Holdings at B & A, LLC |
| Palm Isles Holdings, LLC |
| Taylor Morrison of Florida, Inc. |
| Touchstone At Rapallo, Inc. |

| *GROSS, ET AL. V. KNAUF GIPS KG, ET. AL.*<br>CASE NO. 2:09-CV-6690 (E.D.LA.)<br><br>**DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT** |
|---|
| **DEFENDANT** |
| Aarco, LLC |
| Adams Homes Realty, Inc. |
| American Gallery Development Group, LLC |
| Angel Developments LLC |
| Avalon Building Corporation of Tampa Bay |
| Bailey Lumber & Supply Company of Biloxi |
| Burmon Properties, LLC |
| Gant & Shivers |
| Garraway's Stores, Inc. |
| Gulf South Drywall |
| Hanover Homes, Inc |
| J.W. Allen & Company Incorporated |
| K&B Homes, Inc. |
| L & J Builders, Inc. |
| L & W Supply Corporation d/b/a Seacoast Supply Company |
| Legend Custom Builders, Inc. |
| Leon Ramsey |
| McCar Homes - Tampa, LLC |
| MGB Construction |
| Mitchell Homes, Inc. |
| Ocean Springs Lumber Company, L.L.C. |
| Palm Isles Holdings, LLC |
| Paul England Construction |
| Picayune Discount Building Supply |
| Renfrow Insulation & Supply |
| Renfrow Insulation I |
| Sorrento Lumber Co., Inc. |

*GROSS, ET AL. V. KNAUF GIPS KG, ET. AL.*
CASE NO. 2:09-CV-6690 (E.D.LA.)

**DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT**

| DEFENDANT |
| --- |
| Steve Harrington Homes, Inc. |
| TMO Global Logistics, LLC |
| Triorient Trading, Inc. |
| Trust America Homes, Inc. |
| USG Corporation |

*ROGERS, ET AL. V. KNAUF GIPS KG, ET. AL.*
CASE NO. 2:10-CV-00362 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| 3180 Lamb Court Acquisition, LLC |
| Angel Developments, LLC |
| Can-Am Drywall, Inc. (successor to Baystate Drywall, Inc.) |
| Davis General Contractors |
| Gomez Interiors, Inc. |
| Grand Palazzo Hendricks, LLC |
| Hanover Homes |
| J. Cherry and Sons, Inc. |
| Jim Walter Homes, Inc. |
| KB Homes |
| L&W Supply Corporation d/b/a Seacoast Supply Company |
| Laporte Builders, Inc. |
| LifeScape Buildings, LLC |
| Linel Consulting, LLC |
| LPR Builders, Inc. |
| Palm Isles Holdings, LLC |
| RCR Holdings I and II, LLC |
| Southern Homes, LLC |
| Sovereign Homes, LLC |
| Summit Contractors, Inc. |
| Treasure Coast |
| USG Corporation |
| Woodside f/k/a GHO Properties |

***ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD.., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL.*, CASE NO. 2:11-CV-080 (E.D.LA.)**

**DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT**

| DEFENDANT |
|---|
| Adams Homes Realty, Inc. |
| Advantage Builders of America, Inc. |
| Albanese-Popkin The Oaks Development Group, Inc. |
| American Building Materials, Inc. |
| American Homes, LLC |
| Antilles Vero Beach, LLC |
| Ashton Woods, LLC |
| ATCO Int. Corp. |
| Avalon Building Corporation of Tampa Bay |
| Black Bear Gypsum, LLC |
| Bradford Lumber & Supply, Inc. |
| Broadmoor Development Corp. |
| Citrus Park Development Group, LLC |
| Coastal Living Homes, L.L.C. |
| Cornerstone Construction of SW Florida, Inc. |
| Dalbert J. Poree, Individually |
| Dalbert Poree' General Repairs & Renovations |
| Deangelis Diamond Construction, Inc. |
| Deangelis Diamond Homes, Inc. |
| Deerfield Court Townhomes, LLC |
| Design Drywall of South Florida, LLC |
| Florida Drywall, Inc. |
| G. Drywalls Corporation |
| G.L. Homes of Boynton Beach Associates IX, Ltd. |
| G.L. Homes of Davie Associates, III, Ltd. |
| Hanover Homes, Inc. |
| HC Seals Drywall Partners |

***ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD.., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL.*, CASE NO. 2:11-CV-080 (E.D.LA.)**

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| Heights Custom Homes, LLC |
| Ironwood Properties, Inc. |
| J&A Brothers, Inc. |
| Jade Organization General Contractor, LLC |
| James Drywall, LLC |
| Jim Walter Homes, Inc. |
| Johnson Lumber Co., Inc. |
| Joseph E. Bellande |
| L&J Builders, Inc. |
| L&W Supply Corporation d/b/a Seacoast Supply Company |
| Laporte Family Properties, LLC |
| Lavish Holding Corp. |
| Lennar Corporation |
| Legend Custom Builders, Inc. |
| Lonnie Vollentine |
| Maranatha Construction, Inc. |
| Maronda Homes, Inc. of Florida |
| MC Contractors, Inc. |
| Millennium Builders, Inc. |
| Palm Isle Holdings, LLC |
| Richard Jones Construction Company, Inc. |
| Rinker Materials of Florida, Inc. |
| S.A.M. Drywall, Inc. |
| Shear, Corp. |
| Smith Family Homes Corporation |
| Smokey Mountain Materials, Inc. |
| Smokey Mountain Materials, Inc. |

*ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD.., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL.*, CASE NO. 2:11-CV-080 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| Southern Bay Homes, Inc. |
| Southern Homes of Broward XI, Inc. |
| Sterling Communities at Talavera, LLC |
| Sterling Communities, Inc. |
| Steve Harrington Homes, Inc. |
| Streamline Homes, Inc. |
| Stuart South Group, L.C. |
| The Jade Organization, Inc. |
| Thompson Wood Products, Inc. |
| Timberline Builders, Inc. |
| Treasure Coast Communities, LLC |
| US Home Corporation, a Delaware corporation |
| USG Corporation |

***ABREU, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG*** 
**CASE NO. 2:11-CV-252 (E.D.LA.)**

**DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT**

| DEFENDANT |
|---|
| 1st Drywall, LLC |
| Adams Homes, L.L.C. |
| Adams Homes of Northwest Florida, Inc. |
| Chase Drywall, Ltd. |
| Cornerstone Construction of S.W. Florida, Inc. |
| Darling Homes, LLC |
| Deer Creek Estates II, LLC |
| Hovnanian Enterprises, LLC d/b/a Brighton Homes |
| J.M.G. Drywall, Inc. |
| K. Hovnanion Developments of New Jersey, Inc. |
| L&W Supply Corporation d/b/a Seacoast Supply |
| Lancer Enterprises, Inc. |
| Lennar Corporation |
| Levitt and Sons of Manatee County, LLC |
| Louran Builders, Inc. d/b/a Vincent Montalto Construction |
| M J F Construction Corp. |
| Mercedes Homes, LLC |
| Meritage Homes of Texas, LLC a/k/a Meritage Homes of Texas II, LLC |
| Renar Homes, Inc. |
| Rosen Building Supplies, Inc. d/b/a On-Site Materials |
| Royal Homes, LLC |
| Southern Homes, LLC |
| Springhill, LLC |
| Sun Construction, LLC d/b/a Sunrise Homes |
| Timberline Builders, Inc. |
| Treasure Coast Communities, L.L.C. |

| *ABREU, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG*<br>CASE NO. 2:11-CV-252 (E.D.LA.) |
|---|
| **DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT** |

| DEFENDANT |
|---|
| Universal Construction Company, Inc. a/k/a U/C Construction, Inc. |

| *ABREU, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG*<br>CASE NO. 2:11-CV-252 (E.D.LA.)<br><br>**DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT** |
|---|
| **DEFENDANT** |
| USG Corporation |

