MINUTE ENTRY
FALLON, J.
JULY 26, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | MDL NO. 2047 |
|     DRYWALL PRODUCTS | |
|     LIABILITY LITIGATION | SECTION: L |
| | |
| THIS DOCUMENT RELATES TO: All Cases | JUDGE FALLON |
| | MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Susan Zielie

Appearances:   Gerald Meunier, Esq., for Plaintiffs
                 Kevin Risley, Esq., for Defendant The North River Insurance Company
                 Richard Duplantier, Esq., for Defendant Interior Exterior Building Supply
                 Steve Glickstein, Esq., for Certain Knauf Defendants
                 Hugh Scott, Esq., for Defendant Liberty Mutual Fire Insurance Company
                 Gregory Currier, Esq., for Defendant Arch Insurance Company

1. Motion of Defendant The North River Insurance Company To (A) Lift The Stay As To Certain Parties, (B) Consolidate Certain Claims, And (C) Realign Parties (14577)

2. Plaintiff-Intervenors' Motion in Limine to that the principle of solidary liability applies to the fault in redhibition of Interior Exterior Building Supply, LP as seller and Knauf/KPT as manufacturer-seller (14665)

After Argument was heard on both motions - BOTH MATTERS ARE TAKEN UNDER SUBMISSION

JS10:    1:09