UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*CASES SET FOR TRIAL INVOLVING INTERIOR/
EXTERIOR AND NORTH RIVER*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE OF COURT TO FILE
## REPLY MEMORANDUM OF PLAINTIFFS-INTERVENORS

Considering the Motion for Leave of Court to File Reply Memorandum of Plaintiffs-Intervenors;

IT IS ORDERED BY THE COURT that the Motion for Leave of Court to File Reply Memorandum of Plaintiffs-Intervenors be and is hereby granted, and that the attached Reply Memorandum of Plaintiffs-Intervenors be filed into the record.

New Orleans, Louisiana, this 26th day of July, 2012.

_____
Eldon E. Fallon
United States District Court Judge

-1-