UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO.: 2047
SECTION: L
JUDGE FALLON
MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:

CASE NO.: 12-0498

RICHARD and CONSTANCE ALMEROTH,
individually, and on behalf of all others similarly
situated, et al. v. TAISHAN GYPSUM CO., LTD, ET AL.
_____/

### NOTICE OF APPEARANCE ON BEHALF OF
### DEFENDANT, MILTON CONSTRUCTION COMPANY

COMES NOW, the undersigned law firm of Fulmer, LeRoy, Albee, Baumann, P.L.C. which hereby files its Notice of Appearance as counsel on behalf of Defendant, MILTON CONSTRUCTION COMPANY. It is respectfully requested that all pleadings, documents and correspondence be served upon the undersigned counsel in connection with these actions

Respectfully submitted,

FULMER LeROY ALBEE BAUMANN, P.L.C.
Attorneys for Defendant,
MILTON CONSTRUCTION COMPANY
2866 East Oakland Park Boulevard
Fort Lauderdale, FL 33306
(954) 707-4430 phone
(954) 707-4431 fax

BY: /s/ *Gary F. Baumann*
GARY F. BAUMANN
Fla. Bar. No.: 089052

Exhibit A

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2012, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller by e-mail and e-mail upon all parties by electronically uploading same to Lexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

BY: /s/ *Gary F. Baumann*
     GARY F. BAUMANN

**Notices**

2:09-md-02047-EEF-JCW In Re: Chinese-Manufactured Drywall
Products Liability Litigation

APPEAL,CLASS_REQUESTED,DRYWALL,MASTER,PROTO,SPMAST

## U. S. District Court

### Eastern District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered by Baumann, Gary on 5/2/2012 at 1:39 PM CDT and filed on 5/2/2012
**Case Name:**      In Re: Chinese-Manufactured Drywall Products Liability Litigation
**Case Number:**    2:09-md-02047-EEF-JCW
**Filer:**          Defendant
**Document Number:** 14139

**Docket Text:**
**NOTICE of Appearance by Gary F. Baumann on behalf of Defendant. (Reference: 12-0948)**
**(Baumann, Gary)**


**2:09-md-02047-EEF-JCW Notice has been electronically mailed to:**

Judy Y. Barrasso     jbarrasso@barrassousdin.com, ccosse@barrassousdin.com

Kerry J. Miller     kmiller@frilot.com, scavet@frilot.com

Leonard A. Davis     ldavis@hhkc.com, acatalanotto@hhkc.com, bblisard@hhkc.com, jepstein@hhkc.com, lflemming@hhkc.com

Lynn C Greer     lgreer@browngreer.com, adwyre@browngreer.com, kclarke@browngreer.com, tblankenship@browngreer.com

Phillip A. Wittmann     pwittmann@stonepigman.com, btigchelaar@stonepigman.com, cmolony@stonepigman.com, pblackman@stonepigman.com

Robert Murray Johnston     rmj@ahhelaw.com, gwh@ahhelaw.com, jmc@ahhelaw.com

Russ M. Herman     rwestenfeld@hhkc.com

**2:09-md-02047-EEF-JCW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=5/2/2012] [FileNumber=5715265-0]
[a6f9cd9ff873e0fea266015fddbf45bd57e9e9e4e5d98176689l3602c8b2b130e8c4
ad42346f0035faea297fa6f205aae885dc57a0449fd6f284860d960ae001]]