UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Almeroth, et al., v. Taishan Gypsum Co.*, Case No.2:12-cv-00498 (E.D.La.) | |

**ORDER**

Upon consideration of Plaintiffs' Steering Committee's motion to withdraw and strike unopposed motion to substitute parties, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED. The clerk is hereby directed to strike the unopposed motion to substitute parties.  Rec. doc. # 15419.

This 26th day of July, 2012, at New Orleans, Louisiana.

ELDON E. FALLON
United States District Court Judge

1