# WHITFIELD BRYSON & MASON LLP
ATTORNEYS AT LAW

John C. Whitfield +
Daniel K. Bryson + •
Gary E. Mason ◊∞ *
Donna F. Solen « ◊
Nicholas A. Migliaccio ◊∞

Scott C. Harris •
Matthew E. Lee •
Jason Rathod • ◊
Karl Amelchenko •
Monica Bansal ◊
Thomas B. Spain (Of Counsel) +

900 W. Morgan Street
Raleigh, North Carolina 27603
Office: 919.600.5000
Fax: 919.600.5035
www.wbmllp.com

State Bar Admissions:
+ KY   ◊ DC   « FL   ₒ MD
• NC   ∞ NY   * IL

July 13, 2012

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

In Re:  Chinese Manufactured Drywall Products Liability Litigation
*Payton, et al. v. Knauf GIPS KG, et al.*
Case No.: 09-7628

Dear Lenny and Russ:

My client, Valerie Jackson, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss without prejudice all of her claims in the above referenced Omni Complaint.

Very truly yours,

Daniel K. Bryson