北新集团建材股份有限公司 2010 年年度报告

| 种 类 | 期末余额 | | | | |
|---|---|---|---|---|---|
| | 账面余额 | | 坏账准备 | | —— |
| | 金额 | 比例（%） | 金额 | 比例（%） | 其他应收款净额 |
| 单项金额重大并单项计提坏账准备的其他应收款 | —— | —— | —— | —— | —— |
| 按组合计提坏账准备的其他应收款 | —— | | | | |
| 账龄组合 | 920,539,618.67 | 100.00% | 10,010,204.14 | 1.09% | 910,529,414.53 |
| 单项金额虽不重大但单项计提坏账准备的其他应收款 | —— | —— | —— | —— | —— |
| 合 计 | 920,539,618.67 | 100.00% | 10,010,204.14 | 1.09% | 910,529,414.53 |
| 种 类 | 期初余额 | | | | |
| | 账面余额 | | 坏账准备 | | —— |
| | 金额 | 比例（%） | 金额 | 比例（%） | 其他应收款净额 |
| 单项金额重大并单项计提坏账准备的其他应收款 | —— | —— | —— | —— | —— |
| 按组合计提坏账准备的其他应收账款 | —— | | | | |
| 账龄组合 | 647,740,283.82 | 100.00% | 7,113,681.25 | 1.10% | 640,626,602.57 |
| 单项金额虽不重大但单项计提坏账准备的其他应收款 | —— | —— | —— | —— | —— |
| 合 计 | 647,740,283.82 | 100.00% | 7,113,681.25 | 1.10% | 640,626,602.57 |

a、本公司无期末单项金额重大或虽不重大但单独进行减值测试的其他应收款坏账准备计提情况。

b、组合中，按账龄分析法计提坏账准备的其他应收款：

| 账 龄 | 期末余额 | | | 期初余额 | | |
|---|---|---|---|---|---|---|
| | 其他应收款 | 所占比例 | 坏账准备 | 其他应收款 | 所占比例 | 坏账准备 |
| 一年以内 | 917,566,017.06 | 99.68% | 9,175,660.17 | 644,501,174.35 | 99.50% | 6,445,011.74 |
| 一至二年 | 1,191,348.35 | 0.13% | 83,394.38 | 1,732,586.37 | 0.28% | 121,281.05 |
| 二至三年 | 1,053,497.83 | 0.11% | 210,699.57 | 925,092.13 | 0.14% | 185,018.43 |
| 三至四年 | 129,532.00 | 0.01% | 51,812.80 | 350,548.25 | 0.05% | 140,219.30 |
| 四至五年 | 368,620.71 | 0.04% | 258,034.50 | 29,106.65 | 0.00% | 20,374.66 |
| 五年以上 | 230,602.72 | 0.03% | 230,602.72 | 201,776.07 | 0.03% | 201,776.07 |
| 合 计 | 920,539,618.67 | 100.00% | 10,010,204.14 | 647,740,283.82 | 100.00% | 7,113,681.25 |

（2）本期无实际核销其他应收款的情况。

（3）其他应收款期末余额中，无应收持有公司5%以上（含5%）股份的股东单位的往来款项。

（4）其他应收款金额前五名单位情况

| 序号 | 单位名称 | 与本公司关系 | 期末余额 | 年限 | 占其他应收款总额的比例 |
|---|---|---|---|---|---|
| 1 | 肇庆北新建材有限公司 | 子公司 | 157,591,034.19 | 一年以内 | 17.12% |
| 2 | 苏州北新建材有限公司 | 子公司 | 121,546,260.74 | 一年至二年 | 13.20% |
| 3 | 湖北北新建材有限公司 | 子公司 | 114,399,805.31 | 一年以内 | 12.43% |
| 4 | 宁波北新建材有限公司 | 子公司 | 99,777,558.90 | 一年至二年 | 10.84% |
| 5 | 太仓北新建材有限公司 | 子公司 | 84,354,973.81 | 一年以内 | 9.16% |
| | 太仓北新建材有限公司 | 子公司 | 1,099,817.75 | 一年至二年 | 0.12% |
| 合 计 | | —— | 578,769,450.70 | —— | 62.87% |

