# EXHIBIT B



# 北新集团建材股份有限公司

## Beijing New Building Materials Public Limited Company

# 2011 年年度报告



**北新集团建材股份有限公司董事会**

**2012 年 3 月 16 日**

# 目　录

第一节　　重要提示……………………………………………2

第二节　　公司基本情况简介…………………………………2

第三节　　会计数据和业务数据摘要…………………………3

第四节　　股本变动及股东情况………………………………6

第五节　　董事、监事、高级管理人员和员工情况…………11

第六节　　公司治理结构………………………………………16

第七节　　股东大会情况简介…………………………………20

第八节　　董事会报告…………………………………………20

第九节　　监事会报告…………………………………………37

第十节　　重要事项……………………………………………39

第十一节　财务报告……………………………………………45

第十二节　备查文件目录………………………………………120

## 第一节　重要提示

重要提示：

　　本公司董事会、监事会及董事、监事、高级管理人员保证本报告所载资料不存在任何虚假记载、误导性陈述或者重大遗漏，并对其内容的真实性、准确性和完整性承担个别及连带责任。

　　没有董事、监事、高级管理人员声明对本年度报告内容的真实性、准确性、完整性无法保证或存在异议。

　　所有董事均已出席审议本次年报的董事会会议。

　　北京兴华会计师事务所有限责任公司为本公司2011年度财务报告出具了标准无保留意见的审计报告。

　　公司董事长王兵、财务负责人杨艳军及会计部经理董辉声明：保证年度报告中财务报告的真实、完整。

## 第二节　公司基本情况简介

一、公司法定中文名称：北新集团建材股份有限公司

　　公司中文名称简称：北新建材

　　公司法定英文名称：

　　Beijing New Building Materials Public Limited Company

　　公司英文名称缩写：BNBMPLC

二、公司法定代表人：王兵

三、公司董事会秘书：陈雨（代）

　　联系地址：北京市朝阳区北辰东路 8 号北辰时代大厦 29 层

　　电话：010-82945588-1786

　　传真：010-82915566

　　电子信箱：chenyu@bnbm.com.cn

　　公司证券事务专员：张晓

　　联系地址：北京市朝阳区北辰东路 8 号北辰时代大厦 29 层

　　电话：010-82945588-1786

　　传真：010-82915566

　　电子信箱：zhangxiao23@bnbm.com.cn

四、公司注册地址：北京市海淀区三里河路甲 11 号

公司办公地址：北京市朝阳区北辰东路 8 号北辰时代大厦 29 层

邮政编码：100037

公司国际互联网网址：http://www.bnbm.com.cn

公司电子信箱：bnbm@bnbm.com.cn

五、公司信息披露报刊名称：中国证券报、证券时报、上海证券报、证券日报

登载年度报告的中国证监会指点网站的网址：http://www.cninfo.com.cn

公司年度报告备置地点：公司证券部

六、公司股票上市交易所：深圳证券交易所

公司股票简称：北新建材

公司股票代码：000786

七、其他相关资料：

公司首次注册登记日期：1997 年 5 月 30 日

登记地点：北京市海淀区西三旗环岛东路南

公司变更注册登记日期：2001 年 12 月 26 日

登记地点：北京市海淀区三里河路甲 11 号

企业法人营业执照注册号：110000005101342

税务登记号码：110108633797400

组织机构代码：63379740-0

公司聘请的会计师事务所名称：北京兴华会计师事务所有限责任公司

办公地址：北京市西城区裕民路 18 号北环中心 22 层

## 第三节   会计数据和业务数据摘要

### 一、公司本年度会计数据

单位：人民币元

| 项目 | 金额 |
| --- | --- |
| 营业利润 | 747,320,604.87 |
| 利润总额 | 835,807,065.92 |
| 归属于上市公司股东的净利润 | 522,664,819.25 |

| 归属于上市公司股东的扣除非经常性损益后的净利润* | 460,460,910.55 |
|---|---|
| 经营活动产生的现金流量净额 | 1,112,698,678.64 |

注*：扣除非经常性损益涉及的项目及金额如下：

单位：人民币元

| 非经常性损益项目 | 2011 年金额 | 附注（如适用） | 2010 年金额 | 2009 年金额 |
|---|---|---|---|---|
| 非流动资产处置损益 | -4,259,041.72 | | -10,488,978.07 | -9,067,013.57 |
| 计入当期损益的政府补助，但与公司正常经营业务密切相关，符合国家政策规定、按照一定标准定额或定量持续享受的政府补助除外 | 94,287,806.88 | 详见政府补助明细 | 50,533,515.19 | 20,574,544.85 |
| 计入当期损益的对非金融企业收取的资金占用费 | 0.00 | | 2,717,122.22 | 1,537,468.30 |
| 除同公司正常经营业务相关的有效套期保值业务外，持有交易性金融资产、交易性金融负债产生的公允价值变动损益，以及处置交易性金融资产、交易性金融负债和可供出售金融资产取得的投资收益 | 8,951.83 | | 5,583.56 | 154,821.91 |
| 除上述各项之外的其他营业外收入和支出 | -1,562,459.67 | | -272,913.74 | -1,135,278.96 |
| 所得税影响额 | -16,877,149.52 | | -5,969,883.94 | -1,155,235.23 |
| 少数股东权益影响额 | -9,394,199.10 | | 946,242.39 | 3,034,740.11 |
| 合计 | 62,203,908.70 | - | 37,470,687.61 | 13,944,047.41 |

## 二、截至报告期末，公司前三年主要会计数据和财务指标

### （一）主要会计数据

单位：人民币元

| | 2011 年 | 2010 年 | 本年比上年增减（%） | 2009 年 |
|---|---|---|---|---|
| 营业总收入（元） | 5,969,124,108.86 | 4,369,076,808.89 | 36.62% | 3,275,028,041.36 |
| 营业利润（元） | 747,320,604.87 | 612,969,267.48 | 21.92% | 531,554,088.70 |
| 利润总额（元） | 835,807,065.92 | 652,720,226.80 | 28.05% | 543,108,704.74 |
| 归属于上市公司股东的净利润（元） | 522,664,819.25 | 416,694,139.68 | 25.43% | 321,831,960.80 |
| 归属于上市公司股东的扣除非经常性损益的净利润（元） | 460,460,910.55 | 379,223,452.07 | 21.42% | 307,887,913.39 |
| 经营活动产生的 | 1,112,698,678.64 | 912,226,191.03 | 21.98% | 785,377,422.17 |

| 现金流量净额（元） | | | | |
|---|---|---|---|---|
| | 2011 年末 | 2010 年末 | 本年末比上年末增减（%） | 2009 年末 |
| 资产总额（元） | 8,514,760,583.50 | 7,357,081,850.33 | 15.74% | 5,993,660,962.46 |
| 负债总额（元） | 4,772,119,309.73 | 4,137,057,198.29 | 15.35% | 3,259,938,676.65 |
| 归属于上市公司股东的所有者权益（元） | 3,015,781,637.92 | 2,590,063,121.27 | 16.44% | 2,239,323,812.55 |
| 总股本（股） | 575,150,000.00 | 575,150,000.00 | 0.00% | 575,150,000.00 |

