# EXHIBIT C

**Translation of an excerpt on page 38 of the 2010 Annual Report of Beijing New Building Materials Public Limited Company**

## Section 10  Major Events

I.    Major litigation and arbitration events

During the reporting period, the Company publicly released the Announcement of Beijing New Building Material Company Limited in relation to Event about Gypsum Board in US (Announcement No. 2010-009), and made statements about the progress in our 2010 Interim Report and our 2010 3rd Quarterly Report (relevant information released on the media of "China Securities News", "Shanghai Securities News", "Securities Times", "Securities Daily" and the website of CNINFO (http://www.cninfo.com.cn) of May 29, 2010, August 20, 2010 and October 27, 2010.)

During the reporting period, the Company paid a total of USD 447,709.15 of attorney's fee, travel expenses and deposits, and Taishan Gypsum Co., Ltd. (shortened as "Taishan Gypsum"), a holding subsidiary of the Company, paid a total of USD 3,936,986.12 of attorney's fee, travel expenses and deposits. This Company and Taishan Gypsum would continuously attach great importance to and keep a close eye on the progress of this event, prudently respond to and deal with this event on the principle of being responsible to the investors, the consumers and the industry.

**Translation of an excerpt on page 39 of the 2011 Annual Report of Beijing New Building Materials Public Limited Company**

Section 10  Major Events

I.      Major litigation and arbitration events

This Company publicly released the Announcement of Beijing New Building Material Company Limited in relation to Event about Gypsum Board in US (Announcement No. 2010-009) on May 29th, 2010. At present, the Company and Taishan Gypsum, a holding subsidiary of the Company, have retained American famous law firm as legal counsel, to respond to the US gypsum board litigation involving the Company and Taishan Gypsum. During the reporting period, the Company incurred a total of USD 1,397,799 of attorney's fee and travel expenses, and Taishan Gypsum incurred a total of USD 3,304,817.13 of attorney's fee and travel expenses. This Company and Taishan Gypsum would continuously attach great importance to and keep a close eye on the progress of this event, prudently respond to and deal with this event on the principle of being responsible to the investors, the consumers and the industry.

**Translation of an excerpt on page 108 of the 2011 Annual Report of Beijing New Building Materials Public Limited Company**

X. Other Important Matters

1. The Company and Taishan Gypsum Co., Ltd., a holding subsidiary of the Company, still have not gotten relevant results regarding the US litigation on use of Chinese drywall. During this reporting period, the Company paid a total of RMB 30,431,314.61 yuan of attorney's fee to respond to this litigation. The Company and Taishan Gypsum Co., Ltd., a holding subsidiary of the Company, will continuously attach great importance to and keep a close eye on the progress of this event, and will prudently respond to and deal with this event.