# EXHIBIT D

**Translation of the section "(iv) annual remunerations" on pages 13-14 of the 2010 Annual Report of Beijing New Building Materials Public Limited Company**

(iv) Annual remunerations

1. Procedures and basis for determining the remunerations for directors, supervisors and senior managers

According to the Company's *Articles of Association*, remunerations for directors and supervisors are decided by the General Meeting, and remunerations for senior managers are decided by the Board of Directors.

At the first 2003 Extraordinary General Meeting on June 27, 2003, the Company deliberated and passed the *Proposal on Remunerations for Independent Directors, Directors and Supervisors*. The Company will pay a monthly allowance of RMB 5,000 yuan (including tax) to each independent director. All the actual travel expenses for independent directors to attend the Board meetings and the General Meeting as well as all the actual expenses for exercise of their authorities under the Company's *Articles of Association* will be reimbursed from the Company. The Company will pay a monthly allowance of RMB 3,000 yuan (including tax) to each directors and supervisors.

Remunerations for senior managers will be determined mainly based on their posts & responsibilities, completion of annual work objectives and their business innovation capacities, etc.

2. Remunerations the directors, supervisors and senior managers received from the Company during the reporting period

Unit: RMB 10,000 yuan

| Name | Position | Total remunerations |
|---|---|---|
| Wang Bing | Chairman | 3.6 |
| Chen Yu | Director, General Manager, (Acting) Secretary to the Board | 41.6 |
| Jia Tongchun | Director, Deputy General Manager | 3.6 |
| Cui Lijun | Director | 3.6 |
| Chang Zhangli | Director | 3.6 |
| Zhang Nailing | Director, Deputy General Manager | 41.6 |
| Xu Jingchang | Independent Director | 6.0 |
| Qin Qinghua | Independent Director | 6.0 |
| Zheng Jiayun | Independent Director | 6.0 |
| Cao Jianglin | Chief Supervisor | 3.6 |
| Hu Jinyu | Supervisor | 3.6 |
| Qi Yingchen | Supervisor | 11.3 |
| Zhou Huan | Deputy General Manager | 30.0 |
| Yang Yanjun | Deputy General Manager, Chief Financial Officer | 30.0 |
| Wu Fade | Deputy General Manager | 27.0 |
| Zou Yunxiang | Deputy General Manager | 27.0 |
| Total | - | 248.1 |

Notes: the Chairman Mr. Wang Bing, the Director Mr. Chang Zhangli, the Chief Supervisor Mr. Cao Jianglin and the Supervisor Ms. Hu Jinyu do not receive remunerations from the Company because they hold positions in the Shareholder; the Director Ms. Cui Lijun does not receive remunerations from the Company because she holds position in a connected entity; the Director & Deputy General Manager Mr. Jia Tongchun does not receive remunerations from the Company because he holds position in the holding subsidiary Taishan Gypsum Co., Ltd.

**Translation of the section "(iv) annual remunerations" on pages 13-14 of the 2011 Annual Report of Beijing New Building Materials Public Limited Company**

    (iv) Annual remunerations
1. Procedures and basis for determining the remunerations for directors, supervisors and senior managers

According to the Company's *Articles of Association*, remunerations for directors and supervisors are decided by the General Meeting, and remunerations for senior managers are decided by the Board of Directors.

At the first 2003 Extraordinary General Meeting on June 27, 2003, the Company deliberated and passed the *Proposal on Remunerations for Independent Directors, Directors and Supervisors*. The Company will pay a monthly allowance of RMB 5,000 yuan (including tax) to each independent director. All the actual travel expenses for independent directors to attend the Board meetings and the General Meeting as well as all the actual expenses for exercise of their authorities under the Company's *Articles of Association* will be reimbursed from the Company. The Company will pay a monthly allowance of RMB 3,000 yuan (including tax) to each directors and supervisors.

Remunerations for senior managers will be determined mainly based on their posts & responsibilities, completion of annual work objectives and their business innovation capacities, etc.

2. Remunerations the directors, supervisors and senior managers received from the Company during the reporting period

Unit: RMB 10,000 yuan

| Name | Position | Total remunerations |
|---|---|---|
| Wang Bing | Chairman | 3.6 |
| Chen Yu | Director, General Manager, (Acting) Secretary to the Board | 53.6 |
| Jia Tongchun | Director, Deputy General Manager | 53.6 |
| Cui Lijun | Director | 3.6 |
| Chang Zhangli | Director | 3.6 |
| Zhang Nailing | Director, Deputy General Manager | 53.6 |
| Xu Jingchang | Independent Director | 6.0 |
| Qin Qinghua | Independent Director | 6.0 |
| Zheng Jiayun | Independent Director | 6.0 |
| Cao Jianglin | Chief Supervisor | 3.6 |
| Hu Jinyu | Supervisor | 3.6 |
| Qi Yingchen | Supervisor | 13.3 |
| Zhou Huan | Deputy General Manager | 40.0 |
| Yang Yanjun | Deputy General Manager, Chief Financial Officer | 40.0 |
| Wu Fade | Deputy General Manager | 38.0 |
| Zou Yunxiang | Deputy General Manager | 38.0 |
| Total | - | 366.1 |

3

Notes: the Chairman Mr. Wang Bing, the Director Mr. Chang Zhangli, the Chief Supervisor Mr. Cao Jianglin and the Supervisor Ms. Hu Jinyu do not receive remunerations from the Company because they hold positions in the Shareholder; the Director Ms. Cui Lijun does not receive remunerations from the Company because she holds position in a connected entity.