UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| *Arndt, et al. v. Gebrueder Knauf, et al.* 2:11-cv-2349 (E.D. La.) | MAG. JUDGE WILKINSON |

---------------------------------------------------------------------

### JOHN AND SANDRA FULLER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST WOODLAND CONSTRUCTION OF SW FL, INC.

Pursuant to Fed.R.Civ.P. 41(a) (1) (A) (i), Plaintiffs John and Sandra Fuller hereby voluntarily dismiss, without prejudice, their claims against Defendant Woodland Construction of SW FL, Inc. The parties are to bear their own attorneys' fees and costs.

Attached hereto as Exhibit "A" is a letter from Pete V. Albanis, Esq., counsel for John and Sandra Fuller, dated July 27, 2012 which specifically authorizes the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

July 31, 2012

/s/ Leonard A. Davis
Russ M. Herman, Esq. (LA Bar No. 6819)
Leonard A. Davis, Esq. (LA Bar No. 14190)
Stephen J. Herman, Esq. (LA Bar No. 23129)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Ave.
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 31st of July, 2012.

    /s/ Leonard A. Davis
    Herman, Herman & Katz, L.L.C.
    820 O'Keefe Ave.
    New Orleans, LA 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    LDavis@hhklawfirm.com
    Plaintiffs' Liaison Counsel
    MDL 2047