# MORGAN & MORGAN®
### Attorneys At Law

SUITE 600
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS, FL 33906-9504
(239) 433-6880
FAX: (239) 433-6836

July 27, 2012

**VIA FACSIMILE (504) 561-6024 and U.S. Mail**

Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman & Katz, L.L.C.
820 O'Keefe Ave.
New Orleans, LA 70113

RE:   **Our Clients: John and Sandra Fuller**
       *In re: Chinese Manufactured Drywall Product Liability Litig.*
       Case No. 11-2349
       Our File No.:  1429125

Dear Russ & Lenny:

We represent John and Sandra Fuller. We hereby authorize the attorneys of Herman, Herman & Katz, L.L.C. to file the enclosed Notice of Voluntary Dismissal of Claims. Our clients are dismissing without prejudice all of their claims against defendant Woodland Construction of SW FL, Inc. Thank you for your attention to this matter.

Sincerely,

Pete V. Albanis

PVA/ah

www.forthepeople.com

ATLANTA, GA ◆ DAVIE, FL ◆ DAYTONA BEACH, FL ◆ FT. MYERS, FL ◆ JACKSON, MS ◆ JACKSONVILLE, FL ◆ KISSIMMEE, FL
MEMPHIS, TN ◆ NAPLES, FL ◆ ORLANDO, FL ◆ ST. PETERSBURG, FL ◆ TAMPA, FL ◆ TAVARES, FL ◆ WINTER HAVEN, FL