UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

                                               SECTION:  L

THIS DOCUMENT RELATES TO:

                                               JUDGE FALLON

Robert W. Block, III, et al
Almeroth v. Taishan Gypsum Co.., Ltd. et al          MAG.  WILKINSON
Case No. 12-0498

_____/

## NOTICE OF APPEARANCE

Jeffrey M. Paskert and Ryan E. Baya of Mills Paskert Divers hereby give notice of their appearance as counsel of record for The Haskell Company with respect to the claims asserted against The Haskell Company in the current Omnibus Class Complaint and requests that copies of all pleadings, filings, and other documents served in this case be served upon the undersigned pursuant to the procedures established by the Court.

Dated:  July 31, 2012.

                                               s/ Ryan E. Baya
                                               JEFFREY M. PASKERT
                                               Florida Bar No. 846041
                                               jpaskert@mpdlegal.com
                                               RYAN E. BAYA
                                               Florida Bar No. 0052610
                                               rbaya@mpdlegal.com
                                               MILLS PASKERT DIVERS
                                               100 N. Tampa Street, Suite 3700
                                               Tampa, Florida  33602
                                               (813) 229-3500 − Telephone
                                               (813) 229-3502 − Facsimile
                                               *Attorneys for The Haskell Company.*

**CERTIFICATE OF SERVICE**

  I HEREBY certify that on July 31, 2012, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, and all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                s/ Ryan E. Baya
                Attorney