UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



IN RE: CHINESE-MANUFACTURED
DRYWALL PRODCUTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
ALL CASES AND

*Benoit, et al. v. LaFarge, S.A., et. al.*, Case No. 11-1893 (E.D.La.)

*Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG,* Case No. 11-2349 (E.D.La.)

*Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.,* Case No. 11-3023 (E.D.La.)

*Almeroth, et. al. v. Taishan Gypsum Co., et al.,* Case No. 12-0498 (E.D.La.)

## LIMITED APPEARANCE FOR PURPOSES OF FILING MOTION TO QUASH SERVICE ON DEFENDANT D&K GCB, INC.

COMES NOW, the undersigned and files this Motion to Quash Service on Defendant, D&K GCB, Inc., which is named as a Defendant in the proceeding styled *Almeroth, et. al. v Taishan Gypsum Co., et al.*, Case No. 12-0498 (E.D.La.). In support of this motion, movant would show as follows:

1.) D&K GCB, Inc. was an Alabama Corporation, owned by Dominick Viruleg which did business in the State of Alabama. D&K GCB, Inc, was formed in February of 2000 and was dissolved on December 4, 2008. Attached is a copy of the records from the Alabama Secretary of State showing the fact of the Dissolution.

2.) During its existence, Dominick Viruleg was the registered agent for D&K GCB, Inc. however his authority ceased when the company was dissolved in 2008. Dominick Viruleg filed Chapter 7 Bankruptcy and has received a Discharge in the U.S. Bankruptcy Court for the Northern District of Alabama, Southern Division. A copy of the discharge is attached.

3.) The purported service upon D&K GCB, Inc. is defective and due to be quashed. Moreover, this information was previously communicated to Jimmy Doyle, attorney for Plaintiffs

1



Wesley Liveoak and Glenn Rogers, on several occasions prior to the filing of this motion, yet has failed to act upon it.

4.) The undersigned counsel only represents Dominick Viruleg and does not represent D&K GCB, Inc. for any purposes in this litigation.

Respectfully Submitted,

William Kent Upshaw
ASB 3661-W59W

OF COUNSEL:
COMER & UPSHAW, LLP
Attorneys at Law
2107 Second Avenue North
Birmingham, AL 35203
Telephone: (205) 250-7670
Facsimile: (205) 322-5420
Email: wkupshaw@comerupshaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date mailed a copy of the above and foregoing document on the following by regular, US Mail, postage prepaid.

*Plaintiffs' Liaison Counsel*
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Stephen J. Herman, Esq.
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

*Plaintiffs' Lead Counsel*
Arnold Levin, Esq.
Fred S. Longer, Esq.
Matthew C. Gaughan, Esq.
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Dated the 27 day of July, 2012.

William Kent Upshaw

Beth Chapman
Secretary of State

P. O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

as appears on file and of record in this office, the pages hereto attached, contain a true, accurate, and literal copy of the Dissolution filed on behalf of D&K GCB, Inc., as received and filed in the Office of the Secretary of State on 12/04/2008.



20120725000004744

In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the city of Montgomery, on this day.

07/25/2012
Date

Beth Chapman           Secretary of State

**STATE OF ALABAMA**

**FOR-PROFIT CORPORATION
ARTICLES OF DISSOLUTION**




Bk: LR200812 Pg:22068
Jefferson County, Alabama
I certify this instrument filed on:
12/04/2008 10:23:02 AM PDIS
Judge of Probate- Alan L. King

**INSTRUCTIONS:**
STEP 1: FILE ORIGINAL AND TWO COPIES WITH THE JUDGE OF PROBATE IN THE COUNTY WHERE THE ORIGINAL ARTICLES OF INCORPORATION ARE FILED WITH SECRETARY OF STATE AND JUDGE OF PROBATE FEES ATTACHED. THE JUDGE OF PROBATE'S FILING FEE IS $10 AND THE SECRETARY OF STATE'S FILING FEE IS $20.

PURSUANT TO THE PROVISIONS OF THE ALABAMA BUSINESS CORPORATION ACT, THE UNDERSIGNED FOR-PROFIT CORPORATION SUBMITS THE FOLLOWING ARTICLES OF DISSOLUTION.

Article I — The name of the corporation.
D + K GCB, INC.

Article II — The dissolution was authorized on DECEMBER 31, 20 08.

Article III — The total number of shareholder votes entitled to be cast is 1000. The number of shareholders voting for the dissolution was 1000 and the number of shareholders voting against the dissolution was 0.

Article IV — If voting by groups, the information required by III above must be separately provided for each group entitled to vote.

Article V — If the dissolution was approved by written consent of all shareholders, a statement to that effect may be substituted for requirements III & IV above when a copy of such signed consent is attached.

Date 12/2/2008

Dominick M Virulgg, President
Type or Print Corporate Officer's Name and Title

Signature of Officer

RECEIVED DEC - 9 2008 SECRETARY OF STATE

2008120400159410  1/1
Bk: LR200812 Pg:22068
Jefferson County, Alabama
12/04/2008 10:23:02 AM PDIS
Fee - $11.00

Total of Fees and Taxes-$11.00
TINSLEY

REV3/2000ADX

Jefferson County

I, the Undersigned, as Judge of Probate in and for said County, in said State, hereby certify that the foregoing is a full, true and correct copy of the instrument with the filing of same as appears of record in this office in vol 2008 page 220068

Given under my hand and official seal, this the 4th day of December, 2008

*Alan L. King*
_____
Judge of Probate

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF ALABAMA
Southern Division
1800 5th Avenue North
Room 120
Birmingham, AL 35203

Case No. <u>09-01388-TBB7</u>

Chapter 7

In re Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dominick M. Viruleg
8455 Sharit Dairy Road
Gardendale, AL 35071

Social Security / Individual Taxpayer ID No.:
xxx-xx-1808

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>3/5/10</u>

<u>Thomas B Bennett</u>
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**ATTENTION DEBTOR:   IMPORTANT DOCUMENT!   PLEASE KEEP FOR YOUR RECORDS!**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODCUTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
ALL CASES AND

*Benoit, et al. v. LaFarge, S.A., et. al.,* Case No. 11-1893 (E.D.La.)

*Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG,* Case No. 11-2349 (E.D.La.)

*Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.,* Case No. 11-3023 (E.D.La.)

*Almeroth, et. al. v. Taishan Gypsum Co., et al.,* Case No. 12-0498 (E.D.La.)

## NOTICE OF HEARING

Please take notice that the Motion to Quash filed by former agent of D&K GCB, Inc., shall be set for hearing on August 22, 2012 at 9:00 a.m. before the Honorable Judge Fallon. In lieu of filing a separate memorandum, the grounds of said motion are as set forth in the motion itself.

Respectfully Submitted,

William Kent Upshaw
ASB 3661-W59W

OF COUNSEL:
COMER & UPSHAW, LLP
Attorneys at Law
2107 Second Avenue North
Birmingham, AL 35203
Telephone: (205) 250-7670
Facsimile: (205) 322-5420
Email: wkupshaw@comerupshaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I have this date mailed a copy of the above and foregoing document on the following by regular, US Mail, postage prepaid..

*Plaintiffs' Liaison Counsel*
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Stephen J. Herman, Esq.
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113


*Plaintiffs' Lead Counsel*
Arnold Levin, Esq.
Fred S. Longer, Esq.
Matthew C. Gaughan, Esq.
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Dated the 31 day of July, 2012.

William Kent Upshaw