UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047<br><br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE WILKINSON |
| *Sean and Beth Payton, et al v. Knauf Gips KG, et al* *Case No. 09-07628 (E.D.La.)* | * * * * | |

*************************************************

## NOTICE OF DEATH

NOTICE IS HEREBY given that Emma J. Simmons, Plaintiff of record in the above captioned case for the property located at 13502 Addison Avenue, Gulfport, Mississippi, 39503 is now deceased. Ms. Simmons passed away on May 16, 2012. David B. Simmons, natural son, and Susan D. Lampkin, natural daughter, will be substituted as Administrators of the Estate of Emma J. Simmons.

DATED: July 31, 2012

                                                Respectfully submitted,

                                                /s/ James R. Reeves, Jr.
                                                James R. Reeves, Jr. (PHV)
                                                Reeves & Mestayer, PLLC
                                                P. O. Drawer 1388
                                                Biloxi, MS 39533
                                                Telephone: 228/374-5151
                                                Fax: 228/374-6630
                                                Email: jrr@attorneys4people.com
                                                *Attorneys for the Plaintiff, Emma J. Simmons*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Death has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and via email or by hand-delivery and e-mail upon all parties by electroncially uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 31st day of July, 2012.

/s/ James R. Reeves, Jr.
JAMES R. REEVES, JR.