UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES AND | * * | MAG. JUDGE WILKINSON |
| *Sean and Beth Payton, et al v. Knauf Gips KG, et al* Case No. 09-07628 (E.D.La.) | * * * * | |

********************************************

## MEMORANDUM OF LAW IN SUPPORT OF EX PARTE MOTION TO SUBSTITUTE PLAINTIFF

The Plaintiff's Steering Committee ("PSC") is moving to substitute David B. Simmons and Susan D. Lampkin, as Administrators of the Estate of Emma B. Simmons, Deceased, in place of Emma J. Simmons, as the plaintiffs of record for the property located at 13502 Addison Avenue, Gulfport, Mississippi, 39503.

At the time of the complaint in *Sean and Beth Payton, et al v. Knauf Gips KG, et al*, Case No. 09-07628 (E.D.La.), was filed with the court, it properly identified Emma J. Simmons as the Plaintiff of record for the subject property. Emma J. Simmons subsequently passed away on May 16, 2012. Following the death of Emma J. Simmons, David B. Simmons and Susan D. Lampkin were appointed as Co-Executors of her estate on or about June 4, 2012. *See*, Letters Testamentary attached hereto as "Exhibit A." This Motion is filed at the request of James R. Reeves, Jr., who represents the individual claimant that is named in the omnibus complaint filed by the PSC.

Based on the foregoing, the PSC respectfully requests that the Court substitute

David B. Simmons and Susan D. Lampkin, as Co-Executors of the Estate of Emma J. Simmons, Deceased, in place of Emma J. Simmons, as the plaintiff of record for the property located at 13502 Addison Avenue, Gulfport, Mississippi, 39503.

DATED: July 31, 2012

Respectfully submitted,

/s/ James R. Reeves, Jr.
James R. Reeves, Jr. (ED La PHV; MS Bar 9519)
Lumpkin & Reeves, PLLC
P. O. Drawer 1388
Biloxi, MS 39533
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com
*Member, Plaintiffs' Steering Committee*

Russ M. Herman, Esq. (LA Bar No. 6819)
Leonard A. Davis, Esq. (LA Bar No. 14190)
Stephen J. Herman, Esq. (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel, MDL 2047*

Arnold Levin, Esq.
Fred S. Longer, Esq.
Matthew C. Gaughan, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel, MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Hwy, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX  75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David,
  Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Ervin A. Gonzalez
Colson, Hick, Eidson, Colson,
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
225 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, P.A.
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850-435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine St.
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

James Robert Reeves
Lumpkin & Reeves
160 Main St.
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Ave., Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
Hausfeld LLP
1700 K Street, N.W.
Suite 650
Washington, DC  20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law firm, LLC
P. O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum of Law In Support of Ex Parte Motion to Substitute Plaintiff and Memorandum of Law filed in support thereof has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 31st day of July, 2012.

/s/ James R. Reeves, Jr.
JAMES R. REEVES, JR.
*Member, Plaintiffs' Steering Committee*