LETTERS TESTAMENTARY

IN THE CHANCERY COURT OF HARRISON COUNTY, MISSISSIPPI

FIRST JUDICIAL DISTRICT

4TH day of June, A. D. 2012

**FILED JUN - 4 2012**
JOHN McADAMS, CHANCERY CLERK
BY _____ D.C.

Case Number 12-1466 (1)

WHEREAS EMMA JEAN SIMMONS, deceased, late of said County, made in her lifetime her Last Will and Testament, which on the 31st day of June 2012, was proved, approved and admitted to record in said Court, and probate thereof granted to DAVID B. SIMMONS and SUSAN D. LAMPKIN, the Co-Executors thereof and therein appointed Co-Executors, and the said DAVID B. SIMMONS and SUSAN D. LAMPKIN having complied with the provisions of the statute in such cases made and provided;

THEREFORE, to the intent that the said Will may be well and truly performed, we do give, grant and commit unto the said DAVID B. SIMMONS and SUSAN D. LAMPKIN the administration of all and singular the goods and chattels, rights and credits, of and belonging to the estate of said testatrix, with full power to take the same unto their hands and possession, and to ask, levy, recover and receive the same, wherever they may be in this State; hereby requiring and enjoining upon the said DAVID B. SIMMONS and SUSAN D. LAMPKIN to make a true and perfect inventory of all and singular the goods and chattels, rights and credits which have or shall come to their hands, possession or knowledge, or unto the hands or possession of any other person or persons; for them to exhibit the said inventory to our Court within the time limited by law; to well and truly administer the said goods and chattels, rights and credits, according to law; to make a just and true account of their actings and doings therein, when thereto required by our said Court; and to well and truly pay and deliver all the legacies contained and specified in the said Will, so far as the said goods and chattels, rights and credits, will extend and the law charge their; hereby confirming the said DAVID B. SIMMONS and SUSAN D. LAMPKIN as Co-Executors with full and ample authority to dispose of all and singular the said goods and chattels, rights and credits, according to the tenor of the said Last Will and Testament, and the true intent and meaning of the said testatrix, by virtue of these presents.

WITNESS the Honorable Carter O. Bise, Chancellor of the 8th Chancery Court District, this the 4th day of June, A. D., 2012, and the seal of Court hereunto affixed.

JOHN MCADAMS, CHANCERY CLERK

By _____, D. C.

A TRUE COPY
JOHN McADAMS
Chancery Court Clerk
Harrison County, Miss.
1st Judicial District

**EXHIBIT A**