UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047<br><br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES AND | * | MAG. JUDGE WILKINSON |
| *Sean and Beth Payton, et al v. Knauf Gips KG, et al* <br> *Case No. 09-07628 (E.D.La.)* | * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of the Ex Parte Motion to Substitute Plaintiff;

IT IS HEREBY ORDERED BY THE COURT that said motion is GRANTED. David B. Simmons and Susan D. Lampkin, as Administrators of the Estate of Emma J. Simmons, Deceased, are deemed substituted in place of Emma J. Simmons as the plaintiff of record for the property located at 13502 Addison Avenue, Gulfport, Mississippi, 39503.

New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge