UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE WILKINSON |
| *D.R. Horton, Inc. v. Knauf Gips KG, et al.* Case No. 12-00135 (M.D. Fl.) | * * | |

# O R D E R

Considering D.R. Horton, Inc.'s Motion to Enroll Additional Counsel of Record,

**IT IS ORDERED** that Erick Y. Miyagi, Edward J. Laperouse, II, and Kari A. Bergeron of the law firm of Taylor, Porter, Brooks & Phillips L.L.P. be enrolled as additional counsel of record.

New Orleans, Louisiana, this  31st   day of      July       , 2012.

_____
**JUDGE, UNITED STATES DISTRICT COURT**

611475.1