# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | Chinese Manufactured Drywall Productions Liability Litigation | * | MDL No. 2047 |
| | | * | Section "L" |
| This Documents Relates to: | | * | JUDGE FALLON |
| Abel | | * | MAG JUDGE WILKINSON |
| v. | | * | |
| Taishan Gypsum Co. Ltd. et al | | * | |
| CASE NO.:Case No.: 2:11-cv-00080-EEF-JCW | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

IT IS ORDERED, ADJUDGED AND DECREED that S. Michele Blanchard and Airey &Blanchard Law Office is authorized to withdraw as counsel of record. Lonnie Vollentine and Lonnie Vollentine is authorized to proceed in proper person in these proceedings.

NEW ORLEANS, LOUISIANA this  31st  day of _____July_____, 2012.

_____
JUDGE