UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | JUDGE ELDON E. FALLON |
| | * * | SECTION L |
| This Document Relates to: | * * | MAGISTRATE JUDGE WILKINSON |
| ALL HOMEBUILDERS | * * | |
| IN ALL CASES | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

On August 26, 2009, the Court entered Pre-Trial Order No. 7B which, in part, appointed members to a Homebuilders' Steering Committee ("HSC"). Included in that Order was the appointment of Phillip A. Wittmann, Stone Pigman Walther Wittmann L.L.C., as Local Chair of the HSC. Thereafter, on November 4, 2009, the Court entered Pre-Trial Order No. 18. Recognizing the unique position of the homebuilders and installers involved in MDL 2047 as both plaintiffs and defendants whose interest were not adequately represented by either the Plaintiffs' Liaison Counsel or the Defendants' Liaison Counsel, the Court appointed Phillip A. Wittmann, to be the Homebuilders' and Installers Liaison Counsel, and enumerated certain duties which Mr. Wittmann's office has performed on an ongoing basis.

By Order entered March 9, 2011, the Court ordered all homebuilders to deposit funds to pay the fees and expenses of Homebuilders' Liaison Counsel. Having reviewed the fees and expenses of Homebuilders' Liaison Counsel,

**IT IS ORDERED** that the Finance Unit of the Clerk of Court is authorized and directed to draw a check on the funds on deposit in the registry of the Court in the principal amount of

$66,951.00, excluding interest, which shall remain on deposit, payable to Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130, and mail or deliver the check to Dorothy H. Wimberly, Stone Pigman Walther Wittmann L.L.C., at 546 Carondelet Street, New Orleans, Louisiana 70130.

**IT IS FURTHER ORDERED** that this payment represents partial payment of the accrued fees and expenses of Homebuilders' Liaison Counsel.

**NEW ORLEANS, LOUISIANA,** this 31st day of July, 2012.

_____
**DISTRICT JUDGE**

cc:  Financial Unit

1100270v.1