UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Ard, et al v. Firemans's Fund Insurance Co.*<br>Case No. ALS/1:12-cv-00336 | MAG. JUDGE WILKINSON |

## JOINT MOTION FOR DISMISSAL

COMES NOW, Plaintiffs, Tyran Chance Ard, Leland McCully and Amy McCully and Defendant, Fireman's Fund Insurance Company appearing herein through undersigned counsel, and on suggesting to the Court that Plaintiffs desire to dismiss with prejudice the said cause against Fireman's Fund Insurance Company with each party to bear its own court costs.

Respectfully submitted,

Jonathan R. Law (ASB-7439-A36L-LAW039)
David F. Daniell (ASB-1333-170D-DAN009)
Attorneys for Plaintiffs
Daniell, Upton, Perry & Morris, P.C.
P. O. Box 1800
Daphne, AL 36526
Telephone: (251) 625-0046
Facsimile: (251) 625-0464
Email: jrl@dupm.com

and

{L0209905.1}

/S/ Gary J. Russo
Gary J. Russo (La. Bar #10828)
*Attorneys for Fireman's Fund Insurance Company*
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
Post Office Drawer 3408
Lafayette, LA  70502-3408
Telephone: (337) 593-7600
Facsimile: (337) 593-7601
Email: grusso@joneswalker.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *"Joint Motion to Dismiss filed by Fireman's Fund Insurance Company* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of August, 2012.

/S/ Gary J. Russo
GARY J. RUSSO