UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Seminole Baptist Church versus Devon International Industries, Inc., et al* Case No. ALS/1:12-cv-00338 | MAG. JUDGE WILKINSON |

## JOINT MOTION FOR PARTIAL DISMISSAL

COMES NOW, Plaintiff, First Baptist Church of Seminole, Alabama, Inc. a/k/a Seminole Baptist Church and Defendant, Fireman's Fund Insurance Company appearing herein through undersigned counsel, and on suggesting to the Court that the parties have agreed to a settlement and hereby requests dismissal with prejudice of all claims Plaintiff has asserted against Fireman's Fund Insurance Company with each party to bear its own court costs.

It is understood that Plaintiff has reserved any and all claims it may have against third party defendants Devon International Industries, Inc. f/k/a Devon International Trading, Inc., Devon Health Services, Inc. and John Bennett as asserted in the above-captioned lawsuit.

{L0210007.1}

Respectfully submitted,

Jonathan R. Law (ASB-7439-A36L-LAW039)
David F. Daniell (ASB-1333-170D-DAN009)
Attorneys for Plaintiffs
Daniell, Upton, Perry & Morris, P.C.
P. O. Box 1800
Daphne, AL 36526
Telephone: (251) 625-0046
Facsimile: (251) 625-0464
Email: jrl@dupm.com

and

/S/ Gary J. Russo
Gary J. Russo (La. Bar #10828)
*Attorneys for Fireman's Fund Insurance Company*
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
Post Office Drawer 3408
Lafayette, LA  70502-3408
Telephone: (337) 593-7600
Facsimile: (337) 593-7601
Email: grusso@joneswalker.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *"Joint Motion to Dismiss filed by Fireman's Fund Insurance Company* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of August, 2012.

/S/ Gary J. Russo
GARY J. RUSSO

{L0210007.1}