UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Seminole Baptist Church versus Devon International Industries, Inc., et al*<br>Case No. ALS/1:12-cv-00338 | MAG. JUDGE WILKINSON |

## ORDER OF PARTIAL DISMISSAL

CONSIDERING THE FOREGOING MOTION FOR PARTIAL DISMISSAL;

IT IS ORDERED by the Court that the claim of Plaintiff, First Baptist Church of Seminole, Alabama, Inc. a/k/a Seminole Baptist Church be and the same is hereby dismissed with prejudice against Fireman's Fund Insurance Company with each party to bear its own court costs.

IT IS FURTHER ORDERED the Plaintiff reserves any and all claims Plaintiff may have adverse to third party defendants Devon International Industries, Inc. f/k/a Devon International Trading, Inc., Devon Health Services, Inc. and John Bennett as asserted in the above-captioned lawsuit.

Thus done and signed at New Orleans, Louisiana this ____ day of _____, 2012.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT JUDGE

{L0209920.1}