UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2047 |
| | | SECTION: L |
| THIS DOCUMENT RELATES TO: | | |
| No. 09-7628; Payton, et al v. Knauf Gips, KG, et al No. 10-0362; Rogers, et al v. Knauf Gips, KG, et al | | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |

### NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY PLAINTIFFS JOSEPH and DOROTHY PARRILLO

Subject to the requirements of Pretrial Order No. 1(I) dated January 24, 2012, Plaintiffs, Joseph and Dorothy Parrillo, hereby gives notice of their intention to dispose of the physical evidence that Joseph and Dorothy Parrillo were previously preserving pursuant to the requirements of Pretrial Order No. 1B. Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Joseph and Dorothy Parrillo by contacting: Bruce W. Steckler by telephone at (214) 521-3605 or by e-mail at bsteckle@baronbudd.com. Upon the expiration of the thirty-day period, Joseph and Dorothy Parrillo may dispose of such physical evidence.

Dated: August 2, 2012

Respectfully submitted:
/s/ **Bruce W. Steckler**

**Bruce W. Steckler, La. Bar No.** 33657
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 100
Dallas, Texas 75219
Telephone: (214) 521-3605
Fax No.: (214) 520-1181
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs, Joseph and Dorothy Parrillo, Notice of Disposal of Physical Evidence, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2ND day of August, 2012.

/s/ Bruce W. Steckler
_____
BRUCE W. STECKLER