## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------------x
IN RE: CHINESE-MANUFACTURED : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY : SECTION: L
LITIGATION :
 :
------------------------------------------------------------------x
THIS DOCUMENT RELATES TO: : JUDGE FALLON
ALL CASES AND : MAG. JUDGE WILKINSON
 :
*Payton, et al. v. Knauf Gips KG, et al.* :
Case No. 2:09-cv-07628 (E.D. La.) :
 :
*Gross, et al. v. Knauf Gips KG, et al.* :
Case No. 2:09-cv-06690 (E.D. La.) :
 :
*Rogers, et al. v. Knauf Gips KG, et al.* :
Case No. 2:10-cv-00362 (E.D. La.) :
 :
*Abreu, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 2:11-cv-00252 (E.D. La.) :
 :
*Block, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 11-cv-1363 (E.D. La.) :
 :
*Arndt, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 11-cv-2349 (E.D. La.) :
 :
*Cassidy, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 11-cv-3023 (E.D. La.) :
 :
*Vickers, et al. v. Knauf Gips KG, et al.* :
Case No. 2:09-cv-04117 (E.D. La.) :
------------------------------------------------------------------x

**JOINT MOTION FOR APPROVAL OF NOTICE OF RIGHT TO WITHDRAW OR CANCEL OPT-OUT REQUESTS FROM PENDING CHINESE DRYWALL CLASS SETTLEMENTS**

1

The Plaintiffs' Steering Committee ("PSC"), the Knauf Defendants,[1] Banner,[2] Interior/Exterior Building Supply, L.P. ("InEx"), and USG Corporation and L&W Supply Corporation (collectively "L&W") jointly submit this motion for approval of notice to class members who previously have opted out of pending Chinese Drywall class settlements of their right to withdraw or cancel their opt-out requests, all as more fully set forth in their Memorandum attached hereto.

Dated: August 2, 2012

Respectfully submitted,

Russ M. Herman(#6819)
Leonard A. Davis (#14190)
Stephen J. Herman (# #23129)
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Facsimile: (504) 561-6024
Email: LDavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel*

By: Kyle A. Spaulding
Miles P. Clements (#4184)
Peter E. Sperling (#17812)
Kerry J. Miller (#24562)
Kyle A. Spaulding (#29000)
Paul C. Thibodeaux (#29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

---

[1] The Knauf Defendants are: Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co., KG, Knauf do Brasil Ltda. and PT Knauf Gypsum Indonesia.

[2] The Banner entities include: Banner Supply Co., Banner Supply Co. Pompano, LLC, Banner Supply Co. Port St. Lucie, LLC, Banner Supply Co. Ft. Myers, LLC, Banner Supply Co. Tampa, LLC and Banner Supply International, LLC.

Arnold Levin
Fred S. Longer                                    - AND -
Sandra L. Duggan
Matthew C. Gaughan                    Steven Glickstein (NY Bar No. 1038157)
LEVIN, FISHBEIN, SEDRAN &             Jay P. Mayesh (NY Bar No. 1081603)
  BERMAN                              KAYE SCHOLER LLP
510 Walnut Street                     425 Park Avenue
Philadelphia, PA 19106                New York, NY 10022
Phone:  (215) 592-1500                Telephone:  (212) 836-8485
Dated:  August 2, 2012                Respectfully submitted,


Richard G. Duplantier, Jr. (#18874)   Nicholas P. Panayotopoulos
Lambert J. Hassinger, Jr. (#21683)    WEINBERG WHEELER HUDGINS
Benjamin R. Grau (#26307)               GUNN & DIAL LLC
Carlina C. Eiselin (#28524)           3344 Peachtree Road
GALLOWAY, JOHNSON, TOMPKINS,          Atlanta, GA 30326
  BURR & SMITH                        Phone:  (404) 876-2700
701 Poydras Street, 40th Floor        Facsimile:  (404) 875-9433
New Orleans, LA 70139                 Email:  npanayo@wwhgd.com
Phone:  (504) 525-6802
Facsimile:  (504) 525-2456            *Counsel for Banner Supply Co., Banner Supply Co.*
Email:  rduplantier@gjtbs.com         *Pompano, LLC, Banner Supply Co. Ft. Myers, LLC,*
                                      *Banner Supply Co. Tampa, LLC, and Banner*
*Counsel for Interior Exterior Building*   *Supply International, LLC*
*Supply, L.P.*


                                      Michael P. Peterson
W. David Conner                       Peterson & Espino, P.A.
HAYNSWORTH SINKLER BOYD, P.A.         10631 S.W. 88th Street
P.O. Box 2048                         Suite 220
Greenville, SC 29602`                 Miami, FL 33176
Phone:  (864) 240-3226                Phone:  (305) 270-3773
Facsimile:  (864) 240-3300            Facsimile:  (305) 275-7410
Email:  dconner@hsblawfirm.com        Email:  mpeterson@petersonespino.com

*Counsel for USG Corporation and L&W*   *Counsel for Banner Supply Co. Port St. Lucie, LLC*
*Supply Corporation*

3

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 3558-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3695
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson Hicks, Edison
255 Alhambra Circle, Penthouse
Coral Gables, FL 3313
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell,
  Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
  & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerold Seth Parker
Parker, Waichman, Alonso, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Hugh. P. Lambert  
Lambert and Nelson  
701 Magazine Street  
New Orleans, LA 70130  
Phone:  (504) 581-1750  
Fax:  (504) 529-2931  
hlambert@lambertandnelson.com  

Daniel K. Bryson  
Whitfield Bryson & Mason LLP  
900 W. Morgan Street  
Raleigh, NC 27603  
Phone:  (919) 600-5000  
Fax:  (919) 600-5035  
dan@wbmllp.com  

Victor M. Diaz, Jr.  
V.M. Diaz and Partners, LLC  
119 Washington Ave., Suite 402  
Miami Beach, FL 33139  
Phone:  (305) 704-3200  
Fax:  (305) 538-4928  
victor@diazpartners.com  

Christopher Seeger  
Seeger Weiss, LLP  
77 Water Street  
New York, NY 10004  
Phone:  (212) 584-0700  
Fax:  (212) 584-0799  
cseeger@seegerweiss.com  

Richard J. Serpe, Esquire  
Law Offices of Richard J. Serpe  
Crown Center, Ste. 310  
580 East Main Street  
Norfolk, VA 23510-2322  
rserpe@serpefirm.com  

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis  
Hausfeld LLP  
1700 K Street, NW, Suite 650  
Washington, DC 20006  
Phone:  (202) 540-7200  
Fax:  (202) 540-7201  
rlewis@hausfeldllp.com  

Anthony D. Irpino  
Irpino Law Firm  
2216 Magazine Street  
New Orleans, LA 70130  
Phone:  (504) 525-1500  
Fax:  (504) 525-1501  
airpino@irpinolaw.com  

Andrew A. Lemmon  
Lemmon Law Firm, LLC  
P.O. Box 904  
15058 River Road  
Hahnville, LA 70057  
Phone:  (985) 783-6789  
Fax:  (985) 783-1333  
andrew@lemmonlawfirm.com

## SETTLEMENT CLASS COUNSEL

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
ALevin@lfsblaw.com

Russ M. Herman (#6819)
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfirm.com

## CERTIFICATE OF SERVICE

I certify that the above and foregoing Joint Motion for Approval of Notice of Right to Withdraw or Cancel Opt-Out Request from Pending Chinese Drywall Class Settlements has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 2nd day of August, 2012.

/s/ Kyle Spaulding