UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------x
IN RE:  CHINESE-MANUFACTURED       :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY         :   SECTION:  L
LITIGATION                         :
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:          :   JUDGE FALLON
ALL CASES AND                      :   MAG. JUDGE WILKINSON
                                   :
*Payton, et al. v. Knauf Gips KG, et al.*  :
Case No. 2:09-cv-07628 (E.D. La.)  :
                                   :
*Gross, et al. v. Knauf Gips KG, et al.*   :
Case No. 2:09-cv-06690 (E.D. La.)  :
                                   :
*Rogers, et al. v. Knauf Gips KG, et al.*  :
Case No. 2:10-cv-00362 (E.D. La.)  :
                                   :
*Abreu, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 2:11-cv-00252 (E.D. La.)  :
                                   :
*Block, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 11-cv-1363 (E.D. La.)     :
                                   :
*Arndt, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 11-cv-2349 (E.D. La.)     :
                                   :
*Cassidy, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 11-cv-3023 (E.D. La.)     :
                                   :
*Vickers, et al. v. Knauf Gips KG, et al.* :
Case No. 2:09-cv-04117 (E.D. La.)  :
------------------------------------------------------------x

**MEMORANDUM IN SUPPORT OF  JOINT MOTION FOR APPROVAL OF NOTICE OF RIGHT TO WITHDRAW OR CANCEL OPT-OUT REQUESTS FROM PENDING CHINESE DRYWALL CLASS SETTLEMENTS**

1

The Plaintiffs' Steering Committee ("PSC"), the Knauf Defendants,[1] Banner,[2] Interior/Exterior Building Supply, L.P. ("InEx"), and USG Corporation and L&W Supply Corporation (collectively "L&W") jointly submit their motion for approval of notice to class members who previously have opted out of pending Chinese Drywall class settlements of their right to withdraw or cancel their opt-out requests. In support of their motion, the parties state as follows:

1. On May 13, 2011, the Court preliminarily approved a proposed class action settlement between the PSC and InEx and its primary insurers, conditionally certified the class, approved notice to the class and established procedures and deadlines for class members to opt-out of the class. [Rec. Doc. 8818.]

2. On August 11, 2011, the Court preliminarily approved a proposed class action settlement between the PSC and Banner and its insurers, conditionally certified the class, approved notice to the class and established procedures and deadlines for class members to opt-out of the class. [Rec. Doc. 10064.]

3. On January 10, 2012, the Court preliminarily approved a proposed class action settlement between the PSC and the Knauf Defendants, conditionally certified the class, approved notice to the class and established procedures and deadlines for class members to opt-out of the class. [Rec. Doc. 12138.]

---

[1] The Knauf Defendants are: Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co., KG, Knauf do Brasil Ltda. and PT Knauf Gypsum Indonesia.

[2] The Banner entities include: Banner Supply Co., Banner Supply Co. Pompano, LLC, Banner Supply Co. Port St. Lucie, LLC, Banner Supply Co. Ft. Myers, LLC, Banner Supply Co. Tampa, LLC and Banner Supply International, LLC.

4. On April 26, 2012, the Court granted the parties' motion for an order preliminarily approving a proposed class action settlement among the PSC, the Knauf Defendants and L&W, conditionally certifying the class and approving notice to the class. [Rec. Doc. 14033.] On June 8, 2012, the Court issued the order preliminarily approving the proposed class action settlement, conditionally certifying the class and approving class notice. [Rec. Doc. 14583.]

5. On May 31, 2012, the Court preliminarily approved a proposed class action between the PSC and certain builders, installers, suppliers and participating insurers, conditionally certified the class and approved notice to the class. [Rec. Doc. 14562.]

6. On June 4, 2012, the Court issued an Order (1) Setting Consolidated Fairness Hearing, (2) Establishing Coordinated Opt Out, Objection and Briefing Deadlines, and (3) Entering Litigation Stay in Favor of Settling Parties. [Rec. Doc. 14566.] Among other things, the June 4 Order provides that "[a]ny class member who has already opted out of any of the proposed class action settlements referenced above will have the opportunity to opt back into those settlements in light of later filed settlements." In addition, the Order provides that "to permit adequate time for reconsideration in light of the later filed settlements, all prior opt out notices shall be deemed suspended … until August 29, 2012." The Order further provides that: "Prior opt outs shall have until September 28, 2012 to reconsider their opt out decision." The Court directed the parties to "submit a proposed notice or notices to the Court for approval advising the prior opt outs of their right to reconsider their opt out decision in light of later filed settlements."

