UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ----------------------------------------------------------------x | | |
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 SECTION: L |
| ----------------------------------------------------------------x | | |
| THIS DOCUMENT RELATES TO: ALL CASES AND | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| *Payton, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-07628 (E.D. La.) | : : : | |
| *Gross, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-06690 (E.D. La.) | : : : | |
| *Rogers, et al. v. Knauf Gips KG, et al.* Case No. 2:10-cv-00362 (E.D. La.) | : : : | |
| *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* Case No. 2:11-cv-00252 (E.D. La.) | : : : : | |
| *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* Case No. 11-cv-1363 (E.D. La.) | : : : : | |
| *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* Case No. 11-cv-2349 (E.D. La.) | : : : : | |
| *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* Case No. 11-cv-3023 (E.D. La.) | : : : : | |
| *Vickers, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-04117 (E.D. La.) | : : : | |
| ----------------------------------------------------------------x | | |

**ORDER APPROVING NOTICE OF RIGHT TO WITHDRAW OR CANCEL OPT-OUT REQUESTS FROM PENDING CHINESE DRYWALL CLASS SETTLEMENTS**

Upon consideration of the Joint Motion of the Plaintiffs Steering Committee ("PSC"), the

Knauf Defendants, Banner, InEx and L&W for an Order approving notice to class members who

previously have opted out of pending Chinese Drywall Class Settlements of their right to withdraw or cancel their opt-out requests ("Joint Motion"), it is hereby

  ORDERED, ADJUDGED AND DECREED that:

  1. The notice attached as Exhibit A to the Joint Motion is approved.

  2. Settlement Class Counsel shall promptly cause the Notice attached as Exhibit A to the Joint Motion to be sent via first class mail, postage prepaid to all Class Members who previously have opted out of one or more of the Class Settlements pending before the Court and to their counsel.  Where an attorney represents more than one such Class Member, it shall be sufficient to provide the attorney with a single copy of the Notice.  Notice to a Class Member's counsel of record shall constitute Notice to the Class Member even if the Class Member does not receive independent notice.

  New Orleans, Louisiana, this __ day of August, 2012

_____
ELDON E. FALLON
United States District Judge