MINUTE ENTRY
FALLON, J.
AUGUST 2, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Hobbie v. RCR Holdings II, LLC,* **No. 10-1113**

A telephone status conference was held on this date in the Chambers of Judge Eldon Fallon regarding the above-captioned matter. The parties updated the Court on the status of the case. After hearing from the parties, in an effort to further mediation, the Court directed Plaintiffs to provide the Defendants with a number for settlement purposes and thereafter schedule a mediation as soon as practicable. If the mediation is not successful, then the Court plans to move forward with the remaining claims in the case. The Court also scheduled a follow-up telephone status conference for August 23, 2012, at 3:30 p.m. The conference call is: 877-336-1839, access code 4227405, and security code 82312.

1

JS10(00:17)