UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>RICHARD and CONSTANCE ALMEROTH, individually, and on behalf of all others similarly situated, et al. v. TAISHAN GYPSUM CO., LTD, ET AL. | CASE NO.: 12-0498 |

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT, ANTONIETA TORRES

NOW INTO COURT COMES, the undersigned law firm of Donohue, Patrick & Scott, P.L.L.C., which hereby files its Notice of Appearance as counsel on behalf of Defendant, ANTONIETA TORRES. It is respectfully requested that all pleadings, documents and correspondence be served upon the undersigned counsel in connection with these actions.

Respectfully Submitted:

DONOHUE PATRICK & SCOTT, P.L.L.C.

/s/ Kirk A. Patrick III
KIRK A. PATRICK III (#19728)
HEATHER A. CROSS (#26249)
R. HEATH SAVANT (#29670)
BLAKE A. ALTAZAN (#31595)
450 Laurel Street, Suite 1600
Baton Rouge, Louisiana 70801
P.O. Box 1629
Baton Rouge, Louisiana 70821-1629
Telephone: (225) 214-1908
Facsimile: (225) 214- 3551
Email: kpatrick@d-plaw.com
*Attorneys for Antonieta Torres*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 3, 2012, this document has been served upon all parties by electronically uploading same to Lexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Kirk A. Patrick III