UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**THIS DOCUMENT RELATES TO ALL CASES**

### SCHEDULING ORDER
### NOVEMBER 26, 2012 NORTH RIVER BELLWETHER TRIAL(S)

The Court has presently scheduled a bellwether trial beginning November 26, 2012 at 8:30 a.m. involving certain claims relating to Interior Exterior Building Supply, LP and North River Insurance Company. The following Scheduling Order and deadlines are hereby established:

| **Date Due By** | **Description** |
|---|---|
| August 20, 2012 | Plaintiffs' experts to be identified |
| August 24, 2012 | Inspections to be completed of Plaintiffs' properties |
| August 30, 2012 | Plaintiff depositions to be completed |
| September 4, 2012 | Defendants' experts to be identified |
| September 13, 2012 | Conference with the Court following the monthly status conference |
| September 14, 2012 | Plaintiffs to identify all fact witnesses (name, address and subject matter) that may and will be called at trial |
| September 21, 2012 | Plaintiff expert reports to be exchanged |

| **Date Due By** | **Description** |
| --- | --- |
| September 28, 2012 | Depositions of third party fact witnesses to be completed |
| September 28, 2012 | Defendants to identify all fact witnesses (name, address and subject matter) that may and will be called at trial |
| September 28, 2012 | Jury questionnaires to be submitted |
| October 5, 2012 | Defendant expert reports to be exchanged |
| October 12, 2012 | All rebuttal expert reports to be exchanged |
| October 26, 2012 | Discovery cutoff for all matters |
| October 30, 2012 | Trial exhibits to be exchanged |
| November 2, 2012 | Deposition excerpts/cuts to be submitted |
| November 2, 2012 | Jury instructions to be submitted |
| November 2, 2012 | Proposed verdict form to be submitted |
| November 2, 2012 | Last day to file all motions |
| November 9, 2012 | Responses to all motions due |
| November 9, 2012 | Exchange all trial exhibits, objections to deposition excerpts/cuts and submit counter deposition excerpts/cut designations |
| November 16, 2012 | Hearing date on motions at 9:00 o'clock a.m. |
| November 19, 2012 | Pre-Trial Conference at 3:30 p.m. |

| **Date Due By** | **Description** |
|---|---|
| November 26, 2012 | Trial at 8:30 a.m.  Ten days reserved. |

New Orleans, Louisiana, this 2nd day of August, 2012.

_____
Eldon E. Fallon
United States District Court Judge