Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0154

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--ABF Drywall, Inc., c/o Anthony S. Adelson, P.A.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Broward )
Name of Server: Felix Onate, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 5 day of April, 20 12, at 4:15 o'clock P M

Place of Service: at 501 Golden Isles Drive, Ste. 203, in Hallandale, FL 33009

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
ABF Drywall, Inc., c/o Anthony S. Adelson, P.A.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Jimmy Fuentes Assistant to Anthony S. Adelson

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Black ; Facial Hair ___
Approx. Age 25 ; Approx. Height 5'4 ; Approx. Weight 160

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ Felix Onate_
Signature of Server

Subscribed and sworn to before me this 9 day of April, 20 12
_/s/_
Notary Public          (Commission Expires)

**APS International, Ltd.**



Jesy Rodriguez Leon
COMMISSION # EE178677
EXPIRES: MAR. 12, 2016
WWW.AARONNOTARY.com