Richard and Constance Almeroth, et. al., Plaintiff(s)
   vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0153

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
   --ACI Supply, Inc., c/o Carlos J. Moratinos
   Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Dade** )
Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4th** day of **April**, 20**12**, at **11:05** o'clock **A** M

Place of Service: at **6504 NW 77th Court**, in **Miami, FL 33166**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**ACI Supply, Inc., c/o Carlos J. Moratinos**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Carlos Moratinos   President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Black**; Facial Hair ____
Approx. Age **40**; Approx. Height **5'7**; Approx. Weight **170**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **9** day of **April**, 20 **12**

Notary Public         (Commission Expires)

**APS International, Ltd.**

Jesy Rodriguez Leon
COMMISSION # EE178677
EXPIRES: MAR. 12, 2016
WWW.AARONNOTARY.com