Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0206

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Al Brothers, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: ILLINOIS ) ss.
County of: COOK )

Name of Server: **ROBERT W. BRINDAC JR**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 4 day of APRIL, 20 12, at 5:01 o'clock P M

Place of Service: at 919 S. Charlotte Street, in Lombard, IL 60148

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Al Brothers, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: AL JUSTIS, PAST OWNER

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color SALT&PEPPER ; Facial Hair NONE
Approx. Age 44 ; Approx. Height 6'0 ; Approx. Weight 170

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury  Subscribed and sworn to before me this
that the foregoing is true and correct.                              day of APR 05 2012, 20

Signature of Server                                                  Notary Public    (Commission Expires)

**APS International, Ltd.**

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/13