| | |
|---|---|
| Richard and Constance Almeroth, et. al., Plaintiff(s)<br>vs.<br>Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>**1-800-328-7171**<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #:   115800-0090

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Allied Building Products Corporation, c/o CT Corporation System
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Broward__ )

Name of Server: __Eric Deal__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __2nd__ day of __April__, 20 __12__, at __1:30__ o'clock __P__ M

Place of Service: at __1200 South Pine Island Road__, in __Plantation, FL  33324__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Allied Building Products Corporation, c/o CT Corporation System**
By delivering them into the hands of an officer or managing agent whose name and title is: __Donna Moch, Senior Corporate Operations Manager__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __Brown__ ; Facial Hair __No__
Approx. Age __45+__ ; Approx. Height __5'6"__ ; Approx. Weight __135__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __3rd__ day of __April__, 20 __12__

_____ Notary Public  (Commission Expires)

Signature of Server

**APS International, Ltd.**