Richard and Constance Almeroth, et. al., Plaintiff(s)
   vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  115800-0164

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
   --Boasso Construction, LLC
   Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Bernard_ )

**Name of Server:** _Roy Busiere_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _3_ day of _April_, 20 _12_, at _5:50_ o'clock _P_ M

**Place of Service:** at _4600 E. St. Bernard Highway_, in _Meraux, LA 70075_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Boasso Construction, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Mr. Raymond Boasso_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _white_ ; Hair Color _Brown_ ; Facial Hair _None_
Approx. Age _50_ ; Approx. Height _5'7_ ; Approx. Weight _220_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Roy Busiere_ LCAS #0018
Signature of Server

Subscribed and sworn to before me this
_5TH_ day of _APRIL_, 20 _12_

_Janis B. Goodale_
Notary Public    (Commission Expires)
                  @death

JANIS B. GOODALE, NOTARY NO. 90864

APS International, Ltd.