Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0108

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Boulanger Drywall Corp., c/o Viateur A. Boulanger
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Donna Miller, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3rd day of April, 20 12, at 3:50 o'clock P. M

**Place of Service:** at 5229 N. Hiatus Road, in Fort Lauderdale, FL 33351

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Boulanger Drywall Corp., c/o Viateur A. Boulanger**
By delivering them into the hands of an officer or managing agent whose name and title is: Barbara Massana, Managing Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Black ; Facial Hair
Approx. Age 25+ ; Approx. Height 5'4" ; Approx. Weight 100

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Donna Miller  *Donna Miller*
Signature of Server

Subscribed and sworn to before me this 6th day of April, 20 12

Jonathan Levy
Notary Public              (Commission Expires)

JONATHAN LEVY
MY COMMISSION # EE182091
EXPIRES March 22, 2016
(407) 398-0153  FloridaNotaryService.com

**APS International, Ltd.**