Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)




Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0150

# AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--Boynton Village Associates, Ltd., c/o Registered Agents of Florida, LLC
Court Case No. 12-0498 Section L

State of: Florida ) ss.
County of: Dade )

**Name of Server:** Carlos Aguirre, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 12 day of April, 20 12, at 11:40 o'clock A M

**Place of Service:** at 100 Southeast Second Street, Suite 2900, in Miami, FL 33131

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand; Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Boynton Village Associates, Ltd., c/o Registered Agents of Florida, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Ania Terekhova Paralegal

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color White; Hair Color Red; Facial Hair ______
Approx. Age 32; Approx. Height 5'5; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 13 day of April, 20 12

Notary Public (Commission Expires)

**APS International, Ltd.**

