Richard and Constance Almeroth, et. al., Plaintiff(s)
  vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0169

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bradford Lumber & Supply, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
County of: OUACHITA

Name of Server: BARRY BONNER, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 11 day of APRIL, 20 12, at 7:35 o'clock A M

Place of Service: at 3322 Deborah Drive, in Monroe, LA 71201

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Bradford Lumber & Supply, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: JAMES BRADFORD / OWNER

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color GREY ; Facial Hair NONE
Approx. Age 70 ; Approx. Height 5'10 ; Approx. Weight 165

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 13 day of APRIL, 20 12

Notary Public   with life (Commission Expires)
#052231

**APS International, Ltd.**