Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0022

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--BTR Exteriors f/k/a Gulf Eagle Supply, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

Name of Server: _James A Aloi_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _6_ day of _April_, 20_12_, at _11:00_ o'clock _A_ M

Place of Service: at ~~3810 Remington Green Circle~~ _1901 Mayfield Cir_, in Tallahassee, FL 32308

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**BTR Exteriors f/k/a Gulf Eagle Supply, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Arlen Maxwell - Manager_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _Br Gr_ ; Facial Hair ____
Approx. Age _48_ ; Approx. Height _5'10_ ; Approx. Weight _188_

[ ] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _6_ day of _April_, 20_12_

Notary Public         (Commission Expires)

APS International, Ltd.



DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019