Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0211

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Building Materials Wholesale, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Georgia__ ) ss.
County of: __Fulton__ )

**Name of Server:** __Donnie C. Briley__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __3rd__ day of __April__, 20 __12__, at __2:25__ o'clock __p__ M

**Place of Service:** at __2550 Heritage Court, Ste. 200__, in __Atlanta, GA 30339__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Building Materials Wholesale, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Michael Welch, Registered Agent/attorney__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __S&P__ ; Facial Hair _____
Approx. Age __50-60__ ; Approx. Height __5'10"__ ; Approx. Weight __190__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __10th__ day of __April__, 20 __12__

_signature_
Notary Public

(Commission Expires)
GEORGIA
DEC. 9, 2014


243156