Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  115800-0031

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Butler Properties, LLC
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: FLORIDA ) ss.
County of: ESCAMBIA )

Name of Server: GLENROY LITTLE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 5 day of APRIL, 20 12, at 9:00 o'clock P M

Place of Service: at 3044 E. Kingsfield Road, in Pensacola, FL 32514

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Butler Properties, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: SKIP BUTLER AS OWNER

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color GRAY ; Facial Hair NONE
Approx. Age 62 ; Approx. Height 6'2" ; Approx. Weight 200

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

little #503
Signature of Server

Subscribed and sworn to before me this 6th day of April, 20 12.

Notary Public         (Commission Expires)

AMBER BROWNLEE
MY COMMISSION # EE 049158
EXPIRES: January 1, 2015
Bonded Thru Notary Public Underwriters

**APS International, Ltd.**