Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0232

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cemex Construction Materials Florida, LLC, fka Rinker Materials of Florida, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Palm Beach )

**Name of Server:** Michael Rocco, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 2nd day of April, 20 12, at 3:45 o'clock P. M

**Place of Service:** at 11380 Prosperity Farms Road, #221E, in Palm Beach Gardens, FL 33410

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Cemex Construction Materials Florida, LLC, fka Rinker Materials of Florida, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Raziur Rahman, Supervisor / Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Black ; Facial Hair ___
Approx. Age 35 ; Approx. Height 5'6" ; Approx. Weight 180

[ ] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Michael Rocco
Signature of Server

Subscribed and sworn to before me this 6th day of April, 20 ___
Jonathan Levy
Notary Public              (Commission Expires)

APS International, Ltd.

JONATHAN LEVY
MY COMMISSION # EE182091
EXPIRES March 22, 2016
(407) 398-0153   FloridaNotaryService.com