Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0216

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--City Salvage, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: MS ) ss.
County of: Jones )

Name of Server: **Davy Keith**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 4 day of April, 20 12, at 11:30 o'clock A.M

Place of Service: at ~~804 Limbert Street~~ 2139 C Hwy 15 N, in Laurel, MS 39440

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**City Salvage, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Karlyn Pugh, Vice President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair NO
Approx. Age 35-40 ; Approx. Height 5'9" ; Approx. Weight 160-180

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 5 day of April, 20 12
Michelle Murray
Notary Public        (Commission Expires)

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 83932, MICHELLE MURRAY, Commission Expires Feb. 13, 2015, JONES COUNTY]

**APS International, Ltd.**