Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0144

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Coastal Construction of South Florida, Inc., dba Coastal Condominiums;Corpco, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **9** day of **April**, 20 **12**, at **11:34** o'clock **A** M

Place of Service: at **2699 South Bayshore Drive, 7th Floor**, in **Miami, FL 33133**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Coastal Construction of South Florida, Inc., dba Coastal Condominiums;Corpco, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Susan Marrea Paralegal**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair ___
Approx. Age **45**; Approx. Height **6'2**; Approx. Weight **190**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **9** day of **April**, 20 **12**

_____
Signature of Server

_____
Notary Public   (Commission Expires)

**APS International, Ltd.**

Jesy Rodriguez Leon
COMMISSION #EE178677
EXPIRES: MAR. 12, 2016
WWW.AARONNOTARY.com