Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et.
al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  115800-0210

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Devon International Trading, Inc.
Court Case No. 12-0498 Section L

State of: ___PA___ ) ss.
County of: ___Berks___ )

| | |
|---|---|
| **Name of Server:** | ___Eric Afflerbach___, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the __4__ day of __April__, 20 __12__, at __1020__ o'clock __A__ M |
| **Place of Service:** | at __1100 First Avenue, Ste. 100__, in __King of Prussia, PA  19406__ |
| **Documents Served:** | the undersigned served the documents described as: **Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand; Exhibit A; Exhibit B; Exhibit C** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **Devon International Trading, Inc.** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: __Kevin Sugg, Deputy General Counsel__ |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex __M__ ; Skin Color __W__ ; Hair Color __Blonde__ ; Facial Hair _____ Approx. Age __55__ ; Approx. Height __6'2__ ; Approx. Weight __180__ ☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. Signature of Server | Subscribed and sworn to before me this __4__ day of __apue__, 20 __12__ Notary Public        (Commission Expires) |

**APS International, Ltd.**

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa A. Minzola, Notary Public
Washington Twp., Berks County
My Commission Expires Dec. 5, 2013