Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 115800-0222

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Dewey Leonard
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: MS ) ss.
County of: Alcorn )

**Name of Server:** Shelby Nabors, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 10 day of April, 20 12, at 5:15 o'clock P M

**Place of Service:** at 395 CR 512, in Corinth, MS 38834

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Dewey Leonard**

**Person Served, and Method of Service:**
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Dewey Leonard**
at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Grey ; Facial Hair yes
Approx. Age 65 ; Approx. Height 5'10" ; Approx. Weight 185
[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Shelby Nabors*
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 11 day of April, 20 12

*Bethany Streetman*
Notary Public

[Notary Seal: BETHANY STREETMAN, NOTARY PUBLIC, ID# 60397, Commission Expires August 14, 2012, ALCORN COUNTY, MISSISSIPPI]