Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



**Service of Process by**

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  115800-0049

# AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--Eagle Bay Construction & Development, Inc
Court Case No. 12-0498 Section L

State of: _Florida_ ) ss.
County of: _Lee_ )

**Name of Server:** _Mark Hritz_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _3rd_ day of _April_, 20 _12_, at _10:12_ o'clock _A_ M

**Place of Service:** at _24932 Fairwinds Lane_, in _Bonita Springs, FL 34135_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Eagle Bay Construction & Development, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of _spouse of Registered Agent_ whose name and title is: _Christine Bressler, Spouse of the Registered Agent Ralph Bressler at their residence._

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _white_ ; Hair Color _Blonde_ ; Facial Hair _____
Approx. Age _50's_ ; Approx. Height _5'5"_ ; Approx. Weight _130_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server # 157600

Subscribed and sworn to before me this
_9_ day of _April_, 20 _12_

Traci S. DeSalvo
Notary Public     (Commission Expires)

**APS International, Ltd.**

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1697