Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 115800-0213

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Edward Pierre
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Georgia** ) ss.
County of: **DeKalb** )

Name of Server: **Mark Maphet**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **5th** day of **April**, 20**12**, at **7:00** o'clock **P** M

Place of Service: at **2955 Highland Park Circle**, in **Lithonia, GA 30038**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Edward Pierre**

Person Served, and Method of Service:
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them to **Dajra Pierre**, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Edward Pierre** at the place of service, and whose relationship to the person is: **Wife**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **Blk**; Hair Color **Blk**; Facial Hair **ND**
Approx. Age **50's**; Approx. Height **5-10**; Approx. Weight **155**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Mark M. Maple**
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **6th** day of **April**, 20**12**

Notary Public  (Commission Expires)

[Notary seal: James F. ..., Notary Public, Gwinnett County, Georgia, Expires Mar. 18, 2016]

On 4-5-12 at approximately 12 noon I, Mark G. Maphet went to a residence located at 2955 Highland Park Circle, Lithonia, Ga. 30030 to serve a legal notice on a Mr. Edward Pierre.

Upon arriving at the location, a small wood frame, 2 story structure, 2 car garage with double doors and wooden steps leading up to the front door an unidentified black female around 50 years old emerged from the garage area as both doors were up and loud music playing and greeted me in the driveway.

I informed the aforementioned individual that I had a very important delivery for Mr. Edward Pierre and she confirmed that he did in fact live there but was not home, as we were speaking I noticed an older black male inside the front door but did not come outside, I asked the female that I was speaking to if she could accept the documents and give them to Mr. Pierre and she refused and also refused to give me her name.

I left the location with the documents and contacted Melissa with A.P.S and informed her of the events at this address. I was instructed on the next attempt since we confirmed Mr. Edward Pierre did in fact live at this address and they refused to drop serve the documents.

On the evening of 4-5-12 at approximately 7 p.m. I went back to listed address and the same two cars that were in the driveway were now in the garage with the doors up, a black and white older model Mercedes Benz type vehicles. I approached the front door and a teenage black female greeted me and when I asked for Mr. Edward Pierre she said yes he is here and then I was greeted by the black female I had previously spoke to and before she got to me I overheard her say to her children "we are not accepting that".

Prior to going back to this location I did a property records check and a Edward & Dayra Pierre are registered at this location.

The person I was speaking to stated "I told you he ain't here", I again asked her if she would take the documents and she refused and as we were talking I said "Dayra" and she stopped me and wanted to know how I knew her name, at this point I told her that I know you are Mr. pierre's wife and your daughter indicated he is home I will leave these documents on your front porch and it is very important Mr. Pierre address this issue.

Mark G. Maphet

*Mark G. Maphet*
4-5-12