Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0055

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Florida Style Services of Southwest Florida, Inc
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 3rd day of April, 20 12, at 6:10 o'clock P M

Place of Service: at 7238 Hendry Creek Drive, in Fort Myers, FL 33908

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Florida Style Services of Southwest Florida, Inc**

Person Served, and Method of Service: By delivering them into the hands of a spouse of Registered Agent whose name and title is: Laurie Bowman, spouse of the Registered Agent William Bowman at their residence

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair ___
Approx. Age 45-50 ; Approx. Height 5'2" ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray  #157153
Signature of Server

Subscribed and sworn to before me this 10th day of April, 20 12
Traci A. DeSalvo
Notary Public        (Commission Expires)

**APS International, Ltd.**

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1724