Richard and Constance Almeroth, et. al., Plaintiff(s)
   vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0056

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Florida Walls Inc
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Raymond V. Laakso, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 3rd day of April, 20 12, at 2:15 o'clock P M

Place of Service: at 2351 Bishop Dr, in Alva, FL 33920

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Florida Walls Inc**

Person Served, and Method of Service: By delivering them into the hands of a co-resident whose name and title is: Lindsey Blum, daughter/co-resident of James Blum, Registered Agent at residence.

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair ___
Approx. Age 23 ; Approx. Height 5'2" ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #157154

Subscribed and sworn to before me this 10th day of April, 2012

Traci A. DeSalvo
Notary Public     (Commission Expires)

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

**APS International, Ltd.**

1720