Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0138

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--G.L. Homes of Davie Associates III, Ltd.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Broward** )

Name of Server: **Felix Onate**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **5** day of **April**, 20 **12**, at **2:30** o'clock **P** M

Place of Service: at **1600 Sawgrass Corp. Pkwy, Suite 400**, in **Sunrise, FL 33323**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
**G.L. Homes of Davie Associates III, Ltd.**

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: **Jane Doe Receptionist would not give name.**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Black**; Facial Hair ____
Approx. Age **30**; Approx. Height **5'6**; Approx. Weight **135**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*(signed)* Felix Onate
Signature of Server

Subscribed and sworn to before me this **9** day of **April**, 20 **12**

*(signed)*
Notary Public        (Commission Expires)

**APS International, Ltd.**

Jesy Rodriguez Leon
COMMISSION #EE178677
EXPIRES: MAR. 12, 2016
WWW.AARONNOTARY.com