Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0106

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--G. Proulx, LLC, c/o Jocelyn Vinet
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Donna Miller, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3rd day of April, 20 12, at 1:55 o'clock P. M

**Place of Service:** at 3275 SW 42nd Street, in Ft. Lauderdale, FL 33312

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
G. Proulx, LLC, c/o Jocelyn Vinet

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Ms. Bim Krutek, C.F.O.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair
Approx. Age 60+ ; Approx. Height 5'5" ; Approx. Weight 180

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Donna Miller
Signature of Server

Subscribed and sworn to before me this
6th day of April, 20 12

Jonathan Levy
Notary Public    (Commission Expires)

APS International, Ltd.

JONATHAN LEVY
MY COMMISSION # EE182091
EXPIRES March 22, 2016
(407) 398-0153   FloridaNotaryService.com