Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0028

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--H. Harris Investments, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: SANTA ROSA )

Name of Server: GLENROY LITTLE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 4 day of APRIL, 20 12, at 6:58 o'clock P. M

Place of Service: at 3909 Andrew Jackson Circle, in Pace, FL 32571

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**H. Harris Investments, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: OWNER - HARRY HARRIS

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M; Skin Color WHITE; Hair Color GRAY; Facial Hair N/A
Approx. Age 65; Approx. Height 6'0"; Approx. Weight 195

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 6th day of April, 20 12

Notary Public                (Commission Expires)

AMBER BROWNLEE
MY COMMISSION # EE 049158
EXPIRES: January 1, 2015
Bonded Thru Notary Public Underwriters