Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0018

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Horvath & Horvath Drywall, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _FLORIDA_ ) ss.
County of: _OKEECHOBEE_ )

Name of Server: _GREGORY GERNAT_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _2_ day of _APRIL_, 20 _12_, at _6:27_ o'clock _P_ M

Place of Service: at _10155 NE 101st Street_, in Okeechobee, FL 34972

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Horvath & Horvath Drywall, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _RAY HORVATH - CO-OWNER_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_; Skin Color _W_; Hair Color _BLK_; Facial Hair _N/A_
Approx. Age _60_; Approx. Height _5'9"_; Approx. Weight _220_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Gregory Gernat_
Signature of Server
_PS06-17_

Subscribed and sworn to before me this _4th_ day of _April_, 20 _12_

_Lucellia I. Wheaton_
Notary Public         (Commission Expires)

LUCELLIA I. WHEATON
MY COMMISSION # EE 139407
EXPIRES: January 16, 2016
Bonded Thru Budget Notary Services

**APS International, Ltd.**