UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: RICHARD and CONSTANCE ALMEROTH, et al. vs. TAISHAN GYPSUM CO., LTD., et al Case No. 12-0498 | * * * * * * | JUDGE FALLON (L)  MAG. WILKINSON (4) |

**ORDER GRANTING DEFENDANT PAT'S CONSTRUCTION, LLC'S MOTION TO EXCEED PAGE LIMITATION**

Considering Defendant Pat's Construction, LLC's Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this _____ day of August, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE