Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0021

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--KB Home Tampa, LLC, c/o Corporation Service Compan
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Leon )

Name of Server: James A Aloi, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 6 day of April, 20 12, at 10:40 o'clock A M

Place of Service: at 1201 Hays Street, in Tallahassee, FL 32301-2525

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**KB Home Tampa, LLC, c/o Corporation Service Compan**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Joyce Mashley - process clerk

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Blk ; Facial Hair ___
Approx. Age 50 ; Approx. Height 5'9 ; Approx. Weight 161

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

4-6-12
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this
6 day of April, 20 12

Notary Public     (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 780989
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019