Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  115800-0026

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Land Services of FL, LLC
Court Case No. 12-0498 Section L

State of: _FLORIDA_ ) ss.
County of: _ESCAMBIA_ )

| | |
|---|---|
| Name of Server: | _GLENROY LITTLE_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the _5_ day of _APRIL_, 20 _12_, at _9:00_ o'clock _P_ M |
| Place of Service: | at _3044 E. Kingsfield Road_, in _Pensacola, FL 32514_ |
| Documents Served: | the undersigned served the documents described as: **Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand; Exhibit A; Exhibit B; Exhibit C** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: **Land Services of FL, LLC** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: _SKIP BUTLES AS OWNER_ |

**Description of Person Receiving Documents:**

The person receiving documents is described as follows:
Sex _M_ ; Skin Color _WHITE_ ; Hair Color _GRAY_ ; Facial Hair _NONE_
Approx. Age _62_ ; Approx. Height _6.2_ ; Approx. Weight _200_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Littl~ #603_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_9th_ day of _April_, 20 _12_

_____
Notary Public      (Commission Expires)

AMBER BROWNLEE
MY COMMISSION # EE 049158
EXPIRES: January 1, 2015
Bonded Thru Notary Public Underwriters