Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0064

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Legend Custom Builders Inc, c/o Forrester Hart Belisle & Whitaker, PL
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )
Name of Server: __Raymond V. Laakso__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __3rd__ day of __April__, 20__12__, at __11:30__ o'clock __A__ M

Place of Service: at __1429 Colonial Boulevard, Ste 201__, in __Fort Myers, FL 33907__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Legend Custom Builders Inc, c/o Forrester Hart Belisle & Whitaker, PL**

Person Served, and Method of Service: By delivering them into the hands of a __Secretary__ whose name and title is: __Deloris Schullian, Secretary at Forrester Hart Belisle & Whitaker, Registered Agent__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __white__ ; Hair Color __Gray__ ; Facial Hair ____
Approx. Age __60-70__; Approx. Height __5'2"__ ; Approx. Weight __115__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Raymond V. Laakso_
Signature of Server #157154

Subscribed and sworn to before me this __10th__ day of __April__, 20 __12__

_Traci A. DeSalvo_
Notary Public          (Commission Expires)

**APS International, Ltd.**

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

1719