Richard and Constance Almeroth, et. al., Plaintiff(s)

vs.

Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0234

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Maranatha Construction, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
Parish of: E BATON ROUGE )

| | |
|---|---|
| **Name of Server:** | Tom Cassisa, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the 14th day of APRIL, 20 12, at 8:25 o'clock A M |
| **Place of Service:** | at 9534 S River Oaks, in Baton Rouge, LA 70815 |
| **Documents Served:** | the undersigned served the documents described as: Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand; Exhibit A; Exhibit B; Exhibit C |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: Maranatha Construction, Inc. |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: Ms. Patty Cop, Director |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex F ; Skin Color White ; Hair Color Black ; Facial Hair N/A Approx. Age 40yrs ; Approx. Height 5'5" ; Approx. Weight 111 lbs To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. _Tom Cassisa_ Signature of Server APS International, Ltd. |

Subscribed and sworn to before me this 14TH day of APRIL, 20 12

_James Galladora_ AT DEATH
Notary Public    (Commission Expires)

*James Galladora*
*Notary #312*
*East Baton Rouge Parish, LA*
*My Commission is for Life*