Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0133

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Mariner Village Townhomes, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )
Name of Server: __Carlos Aguirre__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __10__ day of __April__, 20 __12__, at __3:10__ o'clock __P__ M

Place of Service: at __7975 W. 25th Avenue, Bay #5__, in __Hialeah, FL 33016__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Mariner Village Townhomes, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Yolanda Lam Comptroller__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair _____
Approx. Age __50__ ; Approx. Height __5'5__ ; Approx. Weight __160__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __12__ day of __April__, 20 __12__

Notary Public       (Commission Expires)

**APS International, Ltd.**


Jesy Rodriguez Leon
COMMISSION # EE178677
EXPIRES: MAR. 12, 2016
WWW.AARONNOTARY.com