Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   115800-0237

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Martinez Drywall & Painting. LLC
Court Case No. 12-0498 Section L

State of: _Louisiana_ ) ss.
County of: _ST. Tammany_ )

Name of Server: _Kay Busiere_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _7_ day of _april_ , 20 _12_ , at _6:06_ o'clock _A_ M

Place of Service: at _408 Holmes Drive_ , in _Slidell, LA  70460-8425_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Martinez Drywall & Painting. LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Ana Martinez_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _BLK_ ; Facial Hair _None_
Approx. Age _40_ ; Approx. Height _5'3'_ ; Approx. Weight _150#_

✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kay Busiere  LcPS# 0018_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_10TH_ day of _April_ , 20 _12_

Notary Public          (Commission Expires)
_@ death_

_Dawn S. Gabel_
_Id 66736_