Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0101

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Molleda Corp.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Donna Miller, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3rd day of April, 20 12, at 3:20 o'clock P. M

**Place of Service:** at 1818 Mariners Lane, in Weston, FL 33327

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Molleda Corp.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Fidel Maceda, President and Authorized Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Grey/Balding; Facial Hair ____
Approx. Age 60+ ; Approx. Height 5'10" ; Approx. Weight 220

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Donna Miller  /s/ Donna Miller
Signature of Server

Subscribed and sworn to before me this 6th day of April, 20 12

Lynne Gewant
Notary Public  (Commission Expires)

APS International, Ltd.

NOTARY PUBLIC-STATE OF FLORIDA
Lynne Gewant
Commission # EE034455
Expires: OCT. 30, 2014
BONDED THRU ATLANTIC BONDING CO., INC.