Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0033

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Nu-Way Drywall, LLC
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Manatee )
Name of Server: Maryellen Janney, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 9th day of April, 20 12, at 10:45 o'clock A M

Place of Service: at 384 Snapdragon Loop, in Bradenton, FL 34212

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Nu-Way Drywall, LLC

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Alex Riveria, Registered Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color Brown ; Hair Color Black ; Facial Hair —
Approx. Age 45 ; Approx. Height 5'10" ; Approx. Weight 190

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Maryellen Janney #0099
Signature of Server

Subscribed and sworn to before me this 10th day of April, 20 12

Shelly Huffman
Notary Public (Commission Expires)

**APS International, Ltd.**

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru Troy Fain Insurance 800-385-7019