Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0220

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Price-Built Homes
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: MS ) ss.
County of: Alcorn )

Name of Server: **Shelby Nabors**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 10 day of April, 20 12, at 5:15 o'clock P M

Place of Service: at 2068 Hwy 72E Annex, in Corinth, MS 38834

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Price-Built Homes**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: David Price Owner

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color White ; Facial Hair yes
Approx. Age 60 ; Approx. Height 6 ft ; Approx. Weight 200

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Shelby Nabors
Signature of Server

Subscribed and sworn to before me this 11 day of April, 20 12

Bethany Streetman
Notary Public    (Commission Expires)

[Notary Seal: Bethany Streetman, Notary Public, ID# 60397, Commission Expires August 14, 2012, State of Mississippi, Alcorn County]

**APS International, Ltd.**