Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0015

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rightway Drywall, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __GA__ ) ss.
County of: __BIBB__ )

Name of Server: __J. WAYNE DOWNS__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __10__ day of __APRIL__, 20 __12__, at __1:35__ o'clock __P__ M

Place of Service: at __7425 Cochran Street__, in __Macon, GA 31216__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Rightway Drywall, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __CINDI TAYLOR, Secretary, Authorized__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__; Skin Color __W__; Hair Color __Gray__; Facial Hair __No__
Approx. Age __55__; Approx. Height __5'6"__; Approx. Weight __130__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __12th__ day of __April__, 20 __12__

_____
Notary Public     (Commission Expires)

**APS International, Ltd.**

**NOTARY PUBLIC
JOHN H JOHNSON
MY COMM. EXP. 9-17-2013
BIBB COUNTY, GEORGIA**