Richard and Constance Almeroth, et. al., Plaintiff(s)

vs.

Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



**Service of Process by**
# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  115800-0217

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--S & D Custom Built Homes, LLC
**Court Case No. 12-0498 Section L**

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Mississippi_ ) ss.
County of: _Pearl River_ )

Name of Server: _Shannon Ensex_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _16_ day of _April_ , 20 _12_ , at _9:50_ o'clock _A_ M

Place of Service: at _6682 Highway 11 North, Ste. 103_ , in _Carriere, MS 39426_
_16 Faye Ln Poplarville MS 39470_

Documents Served: the undersigned served the documents described as:

**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**

**Exhibit A; Exhibit B; Exhibit C**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**S & D Custom Built Homes, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and

title is: _Scott Jones_

Description of Person Receiving Documents: The person receiving documents is described as follows:

Sex _M_; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _none_
Approx. Age _40_ ; Approx. Height _5'9_ ; Approx. Weight _200_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Shannon Ensex_
Signature of Server

Subscribed and sworn to before me this _16_ day of _April_ , 20 _12_

_[signature]_
Notary Public

_6-16-14_
(Commission Expires)

**APS International, Ltd.**

STATE OF MISSISSIPPI
JAMIE VARNADO
NOTARY PUBLIC
ID No. 96299
Commission Expires
June 16, 2014
PEARL RIVER COUNTY