04-18-12;10:24AM;Ricardo E. Pines                    ;305-443-2786          # 2/ 3

Service of Process by

Richard and Constance Almeroth, et. al., Plaintiff(s)

vs.

Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al.,
Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL.
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:  CDW XIV

## AFFIDAVIT OF SERVICE ON A CORPORATION
--Santa Fe, LLC, c/o Felix M. Lasarte
Court Case No. 12-0498 Section L

State of: __Florida__        ) ss.
County of: __Dade__         )

Name of Server:      Carlos Aguirre                , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

Date/Time of Service    that on  11-Apr-2012 10:40 am

Place of Service:      at     3470 N.W. 82nd Ave., Suite 660   , city of      Doral      , state of  FL

Documents Served:     the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

Service of Process on,    A true and correct copy of the aforesaid document(s) was served on:
Person Served, and      Santa Fe, LLC, c/o Felix M. Lasarte
Method of Service:      By delivering them into the hands of an officer or managing agent whose name and title is
Jorge Navarro, Attorney

Description of          The person receiving documents is described as follows:
Person Receiving        Sex  M ; Skin Color     white   ; Hair Color     black    ; Facial Hair     N/A
Documents:              Approx. Age    30     : Approx. Height    5'08"    ; Approx. Weight    180

                        ✔ To the best of my knowledge and belief, said person was not engaged in the US Military
                        at the time of service.

Signature of Server:    Undersigned declares under penalty of       Subscribed and sworn to before me this
                        perjury that the foregoing is true and correct.    18 day of   April   , 20 12

                        _____                   _____
                        Signature of Server                        Notary Public        (Commission Expires)

                        **APS International, Ltd.**
                        APS International Plaza • 7800 Glenroy Rd.
                        Minneapolis, MN 55439-3122                APS File: 115800-287

                                                                  Jesy Rodriguez Leon
                                                                  COMMISSION # EE 178677
                                                                  EXPIRES: MAR. 12, 2016
                                                                  WWW.AARONNOTARY.com