Richard and Constance Almeroth, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 115800-0230

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Spires Commercial Flooring, Inc.
Court Case No. 12-0498 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **GEORGIA** ) ss.
County of: **WARE** )

**Name of Server:** **J. Newton Bates, Sr.**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **14th** day of **April**, 20**12**, at **9:00** o'clock **A** M

**Place of Service:** at **4619 Alabaha Woods Drive**, in **Blackshear, GA 31516**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XIII) w/Jury Demand;**
**Exhibit A; Exhibit B; Exhibit C**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Spires Commercial Flooring, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Scott Spires, President and Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Gray** ; Facial Hair **None**
Approx. Age **52** ; Approx. Height **5' 9"** ; Approx. Weight **172 lbs.**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **14th** day of **April**, 20**12**

Notary Public (Commission Expires)
Notary Public, Ware County, Georgia
My Commission Expires Jan. 5, 2013

Registered Civil Process Server for U.S. District Court, Southern District of Ga.
APS International, Ltd.