UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | |
| *Ard, et al v. Firemans's Fund Insurance Co.*<br>Case No. ALS/1:12-cv-00336 | MAG. JUDGE WILKINSON |

## ORDER OF DISMISSAL

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS;

IT IS ORDERED by the Court that the above entitled and numbered action be and the same is hereby dismissed with prejudice against Fireman's Fund Insurance Company with each party to bear its own court costs.

Thus done and signed at New Orleans, Louisiana this 7th day of August, 2012.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT JUDGE

{L0209914.1}