UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>*Amato, et al. v. Liberty Mutual Insurance Company, et al.*, Civ. Action No. 10-932 (E.D.La.) | |

**O R D E R**

Considering, the Motion to Intervene filed by Plaintiffs, Byron and Debra Byrne, Edward and Susan Beckendorf, New Orleans Area Habitat for Humanity, Inc. ("NOAHH"), Jason and Heather Kokoszka, John and Virginia Barranco, and Thomas and Lisa Rose;

IT IS ORDERED BY THE COURT that Plaintiffs' Motion to Intervene be and is hereby granted.

New Orleans, Louisiana, this  7th   day of    August       , 2012.

_____
Eldon E. Fallon
United States District Court Judge

1