UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------x
IN RE:  CHINESE-MANUFACTURED       :    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY          :    SECTION:  L
LITIGATION                                           :
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:           :    JUDGE FALLON
ALL CASES AND                                :    MAG. JUDGE WILKINSON
                                                          :
*Payton, et al. v. Knauf Gips KG, et al.*     :
Case No. 2:09-cv-07628 (E.D. La.)       :
                                                          :
*Gross, et al. v. Knauf Gips KG, et al.*      :
Case No. 2:09-cv-06690 (E.D. La.)       :
                                                          :
*Rogers, et al. v. Knauf Gips KG, et al.*    :
Case No. 2:10-cv-00362 (E.D. La.)       :
                                                          :
*Abreu, et al. v. Gebrueder Knauf*         :
*Verwaltungsgesellschaft KG, et al.*       :
Case No. 2:11-cv-00252 (E.D. La.)       :
                                                          :
*Block, et al. v. Gebrueder Knauf*          :
*Verwaltungsgesellschaft KG, et al.*       :
Case No. 11-cv-1363 (E.D. La.)           :
                                                          :
*Arndt, et al. v. Gebrueder Knauf*          :
*Verwaltungsgesellschaft KG, et al.*       :
Case No. 11-cv-2349 (E.D. La.)           :
                                                          :
*Cassidy, et al. v. Gebrueder Knauf*       :
*Verwaltungsgesellschaft KG, et al.*       :
Case No. 11-cv-3023 (E.D. La.)           :
                                                          :
*Vickers, et al. v. Knauf Gips KG, et al.*   :
Case No. 2:09-cv-04117 (E.D. La.)       :
------------------------------------------------------------x

**NOTICE OF RIGHT TO WITHDRAW OR CANCEL OPT-OUT REQUESTS FROM
PENDING CHINESE DRYWALL CLASS SETTLEMENTS**

TO ALL PERSONS OR ENTITIES WHO HAVE OPTED OUT OF ANY OF THE
FOLLOWING SETTLEMENT CLASSES:

60815043.DOCX



1. The **InEx Settlement Class** consisting of all persons or entities with claims against Interior Exterior Building Supply L.P. ("InEx") and/or InEx's insurers, Arch Insurance Company and Liberty Mutual Fire Insurance Company, arising from or otherwise related to Chinese Drywall sold, marketed, distributed, and supplied by InEx.

2. The **Banner Settlement Class** consisting of all persons or entities with claims against the Banner entities (collectively "Banner") and/or their insurers, Chartis, FCCI, Hanover and Maryland Casualty, arising from or otherwise related to Chinese Drywall purchased from, supplied, distributed, marketed, used, sold and/or delivered by Banner.

3. The **Knauf Settlement Class** consisting of all persons or entities who as of December 9, 2011, had filed a lawsuit in state or federal court asserting claims arising from or otherwise related to KPT Chinese Drywall.

4. The **L&W Settlement Class** consisting of all persons or entities who as of December 9, 2011, had filed a lawsuit in state or federal court asserting claims arising from or otherwise related to L&W Supplied KPT Chinese Drywall.

The Court has directed that this Notice be sent to all persons or entities who opted out of any of the above Settlement Classes in order to allow such persons or entities "to reconsider their opt out decision in light of later filed settlements" and to opt back into the Class Settlements.

After the InEx and Banner Settlements were preliminarily approved by the Court:

- On January 10, 2012, the Court preliminarily approved the Knauf Settlement and conditionally certified the Knauf Settlement Class.

- On April 26, 2012, the Court preliminarily approved the L&W Settlement and conditionally certified the L&W Settlement Class.

- On May 31, 2012, the Court preliminarily approved the Builder, Installer, Supplier and Insurer Settlement (the "Global Settlement") and conditionally certified the Global Settlement Class consisting of all persons or entities with claims against any builder, installer, supplier or insurer participating in the settlement arising from or otherwise related to Chinese Drywall that was purchased, supplied, installed, sold or alleged to be within the legal responsibility of any defendant participating in the settlement.

- A copy of the Notice for the Global Settlement is attached.

THE COMPLETE CHINESE DRYWALL SETTLEMENT AGREEMENTS MAY BE OBTAINED FROM THE COURT'S WEBSITE AT http:///www.laed.uscourts.gov/Drywall/Settlements.htm. CLASS MEMBERS ARE STRONGLY URGED TO CONSULT WITH LEGAL COUNSEL CONCERNING THE FULL SETTLEMENT AGREEMENTS, AND ABOUT THEIR RIGHTS AND OBLIGATIONS UNDER THEM.

The Court has provided an opportunity for Class Members in the InEx, Banner, Knauf and L&W Settlements to withdraw or cancel their opt-outs from the Settlements and opt back into those Settlements in light of the Global Settlement. The Court ruled on June 4, 2012, that in order "to permit adequate time for reconsideration in light of the later filed settlements, all prior opt out notices shall be deemed suspended until … August 29, 2012." In addition, "[p]rior opt outs shall have until September 28, 2012 to reconsider their opt-out decision."

Class Members may withdraw their prior opt-out notices by notifying, in writing, the following persons specified to receive an opt-out notice in the preliminary approval order for each particular settlement.

| InEx Settlement | Arnold Levin<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br><br>Richard Duplantier<br>Galloway, Johnson, Tompkins, Burr & Smith<br>One Shell Square<br>701 Poydras Street, 40th Floor<br>New Orleans, LA 70139 |
|---|---|
| Banner Settlement | Arnold Levin<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br><br>Dorothy Wimberly<br>Stone Pigman Walther Wittmann LLC<br>546 Carondelet Street<br>New Orleans, LA 70130<br><br>Michael A. Sexton<br>Weinberg Wheeler Hudgins Gunn & Dial LLC<br>3344 Peachtree Road, NE, Suite 2400<br>Atlanta, GA 30326<br><br>Michael P. Peterson<br>Peterson & Espino, P.A.<br>10631 S.W. 88th Street, Suite 220<br>Miami, FL 33186 |
| Knauf Settlement | Russ M. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 |

|  | Arnold Levin<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br><br>Kerry J. Miller<br>Frilot LLC<br>1100 Poydras Street, Suite 3700<br>New Orleans, LA 70163 |
|---|---|
| L&W Settlement | Russ M. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br><br>Arnold Levin<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br><br>W. David Conner<br>Haynsworth Sinkler Boyd, P.A.<br>P.O. Box 2048<br>Greenville, SC 29602<br><br>Kerry J. Miller<br>Frilot LLC<br>1100 Poydras Street, Suite 3700<br>New Orleans, LA 70163 |

The withdrawal of the opt-out notice must be postmarked no later than September 28, 2012 to be effective. A class member who has already opted out of a proposed class action settlement does not have to opt out a second time in order to preserve their opt-out status. A copy of the June 4, 2012 order is attached.

Dated: New Orleans, Louisiana
_____, 2012

/s/ ELDON E. FALLON
Judge, United States District Court
for the Eastern District of Louisiana