UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  :

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering Plaintiffs' Second Omnibus Motion for Preliminary Default Judgment (R. Doc. 15412), IT IS ORDERED that this Motion is set for hearing at the August monthly status conference on August 30, 2012. Responses in opposition to this Motion are to be filed by August 22, 2012.

New Orleans, Louisiana this 8th day of August 2012.

_____
U.S. District Judge