UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: DANIEL ABREU, et al. vs. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al Case No. 11-252 | * * * * * * * | JUDGE FALLON (L)  MAG. WILKINSON (4) |

**STIPULATION CONCERNING DISMISSAL OF DEFENDANT AND
SUBSTITUTION OF APPROPRIATE PARTY AS DEFENDANT**

The Plaintiff Steering Committee ("PSC"), Wyman Stokes Builder, Inc., and Wyman Stokes Builder, LLC, through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff, Alan Feld, has asserted claims against Wyman Stokes Builder, LLC (subclass 108) in *Abreu, et al. vs. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, Case No. 2:11-cv-252 (E.D.La.);

WHEREAS, Wyman Stokes Builder, LLC was improperly named as a defendant in *Abreu, et al. vs. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, Case No. 2:11-cv-252 (E.D.La.);

WHEREAS, the proper party that is aligned with Alan Feld is Wyman Stokes Builder, Inc.

BASED ON THE FOREGOING, the PSC, Wyman Stokes Builder, Inc., and Wyman Stokes Builder, LLC hereby stipulate and agree as follows:

1.  Defendant Wyman Stokes Builder, LLC is hereby dismissed, with prejudice, from *Abreu, et al. vs. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, Case No. 2:11-cv-252 (E.D.La.) (inclusive of all past or future intervention complaints filed in this action);

2.  Wyman Stokes Builder, Inc., as the proper party in interest, is deemed to be substituted in place of Wyman Stokes Builder, LLC as the proper defendant in *Abreu, et al. vs. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, Case No. 2:11-cv-252 (E.D.La.) (subclass 108) (inclusive of all past or future intervention complaints filed in this action);

3.  The Feld claim is deemed perfected on Wyman Stokes Builder, Inc. by virtue of the initial service of in *Abreu, et al. vs. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, Case No. 2:11-cv-252 (E.D.La.) on Wyman Stokes Builder, LLC for purposes of this matter;

4.  Wyman Stokes Builder, Inc. expressly reserves all rights to object to jurisdiction, venue, and preserves all defenses.

5.  Nothing herein shall hall be construed as a waiver of any of the rights or remedies available to the parties.

                                              Respectfully submitted,

Dated: May 9, 2012

| */s/ Russ M. Herman* | */s/ Charles B. Long* |
|---|---|
| Russ M. Herman, Esq. (Bar No. 6819) | CHARLES B. LONG (#22824) |
| Leonard A. Davis, Esq. (Bar No. 14190) | THOMAS H. PEYTON (#32635) |
| Herman, Herman, Katz & Cotlar, LLP | Krebs, Farley & Pelleteri, P.L.L.C. |
| 820 O'Keefe Avenue | 400 Poydras Street, Suite 2500 |
| New Orleans, Louisiana 70113 | New Orleans, Louisiana   70130 |
| Phone: (504) 581-4892 | Telephone:   504-299-3570 |
| Fax: (504) 561-6014 | Facsimile:   504-299-3582 |
| E-mail: ldavis@hhkc.com | E-mail:   clong@kfplaw.com |
|  | E-mail:   tpeyton@kfplaw.com |
| Plaintiffs' Liaison Counsel | ATTORNEYS FOR DEFENDANTS |
| MDL 2047 | WYMAN STOKES BUILDER, INC. & |
|  | WYMAN STOKES BUILDER, LLC. |

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax
alevin@lfsblaw.com

Plaintiffs' Lead Counsel
MDL 2047