UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | CASE NO. 2:09-MD-02047 |
| | ) | SECTION L |
| (Relates to *Almeroth, et al., v. Taishan Gypsum Co. et al.*, No. 2:12-cv-00498) | ) ) ) ) | JUDGE FALLON |
| | ) ) | MAG. JUDGE WILKINSON |

## MOTION AND INCORPORATED MEMORANDUM TO SUBSTITUTE PARTIES

NOW INTO COURT, through undersigned counsel comes Harry Harris, who moves to substitute certain of the party plaintiffs for the reasons set forth below:

1. Harry Harris is identified as a plaintiff in the *Almeroth, et al., v. Taishan Gypsum co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* Complaint. Since the filing of the *Almeroth* Complaint, counsel for Mr. Harris has learned that Harry Harris is not the proper plaintiff to this litigation. Instead, H. Harris Investments, Inc., of which Harry Harris is the president, is the proper plaintiff to this litigation, as H. Harris Investments, Inc., is the owner of the affected properties. Accordingly, counsel for Harry Harris desires to substitute H. Harris Investments, Inc. as a plaintiff in the *Almeroth* Complaint and dismiss without prejudice Harry Harris.

## CONCLUSION

WHEREFORE, counsel for Harry Harris and H. Harris Investments, Inc., pray that H. Harris Investments, Inc., be substituted as the party plaintiff in place of Harry Harris and that Harry Harris be dismissed without prejudice from the *Almeroth, et al., v. Taishan Gypsum co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* Complaint.

/s/*Dewitt M. Lovelace*
Dewitt M. Lovelace (Fla. Bar. No. 0872326)
Lovelace Law Firm, P.A.
12870 U.S. Hwy. 98 W., Suite 200
Miramar Beach, FL 32550

Telephone: (850) 837-6020
Fax: (850) 837-4093

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Incorporated Memorandum to

Substitute Parties has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison

Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by

electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically

filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using

the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures

established in MDL 2047, on this the 9th day of August, 2012.

/s/Dewitt M. Lovelace
Dewitt M. Lovelace (Fla. Bar. No. 0872326)