

Leslie Miller Tomczak
Suite 1600
350 East Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301
Tel: 954.463.2700
Fax: 954.463.2224

August 10, 2012

Clerk of the Court, U.S. District Court
Attn: Aimee Alleman, Docket Clerk
Eastern District of Louisiana
500 Poydras Street, Room C-450
New Orleans, LA 70130

In Re: MDL 2047 Chinese Manufactured Drywall Products Liability Litigation
Laura Haya, et al. v. Management Services of Lee County, Inc. (MDL 11-1077)

Dear Ms. Alleman:

Attached is a Summons on a Third-Party Complaint to be issued for service of process upon La Suprema Trading, Inc. of Management Services of Lee County, Inc. d/b/a Paul Homes, Inc.'s, Inc.'s Third Party Complaint. (D.E. 14220).

Thank you.

Sincerely,

Leslie Miller Tomczak

Enclosure

akerman.com
BOCA RATON   DALLAS   DENVER   FORT LAUDERDALE   JACKSONVILLE   LAS VEGAS   LOS ANGELES   MADISON   MIAMI   NAPLES
NEW YORK   ORLANDO   PALM BEACH   SALT LAKE CITY   TALLAHASSEE   TAMPA   TYSONS CORNER   WASHINGTON, D.C.
WEST PALM BEACH

{24639805;1}