**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES AND<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>Case No. 09-cv-07628 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-06690 (E.D. La.)<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 2:11-00252 (E.D. La.)<br><br>*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-1363 (E.D. La.)<br><br>*Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-2349 (E.D. La.)<br><br>*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-3023 (E.D. La.)<br><br>*Vickers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF
MOTION TO SUBSTITUTE REVISED VERSION OF SETTLEMENT AGREEMENT
REGARDING THE CLAIMS INVOLVING BUILDERS, INSTALLERS, SUPPLIERS,
AND PARTICIPATING INSURERS AND ITS AMENDED EXHIBITS**

**MAY IT PLEASE THE COURT:**

Class Counsel and the Plaintiffs' Steering Committee ("PSC") hereby submit this memorandum in support of their Motion to Substitute Revised Version of Settlement Agreement Regarding the Claims Involving Builders, Installers, Suppliers, and Participating Insurers and its Amended Exhibits.

On May 18, 2012, movants collectively filed a Motion for an Order (1) Preliminarily Approving the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers; (2) Conditionally Certifying a Settlement Class; (3) Approving the Form Notice to Class Members; (4) Scheduling a Joint Fairness Hearing; and (5) Staying Claims Against Builders, Installers, Suppliers, and Participating Insurers [Rec. Doc. 14373]. Attached to the Motion and Memorandum was Exhibit A (Settlement Agreement in MDL 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers [Rec. Doc. 14373-5 and 14373-6]. Since the filing of the Motion by movants, certain minor revisions to the Settlement Agreement have been agreed by the parties, and an amended Settlement Agreement has been prepared.

In the amendments, the parties agreed to minor revisions to the language of the agreement, to add additional Participating Defendants and funds to the Settlement, and to remove certain Participating Defendants who have chosen not to proceed with participation in this

Agreement.  The changes to the Agreement do not change the intent or understanding of the Agreement, but simply clarify issues as requested by the WCI Trust, which originally objected to the Preliminary Approval of this Agreement, but with these changes has now agreed to support it.

In addition, these revisions add the following additional parties as Participating Defendants and Participating Insurers to this Agreement:

B&B Smith Construction, Inc.

Baroney Homes, Inc.

Boasso Construction, LLC

Carillon Lakes, LLC

CM Duncan Contracting, Inc.

Creative Home Builders, LLC

Eight at Fairview Corp.

Florida Leisure Communities Corp.

Freemar Homes, Inc.

Grove Hammock Investments, LLC

Gulfstream Development Group, LLC

Innovative Custom Builders, Inc.

Island Coast Drywall & Stucco, Inc.

Keystone Building Company, Inc.

MacGlen Builders, Inc.

Mapfre Insurance Company

Metropolitan Design Group, Inc.

Miami Riverfront Partners LLC, Latitude One Partners LLC, Latitude Retail Partners LLC, Miami Riverwalk Investments LLC, Dellbrook Manager, Inc., and EAF Manager, Inc.

NPG Chinese Drywall Property Damage and Personal Injury Settlement Trust

Parr-Self, Inc.

R. Mossel Construction, Inc.

Smith Enterprises, Inc. d/b/a Smith Drywall

Solid Construction of the Gulf Coast, Inc.

Spires Commercial Flooring, Inc.

Suffolk Construction Company, Inc.

T&T Enterprises of SW Florida, Inc.

Tapia Construction, L.L.C.

United Homes International, Inc.

Vizcaya Custom Homes, Inc.

Walker Brothers, Ltd.

Waterways Joint Venture IV, LLC

WB Construction, Inc.

WCI Chinese Drywall Property Damage and Personal Injury Settlement Trust

Windship Homes of Florida, Inc.

By adding these additional parties, the value of the total settlement increases from $80 million to $82.784 million, for a total increase of $2,784,000 to the benefit of the Class.

Finally, the following parties have chosen not to continue as parties to this Agreement and have been removed as Participating Defendants:

Deer Creek Estates II, LLC

Gryphon Construction, LLC

Manuel Development Corporation

Mobley Homes Florida LLC

Southern Homes of Broward XI, Inc.

Villas at Oak Hammock, LLC

The removal of these parties will not decrease the total recovery to the Class.

In this matter, Class Members have until September 28, 2012 to object to or opt-out of the Amended Settlement [Rec. Doc. No. 14562]. Adequate notice has already been provided to the Class pursuant to the Court's May 31, 2012 Order: (a) by first-class mail to all known Class

Members; (b) by publication in various print media (journals, newspapers and magazines); (c) by publication in online media on the Internet; and (d) by posting on the Court's Chinese Drywall MDL website, the CPSC website and the Department of Health websites for Alabama, Louisiana, Mississippi and Texas.   Further, a Court-approved website has been established at https://chinesedrywallclass.com/english/ for Class Members to obtain information about the settlement.  As the Manual for Complex Litigation, Fourth, points out:

> An advantage of Internet notice is that follow-up information can easily be added, and lists can be created to notify class members of changes that may occur during the litigation.  Similarly, referring class members to an Internet site for further information can provide complete access to a wide range of information about a class settlement.

MCL-4th, §21.311.  The parties intend to have the Amended Settlement posted on the Court's Chinese   Drywall   MDL   website   and   on   the   Court-approved   website   at https://chinesedrywallclass.com/english/.

Movants herein respectfully request that the attached revised Exhibit A and its attachments be substituted in place of the original Exhibit A [Rec. Doc. 14373-5 and 14373-6].  The parties have all collaborated and there are no objections to the substitution of this exhibit.

Respectfully submitted,

Dated: August 13, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Sandra L. Duggan (On the Brief)
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Bruce William Steckler
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Daniel E. Becnel, Jr.
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Robert C. Josefsberg
PODHURST ORSECK, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Ben W. Gordon, Jr.
LEVIN, PAPANTONIO, THOMAS,
MITCHELL ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
LAMBERT AND NELSON
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
PARKER, WAICHMAN, ALONSO, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
MORGAN & MORGAN
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
LUMPKIN & REEVES
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
SEEGER WEISS, LLP
77 Water Street, 26th Floor
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
WHITFIELD, BRYSON & MASON, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
Dan@wbmllp.com

Richard J. Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
LEMMON LAW FIRM, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CLASS COUNSEL**

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

Russ M. Herman, Esquire (Bar No. 6819)
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Rherman@hhklawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison

Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to

LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was

electronically filed with the Clerk of Court of the United States District Court for the Eastern District

of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of August, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel in MDL 2047
Co-counsel for Plaintiffs