# Exhibit 2- Participating Insurers

## Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers

| |
|---|
| Alfa Mutual Insurance Company |
| American Economy Insurance Company, American States Insurance Company, American States Insurance Company of Texas, American Fire and Casualty Company, Montgomery Insurance Company, General Insurance Company of America, and First National Insurance Company of America |
| American Empire Surplus Lines Insurance Company |
| American Home Assurance Company |
| American Strategic Insurance Corporation, ACA Home, Home Pointe, American Capital Assurance, Ark Royal Insurance Company, ASI Assurance Corp., ASI Corp., ASI Lloyds, ASI Preferred and ASI Select |
| Amerisure Insurance Company and Amerisure Mutual Insurance Company |
| Arch Insurance Company |
| Argo Underwriting Agency, Ltd., the sole underwriting member or "Name" for Syndicate 1200, improperly identified in the Amended Amato Complaint as "Underwriters at Lloyd's, London" |
| Atlantic Casualty Insurance Company |
| Audubon Indemnity Company |
| Bankers Insurance Group and Bankers Insurance Company |
| Builders Mutual Insurance Company |
| Canal Indemnity |
| Catlin Specialty Insurance Company and Wellington Specialty Insurance Company |

| |
|---|
| Certain Underwriters at Lloyd's, London (each severally subscribed to the insurance policy each for its own part and not one for the other, numbered ART001135). |
| Chartis Specialty Insurance Company, f/k/a American International Specialty Lines Insurance Company |
| Cincinnati Insurance Company |
| Clarendon America Insurance Company, Praetorian Specialty Insurance Company, QBE Specialty Insurance Company, QBE Insurance Corporation, Southern Guaranty Insurance Company and Praetorian Insurance Co., f/k/a the Insurance Company of Hanover |
| Colony Insurance Company |
| Companion Property & Casualty Group |
| Continental Casualty Company |
| Continental Insurance Company |
| Continental Western Insurance Company |
| Employers Mutual Casualty Company |
| Endurance American Specialty Insurance Company |
| Faraday Syndicate 435 and Heritage Syndicate 1200<br>As Certain Underwriters subscribing to certain policies issued to Southern Homes, LLC, Tallow Creek, LLC, Springhill, LLC and Adrian Kornman<br>Faraday Syndicate 435 and Heritage Syndicate 1200<br>As Certain Underwriters subscribing to certain policies issued to Southern Homes, LLC, Tallow Creek, LLC, Springhill, LLC and Adrian Kornman |
| FCCI Insurance Company, FCCI Commercial Insurance Company, National Trust Insurance Company, Brierfield Insurance Company and FCCI Advantage Insurance Company |
| Federal Insurance Company |
| Federated Mutual Insurance Company and Federated Service Insurance Company |

| |
|---|
| Federated National Insurance Company f/k/a American Vehicle Insurance Company |
| Fireman's Fund Insurance Company and Interstate Fire and Casualty Company |
| Florida Insurance Guaranty Association |
| Gemini Insurance Company |
| General Fidelity Insurance Company |
| Granada Insurance Company |
| Granite State Insurance Company |
| Great American Insurance Company |
| Harleysville Mutual Insurance Company |
| Hartford Fire Insurance Company, Hartford Casualty Insurance Company, Hartford Insurance Company of the Southwest, Hartford Underwriters Insurance Company, Twin City Fire Insurance Company |
| Illinois National Insurance Company |
| Illinois Union Insurance Company |
| Indian Harbor Insurance Company |
| James River Insurance Company |
| Kingsway Amigo Insurance Company |
| Landmark American Insurance Company and RSUI Indemnity Company |
| Lexington Insurance Company |
| Liberty Mutual Insurance Company and Liberty Mutual Fire Insurance Company |
| Liberty Surplus Insurance Corporation and LSI Corporation, Liberty Insurance Underwriters, Inc. |
| Louisiana HomeBuilders Association General Liability Trust |
| Mapfre Insurance Company |
| Maxum Indemnity Company |
| Mid-Continent Casualty Company and Mid-Continent Insurance Company |
| Montpelier US Insurance Company |
| National Surety Corporation |
| National Union Fire Insurance Company of Pittsburgh, Pa. |

| |
|---|
| Nationwide Mutual Insurance Company and Nationwide Mutual Fire Insurance Company |
| Nautilus Insurance Company |
| New Hampshire Insurance Company |
| North American Specialty Insurance Company |
| North Pointe Casualty Insurance Company, North Pointe Insurance Company and Queensway International Indemnity Company |
| Northbridge Indemnity Insurance Corporation, f/k/a Commonwealth Insurance Company |
| Old Dominion Insurance Company |
| Omega Dedicated Ltd (UK), the sole underwriting member or "Name" for Syndicate 958 (improperly identified in the Amended Amato Complaint as "Underwriters at Lloyd's, London") |
| Owners Insurance Company, Southern Owners Insurance Company and Auto-Owners Insurance Company |
| Penn-America Insurance Company |
| Pennsylvania Lumbermens Mutual Insurance Company |
| Quanta Indemnity Company and Quanta Specialty Lines Insurance Company |
| Republic Underwriters Insurance Company and Southern Insurance Company |
| Rockhill Insurance Company |
| Scottsdale Insurance Company |
| Sentry Insurance, A Mutual Company |
| State Farm Fire and Casualty Company and State Farm Florida Insurance Company |
| The American Insurance Company |
| The Insurance Company of the State of Pennsylvania |
| The Ohio Casualty Insurance Company and West American Insurance Company |

| |
|---|
| The Underwriting Member of Lloyd's Syndicate 3500 in its capacity as Reinsurer to Close of Lloyd's Syndicate 2112 c/o RiverStone Managing Agency Limited of Park Gate, 161-163 Preston Road, Brighton BN1 6AU ("the RiverStone Syndicate"). |
| Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, The Travelers Indemnity Company of America, St. Paul Surplus Lines Insurance Company, and The Charter Oak Fire Insurance Company |
| Unigard Insurance Company |
| USF Insurance Company |
| Valley Forge Insurance Company |
| Wausau Underwriters Insurance Company, Wausau Business Insurance Company, Employers Insurance Company of Wausau, and Employers Insurance of Wausau |
| Wesco Insurance Company |
| Western Pacific Mutual Insurance Company |
| Western World Insurance Company |
| Westfield Insurance Company |
| Zurich American Insurance Company, American Zurich Insurance Company, Maryland Casualty Company, Steadfast Insurance Company, Assurance Company of America, American Guarantee and Liability Insurance Company |