# Exhibit 4- Assignments to PSC

## Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers

| Participating Defendant Involved | Participating Defendant/Insurers Assigning Claims to PSC |
|---|---|
| Aburton Homes, Inc. | Aburton Homes, Inc., General Fidelity Insurance Company and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that any of these entities may have against North American Specialty Insurance Company related to its claim handling and/or coverage for Aburton Homes, Inc. |
| American Dream Builders, Inc. | American Dream Builders, Inc. and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that either of these entities may have against North American Specialty Insurance Company related to its claim handling and/or coverage for American Dream Builders, Inc. |
| American Housing Corporation | American Housing Corporation, General Fidelity Insurance Company and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that any of these entities may have against North American Specialty Insurance Company related to its claim handling and/or coverage for American Housing Corporation |
| First Choice Homes of SW Florida, Inc. | First Choice Homes of SW Florida, Inc. and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that either of these entities may have against North American Specialty Insurance Company related to its claim handling and/or coverage for First Choice Homes of SW Florida, Inc. |
| Groza Builders, Inc. | Groza Builders, Inc., General Fidelity Insurance Company and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that any of these entities may have against North American Specialty Insurance Company and Vinings Insurance Company related to their claim handling and/or coverage Groza Builders, Inc. |

| | |
|---|---|
| Nautical Homes, LLC n/k/a Statewide Structural, LLC | Nautical Homes, LLC n/k/a Statewide Structural, LLC and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that either of these entities may have against North American Specialty related to its claim handling or coverage for Nautical Homes, LLC n/k/a Statewide Structural, LLC |
| Ocean Construction, Inc. | Ocean Construction, Inc. and FCCI Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that either of these entities may have against Amerisure Insurance Company and Amerisure Mutual Insurance Company related to their claim handling or coverage for Ocean Construction, Inc. |
| Parr-Self, Inc. | Parr-Self, Inc. assigns to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that it may have against Essex Insurance Company related to its claim handling or coverage for Parr-Self, Inc. |
| Reve Development Corporation | Reve Development Corporation and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that either of these entities may have against North American Specialty related to its claim handling or coverage for Reve Development Corporation |
| RJM Builders North, Inc., RJM Builders Inc. and RJM Builders South, Inc. | RJM Builders North, Inc., RJM Builders Inc. and RJM Builders South, Inc., General Fidelity Insurance Company and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that any of these entities may have against North American Specialty related to its claim handling or coverage for RJM Builders North, Inc., RJM Builders Inc. and RJM Builders South, Inc. |
| Schmidt Brothers Homes, Inc. | Schmidt Brothers Homes, Inc., General Fidelity Insurance Company and Quanta Insurance Company assign to the PSC an and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that any of these entities may have against North American Specialty related to its handling or coverage for Schmidt Brothers Homes, Inc. |

| | |
|---|---|
| Shoma Homes Splendido, Inc. | Shoma Homes Splendido, Inc. assigns to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that it may have against Crum and Forester Insurance Company related to its claim handling and/or coverage Shoma Homes Splendido, Inc. |
| Smith Family Homes Corporation and Smith Family Homes, Inc. | Smith Family Homes Corporation and Smith Family Homes, Inc., General Fidelity Insurance Company and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that any of these entities may have against North American Specialty Insurance Company related to its claim handling and/or coverage Smith Family Homes Corporation and Smith Family Homes, Inc. |
| Stuart South Group, LC d/b/a Treasure Coast Homes | Stuart South Group, LC d/b/a Treasure Coast Homes and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that either of these entities may have against North American Specialty Insurance Company related to its claim handling and/or coverage Stuart South Group, LC d/b/a Treasure Coast Homes |
| Treasure Coast Communities, LC | Treasure Coast Communities, LC and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that either of these entities may have against North American Specialty Insurance Company related to its claim handling and/or coverage Treasure Coast Communities, LC |
| Turn Key Home Builders, Inc. | Turn Key Home Builders, Inc. and Quanta Insurance Company assign to the PSC any and all claims, whether in contract, tort, law or equity, and whether for defense, indemnity, or bad faith penalties, that either of these entities may have against North American Specialty Insurance Company related to its claim handling and/or coverage Turn Key Home Builders, Inc. |