UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES AND<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 09-cv-07628 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:09-cv-06690 (E.D. La.)**<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:10-cv-00362 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, **Case No. 2:10-cv-00932 (E.D.La.)**<br><br>*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 2:11-00252 (E.D. La.)**<br><br>*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-1363 (E.D. La.)**<br><br>*Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-2349 (E.D. La.)**<br><br>*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-3023 (E.D. La.)**<br><br>*Vickers, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:09-cv-04117 (E.D. La.)** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

# O R D E R

Considering the Motion to Substitute Revised Version of Settlement Agreement Regarding the Claims Involving Builders, Installers, Suppliers, and Participating Insurers and its Amended Exhibits;

- 2 -

IT IS ORDERED BY THE COURT THAT Exhibit A attached to the Motion for an Order: (1) Preliminarily Approving the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers; (2) Conditionally Certifying a Settlement Class; (3) Approving the Form Notice to Class Members; (4) Scheduling a Joint Fairness Hearing; and (5) Staying Claims Against Builders, Installers, Suppliers, and Participating Insurers [Rec. Doc. 14373], be substituted with the attached **AMENDED** Exhibit A and its attachments:

1. Exhibit A (Settlement Agreement in MDL 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers) [Rec. Doc. 14373-5 and 14373-6].

IT IS FURTHER ORDERED BY THE COURT THAT the prior Preliminary Approval of the Settlement Agreement Regarding the Claims Involving Builders, Installers, Suppliers, and Participating Insurers [Rec. Doc. 14562] is equally applicable to this version of the Agreement, and the Court preliminarily approves this Agreement and accepts the additional Participating Defendants and Participating Insurers as if always a part of such Agreement.

New Orleans, Louisiana, this _____ day of _____, 2012.

                                                    Eldon E. Fallon
                                                    United States District Court Judge