## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

ALMEROTH, et. al.        }
                                }

V.                           }       **Case No. 12-0498**
                                }

TAISHAN GYPSUM Co., et.   }
al.                        }

## NOTICE OF APPEARANCE

Comes now Robert E. Austin and enters his appearance in this cause

on behalf of Hollis Developers LLC., one of the Defendants in this cause.

                                             s/ Robert E. Austin
                                             Robert E. Austin
                                             Ala.Bar No. ASB-a49r-3503
   Attorney for Defendant Hollis
   Developers LLC
   Austin Law Firm LLC
   109 First Street North
   Oneonta, Alabama 35121
   (205) 274-8255
   Fax (205) 274-8251
   baustin@bobaustinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and has been served upon:

   Leonard A. Davis, Esq.
   Herman, Herman & Katz
   820 O'Keefe Ave.
   New Orleans, Louisiana, 70113

And all other Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6.

s/ Robert E. Austin
Robert E. Austin
Ala.Bar No. ASB-a49r-3503
Attorney for Defendant Hollis
Developers LLC
Austin Law Firm LLC
109 First Street North
Oneonta, Alabama 35121
(205) 274-8255
Fax (205) 274-8251
baustin@bobaustinlaw.com