# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

Almeroth, et al.

    Plaintiff

vs.                                          Civil Action No.: 12-0498

Taishan Gypsum Corp., et al.,

    Defendant

_____/

## NOTICE OF APPEARANCE ON BEHALF OF TOUCHSTONE AT RAPALLO, INC.

    YOU ARE HEREBY NOTIFIED that Theodore Zelman of the law firm, Zelman & Hanlon, P.A., 5633 Naples Blvd., Naples, FL 34109, will appear on behalf of Defendant, Touchstone at Rapallo, Inc., and requests the Clerk of the above-styled Court to enter same, and further requests that copies of all future pleadings be directed to the undersigned attorney.

## CERTIFICATION OF SERVICE

    I hereby certify that the above and foregoing Notice of Appearance was served on Via Email to blisard@HHKlawfirm.com and United States First Class Mail to Leonard A. Davis, Esq., Herman, Herman & Katz, 820 O'Keefe Avenue, New Orleans, Louisana 70113, and upon all represented parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Court of the United States District Court for the Eastern District of Louisana by using the CM/ECF System, which will send notification of electronic filing in accordance with the procedures established in MDL 09-2047 on this 14 day of August, 2012.

                                                    /s/Theodore Zelman
                                                    Theodore Zelman
                                                    ZELMAN & HANLON, P.A.
                                                    Attorneys for Defendant, Touchstone at Rapallo, Inc.
                                                    Florida Bar No. 241741
                                                    5633 Naples Boulevard
                                                    Naples, Florida 34109
                                                    (239) 598-3222/(239) 598-9002 Facsimile
                                                    Email: ted@zelmanandhanlon.com