UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| *Almeroth v. Taishan, et al.* 2:12-cv-498 (E.D. La.) | JUDGE FALLON MAG. JUDGE WILKINSON |

-------------------------------------------------------------------

**FREDERICK AND KERRI-ANN PENIX'S COMBINED ERRATA AND NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT BAYWOOD CONSTRUCTION, INC.**

Plaintiffs Frederick and Kerri-Ann Penix hereby note the following Errata to the complaint in *Almeroth v. Taishan, et. al.*, Case No. 12-cv-498 (E.D.La.) (the "Omnibus XIII Complaint"): Plaintiff Kerri-Ann Penix was inadvertently omitted from the Omnibus XIII Complaint (Exhibit A, Plaintiff No. 510).  The Plaintiffs should appear jointly as Frederick and Kerri-Ann Penix.; Baywood Construction, Inc. (Exhibit B, Defendant No. 32) is mistakenly identified as the builder of Plaintiffs Frederick and Kerri-Ann Penix's home.  The actual builder of the Penix's home is McCar Homes-Tampa, LLC. (Exhibit B, Defendant No. 182).  The Penix's shall proceed with their claims against McCar Homes-Tampa, LLC (Ex. B, Def. No. 182) and are voluntarily dismissing, without prejudice, their claims against Baywood Construction, Inc (Ex. B, Def. No. 32).

Pursuant to Fed.R.Civ.P. 41(a) (1) (A) (i), Plaintiffs Frederick and Kerri-Ann Penix hereby voluntarily dismiss, without prejudice, their claims against Baywood Construction, Inc. (Ex. B, Def. No. 32).  The parties are to bear their own attorneys fees and costs.

Attached hereto as Exhibit "A" is a correspondence from Pete V. Albanis, Esq., counsel for Frederick and Kerri-Ann Penix, dated July 13, 2012 which specifically authorizes the

undersigned to file this Combined Errata and Notice of Voluntary Dismissal.

Respectfully submitted,

August 15, 2012

/s/ Leonard A. Davis
Russ M. Herman, Esq. (LA Bar No. 6819)
Leonard A. Davis, Esq. (LA Bar No. 14190)
Stephen J. Herman, Esq. (LA Bar No. 23129)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Ave.
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 15th day of August, 2012.

/s/ Leonard A. Davis
Herman, Herman &Katz, L.L.C.
820 O'Keefe Ave.
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047