# MORGAN & MORGAN®
### *Attorneys At Law*

SUITE 600
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS, FL 33906-9504
(239) 433-6880
FAX: (239) 433-6836

July 13, 2012

**VIA FACSIMILE (504) 561-6024 and U.S. Mail**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman & Katz, L.L.C.
820 O'Keefe Ave.
New Orleans, LA 70113

RE: **Our Clients: Frederick & Kerri-Ann Penix**
*In re: Chinese Manufactured Drywall Product Liability Litig.*
Case No. 12-498
Our File No.: 1479661

Dear Russ & Lenny:

We represent Frederick & Kerri-Ann Penix. We hereby authorize the attorneys of Herman, Herman & Katz, L.L.C. to file the enclosed Combined Errata and Notice of Voluntary Dismissal of Claims. Our clients are dismissing without prejudice their claims against Baywood Construction, Inc. only. They will continue to pursue their claims against the remaining defendants. Thank you for your attention to this matter.

Sincerely,

Pete V. Albanis

PVA/bh

www.forthepeople.com

ATLANTA, GA ♦ DAVIE, FL ♦ DAYTONA BEACH, FL ♦ FT. MYERS, FL ♦ JACKSON, MS ♦ JACKSONVILLE, FL ♦ KISSIMMEE, FL
MEMPHIS, TN ♦ NAPLES, FL ♦ ORLANDO, FL ♦ ST. PETERSBURG, FL ♦ TAMPA, FL ♦ TAVARES, FL ♦ WINTER HAVEN, FL