UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

**O R D E R**

Upon consideration of the Plaintiffs' Steering Committee's Motion for Leave to File Exhibit Under Seal and for Expedited Hearing;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee's Motion for Leave to File Exhibit Under Seal is granted, and Exhibits "H" attached to the Plaintiffs' Steering Committee's Motion to Compel Responses to Discovery, As Well As Depositions, From The North River Insurance Company be and they are hereby FILED UNDER SEAL.

IT IS FURTHER ORDERED BY THE COURT that the Plaintiffs' Steering Committee's Motion for Expedited Hearing be and is hereby granted, and that the hearing on the motion is set for the ____ day of _____, 2012, at _____ o'clock ___.m.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE