# EXHIBIT "F"

# Lillian Flemming

**From:** Lenny Davis
**Sent:** Wednesday, August 08, 2012 12:56 PM
**To:** Lillian Flemming
**Subject:** FW: MDL 2047 - Depos Requested by PSC


Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Lenny Davis
**Sent:** Wednesday, August 08, 2012 9:09 AM
**To:** 'Risley, Kevin'; Anthony Irpino; Sidney Angelle; Martin, Brian
**Cc:** Jim Reeves; Ervin Gonzalez; Patrick Montoya; Jeffrey Breit; Anthony Irpino; Arnold Levin; Bruce Kingsdorf ; bsteckle@baronbudd.com; Cayce Peterson; Chris Seeger; Daniel K. Bryson (dan@wbmllp.com); Dawn Barrios (barrios@bkc-law.com); Ervin Gonzalez; Fred Longer ; Gerald Meunier; Hugh Lambert (hlambert@lambertandnelson.com); Jeff Breit; Jeremy Scott Epstein; Jim Reeves; Lane Robein; Lenny Davis; Penny Herman; Russ Herman; Scott George
**Subject:** RE: MDL 2047 - Depos Requested by PSC


We have no agreement with north river regarding the trial or coverage for INEX. In fact NR has denied coverage. NR is the real party in interest and is a party to the trial. We are entitled to do the discovery of NR whether there is a trial setting or not and this is follow up on what we have done so far. We are pursuing the claim under the direct action statute and we have the right to investigate fully. The settlements also give the PSC the right to pursue the claim thru assignments and Judge Fallon instructed us to commence discovery. The requested discovery is relevant and is intended to lead to relevant information. In addition we are very concerned since NR has recently sent us an amended Profile Form that substantially changes/modifies what we were told regarding corporate status and the like. We are entitled to get accurate facts and testimony. I am sure you understand our concern and respect that we are charged with discovery for the entire class. Certainly as it now stands on the present record NR may be a "shell" entity and we are entitled to see what is hidden in the "shell". Until the true corporate structure is revealed and discovered we should proceed and the trial against NR may be meaningless without the discovery.

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman  Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Risley, Kevin [mailto:KRisley@thompsoncoe.com]
**Sent:** Tuesday, August 07, 2012 3:14 PM
**To:** Anthony Irpino; Sidney Angelle; Martin, Brian
**Cc:** Lenny Davis; Jim Reeves; Ervin Gonzalez; Patrick Montoya; Jeffrey Breit
**Subject:** RE: MDL 2047 - Depos Requested by PSC

Anthony-

Before we go any further on this, can you please tell me on what basis the PSC believes these depositions have anything to do with the trial that is set for November?  I can say with great confidence that none of these people would know anything about what INEX knew or did not know when it was selling Chinese-manufactured drywall in 2006.



Kevin F. Risley
**Thompson Coe Cousins & Irons, L.L.P.**
**One Riverway | Suite 1600 | Houston, TX 77056**
**Ph: 713.403.8295 | Fax: 713.403.8299**
krisley@thompsoncoe.com
bio | vcard | web

---

**From:** Anthony Irpino [mailto:airpino@irpinolaw.com]
**Sent:** Tuesday, August 07, 2012 3:01 PM
**To:** Risley, Kevin; Sidney Angelle; Martin, Brian
**Cc:** Lenny Davis (LDAVIS@hhklawfirm.com); Jim Reeves; Ervin Gonzalez; Patrick Montoya; Jeffrey Breit
**Subject:** MDL 2047 - Depos Requested by PSC

Kevin/Sidney/Brian:

   The PSC would like to schedule the depositions listed below.  As we are already having a call tomorrow at 2 pm, we would like to discuss potential dates and times for these depositions during that call.  For any of the below listed depositions which we are not able to get dates/times for during the call, please provide same at your earliest convenience.  Thank you.

   1.   Doug Libby              CEO of North River and United Fire Ins. Co.
   2.   Mary Jane Robertson    CFO of North River and United Fire Ins. Co.
   3.   Steve Eisman             V.P. of Claims

4. Tom Tresize        Head of Oversight
5. Mike Skerro        Ex-Assistant V.P.
6. Steve Snively      Senior Manager of Umbrella Underwriting
7. Sharon Willis      Worked on Claim
8. Patricia Noll      Supervisor at North River and United Fire Ins. Co.
9. Samantha Keller    Re-insurance

3

10. Tracy Dodd             Investigated Chinese drywall issue for North River
11. Benjamin Rosenthal     Underwriting
12. The 30(b)(6) depositions of:
    (A)   United States Fire Insurance Company.
    (B)   Crum & Forster Indemnity Company.
    (C)   Fairfax Holdings, Ltd.

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine St.
New Orleans, LA 70130
Tel:  (504) 525-1500
Fax: (504) 525-1501

**Confidentiality Notice:**  This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information exempt from disclosure under applicable law.  Unauthorized review, use, disclosure, or distribution is strictly prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy the original and all copies of the message.  Thank you.

Tax Advice Disclosure: Any U.S. federal tax advice contained in this communication, including any attachment(s), unless expressly stated otherwise, was and is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.