# EXHIBIT "G"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## SUPPLEMENTAL

### INSURER PROFILE FORM

Each Insurer named as a party in any action pending in MDL No. 2047 must complete and either a representative of the Insurer or its counsel of record must sign this Insurer Profile Form. If the matter involves a class action, the reporting obligations relate only to the named plaintiff(s) therein, and not to any unnamed class members. If additional information becomes known after completion, this Insurer Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Insurer Profile Form that relates to the specific attachment or document. The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By submitting an Insurer Profile Form, and by answering the Insurer Profile Form, the Insurer is not consenting to or waiving any challenge to jurisdiction or venue in the MDL proceeding, and is not waiving the work product and/or attorney client privileges. All such objections, challenges and privileges, along with all defenses, are specifically reserved. Please print legibly or type your responses in English.

I. **IDENTIFICATION AND CONTACT INFORMATION**

    A.    Insurer Name: _____The North River Insurance Company_____

    B.    Principal Place of Business:_____306 Madison Avenue, P.O. Box 1960_____
              _____Morristown, New Jersey 07962-1960_____

    C.    State of Incorporation:___New Jersey___

    D.    Registered Agent:_____The Secretary of State of the State of Louisiana_____

    E.    Attach a copy of your FRCP Rule 7.1 Corporate Disclosure form or provide this corporate disclosure information here.

         The North River Company is a wholly owned subsidiary of Crum & Forster Holdings, Corp. (Delaware) which is a wholly owned subsidiary of Fairfax (US) Inc. which is a wholly owned subsidiary of FFHL Group, Ltd. (Canada) which is a wholly owned subsidiary of Fairfax Financial Holdings Limited (Canada) which is listed on the Toronto Stock Exchange.

II. **COUNSEL OF RECORD FOR INSURER**
    A.    Name: Sidney J. Angelle, Eric B. Berger
    B.    Firm: Lobman, Carnahan, Batt Angelle & Nader
    C.    Address: 400 Poydras Street, Suite 2300, New Orleans, LA 70130
    D.    Phone Number: (504) 586-9292
    E.    Fax Number: (504) 586-1290
    F.    E-Mail: sja@lcba-law.com; ebb@lcba-law.com

**OF COUNSEL FOR INSURER**
    A.    Name: Brian S. Martin, Kevin Risley, Diego Garcia, Suzanne M. Patrick
    B.    Firm: Thompson, Coe, Cousins & Irons, LLP
    C.    Address: One Riverway, Suite 16000, Houston, Texas 77056
    D.    Phone Number: (713) 403-8210
    E.    Fax Number: (713) 403-8299
    F.    E-Mail: bmartin@thompsoncoe.com; krisley@thompsoncoe.com; dgarcia@thompsoncoe.com; spatrick@thompsoncoe.com

III. **LIABILITY INSURANCE**

If you are named as a party in any lawsuit pending in MDL No. 2047 that, in whole or in part, seeks determination of insurance coverage under a liability insurance policy (which is any policy of insurance on which a claimant asserts coverage for a claim in which that claimant is not the insured under the policy and liability against the insured under the policy is asserted) issued by you, for each such policy identified in the lawsuit, provide the following information and attach a copy of the policy with the declarations page, subject to the confidentiality provisions of Pretrial Orders #22 and #23:

    Named Insured: Interior/Exterior Building Supply, LP
    Policy Number: 553-085250-3
    Policy Period: 12/1/2003 to 1/1/2005
    Type of Policy: Umbrella Policy

    Named Insured: Interior/Exterior Building Supply, LP
    Policy Number: 553-086807-3
    Policy Period: 1/1/2005 to 1/1/2006
    Type of Policy: Umbrella Policy

    Named Insured: Interior/Exterior Building Supply, LP
    Policy Number: 553-088195-1
    Policy Period: 1/1/2006 to 1/1/2007
    Type of Policy: Umbrella Policy

Named Insured:  Interior/Exterior Building Supply, LP
Policy Number:  553-089469-5
Policy Period:   1/1/2007 to 1/1/2008
Type of Policy:  Umbrella Policy


Named Insured:  Interior/Exterior Building Supply, LP
Policy Number:  553-090750-2
Policy Period:   1/1/2008 to 1/1/2009
Type of Policy:  Umbrella Policy


Named Insured:  Interior/Exterior Building Supply, LP
Policy Number:  553-091952-6
Policy Period:   1/1/2009 to 1/1/2010
Type of Policy:  Umbrella Policy

IV.   **PROPERTY INSURANCE**

If you are named as a party in any lawsuit pending in MDL No. 2047 that, in whole or in part, seeks determination of insurance coverage under a property insurance policy (which is any policy of insurance on which an insured under the policy asserts coverage for a claim for the insured's own damages) issued by you, for each such policy identified in the lawsuit, provide the following information and attach a copy of the policy with the declarations page, subject to the confidentiality provisions of Pretrial Orders #22 and #23:

Named Insured:_____
Case Number:_____
Insured Property Address:_____
Policy Number:_____
Policy Period:_____

### CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Insurer Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in the insurance company's possession, custody or control.

7/31/2012
Date

Entity: The North River Ins. Company
By: [signature]
Its: Vice President