**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

**EXHIBIT "H" ATTACHED TO THE PLAINTIFFS'
STEERING COMMITTEE'S MOTION TO COMPEL
RESPONSES TO DISCOVERY, AS WELL AS DEPOSITIONS, FROM
THE NORTH RIVER INSURANCE COMPANY**

# FILED UNDER SEAL