UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

# O R D E R

Upon consideration of the Plaintiffs' Steering Committee's Motion to Compel Discovery Responses, As Well As Depositions, From The North River Insurance Company;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee's Motion to Compel Discovery Responses, As Well As Depositions, From The North River Insurance Company be and is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE