UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| *Almeroth v. Taishan, et al.* 2:12-cv-498 (E.D. La.) | MAG. JUDGE WILKINSON |

-------------------------------------------------------------------

### DEBORAH HICKS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS

Pursuant to Fed.R.Civ.P. 41(a) (1) (A) (i), Plaintiff Deborah Hicks hereby voluntarily dismisses, without prejudice, her claims against all defendants, including Highland Holdings, Inc. The parties are to bear their own attorneys' fees and costs.

Attached hereto as Exhibit "A" is a letter from Pete V. Albanis, Esq., counsel for Deborah Hicks, dated July 25, 2012 which specifically authorizes the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

August 15, 2012

/s/ Leonard A. Davis
Russ M. Herman, Esq. (LA Bar No. 6819)
Leonard A. Davis, Esq. (LA Bar No. 14190)
Stephen J. Herman, Esq. (LA Bar No. 23129)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Ave.
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 15th of August, 2012.

      /s/ Leonard A. Davis
      Herman, Herman & Katz, L.L.C.
      820 O'Keefe Ave.
      New Orleans, LA 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhklawfirm.com
      Plaintiffs' Liaison Counsel
      MDL 2047