# MORGAN & MORGAN®
## Attorneys At Law

SUITE 600
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS, FL 33906-9504
(239) 433-6880
FAX: (239) 433-6836

July 25, 2012

**VIA FACSIMILE (504) 561-6024 and U.S. Mail**

\* 1 2 0 1 8 9 6 \*

Leonard A. Davis, Esq.
Herman, Herman & Katz, L.L.C.
820 O'Keefe Ave.
New Orleans, LA 70113

RE:   **Our Client: Deborah Hicks**
      *In re: Chinese Manufactured Drywall Product Liability Litig.*
      Case No. 12-498
      Our File No.:  1320360

Dear Russ & Lenny:

We represent Deborah Hicks. We hereby authorize the attorneys of Herman, Herman & Katz, L.L.C. to file the enclosed Notice of Voluntary Dismissal of Claims. Our client is dismissing without prejudice all of her claims against all defendants. Thank you for your attention to this matter.

Sincerely,

Pete V. Albanis
PVA/ah

Enclosure

www.forthepeople.com

ATLANTA, GA ◆ DAVIE, FL ◆ DAYTONA BEACH, FL ◆ FT. MYERS, FL ◆ JACKSON, MS ◆ JACKSONVILLE, FL ◆ KISSIMMEE, FL
MEMPHIS, TN ◆ NAPLES, FL ◆ ORLANDO, FL ◆ ST. PETERSBURG, FL ◆ TAMPA, FL ◆ TAVARES, FL ◆ WINTER HAVEN, FL