# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of Louisiana

Case Number: 12-0498 SECT. L., MAG. 2

Plaintiff:
RICHARD AND CONSTANCE ALMEROTH, ET AL.,

vs.

Defendant:
WOODLAND ENTERPRISES, NIC.

For:
Stacy Bercun Bohm
AKERMAN SENTERFITT
350 East Las Olas Blvd.
Suite 1600
Ft. Lauderdale, FL  33301

Received by SERVICE OF PROCESS, INC. on the 8th day of August, 2012 at 1:45 pm to be served on **BANNER SUPPLY COMPANY PORT ST. LUCIE. BY SERVING ITS REGISTERED AGENT: ARTHUR LANDERS, 7195 NW 30 STREET, MIAMI, FL 33122.**

I, RODOLFO PEREZ, do hereby affirm that on the **13th day of August, 2012 at 11:45 am**, I:

served a CORPORATION by delivering a true copy of the SUMMONS ON A THIRD PARTY COMPLAINT AND DEFENDANT WOODLAND ENTERPRISES, INC.,'S CROSS CLAIM AND THIRD PARTY COMPLAINT WITH EXHIBITS with the date and hour of service endorsed thereon by me, to: MIKE DOBSON as OPERATIONS MANAGER for BANNER SUPPLY COMPANY PORT ST. LUCIE., at the address of: **7195 NW 30 STREET, MIAMI, FL 33122**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, F.S. 92.525 Verification of documents.

RODOLFO PEREZ
Certified P.S. #365

SERVICE OF PROCESS, INC.
P.O. Box 45-2354
Miami, FL 33245-2354
(305) 226-6809

Our Job Serial Number: SOP-2012001835

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4d

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

RICHARD AND CONSTANCE ALMEROTH, ET AL.  )
*Plaintiff* )
v. ) Civil Action No. 12-0498, Sect. L., Mag. 2
WOODLAND ENTERPRISES, INC. )
*Defendant, Third-party plaintiff* )
v. )
BANNER SUPPLY CO. )
*Third-party defendant* )

SERVED
Mike Dobson
Operations Manager
8-13-12
11:45a
In person
365

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  BANNER SUPPLY COMPANY PORT ST. LUCIE
BY SERVING ITS REGISTERED AGENT
Arthur Landers
7195 N.W. 30th Street
Miami, FL ~33122

A lawsuit has been filed against defendant __Woodland__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Almeroth__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Stacy Bercun Bohm, Esq., Valerie B. Greenberg, Esq., Leslie Miller Tomczak, Esq.
Akerman Senterfitt, 350 E. Las Olas Blvd., Suite 1600, Ft. Lauderdale, FL   33301

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Russ M. Herman, Esq., Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, 820 O'Keefe Ave., New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date:

Loretta G. Whyte
Name of clerk of court

Date: __Aug 03 2012__

Deputy clerk's signature

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. 12-0498, Sect. L., Mag. 2

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Banner Supply Company Port St. Lucie, LLC

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: