AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

LAURA HAYA, DANIEL HAYA and IRENA HAYA )
  *Plaintiff* )
v. ) Civil Action No. 11-1077 Sect. L, MAG. 2
MANAGEMENT SERVICES OF LEE COUNTY, INC. )
  *Defendant, Third-party plaintiff* )
v. )
LA SUPREMA TRADING, INC. )
  *Third-party defendant* )

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   LA SUPREMA TRADING, INC.
BY SERVING ITS REGISTERED AGENT
EDUARDO RASCO, ESQ.
20900 NE 30TH AVENUE, SUITE 600
AVENTURA, FL  33180

A lawsuit has been filed against defendant __Management Services__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Laura Haya, etc., et al__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Valerie E. Greenberg, Esq., Stacy Bercun Bohm, Esq., and Leslie Miller Tomczak, Esq.
AKERMAN SENTERFITT, 350 E. Las Olas Blvd., Suite 1600, Ft. Lauderdale, FL  33301

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Russ M. Herman, Esq. and Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., New Orleans, LA  70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

_____
Loretta G. Whyte
Name of clerk of court

Date: __Aug 16 2012__

_____
Deputy clerk's signature

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. 11-1077 Sect. L. MAG. 2

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __LA SUPREMA TRADING, INC.__
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: