UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO DOROTHY ARNDT, et al. vs. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, K.G., et al. Case No. 11-02349 | * * * * | JUDGE FALLON MAG. JUDGE |

\* \* \* \* \* \* \* \*

## C. M. DUNCAN CONTRACTING, INC.'S
## MOTION TO DISMISS OR, ALTERNATIVELY, MOTION TO TRANSFER VENUE

NOW INTO COURT, through undersigned counsel, appearing for the sole purpose of this Motion to dismiss, comes defendant, C. M. Duncan Contracting, Inc. ("Duncan"), which requests this Court issue an order dismissing the Plaintiffs' Omnibus Class Action Complaint (XII) against Duncan for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), for improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3), or alternatively, to transfer venue to the Middle District of Florida pursuant to 28 U.S.C. §1406(a) and 28 U.S.C. §1404.

WHEREFORE, C. M. Duncan Contracting, Inc. prays that C. M. Duncan Contracting, Inc.'s Motion to Dismiss or, Alternatively, Motion to Transfer Venue pursuant to Fed. R. Civ. Pro. R. 12 be granted and this Court dismiss the Plaintiffs' claims against C. M. Duncan Contracting, Inc., or alternatively, transfer venue to the Middle District of Florida.

    Respectfully submitted,

    /s/ Elizabeth L. Gordon
    Lloyd N. Shields (La. Bar No. 12022)
    Elizabeth L. Gordon (La. Bar No. 21619)
    Andrew G. Vicknair (La. Bar No. 28448)
    Adrian A. D'Arcy (La. Bar No. 29137)
    Shields Mott Lund L.L.P.
    650 Poydras Street, Suite 2600
    New Orleans, Louisiana 70130
    Telephone: (504) 581-4445
    Facsimile: (504) 584-4440
    lnshields@shieldsmottlund.com
    elgordon@shieldsmottlund.com
    agvicknair@shieldsmottlund.com
    aad'arcy@shieldsmottlund.com

    Attorneys for
      C. M. Duncan Contracting, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above *C. M. Duncan Contracting, Inc. 's Motion to Dismiss or, Alternatively, Motion to Transfer Venue* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U. S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 17th day of August, 2012.

/s/ Elizabeth L. Gordon

62065-17\Pleadingsl\Motion to Dismiss.Duncan.wpd