

39987491

Sep 23 2011
9:54AM

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOU

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

2011 SEP 20 AM 11: 16

LORETTA G. WHYTE
CLERK

Dorothy Arndt, individually, and on behalf of
all others similarly situated, [ADDITIONAL
PLAINTIFFS LISTED ON SCHEDULE OF
PLAINTIFFS, ATTACHED HERETO AS
EXHIBIT "A"],

        Plaintiffs,

v.

GEBRUEDER KNAUF
VERWALTUNGSGESELLSCHAFT, KG;
KNAUF INTERNATIONAL GmbH; KNAUF
INSULATION GmbH; KNAUF UK GMBH;
KNAUF AMF GMBH & CO. KG; KNAUF DO
BRASIL LTD.; PT KNAUF GYPSUM
INDONESIA; KNAUF GIPS KG; KNAUF
PLASTERBOARD (TIANJIN) CO., LTD.;
KNAUF PLASTERBOARD (WUHU), CO.,
LTD.; GUANGDONG KNAUF NEW
BUILDING MATERIAL PRODUCTS CO.,
LTD.;[ADDITIONAL DEFENDANTS LISTED
ON SCHEDULE OF DEFENDANTS,
ATTACHED HERETO AS EXHIBIT "B"],

        Defendants.

CASE NO.:
SECT. L MAG 2

**CLASS ACTION**
**COMPLAINT**

11-2349

SECT. L MAG. 2

JURY TRIAL DEMAND

---

**PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XII)**

    Pursuant to Fed. R. Civ. P. 23, the class representatives in this action bring suit on behalf

of themselves and all other similarly situated owners and residents of real property containing

defective Chinese manufactured drywall that was designed, manufactured, imported, distributed,

delivered, supplied, marketed, inspected, installed, or sold by the Defendants. In order to

accomplish an effective class structure, each of the class representatives is pursuing a nationwide

1

Fee 350

Exhibit "A"

class action against the Knauf entities,[1] who are the manufacturers of the drywall located in plaintiffs' homes. Subordinate to this national class action, the identified class representatives are participating in subclasses asserting claims against each of their distributors, suppliers, importers, exporters, brokers, builders, developers, contractors and installers for whom they have standing as specifically set forth in Exhibit "A" (class and subclass members shall be collectively referred to herein as "Class Members"). Each of the Defendants in this action are liable for damages incurred by Plaintiffs due to their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, installing, or sale of the problematic drywall at issue in this litigation.

## JURISDICTION, PARTIES, AND VENUE

1. Original jurisdiction of this Court exists by virtue of 28 U.S.C. §1332(d)(2) and the Class Action Fairness Act ("CAFA"). *See* 28 U.S.C. § 1711, *et. seq.* The Plaintiffs and certain of the Defendants in these actions are citizens of different states and the amounts in controversy in these actions exceed five million dollars ($5,000,000.00), exclusive of interest and costs.

2. For each subclass, the Court has original jurisdiction under CAFA and/or supplemental jurisdiction under 28 U.S.C. § 1367.

3. Venue in this district satisfies the requirements of 28 U.S.C. §1391(b)(1)-(2) and (c) because Plaintiffs and a significant number of the absent class members reside in this jurisdiction

---

[1] Knauf consists of Gebrueder Knauf Verwaltungsgesellschaft, KG ("GKV"); Knauf International GmbH ("Knauf International"); Knauf Insulation GmbH ("Knauf Insulation"); Knauf UK GMBH ("Knauf UK"); Knauf AMF GmbH & Co. KG ("Knauf AMF"); Knauf do Brasil Ltd. ("Knauf Brasil"); PT Knauf Gypsum Indonesia ("Knauf Indonesia"); Knauf GIPS KG ("Knauf Gips"); Knauf Plasterboard (Tianjin) Co., Ltd. ("Knauf Tianjin"); Knauf Plasterboard (Wuhu), Co., Ltd. ("Knauf Wuhu"); and Guangdong Knauf New Building Material Products Co., Ltd. ("Guangdong Knauf")(collectively "Knauf").

and a substantial amount of the events and occurrences giving rise to these claims occurred in this District, or a substantial part of the property that is the subject of this action is situated in this district. Venue is otherwise appropriate in this district consistent with 28 U.S.C. § 1407 and the June 15, 2009 Transfer Order of the Judicial Panel on Multidistrict Litigation ("JPML"). *See In re: Chinese-Manufactured Drywall Products Liability Litigation*, 626 F.Supp.2d 1346 (J.P.M.L. Jun. 15, 2009).

## **PLAINTIFFS**

4. For purposes of clarity, the Plaintiffs are asserting claims on behalf of all owners and residents of the subject properties, including but not limited to, minors and other residents of the properties who do not appear herein as named plaintiffs.

5. To the extent some of the Plaintiffs are already class representatives in *Payton, et al. v. Knauf Gips KG, et al.*, Case No.09-7628 (E.D.La.), *Rogers, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:10-cv-00362 (E.D.La.), *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No. 2:11-cv-00252 (E.D.La.), and/or Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al., Case No. 11-cv-1363 (E.D.La.), they are not participating in the instant complaint as class representatives in the class asserted against Knauf. Such Plaintiffs are participating as class representatives in the instant complaint for non-manufacturing defendants in the chain of distribution for the defective drywall in their homes or other structures.

6. Unless specifically stated to the contrary on Exhibit "A", all Plaintiffs are citizens of the state where they reside and all entities are citizens of the state where they are organized. For those entities, where the state of organization is not listed, it is asserted upon information and belief that the entity is incorporated and/or organized in the state of its principal place of

3

business.

7. Plaintiffs are participating as class representatives in the class and subclass as set forth on Exhibit "A".

8. Each of the plaintiffs are identified on Exhibit "A", which is incorporated herein by reference. Each plaintiff identified on Exhibit "A" is bringing claims against the manufacturing defendants as set forth in Paragraphs 10-22 of this Complaint and any distributor, supplier, importer, exporter, broker, builder, developer, contractor or installer identified in Exhibit "A" by the number corresponding to that defendant on Exhibit "B". Exhibit "B" is incorporated herein by reference. Counsel for each plaintiff are also identified in Exhibits "A" and "C" hereto.

## DEFENDANTS

9. Unless specifically stated to the contrary, all individual defendants are citizens of the state where they do business and all entities are citizens of the state where they are organized. For those entities, where the state of organization is not listed, it is asserted upon information and belief that the entity is incorporated and/or organized in the state of its principal place of business.

10. Defendant GKV is a foreign corporation doing business in several states including but not limited to Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. GKV is an investment holding company owned by members of the Knauf family including Alfons Frederick Knauf, Karl Rudolf Thies, Alfons Jean Knauf, Christine Brigitte Knauf, Karl Heinrich Knauf, Angelika Werhan, Beatrix Knauf, Carlo Knauf, Christiane Knauf, Alexander Heinrich Knauf, Isabel Corinna Knauf, Mathias Knauf, Karl Konstantin Knauf, Phillippe Knauf, Rupert Knauf, Dr. Albrecht Knauf, Beteiligungs GmbH & Company KGI, Lothar Knauf,

4

Nikolaus Knauf, and Baldwin Knauf. GKV is the parent corporation of Defendant Knauf International.

11. Defendant Knauf International is foreign corporation doing business in several states including but not limited to Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Knauf International is a holding company for GKV and the Knauf Group. It is closely related to Knauf Gips. Knauf International is the parent corporation of Defendants Knauf Tianjin, Knauf Wuhu, and Guangdong Knauf.

12. Defendant Knauf Insulation (referred to in MDL 2047 as Knauf Insulation USA and/or Knauf USA) is a foreign corporation with a principal place of business in Shelbyville, Indiana. Upon information and belief, Knauf Insulation is a subsidiary of GKV. Knauf Insulation acted as an agent for Knauf GIPS KG and the Knauf Group lending assistance and participating in the promotion, distribution, marketing, and sale of the drywall at issue in this litigation to American suppliers. Accordingly, Knauf Insulation was responsible for the drywall at issue in the case being imported, distributed, delivered, supplied, inspected, marketed and/or sold. This conduct by Knauf Insulation has resulted in harm and damages to Plaintiffs.

13. Defendant Knauf UK is a foreign corporation doing business in several states including but not limited to Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Knauf UK is involved in the insulation and building material industry. It is associated with GKV, Knauf Gips and the Knauf Group. Knauf UK has participated in the activities and sales of the Knauf Group's drywall manufactured in China and sold in the United States.

14. Defendant Knauf AMF is foreign corporation doing business in several states

5

including but not limited to Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Knauf AMF is involved in the insulation and building material industry. It is associated with GKV, Knauf Gips and the Knauf Group. Knauf AMF has participated in the activities and sales of the Knauf Group's drywall manufactured in China and sold in the United States.

15. Defendant Knauf Brasil is foreign corporation doing business in several states including but not limited to Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Knauf Brasil is involved in the insulation and building material industry. It is associated with GKV, Knauf Gips and the Knauf Group. Knauf Brasil has participated in the activities and sales of the Knauf Group's drywall manufactured in China and sold in the United States.

16. Defendant Knauf Indonesia is foreign corporation doing business in several states including but not limited to Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Knauf Indonesia is involved in the insulation and building material industry. It is associated with GKV, Knauf Gips and the Knauf Group. Knauf Indonesia has participated in the activities and sales of the Knauf Group's drywall manufactured in China and sold in the United States.

17. Defendant Knauf Gips is a German corporation doing business in several States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Knauf Gips is a leading manufacturer of building materials and systems. Knauf Gips, together with its Knauf Group affiliates, including Knauf Tianjin, Knauf Wuhu, and Guangdong Knauf, provides building materials and systems to customers in over 50 countries,

6

including the United States. Upon information and belief, at all times material hereto, Knauf Gips supervised, operated, trained and otherwise exercised control and/or had the right to control the operations of Knauf International, Knauf Insulation, Knauf UK, Knauf Tianjin, Knauf Wuhu, and Guangdong Knauf, and its agents, apparent agents, and employees.

18. Upon information and belief, Knauf Gips, together with its affiliates and/or actual or apparent agents, including Knauf International, GKV, Knauf Insulation, Knauf UK, Knauf Tianjin, Knauf Wuhu, and Guangdong Knauf, manufactured, sold, distributed, marketed and placed within the stream of commerce gypsum drywall with the expectation that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Upon information and belief, Knauf Gips and/or GKV, Knauf International, Knauf Insulation, Knauf UK, Knauf Tianjin, Knauf Wuhu, and Guangdong Knauf have continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is installed in numerous structures in the United States. Knauf Gips and/or GKV, Knauf International, Knauf Insulation, Knauf UK, Knauf Tianjin, Knauf Wuhu, and Guangdong Knauf manufactured and sold, directly and indirectly, to certain suppliers in the United States. Knauf Gips directly controlled through its global family of businesses the importation of problematic Chinese drywall at all times and provided oversight of internal investigations of sales of problematic Chinese drywall.

19. Defendant Knauf Tianjin is a foreign corporation doing business in several States, including but not limited to Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Knauf Tianjin is involved in the manufacturing and sale of gypsum drywall.

Knauf Tianjin is the actual agent and/or apparent agent of GKV, Knauf Gips and Knauf International. Upon information and belief, Knauf Tianjin, individually and/or together with and at the direction and control of its principal, Knauf Gips, manufactured, sold, distributed, marketed and placed within the stream of commerce gypsum drywall with the expectation that the drywall would be purchased by thousands of consumers throughout the United States. Knauf Tianjin and/or the Knauf Group have continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is installed in numerous structures in the United States. Knauf Tianjin and/or the Knauf Group manufactured and sold, directly and indirectly, to certain suppliers in the United States. Representatives of Knauf Tianjin have intentionally directed communications to distributors in the United States, employed American distributors as agents for the company, shipped product intending for it to be distributed in the United States and otherwise engaged in commerce and/or circumstances that the company reasonably expected that it could be hailed into United States Courts.

20. Defendant Knauf Wuhu is a foreign corporation doing business in several States, including but not limited to Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Knauf Wuhu is involved in the manufacturing and/or sale of gypsum drywall. Knauf Wuhu is the actual agent and/or apparent agent of GKV, Knauf Gips and Knauf International. Upon information and belief, Knauf Wuhu manufactured, sold, distributed, marketed or placed within the stream of commerce gypsum drywall with the expectation that the drywall would be purchased by thousands of consumers throughout the United States. Upon information and belief, Knauf Wuhu and the Knauf Group have continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is

installed in numerous structures in the United States. Knauf Wuhu and/or the Knauf Group manufactured and sold drywall, directly and indirectly, to certain suppliers in the United States. Representatives of Knauf Wuhu have intentionally directed communications to distributors in the United States, employed American distributors as agents for the company, shipped product intending for it to be distributed in the United States and otherwise engaged in commerce and/or circumstances that the company reasonably expected that it could be hailed into United States Courts.

21. Defendant Guangdong Knauf is a foreign corporation doing business in several States, including but not limited to Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Guangdong Knauf is involved in the manufacturing and/or sale of gypsum drywall. Guangdong Knauf is the actual agent and/or apparent agent of GKV, Knauf Gips and Knauf International. Upon information and belief, Guangdong Knauf manufactured, sold, distributed, marketed and/or placed within the stream of commerce gypsum drywall with the expectation that the drywall would be purchased by thousands of consumers throughout the United States. Guangdong Knauf and/or the Knauf Group have continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is installed in numerous structures in the United States. Guangdong Knauf and/or the Knauf Group manufactured and sold drywall, directly and indirectly, to certain suppliers in the United States. Representatives of Guangdong Knauf have intentionally directed communications to distributors in the United States, employed American distributors as agents for the company, shipped product intending for it to be distributed in the United States and otherwise engaged in commerce and/or circumstances that the company reasonably expected that it could be hailed into United States

Courts.

22. In 1995, the Knauf Group introduced its advanced production techniques and technology into China through Knauf Gips. From 1997 through 2001, Knauf Gips serviced the investments of Knauf International GmbH in China and established three plasterboard plants which are located in Wuhu, Tianjin and Dongguan. The product quality of all Knauf International's plants in China, including Knauf Tianjin, Knauf Wuhu, and Guangdong Knauf, are strictly controlled according to the requirements of Knauf Gips' headquarters in Germany. Knauf Gips' sales and technical support teams support Knauf International's businesses throughout the world, including Knauf Tianjin, Knauf Wuhu, and Guangdong Knauf in China. Knauf Tianjin, Knauf Wuhu, and Guangdong Knauf and their employees are controlled by and the actual and/or apparent agents of GKV, Knauf Gips, Knauf UK and/or Knauf International, as the Knauf Group acts without regard to corporate formalities.

23. The remaining defendants are identified on Exhibit "B" by name, type of business (i.e., builder, supplier), principal place of business, state of incorporation and address. Each defendant on Exhibit "B" is assigned a number, which number is used to associate that defendant with the plaintiffs bringing claims against it.

## FACTS REGARDING PROBLEMATIC DRYWALL

24. Defendants' drywall is predominately composed of gypsum.

25. In "problematic drywall" (such as that designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, installed, marketed, and/or sold by Defendants herein), sulfur compounds exit the drywall.

26. The sulfur compounds, including Hydrogen Sulfide, Carbonyl Sulfide, and Carbon

10

Disulfide, exit Defendants' drywall and cause rapid sulfidation and damage to personal property (such as air conditioning and refrigerator coils, faucets, utensils, electrical wiring, copper, electronic appliances and other metal surfaces and property).

27. Exposure to the sulfur compounds that exit Defendants' drywall, causes personal injury resulting in eye problems, sore throat and cough, nausea, fatigue, shortness of breath, fluid in the lungs, and/or neurological harm.

28. Although the drywall functions according to its intended purpose as a building component, it is unfit for this purpose due to the damaging side effects and/or because its use is so inconvenient that Plaintiffs would not have purchased Knauf drywall and/or their homes had the side effects been disclosed by Defendants.

29. As a direct and proximate result of Defendants' actions and omissions, Plaintiffs' and the Class Members' structures, personal property, and bodies have been exposed to Defendants' problematic drywall and the harmful effects of the sulfur compounds that exit from Defendants' problematic drywall.

30. Defendants tortiously manufactured, exported, imported, distributed, delivered, supplied, inspected, installed, marketed and/or sold the problematic drywall, which was unfit for its intended purpose and unreasonably dangerous in its normal use in that the drywall caused rapid sulfidation and damage to personal property in Plaintiffs' and Class Members' homes, residences or structures and/or caused personal injury resulting in eye problems, a sore throat and cough, nausea, fatigue, shortness of breath, fluid in the lungs, and/or neurological harm.

31. Defendants recklessly, wantonly, and/or negligently manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed and/or sold the problematic

11

drywall at issue in this litigation. For example, in October 2006, the Knauf Group investigated its smelly drywall by sending the head of Research and Development, Hans-Ulrich Hummel, to inspect several homes in Florida that were reporting complaints. Dr. Hummel provided the findings of his report to several of the principals of the Knauf Group, specifically Isabel Knauf, Baldwin Knauf, Nikolaus Knauf and Hans-Peter Ingenillem. Dr. Hummel concluded that Knauf drywall was defective. Neither Dr. Hummel's report nor its conclusions were ever disclosed to others in the Knauf Group, including the Vice President of Sales and Marketing of Knauf Asia Pacific, the boss responsible for sales of Knauf's Chinese drywall to the United States, nor to any of Knauf customers. The failure to disclose this report or its findings was wanton, wrongful, worrisome and unethical.

32.    Defendants recklessly, wantonly and/or negligently implemented faulty procedures for purposes of formulating, preparing, testing, and otherwise ensuring the quality and/or character of the problematic drywall at issue in this litigation.

33. As a direct and proximate result of Defendants' problematic and unfit drywall and the harmful effects of the sulfur compounds exiting these products, Plaintiffs and Class Members have suffered, and continue to suffer economic harm and/or personal injury.

34. As a direct and proximate result of Defendants' problematic and unfit drywall and the harmful effects of the sulfur compounds exiting these products, the Plaintiffs and the Class Members have suffered, and continue to suffer damages. These damages include, but are not limited to, costs of inspection; costs and expenses necessary to remedy, replace and remove the problematic drywall and other property that has been impacted; lost value or devaluation of their homes, residences or structures and property as a direct result of damage caused to the property

and indirect damage resulting from perceived defects to the property, including stigma damages; loss of use and enjoyment of their home and property; and/or damages associated with personal injuries.

