**FLORIDA DEPARTMENT OF STATE**
**DIVISION OF CORPORATIONS**
www.Sunbiz.org

Previous on List    Next on List    Return To List

Events    Name History

## Detail by Entity Name

### Florida Profit Corporation

C.M. DUNCAN CONTRACTING, INC.

### Filing Information

| | |
|---|---|
| Document Number | P01000005165 |
| FEI/EIN Number | 651073855 |
| Date Filed | 01/11/2001 |
| State | FL |
| Status | ACTIVE |
| Last Event | NAME CHANGE AMENDMENT |
| Event Date Filed | 07/12/2002 |
| Event Effective Date | NONE |

### Principal Address

15697 FIDDLESTICKS BLVD
FT MYERS FL 33912

Changed 06/27/2008

### Mailing Address

15697 FIDDLESTICKS BLVD
FT MYERS FL 33912

Changed 06/27/2008

### Registered Agent Name & Address

DUNCAN, CALVIN M JR.
15697 FIDDLESTICKS BLVD
FORT MYERS FL 33912 US

Name Changed: 04/30/2011

Address Changed: 04/30/2011

### Officer/Director Detail

**Name & Address**

Title D

DUNCAN, CALVIN M JR
15697 FIDDLESTICKS BLVD
FT MYERS FL 33912

### Annual Reports

Exhibit "1"