UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO DOROTHY ARNDT, et al. vs. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, K.G., et al. Case No. 11-02349 | * * * * | JUDGE FALLON MAG. JUDGE |

\*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that, upon pleadings and other matters of record, the undersigned moves the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Courtroom 468, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, as soon as counsel can be heard, for an order for

hearing on C. M. Duncan Contracting, Inc.'s Motion to Dismiss Or, Alternatively, Motion to Transfer Venue and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

/s/ Elizabeth L. Gordon
Lloyd N. Shields (La. Bar No. 12022)
Elizabeth L. Gordon (La. Bar No. 21619)
Andrew G. Vicknair (La. Bar No. 28448)
Adrian A. D'Arcy (La. Bar No. 29137)
Shields Mott Lund L.L.P.
650 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 581-4445
Facsimile: (504) 584-4440
lnshields@shieldsmottlund.com
elgordon@shieldsmottlund.com
agvicknair@shieldsmottlund.com
aad'arcy@shieldsmottlund.com

Attorneys for
    C. M. Duncan Contracting, Inc.

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing *Notice of Submission* of C. M. Duncan Contracting, Inc. has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U. S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 17th day of August, 2012.

/s/ Elizabeth L. Gordon