UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

**O R D E R**

Upon consideration of the Plaintiffs' Steering Committee's Motion for Leave to File Exhibit Under Seal and for Expedited Hearing;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee's Motion for Leave to File Exhibit Under Seal is granted, and Exhibits "H" attached to the Plaintiffs' Steering Committee's Motion to Compel Responses to Discovery, As Well As Depositions, From The North River Insurance Company be and they are hereby FILED UNDER SEAL.

IT IS FURTHER ORDERED BY THE COURT that the Plaintiffs' Steering Committee's Motion for Expedited Hearing be and is hereby granted, and that the hearing on the motion is set for Thursday, August 23, 2012, at 10:00 a.m. and will be conducted telephonically. The conference call information for the hearing follows: 877-336-1839, access code 4227405, and security code 82312.

Responses in opposition are to be filed by Tuesday, August 21, 2012.

New Orleans, Louisiana this 16th day of August, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE