UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: DOROTHY ARNDT, ET AL VS. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, K.G., ET AL Case No. 11-02349 | * * * * * * * | JUDGE FALLON (L)  MAGISTRATE WILKINSON (4) |

## NOTICE OF APPEARANCE ON BEHALF OF A. W. INDEPENDENT, INC. AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COME NOW Traci Castille and Donald Moore of the law firm of Franke & Salloum, PLLC, who hereby enter their appearance on behalf of defendant, A. W. Independent, Inc. It is respectfully requested that copies of all future pleadings, orders, notices, motions, documents and correspondence in connection with this action be served upon them in accordance with the contact information below. A. W. Independent, Inc. reserves all rights to file its objections to jurisdiction, venue, service, and all other appropriate matters, and preserves all defenses.

Respectfully submitted, this the 17th day of August, 2012.

FRANKE & SALLOUM, PLLC

BY:   /s/ Traci Castille
TRACI CASTILLE, LA Bar No. 16852
tmc@frslaw.com
DONALD P. MOORE, LA Bar No. 20970
dpm@frslaw.com
SHELLYE V. McDONALD, MS Bar No. 2395
Franke & Salloum, PLLC
10071 Lorraine Road (39503)
Post Office Drawer 460
Gulfport, MS 39502
Phone:  228.868.7070
Fax: 228.868.7090

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing Notice of Appearance and Request for Service has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, & Katz, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana, 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Frilot, LLC, 1100 Poydras Street, Suite 3700, New Orleans, Louisiana 70163, kmiller@frilot.com,  Homebuilders and Installers' Liaison Counsel, Phillip Wittman, pwittman@stonepigman.com, Stone, Pigman, 546 Carondelet Street, New Orleans, LA 70130, and on Matthew Gaughan, Esq., Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106-3697, mgaughan@lfsblaw.com, by U. S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047 on this, the 17th day of August, 2012.

/s/Traci Castille
TRACI CASTILLE