# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 12-0498, SECT. L., MAG. 2

Plaintiff:
RICHARD AND CONSTANCE ALMEROTH, ET AL.

vs.

Defendant:
WOODLAND ENTERPRISES, INC.

For:
Russ Herman
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Received by SERVICE OF PROCESS, INC. on the 10th day of August, 2012 at 9:38 am to be served on **TRIPLE "E" CORPORATION BY SERVING ITS REGISTERED AGENT PAUL T. EAST, 2723 HORSESHOE TRAIL, PALM CITY, FL 33490.**

I, Debra Forbes, being duly sworn, depose and say that on the **14th day of August, 2012** at **9:19 am**, I:

served a CORPORATION by delivering a true copy of the **Summons on a Third-Party Complaint & Defendant Woodland Enterprises, Inc., Cross Claim and Third Party Complaint** with the date and hour of service endorsed thereon by me, to: **PAUL T. EAST as REGISTERED AGENT** for **TRIPLE "E" CORPORATION BY SERVING ITS REGISTERED AGENT PAUL T. EAST**, at the address of: **2723 HORSESHOE TRAIL, PALM CITY, FL 34990**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
PLEASE NOTE THE CORRECT ZIP CODE IS 34990.

**Description** of Person Served: Age: 52+, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 210, Hair: Blonde, Glasses: N

I hereby certify that I am over the age of 18, I am not a party to this action and have no interest in the process being served, and I am a Certified Process Server or Special Process Server in good standing in the judicial circuit/county in which the process was served or an otherwise duly authorized to have served process in the jurisdiction where process was served.

STATE OF FLORIDA
COUNTY OF ST. LUCIE
Subscribed and Sworn to before me on the 14th day of August, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC

BROOKE ZAMBUTO
MY COMMISSION # EE 141081
EXPIRES: February 24, 2016
Bonded Thru Budget Notary Services

Debra Forbes
PS 06-05

SERVICE OF PROCESS, INC.
Post Office Box 45-2354
Miami, FL 33245-2354
(305) 226-6809

Our Job Serial Number: PDB-2012023914

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

RICHARD AND CONSTANCE ALMEROTH, ET AL.
*Plaintiff*
v.
WOODLAND ENTERPRISES, INC.
*Defendant, Third-party plaintiff*
v.
BANNER SUPPLY CO.
*Third-party defendant*

Civil Action No. 12-0498, Sect. L., Mag. 2

Date: 8/14/12 Time: 9:19 AM
Served: Paul T. East
Registered Agent
PS: D.F # 06-05 Service of Process, Inc.

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* TRIPLE "E" CORPORATION
BY SERVING ITS REGISTERED AGENT
Paul T. East
2723 Horseshoe Trail
Palm City, FL 33490

A lawsuit has been filed against defendant __Woodland__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Almeroth__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Stacy Bercun Bohm, Esq., Valerie B. Greenberg, Esq., Leslie Miller Tomczak, Esq.
Akerman Senterfitt, 350 E. Las Olas Blvd., Suite 1600, Ft. Lauderdale, FL 33301

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Russ M. Herman, Esq., Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, 820 O'Keefe Ave., New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date: __Aug 03 2012__

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 12-0498, Sect. L., Mag. 2

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Triple "E" Corporation__

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: