UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO DOROTHY ARNDT, et al. vs. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, K.G., et al. Case No. 11-02349 | * * * * | JUDGE FALLON MAG. JUDGE |

\* \* \* \* \* \* \* \*

**OPPOSITION TO PLAINTIFF'S SECOND OMNIBUS
MOTION FOR PRELIMINARY DEFAULT JUDGMENT**

MAY IT PLEASE THE COURT:

    Defendant, C. M. Duncan Contracting, Inc. ("Duncan"), through its undersigned counsel, appears solely for the purpose of this opposition to Plaintiff's Second Omnibus Motion for Preliminary Default Judgment (Rec. Doc. No. 15412) and reserves all of its objections to jurisdiction and venue. Duncan filed its Notice of Appearance in this matter on August 3, 2012 (Rec. Doc. No. 15589), filed a motion to dismiss on August 17, 2012 (Rec. Doc. No. 15709), and is named in "Exhibit 1 Participating Defendants" to the most recent draft of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers (referred to in the Knauf Defendants' Settlement Agreement as the

"Prospective Insurance Agreement"). As such, Duncan is appropriately proceeding with its defense in this matter.

For the reasons listed above and because C. M. Duncan Contracting, Inc. has filed appropriate pleadings in this matter and is proceeding with its defense of this matter, C. M. Duncan Contracting, Inc. respectfully requests that it be removed from Plaintiff's Second Omnibus Motion for Preliminary Default Judgment (Rec. Doc. No. 15412) and that this Honorable Court not enter a preliminary default against C. M. Duncan Contracting, Inc. in this matter.

Respectfully submitted,

/s/ Elizabeth L. Gordon
Lloyd N. Shields (La. Bar No. 12022)
Elizabeth L. Gordon (La. Bar No. 21619)
Andrew G. Vicknair (La. Bar No. 28448)
Adrian A. D'Arcy (La. Bar No. 29137)
Shields Mott Lund L.L.P.
650 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 581-4445
Facsimile: (504) 584-4440
lnshields@shieldsmottlund.com
elgordon@shieldsmottlund.com
agvicknair@shieldsmottlund.com
aad'arcy@shieldsmottlund.com

Attorneys for
   C. M. Duncan Contracting, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify the above and foregoing *Memorandum in Support of C. M. Duncan Contracting, Inc. 's Opposition to Plaintiff's Second Omnibus Motion for Preliminary Default Judgment* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz

& Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U. S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 20th day of August, 2012.

/s/ Elizabeth L. Gordon

62065-17\Pleadings\Opposition to Preliminary Default.wpd