UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | JUDGE FALLON |
| Case No. 12-0498 | : | MAG. JUDGE WILKINSON |
| *Richard Almeroth, et al. v. Taishan Gypsum Co., Ltd. et al.* | : | |
| | : | |

### DEFENDANTS BOYNTON VILLAGE ASSOCIATES, LTD., HOLLYWOOD DIXIE ASSOCIATES, LLC, ALLIANCE CONSTRUCTION, INC., CORNERSTONE GROUP CONSTRUCTION, INC., AND CORNERSTONE GROUP DEVELOPMENT CORP.'S RESPONSE IN OPPOSITION TO THE PSC'S SECOND OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT

Defendants Boynton Village Associates, Ltd., Hollywood Dixie Associates, LLC, Alliance Construction, Inc., Cornerstone Group Construction, Inc., and Cornerstone Group Development Corp., hereby file this opposition to the PSC's Second Omnibus Motion for Preliminary Default Judgment.

Defendants have timely appeared and met all requirements under the Pre-Trial Orders in MDL No. 2047. Specifically, Defendants filed and served their Notice of Appearance on May 2, 2012 (D.E. # 14140). Defendants also timely served their Builder Profile Forms on May 22, 2012. Finally, Defendants are "Participating Defendants" in the Settlement Agreement Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers. Defendants therefore respectfully request that they be removed from Plaintiff's Second Omnibus Motion for Preliminary Default Judgment and that this Honorable Court not enter a preliminary default against them in this matter.[1]

---

[1] The undersigned provided this information to the PSC and requested that the Defendants be removed from the Second Omnibus Motion. This response is being filed in an abundance of caution.

Respectfully submitted,

By: __/s/ Vanessa M. Serrano_____
    PETER R. GOLDMAN
    Florida Bar No. 860565
    VANESSA M. SERRANO
    Florida Bar No. 51555
    BROAD AND CASSEL
    100 S.E. Third Ave., Ste. 2700
    Fort Lauderdale, Florida  33394
    Telephone: (954) 764-7060
    Facsimile:  (954) 761-8135
    pgoldman@broadandcassel.com
    vserrano@broadandcassel.com

*Counsel for*
*Boynton Village Associates, Ltd.*
*Hollywood Dixie Associates, LLC,*
*Alliance Construction, Inc.,*
*Cornerstone Group Construction, Inc.,*
*and Cornerstone Group Development*
*Corp.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of August 2012.

                                                      __/s/ Vanessa M. Serrano_____
                                                      Vanessa M. Serrano

4839-3681-7936.1
31222/0053