UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |
| *Almeroth v. Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 2:12-cv-0498 | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**OPPOSITION TO PLAINTIFF'S SECOND OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT**

**MAY IT PLEASE THE COURT:**

Defendant, Devon International Industries, Inc., doing business as Devon Building Materials ("Devon") appears solely for the purpose of this opposition to Plaintiff's Second Omnibus Motion for Preliminary Default Judgment (R. Doc. 15412).

Devon filed a Notice of Appearance in this matter on July 25, 2012 (R. Doc. 15550), and it is a Participating Defendant in the "Builder, Installer, Supplier & Insurer Settlement Agreement" ("the Settlement Agreement"). On June 4, 2012, this Court granted the motion for preliminary approval of the Settlement Agreement and, among other things, stayed the "prosecution of all claims and CDW-Related Actions against the Participating Defendants and Participating Insurers, except for Reserved Claims…pending the settlement proceedings involving the Global Settlement and further Orders of the Court." (R. Doc. 14562 at p. 23-24).

Having timely and properly filed a Notice of Appearance in this matter, and pled and otherwise defended itself in the instant litigation, Federal Rule of Civil Procedure 55 is

1

inapplicable, and Plaintiff's Second Omnibus Motion for Preliminary Default against Devon must be denied. Moreover, in light of the stay order issued by the Court in conjunction with the Settlement Agreement, any action against Devon in this matter is stayed and would be improper.

For the foregoing reasons, Devon International Industries, Inc. d/b/a Devon Building Materials respectfully requests that it be removed from Plaintiff's Second Omnibus Motion for Preliminary Default Judgment (R. Doc. 15412) and that this Honorable Court deny the entry of preliminary default against Devon International Industries, Inc. d/b/a Devon Building Materials.

Respectfully submitted,

/s/ Victoria E. Emmerling
ANDREW A. BRAUN, T.A. (#3415)
E-Mail: abraun@glllaw.com
DANIEL G. RAUH (#27280)
E-Mail: drauh@glllaw.com
VICTORIA E. EMMERLING (#33117)
E-Mail: temmerling@glllaw.com
Gieger, Laborde & Laperouse, LLC
One Shell Square – Suite 4800
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
Counsel for Devon International Industries, Inc. d/b/a Devon Building Materials

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Opposition** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 21st day of August, 2012.

/s/ Victoria E. Emmerling
VICTORIA E. EMMERLING