UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br>SECTION: L |
| This Document Relates to All Cases | : : | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Arif Parupia. IT IS ORDERED that this correspondence is to be filed into the record.

New Orleans, Louisiana, this 16th day of August 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE


Clerk to serve: Arif Parupia
              10850 Kimberfyld Lane
              Port St. Lucie, FL 34986