ARIF PARUPIA
10850 KIMBERFYLD LANE
PORT ST. LUCIE, FL 34986
772-370-7573 FAX 772-595-3413
Email: aparupia@att.net



July 21, 2012

Mr. Mathew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut St.
Philadelphia, PA 19106-3697

RE: In re: Chinese Drywall Litigation, MDL No. 2047  L

Dear Mr. Gaughan:

Yesterday I received your mail regarding the above described Pending case in the United States District Court Easter District of Louisiana MDL NO. 2047 Section: L, Mag. Judge Wilkinson requesting the Court for Preliminary Default Judgment and Memorandum in favor of Plaintiff due to Defendant failure to timely enter an appearance and/or other defends themselves after the service of the applicable complaint.

Therefore, I am sending the copies of the VERIFIED MOTION TO DISMISS BY DEFENDANT ARIF PARUPIA BASED UPON IMPROPER PARTY AND/OR IMPROPER VENUE DATED ALONG WITH THE ATTACHMENTS DATED November 22, 2011 and Copy of letter address to Clerk, U.S District Court dated May 1, 2012 along with the copy of VERIFIED MOTION TO DISMISS PLAINTIFF'S UNMIBUS CLASS ACTION COMAPLAINT (XIII) BY DEFENDANT ARIF PARUPIA AND INDIVIDUAL DEFENDANT, BASED UPON IMPROPER PART AND IMPROPER VENUE PURSUANT TO RUL 12(b)(1), (2), (3) and (6). And MEMORANDUM OF LAW SUPPORTING THE AMENDED VERIFIED MOTION TO DISMISS BY DEFENDANT ARIF PARUPIA BASED UPON RULE 12(B)  Dated May 1, 2012 filed with Clerk , US DISTRICT COURT, 560 POYDRAS COURT, ROOM c-141, NEW ORLEANS, LA 71030 and copies to Russ M Hermann, Esquire, Leonard A. Davis , Esquire, Herman, Herman, Katz & Colter, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113 (COPY OF FEDX BILL ATTACHED WITH CONFIRMATION  OF DELIVERY NO 583758592.) delivery to Clerk office.

For your information and determination to Dismiss Arif Parupia from Suite, I am enclosing additional documents as followings:

1. For your information copy of partial Invoice along with a check No 3222 reflecting Rogolina to be the General Contractor of records.

2. Copy of the Corporation records filed with Corporate Office in Tallahassee by Vicinity Drywall, Inc.

3. Copy of the Subcontract list performed work and supplies drywall t Adam's Place, LLC.

4. Copy of CERTIFICATE OF LIABILTY INSURANCE provided by Joyce Rogolino dba Pate's Construction.

5. Copy of St. Lucie Occupational License provided to Adam's Place, LLC by Joyce Rogolino dba Pat's Construction, LLC

6. Copy of Certificate of Exemption from Florida Workers Compensation Law.

7. Copy of Contractor's Final Affidavit signed by Joyce Rogolino as Managing Member of Pat's Construction, LLC. Confirming that were paid in full.

Please review the enclosed and request that ARIF PARUIA SHOULD BE DISMISSED FROM THE CASE.

I WANT TO THANK YOU FOR YOUR ATTENTION TO THIS REQUEST AND I AM EXPECTING TO RECEIVE THE COPY OF RECORDED RELEASE OF DISMISSAL FOR MY FILES.

Sincerely,

ARIF PARUPIA

CC: W/A TO:  Honorable Jude Eldon E. Fallon
              Ms. Loretta G. Whyte, Clerk of Court
              Russ M. Herman, Esquire