UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
This Document Relates to All Cases : MAG. JUDGE WILKINSON

## ORDER

The Court received and reviewed the attached correspondence from Jon and Stacey Miles. IT IS ORDERED that this correspondence is to be filed into the record. IT IS FURTHER ORDERED that the Court-appointed pro se curator, Robert Johnston, contact the Miles and provide them with information on the litigation, particularly with regard to claims filed or discovered after the relevant Knauf Settlement Agreement deadline.

New Orleans, Louisiana, this 16th day of August 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Clerk to serve:    Jon and Stacey Miles
                   18196 Fairway View Dr.
                   Biloxi, MS 39532