July 20th, 2012

Jon & Stacey Miles
18196 Fairway View Dr
Biloxi, MS  39532
205-515-9838
sdmiles@southernco.com



RECEIVED
AUG - 2012
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Judge Fallon,

I am writing to convey my situation concerning Chinese drywall. I am hopeful that you will allow situations such as ours that was literally out of our control, out of our purview and has left us in an extremely devastating situation be remedied through the same means that others are being afforded. We did not find out we had Chinese drywall until June of 2012 and therefore missed the deadline of last year.

My husband and I along with our two children relocated for job opportunities to Biloxi, MS in April of 2011. We found the perfect house, our dream home really. Given we had been extremely diligent in our savings practices and had remained in our first home for over 10 years, we were able to buy a larger home than before.

We took all the proper and required steps to ensure the house was sound and in good shape before purchase. We inquired with our home inspector about drywall issues post Katrina. Upon inspection, the house had no symptoms: no sulfur smell, all original appliances, no wiring/lights issues and the air conditioners showed no sign of corrosion.

A year went by and we were still very happy with our house. Little did we know, our dream home was about to become our worst nightmare. At the end of June 2012, I overhead two separate coworkers discussing the situation they were in with Chinese drywall. One guy had not experienced any of the typical symptoms but had discovered he in fact had Knof. Given the 2006 construction completion date of our home, paranoia set in and so we decided to spot check a wall. Our worst fears were confirmed upon researching on the internet the name of the drywall.

I immediately contacted a local attorney handling drywall cases. They sent an inspector that confirmed the presence of the drywall. The nightmare became even more devastating when I learned that we had missed a deadline to be included in the ongoing lawsuit. **A deadline we were unaware of due to having no idea we had Chinese drywall.**

Judge Fallon, I plead with you to consider situations like us to be included in the ongoing litigation. We are good standing citizens, good stewards of our resource and always take diligent steps to try and make wise decisions. If you knew us, you would agree that this situation is beyond ironic given how diligent we are in all that we do.

If we are not allowed to be a part of this lawsuit, it will mean 15 years of savings of our adult lives as well as our entire 401k literally being drained dry and still not having enough to cover the necessary work. It sickens me to think 15 years of diligent savings and being good stewards of our resources will be depleted for something such as this.

Even with the devastation of the money situation, what I angst over the most is the fact that my 4 and 6 year old are living in this house surrounded by the drywall. My son has had two asthma attacks since we've lived here. Prior to moving into this house, asthma was not even on our radar screen. This makes a decision to include situations like ours sooner rather than later of utmost importance.

Judge Fallon, thank you for taking the time to read this. Thank you in advance for what you can do to facilitate remediation for situations such as ours.

Sincerely,

Jon, Stacey, Will and Nicole Miles