UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br>SECTION: L |
| This Document Relates to All Cases | : : : | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Tim and Julie Gaines. IT IS ORDERED that this correspondence is to be filed into the record. IT IS FURTHER ORDERED that the PSC look into the issues raised by this correspondence, particularly the communication issues involving the Gaines' counsel, and contact the Court with an update.

New Orleans, Louisiana, this 16th day of August 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Clerk to serve:   Tim and Julie Gaines
5302 SW 27th Place
Cape Coral, Florida 33914