August 8, 2012

Judge Eldon Fallon
500 Poydras Street
Room C546
New Orleans, LA 70130

Dear Judge Fallon,

    I hope if you have someone who reads your mail that they pass this on to you. My name is Julie Gaines. I live in Southwest Florida. Cape Coral Florida to be exact. I have Chinese drywall. I'm sure you get hundreds of letters and e-mails regarding the Chinese drywall fiasco. I just wanted to let you know how fearful I am regarding this issue. I don't have Knauf drywall so I am not eligible for the Knauf remediation program nor am I entitled to any monetary compensation from them. Our builder Aranda Homes built around 250 homes from 2005 to 2007. Ours was completed May of 2006. Of the 250 homes they built only three did not have Knauf drywall. Ours was one of them. We are told that our drywall came directly from a mine in China. It is extremely unfair that some or most people with toxic drywall will be compensated but I'm told there will be a few who are not. My attorney tells us we will get very little if anything. We found out in November of 2009 that our home was built with toxic drywall. Before that we had a computer go up, our big screen TV went up Christmas eve and then a month later our refrigerator went up. All of this happened before we found out about the toxic drywall. We were dumbfounded because we had no idea. We just thought we had incredibly bad luck since moving to Florida from Baltimore Maryland in 2006. In July of 2011 our air conditioner went up. We were told by other Chinese drywall victims that it would be a waste of money to replace our air conditioner unless we removed the drywall. So, that August we took out a loan for $75,000 to fix someone else's problem. My husband and I could not afford to pay a contractor to remediate our home so we did it ourselves. We worked 14 hour days 7 days a week since September 1, 2011 while both of us were working full time jobs. I paid $280,000 cash for my home in 2006. We are 56 years old and had planned on retiring in 4 years. Now we find ourselves saddled with a $75,000 mortgage. We spent $12,000 in rent and double utility bills. We used up our savings and now it looks like we will not be compensated for our time and expenses. If we are compensated we were told it will be 25 or 30 cents for every dollar we spent. I still can't wrap my head around the fact that the United States is not helping us with this and is making me fight a foreign country to right a wrong that had nothing to do with us. We paid our builders and his subcontractors $280,000 in good faith and received damaged goods in return and yet we are left holding the bag. My biggest fear is now that we have moved back in to our home after being away for a year, we will default on the loan or not have any money to pay our property taxes and they take our home that we have already spent $400,000 on. A home which in the present market is probably worth around $175,000. We heard that the Knauf homeowners will also get something from the global settlement that is being discussed and that you are going to be the one who decides how it

will be divided up. I implore you to really look at this and re-imburse the people who were not eligible for any other compensation first. We have had more than $100,000 in out of pocket expenses since this started. No one will care if my home is foreclosed on because we defaulted on our loan or if Lee county auctions off our home (that we have already paid for twice) for non payment of property taxes. But, it would be such a shame that one couple who worked their entire lives for a small piece of the American dream lost it because of the actions of this country and a foreign country. My husband feels like if we loose our home after everything we have been through there will be nothing else to live for. This month will mark three years since we have known about the toxic drywall and we don't see a light at the end of the tunnel. Please give me some encouraging news. My attorney does not bother to respond to my e-mails and there is so much information out there that we have no idea what is happening with this situation. Please don't send me a form letter thanking me for contacting your office stating you are doing everything you can. That's what I received when I contacted our Senators. If we are going to receive any monetary compensation, I need it now not three years from now. I don't want to receive a check in the mail after my home has been auctioned off or foreclosed on. There are so many tragic stories associated with the Chinese drywall that I am terrified I will be one of them. It's amazing and mind boggling how things work in the United States. I am out more than $100,000 for something that had nothing to do with me and yet the attorneys are walking away with millions of dollars in their pockets. PLEASE HELP US BEFORE IT'S TOO LATE.

Sincerely,

Tim and Julie Gaines
5302 SW 27th Place
Cape Coral, Florida 33914
(239) 440-6634