UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| This Document Relates to All Cases | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Douglas Cristina. IT IS ORDERED that this correspondence is to be filed into the record. IT IS FURTHER ORDERED that the Court-appointed pro se curator, Robert Johnston, contact Mr. Cristina and provide him with information on the litigation, particularly with regard to claims filed or discovered after the relevant Knauf Settlement Agreement deadline.

New Orleans, Louisiana, this 16th day of August 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Clerk to serve:    Douglas J. Cristina
7 Pintail Trace
Mandeville, LA 70471