# DOUGLAS J CRISTINA

7 Pintail Trace • Mandeville, Louisiana 70471
985-875-1283

---

8/1/2012

Honorable Judge Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street Rm C-456
New Orleans, La 70130



Re: Unrepresented Claimants
    Knauf Plasterboard Tianjin Co. LTD

Judge Eldon E. Fallon:

I have a second home in Pass Christian, Mississippi that was damaged by Hurricane Katrina. The home required massive repairs internally of which were initiated in 2006 and completed in June 2007. Due to my schedule, minimal time (less than 10 days) has been spent at this home since the completion date of the repairs.

The first consistent occupant of this home was on December 1, 2011, as my stepson moved into the home. On January 9, 2012, my stepson committed suicide in the home and the home remained vacant since his death. Knowing my family would not ever wish to return to the home, I decided to sell the home. We listed the home and shortly thereafter it was confirmed we have Knauf Tianjin Plasterboard.

Healthy Home Solutions, LLC conducted an inspection and made the determination 7/24/2012. The plasterboard for this home was supplied by Interior/Exterior Building Supply.

I have been informed that I am too late to be included in the Knauf Settlement. However, due to my circumstances in diagnosing the home at a later date, I would like to inquire to determine if there were any exceptions or possibilities to be added to this case at this date in time. I would welcome the opportunity to be included.

If not, will there be any filings for those that were unaware of the presence of this plasterboard in their home after the closing of the current case?

Thank you for any consideration or guidance you can offer in this matter.

Sincerely,

Douglas J Cristina