UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
This Document Relates to All Cases : MAG. JUDGE WILKINSON

## ORDER

The Court received and reviewed the attached correspondence from Vadim and Natalie Baidan. IT IS ORDERED that this correspondence is to be filed into the record. IT IS FURTHER ORDERED that the PSC look into the issues raised by this correspondence and contact the Court with an update.

New Orleans, Louisiana, this 16th day of August 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Clerk to serve:   Vadim and Natalie Baidan
Magdalena Gardens Condominiums
Unit 1011
240 W. End Drive
Punta Gorda, FL 33950