RECEIVED

JUL 2 6 2012

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Your Honor!

My name is Natalie Baidan.
My husband, Vadim Baidan and I purchased unit 1011 in Magdalena Gardens,
Punta Gorda, FL in March 2010.

We and many others unit owners in Magdalena Gardens, Punta Gorda, Fl desperately
Need your help!

The situation with the CDW affected condos is getting out of control, it is dragging on
forever, people are loosing their investments and retiring savings!
If nothing is done in the very near future, the lost revenue on every condo will exceed the
cost to re-mediate it now.

My husband and I tried to get legal help and hire a lawyer here, in Sarasota and Charlotte
Counties, FL; 2 of the legal professionals we talked to, were very interested in our case,
but as soon as they spoke with the HOA attorney, they both disappeared from us.
It seems like there is some unknown to us legal power that stops them.

Our unit was inspected numerous times during the course of the years and has more than
60 different size holes in the walls, which makes it in addition to having CDW
completely unlivable.
Board of Directors of HOA still plans to have additional inspection which would cost unit
owners another $40,000 or more.
Not only that damages the walls, results of every next inspection contradict the previous.
HOA also will not let the homeowners to fix the damaged walls, citing yours , Your
Honor, rulings about evidence preservation.
Many of the unit owners purchased their units after 2009, they are not members of the
MDL case, and they are not obligated to save any evidence, because they bought in
knowing, that there is a CDW present.

In January 2011 our family friend from Ukraine Larysa Tsupruk purchased
Unit 1021 in the same development.

Her unit happened to have 100% Knaupf drywall and is supposed to be remediated
By Moss Co.

Larysa Tsupruk designated me to sign all required documents
On her behalf.

In May of this year I called Moss and found out that Larysa Tsupruk' name is not listed
As an owner name on Moss's documents.

I called Magdalena Gardens Management Company and received rather strange answer
From the Manager:

**The attorneys will not change the name so that the paperwork matches the originals lawsuit filings. They want to avoid any confusion and therefore possible delays.**

This answer really does confuse me.
How can I explain to Larysa Tsupruk, who lawfully purchased unit 1021, that her name
Is not listed in remediation documents as an owner?
What kind of legal ramifications she should expect in the future?
Will she have to pay $70,000 to Moss for remediating her unit, because she is not an
original owner?

Not only all this deal with Knaupf and Moss is very suspicious to the most of the owners,
Who purchased their units in 2009, 2010 and later.
 For the first time in out lifetime we read about the settlement, where the Victims have to
pay.
 I am talking about partial Knaupf units: HOA will have to pay to Moss the difference in
Percentage of Knaupf and other Chinese drywall brands, which would bring us
One step closer to bankruptcy. We simply can not afford to have remediation on this high
scale. All 90 owners will have to mortgage their future to finance the work that Moss
would have to do. Why do we have to get the loan to pay for the appliances replacement
Which is a personal property and not a common element of HOA?

Speaking of other personal properties, there are perfect and expensive appliances in the
most of the units
With CDW, they all work fine!

Speaking of HOA,( who's elected board member I am, and lately, I mostly disagree with
The decisions HOA makes)
 It is threatening, using yours, Your Honor name, to prosecute the owners who
remediated their own units for a fraction of the Moss cost,  no more than $20,000.

It would ne nice to spend $70,000 but we simply can not afford it.
We can not spend our way out of this mess.

HOA took it upon itself make very important decisions without consulting with the
Homeowners: it is practically impossible for a regular unit owner to attend Board
meeting: they invite association's lawyer or cite lawyer's client privilege.

Your Honor!

My husband is 69 years old and still works, so we can pay our bills, Magdalena Gardens
Maintenance fee included.
According to the MG HOA we can not do our own unit remediation, although Punta
Gorda Building department sees no problem if every owner would hire a licensed
contractor to re-mediate their units in compliance with Florida Building Code and pass
 All required inspections
We want to be able to move on with remediation process and live happy in our
properties.
Many of the "new" owners are able to finance their own re-mediation and help
to lessen HOA expenses.


It feels like we are being hostages to the Knaupf settlement and entire MDL processes,
And this is just a top of the iceberg.

Please, help!!!



Natalie Baiday

941 - 993 - 0280

nbaidau2001@yahoo.com