*Vadim Barkan — the head of Board of Directors of HOA*

Hi, Ron!

This is my note to you for your consideration

Last Friday, 05/18, I invited a PA architect who is interested in buying a few units in Magdalena Gardens to see my unit 1011, and our friend's unit 1021.

We discussed the scope and cost of work to remediate the units: specifically, complete drywall replacement – which we collectively feel will cure the CDW stigma. His estimate is close to mine:
Approximately $20k for first floor unit and $25k for second floor.

Also, at the same time in presence of two BOD members (Natalie B. and Jerry Gillette) I asked him to clarify what the definition of the bearing wall, wall covering, finished and unfinished wall, as understood by a building professional.
His answer was the same as the answers I have heard from other professionals and is the same what official Florida State documents are using as terminology.

**BASICALLY: drywall is a wall covering element or finished wall.**

On another topic, I have heard that you still insist on doing another inspection.
The mention of another inspection, no matter how well meaning, immediately sets up a red flag as far as I and other unit owners are concerned.
I think you need to take into consideration the immediate issues that will run through the owners minds, including mine. These are as follows:

Why do you want to pay for inspection with our moneys without even consulting with us?

Who ordered and executed inspections in my unit after I purchased it knowingly with CDW?
*During the process of inspection per:*
1. Why was my wall covering ruined and by whom?
2. Who is planning to fix it?
3. Why was the covering not fixed right after inspection?
4. Why are there holes in my unit that were made with a hammer, leaving hammerhead holes? Seems there were enough holes cut into my unit without having to destroy walls with a hammer.
5. Was the intent to make our homes unlivable and thereby avoid paying property taxes?

Here is my plan:

1. Get a restraining order from the Judge of Charlotte County, or the Sheriff's office in City of Punta Gorda to prevent from any person, except for Star Management Repair personnel, to enter my unit for any additional inspections.
2. Consult with the Mayor of City of Punta Gorda and Charlotte County Property Appraiser and propose to them that they support the MG homeowners' efforts to fix CDW at their own expense, so that the full taxes are reinstituted at the complex in the near future.

   a. Along those lines, we will explore the possibility of working together with the banks which own foreclosed units on how to solve the CDW problem together.
   b. They (banks) have a right to understand what the HOA planning and to take part in the decision is making process.

3. As soon as I have time I will start remediating my own unit:
   a. I am willing to be punished by HOA and take my case to Charlotte County Court if necessary, perhaps there, all the controversial issues will be resolved.
   b. We, the majority of new owners are looking for a lawyer who will represent our interest, no matter how high is the cost.

4. As far as evidence preservation:
   a. Please, read pre-trial order no.1(I)D, page 6:
      We (new owners, with Taishan drywall) do not intend seek recovery for damages …etc.

Ron,

We now are in major juncture between the owners and the direction that as set up previously to resolve the problem. Our goal is to set a new course. Collectively, we as a community should decide how to proceed to get out of the terrible situation it's in and move quickly forward, with the least cost.

I think the best way for us to proceed is to wait until we have a new BOD that can reconsider the issues surrounding CWD in a fresh light, and challenge some of the old assumptions.

*And the last thing*:

We need to create Magdalena Gardens web site with access to mailing, so all of us can openly address any ongoing issue and seek suggestions for any question that will inevitably arise.

Ron, all these ideas and concerns, were recently shared by me with other Unit owners.
I was planning to go to Charlotte County and City of Punta Gorda today, but Natalie and Jerry Gillette asked me to refrain from it until you have a chance to discuss these and other issues with the new convened board.

Sincerely,
Your fellow neighbor, Vadim Baidan.

PS: we can rent an XRF gun for $2000 a month and everyone who is willing to inspect, can do it themselves.

*Vadim Baidan*