

# Exhibit A - Scope of Work

Inspections and documentation from leading experts

April 24, 2012

Ron Case
Magdalena Gardens Condominiums
240 W. End Drive
Punta Gorda, FL 33950

RE: Chinese Drywall Inspection, Testing and Consulting Services

Mr. Case,

Chinese Drywall Screening, LLC (CDS) is pleased to submit our proposal to conduct inspection, testing and consulting services for the subject property. We are confident our experience, attention to detail and professional attitude along with our intimate knowledge of the issues surrounding Chinese drywall provide the best option for you.

**Project Description:**
Magdalena Gardens Condominiums – 71 condos with garages in a three over three arrangement in 15 buildings located in Punta Gorda, FL. (Excluding 19 units as individually specified).

**Scope of Services:**
We propose to perform inspection, testing and consulting services as directed by the Client. Services shall include:

1) Visual inspection of evaporator coils of the air conditioner;
2) Visual inspection of various copper components as necessary for proper assessment;
3) X-ray florescence (XRF) testing of drywall;
4) Drywall markings and manufacturer identification as necessary for assessment;
5) Field mapping and marking of problematic drywall, including ceilings. Problematic shall include mid to high strontium and corrosive. (Non-corrosive, Chinese drywall low in strontium is not detectable without destructive investigation and is not considered problematic);
6) Photographic and written documentation of field markings;
7) Reports by building shall include:
   a) Overall summary of each unit and locations of problematic drywall;
   b) Rough percentages and amounts of problematic drywall per unit broken down by type as applicable or feasible;
   c) Floorplans of each unit marked to indicate locations of problematic drywall;
   d) Photos of field markings;
   e) Photos of corrosion or lack of corrosion as applicable;
   f) Photos of drywall markings as necessary or applicable;
8) Individual reports by unit for those free from problematic drywall. Reports shall include Engineers Certification that no problematic drywall is present. Evidence corroborating the certification shall be included.



Inspections and documentation from leading experts

# Exhibit B

## Schedule of Hourly Rates and Expenses

| | |
|---|---|
| Principal Engineer: | $150/hr |
| Instructor: | $135/hr |
| Project Manager: | $120/hr |
| Inspector 1st shift: | $80/hr |
| Inspector 2nd shift: | $105/hr |
| Inspector 3rd shift: | $130/hr |
| Asst. Inspector 1st shift: | $50/hr |
| Asst. Inspector 2nd shift: | $65/hr |
| Asst. Inspector 3rd shift: | $80/hr |
| Administrative: | $35/hr |
| X-ray Florescence (XRF) | $100 + $40/hr |
| Vehicle travel: | $.50/mi |
| Reimbursables: | Actual Cost + 5% |
| Hard copies of reports | $10 plus $X/page |
|    Color pages | $0.39/page |
|    Black and white pages | $0.10/page |

Fees will be billed based on actual time spent, with a minimum charge for any discrete task of one quarter of an hour. Minimum hours and fees per site visit shall be 2 hours for labor and $100 for XRF. Travel time shall be billed at 50% of the standard rate. Reimbursables include, but not limited to, printing/reprographics, lodging, tolls, food, airfare, rental car, airport parking, shuttle services and miscellaneous travel fees.

Chinese Drywall Screening, LLC
501 Port St. Lucie Blvd., Ste. 101, Port St Lucie, FL 34984
PH: 772-224-8660 ◊ FX: 407-557-3421
www.chinesedrywallscreening.com