UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON (L) |
| RICHARD and CONSTANCE | * | |
| ALMEROTH, et al. | * | |
| vs. | * | |
| TAISHAN GYPSUM CO., LTD., et al | * | |
| Case No. 12-0498 | * | MAG. WILKINSON (4) |

## R. MOSSEL CONSTRUCTION, INC.'S OPPOSITION TO PLAINTIFFS' SECOND MOTION FOR PRELIMINARY DEFAULT JUDGMENT

Defendant R. Mossel Construction, Inc. ("R. Mossel"), through undersigned counsel, making a special appearance solely to file this opposition to Plaintiff's Second Omnibus Motion for Preliminary Default Judgment (Rec. Doc. No. 15412) and reserving all rights to object to jurisdiction, venue, or service and preserving all defenses.

R. Mossel filed its Notice of Limited Appearance in this matter on July 26, 2012 (Rec. Doc. No. 15557). On August 2, 2012, R. Mossel served its builder profile form on the PSC. R. Mossel is also a "Participating Defendant" in the Revised Version of Settlement Agreement Regarding the Claims Involving Builders, Installers, Suppliers, and Participating Insurers (Rec. Doc. No. 15695).[1] R. Mossel provided this information to the PSC, who confirmed it would be removed from the Second Omnibus Motion for Preliminary Default Judgment. However, since the PSC has yet to file a revised default motion, this opposition

---

[1] As a "Participating Defendant" any action against R. Mossel is stayed pursuant to this Court's June 4, 2012 stay order. (Rec. Doc. 14562).

is being filed in an abundance of caution.

The PSC has the obligation to establish personal jurisdiction over every non-resident defendant, such as R. Mossel, prior to the Court's consideration of the instant motion for preliminary default. The PSC directly filed its several "omnibus complaints" in the Eastern District of Louisiana. While JPML Rule 7.2(a) expressly provides for joining direct filings with the MDL cases, as this Court recognized in *Vioxx* "direct filings may present jurisdictional, venue, or related issues." *In re Vioxx Prods. Liab. Litig.*, 478 F. Supp. 2d 897, 904 & n.2 (E.D. La. 2007). If the Court were to grant default judgments without first addressing personal jurisdiction and later conclude it has no personal jurisdiction, any default judgment would be void. *See Harper Macleod Solicitors*, 260 F.3d at 393 (judgment entered against parties not subject to personal jurisdiction of the rendering court is a nullity); *Choice Hotels Int'l Bonham*, 1997 WL 600061, 125 F.3d 847 (4th Cir. Sept. 30, 1997) (voiding default judgment where defendant was not properly served pursuant to state law). Accordingly, R. Mossel respectfully submits that the PSC must establish personal jurisdiction over all defendants listed in their Second Omnibus Motion for Preliminary Default Judgment prior to the Court ruling on the PSC's motion.

For the foregoing reasons, R. Mossel Construction, Inc. respectfully requests that it be removed from Plaintiffs' Second Omnibus Motion for Preliminary Default Judgment (Rec. Doc. 15412) and that this Honorable Court deny the entry of preliminary default against R. Mossel Construction, Inc.

        KREBS, FARLEY & PELLETERI, P.L.L.C.

        */s/ Charles B. Long*
        CHARLES B. LONG (#22824)
        THOMAS H. PEYTON (#32635)
        400 Poydras Street, Suite 2500
        New Orleans, Louisiana   70130
        Telephone:    504-299-3570
        Facsimile:    504-299-3582
        E-mail:    clong@kfplaw.com
        E-mail:    tpeyton@kfplaw.com

        ATTORNEYS FOR DEFENDANT
        R. MOSSEL CONSTRUCTION, INC.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of August, 2012, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

        */s/ Charles B. Long*
        CHARLES B. LONG