**Parker | Waichman LLP**
A NATIONAL LAW FIRM

NEW YORK | LONG ISLAND | NEW JERSEY | WASHINGTON, D.C. | FLORIDA

3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone 239.390.1000
Fax 239.390.0055
800.LAW.INFO (529.4636)
www.yourlawyer.com

August 20, 2012

**Via Email and U.S. Mail**
Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

Re: Chinese Manufactured Drywall Products Liability Litigation
Block v. Knauf Plasterboard Tianjin Co.
Case No. 11-1363

Dear Lenny and Russ:

My clients, Virgil and Mary Bettencourt, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant Drywall Services, Inc. in the above matter, reserving their rights and claims against any and all other defendants therein.

Very truly yours,
Parker Waichman LLP

By: _____
April S. Goodwin, Esq.

Encl.