UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al. Case No. 12-0498 | MAG.  WILKINSON |

_____/

**ROTTLUND HOMES OF FLORIDA, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' SECOND OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT**

Defendant, Rottlund Homes of Florida, Inc. ("Rottlund"), by and through undersigned counsel, files this Response in Opposition to Plaintiffs' Second Omnibus Motion for Preliminary Default Judgment (Rec. Doc. No. 15412)("Motion"), and states as follows:.

Rottlund filed its Notice of Appearance in this matter on July 20, 2012.  Rottlund is also a "Participating Defendant" in the Settlement Agreement Regarding the Claims Involving Builders, Installers, Suppliers, and Participating Insurers (Rec. Doc. No. 15695).[1]  Upon learning of its inclusion in the Motion, Rottlund contacted the PSC, who confirmed Rottlund would be removed as a Defendant subject to the Motion. However, since the PSC has yet to file a revised default motion, this opposition is being filed in an abundance of caution.

For the foregoing reasons, Rottlund Homes of Florida, Inc. respectfully requests that it be removed from Plaintiffs' Second Omnibus Motion for Preliminary Default Judgment (Rec. Doc.

---

[1] As a participating defendant in the Settlement Agreement Regarding the Claims Involving Builders, Installers, Suppliers, and Participating Insurers, any Chinese drywall-related action against Rottlund is stayed pursuant to this Court's June 4, 2012 stay order.  (Rec. Doc. 14562)

15412) and that this Honorable Court deny the entry of preliminary default against Rottlund Homes of Florida, Inc.

Dated: August 22, 2012.

        s/ Ryan E. Baya
        JEFFREY M. PASKERT
        Florida Bar No. 846041
        jpaskert@mpdlegal.com
        RYAN E. BAYA
        Florida Bar No. 0052610
        rbaya@mpdlegal.com
        MILLS PASKERT DIVERS
        100 N. Tampa Street, Suite 3700
        Tampa, Florida 33602
        (813) 229-3500 − Telephone
        (813) 229-3502 − Facsimile
        *Attorneys for Rottlund Homes of Florida, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY certify that on August 22, 2012, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, and all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

        s/ Ryan E. Baya
        Attorney