UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL 2047 SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |
| **This document relates to:** **ALL ACTIONS** | * * | |

### INTERIOR EXTERIOR'S MOTION TO COMPEL REGARDING 30(B)(6) NOTICE AND SUBPOENA DIRECTED TO NEW ORLEANS AREA HABITAT FOR HUMANITY

**NOW INTO COURT**, through undersigned counsel, comes Interior Exterior Building Supply, LP ("Interior Exterior"), who, pursuant to Rule 37 of the Federal Rules of Civil Procedure, moves this Court for an order compelling deposition testimony and document production from plaintiff-assignee New Orleans Area Habitat for Humanity, Inc. ("NOAHH") in full compliance with the Notice of 30(b)(6) Deposition, and over the objection of the Plaintiff Steering Committee ("PSC") and NOAHH, on the basis that the testimony and documents sought directly relate to NOAHH's role in sourcing, storing, and distributing Chinese Drywall, as well as NOAHH's activity of contracting, building, and selling homes utilizing Chinese Drywall. As more fully set forth in the memorandum in support filed contemporaneously herewith, because the documents relate directly to NOAHH's involvement in the sale and use of Chinese drywall, such documents are discoverable, relevant to the claims and defenses of Interior Exterior and are not unreasonably burdensome.

Respectfully submitted,

*/s/ Richard G. Duplantier, Jr.*
Richard G. Duplantier, Jr. #18874
Lambert J. Hassinger, Jr. #21683
Benjamin R. Grau, #26307
Carlina C. Eiselen, #28524
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040 One Shell Square
New Orleans, LA 70139
504 525 6802 / 504 525 2456 Fax
rduplantier@gjtbs.com; jhassinger@gjtbs.com
bgrau@gjtbs.com; ceiselen@gjtbs.com;
*Counsel for Interior Exterior Building Supply*

### Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 22nd day of August, 2012.

*/s/ Richard G. Duplantier, Jr.*
Richard G. Duplantier, Jr.