UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| **This document relates to:** | * | |
| **ALL ACTIONS** | * | |

## LOCAL RULE 37.1 CERTIFICATE

Undersigned counsel for Interior Exterior Building Supply, LP ("Interior Exterior"), certifies that he conferred with counsel for the Plaintiff Steering Committee ("PSC") and New Orleans Area Habitat for Humanity, Inc. ("NOAHH") by telephone and email on August 20, 2012 for purposes of amicably resolving the issues presented to the Court in Interior Exterior's Motion to Compel Regarding 30(B)(6) Notice and Subpoena Directed to New Orleans Area Habitat for Humanity, Inc, but after so conferring, NOAHH has indicated that it will refuse to produce complete responses to Interior Exterior, necessitating this motion to compel.

Respectfully submitted,

*/s/ Richard G. Duplantier, Jr.*
Richard G. Duplantier, Jr. #18874
Lambert J. Hassinger, Jr. #21683
Benjamin R. Grau, #26307
Carlina C. Eiselen, #28524
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040 One Shell Square
New Orleans, LA 70139
504 525 6802 / 504 525 2456 Fax
rduplantier@gjtbs.com; jhassinger@gjtbs.com
bgrau@gjtbs.com; ceiselen@gjtbs.com;
*Counsel for Interior Exterior Building Supply*

## Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 22nd day of August, 2012.

*/s/ Richard G. Duplantier, Jr.*