UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL 2047 |
| | | SECTION L |
| | | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |
| **This document relates to:** **ALL ACTIONS** | * * | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that defendant, Interior Exterior Building Supply, LP ("Interior Exterior"), through undersigned counsel, and, pursuant to Local Rule 7.2, notices the attached Motion to Compel Regarding 30(b)(6) Notice and Subpoena Directed to New Orleans Area Habitat for Humanity, Inc. for submission to the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, LA, at 9:00 a.m. on September 19, 2012.

    Respectfully submitted,

    **/s/ Richard G. Duplantier, Jr.**
    Richard G. Duplantier, Jr. #18874
    Lambert J. Hassinger, Jr. #21683
    Benjamin R. Grau, #26307
    Carlina C. Eiselen, #28524
    Galloway, Johnson, Tompkins, Burr & Smith
    701 Poydras Street, Suite 4040 One Shell Square
    New Orleans, LA 70139
    504 525 6802 / 504 525 2456 Fax
    rduplantier@gjtbs.com; jhassinger@gjtbs.com
    bgrau@gjtbs.com; ceiselen@gjtbs.com;
    *Counsel for Interior Exterior Building Supply*

## Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 22nd day of August, 2012.

*/s/ Richard G. Duplantier, Jr.*