UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL 2047 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |
| **This document relates to:** **ALL ACTIONS** | * * | |

## ORDER

Considering the Motion for Interior Exterior's Expedited Hearing,

It is hereby ORDERED that the Court will conduct a hearing via telephone of Interior Exterior's Motion to Compel Regarding 30(b)(6) Notice and Subpoena Directed to New Orleans Area Habitat for Humanity, Inc. on August __, 2012 at __ o'clock _.m.

_____
**UNITED STATES DISTRICT JUDGE**