# ALLISON GRANT, P.A.
## ATTORNEY AT LAW

730 S. Federal Highway
Lake Worth, Florida 33460
Phone: 561.994.9646
Fax: 561.431.4627
agrant@allisongrantpa.com

August 22, 2012

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: In re: Chinese Manufactured Drywall Products Liability Litigation
Dorothy Arndt v. Knauf, Case No. 11-2349
Richard and Constance Almeroth v. Taishan, Case No. 12-0498

Dear Mr. Herman and Mr. Davis:

My client, Conway Centre, LLC, hereby authorize Herman, Herman & Katz, LLC to sign any appropriate documents and/or pleadings on its behalf to voluntarily dismiss, without prejudice, all claims against Defendant, Arif Parupia, in the above matter, reserving its rights and claims against any and all other defendants therein.

Sincerely,

Allison Grant, Esq.

cc: Conway Centre, LLC.