UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Richard and Constance Almeroth, et al. V. Taishan Gypsum Co., Ltd., et al.<br>Case No. 12-0498 | |

**CONWAY CENTRE, LLC'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ARIF PARUPIA**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, CONWAY CENTRE, LLC, hereby dismisses without prejudice its claims against Defendant, ARIF PARUPIA, in Plaintiffs' Omnibus Complaints, reserving its rights and claims against any and all other defendants. Each party is to bear its own attorneys' fees and costs. Plaintiff, CONWAY CENTRE, LLC, shall continue to pursue their claims against remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Allison Grant, Esq., counsel for Plaintiff, CONWAY CENTRE, LLC dated August 22, 2012, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: August 23, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 23rd day of August, 2012.

    /s/_Leonard A. Davis_____
    Leonard A. Davis, Esquire
    Herman, Herman & Katz, LLC
    820 O'Keefe Avenue
    New Orleans, Louisiana 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    LDavis@hhklawfirm.com
    Plaintiffs' Liaison Counsel
    MDL 2047