

JOSEPH M. BRUNO*
STEPHEN R. BRUNO
ROBERT J. BRUNO
JOSEPH M. BRUNO, JR.

STEPHANIE MAY BRUNO°
MELISSA A. DEBARBIERIS
CHRISTOPHER M. HATCHER
DANIEL A. MEYER

OF COUNSEL
   FRANK S. BRUNO
   ROBERT B. REES
   RUSSELL STEGEMAN

REPLY TO (PLEASE CHECK)
   NEW ORLEANS ___
   COVINGTON ___

°*Also Licensed To Practice In Texas*

July 5, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

    Re:   **In re: Chinese Manufactured Drywall Products Liability Litigation**
           **OMNIBUS X (C.A. 11-1363)**

Mssrs. Herman and Davis:

    Our client, Robert West, III, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, without prejudice, all of his claims against defendant, Lowe's Home Centers, Inc. in the above matter, reserving his rights and claims against any and all other defendants therein.

                                     Very truly yours,

                                     */s/ B. Johnson*

                                     Sondleta B. Johnson Legal Assistant to
                                     JOSEPH M. BRUNO

/sbj

**EXHIBIT A**


