

| | |
|---|---|
| JOSEPH M. BRUNO* <br> STEPHEN P. BRUNO <br> ROBERT J. BRUNO <br> JOSEPH M. BRUNO, JR. | STEPHANIE MAY BRUNO* <br> MELISSA A. DEBARBIERIS <br> CHRISTOPHER M. HATCHER <br> DANIEL A. MEYER <br><br> OF COUNSEL <br> FRANK S. BRUNO <br> ROBERT B. REES <br> RUSSELL STEGEMAN <br><br> REPLY TO (PLEASE CHECK) <br> NEW ORLEANS ___ <br> COVINGTON ___ <br><br> *Also Licensed To Practice In Texas |

July 5, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   **In re: Chinese Manufactured Drywall Products Liability Litigation
OMNIBUS III (C.A. 09-6690) & OMNIBUS VII (C.A. 11-080)**

Dear Russ and Lenny:

My client, Sheila Guidry, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss, without prejudice, all of her claims against defendant, Lowe's Home Centers, Inc. in the above matter, reserving her rights and claims against any and all other defendants therein.

Very truly yours,

Sondleta B. Johnson, Legal Assistant
JOSEPH M. BRUNO

/sbj

**EXHIBIT A**



855 BARONNE ST., NEW ORLEANS, LA 70113  •  TEL 504-525-1335  •  FAX 504-581-1493
70325 HIGHWAY 1077, SUITE 101, COVINGTON, LA 70433  •  TEL 985-792-7110  •  FAX 985-792-7154
TOLL FREE 1-800-966-1335  •  WWW.BRUNOBRUNOLAW.COM