UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>(Relates to *Almeroth, et al., v. Taishan Gypsum Co. et al.*, No. 2:12-cv-00498) | CASE NO. 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion and Incorporated Memorandum to Substitute Parties filed on behalf of Harry Harris ("Plaintiff"):

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that H. Harris Investments, Inc., should be substituted as the proper party plaintiff in place of Harry Harris and that Harry Harris will be dismissed without prejudice from the *Almeroth, et al., v. Taishan Gypsum co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* Complaint.

New Orleans, Louisiana this 22nd day of August, 2012.

Judge Eldon E. Fallon
United States District Court Judge
for the Eastern District of Louisiana