MINUTE ENTRY
FALLON, J.
AUGUST 23, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

     A telephonic hearing was held on this date in the Chambers of Judge Eldon E. Fallon to address the Plaintiffs' Steering Committee's ("PSC") Motion to Compel Responses to Discovery, as Well as Depositions, from the North River Insurance Company (R. Doc. 15711). The hearing was transcribed by Toni Tusa, Official Court Reporter. Ms. Tusa can be reached at 504-589-7778. After hearing from the parties, the Court issued several oral rulings. Consistent with these rulings, IT IS ORDERED that the PSC's Motion is DENIED, with the right to refile. Specifically, the Court finds that the discovery sought by the PSC in its Motion pertains to issues outside the scope of the trial against North River which is the focus of discovery at this time. However, if the discovery sought by this Motion does become necessary at a later stage of the litigation against North River, the Court invites the PSC to raise its arguments again at that time.

JS10(00:60)