# EXHIBIT 1



| | | | |
|---|---|---|---|
| 820 O'Keefe Avenue<br>New Orleans, Louisiana<br>70113-1116<br><br>p: (504) 581-4892<br>f: (504) 561-6024<br>e: info@hhklawfirm.com<br><br>hhklawfirm.com | Harry Herman (1914-1987)<br>Russ M. Herman*<br>Maury A. Herman*<br>Steven J. Lane<br>Leonard A. Davis*<br>James C. Klick[1]<br>Stephen J. Herman<br>Brian D. Katz<br>Soren E. Gisleson<br>Joseph E. Cain | Jennifer J. Greene[2]<br>John S. Creevy<br>Jeremy S. Epstein[1]<br>Aaron Z. Ahlquist[3]<br>Craig M. Robinson<br>Carl A. Woods<br>Adam H. Weintraub[4]<br>Mikalia M. Kott[5]<br><br>Of Counsel:<br>Herbert A. Cade<br>Morton H. Katz*<br>Joseph A. Kott, MD, JD | This Firm and its Partners Are Also<br>Partners in Herman Gerel, LLP<br><br>* A Professional Law Corporation<br>[1] Also Admitted in Texas<br>[2] Also Admitted in Arkansas<br>[3] Also Admitted in Tennessee<br>[4] Also Admitted in New Jersey & Pennsylvania<br>[5] Also Admitted in Colorado |

July 13, 2012

Via-Email Transmission
nizialek@carverdarden.com


Richard G. Duplantier, Jr.
Galloway Johnson Tompkins Burr & Smith
701 Poydras Street
Suite 4040
One Shell Square
New Orleans, LA   70139

Re: MDL 2047 (INEX TRIAL)
    Plaintiff Case Selection
    (3) First Round
    July 13, 2012


Dear Mr. Duplantier:

Please find attached the chart on case selection due today.

Yours very truly,

RUSS M. HERMAN, ESQ.

RMH/jsr
Attachment

cc: Arnold Levin, Lead Counsel/via e-mail

|   | Plaintiff | Property Address | Date of INEX Invoice | INEX Invoice Number |
|---|---|---|---|---|
| 1. | New Orleans Habitat for Humanity, Inc. | 1909 Alvar, New Orleans, LA 70117 | 7/26/06 | 490668-00 |
| 2. | New Orleans Habitat for Humanity, Inc. | 1921 Alvar, New Orleans, LA 70117 | 8/25/06 | 493097-00 |
| 3. | New Orleans Habitat for Humanity, Inc. | 1925 Alvar, New Orleans, LA 70117 | 8/25/06 | 493098-00 |
|   |   |   |   |   |