# EXHIBIT 3

**Scott George**

| | |
|---|---|
| **From:** | Richard G. Duplantier, Jr. [RDuplantier@gjtbs.com] |
| **Sent:** | Tuesday, August 14, 2012 9:15 AM |
| **To:** | barrios@bkc-law.com |
| **Cc:** | Benjamin R. Grau; Dena White; Lenny Davis ; Scott George; Carlina C. Eiselen |
| **Subject:** | RE: Deposition ofplaintff,  Habitat for Humanity |
| **Categories:** | Red Category |

Dawn -

We are happy to hold those dates. I would request, however, that the Habitat deposition be scheduled for August 23 or 24. I plan to take that deposition myself and of the dates you have selected those are the only 2 that I am free. Other members of the INEX trial team can cover any of the other depositions and dates.

Thanks

Rick

---

**From:** Dawn Barrios [mailto:barrios@bkc-law.com]
**Sent:** Monday, August 13, 2012 7:41 PM
**To:** Richard G. Duplantier, Jr.
**Cc:** Benjamin R. Grau; Dena White; Lenny Davis ; 'Scott George'
**Subject:** RE: Deposition ofplaintff, Habitat for Humanity

Rick,
I am coordinating the scheduling of the depos and spoke with Ben this morning about general parameters.  I am working on getting them set Thursday and Friday, Aug 23 and 24, and Monday- Thursday of the following week.
Please block those dates out and once I get confirmation, I will give you the line up of plaintiffs.
d

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street
New Orleans, LA  70139
504.524.3300 (phone)
504.524.3313 (fax)
barrios@bkc-law.com

---

**From:** Richard G. Duplantier, Jr. [mailto:RDuplantier@gjtbs.com]
**Sent:** Monday, August 13, 2012 2:37 PM
**To:** Dawn Barrios
**Cc:** Benjamin R. Grau
**Subject:** FW: Deposition ofplaintff, Habitat for Humanity

Dawn -

1

Are you coordinating the depositions of the trial plaintiffs? If yes, please see below and attached. We have not received a response to our request.

Can you please obtain the information.

Thanks

Rick Duplantier

Sincerely,



Richard G. Duplantier, Jr., Director
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC
Phone: 504-525-6802 | Cell: 504-616-5304 | Fax: 504-525-2456
One Shell Square , 701 Poydras St., 40th Floor , New Orleans, Louisiana 70139
Email: RDuplantier@gjtbs.com

Website | Bio | vCard

Houston ♦ St. Louis ♦ Lafayette ♦ Mandeville ♦ New Orleans ♦ Gulfport ♦ Mobile ♦ Pensacola ♦ Tampa ♦ Atlanta

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION
DO NOT FORWARD WITHOUT PERMISSION

---

From: Richard G. Duplantier, Jr.
Sent: Friday, August 10, 2012 2:15 PM
To: 'Lenny Davis'
Cc: Sidney Angelle; Anthony Irpino; Seeger, Chris; gmeunier@gainsben.com; 'Risley, Kevin'
Subject: Deposition ofplaintff, Habitat for Humanity

Lenny -

Attached is a draft of the 30(b)(6) Notice to Habitat for Humanity.

Please advise who will be coordinating this deposition so that we may discuss their document production.

Thanks

Rick