# EXHIBIT 4

# Scott George

| | |
|---|---|
| **From:** | Lenny Davis [LDAVIS@hhklawfirm.com] |
| **Sent:** | Friday, August 24, 2012 12:43 PM |
| **To:** | Scott George |
| **Subject:** | FW: drywall /depositions of trial plaintiffs |

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Lenny Davis
**Sent:** Tuesday, August 14, 2012 4:43 PM
**To:** 'Richard G. Duplantier, Jr.'
**Subject:** RE: drywall /depositions of trial plaintiffs

I missed that implication. If you send me a draft request like we have done in the past we can look at the requests, speak to the client and advise you of objections and issues we may have with it. I don't think that all of the areas in the notice are relevant or discoverable and certainly not applicable to the first phase trial of only a few homes. That said we will look at whatever you send and reply accordingly.

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Richard G. Duplantier, Jr. [mailto:RDuplantier@gjtbs.com]
**Sent:** Tuesday, August 14, 2012 4:40 PM
**To:** Lenny Davis
**Subject:** RE: drywall /depositions of trial plaintiffs

It was implied in the Notice. I was waiting to hear from you. It will basically be every document related to each area of inquiry in the Notice we sent.

See attached.

Rick

---

**From:** Lenny Davis [mailto:LDAVIS@hhklawfirm.com]
**Sent:** Tuesday, August 14, 2012 4:31 PM
**To:** Richard G. Duplantier, Jr.; Carlina C. Eiselen
**Cc:** Scott George; 'alevin@lfsblaw.com'; Fred Longer; Russ Herman; Kate Danahay; 'Seeger, Chris'; Anthony Irpino; Scott George; Arnold Levin; Dawn Barrios (barrios@bkc-law.com); Carlina C. Eiselen; Benjamin R. Grau; 'Kevin Risley'; 'Sidney Angelle'; Benjamin R. Grau; D. Russell Holwadel; 'Eric Berger'; 'Gary Russo '; 'Greg Currier'; H. Minor Pipes; 'Kevin Risley'; 'Melissa Swabacker'; Phil Nizialek (nizialek@carverdarden.com); 'Sidney Angelle'
**Subject:** RE: drywall /depositions of trial plaintiffs

I do not recall ever seeing a document request to habitat. Did I miss it?


Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman  Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Richard G. Duplantier, Jr. [mailto:RDuplantier@gjtbs.com]
**Sent:** Tuesday, August 14, 2012 4:34 PM
**To:** Lenny Davis; Carlina C. Eiselen
**Cc:** Scott George; 'alevin@lfsblaw.com'; Fred Longer; Russ Herman; Kate Danahay; 'Seeger, Chris'; Anthony Irpino; Scott George; Arnold Levin; Dawn Barrios (barrios@bkc-law.com); Carlina C. Eiselen; Benjamin R. Grau; 'Kevin Risley'; 'Sidney Angelle'; Benjamin R. Grau; D. Russell Holwadel; 'Eric Berger'; 'Gary Russo '; 'Greg Currier'; H. Minor Pipes; 'Kevin Risley'; 'Melissa Swabacker'; Phil Nizialek (nizialek@carverdarden.com); 'Sidney Angelle'
**Subject:** RE: drywall /depositions of trial plaintiffs

We will make this work. My only request is that Habitat complete a document production - in accordance with the Notice we issued - at least the day prior to the deposition.

Rick


Sincerely,



Richard G. Duplantier, Jr., Director
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC
Phone: 504-525-6802 | Cell: 504-616-5304 | Fax: 504-525-2456
One Shell Square , 701 Poydras St., 40th Floor , New Orleans, Louisiana 70139
Email: RDuplantier@gjtbs.com


Website | Bio | vCard

Houston ♦ St. Louis ♦ Lafayette ♦ Mandeville ♦ New Orleans ♦ Gulfport ♦ Mobile ♦ Pensacola ♦ Tampa ♦ Atlanta

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION
DO NOT FORWARD WITHOUT PERMISSION

---

**From:** Lenny Davis [mailto:LDAVIS@hhklawfirm.com]
**Sent:** Tuesday, August 14, 2012 4:21 PM
**To:** Richard G. Duplantier, Jr.; Carlina C. Eiselen
**Cc:** Scott George; 'alevin@lfsblaw.com'; Fred Longer; Russ Herman; Kate Danahay; 'Seeger, Chris'; Anthony Irpino; Scott George; Arnold Levin; Dawn Barrios (barrios@bkc-law.com)
**Subject:** drywall /depositions of trial plaintiffs

The following deposition schedule of plaintiff trial selection candidates is proposed:

August 23 – Habitat for Humanity/Jim Pate
August 24 – Mr. and Mrs. Gross
August 27 – Mr. and Mrs. Blue
August 28 – Mr. Mora in the morning and Ms. Siler (her daughter) in the afternoon
August 29 – Ms. Mundee in the morning
August 30 – Mr. and Mrs. Lea

We propose that all depositions in the morning begin at 9:00 a.m. and where there are two deponents on one day, we will try to accommodate everyone by having the second deponent immediately following the first one.  All depositions should take place at my office.  If this schedule is acceptable, feel free to issue the appropriate notices and we expect that you will be coordinating with all counsel.


**Leonard A. Davis**
**Attorney at Law**

**Herman, Herman & Katz, L.L.C.**
**Herman Gerel LLP**
**820 O'Keefe Avenue**
**New Orleans, Louisiana 70113**
**504-581-4892**
**504-561-6024(fax)**

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

**CONFIDENTIAL ATTORNEY WORK PRODUCT**

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.


CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```