| *HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,*<br>CASE NO. 11-CV-1077 (E.D.LA.)<br><br>**DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT** |
|---|
| **DEFENDANT** |
| Adams Homes of Northwest Florida, Inc. |
| AHJV, LLC |
| AL Brothers, Inc. |
| All Florida Drywall Supplies, Inc. |
| American Gallery Development Group, LLC |
| American Homes, LLC |
| American Housing Corporation |
| Angel Developments LLC |
| Area Builders of Tidewater, Inc. |
| Atlantic Homes, LLC |
| Aubuchon Homes, Inc. |
| Avalon Building Corporation of Tampa Bay |
| Bass Homes, Inc. |
| Black Bear Gypsum, LLC |
| Black Bear Gypsum Supply, Inc. |
| Boardwalk Drywall, Inc. |
| Bradford Lumber & Supply, Inc. |
| Brooks & Freund, LLC |
| Brownstone Builders, Inc. |

HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,
CASE NO. 11-CV-1077 (E.D.LA.)

**DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT**

| DEFENDANT |
|---|
| Cemex, Inc. |
| Coral Plastering & Wall Systems, Inc. |
| Core Construction, LLC |
| Core Construction Services Southeast, Inc. |
| Dan Spires Floor Covering, Inc. |
| Deerfield Court Townhomes, LLC |
| DSG Construction, Inc. |
| Everglades Lumber and Building Supplies, LLC |
| Excel Construction of S.W. Florida, Inc. |
| F. Development, LLC |
| F. Vicino Drywall II, Inc. |
| Gulfeagle Supply, Inc. |
| Hanover Homes, Inc. |
| HHJV, LLC |
| Ray Horvath Drywall, Inc. |
| Hovstone Properties Florida, LLC d/b/a K Hovnanian Homes |
| HPH Properties, LLC |
| J & A Brothers Drywall & Stucco, Inc. |
| James Drywall LLC |
| K Hovnanian of Palm Beach XIII, Inc. |
| KB Homes, Inc. |
| L&W Supply Corporation d/b/a Seacoast Supply Company |
| La Suprema Enterprises |
| Lavish Holding Corp. |
| Legend Custom Builders, Inc. |
| Lennar Corporation |

*HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,*
CASE NO. 11-CV-1077 (E.D.LA.)

**DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT**

| DEFENDANT |
|---|
| Manclar Builders, Inc. |
| Marr Development of Central Florida, Inc. |
| McCar Homes, Inc. |
| MC Contractors, Inc. |
| Meritage Homes of Florida, Inc. |
| Next Level Group, LLC |
| Nicholas & Co. Construction |
| ProBuild Company, LLC |
| Quality Builders of North Florida, Inc. |
| Regency Homes Group, LLC |
| Residential Concepts, Ltd. |
| Residential Drywall, Inc. |
| Reve Development Corporation |
| RJL Drywall Inc. |
| RJM Builders North, Inc. |
| Schmidth Brothers Homes, Inc. |
| Smokey Mountain Materials, Inc. |
| South Bay Development Corporation |
| Standard Pacific of South Florida GP, Inc. |
| Sterling Communities at Talavera, LLC |
| Sterling Communities, Inc. |
| Steven R. Carter, Inc. |
| Stock Building Supply |
| Stock Building Supply of Florida, LLC |
| Stuart South Group, LLC |

HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,
CASE NO. 11-CV-1077 (E.D.LA.)

**DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT**

| DEFENDANT |
|---|
| Stuart South Group, L.C. d/b/a Treasure Coast Homes |
| Sumaj Builders Corporation |
| The Porter-Blaine Corp. |
| Timberline Builders, Inc. |
| Treasure Coast Communities, LLC |
| USG Corporation |
| Venture Supply, Inc. |
| Villa Homes of Southwest Florida |
| WB Howland Co., LLC |
| William L. Perry Plastering & Drywall, Inc. |
| Woodside Stoneybrook, LLC |