（5）金额较大的其他应收款的性质或内容

| 单位名称 | 期末余额 | 应收性质或内容 |
|---|---|---|
| 肇庆北新建材有限公司 | 157,591,034.19 | 代垫工程款 |
| 苏州北新建材有限公司 | 121,546,260.74 | 代垫工程款 |
| 湖北北新建材有限公司 | 114,399,805.31 | 代垫工程款 |
| 宁波北新建材有限公司 | 99,777,558.90 | 代垫工程款 |
| 太仓北新建材有限公司 | 85,454,791.56 | 代垫工程款 |
| 北新建塑有限公司 | 71,101,250.00 | 借款 |
| 北新住宅产业有限公司 | 63,384,618.66 | 代垫工程款 |
| 镇江北新建材有限公司 | 60,580,119.36 | 代垫工程款 |
| 广安北新建材有限公司 | 43,269,896.35 | 代垫工程款 |
| 苏州北新矿棉板有限公司 | 42,411,120.00 | 借款 |
| 故城北新建材有限公司 | 36,720,091.80 | 代垫工程款 |
| 平邑北新建材有限公司 | 17,897,675.71 | 代垫工程款 |

（6）其他应收款中应收关联方款项情况

| 单位名称 | 与本公司关系 | 期末余额 | 占其他应收款总额的比例 |
|---|---|---|---|
| 肇庆北新建材有限公司 | 子公司 | 157,591,034.19 | 17.12% |
| 苏州北新建材有限公司 | 子公司 | 121,546,260.74 | 13.20% |
| 湖北北新建材有限公司 | 子公司 | 114,399,805.31 | 12.43% |
| 宁波北新建材有限公司 | 子公司 | 99,777,558.90 | 10.84% |
| 太仓北新建材有限公司 | 子公司 | 85,454,791.56 | 9.28% |
| 北新建塑有限公司 | 子公司 | 71,101,250.00 | 7.72% |
| 北新住宅产业有限公司 | 子公司 | 63,384,618.66 | 6.89% |
| 镇江北新建材有限公司 | 子公司 | 60,580,119.36 | 6.58% |
| 广安北新建材有限公司 | 子公司 | 43,269,896.35 | 4.70% |
| 苏州北新矿棉板有限公司 | 子公司 | 42,411,120.00 | 4.61% |
| 故城北新建材有限公司 | 子公司 | 36,720,091.80 | 3.99% |
| 平邑北新建材有限公司 | 子公司 | 17,897,675.71 | 1.94% |
| 新乡北新建材有限公司 | 子公司 | 523,184.86 | 0.06% |
| 淮南北新建材有限公司 | 子公司 | 22,850.09 | 0.00% |
| 合　计 | ———— | 914,680,257.53 | 99.36% |

（7）其他应收款的说明：

公司其他应收款期末余额较上年末增加272,799,334.85元，增加的比例为42.12%，增加的主要原因系公司为处于建设期的子公司代垫的工程款增加所致。

**3、长期股权投资**

（1）组成情况

| 项　目 | 期末余额 | | | 期初余额 | | |
|---|---|---|---|---|---|---|
| | 账面余额 | 减值准备 | 投资净额 | 账面余额 | 减值准备 | 投资净额 |
| 1、按成本法核算的投资 | 862,890,002.68 | 4,770,165.05 | 858,119,837.63 | 809,424,191.68 | 4,679,288.50 | 804,744,903.18 |
| 其中：对子公司投资 | 836,989,014.61 | -- | 836,989,014.61 | 783,523,203.61 | -- | 783,523,203.61 |
| 对其他企业的投资 | 25,900,988.07 | 4,770,165.05 | 21,130,823.02 | 25,900,988.07 | 4,679,288.50 | 21,221,699.57 |
| 2、按权益法核算的投资 | 165,794,708.14 | -- | 165,794,708.14 | 168,454,309.14 | -- | 168,454,309.14 |
| 合　计 | 1,028,684,710.82 | 4,770,165.05 | 1,023,914,545.77 | 977,878,500.82 | 4,679,288.50 | 973,199,212.32 |