（二）主要财务指标

单位：人民币元

| | 2011 年 | 2010 年 | 本年比上年增减（%） | 2009 年 |
|---|---|---|---|---|
| 基本每股收益（元/股） | 0.909 | 0.724 | 25.55% | 0.560 |
| 稀释每股收益（元/股） | 0.909 | 0.724 | 25.55% | 0.560 |
| 扣除非经常性损益后的基本每股收益（元/股） | 0.801 | 0.659 | 21.55% | 0.535 |
| 全面摊薄净资产收益率（%） | 17.33% | 16.09% | 1.24% | 14.37% |
| 加权平均净资产收益率（%） | 18.64% | 17.27% | 1.37% | 15.42% |
| 扣除非经常性损益后的全面摊薄净资产收益率（%） | 15.27% | 14.64% | 0.63% | 13.75% |
| 扣除非经常性损益后的加权平均净资产收益率（%） | 16.42% | 15.71% | 0.71% | 14.76% |
| 每股经营活动产生的现金流量净额（元/股） | 1.935 | 1.586 | 22.01% | 1.366 |
| | 2011 年末 | 2010 年末 | 本年末比上年末增减（%） | 2009 年末 |
| 归属于上市公司股东的每股净资产（元/股） | 5.243 | 4.503 | 16.43% | 3.893 |
| 资产负债率（%） | 56.05% | 56.23% | -0.18% | 54.39% |

注：1、以上会计数据和财务指标按公司合并会计报表数据填列或计算；

2、按照《公开发行证券的公司信息披露解释性公告第 1 号——非经常性损益（2008）》要求，确定和计算非经常性损益；

3、上述所有者权益、基本每股收益和稀释每股收益、扣除非经常性损益后的基本每股收益、净资产收益率等指标以归属于上市公司股东的数据填列；

4、按照中国证监会《公开发行证券的公司信息披露编报规则第 9 号——净资产收益率和每股收益的计算及披露（2010 年修订）》要求，编制利润表

附表如下：

单位：人民币元

| 报告期利润 | 加权平均净资产收益率 | 每股收益 | |
|---|---|---|---|
| | | 基本每股收益 | 稀释每股收益 |
| 归属于公司普通股股东的净利润 | 18.64% | 0.909 | 0.909 |
| 扣除非经常性损益后归属于公司普通股股东的净利润 | 16.42% | 0.801 | 0.801 |

# 第四节   股本变动及股东情况

## 一、股本变动情况

### （一）股份变动情况表

单位：股

| | 本次变动前 | | 本次变动增减（＋，－） | | 本次变动后 | |
|---|---|---|---|---|---|---|
| | 数量 | 比例 | 其他 | 小计 | 数量 | 比例 |
| 一、有限售条件股份 | 62,741 | 0.01% | 0 | 0 | 62,741 | 0.01% |
| 1、国家持股 | | | | | | |
| 2、国有法人持股 | | | | | | |
| 3、其他内资持股 | 62,741 | 0.01% | 0 | 0 | 62,741 | 0.01% |
| 其中： | | | | | | |
| 境内非国有法人持股 | | | | | | |
| 境内自然人持股 | 62,741 | 0.01% | 0 | 0 | 62,741 | 0.01% |
| 4、外资持股 | | | | | | |
| 其中： | | | | | | |
| 境外法人持股 | | | | | | |
| 境外自然人持股 | | | | | | |

| 二、无限售条件股份 | 575,087,259 | 99.99% | 0 | 0 | 575,087,259 | 99.99% |
|---|---|---|---|---|---|---|
| 1、人民币普通股 | 575,087,259 | 99.99% | 0 | 0 | 575,087,259 | 99.99% |
| 2、境内上市的外资股 | | | | | | |
| 3、境外上市的外资股 | | | | | | |
| 4、其他 | | | | | | |
| 三、股份总数 | 575,150,000 | 100% | | | 575,150,000 | 100% |

限售股份变动情况表

| 股东名称 | 年初限售股数 | 本年解除限售股数 | 本年增加限售股数 | 年末限售股数 | 限售原因 | 解除限售日期 |
|---|---|---|---|---|---|---|
| 崔丽君 | 22,815 | 0 | 0 | 22,815 | 董事持股冻结 | 2011.1.4 |
| 张乃岭 | 22,815 | 0 | 0 | 22,815 | 董事持股冻结 | 2011.1.4 |
| 周 桓 | 17,111 | 0 | 0 | 17,111 | 高管持股冻结 | 2011.1.4 |
| 合计 | 62,741 | 0 | 0 | 62,741 | – | – |

（二）股票发行与上市情况

1、截至报告期末，公司前三年内无股票发行情况。

2、报告期内，公司无因送股、转增股本、配股、增发新股、非公开发行股票、权证行权、实施股权激励计划、企业合并、可转换公司债券转股、减资、内部职工股上市、债券发行或其他原因引起公司股份总数及结构的变动、公司资产负债结构的变动。

3、公司无现存的内部职工股。

**二、股东情况介绍**

（一）股东数量和持股情况

报告期末公司前十名股东持股情况

单位：股

| 2011 年末股东总数 | 34,375 | 本年度报告公布日前一个月末股东总数 | 33,120 |
|---|---|---|---|
| 前 10 名股东持股情况 | | | |
| 股东名称 | 股东性质 | 持股比例(%) | 持股总数 | 持有有限售条件股份数量 | 质押或冻结的股份数量 |

| 股东 | 类型 | 比例 | 持股数 | | |
|---|---|---|---|---|---|
| 中国建材股份有限公司 | 国有法人 | 52.40% | 301,370,000 | 0 | 0 |
| 中国建设银行－鹏华价值优势股票型证券投资基金 | 境内非国有法人 | 2.91% | 16,740,923 | 0 | 0 |
| 中国工商银行－上投摩根内需动力股票型证券投资基金 | 境内非国有法人 | 1.83% | 10,500,000 | 0 | 0 |
| 中国农业银行－中邮核心成长股票型证券投资基金 | 境内非国有法人 | 1.45% | 8,318,879 | 0 | 0 |
| 中国建设银行－泰达宏利市值优选股票型证券投资基金 | 境内非国有法人 | 1.38% | 7,964,627 | 0 | 0 |
| 国际金融－花旗－MARTIN CURRIE INVESTMENT MANAGEMENT LIMITED | 境外法人 | 1.26% | 7,227,626 | 0 | 0 |
| 泰康人寿保险股份有限公司－分红－个人分红-019L-FH002 深 | 境内非国有法人 | 0.95% | 5,437,456 | 0 | 0 |
| 中国太平洋人寿保险股份有限公司－分红-个人分红 | 境内非国有法人 | 0.89% | 5,100,000 | 0 | 0 |
| 航天科工财务有限责任公司 | 国有法人 | 0.88% | 5,036,742 | 0 | 0 |
| 中国银行－易方达深证100 交易型开放式指数证券投资基金 | 境内非国有法人 | 0.84% | 4,831,810 | 0 | 0 |

| 前 10 名无限售条件股东持股情况 | | |
|---|---|---|
| 股东名称 | 持有无限售条件股份数量 | 股份种类 |
| 中国建材股份有限公司 | 301,370,000 | 人民币普通股 |
| 中国建设银行－鹏华价值优势股票型证券投资基金 | 16,740,923 | 人民币普通股 |
| 中国工商银行－上投摩根内需动力股票型证券投资基金 | 10,500,000 | 人民币普通股 |
| 中国农业银行－中邮核心成长股票型证券投资基金 | 8,318,879 | 人民币普通股 |
| 中国建设银行－泰达宏利市值优选股票型证券投资基金 | 7,964,627 | 人民币普通股 |
| 国际金融－花旗－MARTIN CURRIE INVESTMENT MANAGEMENT LIMITED | 7,227,626 | 人民币普通股 |
| 泰康人寿保险股份有限公司－分红－个 | 5,437,456 | 人民币普通股 |

| | | |
|---|---|---|
| 人分红-019L-FH002 深 | | |
| 中国太平洋人寿保险股份有限公司—分红-个人分红 | 5,100,000 | 人民币普通股 |
| 航天科工财务有限责任公司 | 5,036,742 | 人民币普通股 |
| 中国银行—易方达深证 100 交易型开放式指数证券投资基金 | 4,831,810 | 人民币普通股 |
| 上述股东关联关系或一致行动的说明 | 公司前 10 名股东中，控股股东中国建材股份有限公司与其他股东之间不存在关联关系，也不属于《上市公司股东持股变动信息披露管理办法》规定的一致行动人；未知其他股东之间是否存在关联关系，也未知其他股东是否属于一致行动人。 | |