7. Consistent with the Court's June 4 Order, attached as Exhibit A is a proposed notice advising prior opt outs of their right to reconsider their opt out decision in light of later

filed settlements. The parties respectfully request that the Court approve the proposed notice to class members who previously have opted out of one or more of the pending Chinese Drywall Class Settlements.

| | |
|---|---|
| Dated: August 2, 2012 | Respectfully submitted, |

| | |
|---|---|
| Russ M. Herman(#6819) | By:  Kyle A. Spaulding |
| Leonard A. Davis (#14190) | Miles P. Clements (#4184) |
| Stephen J. Herman (# #23129) | Peter E. Sperling (#17812) |
| HERMAN, HERMAN & KATZ, LLP | Kerry J. Miller (#24562) |
| 820 O'Keefe Avenue | Kyle A. Spaulding (#29000) |
| New Orleans, LA 70113 | Paul C. Thibodeaux (#29446) |
| Phone:  (504) 581-4892 | FRILOT L.L.C. |
| Facsimile:  (504) 561-6024 | 1100 Poydras Street |
| Email:  LDavis@hhklawfirm.com | Suite 3700 |
| | New Orleans, LA 70163 |
| *Plaintiffs' Liaison Counsel* | Telephone:  (504) 599-8194 |
| | Facsimile:  (504) 599-8145 |
| | Email:  kmiller@frilot.com |
| Arnold Levin | |
| Fred S. Longer | - AND - |
| Sandra L. Duggan | |
| Matthew C. Gaughan | Steven Glickstein (NY Bar No. 1038157) |
| LEVIN, FISHBEIN, SEDRAN & | Jay P. Mayesh (NY Bar No. 1081603) |
|   BERMAN | KAYE SCHOLER LLP |
| 510 Walnut Street | 425 Park Avenue |
| Philadelphia, PA 19106 | New York, NY 10022 |
| Phone:  (215) 592-1500 | Telephone:  (212) 836-8485 |
| Facsimile:  (215) 592-4663 | Facsimile:  (212) 836-6485 |
| Email:  ALevin@lfsblaw.com | Email:  sglickstein@kayescholer.com |
| | |
| *Plaintiffs' Lead Counsel* | *Counsel for the Knauf Defendants* |

Richard G. Duplantier, Jr. (#18874)
Lambert J. Hassinger, Jr. (#21683)
Benjamin R. Grau (#26307)
Carlina C. Eiselin (#28524)
GALLOWAY, JOHNSON, TOMPKINS,
  BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, LA 70139
Phone:  (504) 525-6802
Facsimile:  (504) 525-2456
Email:  rduplantier@gjtbs.com

*Counsel for Interior Exterior Building Supply, L.P.*

W. David Conner
HAYNSWORTH SINKLER BOYD, P.A.
P.O. Box 2048
Greenville, SC 29602`
Phone:  (864) 240-3226
Facsimile:  (864) 240-3300
Email:  dconner@hsblawfirm.com

*Counsel for USG Corporation and L&W Supply Corporation*

Nicholas P. Panayotopoulos
WEINBERG WHEELER HUDGINS
  GUNN & DIAL LLC
3344 Peachtree Road
Atlanta, GA 30326
Phone:  (404) 876-2700
Facsimile:  (404) 875-9433
Email:  npanayo@wwhgd.com

*Counsel for Banner Supply Co., Banner Supply Co. Pompano, LLC, Banner Supply Co. Ft. Myers, LLC, Banner Supply Co. Tampa, LLC, and Banner Supply International, LLC*

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street
Suite 220
Miami, FL 33176
Phone:  (305) 270-3773
Facsimile:  (305) 275-7410
Email:  mpeterson@petersonespino.com

*Counsel for Banner Supply Co. Port St. Lucie, LLC*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street
New Orleans, LA 70139
Phone:  (504) 524-3300
Fax:  (504) 524-3313
Barrios@bkc-law.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone:  (305) 358-2800
Fax:  (305) 3558-2382
rjosefsberg@podhurst.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone:  (985) 536-1186
Fax:  (985) 536-6445
dbecnel@becnellaw.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
  & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3695
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson Hicks, Edison
255 Alhambra Circle, Penthouse
Coral Gables, FL 3313
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell,
  Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh. P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Daniel K. Bryson
Whitfield Bryson & Mason LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
dan@wbmllp.com

Jerold Seth Parker
Parker, Waichman, Alonso, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
Hausfeld LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
Irpino Law Firm
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

## SETTLEMENT CLASS COUNSEL

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
ALevin@lfsblaw.com

Russ M. Herman (#6819)
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfirm.com

**CERTIFICATE OF SERVICE**

    I certify that the above and foregoing Joint Motion for Approval of Notice of Right to Withdraw or Cancel Opt-Out Request from Pending Chinese Drywall Class Settlements has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 2nd day of August, 2012.

                                                      /s/ Kyle Spaulding