35. As a direct and proximate result of Defendants' problematic and unreasonably dangerous drywall and the harmful effects of the sulfur compounds that exit these products, Plaintiffs and the Class Members have been exposed to harmful sulfur compounds, suffered personal injury, have been placed at an increased risk of disease, and have need for injunctive relief in the form of repair and remediation of their home, recision of contracts, the ordering of emergency/corrective notice, the ordering of testing and monitoring, and/or the ordering of medical monitoring.

## CLASS ACTION ALLEGATIONS

### The Knauf Class

36. The representative Plaintiffs with claims against the Knauf manufacturing defendants assert a class pursuant to Rules 23(a), (b)(1), (b)(2), (b)(3) and/or 23(c)(4) of the Federal Rules of Civil Procedure, on behalf of themselves and those similarly situated, against the Knauf manufacturing defendants for whom they have standing. The designated Plaintiffs in Exhibit "A" define their classes to be as follows:

> All owners and residents (past or present) of real property located in the United States containing problematic Chinese drywall manufactured, sold, distributed, and/or supplied by Knauf.

### The Distributor/Supplier/Importer/Exporter/Broker Subclasses

37. The representative Plaintiffs with claims against a distributor, supplier, importer, exporter, and/or broker identified in Exhibit "A" assert subclasses pursuant to Rules 23(a), (b)(1),

(b)(2), (b)(3) and/or 23(c)(4) of the Federal Rules of Civil Procedure, on behalf of themselves

and those similarly situated, against the distributors/suppliers/importers/exporters/brokers for

whom they have standing. The designated Plaintiffs in Exhibit "A" define their subclasses to be

as follows:

> All owners and residents (past or present) of real property located
> in the United States containing the Knauf problematic drywall that
> was sold, distributed, supplied, marketed, inspected, imported,
> exported, brokered, or delivered by each defendant identified in
> Exhibit "A".

## The Builder/Developer Subclasses

38. The representative Plaintiffs with claims against a builder/developer, identified in

Exhibit "A" assert subclasses pursuant to Rules 23(a), (b)(1), (b)(2), (b)(3) and/or 23(c)(4) of the

Federal Rules of Civil Procedure, on behalf of themselves and those similarly situated, against

the builders/developers for whom they have standing. The designated Plaintiffs in Exhibit "A"

define their subclasses to be as follows:

> All owners and residents (past or present) of real property located
> in the United States containing the Manufacturing Defendants'
> problematic drywall and where each of the defendants identified in
> Exhibit "A" was the builder or developer of the property.

## The Contractor/Installer Subclasses

39. The representative Plaintiffs with claims against a contractor/installer identified in

the Exhibit "A" assert subclasses pursuant to Rules 23(a), (b)(1), (b)(2), (b)(3) and/or 23(c)(4) of

the Federal Rules of Civil Procedure, on behalf of themselves and those similarly situated,

against the contractors/installers for whom they have standing. The designated Plaintiffs in

Exhibit "A" define their subclasses to be as follows:

14

All owners and residents (past or present) of real property located in the United States containing the Knauf Defendants' problematic drywall and where each of the defendants identified in Exhibit "A" was the contractor or installer of the drywall for the property.

**General Class Allegations and Exclusions from the Class Definitions**

40. The following Persons shall be excluded from the Class and Subclasses: (1) Defendants and their subsidiaries, affiliates, officers and employees; (2) all Persons who make a timely election to be excluded from the proposed Class; (3) governmental entities; and (4) the judge(s) to whom this case is assigned and any immediate family members thereof.

41. Upon information and belief, the problematic and unreasonably dangerous drywall in Plaintiffs' homes or other structures was installed in at least hundreds of homes, residences, or other structures owned by Plaintiffs and Class Members. Therefore, the Classes and Subclasses are sufficiently numerous such that the joinder of all members of the Classes and Subclasses in a single action is impracticable.

42. There are numerous common questions of law and fact that predominate over any questions affecting only individual members of the Classes and/or Subclasses. Among these common questions of law and fact are the following:

a.  whether Defendants' drywall products are problematic and/or unfit for their intended purpose;

b.  whether Defendants tortiously manufactured, exported, imported, distributed, delivered, supplied, inspected, installed, marketed, and/or sold problematic drywall products;

c.  whether Plaintiffs are entitled to recover compensatory, exemplary, incidental,

15

consequential, and/or other damages as a result of Defendants' unlawful and tortious conduct; and

d. whether Plaintiffs are entitled to recover injunctive and/or equitable relief as a result of Defendants' unlawful and tortious conduct.

43. The legal claims of named Plaintiffs are typical of the legal claims of other Class and Subclass Members. Additionally, for each of the subclasses that named Plaintiffs seek to participate in, the legal claims of the named Plaintiffs are typical of the legal claims of other Subclass Members. Named Plaintiffs have the same legal interests and need for legal remedies as other Class and/or Subclass Members.

44. Named Plaintiffs are adequate representatives of the Class and Subclasses in which they participate, together with their legal counsel, each will fairly and adequately protect the interests of Class and Subclass Members. Named Plaintiffs have no known conflict with the Class or Subclasses and are committed to the vigorous prosecution of this action.

45. The undersigned counsel are competent counsel experienced in class action litigation, mass torts, and complex litigation involving harmful products. Counsel will fairly and adequately protect the interests of the Classes and/or Subclasses.

46. The various claims asserted in this action are certifiable under the provisions of Federal Rules of Civil Procedure 23(b)(1) because prosecuting separate actions by or against individual Class and/or Subclass members would create a risk of inconsistent or varying adjudications with respect to individual Class and Subclass members that would establish incompatible standards of conduct for the party opposing the Class and Subclass; or adjudications with respect to individual Class and Subclass members that, as a practical matter,

16

would be dispositive of the interests of the other Class and Subclass members not parties to the individual adjudications or would substantially impair or impede their ability to protect their interests.

47. The claims for injunctive relief in this case are certifiable under Fed. R. Civ. P. 23(b)(2). Defendants have acted or refused to act on grounds that apply generally to the Class and/or Subclass, so that final injunctive relief is appropriate respecting the Class and/or Subclass as a whole.

48. A class action is superior in this case to other methods of dispute resolution. The Class and Subclass members have an interest in class adjudication rather than individual adjudication because of their overlapping rights. It is highly desirable to concentrate the resolution of these claims in this single forum because it would be difficult and highly unlikely that the affected Class and Subclass Members would protect their rights on their own without this class action case. Management of the class will be efficient and far superior to the management of individual lawsuits. Accordingly, Plaintiffs' legal claims are properly certified pursuant to Rule 23(b)(3).

49. The issues particularly common to the Class and Subclass members' claims, some of which are identified above, are alternatively certifiable pursuant to Fed. R. Civ. P. 23(c)(4), as resolution of these issues would materially advance the litigation, and class resolution of these issues is superior to repeated litigation of these issues in separate trials.

**COUNT I**
**NEGLIGENCE**
**(Against All Defendants)**

50. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

17

51.  Defendants owed a duty to Plaintiffs and Class Members to exercise reasonable care in a) designing, b) manufacturing, c) exporting, d) importing, e) distributing, f) delivering, g) supplying, h) inspecting, i) installing, j) marketing, and/or k) selling this drywall, including a duty to adequately warn of their failure to do the same.

52.  Defendants knew or should have known that their wrongful acts and omissions would result in harm and damages in the manner set forth herein.

53.  Defendants breached their duty to exercise reasonable care in the designing, manufacturing, exporting, importing, distributing, delivering, supplying, inspecting, marketing, and/or selling this drywall.

54.  Defendants likewise breached their duties to Plaintiffs and Class Members by failing to warn about the problematic nature of the drywall.  Defendants, through the exercise of reasonable care, knew or should have known the nature of the problematic drywall and the adverse effects that it could have on the property and bodies of Plaintiffs and Class Members.

55.  Defendants breached their duty to exercise reasonable care to timely remove and/or recall from the market and/or otherwise prevent the continued contact of Plaintiffs and Class Members with the drywall, upon leaning it had been sold in an unreasonably dangerous condition.

56.  Given the defect in the Defendants' drywall, Defendants knew or should have known that their product could, and would, cause harm, damages and/or personal injuries to Plaintiffs and Class Members.

57.  As a direct and proximate cause of Defendants' acts and omissions, Plaintiffs and Class Members were harmed and have incurred damages and/or personal injuries as described herein.

18

## COUNT II
## NEGLIGENCE PER SE
## (Against All Defendants)

58. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

59. Defendants owed statutory duties to Plaintiffs and Class Members to exercise reasonable care in a) designing, b) manufacturing, c) exporting, d) importing, e) distributing, f) delivering, g) supplying, h) inspecting, I) marketing, and/or j) selling this drywall.

60. Defendants breached their statutory duties to the Plaintiffs and Class Members by failing to exercise reasonable care in a) designing, b) manufacturing, c) exporting, d) importing, e) distributing, f) delivering, g) supplying, h) inspecting, i) marketing, and/or j) selling this drywall.

61. Defendants likewise breached their statutory duties, including but not limited to those imposed under the International Building Code ("IBC") and other State and local Building Codes, to Plaintiffs and Class Members by failing to warn about the problematic nature of the drywall. For instance, it is specifically alleged that Defendants furnished the drywall in violation of ASTMC C 1396/C 1396M-069, and its predecessor(s).

62. Defendants, through the exercise of reasonable care, knew or should have known the nature of the problematic drywall and the adverse effects that it could have on the property and bodies of Plaintiffs and Class Members.

63. Given the problematic nature of Defendants' drywall, Defendants knew or should have known that their product could, and would, cause harm, damages and/or personal injuries to Plaintiffs and Class Members.

64. As a direct and proximate cause of Defendants' acts and omissions, Plaintiffs and Class Members were harmed and have incurred damages and/or personal injuries as described herein.

19

## COUNT III
## STRICT LIABILITY
### (All Defendants)

65. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

66. At all times relevant hereto, Defendants were in the business of distributing, delivering, supplying, inspecting, marketing, and/or selling drywall for sale to the general public.

67. The drywall, including that installed in the homes of Class Members was placed by Defendants in the stream of commerce.

68. Defendants knew that the subject drywall would be used without inspection by consumers.

69. Defendants intended that the drywall reach the ultimate consumers, such as Class Members, and it indeed reached Class Members when it was installed in their homes.

70. When installed in Class Members' homes, the drywall was in substantially the same condition as it was in when Defendants manufactured, sold, and/or delivered it.

71. At all times relevant hereto the subject drywall was used in a manner consistent with the uses intended by, or known to Defendants, and in accordance with the Defendants' directions and instructions.

72. The subject drywall was not misused or altered by any third parties.

73. The Defendants' drywall was improperly manufactured, designed, inspected, tested, marketed, distributed, and sold.

74. The design impropriety was in designing drywall that allows high levels of sulfur compounds to exit the drywall.

75. The manufacturing impropriety was in improperly selecting, testing, inspecting, mining,

20

making, assembling, and using, gypsum for drywall with levels of sulfur compounds that were too high and allow high levels of sulfur compounds to exit the drywall.

76. The drywall was also problematic because it was improperly exported, imported, distributed, delivered, supplied, inspected, marketed, and/or sold in a unacceptable condition, as described above.

77. The Defendants' negligence in manufacturing, designing, inspecting, testing, marketing, distributing, and selling of the drywall rendered it unsafe and unreasonably dangerous for its intended use and to Class Members.

78. The drywall is also problematic and unreasonably dangerous because Defendants failed to adequately warn and instruct Class Members of their negligent design, inspection, testing, manufacturing, marketing, and selling of the drywall.

79. Class Members were unaware of the unreasonably dangerous propensities and problematic condition of the drywall, nor could Class Members, acting as reasonably prudent people discovery that Defendants' drywall was problematic, as set forth herein, or perceive its danger.

80. Defendants' problematic drywall was much more dangerous and harmful than expected by the average consumer and by Class Members.

81. Defendants' problematic drywall benefit to Class Members, if any, was greatly outweighed by the risk of harm and danger to them.

82. The harmful and dangerous propensities of the drywall, as well as Defendants' failure to adequately warn Class Members of these propensities rendered the drywall unreasonably dangerous and was the direct and proximate cause of damages and/or personal injuries to Class Members.

21

## COUNT IV
## BREACH OF EXPRESS AND/OR IMPLIED WARRANTIES
### (All Defendants)

83. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

84. Defendants and/or their agents were in privity with Plaintiffs and Class Members and/or Plaintiffs and Class Members were foreseeable third party beneficiaries of any warranty.

85. At the times Defendants utilized, supplied, inspected, and/or sold this drywall for use in structures owned by Plaintiffs and Class Members, Defendants knew, or it was reasonably foreseeable, that the drywall would be installed in structures owned by Plaintiffs and Class Members for use as a building material, and expressly or impliedly warranted the product to be fit for that use.

86. Defendants placed their drywall products into the stream of commerce in a problematic condition and these products were expected to, and did, reach users, handlers, and persons coming into contact with said products without substantial change in the condition in which they were sold.

87. Although the drywall functions according to its intended purpose as a building component, it is unfit, problematic as alleged in Paragraph 28 and not merchantable for this purpose due to the damaging side effects and/or because its use is so inconvenient that Plaintiffs would not have purchased their homes had the side effects been disclosed by Defendants.

88. The Defendants breached their warranty because the drywall was not fit and safe for the particular purposes for which the goods were required (to be installed in structures owned by Plaintiffs and Class Members as a building material) due to the problems set forth herein.

89. Defendants had reasonable and adequate notice of the Plaintiffs' and the Class Members' claims for breach of warranty and failed to cure.

22

90. As a direct and proximate cause of Defendants' breach of warranties, Plaintiffs and Class Members have incurred harm and damages and/or personal injuries as described herein.

### COUNT V
**BREACH OF THE IMPLIED WARRANTY OF FITNESS AND MERCHANTABILITY PURSUANT TO FLORIDA STATUTES SECTION 718.203**
**(On Behalf of Plaintiffs Who Own Condominiums in the State of Florida)**
**(Against Builders Only)**

91. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

92. Subclass Members who own condominiums in Florida, are owners of condominiums as that term is defined by Florida Statutes section 718.503.

93. Such Subclass Members, as owners, are entitled to the benefit of the statutory warranties of fitness and merchantability pursuant to Florida Statutes section 718.203.

94. Each of the builders who are subject to this claim are developers, as defined by Florida Statutes section 718.203(16), as they created condominiums or offered condominiums for sale in the ordinary course of business.

95. Pursuant to Florida Statutes section 718.203(1)(a-e), each of the builders who are subject to this claim is deemed to have granted Subclass Members, who own condominiums in Florida, an implied warranty of fitness and merchantability for the purposes or uses as follows:

    a. As to each unit, a warranty for 3 years commencing with the completion of the building containing the unit.

    b. As to the personal property that is transferred with, or appurtenant to, each unit, a warranty which is for the same period as that provided by the manufacturer of the personal property, commencing with the date of closing of the purchase or the date of possession of the unit, whichever is earlier.

23

c. As to all other improvements for the use of unit owners, a 3 year warranty commencing with the date of completion of the improvements.

d. As to all other personal property for the use of unit owners, a warranty which shall be the same as that provided by the manufacturer of the personal property.

e. As to the roof and structural components of a building or other improvements and as to mechanical, electrical, and plumbing elements serving improvements or a building, except mechanical elements serving only one unit, a warranty for a period beginning with the completion of construction of each building or improvement and continuing for 3 years thereafter or 1 year after owners other than the developer obtain control of the association, whichever occurs last, but in no event more than 5 years.

96. At all times relevant hereto, routine maintenance was performed by Subclass Members and/or the builders who are subject to this claim or by an association controlled by such builders.

97. At the times the builders who are subject to this claim installed, utilized, supplied, inspected, and/or sold drywall for use in the Subclass Members' homes, the builders knew, or it was reasonably foreseeable, that the drywall would be installed in the Subclass Members' homes for use as a building material, and warrantied the product be fit and merchantable for that use.

98. Defendants' drywall product was placed into the stream of commerce by the builders who are subject to this claim in a problematic condition and was expected to, and did, reach users, handlers, and persons coming into contact with said product without substantial change in the condition in which it was sold.

99. Although the drywall functions according to its intended purpose as a building component, it is unfit, problematic as alleged in paragraph 28 and not merchantable for this purpose

24

due to the damaging side effects and/or because its use is so inconvenient that Plaintiffs would not have purchased their homes had the side effects been disclosed by Defendants.

100. The builders who are subject to this claim breached the implied warranty of merchantability and fitness because the drywall was not fit to be installed in Subclass Members' homes as a building material due to the defects set forth herein.

101. The builders who are subject to this claim had reasonable and adequate notice of the Subclass Members' claims for breach of implied warranty of fitness and merchantability and failed to cure.

102. As a direct and proximate cause of the builders' breach of the warranties under Florida Statutes section 718.203, Subclass Members have incurred harm and damages and/or personal injuries as described herein.

<u>COUNT VI</u>
**BREACH OF THE IMPLIED WARRANTY OF HABITABILITY**
**(Against Builders Only)**

103. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

104. The Builder Defendants were in direct contractual privity with their Subclass Members.

105. The drywall that the Builder Defendants installed in the homes of Subclass Members was placed into the stream of commerce by the Builder Defendants in a problematic condition and was expected to, and did, reach users, handlers, and persons coming into contact with said drywall product without substantial change in the condition in which it was sold.

106. Certain Subclass Members bought their homes containing problematic drywall based upon the judgment of the Builder Defendants.

25

107. The Builder Defendants breached the implied warranty of habitability because the problematic drywall causes Subclass Members homes not be meet ordinary, normal standards reasonably to be expected of living quarters of comparable kind and quality due to the defects set forth herein.

108. The Builder Defendants had reasonable and adequate notice of the claims of the Subclass Members for breach of implied warranty of habitability and failed to cure.

109. As a direct and proximate cause of the Builder Defendants' breach of the implied warranty of habitability, Plaintiffs and Subclass Members have incurred harm and damages and/or personal injuries as described herein.

**COUNT VII**
**BREACH OF CONTRACT**
**(Against Builders Only)**

110. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

111. As part of the agreements to purchase real properties from the Builder Defendants, for which Subclass Members paid valuable consideration, the Builder Defendants contracted with Subclass Members to construct homes that would be free of defects.

112. The Builder Defendants materially breached their contracts by providing Subclass Members with homes containing the problematic drywall; to wit, sulfur compounds exit the drywall and cause harm and damage as described herein.

113. As a direct and proximate cause of the Builder Defendants' breach of contract, Plaintiffs and Subclass Members have incurred harm and damages as described herein.