| *BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.*<br>CASE NO. 11-CV-1363 (E.D.LA.)<br><br>**DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT** |
|---|
| **DEFENDANT** |
| 1st Drywall, LLC |
| Acadian Builders and Contractors, LLC |
| Adams Homes of Northwest Florida, Inc. |
| AI Brothers, Inc. |
| Alvin R. Savoie & Associates, Inc. dba Savoie Construction & Development, L.L.C. |
| American Homes, LLC |
| Angel Developments LLC |
| Anthony F. Marino General Contractor, LLC |
| Aranda Homes, Inc. |
| ATCO Int. Corp. |
| Barnett Drywall |
| BJ&K Condo Construction, Inc. |
| Boynton Village Associates, Ltd. |
| Building Materials Wholesale, Inc. |
| Caliber Properties, LLC |
| C&D Plastering & Stucco, Inc. |
| Caribe Central LLC |
| Caribe Homes Corp. |
| Castle Rock Builders, LLC |
| Castlerock Communities, LLP |
| Chris P. Roberts |
| Christopher Duet |
| Coastal Construction of South Florida, Inc. |
| Coastal Living Homes, L.L.C. |
| Core Construction, LLC |
| Cornerstone Construction of S.W. Florida, Inc. |
| Courtside Development, Inc. |

*BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.*
CASE NO. 11-CV-1363 (E.D.LA.)

**DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT**

| DEFENDANT |
| --- |
| Creola Ace Hardware, Inc. |
| Daelen of Tangipahoa, L.L.C. |
| Ed Price Building Materials |
| Eddleman Homes, LLC |
| F. Vicino and Company, Inc. |
| F. Vicino Drywall, Inc. |
| Foster Coatings & Contracting |
| Gant & Shivers Homes, LLC |
| GEM Builders, Inc. |
| Hanover Homes, Inc. |
| Highland Lakes Homes, LLC d/b/a Eddleman Homes, LLC |
| Holder Construction Co., Inc. |
| Home Town Lumber & Supply, Inc. |
| Horizon Builders, Inc. |
| Horvath & Horvath Drywall, Inc. |
| HPH Properties, LLC |
| Hubert Seals and Sarah Seals dba Seals Drywall |
| Ironwood Properties, Inc. |
| J-Bec Homes of Diamondhead, LLC |
| Kaye Homes, Inc. |
| Kemah Construction, Inc. |
| L&W Supply Corporation d/b/a Seacoast Supply Company |
| La Suprema Enterprise, Inc. |
| La Suprema Trading, Inc. |
| Lennar Corporation |
| Lennicx Builders, Inc. |
| Likness Construction Corp. of Southwest Florida |

*BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.*
CASE NO. 11-CV-1363 (E.D.LA.)

**DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT**

| DEFENDANT |
| --- |
| M. Carbine Restorations, Ltd. |
| MAC Construction, LLC |
| Mandy Drywall, Inc. |
| Mark Drake |
| Maronda Homes, Inc. of Florida |
| Matmo Construction, L.L.C. |
| Milton Construction Company |
| Morgan Homes, Inc. |
| Ocean Springs Lumber Company, LLC |
| Precision Drywall, Inc. |
| Ray Horvath Drywall, Inc. |
| RCR Holdings II, LLC |
| Renar Development Co. |
| Renar Homes, Inc. |
| Residential Drywall, Inc. |
| Residential Drywall of Ft. Myers, Inc. |
| Richard Jones Construction Company, Inc. |
| RJL Drywall, Inc. |
| Rosen Building Supplies, Inc. d/b/a On-Site Materials |
| Royal Homes, L.L.C. |
| S3 Enterprises, Inc. d/b/a A1 Brothers Metal Framing and Drywall |
| Schenley Park Homes, LLC |
| Shane Heitzman |
| State Lumber & Supply Company, Inc. |
| Stonelake Ranch, LLC |
| Streamline Homes, Inc. |
| Stuart South Group, LLC |

| *BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.* CASE NO. 11-CV-1363 (E.D.LA.) |
|---|
| **DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT** |

| DEFENDANT |
|---|
| Tallow Creek, LLC |
| The St. Joe Company |
| Timberline Builders, Inc. |
| Timberline Homes, Inc. |
| Toll Estero Limited Partnership d/b/a Toll Brothers |
| USG Corporation |
| Woodside Stoneybrook, LLC |
| W.S. Keel Lumber Co., Inc. |
| Ybarzabal Contractors, LLC |