北新集团建材股份有限公司 2010 年年度报告

（2）按成本法核算的长期股权投资

| 被投资单位 | 投资成本 | 期初余额 | 本期投资增减额 | 本期投资收益 | 本期资产减值损失 | 期末余额 |
|---|---|---|---|---|---|---|
| 北京绿创环保设备股份有限公司 | 8,670,000.00 | 8,670,000.00 | -- | -- | -- | 8,670,000.00 |
| 北京天地东方超硬材料有限责任公司 | 4,500,000.00 | 4,500,000.00 | -- | -- | -- | 4,500,000.00 |
| 中投信用担保有限公司 | 10,000,000.00 | 10,000,000.00 | | -- | 90,876.55 | 10,000,000.00 |
| 北新科技发展有限公司 | 2,730,988.07 | 2,730,988.07 | | -- | -- | 2,730,988.07 |
| 北新建塑有限公司 | 55,000,000.00 | 55,000,000.00 | -- | -- | -- | 55,000,000.00 |
| 北京新材料孵化器有限公司 | 3,000,000.00 | 3,000,000.00 | -- | -- | -- | 3,000,000.00 |
| 北新房屋有限公司 | 142,715,811.00 | 128,000,000.00 | 14,715,811.00 | -- | -- | 142,715,811.00 |
| 北京北新晨龙装饰工程有限公司 | 7,816,607.12 | 7,574,156.61 | -- | -- | -- | 7,574,156.61 |
| 泰山石膏（重庆）有限公司 | 5,750,000.00 | 5,750,000.00 | -- | -- | -- | 5,750,000.00 |
| 泰山石膏股份有限公司 | 117,652,500.00 | 117,652,500.00 | -- | 42,000,000.00 | -- | 117,652,500.00 |
| 苏州北新矿棉板有限公司 | 32,000,000.00 | 32,000,000.00 | -- | -- | -- | 32,000,000.00 |
| 泰山石膏（邳州）有限公司 | 750,000.00 | 750,000.00 | -- | -- | -- | 750,000.00 |
| 湖北泰山建材有限公司 | 750,000.00 | 750,000.00 | -- | -- | -- | 750,000.00 |
| 宁波北新建材有限公司 | 15,000,000.00 | 15,000,000.00 | -- | 11,000,000.00 | -- | 15,000,000.00 |
| 成都北新建材有限公司 | -- | 1,000,000.00 | -1,000,000.00 | 33,435.84 | -- | -- |
| 北京东联投资有限公司 | 114,540,000.00 | 114,540,000.00 | -- | 16,083,467.00 | -- | 114,540,000.00 |
| 太仓北新建材有限公司 | 60,000,000.00 | 60,000,000.00 | -- | 7,000,000.00 | -- | 60,000,000.00 |
| 肇庆北新建材有限公司 | 20,000,000.00 | 20,000,000.00 | | -- | -- | 20,000,000.00 |
| 广安北新建材有限公司 | 15,000,000.00 | 15,000,000.00 | | -- | -- | 15,000,000.00 |
| 湖北北新建材有限公司 | 15,000,000.00 | 15,000,000.00 | | -- | -- | 15,000,000.00 |
| 泰山石膏（江阴）有限公司 | 24,506,547.00 | 24,506,547.00 | -- | -- | -- | 24,506,547.00 |
| 苏州北新建材有限公司 | 80,000,000.00 | 80,000,000.00 | -- | -- | -- | 80,000,000.00 |
| 北新住宅产业有限公司 | 50,000,000.00 | 50,000,000.00 | -- | -- | -- | 50,000,000.00 |
| 镇江北新建材有限公司 | 15,000,000.00 | 15,000,000.00 | -- | -- | -- | 15,000,000.00 |
| 平邑北新建材有限公司 | 20,000,000.00 | 20,000,000.00 | -- | -- | -- | 20,000,000.00 |
| 故城北新建材有限公司 | 12,750,000.00 | 3,000,000.00 | 9,750,000.00 | -- | -- | 12,750,000.00 |
| 新乡北新建材有限公司 | 15,000,000.00 | -- | 15,000,000.00 | -- | -- | 15,000,000.00 |
| 淮南北新建材有限公司 | 15,000,000.00 | -- | 15,000,000.00 | -- | -- | 15,000,000.00 |
| 合　计 | 863,132,453.19 | 809,424,191.68 | 53,465,811.00 | 76,116,902.84 | 90,876.55 | 862,890,002.68 |