注：1、公司前 10 名股东中，中国建材股份有限公司为唯一持股达 5%（含 5%）以上的股东，无冻结、质押或托管情况。

2、公司无战略投资者或一般法人因配售新股成为前 10 名股东的情况。

（二）公司控股股东情况

控股股东中国建材股份有限公司持有公司 52.40%股份。该公司成立于 2005 年 3 月 28 日，法定代表人为宋志平，注册资本为 5,399,026,262 元人民币，注册地址为北京市海淀区三里河路甲 11 号，一般性经营项目：新型建筑材料及制品、新型房屋、水泥及制品、玻璃纤维及制品、复合材料及制品的技术研发、生产和销售；建筑材料的仓储、配送和分销；水泥、玻璃生产线的技术研发、工程设计与工程总承包；新型建筑材料的工程设计与工程总承包；与以上业务相关的技术咨询、信息服务；承包境外建材、建筑和轻纺行业的工程勘测、咨询、设计和监理工程；进出口业务。许可性经营项目：对外派遣与其实力、规模、业绩相适应的境外工程所需的劳务人员。

（三）公司实际控制人情况

实际控制人中国建筑材料集团有限公司成立于 1981 年 9 月 28 日，法定代表人为宋志平，注册资本为 4,331,228,490 元人民币，注册地址为北京市海淀区紫竹院南路 2 号，一般经营项目：建筑材料及其相关配套原辅材料的生产制造及生产技术、装备的研究开发销售；新型建筑材料体系成套房屋的设计、销售、施工；装饰材料的销售；房屋工程的设计、施工；仓储；建筑材料及相关领域的投资、资产经营、与以上业务相关的技术咨询、信息服务、会展服务；矿产品的加工及销售。

公司与实际控制人中国建筑材料集团有限公司之间的产权和控制关系如下图所示：



（四）公司不存在其他持股在 10%以上（含 10%）的法人股东。

## 第五节　董事、监事、高级管理人员和员工情况

### 一、董事、监事及高级管理人员情况

#### （一）基本情况

| 姓名 | 性别 | 年龄 | 职务 | 任期起止日期 | 年初持股数 | 年末持股数 | 年内股份增减变动 | 变动原因 |
|---|---|---|---|---|---|---|---|---|
| 王　兵 | 男 | 39 | 董事长 | 2009.08 至今 | 0 | 0 | 0 | — |
| | | | 董事 | 2008.07 至今 | | | | |
| 陈　雨 | 男 | 33 | 董事 | 2009.09 至今 | 0 | 0 | 0 | — |
| | | | 总经理 | 2009.08 至今 | | | | |
| | | | 董秘（代） | 2009.08 至今 | | | | |
| 贾同春 | 男 | 51 | 董事 | 2008.07 至今 | 0 | 0 | 0 | — |
| | | | 副总经理 | 2008.07 至今 | | | | |
| 崔丽君 | 女 | 51 | 董事 | 2008.07 至今 | 30,420 | 30,420 | 0 | — |
| 常张利 | 男 | 41 | 董事 | 2008.07 至今 | 0 | 0 | 0 | — |
| 张乃岭 | 男 | 57 | 董事 | 2008.07 至今 | 30,420 | 30,420 | 0 | — |
| | | | 副总经理 | 2008.07 至今 | | | | |
| 徐经长 | 男 | 46 | 独立董事 | 2008.07 至今 | 0 | 0 | 0 | — |
| 秦庆华 | 男 | 46 | 独立董事 | 2008.07 至今 | 0 | 0 | 0 | — |
| 郑家运 | 男 | 41 | 独立董事 | 2008.07 至今 | 0 | 0 | 0 | — |
| 曹江林 | 男 | 45 | 监事会主席 | 2009.09 至今 | 0 | 0 | 0 | — |
| 胡金玉 | 女 | 42 | 监事 | 2008.07 至今 | 0 | 0 | 0 | — |
| 齐英臣 | 男 | 49 | 监事 | 2008.07 至今 | 0 | 0 | 0 | — |
| 周　桓 | 男 | 57 | 副总经理 | 2008.07 至今 | 22,815 | 22,815 | 0 | — |
| 杨艳军 | 女 | 44 | 副总经理 | 2008.07 至今 | 0 | 0 | 0 | — |
| | | | 财务负责人 | 2008.07 至今 | | | | |
| 武发德 | 男 | 44 | 副总经理 | 2008.07 至今 | 0 | 0 | 0 | — |
| 邹云翔 | 男 | 52 | 副总经理 | 2008.07 至今 | 0 | 0 | 0 | — |

（二）董事、监事及高级管理人员最近 5 年的主要工作经历及在其他单位任职情况

| 姓名 | 职务 | 最近五年主要工作经历 | |
| --- | --- | --- | --- |
| | | 任职日期 | 任职公司及职务 |
| 王 兵 | 董事长 | 2004.02 至 2009.08 | 任北新集团建材股份有限公司 总经理 |
| | | 2004.04 至今 | 任北新集团建材股份有限公司 董事 |
| | | 2008.04 至今 | 任北新房屋有限公司 董事长 |
| | | 2009.08 至今 | 任北新集团建材股份有限公司 董事长 |
| | | 2009.08 至今 | 任中国建材股份有限公司 副总裁 |
| 陈 雨 | 董事<br>总经理 | 2004.03 至 2007.03 | 任北新巴布亚新几内亚有限公司 董事、总经理 |
| | | 2007.03 至 2009.08 | 任中国玻纤股份有限公司 副总经理、董秘 |
| | | 2009.08 至今 | 任北新集团建材股份有限公司 总经理、董秘（代） |
| | | 2009.09 至今 | 任北新集团建材股份有限公司 董事 |
| 贾同春 | 董事<br>副总经理 | 2002.02 至今 | 任泰山石膏股份有限公司 董事长、总经理 |
| | | 2005.08 至今 | 任北新集团建材股份有限公司 副总经理 |
| | | 2008.07 至今 | 任北新集团建材股份有限公司 董事 |
| 崔丽君 | 董事 | 2003.06 至今 | 任北新集团建材股份有限公司 董事 |
| | | 2005.03 至今 | 任北新建材集团有限公司 董事、总经理 |
| | | 2005.03 至今 | 任中国建材股份有限公司 董事 |
| | | 2005.07 至 2011.4 | 任中国玻纤股份有限公司 监事长 |
| 常张利 | 董事 | 2000.12 至今 | 任中建材投资有限公司 董事 |
| | | 2005.03 至今 | 任中国建材股份有限公司 董秘 |
| | | 2005.07 至今 | 任中国玻纤股份有限公司 董事 |
| | | 2006.08 至今 | 任中国建材股份有限公司 副总裁 |
| | | 2007.09 至今 | 任南方水泥有限公司 董事 |
| | | 2008.07 至今 | 任北新集团建材股份有限公司 董事 |
| | | 2009.03 至今 | 任北方水泥有限公司 董事 |
| | | 2011.11 至今 | 任中国建材股份有限公司 执行董事 |
| | | 2011.12 至今 | 任中国联合水泥集团有限公司 董事 |
| | | 2011.12 至今 | 任中国复合材料集团有限公司 董事 |
| 张乃岭 | 董事<br>副总经理<br>党委书记 | 2004.04 至今 | 任北新集团建材股份有限公司 董事 |
| | | 2005.08 至今 | 任北新集团建材股份有限公司 副总经理 |
| | | 2009.08 至今 | 任北新集团建材股份有限公司 党委书记 |
| 徐经长 | 独立董事 | 1997.09 至今 | 任中国人民大学商学院会计系 教师、主任 |
| | | 2008.07 至今 | 任北新集团建材股份有限公司 独立董事 |