## COUNT VIII
## VIOLATION OF THE LOUISIANA NEW HOME WARRANTY ACT
### (on Behalf of Plaintiffs Who Own Homes in the State of Louisiana)
### (Against Louisiana Builders Only)

114. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

115. The Louisiana New Home Warranty Act provides protection to owners of homes against builders in connection with the construction of the homes.

116. For each applicable subclass, every subclass plaintiff is an "owner," as that term is defined by LSA-R.S. 9:3143(3), who is asserting a claim under the New Home Warranty Act against their "builder," as that term is defined by LSA-R.S. 9:3143(1).

117. Implicit in every Builder Defendant's building contract is the requirement that the work to be completed be performed in a workmanlike manner that is free from defects in material and workmanship.

118. Each of the Builders who are subject to this claim violated their duties to Plaintiffs and Class Members since the drywall they used is harmful and problematic for the reasons set forth above.

119. Given the problematic nature of the drywall, the Builders knew or should have known that their product could, and would, cause harm, damages and/or personal injuries to Plaintiffs and Class Members.

120. As a direct and proximate cause of the Builders' acts and omissions, Plaintiffs and Class Members were harmed and have incurred damages and/or personal injuries as described herein.

## COUNT IX
## REDHIBITION
### (By Louisiana Plaintiffs Against All Defendants)

121. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

122. The drywall manufactured, distributed and/or sold by Defendants was not reasonably fit for its ordinary and intended purpose as alleged in paragraph 28 above.

123. Defendants are therefore liable to Louisiana Plaintiffs for all damages reasonable in the premises, in accordance with La. Civ. Code art. 2524.

124. In addition, or in the alternative, the drywall manufactured, distributed and/or sold by Defendants contained redhibitory defects, in that, at the time of delivery, the propensity to allow sulfur compounds to exit the drywall renders the drywall so useless and/or inconvenient that it must be presumed that Plaintiffs would not have purchased the drywall had they known of the redhibitory defect or defects.

125. In the alternative, the defects are redhibitory defects in that, while not rendering the drywall totally useless, diminish the drywall's use and/or value to such an extent that it must be presumed that the buyer would have bought it, but for a lesser price.

126. The Manufacturing Defendants are conclusively presumed to know of the defects in the drywall manufactured by them.

127. In addition, it is believed and alleged that All Defendants knew of the defects in the drywall at the time the drywall was delivered and/or sold.

128. Defendants have had numerous opportunities to repair and/or replace the drywall and associated fixtures and/or building components and have failed to do so; in addition, and/or in the alternative, such requests have been, would have been and/or would be futile; Manufacturing

28

Defendants and/or Distributor Defendants are, moreover, deemed to be placed on notice when notice is provided to Builder Defendants (and/or Distributor Defendants); and All Defendants, in addition, or alternatively, had actual knowledge of the problems in the drywall and the need for replacement, remediation and/or repair.

129.   All Defendants are therefore liable to all Louisiana Plaintiffs for a return of the purchase price, (with interest from the time it was paid), reimbursement of the reasonable expenses occasioned by the sale and those incurred for the preservation of the drywall and associated items, for damages, and for reasonable attorneys' fees, in accordance with La. Civ. Code art. 2545.

130.   In the alternative, to the extent that any Distributor Defendant and/or Builder Defendant did not know of the defects in the drywall at the time of delivery and/or sale, those defendants are liable to Louisiana Plaintiffs to repair, remedy or correct the defect; and/or, if unable to do so, for a return of the purchase price, (with interest from the time it was paid), reimbursement of the reasonable expenses occasioned by the sale, and those expenses incurred for the preservation of the drywall and associated items, in accordance with La. Civ. Code art. 2531.

**COUNT X**
**LOUISIANA PRODUCTS LIABILITY ACT**
**(Manufacturing Defendants)**
**(Pleaded in the Alternative Against Distributor Defendants)**

131.   Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

132.   In addition to any and all damages, attorneys fees and other remedies made available to Louisiana Plaintiffs under the warranty of fitness and/or warranty against redhibitory defects, the Manufacturing Defendants are liable to Louisiana Plaintiffs under the Louisiana Products Liability Act, ("LPLA"), La. R.S. 9:2800.51, *et seq.*

133. The LPLA is also pleaded in the alternative with respect to any Distributor Defendant who might be considered a "manufacturer" under La. R.S. 9:2800.53(1)(a) (labels or otherwise holds the drywall out as his own), 9:2800.53(1)(b) (exercises control over or influences a characteristic of the drywall causing damage), 9:2800.53(1)(c) (the manufacturer of a product which contains the drywall as a component part), and/or 9:2800.53(1)(d) (a seller of a product of an alien manufacturer where the seller is in the business of importing or distributing the drywall for resale and is the *alter ego* of the alien manufacturer).

134. The Manufacturing Defendants, upon information and belief, expressly warranted that the drywall they manufactured and sold was guaranteed to be free from defects in materials and workmanship.

135. The Manufacturing Defendants, upon information and belief, expressly warranted that the drywall was manufactured in accordance with ASTM C36.

136. The drywall at issue is, in all cases, unreasonably dangerous by virtue of the unreasonable emission of sulfur compounds which do not in any way contribute to or enhance the utility of the drywall, yet pose a risk to the wiring, plumbing, appliances, personal property, overall economic value of the property and financial security of the owner, and/or the health of the residents of the property.

137. At all times pertinent and material hereto, there existed alternative feasible manufacturing processes and/or designs of drywall which perform all of the functions and utility of traditional drywall, without allowing unreasonable levels of sulfur compounds to exit the drywall.

138. At all times pertinent and material hereto, Manufacturing Defendants (and/or Distributer Defendants who may be considered "manufacturers" under the LPLA) knew that their

drywall was unreasonably dangerous and/or problematic as set forth herein.

139. In the alternative, Manufacturing Defendants (and/or Distributer Defendants who may be considered "manufacturers" under the LPLA) should have, at all times pertinent and material hereto, known of the unreasonably dangerous and/or problematic characteristics and/or conditions, had they reasonably employed then-existing scientific and/or technical knowledge, reasonable testing, and/or other reasonable and then-accepted methods of quality assurance and/or quality control.

140. Defendants' drywall is unreasonably dangerous in composition or construction in that, at the time it left Defendant's control, it deviated in a material way from Defendant's own specifications or performance standards.

141. In addition, and in the alternative, Defendants' drywall is unreasonably dangerous in design, in that, at the time the drywall left Defendant's control, there existed an alternative design for the product that was capable of preventing Plaintiffs' damage, and the likelihood of causing the plaintiffs' damage and the gravity of that harm outweighed the burden (if any) on the Defendant in adopting such alternative design and the adverse effect (if any) on the utility of the drywall.

142. In addition, and in the alternative, Defendants' drywall is unreasonably dangerous in that it fails to conform to an express warranty about the product which induced the use of the product and caused damage to Plaintiffs to the extent that the warranty was untrue.

143. In addition, and in the alternative, Defendants' drywall is unreasonably dangerous due to an inadequate warning, in that, at the time the drywall left Defendant's control, the drywall possessed a characteristic that might cause damage and yet Defendant failed to use reasonable care to provide an adequate warning of such characteristics and/or dangers to users and/or handlers of the drywall.

144. Defendants are therefore liable to Louisiana Plaintiffs for all damages reasonable in the

premises.

## COUNT XI
## PRIVATE NUISANCE
### (All Defendants)

145.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

146.  The Defendants' tortious or wrongful acts or omissions have caused sulfur compounds and/or other chemical leaching into structures owned by Plaintiffs and Class Members which has unreasonably interfered, and continues to interfere, with the Plaintiffs' and Class Members' use and enjoyment of their properties and caused them harm and damage as discussed herein.

147.  Defendants' interference has impaired the rights of Plaintiffs' and Class Members' health, comfort, safety, free use of their property, and/or peaceful enjoyment of their property.

148.  Defendants' invasions were intentional and unreasonable, and/or unintentional but otherwise negligent or reckless.

149.  The interference with Plaintiffs' and Class Members' use of their property caused by Defendants is substantial and is ongoing.

150.  Defendants' private nuisance was the direct, proximate, and foreseeable cause of Plaintiffs' and Class Members' damages, injuries, harm, loss, and increased risk of harm, which they suffered and will continue to suffer.

151.  As a direct and proximate cause of Defendants' creation of a private nuisance, Plaintiffs and Class Members have incurred harm and damages and/or personal injuries as described herein.

## COUNT XII
## UNJUST ENRICHMENT
### (All Defendants)

152.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

32

153. Defendants received money as a result of Plaintiffs' and Class Members' purchases of Defendants' problematic drywall, or purchases of structures containing this drywall, either directly or through an agent, and Defendants wrongfully accepted and retained these benefits to the detriment of Plaintiffs and Class Members.

154. Defendants' acceptance and retention of these benefits under the circumstances make it inequitable and unjust for Defendants to retain the benefit without payment of the value to the Plaintiffs and the Class Members.

155. Defendants, by the deliberate and tortious conduct complained of herein, have been unjustly enriched in a manner which warrants restitution.

## COUNT XIII
## VIOLATION OF CONSUMER PROTECTION ACTS
### (All Defendants)

156. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

157. This is an action for relief under the various Consumer Protection Acts of the jurisdictions in which affected properties are present, including but not limited to, L.SA-R.S. 51:1401, *et seq.* (Louisiana Unfair Trade Practices and Consumer Protection Law); Ala. Code 1975 § 8-19-1, *et seq.* (Alabama Deceptive Trade Practices Act); G.S. § 75-1.1, *et seq.* (North Carolina Consumer Protection Act); F.S. § 501.201, *et seq.* (Florida Deceptive and Unfair Trade Practices Act); Va. Code. Ann. § 59.1-196, *et seq.* (Virginia Consumer Protection Act); Tex. Bus. Com. Code Ann. § 17.41, *et seq.* (Texas Deceptive Trade Practices-Consumer Protection Act); Miss. Code Ann. § 75-24-1, *et seq.* (Mississippi Consumer Protection Act).

158. The Defendants' acts and omissions as well as their failure to use reasonable care in this matter as alleged in this complaint, including but not limited to, the knowing misrepresentation or

33

failure to disclose the source, affiliation, origin, characteristics, ingredients, standards and quality of problematic drywall constitute violation of the provisions of the Consumer Protection Acts of the Relevant States.

159.  Plaintiffs and Class Members have suffered actual damages as a result of Defendants' violation of these Consumer Protection Acts and are entitled to relief.

160.  As a direct and proximate cause of Defendants' violations of the Consumer Protection Acts of the Relevant States, Plaintiffs and Class Members have incurred harm and damages as described herein.

**COUNT XIV**
**EQUITABLE AND INJUNCTIVE RELIEF AND MEDICAL MONITORING**
**(All Defendants)**

161.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

162.  Plaintiffs and the Class Members are without adequate remedy at law, rendering injunctive and other equitable relief appropriate.

163.  Plaintiffs and the Class Members will suffer irreparable harm if the Court does not render the injunctive relief and medical monitoring relief set forth herein, and if defendants are not ordered to recall, buy back, rescind, and/or repair the structures owned by Plaintiffs and Class Members.

164.  Plaintiffs, on behalf of themselves and all others similarly situated, demand injunctive and equitable relief and further, that defendants be ordered to: (1)  to buy back or rescind the contracts for Plaintiffs' and Class Members' homes or other structures, or  in the alternative, remediate, repair and/or replace the drywall in such structures upon proof by the defendants of the feasibility of such remedy or repair; (2) cease and desist from misrepresenting to the Class and the

34

general public that the drywall is not problematic and/or unreasonably dangerous as alleged herein; (3) institute, at their own cost, a public awareness campaign to alert the Class and general public of the harm and dangers associated with the drywall; and (4) create, fund, and support a medical monitoring program.

165. Until Defendants' problematic drywall has been removed and remediated, Defendants must provide continued air monitoring in the structures owned by Plaintiffs and Class Members.

166. Plaintiffs and Class Members have been exposed to greater than normal levels of sulfur compounds as a result of exposures to Defendants' problematic and unfit drywall and have suffered personal injuries as a result.

167. The sulfur compounds which exit from the Defendants' drywall and to which Plaintiffs and Class Members have been exposed are proven unreasonably dangerous.

168. Plaintiffs' and Class Members' exposures were caused by the Defendants' negligent or otherwise tortious conduct.

169. Plaintiffs' and Class Members' exposure may lead to serious health problems, diseases, and medical conditions that may be prevented by timely medical diagnosis and treatment.

170. The method and means for diagnosing the Plaintiffs' and Class Members' potential medical problems are well accepted in the medical and scientific community and will be of great benefit to the Plaintiffs and Class Members by preventing or minimizing health problems that they may encounter as a result of the problematic and unfit drywall.

171. As a proximate result of their exposure to sulfide and other noxious compounds from Defendants' problematic and unfit drywall, Plaintiffs and Class Members have developed a significantly increased risk of contracting a serious latent disease.

35

172. Monitoring procedures exist that make the early detection of any latent disease possible that are different from those normally recommended in the absence of the exposure.

173. The prescribed monitoring regime is reasonably necessary according to contemporary scientific principles.

### DEMAND FOR JURY TRIAL

Plaintiffs, individually and on behalf of the Class and Subclass Members, hereby demand a trial by jury as to all issues so triable as a matter of right.

### PRAYER FOR RELIEF

WHEREFORE Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

     a.     an order certifying the case as a class action;

     b.     an order certifying the Class and each of the Subclasses;

     c.     an order appointing Plaintiffs as the Class Representatives of the Class;

     d.     an order appointing undersigned counsel and their firms as counsel for the Class;

     e.     compensatory and statutory damages;

     f.     punitive damages as allowed by law;

     g.     pre and post-judgment interest as allowed by law;

     h.     injunctive relief;

     I.     an award of attorneys' fees as allowed by law;

     j.     an award of taxable costs; and

     k.     any and all such further relief as this Court deems just and proper.

Respectfully submitted,

Dated: 9/20/2011

Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

37

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com


Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com


Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com


Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

38

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com


### COUNSEL FOR INDIVIDUAL PLAINTIFFS ARE SET FORTH
### ON EXHIBIT "A"[2]

---

[2]Attached hereto as Exhibit "C" is the contact information for each plaintiff's counsel and pro se plaintiff.

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, e by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the pu the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

39987491

Sep 23 2011
9:54AM

## I. (a) PLAINTIFFS
Dorothy Arndt, individually, and on behalf of all others similarly situated

## DEFENDANTS
Gebrueder Knauf Verwaltungsgesellschaft, KG, et al

(b) County of Residence of First Listed Plaintiff **State of Florida**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **D/B in numerous states**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Russ M. Herman, Esq./Leonard A. Davis, Esq., Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113, 504-581-4892

Attorneys (If Known)

11-2349 1
SECT. L MAG. 2

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☒ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Sec. 1332(d)(2), CAFA, 28 USC Sec. 1711, 28 USC Sec. 1367, 28 USC Sec. 1391(b)(1)-(2) and (c)
Brief description of cause:
Chinese Drywall

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 5,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE Eldon E. Fallon
DOCKET NUMBER MDL 2047

DATE
09/20/2011

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

Case 2:11-cv-02349-EEF-JCW   Document 1-2   Filed 09/20/11   Page 1 of 52

| | Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al. | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants** | | | | | | |
| | **Plaintiff(s)** | **Current Address of plaintiff(s)** | **Property Address if Different from Current Address** | **Firm(s) representing Plaintiff(s) and Address(es) of Firm(s)** | **Builder Defendant** | **Contractor/ Installer Defendant – Should not be the same as the builder defendant** | **Distributor / Exporter/ Importer/ Broker Defendants** |
| 1. | Arndt, Dorothy | 118 N.W. Lawton Road Port St. Lucie, FL 34986 | | Allison Grant, P.A. | | | |
| 2. | Bill Daly Insurance Agency | 10235 W. Sample Road #203 Coral Springs, FL 33065 | 471 N.W. Prima Vista Blvd. Port St. Lucie, FL 34986 | Allison Grant, P.A. | Hawkeye Construction (62) | | |
| 3. | Bruno, Gerald, Jr. | 114 N.W. Lawton Road Port St. Lucie, FL 34986 | | Allison Grant, P.A. | | | |
| 4. | Conway Centre, LLC | c/o White Company 1600 S. Brentwood #770 St. Louis, MO 63144 | 1629 Port St. Lucie Blvd. Port St. Lucie, FL 34952 | Allison Grant, P.A. | Arif Parupia (9) | | |
| 5. | Errington, Nicole | 4553 Bradbury Port St. Lucie, FL 34953 | | Allison Grant, P.A. | Louran Builders, Inc. (78) | | |
| 6. | Goodman, Roy and Claudia | 9440 Eden Manor Parkland, FL 33076 | | Allison Grant, P.A. | | | |
| 7. | Hollander, Michael | 5697 S.W. 103 Avenue Cooper City, FL 33328 | | Allison Grant, P.A. | | F. Vicino and Company, Inc. (47) | |
| 8. | Mangiapane, Russ and Michelle | 32673 Lone Pine Drive Westland, MI 48185 | 2116 N. San Mateo Drive North Port, FL 34288 | Allison Grant, P.A. | Gulfstream Development Group, LLC (60) | | |
| 9. | Mardan 1 LLC | 3177 S.W. Solitare Palm Drive Palm City, FL 34990 | 905 Willoughby Trace Stuart, FL 34997  911 Willoughby Trace Stuart, FL 34997 | Allison Grant, P.A. | | TTT Enterprises, Inc. (115) | |
| 10. | Rodriguez, Duviel and Ingrid | 1949 SW Iadaho Lane Port St. Lucie, FL 34953 | 2182 S.W. Algiers Street Port St. Lucie, FL 34953 | Allison Grant, P.A. | | Farthing Motorsports Enterprises, Inc. d/b/a Star Drywall Inc. (48) | |
| 11. | Rothstein, Mark and Lillian | 116 N.W. Lawton Road Port St. Lucie, FL 34986 | | Allison Grant, P.A. | | | |