（3）按权益法核算的长期股权投资

| 被投资单位 | 持股比例 | 投资成本 | 期初账面余额 | 本期投资增减额 | | | 期末账面余额 |
|---|---|---|---|---|---|---|---|
| | | | | 本期增加额 | 本期减少额 | 其中：分得现金红利 | |
| 郯城新兴新装饰材料有限公司 | 29.20% | 33,345,076.13 | 68,285,119.61 | -- | 5,605,166.60 | -- | 62,679,953.01 |
| 武汉理工光科股份有限公司 | 20.00% | 11,603,024.00 | 18,767,634.99 | 4,103,819.46 | 351,786.50 | 351,786.50 | 22,519,667.95 |
| 烁光特晶科技发展有限公司 | 41.00% | 20,547,690.39 | 25,906,995.61 | 382,390.27 | -- | -- | 26,289,385.88 |
| 华府房地产开发有限公司 | 29.677% | 61,975,318.43 | 55,494,558.93 | -- | 1,188,857.63 | -- | 54,305,701.30 |
| 合　计 | -- | 127,471,108.95 | 168,454,309.14 | 4,486,209.73 | 7,145,810.73 | 351,786.50 | 165,794,708.14 |

（4）母公司对合营企业和联营企业投资情况如下：

| 被投资单位名称 | 本企业持股比例(%) | 本企业在被投资单位表决权 | 期末资产总额 | 期末负债总额 | 期末净资产总额 | 本期营业收入总额 | 本期净利润 |
|---|---|---|---|---|---|---|---|

北新集团建材股份有限公司 2010 年年度报告

| | | 比例(%) | | | | | |
|---|---|---|---|---|---|---|---|
| 一、合营企业 | -- | -- | -- | -- | -- | -- | -- |
| -- | -- | -- | -- | -- | -- | -- | -- |
| 二、联营企业 | -- | -- | -- | -- | -- | -- | -- |
| 郯城新兴新装饰材料有限公司 | 29.20% | 29.20% | 255,504,239.39 | 40,846,866.07 | 214,657,373.32 | 316,618,261.49 | -18,284,765.76 |
| 武汉理工光科股份有限公司 | 20.00% | 20.00% | 161,032,080.29 | 48,433,740.52 | 112,598,339.77 | 86,044,656.53 | 13,468,911.87 |
| 烁光特晶科技发展有限公司 | 41.00% | 41.00% | 79,193,773.55 | 15,073,320.18 | 64,120,453.37 | 34,668,823.24 | 894,118.71 |
| 华府房地产开发有限公司 | 29.677% | 29.677% | 284,146,222.86 | 94,758,231.00 | 189,387,991.86 | -- | -4,005,989.92 |

（4）股权投资减值准备

| 项　目 | 期初余额 | 本期增加 | 本期减少 | | 期末余额 |
|---|---|---|---|---|---|
| | | | 转回 | 转销 | |
| 北京天地东方超硬材料有限责任公司 | 3,160,661.84 | --- | --- | --- | 3,160,661.84 |
| 北新科技发展有限公司 | 1,061,933.10 | --- | --- | --- | 1,061,933.10 |
| 中投信用担保有限公司 | 456,693.56 | 90,876.55 | --- | --- | 547,570.11 |
| 合　计 | 4,679,288.50 | 90,876.55 | --- | --- | 4,770,165.05 |

**4、营业收入及营业成本**

（1）营业收入

| 项　目 | 本期金额 | | 上期金额 | |
|---|---|---|---|---|
| | 营业收入 | 营业成本 | 营业收入 | 营业成本 |
| 主营业务收入 | 718,287,816.81 | 559,458,482.73 | 760,732,661.32 | 560,419,051.44 |
| 其他业务收入 | 50,121,411.56 | 43,049,660.10 | 65,811,037.60 | 44,115,601.39 |
| 合　计 | 768,409,228.37 | 602,508,142.83 | 826,543,698.92 | 604,534,652.83 |

（2）主营业务（分行业）

| 行业名称 | 本期金额 | | 上期金额 | |
|---|---|---|---|---|
| | 营业收入 | 营业成本 | 营业收入 | 营业成本 |
| 建材行业 | 718,287,816.81 | 559,458,482.73 | 760,732,661.32 | 560,419,051.44 |
| 工程及劳务 | -- | -- | -- | -- |
| 合　计 | 718,287,816.81 | 559,458,482.73 | 760,732,661.32 | 560,419,051.44 |