| 姓名 | 职务 | 时间 | 任职情况 |
|---|---|---|---|
| 秦庆华 | 独立董事 | 2004.06 至今 | 任北京市凯文律师事务所 合伙人 |
| | | 2008.07 至今 | 任北新集团建材股份有限公司 独立董事 |
| 郑家运 | 独立董事 | 2003.06 至今 | 任北新集团建材股份有限公司 独立董事 |
| | | 2004.06 至今 | 任北京市世方永泰律师事务所 律师、主任、合伙人 |
| 曹江林 | 监事会主席 | 2002.03 至今 | 任中建材投资有限公司 董事长 |
| | | 2002.06 至今 | 任中国玻纤股份有限公司 董事长 |
| | | 2004.10 至 2009.08 | 任北新集团建材股份有限公司 董事长 |
| | | 2005.03 至今 | 任中国建材股份有限公司 执行董事、总裁 |
| | | 2005.04 至 2011.12 | 任中国联合水泥集团有限公司 监事会主席 |
| | | 2005.05 至 2009.08 | 任北新集团建材股份有限公司 党委书记 |
| | | 2005.08 至今 | 任北新建材（集团）有限公司 监事会主席 |
| | | 2005.10 至今 | 任中国建筑材料集团有限公司 董事 |
| | | 2007.09 至今 | 任南方水泥有限公司 董事长 |
| | | 2007.07 至今 | 中国洛阳浮法玻璃集团有限公司 监事会主席 |
| | | 2009.03 至今 | 任北方水泥有限公司 董事长 |
| | | 2009.09 至今 | 任北新集团建材股份有限公司 监事会主席 |
| | | 2011.12 至今 | 任西南水泥有限公司 董事长 |
| 胡金玉 | 监事 | 2005.08 至今 | 任中国建材股份有限公司 审计部总经理 |
| | | 2005.09 至今 | 任北新集团建材股份有限公司 监事 |
| | | 2010.04 至今 | 任北方水泥有限公司 副总裁、财务总监 |
| 齐英臣 | 监事 | 2006.01 至 2009.09 | 任北新集团建材股份有限公司 生产调度 |
| | | 2008.07 至今 | 任北新集团建材股份有限公司 监事 |
| | | 2009.09 至 2010.06 | 任肇庆北新建材有限公司 联合车间主任 |
| | | 2010.06 至 2010.09 | 任肇庆北新建材有限公司 厂长助理兼联合车间主任 |
| | | 2010.09 至今 | 任镇江北新建材有限公司 厂长助理 |
| 周 桓 | 副总经理 | 1997.05 至今 | 任北新集团建材股份有限公司 副总经理 |
| 杨艳军 | 副总经理财务负责人 | 2002.05 至 2005.08 | 任北新建材（集团）有限公司 财务部经理 |
| | | 2003.06 至 2005.09 | 任北新集团建材股份有限公司 监事 |
| | | 2005.09 至今 | 任北新集团建材股份有限公司 副总经理、财务负责人 |
| 武发德 | 副总经理 | 2003.03 至 2005.02 | 任北新集团建材股份有限公司 矿棉吸声板厂厂长 |
| | | 2005.03 至 2006.08 | 任北新集团建材股份有限公司 总经理助理 |
| | | 2006.08 至今 | 任北新集团建材股份有限公司 副总经理 |
| 邹云翔 | 副总经理 | 2000.12 至 2006.02 | 任北新建材（集团）有限公司 副总工程师 |
| | | 2006.02 至 2006.12 | 任北新集团建材股份有限公司 总经理助理 |
| | | 2006.12 至今 | 任北新集团建材股份有限公司 副总经理 |
| | | 2006.12 至今 | 任北新建塑有限公司 董事长 |

（三）董事、监事、高级管理人员在股东单位任职情况

| 姓 名 | 任职的股东单位名称 | 在股东单位担任职务 | 任期起止日期 |
|---|---|---|---|
| 王 兵 | 中国建材股份有限公司 | 副总裁 | 2009.08 至今 |
| 崔丽君 | 中国建材股份有限公司 | 非执行董事 | 2005.03 至今 |
| 常张利 | 中国建材股份有限公司 | 董事会秘书 | 2005.03 至今 |
| | | 副总裁 | 2006.08 至今 |
| | | 执行董事 | 2011.11 至今 |
| 曹江林 | 中国建材股份有限公司 | 执行董事、总裁 | 2005.03 至今 |
| 胡金玉 | 中国建材股份有限公司 | 审计部总经理 | 2005.08 至今 |

（四）年度报酬情况

1、董事、监事和高级管理人员报酬的决策程序及报酬确定依据

按照《公司章程》规定，董事、监事报酬由股东大会决定，高级管理人员报酬由董事会决定。

2003 年 6 月 27 日，公司 2003 年第一次临时股东大会审议通过了《独立董事、董事和监事津贴的议案》，公司支付每位独立董事津贴每月 5,000 元人民币（含税），独立董事出席公司董事会和股东大会的差旅费以及按《公司章程》行使职权的费用在公司实报实销。公司支付其他董事和监事津贴为每月 3,000 元人民币（含税）。

确定高级管理人员报酬的主要依据是岗位职责、年度工作目标完成情况和业务创新能力等。

2、报告期内，董事、监事及高级管理人员从公司获得的报酬情况

单位：人民币万元

| 姓名 | 职务 | 报酬总额 |
|---|---|---|
| 王 兵 | 董事长 | 3.6 |
| 陈 雨 | 董事、总经理、董事会秘书（代） | 53.6 |
| 贾同春 | 董事、副总经理 | 53.6 |
| 崔丽君 | 董事 | 3.6 |
| 常张利 | 董事 | 3.6 |
| 张乃岭 | 董事、副总经理 | 53.6 |
| 徐经长 | 独立董事 | 6.0 |

| 秦庆华 | 独立董事 | 6.0 |
|---|---|---|
| 郑家运 | 独立董事 | 6.0 |
| 曹江林 | 监事会主席 | 3.6 |
| 胡金玉 | 监事 | 3.6 |
| 齐英臣 | 监事 | 13.3 |
| 周　桓 | 副总经理 | 40.0 |
| 杨艳军 | 副总经理、财务负责人 | 40.0 |
| 武发德 | 副总经理 | 38.0 |
| 邹云翔 | 副总经理 | 38.0 |
| 合计 | | 366.1 |

注：董事长王兵先生、董事常张利先生、监事会主席曹江林先生、监事胡金玉女士因在股东单位任职，不在公司领取薪酬；董事崔丽君女士因在关联单位任职，不在公司领取薪酬。

（五）公司董事、监事选举或离任及高级管理人员聘任或解聘情况

1、公司董事选举或离任情况

报告期内，公司无董事选举或离任情况。

2、公司监事选举或离任情况

报告期内，公司无监事选举或离任情况。

3、公司高级管理人员聘任或解聘情况

报告期内，公司无高级管理人员聘任或解聘情况。

**二、公司员工情况**

1、截止到 2011 年 12 月 31 日，公司在职员工 4028 人（包括分公司、全资子公司，不含控股子公司）。

2、专业构成

| 专业 | 人数 | 比例（%） |
|---|---|---|
| 生产人员 | 2661 | 66.06% |
| 销售人员 | 341 | 8.47% |
| 技术人员 | 612 | 15.19% |
| 财务人员 | 103 | 2.56% |

| 行政人员 | 311 | 7.72% |
|---|---|---|
| 合计 | **4028** | **100%** |

3、教育程度

| 教育程度 | 人数 | 比例（%） |
|---|---|---|
| 硕士及以上 | 199 | 4.94% |
| 本科 | 789 | 19.60% |
| 大专 | 563 | 13.97% |
| 中专 | 1006 | 24.97% |
| 高中及以下 | 1471 | 36.53% |
| 合计 | **4028** | **100%** |