Sep 23 2011 9:54AM



Case 2:11-cv-02349-EEF-JCW   Document 1-2   Filed 09/20/11   Page 2 of 52

*Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant – Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 12. | RST Properties, LLC | 910 Summerbrook Lane Signal Mountain, TN 37377 | 616 SW 8th Avenue Fort Lauderdale, FL 33315<br><br>618 SW 8th Avenue Fort Lauderdale, FL 33315 | Allison Grant, P.A. | 616, L.L.C. (1) | | |
| 13. | Sandler, Rochelle and Campeas, Joseph | 538 Grove Street Upper Montclair, NJ 07043 | 101 Natures Way Unit 1303 Rotunda West, FL 33947 | Allison Grant, P.A. | Canino Construction, Inc. (27) | Carmen P Pacinelli Drywall Inc. (28) | L&W Supply Corp. d/b/a Seacoast Supply (70) |
| 14. | Singh, Vasudeva | 101-10 222 Street Queens Village, NY 11429 | 2242 SE Friendship Street Port St. Lucie, FL 34952 | Allison Grant, P.A. | Paramount Quality Homes Corp. (91) | | |
| 15. | Tress, August and Ingrid | 6319 43rd Court E Sarasota, FL 34243 | | Allison Grant, P.A. | | | |
| 16. | Trinchitella, Michael and Vincensina | 120 N.W. Lawton Road Port St. Lucie, FL 34986 | | Allison Grant, P.A. | | | |
| 17. | Cabrera, Kristen and Jose | 209 N.W. 5th Avenue Cape Coral, FL 33993 | | Allison Grant, P.A. | First Home Builders of Florida I, LLC (50) | | |
| 18. | Sanchez, Franklin and Milagros | 1209 Diplomat Parkway E (Unit 4) Cape Coral, FL 33993 | | Allison Grant, P.A. | Baywood Construction, inc. (15) | Siesta Bay Custom Homes, LLC (103) | |
| 19. | Weisfeld, Robert and Weinstein, Wendy | 2711 N.E. 3rd Street Pompano Beach, FL 33062 | | Allison Grant, P.A. | | O.C.D. of S. Florida, Inc. (89) | |
| 20. | Harris, Loleta | 152 Monterra Point Fresno, TX 77595 | | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | | | |
| 21. | Alonso, Frenando and Kim | 1807 N.E. 27th Drive Wilton Manors, FL 33306 | 23 SW 6th Court Pompano Beach, FL 33060 | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Orchid Grove, LLC (90) | | |

*Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant – Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 22. | Alvarado, Jose and Sanchez, Maria | Colonia Tara Bloque 12 Casea 2 San Pedro Sula, Honduras CA | 219 NW 12th Avenue Unit(s) 411, 511 and 611 Miami, FL 33128 | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85) Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |
| 23. | Amalfi Investments | 444 Brickell Avenue, Suite 224 Miami, FL 33131 | 219 NW 12th Avenue Unit(s) 402, 406, 606 and 610 Miami, FL 33128 | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85) Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |
| 24. | Arzate, Rigoberto and Regina | 228 22nd Street Huntington Beach, CA 92648 | 458 NW Dover Court Port St. Lucie, FL  34983 | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | | | |
| 25. | Bailey, Sophia | 7380 NW 38th Court Lauderhill, FL 33319 | 3584 NW 14th Court Lauderhill, FL 33313 | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Centerline Home at Georgetown, LLC (30) | United Framers, Inc. (117) | |
| 26. | Bare, William and Dottie | 17002 Everett Oak Lane Houston, TX 77095 | | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | | | |
| 27. | Bennett, Miriam | 219 NW 12th Avenue Unit 409 Miami, FL 33128 | | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85) Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |
| 28. | Bennett, Randy | 219 NW 12th Avenue Unit 408 Miami, FL 33128 | | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85) Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |

| | Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al. | | | | | | |
|---|---|---|---|---|---|---|---|
| | Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants | | | | | | |
| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant – Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
| 29. | Cardenas, Albert | 219 NW 12th Avenue Unit 801 Miami, FL 33128 | | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85) Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |
| 30. | Contipelli, Bruno | 219 NW 12th Avenue Unit 710 Miami, FL 33128 | | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85) Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |
| 31. | Cuellar, Johnny | 325 S. Biscayne Blvd. #1123 Miami, FL 33131 | 219 NW 12th Avenue Unit(s) 804 and 1011 Miami, FL 33128 | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85) Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |
| 32. | Garcia, Joaquin | 219 NW 12th Avenue Unit 605 Miami, FL 33128 | | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85) Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |
| 33. | Garcai, Ricardo and Abrahante, Marisol | 1502 SW Leisure Lane Port St. Lucie, FL 34953 | | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Star Homes, LLC (107) | | |
| 34. | Gongi Properties, Inc. | 2151 Zelda Drive NE Atlanta, GA 30345 | 219 NW 12th Avenue Unit 812 Miami, FL 33128 | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85) Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |

| | Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al. | | | | | | |
|---|---|---|---|---|---|---|---|
| | Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants | | | | | | |
| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant – Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
| 35. | Gonzalez, Reinaldo and Matilde de | 16491 Blatt Blvd. #104 Weston, FL 33327 | 219 NW 12th Avenue Unit 912 Miami, FL 33128 | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85) Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |
| 36. | Gordon, Merle | 1135 E 81st Street Brooklyn, NY 11236 | 308 Cimarron Court Kissimmee, FL 34759 | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Avatar Properies, Inc. (11) | | |
| 37. | Hernandez, Nataly | 9349 NW 50th Doval Circle North Doral, FL 33178 | 219 NW 12th Avenue Unit 902 Miami, FL 33128 | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85) Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |
| 38. | Higginbotham, Brian | 27766 Lakeshore Drive Walker, LA 70785 | | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | | | |
| 39. | Logan, Keisa Diane | 6627 Romsley Lane Houston, TX 77049 | | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | | | |
| 40. | Lopez, John | 33014 Greenfield Forest Houston, TX 77354 | | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | | | |
| 41. | Los Balsamos Investments, Inc. | 219 NW 12th Avenue Units 502, 911 and 1014 Miami, FL 33128 | | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85) Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | *Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* | | | | |
| | | | Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants | | | | |
| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant – Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
| 42. | McCoy, Clyde and Anne | 219 NW 12th Avenue Unit 601 and 612 Miami, FL 33128 | | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85) Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |
| 43. | Orellana, Florinda and Mejia, Jose | 219 NW 12th Avenue Unit 706 Miami, FL 33128 | | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85) Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |
| 44. | Pangeni, Basant | 219 NW 12th Avenue Unit 914 Miami, FL 33128 | | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85) Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |
| 45. | Pavlo, Lydia and Anthony | 281 NW 42nd Avenue Coconut Creek, FL 33066 | 2421 NE 65th Street Unit 2-109 Ft. Lauderdale, FL 33308 | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | BJ&K Condo Construction, Inc. (21) Sixty Fifth And One, LLC (106) | Caceres Drywall Corp. (26) | |
| 46. | Quintero, Eduardo | 219 NW 12th Avenue Units 805 and 1005 Miami, FL 33128 | | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85) Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |
| 47. | Rocha, Reinaldo | 410 NW 18th Court Miami, FL 33125 | 219 NW 12th Avenue Unit 905 Miami, FL 33128 | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85) Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |

*Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant – Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 48. | San Lorenzo, J&H | 275 NE 18th Street 6th Floor, Mgt. Office Miami, FL 33132 | 219 NW 12th Avenue Unit 906 Miami, FL 33128 | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85) Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |
| 49. | San Lorenzo Condominium Association | 219 NW 12th Avenue Unit 703 Miami, FL 33128 | | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85) Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |
| 50. | Smith, Terry and Irvin | 394 SW Tulip Blvd. Port St. Lucie, FL 34953 | | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Majestic Custom Homes & Realty, Inc. (79) | | |
| 51. | Stanley, Robin and Renee | 1320 Day Gap Road Cullman, AL 35057 | | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | | | |
| 52. | Suppan, Jordan | 16 Commonwealth Apt. 9 Boston, MA 02116 | 219 NW 12th Avenue Unit 509 Miami, FL 33128 | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85) Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |
| 53. | Sweet Pea Iny, Inc. | 950 Bricbell Bay Drive #2610 Miami, FL 33131 | 219 NW 12th Avenue Unit 502 Miami, FL 33128 | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85) Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |
| 54. | Totev, Tihomir | 25 Broad Oaks Court Ottawa, ON K2E7C7 | 3592 NW 16th Court Lauderhill, FL 33311 3600 NW 16th Court Lauderhill, FL 33311 | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Centerline Home at Georgetown, LLC (30) | United Framers, Inc. (117) | |

*Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant – Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 55. | Town Brickell Group, LLC | 2050 Coral Way Suite 400 Miami, FL 33145 | 219 NW 12th Avenue Unit 505 Miami, FL 33128 | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85)  Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |
| 56. | Tumanik, Tatyana | 8929 NW Ryan Street Portland, OR 97229 | 219 NW 12th Avenue Unit 704 Miami, FL 33128 | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85)  Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |
| 57. | Turner, Jennifer | 5603 Savannah Woods Rosharon, TX 77583 | | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | | | |
| 58. | Vazques, Simone | 3060 Matilda Street Miami, FL 33133 | 3183 Oak Lawn Avenue Miami, FL 33133 | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | | | |
| 59. | Williams, Susan | 27645 Fairhope Meadow Lane Kingwood, TX 77393 | | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | | | |
| 60. | Zakharia, Alex | 245 Harbor Drive Key Biscayne, FL 33149 | 219 NW 12th Avenue Unit 1007 Miami, FL 33128 | Baron & Budd, P.C. Alters Law Firm Allison Grant, P.A. | Milton Construction Company (85)  Beta Credit Management, LLC (18) | JVP Drywall & Finish, Inc. (68) | |
| 61. | G.A.C. Enterprises, Inc. | 6005 Argonne Blvd. New Orleans, LA 70124 | 6670-72 Vicksburg Street New Orleans, LA 70124 | Barrios, Kingsdorf & Casteix, LLP | | | |
| 62. | Schultz, Michael and Kimberly | 18648 Highway 40 Covington, LA 70435 | 234 Mattingly Lane Madisonville, LA 70447 | Barrios, Kingsdorf & Casteix, LLP | | | |

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant - Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| | | | | *Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* | | | |
| | | | | Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants | | | |
| 63. | Carlos, Jenkins, as trustee for Kent Jenkins Sales, Inc., Pension Trust | 220 West Birch Street Rogers, AR 72756 | 10048 Doty Street Biloxi, MS 39532 | Barrios, Kingsdorf & Casteix, LLP | | | |
| 64. | Brady, Sr. Vance and Willie Anna | 3316 Gladys Drive Addis, LA 70710 | | Barrios, Kingsdorf & Casteix, LLP | | | |
| 65. | Winston, Edmund | 31945 Butler Drive Spanish Fort, AL 36527 | | Becnel Law Firm | | | |
| 66. | Pierce, Matthew | 24148 Trowbridge Court Daphne, AL 36526 | | Becnel Law Firm | Pelican Builders, Inc. (92) | | |
| 67. | Blankenship, Jim and Grimes, Richard | 4331 Village Green Circle Hoover, AL 35226 | 1512 Scout Trace Hoover, AL 35244 | Law Offices of Joe Buffington | | | |
| 68. | Fredrick, Jason and Hard, Shauna Broom | 3612 Old Leeds Road Mountain Brook, AL 35215 | | Law Offices of Joe Buffington | | | |
| 69. | Beech, Judd D. and Geena | 31995 Butler Drive Spanish Fort, AL 36527 | | Law Offices of Joe Buffington | | | |
| 70. | Nilgiriwila, Naushad | 2379 Arbor Glenn Birmingham, AL 35244 | | Law Offices of Joe Buffington | | | |
| 71. | Young, Steven M. and Lisa T. | 564 Lakeview Circle Alpine, AL 35014 | | Law Offices of Joe Buffington | | | |
| 72. | Cruz, Richard and Ruth | 15514 Stable Park Drive Cypress, TX 77429 | 7618 Desco Drive Humble, TX 77338 | Collins & Horsley | CastleRock Communities, LP (29) | | |
| 73. | Bettini, Ken | 124 Kings Crest Lane Pelham, AL 35124 | 2046 Beach Blvd. C309 Biloxi, MS 39531 | Doyle Law Firm, PC | | | |
| 74. | Campbell, Acie | 25561 County Road 71 Robertsdale, AL 36567 | | Doyle Law Firm, PC | | | |

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant – Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| | | | | *Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* | | | |
| | | | | Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants | | | |
| 75. | Damani, Iqbal | 2627 Tilden Avenue Los Angeles, CA 90064 | 3078 Arbor Bend Birmingham, AL 35244 | Doyle Law Firm, PC | HPH Properties, LLC (64) | | |
| 76. | Hodges, Christopher | 119 Morningwalk Lane Huntsville, AL 35824 | | Doyle Law Firm, PC | HPH Properties, LLC (64) | | |
| 77. | Long, Michael | 123 Morningwalk Lane Huntsville, AL 35824 | | Doyle Law Firm, PC | HPH Properties, LLC (64) | | |
| 78. | Jim Rost JDJ One Stop Site Design, Inc. | 5451 Lee Street, Suite #2 Lehigh Acres, FL 33971 | 3208 8th Street West Lehigh Acres, FL 33971 | Doyle Law Firm, PC | | | |
| 79. | Sawyer, Julie | 819 Cane Brake Drive Ocean Springs, MS 39564 | 2046 Beach Blvd. C307 Biloxi, MS 39531 | Doyle Law Firm, PC | | | |
| 80. | Tortorici, Matthew | 329 Normandy Lane Chelsea, AL 35043 | | Doyle Law Firm, PC | The David Group, Inc. (114) | | |
| 81. | Clinton, Shanna | 118 Oaks Blvd. Bay St. Louis, MS 39520 | | Doyle Law Firm, PC | | | |
| 82. | Higginbotham, Brad | 127 Morningwalk Lane Huntsville, LA 35824 | | Doyle Law Firm, PC | HPH Properties, LLC (64) | | |
| 83. | Pohlmann, Monique and Jimmy | 2232 Landry Court Metairie, LA u70075 | | Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC | Livaudais Electrical & Construction, LLC (76) | | |
| 84. | Cornwell, Ben and Bridget | 1833 Providence Estates Road Amite, LA 70422 | | Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC | E.L. Cretin, LLC d/b/a Cretin Homes (44) | | |
| 85. | Cerise, Jewel | 6351 Milne Blvd. New Orleans, LA 70124 | | Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* | | | | | | | |
| **Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants** | | | | | | | |
| | **Plaintiff(s)** | **Current Address of plaintiff(s)** | **Property Address if Different from Current Address** | **Firm(s) representing Plaintiff(s) and Address(es) of Firm(s)** | **Builder Defendant** | **Contractor/ Installer Defendant - Should not be the same as the builder defendant** | **Distributor / Exporter/ Importer/ Broker Defendants** |
| 86. | Fields, Jessie and Jacqueline | 4211 Highway 550 NW Union Church, MS | | Hawkins, Stracener & Gibson, PLLC | | | |
| 87. | Neville, Hedda Burton, Jr., Charles | 6165 7th Avenue Pearlington, MS 39572 | | Hawkins, Stracener & Gibson, PLLC | | | |
| 88. | Gisclair, Renee M. | 425 W. Harrison Avenue New Orleans, LA 70124 | 2129 12th Street Port Neches, TX 77651 | Herman, Herman, Katz & Cotlar | | | |
| 89. | Waguespack, Joseph Sr. and JoAnn | 429 W. Harrison Avenue New Orleans, LA 70124 | | Herman, Herman, Katz & Cotlar | | | |
| 90. | Smith, Walter E., Jr. and Norma C. | 4604 Woodland Avenue Metairie, LA 70002 | 559 Lake Avenue Metairie, LA 70005 | Herman, Herman, Katz & Cotlar | | Jorge A. Meza (67) | |
| 91. | Laborde, Brian and Lasseigne, Dana | 3109 Jefferson Avenue New Orleans, LA 70125 | 3109-3111 Jefferson Avenue New Orleans, LA 70125 | Herman, Herman, Katz & Cotlar | | | |
| 92. | Steeg, Charles Anthony | 155 Marine Street Mobile, AL 36604 | | Holston Vaughan, LLC | Bay Town Builders, LLC (14) | | |
| 93. | VIT, Inc. | 6466-C Cedar Bend Court Mobile, AL 36608 | | Holston Vaughan, LLC | Bay Town Builders, LLC (14) | | Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware (7) |
| 94. | McGuire, Tiffany | 818 Toledano Street New Orleans, LA 70115 | | Irpino Law Firm | | | |
| 95. | Dharamsey, Shabbir | 12406 NE 80 Place Parkland, FL 33076 | | Krupnick, Campbell, Malone, et al. | | | |
| 96. | Kislasi, Mordi | 21 SE 3 Avenue Hallandale, FL 33009 | | Krupnick, Campbell, Malone, et al. | | | |
| 97. | Pehoushek, Joseph | 1411 Emerald Dunes Drive Sun City Center, FL 33573 | | Krupnick, Campbell, Malone, et al. | | | |

*Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant - Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 98. | Olness, Derek | 3212 NE 4 Street Pompano Beach, FL | | Krupnick, Campbell, Malone, et al. | | | |
| 99. | Brammeier, Thomas and Loretta | 1508 Rutland Lane Schaumburg, IL 60173 | 1206 Peterborough Circle Sun City Center, FL 33573 | Krupnick, Campbell, Malone, et al. | | | |
| 100. | LaMar, Susan | 337 Cipriani Way, N. Venice, FL 34275 | | Krupnick, Campbell, Malone, et al. | | | |
| 101. | Sfeir, Layla Ines and Saliba, George | 9626 Kenley Court Parkland, FL 33076 | | Krupnick, Campbell, Malone, et al. | | | |
| 102. | Fishner, Nancy | 548 Westtree Lane Ft. Lauderdale, FL 33076 | 9626 Kenley Court Parkland, FL 33076 | Krupnick, Campbell, Malone, et al. | | | |
| 103. | Chambers, Lora | 16012 Innerarity Point Road Pensacola, FL 32507 | | Levin, Papantonio | Williams-Brown, Inc. (120) | Yarco, Inc. (123) | |
| 104. | Brouillette, Jamie and Lisa | 14488 Windmill Cove Gulfport, MS 39503 | | Lewis & Roberts, PLLC | Sun Construction, LLC d/b/a Sunrise Homes (110) | | |
| 105. | Drufner, Douglas and Jean | 4704 Wilson Drive Metairie, LA 70003 | | Lewis & Roberts, PLLC | Wolfman Construction Company (121) | | |
| 106. | Espinoza, Andres and Ayala, Lidia | 20301 SW 87th Court Cutler Bay, FL 33189 | 20301 SW 87th Court Cutler Bay, FL 33189 <br><br> 20334 SW 87th Court Cutler Bay, FL 33189 | Lewis & Roberts, PLLC | Santa Barbara Estates, Inc. (101) <br><br> United Homes International, Inc. (118) | Constructo Building Services, Inc. (32) | |
| 107. | Madison, Daniel and Minnie | 15105 Janus Road D'Iberville, LA 39540 | 18268 Robinwood Drive Saucier, MS 39574 | Lewis & Roberts, PLLC | Dave Johnson Construction, Inc. (36) | | |
| 108. | Roscoe, Jarrold and Narkita | 24591 Pecan Meadows Drive Plaquemine, LA 70764 | | Lewis & Roberts, PLLC | Landmark Building Consultants, L.L.C. (72) | | |

*Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant - Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 109. | Broadus, Debra and James | 315 Santini Street Biloxi, MS 39530 | | Lumpkin, Reeves & Mestayer, PLLC | | | |
| 110. | Brown, Hank | 2304 Chestnut Road Pelham, AL 35216 | | Lumpkin, Reeves & Mestayer, PLLC | | | |
| 111. | Odem, Joshua | 13183 Etta Smith Road Summerdale, AL 36540 | | Lumpkin, Reeves & Mestayer, PLLC | | | |
| 112. | O'Hare, Michael | 9916 Martha Lane River Ridge, LA 70123 | 129 Sweet Bay Pass Christian, MS 39571 | Lumpkin, Reeves & Mestayer, PLLC | | | |
| 113. | Roppollp, John | 6009 Ponotoc Drive Kiln, MS 39556 | | Lumpkin, Reeves & Mestayer, PLLC | | | |
| 114. | Wilson, Kristin and Jerry | 322 High Point Ridge Pratteville, AL 36006 | | Lumpkin, Reeves & Mestayer, PLLC | | | |
| 115. | Wilkinson, Doris | 406 Eastbrook Street Bay St. Louis, MS 39520 | | Lumpkin, Reeves & Mestayer, PLLC | | | |
| 116. | Yager, John | 15161 Ponotoc Drive Kiln, MS 39556 | | Lumpkin, Reeves & Mestayer, PLLC | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
|  | *Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* |
|  | Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants |
| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant – Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
| 117. | Villas at Ocean Club - Burkholder, Bernice | 2046 Beach Blvd. Viloxi, MS 39531 | Unit #s B215, B216, B217, B218, B219, B220<br><br>C207, C211, C307, C308, C309, C310, C311, C312, C313, C314, C315<br><br>D101, D102, D103, D104, D105<br><br>B115, B116, B117, B118, B119, B120, B315, B316, B317, B318, B319, B320<br><br>C107, C108, C109, C110, C111, C112, C113, C114, C208, C209, C210, 212, 213, 214 | Lumpkin, Reeves & Mestayer, PLLC | | | |
| 118. | Carlin, Arthur and Jennifer | 2308 Etienne Drive Meraux, LA 70075 | | Martzell and Bickford, APC | | | |
| 119. | Tregle, Brad and Jessica | 2301 Creedmore Drive St. Bernard, LA 70085 | | Martzell and Bickford, APC | | | |
| 120. | Evans, Eric R. | 2142 Timberline Drive Calera, AL 35040 | | McCallum, Hoaglund, Cook & Irby | | | |
| 121. | Steckel, Timothy M. | 121 Morning Walk Lane Huntsville, AL 35824 | | McCallum, Hoaglund, Cook & Irby | | | |
| 122. | Williams, Vanessa Maria | 111 Morning Walk Lane Huntsville, AL 35824 | | McCallum, Hoaglund, Cook & Irby | | | |
| 123. | Tineo, Tamala and McDowell, Arthur | 113 Morning Walk Lane Huntsville, AL 35824 | | McCallum, Hoaglund, Cook & Irby | | | |
| 124. | Whitley, William D. and Stallo, Atalie C. | 48 Cypress Drive Jasper, AL 35504 | | McCallum, Hoaglund, Cook & Irby | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
|  | *Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* |
|  | **Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants** |
| | **Plaintiff(s)** | **Current Address of plaintiff(s)** | **Property Address if Different from Current Address** | **Firm(s) representing Plaintiff(s) and Address(es) of Firm(s)** | **Builder Defendant** | **Contractor/ Installer Defendant - Should not be the same as the builder defendant** | **Distributor / Exporter/ Importer/ Broker Defendants** |
| 125. | Bates, Robert | 542 NE 17th Avenue Fort Lauderdale, FL 33301 | | Parker Waichman Alonso LLP | Signature Construction Management Corp. (104) | | |
| 126. | Brotbeck, Charles and Sandra | 3261 Lee Way Court Unit #8 North Fort Myers, FL 33903 | | Parker Waichman Alonso LLP | | Florida Style Services, Inc. (52) | |
| 127. | Coors, Cheryl | 5300 Rockhill Lane Charlotte, NC 28277 | 1119 NE 4th Place Cape Coral, FL 33909 | Parker Waichman Alonso LLP | Hansen Homes of South Florida, Inc.(61) | | |
| 128. | Creus, Benny and Evelyn | 1818 SE 17th Street Cape Coral, FL 33990 | | Parker Waichman Alonso LLP | Aranda Homes, Inc. (8) | | |
| 129. | Delva, Kesnel | 11334 Majestic Acres Boynton Beach, FL 33473 | 3928 SW 52nd Pembroke Park, FL 33023 | Parker Waichman Alonso LLP | Gregan Construction Corp. (58) | Lopez Construction Group, Inc. (77) | Rinker Materials of Florida, Inc. (97)<br><br>International Building Products Corp. (65) |
| 130. | Digiorgio, Henry and Barbara | 1742 SW Commargo Street Port St. Lucie, FL 34987 | | Parker Waichman Alonso LLP | | | |
| 131. | Lascelles, Ronald | 2330 Chatham Road Springfield, IL 62704 | 203 Chiquita Blvd. Cape Coral, FL 33991 | Parker Waichman Alonso LLP | K. Hovnanian First Homes, LLC (69) | | |
| 132. | Mazzola, Bruce and Santos, Jeomarcio | 3590 Lansing Loop, Unit #204 Estero, FL 33928 | 3570 Cartwright Court Bonita Springs, FL 34134 | Parker Waichman Alonso LLP | Shelby Building Corp. (102) | | |
| 133. | Milton, Koka | 11097 NW 9th Court Plantation, Fl 33224 | 3926 SW 52nd Avenue Apt. #5 Pembroke Park, FL 33023 | Parker Waichman Alonso LLP | Gregan Construction Corp. (58) | Lopez Construction Group, Inc. (77) | Rinker Materials of Florida, Inc. (97)<br><br>International Building Products Corp. (65) |
| 134. | Nguyen, Huynh | 13791 Torrey Del Mar Drive San Diego, CA 92130 | 1822 NE 23rd Street Cape Coral, FL 33909 | Parker Waichman Alonso LLP | Best Homes of SW Florida, Inc., a/k/a Legend Custom Builders, Inc. (17) | | |

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant - Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
|  | *Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* |
|  | Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants |
| 135. | Nordean, Renee | 8639 Pegasus Drive Lehigh Acres, FL 33971 | | Parker Waichman Alonso LLP | | G. Drywalls Corporation (55) | |
| 136. | Oye, John | 18774 Ashford Lane Huntington Beach, FL 92648 | 4803 Myrtle Drive Fort Pierce, FL 24982  4805 Myrtle Drive Fort Pierce, FL 24982 | Parker Waichman Alonso LLP | Craftsmen Builders, Inc. (34) | | L&W Supply Corporation d/b/a Seacoast Supply (70) |
| 137. | Sanchez, Pablo | 291 SW Homeland Road Port St. Lucie, FL 34953 | | Parker Waichman Alonso LLP | Ameritek Homes Co. f/k/a Dulcie and Company, Inc. (6) | | |
| 138. | Sciarrone, Joseph and Ellisa | 332 NW Sheffield Circle Port Saint Lucie, FL 34983 | 402 NW Lyndhurst Court Port Saint Lucie, FL 34983 | Parker Waichman Alonso LLP | | Gregg Nieberg, Inc. (59) | |
| 139. | Tyree, Crawford and Charlotte Thillberg | 1894 Countryside Drive Youngstown, OH 44515 | 3550 Lansing Loop Unit #202 Estero, FL 33928 | Parker Waichman Alonso LLP | Shelby Building Corp. (102) | | |
| 140. | Vernhout, Jerry and Jackie | 18 Huntington Court Kitchener Ontario on N2P 2A7 Canada | 3521 Cherry Blossom Couort Unit 104 Estero, FL 33928 | Parker Waichman Alonso LLP | Shelby Building Corp. (102) | Design Stucco, Inc. (41) | L&W Supply Corp. d/b/a Seacoast Supply (70) |
| 141. | Waite, Leeford | 3928 S.W. 52nd Avenue Unit #F4 Pembroke Pines, Fl 33023 | | Parker Waichman Alonso LLP | Gregan Construction Corp. (58) | Lopez Construction Group, Inc. (77) | Rinker Materials of Florida, Inc. (97)  International Building Products Corp. (65) |
| 142. | Walton, William | 119 Whispering Oaks Circle Saint Augustine, FL 32080 | | Parker Waichman Alonso LLP | | Jon A. Wilder, Inc. (66) | |
| 143. | West, Fern | 3173 Apple Blossom Drive Alva,m FL 33920 | | Parker Waichman Alonso LLP | | Precision Drywall, Inc. (93) | |
| 144. | Barousse, Gordon and Audry | 615 Highway 1085 Madisonville, LA 70447 | | Paul A. Lea Jr., APLC | | | |

*Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant – Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 145. | Kidder, Jeffrey and Tammy | 600 Fairway Court Covington, LA 70435 | | Paul A. Lea Jr., APLC | Sun Construction, L.L.C. (109) | | |
| 146. | Brown, Michael and Debbie | 8301 Arnoldtown Road Louisville, KY 40214 | 313 Cascade Acres Avenue Litchfield, KY 42754 | Porhurst, Orseck, P.A. | | | |
| 147. | Mary Pat LLC Mary Zoghby | 2862 Hillburn Drive Mobile, AL 36606 | 617 Camp Avenue Gulfport, MS 39501 | Taylor Martino, P.C. | | | |
| 148. | Teston, Lonny and Melanie | 26290 Cotton Bayou Drive Orange Beach, FL 36561 | 26290 Cotton Bayou Drive Orange Beach, FL 36561<br><br>26290 Cotton Bayou Drive Orange Beach, MS 36561 | Taylor Martino, P.C. | | | |
| 149. | Bourgeois, Ray and Ashley | 18066 Willow Tree Lane Prairieville, LA 70769 | | Walters, Papillion, Thomas, Cullens, LLC | | | |
| 150. | Jaggers, Tracy W. and Lorna A. | 14866 Altair Court Willis, TX 77318 | 2311 Tarrytown Crossing Drive Conroe, TX 77304 | Watts, Guerra, Craft, LLP | Supreme Builders, Ltd. (111) | | |
| 151. | Cox, John H. and Karen K. | 31990 Merriwether Court Spanish Fort, AL 36527 | | Yance Law Firm, LLC | Foster Homes Builders, Inc. (53) | | Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware (7) |
| 152. | West, Jessica | 6369 Lakeview Court Saraland, AL 36571 | | Yance Law Firm, LLC | Foster Homes Builders, Inc. (53) | | Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware (7) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
|  | *Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* |
|  | **Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants** |
|  | **Plaintiff(s)** | **Current Address of plaintiff(s)** | **Property Address if Different from Current Address** | **Firm(s) representing Plaintiff(s) and Address(es) of Firm(s)** | **Builder Defendant** | **Contractor/ Installer Defendant – Should not be the same as the builder defendant** | **Distributor / Exporter/ Importer/ Broker Defendants** |
| 153. | Brime, Enrique and Silvia | 50 Woodside Plaza Redwood City, CA 94061 | 11201 NW 84 Street Doral, FL 33178 | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | | |
| 154. | Castilio, Pedro and Sanchez, Angela | 14762 SW 34 Lane Miami, FL 33185 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Dorado Homes Development, Ltd. **(42)** | | |
| 155. | Dicujuste, Vital and Erina | 9988 Cobblestone Creek Drive Boynton Beach, FL 33472 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | NorthStar Holdings at B & A, LLC **(87)** | Precision Drywall, Inc. **(93)** | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* | | | | | | | |
| Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants | | | | | | | |
| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant - Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
| 156. | Graziano, Vito D. | 62 Arbor Field Way Lake Grove, NY 11755 | 9817 Borasso Way #102 Fort Myers, FL 33901 | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | EH Building Group, LLC **(45)** | | |
| 157. | Mendoza, Maritza | 20320 SW 87 Place Cutler Bay, FL 33189 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Santa Barbara Estates, Inc. **(101)**<br><br>United Homes International, Inc. **(118)** | | |
| 158. | Messmer, Frank and Sharon | 4048 65th Place Sarasota, FL 34243 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | | |

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant – Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| | | | | *Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* | | | |
| | | | | Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants | | | |
| 159. | Naoum, Lana | 438 Jefferson Avenue Hasbrouck Heights, NJ 07604 | 2182 SW Larchmont Lane Port St. Lucie, FL  34984 | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Louran Builders, Inc. (78)<br><br>Vincent Montalto Construction, Inc. (119) | | |
| 160. | Perdomo, Henry and Naneth | 400 NW 129 Avenue Miami, FL 33182 | 12967 SW 134 Terrace Miami, FL 33186 | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Lennar Homes, Inc. (74) | | |
| 161. | Pohner, Diana | 100 Moretti Lane South Plainfield, NJ 07080 | 415 NE 18th Avenue Cape Coral, FL 33909 | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | | |

| | *Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants** | | | | | | |
| | **Plaintiff(s)** | **Current Address of plaintiff(s)** | **Property Address if Different from Current Address** | **Firm(s) representing Plaintiff(s) and Address(es) of Firm(s)** | **Builder Defendant** | **Contractor/ Installer Defendant – Should not be the same as the builder defendant** | **Distributor / Exporter/ Importer/ Broker Defendants** |
| 162. | Ricketts, Joseth | 2160 Bronx Park East Bronx, NY 10462 | 5339 SW 40 Avenue Dania Beach, FL  33314 | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | | |
| 163. | Serrino, Jeanine | 10201 Doyle Lane Knoxville, TN 37922 | 1220 NW 17th Street Cape Coral, FL 33993 | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc. (4) | | |
| 164. | Toledo, Jose and Dana | 5219 NW Mulga Court Port St. Lucie, FL 34986 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | | |

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant – Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| | *Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* | | | | | | |
| | **Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants** | | | | | | |
| 165. | Rodriguez, Robert J. | 16261 SW 287 Street Homestead, FL 33033 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Newtech Builders Corp. **(86)** | Drywall & Framing Investment Group, Inc. **(43)** | |
| 166. | Adcock, Jerald and Melissa | 215 Crossroad Circle Montrose, CO 81401 | 1121 NW 9th Avenue Cape Coral, FL 33993 | Morgan & Morgan | | Aced Interior Drywall Inc. **(3)** | |
| 167. | Alvarado, San Juanita | 4563 28th Place SW Naples, FL 34116 | | Morgan & Morgan | | First Choice Drywall Services, Inc. **(49)** | |
| 168. | Augustin, Arold and Dominique | 7415 Oakboro Drive Lake Worth, FL 33467 | 1731 NW 10th Avenue Cape Coral, FL 33993<br><br>805 NE 43rd Lane Cape Coral, FL 33909 | Morgan & Morgan | Signature Series Homes, Inc. **(105)** | | |
| 169. | Babamov, Hristo and Cvetanka | 7122 Basil Western Road Winchester, OH 43110 | 11570 Hammocks Glade Drive Riverview, FL 33569 | Morgan & Morgan | | Beta Drywall, LLC **(19)** | |
| 170. | Beerbower, Michael | 11417 Bridge Pine Drive Riverview, FL 33569 | | Morgan & Morgan | Rivercrest, LLC/The St. Joe Company **(98)** | Beta Drywall, LLC **(19)** | |
| 171. | Chiramel, Thomas and Kunjumole | 5511 SW 97th Avenue Cooper City, FL 33328 | | Morgan & Morgan | Desarata Building Corporation **(39)** | | |
| 172. | Cirinelli, Alfred and Lorsine | 47 Lenox Road Rockaway, NJ 07806 | 304 SE 21st Terrace Cape Coral, FL 33990 | Morgan & Morgan | | | Rinker Materials, LLC n.k.a Cemex Materials, LLC **(96)** |
| 173. | Cox, Robert, Shane and Maria | 2371 8th Street NE Naples, FL 34120 | | Morgan & Morgan | | C.M. Duncan Contracting, Inc. **(25)** | |

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant – Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 174. | Delgado, Johnnie and Aimee | 8958 SW 227th Terrace Cutler Bay, FL 33190 | | Morgan & Morgan | | Design Drywall of South Florida, LLC (40) | L&W Supply Corp. d/b/a Seacoast Supply (70) |
| 175. | Dempsey, Timothy (Trustee) | 42 Fairmount Street Burlington, VT 05401 | 27051 Edenrock Court Bonita Springs, FL 34135 | Morgan & Morgan | | C.M. Duncan Contracting, Inc. (25) | |
| 176. | Fuller, John and Sandra | 3877 Lavilla Avenue North Port, FL 34286 | 3452 Kentia Palm Court North Port, FL 34288 | Morgan & Morgan | Woodland Construction of SW FL, Inc. (122) | BMD, Inc. (22) | |
| 177. | Garza, Martin and Gertrudis | P.O. Box 12 Immokalee, FL 34143 | 1255 Blanding Avenue Fort Myers, FL 33907 | Morgan & Morgan | AJ Brothers, Inc. (5) | | |
| 178. | Gomez, Alfredo and Sylvia | | 907 S. Wiggins Road Plant City, FL 33566 | Morgan & Morgan | | | Hinkle Drywall, Inc. (63) |
| 179. | Gonzalez, Jesus A. and Cruz, Gladys | 702 Calvin Avenue Lehigh Acres, FL 33736 | | Morgan & Morgan | | Bradford Plastering, Inc. (24) | L&W Supply Corp. d/b/a Seacoast Supply (70) |
| 180. | Greenway, Brenda | P.O. Box 11044 Tampa, FL 33680 | 13956 Clubhouse Drive Tampa, FL 33618 | Morgan & Morgan | | Residential Drywall, Inc. (95) | |
| 181. | Grout, John and Lynette | 27571 Riverbank Drive Bonita Springs, FL | 9174 Estero River Circle Estero, FL 33928 | Morgan & Morgan | Coastal Living Homes, L.L.C. (31) | Delacruz Drywall Plastering & Stucco, Inc. (38) | |
| 182. | Haynes, Karl and Jurga | 11418 Bridge Pine Drive Riverview, FL 33569 | | Morgan & Morgan | | Beta Drywall, LLC (19) | |
| 183. | Holmes, Christine and Herman, Christopher | 1130 SE 35 Terrace Cape Coral, FL 33904 | | Morgan & Morgan | | | Rinker Materials, LLC n.k.a Cemex Materials, LLC (96) |
| 184. | Holmes, Harrell and Myrtice | 1089 Barber Street Sebastian, FL 32958 | | Morgan & Morgan | | | |
| 185. | Janssen, Richard and Tamara | 2328 Silver Palm Road North Port, FL 34288 | | Morgan & Morgan | | BMD, Inc. (22) | |

*Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants

*Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant – Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 186. | Jones, Michael and Rachel | 3497 SW San Giorgio Street Port St. Lucie, FL 34953 | | Morgan & Morgan | Star Homes of Florida, LLC (108) | | |
| 187. | KSK Investment Group, LLC a/k/a Fitzpatrick, Michael and Karen | 4801 Island Pond Court #1103 Bonita Springs, FL 34134 | 27991 Largay Way #A101 Bonita Springs, FL 34134 | Morgan & Morgan | | | L&W Supply Corp. d/b/a Seacoast Supply (70) |
| 188. | Kuzmiw, Iryna | 1876 W Crown Pointe Blvd. Naples, FL 34112 | 5092 Bannock Circle North Port, FL 34299 | Morgan & Morgan | | Nu Way Drywall, LLC (88) | |
| 189. | Lester, John and Jaycine and Schiller, Larry | 1930 NW 10th Street Cape Coral, FL 33909 | 13861 Fern Trail North Fort Myers, FL 33903 | Morgan & Morgan | | Aced Interior Drywall, Inc. (3) | |
| 190. | Livesay, Michael | 11620 Hammocks Glade Drive Riverview, FL 33569 | | Morgan & Morgan | | Beta Drywall, LLC (19) | |
| 191. | Marino, Jonathan | 1236 NW 15th Place Cape Coral, FL 33993 | | Morgan & Morgan | | Nu Way Drywall, LLC (88) | |
| 192. | Martinez, Gerardo and Pomares, Ivonne | 8962 SW 227th Terrace Cutler Bay, FL 33190 | | Morgan & Morgan | | Design Drywall of South Florida, LLC (40) | L&W Supply Corp. d/b/a Seacoast Supply (70) |
| 193. | Matthew, Michael | 4538 Highland Creek Drive Plant City, FL 33567 | | Morgan & Morgan | | | Hinkle Drywall, Inc. (63) |
| 194. | McLendon, Brian and Stephanie | 11317 Bridge Pine Drive Riverview, FL 33569 | | Morgan & Morgan | | Beta Drywall, LLC (19) | |
| 195. | McNeil, Michael and Stephanie | 13940 Clubhouse Drive Tampa, FL 33618 | | Morgan & Morgan | | Residential Drywall, Inc. (95) | |
| 196. | McShane, Patrick and Ying-Ji | 100 Isabella Lane, Apt. 202 Virginia Beach, VA 23462 | 1222 Fishtail Palm Court North Port, FL 34288 | Morgan & Morgan | | BMD, Inc. (22) | |
| 197. | McVety, Michael and Terri | 4013 SE 3rd Avenue Cape Coral, FL 33904 | 2643 FAirmont Cove Court Cape Coral, FL 33991 | Morgan & Morgan | David Weekley Homes, LLC a.k.a. Weekley Homes, LP (37) | | L&W Supply Corp. d/b/a Seacoast Supply (70) |

*Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant - Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 198. | Montero, Jorge and Niza | 11622 Hammocks Glade Drive Riverview, FL 33560 | | Morgan & Morgan | | Beta Drywall, LLC (19) | |
| 199. | Norman, Louis and Patricia | 9410 Hidden Water Circle Riverview, FL 33578 | 11426 Bridge Pine Drive Riverview, FL 33569 | Morgan & Morgan | | Beta Drywall, LLC (19) | |
| 200. | O'Keefe, James | 11072 Valluris Avenue Englewood, FL 34224 | | Morgan & Morgan | | Nu Way Drywall, LLC (88) | |
| 201. | Paukovich, Michael and Margarita | 11623 Hammocks Glade Drive Riverview, FL 33569 | | Morgan & Morgan | | Beta Drywall, LLC (19) | |
| 202. | Paulino, John and Anacelis | 1304 NE 3rd Terrace Cape Coral, FL 33909 | | Morgan & Morgan | | | Rinker Materials, LLC n.k.a Cemex Materials, LLC (96) |
| 203. | Quaranta, Renato and Yoraima | 8954 SW 227 Terrace Miami, FL 33190 | | Morgan & Morgan | | Design Drywall of South Florida, LLC (40) | L&W Supply Corp. d/b/a Seacoast Supply (70) |
| 204. | Reitz, Kyle and Kayla | 2129 SW 15th Avenue Cape Coral, FL 33991 | | Morgan & Morgan | Enchanted Homes, Inc. (46) | | Rinker Materials, LLC n.k.a Cemex Materials, LLC (96) |
| 205. | Rodriguez, Javier and Sepulveda, Catalina | 736 Andover Avenue Lehigh Acres, FL 33874 | | Morgan & Morgan | | RJL Drywall, Inc. (99) | |
| 206. | Romero, Jacqueline, M.D. and Jose | 3645 7th Avenue NW Naples, FL 34120 | | Morgan & Morgan | | C.M. Duncan Contracting, Inc. (25) | |
| 207. | Rosario, Abisai and Johany | 1306 Lake Avenue Lehigh Acres, FL 33972 | | Morgan & Morgan | | Al Brothers, Inc. (5) | |
| 208. | Spoto, Anthony and Sharon | 2705 SW 30th Terrace Cape Coral, FL 33914 | | Morgan & Morgan | | Craft Contractors, LLC (33) | |
| 209. | Swartz, Douglas | 27 Copperfield Drive Waterford, NY 12188 | 2230 NW Juanita Place Cape Coral, FL 33993 | Morgan & Morgan | | Aced Interior Drywall, Inc. (3) | |

*Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant - Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 210. | Tenny, Thomas and Rene | 3006 Rush Mendon Road Honeoye Falls, NY  14472 | 3470 Kentia Palm Court North Port, FL  34288 | Morgan & Morgan | | BMD, Inc. (22) | |
| 211. | Terlizzi, John | 22324 Punta Del Capo Court Estero, Fl 33928 | 27991 Largay Way #A201 Bonita Springs, FL  34134 | Morgan & Morgan | | Frost Metal Framing & Drywall, Inc. (54) | L&W Supply Corp. d/b/a Seacoast Supply (70) |
| 212. | Thomas, Pious and Soni | 1739 Queen Palm Way North Port, FL  34288 | | Morgan & Morgan | Medallion Homes Gulf Coast, Inc. (81) | BMD, Inc. (22) | |
| 213. | Tomson, Ants and Aino | 15168 Fiddlesticks Blvd. Fort Myers, FL 33912 | | Morgan & Morgan | | | |
| 214. | Tran, Huan | 528 Washington Street Allentown, PA  18102 | 924 NE 9th Terrace Cape Coral, FL  33909 | Morgan & Morgan | | Nu Way Drywall, LLC (88) | |
| 215. | Welk, William | 37809 123rd Street Aberdeen, SD  57401 | 27991 Largay Way #203 Bonita Springs, FL  34134 | Morgan & Morgan | | Frost Metal Framing & Drywall, Inc. (54) | |
| 216. | Willingham, Peter and Mary | 2330 NE 42nd Terrace Cape Coral, FL 33909 | | Morgan & Morgan | | AI Brothers, Inc. (5) | |
| 217. | Iafelice, Anthony and Alma | 164 Dey Road Cranbury, NJ 08512 | 205 Medici Terrace North Venice, FL 34275 | Morgan & Morgan | | | |
| 218. | Selimovic, Sefik and Amra | 1829 NE 23rd Street Cape Coral, FL 33909 | | Morgan & Morgan | Legend Custom Builders, Inc. (73) | | |
| 219. | Simons, Bradley and Alise | 3285 2nd Place Vero Beach FL 32968 | 8466 100th Avenue Vero Beach, FL 32967 | | | | |
| 220. | Yost, Lee and Kimberly | 13954 Clubhouse Drive Tampa, FL  33618 | | Morgan & Morgan | | Residential Drywall, Inc. (95) | |
| 221. | Al-Burkat, Mohammed and Shawana | 1501 Tawny Marsh St St Augustine, FL 32092 | | Reich & Binstock, LLP | | | |

| | *Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* | | | | | | |
|---|---|---|---|---|---|---|---|
| | Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants | | | | | | |
| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant - Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
| 222. | Allard, Julie | 1786 SW Cordova St Port St. Lucie, FL 34987 | | Reich & Binstock, LLP | Midwest Construction & Development, LLC (84) | | |
| 223. | Baile, Elizabeth | 2108 Delightful Dr Ruskin, FL 33570 | | Reich & Binstock, LLP | Florida Home Partnership, Inc (51) | Hinkle Drywall, Inc (63) | |
| 224. | Bandyk, David and Lisa | 7405 Joe Fountain Rd Ocean Springs, MS 39564 | | Reich & Binstock, LLP | Tagan Landry (113) | | |
| 225. | Bookout, Ryan | 435 S. Oregon Ave Unit 303 Tampa, FL 33606 | | Reich & Binstock, LLP | BFS Townhomes, LLC d/b/a High Point Development (20) | Hinkle Drywall, Inc (63) | |
| 226. | Brown, Zamir | 2116 Unity Village Dr Ruskin, FL 33570 | | Reich & Binstock, LLP | Florida Home Partnership, Inc. (51) | Hinkle Drywall, Inc (63) | |
| 227. | Cavaretta, Donna | 365 Winchester Circle Mandeville, LA 70448 | | Reich & Binstock, LLP | Mayco Construction, L.L.C. (80) | Glen Dupree/Specialty Services (56) | |
| 228. | Clark, Ty and Regina | 500 Falcon Lake Dr Friendswood, TX 77546 | | Reich & Binstock, LLP | | R.H. Hernandez Drywall, Inc. (94) | |
| 229. | Davis, Wash and Paula | 5607 Savannah Woods Lane Rosharon, TX 77583 | | Reich & Binstock, LLP | | R.H. Hernandez Drywall, Inc. (94) | |
| 230. | DeMots, Terrence | 20 Lakeview Court Palm Harbor, FL 34683 | 435 S. Oregon Ave Unit 104 Tampa, FL 33606 | Reich & Binstock, LLP | BFS Townhomes, LLC d/b/a High Point Development (20) | Hinkle Drywall, Inc (63) | |
| 231. | Dodson, Chris | 25211 Pepper Ridge Lane Spring, TX 77373 | | Reich & Binstock, LLP | Merrick Homes, LLC (82) | | |
| 232. | Doering, Paul | 308 Fourth St NE Massillon, OH 44646 | 2324 NE Juanita PL Cape Coral, FL 33909 | Reich & Binstock, LLP | K. Hovnanian First Homes, LLC (69) | | |
| 233. | Doering, Paul | 308 Fourth St NE Massillon, OH 44646 | 515 SW 4th Terrace Cape Coral, FL 33991 | Reich & Binstock, LLP | Likness Construction Corp. of Southwest Florida (75) | | |

*Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant - Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 234. | Farabee, Robert and Harrell, Elaine | 435 S. Oregon Ave Unit 301 Tampa, FL 33606 | | Reich & Binstock, LLP | BFS Townhomes, LLC d/b/a High Point Development (20) | Hinkle Drywall, Inc (63) | |
| 235. | Foster, Alan and Alma | 289 Normandy Lane Chelsea, AL 35043 | | Reich & Binstock, LLP | Lake Shore Construction LLC (71) | ASAP Drywall (10) | |
| 236. | Fyfe, Jody Lee | 2112 Delightful Dr Ruskin, FL 33570 | | Reich & Binstock, LLP | Florida Home Partnership, Inc. (51) | Hinkle Drywall, Inc (63) | |
| 237. | Gomez, Dian | 2207 Pleasant View Ave Ruskin, FL 33570 | | Reich & Binstock, LLP | Florida Home Partnership, Inc. (51) | Hinkle Drywall, Inc (63) | |
| 238. | Greengold, Julian and Elizabeth | 680 Island Way, Unit 310 Clearwater, FL 33767 | 435 S. Oregon Ave Unit 205 Tampa, FL 33606 | Reich & Binstock, LLP | BFS Townhomes, LLC d/b/a High Point Development (20) | Hinkle Drywall, Inc (63) | |
| 239. | Guevara, Alvaro and Kory | 21454 Pleasant Forest Bend Porter, TX 77365 | | Reich & Binstock, LLP | | R.H. Hernandez Drywall, Inc. (94) | |
| 240. | Hatfield, Michael and Linda | 149 North Kentucky Ave, Suite One Umatilla, FL 32784 | 435 S. Oregon Ave Unit 302 Tampa, FL 33606 | Reich & Binstock, LLP | BFS Townhomes, LLC d/b/a High Point Development (20) | Hinkle Drywall, Inc (63) | |
| 241. | Hill, Jamaal and Andria | 2105 Delightful Dr Ruskin, FL 33570 | | Reich & Binstock, LLP | Florida Home Partnership, Inc. (51) | Hinkle Drywall, Inc (63) | |
| 242. | Hill, Lionel | 19402 Dickinson Park Dr Spring, TX 77373 | | Reich & Binstock, LLP | | R.H. Hernandez Drywall, Inc. (94) | |
| 243. | Hirst, David and Karen | 11901 Deer Path Way Orlando, FL 32832 | | Reich & Binstock, LLP | Beazer Homes Corp. (16) | | |
| 244. | Joseph, Samuel | 5008 W. Leona St. Tampa, FL 33629 | 435 S. Oregon Ave Unit 202 Tampa, FL 33606 | Reich & Binstock, LLP | BFS Townhomes, LLC d/b/a High Point Development (20) | Hinkle Drywall, Inc (63) | |
| 245. | Laughry, Richard | 1810 Clover Patch Lane Alvin, TX 77511 | | Reich & Binstock, LLP | | R.H. Hernandez Drywall, Inc. (94) | |

Case 2:11-cv-02349-EEF-JCW   Document 1-2   Filed 09/20/11   Page 29 of 52

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant - Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 246. | Laurence, Marc and Michelle | 11069 Gottschalk Rd Covington, LA 70435 | | Reich & Binstock, LLP | Cretin Homes, LLC (35) | | |
| 247. | Majeed, Christina | One Columbus Place, Apt. N35E New York, NY 10019 | 435 S. Oregon Ave Unit 203 Tampa, FL 33606 | Reich & Binstock, LLP | BFS Townhomes, LLC d/b/a High Point Development (20) | Hinkle Drywall, Inc (63) | |
| 248. | Marquez, Angel | 4658 SW Ulster St Port St Lucie, FL 34953 | | Reich & Binstock, LLP | Midwest Construction & Development, L.L.C. (84) | | |
| 249. | Padron, Augustine | 415 Mystic Trail Loop Kingwood, TX 77339 | | Reich & Binstock, LLP | Grande Valley Homes, LLC d/b/a Casa Linda Homes (57) | | |
| 250. | Roy, Gregory | 313 Long Lake Dr Covington, LA 70435 | | Reich & Binstock, LLP | Sampson Construction Company, L.L.C. (100) | | |
| 251. | Salamone, Chris | 435 S. Oregon Ave Unit 204 Tampa, FL 33606 | | Reich & Binstock, LLP | BFS Townhomes, LLC d/b/a High Point Development (20) | Hinkle Drywall, Inc (63) | |
| 252. | Sewell, Raymond | 2228 Waterford Village Blvd. Missouri City, TX 77459 | | Reich & Binstock, LLP | | AW Independent, Inc. (12) | |
| 253. | Smith, Donna | 2203 Tarrytown Crossing Dr. Conroe, TX 77304 | | Reich & Binstock, LLP | Supreme Homes Ltd. (112) | U/C Universal Construction, Inc. (116) | |
| 254. | Sockman, Richard | 8856 E 98th Ave Vero Beach, FL 32967 | | Reich & Binstock, LLP | | | |
| 255. | Spencer, Johnny | 2216 Waterford Village Blvd. Missouri City, TX 77459 | | Reich & Binstock, LLP | | AW Independent, Inc. (12) | |
| 256. | Taylor, Kortney | 435 S. Oregon Ave Unit 201 Tampa, FL 33606 | | Reich & Binstock, LLP | BFS Townhomes, LLC d/b/a High Point Development (20) | Hinkle Drywall, Inc (63) | |

*Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants

| | | *Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* | | | | | |
|---|---|---|---|---|---|---|---|
| | | Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants | | | | | |
| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant - Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
| 257. | Thornhill, Barbara | 409 Fargo Houston, TX 77006 | | Reich & Binstock, LLP | Metropolitan Design Group, Inc. (83) | | |
| 258. | Urso, Christopher | 2120 Delightful Dr Ruskin, FL 33570 | | Reich & Binstock, LLP | Florida Home Partnership, Inc. (51) | Hinkle Drywall, Inc (63) | |
| 259. | Violino, David and Karin | 2307 Unity Village Dr Ruskin, FL 33570 | | Reich & Binstock, LLP | | Hinkle Drywall, Inc (63) | |
| 260. | Wood, Glen | 17 27th St Kenner, LA 70062 | 6034 Pontiac Dr Kiln, MS 39556 | Reich & Binstock, LLP | | | 84 Lumber Company (2) |
| 261. | Ferrill, Martha | 112 Woodland Dr. Lucedale, MS 39452 | | Reich & Binstock, LLP | | | |
| 262. | Gbunblee, Charles | 4511 Hall Croft Chase Lane Katy, TX 77449 | | Reich & Binstock, LLP | CastleRock Communities, LP (29) | | |
| 263. | Thornton, Julian and Jeri | P.O. Box 1208 Jacksonville, AL 36265 | 13735 Fish River Acres Circle Foley, AL 36535 | Reich & Binstock, LLP | Barloy Contractors, Inc. (13) | | |
| 264. | Dulin, John Philip, Jr. and Susan Watkins | 106 Crestline Drive Birmingham, AL 35213 | | Pittman, Dutton & Hellum, P.C. | | Boohaker & Associates, LLC (23) | |

| | DOROTHY ARNDT, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL. | | | | |
|---|---|---|---|---|---|
| | EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XII) | | | | |
| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
| 1. | 616, L.L.C. | Builder | 508 S.W. 6th Avenue Fort Lauderdale, FL 33315 | Florida | Mitch Taylor, CPA 1251 South Federal Highway, Suite 110 Boca Raton, FL 33432 |
| 2. | 84 Lumber Company | Distributor | c/o Corporate Tax Office 1019 Route 519 Eighty Four, PA 15330-2813 | Pennsylvania | David J. Morgan, Attorney BUCHANAN INGERSOLL & ROONEY PC One Oxford Centre, 20th Floor Pittsburgh, PA 15219 |
| 3. | Aced Interior Drywall, Inc. | Installer | 2204 NE 25 Terrace Cape Coral, FL 33909 | Florida | Larry Harrington 2204 NE 25 Terrace Cape Coral, FL 33909 |
| 4. | Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc. | Builder | 11796 - C Metro Parkway Ft. Myers, FL 33966 | Florida | Steven Magner 11796 - C Metro Parkway Ft. Myers, FL 33966 |
| 5. | AI Brothers, Inc. | Installer | 2512 SW 22nd Place Cape Coral, FL 33914 | Florida | Alan R. Jostes 919 S. Charlotte St. Lombard, IL 60148 |
| 6. | Ameritek Homes Co. f/k/a Dulcie and Company, Inc. | Builder | 1880 SW Millikin Avenue Port Saint Lucie, FL 34953 | Florida | Andrew Dulcie 1880 SW Millikin Avenue Port Saint Lucie, FL 34953 |
| 7. | Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware | Distributor/ Supplier | 19750 North 3rd Street Citronelle, AL 36522 | Alabama | Bruce S. Andrews 19750 North 3rd Street Citronelle, AL 36522 |
| 8. | Aranda Homes, Inc. | Builder | 1310 SW 4th Terrace Cape Coral, FL 33991 | Florida | 3201 SW 4th Lane Cape Coral, FL 33991 |
| 9. | Arif Parupia | Builder | 10850 Kimberfyld Ln. Port St. Lucie, FL 34986 | Florida | 10850 Kimberfyld Ln. Port St. Lucie, FL 34986 |

| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| | DOROTHY ARNDT, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL. | | | | |
| | EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XII) | | | | |
| 10. | ASAP Drywall | Installer | 456 Plaza Drive<br>Birmingham, AL 35235 | Alabama | Stephen D. Hooper<br>456 Plaza Drive<br>Birmingham, AL 35235 |
| 11. | Avatar Properties, Inc. | Builder | 201 Alhambra Circle 12th Floor<br>Coral Gables, FL 33134 | Florida | Juanita I Kerrigan<br>201 Alhambra Circle 12th Floor<br>Coral Gables, FL 33134 |
| 12. | AW Independent, Inc. | Installer | 9307 Puritan Way<br>Rosharon, TX 77409 | Texas | James H. Koon<br>3650 CR 89<br>Manvel, TX 77578 |
| 13. | Barloy Contractors, Inc. | Builder | 655 Cabana Beach Road<br>Gulf Shores, AL 36542 | Georgia | Chris Baroni<br>655 Cabana Beach Road<br>Gulf Shores, AL 36542 |
| 14. | Bay Town Builders, LLC | Contractor | 1880 Airport Blvd., Suite B<br>Mobile, AL 36606 | Alabama | 1569 Fearnway<br>Mobile, AL 36604 |
| 15. | Baywood Construction, Inc. | Builder | 3515 Del Prado Blvd. #107<br>Cape Coral, FL 33904 | Florida | Michael J. Devito<br>3515 Del Prado Blvd. #107<br>Cape Coral, FL 33904 |
| 16. | Beazer Homes Corp. | Builder | 1000 Abernathy Road, Suite 1200<br>Atlanta, GA 30328 | Georgia | Corporation Service Co.<br>1201 Hays Street<br>Tallahassee, FL 32301 |
| 17. | Best Homes of SW Florida, Inc.<br>a/k/a Legend Custom Builders, Inc. | Builder | 14 Del Prado Boulevard North<br>Suite #201<br>Cape Coral, FL 33909 | Florida | Steven Winer<br>2320 First Street<br>Suite 1000<br>Ft. Myers, FL 33901-2894 |
| 18. | Beta Credit Management, LLC | Developer | 5775 Blue Lagoon Drive, Suite 300<br>Miami, FL 33126 | Florida | Ocean Silver, LLC<br>5775 Blue Lagoon Drive, Suite 300<br>Miami, FL 33126 |

| DOROTHY ARNDT, ET AL. v. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL. | | | | |
|---|---|---|---|---|
| EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XII) | | | | |
| DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
| 19. Beta Drywall, LLC | Installer | 6586 Hypoluxo Road #306 Lake Worth, FL | Florida | B. Michael Watkins 6601 Lyons Road A-3 Coconut Creek, FL 33073 |
| 20. BFS Townhomes, LLC d/b/a High Point Development | Builder | 4515 Legacy Park Drive Tampa, FL 33611 | Florida | Melissa Byrne 4515 Legacy Park Drive Tampa, FL 33611 |
| 21. BJ&K Condo Construction, Inc. | Builder | 970 W. McNab Road Suite 210 Ft. Lauderdale, FL 33309 | Florida | Conrad J. Boyle 500 E. Broward Blvd. Suite 1950 Ft. Lauderdale, FL 33394 |
| 22. BMD, Inc. | Installer | 6163 Joe Jeff Street North Port, FL 34286 | Florida | Gary A. Fracassi 218 S. Bumby Avenue Orlando, FL 32803 |
| 23. Boohaker & Associates, LLC | Contractor | Homewood, AL | Alabama | 2926 Central Avenue, Ste. A Homewood, AL 35209 |
| 24. Bradford Plastering, Inc. | Installer | 2208 NE 22nd Place Cape Coral, FL 33909 | Florida | Elwood S. Bradford 2208 NE 22nd Place Cape Coral, FL 33909 |
| 25. C.M. Duncan Contracting, Inc. | Installer | 15697 Fiddlesticks Blvd. Ft. Myers, FL 33912 | Florida | Calvin M. Duncan, Jr. 15697 Fiddlesticks Blvd. Ft. Myers, FL 33912 |
| 26. Caceres Drywall Corp. | Installer | 12269 SW 129th Court Miami, FL 33186 | Florida | Laura P. Martin 14984 S.W. 93rd Street Miami, FL 33196 |
| 27. Canino Construction, Inc. | Builder | 160 Pond Cypress Road Venice, FL 34292 | Florida | LPS Corporate Services, Inc. 46 N. Washington Blvd. #1 Sarasota, FL 34236 |

| | | | | | |
|---|---|---|---|---|---|
| **DOROTHY ARNDT, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL.** | | | | | |
| **EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XII)** | | | | | |
| | **DEFENDANT** | **TYPE OF DEFENDANT** | **PRINCIPAL PLACE OF BUSINESS** | **STATE OF INCORPORATION** | **ADDRESS FOR SERVICE** |
| 28. | Carmen P Pacinelli Drywall Inc. | Installer | 12 Marker Road Rotonda West, FL 33947 | Florida | Carmen P Pacinelli 12 Marker Road Rotonda West, FL 33947 |
| 29. | CastleRock Communities, LP | Builder | 7670 Woodway, Suite 300 Houston, TX 77063 | Texas | Vilma Avila 7670 Woodway, Suite 300 Houston, TX 77063 |
| 30. | Centerline Homes at Georgetown, LLC | Builder | 825 Coral Ridge Drive Coral Springs, FL 33071 | Florida | Leopold Korn Leopold & Snyder PA 20801 Biscayne Blvd., Ste. 501 Aventura, FL 33180 |
| 31. | Coastal Living Homes, L.L.C. | Builder | 9400 Block Lane Estero, FL 33928 | Florida | Robert J. Gleason 9400 Block Lane Estero, FL 33928 |
| 32. | Constructo Building Services, Inc. | Contractor/ Installer | 7975 NW 154th Street, Ste. 400 Hialeah, FL 33016 | Florida | Peter M. Hodkin, PA 3389 Sheridan Street #560 Hollywood, FL 33021 |
| 33. | Craft Contractors, LLC | Installer | 8942 Austin Street Fort Myers, FL 32707 | Florida | Julio J. Sanchez 8942 Austin Street Fort Myers, FL 32707 |
| 34. | Craftsmen Builders, Inc. | Builder | 1501 Robert J. Conlan Boulevard Suite 210 Palm Bay, FL 32905 | Florida | Stephen Zimmerman 737 East Atlantic Blvd. Pompano Beach, FL 33060 |
| 35. | Cretin Homes, LLC | Builder | 18314 S. I-12 Service Road, Suite A Ponchatoula, LA 70454 | Louisiana | 18314 S. I-12 Service Road, Suite A Ponchatoula, LA 70454 |
| 36. | Dave Johnson Construction, Inc. | Builder | 3411 Gollott Road Ocean Springs, MS 39564 | Mississippi | David W. Johnson 311 Lovers Lane Ocean Springs, MS 39564 |

| | | | | | |
|---|---|---|---|---|---|
| DOROTHY ARNDT, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL. | | | | | |

**DOROTHY ARNDT, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL.**

**EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XII)**

| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| 37. | David Weekley Homes, LLC a.k.a Weekley Homes, LP | Builder | 1111 North Post Oak Road Houston, TX 77055 | Florida | Corporation Service Company 1201 Hays Street Tallahassee, FL 32301 |
| 38. | Delacruz Drywall Plastering & Stucco, Inc. | Installer | 322 Gunnery Road, Suite C Lehigh Acres, FL 33971 | Florida | Guadalupe Delacruz 322 Gunnery Road, Suite C Lehigh Acres, FL 33971 |
| 39. | Desarata Building Corporation | Builder | 3523 Griffin Road #5 Dania, FL 33312 | Florida | Richard Howerton 20834 San Simeon Way C-64 Miami, FL 33179 |
| 40. | Design Drywall of South Florida, LLC | Installer | 4444 S.W. 71st Avenue 107 Miami, FL 33155 | Florida | Federico Garcia 8221 Coral Way Miami, FL 33155 |
| 41. | Design Stucco, Inc. | Installer | 3231 13th Avenue SW Naples, FL 34117 | Florida | Joshua Norris 3231 13th Avenue SW Naples, FL 34117 |
| 42. | Dorado Homes Development, Ltd. | Builder | 1421 SW 107th Avenue Suite 306 Miami, FL 33175 | Florida | Ariel Gutierrez 1421 SW 107th Avenue Suite 306 Miami, FL 33175 |
| 43. | Drywall & Framing Investment Group, Inc. | Contractor/ Installer | 12901 W. Okeechobee Road F-5 Hialeah, FL 33018 | Florida | Pedro A. Diaz 12901 W. Okeechobee Road F-5 Hialeah, FL 33018 |

| | DOROTHY ARNDT, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL. | | | | |
|---|---|---|---|---|---|
| | EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XII) | | | | |
| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
| 44. | E.L. Cretin, LLC d/b/a Cretin Homes | Builder | 238 S. Vermont Covington, LA 70433 | Louisiana | 238 S. Vermont Covington, LA 70433<br><br>-or-<br><br>1703 Chantilly Drive Ste. B LaPlace, LA 70068 |
| 45. | EH Building Group, LLC | Builder | 4227 Northlake Blvd. Palm Beach Gardens, FL 33410 | Florida | Michelle L. Sides, Esquire 544 Terrace View Pl. Port Hueneme, LA 93041 |
| 46. | Enchanted Homes, Inc. | Builder | 260 B Professional Place North Fort Myers, FL 33903 | Florida | 11915 King James Court Cape Coral, FL 33991 |
| 47. | F. Vicino and Company, Inc. | Installer | 15 N.E. 2nd Avenue Deerfield Beach, FL 33441 | Florida | Frank Vicino, Jr. 15 N.E. 2nd Avenue Deerfield Beach, FL 33441 |
| 48. | Farthing Motorsports Enterprises, Inc. d/b/a Star Drywall Inc. | Installer | 575 N.W. Mercantile Place Port St. Lucie, FL 34986 | Florida | Nicole Farthing 5507 North Crisona Circle Port St. Lucie, FL 34986 |
| 49. | First Choice Drywall Services, Inc. | Installer | 17580 Cypress Point Road Fort Myers, FL 33912 | Florida | 26690 Bridgeport Lane Bonita Springs, FL 34125 |
| 50. | First Home Builders of Florida I, LLC | Builder | 12730 New Brittany Blvd., Ste. 407 Fort Myers, FL 33907 | Florida | 100 N. Tampa St., Ste. 4100 Tampa, FL 33602 |
| 51. | Florida Home Partnership, Inc. | Builder | 201 14th Avenue S.E., Suite H Ruskin, Fl 33570 | Florida | David Goldstein 3437 own Avenue New Port Richey, FL 34655 |

| | DOROTHY ARNDT, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL. | | | | |
|---|---|---|---|---|---|
| | EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XII) | | | | |
| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
| 52. | Florida Style Services, Inc. | Installer | 12400 Tamiamia Trail - Suite 101 Punta Gorda, FL 33955<br><br>or<br><br>Robert V. Fitzsimmons, Esquire c/o Rumberger, Kirk &U Caldwell 80 SW 8th Street Miami, FL 33130 | Florida | 2422 SE 28th Street Cape Coral, FL 33904 |
| 53. | Foster Home Builders, Inc. | Builder | 1325 Pawnee Circle Saraland, AL 36571 | Alabama | William Foster 1325 Pawnee Circle Saraland, AL 36571 |
| 54. | Frost Metal Framing & Drywall, Inc. | Installer | 18101 Glades Farm Road Estero, FL 33928 | Florida | Lorie Frost 18101 Glades Farm Road Estero, FL 33928 |
| 55. | G. Drywalls Corporation | Installer | 12951 SW 124th Street Miami, FL 33186 | Florida | Antonio I. Alonso 12951 SW 124th Street Miami, FL 33186 |
| 56. | Glen Dupree Specialty Services | Installer | 7950 Maple Street Bay St. Louis, MS 93520 | Mississippi | Glen Dupree 7950 Maple Street Bay St. Louis, MS 93520 |
| 57. | Grande Valley Homes, LLC d/b/a Casa Linda Homes | Builder | 1409 N. Main Street McAllen, TX 78501 | Texas | Mark Dizdar 1409 N. Main Street McAllen, TX 78501 |
| 58. | Gregan Construction Corp. | Builder | 4970 SW 72 Avenue, Suite 102 Miami, FL 33155 | Florida | Eduardo Goudie 4970 SW 72 Avenue, Suite 102 Miami, FL 33155 |

| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| | DOROTHY ARNDT, ET AL. v. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL. EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XII) | | | | |
| 59. | Gregg Nieberg, Inc. | Installer | | Florida | Gregg Nieberg 155 Higgins Lane Greenville, KY 42345 |
| 60. | Gulfstream Development Group, LLC | Builder | | Florida | Brian Haag 714 Del Prado Blvd. S. Cape Coral, FL 33990 |
| 61. | Hansen Homes of South Florida, Inc. | Builder | 1436 SE 16th Place Cape Coral, FL 33990 | Florida | Duane M. Davis 1436 SE 16th Place Cape Coral, FL 33990 |
| 62. | Hawkeye Construction | Builder | 3080 NW 99th Way, Suite 304 Coral Springs, FL 33067 | Florida | 1320 Polk Street Hollywood, FL 33019 |
| 63. | Hinkle Drywall, Inc. | Distributor | 1460 Booth Drive Valrico, FL 33594 | Florida | Gary S. Hinkle 1460 Booth Drive Valrico, FL 33594 |
| 64. | HPH Properties, LLC | Builder | Birmingham, AL | Alabama | Alan Howard 2236 Cahaba Valley Drive Suite 100 Birmingham, AL 35242 |
| 65. | International Building Products Corp. | Supplier | 11000 NW 36th Avenue Miami, FL 33167 | Florida | Michael Ramos 11000 NW 36th Avenue Miami, FL 33167 |
| 66. | Jon A. Wilder, Inc. | Installer | 1 Enterprise Drive Bunnell, FL 32110 | Florida | Jon A. Wilder 1212 Central Avenue South Flagler Beach, FL 32136 |
| 67. | Jorge A. Meza | Installer | 4824 Belle Drive Metairie, LA 70006 | Individual | 4824 Belle Drive Metairie, LA 70006 |

| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| | DOROTHY ARNDT, ET AL. v. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL. **EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XII)** | | | | |
| 68. | JVP Drywall & Finish, Inc. | Installer | 2475 NW 16th Street Road #506 Miami, FL 33125 | Florida | Jose V. Perez 2475 NW 16th Street Road #506 Miami, FL 33125 |
| 69. | K. Hovnanian First Homes, LLC | Builder | 110 West Front Street Red Bank, NJ 07701 | Florida | 515 E. Park Avenue Tallahassee, FL 32301 |
| 70. | L&W Supply Corp. d/b/a Seacoast Supply | Distributor | 550 W. Adams Street, Dept. 174 Chicago, IL 60661 | Delaware | Corporation Trust Center 1209 Orange Street Wilmington, DE 19801 |
| 71. | Lake Shore Construction LLC | Builder | 281 Lyon Lane Ste. 105 Birmingham, AL 35211 | Alabama | W. Stanley Roth 281 Lyon Lane Ste. 105 Birmingham, AL 35211 |
| 72. | Landmark Building Consultants, L.L.C. | Builder | 9401 Shady Bluff Drive Baton Rouge, LA 70818 | Louisiana | Wilson Reado 9401 Shady Bluff Drive Baton Rouge, LA 70818 |
| 73. | Legend Custom Builders, Inc. | Builder | 1429 Colonial Blvd., Suite 201 Fort Myers, FL 33907 | Florida | Forrester Hart Belisle & Whitaker PL 1429 Colonial Blvd., Suite 201 Fort Myers, FL 33907 |
| 74. | Lennar Homes, Inc. | Builder | 700 NW 107 Avenue Miami, FL 3172 | Florida | CT Corporation System 1200 South Pine Island Road Plantation, FL 33324 |
| 75. | Likness Construction Corp. of Southwest Florida | Builder | 510 SW 7th Terrace Cape Coral, FL 33991 | Florida | Dan Likness 510 SW 7th Terrace Cape Coral, FL 33991 |
| 76. | Livaudais Electrical & Construction, LLC | Builder | 4628 East St. Bernard Hwy Meraux, LA 70075 | Louisiana | 4628 East St. Bernard Hwy Meraux, LA 70075 |

| | DOROTHY ARNDT, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL. | | | | |
|---|---|---|---|---|---|
| | EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XII) | | | | |
| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
| 77. | Lopez Construction Group, Inc. | Installer | 7804 SW 6th Street North Lauderdale, FL 33068 | Florida | Jose Lopez 7804 SW 6th Street North Lauderdale, FL 33068 |
| 78. | Louran Builders, Inc. | Builder | 414 SW Dalton Circle Port St. Lucie, FL 34953 | Florida | Vincent C. Montalto, Jr. 414 SW Dalton Circle Port St. Lucie, FL 34953 |
| 79. | Majestic Custom Homes & Realty, Inc. | Builder | 4121 Royal Palm Beach Blvd. Royal Palm Beach, FL 33411 | Florida | John George 4121 Royal Palm Beach Blvd. Royal Palm Beach, FL 33411 |
| 80. | Mayco Construction, L.L.C. | Builder | 1155 Hardy Drive Covington, LA 70433 | Louisiana | Carlton May 1155 Hardy Drive Covington, LA 70433 |
| 81. | Medallion Homes Gulf Coast, Inc. | Builder | 2212 58th Avenue E. Bradonton, FL 34203 | Florida | Carlos M. Beruff 2212 58th Avenue E. Bradonton, FL 34203 |
| 82. | Merrick Homes, LLC | Builder | 203 E. Main Humble, TX 77338 | Texas | Christopher James Heinrich 20665 W. Lake Houston Pkwy Humble, TX 77346 |
| 83. | Metropolitan Design Group, Inc. | Builder | 7915 Westglen Drive Houston, TX 77063 | Texas | Lawrence J. Fossi 4203 Yoakum Blvd. Ste. 100 Houston, TX 77006 |
| 84. | Midwest Construction & Development, LLC | Builder | 1016 Clemons Street Suite 305 Jupiter, FL 33477 | Florida | Joe A. Livesay 1016 Clemons Street Suite 305 Jupiter, FL 33477 |
| 85. | Milton Construction Company | Contractor | 3711 SW 27th Street Miami, FL 33134 | Florida | Robert I Weissler 150 W. Flagler Street #2200 Miami, FL 33130 |