（3）主营业务（分产品）

| 产品名称 | 本期金额 | | 上期金额 | |
|---|---|---|---|---|
| | 营业收入 | 营业成本 | 营业收入 | 营业成本 |
| 石膏板 | 308,600,675.01 | 227,438,591.09 | 384,399,321.62 | 257,447,959.08 |
| 龙　骨 | 158,184,571.39 | 123,136,937.78 | 129,472,076.35 | 101,688,717.39 |
| 其　他 | 246,945,970.55 | 208,882,953.86 | 239,888,140.15 | 201,282,374.97 |
| 增值税补贴收入 | 4,556,599.86 | -- | 6,973,123.20 | -- |
| 合　计 | 718,287,816.81 | 559,458,482.73 | 760,732,661.32 | 560,419,051.44 |

（4）主营业务（分地区）

| 地区名称 | 本期金额 | | 上期金额 | |
|---|---|---|---|---|
| | 营业收入 | 营业成本 | 营业收入 | 营业成本 |
| 国内销售 | 695,502,112.08 | 539,046,863.28 | 734,347,236.54 | 538,998,621.91 |

北新集团建材股份有限公司 2010 年年度报告

| | | | | |
|---|---|---|---|---|
| 其中：北方地区 | 391,318,825.15 | 299,471,462.46 | 352,551,340.43 | 259,252,292.12 |
| 　　　南方地区 | 260,294,862.64 | 205,080,233.86 | 333,574,409.64 | 244,994,339.15 |
| 　　　西部地区 | 43,888,424.29 | 34,495,166.96 | 48,221,486.47 | 34,751,990.64 |
| 国外销售 | 22,785,704.73 | 20,411,619.45 | 26,385,424.78 | 21,420,429.53 |
| 合　计 | 718,287,816.81 | 559,458,482.73 | 760,732,661.32 | 560,419,051.44 |

（5）其他业务收入和其他业务成本

| 产品或业务类别 | 本期金额 | | 上期金额 | |
|---|---|---|---|---|
| | 其他业务收入 | 其他业务成本 | 其他业务收入 | 其他业务成本 |
| 租赁收入 | 2,995,407.05 | 104,196.22 | 3,110,574.80 | 110,068.48 |
| 运输及劳务收入 | 1,921,876.09 | 2,212,169.65 | 2,386,292.37 | 2,471,459.52 |
| 销售外购商品 | 15,427,821.34 | 14,739,173.56 | 12,053,274.77 | 11,051,513.08 |
| 销售外购材料 | 3,296,647.50 | 3,516,719.00 | 10,545,842.13 | 10,358,229.65 |
| 技术转让费收入 | 3,000,000.00 | —— | 16,700,000.00 | —— |
| 其他 | 23,479,659.58 | 22,477,401.67 | 21,015,053.53 | 20,124,330.66 |
| 合　计 | 50,121,411.56 | 43,049,660.10 | 65,811,037.60 | 44,115,601.39 |

（6）公司前五名客户的销售收入情况

| 客户名称 | 销售收入 | 占公司全部销售收入的比例 |
|---|---|---|
| 北京新北龙腾建材有限公司 | 32,288,910.02 | 4.20% |
| 安徽世纪金源置业发展有限公司 | 30,246,128.55 | 3.94% |
| 北京市玉泉营鑫德利装饰材料经营部 | 23,469,503.04 | 3.05% |
| 北京回龙观冠龙装饰材料经营部 | 17,365,840.08 | 2.26% |
| 北京大视野工贸有限责任公司 | 15,298,988.06 | 1.99% |
| 合　计 | 118,669,369.75 | 15.44% |

5、财务费用

| 项　目 | 本期金额 | 上期金额 |
|---|---|---|
| 利息支出 | 41,433,019.52 | 32,988,208.17 |
| 减:利息收入 | 24,950,309.90 | 12,340,307.43 |
| 汇兑损失 | 19,289.25 | 20,599.93 |
| 减：汇兑收益 | —— | —— |
| 金融机构手续费 | 726,947.20 | 3,207,684.42 |
| 合　计 | 17,228,946.07 | 23,876,185.09 |

6、投资收益

（1）财务报表中的投资收益项目分类情况：

| 项　目 | 本期金额 | 上期金额 |
|---|---|---|
| 成本法核算的长期股权投资收益 | 76,116,902.84 | 260,819.70 |
| 权益法核算的长期股权投资收益 | -3,717,814.50 | -5,664,588.62 |

| | 本期金额 | 上期金额 |
|---|---|---|
| 处置长期股权投资产生的投资收益 | 20,664.06 | —— |
| 持有交易性金融资产期间取得的投资收益 | —— | —— |
| 持有至到期投资取得的投资收益期间取得的投资收益 | —— | —— |
| 持有可供出售金融资产等期间取得的投资收益 | —— | —— |
| 处置交易性金融资产取得的投资收益 | —— | —— |
| 处置持有至到期投资取得的投资收益 | —— | —— |
| 处置可供出售金融资产等取得的投资收益 | —— | —— |
| 其    他 | —— | —— |
| 合    计 | 72,419,752.40 | -5,403,768.92 |