4、截止到 2011 年 12 月 31 日，由公司承担费用的退休职工人数为 493 人。


## 第六节   公司治理结构

### 一、公司治理情况

公司自上市以来，严格按照《公司法》、《证券法》和中国证监会的有关规定，不断完善公司法人治理结构，提高规范运作水平，强化信息披露责任意识，建立健全内部控制制度，提高公司运营透明度，充分发挥独立董事和审计委员会的监督作用，从形式和实质上全面提升公司治理水平。目前，公司治理实际状况符合中国证监会有关文件的要求。

报告期内，公司董事会按照中国证监会、北京证监局等监管部门要求制定或修改了《董事会秘书工作细则》、《募集资金管理办法》、《关联交易管理办法》、《对外担保管理办法》、《规范与关联方资金往来的管理制度》、《内幕信息知情人管理制度》等六项制度，进一步健全和完善了公司的治理结构和内控体系。公司内控制度的建立健全对公司的生产经营起到了很大的监督、控制和指导作用，有力地保障了公司经营管理的正常化和决策的科学化、民主化。

报告期内，公司按照中国证券监督管理委员会公告〔2010〕37 号、北京

证监局《关于做好北京辖区上市公司 2010 年年度报告工作的通知》（京证公司发[2011]12 号）要求，认真组织开展上市公司定期报告公告前 30 日内、业绩预告和业绩快报公告前 10 日内以及其他重大事项披露期间等敏感期内买卖公司股票情况自查工作。为切实贯彻落实本项工作，公司制订了工作计划安排，向公司董事、监事及高管人员转发了相关文件，组织全体董事、监事及高管人员对相关文件进行了认真学习，并展开了全面深入的自查工作。

经自查，公司的各项相关制度均严格按照相关法律、法规及规范性文件的要求制定，对公司董事、监事和高级管理人员在敏感期内买卖公司股票等内容进行了严格规定，建立了相应的责任追究机制。同时，公司董事、监事和高级管理人员严格按照各项制度规定买卖本公司股票，从未出现利用公司内幕信息违规买卖公司股票以及在敏感期内买卖公司股票的违法违规行为。

**二、独立董事相关工作制度的建立健全情况以及履行职责情况**

（一）独立董事相关工作制度的建立健全情况

根据中国证监会《关于在上市公司建立独立董事制度的指导意见》、《上市公司治理准则》等各项法律法规、规范性文件及《公司章程》的有关规定，公司制定了《独立董事制度》、《独立董事年报工作制度》等相关制度，并已得到严格有效执行。

（二）独立董事履行职责情况

1、独立董事出席董事会情况

| 独立董事姓名 | 本年应参加董事会次数 | 亲自出席（次） | 委托出席（次） | 缺席（次） |
|---|---|---|---|---|
| 徐经长 | 7 | 7 | 0 | 0 |
| 秦庆华 | 7 | 7 | 0 | 0 |
| 郑家运 | 7 | 7 | 0 | 0 |

2、报告期内，独立董事对历次董事会审议的议案及公司有关事项未提出异议。

3、公司现有三名独立董事，占公司董事人数的三分之一，独立董事分别担任了战略、审计、提名、薪酬与考核委员会的成员，在审计委员会、提名委员会、薪酬与考核委员会中占多数并担任主任委员。报告期内，三名独立董事根据公司制定的《独立董事制度》认真履行职责，对公司 2011 年度内的

董事会决议进行了表决，并对公司发生的关联交易发表了事前认可和独立意见，对公司发生对外担保发表了独立意见，在完善公司治理、规范运作、科学决策以及维护中小股东权益等方面发挥了积极作用。在编制2011年年度报告期间，根据公司《独立董事年报工作制度》，独立董事听取了公司管理层关于2011年度的生产经营情况、重大事项进展情况及总体财务状况的汇报。在年审注册会计师进场前，独立董事就年审工作安排与公司财务负责人沟通，在年度报告的审计过程中，独立董事注重持续地与年审注册会计师沟通、召开与年审注册会计师见面会，就2011年年度报告的审计工作和初审意见进行了充分沟通。

### 三、公司与控股股东在业务、人员、资产、机构、财务方面分开的情况

1、业务独立方面。公司具有独立完整的业务及自主经营能力，控股股东及其下属的其他单位未从事与公司相同或相近的业务。

2、人员分开方面。公司人员独立于控股股东，公司总经理、副总经理、财务负责人、董事会秘书等高级管理人员均未在控股股东单位兼职；控股股东高级管理人员兼任公司董事的，有足够的时间和精力承担公司的工作；公司的劳动、人事及工资管理与控股股东完全分开，人员独立管理。

3、资产完整方面。公司的资产独立完整，公司与控股股东在工业产权及非专利技术方面界定清楚；公司与控股股东在产、供、销方面完全分开，独立经营。

4、机构独立方面。公司的董事会、监事会及其他内部机构独立运作；控股股东及其职能部门与上市公司及其职能部门之间没有上下级关系。

5、财务分开方面。公司财务完全独立，与控股股东完全分开，设有独立的财务部门、独立的财务核算体系、独立的财务会计制度，并对控股子公司建立了严格的财务管理制度；公司在银行开设独立的帐户，未与控股股东使用同一银行帐户；公司独立依法纳税。

### 四、公司内部控制制度的建立和健全情况

为更好地遵守国家法律、法规、规章及其他相关规定，提高公司经营的效益及效率，保障公司资产的安全，确保公司信息披露的真实、准确、完整和公平，公司从成立之时起，根据自身经营特点和所处环境，建立了内部控

制制度，并在执行中不断完善健全。目前，公司建立了符合现代企业制度要求的内部组织结构，形成了科学的决策、执行和监督机制，公司资产安全、完整，信息披露真实、准确、完整和公平，各项经营管理活动协调、有序和高效运行，公司各项内控制度已得到全面有效的执行。

报告期内，公司通过组织董事、监事、高管人员及相关工作人员参加培训班和内部学习等方式，认真学习和贯彻由财政部、证监会、审计署、银监会、保监会联合发布的《企业内部控制基本规范》和《企业内部控制配套指引》以及深交所《上市公司规范运作指引》等文件的精神和规定，深入领会企业内部控制体系的各项要求和实质。

公司按照中国证监会等监管部门相关法律法规和规范性文件要求，对公司2011年度内部控制的有效性以及重点关注的控制活动等方面进行了自查和评估，形成了《内部控制自我评价报告》，北京兴华会计师事务所有限责任公司对此出具了审核评价意见。详见2012年3月20日刊登在巨潮资讯网上的公司《内部控制自我评价报告》和《内部控制鉴证报告》。

**五、与财务报告相关的内部控制制度的建立和运行情况**

公司根据《中华人民共和国会计法》、《企业会计准则》、《内部控制规范》等法律法规，建立了严密的会计内部控制系统，制定了相应的财务管理制度，《预算管理办法》、《会计核算制度》、《会计核算手册》、《财务报告制度》、《借款及担保管理办法》、《货币资金管理办法》、《资金计划管理办法》、《银行账户未达账项管理办法》、《会计档案管理办法》、《财务印章管理办法》、《业务费用标准与报销规定》、《财务部门费用报销规定》、《发票管理实施细则》、《北新建材外埠分公司/全资子公司业务管理流程》等内控制度。在财务人员岗位设置上，公司严格按照不相容职务相互分离的原则设置岗位，同时明确各岗位职责和权限。