Page 10 of 15

| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| | DOROTHY ARNDT, ET AL. v. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL. | | | | |
| | EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XII) | | | | |
| 86. | Newtech Builders Corp. | Builder | 18651 SW 127 Pl. Miami, FL 33177 | Florida | Jose R. Limia 18651 SW 127 Pl. Miami, FL 33177 |
| 87. | NorthStar Holdings at B & A, LLC | Builder | 1732 S. Congress Avenue Suite 335 Palm Springs, FL 33461-2140 | Florida | Scott D. Worley 1732 S. Congress Avenue Suite 335 Palm Springs, FL 33461-2140 |
| 88. | Nu Way Drywall, LLC | Installer | 384 Snapdragon Loop Bradenton, FL 34212 | Florida | 384 Snapdragon Loop Bradenton, FL 34212 |
| 89. | O.C.D. of S. Florida, Inc. | Installer | 3431 SW 11th Street Deerfield Beach, FL 33442 | Florida | Pete Chamberland 3431 SW 11th Street Deerfield Beach, FL 33442 |
| 90. | Orchid Grove, LLC | Builder | 79 SW 12th Street, 2909 Miami, FL 33130 | Florida | Registered Agents of Florida, LLC 100 SW 2nd Street Suite 2900 Miami, FL 33131 |
| 91. | Paramount Quality Homes Corp. | Builder | | Florida | Martin Schaffer 1597 S.E. Port St. Lucie, Blvd. Port St. Lucie, FL 34952 |
| 92. | Pelican Builders, Inc. | Builder | 11915 County Rd 1 Fairhope, AL 36532 | Alabama | 11915 County Rd 1 Fairhope, AL 36532 |
| 93. | Precision Drywall, Inc. | Contractor/ Installer | 352 Tall Pines Road, Unit E West Palm Beach, FL 33413 | Florida | Jose J. Barajas 352 Tall Pines Road, Unit E West Palm Beach, FL 33413 |
| 94. | R.H. Hernandez Drywall, Inc. | Installer | 4845 Yale Street Houston, TX 77018 | Texas | Pable Escamilla 201 Stratford Street Houston, TX 77006 |

| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| | DOROTHY ARNDT, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL. EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XII) | | | | |
| 95. | Residential Drywall, Inc. | Installer | 9237 Lazy Lane Tampa, FL 33614 | Florida | 16009 North Lake Village Drive Odessa, FL 33556 |
| 96. | Rinker Materials, LLC n.k.a. Cemex Materials, LLC | Distributor | 920 Memorial City Way, Suite 100 Houston, TX 77024 | Delaware | Corporate Creations Network, inc. 11380 Prosperity Farms Rd. #221E Palm Beach Gardens, FL 33410 |
| 97. | Rinker Materials of Florida, Inc. | Supplier | 1501 Belvedere Road West Palm Beach, FL 33406 | Florida | 9111 Southern Blvd. West Palm Beach, FL 33411 |
| 98. | Rivercrest, LLC/The St. Joe Company | Builder | 133 South Watersound Pkwy Watersound, FL 32413 | Delaware | Corporation Service Company 1201 Hays Street Tallahassee, FL 32301 |
| 99. | RJL Drywall, Inc. | Installer | 8181 Bayshore Road North Fort Myers, FL 33917 | Florida | 8181 Bayshore Road North Fort Myers, FL 33917 |
| 100. | Sampson Construction Company, L.L.C. | Builder | 832 E. Boston Street, Unit 12 Covington, LA 70433 | Louisiana | Donald R. Sampson 832 E. Boston Street, Unit 12 Covington, LA 70433 |
| 101. | Santa Barbara Estates, Inc. | Builder | 7975 NW 154th Street, Suite 400 Miami Lakes, FL 33016 | Florida | Robert T. Briele 7975 NW 154th Street, Suite 400 Miami Lakes, FL 33016 |
| 102. | Shelby Building Corp. | Contractor | 2750 North East 185th Street, 2nd Floor Aventura, FL 33180 | Florida | Robert Shelley 2750 North East 185th Street, 2nd Floor Aventura, FL 33180 |
| 103. | Siesta Bay Custom Homes, LLC | Installer | 12730 New Brittany Blvd., Ste. 407 Fort Myers, FL 33907 | Florida | Deborah Pritchard 12730 New Brittany Blvd., Ste. 407 Fort Myers, FL 33907 |
| 104. | Signature Construction Management Corp. | Contractor | 2663 E. Oakland Park Boulevard Fort Lauderdale, FL 33306 | Florida | Gregory A. Baum 2663 E. Oakland Park Boulevard Fort Lauderdale, FL 33306 |

| | DOROTHY ARNDT, ET AL. v. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL. | | | | |
|---|---|---|---|---|---|
| | EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XII) | | | | |
| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
| 105. | Signature Series Homes, Inc. | Builder | 4344 Chiquita Blvd. S. Cape Coral, FL 33914 | Florida | 4302 Pecos River Drive Spring, TX 77386 |
| 106. | Sixty-Fifth And One, LLC | Builder | 4801 PGA Blvd. Palm Beach Gardens, FL 33418 | Florida | Peter D. Cummings & Associates, Inc. 4801 PGA Blvd. Palm Beach Gardens, FL 33418 |
| 107. | Star Homes, LLC | Builder | 3502 Bruton Road Plant City, FL 33655 | Florida | Lenka Valenzuela 3502 Bruton Road Plant City, FL 33655 |
| 108. | Star Homes of Florida, LLC | Builder | 2041 SW Bayshore Blvd. Port Saint Lucie, FL 34984 | Florida | Jose L. Fernandez 146 N. Sewalls Point Road Stuart, FL 34996 |
| 109. | Sun Construction, L.L.C. | Builder | 62250 West End Blvd. Slidell, LA 70461 | Louisiana | David C. Loeb 643 Magazine Street Suite 300 New Orleans, LA |
| 110. | Sun Construction, LLC d/b/a Sunrise Homes | Builder | 311 East Second Street Pass Christian, MS 39571 | Mississippi | Julien K. Byrne, III 311 East Second Street Pass Christian, MS 39571 |
| 111. | Supreme Builders, Ltd. | Contractor/ Installer | 521 N. Sam Houston Parkway E. #510 Houston, T 77060 | Texas | Greg Hawk 28453 Eagle Ridge Magnolia, tX 77355 |
| 112. | Supreme Homes Ltd. | Builder | 521 N. Sam Houston Pkwy E Ste. 510 Houston, TX 77060 | Texas | Greg Hawk 28453 Eagle Ridge Magnolia, TX 77355 |
| 113. | Tagan Landry | Builder | 5935 Washington Avenue, Suite A Ocean Springs, MS 39564 | Mississippi | Tagan Landry 5935 Washington Avenue, Suite A Ocean Springs, MS 39564 |

| | | | | | |
|---|---|---|---|---|---|
| DOROTHY ARNDT, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL. | | | | | |
| EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XII) | | | | | |
| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
| 114. | The David Group, Inc. | Builder | Birmingham, AL | Alabama | Isaac David 2316 B 1st Avenue South Birmingham, AL 35233 |
| 115. | TTT Enterprises, Inc. | Installer | | Florida | Norman L. Malcom 9149 S.E. Mystic Cove Terrace Hobe Sound, FL 33455 |
| 116. | U/C Universal Construction, Inc. | Installer | 16911 Pickering Road Conroe, TX 77302 | Texas | Norman L. Chapa 3102 Candle Cabin Lane Spring, TX 77388 |
| 117. | United Framers, Inc. | Installer | 11900 Loxahatchee Road, Suite 211 Parkland, FL 33076 | Florida | William J. Willard 11900 Loxahatchee Road, Suite 211 Parkland, FL 33076 |
| 118. | United Homes International, Inc. | Builder | 7975 W. 25th Avenue, Bay #5 Hialeah, FL 33016 -or- 7975 NW 154th Street, Suite 400 Miami Lakes, FL 33016 | Florida | Peter M. Hodkin, P.A. 3389 Sheridan Street Suite 560 Hollywood, FL 33021 |
| 119. | Vincent Montalto Construction, Inc. | Builder | 414 SW Dalton Circle Port St. Lucie, FL 34953 | Florida | Vincent C. Montalto, Jr. 414 SW Dalton Circle Port St. Lucie, FL 34953 |
| 120. | Williams-Brown, Inc. | Builder | 801 W. Romana Street Pensacola, FL 32502 | Florida | Chad A. Williams 801 W. Romana Street Pensacola, FL 32502 |
| 121. | Wolfman Construction Company | Builder | Wolfman Construction Company 8420 Main Drive Chalmette, LA 70043 | Louisiana | Frank P. Schiro, III Law Office of Frank P. Schiro, III 8420 Main Drive Chalmette, LA 70043 |

| DOROTHY ARNDT, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL. |||||||
|---|---|---|---|---|---|---|
| EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XII) |||||||
| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
| 122. | Woodland Construction of SW FL, Inc. | Builder | 315 Charles Drive Nokomis, FL 34275 | Florida | Robert S. Tarlowski 315 Charles Drive Nokomis, FL 34275 |
| 123. | Yarco, Inc. | Contractor/ Installer | 4399 Money Bayou Drive Orange Beach, AL 36561 | Alabama | Carlton Yarbrough 24889 Wolf Bay Terrace Orange Beach, FL 36561 |

*Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

### Exhibit "C"–Plaintiffs' Counsel and Plaintiffs' Contact Information in Plaintiffs' Omnibus Class Action Complaint (XII)

| PLAINTIFFS' COUNSEL |
|---|
| Allison Grant, Esquire<br>Allison Grant, P.A.<br>950 Peninsula Corporate Circle<br>Suite 1022<br>Boca Raton, FL 33487<br>Phone: (561) 994-9646<br>agrant@allisongrantpa.com |
| Jeremy W. Alters<br>Alters Law Firm, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com |
| Bruce Steckler<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219-4281<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>hflowers@baronbudd.com |
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com |

| **PLAINTIFFS' COUNSEL** |
|---|
| Daniel Becnel<br>Becnel Law Firm<br>P.O. Drawer H<br>Reserve, LA 70084<br>dbecnel@becnellaw.com |
| W. Brian Collins<br>Collins & Horsley, PC<br>2021 Morris Avenue<br>Suite 200<br>Birmingham, AL 35203<br>brian@collinshorsley.com<br>Phone: (205) 324-1834<br>Fax: (205) 324-1846 |
| Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson<br>  Matthews, Martinez, Gonzales,<br>  Kalbac & Kane<br>255 Alhambra Circle, Penthouse<br>Cora Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Ervin@colson.com |
| Jimmy Doyle, Esquire<br>Doyle Law Firm, PC<br>P.O. Box 36445<br>Birmingham, AL 35236<br>Phone: (205) 533-9500<br>Fax: (205) 332-1362<br>jvdoyle2@yahoo.com |
| Gerald E. Meunier<br>Gainsburgh, Benjamin, David, Meunier<br> & Warshauer, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com |

| PLAINTIFFS' COUNSEL |
|---|
| Michael D. Hausfeld<br>Richard S. Lewis<br>Hausfeld LLP<br>1700 K Street, N.W.<br>Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com |
| Edward Gibson<br>Hawkins, Stracener & Gibson, PLLC<br>544 Main Street<br>Bay St. Louis, MS 39520<br>Phone: (228) 469-0785<br>Fax: (228) 466-9233<br>Egibson@hsglawfirm.net |
| Russ M. Herman<br>Leonard A. Davis<br>Stephen J. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Ave., Suite 100<br>New Orleans, LA 70113<br>Phone: (504) 581-4892<br>Fax. (504) 561-6024<br>rherman@hhkc.com |
| K. Amanda Herndon<br>Holston Vaughan, LLC<br>211 S. Cedar Street<br>Mobile, AL 36602<br>kahlaw@bellsouth.net |
| Irpino Law Firm<br>2216 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 525-1500<br>Fax: (504) 525-1501<br>airpino@irpinolaw.com |

| PLAINTIFFS' COUNSEL |
|---|
| Michael J. Ryan<br>Krupnick Campbell Malone Buser Slama<br>Hancock Liberman & McKee, P.A.<br>700 Southeast Third Avenue<br>Ft. Lauderdale, FL 33316-1186<br>Phone: (954) 763-8181<br>Fax: (954) 763-8292<br>ksolares@krupnicklaw.com |
| The Law Offices of Joe Buffington<br>2021 Morris Avenue<br>Suite 200<br>Birmingham, AL 35203<br>brian@collinshorsley.com<br>Phone: (205) 324-1834<br>Fax: (205) 324-1846 |
| Richard Serpe<br>Law Offices of Richard J. Serpe<br>Crown Center, Suite 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455<br>rserpe@serpefirm.com |
| Arnold Levin<br>Fred S. Longer<br>Matthew Gaughan<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Phone: (215) 592-1500<br>Fax: (215) 592-4663<br>alevin@lfsblaw.com |

| PLAINTIFFS' COUNSEL |
|---|
| Ben Gordon, Jr.<br>Levin, Papantonio, Thomas, Mitchell, Echsner & Protor, P.A.<br>316 S. Baylen Street<br>Pensacola, FL 32501<br>Phone: (850) 435-7087<br>Fax: (850) 436-6087<br>bgordon@levinlaw.com |
| Daniel K. Bryson<br>Lewis & Roberts, PLLC<br>3700 Glenwood Avenue<br>Suite 410 (27612)<br>P.O. Box 17529<br>Raleigh, NC 27619<br>Phone (919) 981-0191<br>Fax: (919) 981-0199<br>akf@lewis-roberts.com |
| James Reeves<br>Lumpkin, Reeves & Mestayer, PLLC<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>info@lumpkinreeves.com |
| Scott R. Bickford<br>Larry J. Centola<br>Martzell & Bickford<br>338 Lafayette Street<br>New Orleans, LA 70130<br>ljc@mbfirm.com |
| Eric Hoaglund<br>McCallum, Hoaglund, Cook & Irby, LLP<br>905 Montgomery Highway, Suite 201<br>Vestavia Hills, AL 35216<br>Phone: (205) 824-7767<br>Fax: (205) 824-7768<br>ehoaglund@mhcilaw.com |

| PLAINTIFFS' COUNSEL |
|---|
| Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |
| Jerrold Parker<br>Jordan L. Chaikin<br>April S. Goodwin<br>Parker, Waichman, Alonso LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>Jchaikin@yourlawyer.com |
| Paul A. Lea, Jr.<br>Paul A. Lea, Jr., APLC<br>1978 N. Highway 190 Ste. B<br>Covington, LA 70433-5158<br>Phone: (985) 292-2300<br>Fax: (985) 292-3501<br>jean@paullea.com |
| W. Lee Pittman<br>Booth Samuels<br>Pittman, Dutton, Kirby & Hellums, P.C.<br>1100 Park Place Tower<br>Birmingham, AL 35203<br>Phone: (205) 322-8880<br>Fax: (205) 328-2711<br>booths@pdkhlaw.com |
| Jeffrey T. Donner<br>Podhurst Orseck, PA<br>25 W. Flagler St., Suite 800<br>Miami, FL 33130<br>Phone: (305) 358-2800<br>Fax: (305) 358-2382<br>jdonner@podhurst.com |

Page 6 of 7

| PLAINTIFFS' COUNSEL |
|---|
| Jordan Torry<br>Reich & Binstock, LLP<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br>Phone: (713) 622-7271<br>Fax: (713) 623-8724<br>dacevedo@reichandbinstock.com |
| Richard Taylor<br>Taylor Martino Zarzaur PC<br>P.O. Box 894<br>Mobile, AL 36601<br>Phone: (251) 433-3131<br>Fax: (251) 405-5080<br>richartaylor@taylormartino.com |
| J.E. Cullens, Jr.<br>Walters, Papillion, Thomas, Cullens, LLC<br>12345 Perkins Road, Bldg. One<br>Baton Rouge, LA 70810<br>Phone: (225) 236-3636<br>Fax: (225) 236-3650<br>cullens@lawbr.net |
| Ryan L. Thompson<br>Watts Guerra Craft, LLP<br>2506 N. Port Avenue<br>Corpus Christi, TX 78401<br>Phone: (361) 693-3100<br>Fax: (361) 887-0055 |
| R. Tucker Yance<br>Yance Law Firm, LLC<br>169 Dauphin Street, Suite 318<br>Mobile, AL 36602<br>Phone: (251) 432-8003<br>Fax: (361) 432-8009<br>rty@yancelaw.com |