（2）按成本法核算的长期股权投资按投资单位分项列示投资收益：

| 被投资单位 | 本期金额 | 上期金额 | 备注 |
|---|---|---|---|
| 泰山石膏股份有限公司 | 42,000,000.00 | —— | 分红 |
| 北京东联投资有限公司 | 16,083,467.00 | —— | 分红 |
| 宁波北新建材有限公司 | 11,000,000.00 | —— | 分红 |
| 太仓北新建材有限公司 | 7,000,000.00 | —— | 分红 |
| 成都北新建材有限公司 | 33,435.84 | —— | 分红 |
| 北京绿创环保设备股份有限公司 | —— | 260,819.70 | 分红 |
| 合    计 | 76,116,902.84 | 260,819.70 | —— |

（3）按权益法核算的长期股权投资按投资单位分项列示投资收益：

| 被投资单位 | 本期金额 | 上期金额 | 本期比上期增减变动的原因 |
|---|---|---|---|
| 郯城新兴新装饰材料有限公司 | -5,605,166.60 | -6,285,525.65 | 损益调整 |
| 武汉理工光科股份有限公司 | 2,693,819.46 | 1,595,970.16 | 损益调整 |
| 烁光特晶科技发展有限公司 | 382,390.27 | 286,766.62 | 损益调整 |
| 华府房地产开发有限公司 | -1,188,857.63 | -1,261,799.75 | 损益调整 |
| 合    计 | -3,717,814.50 | -5,664,588.62 | —— |

（4）处置长期股权投资产生的投资收益：

| 被投资单位 | 本期金额 | 上期金额 | 本期比上期增减变动的原因 |
|---|---|---|---|
| 成都北新建材有限公司 | 20,664.06 | —— | 子公司注销 |
| 合    计 | 20,664.06 | —— | —— |

**7、现金流量表补充资料**

| 补充资料 | 本期金额 | 上期金额 |
|---|---|---|
| 1．将净利润调节为经营活动现金流量： | —— | —— |
| 净利润 | 109,237,544.13 | 73,888,120.85 |
| 加：资产减值准备 | 9,751,662.20 | 10,441,080.36 |
| 固定资产折旧、油气资产折耗、生产性生物资产折旧 | 53,038,359.69 | 57,683,801.90 |
| 无形资产摊销 | 4,815,355.46 | 4,907,852.37 |
| 长期待摊费用摊销 | —— | 635,564.40 |
| 处置固定资产、无形资产和其他长期资产的损失（收益以"一"号填列） | 35,859.92 | -7,015,059.57 |
| 固定资产报废损失（收益以"一"号填列） | —— | —— |
| 公允价值变动损失（收益以"一"号填列） | —— | —— |
| 财务费用（收益以"一"号填列） | 41,433,019.52 | 32,988,208.17 |
| 投资损失（收益以"一"号填列） | -72,419,752.40 | 5,403,768.92 |
| 递延所得税资产减少（增加以"一"号填列） | -4,005,925.70 | -6,616.24 |

北新集团建材股份有限公司 2010 年年度报告

| | | |
|---|---|---|
| 递延所得税负债增加（减少以"—"号填列） | — | -10,629,303.82 |
| 存货的减少（增加以"—"号填列） | -17,756,534.35 | 3,074,334.60 |
| 经营性应收项目的减少（增加以"—"号填列） | -267,146,354.16 | -217,504,091.77 |
| 经营性应付项目的增加（减少以"—"号填列） | 366,426,971.82 | 279,290,185.69 |
| 其他 | — | -5,482,000.00 |
| 经营活动产生的现金流量净额 | 223,410,206.13 | 227,675,845.86 |
| 2．不涉及现金收支的重大投资和筹资活动： | — | — |
| 债务转为资本 | — | — |
| 一年内到期的可转换公司债券 | — | — |
| 融资租入固定资产 | — | — |
| 3．现金及现金等价物净变动情况： | — | — |
| 现金的期末余额 | 359,269,690.26 | 20,518,138.06 |
| 减：现金的期初余额 | 20,518,138.06 | 47,734,134.03 |
| 加：现金等价物的期末余额 | — | — |
| 减：现金等价物的期初余额 | — | — |
| 现金及现金等价物净增加额 | 338,751,552.20 | -27,215,995.97 |