以上各项制度明确要求公司财务人员严格遵守国家的法律和法规，依法进行财务管理、会计核算和实行会计监督，同时，明确公司财务人员的岗位职责，保证内部涉及会计工作的各岗位间的权责分明、相互制约、相互监督的关系；起到了强化公司财务监督管控的力度，有效降低运营风险，提高公司运行质量和效率。

### 六、公司对高级管理人员的考评

公司对高级管理人员的考评与激励按《公司法》、《公司章程》和《董事会薪酬与考核委员会工作细则》等有关规定进行。

在考评方面，公司对高级管理人员实行年度述职与考评制度，年初根据公司年度经营目标确定各高级管理人员的年度经营业绩综合指标或管理职责，年末结合高级管理人员的述职进行考评。

### 七、公司不存在因部分改制等原因存在同业竞争和关联交易问题。

## 第七节　股东大会情况简介

### 一、年度股东大会情况

| 会议届次 | 召开日期 | 会议决议刊登的信息披露报纸 | 披露日期 |
|---|---|---|---|
| 2010 年度股东大会 | 2011 年 4 月 26 日 | 中国证券报、证券时报、上海证券报、证券日报 | 2011 年 4 月 27 日 |

### 二、临时股东大会情况

| 会议届次 | 召开日期 | 会议决议刊登的信息披露报纸 | 披露日期 |
|---|---|---|---|
| 2011 年第一次临时股东大会 | 2011 年 7 月 21 日 | 中国证券报、证券时报、上海证券报、证券日报 | 2011 年 7 月 22 日 |

## 第八节　董事会报告

### 一、报告期内公司经营情况回顾

（一）报告期内公司整体经营情况

2011 年，本公司按照既定的发展战略，克服复杂多变的国内外经济形势带来的不良影响，扎实推进生产经营、项目建设和节能减排，积极拓展销售

渠道，持续深化"四个紧抓"，大力推行成本节约计划，对标管理，降本增效，提高效益，在全体员工的努力下，公司经营业绩保持了平稳快速发展的态势。

报告期内，公司实现营业收入 596,912.41 万元，比上年增长 36.62%；营业利润 74,732.06 万元，比上年增长 21.92%；归属于上市公司股东的净利润 52,266.48 万元，比上年增长 25.43%。

报告期内，公司主要开展了以下重点工作：

1、紧抓发展，积极推进 20 亿平方米石膏板产能布局和项目建设

报告期内，公司根据 20 亿平方米全国石膏板产业基地建设规划，积极推进石膏板产能布局和项目建设，朝着石膏板业务规模世界第一的战略目标快速前进。

报告期内，公司江苏太仓二期、江苏镇江和河北故城纸面石膏板生产线项目均已正式投产。山东平邑、河南新乡纸面石膏板生产线项目试生产顺利进行，安徽淮南纸面石膏板生产线项目建设稳定快速推进。

公司控股子公司泰山石膏股份有限公司（以下简称"泰山石膏"）项目建设进展顺利。重庆江津二期、宁夏银川、江苏南通、湖北荆门二期、广东惠州、四川什邡和江苏南通二期纸面石膏板生产线项目均已正式投产。贵州福泉、陕西渭南二期纸面石膏板生产线项目试生产顺利进行，云南易门二期、河南偃师二期、辽宁绥中、湖北武穴、山西潞城二期和安徽巢湖纸面石膏板生产线项目建设稳定快速推进。

2、紧抓市场，加大市场推广力度和销售渠道建设，大力拓展"大客户、大项目、大订单"

报告期内，公司继续采用"龙之行"推广会的形式，在市场不成熟、渠道不发达的三线城市进行市场推广，大大提升了龙牌产品的品牌覆盖面及知名度，并为开拓潜在市场提供了前期支持；强化了一线城市的大客户技术交流，开展"三个一百运动"，加强与"房地产百强、建筑设计百强、建筑装饰百强"的合作，推进制高点营销策略。

报告期内，公司继续深化销售渠道建设，坚持渠道下沉，大力建设地县级市场，丰富渠道类型，增加渠道数量，提升渠道质量。

报告期内，公司紧抓"大客户、大项目、大订单"结出丰硕成果。公司石膏板、矿棉板及轻钢龙骨等产品先后中标国家博物馆、太原火车站、武汉火车站、南京火车站、哈尔滨地铁枢纽中心、长沙黄花机场等各地交通枢纽

项目；基本囊括了全国万达广场系列工程、希尔顿酒店、万达康莱德（六星级）等各地五星级及以上酒店项目；连续中标湖南省建设厅办公楼、湖北图书馆、四川非物质文化交流中心、长春高等法院、武汉东湖会议中心、长沙检察院、南昌宾馆等政府项目；在各地第一高楼项目中独占鳌头，全面中标了今年在建的标志性高楼：深圳第一高楼——京基100大厦、河北第一高楼——开元国际、武昌第一高楼——保利广场。公司金邦板（水泥外墙板）产品销售连续中标南京艺术学院装饰改造工程、北京太阳宫新城公寓楼外墙工程。

报告期内，公司继去年涂料、塑钢门窗等住宅部品中标大同保障房建设工程外，今年亦与山西省住建厅成功签署了《保障性住房建设合作协议书》，并成为此次合作协议唯一的建材企业，这将为公司打开整个山西省保障房项目市场打下坚实的基础。同时，公司对北京市保障房市场开展了深入调研，相继成功签约房山区住房改造项目、丰台区经济适用住房项目等重点保障房项目。

3、紧抓管理，大力推行成本节约计划

报告期内，公司深入贯彻一体化、模式化、流程化、制度化、数字化"五化＋KPI"的管理模式，全面推进管理整合和管理创新。同时，公司深入贯彻"价本利"的经营模式，根据石膏板区域竞争形势和原料成本变动情况，持续有计划的进行全国性或区域性的涨价策略，保证了公司的赢利能力。

公司在采购和生产等环节，大力推行成本节约计划，建立全面对标、关注绩效的内部运营控制体系，单位煤、电、纸耗都取得了不同程度的下降，在纸、煤等主要原燃材料价格居高不下的情况下取得了良好的效果，提升了公司的市场竞争力。

4、加强品牌建设，夯实行业领导地位

报告期内，公司持续加强与清华大学、北京建筑工程学院、武汉理工大学、西安建筑科技大学、同济大学、天津大学等建筑专业知名高校的联系，通过设立奖学金，建立北新建材实践教学基地和教学展示室，共建产品应用实验室等方式建立长效合作机制，树立了品牌的崭新形象。

报告期内，公司龙牌产品荣获了"中国五星级饭店装饰材料首选品牌"。除此之外，公司相继荣获"中国建材行业引领绿色消费十大品牌"、"中国建材商价值品牌"、"中国企业参与2010年上海世博会荣誉集体"、"中国家居产业百强"、"全国建筑工程装饰奖选材之星"、"中国建筑材料流通

行业先锋企业"、"全国房地产总工优选品牌"、"首批保障房精品工程首选品牌"等诸多荣誉。

5、加大技术创新力度，巩固和发展在核心技术方面的竞争优势

报告期内，公司参与的国家"十一五"科技支撑计划课题、北京市科技新星计划课题均顺利完成验收；公司组织申报的国家"十二五"科技支撑计划课题均顺利获得国家划拨资金；公司对"相变石膏板技术"进行了进一步的开发和完善，并成功入选中关村国家自主创新示范区展示中心世界同步技术项目；公司"不燃型外保温岩棉"产品和应用技术开发成功，取得了良好的社会效益和经济效益。