## 十二、补充资料

### 1、当期非经常性损益

| 项　目 | 当期金额 | 上期金额 |
|---|---|---|
| 非流动资产处置损益 | -10,488,978.07 | -9,067,013.57 |
| 越权审批或无正式批准文件的税收返还、减免 | — | — |
| 计入当期损益的政府补助（与企业业务密切相关，按照国家统一标准定额或定量享受的政府补助除外） | 50,533,515.19 | 20,574,544.85 |
| 计入当期损益的对非金融企业收取的资金占用费 | 2,717,122.22 | 1,537,468.30 |
| 企业取得子公司、联营企业及合营企业的投资成本小于取得投资时应享有被投资单位可辨认净资产公允价值产生的收益 | — | — |
| 非货币性资产交换损益 | — | — |
| 委托他人投资或管理资产的损益 | — | — |
| 因不可抗力因素，如遭受自然灾害而计提的各项资产减值准备 | — | — |
| 债务重组损益 | — | — |
| 企业重组费用，如安置职工的支出、整合费用等 | — | — |
| 交易价格显失公允的交易产生的超过公允价值部分的损益 | — | — |
| 同一控制下企业合并产生的子公司期初至合并日的当期净损益 | — | — |
| 与公司正常经营业务无关的或有事项产生的损益 | — | — |
| 除同公司正常经营业务相关的有效套期保值业务外，持有交易性金融资产、交易性金融负债产生的公允价值变动损益，以及处置交易性金融资产、交易性金融负债和可供出售金融资产取得的投资收益 | 5,583.56 | 154,821.91 |
| 单独进行减值测试的应收款项减值准备转回 | — | — |
| 对外委托贷款取得的损益 | — | — |
| 采用公允价值模式进行后续计量的投资性房地产公允价值变动产生的损益 | — | — |
| 根据税收、会计等法律、法规的要求对当期损益进行一次性调整对当期损益的影响 | — | — |
| 受托经营取得的托管费收入 | — | — |
| 除上述各项之外的其他营业外收入和支出 | -272,913.74 | -1,135,278.96 |

北新集团建材股份有限公司 2010 年年度报告

| 其他符合非经常性损益定义的损益项目 | -- | -- |
|---|---|---|
| 合    计 | 42,494,329.16 | 12,064,542.53 |
| 减：少数股东权益影响额 | -946,242.39 | -3,034,740.11 |
| 所得税影响额 | 5,969,883.94 | 1,155,235.23 |
| 合    计 | 37,470,687.61 | 13,944,047.41 |

### 2、净资产收益率及每股收益

根据中国证券监督管理委员会关于发布《公开发行证券公司信息披露编报规则》第 9 号要求计算的净资产收益率和每股收益如下：

| 报告期利润 | 本期数 | | |
|---|---|---|---|
| | 加权平均净资产收益率（%） | 每股收益（元/股） | |
| | | 基本每股收益 | 稀释每股收益 |
| 归属于公司普通股股东的净利润 | 17.27 | 0.724 | 0.724 |
| 扣除非经常性损益后归属于公司普通股股东的净利润 | 15.71 | 0.659 | 0.659 |
| 报告期利润 | 上期数 | | |
| | 加权平均净资产收益率（%） | 每股收益（元/股） | |
| | | 基本每股收益 | 稀释每股收益 |
| 归属于公司普通股股东的净利润 | 15.42 | 0.560 | 0.560 |
| 扣除非经常性损益后归属于公司普通股股东的净利润 | 14.76 | 0.535 | 0.535 |

# 第十二节　备查文件目录

1、载有公司法定代表人、财务负责人及会计部经理签名并盖章的财务报表；

2、载有会计师事务所盖章、注册会计师签名并盖章的审计报告原件；

3、报告期内公司在《中国证券报》、《上海证券报》、《证券时报》和《证券日报》上公开披露过的所有公司文件的正本及公告原稿。

董事长：王　兵

北新集团建材股份有限公司董事会

2011 年 3 月 17 日