报告期内，公司通过技术创新，公司不断改进生产工艺和设计，优化项目投资模型。新建石膏板生产线均在原有工艺技术基础上不断优化设计、简化工艺，有效降低了投资成本和生产能耗，提高了产品质量和技术含量，达到"先进而简约"的设计要求。

报告期内，公司密切跟踪产品执行标准的修订、发布信息，组织完成了《矿物棉装饰吸声板》、《建筑外墙外保温用岩棉制品》两个国家标准技术标准资助资金的申报，以及《建筑结构保温复合板》、《建筑外墙保温防火隔离带技术规程》、《建材行业企业质量诚信评价及实施通用要求》和《建材行业企业质量诚信评价准则》四个行业标准的制定工作，被列入第一批中关村国家自主创新示范区标准创新试点单位。

报告期内，公司继续加强知识产权管理，专利申报工作取得较大成绩。截至 2011 年 12 月 31 日，公司共申请专利 963 件，取得授权专利 831 件，专利申请数量和保有量居全国建材行业前列。

6、落实"三新"战略，积极推广新型房屋

报告期内，公司根据大力发展新型建材、新型房屋和新能源材料"三新"战略的要求，在做好新型建材主业的基础上，积极推广和发展新型房屋业务，取得了丰硕的成果。

报告期内，控股子公司北新房屋有限公司成功中标赞比亚政府公共住宅项目，合同金额高达 6.6 亿元，是目前中国新型钢结构建筑企业承建的最大规模海外项目，总建筑面积约 60 万平方米，约 4500 套住宅。北新房屋针对该项目承担的房屋设计工作、全套材料提供工作和现场施工技术指导工作进展顺利，报告期内项目进度已超 50%。

报告期内，公司新型房屋应用于新农村建设取得实质性进展。在北京市建委和农委的支持下，公司选址密云县两个村进行整体新农村改造，已经完成样板房建设。另外，北新木结构新型房屋在北京市平谷区温渡别墅区已完成 50 栋别墅的批量建造。

7、基本完成北京西三旗基地的搬迁工作

报告期内，北京西三旗基地实体搬迁基本完成，土地已全部移交，异地迁建工厂的设备安装和生产调试正在进行当中，基本实现积极稳妥搬好家。

8、推行 QEMS 管理体系建设，促进安全生产、职业健康和节能减排

报告期内，公司继续在全公司范围内全面推行、建立、实施 QEMS 管理体系，落实管理主体责任，推动质量、环境、职业卫生健康和计量管理体系的有效运行和持续改进，在安全生产、职业健康和节能减排等方面取得了良好的效果。

（二）公司的行业地位及优势

1、规模。截至报告期末，公司的石膏板业务规模达到年产 12 亿平方米，位居亚洲第一。

2、品牌。公司"龙牌"和"泰山牌"产品均被业内人士广泛认同，拥有极高的品牌知名度和美誉度。

3、技术。北新建材拥有国家级企业技术中心、博士后流动站、工程硕士站，拥有行业内授权专利 831 件。

4、营销。北新建材和泰山石膏营销网络密集，经过多年的市场培育，遍布各大中城市及发达地区县级市。

5、管理。北新建材推行一体化、模式化、流程化、制度化、数字化"五化+KPI"管理模式，强化目标管理、精细管理和对标管理，实现向管理要效益。

（三）公司主营业务及其经营状况

1、报告期内公司主营业务分行业、分产品、分地区的营业收入和营业利润的构成情况

（1）报告期内分行业、分产品的营业收入和营业利润构成情况

单位：人民币万元

| 主营业务分行业情况 |
| --- |

| 分行业或分产品 | 营业收入 | 营业成本 | 营业利润率<br>(%) | 营业收入比<br>上年增减<br>（%） | 营业成本比<br>上年增减<br>（%） | 营业利润率<br>比上年增减<br>（%） |
|---|---|---|---|---|---|---|
| 建材行业 | 583,475.90 | 449,112.62 | 23.03% | 37.28% | 45.76% | -4.47% |
| 主营业务分产品情况 | | | | | | |
| 石膏板 | 472,334.00 | 358,310.55 | 24.14% | 34.67% | 46.17% | -5.97% |

（2）报告期内分地区的营业收入构成情况

单位：人民币万元

| 地区 | | 营业收入 | 营业收入比上年增减（%） |
|---|---|---|---|
| 国内 | | 586,892.73 | 37.49% |
| 其中：北方大区 | | 300,357.29 | 70.71% |
| | 南方大区 | 203,550.66 | 14.97% |
| | 西部大区 | 82,984.78 | 12.31% |
| 国外 | | 4,287.20 | -14.69% |
| 合　　计 | | 591,179.93 | 36.88% |

（3）报告期内，占营业收入或营业利润总额10%以上的业务经营活动及其所属行业如下：

单位：人民币万元

| 行业名称 | 营业收入 | 营业成本 | 营业利润率(%) | 营业收入比上年增减（%） | 营业成本比上年增减（%） | 营业利润率比上年增减（%） |
|---|---|---|---|---|---|---|
| 建材行业 | 583,475.90 | 449,112.62 | 23.03% | 37.28% | 45.76% | -4.47% |

　　公司本期实现的建材行业营业收入较上期增长了**37.28%**，增长的主要原因一是公司在全国范围内进行石膏板产业布局，本期公司及所属分子公司新建的石膏板生产线陆续竣工投产，产能规模迅速扩大，从而提高了区域市场的产品供应效率和供应能力；二是随着产业布局的深入，公司把销售深入到基层县乡市场，并进军保障性住房建设及新农村改造建设。以上举措，使得石膏板销售规模持续扩大，导致本期实现的销售收入大幅增加。

　　公司本期实现的建材行业营业成本较上期增长了**45.76%**，增长的主要原因一是公司主产品石膏板的销售量大幅增加，导致总营业成本上升；二是原

材料及煤电油运持续涨价，导致产品制造成本增加。

(4) 报告期内，占营业收入或营业利润总额 10%以上的主要产品情况如下：

单位：人民币万元

| 产品名称 | 营业收入 | 营业成本 | 营业利润率(%) | 营业收入比上年增减（%） | 营业成本比上年增减（%） | 营业利润率比上年增减（%） |
|---|---|---|---|---|---|---|
| 石膏板 | 472,334.00 | 358,310.55 | 24.14% | 34.67% | 46.17% | -5.97% |

公司本期实现的石膏板业务营业收入较上期增长了 34.67%，增长的主要原因一是公司在全国范围内进行石膏板产业布局，本期公司及所属分、子公司新建的石膏板生产线陆续竣工投产，产能规模迅速扩大，从而提高了区域市场的产品供应效率和供应能力；二是随着产业布局的深入，公司把销售深入到基层县乡市场，并进军保障性住房建设及新农村改造建设。以上举措，使得石膏板销售规模持续扩大，导致本期实现的销售收入大幅增加。

公司本期实现的石膏板业务营业成本较上期增长了 46.17%，增长的主要原因一是产品销售量大幅增加，导致总营业成本上升；二是原材料及煤电油运持续涨价，导致产品制造成本增加。

公司本期实现的石膏板业务营业利润率较上期降低了 5.97%，降低的主要原因是国内的原材料及煤电油运持续涨价，导致产品制造成本增加。

2、主要供应商、客户情况

报告期内，公司向前五名供应商合计的采购金额为 1,040,475,663.07 元，占年度采购总额的比例为 24.41%；前五名客户销售额合计 416,607,810.17 元，占公司销售总额的比例为 6.98%。

（四）报告期内公司资产构成情况

单位：人民币元

| 项目 | 2011 年年末 | | 2010 年年末 | | 占总资产的比重增减比例 |
|---|---|---|---|---|---|
| | 金额 | 占总资产的比重 | 金额 | 占总资产的比重 | |
| 交易性金融资产 | 0 | 0.00% | 0 | 0.00% | 0.00% |
| 应收款项 | 193,237,084.92 | 2.27% | 197,443,524.08 | 2.68% | -0.41% |
| 存货 | 1,080,115,893.21 | 12.69% | 875,217,436.17 | 11.90% | 0.79% |

| 长期股权投资 | 213,134,517.08 | 2.50% | 209,311,469.21 | 2.85% | -0.35% |
|---|---|---|---|---|---|
| 固定资产 | 3,653,840,343.24 | 42.91% | 3,279,554,297.13 | 44.58% | -1.67% |
| 在建工程 | 1,259,859,639.73 | 14.80% | 897,808,414.50 | 12.20% | 2.60% |
| 短期借款 | 1,416,800,000.00 | 16.64% | 2,047,860,000.00 | 27.84% | -11.20% |
| 长期借款 | 508,500,000.00 | 5.97% | 421,500,000.00 | 5.73% | 0.24% |
| 资产总额 | 8,514,760,583.50 | 100.00% | 7,357,081,850.33 | 100.00% | 0.00% |

（五）报告期内公司销售费用、管理费用、财务费用、所得税等财务数据变动情况

单位：人民币元

| 项目 | 2011 年 | 2010 年 | 增减率 |
|---|---|---|---|
| 销售费用 | 188,397,992.70 | 201,705,584.98 | -6.60% |
| 管理费用 | 303,831,745.88 | 266,296,902.24 | 14.10% |
| 财务费用 | 105,025,437.17 | 81,403,192.98 | 29.02% |
| 公允价值变动收益 | 0 | 0 | 0.00% |
| 所得税 | 83,934,516.96 | 41,744,038.64 | 101.07% |

公司本期发生的所得税费用较上期增长了 101.07%，增长的原因主要是：由于公司所属的子公司、孙公司当期利润增加，相应计提的所得税费用增加所致。

（六）报告期内公司经营活动、投资活动和筹资活动产生的现金流量的构成情况

单位：人民币元

| 项目 | 2011 年 | 2010 年 | 增减率 |
|---|---|---|---|
| 经营活动产生的现金流量净额 | 1,112,698,678.64 | 912,226,191.03 | 21.98% |
| 投资活动产生的现金流量净额 | -987,668,423.15 | -664,922,729.02 | -48.54% |
| 筹资活动产生的现金流量净额 | -151,816,295.42 | -79,333,314.08 | -91.37% |

经营活动产生的现金流量净额较上期增长了 21.98%，增长的主要原因是：一是公司石膏板销售规模扩大，导致销售商品收到的现金同比增加。同时，由于公司各地石膏板生产线陆续完成，原燃材料储备相应增加；以及由于原燃材料价格不断上涨，公司支付的采购成本增加；上述两项原因导致购买商品支付的现金同比增加。二是由于公司本年收到中国建材股份有限公司的借款导致收到其他与经营活动有关的现金增加。三是由于公司本年收到的

税费返还增加；以上原因导致经营活动产生的现金流量净额增加。

投资活动产生的现金流量净额较上期降低了 48.54%，降低的主要原因是：一是由于公司持续扩大主营产品石膏板的产能规模，导致购买固定资产、无形资产和其他长期资产支付的现金较上年有所增加；二是公司本年度收到四亿元的搬迁安置补偿款，比上年同期减少 2 亿元，导致收到其他与投资活动有关的现金减少；三是随着公司搬迁进度的推进，搬迁支付的现金增加，导致支付其他与投资活动有关的现金增加；故投资活动产生的现金流量净额有所下降。

筹资活动产生的现金流量净额较上期降低了 91.37%，降低的主要原因是：一是由于公司及公司所属孙子公司本年度分配的股利较上年度有所增加；二是由于银行借款利率上升导致偿付利息支付的现金增加；以上两项原因导致筹资活动产生的现金流量净额降低。

（七）公司主要全资、控股子公司的经营情况及业绩分析

报告期末，公司主要全资、控股公司经营情况及业绩如下：

1、泰山石膏股份有限公司

本公司合计持有其 65%的股份，主要从事纸面石膏板的研发、生产和销售。报告期末，总资产为 441,984.84 万元；净资产为 183,376.00 万元；报告期内，实现营业收入为 387,859.71 万元，实现归属于泰山石膏股份有限公司的净利润为 54,532.57 万元。

2、太仓北新建材有限公司

本公司持有其 100%股权，主要从事纸面石膏板的生产、加工和销售。报告期末，总资产为 28,797.96 万元；净资产为 8,530.42 万元；报告期内，实现营业收入为 21,825.11 万元，实现归属于母公司的净利润为 1,643.49 万元。

3、宁波北新建材有限公司

本公司持有其 100%股权，主要从事纸面石膏板的生产、加工和销售。报告期末，总资产为 15,013.27 万元；净资产为 5,524.16 万元；报告期内，实现营业收入为 16,347.62 万元，实现归属于母公司的净利润为 3,140.57 万元。

4、北新房屋有限公司

本公司持有其 82.50%股权，主要从事新型房屋的设计、生产和销售。报告期末，总资产为 19,957.22 万元；净资产为 15,873.04 万元；报告期内，实

现营业收入为 31,714.11 万元，实现归属于母公司的净利润为 3,566.50 万元。

## 二、公司未来发展规划及展望

（一）行业发展趋势及面临的市场竞争格局

公司主产品石膏板在中国发展具备足够的政府政策支持，比如墙体改革、节能减排、工业副产石膏资源综合利用政策等，符合国家倡导和支持的发展方向。石膏板全国人均用量远底于发达国家水平，基数低、空间大，发展前景广阔。同时城市化、城镇化的趋势将不断扩大需求的基数，将不断促进石膏板行业蓬勃发展。

根据产品不同的定位，中国石膏板企业主要分为三类。第一类为生产高档石膏板产品的企业，品牌优势较大，市场份额约 15%；第二类为生产中档石膏板产品的中级企业，产品性价比较高，市场份额约 40%；第三类为生产低档石膏板产品的初级企业，较为分散，既无产能优势也无品牌优势，市场份额合计约 45%。

（二）公司未来发展展望及 2012 年度经营规划

1、以"五个提升"为抓手，积极开展"管理提升年"活动，力争在规范管理、精细化管理、信息化管理、财务管理、风险管控方面取得实效。深入开展成本节约计划，建立全面对标、关注绩效的内部运营控制体系。

2、全面加强公司的营销能力建设，通过推进建筑标准、开拓新应用领域、系统开拓行业合作、完善渠道建设等方面，提高产能利用率，实现主产品销量的持续增长。

3、加快项目建设进程，进一步完善项目建设管理。加速推进 20 亿平方米石膏板全国产业布局规划和项目选址工作，确保公司战略目标的实现。

4、继续加强品牌建设，进一步提升北新建材的企业形象和品牌价值，打造公司社会品牌影响力。

5、大力开展技术创新，降低投资成本和产品单耗，增强公司核心竞争力，巩固并加强公司在行业中的技术领先地位。

6、积极稳妥做好北京西三旗基地搬迁的后续工作，实现平稳过渡。

7、大力推进新型房屋业务发展，继续做好赞比亚项目供货和服务，推进薄板钢骨房屋体系和木结构房屋体系建设，大力开拓新型房屋海外和新农村建设两个市场。

8、推进内部控制规范实施和 QEMS 管理体系建设工作，规范管理，控