08:52AM

1                       UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF LOUISIANA
2

3    ****************************************************************

4    IN RE:
     CHINESE-MANUFACTURED
5    DRYWALL PRODUCTS LIABILITY
     LITIGATION
6
                                  CIVIL DOCKET NO. 09-MD-2047-EEF-JCW
7                                 NEW ORLEANS, LOUISIANA
                                  FRIDAY, JUNE 29, 2012, 9:00 A.M.
8
     THIS DOCUMENT RELATES TO
9    *GERMANO, ET AL. V. TAISHAN
     GYPSUM CO. LTD., ET AL.,*
10   CASE NO. 09-6687;
     *GROSS V. KNAUF GIPS KG,*
11   *ET AL.,* CASE NO. 09-6690;
     *THE MITCHELL CO., INC. V.*
12   *KNAUF GIPS KG, ET AL.,*
     CASE NO. 09-4115;
13   *WILTZ V. BEIJING NEW*
     *BUILDING MATERIALS PUBLIC*
14   *LTD. CO., ET AL.,* CASE NO.
     10-361
15
     ****************************************************************
16

17               TRANSCRIPT OF MOTION HEARING PROCEEDINGS
                HEARD BEFORE THE HONORABLE ELDON E. FALLON
18                  UNITED STATES DISTRICT JUDGE
                  AND THE HONORABLE JOSEPH P. FARINA
19

20
     APPEARANCES:
21

22
     FOR THE PLAINTIFFS'
23   STEERING COMMITTEE:           HERMAN HERMAN KATZ & COTLAR
                                   BY:  RUSS M. HERMAN, ESQ.
24                                      LEONARD A. DAVIS, ESQ.
                                   820 O'KEEFE AVENUE
25                                 NEW ORLEANS LA  70113

```
 1        APPEARANCES CONTINUED:

 2

 3                                    LEVIN FISHBEIN SEDRAN & BERMAN
                                      BY:  ARNOLD LEVIN, ESQ.
 4                                         SANDRA L. DUGGAN, ESQ.
                                      510 WALNUT STREET, SUITE 500
 5                                    PHILADELPHIA PA  19106

 6

 7                                    GAINSBURGH BENJAMIN DAVID
                                      MEUNIER AND WARSHAUER
 8                                    BY:  GERALD E. MEUNIER, ESQ.
                                      2800 ENERGY CENTRE
 9                                    1100 POYDRAS STREET, SUITE 2800
                                      NEW ORLEANS LA  70163
10

11
                                      COLSON HICKS EIDSON
12                                    BY:  PATRICK S. MONTOYA, ESQ.
                                           ERVIN A. GONZALEZ, ESQ.
13                                    225 ALHAMBRA CIRCLE, PENTHOUSE
                                      CORAL GABLES FL  33134
14

15
                                      BARRIOS KINGSDORF & CASTEIX
16                                    BY:  DAWN M. BARRIOS, ESQ.
                                           BRUCE KINGSDORF, ESQ.
17                                    701 POYDRAS STREET, SUITE 3650
                                      NEW ORLEANS LA  70139
18

19
                                      SEEGER WEISS
20                                    BY:  SCOTT A. GEORGE, ESQ.
                                      550 BROAD STREET, SUITE 920
21                                    NEWARK NJ  07102

22

23   FOR THE HOMEBUILDERS'
     AND INSTALLERS'
24   STEERING COMMITTEE:             GREENBERG TRAURIG
                                      BY:  MARK A. SALKY, ESQ.
25                                    1221 BRICKELL AVENUE
                                      MIAMI FL  33131
```

```
 1   APPEARANCES CONTINUED:

 2

 3                                    GREENBERG TRAURIG
                                      BY:  HILARIE BASS, ESQ.
 4                                    333 AVENUE OF THE AMERICAS
                                      MIAMI FL  33131
 5

 6
     FOR TAISHAN GYPSUM
 7   CO. LTD:                         HOGAN LOVELLS
                                      BY:   JOE CYR, ESQ.
 8                                          FRANK T. SPANO, ESQ.
                                      875 THIRD AVENUE
 9                                    NEW YORK NY 10022

10

11                                   STANLEY, REUTER, ROSS, THORNTON
                                     & ALFORD
12                                   BY:  THOMAS P. OWEN, JR., ESQ.
                                     909 POYDRAS STREET, SUITE 2500
13                                   NEW ORLEANS LA 70112

14

15                                   JINGTIAN & GONGCHENG
                                     BY:  CHUNGANG DONG, ESQ.
16                                   34/F, TOWER E, CHINA CENTRAL PLACE
                                     CHAOYANG DISTRICT
17                                   BEIJING 100025, CHINA

18

19   FOR INTERIOR EXTERIOR
     BUILDING SUPPLY, L.P.
20   AND INTERIOR EXTERIOR
     ENTERPRISES, LLC:              GALLOWAY JOHNSON TOMPKINS
21                                   BURR & SMITH
                                     BY:  CARLINA C. EISELEN, ESQ.
22                                   701 POYDRAS STREET
                                     SUITE 4040 ONE SHELL SQUARE
23                                   NEW ORLEANS LA 70139

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR ALL BANNER SUPPLY
     ENTITIES:                    WEINBERG WHEELER HUDGINS GUNN & DIAL
 4                                BY:  NICHOLAS PANAYOTOPOULOS, ESQ.
                                  3344 PEACHTREE ROAD, SUITE 2400
 5                                ATLANTA GA  30326

 6

 7   FOR THE MITCHELL COMPANY,
     INC.:                        CUNNINGHAM BOUNDS
 8                                BY:   STEVEN L. NICHOLAS, ESQ.
                                  1601 DAUPHIN STREET
 9                                MOBILE AL  36604

10

11   FOR THE STATE OF
     LOUISIANA:                   USRY, WEEKS & MATTHEWS
12                                BY:   JOHN F. WEEKS, II, ESQ.
                                        T. ALLEN USRY, ESQ.
13                                SPECIAL ASSISTANT ATTORNEYS GENERAL
                                  1615 POYDRAS STREET, SUITE 1250
14                                NEW ORLEANS LA  70112

15

16                                PERKINS COIE
                                  BY:   DAVID L. BLACK, ESQ.
17                                1900 SIXTEENTH STREET, SUITE 1400
                                  DENVER, CO 80202
18

19   ALSO PRESENT:                MATTHEW GAUGHAN, ESQ.
20

21

22   OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
23                                500 POYDRAS STREET, ROOM B406
                                  NEW ORLEANS LA  70130
24                                (504) 589-7779
                                  Cathy_Pepper@laed.uscourts.gov

25   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
```

|        |    |                                                              |
|--------|----|--------------------------------------------------------------|
|        | 1  | **P-R-O-C-E-E-D-I-N-G-S**                                    |
| 08:52AM | 2  | FRIDAY, JUNE 29, 2012                                       |
| 08:52AM | 3  | M O R N I N G   S E S S I O N                               |
| 08:52AM | 4  | (COURT CALLED TO ORDER)                                     |
| 08:52AM | 5  |                                                              |
| 09:01AM | 6  |                                                              |
| 09:01AM | 7  | THE DEPUTY CLERK:  All rise.                                |
| 09:01AM | 8  | JUDGE FALLON:  Be seated, please.  Good morning, ladies     |
| 09:01AM | 9  | and gentlemen.                                              |
| 09:01AM | 10 | VOICES:  Good morning, Your Honor.                          |
| 09:01AM | 11 | JUDGE FALLON:  Let's call the case, please.                 |
| 09:01AM | 12 | THE DEPUTY CLERK:  MDL Number 09-2047, *In re:*             |
| 09:01AM | 13 | *Chinese-Manufactured Drywall Products Liability Litigation*. |
| 09:01AM | 14 | JUDGE FALLON:  Counsel, make your appearance for the        |
| 09:01AM | 15 | record, please.                                             |
| 09:01AM | 16 | MR. HERMAN:  May it please the Court.  Good morning,        |
| 09:01AM | 17 | Judge Fallon.  Russ Herman for the PSC.  Joining me will be our |
| 09:01AM | 18 | lead counsel, Arnold Levin.                                 |
| 09:01AM | 19 | MR. LEVIN:  Good morning, Your Honor.                       |
| 09:01AM | 20 | JUDGE FALLON:  Good morning.                                |
| 09:01AM | 21 | MS. BASS:  Hilarie Bass on behalf of certain                |
| 09:01AM | 22 | homebuilders.                                               |
| 09:01AM | 23 | MR. PANAYOTOPOULOS:  Nick Panayotopoulos, Your Honor,       |
| 09:01AM | 24 | on behalf of certain Banner entities.                       |
| 09:02AM | 25 | MR. NICHOLAS:  Steve Nicholas, Your Honor, on behalf of     |

09:02AM 1   Mitchell Company.

09:02AM 2        MR. WEEKS:  John Weeks, Your Honor, for the State of

09:02AM 3   Louisiana, here with co-counsel, David Black.

09:02AM 4        MS. EISELEN:  Good morning, Your Honor.

09:02AM 5   Carlina Eiselen on behalf of Interior/Exterior.  Also here

09:02AM 6   with --

09:02AM 7        UNIDENTIFIED SPEAKER ON THE PHONE:  It's a good thing

09:02AM 8   they have a reporter there.

09:02AM 9        UNIDENTIFIED SPEAKER ON THE PHONE:  I'm so happy.

09:02AM 10        JUDGE FALLON:  Okay.

09:02AM 11        UNIDENTIFIED SPEAKER ON THE PHONE:  We can put that on

09:02AM 12   the record.

09:02AM 13        MR. CYR:  Joe Cyr and Frank Spano, Hogan Lovells, on

09:02AM 14   behalf of Taishan Gypsum and Tai'an Taishan Plasterboard.

09:02AM 15        Good morning, Your Honor.

09:02AM 16        JUDGE FALLON:  Good morning.

09:02AM 17        All right.  Ladies and gentlemen, I remind you

09:02AM 18   that we have a lot of folks on the line.  I know that

09:02AM 19   Judge Farina is on the line and, perhaps, Judge Hall.  We may

09:02AM 20   have other judges also.  So please keep that in mind when you

09:02AM 21   make your presentation, so that they can hear you.

09:02AM 22        By way of background, let me make the following

09:02AM 23   observation.  The present litigation arises from alleged

09:02AM 24   property damage and perhaps personal injuries sustained as a

09:03AM 25   result of Chinese-manufactured drywall installed in personal

and commercial properties.

Hundreds of millions of square feet of gypsum wallboard manufactured in China was exported to the United States, primarily along the East Coast and Gulf Coast, as a result of an exceptionally high demand for building supplies in the aftermath of Hurricanes Rita and Katrina and during a general housing boom, all during or approximately between 2005 and 2007.

This Chinese drywall was then used in new construction and also reconstruction of both commercial as well as personal properties.

Owners and occupants of the properties in which the Chinese drywall was installed began noticing unusual odors, a blackening of silver and copper items, and the failure of appliances, including microwaves, refrigerators, and air conditioning units.

Some occupants also experienced some health problems, such as skin and eye irritation, respiratory issues, nosebleeds and headaches.

Property owners and residents began filing suit in both state and federal courts against installers, homebuilders, suppliers, importers, exporters, and manufacturers, as well as these parties' insurers, sureties, who were involved with the Chinese drywall in their properties.

On June 15, 2009, this court was designated as

09:04AM 1    the transferee court for all federal cases involving

09:04AM 2    Chinese-manufactured drywall, creating the multidistrict

09:05AM 3    litigation known as 2047.

09:05AM 4            Since the inception of the MDL 2047, a little

09:05AM 5    over three years ago, numerous cases have been consolidated

09:05AM 6    before this court involving claims against approximately 2,000

09:05AM 7    defendants for their alleged role with the Chinese drywall.

09:05AM 8    The plaintiffs number some twenty or 30,000.

09:05AM 9            The manufacturer defendants of the Chinese

09:05AM 10   drywall generally fall into two groups, the Taishan entities

09:05AM 11   and the Knauf entities.  The litigation has focused upon these

09:05AM 12   two entities and has proceeded on separate tracks for the

09:05AM 13   claims against each group and their downstream and upstream

09:05AM 14   distributors.

09:06AM 15           With regard to the Knauf entities, bellwether

09:06AM 16   trials proceeded, protocols for repairs were established, a

09:06AM 17   pilot program was instituted.  Eventually, settlement proposals

09:06AM 18   involving the Knauf entities and their downstream, suppliers,

09:06AM 19   distributors, installers, as well as their insurers, has been

09:06AM 20   presented to the Court.

09:06AM 21           A date has been set for the final approval.  The

09:06AM 22   Court has preliminarily approved that settlement.

09:06AM 23           The second group of manufacturer defendants in

09:06AM 24   the litigation, and the defendants who are challenging personal

09:06AM 25   jurisdiction in the present motions, are the Chinese-based

09:06AM 1  Taishan entities, namely, Taishan Gypsum, a company which is

09:06AM 2  known as TG, and its wholly-owned subsidiary, Tai'an Taishan

09:06AM 3  Plasterboard, known as TTP, collectively referred to as the

09:07AM 4  Taishan entities, or Taishan.

09:07AM 5        Taishan was first served in this MDL litigation

09:07AM 6  in the spring and summer of 2009.  When Taishan failed to make

09:07AM 7  a timely appearance after several announcements at status

09:07AM 8  conferences, the Court entered a preliminary default in the

09:07AM 9  fall of 2009 against it in both *The Mitchell Co., Inc., v.*

09:07AM 10 *Knauf Gips* case, as well as the *Germano v. Taishan Gypsum* case.

09:07AM 11       Thereafter, the Court moved forward with an

09:07AM 12 evidentiary hearing February 19 and 20 of 2010, for the default

09:07AM 13 judgments in *Germano*, conducting a bellwether and bench

09:07AM 14 hearings on the cases of some 14 intervening plaintiffs.

09:08AM 15       Following this hearing, the Court issued a

09:08AM 16 detailed findings of fact and conclusions of law.  On May 11,

09:08AM 17 2010, the Court issued a default judgment against TG in favor

09:08AM 18 of the intervening plaintiffs in the amount of $2,609,129.99.

09:08AM 19       On the last day to timely do so, namely, June 10,

09:08AM 20 2010, TG filed a notice of appeal of the default judgment in

09:08AM 21 *Germano*.  Also on June 10, 2010, TG entered its appearance in

09:08AM 22 the *Germano* case, followed by its appearance in other cases in

09:08AM 23 which it was served.

09:08AM 24       After Taishan entered its appearance in *Germano*,

09:08AM 25 it quickly sought to have the default judgment and preliminary

default against it vacated for lack of personal jurisdiction, as well as on procedural grounds.

Because of the pending appeal, this Court felt it was without jurisdiction to address any motions filed by Taishan. Accordingly, Taishan sought and was granted by the Fifth Circuit a stay of its appeal to allow this Court to provide an indicative ruling on Taishan's motion to vacate the default judgment.

In the fall of 2010, the Court directed the parties to commence personal jurisdiction discovery necessary to resolve Taishan's motions to vacate.

Sometime after the initial discovery, the parties agreed to expand the discovery beyond the *Germano* case to other cases in which Taishan had been served. Accordingly, formal discovery began in October of 2010, and has continued over the past year or half year leading up to the following motions.

Now, presently, the Court has before it four motions. In the *Germano* case versus Taishan Gypsum, *Germano* is a Virginia case. Taishan has filed a motion to dismiss for lack of personal jurisdiction and also to vacate the default judgment.

In the *Mitchell* case, which is a Florida case, they filed a motion to dismiss for lack of personal jurisdiction and a motion to vacate the preliminary default.

There was a preliminary default only in the

09:10AM 1    *Mitchell* case.  There was a preliminary as well as a judgment

09:11AM 2    of default in the *Germano* case.

09:11AM 3                And finally, in the *Gross* and *Wiltz* cases -- and

09:11AM 4    both of these are Louisiana cases -- they have filed motions to

09:11AM 5    dismiss for lack of personal jurisdiction.

09:11AM 6                At this time, I'll hear from the movants.

09:11AM 7         MR. CYR:  Thank you very much, Your Honor.  My name is

09:11AM 8    Joe Cyr.  I'm with Hogan Lovells, and we represent TG and TTP.

09:11AM 9    It's a privilege to meet you, Judge Farina.

09:11AM 10                I would like to begin by making a couple of

09:11AM 11   preliminary comments myself, Judge, if I could.

09:11AM 12         JUDGE FALLON:  Yes.

09:11AM 13         MR. CYR:  The first is that we're very grateful to have

09:11AM 14   the opportunity to have this hearing.  Mr. Jia, the chairman

09:11AM 15   and general manager of TG, whom you've met, wanted me to convey

09:12AM 16   to you his respect for the process, respect for the court.

09:12AM 17                Yes, their companies have gone through a whole

09:12AM 18   lot with this litigation, but he's grateful that this matter is

09:12AM 19   before this Court.  He thinks that they are going to get a fair

09:12AM 20   deliberation.

09:12AM 21                He also asked me to publicly acknowledge the

09:12AM 22   significant hardships that have been suffered by American

09:12AM 23   homeowners.  As you know, he doesn't believe that the Taishan

09:12AM 24   companies caused those hardships, but that doesn't mean that

09:12AM 25   he's insensitive to them, and neither is Hogan Lovells.

09:12AM 1         If he spoke English, he would be here today; but,

09:12AM 2  instead, he has asked that his primary outside counsel from

09:12AM 3  China sit in his behalf.

09:12AM 4         I just wanted to make sure that Your Honor

09:12AM 5  recognized that Mr. Chungang Dong is here.  He has been

09:12AM 6  actually working with Hogan Lovells on this case for two years.

09:12AM 7  He speaks very good English.  As a matter of fact, he's up at

09:13AM 8  Boston University now getting his Master's in American law.  So

09:13AM 9  he's ready to take over from me when I stumble a little bit.

09:13AM 10      JUDGE FALLON:  Welcome to the court.  We appreciate you

09:13AM 11  being here, sir.

09:13AM 12      MR. DONG:  Thank you, Your Honor.

09:13AM 13      MR. CYR:  I would like to briefly commend counsel for

09:13AM 14  the plaintiffs and the counter-claimants for all the efforts in

09:13AM 15  this litigation.  I have to say, it's been monumental, and I

09:13AM 16  say that sincerely.

09:13AM 17        Yes, I think we'll find that we have some

09:13AM 18  disagreements this morning, but that doesn't mean that I don't

09:13AM 19  have some real respect for the devotion they have to their

09:13AM 20  clients and their cases that is very true.

09:13AM 21        I have just one final preliminary comment,

09:13AM 22  Your Honor, and that relates to the prepared remarks that I

09:13AM 23  have.  I'm going to focus on jurisdiction.

09:13AM 24        Obviously, I'll answer any questions you have

09:13AM 25  with respect to other arguments we've made in the motions to

09:13AM 1   default, but my prepared comments will be on jurisdiction.

09:13AM 2   We'll rely on the briefs for the others.

09:13AM 3           Also rely on the briefs quite a bit for some of

09:13AM 4   the detailed caselaw and the detailed facts.  But I did want --

09:14AM 5   I am grateful to have the opportunity to make some comments on

09:14AM 6   jurisdiction.

09:14AM 7           But, in getting ready for it, it crossed my mind

09:14AM 8   that it's not the first time that you ever have heard an

09:14AM 9   argument about jurisdiction.  Maybe you've even read a case or

09:14AM 10  two.  I know that.  In fact, you've written a few decisions,

09:14AM 11  20 that I was able to count, including a product liability case

09:14AM 12  recently in that pharma case.  Also, you've trotted out all of

09:14AM 13  the governing law under the Supreme Court and Fifth Circuit

09:14AM 14  with respect to due process.

09:14AM 15          I guess the point I'm making is I'm keenly aware

09:14AM 16  of that, but I do have a duty.  So I'm going to try to make

09:14AM 17  some comments to be of some assistance.  I guess I'm asking for

09:14AM 18  your patience in that regard, particularly when I talk about

09:14AM 19  things that you know quite a bit about.

09:14AM 20          Hopefully, with that spirit, I would like to

09:14AM 21  begin with just two fundamental principles to set the stage.

09:14AM 22  You're familiar with both of them.

09:14AM 23          The first one is the fundamental territorial

09:15AM 24  principle espoused by our Supreme Court in *Pennoyer* over a

09:15AM 25  hundred years ago.  I quote, "The laws of no State can operate

09:15AM 1    beyond its territory except so far as allowed by comity.  And

09:15AM 2    no tribunal established by it can extend its process beyond

09:15AM 3    that territory to subject persons and property to its

09:15AM 4    decisions."

09:15AM 5           The Supreme Court has not abandoned that

09:15AM 6    territorial principle completely, not completely, even in the

09:15AM 7    face of a globalized economy, where we have non-U.S. companies

09:15AM 8    doing business within the boundaries and the territory of our

09:15AM 9    states.

09:15AM 10          Under the due process clause, the question with

09:15AM 11   respect to asserting extraterritorial jurisdiction over

09:15AM 12   non-U.S. companies has basically remained the same for decades.

09:15AM 13   Has that non-U.S. company engaged in conduct within the

09:16AM 14   territory of the state or directed toward the territory of the

09:16AM 15   state so it can be conceptualized as being present within the

09:16AM 16   state for the purposes asserted.

09:16AM 17          That's what our Constitution requires as far as

09:16AM 18   minimum contacts is concerned, so that maintenance of the suit

09:16AM 19   should not offend traditional notions of fair play and

09:16AM 20   substantial justice.

09:16AM 21          Our Supreme Court has given quite a bit of

09:16AM 22   guidance about what constitutes traditional notions of fair

09:16AM 23   play and substantial justice.  There are many factors, and

09:16AM 24   Your Honor knows them quite well.

09:16AM 25          But one of the factors -- and here is the second

09:16AM 1    fundamental principle -- one of the factors is international

09:16AM 2    comity.

09:16AM 3             I'm among those dreamers that would like to

09:16AM 4    imagine that there are no countries, but the reality is that

09:16AM 5    there are over 200 sovereign states on this planet, and many of

09:17AM 6    them are engaged in international commerce.

09:17AM 7             The highest court in our land has joined many of

09:17AM 8    those sovereign states in recognizing that every sovereign

09:17AM 9    state should try to refrain from asserting extraterritorial

09:17AM 10   jurisdiction in a manner that is contrary to international

09:17AM 11   notions of fairness and international comity.

09:17AM 12            Time and time again, our Supreme Court has

09:17AM 13   emphasized that all our laws, including the laws relating to

09:17AM 14   jurisdiction, should be applied and interpreted, if possible,

09:17AM 15   in a manner that's consistent with international law and

09:17AM 16   international practice.

09:17AM 17            Thank you, Judge, for your patience in listening

09:17AM 18   through that -- listening to that, but it's in that context

09:17AM 19   that the Taishan companies, TG and TTP, are making this request

09:17AM 20   to you, to have due regard for their compliance with

09:18AM 21   international custom and practice for a -- basically, a

09:18AM 22   domestic company that wants to make sure that its disputes

09:18AM 23   relating to its transactions are resolved within the territory

09:18AM 24   of its sovereign.

09:18AM 25            Every transaction that we discuss today that

09:18AM 1   involves TG and TTP occurred in China.  Delivery of the

09:18AM 2   product, in China.  Title passed, in China.  Transactions

09:18AM 3   covered, by Chinese law.

09:18AM 4          If the purchaser didn't want to resolve disputes

09:18AM 5   in a Chinese court, then the disputes would be covered by

09:18AM 6   arbitration in China, under a Chinese arbitrable tribunal.

09:18AM 7          Under those circumstances, Your Honor, it's very

09:18AM 8   difficult for the Chinese companies, TG and TTP, to understand

09:19AM 9   how a court or anyone could come to the conclusion that they

09:19AM 10  purposely availed themselves of the benefits and the

09:19AM 11  protections of Virginia, Louisiana, and Florida.

09:19AM 12         I'm going to try to spend some time addressing

09:19AM 13  the difficult legal and factual issues that Your Honor faces,

09:19AM 14  and I'm going to get into them.  But first, I thought that it

09:19AM 15  would be helpful up top to give you a summary of the reasons

09:19AM 16  why you should grant all the motions before you.

09:19AM 17         It's about due process, it's about minimum

09:19AM 18  contacts, and it's about purposeful availment.

09:19AM 19         In sum, in each of the cases, the plaintiffs have

09:19AM 20  failed to prove by a preponderance of admissible nonhearsay

09:19AM 21  evidence that TG and TTP have directed conduct toward each of

09:20AM 22  the forum states that are at issue such that it can be

09:20AM 23  characterized as purposely availing themselves of the benefits

09:20AM 24  and protections of those states.

09:20AM 25         That's true whether or not you apply the

stream-of-commerce standard that was espoused by

Justice Brennan in *Asahi* or Justice O'Connor's stream-plus

standard as reflected in those two bullets.

I'm going to get into that some more, and, of

course, I'm going to talk a little bit about the effect of

*Nicastro*.

But I did want to make that major point to you

because we're going to have some discussions about what law

governs.  Up top, I would just like to say that I think that

that's a very interesting inquiry, and Your Honor may weigh in

on it, but for purposes of this -- these cases, you do not need

to make a decision with respect to that because the motion

should be granted with respect to any possible standard that

could apply.

Now, the second major reason why you should grant

the motions -- and I'm looking forward to discussing this issue

with you, Judge -- is that the plaintiffs have failed to prove

by a preponderance of admissible nonhearsay evidence that their

claims arise out of the alleged conduct by TG and TTP with

respect to the relevant forum state.

Now, I want to make this point up top.  That is,

we're not saying that the plaintiffs have to prove causation as

it's in the merits.  That's a whole different issue.

What we're saying is that it's not enough simply

to say -- for a plaintiff to say that TG's and TTP's drywall

09:21AM 1    was found somewhere in the United States or was found in the

09:21AM 2    state.  The Constitution requires some nexus between each and

09:21AM 3    every claim by each and every plaintiff.

09:22AM 4              *Seifert*, Fifth Circuit, made that very clear.

09:22AM 5              At the very least, in these cases, the plaintiffs

09:22AM 6    have to have admissible nonhearsay evidence that the homes that

09:22AM 7    are the subject of the claims contain drywall that was

09:22AM 8    manufactured by TG and TTP.

09:22AM 9              Judge, I'll take you through it, but in each of

09:22AM 10   these cases, every plaintiff has failed, except for possibly

09:22AM 11   two in the *Germano* case:  One original plaintiff and one

09:22AM 12   intervenor plaintiff.  And I'll point it out to you.  That's

09:22AM 13   only if you allow the Venture Supply profile form into evidence

09:22AM 14   in the *Germano* proceeding, and it was never offered in that

09:22AM 15   proceeding.

09:22AM 16             Here is a summary of what I'd like to do for the

09:22AM 17   next hour, Judge.  I'm going to save about 15 minutes for my

09:22AM 18   comments.

09:22AM 19             I just want to emphasize that you've taken care

09:22AM 20   of some of my job on the background information, so I'm going

09:23AM 21   to fly through it.  Obviously, you'll stop me if you want to

09:23AM 22   hear anything.

09:23AM 23             With respect to the common facts and the common

09:23AM 24   legal issues, that's where we're really going to focus in on

09:23AM 25   the key issues in all of these cases.

09:23AM 1        Then, yes, I will go through each of the four

09:23AM 2   cases and address the specific facts that relate to those

09:23AM 3   cases; but, frankly, after we tackle the difficult issues, that

09:23AM 4   will roll pretty quickly.

09:23AM 5        Now, as far as the background is concerned, I

09:23AM 6   don't have such to say -- to add to what you said, but I want

09:23AM 7   to point something out to you.  On the *Wiltz* case, I think that

09:23AM 8   when you add in the four intervening complaints, *Abromatts*,

09:23AM 9   *Amorin*, I think it was, and *Goddard* and *Burke*, that you have

09:23AM 10  approximately 1300 plaintiffs, only 50 of the homes that are

09:23AM 11  the subject of that class action are Louisiana homes.  That

09:24AM 12  gives rise to a few issues that we're going to talk about.

09:24AM 13       In the *Gross* case, they have about 1900

09:24AM 14  plaintiffs, when you add in the *Benes* and the other intervening

09:24AM 15  complaint, and about 450 of those homes are Louisiana homes.

09:24AM 16       All the rest of the homes in *Wiltz* and *Gross*,

09:24AM 17  they are outside Louisiana.  Some of them might be in Florida

09:24AM 18  or Virginia, but, as I understand it, many of them are in -- in

09:24AM 19  various states throughout the country.

09:24AM 20       I'm just going to quickly talk about discovery,

09:24AM 21  but primarily to summarize real quickly, if you don't mind, for

09:24AM 22  Judge Farina, in particular, what the evidence is in this case.

09:24AM 23       Because, as you know, we believe that this is an

09:24AM 24  evidentiary hearing based on what's happened during the last

09:24AM 25  several months.  I just want to emphasize that the only

09:25AM 1    witnesses who have appeared from any of the plaintiffs or the

09:25AM 2    defendants in all of these cases and have testified are the

09:25AM 3    witnesses from TG and TTP.

09:25AM 4            *Lennar*, *Mitchell*, nothing, nothing.  None of the

09:25AM 5    plaintiffs in the *Wiltz* or *Gross* complaints have testified.

09:25AM 6    That's not surprising, except for there needs to be some kind

09:25AM 7    of affirmative evidence that their claims arise out of the

09:25AM 8    alleged activities of TG and TTP.

09:25AM 9            But, Judge Farina, I wanted to emphasize that, in

09:25AM 10   addition to the 28,000 pages of documents that these two

09:25AM 11   Chinese companies have produced over the 16 months of

09:25AM 12   jurisdictional discovery, that they have appeared twice for

09:25AM 13   depositions, once in May of 2011, and more recently in January

09:26AM 14   of 2012, when Judge Fallon supervised and ruled on evidentiary

09:26AM 15   issues during those depositions.

09:26AM 16           The evidence in this case is -- these cases is

09:26AM 17   actually in these depositions.  Mr. Jia, the chairman, he

09:26AM 18   testified twice action, a total of four days.  He testified

09:26AM 19   about every issue that is relevant to the case.

09:26AM 20           Very quickly, Judge, he told the history of TG,

09:26AM 21   how it went private in 2002, how it got investors in 2005, how

09:26AM 22   it maintained its independence, even though there was a

09:26AM 23   majority investor called BNBM, another defendant in some of

09:26AM 24   these lawsuits.

09:26AM 25           But he also demonstrated quite clearly, through

09:26AM 1    the articles of incorporations and the bylaws, who has

09:26AM 2    investments, about how he and the other Taishan Gypsum

09:26AM 3    employees maintained their independent by securing

09:27AM 4    supermajority voting rights with respect to certain provisions

09:27AM 5    that were critical and significant to the welfare of TG.

09:27AM 6              Then he talked about the business.  He talked

09:27AM 7    about how TG is a domestic company primarily, and that its

09:27AM 8    revenues, I think, that come from the sale of drywall that

09:27AM 9    eventually is exported outside of China is less than 5 percent

09:27AM 10   of the company's revenues.

09:27AM 11             He talked about how TTP was established in

09:27AM 12   February of 2006, and why it was established.  There has been a

09:27AM 13   lot of discussion about that.

09:27AM 14             It's actually pretty clear.  Here it is in about

09:27AM 15   four or five bullets.

09:27AM 16             The first bullet is that Taishan Gypsum enjoyed a

09:27AM 17   tax -- a VAT, value added tax exemption, because it was

09:27AM 18   sourcing some of its gypsum from synthetic sources, like power

09:27AM 19   plants and that sort of thing -- that was encouraged by the

09:27AM 20   Chinese government -- and it needed to maintain that tax exempt

09:28AM 21   status.

09:28AM 22             To do that, though, the Chinese tax authorities

09:28AM 23   told TG that they were not allowed to issue VAT invoices to

09:28AM 24   their purchasers so that their purchasers could issue those VAT

09:28AM 25   invoices; that if they wanted to sell drywall to purchasers who

09:28AM 1    were going to export the drywall, that they needed to establish

09:28AM 2    a separate company under Chinese law, monitored by the Chinese

09:28AM 3    government agencies.

09:28AM 4         That's why they set up TTP as a wholly-owned

09:28AM 5    separate company that owned its own property.

09:28AM 6         I'm going to spare you from trotting out all of

09:28AM 7    the evidence at this stage relating to all of the indicia of

09:28AM 8    the separateness that I really believe that counsel for

09:28AM 9    plaintiffs were stunned by; that these Chinese companies, they

09:28AM 10   actually do everything that we do with respect to maintaining

09:28AM 11   the juridical personhood of companies.

09:29AM 12        In this case, I'll just make the conclusory

09:29AM 13   remark, that if you read Mr. Jia's testimony, if you look at

09:29AM 14   the documents that were admitted into exhibit, if you read

09:29AM 15   Mr. Peng's testimony, who is the chairman and the general

09:29AM 16   manager, on the left of the slide, of TTP and the exhibits

09:29AM 17   attached to his deposition, you are left with the same

09:29AM 18   impression, that it's remarkable how they maintained their

09:29AM 19   independence.

09:29AM 20        The answer to that, of course, is quite simple.

09:29AM 21   That is that they are being supervised by the Chinese

09:29AM 22   government, that it was required by law.

09:29AM 23        I guess I wanted to briefly remind Your Honor of

09:29AM 24   the testimony of the TTP employees.  Actually, Mr. Shiliang is

09:29AM 25   also the chairman of TTP.

09:29AM  1          Mr. Jia, by the way, did not appointment himself

09:29AM  2   as a chairman of TTP.  He's not a chairman.  He's not on the

09:29AM  3   board.  But two other members -- two other officers of TG are

09:30AM  4   on the Board of Directors of TTP.  Mr. Fu, who I briefly showed

09:30AM  5   you, he's the head sales fellow at TG.  Although he knew

09:30AM  6   something about the Venture Supply contracts, he really didn't

09:30AM  7   have much to say, in my opinion.  But plaintiffs wanted to take

09:30AM  8   his deposition to be careful, and so they did that.

09:30AM  9          But aside from those two Venture Supply contracts

09:30AM 10   that we'll talk about that TG entered into, TG doesn't have

09:30AM 11   anything to do with the rest of these cases, except for, of

09:30AM 12   course, if you and Judge Farina decide that TTP equals TG, and

09:30AM 13   that's one of our critical issues that we're going to talk

09:30AM 14   about.

09:30AM 15          But these four gentlemen, they did testify for

09:30AM 16   TTP.  They had been with TG, but then, when TTP was set up they

09:30AM 17   moved to the new facility that was set up and leased by TTP

09:31AM 18   from TG, and they were paid by TTP, on TTP's rolls.  They were

09:31AM 19   full-time employees of TTP.

09:31AM 20          I want to just remind Your Honor that Mr. Peng,

09:31AM 21   Wenlong, who was one of the salesmen, he was key in the *Germano*

09:31AM 22   Venture Supply transactions.  He did send e-mails back and

09:31AM 23   forth in partial, broken English sometime, and he used the name

09:31AM 24   Frank Clem, to make it easier for those with whom he was

09:31AM 25   speaking.  Mr. Che Gang, he used the name Bill Cher.  So you'll

09:31AM 1     use those names on the e-mails.

09:31AM 2               Mr. Cheng (spelled phonetically) did not testify

09:31AM 3     in January, but he was one of the TTP witnesses last May, and

09:31AM 4     he talked about the establishment of that separate and

09:31AM 5     independent company.

09:31AM 6               I wanted to provide a little focus to the

09:31AM 7     geography, just for about 30 seconds.  If you could look on to

09:32AM 8     the right of China on that map and try to find Beijing up top

09:32AM 9     there, you see that it's at the very northern end of the

09:32AM 10    East China Sea.  There is a peninsula that sticks out.  It's

09:32AM 11    kind of pointing at North Korea and South Korea.  That's the

09:32AM 12    area where all these transactions occurred.

09:32AM 13              So I'm now showing you where Tai'an is, in case

09:32AM 14    anybody wondered.  It's about a four or five hour train ride

09:32AM 15    from Beijing.

09:32AM 16              The ports that you see here are the ports where

09:32AM 17    the delivery to the purchasers occurred, if the purchaser was a

09:32AM 18    U.S. company that would come to China to purchase the drywall.

09:32AM 19              We'll talk about the many sales of drywall that

09:32AM 20    TTP made to Chinese trading companies, but those sales did not

09:33AM 21    occur at those ports that you see.  Those sales all occurred

09:33AM 22    right in Tai'an, at the factory.

09:33AM 23              Payment was made in cash up front, and delivery

09:33AM 24    and title passed at the factory in Tai'an.  As we'll discuss,

09:33AM 25    after that TTP generally had no knowledge of where that drywall

09:33AM 1    was going.

09:33AM 2            Those trading companies are competitors of TTP's,

09:33AM 3    and rarely will they ever tell TTP who their purchasers are, if

09:33AM 4    they already have a purchaser, and they normally do.

09:33AM 5            Before I get into the critical facts, Your Honor,

09:33AM 6    I thought that it would be helpful, at least it is for me, if

09:33AM 7    you'll give me this, to set the stage with a brief

09:33AM 8    hypothetical.  Then I'm going to use that hypothetical to

09:33AM 9    compare it to the different cases.

09:33AM 10           The hypothetical is a simple one.  I'm on

09:34AM 11   vacation, I'm in China, and I want to go to a fabric store in

09:34AM 12   China to get some silk because I would like to have that silk

09:34AM 13   shipped back to my home in New Orleans, Louisiana, where I can

09:34AM 14   have a silk suit made.

09:34AM 15           So I go into the factory store, and I look at the

09:34AM 16   books and everything, and I buy some silk.  Title passes in

09:34AM 17   China.

09:34AM 18           I pay in cash.  I assume responsibility for the

09:34AM 19   cost and insurance of shipment, but the fabric store is kind

09:34AM 20   enough to help me out with the shipping arrangements.  In that

09:34AM 21   regard, I tell the fabric store exactly where I would like to

09:34AM 22   have it shipped.  I'd like to have it shipped to my home in

09:34AM 23   New Orleans.

09:34AM 24           It's made very clear to me that if I want to

09:34AM 25   resolve disputes, they are going to have to be resolved in

09:34AM 1    China.  Chinese law will govern.  If I want to have

09:34AM 2    arbitration, I can have arbitration in China.  I understand all

09:34AM 3    of that.

09:34AM 4            I leave.  I get back to Louisiana.  The silk is

09:34AM 5    there.  I have the suit made.  Then I'm upset because there is

09:35AM 6    an foul odor associated with the suit.  I can't wear this suit.

09:35AM 7    I believe that the silk that I bought from that fabric store in

09:35AM 8    China was defective.

09:35AM 9            So I go to my favorite lawyer in New Orleans, and

09:35AM 10   I ask Russ, I say, "Russ, I would like to sue this fabric store

09:35AM 11   in Louisiana federal court."

09:35AM 12           Now, Your Honor, I'm going to go out on a limb

09:35AM 13   here, and I'm going to say, I think that even Russ Herman would

09:35AM 14   say that the Louisiana federal court is going to have a real

09:35AM 15   hard time asserting jurisdiction over that fabric store in

09:35AM 16   China.

09:35AM 17           But I would also expect Mr. Herman to say that

09:35AM 18   that hypothetical is not our case.  It's different from our

09:35AM 19   case for a few reasons.

09:35AM 20           Now, the first reason that he'll say is that the

09:35AM 21   purchasers from TTP, they were Chinese trading companies and

09:35AM 22   U.S. supply companies, not consumers.

09:36AM 23           He might say that, but I'm not sure how much it

09:36AM 24   helps him, because I think it's fair to say that a Chinese

09:36AM 25   company like TTP is far less likely to know where products that

09:36AM 1    it sells in China are eventually going to be resold and used

09:36AM 2    than that fabric store in China that sold to me and I gave them

09:36AM 3    my home address.

09:36AM 4                But the other very important thing that

09:36AM 5    Mr. Herman is going to say is that, "Well, that was just a

09:36AM 6    one-off.  There are multiple sales here of this drywall.

09:36AM 7    You'll find their drywall all over the United States."  We're

09:36AM 8    going to hear a lot of that this morning.

09:36AM 9                That is one of the critical factual issues that I

09:36AM 10   would like to address.  It's absolutely not true, and I'm going

09:36AM 11   to show you why; but, first, I do want to trot through very

09:36AM 12   quickly the factual issues that are not in dispute.

09:36AM 13               In the interest of time, I'm not going to pause

09:37AM 14   very much on some of these bullets.  I suspect that there is a

09:37AM 15   chance that plaintiffs' counsel will find that there is

09:37AM 16   something that they disagree with, with respect to these

09:37AM 17   bullets, and maybe I'll have a chance to adjust it.

09:37AM 18               I do want to emphasize for Judge Farina the

09:37AM 19   fourth bullet.  No presence whatsoever, nothing.  Not one TG or

09:37AM 20   TTP employee ever even visited the United States, not even to

09:37AM 21   go to Disneyland, let alone to market or target or sell.

09:37AM 22               I would submit to you, Your Honor, that

09:37AM 23   90 percent of what you hear from plaintiffs' counsel today

09:37AM 24   falls into the categories of one of these bullets that's not in

09:37AM 25   dispute.  So I'm going to say it out loud so that there is no

09:38AM 1    ambiguity about it at all.

09:38AM 2         Mr. Jia testified that during this period of time

09:38AM 3    they knew that TTP was manufacturing drywall of dimensions that

09:38AM 4    could be used in the United States.  And they knew that there

09:38AM 5    was a demand for drywall in the United States.  And they knew

09:38AM 6    that much of the drywall that was being sold to the trading

09:38AM 7    companies, that it had U.S. dimensions.

09:38AM 8         A lot of the drywall that was sold by TTP had

09:38AM 9    other dimensions, sold domestically, it was sold to purchasers

09:38AM 10   who wanted to export it to other countries; but, no doubt, TTP

09:38AM 11   and TG knew that some of the drywall that was being

09:38AM 12   manufactured by TTP was of the dimensions that could be used in

09:38AM 13   the United States, and that some of that drywall was being

09:39AM 14   exported by those trading companies to the United States.

09:39AM 15        Of course, we also know that on a couple handful

09:39AM 16   of occasions, TTP was contacted by U.S. supply companies that

09:39AM 17   actually designated ports in the United States.  So that's not

09:39AM 18   really an issue in this case.

09:39AM 19        Of course, as you know, our position is that that

09:39AM 20   doesn't constitute purposeful availment of any particular forum

09:39AM 21   state.  Justice Breyer, in *Nicastro*, says that loud and clear.

09:39AM 22        This is the issue that I wanted to pause on,

09:39AM 23   Judge, because this is the issue that relates to Mr. Herman's

09:39AM 24   claim that TTP was flooding the United States in specific

09:39AM 25   targeted ways, targeting at these different forum states,

09:40AM  1    taking advantage of some kind of continuous flow of activity,

09:40AM  2    Justice Brennan in *Asahi*, from distributor -- from the

09:40AM  3    manufacturer to the distributor to the retail store, targeting

09:40AM  4    the forum state, taking advantage of the benefits and the

09:40AM  5    profits.

09:40AM  6              They want to use the drywall that they found in

09:40AM  7    the United States in order to support that theory, but we know

09:40AM  8    that the drywall that was found in the United States came

09:40AM  9    primarily from the drywall that TTP sold to these trading

09:40AM 10    companies.

09:40AM 11              So now we get to the evidence.  What does the

09:40AM 12    evidence show with respect to what TTP or TG knew with respect

09:40AM 13    to that drywall that was sold to these trading companies at

09:40AM 14    that factory in Tai'an in that isthmus, that peninsula that I

09:40AM 15    showed you?

09:40AM 16              The answer is absolutely nothing about where in

09:40AM 17    the United States it was going.  The only thing that you and

09:41AM 18    Judge Farina will see all day is one contract between one of

09:41AM 19    the Taishan entities and a Chinese trading company that asked

09:41AM 20    for the word *Devon* to be on the packaging, and Devon from

09:41AM 21    U.S.A.

09:41AM 22              So from that, they say that in that particular

09:41AM 23    transaction they should have known that -- what?  I'm not sure.

09:41AM 24    What forum state are they talking about?  I think Devon is from

09:41AM 25    Pittsburgh, but plaintiffs' counsel can tell us.

09:41AM 1          My point is, that's the only evidence in the

09:41AM 2  entire record that TG or TTP had any knowledge whatsoever, any

09:41AM 3  mere awareness of where in the United States that drywall was

09:41AM 4  going.

09:41AM 5          I think that's pretty powerful, and I think that

09:41AM 6  that puts us back pretty close to the fabric store.  I think

09:41AM 7  that's what Justice Brennan would say because we know how he

09:42AM 8  defines stream of commerce.

09:42AM 9          I would like to make a few comments about the

09:42AM 10  third bullet.

09:42AM 11          On the second bullet, I mean, I guess, you know,

09:42AM 12  the plaintiffs' counsel love to talk about how TG and TTP

09:42AM 13  shipped.  Of course, the only one that really ships is the

09:42AM 14  shipping company.

09:42AM 15          I think the question is, who's responsible for --

09:42AM 16  with respect to shipping, who's responsible for and who pays

09:42AM 17  for the shipping costs and insurance?  That relates to this

09:42AM 18  question that has relevance, it's not overriding and doesn't

09:42AM 19  decide the whole case, but that is, where did title pass, and

09:42AM 20  where was delivery?

09:42AM 21          It's undisputed that every purchaser from TG and

09:42AM 22  TTP in this case, they are the ones that decided wherever the

09:42AM 23  product was going to go.  They may not have decided where the

09:42AM 24  ship was going to go and where the port was going to be, and

09:43AM 25  that relates to my comments on the third bullet.

09:43AM 1    One of the favored arguments that plaintiffs like

09:43AM 2    to make is that because one of the salespersons from TTP who

09:43AM 3    was helping out with the shipping arrangements either had the

09:43AM 4    opportunity to see a document that listed the port that the

09:43AM 5    purchaser wanted it delivered at or actually helped with the

09:43AM 6    shipping arrangements to get the product to that port, and that

09:43AM 7    for that reason -- I guess they're arguing two things:  One is

09:43AM 8    that TG and TTP targeted the state in which that port sits.

09:43AM 9    And then they're also arguing -- and that, I think, is

09:43AM 10   ridiculous -- but they are also arguing, and I want to address,

09:43AM 11   that that necessarily means that TTP was merely aware of where

09:43AM 12   the product might be resold and used.

09:43AM 13          Judge, that's not necessarily true, and I would

09:43AM 14   just like to make a few points in that regard.

09:44AM 15          One is that if any of the 48 contiguous states,

09:44AM 16   someone in one of those states, they want some goods from

09:44AM 17   outside our boundaries, and they want it to be shipped, I'm

09:44AM 18   sorry, but they are going to have to pick a port on the

09:44AM 19   coastline.  It's going to have to be some port.

09:44AM 20          The second thing is that when supply companies

09:44AM 21   purchase product abroad from non-U.S. companies like TTP, they

09:44AM 22   often don't know who their purchasers are going to be.  So they

09:44AM 23   pick a port, they designate a port as a matter of convenience.

09:44AM 24          Now, more often than not, they already know who

09:44AM 25   their purchaser is going to be.  That's my understanding, and I

09:44AM 1    believe that's supported in the record.

09:44AM 2              But, oftentimes, their purchasers don't know

09:44AM 3    where they are going to resell it.  Oftentimes, their

09:44AM 4    purchasers who are going to resell it to purchasers they know,

09:44AM 5    they don't know where they are going to resell it.

09:44AM 6              But, more importantly, Judge, even if the U.S.

09:45AM 7    supply company that comes to China to purchase the drywall from

09:45AM 8    TTP, even if it knows who its purchaser is, and even if it's

09:45AM 9    purchaser knows the general geographical area where they think

09:45AM 10   that the drywall is going to be distributed, because there is

09:45AM 11   some purchaser there that has actually made a request -- and

09:45AM 12   that's true in some of our fact patterns -- that doesn't mean

09:45AM 13   that the supply company gets to purchase a port willy-nilly,

09:45AM 14   hugger-mugger that is within geographical proximity.

09:45AM 15             Of course, that's one of the significant factors

09:45AM 16   if you know generally where it's going to be distributed, but

09:45AM 17   there are many other factors, Judge.

09:45AM 18             One of the factors is that ports compete with

09:45AM 19   each other.  There is different loading costs.  The weather has

09:45AM 20   an influence.  Here is the big one, timing and ship

09:45AM 21   availability.

09:45AM 22             When a supply company buys goods abroad, it's got

09:45AM 23   to get the goods in somewhere, whether it's going to Oregon for

09:46AM 24   Northwest Pacific -- that's where they are, by the way -- or if

09:46AM 25   it's going to somewhere else in the middle of the country, or

09:46AM 1   if it's going to Pensacola, Florida, they got to get it there.

09:46AM 2          Ships only go across the ocean once in a while.

09:46AM 3   Many times they take advantage of space on a ship that's

09:46AM 4   already designated for a certain port, that already has other

09:46AM 5   containers on it, and then they bite the bullet on whatever

09:46AM 6   transportation costs are necessary.

09:46AM 7          That's why in this case it's not surprising at

09:46AM 8   all that Venture Supply buys drywall in China from TG, and they

09:46AM 9   designate Norfolk as a port.  In that case, we concede it

09:46AM 10  appears as though Venture Supply generally knew, it thought,

09:46AM 11  where it was going to distribute at least some of the drywall.

09:46AM 12         But things happen, and one of the boats didn't go

09:46AM 13  to Norfolk.  It went to New Jersey.  Some of the drywall,

09:47AM 14  Banner is proud to say, they got it down by rail down in

09:47AM 15  Florida.  That's what happens in this case.

09:47AM 16         We're going to hear a little discussion today

09:47AM 17  about an attempt to overcome the lack of testimony with respect

09:47AM 18  to arising under, Judge.  In both the *Lennar* and the *Mitchell*

09:47AM 19  cases, you're going to hear testimony about sales that trading

09:47AM 20  companies made to other companies.

09:47AM 21         One of those companies is Devon.  You're going to

09:47AM 22  hear about Devon purchasing some drywall from a Chinese trading

09:47AM 23  company, which I agree, it does appear as though that drywall

09:47AM 24  came from TTP.

09:47AM 25         But then after Devon gets it, it's impossible to

09:47AM 1    know what happens to it.  Some of the questions that I'm hoping

09:47AM 2    that you and Judge Farina will ask yourself is, how did Devon

09:47AM 3    pick the RANKO SALLY (spelled phonetically)?  Was the

09:47AM 4    RANKO SALLY designated for Pensacola long before Devon ever got

09:47AM 5    involved?  How many other customers were on the RANKO SALLY?

09:47AM 6            Venture Supply -- I'll just withdraw that.  I'll

09:48AM 7    wait until we get to that point.

09:48AM 8            I just want to make the point that it's not so

09:48AM 9    simple that where the port is is necessarily where the drywall

09:48AM 10   is going to be resold or used.  I think that that's fairly

09:48AM 11   apparent.

09:48AM 12           But there is another fundamental point I would

09:48AM 13   just like to make, and that is that if we start subjecting

09:48AM 14   non-U.S. companies who manufacture goods abroad and who sell

09:48AM 15   those goods to supply companies, and we subject them to the

09:48AM 16   jurisdiction of the state in which the port sits that the

09:48AM 17   supply company designated, who knows for what reason, if we

09:48AM 18   think that through, I think that that's going to present some

09:48AM 19   obstacles for the U.S. participation in international commerce

09:48AM 20   that I don't think has actually been thought through yet.

09:49AM 21           Here is a question, what should that non-U.S.

09:49AM 22   manufacturer do?  What requirements is it going to impose upon

09:49AM 23   its purchasers with respect to where do they go with that

09:49AM 24   drywall?  Are they going to need some representations so that

09:49AM 25   they don't go to various ports on the Eastern Seaboard of the

United States?  That's a serious question that plaintiffs' theory, I think, raises for you and Judge Farina.

I'm going to fly through the issues not in dispute, because I have read your cases, and if plaintiffs' counsel have a dispute with these, they can take it up with you.

I will say that there might be some chance that plaintiffs' counsel don't agree with these propositions.  Here, the only thing that I will say is that, in reading the PSC's brief, I got the impression that they did agree.  They can tell you.

But I think that we don't need to talk too long, unless you want to, about whether or not Justice Breyer joined the plurality in *Nicastro*, at least with respect to this issue, under *Marks*, at least with respect to this issue, and that is that even if a company like McIntyre has a U.S. distributor and busts its butt trying to sell throughout the United States, it has the national market of the United States.  That's not enough to constitute purposeful availment of a forum state.

That's what that slide says.  That's what Justice Breyer said in *Nicastro*.  I'll let plaintiffs' counsel take that on if they would like.

I'm sorry, I was just -- I got ahead of myself, and I was just -- no, I didn't.  I was right.  Okay, sorry about that.

09:50AM 1         We do have this dispute with respect to what

09:50AM 2  constitutes purposeful availment.  Then, as you can see, I've

09:51AM 3  highlighted that in blue.  I would like to address that now

09:51AM 4  briefly.  It relates to all the cases.  Then I'll talk about

09:51AM 5  these other two issues.

09:51AM 6         As you glance at this slide, Judge, you can see

09:51AM 7  that -- and you might not agree with this, but they use

09:51AM 8  different language.  So I separated out Justice Kennedy's

09:51AM 9  opinion in *Nicastro* from Justice O'Connor's stream-plus opinion

09:51AM 10  in *Asahi* because the language is different.  It's about

09:51AM 11  manifesting an intention to submit to the power.

09:51AM 12         It actually is very similar to the *Lesnick*

09:51AM 13  decision in the Fourth Circuit.  Maybe they are the same thing.

09:51AM 14  We get wrapped around the axle on the nuances of some of this

09:51AM 15  terminology, but we have to use it as a guideline, and so I

09:51AM 16  have it up there as the highest.

09:51AM 17         But the crux of the matter is the second two

09:51AM 18  bullets.  I just want to focus on the third bullet for just a

09:52AM 19  second and what Justice Brennan said.

09:52AM 20         Counsel on my side, they always trot this

09:52AM 21  language out, but I get frustrated because I'm not quite sure

09:52AM 22  that everybody hears it, is that there is a definition of

09:52AM 23  stream of commerce by Justice Brennan.

09:52AM 24         It's not just somebody just tossing product out

09:52AM 25  into the stream, and it gets dragged along with commerce.  He

09:52AM 1   talks about it being part of a regular and anticipated flow of

09:52AM 2   products from manufacturer to distributor to the retailer in

09:52AM 3   the forum state.

09:52AM 4           Then he says, if the manufacturer -- actually, I

09:52AM 5   think he says any participant in that process -- knows that the

09:52AM 6   product is actually going to be marketed in the forum state,

09:52AM 7   then it's fair and reasonable, and they should anticipate

09:52AM 8   getting hauled into court in that forum state.  That's the

09:53AM 9   stream of commerce.

09:53AM 10          Now, I'm going to jump ahead a little bit because

09:53AM 11  I am aware of *Luv N' Care* and *Ruston Gas* and some of the

09:53AM 12  language that was used many years ago in the early

09:53AM 13  Fifth Circuit cases.  Even *Bean Dredging*, which was quoted in

09:53AM 14  some of the Supreme Court cases.

09:53AM 15          They quote *World-Wide Volkswagon*.  Don't worry,

09:53AM 16  Judge, I'm not going to be the 12th lawyer that's argued

09:53AM 17  *World-Wide Volkswagon* before you.

09:53AM 18          But I just wanted to say, as you pointed out in

09:53AM 19  that pharma product liability case, I think it was, that *Luv N'*

09:53AM 20  *Care* satisfied Justice Brennan's standard.  There was something

09:53AM 21  like 65 different shipments into the state.  If you look at

09:53AM 22  *Ruston Gas*, I think there was 210 different shipments in the

09:53AM 23  state.

09:53AM 24          So, in my view, you don't need to say that

09:53AM 25  *Nicastro* overrules Fifth Circuit decisions in this case, except

09:54AM 1    for one thing, and I think it's unavoidable, and that is that

09:54AM 2    *Bean Dredging* really was a national market case.

09:54AM 3          I think it's very hard for a Louisiana federal

09:54AM 4    judge now, in light of *Nicastro*, to avoid recognizing that --

09:54AM 5    the national market part, if that was an essential part of that

09:54AM 6    decision, that that part has been overruled.  That's just a

09:54AM 7    view that I offer for your consideration.

09:54AM 8          I did want to make this fundamental point.  I

09:54AM 9    also, I guess, want to make the point that many lawyers have

09:54AM 10   made before you, and that is *World-Wide Volkswagon* itself said

09:54AM 11   that the mere likelihood of a product -- that a product might

09:54AM 12   find its way into the state is not the foreseeability that it's

09:55AM 13   talking about.  That foreseeability is about the foreseeability

09:55AM 14   of being hauled into a court in a forum state.

09:55AM 15         Even in *Volkswagon*, the Supreme Court said the

09:55AM 16   mere likelihood -- the mere likelihood has never been something

09:55AM 17   that anybody in the Supreme Court has supported.

09:55AM 18         What they have supported is Justice Brennan's

09:55AM 19   standard, and I appreciate that standard is supported by many

09:55AM 20   of the courts in our country.

09:55AM 21         I just want to acknowledge that Justice Breyer

09:55AM 22   certainly did reject the plurality's very, very high standard

09:55AM 23   of they want evidence showing an intention -- manifest and

09:55AM 24   intention to submit; but, if you look closely at

09:55AM 25   Justice Breyer's decision, applying *Marks*, what his narrow

09:55AM 1   ruling was, he actually refers to both of the standards that

09:55AM 2   I've shown you on the slide, and he refers to

09:56AM 3   *World-Wide Volkswagon*.

09:56AM 4            I'm sorry if I'm speaking too quickly.  I'm

09:56AM 5   mindful of the time.  It is already -- I think I may have

09:56AM 6   started at around -- let's say, ten after, judge.  So I'm going

09:56AM 7   to try to finish pretty close to 15 or 20 after, and then save

09:56AM 8   the rest for rebuttal time.

09:56AM 9            Now, here is just a general summary of what we

09:56AM 10  believe *Nicastro's* majority holding was.  It basically relates

09:56AM 11  to this U.S. market.  That is --

09:56AM 12           We focused on Justice Breyer.

09:56AM 13           JUDGE FALLON:  Yes.

09:56AM 14           MR. CYR:  I felt the need to include this slide, just

09:56AM 15  in case there was any doubt in anyone's mind about what

09:56AM 16  Justice Breyer said in *Nicastro*.  It just seems so clear.  I'm

09:56AM 17  sorry for burdening you with reading the slide.  All of that is

09:57AM 18  in his opinion.  With Your Honor's permission, I'll move on.

09:57AM 19           Now, here is a chart.  I think it's in most of

09:57AM 20  our briefs.  We think it's helpful.  It really is, I think,

09:57AM 21  quite amazing, if you look at what's in bold, is that McIntyre

09:57AM 22  actually had this U.S. distributor out there trying to sell

09:57AM 23  those machines that destroy paper.  I forget what they are

09:57AM 24  called.

09:57AM 25           They controlled that distributor.  The evidence

09:57AM 1   in the case was that they controlled the distributor, they told

09:57AM 2   it what to do, they told it how to market.  They came to the

09:57AM 3   United States.  They went to shows to help market it throughout

09:57AM 4   the United States.  The Supreme Court said, no.  You see all of

09:57AM 5   the comparisons on our side, Your Honor.

09:57AM 6          I believe this slide comes from a chart that was

09:57AM 7   used in the *Germano* case.  That's why TG is listed.  The same

09:58AM 8   is true for TTP.  It has all of those as well.

09:58AM 9          With respect to the agreement with

09:58AM 10  Oriental Trading that said that Oriental Trading could use the

09:58AM 11  DUN trademark, I'm going to discuss that.  They certainly were

09:58AM 12  not a distributor in any reading of that document.  As they

09:58AM 13  indicated in the correspondence that is in evidence in this

09:58AM 14  case, they were quite frustrated that they didn't get to do any

09:58AM 15  marketing or anything, and there is a question about whether or

09:58AM 16  not that agreement was ever implemented.

09:58AM 17         But I'll talk about the agreement -- of course, I

09:58AM 18  just -- while I mention it, it has nothing to do with any forum

09:58AM 19  state.  It just has a question about that particular company

09:58AM 20  being allowed to -- if they purchased drywall from TTP, that

09:58AM 21  they would be the only one that would put the DUN brand on it.

09:58AM 22         You don't see the State of Florida mentioned, I

09:58AM 23  don't believe, on that agreement.  Maybe it's the address of

09:58AM 24  someone, like Oriental Trading, but the scope is clearly the

09:59AM 25  U.S., and so *Nicastro* makes it quite clear that that certainly

09:59AM 1  wouldn't constitute purposeful availment of any particular

09:59AM 2  state.

09:59AM 3        I think this particular slide was just intended

09:59AM 4  to give me an opportunity to summarize what I've told you

09:59AM 5  already, and I don't think I'm going to do that, out of respect

09:59AM 6  for your time, and I think that I see from the nods that you're

09:59AM 7  ready for me to move on.

09:59AM 8        I'm not going to take very much time talking

09:59AM 9  about this very interesting issue.  I'm just going to make a

09:59AM 10  few points, a few of the points that are made on the slide.

09:59AM 11        The first thing I did want to do, though,

09:59AM 12  Your Honor, is that in our briefs we mentioned the decision by

09:59AM 13  Judge Paul Oetken, that's O-E-T-K-E-N, of the Southern District

09:59AM 14  of New York, where he addresses this very interesting issue

10:00AM 15  about what law should a transferee court apply with respect to

10:00AM 16  personal jurisdiction in light of the potential argument that

10:00AM 17  plaintiffs have made that, gee, isn't due process a federal

10:00AM 18  question, and then they cite a bunch of cases that stand for

10:00AM 19  the proposition that transferee courts can apply the law of

10:00AM 20  their own circuit with respect to federal questions.

10:00AM 21        All those cases they cite are securities cases

10:00AM 22  and that sort of thing, admiralty cases.  None of them are on

10:00AM 23  personal jurisdiction.  But they make this argument.  They are

10:00AM 24  not the first ones to make it.

10:00AM 25        Justice Oetken, in the *Smith* case that I've

10:00AM 1    mentioned, he addresses it in the context of a 404(a) transfer.

10:00AM 2    The only reason I mention it now, because it's in our brief, is

10:00AM 3    that -- and I thought we did, but we failed to point out to

10:00AM 4    you, and if you read the case you would see it, that he does

10:00AM 5    mention a decision by Justice Shinland (spelled phonetically).

10:00AM 6            It's the *Escambia* case.  Maybe you've seen it.

10:00AM 7    E-S-C-A-M-B-I-A.  The cite is in the *Ford* case.

10:01AM 8            And in an MDL case, where she had seven different

10:01AM 9    circuits, I think, she just decided that, under the efficiency

10:01AM 10   of the MDL, she did apply the law of the Second Circuit, the

10:01AM 11   transferee court.

10:01AM 12           I have a lot of respect for Justice Shinland, but

10:01AM 13   I would suggest to you, Judge, and so here go my points, that

10:01AM 14   she's wrong.  That even in an MDL proceeding, that when we're

10:01AM 15   talking about the individual liberty that you recognized in one

10:01AM 16   of your cases and that the Supreme Court pluralities,

10:01AM 17   concurrences, these justices all recognized, that a piece of

10:01AM 18   the due process clause is about individual liberty, freedom for

10:01AM 19   inappropriate exercises of power.

10:01AM 20           So if a Chinese company is sued in the

10:01AM 21   Fourth Circuit in Virginia, and they have individual rights to

10:01AM 22   be free from the exercise of power under a standard of the

10:02AM 23   Fourth Circuit, how is it fair and reasonable, how is it

10:02AM 24   substantial justice to say, well, that's true in the

10:02AM 25   Fourth Circuit, but we're going to transfer your case to the

Fifth Circuit, where the standard is lower.  It's just unfair, Judge.

I've reminded you of the Fifth Circuit's verify strong decision with respect to forum non conveniens, which is a very similar case.

I don't think that you need to resolve that issue for the reasons that I've expressed already, but you might be interested in weighing in on that, given all your MDL experience.

I'm going to make some comments about this third bullet.  Judge Farina, you may have questions about it this afternoon, because, unlike Justice Fallon, you didn't have the opportunity to sit through and listen to all of the witnesses talk about the establishment of TTP and all of the indicia that goes into these factors that we considered with respect to whether or not a separate juridical personhood of a company should be maintained.

It's all in our briefs.  That includes the *Lennar* brief.  All of the testimony and all of the exhibits, Judge Farina, that relate to this issue are in the briefs.

So, if you don't mind, I'm not going to go through it all with Judge Fallon, unless he wants to ask me some questions about it.

I did want to say that -- make a couple points.  One, to repeat a point that I've made, and that is that this

separate company was set up as a requirement imposed by the Chinese tax authorities, and was supervised by the Chinese tax authorities.

That's why the facts are very clear that, yes, consistent with that article in Chinese law -- and I'm not going to argue Chinese law -- that TTP did own all of its property.

There is a separate clause, Judge Farina, that the Chinese experts have agreed to, that if you have a sole shareholder, that the first thing that needs to be addressed is whether or not that sole shareholder owns its own property.  If it doesn't, well, then the separate personhood can be ignored.

There is a separate article that the parties have argued about how it's applied.  Also, there is this issue about whether, under Chinese law, it's necessary to show abuse.

I will take the liberty of mentioning that I hope that you find it revealing that even their main expert, in an article which is attached to our reply, says that some kind of malicious intent to abuse creditors is necessary.

Then, I also want to say that sometimes you can't win for losing, is that in this case -- these are just two facts I just want to mention because they are going to talk about them -- in this case, they make -- one of the arguments about why TTP's separate personhood should be disregarded is because their lease was increased by TP -- by TG.  That it was

10:05AM 1   increased.  Not only was it initially at arm's length, but it

10:05AM 2   was increased.

10:05AM 3            Another argument they make is that TG stepped in

10:05AM 4   and took care of some financial issues, took care of some

10:05AM 5   potential creditors.  Not only did TG not abuse the corporate

10:06AM 6   firm, but it did what a lot of parents do when subsidiaries get

10:06AM 7   in trouble, when there is litigation.  U.S. parents do this all

10:06AM 8   the time.  They will step in, and they will take care of the

10:06AM 9   creditors.

10:06AM 10           Why do they do that?  Because they want everyone

10:06AM 11  in the marketplace to know that the personhoods of those

10:06AM 12  subsidiaries can be relied upon and respected; and, if there is

10:06AM 13  any problem, the parent will take care of the debts.

10:06AM 14           That's not piercing the corporate veil.  That's

10:06AM 15  not abusing the form in order to avoid creditors.  It's doing

10:06AM 16  what's right.

10:06AM 17           I told you I wouldn't talk about this slide, so

10:06AM 18  I'm not going to.

10:06AM 19           A few quick comments about *Germano*.  I'm just

10:06AM 20  focusing in on the two contracts, Judge.  Both were with

10:06AM 21  Venture Supply.

10:06AM 22           The story is pretty simple, is that in 2005, TG

10:06AM 23  had no marketing plans to do anything in the United States.

10:07AM 24           Judge Farina, the market -- the business plans

10:07AM 25  and the business reports for TG are all in the record attached

10:07AM 1    to Mr. Jia's testimony.

10:07AM 2         No -- nothing even mentioned with respect to the

10:07AM 3    U.S. in the marketing plans.  Yes, they had something their

10:07AM 4    website because they wanted to look they were -- you know, like

10:07AM 5    this is great, that even though we're a domestic company, that

10:07AM 6    sometimes people outside of China like to buy our products.

10:07AM 7    Plaintiffs can talk about that.

10:07AM 8         But in November of 2005, they were approached by

10:07AM 9    Venture Supply.  Yes, Venture Supply told them about this

10:07AM 10   increased demand for drywall in the United States.

10:07AM 11        There was this fellow, Perry, from Tobin Trading.

10:07AM 12   The facts are all in the briefs.  But, fundamentally, what

10:07AM 13   happened is that they purchased drywall, Venture Supply from

10:07AM 14   Virginia purchased drywall from TG in Tai'an.  That's where the

10:08AM 15   meetings were.  This fellow, Perry, inspected the drywall while

10:08AM 16   he was at the factory.

10:08AM 17        Then, it was FOB Qingdao.  You can see the port

10:08AM 18   right there on the slide.  That's where title transferred.

10:08AM 19   It's in the contracts.

10:08AM 20        At this time, Your Honor, if I may, just to make

10:08AM 21   things easy, I have a handout that I would like to give you, if

10:08AM 22   it's okay.

10:08AM 23        JUDGE FALLON:  Sure.

10:08AM 24        MR. CYR:  Judge Farina has been given a copy of this

10:08AM 25   handout.

10:08AM 1        In the handout, just so those of you who don't

10:08AM 2  have a copy of it, there is a little chronology in the front

10:08AM 3  that I'm going to cover.  Then, there are copies of the

10:08AM 4  Venture Supply contracts that I thought I would bring the

10:08AM 5  Judge's attention to.  Then, there is the TG profile form and

10:09AM 6  the TTP profile form.

10:09AM 7        Then, the Incoterms, because a couple of the

10:09AM 8  transactions that we have are CIF, and I just wanted to make

10:09AM 9  sure that everybody appreciated that, even with respect to CIF

10:09AM 10  transactions, that the title to the drywall actually passed in

10:09AM 11  China, to the extent that that's relevant.

10:09AM 12        We'll talk more about that if we have time.  That

10:09AM 13  information is all in the briefs.

10:09AM 14        Judge Fallon and Judge Farina, if I could, with

10:09AM 15  respect to *Germano* -- and this can be, actually, relatively

10:09AM 16  quick -- I would like to direct your attention to the

10:09AM 17  chronology, the two entries.  There you have it.

10:09AM 18        Then, I just want to point out to you that the

10:09AM 19  entry of March 2006 to February 2007, that's when TTP started

10:09AM 20  selling drywall to the Chinese trading companies.

10:10AM 21        So I just want to go back to my hypo, the fabric

10:10AM 22  store, is that -- and I welcome plaintiffs' counsel to tell me

10:10AM 23  why it's different, but I'm thinking that these two sales to

10:10AM 24  Venture Supply in China, they needed drywall, they wanted to

10:10AM 25  take it back to Virginia, very similar to when I bought that

10:10AM 1    silk at that fabric store in China.  The only difference is I

10:10AM 2    went back twice.  I went a second time to get some more silk.

10:10AM 3              But there is nothing to do with TTP, because TTP

10:10AM 4    hasn't even been formed yet.

10:10AM 5              Now, I want to make -- I want to make -- I just

10:10AM 6    want to bring to your attention, here is a contract that you

10:10AM 7    can see on the slides, or Your Honor's have it in the book if

10:10AM 8    front of them.  I've just highlighted some of the obvious

10:10AM 9    points supporting what I have said earlier on, so I won't guild

10:11AM 10   the lily on that.

10:11AM 11             JUDGE FALLON:  Just with respect to arbitration, do you

10:11AM 12   feel that the people who claim damage, namely, the homeowners

10:11AM 13   and distributors, are bound by something that Venture signs?

10:11AM 14             MR. CYR:  Absolutely not, Your Honor.  I appreciate the

10:11AM 15   question because I would like to address the question about how

10:11AM 16   can we, as a society, then provide for relief, like the

10:11AM 17   American homeowners, if we're going to respect the compliance

10:11AM 18   with international practice that companies like TG and TTP

10:11AM 19   practice?

10:11AM 20             It's a very good question because the homeowners

10:11AM 21   need to have some relief.  The answer is a relatively simple

10:11AM 22   one, and I guess we could use what's gone on in Virginia as an

10:11AM 23   example.  Is that, unfortunately, the homeowners, just like

10:11AM 24   everyone else that engages in a commercial transaction, they

10:11AM 25   need to rely on the party that they dealt with, the

10:12AM 1 construction company that sold them the drywall, or perhaps it

10:12AM 2 was a supply company that provided the drywall.

10:12AM 3 So I was happy to read, frankly, that

10:12AM 4 Venture Supply and Porter settled. Venture Supply has an

10:12AM 5 arbitration provision now. So that's the way it's supposed to

10:12AM 6 work. The victims should get relief from the homebuilders and

10:12AM 7 the people that they contracted with.

10:12AM 8 But the people that bought the drywall in China,

10:12AM 9 they need to comply with the contractual provision that they

10:12AM 10 entered into.

10:12AM 11 Your Honor, I want to make some points about the

10:12AM 12 *Germano* plaintiffs. It's just true, Your Honor, that in this

10:12AM 13 proceeding, that none of the *Germano* plaintiffs have testified.

10:13AM 14 Let me -- I'm skipping ahead because I want to

10:13AM 15 save some time. That in each of the cases -- before I sit

10:13AM 16 down, and it's already 15 after, and so I only have a half hour

10:13AM 17 left, but I want to show you these slides that relate to the

10:13AM 18 claims.

10:13AM 19 In each of these cases -- let's just stick with

10:13AM 20 *Germano* for right now. In this proceeding, none of these

10:13AM 21 homeowners have testified. None of them have come before you

10:13AM 22 and said that: Our homes had TG and TTP drywall in it.

10:13AM 23 I never had an opportunity to cross-examine

10:13AM 24 anyone. I certainly didn't have an opportunity to

10:13AM 25 cross-examine Russ Herman in the default proceeding when he

10:13AM 1   showed a homeowner a photograph and said -- I'm sorry, when he

10:13AM 2   showed a witness a photograph, and then he said, "As an officer

10:13AM 3   of the court, I'm telling you that this is drywall that came

10:13AM 4   from a certain house."

10:13AM 5       Even if that weren't true, even if there was

10:13AM 6   legitimate testimony in that default proceeding, *Jackson* makes

10:14AM 7   it quite clear, and it seems fair, too, that in making a motion

10:14AM 8   to vacate a default judgment, that what happened in the default

10:14AM 9   judgment, when we weren't there, should not be used against us

10:14AM 10  in this proceeding.  *Jackson* says that.

10:14AM 11      So the only thing that I wanted to say is that

10:14AM 12  we've canvassed the record, and it is true that in the

10:14AM 13  Venture Supply profile form offered by Banner in *Wiltz*, *Gross*

10:14AM 14  and *Mitchell*, but not *Germano*, they have an exhibit that

10:14AM 15  attaches -- a list of all the people that Venture Supply

10:14AM 16  provided drywall to.  It's hearsay.  We haven't objected to the

10:14AM 17  profile forms, Judge, because are there are indicia of

10:14AM 18  reliability.  I'd like to think that most of us are not going

10:14AM 19  to tell you something that's not true.

10:14AM 20      So I just want to point out that it's true that

10:14AM 21  the Dunaway and the Heischober home, they are listed on that

10:14AM 22  exhibit by Venture Supply; but, other than those two, none of

10:15AM 23  these plaintiffs -- there is no evidence that any of these

10:15AM 24  plaintiffs had TG and TTP drywall in the homes.

10:15AM 25      They don't do it so much in *Germano*, but in the

10:15AM 1    other cases, Judge, they try to do all of this tracing and

10:15AM 2    everything, and it's impossible.  If you and Judge Farina try

10:15AM 3    to follow it, I'm going to make some comments about it, but

10:15AM 4    it's riddled with gaps.

10:15AM 5         I don't have any other comments to make about

10:15AM 6    *Germano* except for it's just like the fabric store.  It's just

10:15AM 7    what I said at the beginning with respect to TG trying to do

10:15AM 8    whatever it could to make sure that disputes were revolved in

10:15AM 9    China.

10:15AM 10         It's just impossible, at least for me -- I say

10:15AM 11   this respectfully -- how anyone could come to the exclusion, in

10:15AM 12   November and December of 2005, that TG was purposefully

10:15AM 13   availing itself of the privileges and protections of the state

10:15AM 14   of Virginia under the facts that are before Your Honor.

10:15AM 15         I would like to direct your attention to the

10:16AM 16   entry of March 2006 and February 2007 before we talk about

10:16AM 17   *Gross* and *Wiltz*.

10:16AM 18         This is partially for Judge Farina, who may not

10:16AM 19   be as familiar with the profile forms.  That is an entry --

10:16AM 20   that is the time period in which TTP sold drywall to Chinese

10:16AM 21   trading companies.  It's after the *Germano* Venture Supply

10:16AM 22   thing.

10:16AM 23         Now, I would like to direct Your Honors to the

10:16AM 24   tab that says TTP MPF.  It's the fourth tab in.  If you flip

10:16AM 25   three pages, you'll see a long list of transactions.

10:16AM 1          I'm just trying to assist here now.  There is

10:16AM 2    actually no argument, but I think that this is going to enable

10:16AM 3    you to get to the meat of the facts of these cases.

10:16AM 4          In this MPF, this profile form that was filed a

10:17AM 5    very long time ago, at the beginning of the case, after

10:17AM 6    Your Honor allowed us to investigate the facts for a few

10:17AM 7    months, which was appreciated, we came back, and I'm happy to

10:17AM 8    say that this was -- whatever it was, a year and a half ago,

10:17AM 9    after all the discovery in this case, it's pretty much right

10:17AM 10   on.

10:17AM 11         If you look at the first page, the left-hand

10:17AM 12   column, the date, that is either the date of the contract or

10:17AM 13   the invoice that was found with respect to that transaction.

10:17AM 14   Then the rest of the columns are fairly clear.

10:17AM 15         I just want to point out, as you flip through

10:17AM 16   this, you'll see that the vast majority of these transactions

10:17AM 17   are between TTP and those trading companies.

10:17AM 18         I forgot to mention, what does this all

10:17AM 19   represent?  This doesn't represent shipments to the U.S., sales

10:17AM 20   to the U.S.  It's very specifically defined in the profile

10:18AM 21   form, and that is that TTP manufactured drywall to dimensions

10:18AM 22   that could be used in the U.S. in these transactions.

10:18AM 23         So and this chart does not include all the other

10:18AM 24   TTP transactions that they did during this relevant time

10:18AM 25   period, just the ones with the U.S. dimensions.

10:18AM 1          We don't know for sure -- and yes, this is what
10:18AM 2     the Taishan witnesses said under oath as a matter of truth --
10:18AM 3     they had no idea where this was going.  They weren't sure it
10:18AM 4     even went to the United States, but they thought it did,
10:18AM 5     somewhere.
10:18AM 6          Then, I have clipped for Your Honors -- and your
10:18AM 7     handout should have the clips, too -- the transactions that the
10:18AM 8     plaintiffs focused on during discovery in this case,
10:18AM 9     transactions with U.S. supply companies that either were
10:18AM 10    located in Virginia, Louisiana, or Florida, or that they had
10:19AM 11    designated a port in one of those states.
10:19AM 12         I want to emphasize that these are the
10:19AM 13    transactions they focused on during discovery.  I must say, I
10:19AM 14    was misled into thinking that they had proof that -- the
10:19AM 15    homeowners had proof that TTP's drywall from these transactions
10:19AM 16    was found in their homes.
10:19AM 17         But we have seen, when Lennar and Mitchell have
10:19AM 18    responded to our papers, they don't argue that these
10:19AM 19    transactions have anything to do with the claims of the
10:19AM 20    homeowners that they fixed.  They have a whole new theory that
10:19AM 21    I'm just about to show you.  But first, I want to talk a
10:19AM 22    little, tiny bit about *Wiltz* and *Gross*.
10:20AM 23         Here's the *Wiltz* lawsuit.  This one is pretty
10:20AM 24    simple.  Your Honor has already summarized it, so I'm not going
10:20AM 25    to emphasize it again.

10:20AM 1    With respect to the Louisiana sales, Judge, there

10:20AM 2    was only two.  They are clipped in your book.  But on the

10:20AM 3    chronology, they are -- on the August 2nd transaction with APIC

10:20AM 4    and the September 15 transaction with GD Distributors.  That's

10:20AM 5    the only two.  The facts are all trotted out in our briefs.

10:20AM 6    Again, it's very difficult to understand how

10:20AM 7    those sales that -- where title passed in China, similar facts

10:20AM 8    except for I do want to point out that GD Distributors was CIF.

10:20AM 9    I've included the Incoterms that are attached that points out

10:20AM 10   that a title on a CIF transaction also passes at the port in

10:21AM 11   China.

10:21AM 12   Now, in this case, the purchaser still assumed

10:21AM 13   responsibility for paying for insurance and costs, but they did

10:21AM 14   it in the purchase price.  Our guys actually paid for

10:21AM 15   insurance.  Insurance was made out for the benefit of the party

10:21AM 16   responsible for shipment, that is, the purchaser, GD

10:21AM 17   Distributors.

10:21AM 18   So the facts are a little bit different, but,

10:21AM 19   fundamentally, the transaction is the same.  I wanted to point

10:21AM 20   that out to you.

10:21AM 21   That's the contacts with Louisiana.  So maybe I

10:21AM 22   should just leave it there and not keep repeating the same

10:21AM 23   mantra and quoting the justices about what's necessary to prove

10:21AM 24   that TTP purposefully availed itself of Louisiana based on

10:21AM 25   those two sales in China.

10:21AM 1          But I do need to make some comments about the

10:21AM 2    failure of the plaintiffs in this case to offer any evidence

10:21AM 3    that they had drywall manufactured by TG and TTP in their

10:22AM 4    homes, Judge.

10:22AM 5          There is no evidence that I know of that's been

10:22AM 6    offered in this proceeding.  I have a serious doubt whether any

10:22AM 7    of those homes actually have TTP drywall in it.  In the *Wiltz*

10:22AM 8    case, there are 50 Louisiana homes.  So, the other 1,250

10:22AM 9    plaintiffs from all these other states, I'm not sure there is

10:22AM 10   any evidence that any TTP drywall ever went to those states.

10:22AM 11         But, of course, this is all about whether the

10:22AM 12   Louisiana court has jurisdiction, and it certainly doesn't have

10:22AM 13   jurisdiction over their claims that arise in property in other

10:22AM 14   states.

10:22AM 15         I'm appreciative of all the attempts that

10:22AM 16   plaintiffs' counsel have made to try to make the MDL efficient

10:22AM 17   and everything.  But, as you know, when we finally get down to

10:22AM 18   it, and we look at the case, and we ask questions, these are

10:22AM 19   the questions that need to be asked.

10:23AM 20         This one is answered by a wholesale resounding

10:23AM 21   absolutely no evidence whatsoever that the plaintiffs' claims

10:23AM 22   arose out of drywall manufactured by TG and TTP.

10:23AM 23         I'm saving money by flying through.  I've already

10:23AM 24   made the point about *Bean Dredging*.  It's my view that it has

10:23AM 25   been -- that part of it, the national market, has been

10:23AM 1    overruled by six of the Supreme Court justices in *Nicastro*.

10:23AM 2            I've already talked -- but after reading your

10:23AM 3    cases, your decisions, I have nothing else to say with respect

10:23AM 4    to *Ruston Gas*, *Luv N' Care* and *Irving*, all of them, in my view,

10:23AM 5    the fact patterns fit Justice Brennan's decision in *Asahi,* his

10:23AM 6    definition of stream of commerce.

10:23AM 7            I know I'm not supposed to ask the judge any

10:23AM 8    questions, but --

10:24AM 9            JUDGE FALLON:  That's all right.

10:24AM 10           MR. CYR:  -- can I answer any questions?

10:24AM 11           JUDGE FALLON:  One thing that the plaintiffs emphasize

10:24AM 12   is that they say that there is some solicitation in the

10:24AM 13   manufacture of -- discussed the American standards, created

10:24AM 14   drywall that met the standards, put labels of the person who

10:24AM 15   purchased it on in China.  There was discussions at one port,

10:24AM 16   they say the drywall was shipped damaged, and the next time the

10:24AM 17   defendant TTP suggested some dunnage and loading differently

10:24AM 18   and participated in that.  How do you factor that into your

10:25AM 19   argument?

10:25AM 20           MR. CYR:  Well, with respect to the solicitations, I

10:25AM 21   don't think that there is any evidence in the record that TG or

10:25AM 22   TTP reached out to anyone in the United States and solicited or

10:25AM 23   marketed, is that all, or certainly very, very close to all of

10:25AM 24   the evidence that you see, if you look at the evidence, is that

10:25AM 25   the contact was initiated by someone in the United States, if

10:25AM 1    it was in the United States, or it could have been a trading

10:25AM 2    company or representative.

10:25AM 3                Then, yes, our TTP sales guys, they responded to

10:25AM 4    that.  They were happy to sell product, drywall, that would

10:25AM 5    be -- eventually find its way into the United States.  That's

10:25AM 6    very clear.

10:25AM 7                With respect to the markings on the drywall,

10:25AM 8    which are also all trotted out in that manufacturing profile

10:25AM 9    form, it's true that the purchasers, even the trading companies

10:25AM 10   sometimes, requested markings on the drywall that said that it

10:26AM 11   would satisfy ASTM.

10:26AM 12               So I'm with you and Judge Farina in concluding

10:26AM 13   that that certainly is some evidence that would give someone

10:26AM 14   the idea that this drywall -- the purchaser wants to resell it

10:26AM 15   somewhere in the United States.  We agree with you on that,

10:26AM 16   Judge.

10:26AM 17               Now, but there is nothing about that, that

10:26AM 18   purposefully avails any particular state forum.

10:26AM 19               There is some evidence going back and forth with

10:26AM 20   respect to some different markings on packages.  One was, for

10:26AM 21   example, the American flag.  I remember that one.  Again, of

10:26AM 22   course, that's true.  We don't deny that.  But, again, that's

10:26AM 23   the U.S.

10:26AM 24               But it's clear that the TTP salesperson who is on

10:26AM 25   the other end of that -- we're not kidding anybody here, and

10:26AM 1    we're not trying to; I'm trying to address these issues very

10:26AM 2    head on with you, Judge -- he obviously knew that the purchaser

10:26AM 3    wanted to take that to the United States.  There is no doubt

10:26AM 4    about that whatsoever.  There is nothing forum state related in

10:26AM 5    regard to that or any of the other evidence that you were

10:27AM 6    referring to, Judge, that I'm aware of.

10:27AM 7            I am running out of time in a serious way.  I

10:27AM 8    want to save five minutes, at least, for questions.  So I must

10:27AM 9    make two points.  One, *Gross*, that's a market share.  Of those

10:27AM 10   1900 plaintiffs, they all admit that they don't know whose

10:27AM 11   drywall was in their home.

10:27AM 12           I don't believe market share is recognized in

10:27AM 13   this jurisdiction.  In my view, to allow someone to get into

10:27AM 14   court, a non-U.S. company, even though there is no nexus

10:27AM 15   between your claim -- that you can show between your claim and

10:27AM 16   their forum-related activity, I think is unconstitutional.

10:27AM 17           I don't think you need to address that because

10:27AM 18   this -- I don't believe that this circuit recognizes the market

10:27AM 19   share theory.  Even if it did, their theory is all about how

10:27AM 20   drywall is not fungible; that certain drywall came from a

10:27AM 21   certain gypsum plant, and that's what contaminated it.

10:28AM 22           So even their theory defies the market share

10:28AM 23   theory.  I'm sorry, but this *Gross* complaint has no beef to it.

10:28AM 24   The plaintiffs have offered no evidence that their claims give

10:28AM 25   rise.  I need to -- arose out of the alleged activities of TG

1    and TTP.

2          I need to make a couple comments about *Mitchell*'s

3    claims.  One -- I have ten minutes.  I'll try to use eight.

4          One is with respect to our book -- Judge Farina,

5    this might be of interest to you -- is that we're now talking

6    about the Wood Nations sale on August 8th.  It actually was one

7    sale.  There were two deliveries.  Then there was the Bay of

8    America and the Oriental Trading.

9          You can see the Oriental Trading occurs after

10   everything else is over.

11          With respect to Oriental Trading -- it's

12   Defendant Exhibit Number 20, and it's that sole agency

13   agreement -- here are the major points that we would like to

14   make about it.

15          One is that -- and this is not the most

16   significant point, but there really is some uncertainty about

17   whether or not it was actually ever implemented.

18          But that signature on there for TTP, that is

19   TTP's Bill Cher's signature.  He admitted that.  That's true.

20   That was DUN.

21          The words of the document do not appointment

22   Oriental Trading as a distributor in the United States.  You

23   can read them.  I'm not going to argue it.

24          But what they do say is that Oriental Trading,

25   they had the sole right of using the DUN trademark.  Then they

10:29AM 1    had obligations to fulfill if they wanted to do that, and they

10:29AM 2    failed to fulfill them.  That's one of our arguments is a

10:29AM 3    condition precedent was never implemented.

10:29AM 4         The major point is that -- which I've made

10:30AM 5    earlier, is that if you look at the agreement, it gives them

10:30AM 6    the right to sell drywall with the DUN trademark for the U.S.A.

10:30AM 7    Has nothing to do about targeting a particular state or for

10:30AM 8    purposefully availing a particular state.

10:30AM 9         I need to make some comments about the *Mitchell*'s

10:30AM 10   claims arising under.  That is their theory.

10:30AM 11        I wanted to point out to you the two -- the three

10:30AM 12   Florida U.S. companies that went to China and purchased drywall

10:30AM 13   in China and brought it back to different ports in the

10:30AM 14   United States.  But, as it turns out, when we get their papers,

10:30AM 15   and all this inadmissible hearsay, we find out, just like we'll

10:30AM 16   find out in *Lennar* this afternoon, that these Florida

10:30AM 17   transactions that I've shown you have nothing to do with the

10:30AM 18   homeowners' claims.

10:30AM 19        It's a whole new theory now that they've

10:30AM 20   developed.  You don't even see TG on the chart.  In Mitchell

10:30AM 21   and in Lennar, TTP is not a defendant.  They sued TG.

10:31AM 22        By the way, Mitchell insists that it's based on

10:31AM 23   TG's activities.  They don't even argue alter ego or agency.

10:31AM 24   In their responsive papers, they say:  No, we're sticking with

10:31AM 25   TG.

10:31AM 1      Banner tries to bail them out.  The PSC tries to

10:31AM 2   bail them out with different theories, but the party is saying

10:31AM 3   TG, TG engaged in forum-related activity giving rise to

10:31AM 4   plaintiffs' claims.

10:31AM 5      TG is not on the slide, but they say that TTP

10:31AM 6   sold some drywall to Shanghai.  That's true.  They say that

10:31AM 7   Shanghai sold some drywall to Devon.  They don't offer

10:31AM 8   admissible evidence in that regard, but I think it's true.  I

10:31AM 9   looked at the documents that they are offering to the Court.

10:31AM 10  We object to them, but I just want to take you through the

10:31AM 11  slide for a very real moment here.

10:31AM 12      After Devon, there is no -- it's impossible,

10:31AM 13  really, to tell what eventually ends up at Rightway.

10:32AM 14      Now, let me point out, just to go from left to

10:32AM 15  right, nobody at Bilek Manor testified.  Mitchell, nobody

10:32AM 16  testified.

10:32AM 17      Two pieces of inadmissible hearsay evidence:

10:32AM 18  One, a declaration by a fellow by the name of Mr. Stephan

10:32AM 19  (spelled phonetically) offers up a two-page thing.  Then a

10:32AM 20  lawyer, Sagafli (spelled phonetically), she offers a bunch of

10:32AM 21  documents up.  They don't offer anybody to testify in this

10:32AM 22  proceeding.

10:32AM 23      Rightway, they offer a declaration by a fellow by

10:32AM 24  the name of Jenkins, who, he does say, "Yeah, the drywall that

10:32AM 25  we delivered to those homes in Bilek Manor," he does say, "we

10:32AM 1  got them from Emerald Coast."

10:32AM 2  But I've got to think that he refused to say that

10:32AM 3  drywall had been manufactured by TG or TTP, and that's because

10:32AM 4  he's honest, and he knows he doesn't know that.  That's why

10:32AM 5  Rightway stated in their profile form they had no idea who

10:32AM 6  manufactured the drywall that they got from Emerald Coast.

10:32AM 7  Emerald Coast offers no witnesses in this case;

10:32AM 8  but, just recently, as you've seen, they offered up some

10:33AM 9  hearsay that is very upset, and they're at odds with the

10:33AM 10  hearsay that had been offered by Mitchell's lawyer that Emerald

10:33AM 11  had purchased product from Devon, because Emerald Coast said it

10:33AM 12  never purchased any product from Devon.

10:33AM 13  But, as all these arrows show -- and if you look

10:33AM 14  at NorPac's submission to the CPSC, it illustrates it purchased

10:33AM 15  20 truckloads of drywall during this period of time.  So if

10:33AM 16  Emerald Coast got any of its drywall from NorPac, an Oregon

10:33AM 17  company, it could have come from Knauf, it could have come from

10:33AM 18  anywhere.  It could have come from USG.

10:33AM 19  There is no evidence, between Mitchell, Rightway,

10:33AM 20  Emerald Coast or NorPac, indicating that they passed on drywall

10:33AM 21  manufactured by TG or TTP.

10:33AM 22  Finally, I just want to say, the defendant, TG,

10:33AM 23  is not on the chart.

10:33AM 24  Thanks for your time, Judge.

10:33AM 25  JUDGE FALLON:  Thank you very much.  We'll take a

10:34AM 1   ten-minute break at this time.  Court will stand in recess.

10:46AM 2         THE DEPUTY CLERK:  All rise.

10:46AM 3            (WHEREUPON, at this point in the proceedings, a

10:46AM 4   recess was taken.)

10:46AM 5         THE DEPUTY CLERK:  All right.

10:46AM 6         JUDGE FALLON:  Be seated, please.  Let's hear a

10:46AM 7   response.

10:46AM 8         MR. HERMAN:  May it please the Court, we have a

10:46AM 9   housecleaning issue.

10:46AM 10        JUDGE FALLON:  Sure.

10:46AM 11        MR. HERMAN:  First of all, Your Honor, jurisdiction,

10:46AM 12  here in PSC 1, all of the parties opposed to Taishan, these are

10:46AM 13  the exhibits.  We put the Record Document numbers so that they

10:47AM 14  may be tracked.  I would like to hand opposing counsel a sheet.

10:47AM 15           Secondly, already referenced by Your Honor, I'm

10:47AM 16  handing to your law clerk, for you and your law clerk, the

10:47AM 17  PowerPoints that we intend to use.

10:47AM 18           May it please the Court, Mr. Levin, lead counsel,

10:47AM 19  will give the argument as to law, and I will give the argument

10:47AM 20  as to facts following Mr. Levin.  Thank you.

10:47AM 21        JUDGE FALLON:  Okay.

10:47AM 22        MR. LEVIN:  Good morning, Your Honor.

10:47AM 23        JUDGE FALLON:  Good morning.

10:47AM 24        MR. LEVIN:  Good morning, Judge Farina.

10:47AM 25           I do not know the other jurists that are on the

10:47AM 1    line, but if Judge Hall is on the line, I understand the judge

10:47AM 2    is very busy these days with the drywall cases in Virginia.

10:48AM 3          With regard to the exhibit that Mr. Herman

10:48AM 4    presented listing all of the exhibits, we received Lennar, or

10:48AM 5    the homebuilders exhibits just two hours ago, and we will make

10:48AM 6    sure that they get it and substitute that document.

10:48AM 7          We know that Mr. Cyr used an hour and

10:48AM 8    twenty-five minutes of his hour and a half, and we're going to

10:48AM 9    hold ourselves to the hour and a half, as well.

10:48AM 10         We have split our argument, Your Honor, amongst

10:48AM 11   the questioners, as I will call them.  Perhaps I can give

10:48AM 12   Your Honor a table of contents as to who's speaking as to what,

10:48AM 13   so, if there appears to be any gaps, hopefully you will see

10:48AM 14   right up front that there are no gaps.

10:49AM 15         I will take the opportunity to speak with regard

10:49AM 16   to Virginia since Mr. Serpe is not here, and he is detained

10:49AM 17   with the drywall cases in Virginia at this time.

10:49AM 18         I will speak to the general law and the law of

10:49AM 19   the Fifth Circuit, and then Mr. Herman will speak as to what

10:49AM 20   John Adams called the "stubborn" facts of this case, facts that

10:49AM 21   we did not hear yet today, facts that are very much in the

10:49AM 22   record.

10:49AM 23         What we heard today is what we didn't prove.  We

10:49AM 24   never heard one item of what we did prove.

10:49AM 25         Under the existing caselaw, you don't have to

10:49AM  1    check every item off to determine personal jurisdiction.

10:50AM  2    Mr. Herman is well suited to speak as to the silk suit and

10:50AM  3    compare that silk suit with thousands of homes and the

10:50AM  4    destruction of thousands of lives in the Gulf ports.

10:50AM  5          I don't want to step on his toes because I know

10:50AM  6    what will happen if I do, but I'm going to leave it to him,

10:50AM  7    although it's almost irresistible to talk about maps that show

10:50AM  8    the United States, red, white, and blue drywall trademarks,

10:50AM  9    ASTM standards, but the rest is for Mr. Herman.

10:50AM 10          With regard to the long-arm statutes, the

10:50AM 11    long-arm statutes, Your Honor, are basically the same for all

10:51AM 12    of the states.  Louisiana also includes in it merchandising,

10:51AM 13    which is very important in this case.

10:51AM 14          The real issue is due process, and I will speak

10:51AM 15    to that.

10:51AM 16          With regard to *Germano*, the facts are very, very

10:51AM 17    clear that although there were two executed contracts, they

10:51AM 18    weren't for two toasters.  They were for substantial amounts of

10:51AM 19    drywall that came in and were constructed in substantial

10:51AM 20    amounts of homes.

10:51AM 21          The individuals, Porter and Perry, were in China,

10:51AM 22    were speaking to them, were arranging for the shipments.  There

10:52AM 23    is no question that TG product came into Virginia.

10:52AM 24          What Mr. Cyr doesn't know, I don't believe, is

10:52AM 25    that there have been inspections of these homes,

10:52AM 1  court-appointed inspectors that show that the product is in the

10:52AM 2  *Germano* homes.

10:52AM 3          That's all part of the record in the case that he

10:52AM 4  was physically not present in because his clients allowed a

10:52AM 5  default to be taken, which is what we're here to -- he's here

10:52AM 6  to open. We think the default was properly taken.

10:52AM 7          After Mr. Herman, the homebuilders council will

10:52AM 8  speak as to Florida, and particularly the agency law and

10:52AM 9  Florida-specific facts. Mitchell's counsel is here to show how

10:52AM 10 the product of their homes that are at issue in their case got

10:52AM 11 from China and to Florida.

10:53AM 12         Counsel for the State of Louisiana will speak to

10:53AM 13 Louisiana. INEX will speak to its issue, and Banner will speak

10:53AM 14 to a host of issues.

10:53AM 15         Our affidavits that the PSC obtained from Chinese

10:53AM 16 experts with regard to Section 20 and Section 64 of the law

10:53AM 17 will form the basis for Banner's counsel's argument.

10:53AM 18         I might add that our experts are better than

10:53AM 19 their experts because, you know, our expert is at Georgetown,

10:53AM 20 and then one of our experts is higher than their expert in the

10:53AM 21 same university that their expert taught, and even wrote the

10:53AM 22 statute -- or helped write the statute. But, be that as it

10:53AM 23 may, I leave that for Banner at this point.

10:53AM 24         They will also talk concerning the -- what I call

10:53AM 25 the *Hargrave* issue, which is peculiar Fifth Circuit law which

10:54AM  1    is a very relevant to these proceedings.

10:54AM  2              I must also speak to the Louisiana cases that the

10:54AM  3    PSC brought either in *Omni* complaints or the *Gross* complaint.

10:54AM  4              *Gross* complaint was brought to stop the statute

10:54AM  5    of limitations and determine who was manufacturing what because

10:54AM  6    the manufacturers in China were hiding the pea.  So we have

10:54AM  7    that indeterminate defendant case, and it's valid under

10:54AM  8    Louisiana law, and we've cited that in our briefs.  So there is

10:54AM  9    no question about that.

10:54AM  10             As to the *Omni* complaints that Mr. Cyr has found

10:54AM  11   fault with because maybe, out of 200 plaintiffs, only 50,

10:54AM  12   60 are Louisiana residents, the jurisdiction lies in this court

10:55AM  13   under CAFA.  We were very, very careful when we brought those

10:55AM  14   complaints to comply with CAFA and make every plaintiff a class

10:55AM  15   representative to comply with CAFA.

10:55AM  16             If there is any problem whatsoever, at some point

10:55AM  17   in time when there is a problem -- and I don't believe there is

10:55AM  18   because the *Omni* complaints have worked very well for Knauf and

10:55AM  19   all the other defendants in this litigation, except Taishan,

10:55AM  20   because they haven't chosen to come into the circle as yet, but

10:55AM  21   it's been a very, very worthwhile exercise in a MDL because

10:55AM  22   it's led to resolution -- but if there is a peculiar problem,

10:55AM  23   Your Honor could sever, transfer to Florida under 1404, and

10:55AM  24   have 1404, the court there, and the MDL Panel bring the case

10:55AM  25   back to you.  That's not a problem.

10:56AM 1        Russ Herman has already moved for admission of

10:56AM 2   all the exhibits.  We would ask that you take them, Your Honor.

10:56AM 3   There have been objections to them, we have responded, and I'm

10:56AM 4   sure that, as Your Honor writes his opinion, you will be able

10:56AM 5   to deal with those exhibits.

10:56AM 6        As to burden of proof, we thought initially that

10:56AM 7   it was a prima facie burden.  We have an evidentiary hearing.

10:56AM 8   The extent of the evidentiary hearing is something within your

10:56AM 9   purview.  We believe that we have -- we'll have proven, and

10:56AM 10  when you hear all the -- when you read the briefs and hear

10:56AM 11  whatever counsel says, by a preponderance of the evidence that

10:56AM 12  our position should be sustained.

10:56AM 13       I might add that, on appeal, if Your Honor takes

10:57AM 14  the latter burden, it's clearly erroneous and not *de novo*.  So

10:57AM 15  there is a lot of comfort to be gained, at least this is my

10:57AM 16  personal opinion, from using the heavier burden.

10:57AM 17       With regard to the default judgment in Virginia,

10:57AM 18  Your Honor has written an opinion on it.  We do agree with

10:57AM 19  Your Honor's opinion.  We do agree that the First Amended

10:57AM 20  Complaint was served, and that after the default was taken,

10:57AM 21  because of the way service is conducted, the Second Amended

10:57AM 22  Complaint was served.  The intervention complaint was filed,

10:57AM 23  and under Fifth Circuit precedent, that didn't have to be

10:57AM 24  served, so we feel pretty good about that.

10:57AM 25       As to what I see as the real meat of the legal

10:58AM 1   argument, if, indeed, there is a problem with the legal
10:58AM 2   argument, is sustaining the due process requirements of the
10:58AM 3   Constitution.  That appears to be a federal question,
10:58AM 4   Your Honor.  The 14th Amendment appears to be issues that are
10:58AM 5   dealt with as federal questions.
10:58AM 6           Under the *Korean Airline* case and the *Icon* case
10:58AM 7   on transfer of a federal -- with regard to a federal question,
10:58AM 8   the law of that circuit applies.  That's why we believe the
10:58AM 9   Fifth Circuit applies.
10:58AM 10          We think we meet the test under other circuits;
10:58AM 11  but, our view, the PSC view, is that the Fifth Circuit law
10:58AM 12  applies.  Your Honor so found in a couple of drywall cases so
10:58AM 13  far.
10:58AM 14          This is not *Barrack v. Van Dusen*, where the law
10:58AM 15  of the transferor state follows the case.  With a federal
10:59AM 16  question, it's the law of this circuit.
10:59AM 17          What we will have to prove, and what I leave to
10:59AM 18  Mr. Herman to prove and others to prove on the facts, is that
10:59AM 19  Taishan had minimum contacts with the forum states of
10:59AM 20  Louisiana, Florida and Virginia.  They purposely directed
10:59AM 21  activities to those forum states.
10:59AM 22          Now, I think what Mr. Cyr says is, well, you
10:59AM 23  know, maybe, maybe we were dealing with the United States.  The
10:59AM 24  red, white, and blue is the flag of the United States.  It's
10:59AM 25  not the flag of Virginia.  It's not the flag of Louisiana.

10:59AM 1    It's the flag of the United States.  The product -- the ASTM

10:59AM 2    are U.S. standards, they are not Virginia standards.

10:59AM 3              So we don't know where the product went.  We just

10:59AM 4    know that we sent it to the United States, had our agent send

11:00AM 5    it to the United States, made arrangements for it to go to the

11:00AM 6    United States.  It just so happened to end up in the hurricane

11:00AM 7    belt, even though we knew that there was now a market in the

11:00AM 8    hurricane belt, unfortunately, because of Katrina and Rita.

11:00AM 9              The facts will show that they knew exactly where

11:00AM 10   everything was going.

11:00AM 11             First slide.

11:00AM 12             We're very fortunate to have well-developed law,

11:00AM 13   even though there are splits in the opinions of the courts, and

11:00AM 14   be seated in the Fifth Circuit, to look at the Fifth Circuit

11:00AM 15   law with regard to our burden in this case.

11:01AM 16             It all started before my time, in 1945, with the

11:01AM 17   *International Shoe v. Washington*.

11:01AM 18             The most important thing there is, "The criteria

11:01AM 19   cannot be simply mechanical or quantitative."  I think that's

11:01AM 20   what counsel for Taishan was saying.  He was nit-picking at

11:01AM 21   everything.  He put up a chart that showed what we didn't have.

11:01AM 22   He never put up a chart to show what we did have.

11:01AM 23             He holds us to the standard of hearsay, and

11:01AM 24   objections to exhibits on technicalities that would make

11:01AM 25   Charles Dickens proud in *Bleak House*.  This is not the Federal

11:01AM 1    Rules of Evidence or the Federal Rules of Civil Procedure.

11:01AM 2              Following that, we go to *World-Wide Volkswagon v.*

11:01AM 3    *Woodson*, where the stream of commerce and the expectations of

11:02AM 4    what could happen from the stream of commerce comes in.

11:02AM 5              We got a lecture today for about an hour for an

11:02AM 6    MBA on international trade.  It had nothing to do factually

11:02AM 7    with the case.  But I would suggest that in that lecture, when

11:02AM 8    companies like Taishan and its parents, BNBM and CNBM, are

11:02AM 9    attempting to get into the United States market -- and they

11:02AM 10   certainly were -- it was only after this case was commenced

11:02AM 11   that the arrow pointing to the United States on the map was

11:02AM 12   then pointed to Canada.  No explanation for that.

11:02AM 13             The stream of commerce was brought into our body

11:02AM 14   of jurisprudential law with regard to personal jurisdiction.

11:03AM 15             Next.

11:03AM 16             Following that, we have *Burger King*, but then

11:03AM 17   *Asahi*.  I find *Asahi* very interesting because I think it sets

11:03AM 18   up where the Fifth Circuit is right now.  We have

11:03AM 19   Justice Brennan's opinion that accepts the stream of commerce,

11:03AM 20   and we have Justice O'Connor's opinion that says it's got to be

11:03AM 21   a little bit more than a stream of commerce.  You have to have

11:03AM 22   stream of commerce plus.

11:03AM 23             I think that when you hear the facts from

11:03AM 24   Mr. Herman, you will see that we certainly have resolved this

11:03AM 25   case under both theories.

11:03AM 1          The Fifth Circuit has adopted -- there is no

11:03AM 2     question about it -- the *Asahi* stream-of-commerce theory.

11:03AM 3     After *Asahi*, case after case, that is adopted.

11:03AM 4          *McIntyre*, in my view, has the same schism as

11:04AM 5     *Asahi*.  Justice Breyer even adds to the stream of commerce in

11:04AM 6     his controlling opinion.  That's the controlling opinion, as

11:04AM 7     Judge Brennan's was the controlling opinion in *Asahi*.

11:04AM 8          He poses the question, what about the Internet?

11:04AM 9     That's the way people do business.  Maybe I don't do business

11:04AM 10    like that, but people do business on the Internet today.  Very

11:04AM 11    few, probably just me, does not.

11:04AM 12         That's exactly what we're doing.  We're dealing

11:04AM 13    with this world economy, where you have everything up on an

11:04AM 14    Internet, your advertisements on the Internet, your website on

11:04AM 15    the Internet.  You use different services to take orders on the

11:04AM 16    Internet.  That's what happened here.

11:04AM 17         Looking at the Fifth Circuit cases, and I'm going

11:04AM 18    to go through them really fast, I call Your Honor's attention

11:04AM 19    to *Irving*, which was a Yugoslavian seller of asbestos that was

11:05AM 20    sued in Texas for workers exposed to asbestos.

11:05AM 21         *Bean*, again, adopting the stream of commerce for

11:05AM 22    two casings, which were incorporated into cylinders, in a

11:05AM 23    defective dredge here in Louisiana.  Two casings.  Not

11:05AM 24    thousands of homes, not $8 million worth of -- $8.6 million

11:05AM 25    worth of product, not 4,000, 5,000 or 6,000 homes nationwide;

11:05AM 1    two casings.

11:05AM 2             I then call your attention to *Oswalt*, which was

11:05AM 3    just -- not homes, cigarette lighters.  They were dragged into

11:05AM 4    the court, and personal jurisdiction was found because it was

11:06AM 5    their product that was defective.

11:06AM 6             I'm running out of time.

11:06AM 7             *Ruston*.  In *Ruston*, the defendant did not know

11:06AM 8    what state the product was going into.

11:06AM 9             In *Luv N' Care* -- we've heard a lot about FOB --

11:06AM 10   Fifth Circuit case, FOB is not relevant to these proceedings.

11:06AM 11   That's not a defense.

11:06AM 12            With regard to the TG and TTP, again, I'm leaving

11:06AM 13   that to counsel for Banner.  Counsel for Banner will give you

11:06AM 14   the facts in that case.

11:06AM 15            Other than that, I leave you, Your Honor, with

11:06AM 16   one last slide.  Those of us that were in Hong Kong remember

11:07AM 17   this fellow, Che Gang.  He changed his name to an English name,

11:07AM 18   Bill Cher.  I don't know for what reason, other than the fact

11:07AM 19   that it's a nice name in the United States, so you can talk to

11:07AM 20   people on the phone in the United States, and instead of being

11:07AM 21   Che Gang, you can be Bill Cher.

11:07AM 22            He also said, other than this, when he was caught

11:07AM 23   with his hands in the cookie jar not telling the truth:  It

11:07AM 24   wasn't a lie.  We exaggerate -- and I'll paraphrase -- in order

11:07AM 25   for us to do business, we exaggerate.  We tell people we're

11:07AM 1 selling to the United States because it makes us look like a

11:07AM 2 big company.  We do whatever we can.  We don't lie; we

11:07AM 3 exaggerate.

11:07AM 4    Why do you do it?  "It doesn't matter who I sell

11:07AM 5 it to, as long ago I get the money."  They got the money,

11:08AM 6 $8.6 million.

11:08AM 7    I'm now going to let Mr. Herman speak to the

11:08AM 8 Court.

11:08AM 9    JUDGE FALLON:  All right.  Thank you.

11:08AM 10   MR. HERMAN:  May it please the Court.  Good morning,

11:08AM 11 Your Honor, Judge Fallon.  Good morning, Judge Farina.

11:08AM 12    I'm going to deal with some things very rapidly.

11:08AM 13 First of all, the silk analogy I'm not going to deal with.  I

11:08AM 14 don't think that little worm's going to make itself out of the

11:08AM 15 cocoon; but, it did remind me that when Marco Polo traveled the

11:08AM 16 silk road, he came back with a saying from the orient,

11:08AM 17 particularly China, that says, "The maker only needs one eye.

11:08AM 18 The buyer needs a thousand."  I suspect that really is a

11:08AM 19 touchstone, at least in facts in this case.

11:08AM 20    Now, Your Honor, I'm going to give the matrix of

11:09AM 21 jurisdiction.  We have minimal contacts; the quality and nature

11:09AM 22 of activity; a stream of commerce with foreseeable expectation,

11:09AM 23 whether it's direct or indirect; purposeful direction; regular

11:09AM 24 and anticipated flow defendants' conduct should reasonably

11:09AM 25 anticipate; and purposeful availment.

11:09AM 1          I don't care which touchstone we use.  I don't

11:09AM 2     care if we form a matrix, Your Honor.  We have the facts which

11:09AM 3     are prima facie and a preponderance.

11:09AM 4          I do want to say two other matters in rebuttal

11:09AM 5     before I get to facts.  First of all, this idea that something

11:09AM 6     was sold in China just doesn't hold true, particularly in the

11:09AM 7     Fifth Circuit under the *Luv N'* case, in which FOB was rejected

11:09AM 8     as any sort of indication that should be considered in a case

11:09AM 9     like this.

11:09AM 10          Lastly, in terms -- jurisdiction is not dependent

11:10AM 11     upon causation, irrespective of the hearsay comments of learned

11:10AM 12     counsel, who I have great respect for, but there was here

11:10AM 13     proof, in a tip inspection program that went on, proof of

11:10AM 14     indicia, which were later in the *Omni* complaint, plaintiff

11:10AM 15     profile forms.  PTO 10 was a photo album of all the markings

11:10AM 16     and trademarks which were discovered in these investigations in

11:10AM 17     Louisiana, Florida, and Virginia.

11:10AM 18          Since we are primarily dealing with Louisiana,

11:10AM 19     Florida, and Virginia, I am going to attempt to marshal facts

11:10AM 20     particularly as to those jurisdictions.

11:10AM 21          I do want to say this.  I think the activities of

11:10AM 22     the PSC, its committees, to learned counsel, who opposed

11:10AM 23     Taishan in this hearing, were Herculean.

11:11AM 24          We know that Hercules, the son of Jupiter, Juneau

11:11AM 25     thwarted him.  Jupiter said, "Hercules, do 12 labors, and you

11:11AM 1    will become immortal." We don't expect to be immortal. We're

11:11AM 2    just trial lawyers. But we did labor 12 serious indications to

11:11AM 3    gather the facts which, Your Honor, will resolve this

11:11AM 4    jurisdiction question in our favor.

11:11AM 5              Number one, we hired immediately a Chinese lawyer

11:11AM 6    with a master's degree from Tulane to do discovery in China and

11:11AM 7    translate documents.

11:11AM 8              Number two, we hired an inspector with boots on

11:11AM 9    the ground in China with a network to gather documents and

11:11AM 10   information about these defendants.

11:11AM 11             Number three, we employed political operatives to

11:11AM 12   liaison with the CPSC and the senators in the Gulf States.

11:11AM 13             Number four, we gathered all published materials

11:12AM 14   and website materials and had them translated, of these

11:12AM 15   defendants.

11:12AM 16             We had a million dollar default trial. That's

11:12AM 17   approximately what it costs. Maybe the most expensive default

11:12AM 18   that's ever been taken in the Eastern District, I can't speak

11:12AM 19   for the country.

11:12AM 20             Then, after *Germano* and the defendants saying

11:12AM 21   they weren't going to respond, even though they were served,

11:12AM 22   even after a preliminary default, even after a full default,

11:12AM 23   were not privy or even able or enabled to make an objection to

11:12AM 24   the evidence that was submitted in *Germano*, and that evidence

11:12AM 25   stands today.

11:12AM 1          Now, after that, we took Venture Supply and

11:12AM 2     Porter Lane's depositions.  After that, depositions were taken

11:12AM 3     in at least six different states, Your Honor, including

11:13AM 4     Virginia, including Florida, including Louisiana, of folks who

11:13AM 5     were distributors for these defendants or other individuals.

11:13AM 6          There were three requests for production served,

11:13AM 7     the first ignores, the second was inadequate, had no privilege

11:13AM 8     log, and the third is deficient.

11:13AM 9          We then liaisoned with the CPSC, which we had

11:13AM 10    been denied.  I don't know why a government agency denies

11:13AM 11    consumers the right to appear before them and get information,

11:13AM 12    but, fortunately, Your Honor directed the CPSC to meet with us.

11:13AM 13         The next thing that we did in fact gathering was

11:13AM 14    look at the plaintiff profile forms, the manufacturer profile

11:13AM 15    forms, the builder forms, and gathered those facts.

11:13AM 16         As a matter of fact, those profile forms are

11:13AM 17    under court order.  Your Honor ordered them to be filed.  If

11:14AM 18    those -- and I might say this about the defendants, they only

11:14AM 19    listed two items in their profile form.  We think that they are

11:14AM 20    deficient, they haven't been supplemented.

11:14AM 21         We researched all the trademarks.  We had two

11:14AM 22    30(b)(6) depositions of defendants in Hong Kong, as Your Honor

11:14AM 23    is aware.  Following that, motions and hearings.  That brings

11:14AM 24    us to the facts.

11:14AM 25         Give me the first slide, please.

11:14AM 1          Taishan marketing brochure showing New York as --

11:14AM 2     for the United States.  You'll see that in each country, only

11:14AM 3     one target; but, nevertheless, the marketing brochure targeted

11:14AM 4     the United States of America.

11:14AM 5          Let's go to Taishan Gypsum.  It's "Global

11:15AM 6     Economy:  U.S.A."

11:15AM 7          They formed a world-wide export company.  You'll

11:15AM 8     see, Your Honor, that all of the exhibits of which I speak are

11:15AM 9     in the record.  Formed a world-wide export company.

11:15AM 10    Acknowledged shortage of drywall in the U.S. following the

11:15AM 11    hurricanes.  From 2005 to 2009, shipped more than 85 million

11:15AM 12    square feet for deliveries in California, Florida, Georgia,

11:15AM 13    Louisiana, New York, North Carolina, Virginia, and also shipped

11:15AM 14    to Texas, Mississippi and Alabama.

11:15AM 15         They created sole or exclusive agencies in

11:15AM 16    Florida and Virginia, sole and exclusive agencies.

11:15AM 17         They invited distributors to plants in China to

11:15AM 18    inspect their drywall.  Folks from the jurisdictions in

11:15AM 19    question did go to China.

11:16AM 20         They conformed production to ASTM and other

11:16AM 21    American standards.  They conformed production to U.S.A.

11:16AM 22    distributor customer deliveries, end tape, red, white, and

11:16AM 23    blue, DUN brand, and in other instances, not confined to

11:16AM 24    DUN brand.

11:16AM 25         They manufactured, sold and distributed metal

11:16AM 1    studs in the jurisdictions.  They shipped samples to

11:16AM 2    California, Louisiana, Florida, and New York by FedEx, UPS and

11:16AM 3    DHL.

11:16AM 4            I disagree with learned counsel, when you send to

11:16AM 5    Louisiana and Florida a sample, you are no longer in the stream

11:16AM 6    of commerce, you are swimming, at least in Louisiana, in the

11:16AM 7    Mississippi River, and in Florida, at least on the coast.

11:16AM 8            They computed and supplied shipping costs to

11:16AM 9    U.S.A. customers:  Florida, Louisiana, Mississippi, New York,

11:17AM 10   California, Nevada, Georgia, North Carolina, and

11:17AM 11   South Carolina.

11:17AM 12           They had direct contracts with customers in

11:17AM 13   Virginia, Florida, and Louisiana and other states.

11:17AM 14           They advertised through their own website, and

11:17AM 15   advertised, I find this remarkably ironic, through the Alibaba

11:17AM 16   website, which actually produced a sale.

11:17AM 17           As I recall, Sir Richard Burton, when he

11:17AM 18   interpreted the *Thousand and One Arabian Nights*, Ali Baba and

11:17AM 19   the Forty Thieves was actually a paramount of Shahrazad.  We

11:17AM 20   don't have -- we did not have an "open sesame" to the facts in

11:17AM 21   this case, we had to dig them out.

11:17AM 22           They swallowed costs in order to secure long-term

11:17AM 23   business in the U.S.A., paid for freight and insurance.

11:18AM 24           Next slide, please.

11:18AM 25           I'm only going to deal in this slide with

11:18AM 1   Virginia, 153,912 sheets of drywall, 7,387,776 square feet of

11:18AM 2   drywall, $564,549; in Louisiana, 45,756 sheets of drywall,

11:18AM 3   2,196,288 square feet of drywall, $195,915; and in Florida,

11:18AM 4   195,820 sheets of drywall, 9,399,360 square feet of drywall,

11:18AM 5   with a value of $772,863.

11:18AM 6              As of April 26, 2012, based on an exchange rate,

11:19AM 7   the total dollar value for all shipments was $6,317,038.  There

11:19AM 8   was 56,866,080 square feet of drywall, and 1,184,710 sheets of

11:19AM 9   drywall, and not one of them was made out of a silk coat.  I

11:19AM 10  don't understand that analogy.

11:19AM 11             But I would like to go to knowledge and intent,

11:19AM 12  because no matter how we dance around it, Your Honor, when we

11:19AM 13  look at the stream-of-commerce decisions, when we look at

11:19AM 14  *Volkswagon*, when we look at the latest decision out of the

11:19AM 15  United States Supreme Court, there is always a question of

11:19AM 16  intent hanging around.

11:19AM 17             I wonder about this Bill Che, manager of

11:20AM 18  international trading for Taishan.

11:20AM 19             Could you blow that up for me, please.

11:20AM 20             Now, Your Honor, we'll remember Katrina, Rita,

11:20AM 21  Gustav.  I think in August 2005, we had to evacuate this city.

11:20AM 22  This court moved to Houston.  Within barely four months after

11:20AM 23  Rita, the intent to market this defective drywall in the

11:20AM 24  United States by their manager of international trading said,

11:20AM 25  quote, "After Hurricane Katrina, the Greater New Orleans area

11:20AM  1   need rebuild, and housing market in U.S.A. is very hot these

11:20AM  2   days.  The both effects, we hope you and us can both take

11:20AM  3   advantage from."

11:20AM  4          Now, I don't know how much more intent you need

11:20AM  5   than to point at a natural disaster that affected -- actually,

11:21AM  6   several natural disasters that damaged not only property, but

11:21AM  7   the hopes and lives of people in the Gulf States, including

11:21AM  8   Louisiana and Florida, but also on the Eastern Seaboard in

11:21AM  9   Virginia.

11:21AM 10          Your Honor, there are other documents which

11:21AM 11   indicate a desire and intent and knowledge that these states

11:21AM 12   were going to be affected.

11:21AM 13          We also see -- will you fill these in for me,

11:21AM 14   very quickly, please.

11:21AM 15          We only have to look at a map.  I like counsel's

11:21AM 16   maps, but I like this better.  Louisiana, Mississippi, Alabama,

11:21AM 17   Georgia, Florida, Virginia -- and also North Carolina -- but in

11:21AM 18   this case, Florida, Louisiana, and Virginia were targeted as a

11:22AM 19   result of natural disasters.

11:22AM 20          What happened after the natural disaster was an

11:22AM 21   unnatural disaster for which we believe not only is there

11:22AM 22   jurisdiction, but there has to be a paying of the piper.

11:22AM 23          Let's go to the next slide, please.

11:22AM 24          Taishan developed prospects and distributed

11:22AM 25   drywall and building supplies to various entities in the

11:22AM 1    United States and Canada.

11:22AM 2              I want to just deal with some of the entities.

11:22AM 3    There's Carn Construction Company, Florida; here is

11:22AM 4    GD Distributors, Louisiana; here is APIC Building, Louisiana;

11:22AM 5    here is TP Construction, Louisiana; here is R&R Building

11:22AM 6    Supply, Florida; Wood Nation Inc., Florida; Venture Supply,

11:23AM 7    (Tobin Trading), Virginia; B America Corp., Florida; Devon,

11:23AM 8    Florida; Oriental Trading Company, Florida; Guardian Building

11:23AM 9    Products, both Florida and Virginia; Onyx GBH, Florida;

11:23AM 10   Metro Resources - INEX, Louisiana.

11:23AM 11             I want to explain this situation.  The drywall

11:23AM 12   was shipped to Metro Resources in Canada, and then found INEX

11:23AM 13   as the distributor for Taishan products in Louisiana,

11:23AM 14   Mississippi, Alabama, and Texas, but primarily Louisiana.

11:23AM 15             So, Your Honor, I think that there are abundant

11:23AM 16   facts, and those facts can only lead to a conclusion that not

11:23AM 17   only have we met a prima facie case, Your Honor, but also a

11:24AM 18   preponderance of the evidence, which is not our burden.

11:24AM 19             Further, once we prove minimum contacts under

11:24AM 20   *International Shoe*, under *Volkswagon*, under this matrix, the

11:24AM 21   burden of proof shifts to Taishan.  We don't believe they've

11:24AM 22   carried that burden of proof in any way.

11:24AM 23             Now, I only have about 12 minutes, so I think I

11:24AM 24   have about two minutes more.  I just want to deal with facts on

11:24AM 25   alter ego, because my colleagues who will speak after me are

11:24AM 1    going to further map out the law and facts.

11:24AM 2            Taishan Gypsum and TTP commingled assets,

11:24AM 3    moveables, internal property; overlapped representatives and

11:24AM 4    employees; commingled corporate governance; shared CPA and

11:25AM 5    financial offices; commingled business opportunities; utilized

11:25AM 6    the same office, phone lines, phone numbers, websites and other

11:25AM 7    facilities; inadequately financed one to the other; granted

11:25AM 8    licenses to sell without payment; utilized trademarks without

11:25AM 9    payment; utilized the same factory equipment, furnished

11:25AM 10   inadequate capital, settled claims and debts of another without

11:25AM 11   compensation.

11:25AM 12           The conclusion reached by experts, this was an

11:25AM 13   abuse of independent corporate status, a commingling of

11:25AM 14   personalities such as to violate public policy.

11:25AM 15           Your Honor, respectfully, as I went through all

11:25AM 16   the evidence, I only picked what I considered compelling

11:25AM 17   evidence.

11:25AM 18           I want to say something about hearsay, relevance

11:25AM 19   and relevancy, Your Honor.  Number one, what's the best

11:25AM 20   evidence?  Number two, is it credible and reliable?  Number

11:25AM 21   three, are they exceptions to the business records rule.

11:26AM 22           Your Honor, I don't think any of this is

11:26AM 23   inadmissible hearsay.  I am convinced that the objections, and

11:26AM 24   we responded to them, really fall within Your Honor's

11:26AM 25   discretion.

11:26AM 1     Most respectfully, Your Honor, I don't think

11:26AM 2 there is a jurist in the country that understands Chinese

11:26AM 3 drywall and the evidence that's been developed and how it was

11:26AM 4 developed as well as Your Honor, who did something very

11:26AM 5 remarkable in traveling to Hong Kong for depositions.

11:26AM 6     So, Your Honor, in conclusion, let me say this.

11:26AM 7 The scales of justice, through the center is a rod and across

11:26AM 8 the top is another rod.  Those rods form the basic

11:27AM 9 constitutional law under which we operate.

11:27AM 10     The scales, however, are facts.  There is no

11:27AM 11 question in this case that the facts fall on those that oppose

11:27AM 12 Taishan in this issue of jurisdiction.

11:27AM 13     Thank you, Your Honor.  I appreciate the

11:27AM 14 opportunity to appear before you.

11:27AM 15    JUDGE FALLON:  Thank you very much.

11:27AM 16     When everybody speaks, speak behind the podium,

11:27AM 17 not for my purpose, but Judge Farina has called in and said the

11:27AM 18 mic picks you up better at that time.

11:28AM 19    MS. BASS:  Good morning, Your Honor.  And good morning,

11:28AM 20 Judge Farina.  This is Hilarie Bass, from Greenberg Traurig, on

11:28AM 21 behalf of certain homebuilder defendants.

11:28AM 22     There is no question -- I'm sorry.  There is no

11:29AM 23 question that Taishan served the Florida market.  As you just

11:29AM 24 heard from Mr. Herman, there were over 9,400,000 square feet of

11:29AM 25 drywall shipped by TG and TTP into the Florida market, for

11:29AM 1    which they received in excess of $800,000.

11:29AM 2            Moreover, TG and TTP concede that they were aware

11:29AM 3    of direct shipments to Florida by Oriental Trading, Wood Nation

11:29AM 4    and B America.

11:29AM 5            One of my clients, Lennar, has specifically

11:29AM 6    identified over 1,000 homes in Florida that had defective

11:29AM 7    Chinese drywall.  Of those, they have repaired or committed to

11:29AM 8    repair in excess of 960 of them.  For each of those homes that

11:29AM 9    they did repair, they received an assignment of the property

11:29AM 10   damage claims back from the homeowner.

11:29AM 11           Moreover, more than 400 of those homes has

11:30AM 12   defective drywall manufactured by Taishan.

11:30AM 13           Now, you heard from Taishan's counsel some

11:30AM 14   suggestion that, as a plaintiff, I have a burden, apparently,

11:30AM 15   of putting in documentation of every allegation in my

11:30AM 16   complaint.

11:30AM 17           I don't believe that for the purposes of this

11:30AM 18   hearing that's necessary, but perhaps Mr. Cyr did not read my

11:30AM 19   affidavit which was filed in this case, which specifically

11:30AM 20   stated that our firm had reviewed Lennar's physical evidence,

11:30AM 21   preservation documentation and records from these homes which

11:30AM 22   indicate that more than 400 homes that *Lennar* has already

11:30AM 23   repaired contained drywall manufactured by Taishan and its

11:30AM 24   affiliates.

11:30AM 25           Now, if Mr. Cyr's clients would like to

11:30AM 1    participate in this litigation, they are welcome to walk

11:30AM 2    through warehouse fulls of defective Taishan board, as well as

11:30AM 3    warehouse fulls of ruined new refrigerators, air-conditioning

11:30AM 4    coils, sinks, and various other products that were ripped out

11:31AM 5    of new homes as a result of his clients' defective product.

11:31AM 6            But I can assure you for the purposes of this

11:31AM 7    proceeding, there is more than adequate documentation in the

11:31AM 8    record to reflect that Taishan's board came into the state of

11:31AM 9    Florida and was used by multiple homebuilders.

11:31AM 10           In the case of Lennar specifically, almost all of

11:31AM 11   the Lennar board relating to Taishan was delivered by Banner.

11:31AM 12   We have been able to trace that board through La Suprema,

11:31AM 13   Rothchilt, BBMIEC and Taishan through the distribution chain,

11:31AM 14   actually tracing bills of lading through each of those

11:31AM 15   entities.

11:31AM 16           Additionally, a small amount of Taishan board was

11:31AM 17   delivered by Banner that came from Venture Supply in Virginia,

11:31AM 18   but was also purchased directly from TG.

11:31AM 19           Now, in my limited time this morning, I'm going

11:31AM 20   to focus on two things:  One, the agency relationship between

11:32AM 21   TG and TTP under Florida law, why Florida law applies to this

11:32AM 22   issue, and the Florida law both on actual and a parent agency;

11:32AM 23   and, then, secondly, personal jurisdiction over Taishan under

11:32AM 24   the Florida long-arm statute and constitutional due process.

11:32AM 25           Now, the *Meier* case in the 11th Circuit in 2002

11:32AM 1    specifically talked about why a subsidiary's relationship with

11:32AM 2    their parent could be relevant for the purposes of

11:32AM 3    jurisdiction.  The 11th Circuit said, when a "subsidiary is

11:32AM 4    merely an agent through which the parent company conducts

11:32AM 5    business in a particular jurisdiction or its corporate status

11:32AM 6    is formal only and without any semblance of individual

11:32AM 7    identity," that can be considered as part of the jurisdictional

11:32AM 8    analysis.

11:32AM 9         The specific inquiry that the 11th Circuit posed,

11:32AM 10   did the subsidiary, in this case, TTP, perform services that

11:32AM 11   the principal, TG, would itself perform if the subsidiary did

11:32AM 12   not exist?

11:32AM 13        I think it's unquestioned in this case that TTP

11:33AM 14   was formed by TG to provide a service to its customers.  When

11:33AM 15   it was no longer beneficial to TG, suddenly the company

11:33AM 16   disappeared and was once again merged into TG.

11:33AM 17        Now, why is Florida law relevant?  In Florida, it

11:33AM 18   recognizes the Restatement (Second) of Conflicts of Law.  The

11:33AM 19   restatement states that a state other than a corporation may

11:33AM 20   have the "most significant relationship" for the purposes of

11:33AM 21   the dispute.

11:33AM 22        We suggest to Your Honor that we believe that

11:33AM 23   Judge Farina, when he reviews this issue, will conclude that

11:33AM 24   the injuries and property damage caused because of thousands of

11:33AM 25   homes damaged by defective Chinese drywall underscores the

11:33AM 1    importance of applying Florida law because it has the greatest

11:33AM 2    interest in the resolution of these disputes.

11:33AM 3            Now, what does Florida law say about agency?

11:33AM 4    Specifically, there is no doubt that this record reflects that

11:34AM 5    TG acknowledged that TTP was acting on its behalf in the sale

11:34AM 6    of drywall, that TTP accepted the undertaking to do so, and

11:34AM 7    that TG had the ability and the right to control TTP's

11:34AM 8    activities in the sale of drywall.

11:34AM 9            Moreover, under a parent agency, that TG

11:34AM 10   knowingly allowed TTP to represent to its customers that they

11:34AM 11   were basically one and the same company, and that TTP acted

11:34AM 12   with TG's apparent authority in selling drywall to its

11:34AM 13   customers.

11:34AM 14           Moreover, this is not an issue under Florida law

11:34AM 15   of piercing the corporate veil.  In fact, under Florida law,

11:34AM 16   and the way the Florida long-arm jurisdiction statute works,

11:34AM 17   all we need prove is that TTP had the apparent authority of TG

11:34AM 18   to represent that they were one and the same for you to

11:34AM 19   consider the activities of both entities for your

11:34AM 20   jurisdictional analysis.

11:34AM 21           What we know from the record is that TG

11:35AM 22   established TTP specifically to sell drywall to its own

11:35AM 23   customers.  This is a reference to the deposition of

11:35AM 24   Zhang Jianchun.  What Mr. Jianchun says, that TG specifically

11:35AM 25   established the company independent from TG to produce and sell

11:35AM 1    drywall to its customers that wanted to have the VAT type of

11:35AM 2    invoices.

11:35AM 3           You heard Mr. Cyr say as much in his

11:35AM 4    presentation.  TG had customers that wanted to get the benefits

11:35AM 5    of Chinese law for their VAT.  The easiest way to accomplish

11:35AM 6    that was to create this separate entity.

11:35AM 7           But when they did so, they took TG employees, and

11:35AM 8    they said, "You're now TTP employees."  They took TG

11:35AM 9    manufacturing facilities, and they said, "Sign this paper, now

11:35AM 10   it's going to be TTP's."  The same thing with the license on

11:35AM 11   trademarks.

11:35AM 12          But, more importantly, they shared phone numbers;

11:35AM 13   they shared fax numbers; they shared addresses; and, of course,

11:35AM 14   they shared their foreign sales office staff.

11:36AM 15          This on the left is a copy of a contract entered

11:36AM 16   between Wood Nation and TTP.  You'll see that the address and

11:36AM 17   phone number on the left are, in fact, the exact same for TTP

11:36AM 18   as what the TG marketing material on the right utilized in its

11:36AM 19   material.

11:36AM 20          So you have heard a lot about, we had separate

11:36AM 21   facilities, we had a separate manufacturing line, it was three

11:36AM 22   kilometers away; but, in fact, what they represented to their

11:36AM 23   vendors that were acquiring their product was it was the

11:36AM 24   statement address, the same fax number, and the same phone

11:36AM 25   number.

11:36AM 1     Additionally, TG represented in its marketing

11:36AM 2 efforts that it was the same company and often referred to TG

11:36AM 3 as "us."

11:36AM 4     This is Mr. Wenlong Peng's deposition, where he

11:37AM 5 said, "Well, when customers came in, they would request us to

11:37AM 6 introduce the background of TTP.  And since TTP was a new

11:37AM 7 company and didn't have any support, so what is our superior

11:37AM 8 company?  I would introduce Shandong Taihe Dongxin Company as

11:37AM 9 the customer, to indicate that TTP Company had a strong

11:37AM 10 background."

11:37AM 11     So here, we have TTP's employee saying, "You want

11:37AM 12 to find out about our history, you want to find out about our

11:37AM 13 reputation, let me introduce you to TG."

11:37AM 14     TTP entered into exclusive sales agreements for

11:37AM 15 the sale of TG's DUN trademark without compensating TG.

11:37AM 16     So here, you have a sole agency agreement, this

11:37AM 17 is with Oriental Trading, where TTP is telling Oriental Trading

11:37AM 18 that it would have the ability to become the exclusive agent

11:37AM 19 for the DUN brand in the United States of America.

11:37AM 20     There is only one problem, the DUN brand is TG's

11:37AM 21 brand of drywall.  So either TTP is committing to sell TG's

11:38AM 22 drywall, or it's saying, "I have the ability to use their

11:38AM 23 brands."  Either way, it reflects that the companies are

11:38AM 24 operating as one.

11:38AM 25     You already heard Mr. Cyr say, "Well, there is

11:38AM  1   nothing wrong with the fact that TG unilaterally set and then

11:38AM  2   increased TTP's rent."  But how about this fact, that TTP

11:38AM  3   purchased the equipment when it started the company from TG.

11:38AM  4   Two years later, when TG decided it no longer needed TTP, TTP

11:38AM  5   gives the manufacturing facility back.  There is no payment

11:38AM  6   reflected in the financial records to show that TG ever paid

11:38AM  7   TTP for those facilities.

11:38AM  8              Ivan Gonima, the representative from

11:38AM  9   Oriental Trading who went to China to enter that exclusive

11:38AM 10   sales agreement, he testifies he never even knew they were two

11:38AM 11   different entities because in all of his communications they

11:38AM 12   were always referred to as the same.

11:39AM 13              "Did you ever differentiate between a company

11:39AM 14   Taishan Gypsum versus a company named Tai'an Taishan

11:39AM 15   Plasterboard?"

11:39AM 16              "No."

11:39AM 17              "You simply spoke of it as Taishan or Taihe?"

11:39AM 18              "Yes.  For me, the Taishan name was not too

11:39AM 19   familiar.  It was Taihe."

11:39AM 20              Basically, what he goes on to say is whether he

11:39AM 21   was dealing with TTP or TG, he did not know there was any

11:39AM 22   distinction.  For him, it was all the same company.

11:39AM 23              Additionally, you have TG and TTP both settling

11:39AM 24   each other's debts.  In one case, TTP pays the debt of TG to

11:39AM 25   Guardian.  In a second, Oriental Trading, TG settles a debt

11:39AM 1    owed by TTP.

11:39AM 2         This is an example of the Guardian debt.  Now, on

11:39AM 3    the left, you have the business card of Apollo Yang.  Now,

11:39AM 4    Apollo Yang is listed as being an employee of TG.

11:39AM 5         On the right, you have a settlement agreement

11:39AM 6    with TTP for Guardian, in which TTP pays the debt for the

11:40AM 7    defective drywall supplied by TG pursuant to Mr. Yang's

11:40AM 8    negotiation.  Again, it reflects a complete failure to maintain

11:40AM 9    separateness between the two companies.

11:40AM 10        As to Oriental Trading, this is the testimony of

11:40AM 11   Gang Che where he describes the fact that Oriental Trading was

11:40AM 12   owed $100,000 by TTP.  The first thing he tried to do was

11:40AM 13   convince Oriental Trading to take TG product in lieu of that

11:40AM 14   $100,000 debt.

11:40AM 15        Oriental Trading wasn't interested, so eventually

11:40AM 16   TG pays that debt.  Once again, complete intermingling of the

11:40AM 17   two companies.

11:40AM 18        Now, this is the reference that I think Mr. Levin

11:40AM 19   referenced before.  This is the testimony of Tinghuan Fu, who

11:40AM 20   describes the fact that, "In China we exaggerate a little bit.

11:40AM 21   That's allowed."

11:41AM 22        This is reflective of the testimony that you

11:41AM 23   observed, Your Honor, when you sat in Hong Kong for five days

11:41AM 24   listening to representatives of these two entities, and it's

11:41AM 25   certainly reflected by the presentations made today.

11:41AM 1          Let's talk for a moment about the exaggerations.

11:41AM 2    How about the suggestion that TTP observed corporate

11:41AM 3    formalities.  However, we know that TG authorized TTP to sell

11:41AM 4    TG's trademark drywall without compensation, the DUN brand

11:41AM 5    drywall without compensation; that the rent for the use of

11:41AM 6    facilities, unilaterally done by TG; no evidence that TG ever

11:41AM 7    paid TTP for the return of equipment that they negotiated to

11:41AM 8    resolve each other's debts; that the TG employees volunteered

11:41AM 9    to work for TTP after it was created, and when the company

11:41AM 10   disappeared, they just went right back to their old jobs at TG;

11:41AM 11   that they commingled addresses, phone numbers and e-mails; that

11:42AM 12   they used each other's business cards.  Again, all goes to the

11:42AM 13   supposed exaggeration of the suggestion that TTP's facilities

11:42AM 14   and employments -- employees were independent of TG.

11:42AM 15          In summary, TG has a right to control the

11:42AM 16   activities of TTP, TTP undertook to act as TG's agent, and that

11:42AM 17   everyone TTP did business with believed that it had authority

11:42AM 18   to act for TG.

11:42AM 19          Why is that so important?  Because under Florida

11:42AM 20   law, that type of authority allows a third-party to reasonably

11:42AM 21   rely on the appearance of agency so that, even where that

11:42AM 22   reliance is as a result of negligence or lack of oversight, it

11:42AM 23   doesn't matter.  The third-party vendors had a right to believe

11:42AM 24   they were dealing with both TTP and TG.

11:42AM 25          Why is that relevant?  Because for the purposes

11:42AM 1    of your analysis, you can consider the contacts of both

11:42AM 2    entities with the state of Florida for the purpose of dealing

11:43AM 3    with the jurisdictional issue.

11:43AM 4         Now, briefly, under Chinese law, which you're

11:43AM 5    going to hear in more detail later, we have three different

11:43AM 6    Chinese law experts who all opined about the fact that, under

11:43AM 7    Chinese law, they would be considered as one entity, and TG

11:43AM 8    would be responsible for the actions of TTP.

11:43AM 9         Dr. Junhai said there was sufficient evidence

11:43AM 10   under Chinese law to not consider them as separate entities

11:43AM 11   based on the failure to observe corporate formalities, the

11:43AM 12   settling of each other's debts, commingling of employees, and

11:43AM 13   the fact that they held themselves out as TG employees.

11:43AM 14        Dr. Ning Cheng indicated that TG has the burden

11:43AM 15   of proving corporate separateness, and there was sufficient

11:43AM 16   evidence in this record to disregard it.

11:43AM 17        Why?  A failure to observe corporate formalities,

11:43AM 18   the interference with management between the two companies, the

11:43AM 19   failure to engage in arm's length transactions, and the

11:43AM 20   commingling of assets.

11:44AM 21        Lastly, Dr. James Feineman said there was ample

11:44AM 22   authority under Chinese law to pierce the corporate veil

11:44AM 23   because a sole shareholder who fails to maintain a separate and

11:44AM 24   independent form with the subsidiary abuses the corporate form.

11:44AM 25   Moreover, he opined there was no need for a finding of

11:44AM  1     intentional or malicious conduct by TG in order to find that

11:44AM  2     the corporate veil can be pierced.

11:44AM  3             Now, let's talk about personal jurisdiction over

11:44AM  4     Taishan under Florida long-arm statute.

11:44AM  5             You've heard once and again the Taishan argument

11:44AM  6     that, yes, it sold drywall to exporters in China, but it didn't

11:44AM  7     know that this drywall was going to be reused or sold in

11:44AM  8     Florida.

11:44AM  9             I suggest, Your Honor, this is another example of

11:44AM 10     exaggeration in the Chinese culture.

11:44AM 11             This is the Florida long-arm statute that we

11:44AM 12     believe gives Your Honor multiple bases for a finding that

11:44AM 13     there is personal jurisdiction in Florida over the TG entities.

11:45AM 14             48.193(1)(a) talks about operating a business in

11:45AM 15     the state, whether or not the product causing the injury was

11:45AM 16     actually purchased there; (1)(b) talks about the commission of

11:45AM 17     a tortious act in the state; (1)(f), causing injury in the

11:45AM 18     state by an act of a defendant outside the state if the

11:45AM 19     defendant either solicited business within the state or the

11:45AM 20     defendant's products were used within the state.

11:45AM 21             So the first standard, carrying on a business,

11:45AM 22     the inquiry is was there a general course of business activity

11:45AM 23     in the state for pecuniary benefit.  The facts show Taishan

11:45AM 24     engaged in a general course of business activity for its

11:45AM 25     benefit.

11:45AM 1          You just heard Mr. Herman refer to the fact that

11:45AM 2    over nine million square feet of drywall was sold into the

11:45AM 3    state of Florida by the Taishan entities at a value of almost

11:46AM 4    $800,000.

11:46AM 5          We heard before, this is the sole agency

11:46AM 6    agreement that reflects that Taishan agreed to give

11:46AM 7    Oriental Trading, a Miami company, the exclusive ability to

11:46AM 8    sell within the United States and to use the DUN brand in the

11:46AM 9    United States.

11:46AM 10          Taishan sent samples to Florida customers.  This

11:46AM 11   was the reference Mr. Herman was suggesting about use of UPS

11:46AM 12   and FedEx.  Solicitation and sales efforts are sufficient to

11:46AM 13   carry on a business in Florida.  That's already been found in

11:46AM 14   the *Citicorp Ins. Brokers* case in 1994 in the First District

11:46AM 15   Court of Appeal.

11:46AM 16          Sending samples into Florida has also been found

11:46AM 17   to be a sufficient basis to show that defendant was carrying on

11:46AM 18   a business in the state.  That's the *Cal-Mar Industries* case

11:46AM 19   Southern District of Florida, 1977.

11:46AM 20          Additionally, Taishan agreed to place custom

11:46AM 21   labels on the drywall.  We know about Wood Nation.  They said,

11:47AM 22   "Can you put Tampa, Florida on the drywall, and, oh, by the

11:47AM 23   way, put our phone number, area code 813."  They, in fact, did

11:47AM 24   that.

11:47AM 25          They agreed to comply with the Florida DOT weight

11:47AM 1    restrictions when it loaded containers that it knew were

11:47AM 2    destined from Miami to Orlando.  They arranged to ship drywall

11:47AM 3    to Florida.

11:47AM 4              The *McHugh* case, the 4th DCA, 1989, there was a

11:47AM 5    finding that personal jurisdiction existed over a Taiwanese

11:47AM 6    manufacturer that didn't have any offices, any representatives,

11:47AM 7    any bank accounts, didn't own any property in the state.  The

11:47AM 8    mere fact that product was shipped into the state from Taiwan

11:47AM 9    was sufficient to give the Court jurisdiction over that

11:47AM 10   Taiwanese company when the products were marketed there.

11:47AM 11             Moreover, Taishan knew its drywall was destined

11:47AM 12   for Florida.  This is Wenlong Peng's deposition where we asked

11:47AM 13   about the e-mail request that the gypsum board be produced with

11:48AM 14   a specification of a phone number and then Tampa, Florida.

11:48AM 15             He said, "Sure, no problem."  He said, "I could

11:48AM 16   put it on the back of the gypsum board.  If that was a

11:48AM 17   requirement of the customer, it was something I could do.  We

11:48AM 18   would stamp it for the customer."

11:48AM 19             He then went on to say there wasn't room on the

11:48AM 20   board for both Tampa, Florida, and the area code; so, instead,

11:48AM 21   this is what it ended up being stamped:  "Gypsum drywall per

11:48AM 22   ASTM" -- of course, the American standard -- and the "813" area

11:48AM 23   code.

11:48AM 24             Now, can we seriously stand here and suggest that

11:48AM 25   this board was sent to Miami -- sent to Tampa, excuse me, with

11:48AM 1    an area code of 813 and a request that it be stamped with

11:48AM 2    Tampa, and that they had no idea where this was going?  Once

11:48AM 3    again, that's quite an exaggeration.

11:48AM 4            This is a copy of the agreement between TTP and

11:48AM 5    Wood Nation, which reflected that Wood Nation was based in

11:48AM 6    Tampa.  This is the signature of TTP, and specifically

11:49AM 7    references that the material is going to be discharged in

11:49AM 8    Tampa, Florida.

11:49AM 9            This is the contract with B America, again, TTP;

11:49AM 10   delivery term, CFR Miami.  Signed by TTP.

11:49AM 11           This is, I find, one of the more interesting

11:49AM 12   slides.  This is from Ivan Gonima, from Oriental Trading.  Ivan

11:49AM 13   is communicating with Mr. Cher, and he is saying, "You have to

11:49AM 14   be concerned about how much drywall you put in each container

11:49AM 15   because under the Florida DOT regulations, if you put too much

11:49AM 16   in, I will have to pay an overweight penalty."

11:49AM 17           And Mr. Cher says, "No problem.  We can do that.

11:49AM 18   We can load the trucks so that you will meet the weight

11:49AM 19   limits."

11:49AM 20           In fact, in the next slide, you'll see he makes

11:49AM 21   the shipping arrangements for shipment to Miami, Florida, and

11:50AM 22   specifically meets those requirements as required by Florida

11:50AM 23   Department of Transportation.

11:50AM 24           Again, are we going to seriously sit here and

11:50AM 25   say, "We sold in China.  We didn't know where it was going,"

11:50AM 1    when it's TTP making the travel arrangements, making the

11:50AM 2    shipping arrangements, and giving instructions to meet Florida

11:50AM 3    Department of Transportation requirements?

11:50AM 4          Now, 48.193(1)(b) talks about committing a

11:50AM 5    tortious act in Florida.  Defendant's physical presence is not

11:50AM 6    required.

11:50AM 7          Southern District of Florida, 2010, the *Promex*

11:50AM 8    case, jurisdiction existed even though the defendant had no

11:50AM 9    physical contact with Florida where the relevant injury

11:50AM 10   occurred when Florida customers bought the products.  That's

11:50AM 11   exactly our case.

11:50AM 12         Now under (f)(1) and (2), an out-of-state

11:50AM 13   defendant causing injury, the Court can assert jurisdiction

11:50AM 14   over Taishan purely because it was soliciting customers in

11:51AM 15   Florida when the products were sold.

11:51AM 16         That's the *Davis* case, Florida Supreme Court,

11:51AM 17   1986.  It does not matter whether or not the product was

11:51AM 18   purchased in Florida.

11:51AM 19         And the same facts support under *Wetzel*, which is

11:51AM 20   4th DCA 2000 case.  Jurisdiction exists over the foreign

11:51AM 21   company even though the products shipped to Florida were

11:51AM 22   different than the products that harmed Florida customers.

11:51AM 23         Now, this goes to Mr. Cyr's suggestion that we

11:51AM 24   have some tracing obligation to find a piece of drywall and

11:51AM 25   trace it all the way from China.  That's not what Florida law

11:51AM 1   requires.

11:51AM 2          Florida law says:  If you're doing business in

11:51AM 3   the state and there is product there, we can sue you, as an

11:51AM 4   out-of-the-country entity like Taishan, purely because your

11:51AM 5   product is in the state, even if we cannot trace it back.

11:51AM 6          Taishan incorrectly argues that economic injury

11:51AM 7   does not satisfy the requirement for an injury to a person.

11:52AM 8          Well, two things on that briefly.  First of all,

11:52AM 9   the *Aetna Life* case to which they cite, all the activities

11:52AM 10   occurred outside of Florida.  Here, we have an injury in the

11:52AM 11   state of Florida, and it's not purely an economic injury.

11:52AM 12          First of all, as to Lennar, which is the example

11:52AM 13   they point out, Lennar is an owner of property that has been

11:52AM 14   damaged, so it's not purely economic.

11:52AM 15          Secondarily, for the 960 homes we've committed to

11:52AM 16   repair or already repaired, we have assignments of those

11:52AM 17   property damage claims from each of those homeowners.  We are

11:52AM 18   not asserting a purely economic or financial injury.  We are

11:52AM 19   asserting a property damage claim on behalf of all of those

11:52AM 20   homeowners.

11:52AM 21          This is one of the last things I'm going to

11:52AM 22   cover, the arise from or relate to, the activities, the claim

11:52AM 23   that Mr. Cyr suggested that we have to connect the dots.  In

11:52AM 24   fact, here are three cases, *Wetzel*, *Kravitz* and *Citicorp*, each

11:53AM 25   one of which personal jurisdiction was found even though the

11:53AM 1    injury was caused by a different product than the type

11:53AM 2    defendant sold in Florida.

11:53AM 3          In the second one, *Kravitz*, the bicycle rack was

11:53AM 4    purchased in Illinois.  There is still jurisdiction in Florida

11:53AM 5    over that corporate entity because there were other products

11:53AM 6    that were shipped directly into the state.

11:53AM 7          Constitutional due process, I'm going to skip

11:53AM 8    over that because I think it was previously covered.

11:53AM 9          Let me simply state that once you find

11:53AM 10   jurisdiction under the Florida long-arm statute, Florida courts

11:53AM 11   have held consistently that that meets constitutional due

11:53AM 12   process standards.

11:53AM 13         Your Honor, based on the facts in this record,

11:53AM 14   there is no question but that there is jurisdiction in the

11:53AM 15   state of Florida under the Florida long-arm statute for both TG

11:53AM 16   and TTP.

11:53AM 17         Thank you, Your Honor.

11:53AM 18         JUDGE FALLON:  Thank you very much.

11:54AM 19         MR. NICHOLAS:  Good morning -- still good morning,

11:54AM 20   Judge.  Steve Nicholas for the Mitchell Company, Your Honor.

11:54AM 21         I'm going to quickly -- first, let me -- I don't

11:54AM 22   think it's necessary because of the nature of the proceedings,

11:54AM 23   but we certainly adopt the arguments that have been made and

11:54AM 24   will be made by Banner.

11:54AM 25         Mr. Cyr is correct that we only sued TG in this

11:54AM 1    proceeding, and we focused on its activities, but certainly its

11:54AM 2    activities include those activities of TTP that are imputed to

11:54AM 3    TG under the agency theory that Ms. Bass just argued, which we

11:54AM 4    adopt as well.

11:54AM 5            What I really want to do, Your Honor, is just

11:54AM 6    deal with very quickly the issue of whether or not we have

11:54AM 7    shown the drywall at issue in the *Mitchell* case in Florida is

11:54AM 8    Taishan drywall.

11:54AM 9            You start there with the business records of

11:54AM 10   Devon, which are in the record, authenticated business records,

11:54AM 11   the first one being the purchase order that Devon issued to TG,

11:55AM 12   not to TTP, but to TG in March of 2006, for basically just

11:55AM 13   short of a half a million sheets of drywall to be shipped to

11:55AM 14   the Port of Pensacola to bear Devon's name on the packaging of

11:55AM 15   the drywall.

11:55AM 16           That then got transformed, consistent with the

11:55AM 17   business practices that you've heard about and you've read

11:55AM 18   about in the briefs, that got transformed into the contract

11:55AM 19   between a third-party trading company in China and TTP, but the

11:55AM 20   original purchase order was with TG.

11:55AM 21           That drywall was to be shipped to the Port of

11:55AM 22   Pensacola aboard the SANKO RALLO.  It's undisputed.  Even

11:55AM 23   Mr. Cyr's chart shows that.

11:55AM 24           The SANKO RALLO then arrived into the Port of

11:55AM 25   Pensacola.  The drywall was off-loaded.  Devon's business

11:55AM 1    records show that some of that drywall was shipped directly to

11:55AM 2    or picked up by Emerald Coast.  That business record is

11:55AM 3    authenticated in the record, as well.  Emerald Coast shipping

11:56AM 4    records are authenticated and in the record.

11:56AM 5            Emerald Coast, whether or not they bought it

11:56AM 6    directly from Devon, which is what we originally thought, or

11:56AM 7    whether NorPac was in between as the seller, really isn't

11:56AM 8    relevant.  The drywall was picked up by Emerald Cost off the

11:56AM 9    SANKO RALLO that came from China.

11:56AM 10           Emerald Coast then showed that drywall to

11:56AM 11   Rightway.  Rightway then installed it in the Mitchell homes.

11:56AM 12   Mitchell then gets sued and spends money to try to repair those

11:56AM 13   homes in Florida.

11:56AM 14           The photographic evidence, which is also

11:56AM 15   authenticated as a business record, shows that it is consistent

11:56AM 16   with not only the photographs that Devon produced of the

11:56AM 17   drywall in China that came from TG, but also consistent with

11:56AM 18   the plaintiff profile forms and the other information that's

11:56AM 19   before the Court that proves it's TTP drywall or Taishan

11:56AM 20   drywall.

11:56AM 21           To say that you can't prove it basically would

11:56AM 22   allow any manufacturer, domestic or overseas, simply to not put

11:56AM 23   their name on a product, and to say you can never prove that

11:57AM 24   it's their product unless you actually watched it go across the

11:57AM 25   ocean all the way into the house where it was installed in

11:57AM 1   Florida.  There is abundant evidence that it is, in fact,

11:57AM 2   Taishan drywall in this case.

11:57AM 3              That's all the time they've given me, Your Honor.

11:57AM 4   Thank you.

11:57AM 5          JUDGE FALLON:  Thank you very much.

11:57AM 6              Who is next?

11:57AM 7          MR. WEEKS:  State of Louisiana.

11:57AM 8          JUDGE FALLON:  Okay.

11:57AM 9          MR. WEEKS:  Good morning, Your Honor.

11:57AM 10         JUDGE FALLON:  You can close that, I think.

11:57AM 11         MR. WEEKS:  Good morning, Your Honor.  My name is

11:57AM 12  John Weeks.  It's my pleasure and privilege today to represent

11:57AM 13  the State of Louisiana and Attorney General Buddy Caldwell in

11:57AM 14  this matter.  We appreciate the time to have oral argument.  We

11:57AM 15  will keep ours brief, so you can keep on your time schedule.

11:57AM 16             First off, the State of Louisiana is in a rather

11:57AM 17  unique situation here that I think I should clarify for you, if

11:58AM 18  you don't already understand it.

11:58AM 19             We are not a defendant in any of the

11:58AM 20  jurisdictional motions.  The reason that occurs is because our

11:58AM 21  case, as you know, started in Civil District Court.  It was

11:58AM 22  removed here.  When it was removed, we were in the process of

11:58AM 23  attempting to serve the Taishan defendants.  We could not

11:58AM 24  continue that in Civil District Court after removal, and, to

11:58AM 25  preserve our remand motion, which you know is also pending

11:58AM 1   before you, we have not pursued it in this Court.

11:58AM 2          Nevertheless, we're here for a couple of reasons.

11:58AM 3   One is very practical.  We will have to deal with this issue

11:58AM 4   for the State in its petition sometime, in this court or in

11:58AM 5   another court; and, the sooner we get that going, the quicker

11:58AM 6   we get to the end of the case, to everybody's benefit.

11:58AM 7          But, more particularly, when we have defendants

11:58AM 8   who have undoubtedly sold contaminated drywall into the

11:58AM 9   state of Louisiana, drywall that was not only delivered in mass

11:58AM 10  through our Port of New Orleans, but then installed in

11:59AM 11  countless Louisiana homes, resulting in still untold damage,

11:59AM 12  and that defendant comes before you and says, "We did not make

11:59AM 13  purposeful availment.  You do not have jurisdiction.  You must

11:59AM 14  come, homeowner by homeowner, halfway around the world," that

11:59AM 15  is not something the Attorney General can just shrug his

11:59AM 16  shoulders at.

11:59AM 17         So I'm here today, really, to talk uniquely about

11:59AM 18  Louisiana law, the Louisiana long-arm statute.

11:59AM 19         I have listened with great interest to the

11:59AM 20  discussion on piercing the corporate veil.  I want to assure

11:59AM 21  you, I'm not going to say anything about that because I can add

11:59AM 22  nothing to that argument.  It's easier to admit that in five

11:59AM 23  seconds than to prove it to you in five minutes.

11:59AM 24         So I just want to talk about the Louisiana

11:59AM 25  long-arm statute.  It's very good that we're following right

11:59AM 1     behind the discussion we just had of Florida, because Florida

11:59AM 2     is very different.

11:59AM 3                 Here is where it's different.  We have two

12:00PM 4     sections to our long-arm statute.  As you know, we first

12:00PM 5     particularized eight different categories which our legislature

12:00PM 6     deems to satisfy minimum contacts with this state.  I think,

12:00PM 7     undoubtedly, we fit into paragraph Number A(8).  I'll come back

12:00PM 8     to that.

12:00PM 9                 But overarching that is paragraph B, which states

12:00PM 10    the express intent of our legislature, that Louisiana, through

12:00PM 11    its long-arm statute, intends to tap the full extent of

12:00PM 12    constitutionally acceptable personal jurisdiction.  So that's

12:00PM 13    where I really need to focus my argument and remind you of

12:00PM 14    this.

12:00PM 15                We have heard many formulations today of exactly

12:00PM 16    what is the permissible extent of long-arm jurisdiction under

12:00PM 17    the due process clause.  We have heard the term, over and over

12:00PM 18    again, *purposeful availment*.  I hope not to say that word again

12:00PM 19    in this argument.

12:00PM 20                The truth is that the current iteration of the

12:00PM 21    standard that has always existed, at the time of

12:01PM 22    *International Shoe*, before *International Shoe*, and today.

12:01PM 23                That standard is, does exercising jurisdiction

12:01PM 24    offend traditional notions of fair play and substantial

12:01PM 25    justice?  Anyway you look at that, considering the profit that

12:01PM 1    these people have delivered from deliberately their property

12:01PM 2    into this state, and they cannot deny from the evidence that

12:01PM 3    Mr. Herman so carefully articulated for you, they cannot deny

12:01PM 4    that they were fully aware that the product was, A, being

12:01PM 5    shipped en masse into Louisiana; and, B, that because of

12:01PM 6    Hurricane Katrina, they expected that the end market was here,

12:01PM 7    too.

12:01PM 8              There is should be no question that for

12:01PM 9    Louisiana, and I'm speaking about the homeowners' cases, most

12:01PM 10   particularly the *Wiltz* class action, I'm speaking about the

12:01PM 11   Attorney General's own petition, which is not up today, there

12:01PM 12   should be no doubt whatsoever that personal jurisdiction exists

12:01PM 13   to both of these Taishan defendants.

12:02PM 14             That's all I have to say.  Thank you very much

12:02PM 15   for your time, Your Honor.

12:02PM 16        JUDGE FALLON:  Thank you very much.

12:02PM 17        MS. EISELEN:  Your Honor, Carlina Eiselen on behalf of

12:02PM 18   Interior/Exterior.

12:02PM 19             I will be very, very brief.  I'm only here to

12:02PM 20   point out two things:  One, Mr. Cyr was correct when he said

12:02PM 21   that the Taishan product made it into Louisiana for APIC

12:02PM 22   Building Materials and GD Distributors, both in Louisiana.

12:02PM 23   But, also, Interior/Exterior also received the Taishan product

12:02PM 24   in the tune of 33,000 sheets.

12:02PM 25             So the total amount of sheets in Louisiana from

12:02PM 1  the Taishan defendants is at least 45,000 sheets.  We actually

12:02PM 2  think it might be more from other distributors who have not

12:02PM 3  made an appearance, who have not been deposed, who have not

12:02PM 4  participated in the discovery.

12:02PM 5          So, with that being said, that's all I have,

12:02PM 6  Your Honor.

12:02PM 7          JUDGE FALLON:  All right.  Thank you.

12:02PM 8          MS. EISELEN:  Thank you.

12:03PM 9          MR. PANAYOTOPOULOS:  Good afternoon, Your Honor.

12:03PM 10 Nick Panayotopoulos on behalf of certain Banner entities;

12:03PM 11 Scott Giering, in the back of the courtroom, the representative

12:03PM 12 for the Banner entities; and, Mike Peterson, who is here as

12:03PM 13 personal counsel for the Banner entities and on behalf of

12:03PM 14 Banner PSL.

12:03PM 15         Mr. Peterson has graciously given me his time, as

12:03PM 16 well, so we don't overcomplicate with this many questioners

12:03PM 17 addressing the Court.

12:03PM 18         Your Honor, we're obviously going to rely on our

12:03PM 19 briefs for most of the argument and the arguments presented by

12:03PM 20 prior counsel against Taishan's motions.

12:03PM 21         Banner entities are defendants in the *Wiltz* and

12:04PM 22 the *Gross* case.  We filed an amicus brief in the *Mitchell* case

12:04PM 23 and the Florida state court case.

12:04PM 24         I'm going to limit my argument to basically just

12:04PM 25 three sections.  The first one is that Fifth Circuit law

12:04PM 1    governs for the alter ego determination for purposes of

12:04PM 2    personal jurisdiction.  There is no need for this Court to get

12:04PM 3    into Chinese law or Florida law.  Fifth Circuit governs.

12:04PM 4         It's a very relaxed analysis.  The test under the

12:04PM 5    Fifth Circuit is less stringent than that for liability, for

12:04PM 6    obvious purposes.  We've cited in our previous the *Stuart v.*

12:04PM 7    *Speedman* case.  This isn't a determination of whether we're

12:04PM 8    going to pierce the veil for liability, Your Honor.  It's just

12:04PM 9    a question, do we attribute the contacts of one entity to the

12:04PM 10   wholly-owned other -- the company that owns the entire company.

12:04PM 11        The *Hargrave* case, obviously, is on point.  We

12:04PM 12   believe that the factors -- if the Court applies the factors

12:04PM 13   used by the federal courts to analyze whether the subsidiary's

12:05PM 14   contacts should be attributed to the parent, those contacts

12:05PM 15   should be attributed, and they are sufficient to find that both

12:05PM 16   of these entities had plenty of contacts in Florida and other

12:05PM 17   states at issue.

12:05PM 18        Again, it's just a way of even avoiding for the

12:05PM 19   Court having to get into the Chinese law analysis or the other

12:05PM 20   analysis.

12:05PM 21        As prior counsel mentioned, though, Chinese law

12:05PM 22   on piercing the veil is very strong, regardless of whether it's

12:05PM 23   the jurisdictional phase or piercing the -- at the liability

12:05PM 24   phase.

12:05PM 25        There are two pertinent sections, as the many

12:05PM 1   experts that the PSC has hired have opined.  Article 23 and

12:05PM 2   Article 64 of the Chinese company law are pertinent to the

12:05PM 3   question of whether the corporate veil should be pierced.

12:05PM 4          The general law is Article 23.  That's pretty

12:05PM 5   typical for most of what the states -- what they provide, under

12:06PM 6   what circumstance you pierce the veil.

12:06PM 7          There are many factors to consider, and it's not

12:06PM 8   limited to any particular factor.  You look at something where

12:06PM 9   the entities are not acting as independent companies and you

12:06PM 10  pierce, if it's appropriate.

12:06PM 11         Under article -- importantly, the Chinese law is

12:06PM 12  even better about piercing the veil than American law.  Under

12:06PM 13  Article 64, the Chinese -- the law in China makes it easier to

12:06PM 14  pierce the veil if you have a wholly-owned subsidiary.

12:06PM 15         In that instance, they shift the burden,

12:06PM 16  Article 64 -- and I'll read it for the Court -- as translated

12:06PM 17  by Taishan, it provides:  "If the sole shareholder of a single

12:06PM 18  person limited liability company is unable to prove that the

12:06PM 19  property of a single personal liability company is separate

12:06PM 20  from the shareholder's own company, the shareholder shall bear

12:06PM 21  joint liability for the debts of that company."

12:06PM 22         If we just insert the names TG in there and TTP,

12:07PM 23  we believe that in these circumstances the liability is -- any

12:07PM 24  liability that TTP has, and, obviously, for jurisdictional

12:07PM 25  purposes, is also attributed to TG.

12:07PM 1          In any instances where there is commingling of

12:07PM 2     funds or of property, Chinese law says the burden is shifted,

12:07PM 3     and if you find any such instances, you pierce the veil, in

12:07PM 4     instances where it's a wholly-owned subsidiary.

12:07PM 5          In the case, Taishan argues that you don't get to

12:07PM 6     Article 64, but you first have to do -- meet some initial

12:07PM 7     burden and a showing of abuse under Article 3.  That's not

12:07PM 8     correct, Your Honor.  That wasn't even brought up for the first

12:07PM 9     time until their reply brief.

12:08PM 10          If this Article 3 was so important to that

12:08PM 11    analysis, as Taishan argues, why didn't they even mention it

12:08PM 12    when they cited 28 different articles that were pertinent to

12:08PM 13    that analysis.

12:08PM 14          In addition, there is nothing in the article

12:08PM 15    itself.  Article 64 is crystal clear, as I just read to the

12:08PM 16    Court, that if there is commingling, and it's a solely-owned

12:08PM 17    and wholly-owned subsidiary, you pierce.  One entity is liable

12:08PM 18    for the other -- just as liable as the other.

12:08PM 19          There is no authority by Professor Zhu for the

12:08PM 20    argument that there is a -- that we first have to make a

12:08PM 21    showing of abuse.  Even if there were and the statute had such

12:08PM 22    language, this is the perfect case for it.

12:08PM 23          Next, Taishan argues that there should be an

12:08PM 24    intentional and malicious abuse of the corporate form before

12:08PM 25    the court can find jurisdiction or can pierce the veil.

12:09PM 1            First, they don't even allege that requirement

12:09PM 2   applies to Article 64, which I think is the easiest way for the

12:09PM 3   Court to pierce the veil and find jurisdiction for both

12:09PM 4   entities.

12:09PM 5            Article 20 does not mention intentional and

12:09PM 6   malicious abuse.  All three PSC experts have opined that there

12:09PM 7   is no such requirement in the law.  One of the Taishan's

12:09PM 8   experts claims that in practice the courts do so.  They impose

12:09PM 9   such a requirement.  They couldn't cite a single authoritative

12:09PM 10  case -- a single binding case.  The Supreme People's Court has

12:09PM 11  not issued any opinions on the matter.

12:09PM 12           There is plenty of evidence of commingling,

12:09PM 13  Your Honor, as prior counsel already pointed out to the Court.

12:09PM 14  I'll just mention a few of them.

12:09PM 15           No consideration for an improper recordation of

12:09PM 16  the Taishan brand.  You've already heard about the DUN brand

12:10PM 17  use without any consideration.

12:10PM 18           Lack of full payment for production lines and

12:10PM 19  auxiliary equipment, no repayment for resale of the production

12:10PM 20  lines of auxiliary equipment, improper lease rate for the

12:10PM 21  manufacturer's site, there is improper use of the parent's

12:10PM 22  marketing material.

12:10PM 23           I consider it very important in any piercing of

12:10PM 24  the veil case, employees working for one company were getting

12:10PM 25  paid by the other.  You will see -- you've seen documents, and

12:10PM  1   there is documents in the records, that reflect that an

12:10PM  2   individual that was the export manager for TTP was doing work

12:10PM  3   and marketing on behalf of TG.

12:10PM  4        One entity paying for the other's -- to do work

12:10PM  5   for the other.  That's the perfect instance of commingling of

12:10PM  6   funds, Your Honor, and that's the kind of circumstance where,

12:10PM  7   under Chinese law, America law, any law about piercing the veil

12:10PM  8   that I know of, that's the number one factor that you look to.

12:10PM  9        Again, under Article 64, the burden is on

12:11PM 10   Taishan, not us.

12:11PM 11        Taishan argues that -- part of the problem that

12:11PM 12   we've had in this case is that I believe that the law is so bad

12:11PM 13   for Taishan that there has been some ingenuity about citations

12:11PM 14   in the law and what the Chinese law requires.

12:11PM 15        The professor -- the experts claim that

12:11PM 16   Article 62 provides that a sole shareholder need not create a

12:11PM 17   board of directors.  If you read the Article 62, it says:  A

12:11PM 18   single personal limited liability company shall not have any

12:11PM 19   shareholder's meetings.  When a sole shareholder makes a

12:11PM 20   decision on any matters listed in Article 38 of this law, he

12:11PM 21   shall make it in written form and keep it for the company.

12:11PM 22        These records are not there, Your Honor.  They

12:11PM 23   didn't keep these records they are supposed to.  It's another

12:11PM 24   example -- and this is something that they cited as apparently

12:12PM 25   supporting their proposition, but, instead, it's another

12:12PM 1    instance where they are not keeping the -- they are not

12:12PM 2    following the corporate form.

12:12PM 3              TTP, under their own resolutions, under their own

12:12PM 4    binding revised articles of association, the board must meet

12:12PM 5    once a year, and the decisions must be recorded and signed.  We

12:12PM 6    don't have those, Your Honor.

12:12PM 7              I'm going to -- another citation, Your Honor,

12:12PM 8    that is inaccurate in the briefs by Taishan, they state in

12:12PM 9    their brief that, "The courts have been advised to err on the

12:12PM 10   side of caution when straying from the general independence

12:12PM 11   between shareholder and company."  That's a direct quote from

12:12PM 12   the briefs, Your Honor.

12:12PM 13             Unfortunately, that's not what that -- what that

12:12PM 14   says.  If you read the entire thing, it's the exact opposite.

12:12PM 15   What the committee said was:  Don't narrow the categories for

12:13PM 16   which you should pierce the veil.  You shouldn't limit them.

12:13PM 17   I've got the exact quote in our slide, Your Honor.

12:13PM 18             I'm going to move on to the last topic that I'm

12:13PM 19   going to address, Your Honor.  It's one that the other counsel

12:13PM 20   haven't touched on.

12:13PM 21             We had a section in our brief that addressed the

12:13PM 22   problems that we've had in discovery in this case.  The Court

12:13PM 23   has ordered all parties, including Taishan entities, to file

12:13PM 24   accurate profile forms under oath.  In addition, the Court has

12:13PM 25   ordered Taishan to produce all the documents that are relevant

12:13PM 1     to this case on the jurisdictional matter.  We requested sales

12:13PM 2     records, tax records, all that stuff.

12:13PM 3              As Your Honor recalls, we were party to a number

12:13PM 4     of motions related to those documents.  The Court ordered their

12:13PM 5     production.

12:13PM 6              Mr. Cyr mentioned that the profile forms have

12:14PM 7     some indicia of reliability, and this Court should rely on

12:14PM 8     them.  Unfortunately, Taishan's forms, and for the reasons that

12:14PM 9     I'm going to explain, offer the exact opposite indicia, that

12:14PM 10    they are unreliable, and that Taishan has misrepresented to the

12:14PM 11    Court, the plaintiffs and all the parties the number of sales

12:14PM 12    and the extent of the sales to the United States.

12:14PM 13             They come to the Court, and they claim that we

12:14PM 14    can't prove jurisdiction against them, but they hide the ball,

12:14PM 15    Your Honor, and they don't provide all the evidence of the

12:14PM 16    various sales and exports to the U.S.  They don't tell us that

12:14PM 17    those records would show where those sales took place, if they

12:14PM 18    took place in Florida, if they took place in Virginia,

12:14PM 19    Louisiana, Alabama.  We don't have those records, and I'm going

12:14PM 20    to walk the Court through how we came to this conclusion.

12:14PM 21             We added up -- the PSC added up in the affidavits

12:14PM 22    that were submitted to the Court, and they came up with a total

12:14PM 23    square feet of drywall based on what was represented by Taishan

12:15PM 24    in TG's and TTP's profile forms.  We added that up, and it's --

12:15PM 25    our number is slightly higher than the PSC's, Your Honor, by

12:15PM 1    just a little bit because they hadn't accounted for some sales

12:15PM 2    that went directly to INEX.  INEX recently, I believe,

12:15PM 3    corrected the record.  We accounted for that.

12:15PM 4          The total number that Taishan represented to the

12:15PM 5    Court of sales -- they are not claiming to the U.S., they are

12:15PM 6    saying sales that happened with U.S. customers in China, they

12:15PM 7    are saying is approximately 89 million.

12:15PM 8          Let's look at what their own documents reflect,

12:15PM 9    the contemporaneous styles that were written by their own

12:15PM 10   representatives back at the time of the sales.

12:15PM 11         I'm not sure if the Court can read this.  It's

12:15PM 12   not super legible.  I believe Judge Farina has a copy of that

12:15PM 13   in front of him right now.

12:15PM 14         November 20, 2006, the export manager, signed

12:15PM 15   Frank here, writes to an American, "I would like to take the

12:16PM 16   opportunity to introduce our company and products."  The

12:16PM 17   company identify is Shandong Taihe Dongxin Company.  That

12:16PM 18   company is TG, not TTP.

12:16PM 19         He goes on to say, "We have already exported more

12:16PM 20   than 15 million square meters," not feet, Your Honor, this is

12:16PM 21   meters, "of gypsum board to the U.S.A. since the beginning of

12:16PM 22   this year."

12:16PM 23         So as of November 20, 2006, we have a very

12:16PM 24   precise figure from TG as to what their exports to the

12:16PM 25   United States were, and that total is 15 million.

12:16PM 1          He also claims that he's got enough experiences

12:16PM 2    on quality control, packing and shipment of gypsum board to the

12:16PM 3    U.S. market, which is obviously relevant to the piercing the

12:16PM 4    veil analysis, as well.

12:16PM 5          Let's move on to the next letter, which is the

12:16PM 6    May 11th, 2007, letter, again from the export manager.

12:16PM 7          The export manager claims in this one that --

12:17PM 8    first, that the export of gypsum boards to the United States

12:17PM 9    last year was 18 million square meters.  In the one letter as

12:17PM 10   of November 2006, 15 million square meters.  As of the

12:17PM 11   beginning of the next year, the total for 2006 was 18 million

12:17PM 12   square meters.

12:17PM 13         If you do the math, Your Honor, the 18 million

12:17PM 14   square meters is 193 million square feet.  It's 10.76 square

12:17PM 15   feet per square meter.

12:17PM 16         In 2006 alone, TG is representing to Americans

12:17PM 17   that it sold that much drywall.  If you look at its profile

12:17PM 18   forms to this Court, if you look at the documents that were

12:17PM 19   produced in discovery per the Court orders, they don't add but

12:17PM 20   to approximately 89 million, Your Honor.  There is

12:17PM 21   approximately a hundred million of square feet of drywall that

12:18PM 22   we know, according to Taishan's own documents, they exported to

12:18PM 23   the United States that they've never produced a single document

12:18PM 24   on, and their profile form is erroneous.

12:18PM 25         At depositions, the question was asked, "Where do

12:18PM 1   those figures come from?"  The only explanation was that this

12:18PM 2   was preliminary statistics, Your Honor.

12:18PM 3        If they're preliminary statistics, I figure that

12:18PM 4   the numbers would only be higher, Your Honor.  Somebody doesn't

12:18PM 5   pick a higher figure than the actual sales to come up with

12:18PM 6   preliminary statistics.

12:18PM 7        In addition, their claim to this Court, even

12:18PM 8   today, is that they exported zero.  Even if they got the number

12:18PM 9   off by a little bit, Your Honor, I don't think it would be from

12:18PM 10  zero to 180-some million square feet of unaccounted for

12:18PM 11  drywall.

12:18PM 12       We've got issues with their discovery about the

12:18PM 13  disclosed sales, but the one that bothers me the most is their

12:18PM 14  undisclosed sales to this Court and to the plaintiffs.

12:18PM 15       A decision came out in the Fifth Circuit,

12:19PM 16  Your Honor, this month, on June 13th, *Gray v. Walmart Louisiana*

12:19PM 17  was issued, the decision was issued.  One of the quotes from in

12:19PM 18  there is that, "A self-serving, after-the-fact deposition does

12:19PM 19  not negate a contemporaneous report containing admissions

12:19PM 20  against the interest of the preparer."

12:19PM 21       In that case, Walmart had a contemporaneously

12:19PM 22  prepared document.  I'm sure Your Honor is familiar with the

12:19PM 23  case.

12:19PM 24       JUDGE FALLON:  I'm familiar with it.

12:19PM 25       MR. PANAYOTOPOULOS:  Just because Taishan's witnesses

12:19PM 1   come afterwards and try to explain the unexplainable and make

12:19PM 2   up excuses for what happened, and now their position is that

12:19PM 3   they never exported to the U.S., does mean the Court disregards

12:19PM 4   the numerous extensive documents that the PSC and others have

12:19PM 5   uncovered that reflect significantly higher sales and exports

12:19PM 6   to the United States.

12:19PM 7          Based on those, under Chinese law, Your Honor, as

12:19PM 8   we state in our brief, the companies in China were required to

12:20PM 9   keep these records about -- their sales records and the exports

12:20PM 10  to the U.S. for ten years.  Our expert opined on that, and also

12:20PM 11  cited Article 29 and Article 27 of the Chinese rules.

12:20PM 12         Even Taishan admitted in its briefing that the

12:20PM 13  tax authorities required them to complete export invoices for

12:20PM 14  all the goods sold.  Those have just not been produced.

12:20PM 15         We cited them in our brief, Your Honor, the cases

12:20PM 16  that say that if you're under a legal obligation to keep

12:20PM 17  documents and can't produce them to the other side,

12:20PM 18  particularly where they obviously would be relevant to the

12:20PM 19  issues, and sales records and export sales to the United States

12:20PM 20  would obviously be relevant to the issues of jurisdiction,

12:20PM 21  then, at the very -- you either get a finding of jurisdiction,

12:20PM 22  which happened -- a couple courts found jurisdiction solely

12:20PM 23  because somebody was hiding the documents that would tend to

12:20PM 24  show jurisdiction -- or, at the very least, an adverse

12:20PM 25  inference was drawn by the court, because it's unfair to us, to

12:20PM 1   the plaintiffs, to try to disprove -- to prove jurisdiction

12:21PM 2   when they are not going to show us documents in their exclusive

12:21PM 3   control.

12:21PM 4           Florida law is also -- is the same.  Rebuttable

12:21PM 5   presumption is drawn under Florida law if the documents were

12:21PM 6   under their exclusive control, and they were -- and they should

12:21PM 7   have kept them, and if they -- under Florida law, if they

12:21PM 8   weren't produced -- if they were kept out in bad faith.

12:21PM 9           I don't think the bad faith element applies in

12:21PM 10  instances where you're required by law to keep those documents

12:21PM 11  and then don't produce them.

12:21PM 12          In addition, Your Honor, Taishan didn't even

12:21PM 13  respond to this argument or brief.  There is plenty of case law

12:21PM 14  that I can cite to the Court, but I'm sure the Court is

12:21PM 15  familiar with them, where parties failing to respond to an

12:21PM 16  argument in a relevant section of its opposition to a summary

12:21PM 17  judgment motion in that case resulted in treatment as a

12:21PM 18  concession.

12:22PM 19          I'm not interested in a concession, Your Honor.

12:22PM 20  I think, based on substance, we ought to win on this one.

12:22PM 21          They acted in bad faith, did not provide us the

12:22PM 22  discovery, they made misrepresentations on the profile forms,

12:22PM 23  and they tied our hands, and we believe that's unfair.

12:22PM 24          The relief we seek is either a finding of

12:22PM 25  jurisdiction or an adverse inference that documents would have

12:22PM 1    been favorable to the plaintiffs under the alter ego theory,

12:22PM 2    sales to Florida, Louisiana, Virginia and Alabama, and on the

12:22PM 3    nexus issues about whether those were the particular ones that

12:22PM 4    were sold to my client or others that ultimately injured folks.

12:22PM 5           The next slide, the last slide -- I'll end with

12:22PM 6    this, Your Honor -- this is Taishan's idea of fair play and

12:22PM 7    substantial justice about these very homeowners that they

12:22PM 8    purport to care about.

12:22PM 9           The interest of plaintiff and Florida's interest

12:22PM 10   in providing its residents with a forum to adjudicate their

12:22PM 11   drywall-related claims in a timely and efficient manner would

12:22PM 12   be served by the Florida courts adjudicating the numerous

12:23PM 13   drywall-related claims plaintiff has made against domestic

12:23PM 14   parties -- this is my client and the other suppliers,

12:23PM 15   Your Honor -- that actually supplied, distributed or installed

12:23PM 16   drywall in Florida.

12:23PM 17          That would be a much more efficient way for the

12:23PM 18   plaintiffs to obtain relief without the unfairness and

12:23PM 19   complexity of dragging TTP into this litigation from China.

12:23PM 20          They think this is the fair way and efficient way

12:23PM 21   to resolve it, Your Honor.  We believe the efficient way, if

12:23PM 22   they were interested in efficiency, would have been to submit

12:23PM 23   to this Court's jurisdiction after having exported to Florida,

12:23PM 24   Louisiana, Virginia for a number of years and tremendous

12:23PM 25   amounts of drywall, and then not try to hide behind

12:23PM 1     jurisdictional arguments.

12:23PM 2               That's all I have, Your Honor.

12:23PM 3          JUDGE FALLON:  Thank you very much.

12:23PM 4          MR. HERMAN:  Your Honor, may it please the Court.

12:23PM 5     Russ Herman.

12:23PM 6               I'm proud to say that we did an hour and

12:23PM 7     twenty-five minutes.  I also want to note for the record Nick's

12:23PM 8     excellent presentation.  The two exhibits he referred to in

12:24PM 9     showing the amount of drywall were Exhibit Number 10 and

12:24PM 10    Exhibit Number 16 to the affidavit which I submitted.

12:24PM 11              Thank you, Your Honor.  That concludes our

12:24PM 12    presentation.

12:24PM 13         JUDGE FALLON:  Good.  Thank you very much.

12:24PM 14         MR. CYR:  Just a few points, Your Honor.  No need for a

12:24PM 15    break.

12:24PM 16              Thank you very much.  And I'm really going to try

12:24PM 17    to get this done in my five minutes.

12:24PM 18              I only have a few comments.  One is that nothing

12:24PM 19    that I said during my original remarks was intended to

12:24PM 20    criticize plaintiffs' counsel in any way.  I hope I don't need

12:24PM 21    to linger on that too long.  They have been awesome, and it's

12:24PM 22    clear from all of the work that they have done.

12:24PM 23              But with respect to the motions before

12:24PM 24    Your Honor, of course, we have to talk about the evidence.  I

12:24PM 25    agree completely with Mr. Herman that we are dealing with an

12:24PM 1    evidentiary hearing where the standard is the preponderance of

12:24PM 2    the evidence.

12:25PM 3            The Fifth Circuit said in *Cooper* that, of course,

12:25PM 4    the court needs to rule based on admissible nonhearsay

12:25PM 5    evidence.  This is what we do.

12:25PM 6            Yes, the reason why all of that is so important

12:25PM 7    is because of the review at the circuit court.

12:25PM 8            When we saw that Your Honor welcomed in that

12:25PM 9    evidentiary hearing in your September 9th decision, we, Taishan

12:25PM 10   defendants, we conferred, and we welcomed the opportunity to

12:25PM 11   play this out before you.  That's what this is all about.

12:25PM 12   That's why I've emphasized so much about how important it is to

12:25PM 13   take a look at the admissible nonhearsay testimony.

12:25PM 14           That's why it's very important to appreciate

12:25PM 15   that, regardless of what a great lawyer Ms. Bass is, her

12:25PM 16   affidavit is not admissible.  It wouldn't be admissible in

12:25PM 17   opposing a motion for summary judgment.

12:25PM 18           The affidavits submitted on behalf of Mitchell

12:26PM 19   and Lennar, they are not admissible.  The deposition that was

12:26PM 20   taken of the Devon people in a completely different proceeding

12:26PM 21   in Alabama, where we were never even given an opportunity to

12:26PM 22   participate in that, they are not admissible.

12:26PM 23           So, I don't think it's fair to criticize Taishan

12:26PM 24   and its lawyers for concentrating on the evidentiary rules in

12:26PM 25   an evidentiary hearing where the review will be on appeal, as

12:26PM  1    Mr. Herman said.

12:26PM  2              I'm happy to report, and I don't mean to say this

12:26PM  3    in an arrogant way, but more of in a time-saving way, is that I

12:26PM  4    listened carefully to everything that the plaintiffs' counsel

12:26PM  5    said, and all of the issues that they have raised, we actually

12:26PM  6    have addressed in our briefs.  So there are only a couple of

12:26PM  7    comments that I need to make, despite all the very good

12:26PM  8    presentations and comments that were made by the other lawyers.

12:26PM  9              One is that I do urge Your Honor, as well as

12:27PM 10    Judge Farina, to look at the transcripts of Mr. Jia and

12:27PM 11    Mr. Peng Shiliang and the exhibits attached to those

12:27PM 12    transcripts in determining whether or not you feel comfortable

12:27PM 13    in piercing the corporate veil or applying Florida agency

12:27PM 14    principles to completely ignore the juridical personhood of TTP

12:27PM 15    under Chinese law or any other law in the United States that

12:27PM 16    you would like to apply.

12:27PM 17              I'm very comfortable in your reading the expert

12:27PM 18    opinions on Chinese law, and I think that you will come to the

12:27PM 19    same conclusion that we have come to with respect to the

12:27PM 20    application of the facts to that law.

12:27PM 21              I do need to emphasize that we really believe

12:27PM 22    that we have provided counsel and all -- and the Court all of

12:27PM 23    the relevant documents in this case.

12:28PM 24              I guess now I've been put in a position of having

12:28PM 25    to testify in a sense because we have been accused of not doing

12:28PM 1   that.  But not only did we go over to China with teams from

12:28PM 2   lawyers in the U.S. on more than one occasion, several

12:28PM 3   occasions, but that when we were there, we turned that company

12:28PM 4   inside out, and we made everybody, "Fork up your laptops.

12:28PM 5   We're going to look at the laptops and get the e-mails."  We

12:28PM 6   went through all of their files.  We did our duty to make sure

12:28PM 7   that our clients weren't trying to hide any documents.  We left

12:28PM 8   very satisfied, it's all been turned over.

12:28PM 9          Now, I'm going to have to admit to you, those

12:28PM 10  e-mails, when I first saw them about all this extra drywall,

12:28PM 11  that was obviously very distracting.  Bottom line is this guy

12:28PM 12  was puffing in his e-mails.

12:28PM 13         There is no other evidence to suggest that the

12:28PM 14  Taishan defendants manufactured any other drywall that was

12:29PM 15  exported to the United States, not even in the evidence that

12:29PM 16  they've come up, where they've found drywall manufactured by TG

12:29PM 17  and TTP.

12:29PM 18         Just to go outside our record for just a moment,

12:29PM 19  that's my understanding based on discussions I've had with

12:29PM 20  opposing counsel with respect to the information they've

12:29PM 21  gathered themselves and the enormous amount of work that

12:29PM 22  they've done, plus what Knauf gathered, is that the figures in

12:29PM 23  our profile forms actually match up with all the drywall they

12:29PM 24  found in the United States.

12:29PM 25         So, although I think that the counsel, he did a

12:29PM  1      good job in making that case, it's just dead wrong, not true.

12:29PM  2              I would like to move on to another point.  That

12:29PM  3      is the fundamental point that you and Judge Farina are faced

12:29PM  4      with.  I really do believe that everything that opposing

12:29PM  5      counsel has said is largely consistent with what I told you,

12:30PM  6      and that is that the Taishan defendants, together, they

12:30PM  7      participated in sales of drywall during 2005 and 2006 and a

12:30PM  8      little part of 2007, knowing that that drywall was of

12:30PM  9      dimensions that could be used in the U.S., and also knowing

12:30PM 10      that there was this tremendous demand in the U.S.

12:30PM 11              There was a couple handful of sales to

12:30PM 12      U.S. customers.  Counsel, just by accident, misrepresented

12:30PM 13      what's in the profile form.  What's in the profile form is not

12:30PM 14      sales to U.S. customers.  Those are sales to anyone of

12:30PM 15      dimensions that could be used in the U.S.  That was primarily

12:30PM 16      all these different Chinese trading companies.

12:30PM 17              But, as I said in the beginning in my remarks,

12:30PM 18      Your Honor, Taishan Gypsum and TTP, they were aware that most

12:30PM 19      of that drywall that's reflected in that profile form was going

12:30PM 20      to the United States.  And if it was -- the law was different,

12:31PM 21      if even prior to *Nicastro*, the law said if -- around the world,

12:31PM 22      if you ship product to the United States or you sell it to

12:31PM 23      someone else and you know that they are probably going to take

12:31PM 24      it to the United States, that you're going to be subject to the

12:31PM 25      jurisdiction of the courts in one of our states, if that was

12:31PM 1    the rule, well, then, jurisdiction would lie.

12:31PM 2             But the problem here, and their fundamental

12:31PM 3    problem, all the work they've done, the fundamental problem

12:31PM 4    that they have is that, yes, the Taishan defendants were aware

12:31PM 5    that they were manufacturing and selling drywall in China, but

12:31PM 6    they knew that it was going to go to the United States

12:31PM 7    somewhere, but the law has always been purposeful availment of

12:31PM 8    a forum state.

12:31PM 9             Now, if six justices in *Nicastro* had turned that

12:31PM 10   over and had said:  You know what?  We're changing the rules

12:32PM 11   because it's just too complicated in the global commerce, and

12:32PM 12   if you're aware that your product is going to go into the

12:32PM 13   United States, well, then one of our courts is going to assert

12:32PM 14   jurisdiction over you.

12:32PM 15            But those six justices, they talked about this

12:32PM 16   issue for a really long time, and you have to purposefully

12:32PM 17   avail a forum state.

12:32PM 18            Thanks for your time, Your Honor.

12:32PM 19        JUDGE FALLON:  Thank you very much.  On behalf of

12:32PM 20   Judge Farina, too, I know he'll join me by thanking --

12:32PM 21        MR. SPANO:  Excuse me.  Your Honor, may I make a

12:32PM 22   housekeeping matter?

12:32PM 23        JUDGE FALLON:  All right.  That's fine.

12:32PM 24        MR. SPANO:  Just for the record --

12:32PM 25            Frank Spano, Hogan Lovells, on behalf of the

12:32PM  1    Taishan defendants.

12:32PM  2              For the record, the Taishan defendants are

12:32PM  3    offering into evidence the exhibits attached to the

12:32PM  4    declarations they've submitted in support of their motions in

12:32PM  5    the four cases before you this morning.  We will shortly be

12:32PM  6    filing an exhibit list identifying what that evidence is,

12:33PM  7    similar to what the PSC circulated this morning.

12:33PM  8              JUDGE FALLON:  Okay, all right.  I'll receive that, and

12:33PM  9    I also receive the others.

12:33PM 10         MR. HERMAN:  Your Honor, I know it will come as a

12:33PM 11    relief to everybody, we have five minutes left, and we don't

12:33PM 12    want to use them.

12:33PM 13         JUDGE FALLON:  That's great.

12:33PM 14              All right.  Both Judge Farina and I appreciate

12:33PM 15    the work that you all have done.  He and I have both read the

12:33PM 16    briefs, and we have enjoyed, I know, oral argument and profit

12:33PM 17    from it.

12:33PM 18              So I'll see you all in -- what -- when do we

12:33PM 19    argue to Virginia?  I mean, Florida?

12:33PM 20         JUDGE FARINA:  I think -- Judge Fallon, this is

12:33PM 21    Judge Farina, and I echo my appreciation for everyone there.

12:33PM 22              If we could do it at -- let's see, it would be

12:33PM 23    2:45 my time, 1:45 your time.

12:33PM 24         JUDGE FALLON:  Great.  Okay.  1:45 New Orleans time.

12:33PM 25              Thank you very much.  Court will stand in recess.

1             (WHEREUPON, at this point in the proceedings, the Court

2     was in luncheon recess at 12:33 p.m.)

3                             *     *     *

1                    **P-R-O-C-E-E-D-I-N-G-S**

2                    FRIDAY, JUNE 29, 2012

3               A F T E R N O O N   S E S S I O N

4                    (COURT CALLED TO ORDER)

5

6

01:44PM  7          THE DEPUTY CLERK:  All rise.

01:44PM  8          JUDGE FALLON:  Be seated, please.  This portion of the

01:44PM  9    proceeding is going to be presided over by Judge Farina.

01:44PM 10               Judge Farina, are you with me?

01:44PM 11          JUDGE FARINA:  Yes, I am.  I'm with you and I am ready

01:44PM 12    for the presentations to commence.

01:44PM 13          JUDGE FALLON:  Hold on.  Let's make sure we're getting

01:44PM 14    you.

01:44PM 15          MR. CYR:  There is a little glitch with this slide.  We

01:44PM 16    just have another thirty seconds here maybe.

01:45PM 17          JUDGE FALLON:  Judge Farina --

01:45PM 18          JUDGE FARINA:  Yes.

01:45PM 19          JUDGE FALLON:  -- it's yours, sir.  Everybody is ready

01:45PM 20    for you.

01:45PM 21          JUDGE FARINA:  All right.  I'm ready to proceed.

01:45PM 22               Is it going to be Taishan's counsel beginning?

01:45PM 23          MR. CYR:  Yes, Your Honor.  This is Mr. Cyr, the same

01:45PM 24    fellow who was speaking this morning.  It's a privilege to be

01:46PM 25    before you, even if it's this way.  Thank you very much for

01:46PM 1    carving out your time so that we can address the Lennar motion

01:46PM 2    efficiently.

01:46PM 3              I did want to begin my presentation with a slide

01:46PM 4    that reflects Lennar's claims in a very similar way that you

01:46PM 5    saw this morning, but we're having some technical issues.

01:46PM 6              So, out of respect for your time, let me just say

01:46PM 7    that I will begin now.  I understand that I have 20 minutes.

01:46PM 8    I'm going to take approximately 10, maybe 15 minutes initially,

01:46PM 9    and save some time for any questions that you have, and then

01:46PM 10   also for any points that I would like to make at that time, if

01:46PM 11   it's okay with you.

01:46PM 12             Is that an all right way to proceed?

01:46PM 13        JUDGE FARINA:  Yes, sir.  That's fine with me.  Thank

01:46PM 14   you very much.

01:46PM 15        MR. CYR:  Thank you, Judge.

01:46PM 16             The first thing that I wanted to do was to

01:46PM 17   actually direct your attention to the manufacturing profile

01:47PM 18   form that you have been given a copy of.

01:47PM 19             Do you have a copy of that?

01:47PM 20        JUDGE FALLON:  Would you stand behind the podium,

01:47PM 21   because he can't hear you.

01:47PM 22        MR. CYR:  Do you have a copy of that profile form?

01:47PM 23        JUDGE FARINA:  Let me see if I do.

01:47PM 24             Yes, I do.  It's in the booklet that you

01:47PM 25   presented under the TTP MPF?

01:47PM  1     MR. CYR:  Yes, sir.

01:47PM  2        I wanted to start off by just directing your

01:47PM  3  attention to the chronology, which is at the first tab.

01:47PM  4     JUDGE FARINA:  All right.  Go ahead.

01:47PM  5     MR. CYR:  Specifically, I wanted to direct your

01:47PM  6  attention to the sales of drywall by TTP to supply companies in

01:47PM  7  China where the -- either the supply company's main office is

01:47PM  8  in Florida or a port was designated by the supply company for

01:48PM  9  the shipment of the drywall.

01:48PM  10        They include three different entries.  I

01:48PM  11  mentioned them briefly this morning.  I want to focus on them

01:48PM  12  now.

01:48PM  13        The first one is Wood Nation, and that is

01:48PM  14  August 8, 2006.  The next one is April 30, 2007, B of America.

01:48PM  15  Then, finally, there is a series in 2007, with

01:48PM  16  Oriental Trading.

01:48PM  17        I just wanted to point out a couple of things

01:48PM  18  with respect to those transactions.  The facts are all trotted

01:48PM  19  out in the briefs.

01:48PM  20        One is that all of the transactions occurred in

01:48PM  21  China.  Whether they were FOB or CIF, title passed in China;

01:48PM  22  that the supply companies that purchased the product, they are

01:48PM  23  the ones that designated.  It's true that the TTP guys, they

01:48PM  24  helped them out with the shipping arrangements.

01:48PM  25        But, perhaps most importantly, is that although

01:48PM 1  these transactions were the subject of focus in the discovery,

01:48PM 2  when we received the opposition brief from Lennar, it's

01:49PM 3  apparent that the drywall that TTP sent to -- that TTP sold to

01:49PM 4  these companies that was then brought back by these companies

01:49PM 5  to Florida, that drywall does not appear to be relevant for

01:49PM 6  purposes of adjusting the question whether or not the

01:49PM 7  plaintiffs' claims arise out of any forum-related activities of

01:49PM 8  TG and TTP because it doesn't appear as though Lennar or anyone

01:49PM 9  else is claiming that the approximately 400 homeowners that I

01:49PM 10 hope now you see on a slide before you --

01:49PM 11         If I can be so bold as to confirm, do you now see

01:49PM 12 a slide before you, Judge?

01:49PM 13         JUDGE FARINA:  Yes, I do have right now the Lennar

01:49PM 14 claims slide, yes.

01:49PM 15         MR. CYR:  Thank you.

01:49PM 16         The point that I'm developing now is that on the

01:49PM 17 left-hand side of the slide there are these 400 homes,

01:50PM 18 approximately, that Lennar claims to have -- and I have no

01:50PM 19 doubt -- constructed with someone's drywall having been

01:50PM 20 provided, but they do not appear to be claiming that that

01:50PM 21 drywall comes from any of the three supply companies that I've

01:50PM 22 just indicated.

01:50PM 23         We always knew that with respect to

01:50PM 24 Oriental Trading because that drywall was never distributed to

01:50PM 25 anyone.  They gave it away to charity.

01:50PM 1          But now, the plaintiffs' claims are quite

01:50PM 2    different, it appears, from their opposition papers.  That is

01:50PM 3    the slide before you.

01:50PM 4          There is two issues that I would submit that you

01:50PM 5    are interested in.  One is that when TG or TTP sold the drywall

01:50PM 6    to this trading company in China, did TG or TTP -- at that

01:51PM 7    time, was it purposefully availing itself of the benefits and

01:51PM 8    protections of Florida under the due process clause?  That's a

01:51PM 9    question, and in my view it's a pretty easy one to answer.

01:51PM 10          But, second is the tracing issue, and that is,

01:51PM 11    since none of the homeowners testified, and nobody from Lennar

01:51PM 12    has -- no witnesses, admissible witnesses have testified --

01:51PM 13    I'll talk about Banner in just a moment, but the question

01:51PM 14    becomes whether or not this tracing, you might say, theory

01:51PM 15    developed by Lennar's counsel is sufficient for you to find

01:51PM 16    that the homeowners' claims that they have arised out of

01:51PM 17    drywall that was sold by TTP or TG to this trading company in

01:52PM 18    China.

01:52PM 19          I didn't get a chance this morning to explain all

01:52PM 20    the arrows, but perhaps it's self-explanatory.  That is, that

01:52PM 21    under the facts in the record, it does appear as though there

01:52PM 22    were many possible sources of drywall for Banner to have.

01:52PM 23    That's why, in the initial complaint that Lennar has, that they

01:52PM 24    do sue Taishan Gypsum, as well as Knauf and BNBM, but there is

01:52PM 25    this tremendous uncertainty about where the drywall came from.

01:52PM 1          Then, even later, when Banner submits its profile

01:52PM 2    forms -- and this is something I did want to focus on within my

01:52PM 3    allotted time here -- and now I have to start measuring myself.

01:52PM 4    I've lost my watch.

01:52PM 5          JUDGE FALLON:  It's on the podium, I think.

01:52PM 6          MR. CYR:  Thank you, Judge.

01:53PM 7          -- is that the Banner profile forms, when they

01:53PM 8    were filed -- and you have them, they are in Exhibit 104

01:53PM 9    attached to the Herman affidavit -- and Banner itself says that

01:53PM 10   they don't know who manufactured their drywall.

01:53PM 11         Now, there are some other -- except for Knauf.

01:53PM 12         Then there are some other Banner subsidiaries

01:53PM 13   that say, "Well, Knauf," and then they have other entities that

01:53PM 14   manufactured the drywall that Banner got.  Then they say, "And

01:53PM 15   it appears as though that we might have some from Taishan."

01:53PM 16         None of these profile forms are signed.  This is

01:53PM 17   Plaintiffs' Exhibit 104 attached to the Herman affidavit.  Not

01:53PM 18   signed.  We didn't object to them, but it really does show you

01:53PM 19   how unreliable these things can be.

01:53PM 20         But one thing it does demonstrate is that Banner

01:53PM 21   doesn't seem to have any idea who manufactured the drywall that

01:53PM 22   it received that Banner and Lennar claim was used for these 400

01:53PM 23   homes in Florida.

01:54PM 24         But before I leave this slide, just for a few

01:54PM 25   minutes, I just want to emphasize -- and I'm sorry that -- if

01:54PM 1    it's obvious -- but there is absolutely no evidence whatsoever

01:54PM 2    that when TG or TTP sold that drywall to that trading company,

01:54PM 3    that they had any idea where in the U.S. it would go.

01:54PM 4              This transaction is reflected in a document

01:54PM 5    that's attached to the Bass affidavit.  The number of that

01:54PM 6    document is C28-A.

01:54PM 7              We're objecting to some of the documents attached

01:54PM 8    to the Bass affidavit for the reasons I mentioned this morning.

01:54PM 9    I can't remember, actually, whether we objected to this one or

01:54PM 10   not; but, since there hasn't been any rulings on the evidence,

01:55PM 11   I need to address it regardless.

01:55PM 12             I just wanted to say that it actually illustrates

01:55PM 13   quite well a lot of the transactions between the Taishan

01:55PM 14   entities and these trading companies.

01:55PM 15             I don't have it on a slide to show you -- before

01:55PM 16   you; but, let me say that when you have an opportunity to look

01:55PM 17   at it, you'll see that it's governed by Chinese arbitration,

01:55PM 18   and that the transaction occurred, of course, at the facilities

01:55PM 19   in Tai'an.

01:55PM 20             One of the things that you'll be looking for is

01:55PM 21   some indicia that somehow the Taishan entities are supposed to

01:55PM 22   know where the drywall was going.  The only thing that

01:55PM 23   plaintiffs are going to be able to show you -- and I'm going to

01:55PM 24   sit down now and save my time -- is a bill of lading number at

01:55PM 25   the bottom of this document.

01:55PM 1          Now, they use that bill of lading number to show

01:55PM 2    you how some of this drywall might have found its way to

01:56PM 3    Banner.  That's the tracing issue.

01:56PM 4          Although they argue in their brief that Taishan

01:56PM 5    or TTP should know what forum state this drywall is going to

01:56PM 6    based on that bill of lading number, I don't think it's

01:56PM 7    possible for any of us to know that.

01:56PM 8          They may have evidence that I haven't seen that

01:56PM 9    somehow one of the Taishan entities, after the fact, got a copy

01:56PM 10   of a bill of lading that had the name -- the word "Florida" on

01:56PM 11   it.

01:56PM 12         I haven't seen that in evidence.  I'm interested

01:56PM 13   to see if I've missed that.  But even if that were true, that

01:56PM 14   certainly wouldn't mean that at the time that TG or TTP entered

01:56PM 15   into the transaction that you see on the slide there in China

01:56PM 16   with the trading company, that, through all of those different

01:56PM 17   distribution companies, that they were purposely availing

01:57PM 18   themselves of the Florida market.

01:57PM 19         Thank you, Judge, I'll save the rest of my time.

01:57PM 20         JUDGE FARINA:  Thank you.

01:57PM 21         MS. BASS:  Good afternoon, Judge Farina.  It's

01:57PM 22   Hilarie Bass.

01:57PM 23         JUDGE FARINA:  Good afternoon, Ms. Bass.

01:57PM 24         MS. BASS:  In light of the fact that you've attentively

01:57PM 25   participated in the first three hours of this hearing, I'm

01:57PM 1    going to skip over much of my presentation and just address one

01:57PM 2    issue that Mr. Cyr raised, and then move on to the motion to

01:57PM 3    vacate default, if that's okay with you.

01:57PM 4        JUDGE FARINA:  Yes, that's fine.  I did review the

01:57PM 5    materials and noted that there was some similarity for a great

01:57PM 6    deal of it between what was presented this morning and what you

01:57PM 7    had thought about presenting this afternoon from the

01:57PM 8    PowerPoint.  So go ahead, thank you.

01:57PM 9        MS. BASS:  So if you wouldn't mind turning to page 46

01:58PM 10   of the materials that we provided to you.

01:58PM 11            This is, of course, for the Lennar and U.S. Homes

01:58PM 12   case, who I represent before you.

01:58PM 13            JUDGE FARINA:  All right.  Let me do that.

01:58PM 14            Yes, that's the page that's titled *Personal*

01:58PM 15   *Jurisdiction Over Taishan*?

01:58PM 16            MS. BASS:  Correct.

01:58PM 17            JUDGE FARINA:  Thank you.

01:58PM 18        MS. BASS:  I just wanted to respond to Mr. Cyr's

01:58PM 19   argument about this issue of tracing, and confirm for the Court

01:58PM 20   that the requirement under 48-193 reflects a claim that arises

01:58PM 21   from or relates to the defendants' activities in the Florida

01:58PM 22   market exists whether or not the specific product causing the

01:58PM 23   injury was sold as part of those activities.

01:58PM 24            If you turn to the next page, there are three cases

01:58PM 25   that we cited to Your Honor that stand for that proposition.

01:58PM 1          In *Wetzel*, which is the 4th DCA 2000 case, this

01:59PM 2    was a case where personal jurisdiction was found with reference

01:59PM 3    to injuries caused within the state from some fireworks

01:59PM 4    products, despite the fact that it was a different type of

01:59PM 5    product that was sent into the state and was the basis for

01:59PM 6    finding that the company was doing business within the state of

01:59PM 7    Florida.

01:59PM 8          The point there is that the focus is on the

01:59PM 9    defendants' overall business activities, not how the specific

01:59PM 10   product that caused the injury entered the market.

01:59PM 11         The *Kravitz* case, which is a 3rd DCA 1985 case,

01:59PM 12   is an even better example of that because there you had an

01:59PM 13   injury caused by a bicycle rack purchased in Illinois.  The

01:59PM 14   argument was that that did not fit within the long-arm

01:59PM 15   jurisdiction of Florida courts because it was not a purchase in

01:59PM 16   the state.

01:59PM 17         The Third District said:  No, that's not right.

02:00PM 18   Once we make a finding that the defendant is involved in

02:00PM 19   soliciting and engaging in business within the state, they are

02:00PM 20   then liable under the long-arm statute for any injury caused by

02:00PM 21   a product, irrespective of where it's purchased.

02:00PM 22         Similarly, the *Citicorp* case, a 1st DCA case in

02:00PM 23   '94, specifically addressed itself to the issue of what does

02:00PM 24   arising from or the nexus required to meet the standards of

02:00PM 25   48.193.

02:00PM 1          In all three of those cases, the courts were

02:00PM 2     finding there is not a necessity to do the kind of tracing that

02:00PM 3     Mr. Cyr is suggesting is necessary.  That being the case, all

02:00PM 4     you need to do is find that TTP and TG were actively soliciting

02:00PM 5     and doing commerce within the state of Florida.  They then

02:00PM 6     become liable under a long-arm statute for any injuries caused

02:00PM 7     by any products, even if they were delivered to Venture Supply

02:00PM 8     in Virginia or to the Port of New Orleans or anyplace else.

02:01PM 9          The point is they manufactured a product which

02:01PM 10    caused injury to people within the state of Florida, and

02:01PM 11    because they were actively engaged in soliciting commerce in

02:01PM 12    the state, that's sufficient under the long-arm statute.

02:01PM 13         So now, if you wouldn't mind, Your Honor, turn

02:01PM 14    the page 58.  I will address my comments to the motion to

02:01PM 15    vacate default, which has not previously been addressed.

02:01PM 16         JUDGE FARINA:  Yes, I have that.  Thank you.

02:01PM 17         MS. BASS:  Thank you, Judge Farina.

02:01PM 18         So Florida law is clear.  In order for TG to

02:01PM 19    establish that it has a basis to vacate the default that you

02:01PM 20    entered, they must establish three specific things:  Excusable

02:01PM 21    neglect, due diligence, and the existence of a meritorious

02:01PM 22    defense.

02:01PM 23         Now, their explanation for why they claim their

02:01PM 24    neglect is excusable is referenced in their memo on page 18,

02:01PM 25    and I quote, "Taishan did not understand the significance of

02:02PM 1    the first amended complaint and could not imagine how its sale

02:02PM 2    of drywall could have legitimately resulted in U.S.

02:02PM 3    litigation."

02:02PM 4            To counter that, Your Honor, we cited to the

02:02PM 5    *Joe-Lin, Inc.* case, the 5th DCA 1997 opinion, where it was

02:02PM 6    specifically stated that, "Ignorance of the law, whether on the

02:02PM 7    part of counsel or the client, does not qualify as excusable

02:02PM 8    neglect."  The fact that they didn't think there was a

02:02PM 9    legitimate claim is not sufficient under Florida law to excuse

02:02PM 10   them from responding to the complaint.

02:02PM 11           Similarly, they argued that no employee at

02:02PM 12   Taishan had a sufficient mastery of the English language to

02:02PM 13   read and understand legal documents in English.  That was in

02:02PM 14   Mr. Jia's affidavit.

02:02PM 15           Well, the problem with that is, first of all, we

02:02PM 16   spent -- we went to great expense to have the summons and the

02:02PM 17   complaint translated into Chinese.  So what Mr. Jia received

02:03PM 18   when he was served was a Chinese translation of our complaint.

02:03PM 19           So, to suggest that it's excusable neglect that

02:03PM 20   he didn't understand English is, on its face, inadequate to

02:03PM 21   meet the standard.

02:03PM 22           But there is a specific case, the *Santos* case,

02:03PM 23   the 3rd DCA 1993 case, where the Court held, "Clearly, under

02:03PM 24   the law of this state, the fact that a defendant does not

02:03PM 25   understand English standing alone is not a sufficient basis to

02:03PM  1    make a finding of excusable neglect."

02:03PM  2            The only facts that have been presented here to

02:03PM  3    justify their claim that they were unable to respond reflects

02:03PM  4    that it was willful action on their part, not accidental.

02:03PM  5            They are not fitting within those cases that talk

02:03PM  6    about excusable neglect where a complaint was misfiled or was

02:03PM  7    never received by the appropriate party or was lost, nor can

02:03PM  8    they claim that it was indecipherable or confusing, since it

02:04PM  9    was in Chinese.

02:04PM  10           TG is unable to make any claim that it made the

02:04PM  11   mistake of refusing to retain counsel because courts have

02:04PM  12   specifically rejected that.

02:04PM  13           In fact, TG, in its testimony, specifically said

02:04PM  14   that immediately upon receipt of the complaint, it was

02:04PM  15   solicited by many law firms.  I think Judge Fallon was present

02:04PM  16   when that testimony was given.

02:04PM  17           Mr. Jia said, as soon as the complaint was filed,

02:04PM  18   law firms from the United States contacted him to ask if they

02:04PM  19   could assist.  This was Mr. Jia's testimony from his

02:04PM  20   January 2012 deposition.

02:04PM  21           "When did you first contact counsel to discuss

02:04PM  22   the lawsuit?"

02:04PM  23           His answer, "I consulted a lawyer from Tai'an for

02:04PM  24   the documents we first received regarding the litigation.  Many

02:04PM  25   American law firms sent us letters.  Some of them sent their

02:04PM 1    representatives."

02:04PM 2              But, basically, what he says is, immediately upon

02:04PM 3    receiving the complaint, he was solicited by multiple lawyers

02:05PM 4    to ask if he needed their assistance.  He apparently chose not

02:05PM 5    to accept it.

02:05PM 6              In fact, Taishan failed to exercise any

02:05PM 7    diligence.  Florida's due diligence requirements demands that a

02:05PM 8    party takes immediate action once they learn of the entry of a

02:05PM 9    default.  Absent exceptional circumstances, Florida courts

02:05PM 10   consistently say a delay as short as a few weeks between the

02:05PM 11   entry of the default and the motion to vacate is a sufficient

02:05PM 12   basis to find that there was not appropriate diligence

02:05PM 13   utilized.  That's from the *Fischer* case, the 3rd DCA found in

02:05PM 14   1987.

02:05PM 15             So let's look at the timeline of actions that

02:05PM 16   took place that he led to the entry of the default and the

02:05PM 17   eventual filing of the motion to vacate.

02:05PM 18             Lennar filed its state court action on January 31,

02:05PM 19   2009.  It wasn't until August of that year that we obtained

02:05PM 20   service.  Apparently, as Mr. Jia said, at that point in August

02:06PM 21   of 2009, TG sought the advice of counsel.

02:06PM 22             In February of 2010, a default was entered.

02:06PM 23   Four months later, TG appears in the MDL; but, it's not until

02:06PM 24   July 15th of 2010, 11 months after service, that TG appears in

02:06PM 25   the *Lennar versus Knauf* case in the 11th Circuit in

02:06PM 1   Dade County.

02:06PM 2          But, even more bizarre than that, after filing an

02:06PM 3   appearance and knowing that a default had been entered against

02:06PM 4   them five months earlier, it took an additional 11 weeks for

02:06PM 5   them to file their motion to vacate default.

02:06PM 6          In fact, two months -- close to two months after

02:06PM 7   they appeared, Lennar finally filed before you, Judge Farina, a

02:06PM 8   motion for the entry of a scheduling order, because we could

02:06PM 9   not believe that after seven weeks after filing their

02:06PM 10   appearance, there still was not a motion to go vacate; but, in

02:07PM 11   fact, it was not filed until 11 weeks.

02:07PM 12          That clearly does not meet the standards under

02:07PM 13   any of the Florida caselaw for exercising due diligence to

02:07PM 14   justify the vacation of a default.

02:07PM 15          Lastly, on the meritorious defense, obviously, we

02:07PM 16   don't need to address the personal jurisdiction issue.  You've

02:07PM 17   heard that at length today.  But the only suggestion as to why

02:07PM 18   there is a meritorious defense to the entire claim that TG and

02:07PM 19   TTP have put forth is that all of the claims are barred by the

02:07PM 20   economic loss rule.

02:07PM 21          Well, of course, Judge Farina, along with

02:07PM 22   Judge Fallon, you've both ruled that that was not a bar to the

02:07PM 23   claim, so I don't know why we would be suggesting now that the

02:07PM 24   economic loss rule is the basis for a meritorious defense to

02:07PM 25   the entire claim.

02:07PM 1          Second of all, they claim that equitable

02:07PM 2    subrogation is not a valid claim because Lennar, when it went

02:07PM 3    into its pocket and spent tens of millions of dollars to repair

02:08PM 4    960 homes, was merely acting as a volunteer.

02:08PM 5          Lastly, that common law indemnification does not

02:08PM 6    state a claim because there is no special relationship.

02:08PM 7          In fact, they have failed to come forward with

02:08PM 8    any sworn proof demonstrating a meritorious defense.  I cite to

02:08PM 9    the *Matthews* case, again, a 3rd District Court of Appeal case

02:08PM 10   in 1990, affirming a denial of a motion to set aside a default

02:08PM 11   where the affidavits contain only conclusory assertions that a

02:08PM 12   meritorious defense exists.

02:08PM 13         As to the equitable subrogation, Lennar had

02:08PM 14   legitimate claims being asserted against it.  Florida law is

02:08PM 15   clear, we're not acting as a volunteer if we go in and repair

02:08PM 16   those homes as an effort to minimize liability.

02:08PM 17         For that proposition, the Court should consider

02:08PM 18   *Kala Investments*, a 3rd District Court of Appeal case of 1989,

02:08PM 19   talking about what a party would have to do to protect its own

02:09PM 20   interests, and that it does not act as a volunteer for

02:09PM 21   equitable subrogation purposes.

02:09PM 22         Lastly, on the common law indemnity, the

02:09PM 23   Supreme Court has held that vicarious, constructive, derivative

02:09PM 24   or technical liability satisfies the special relationship

02:09PM 25   requirement.

02:09PM 1        Under the *Houdaille* case, Florida Supreme Court

02:09PM 2   of 1979, specifically the Court found that where a defective

02:09PM 3   component is incorporated into a product that injures a

02:09PM 4   customer, there may be a right of indemnification.

02:09PM 5        That is the basis for our claims.  The Court has

02:09PM 6   already denied motions to dismiss on that basis, Your Honor.  I

02:09PM 7   suggest to you that Taishan has failed to meet any of the three

02:09PM 8   requirements that would be a basis to vacate the default.  They

02:09PM 9   have not shown excusable neglect.  They certainly have not

02:09PM 10  shown due diligence in moving to vacate the default.  Lastly,

02:09PM 11  they have not shown that they have meritorious defenses.

02:09PM 12       Thank you, Your Honor.  I will now turn it over

02:09PM 13  to Ervin Gonzalez, who will be speaking on behalf of the PSC.

02:10PM 14       JUDGE FARINA:  Thank you.

02:10PM 15       MR. GONZALEZ:  Good afternoon, Your Honor.

02:10PM 16       JUDGE FARINA:  Yes, good afternoon.

02:10PM 17       MR. GONZALEZ:  I'm speaking on behalf of the Plaintiff

02:10PM 18  Steering Committee for Florida MDL.  I'm also a member of the

02:10PM 19  national MDL appointed by Judge Fallon; but, I am officially

02:10PM 20  speaking on behalf of the Florida MDL on this part of the

02:10PM 21  response.

02:10PM 22       I'm using Banner's time, as well as the remaining

02:10PM 23  time for Lennar's counsel, in addition to my 10 minutes, so

02:10PM 24  roughly 30 minutes.  I plan on not using the entire 30 minutes.

02:10PM 25       My role today is to discuss the significant facts

02:10PM 1    that support the purposeful availment of the defendant,

02:10PM 2    Taishan, TTP, into this litigation, as well as the particulars

02:10PM 3    of the Florida long-arm statute.

02:11PM 4          But we have to be mindful of the federal

02:11PM 5    constitutional issues.  There has been a lot of talk about

02:11PM 6    *McIntyre* and *Nicastro*.  There, the courts found there was

02:11PM 7    absolutely no contact with New Jersey on that one rogue

02:11PM 8    machine, that paper shredder that ended up in the city where

02:11PM 9    the person got hurt, as opposed to the facts in this case,

02:11PM 10   where we have Taishan, through its agent, TTP -- in essence,

02:11PM 11   they are one in the same -- sending in 9.3 million square feet

02:11PM 12   of product, specifically, to the state of Florida,

02:11PM 13   193,000 sheets of drywall; numerous contracts with Florida

02:11PM 14   individuals; entry of the product through ports through Miami,

02:11PM 15   south Florida and Tampa; the appointment of an agent as the

02:11PM 16   exclusive distributor of the DUN brand, who is Oriental Trading

02:11PM 17   Corporation, a Miami, Florida corporation, with numerous

02:12PM 18   comments going back and forth through e-mailing, cell phones

02:12PM 19   and instant messaging, where they discussed being the sole

02:12PM 20   partners, Oriental Trading Corporation, a partner, the agent,

02:12PM 21   the sole agent, for the DUN brand in Florida.

02:12PM 22          So contrary to the constitutional issues raised

02:12PM 23   in *McIntyre* and *Nicastro*, this case is clearly one where the

02:12PM 24   defendant has purposefully availed itself of the jurisdiction

02:12PM 25   of the state of Florida, in particular.

02:12PM 1            Then, we turn to the Florida long-arm statute,

02:12PM 2     27.  The relevant portion starts at one.

02:12PM 3            Florida statute 48.1931(a)(1):  "Any person,

02:12PM 4     whether or not a citizen or resident of this state who

02:12PM 5     personally or through an agent does any of the acts enumerated

02:12PM 6     in this subsection thereby submits himself or herself, and if

02:12PM 7     he or she is a natural person, his or her personal

02:12PM 8     representative, to the jurisdiction of the courts of this

02:13PM 9     state," meaning Florida, "for any cause of action arising from

02:13PM 10    the doing of any of the following acts."

02:13PM 11           And then you turn to subsection (f), which is the

02:13PM 12    relevant portion, which is highlighted in red:  "Causing injury

02:13PM 13    to persons or property within this state arising out of an act

02:13PM 14    or omission by the defendant outside this state, if, at or

02:13PM 15    about time of the injury, either" -- so it's either one or

02:13PM 16    two -- we'll go with two -- "products, materials, or things

02:13PM 17    processed, serviced, or manufactured by the defendant anywhere

02:13PM 18    were used or consumed within this state in the ordinary course

02:13PM 19    of commerce, trade or use."

02:13PM 20           So clearly we have the defendant providing a

02:13PM 21    defective and dangerous product that's damaged probably

02:13PM 22    billions of dollars worth of homes in the state of Florida.  It

02:13PM 23    was a product manufactured by the defendant.  It was clearly

02:13PM 24    used by Floridians and Florida corporations, and in this

02:14PM 25    particular case by Lennar, unknowingly, and it caused

02:14PM   1    tremendous harm.

02:14PM   2            So clearly, it falls -- this case falls within

02:14PM   3    the federal standards, within the constitutional guaranties of

02:14PM   4    the United States, as well as the specific language of the

02:14PM   5    Legislature for the Florida long-arm statute that has been

02:14PM   6    considered constitutional by state courts.

02:14PM   7            Additionally, Banner wanted me to mention the

02:14PM   8    case of *Davis versus Pyrofax Gas Corporation*, 492 So.2d 1044

02:14PM   9    (Florida Supreme Court 1986).

02:14PM   10           It states:  "If a defendant has a relationship

02:14PM   11   with Florida such that it is amenable to suit in Florida by a

02:14PM   12   person who purchased its product in Florida, there is no

02:14PM   13   logical reason to prohibit a plaintiff who purchased the same

02:14PM   14   product elsewhere and was injured by it in Florida from

02:14PM   15   maintaining an action in Florida."

02:14PM   16           So we do not believe that we have to show what

02:15PM   17   the defendant is claiming, that we have to actually track the

02:15PM   18   product that came in and it has to go to Lennar.  That's not

02:15PM   19   the test for jurisdiction.  That may be the test for proving

02:15PM   20   the negligence case or products case in a case specific, do you

02:15PM   21   have enough evidence to show product ID that was causative of

02:15PM   22   the injury in fact?  That's not the test for today.

02:15PM   23           Today is, do we have evidence that we can show

02:15PM   24   that the defendant purposefully availed itself to the

02:15PM   25   jurisdiction of Florida by its acts through simple commerce?

02:15PM 1    The answer to that is overwhelmingly yes.

02:15PM 2            We'll go through some of the details, because I

02:15PM 3    would like to have the proof in the record for Your Honors to

02:15PM 4    have.

02:15PM 5            But we have websites specifically talking about

02:15PM 6    shipping to the United States, brochures specifically talking

02:15PM 7    about shipping into the United States, bragging by the

02:15PM 8    employees that they sell and ship to the United States,

02:15PM 9    exclusive agency contracts written and approved with a sealed

02:16PM 10   stamp of Taishan saying that they've appointed individuals that

02:16PM 11   are Florida corporations as their sole and exclusive agents.

02:16PM 12           We have documents of import and export showing

02:16PM 13   that the sales were to go CIF, which means insured freight, to

02:16PM 14   Miami, Florida, paid for by the defendant, and numerous

02:16PM 15   evidence where they are actually working with the buyers in

02:16PM 16   Florida to make sure that the goods are shipped from China to

02:16PM 17   Florida, knowing exactly that it's going to Florida.

02:16PM 18           So the defendant makes a very simple argument.

02:16PM 19   It says:  Well, we sold it in China for the most part, and it

02:16PM 20   was just FOB Hong Kong.

02:16PM 21           Well, the fireworks case, the Fisherman's Wharf

02:16PM 22   case, specifically says that if you say "FOB Hong Kong," but

02:16PM 23   you know it's going elsewhere, you are subject to jurisdiction

02:16PM 24   in the state of Florida.  And that's the *Wetzel vs. Fisherman's*

02:17PM 25   *Wharf of Pompano Beach* case.  It is 771 So.2d 1195, 2000.

02:17PM 1      There, the facts were significantly less powerful

02:17PM 2  than the facts that we have in this case, which, frankly, are

02:17PM 3  overwhelming.

02:17PM 4      Let's turn now to the next section.  This is

02:17PM 5  Che Gang, who is also known as Bill Cher.  He's talking about

02:17PM 6  the contract that he's now entered, which is an exclusive

02:17PM 7  agency agreement.  Tai'an Taishan Plasterboard Company, TTP --

02:17PM 8  in essence, it's also TG, as we know.  They share the same

02:17PM 9  employees.  They set this one up for tax purposes.  When TTP's

02:17PM 10 reason for existence really ended, all the employees went back

02:17PM 11 to TG.  They sold TG's products.

02:17PM 12     So the certificate shall be considered with the

02:17PM 13 understanding that it may be effective on the date of the

02:17PM 14 signing.  Tai'an Taishan Plasterboard Company Limited certifies

02:18PM 15 Oriental Trading Company, LLC, as its exclusive agency for the

02:18PM 16 DUN brand in the United States of America.

02:18PM 17     What's significant, as you can see, OTC,

02:18PM 18 Oriental Trading Corporation, is a Florida company based in

02:18PM 19 Miami, Florida.  Based in Miami, Florida.  That record -- that

02:18PM 20 testimony is in the record.

02:18PM 21     Mr. Che Gang confirms it's his signature.  In

02:18PM 22 another deposition, which is part of this record, we have the

02:18PM 23 Oriental Trading Corporation representative saying, "That's my

02:18PM 24 signature," or "That's my company's signature."

02:18PM 25     We have a valid contract.  It's been

02:18PM 1    authenticated pursuant to the appropriate Federal Rules of

02:18PM 2    Evidence and the Florida State Rules of Evidence.  There is no

02:18PM 3    issue as to its authenticity.  It is what it purports to be.

02:18PM 4    It is relevant, tends to prove or disprove a material fact in

02:18PM 5    this case, and it is absolute proof that the defendant

02:18PM 6    appointed an exclusive agent from Miami, Florida, for its TG

02:19PM 7    brand DUN.

02:19PM 8         We have a copy of the contract now.  Going to

02:19PM 9    Slide 9.

02:19PM 10        Your Honor, Judge Farina, this is coming up on

02:19PM 11   your screen right now.

02:19PM 12        This is the contract.  TTP, Tai'an Taishan

02:19PM 13   Plasterboard Corporation; buyer, Oriental Trade.  You can see

02:19PM 14   underneath it says "DUN," right there.

02:19PM 15        Let me change the color.  Can I change it from

02:19PM 16   yellow?

02:19PM 17        JUDGE FARINA:  I see it.  Thank you.

02:19PM 18        MR. GONZALEZ:  As you can see, the address is:

02:19PM 19   111 Brickell Bay Drive, Suite 1502, Miami, Florida, U.S.A.

02:19PM 20        On the right-hand side of the screen, the seller

02:19PM 21   is TTP.  That is the official corporate seal of TTP indicated

02:19PM 22   in the document.

02:19PM 23        For record purposes, it is Exhibit Number 20 to

02:20PM 24   the Herman affidavit that's been filed with this Court.

02:20PM 25        The next page, please.

02:20PM 1          Now, the territory, sales area limited, territory

02:20PM 2    of the U.S.A., United States of America.

02:20PM 3          Next one, please.

02:20PM 4          Back to Slide 30, Judge.

02:20PM 5          Taishan sold at least 9,300,000 square feet of

02:20PM 6    drywall in the state of Florida.  Taishan's drywall is in at

02:20PM 7    least 400 homes in the state of Florida that were built by

02:20PM 8    Lennar alone and numerous others throughout the state of

02:20PM 9    Florida that were not built by Lennar.  That analysis comes in

02:20PM 10   for purposes of jurisdiction.

02:20PM 11         Another significant aspect that the Courts should

02:20PM 12   consider, which has not really been discussed much, the

02:21PM 13   defendant specifically sent samples of its product, samples of

02:21PM 14   its product, to the state of Florida.

02:21PM 15         "As per the client's request, please send four

02:21PM 16   pieces of 15-centimeter by 15-centimeter sample as soon as

02:21PM 17   possible.  Please quote the price FOB China and CIF Miami.  Use

02:21PM 18   the client's FedEx account because they will pay for your

02:21PM 19   samples."

02:21PM 20         And it's shipped to Carn Construction Corporation

02:21PM 21   at 1374 Canary Island Drive, Weston, Florida.  This is

02:21PM 22   Exhibit 54 to the Herman affidavit.

02:21PM 23         So we not only have exclusive agents appointed,

02:21PM 24   contracts for sale in the state of Florida, product going in

02:21PM 25   through the state of Florida, but we've got the defendant

02:22PM 1    actually sending samples into the state of Florida of its

02:22PM 2    product.

02:22PM 3              If that's not availing itself of the jurisdiction

02:22PM 4    of this state, then nothing is.  This is pure good

02:22PM 5    old-fashioned commerce.  They sold a product that was defective

02:22PM 6    into the state; and, rather than standing and being accountable

02:22PM 7    and responsible, they now raise issues of jurisdiction, when it

02:22PM 8    is clear that jurisdiction has been met, simply to avoid the

02:22PM 9    inevitable, which is judgment day at some time in the same

02:22PM 10   places where they sold their defective products.

02:22PM 11             Next one, please.

02:22PM 12             These are some of the instant messages between

02:22PM 13   Ivan Gonima -- Ivan Gonima, Your Honors, is the representative

02:22PM 14   of Oriental Trading Corporation -- and Mr. Che Gang, who is

02:22PM 15   also known as Bill Cher.  He also appears in some of the

02:22PM 16   e-mails as Wu Yu.

02:23PM 17             So the "from" is the first column, where it

02:23PM 18   says, "Ivan."  Then the "to" is "Mr. Che Gang," who worked for

02:23PM 19   TTP/TG, one and the same.

02:23PM 20             "Ivan, we want to use blue, red, and white

02:23PM 21   because those are the colors of the American flag."

02:23PM 22             What they are talking about now is using the DUN

02:23PM 23   product and packaging it so it's appealing to Americans in the

02:23PM 24   United States.  So they want to use patriotic colors, red,

02:23PM 25   white, and blue, like my tie and like the flag behind

02:23PM  1    Your Honor, to say, "Hey, we're all-American here."

02:23PM  2              Mr. Che Gang is responding further down, on

02:23PM  3    line 3:  "You mean besides color white?  We have color blue,

02:23PM  4    red and black, no other color."

02:23PM  5              Mr. Gonima says:  "Yes, sir, you got it right.

02:23PM  6    Blue and red from the American flag, plus white and black.

02:23PM  7    That's it, no more colors."

02:23PM  8              We have it.  Judge Farina, I think you've got a

02:23PM  9    black and white view of it, but I'm showing Judge Fallon the

02:24PM 10    color scheme that was used for the actual product that was to

02:24PM 11    be shipped to Miami, Florida, and for distribution by Oriental

02:24PM 12    Trading Corporation.  It's U.S. DUN distributors, original is a

02:24PM 13    blue logo, and for the U.S., they're going to use red, white

02:24PM 14    and blue.

02:24PM 15              This is Exhibit 28 to the deposition.  In the

02:24PM 16    Herman affidavit, it's 42, Docket Number 14215-3.

02:24PM 17              Next one, please.

02:24PM 18              Wu Yu, again, is Bill Cher, Che Gang, same man.

02:24PM 19    It's interesting, they choose the domestic U.S. version of the

02:24PM 20    name, though they claim they don't plan on doing business in

02:24PM 21    the states.

02:24PM 22              "Re:  Shipping."  Here, he's confirming that

02:24PM 23    Oriental Trading Corporation is the only distributor of the

02:24PM 24    brand DUN in America.  There is no doubt about this point.  No

02:25PM 25    doubt.

02:25PM 1            There is also no doubt that there is jurisdiction

02:25PM 2  against the defendant.  Just with these documents alone, and

02:25PM 3  forget the plethora of everything else we've talked about, it's

02:25PM 4  overwhelming.

02:25PM 5             Next one, please.  Slide 11.

02:25PM 6             DUN brand.  This is out of the TG brochure

02:25PM 7  itself.  These are the different brands that they make.  You'll

02:25PM 8  see, to the right-hand corner, it says "DUN."  That's the brand

02:25PM 9  where they appointed Oriental Trading Corporation to be the

02:25PM 10  exclusive seller of that DUN brand.  That's the one they're

02:25PM 11  going to start using red, white and blue colors for sale in the

02:25PM 12  United States, and specifically through it sole agent in Miami,

02:25PM 13  Florida.

02:25PM 14             If we look to the left side, it's in small print,

02:25PM 15  but they talk, on the left-hand side, how they do business in

02:25PM 16  the United States of America.  That would be right there, in

02:25PM 17  that area.

02:25PM 18             We'll get back to that one.

02:26PM 19             Next one, please.

02:26PM 20             33, this is confirmation of an e-mail going back

02:26PM 21  and forth from Mr. Gonima, Oriental Trading Corporation, and

02:26PM 22  Mr. Bill Cher:  "Notice the following.  The colors blue and red

02:26PM 23  are the same ones as the ones in the American flag.  White is

02:26PM 24  regular white."

02:26PM 25             So they were even talking about the quality of

02:26PM 1   the blues and the reds.  They wanted it to be consistent with

02:26PM 2   what stands for America.

02:26PM 3                    Next one, please.

02:26PM 4                    Here is a little clip from Mr. Gonima.

02:26PM 5                    (WHEREUPON, at this point in the proceeding, a

02:26PM 6   video clip was played.)

02:26PM 7   Q.   Did anybody at Taishan ever complain to you about doing a

02:26PM 8   logo in the colors of the American flag?

02:26PM 9   A.   Never.  They were willing to do whatever we wanted in

02:26PM 10  order to penetrate the market.

02:26PM 11  Q.     That's page 23841.  You say, "Please notice the

02:27PM 12  following.  The colors are BLUE" -- and you put that in all

02:27PM 13  capital letters?

02:27PM 14  A.   Yes, sir.

02:27PM 15  Q.   -- "and RED" -- in all capital letters?

02:27PM 16  A.   Yes, sir.

02:27PM 17  Q.   -- "are the same ones as the ones in the American flag."

02:27PM 18  A.   Yes, sir.

02:27PM 19  Q.   You say, "White is the regular white."

02:27PM 20  A.   Exactly.

02:27PM 21  Q.   Did they object to that instruction at all?

02:27PM 22  A.   No, never.

02:27PM 23                    (WHEREUPON, at this point in the proceeding, the

02:27PM 24  video clip ended.)

02:27PM 25                    MR. GONZALEZ:  Next slide, please.

02:27PM 1        Now, this is interesting, Your Honor, because we

02:27PM 2   were talking -- Judge Farina, you weren't in Hong Kong;

02:27PM 3   Judge Fallon was -- we were talking about the brochure.  There

02:27PM 4   was discussions as to whether the brochures were an

02:27PM 5   exaggeration, meaning whether if they actually sent to the

02:27PM 6   United States, did they really mean it, or was it really an

02:27PM 7   exaggeration.

02:27PM 8        We asked Bill Cher what he felt, in fact, about

02:27PM 9   the brochures.  And if you go toward the bottom of the slide

02:27PM 10  here, it says, the question:  "One of the things that is stated

02:27PM 11  in that paragraph about the quality of the company is it has

02:28PM 12  strict management, correct?"

02:28PM 13       Then, he begins to answer:  "I believe personally

02:28PM 14  whatever has been said on a brochure is the fact.  That's my

02:28PM 15  personal opinion because I work for an honest company."

02:28PM 16       We were referring to the brochure that has the

02:28PM 17  places where the defendant ships to, which included the

02:28PM 18  United States of America.

02:28PM 19       The next one, please.  This is another clip.

02:28PM 20       (WHEREUPON, at this point in the proceeding, a

02:28PM 21  video clip was played.)

02:28PM 22  Q.   Would that have been by the instant messaging?

02:28PM 23  A.   The meetings in the plant.  I mean, it was very clear,

02:28PM 24  very clear, and I just want to bring forward this.  It was very

02:28PM 25  clear for them that they were going to sell in the

02:29PM 1    United States.  They wanted -- they was -- they were always --

02:29PM 2    Taishan was always talking about opening a big business in the

02:29PM 3    states, and we had plans for the future.  That's what they

02:29PM 4    were -- that Taishan was -- the representatives of Taishan,

02:29PM 5    they were transmitting to us.

02:29PM 6          If you do this, we will grow.  We will pay for

02:29PM 7    marketing.  We will do whatever you want if you are able to

02:29PM 8    introduce one of the brands, because they had several brands,

02:29PM 9    as I mentioned before.

02:29PM 10   Q.    What you just mentioned to me, was this what Bill Cher

02:29PM 11   told you during the meeting in China?

02:29PM 12   A.    Yes, sir.

02:29PM 13   Q.    In other words, that Taishan was willing to sell to the

02:29PM 14   United States?

02:29PM 15   A.    Yes, sir.

02:29PM 16   Q.    That Taishan was willing to do marketing and sales in the

02:29PM 17   United States?

02:29PM 18   A.    Yes, sir.

02:29PM 19   Q.    And they were willing to do that because they wanted to

02:30PM 20   enter into an exclusive arrangement with your company?

02:30PM 21   A.    Exactly.

02:30PM 22   Q.    Okay.  And did they mention opening the -- I think you

02:30PM 23   mentioned opening the gates to the United States in terms of

02:30PM 24   their business?

02:30PM 25   A.    Yes, sir.

02:30PM 1          (WHEREUPON, at this point in the proceeding, the
02:30PM 2    video clip ended.)
02:30PM 3          MR. GONZALEZ:  That's Ivan Gonima speaking on behalf of
02:30PM 4    Oriental Trading Corporation, the sole agent for the defendant
02:30PM 5    for the DUN brand, the deposition taken by Patrick Montoya,
02:30PM 6    part of the MDL PSC.
02:30PM 7          Mr. Montoya is here with me today, Your Honor.
02:30PM 8          Next one, please.
02:30PM 9          Here is a statement that was instant messaging
02:30PM 10   between Bill Cher and Mr. Gonima.  And the relevant part that I
02:30PM 11   would like to show is attached as Herman Exhibit 21.
02:30PM 12         It states:  "The price of products in China is
02:30PM 13   growing very fast because of the price of the oil.  We really
02:30PM 14   want to help you.  We are partner.  I think we can operate the
02:30PM 15   other products which you think will bring the profit in U.S.A."
02:30PM 16         This is from Mr. Che Gang, or Bill Cher, to
02:31PM 17   Mr. Gonima.  He's referring to the relationship as a
02:31PM 18   partnership, and they are looking at working together, not only
02:31PM 19   with drywall, but other products, other commerce, other
02:31PM 20   business through Florida, the main offices being in Miami for
02:31PM 21   Mr. Gonima, for the United States, purposefully availing itself
02:31PM 22   of the jurisdiction of Florida and other states in the
02:31PM 23   United States through its exclusive American company agent.
02:31PM 24         Next, one please.  The next one.
02:31PM 25         Here is a document indicating that the

02:31PM 1    defendant -- this is, again, Wu Yu, that's Mr. Bill Cher.  You

02:31PM 2    can see on the Exhibit 64 of the Herman affidavit, destination

02:31PM 3    port of first order, Miami, Florida, U.S.A., and Wu Yu

02:31PM 4    indicating willingness to help in booking the shipping.  "If

02:31PM 5    you need us to book the shipping space now."

02:31PM 6                And they gave them prices -- you have that

02:31PM 7    document, Your Honor -- prices and different merchants that

02:31PM 8    they could go to, to get this accomplished.

02:32PM 9                So if we use a little logical math analysis,

02:32PM 10   clearly, if the defendant goes to Miami, Florida to do

02:32PM 11   business, they are doing business with somebody from Miami,

02:32PM 12   Florida.  So if A -- A to B.

02:32PM 13               Now, what they are saying is A to B is not the

02:32PM 14   same as B to A, and that's illogical.  Because if A equals B,

02:32PM 15   then B necessarily and logically equals A.

02:32PM 16               So the fact that they are saying that some of the

02:32PM 17   goods were FOB Hong Kong, even though they knew they did

02:32PM 18   business in Miami, they had all these contracts and agencies

02:32PM 19   and relationships in Miami, the goods were going to Miami,

02:32PM 20   simply because some of their goods were being shipped FOB

02:32PM 21   Hong Kong means there is no connection, that's just illogical,

02:32PM 22   and it's also not consistent with the caselaw that we've

02:32PM 23   discussed before the court.

02:32PM 24               Next one, please.

02:32PM 25               Now we're going to have a video clip on the FOB

02:32PM 1    point, free on board.

02:32PM 2         (WHEREUPON, at this point in the proceeding, a video

02:32PM 3    clip was played.)

02:32PM 4    Q.   Under the FOB term, TTP was responsible for delivering the

02:33PM 5    drywall onboard ship in the Chinese port, yes?

02:33PM 6    A.   Let's -- let's clarify that a little bit.  FOB means free

02:33PM 7    on board.  Technically, what you are saying is right.

02:33PM 8         Now, they were in charge of finding the shipping

02:33PM 9    company, they were in charge of making the deal with the

02:33PM 10   shipping company, and we were to pay, because they said that

02:33PM 11   they could get a better price through their connections in

02:33PM 12   China.

02:33PM 13        We did some research here in the states on the prices

02:33PM 14   they offer us for the shipping that they gathered from some

02:34PM 15   shipping companies or brokers in China.  They were a little bit

02:34PM 16   better than the ones that we got here in the states, so we went

02:34PM 17   with them.

02:34PM 18   Q.   Uh-huh.

02:34PM 19   A.   So, yes, it was free on board.  The price they were giving

02:34PM 20   us was free on board, but they were the ones hiring or making

02:34PM 21   the arrangements for the shipping.

02:34PM 22        (WHEREUPON, at this point in the proceeding, the

02:34PM 23   video clip ended.)

02:34PM 24        MR. GONZALEZ:  Next one, please.

02:34PM 25        This is a contract with Wood Nation for

02:34PM  1    $1,386,000 worth of drywall made by the defendant that was to

02:34PM  2    be shipped to Tampa, Florida, on the west coast of Florida.

02:34PM  3              TTP, was the seller.  Buyer, Wood Nation, Inc.,

02:34PM  4    Tampa, Florida.  Total value $1,386,000.  Port of discharge,

02:35PM  5    Tampa, Florida.

02:35PM  6              Then signature lines for the buyers and the

02:35PM  7    sellers indicating the defendant, TTP, which is nothing more

02:35PM  8    than an agent of TG.

02:35PM  9              Next one, please.  Next one.

02:35PM  10             Taishan -- this is a document, Your Honor, that

02:35PM  11   shows that it was CIF Florida, which means they are insuring

02:35PM  12   that it arrives to Miami, Florida, with freight guaranteed and

02:35PM  13   insurance paid by the defendant, TTP, also known as TG.

02:35PM  14             As you can see to the right-hand side, claim

02:35PM  15   payable at Miami, U.S.A., in United States dollars.  It was

02:35PM  16   sent from China via to Miami.  It's the gypsum board, so it's

02:35PM  17   the drywall that we're talking about.

02:35PM  18             Clearly, the insured is TTP, Tai'an Taishan

02:35PM  19   Plasterboard Company, Ltd., as the insured.

02:36PM  20             This is CIF, not FOB; although, we've made it

02:36PM  21   clear that the FOB distinction is really one that is not

02:36PM  22   supported by the caselaw.  It favors the plaintiff, not the

02:36PM  23   defendant.

02:36PM  24             So, Your Honors, in summary, on behalf of the

02:36PM  25   Plaintiff Steering Committee in the state of Florida, as well

02:36PM 1   as the individuals that have allowed me to cede time, clearly,

02:36PM 2   this is a case where the defendant has injected itself into the

02:36PM 3   state of Florida to do business, to sell products, through

02:36PM 4   numerous efforts, through electronic, through good

02:36PM 5   old-fashioned letter writing, through contracts, through verbal

02:36PM 6   communications, through business relationships, through sending

02:36PM 7   samples.

02:36PM 8          It meets the constitutional principles.  It meets

02:36PM 9   the principles of the Florida long-arm statute.  It meets the

02:36PM 10  principles of equity.  It is factually sound and supported.

02:36PM 11         All of the evidence that we have highlighted for

02:36PM 12  the Court is in the record.  It is admissible.  It is relevant.

02:37PM 13  It is overwhelming.

02:37PM 14         We request respectfully that the Court deny the

02:37PM 15  defendants' motion and find that jurisdiction is appropriate in

02:37PM 16  the state of Florida over this defendant.  Thank you.

02:37PM 17         MR. CYR:  Your Honor, it's Mr. Cyr again.

02:37PM 18         JUDGE FARINA:  Yes, Mr. Cyr.  Yes.

02:37PM 19         MR. CYR:  I think I have a good ten minutes.  I now

02:37PM 20  have my watch, thanks to Judge Fallon, so I'll time myself.

02:37PM 21         First point, as far as the claims that Ms. Bass

02:37PM 22  made with respect to due diligence of the Taishan -- the two

02:37PM 23  Taishan entities, I won't give any more speeches about

02:37PM 24  international comity or, you know, that China is very far away.

02:37PM 25  You know all of that.

02:37PM 1     Let me just say that Hogan Lovells was not among

02:37PM 2 those law firms in whatever it was, 2009, that went over to

02:38PM 3 talk to TG or TTP.  But within 30 days after Hogan Lovells was

02:38PM 4 engaged, I believe, that these two companies appeared in the

02:38PM 5 litigation that we're discussing today.

02:38PM 6     They do not have any property interests in the

02:38PM 7 United States, as you know.  They do not have any property

02:38PM 8 interests outside China.  Other companies in China have not

02:38PM 9 participated in the litigation, and everyone knows that.

02:38PM 10     These two companies -- and it shouldn't surprise

02:38PM 11 anyone -- have spent millions of dollars during -- two-year

02:38PM 12 period participating in the process in the United States.  I

02:38PM 13 think those are important facts for both of you to consider

02:38PM 14 when you decide whether or not you should vacate the defaults

02:39PM 15 for reasons other than the jurisdiction.

02:39PM 16     With respect to the jurisdictional issues, there

02:39PM 17 has been a lot of claims by plaintiffs' counsel today about a

02:39PM 18 lot of drywall that was found in different states.  A lot of

02:39PM 19 that is relying upon Exhibit Number 1.

02:39PM 20     I -- we've objected to Exhibit 1.  Both of the

02:39PM 21 Judges will look at it.  I don't know where they get all those

02:39PM 22 figures from, certainly not in evidence in this proceeding.

02:39PM 23     Now, I'm not suggesting that it's not true or

02:39PM 24 that counsel would lie; but, in these proceedings, there is not

02:39PM 25 that evidence of all this drywall.

02:39PM 1      This is important because there certainly was a

02:39PM 2 lot of drywall that was distributed in the United States.  We

02:39PM 3 know that from the manufacturing profile form that TTP provided

02:39PM 4 that shows all that drywall with the U.S. dimensions.

02:39PM 5      But I did want to emphasize that the courts are

02:40PM 6 going to need to look at the evidence to determine what drywall

02:40PM 7 actually was resold and used by consumers in Florida.

02:40PM 8      Now, there is something in evidence, and that is

02:40PM 9 that there were two sales, there were three Florida-based

02:40PM 10 supply companies that went to China, bought the drywall, and

02:40PM 11 they were involved with actually bringing it back to ports in

02:40PM 12 Florida.  We've discussed those issues.

02:40PM 13      Now, none of those three companies purchased

02:40PM 14 drywall that the Lennar or Mitchell are claiming gave rise to

02:40PM 15 their claims.

02:40PM 16      Now, I'm not saying that's totally irrelevant for

02:40PM 17 Your Honors' consideration.  I would think that that's

02:40PM 18 something to look at.  Those transactions are something to look

02:40PM 19 at to determine whether or not TG or TTP was targeting the

02:40PM 20 consumers in Florida.  I think if you look at those

02:40PM 21 transactions, that they clearly were not doing that.

02:41PM 22      The other thing, though, I have to emphasize one

02:41PM 23 more time is that plaintiffs' counsel wants to believe so badly

02:41PM 24 that Taishan, that TG and TTP shipped this product into

02:41PM 25 Florida, and they were targeting the Florida consumers, and

02:41PM 1    they just don't want to believe the facts that are reflected in

02:41PM 2    the TTP manufacturing profile form.

02:41PM 3              That is, not only were those three supply

02:41PM 4    companies from Florida actually purchasing the drywall in

02:41PM 5    China; but, that whatever other drywall ended up in Florida --

02:41PM 6    and as I've mentioned, we don't know based on the evidence --

02:41PM 7    it probably came from those trading companies.

02:41PM 8              There is no evidence that any sales by TTP to

02:41PM 9    those trading companies, at that attachment to the profile

02:41PM 10   form, that the TTP or TG had any idea where in the U.S. it was

02:42PM 11   going.  There is no evidence to support Justice Brennan's

02:42PM 12   stream-of-commerce theory, and that is, that there is this

02:42PM 13   regular and anticipated flow from the manufacturer through the

02:42PM 14   distributor to the retailers in the forum states where the

02:42PM 15   manufacturer reasonably expects that it's going to be marketed

02:42PM 16   in that state.  There is just no evidence of that at all.

02:42PM 17             The other thing that I did feel the need to

02:42PM 18   mention is that we've heard some testimony about how the

02:42PM 19   Taishan entities were really wanting to target the U.S.

02:42PM 20   markets.  I really think that everybody in the courtroom knows

02:42PM 21   that's not true.

02:42PM 22             That's because Mr. Jia did a great job in his

02:42PM 23   deposition, Judge Farina, in explaining why, prior to late

02:42PM 24   2005, the Taishan entities and other Chinese entities that were

02:42PM 25   involved in manufacturing drywall didn't target the U.S.

02:43PM 1          There is not enough margins to cover the

02:43PM 2     transportation costs.  So there never -- it's not because they

02:43PM 3     were good guys.  Sure, they would like to make money, but

02:43PM 4     nobody from the United States came over to China to buy drywall

02:43PM 5     until the prices were so high in the United States because the

02:43PM 6     supply was so low.

02:43PM 7          By the way, one thing that hasn't been emphasized

02:43PM 8     by plaintiffs' counsel is that Taishan Gypsum, when Venture

02:43PM 9     came to them under these circumstances, they didn't jack up

02:43PM 10    their prices.  They did not take advantage of this situation.

02:43PM 11    I'm not sure how relevant that is to jurisdiction, but there

02:43PM 12    has been a lot of negative things said about the Chinese

02:43PM 13    companies.  They sold that drywall at the same prices they were

02:43PM 14    selling domestically.  They didn't take advantage of it.

02:43PM 15          They sold most of that drywall with U.S.

02:43PM 16    dimensions to these trading companies, as I've explained.  Very

02:44PM 17    few to the U.S. companies that designated ports, for whatever

02:44PM 18    reason that they decided to designate them.

02:44PM 19          This is sort of a detailed issue, Judge, with

02:44PM 20    respect to the Florida long-arm statutes.  I'm not a Florida

02:44PM 21    lawyer, you know that.  But our papers, by the way, we were

02:44PM 22    helped by our colleagues in the Florida office.  They are not

02:44PM 23    with us here today.

02:44PM 24          But we were informed, for example, that

02:44PM 25    *Venetian Salami* makes it very clear that the Florida long-arm

02:44PM 1    statute doesn't purport to cover due process, and that's just

02:44PM 2    the first step.

02:44PM 3                 I admit Mr. Gonzalez is a very good lawyer.  I

02:44PM 4    might have been tempted to do the same thing and kind of run

02:44PM 5    through due process to talk about the Florida long-arm statute.

02:44PM 6                 But actually, contrary to what Mr. Gonzalez and

02:44PM 7    Ms. Bass said today, the cases they cited with respect to this

02:44PM 8    issue of arising under -- first of all, I need to make the

02:45PM 9    point that, you know, I read the cases, and, actually, the

02:45PM 10   plaintiffs did offer evidence that products of the defendants

02:45PM 11   were related to their claims.  It was just different products.

02:45PM 12                But, secondly, the due process clause requires

02:45PM 13   the showing that there be some kind of nexus, even if the

02:45PM 14   Florida long-arm statute doesn't.

02:45PM 15                The other thing I did want to mention is that

02:45PM 16   Ms. Bass said this morning, not this afternoon, that with

02:45PM 17   respect to Lennar's claims, that -- first of all, with respect

02:45PM 18   to the arising under, but also with respect to the Florida

02:45PM 19   long-arm statute -- she said two things, really.  One, she

02:45PM 20   said, "Oh, also, we were assigned claims from the homeowners,

02:45PM 21   and therefore it's not really economic damages."

02:45PM 22                Well, that's not what *Aetna* says.  I read that.

02:45PM 23   *Aetna* actually was a garnishee case.  So that's just clearly

02:46PM 24   wrong, and I think that I don't need to beat that up.

02:46PM 25                But the second thing that Ms. Bass said was, she

02:46PM 1    says parenthetically, "And Lennar has -- we have our own claims

02:46PM 2    on our own property."

02:46PM 3         Well, I went through the complaint during

02:46PM 4    halftime.  I can't see those allegations, and I don't know of

02:46PM 5    any evidence in the record that Lennar is seeking relief for

02:46PM 6    property that it owns and that it has demonstrated with

02:46PM 7    evidence that its claims arise out of drywall manufactured by

02:46PM 8    TG and TTP.

02:46PM 9         I'm going to just quickly -- I noticed that

02:46PM 10   Lennar didn't address the two fundamental issues here, really.

02:46PM 11   That is, they have to actually focus on what it is that they

02:46PM 12   claim that the defendants did; then, number one, how does that

02:47PM 13   constitute purposeful availment of Florida?  And, two, how did

02:47PM 14   that give rise to the claims?

02:47PM 15        The slide pretty much says it all.  There is

02:47PM 16   absolutely no evidence that when TG or TTP sold drywall to a

02:47PM 17   trading company like BBMIEC that it was targeting the state of

02:47PM 18   Florida.

02:47PM 19        We've admitted that they knew that this drywall

02:47PM 20   was going to find its way to the United States somewhere, but

02:47PM 21   that's not enough.

02:47PM 22        Then the second point that they didn't address,

02:47PM 23   and one glance at that Banner profile form will leave you with

02:47PM 24   the clear impression why, is that there is just no evidence

02:47PM 25   that this drywall that was sold to BBMIEC ever ended up in the

02:47PM  1    homes on the far left of this slide.

02:47PM  2                    Thank you for your time, Judge.

02:47PM  3            JUDGE FARINA:  Thank you very much.

02:48PM  4            Judge Fallon, I don't have any questions at this

02:48PM  5    time.  If you do, I'll certainly defer to you.

02:48PM  6            JUDGE FALLON:  No, I don't, Judge.

02:48PM  7            JUDGE FARINA:  Thank you very much, Judge Fallon, for

02:48PM  8    permitting myself and everyone else here in the Miami

02:48PM  9    Dade County Courthouse courtroom to be part of the proceedings

02:48PM 10    there.  My pleasure always to be joining you, and I thank

02:48PM 11    everybody there as well as here.

02:48PM 12            JUDGE FALLON:  Thank you very much.

02:48PM 13                    Court will stand in recess.

02:48PM 14            JUDGE FARINA:  Likewise.

02:48PM 15            THE DEPUTY CLERK:  All rise.

       16            (WHEREUPON, the proceedings at 2:48 p.m. were

       17    concluded.)

       18                        *    *    *

       19

       20

       21

       22

       23

       24

       25

1                    REPORTER'S CERTIFICATE

2

3        I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter of the State of

5    Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11

12                             _s/Cathy Pepper_____

13                             Cathy Pepper, CRR, RMR, CCR
                               Certified Realtime Reporter
14                             Registered Merit Reporter
                               Official Court Reporter
15                             United States District Court
                               Cathy_Pepper@laed.uscourts.gov

16

17

18

19

20

21

22

23

24

25

## $

**$1,386,000** [2] - 163:1, 163:4
**$100,000** [2] - 92:12, 92:14
**$195,915** [1] - 80:3
**$2,609,129.99** [1] - 9:18
**$564,549** [1] - 80:2
**$6,317,038** [1] - 80:7
**$772,863** [1] - 80:5
**$800,000** [2] - 85:1, 96:4

## '

**'94** [1] - 139:23

## 0

**07102** [1] - 2:21
**09-2047** [1] - 5:12
**09-4115** [1] - 1:12
**09-6687** [1] - 1:10
**09-6690** [1] - 1:11
**09-MD-2047-EEF-JCW** [1] - 1:6

## 1

**1** [3] - 63:12, 165:19, 165:20
**1)(b** [1] - 95:16
**1)(f** [1] - 95:17
**1,000** [1] - 85:6
**1,184,710** [1] - 80:8
**1,250** [1] - 55:8
**10** [6] - 9:19, 9:21, 75:15, 122:9, 131:8, 146:23
**10-361** [1] - 1:14
**10.76** [1] - 117:14
**100025** [1] - 3:17
**10022** [1] - 3:9
**104** [2] - 135:8, 135:17
**1044** [1] - 149:8
**11** [5] - 9:16, 143:24, 144:4, 144:11, 156:5
**1100** [1] - 2:9
**111** [1] - 152:19
**1195** [1] - 150:25
**11th** [5] - 86:25, 87:3, 87:9, 117:6, 143:25
**12** [3] - 75:25, 76:2, 82:23
**1221** [1] - 2:25

**1250** [1] - 4:13
**12:33** [1] - 129:2
**12th** [1] - 37:16
**1300** [1] - 19:10
**1374** [1] - 153:21
**13th** [1] - 118:16
**14** [1] - 9:14
**1400** [1] - 4:17
**1404** [2] - 67:23, 67:24
**14215-3** [1] - 155:16
**14th** [1] - 69:4
**15** [9] - 7:25, 18:17, 39:7, 49:16, 54:4, 116:20, 116:25, 117:10, 131:8
**15-centimeter** [2] - 153:16
**1502** [1] - 152:19
**153,912** [1] - 80:1
**15th** [1] - 143:24
**16** [2] - 20:11, 122:10
**1601** [1] - 4:8
**1615** [1] - 4:13
**18** [4] - 117:9, 117:11, 117:13, 140:24
**180-some** [1] - 118:10
**19** [1] - 9:12
**1900** [3] - 4:17, 19:13, 58:10
**19106** [1] - 2:5
**193** [1] - 117:14
**193,000** [1] - 147:13
**1945** [1] - 70:16
**195,820** [1] - 80:4
**1977** [1] - 96:19
**1979** [1] - 146:2
**1985** [1] - 139:11
**1986** [1] - 99:17
**1986)** [1] - 149:9
**1987** [1] - 143:14
**1989** [2] - 97:4, 145:18
**1990** [1] - 145:10
**1993** [1] - 141:23
**1994** [1] - 96:14
**1997** [1] - 141:5
**1:45** [2] - 128:23, 128:24
**1st** [1] - 139:22

## 2

**2** [1] - 99:12
**2,000** [1] - 8:6
**2,196,288** [1] - 80:3
**20** [11] - 9:12, 13:11, 39:7, 59:12, 62:15, 66:16, 112:5, 116:14, 116:23, 131:7, 152:23

**200** [2] - 15:5, 67:11
**2000** [3] - 99:20, 139:1, 150:25
**2002** [2] - 20:21, 86:25
**2005** [9] - 7:8, 20:21, 45:22, 46:8, 51:12, 78:11, 80:21, 126:7, 167:24
**2006** [11] - 21:12, 47:19, 51:16, 102:12, 116:14, 116:23, 117:10, 117:11, 117:16, 126:7, 132:14
**2007** [7] - 7:8, 47:19, 51:16, 117:6, 126:8, 132:14, 132:15
**2009** [7] - 7:25, 9:6, 9:9, 78:11, 143:19, 143:21, 165:2
**2010** [9] - 9:12, 9:17, 9:20, 9:21, 10:9, 10:15, 99:7, 143:22, 143:24
**2011** [1] - 20:13
**2012** [6] - 1:7, 5:2, 20:14, 80:6, 130:2, 142:20
**2047** [2] - 8:3, 8:4
**21** [1] - 160:11
**210** [1] - 37:22
**225** [1] - 2:13
**23** [2] - 110:1, 110:4
**23841** [1] - 157:11
**2400** [1] - 4:4
**2500** [1] - 3:12
**26** [1] - 80:6
**27** [2] - 119:11, 148:2
**28** [2] - 111:12, 155:15
**28,000** [1] - 20:10
**2800** [2] - 2:8, 2:9
**29** [4] - 1:7, 5:2, 119:11, 130:2
**2:45** [1] - 128:23
**2:48** [1] - 171:16
**2nd** [1] - 54:3

## 3

**3** [3] - 111:7, 111:10, 155:3
**30** [6] - 24:7, 132:14, 146:24, 153:4, 165:3
**30(b)(6)** [1] - 77:22
**30,000** [1] - 8:8
**30326** [1] - 4:5
**31** [1] - 143:18
**33** [1] - 156:20
**33,000** [1] - 107:24

**33131** [2] - 2:25, 3:4
**33134** [1] - 2:13
**333** [1] - 3:4
**3344** [1] - 4:4
**34/F** [1] - 3:16
**3650** [1] - 2:17
**36604** [1] - 4:9
**38** [1] - 113:20
**3rd** [5] - 139:11, 141:23, 143:13, 145:9, 145:18

## 4

**4,000** [1] - 72:25
**400** [6] - 85:11, 85:22, 133:9, 133:17, 135:22, 153:7
**404(a** [1] - 42:1
**4040** [1] - 3:22
**42** [1] - 155:16
**45,000** [1] - 108:1
**45,756** [1] - 80:2
**450** [1] - 19:15
**46** [1] - 138:9
**48** [1] - 31:15
**48-193** [1] - 138:20
**48.193** [1] - 139:25
**48.193(1)(a** [1] - 95:14
**48.193(1)(b** [1] - 99:4
**48.1931(a)(1** [1] - 148:3
**492** [1] - 149:8
**4th** [3] - 97:4, 99:20, 139:1

## 5

**5** [1] - 21:9
**5,000** [1] - 72:25
**50** [3] - 19:10, 55:8, 67:11
**500** [2] - 2:4, 4:22
**504** [1] - 4:23
**510** [1] - 2:4
**54** [1] - 153:22
**550** [1] - 2:20
**56,866,080** [1] - 80:8
**58** [1] - 140:14
**589-7779** [1] - 4:23
**5th** [1] - 141:5

## 6

**6,000** [1] - 72:25
**60** [1] - 67:12
**62** [2] - 113:16, 113:17

**64** [9] - 66:16, 110:2, 110:13, 110:16, 111:6, 111:15, 112:2, 113:9, 161:2
**65** [1] - 37:21

## 7

**7,387,776** [1] - 80:1
**701** [2] - 2:17, 3:22
**70112** [2] - 3:13, 4:14
**70113** [1] - 1:25
**70130** [1] - 4:23
**70139** [2] - 2:17, 3:23
**70163** [1] - 3:23
**771** [1] - 150:25

## 8

**8** [2] - 72:24, 132:14
**8.6** [2] - 72:24, 74:6
**80202** [1] - 4:17
**813** [3] - 96:23, 97:22, 98:1
**820** [1] - 1:24
**85** [1] - 78:11
**875** [1] - 3:8
**89** [2] - 116:7, 117:20
**8th** [1] - 59:6

## 9

**9** [1] - 152:9
**9,300,000** [1] - 153:5
**9,399,360** [1] - 80:4
**9,400,000** [1] - 84:24
**9.3** [1] - 147:11
**90** [1] - 27:23
**909** [1] - 3:12
**920** [1] - 2:20
**960** [3] - 85:8, 100:15, 145:4
**9:00** [1] - 1:7
**9th** [1] - 123:9

## A

**A(8)** [1] - 106:7
**A.M** [1] - 1:7
**abandoned** [1] - 14:5
**ability** [5] - 88:7, 90:18, 90:22, 96:7, 172:8
**able** [6] - 13:11, 68:4, 76:23, 86:12, 136:23, 159:7
**aboard** [1] - 102:22

**above-entitled** [1] - 172:9
**abroad** [3] - 31:21, 32:22, 34:14
**Abromatts** [1] - 19:8
**absent** [1] - 143:9
**absolute** [1] - 152:5
**absolutely** [7] - 27:10, 29:16, 48:14, 55:21, 136:1, 147:7, 170:16
**abundant** [2] - 82:15, 104:1
**abuse** [8] - 44:15, 44:19, 45:5, 83:13, 111:7, 111:21, 111:24, 112:6
**abuses** [1] - 94:24
**abusing** [1] - 45:15
**accept** [1] - 143:5
**acceptable** [1] - 106:12
**accepted** [1] - 88:6
**accepts** [1] - 71:19
**accident** [1] - 126:12
**accidental** [1] - 142:4
**accomplish** [1] - 89:5
**accomplished** [1] - 161:8
**according** [1] - 117:22
**accordingly** [2] - 10:5, 10:14
**account** [1] - 153:18
**accountable** [1] - 154:6
**accounted** [2] - 116:1, 116:3
**accounts** [1] - 97:7
**accurate** [1] - 114:24
**accused** [1] - 124:25
**acknowledge** [2] - 11:21, 38:21
**acknowledged** [2] - 78:10, 88:5
**acquiring** [1] - 89:23
**act** [7] - 93:16, 93:18, 95:17, 95:18, 99:5, 145:20, 148:13
**acted** [2] - 88:11, 120:21
**acting** [4] - 88:5, 110:9, 145:4, 145:15
**action** [8] - 19:11, 20:18, 107:10, 142:4, 143:8, 143:18, 148:9, 149:15
**actions** [2] - 94:8, 143:15
**actively** [2] - 140:4, 140:11

**activities** [17] - 20:8, 58:25, 60:23, 69:21, 75:21, 88:8, 88:19, 93:16, 100:9, 100:22, 102:1, 102:2, 133:7, 138:21, 138:23, 139:9
**activity** [6] - 29:1, 58:16, 61:3, 74:22, 95:22, 95:24
**acts** [3] - 148:5, 148:10, 149:25
**actual** [3] - 86:22, 118:5, 155:10
**Adams** [1] - 64:20
**add** [7] - 19:6, 19:8, 19:14, 66:18, 68:13, 105:21, 117:19
**added** [4] - 21:17, 115:21, 115:24
**addition** [6] - 20:10, 111:14, 114:24, 118:7, 120:12, 146:23
**additional** [1] - 144:4
**additionally** [5] - 86:16, 90:1, 91:23, 96:20, 149:7
**address** [21] - 10:4, 19:2, 27:3, 27:10, 31:10, 36:3, 40:23, 48:15, 58:1, 58:17, 89:16, 89:24, 114:19, 131:1, 138:11, 138:1, 140:14, 144:16, 152:18, 170:10, 170:22
**addressed** [5] - 44:10, 114:21, 124:6, 139:23, 140:15
**addresses** [4] - 41:14, 42:1, 89:13, 93:11
**addressing** [2] - 16:12, 108:17
**adds** [1] - 72:5
**adequate** [1] - 86:7
**adjudicate** [1] - 121:10
**adjudicating** [1] - 121:12
**adjust** [1] - 27:17
**adjusting** [1] - 133:6
**admiralty** [1] - 41:22
**admissible** [1] - 16:20, 17:18, 18:6, 61:8, 123:4, 123:13, 123:16, 123:19, 123:22, 134:12,

164:12
**admission** [1] - 68:1
**admissions** [1] - 118:19
**admit** [4] - 58:10, 105:22, 125:9, 169:3
**admitted** [4] - 22:14, 59:19, 119:12, 170:19
**adopt** [2] - 101:23, 102:4
**adopted** [2] - 72:1, 72:3
**adopting** [1] - 72:21
**advantage** [6] - 29:1, 29:4, 33:3, 81:3, 168:10, 168:14
**adverse** [2] - 119:24, 120:25
**advertised** [2] - 79:14, 79:15
**advertisements** [1] - 72:14
**advice** [1] - 143:21
**advised** [1] - 114:9
**Aetna** [3] - 100:9, 169:22, 169:23
**affected** [2] - 81:5, 81:12
**affidavit** [12] - 85:19, 122:10, 123:16, 135:9, 135:17, 136:5, 136:8, 141:14, 152:24, 153:22, 155:16, 161:2
**affidavits** [4] - 66:15, 115:21, 123:18, 145:11
**affiliates** [1] - 85:24
**affirming** [1] - 145:10
**after-the-fact** [1] - 118:18
**aftermath** [1] - 7:6
**afternoon** [9] - 43:12, 60:16, 108:9, 137:21, 137:23, 138:7, 146:15, 146:16, 169:16
**afterwards** [1] - 119:1
**agencies** [4] - 22:3, 78:15, 78:16, 161:18
**agency** [5] - 59:12, 60:23, 66:8, 77:10, 86:20, 86:22, 88:3, 88:9, 90:16, 93:21, 96:5, 102:3, 124:13, 150:9, 151:7, 151:15
**agent** [14] - 70:4, 87:4, 90:18, 93:16,

147:10, 147:15, 147:20, 147:21, 148:5, 152:6, 156:12, 160:4, 160:23, 163:8
**agents** [2] - 150:11, 153:23
**ago** [7] - 8:5, 13:25, 37:12, 52:5, 52:8, 64:5, 74:5
**agree** [8] - 33:23, 35:8, 35:10, 36:7, 57:15, 68:18, 68:19, 122:25
**agreed** [5] - 10:13, 44:9, 96:6, 96:20, 96:25
**agreement** [12] - 40:9, 40:16, 40:17, 40:23, 59:13, 60:5, 90:16, 91:10, 92:5, 96:6, 98:4, 151:7
**agreements** [1] - 90:14
**ahead** [5] - 35:23, 37:10, 49:14, 132:4, 138:8
**air** [2] - 7:15, 86:3
**air-conditioning** [1] - 86:3
**Airline** [1] - 69:6
**AL** [6] - 1:9, 1:9, 1:11, 1:12, 1:14, 4:9
**Alabama** [6] - 78:14, 81:16, 82:14, 115:19, 121:2, 123:21
**album** [1] - 75:15
**ALFORD** [1] - 3:11
**ALHAMBRA** [1] - 2:13
**Ali** [1] - 79:18
**Alibaba** [1] - 79:15
**ALL** [1] - 4:3
**all-American** [1] - 155:1
**allegation** [1] - 85:15
**allegations** [1] - 170:4
**allege** [1] - 112:1
**alleged** [5] - 6:23, 8:7, 17:19, 20:8, 58:25
**ALLEN** [1] - 4:12
**allotted** [1] - 135:3
**allow** [4] - 10:6, 18:13, 58:13, 103:22
**allowed** [8] - 14:1, 21:23, 40:20, 52:6, 66:4, 88:10, 92:21, 164:1
**allows** [1] - 93:20
**almost** [3] - 65:7,

86:10, 96:3
**alone** [5] - 27:21, 117:16, 141:25, 153:8, 156:2
**ALSO** [1] - 4:19
**alter** [4] - 60:23, 82:25, 109:1, 121:1
**amazing** [1] - 39:21
**ambiguity** [1] - 28:1
**amenable** [1] - 149:11
**Amended** [2] - 68:19, 68:21
**amended** [1] - 141:1
**Amendment** [1] - 69:4
**America** [14] - 59:8, 78:4, 82:7, 85:4, 90:19, 98:9, 113:7, 132:14, 151:16, 153:2, 155:24, 156:16, 157:2, 158:18
**American** [17] - 11:22, 12:8, 48:17, 56:13, 57:21, 78:21, 97:22, 110:12, 116:15, 142:25, 154:21, 155:1, 155:6, 156:23, 157:8, 157:17, 160:23
**Americans** [2] - 117:16, 154:23
**AMERICAS** [1] - 3:4
**amicus** [1] - 108:22
**Amorin** [1] - 19:9
**amount** [5] - 9:18, 86:16, 107:25, 122:9, 125:21
**amounts** [3] - 65:18, 65:20, 121:25
**ample** [1] - 94:21
**analogy** [2] - 74:13, 80:10
**analysis** [11] - 87:8, 88:20, 94:1, 109:4, 109:19, 109:20, 111:11, 111:13, 117:4, 153:9, 161:9
**analyze** [1] - 109:13
**AND** [4] - 1:18, 2:7, 2:23, 3:20
**announcements** [1] - 9:7
**answer** [9] - 12:24, 22:20, 29:16, 48:21, 56:10, 134:9, 142:23, 150:1, 158:13
**answered** [1] - 55:20
**anticipate** [2] - 37:7, 74:25

**anticipated** [3] - 37:1, 74:24, 167:13
**anyplace** [1] - 140:8
**anyway** [1] - 106:25
**APIC** [3] - 54:3, 82:4, 107:21
**Apollo** [2] - 92:3, 92:4
**apparent** [4] - 34:11, 88:12, 88:17, 133:3
**appeal** [5] - 9:20, 10:3, 10:6, 68:13, 123:25
**Appeal** [3] - 96:15, 145:9, 145:18
**appealing** [1] - 154:23
**appear** [7] - 33:23, 77:11, 84:14, 133:5, 133:8, 133:20, 134:21
**appearance** [9] - 5:14, 9:7, 9:21, 9:22, 9:24, 93:21, 108:3, 144:3, 144:10
**APPEARANCES** [4] - 1:20, 2:1, 3:1, 4:1
**appeared** [4] - 20:1, 20:12, 144:7, 165:4
**appliances** [1] - 7:15
**application** [1] - 124:20
**applied** [2] - 15:14, 44:14
**applies** [7] - 69:8, 69:9, 69:12, 86:21, 109:12, 112:2, 120:9
**apply** [6] - 16:25, 17:14, 41:15, 41:19, 42:10, 124:16
**applying** [3] - 38:25, 88:1, 124:13
**appointed** [6] - 66:1, 146:19, 150:10, 152:6, 153:23, 156:9
**appointment** [3] - 23:1, 59:21, 147:15
**appreciate** [7] - 12:10, 38:19, 48:14, 84:13, 104:14, 123:14, 128:14
**appreciated** [2] - 47:9, 52:7
**appreciation** [1] - 128:21
**appreciative** [1] - 55:15
**approached** [1] - 46:8
**appropriate** [5] - 110:10, 142:7, 143:12, 152:1, 164:15
**approval** [1] - 8:21

**approved** [2] - 8:22, 150:9
**April** [2] - 80:6, 132:14
**Arabian** [1] - 79:18
**arbitrable** [1] - 16:6
**arbitration** [6] - 16:6, 26:2, 48:11, 49:5, 136:17
**area** [9] - 24:12, 32:9, 80:25, 96:23, 97:20, 97:22, 98:1, 153:1, 156:17
**argue** [4] - 44:6, 53:18, 59:23, 60:23, 128:19, 137:4
**argued** [4] - 37:16, 44:14, 102:3, 141:11
**argues** [5] - 100:6, 111:5, 111:11, 111:23, 113:11
**arguing** [3] - 31:7, 31:9, 31:10
**argument** [26] - 13:9, 41:16, 41:23, 45:3, 52:2, 56:19, 63:19, 64:10, 66:17, 69:1, 69:2, 95:5, 104:14, 105:22, 106:13, 106:19, 108:19, 108:24, 111:20, 120:13, 120:16, 128:16, 138:19, 139:14, 150:18
**arguments** [7] - 12:25, 31:1, 44:23, 60:2, 101:23, 108:19, 122:1
**arise** [6] - 17:19, 20:7, 55:13, 100:22, 133:7, 170:7
**arised** [1] - 134:16
**arises** [2] - 6:23, 138:20
**arising** [7] - 33:18, 60:10, 139:24, 148:9, 148:13, 169:8, 169:18
**arm** [26] - 65:10, 65:11, 86:24, 88:16, 95:4, 95:11, 101:10, 101:15, 105:18, 105:25, 106:4, 106:11, 106:16, 139:14, 139:20, 140:6, 140:12, 147:3, 148:1, 149:5, 164:9, 168:20, 168:25, 169:5, 169:14, 169:19
**arm's** [2] - 45:1, 94:19

**Arnold** [1] - 5:18
**ARNOLD** [1] - 2:3
**arose** [2] - 55:22, 58:25
**arranged** [1] - 97:2
**arrangement** [1] - 159:20
**arrangements** [9] - 25:20, 31:3, 31:6, 70:5, 98:21, 99:1, 99:2, 132:24, 162:21
**arranging** [1] - 65:22
**arrived** [1] - 102:24
**arrives** [1] - 163:12
**arrogant** [1] - 124:3
**arrow** [1] - 71:11
**arrows** [2] - 62:13, 134:20
**Article** [14] - 110:2, 110:4, 110:13, 110:16, 111:6, 111:7, 111:10, 112:2, 113:9, 113:16, 113:17, 113:20, 119:11
**article** [8] - 44:5, 44:13, 44:18, 110:1, 110:11, 111:14, 111:15, 112:5
**articles** [3] - 21:1, 111:12, 114:4
**articulated** [1] - 107:3
**Asahi** [10] - 17:2, 29:2, 36:10, 56:5, 71:17, 72:2, 72:3, 72:5, 72:7
**asbestos** [2] - 72:19, 72:20
**aside** [2] - 23:9, 145:10
**aspect** [2] - 153:11
**assert** [2] - 99:13, 127:13
**asserted** [2] - 14:16, 145:14
**asserting** [5] - 14:11, 15:9, 26:15, 100:18, 100:19
**assertions** [1] - 145:11
**assets** [2] - 83:2, 94:20
**assigned** [1] - 169:20
**assignment** [1] - 85:9
**assignments** [1] - 100:16
**assist** [2] - 52:1, 142:19
**assistance** [2] - 13:17, 143:4

**ASSISTANT** [1] - 4:13
**associated** [1] - 26:6
**association** [1] - 114:4
**assume** [1] - 25:18
**assumed** [1] - 54:12
**assure** [2] - 86:6, 105:20
**ASTM** [5] - 57:11, 65:9, 70:1, 78:20, 97:22
**ATLANTA** [1] - 4:5
**attached** [11] - 22:17, 44:18, 45:25, 54:9, 124:11, 128:3, 135:9, 135:17, 136:5, 136:7, 160:11
**attaches** [1] - 50:15
**attachment** [1] - 167:9
**attempt** [2] - 33:17, 75:19
**attempting** [2] - 71:9, 104:23
**attempts** [1] - 55:15
**attention** [9] - 47:5, 47:16, 48:6, 51:15, 72:18, 73:2, 131:17, 132:3, 132:6
**attentively** [1] - 137:24
**Attorney** [3] - 104:13, 105:15, 107:11
**ATTORNEYS** [1] - 4:13
**attribute** [1] - 109:9
**attributed** [3] - 109:14, 109:15, 110:25
**August** [6] - 54:3, 59:6, 80:21, 132:14, 143:19, 143:20
**authenticated** [5] - 102:10, 103:3, 103:4, 103:15, 152:1
**authenticity** [1] - 152:3
**authoritative** [1] - 112:9
**authorities** [4] - 21:22, 44:2, 44:3, 119:13
**authority** [6] - 88:12, 88:17, 93:17, 93:20, 94:22, 111:19
**authorized** [1] - 93:3
**auxiliary** [2] - 112:19, 112:20
**avail** [1] - 127:17
**availability** [1] - 32:21
**availed** [4] - 16:10, 54:24, 147:24,

149:24
**availing** [7] - 16:23, 51:13, 63:8, 134:7, 137:17, 154:3, 160:21
**availment** [11] - 16:18, 28:20, 35:19, 36:2, 41:1, 74:25, 105:13, 106:18, 127:7, 147:1, 170:13
**avails** [1] - 57:18
**AVENUE** [4] - 1:24, 2:25, 3:4, 3:8
**avoid** [3] - 38:4, 45:15, 154:8
**avoiding** [1] - 109:18
**aware** [10] - 13:15, 31:11, 37:11, 58:6, 77:23, 85:2, 107:4, 126:18, 127:4, 127:12
**awareness** [1] - 30:3
**awesome** [1] - 122:21
**axle** [1] - 36:14

**B**

**B406** [1] - 4:22
**Baba** [1] - 79:18
**background** [5] - 6:22, 18:20, 19:5, 90:6, 90:10
**bad** [4] - 113:12, 120:8, 120:9, 120:21
**badly** [1] - 166:23
**bail** [2] - 61:1, 61:2
**ball** [1] - 115:14
**bank** [1] - 97:7
**BANNER** [1] - 4:3
**Banner** [28] - 5:24, 33:14, 50:13, 61:1, 66:13, 66:23, 73:13, 86:11, 86:17, 101:24, 108:10, 108:12, 108:13, 108:14, 108:21, 134:13, 134:22, 135:1, 135:7, 135:9, 135:12, 135:14, 135:20, 135:22, 137:3, 149:7, 170:23
**Banner's** [2] - 66:17, 146:22
**bar** [1] - 144:22
**barely** [1] - 80:22
**Barrack** [1] - 69:14
**barred** [1] - 144:19
**BARRIOS** [2] - 2:15, 2:16

**based** [18] - 8:25, 19:24, 54:24, 60:22, 80:6, 94:11, 98:5, 101:13, 115:23, 119:7, 120:20, 123:4, 125:19, 137:6, 151:18, 151:19, 166:9, 167:6
**bases** - 95:12
**basic** [1] - 84:8
**basis** [10] - 66:17, 96:17, 139:5, 140:19, 141:25, 143:12, 144:24, 146:5, 146:6, 146:8
**Bass** [12] - 5:21, 84:20, 102:3, 123:15, 136:5, 136:8, 137:22, 137:23, 164:21, 169:7, 169:16, 169:25
**BASS** [9] - 3:3, 5:21, 84:19, 137:21, 137:24, 138:9, 138:16, 138:18, 140:17
**Bay** [2] - 59:7, 152:19
**BBMIEC** [3] - 86:13, 170:17, 170:25
**Beach** [1] - 150:25
**bean** [1] - 72:21
**Bean** [3] - 37:13, 38:2, 55:24
**bear** [2] - 102:14, 110:20
**beat** [1] - 169:24
**become** [3] - 76:1, 90:18, 140:6
**becomes** [1] - 134:14
**beef** [1] - 58:23
**BEFORE** [1] - 1:17
**began** [3] - 7:13, 7:20, 10:15
**begin** [4] - 11:10, 13:21, 131:3, 131:7
**beginning** [6] - 51:7, 52:5, 116:21, 117:11, 126:17, 130:22
**begins** [1] - 158:13
**behalf** [21] - 5:21, 5:24, 5:25, 6:5, 6:14, 12:3, 84:21, 88:5, 100:19, 107:17, 108:10, 108:13, 113:3, 123:18, 127:19, 127:25, 146:13, 146:17, 146:20, 160:3,

163:24
**behind** [5] - 84:16, 106:1, 121:25, 131:20, 154:25
**Beijing** [2] - 24:8, 24:15
**BEIJING** [2] - 1:13, 3:17
**bellwether** [2] - 8:15, 9:13
**belt** [2] - 70:7, 70:8
**bench** [1] - 9:13
**beneficial** [1] - 87:15
**benefit** [4] - 54:15, 95:23, 95:25, 105:6
**benefits** [5] - 16:10, 16:23, 29:4, 89:4, 134:7
**Benes** [1] - 19:14
**BENJAMIN** [1] - 2:7
**BERMAN** [1] - 2:3
**best** [2] - 83:19, 172:8
**better** [7] - 66:18, 81:16, 84:18, 110:12, 139:12, 162:11, 162:16
**between** [21] - 7:8, 18:2, 29:18, 52:17, 58:15, 62:19, 86:20, 89:16, 91:13, 92:9, 94:18, 98:4, 102:19, 103:7, 114:11, 136:13, 138:6, 143:10, 154:12, 160:10
**beyond** [3] - 10:13, 14:1, 14:2
**bicycle** [2] - 101:3, 139:13
**big** [3] - 32:20, 74:2, 159:2
**Bilek** [2] - 61:15, 61:25
**bill** [4] - 136:24, 137:1, 137:6, 137:10
**Bill** [14] - 23:25, 59:19, 73:18, 73:21, 80:17, 151:5, 154:15, 155:18, 156:22, 158:8, 159:10, 160:10, 160:16, 161:1
**billions** [1] - 148:22
**bills** [1] - 86:14
**binding** [2] - 112:10, 114:4
**bit** [14] - 12:9, 13:3, 13:19, 14:21, 17:5, 37:10, 53:22, 54:18, 71:21, 92:20, 116:1,

118:9, 162:6, 162:15
**bite** [1] - 33:5
**bizarre** [1] - 144:2
**Black** [1] - 6:3
**black** [3] - 155:4, 155:6, 155:9
**BLACK** [1] - 4:16
**blackening** [1] - 7:14
**Bleak** [1] - 70:25
**blow** [1] - 80:19
**blue** [11] - 36:3, 65:8, 69:24, 78:23, 154:20, 154:25, 155:3, 155:13, 155:14, 156:11, 156:22
**Blue** [1] - 155:6
**BLUE** [1] - 157:12
**blues** [1] - 157:1
**BNBM** [3] - 20:23, 71:8, 134:24
**board** [19] - 23:3, 86:2, 86:8, 86:11, 86:12, 86:16, 97:13, 97:16, 97:20, 97:25, 113:17, 114:4, 116:21, 117:2, 162:1, 162:7, 162:19, 162:20, 163:16
**Board** [1] - 23:4
**boards** [1] - 117:8
**boats** [1] - 33:12
**body** [1] - 71:13
**bold** [2] - 39:21, 133:11
**book** [4] - 48:7, 54:2, 59:4, 161:5
**booking** [1] - 161:4
**booklet** [1] - 131:24
**books** [1] - 25:16
**boom** [1] - 7:7
**boots** [1] - 76:8
**Boston** [1] - 12:8
**bothers** [1] - 118:13
**bottom** [3] - 125:11, 136:25, 158:9
**bought** [6] - 26:7, 47:25, 49:8, 99:10, 103:5, 166:10
**bound** [1] - 48:13
**boundaries** [2] - 14:8, 31:17
**BOUNDS** [1] - 4:7
**bragging** [1] - 150:7
**brand** [19] - 40:21, 78:23, 78:24, 90:19, 90:20, 90:21, 93:4, 96:8, 112:16, 147:16, 147:21,

151:16, 152:7, 155:24, 156:6, 156:8, 156:10, 160:5
**brands** [4] - 90:23, 156:7, 159:8
**break** [2] - 63:1, 122:15
**Brennan** [5] - 17:2, 29:2, 30:7, 36:19, 36:23
**Brennan's** [6] - 37:20, 38:18, 56:5, 71:19, 72:7, 167:11
**Breyer** [7] - 28:21, 35:13, 35:21, 38:21, 39:12, 39:16, 72:5
**Breyer's** [1] - 38:25
**BRICKELL** [1] - 2:25
**Brickell** [1] - 152:19
**brief** [15] - 25:7, 35:10, 42:2, 43:19, 104:15, 107:19, 108:22, 111:9, 114:9, 114:21, 119:8, 119:15, 120:13, 133:2, 137:4
**briefing** [1] - 119:12
**briefly** [7] - 12:13, 22:23, 23:4, 36:4, 94:4, 100:8, 132:11
**briefs** [18] - 13:2, 13:3, 39:20, 41:12, 43:18, 43:20, 46:12, 47:13, 54:5, 67:8, 68:10, 102:18, 108:19, 114:8, 114:12, 124:6, 128:16, 132:19
**bring** [5] - 47:4, 48:6, 67:24, 158:24, 160:15
**bringing** [1] - 166:11
**brings** [1] - 77:23
**BROAD** [1] - 2:20
**brochure** [6] - 78:1, 78:3, 156:6, 158:3, 158:14, 158:16
**brochures** [3] - 150:6, 158:4, 158:9
**broken** [1] - 23:23
**brokers** [1] - 162:15
**Brokers** [1] - 96:14
**brought** [7] - 60:13, 67:3, 67:4, 67:13, 71:13, 111:8, 133:4
**BRUCE** [1] - 2:16
**Buddy** [1] - 104:13
**builder** [1] - 77:15
**Building** [4] - 82:4, 82:5, 82:8, 107:22

**BUILDING** [2] - 1:13, 3:19
**building** [2] - 7:5, 81:25
**built** [2] - 153:7, 153:9
**bullet** [8] - 21:16, 27:19, 30:10, 30:11, 30:25, 33:5, 36:18, 43:11
**bullets** [6] - 17:3, 21:15, 27:14, 27:17, 27:24, 36:18
**bunch** [2] - 41:18, 61:20
**burden** [14] - 68:6, 68:7, 68:14, 68:16, 70:15, 82:18, 82:21, 82:22, 85:14, 94:14, 110:15, 111:2, 111:7, 113:9
**burdening** [1] - 39:17
**Burger** [1] - 71:16
**Burke** [1] - 19:9
**BURR** [1] - 3:21
**Burton** [1] - 79:17
**business** [42] - 14:8, 21:6, 45:24, 45:25, 72:9, 72:10, 73:25, 79:23, 83:5, 83:21, 87:5, 92:3, 93:12, 93:17, 95:14, 95:19, 95:21, 95:22, 95:24, 96:13, 96:18, 100:2, 102:9, 102:10, 102:17, 102:25, 103:2, 103:15, 139:6, 139:9, 139:19, 155:20, 156:15, 159:2, 159:24, 160:20, 161:11, 161:18, 164:3, 164:6
**busts** [1] - 35:17
**busy** [1] - 64:2
**butt** [1] - 35:17
**buy** [3] - 25:16, 46:6, 168:4
**buyer** [3] - 74:18, 152:13, 163:3
**buyers** [2] - 150:15, 163:6
**buys** [2] - 32:22, 33:8
**BY** [18] - 1:23, 2:3, 2:8, 2:12, 2:16, 2:20, 2:24, 3:3, 3:7, 3:12, 3:15, 3:21, 4:4, 4:8, 4:12, 4:16, 4:25, 4:25
**bylaws** [1] - 21:1

# C

**C28-A** [1] - 136:6
**CAFA** [3] - 67:13, 67:14, 67:15
**Cal** [1] - 96:18
**Cal-Mar** [1] - 96:18
**Caldwell** [1] - 104:13
**California** [3] - 78:12, 79:2, 79:10
**CALLED** [2] - 5:4, 130:4
**Canada** [3] - 71:12, 82:1, 82:12
**Canary** [1] - 153:21
**cannot** [4] - 70:19, 100:5, 107:2, 107:3
**canvassed** [1] - 50:12
**capital** [3] - 83:10, 157:13, 157:15
**card** [1] - 92:3
**cards** [1] - 93:12
**Care** [4] - 37:11, 37:20, 56:4, 73:9
**care** [8] - 18:19, 45:4, 45:8, 45:13, 75:1, 75:2, 121:8
**careful** [2] - 23:8, 67:13
**carefully** [2] - 107:3, 124:4
**CARLINA** [1] - 3:21
**Carlina** [2] - 6:5, 107:17
**Carn** [2] - 82:3, 153:20
**Carolina** [4] - 78:13, 79:10, 79:11, 81:17
**carried** [1] - 82:22
**carry** [1] - 96:13
**carrying** [2] - 95:21, 96:17
**carving** [1] - 131:1
**CASE** [4] - 1:10, 1:11, 1:12, 1:14
**case** [149] - 5:11, 9:10, 9:22, 10:13, 10:18, 10:19, 10:22, 11:1, 11:2, 12:6, 13:9, 13:11, 13:12, 18:11, 19:7, 19:13, 19:22, 20:16, 20:19, 22:12, 24:13, 26:18, 26:19, 28:18, 30:19, 30:22, 33:7, 33:9, 33:15, 37:19, 37:25, 38:2, 39:15, 40:1, 40:7, 40:14, 41:25, 42:4, 42:6, 42:7, 42:8, 42:25, 43:5, 44:21,

44:23, 52:5, 52:9, 53:8, 54:12, 55:2, 55:8, 55:18, 62:7, 64:20, 65:13, 66:3, 66:10, 67:7, 67:24, 69:6, 69:15, 70:15, 71:7, 71:10, 71:25, 72:3, 73:10, 73:14, 74:19, 75:7, 75:8, 79:21, 81:18, 82:17, 84:11, 85:19, 86:10, 86:25, 87:10, 87:13, 91:24, 96:14, 96:18, 97:4, 99:8, 99:11, 99:16, 99:20, 100:9, 102:7, 104:2, 104:21, 105:6, 108:22, 108:23, 109:7, 109:11, 111:5, 111:22, 112:10, 112:24, 113:12, 114:22, 115:1, 118:21, 118:23, 120:13, 120:17, 124:23, 126:1, 138:12, 139:1, 139:2, 139:11, 139:22, 140:3, 141:5, 141:22, 141:23, 143:13, 143:25, 145:9, 145:18, 146:1, 147:9, 147:23, 148:25, 149:2, 149:8, 149:20, 150:21, 150:22, 150:25, 151:2, 152:5, 164:2, 169:23
**caselaw** [5] - 13:4, 64:25, 144:13, 161:22, 163:22
**cases** [48] - 8:1, 8:5, 9:14, 9:22, 10:14, 11:3, 11:4, 12:20, 16:19, 17:11, 18:5, 18:10, 18:25, 19:2, 19:3, 20:2, 20:16, 23:11, 25:9, 33:19, 35:4, 36:4, 37:13, 37:14, 41:18, 41:21, 41:22, 42:16, 49:15, 49:19, 51:1, 52:3, 56:3, 64:2, 64:17, 67:2, 69:12, 72:17, 100:24, 107:9, 119:15, 128:5, 138:24, 140:1, 142:5, 169:7, 169:9
**cash** [2] - 24:23, 25:18
**casings** [3] - 72:22,

72:23, 73:1
**CASTEIX** [1] - 2:15
**categories** [3] - 27:24, 106:5, 114:15
**Cathy** [2] - 172:3, 172:13
**CATHY** [1] - 4:21
**Cathy_Pepper@laed .uscourts.gov** [2] - 4:24, 172:15
**caught** [1] - 73:22
**causation** [2] - 17:22, 75:11
**causative** [1] - 149:21
**caused** [10] - 11:24, 87:24, 101:1, 139:3, 139:10, 139:13, 139:20, 140:6, 140:10, 148:25
**causing** [5] - 95:15, 95:17, 99:13, 138:22, 148:12
**caution** [1] - 114:10
**CCR** [2] - 4:21, 172:13
**cede** [1] - 164:1
**cell** [1] - 147:18
**center** [1] - 84:7
**CENTRAL** [1] - 3:16
**CENTRE** [1] - 2:8
**certain** [9] - 5:21, 5:24, 21:4, 33:4, 50:4, 58:20, 58:21, 84:21, 108:10
**certainly** [17] - 38:22, 40:11, 40:25, 49:24, 55:12, 56:23, 57:13, 71:10, 71:24, 92:25, 101:23, 102:1, 137:14, 146:9, 165:22, 166:1, 171:5
**CERTIFICATE** [1] - 172:1
**certificate** [1] - 151:12
**Certified** [3] - 172:3, 172:4, 172:13
**CERTIFIED** [1] - 4:22
**certifies** [1] - 151:14
**certify** [1] - 172:7
**CFR** [1] - 98:10
**chain** [1] - 86:13
**chairman** [6] - 11:14, 20:17, 22:15, 22:25, 23:2
**challenging** [1] - 8:24
**chance** [4] - 27:15, 27:17, 35:7, 134:19
**change** [2] - 152:15
**changed** [1] - 73:17
**changing** [1] - 127:10
**CHAOYANG** [1] - 3:16

**characterized** [1] - 16:23
**charge** [2] - 162:8, 162:9
**charity** [1] - 133:25
**Charles** [1] - 70:25
**chart** [8] - 39:19, 40:6, 52:23, 60:20, 62:23, 70:21, 70:22, 102:23
**Che** [12] - 23:25, 73:17, 73:21, 80:17, 92:11, 151:5, 151:21, 154:14, 154:18, 155:2, 155:18, 160:16
**check** [1] - 65:1
**Cheng** [2] - 24:2, 94:14
**Cher** [14] - 23:25, 73:18, 73:21, 98:13, 98:17, 151:5, 154:15, 155:18, 156:22, 158:8, 159:10, 160:10, 160:16, 161:1
**Cher's** [1] - 59:19
**China** [76] - 7:3, 12:3, 16:1, 16:2, 16:6, 21:9, 24:8, 24:10, 24:18, 25:11, 25:12, 25:17, 26:1, 26:2, 26:8, 26:16, 27:1, 27:2, 32:7, 33:8, 46:6, 47:11, 47:24, 48:1, 49:8, 51:9, 54:7, 54:11, 54:25, 56:15, 60:12, 60:13, 65:21, 66:11, 67:6, 74:17, 75:6, 76:6, 76:9, 78:17, 78:19, 91:9, 92:20, 95:6, 98:25, 99:25, 102:19, 103:9, 103:17, 110:13, 116:6, 119:8, 121:19, 125:1, 127:5, 132:7, 132:21, 134:6, 134:18, 137:15, 150:16, 150:19, 153:17, 159:11, 160:12, 162:12, 162:15, 163:16, 164:24, 165:8, 166:10, 167:5, 168:4
**CHINA** [2] - 3:16, 3:17
**Chinese** [68] - 5:13, 6:25, 7:9, 7:13, 7:24, 8:2, 8:7, 8:9, 8:25, 16:3, 16:5, 16:6,

16:8, 20:11, 21:20, 21:22, 22:2, 22:9, 22:21, 24:20, 26:1, 26:21, 26:24, 29:19, 33:22, 42:20, 44:2, 44:5, 44:6, 44:9, 44:15, 47:20, 51:20, 66:15, 76:5, 84:2, 85:7, 87:25, 89:5, 94:4, 94:6, 94:7, 94:10, 94:22, 95:10, 109:3, 109:19, 109:21, 110:2, 110:11, 110:13, 111:2, 113:7, 113:14, 119:7, 119:11, 124:15, 124:18, 126:16, 136:17, 141:17, 141:18, 142:9, 162:5, 167:24, 168:12
**CHINESE** [1] - 1:4
**Chinese-based** [1] - 8:25
**Chinese-manufactured** [3] - 5:13, 6:25, 8:2
**CHINESE-MANUFACTURED** [1] - 1:4
**choose** [1] - 155:19
**chose** [1] - 143:4
**chosen** [1] - 67:20
**chronology** [4] - 47:2, 47:17, 54:3, 132:3
**CHUNGANG** [1] - 3:15
**Chungang** [1] - 12:5
**CIF** [9] - 47:8, 47:9, 54:8, 54:10, 132:21, 150:13, 153:17, 163:11, 163:20
**cigarette** [1] - 73:3
**CIRCLE** [1] - 2:13
**circle** [1] - 67:20
**Circuit** [32] - 10:6, 13:13, 18:4, 36:13, 37:13, 37:25, 42:10, 42:21, 42:23, 42:25, 43:1, 64:19, 66:25, 68:23, 69:9, 69:11, 70:14, 71:18, 72:1, 72:17, 73:10, 75:7, 86:25, 87:3, 87:9, 108:25, 109:3, 109:5, 118:15, 123:3, 143:25
**circuit** [5] - 41:20, 58:18, 69:8, 69:16, 123:7

Circuit's [1] - 43:3
circuits [2] - 42:9, 69:10
circulated [1] - 128:7
circumstance [2] - 110:6, 113:6
circumstances [4] - 16:7, 110:23, 143:9, 168:9
citation [1] - 114:7
citations [1] - 113:13
cite [7] - 41:18, 41:21, 42:7, 100:9, 112:9, 120:14, 145:8
cited [9] - 67:8, 109:6, 111:12, 113:24, 119:11, 119:15, 138:25, 141:4, 169:7
Citicorp [3] - 96:14, 100:24, 139:22
citizen [1] - 148:4
city [2] - 80:21, 147:8
Civil [3] - 71:1, 104:21, 104:24
CIVIL [1] - 1:6
claim [26] - 18:3, 28:24, 48:12, 58:15, 100:19, 100:22, 113:15, 115:13, 118:7, 135:22, 138:20, 140:23, 141:9, 142:3, 142:8, 142:10, 144:18, 144:23, 144:25, 145:1, 145:2, 145:6, 155:20, 163:14, 170:12
claimants [1] - 12:14
claiming [5] - 116:5, 133:9, 133:20, 149:17, 166:14
claims [40] - 8:6, 8:13, 17:19, 18:7, 20:7, 49:18, 53:19, 55:13, 55:21, 58:24, 59:3, 60:10, 60:18, 61:4, 83:10, 85:10, 100:17, 112:8, 117:1, 117:7, 121:11, 121:13, 131:4, 133:7, 133:14, 133:18, 134:1, 134:16, 144:19, 145:14, 146:5, 164:21, 165:17, 166:15, 169:11, 169:17, 169:20, 170:1, 170:7, 170:14
clarify [1] - 104:17,

162:6
class [3] - 19:11, 67:14, 107:10
clause [6] - 14:10, 42:18, 44:8, 106:17, 134:8, 169:12
clear [23] - 18:4, 21:14, 25:24, 28:21, 39:16, 40:25, 44:4, 50:7, 52:14, 57:6, 57:24, 65:17, 111:15, 122:22, 140:18, 145:15, 154:8, 158:23, 158:24, 158:25, 163:21, 168:25, 170:24
Clearly [1] - 141:23
clearly [13] - 20:25, 40:24, 68:14, 144:12, 147:23, 148:20, 148:23, 149:2, 161:10, 163:18, 164:1, 166:21, 169:23
Clem [1] - 23:24
clerk [2] - 63:16
CLERK [5] - 5:7, 5:12, 63:2, 63:5, 130:7, 171:15
client [3] - 121:4, 121:14, 141:7
client's [2] - 153:15, 153:18
clients [5] - 12:20, 66:4, 85:5, 85:25, 125:7
clients' [1] - 86:5
clip [9] - 157:4, 157:6, 157:24, 158:19, 158:21, 160:2, 161:25, 162:3, 162:23
clipped [2] - 53:6, 54:2
clips [1] - 53:7
close [5] - 30:6, 39:7, 56:23, 104:10, 144:6
closely [1] - 38:24
CNBM [1] - 71:8
CO [5] - 1:9, 1:11, 1:14, 3:7, 4:17
Co [1] - 9:9
co [1] - 6:3
co-counsel [1] - 6:3
coast [2] - 79:7, 163:2
Coast [12] - 7:4, 62:1, 62:6, 62:7, 62:11, 62:16, 62:20, 103:2, 103:3, 103:5, 103:10

coastline [1] - 31:19
coat [1] - 80:9
cocoon [1] - 74:15
code [4] - 96:23, 97:20, 97:23, 98:1
COIE [1] - 4:16
coils [1] - 86:4
colleagues [2] - 82:25, 168:22
collectively [1] - 9:3
color [5] - 152:15, 155:3, 155:4, 155:10
colors [7] - 154:21, 154:24, 155:7, 156:11, 156:22, 157:8, 157:12
COLSON [1] - 2:11
column [2] - 52:12, 154:17
columns [1] - 52:14
comfort [1] - 68:15
comfortable [2] - 124:12, 124:17
coming [1] - 152:10
comity [4] - 14:1, 15:2, 15:11, 164:24
commence [2] - 10:10, 130:12
commenced [1] - 71:10
commend [1] - 12:13
comment [1] - 12:21
comments [20] - 11:11, 13:1, 13:5, 13:17, 18:18, 30:9, 30:25, 43:10, 45:19, 51:3, 51:5, 55:1, 59:2, 60:9, 75:11, 122:18, 124:7, 124:8, 140:14, 147:18
commerce [28] - 15:6, 17:1, 30:8, 34:19, 36:23, 36:25, 37:9, 56:6, 71:3, 71:4, 71:13, 71:19, 71:21, 71:22, 72:2, 72:5, 72:21, 74:22, 79:6, 80:13, 127:11, 140:5, 140:11, 148:19, 149:25, 154:5, 160:19, 167:12
commercial [3] - 7:1, 7:10, 48:24
commingled [4] - 83:2, 83:4, 83:5, 93:11
commingling [7] - 83:13, 94:12, 94:20,

111:1, 111:16, 112:12, 113:5
commission [1] - 95:16
committed [2] - 85:7, 100:15
COMMITTEE [2] - 1:23, 2:24
Committee [2] - 146:18, 163:25
committee [1] - 114:15
committees [1] - 75:22
committing [2] - 90:21, 99:4
common [4] - 18:23, 145:5, 145:22
communicating [1] - 98:13
communications [2] - 91:11, 164:6
companies [59] - 11:17, 11:24, 14:7, 14:12, 15:19, 16:8, 20:11, 22:9, 22:11, 24:20, 25:2, 26:21, 26:22, 28:7, 28:14, 28:16, 29:10, 29:13, 31:20, 31:21, 33:20, 33:21, 34:14, 34:15, 47:20, 48:18, 51:21, 52:17, 53:9, 57:9, 60:12, 71:8, 90:23, 92:9, 92:17, 94:18, 110:9, 119:8, 126:16, 132:6, 132:22, 133:4, 133:21, 136:14, 137:17, 162:15, 165:4, 165:8, 165:10, 166:10, 166:13, 167:4, 167:7, 167:9, 168:13, 168:16, 168:17
Company [11] - 6:1, 82:3, 82:8, 90:8, 90:9, 101:20, 116:17, 151:7, 151:14, 151:15, 163:19
company [75] - 9:1, 14:13, 15:22, 21:7, 22:2, 22:5, 24:5, 24:18, 26:25, 29:19, 30:14, 32:7, 32:13, 32:22, 33:23, 34:17, 35:16, 40:19, 42:20, 43:16, 44:1, 46:5,

49:1, 49:2, 57:2, 58:14, 62:17, 74:2, 78:7, 78:9, 87:4, 87:15, 88:11, 88:25, 90:2, 90:7, 90:8, 91:3, 91:13, 91:14, 91:22, 93:9, 96:7, 97:10, 99:21, 102:19, 109:10, 110:2, 110:18, 110:19, 110:20, 110:21, 112:24, 113:18, 113:21, 114:11, 116:16, 116:17, 116:18, 125:3, 132:8, 134:6, 134:17, 136:2, 137:16, 139:6, 151:18, 158:11, 158:15, 159:20, 160:23, 162:9, 162:10, 170:17
COMPANY [1] - 4:7
company's [3] - 21:10, 132:7, 151:24
compare [2] - 25:9, 65:3
comparisons [1] - 40:5
compelling [1] - 83:16
compensating [1] - 90:15
compensation [3] - 83:11, 93:4, 93:5
compete [1] - 32:18
competitors [1] - 25:2
complain [1] - 157:7
Complaint [2] - 68:20, 68:22
complaint [17] - 19:15, 58:23, 67:3, 67:4, 68:22, 75:14, 85:16, 134:23, 141:1, 141:10, 141:17, 141:18, 142:6, 142:14, 142:17, 143:3, 170:3
complaints [6] - 19:8, 20:5, 67:3, 67:10, 67:14, 67:18
complete [3] - 92:8, 92:16, 119:13
completely [5] - 14:6, 122:25, 123:20, 124:14
complexity [1] - 121:19
compliance [2] - 15:20, 48:17
complicated [1] -

127:11
comply [4] - 49:9, 67:14, 67:15, 96:25
component [1] - 146:3
computed [1] - 79:8
COMPUTER [1] - 4:25
concede [2] - 33:9, 85:2
concentrating [1] - 123:24
conceptualized [1] - 14:15
concerned [3] - 14:18, 19:5, 98:14
concerning [1] - 66:24
concession [2] - 120:18, 120:19
conclude [1] - 87:23
concluded [1] - 171:17
concludes [1] - 122:11
concluding [1] - 57:12
conclusion [6] - 16:9, 82:16, 83:12, 84:6, 115:20, 124:19
conclusions [1] - 9:16
conclusory [2] - 22:12, 145:11
concurrences [1] - 42:17
condition [1] - 60:3
conditioning [2] - 7:16, 86:3
conduct [5] - 14:13, 16:21, 17:19, 74:24, 95:1
conducted [1] - 68:21
conducting [1] - 9:13
conducts [1] - 87:4
conferences [1] - 9:8
conferred [1] - 123:10
confined [1] - 78:23
confirm [2] - 133:11, 138:19
confirmation [1] - 156:20
confirming [1] - 155:22
confirms [1] - 151:21
Conflicts [1] - 87:18
conformed [2] - 78:20, 78:21
confusing [1] - 142:8
connect [1] - 100:23
connection [1] - 161:21
connections [1] - 162:11
consider [8] - 88:19,

94:1, 94:10, 110:7, 112:23, 145:17, 153:12, 165:13
consideration [4] - 38:7, 112:15, 112:17, 166:17
considered [7] - 43:15, 75:8, 83:16, 87:7, 94:7, 149:6, 151:12
considering [1] - 106:25
consistent [8] - 15:15, 44:5, 102:16, 103:15, 103:17, 126:5, 157:1, 161:22
consistently [2] - 101:11, 143:10
consolidated [1] - 8:5
constitute [4] - 28:20, 35:19, 41:1, 170:13
constitutes [2] - 14:22, 36:2
Constitution [3] - 14:17, 18:2, 69:3
constitutional [9] - 84:9, 86:24, 101:7, 101:11, 147:5, 147:22, 149:3, 149:6, 164:8
constitutionally [1] - 106:12
constructed [2] - 65:19, 133:19
construction [2] - 7:10, 49:1
Construction [3] - 82:3, 82:5, 153:20
constructive [1] - 145:23
consulted [1] - 142:23
consumed [1] - 148:18
consumers [5] - 26:22, 77:11, 166:7, 166:20, 166:25
contact [4] - 56:25, 99:9, 142:21, 147:7
contacted [2] - 28:16, 142:18
contacts [12] - 14:18, 16:18, 54:21, 69:19, 74:21, 82:19, 94:1, 106:6, 109:9, 109:14, 109:16
contain [2] - 18:7, 145:11
contained [1] - 85:23
container [1] - 98:14
containers [2] - 33:5,

97:1
containing [1] - 118:19
contaminated [2] - 58:21, 105:8
contemporaneous [2] - 116:9, 118:19
contemporaneously [1] - 118:21
contents [1] - 64:12
context [2] - 15:18, 42:1
contiguous [1] - 31:15
continue [1] - 104:24
continued [1] - 10:15
CONTINUED [3] - 2:1, 3:1, 4:1
continuous [1] - 29:1
contract [11] - 29:18, 48:6, 52:12, 89:15, 98:9, 102:18, 151:6, 151:25, 152:8, 152:12, 162:25
contracted [1] - 49:7
contracts [12] - 23:6, 23:9, 45:20, 46:19, 47:4, 65:17, 79:12, 147:13, 150:9, 153:24, 161:18, 164:5
contractual [1] - 49:9
contrary [3] - 15:10, 147:22, 169:6
control [5] - 88:7, 93:15, 117:2, 120:3, 120:6
controlled [2] - 39:25, 40:1
controlling [3] - 72:6, 72:7
convenience [1] - 31:23
conveniens [1] - 43:4
convey [1] - 11:15
convince [1] - 92:13
convinced [1] - 83:23
cookie [1] - 73:23
Cooper [1] - 123:3
copies [1] - 47:3
copper [1] - 7:14
copy [10] - 46:24, 47:2, 89:15, 98:4, 116:12, 131:18, 131:19, 131:22, 137:9, 152:8
CORAL [1] - 2:13
corner [1] - 156:8
Corp [1] - 82:7
corporate [20] - 45:5, 45:14, 83:4, 83:13,

87:5, 88:15, 93:2, 94:11, 94:15, 94:17, 94:22, 94:24, 95:2, 101:5, 105:20, 110:3, 111:24, 114:2, 124:13, 152:21
corporation [2] - 87:19, 147:17
Corporation [13] - 147:17, 147:20, 149:8, 151:18, 151:23, 152:13, 153:20, 154:14, 155:12, 155:23, 156:9, 156:21, 160:4
corporations [2] - 148:24, 150:11
correct [6] - 101:25, 107:20, 111:8, 138:16, 158:12, 172:7
corrected [1] - 116:3
correspondence [1] - 40:13
Cost [1] - 103:8
cost [1] - 25:19
costs [8] - 30:17, 32:19, 33:6, 54:13, 76:17, 79:8, 79:22, 168:2
COTLAR [1] - 1:23
council [1] - 66:7
counsel [50] - 5:14, 5:18, 6:3, 12:2, 12:13, 22:8, 27:15, 27:23, 29:25, 30:12, 35:5, 35:8, 35:21, 36:20, 47:22, 55:16, 63:14, 63:18, 66:9, 66:12, 68:11, 70:20, 73:13, 75:12, 75:22, 79:4, 85:13, 108:13, 108:20, 109:21, 112:13, 114:19, 122:20, 124:4, 124:22, 125:20, 125:25, 126:5, 130:22, 134:15, 141:7, 142:11, 142:21, 143:21, 146:23, 165:17, 165:24, 166:23, 168:8
Counsel [1] - 126:12
counsel's [2] - 66:17, 81:15
count [1] - 13:11
counter [2] - 12:14, 141:4

counter-claimants [1] - 12:14
countless [1] - 105:11
countries [2] - 15:4, 28:10
country [7] - 19:19, 32:25, 38:20, 76:19, 78:2, 84:2, 100:4
County [2] - 144:1, 171:9
couple [11] - 11:10, 28:15, 43:24, 47:7, 59:2, 69:12, 105:2, 119:22, 124:6, 126:11, 132:17
course [20] - 17:5, 22:20, 23:12, 28:15, 28:19, 30:13, 32:15, 40:17, 55:11, 57:22, 89:13, 95:22, 95:24, 97:22, 122:24, 123:3, 136:18, 138:11, 144:21, 148:18
COURT [4] - 1:1, 4:21, 5:4, 130:4
Court [84] - 5:16, 8:20, 8:22, 9:8, 9:11, 9:15, 9:17, 10:3, 10:6, 10:9, 10:17, 11:19, 13:13, 13:24, 14:5, 14:21, 15:12, 37:14, 38:15, 38:17, 40:4, 42:16, 56:1, 61:9, 63:8, 63:18, 74:8, 74:10, 80:15, 96:15, 97:9, 99:13, 99:16, 103:19, 104:21, 104:24, 105:1, 108:17, 109:2, 109:12, 109:19, 110:16, 111:16, 112:3, 112:10, 112:13, 114:22, 114:24, 115:4, 115:7, 115:11, 115:13, 115:20, 115:22, 116:5, 116:11, 117:18, 117:19, 118:7, 118:14, 119:3, 120:14, 122:4, 124:22, 129:1, 138:19, 141:23, 145:17, 145:18, 145:23, 146:1, 146:2, 146:5, 149:9, 152:24, 164:12, 164:14, 172:4, 172:5, 172:6,

172:14, 172:15
**court** [35] - 7:25, 8:1,
8:6, 11:16, 12:10,
15:7, 16:5, 16:9,
26:11, 26:14, 37:8,
38:14, 41:15, 42:11,
50:3, 55:12, 58:14,
63:1, 66:1, 67:12,
67:24, 73:4, 77:17,
80:22, 105:4, 105:5,
108:23, 111:25,
119:25, 123:4,
123:7, 128:25,
143:18, 161:23,
171:13
**Court's** [1] - 121:23
**court-appointed** [1] -
66:1
**Courthouse** [1] -
171:9
**courtroom** [3] -
108:11, 167:20,
171:9
**courts** [20] - 7:21,
38:20, 41:19, 70:13,
101:10, 109:13,
112:8, 114:9,
119:22, 121:12,
126:25, 127:13,
139:15, 140:1,
142:11, 143:9,
147:6, 148:8, 149:6,
166:5
**Courts** [1] - 153:11
**cover** [4] - 47:3,
100:22, 168:1, 169:1
**covered** [3] - 16:3,
16:5, 101:8
**CPA** [1] - 83:4
**CPSC** [4] - 62:14,
76:12, 77:9, 77:12
**create** [2] - 89:6,
113:16
**created** [3] - 56:13,
78:15, 93:9
**creating** [1] - 8:2
**credible** [1] - 83:20
**creditors** [4] - 44:19,
45:5, 45:9, 45:15
**criteria** [1] - 70:18
**critical** [4] - 21:5,
23:13, 25:5, 27:9
**criticize** [2] - 122:20,
123:23
**cross** [2] - 49:23,
49:25
**cross-examine** [2] -
49:23, 49:25
**crossed** [1] - 13:7
**CRR** [2] - 4:21, 172:13

**crux** [1] - 36:17
**crystal** [1] - 111:15
**culture** [1] - 95:10
**CUNNINGHAM** [1] -
4:7
**current** [1] - 106:20
**custom** [2] - 15:21,
96:20
**customer** [5] - 78:22,
90:9, 97:17, 97:18,
146:4
**customers** [17] - 34:5,
79:9, 79:12, 87:14,
88:10, 88:13, 88:23,
89:1, 89:4, 90:5,
90:9, 90:10, 99:14,
99:22, 116:6,
126:12, 126:14
**cylinders** [1] - 72:22
**Cyr** [18] - 6:13, 11:8,
64:7, 65:24, 67:10,
69:22, 85:18, 89:3,
90:25, 100:23,
101:25, 107:20,
115:6, 130:23,
138:2, 140:3,
164:17, 164:18
**CYR** [21] - 3:7, 6:13,
11:7, 11:13, 12:13,
39:14, 46:24, 48:14,
56:10, 56:20,
122:14, 130:15,
130:23, 131:15,
131:22, 132:1,
132:5, 133:15,
135:6, 164:17,
164:19
**Cyr's** [4] - 85:25,
99:23, 102:23,
138:18

# D

**Dade** [2] - 144:1,
171:9
**damage** [7] - 6:24,
48:12, 85:10, 87:24,
100:17, 100:19,
105:11
**damaged** [5] - 56:16,
81:6, 87:25, 100:14,
148:21
**damages** [1] - 169:21
**dance** [1] - 80:12
**dangerous** [1] -
148:21
**date** [4] - 8:21, 52:12,
151:13
**DAUPHIN** [1] - 4:8

**DAVID** [2] - 2:7, 4:16
**David** [1] - 6:3
**Davis** [2] - 99:16,
149:8
**DAVIS** [1] - 1:24
**DAWN** [1] - 2:16
**days** [5] - 20:18, 64:2,
81:2, 92:23, 165:3
**DCA** [8] - 97:4, 99:20,
139:1, 139:11,
139:22, 141:5,
141:23, 143:13
**de** [1] - 68:14
**dead** [1] - 126:1
**deal** [10] - 68:5, 74:12,
74:13, 79:25, 82:2,
82:24, 102:6, 105:3,
138:6, 162:9
**dealing** [7] - 69:23,
72:12, 75:18, 91:21,
93:24, 94:2, 122:25
**dealt** [2] - 48:25, 69:5
**debt** [6] - 91:24,
91:25, 92:2, 92:6,
92:14, 92:16
**debts** [6] - 45:13,
83:10, 91:24, 93:8,
94:12, 110:21
**decades** [1] - 14:12
**December** [1] - 51:12
**decide** [3] - 23:12,
30:19, 165:14
**decided** [5] - 30:22,
20:23, 42:9, 91:4,
168:18
**decision** [13] - 17:12,
36:13, 38:6, 38:25,
41:12, 42:5, 43:4,
56:5, 80:14, 113:20,
118:15, 118:17,
123:9
**decisions** [6] - 13:10,
14:4, 37:25, 56:3,
80:13, 114:5
**declaration** [2] -
61:18, 61:23
**declarations** [1] -
128:4
**deems** [1] - 106:6
**default** [37] - 9:8, 9:12,
9:17, 9:20, 9:25,
10:1, 10:8, 10:20,
10:24, 10:25, 11:2,
13:1, 49:25, 50:6,
50:8, 66:5, 66:6,
68:17, 68:20, 76:16,
76:17, 76:22, 138:3,
140:15, 140:19,
143:9, 143:11,
143:16, 143:22,

144:3, 144:5,
144:14, 145:10,
146:8, 146:10
**defaults** [1] - 165:14
**defective** [14] - 26:8,
72:23, 73:5, 80:23,
85:6, 85:12, 86:2,
86:5, 87:25, 92:7,
146:2, 148:21,
154:5, 154:10
**Defendant** [1] - 59:12
**defendant** [41] -
20:23, 56:17, 60:21,
62:22, 67:7, 73:7,
95:18, 95:19, 96:17,
99:8, 99:13, 101:2,
104:19, 105:12,
139:18, 141:24,
147:1, 147:24,
148:14, 148:17,
148:20, 148:23,
149:10, 149:17,
149:24, 150:14,
150:18, 152:5,
153:13, 153:25,
156:2, 158:17,
160:4, 161:1,
161:10, 163:1,
163:7, 163:13,
163:23, 164:2,
164:16
**defendant's** [2] -
95:20, 99:5
**defendants** [26] - 8:7,
8:9, 8:23, 8:24, 20:2,
67:19, 76:10, 76:15,
76:20, 77:5, 77:18,
77:22, 84:21,
104:23, 105:7,
107:13, 108:1,
108:21, 123:10,
125:14, 126:6,
127:4, 128:1, 128:2,
169:10, 170:12
**defendants'** [4] -
74:24, 138:21,
139:9, 164:15
**defense** [7] - 73:11,
140:22, 144:15,
144:18, 144:24,
145:8, 145:12
**defenses** [1] - 146:11
**defer** [1] - 171:5
**deficient** [2] - 77:8,
77:20
**defies** [1] - 58:22
**defined** [1] - 52:20
**defines** [1] - 30:8
**definition** [2] - 36:22,
56:6

**degree** [1] - 76:6
**delay** [1] - 143:10
**deliberately** [1] -
107:1
**deliberation** [1] -
11:20
**delivered** [7] - 31:5,
61:25, 86:11, 86:17,
105:9, 107:1, 140:7
**deliveries** [3] - 59:7,
78:12, 78:22
**delivering** [1] - 162:4
**delivery** [5] - 16:1,
24:17, 24:23, 30:20,
98:10
**demand** [4] - 7:5,
28:5, 46:10, 126:10
**demands** [1] - 143:7
**demonstrate** [1] -
135:20
**demonstrated** [2] -
20:25, 170:6
**demonstrating** [1] -
145:8
**denial** [1] - 145:10
**denied** [2] - 77:10,
146:6
**denies** [1] - 77:10
**DENVER** [1] - 4:17
**deny** [4] - 57:22,
107:2, 107:3, 164:14
**Department** [2] -
98:23, 99:3
**dependent** [1] - 75:10
**deposed** [1] - 108:3
**deposition** [12] -
22:17, 23:8, 88:23,
90:4, 97:12, 118:18,
123:19, 142:20,
151:22, 155:15,
160:5, 167:23
**depositions** [8] -
20:13, 20:15, 20:17,
77:2, 77:22, 84:5,
117:25
**DEPUTY** [6] - 5:7,
5:12, 63:2, 63:5,
130:7, 171:15
**derivative** [1] - 145:23
**describes** [2] - 92:11,
92:20
**designate** [3] - 31:23,
33:9, 168:18
**designated** [9] - 7:25,
28:17, 33:4, 34:4,
34:17, 53:11, 132:8,
132:23, 168:17
**desire** [1] - 81:11
**despite** [2] - 124:7,
139:4

destination [1] - 161:2
destined [2] - 97:2, 97:11
destroy [1] - 39:23
destruction [1] - 65:4
detail [1] - 94:5
detailed [4] - 9:16, 13:4, 168:19
details [1] - 150:2
detained [1] - 64:16
determination [2] - 109:1, 109:7
determine [4] - 65:1, 67:5, 166:6, 166:19
determining [1] - 124:12
developed [6] - 60:20, 70:12, 81:24, 84:3, 84:4, 134:15
developing [1] - 133:16
Devon [18] - 29:20, 29:24, 33:21, 33:22, 33:25, 34:2, 34:4, 61:7, 61:12, 62:11, 62:12, 82:7, 102:10, 102:11, 103:6, 103:16, 123:20
Devon's [2] - 102:14, 102:25
devotion [1] - 12:19
DHL [1] - 79:3
DIAL [1] - 4:3
Dickens [1] - 70:25
difference [1] - 48:1
different [36] - 17:23, 25:9, 26:18, 28:25, 32:19, 36:8, 36:10, 37:21, 37:22, 42:8, 47:23, 54:18, 57:20, 60:13, 61:2, 72:15, 77:3, 91:11, 94:5, 99:22, 101:1, 106:2, 106:3, 106:5, 111:12, 123:20, 126:16, 126:20, 132:10, 134:2, 137:16, 139:4, 156:7, 161:7, 165:18, 169:11
differentiate [1] - 91:13
differently [1] - 56:17
difficult [4] - 16:8, 16:13, 19:3, 54:6
dig [1] - 79:21
diligence [7] - 140:21, 143:7, 143:12, 144:13, 146:10, 164:22

dimensions [10] - 28:3, 28:7, 28:9, 28:12, 52:21, 52:25, 126:9, 126:15, 166:4, 168:16
direct [9] - 47:16, 51:15, 51:23, 74:23, 79:12, 85:3, 114:11, 131:17, 132:5
directed [5] - 10:9, 14:14, 16:21, 69:20, 77:12
directing [1] - 132:2
direction [1] - 74:23
directly [5] - 86:18, 101:6, 103:1, 103:6, 116:2
directors [1] - 113:17
Directors [1] - 23:4
disagree [2] - 27:16, 79:4
disagreements [1] - 12:18
disappeared [2] - 87:16, 93:10
disaster [3] - 81:5, 81:20, 81:21
disasters [2] - 81:6, 81:19
discharge [1] - 163:4
discharged [1] - 98:7
disclosed [1] - 118:13
discovered [1] - 75:16
discovery [16] - 10:10, 10:12, 10:13, 10:15, 19:20, 20:12, 52:9, 53:8, 53:13, 76:6, 108:4, 114:22, 117:19, 118:12, 120:22, 133:1
discretion [1] - 83:25
discuss [5] - 15:25, 24:24, 40:11, 142:21, 146:25
discussed [5] - 56:13, 147:19, 153:12, 161:23, 166:12
discussing [2] - 17:16, 165:5
discussion [4] - 21:13, 33:16, 105:20, 106:1
discussions [4] - 17:8, 56:15, 125:19, 158:4
dismiss [4] - 10:19, 10:23, 11:5, 146:6
Disneyland [1] - 27:21
disprove [2] - 120:1, 152:4

dispute [6] - 27:12, 27:25, 35:4, 35:5, 36:1, 87:21
disputes [6] - 15:22, 16:4, 16:5, 25:25, 51:8, 88:2
disregard [1] - 94:16
disregarded [1] - 44:24
disregards [1] - 119:3
distinction [2] - 91:22, 163:21
distracting [1] - 125:11
distribute [1] - 33:11
distributed [7] - 32:10, 32:16, 78:25, 81:24, 121:15, 133:24, 166:2
distribution [3] - 86:13, 137:17, 155:11
distributor [14] - 29:2, 29:3, 35:16, 37:2, 39:22, 39:25, 40:1, 40:12, 59:22, 78:22, 82:13, 147:16, 155:23, 167:14
Distributors [5] - 54:4, 54:8, 54:17, 82:4, 107:22
distributors [7] - 8:14, 8:19, 48:13, 77:5, 78:17, 108:2, 155:12
District [13] - 41:13, 76:18, 96:14, 96:19, 99:7, 104:21, 104:24, 139:17, 145:9, 145:18, 172:6, 172:15
DISTRICT [4] - 1:1, 1:1, 1:18, 3:16
Docket [1] - 155:16
DOCKET [1] - 1:6
document [13] - 31:4, 40:12, 59:21, 64:6, 117:23, 118:22, 136:4, 136:6, 136:25, 152:22, 160:25, 161:7, 163:10
Document [1] - 63:13
DOCUMENT [1] - 1:8
documentation [3] - 85:15, 85:21, 86:7
documents [28] - 20:10, 22:14, 61:9, 61:21, 76:7, 76:9, 81:10, 112:25, 113:1, 114:25,

115:4, 116:8, 117:18, 117:22, 119:4, 119:17, 119:23, 120:2, 120:5, 120:10, 120:25, 124:23, 125:7, 136:7, 141:13, 142:24, 150:12, 156:2
dollar [2] - 76:16, 80:7
dollars [4] - 145:3, 148:22, 163:15, 165:11
domestic [6] - 15:22, 21:7, 46:5, 103:22, 121:13, 155:19
domestically [2] - 28:9, 168:14
done [6] - 93:6, 122:17, 122:22, 125:22, 127:3, 128:15
Dong [1] - 12:5
DONG [2] - 3:15, 12:12
Dongxin [2] - 90:8, 116:17
DOT [2] - 96:25, 98:15
dots [1] - 100:23
doubt [10] - 28:10, 39:15, 55:6, 58:3, 88:4, 107:12, 133:19, 155:24, 155:25, 156:1
down [6] - 33:14, 49:16, 55:17, 136:24, 155:2
downstream [2] - 8:13, 8:18
Dr [3] - 94:9, 94:14, 94:21
dragged [2] - 36:25, 73:3
dragging [1] - 121:19
drawn [2] - 119:25, 120:5
dreamers [1] - 15:3
dredge [1] - 72:23
Dredging [3] - 37:13, 38:2, 55:24
Drive [2] - 152:19, 153:21
drywall [197] - 6:25, 7:9, 7:13, 7:24, 8:2, 8:7, 8:10, 17:25, 18:7, 21:8, 21:25, 22:1, 24:18, 24:19, 24:25, 27:6, 27:7, 28:3, 28:5, 28:6, 28:8, 28:11, 28:13,

29:6, 29:8, 29:9, 29:13, 30:3, 32:7, 32:10, 33:8, 33:11, 33:13, 33:22, 33:23, 34:9, 34:24, 40:20, 46:10, 46:13, 46:14, 46:15, 47:10, 47:20, 47:24, 49:1, 49:2, 49:8, 49:22, 50:3, 50:16, 50:24, 51:20, 52:21, 53:15, 55:3, 55:7, 55:10, 55:22, 56:14, 56:16, 57:4, 57:7, 57:10, 57:14, 58:11, 58:20, 60:6, 60:12, 61:6, 61:7, 61:24, 62:3, 62:6, 62:15, 62:16, 62:20, 64:2, 64:17, 65:8, 65:19, 69:12, 78:10, 78:18, 80:1, 80:2, 80:3, 80:4, 80:8, 80:9, 80:23, 81:25, 82:11, 84:3, 84:25, 85:7, 85:12, 85:23, 87:25, 88:6, 88:8, 88:12, 88:22, 89:1, 90:21, 90:22, 92:7, 93:4, 93:5, 95:6, 95:7, 96:2, 96:21, 96:22, 97:2, 97:11, 97:21, 98:14, 99:24, 102:7, 102:8, 102:13, 102:15, 102:21, 102:25, 103:1, 103:8, 103:10, 103:17, 103:19, 103:20, 104:2, 105:8, 105:9, 115:23, 117:17, 117:21, 118:11, 121:11, 121:13, 121:16, 121:25, 122:9, 125:10, 125:14, 125:16, 125:23, 126:7, 126:8, 126:19, 127:5, 132:6, 132:9, 133:3, 133:5, 133:19, 133:21, 133:24, 134:5, 134:17, 134:22, 134:25, 135:10, 135:14, 135:21, 136:2, 136:22, 137:2, 137:5, 141:2, 147:13, 153:6, 160:19, 162:5, 163:1, 163:17, 165:18, 165:25, 166:2, 166:4, 166:6,

166:10, 166:14,
167:4, 167:5,
167:25, 168:4,
168:13, 168:15,
170:7, 170:16,
170:19, 170:25
**Drywall** [1] - 5:13
**DRYWALL** [1] - 1:5
**drywall-related** [2] -
121:11, 121:13
**due** [21] - 13:14,
14:10, 15:20, 16:17,
41:17, 42:18, 65:14,
69:2, 86:24, 101:7,
101:11, 106:17,
134:8, 140:21,
143:7, 144:13,
146:10, 164:22,
169:1, 169:5, 169:12
**DUGGAN** [1] - 2:4
**DUN** [25] - 40:11,
40:21, 59:20, 59:25,
60:6, 78:23, 78:24,
90:15, 90:19, 90:20,
93:4, 96:8, 112:16,
147:16, 147:21,
151:16, 152:7,
152:14, 154:22,
155:12, 155:24,
156:6, 156:8,
156:10, 160:5
**Dunaway** [1] - 50:21
**dunnage** [1] - 56:17
**during** [14] - 7:7,
19:24, 20:15, 28:2,
52:24, 53:8, 53:13,
62:15, 122:19,
126:7, 159:11,
165:11, 170:3
**Dusen** [1] - 69:14
**duty** [2] - 13:16, 125:6

# E

**e-mail** [2] - 97:13,
156:20
**e-mailing** [1] - 147:18
**e-mails** [7] - 23:22,
24:1, 93:11, 125:5,
125:10, 125:12,
154:16
**E-S-C-A-M-B-I-A** [1] -
42:7
**early** [1] - 37:12
**easier** [1] - 23:24,
105:22, 110:13
**easiest** [2] - 89:5,
112:2
**East** [2] - 7:4, 24:10

**Eastern** [4] - 34:25,
76:18, 81:8, 172:6
**EASTERN** [1] - 1:1
**easy** [2] - 46:21, 134:9
**echo** [1] - 128:21
**economic** [7] - 100:6,
100:11, 100:14,
100:18, 144:20,
144:24, 169:21
**economy** [2] - 14:7,
72:13
**Economy** [1] - 78:6
**effect** [1] - 17:5
**effective** [1] - 151:13
**effects** [1] - 81:2
**efficiency** [2] - 42:9,
121:22
**efficient** [5] - 55:16,
121:11, 121:17,
121:20, 121:21
**efficiently** [1] - 131:2
**effort** [1] - 145:16
**efforts** [4] - 12:14,
90:2, 96:12, 164:4
**ego** [4] - 60:23, 82:25,
109:1, 121:1
**EIDSON** [1] - 2:11
**eight** [2] - 59:3, 106:5
**Eiselen** [2] - 6:5,
107:17
**EISELEN** [4] - 3:21,
6:4, 107:17, 108:8
**either** [12] - 31:3,
52:12, 53:9, 67:3,
90:21, 90:23, 95:19,
119:21, 120:24,
132:7, 148:15
**ELDON** [1] - 1:17
**electronic** [1] - 164:4
**element** [1] - 120:9
**elsewhere** [2] -
149:14, 150:23
**Emerald** [12] - 62:1,
62:6, 62:7, 62:10,
62:11, 62:16, 62:20,
103:2, 103:3, 103:5,
103:8, 103:10
**emphasize** [11] -
18:19, 19:25, 20:9,
27:18, 53:12, 53:25,
56:11, 124:21,
135:25, 166:5,
166:22
**emphasized** [3] -
15:13, 123:12, 168:7
**employed** [1] - 76:11
**employee** [4] - 27:20,
90:11, 92:4, 141:11
**employees** [14] - 21:3,
22:24, 23:19, 83:4,

89:7, 89:8, 93:8,
93:14, 94:12, 94:13,
112:24, 150:8,
151:9, 151:10
**employments** [1] -
93:14
**en** [1] - 107:5
**enable** [1] - 52:2
**enabled** [1] - 76:23
**encouraged** [1] -
21:19
**end** [7] - 24:9, 57:25,
70:6, 78:22, 105:6,
107:6, 121:5
**ended** [8] - 97:21,
147:8, 151:10,
157:24, 160:2,
162:23, 167:5,
170:25
**ends** [1] - 61:13
**ENERGY** [1] - 2:8
**engage** [1] - 94:19
**engaged** [6] - 14:13,
15:6, 61:3, 95:24,
140:11, 165:4
**engages** [1] - 48:24
**engaging** [1] - 139:19
**English** [8] - 12:1,
12:7, 23:23, 73:17,
141:12, 141:13,
141:20, 141:25
**enjoyed** [2] - 21:16,
128:16
**enormous** [1] - 125:21
**enter** [2] - 91:9,
159:20
**entered** [13] - 9:8,
9:21, 9:24, 23:10,
49:10, 89:15, 90:14,
137:14, 139:10,
140:20, 143:22,
144:3, 151:6
**ENTERPRISES** [1] -
3:20
**entire** [6] - 30:2,
109:10, 114:14,
144:18, 144:25,
146:24
**entities** [35] - 5:24,
8:10, 8:11, 8:12,
8:15, 8:18, 9:1, 9:4,
29:19, 81:25, 82:2,
86:15, 88:19, 91:11,
92:24, 94:2, 94:10,
95:13, 96:3, 108:10,
108:12, 108:13,
108:21, 109:16,
110:9, 112:4,
114:23, 135:13,
136:14, 136:21,

137:9, 164:23,
167:19, 167:24
**ENTITIES** [1] - 4:3
**entitled** [1] - 172:9
**entity** [7] - 89:6, 94:7,
100:4, 101:5, 109:9,
111:17, 113:4
**entries** [2] - 47:17,
132:10
**entry** [8] - 47:19,
51:16, 51:19, 143:8,
143:11, 143:16,
144:8, 147:14
**enumerated** [1] -
148:5
**equals** [3] - 23:12,
161:14, 161:15
**equipment** [5] - 83:9,
91:3, 93:7, 112:19,
112:20
**equitable** [3] - 145:1,
145:13, 145:21
**equity** [1] - 164:10
**err** [1] - 114:9
**erroneous** [2] - 68:14,
117:24
**ERVIN** [1] - 2:12
**Ervin** [1] - 146:13
**Escambia** [1] - 42:6
**espoused** [2] - 13:24,
17:1
**ESQ** [23] - 1:23, 1:24,
2:3, 2:4, 2:8, 2:12,
2:12, 2:16, 2:16,
2:20, 2:24, 3:3, 3:7,
3:8, 3:12, 3:15, 3:21,
4:4, 4:8, 4:12, 4:12,
4:16, 4:19
**essence** [2] - 147:10,
151:8
**essential** [1] - 38:5
**establish** [3] - 22:1,
140:19, 140:20
**established** [6] - 8:16,
14:2, 21:11, 21:12,
88:22, 88:25
**establishment** [2] -
24:4, 43:14
**ET** [5] - 1:9, 1:9, 1:11,
1:12, 1:14
**evacuate** [1] - 80:21
**eventual** [1] - 143:17
**eventually** [6] - 8:17,
21:9, 27:1, 57:5,
61:13, 92:15
**Evidence** [1] - 71:1,
152:2
**evidence** [74] - 16:21,
17:18, 18:6, 18:13,
19:22, 20:7, 20:16,

22:7, 29:11, 29:12,
30:1, 38:23, 39:25,
40:13, 50:23, 55:2,
55:5, 55:10, 55:21,
56:21, 56:24, 57:13,
57:19, 58:5, 58:24,
61:8, 61:17, 62:19,
68:11, 76:24, 82:18,
83:16, 83:17, 83:20,
84:3, 85:20, 93:6,
94:9, 94:16, 103:14,
104:1, 107:2,
112:12, 115:15,
122:24, 123:2,
123:5, 125:13,
125:15, 128:3,
128:6, 136:1,
136:10, 137:8,
137:12, 149:21,
149:23, 150:15,
164:11, 165:22,
165:25, 166:6,
166:8, 167:6, 167:8,
167:11, 167:16,
169:10, 170:5,
170:7, 170:16,
170:24
**evidentiary** [9] - 9:12,
19:24, 20:14, 68:7,
68:8, 123:1, 123:9,
123:24, 123:25
**exact** [4] - 89:17,
114:14, 114:17,
115:9
**exactly** [8] - 25:21,
70:9, 72:12, 99:11,
106:15, 150:17,
157:20, 159:21
**exaggerate** [4] -
73:24, 73:25, 74:3,
92:20
**exaggeration** [5] -
93:13, 95:10, 98:3,
158:5, 158:7
**exaggerations** [1] -
93:1
**examine** [2] - 49:23,
49:25
**example** [8] - 48:23,
57:21, 92:2, 95:9,
100:12, 113:24,
139:12, 168:24
**excellent** [1] - 122:8
**except** [9] - 14:1,
18:10, 20:6, 23:11,
37:25, 51:6, 54:8,
67:19, 135:11
**exceptional** [1] -
143:9
**exceptionally** [1] - 7:5

**exceptions** [1] - 83:21
**excess** [2] - 85:1, 85:8
**exchange** [1] - 80:6
**exclusion** [1] - 51:11
**exclusive** [18] - 78:15, 78:16, 90:14, 90:18, 91:9, 96:7, 120:2, 120:6, 147:16, 150:9, 150:11, 151:6, 151:15, 152:6, 153:23, 156:10, 159:20, 160:23
**excusable** [7] - 140:20, 140:24, 141:7, 141:19, 142:1, 142:6, 146:9
**excuse** [3] - 97:25, 127:21, 141:9
**excuses** [1] - 119:2
**executed** [1] - 65:17
**exempt** [1] - 21:20
**exemption** [1] - 21:17
**exercise** [3] - 42:22, 67:21, 143:6
**exercises** [1] - 42:19
**exercising** [2] - 106:23, 144:13
**Exhibit** [12] - 59:12, 122:9, 122:10, 135:8, 135:17, 152:23, 153:22, 155:15, 160:11, 161:2, 165:19, 165:20
**exhibit** [5] - 22:14, 50:14, 50:22, 64:3, 128:6
**exhibits** [12] - 22:16, 43:19, 63:13, 64:4, 64:5, 68:2, 68:5, 70:24, 78:8, 122:8, 124:11, 128:3
**exist** [1] - 87:12
**existed** [3] - 97:5, 99:8, 106:21
**existence** [2] - 140:21, 151:10
**existing** [1] - 64:25
**exists** [4] - 99:20, 107:12, 138:22, 145:12
**expand** [1] - 10:13
**expect** [2] - 26:17, 76:1
**expectation** [1] - 74:22
**expectations** [1] - 71:3
**expected** [1] - 107:6

**expects** [1] - 167:15
**expense** [1] - 141:16
**expensive** [1] - 76:17
**experience** [1] - 43:9
**experienced** [1] - 7:17
**experiences** [1] - 117:1
**expert** [6] - 44:17, 66:19, 66:20, 66:21, 119:10, 124:17
**experts** [11] - 44:9, 66:16, 66:18, 66:19, 66:20, 83:12, 94:6, 110:1, 112:6, 112:8, 113:15
**explain** [4] - 82:11, 115:9, 119:1, 134:19
**explained** [1] - 168:16
**explaining** [1] - 167:23
**explanation** [3] - 71:12, 118:1, 140:23
**explanatory** [1] - 134:20
**export** [12] - 22:1, 28:10, 78:7, 78:9, 113:2, 116:14, 117:6, 117:7, 117:8, 119:13, 119:19, 150:12
**exported** [9] - 7:3, 21:9, 28:14, 116:19, 117:22, 118:8, 119:3, 121:23, 125:15
**exporters** [2] - 7:22, 95:6
**exports** [4] - 115:16, 116:24, 119:5, 119:9
**exposed** [1] - 72:20
**express** [1] - 106:10
**expressed** [1] - 43:7
**extend** [1] - 14:2
**extensive** [1] - 119:4
**extent** [5] - 47:11, 68:8, 106:11, 106:16, 115:12
**EXTERIOR** [2] - 3:19, 3:20
**extra** [1] - 125:10
**extraterritorial** [2] - 14:11, 15:9
**eye** [2] - 7:18, 74:17

**F**

**f)(1** [1] - 99:12
**fabric** [11] - 25:11, 25:19, 25:21, 26:7,

26:10, 26:15, 27:2, 30:6, 47:21, 48:1, 51:6
**face** [2] - 14:7, 141:20
**faced** [1] - 126:3
**faces** [1] - 16:13
**facie** [3] - 68:7, 75:3, 82:17
**facilities** [7] - 83:7, 89:9, 89:21, 91:7, 93:6, 93:13, 136:18
**facility** [2] - 23:17, 91:5
**fact** [39] - 9:16, 12:7, 13:10, 32:12, 56:5, 73:18, 77:13, 77:16, 88:15, 89:17, 89:22, 91:1, 91:2, 92:11, 92:20, 94:6, 94:13, 96:1, 96:23, 97:8, 98:20, 100:24, 104:1, 118:18, 137:9, 137:24, 139:4, 141:8, 141:24, 142:13, 143:6, 144:6, 144:11, 145:7, 149:22, 152:4, 158:8, 158:14, 161:16
**factor** [3] - 56:18, 110:8, 113:8
**factors** [10] - 14:23, 14:25, 15:1, 32:15, 32:17, 32:18, 43:15, 109:12, 110:7
**factory** [6] - 24:22, 24:24, 25:15, 29:14, 46:16, 83:9
**facts** [50] - 13:4, 18:23, 19:2, 25:5, 44:4, 44:22, 46:12, 51:14, 52:3, 52:6, 54:5, 54:7, 54:18, 63:20, 64:20, 64:21, 65:16, 66:9, 69:18, 70:9, 71:23, 73:14, 74:19, 75:2, 75:5, 75:19, 76:3, 77:15, 77:24, 79:20, 82:16, 82:24, 83:1, 84:10, 84:11, 95:23, 99:19, 101:13, 124:20, 132:18, 134:21, 142:2, 146:25, 147:9, 151:1, 151:2, 165:13, 167:1
**factual** [3] - 16:13, 27:9, 27:12
**factually** [2] - 71:6,

164:10
**failed** [9] - 9:6, 16:20, 17:17, 18:10, 42:3, 60:2, 143:6, 145:7, 146:7
**failing** [1] - 120:15
**fails** [1] - 94:23
**failure** [6] - 7:14, 55:2, 92:8, 94:11, 94:17, 94:19
**fair** [11] - 11:19, 14:19, 14:22, 26:24, 37:7, 42:23, 50:7, 106:24, 121:6, 121:20, 123:23
**fairly** [2] - 34:10, 52:14
**fairness** [1] - 15:11
**faith** [3] - 120:8, 120:9, 120:21
**fall** [5] - 8:10, 9:9, 10:9, 83:24, 84:11
**Fallon** [15] - 5:17, 20:14, 43:12, 43:22, 47:14, 74:11, 128:20, 142:15, 144:22, 146:19, 155:9, 158:3, 164:20, 171:4, 171:7
**FALLON** [43] - 1:17, 5:8, 5:11, 5:14, 5:20, 6:10, 6:16, 11:12, 12:10, 39:13, 46:23, 48:11, 56:9, 56:11, 62:25, 63:6, 63:10, 63:21, 63:23, 74:9, 84:15, 101:18, 104:5, 104:8, 104:10, 107:16, 108:7, 118:24, 122:3, 122:13, 127:19, 127:23, 128:8, 128:13, 128:24, 130:8, 130:13, 130:17, 130:19, 131:20, 135:5, 171:6, 171:12
**falls** [3] - 27:24, 149:2
**familiar** [6] - 13:22, 51:19, 91:19, 118:22, 118:24, 120:15
**far** [8] - 14:1, 14:17, 19:5, 26:25, 69:13, 164:21, 164:24, 171:1
**Farina** [41] - 6:19, 11:9, 19:22, 20:9, 23:12, 27:18, 29:18, 34:2, 35:2, 43:11, 43:20, 44:8, 45:24,

46:24, 47:14, 51:2, 51:18, 57:12, 59:4, 63:24, 74:11, 84:17, 84:20, 87:23, 116:12, 124:10, 126:3, 127:20, 128:14, 128:21, 130:9, 130:10, 130:17, 137:21, 140:17, 144:7, 144:21, 152:10, 155:8, 158:2, 167:23
**FARINA** [22] - 1:18, 128:20, 130:11, 130:18, 130:21, 131:13, 131:23, 132:4, 133:13, 137:20, 137:23, 138:4, 138:13, 138:17, 140:16, 146:14, 146:16, 152:17, 164:18, 171:3, 171:7, 171:14
**fashioned** [2] - 154:5, 164:5
**fast** [2] - 72:18, 160:13
**fault** [1] - 67:11
**favor** [2] - 9:17, 76:4
**favorable** [1] - 121:1
**favored** [1] - 31:1
**favorite** [1] - 26:9
**favors** [1] - 163:22
**fax** [2] - 89:13, 89:24
**February** [5] - 9:12, 21:12, 47:19, 51:16, 143:22
**federal** [15] - 7:21, 8:1, 26:11, 26:14, 38:3, 41:17, 41:20, 69:3, 69:5, 69:7, 69:15, 109:13, 147:4, 149:3
**Federal** [3] - 70:25, 71:1, 152:1
**FedEx** [3] - 79:2, 96:12, 153:18
**feet** [16] - 7:2, 78:12, 80:1, 80:3, 80:4, 80:8, 84:24, 96:2, 115:23, 116:20, 117:14, 117:15, 117:21, 118:10, 147:11, 153:5
**Feineman** [1] - 94:21
**fellow** [7] - 23:5, 46:11, 46:15, 61:18, 61:23, 73:17, 130:24
**felt** [3] - 10:3, 39:14, 158:8
**few** [16] - 13:10, 19:12, 26:19, 30:9, 31:14,

41:10, 45:19, 52:6, 72:11, 112:14, 122:14, 122:18, 135:24, 143:10, 168:17

**Fifth** [24] - 10:6, 13:13, 18:4, 37:13, 37:25, 43:1, 43:3, 64:19, 66:25, 68:23, 69:9, 69:11, 70:14, 71:18, 72:1, 72:17, 73:10, 75:7, 108:25, 109:3, 109:5, 118:15, 123:3

**figure** [3] - 116:24, 118:3, 118:5

**figures** [3] - 118:1, 125:22, 165:22

**file** [2] - 114:23, 144:5

**filed** [16] - 9:20, 10:4, 10:19, 10:23, 11:4, 52:4, 68:22, 77:17, 85:19, 108:22, 135:8, 142:17, 143:18, 144:7, 144:11, 152:24

**files** [1] - 125:6

**filing** [5] - 7:20, 128:6, 143:17, 144:2, 144:9

**fill** [1] - 81:13

**final** [2] - 8:21, 12:21

**finally** [5] - 11:3, 55:17, 62:22, 132:15, 144:7

**financed** [1] - 83:7

**financial** [4] - 45:4, 83:5, 91:6, 100:18

**findings** [1] - 9:16

**fine** [3] - 127:23, 131:13, 138:4

**finish** [1] - 39:7

**fireworks** [2] - 139:3, 150:21

**firm** [2] - 45:6, 85:20

**firms** [4] - 142:15, 142:18, 142:25, 165:2

**first** [48] - 9:5, 11:13, 13:8, 13:23, 16:14, 21:16, 26:20, 27:11, 41:11, 41:24, 44:10, 52:11, 53:21, 63:11, 70:11, 74:13, 75:5, 77:7, 77:25, 92:12, 95:21, 100:8, 100:12, 101:21, 102:11, 104:16, 106:4, 108:25, 111:6, 111:8, 111:20, 112:1, 117:8, 125:10,

131:16, 132:3, 132:13, 137:25, 141:1, 141:15, 142:21, 142:24, 154:17, 161:3, 164:21, 169:2, 169:8, 169:17

**First** [2] - 68:19, 96:14

**Fischer** [1] - 143:13

**FISHBEIN** [1] - 2:3

**Fisherman's** [1] - 150:21

**fisherman's** [1] - 150:24

**fit** [3] - 56:5, 106:7, 139:14

**fitting** [1] - 142:5

**five** [11] - 21:15, 24:14, 58:8, 64:8, 92:23, 105:22, 105:23, 122:7, 122:17, 128:11, 144:4

**fixed** [1] - 53:20

**FL** [3] - 2:13, 2:25, 3:4

**flag** [11] - 57:21, 69:24, 69:25, 70:1, 154:21, 154:25, 155:6, 156:23, 157:8, 157:17

**flip** [2] - 51:24, 52:15

**flooding** [1] - 28:24

**Florida** [204] - 10:22, 16:11, 19:17, 33:1, 33:15, 40:22, 53:10, 60:12, 60:16, 66:8, 66:9, 66:11, 67:23, 69:20, 75:17, 75:19, 77:4, 78:12, 78:16, 79:2, 79:5, 79:7, 79:9, 79:13, 80:3, 81:8, 81:17, 81:18, 82:3, 82:6, 82:7, 82:8, 82:9, 84:23, 84:25, 85:3, 85:6, 86:9, 86:21, 86:22, 86:24, 87:17, 88:1, 88:3, 88:14, 88:15, 88:16, 93:19, 94:2, 95:4, 95:8, 95:11, 95:13, 96:3, 96:10, 96:13, 96:16, 96:19, 96:22, 96:25, 97:3, 97:12, 97:14, 97:20, 98:8, 98:15, 98:21, 98:22, 99:2, 99:5, 99:7, 99:9, 99:10, 99:15, 99:16, 99:18, 99:21, 99:22, 99:25, 100:2, 100:10,

100:11, 101:2, 101:4, 101:10, 101:15, 102:7, 103:13, 104:1, 106:1, 108:23, 109:3, 109:16, 115:18, 120:4, 120:5, 120:7, 121:2, 121:12, 121:16, 121:23, 124:13, 128:19, 132:8, 133:5, 134:8, 135:23, 137:10, 137:18, 138:21, 139:7, 139:15, 140:5, 140:10, 140:18, 141:9, 143:9, 144:13, 145:14, 146:1, 146:18, 146:20, 147:3, 147:12, 147:13, 147:15, 147:17, 147:21, 147:25, 148:1, 148:3, 148:9, 148:22, 148:24, 149:5, 149:9, 149:11, 149:12, 149:14, 149:15, 149:25, 150:11, 150:14, 150:16, 150:17, 150:24, 151:18, 151:19, 152:2, 152:6, 152:19, 153:6, 153:7, 153:9, 153:14, 153:21, 153:24, 153:25, 154:1, 155:11, 156:13, 160:20, 160:22, 161:3, 161:10, 161:12, 163:2, 163:4, 163:5, 163:11, 163:12, 163:25, 164:3, 164:9, 164:16, 166:7, 166:9, 166:12, 166:20, 166:25, 167:4, 167:5, 168:20, 168:22, 168:25, 169:5, 169:14, 169:18, 170:13, 170:18

**Florida's** [2] - 121:9, 143:7

**Florida-based** [1] - 166:9

**Florida-specific** [1] - 66:9

**Floridians** [1] - 148:24

**flow** [4] - 29:1, 37:1, 74:24, 167:13

**fly** [2] - 18:21, 35:3

**flying** [1] - 55:23

**FOB** [15] - 46:17, 73:9, 73:10, 75:7, 132:21, 150:20, 150:22, 153:17, 161:17, 161:20, 161:25, 162:4, 162:6, 163:20, 163:21

**focus** [11] - 12:23, 18:24, 24:6, 36:18, 86:20, 106:13, 132:11, 133:1, 135:2, 139:8, 170:11

**focused** [5] - 8:11, 39:12, 53:8, 53:13, 102:1

**focusing** [1] - 45:20

**folks** [4] - 6:18, 77:4, 78:18, 121:4

**follow** [1] - 51:3

**followed** [1] - 9:22

**following** [13] - 6:22, 9:15, 10:16, 63:20, 71:2, 71:16, 77:23, 78:10, 105:25, 114:2, 148:10, 156:22, 157:12

**follows** [1] - 69:15

**FOR** [7] - 1:22, 2:23, 3:6, 3:19, 4:3, 4:7, 4:11

**Ford** [1] - 42:7

**foregoing** [1] - 172:7

**foreign** [2] - 89:14, 99:20

**foreseeability** [3] - 38:12, 38:13

**foreseeable** [1] - 74:22

**forget** [2] - 39:23, 156:3

**forgot** [1] - 52:18

**Fork** [1] - 125:4

**form** [28] - 18:13, 45:15, 47:5, 47:6, 50:13, 52:4, 52:21, 57:9, 62:5, 66:17, 75:2, 77:19, 84:8, 94:24, 111:24, 113:21, 114:2, 117:24, 126:13, 126:19, 131:18, 131:22, 166:3, 167:2, 167:10, 170:23

**formal** [2] - 10:14, 87:6

**formalities** [3] - 93:3, 94:11, 94:17

**formed** [4] - 48:4, 78:7, 78:9, 87:14

**forms** [18] - 50:17, 51:19, 75:15, 77:14, 77:15, 77:16, 103:18, 114:24, 115:6, 115:8, 115:24, 117:18, 120:22, 125:23, 135:2, 135:7, 135:16

**formulations** [1] - 106:15

**forth** [5] - 23:23, 57:19, 144:19, 147:18, 156:21

**fortunate** [1] - 70:12

**fortunately** [1] - 77:12

**Forty** [1] - 79:19

**forum** [25] - 16:22, 17:20, 28:20, 28:25, 29:4, 29:24, 35:19, 37:3, 37:6, 37:8, 38:14, 40:18, 43:4, 57:18, 58:4, 58:16, 61:3, 69:19, 69:21, 121:10, 127:8, 127:17, 133:7, 137:5, 167:14

**forum-related** [3] - 58:16, 61:3, 133:7

**forward** [4] - 9:1, 17:16, 145:7, 158:24

**foul** [1] - 26:6

**four** [12] - 10:17, 19:1, 19:8, 20:18, 21:15, 23:15, 24:14, 76:13, 80:22, 128:5, 143:23, 153:15

**fourth** [2] - 27:19, 51:24

**Fourth** [4] - 36:13, 42:21, 42:23, 42:25

**Frank** [4] - 6:13, 23:24, 116:15, 127:25

**FRANK** [1] - 3:8

**frankly** [3] - 19:3, 49:3, 151:2

**free** [5] - 42:22, 162:1, 162:6, 162:19, 162:20

**freedom** [1] - 42:18

**freight** [3] - 79:23, 150:13, 163:12

**FRIDAY** [3] - 1:7, 5:2, 130:2

**front** [5] - 24:23, 47:2, 48:8, 64:14, 116:13

**frustrated** [2] - 36:21, 40:14
**Fu** [2] - 23:4, 92:19
**fulfill** [2] - 60:1, 60:2
**full** [4] - 23:19, 76:22, 106:11, 112:18
**full-time** [1] - 23:19
**fulls** [2] - 86:2, 86:3
**fully** [1] - 107:4
**fundamental** [9] - 13:21, 13:23, 15:1, 34:12, 38:8, 126:3, 127:2, 127:3, 170:10
**fundamentally** [2] - 46:12, 54:19
**funds** [2] - 111:2, 113:6
**fungible** [1] - 58:20
**furnished** [1] - 83:9
**future** [1] - 159:3

## G

**GA** [1] - 4:5
**GABLES** [1] - 2:13
**gained** [1] - 68:15
**GAINSBURGH** [1] - 2:7
**GALLOWAY** [1] - 3:20
**Gang** [11] - 23:25, 73:17, 73:21, 92:11, 151:5, 151:21, 154:14, 154:18, 155:2, 155:18, 160:16
**gaps** [3] - 51:4, 64:13, 64:14
**garnishee** [1] - 169:23
**Gas** [4] - 37:11, 37:22, 56:4, 149:8
**gates** [1] - 159:23
**gather** [2] - 76:3, 76:9
**gathered** [5] - 76:13, 77:15, 125:21, 125:22, 162:14
**gathering** [1] - 77:13
**GAUGHAN** [1] - 4:19
**GBH** [1] - 82:9
**GD** [5] - 54:4, 54:8, 54:16, 82:4, 107:22
**gee** [1] - 41:17
**General** [2] - 104:13, 105:15
**general** [10] - 7:7, 11:15, 22:15, 32:9, 39:9, 64:18, 95:22, 95:24, 110:4, 114:10
**GENERAL** [1] - 4:13
**General's** [1] - 107:11

**generally** [4] - 8:10, 24:25, 32:16, 33:10
**gentlemen** [3] - 5:9, 6:17, 23:15
**geographical** [2] - 32:9, 32:14
**geography** [1] - 24:7
**GEORGE** [1] - 2:20
**Georgetown** [1] - 66:19
**Georgia** [3] - 78:12, 79:10, 81:17
**GERALD** [1] - 2:8
**GERMANO** [1] - 1:9
**Germano** [26] - 9:10, 9:13, 9:21, 9:22, 9:24, 10:13, 10:18, 11:2, 18:11, 18:14, 23:21, 40:7, 45:19, 47:15, 49:12, 49:13, 49:20, 50:14, 50:25, 51:6, 51:21, 65:16, 66:2, 76:20, 76:24
**Giering** [1] - 108:11
**GIPS** [2] - 1:10, 1:12
**Gips** [1] - 9:10
**given** [8] - 14:21, 43:8, 46:24, 104:3, 108:15, 123:21, 131:18, 142:16
**glance** [2] - 36:6, 170:23
**glitch** [1] - 130:15
**Global** [1] - 78:5
**global** [1] - 127:11
**globalized** [1] - 14:7
**Goddard** [1] - 19:9
**GONGCHENG** [1] - 3:15
**Gonima** [11] - 91:8, 98:12, 154:13, 155:5, 156:21, 157:4, 160:3, 160:10, 160:17, 160:21
**Gonzalez** [3] - 146:13, 169:3, 169:6
**GONZALEZ** [7] - 2:12, 146:15, 146:17, 152:18, 157:25, 160:3, 162:24
**goods** [10] - 31:16, 32:22, 32:23, 34:14, 34:15, 119:14, 150:16, 161:17, 161:19, 161:20
**govern** [1] - 26:1
**governance** [1] - 83:4
**governed** [1] - 136:17
**governing** [1] - 13:13

**government** [4] - 21:20, 22:3, 22:22, 77:10
**governs** [3] - 17:9, 109:1, 109:3
**graciously** [1] - 108:15
**grant** [2] - 16:16, 17:15
**granted** [3] - 10:5, 17:13, 83:7
**grateful** [3] - 11:13, 11:18, 13:5
**Gray** [1] - 118:16
**great** [9] - 46:5, 75:12, 105:19, 123:15, 128:13, 128:24, 138:5, 141:16, 167:22
**Greater** [1] - 80:25
**greatest** [1] - 88:1
**Greenberg** [1] - 84:20
**GREENBERG** [2] - 2:24, 3:3
**GROSS** [1] - 1:10
**Gross** [12] - 11:3, 19:13, 19:16, 20:5, 50:13, 51:17, 53:22, 58:9, 58:23, 67:3, 67:4, 108:22
**ground** [1] - 76:9
**grounds** [1] - 10:2
**group** [2] - 8:13, 8:23
**groups** [1] - 8:10
**grow** [1] - 159:6
**growing** [1] - 160:13
**guaranteed** [1] - 163:12
**guaranties** [1] - 149:3
**Guardian** [4] - 82:8, 91:25, 92:2, 92:6
**guess** [8] - 13:15, 13:17, 22:23, 30:11, 31:7, 38:9, 48:22, 124:24
**guidance** [1] - 14:22
**guideline** [1] - 36:15
**guild** [1] - 48:9
**Gulf** [4] - 7:4, 65:4, 76:12, 81:7
**GUNN** [1] - 4:3
**Gustav** [1] - 80:21
**guy** [1] - 125:11
**guys** [4] - 54:14, 57:3, 132:23, 168:3
**GYPSUM** [2] - 1:9, 3:6
**gypsum** [9] - 7:2, 21:18, 58:21, 97:13, 97:16, 116:21, 117:2, 117:8, 163:16

**Gypsum** [13] - 6:14, 9:1, 9:10, 10:18, 21:2, 21:16, 78:5, 83:2, 91:14, 97:21, 126:18, 134:24, 168:8

## H

**half** [6] - 10:16, 49:16, 52:8, 64:8, 64:9, 102:13
**halftime** [1] - 170:4
**halfway** [1] - 105:14
**Hall** [2] - 6:19, 64:1
**hand** [7] - 52:11, 63:14, 133:17, 152:20, 156:8, 156:15, 163:14
**handful** [2] - 28:15, 126:11
**handing** [1] - 63:16
**handout** [4] - 46:21, 46:25, 47:1, 53:7
**hands** [2] - 73:23, 120:23
**hanging** [1] - 80:16
**happy** [5] - 6:9, 49:3, 52:7, 57:4, 124:2
**hard** [2] - 26:15, 38:3
**hardships** [2] - 11:22, 11:24
**Hargrave** [2] - 66:25, 109:11
**harm** [1] - 149:1
**harmed** [1] - 99:22
**hauled** [2] - 37:8, 38:14
**head** [2] - 23:5, 58:2
**headaches** [1] - 7:19
**health** [1] - 7:17
**hear** [15] - 6:21, 11:6, 18:22, 27:8, 27:23, 33:16, 33:19, 33:22, 63:6, 64:21, 68:10, 71:23, 94:5, 131:21
**heard** [18] - 13:8, 64:23, 64:24, 73:9, 84:24, 85:13, 89:3, 89:20, 90:25, 95:5, 96:1, 96:5, 102:17, 106:15, 106:17, 112:16, 144:17, 167:18
**HEARD** [1] - 1:17
**hearing** [12] - 9:12, 9:15, 11:14, 19:24, 68:7, 68:8, 75:23, 85:18, 123:1, 123:9,

123:25, 137:25
**HEARING** [1] - 1:17
**hearings** [2] - 9:14, 77:23
**hears** [1] - 36:22
**hearsay** [9] - 50:16, 60:15, 61:17, 62:9, 62:10, 70:23, 75:11, 83:18, 83:23
**heavier** [1] - 68:16
**Heischober** [1] - 50:21
**held** [4] - 94:13, 101:11, 141:23, 145:23
**help** [4] - 25:20, 40:3, 160:14, 161:4
**helped** [4] - 31:5, 66:22, 132:24, 168:22
**helpful** [3] - 16:15, 25:6, 39:20
**helping** [1] - 31:3
**helps** [1] - 26:24
**Herculean** [1] - 75:23
**Hercules** [2] - 75:24, 75:25
**hereby** [1] - 172:6
**HERMAN** [1] - 1:23, 1:23, 5:16, 63:8, 63:11, 74:10, 122:4, 128:10
**Herman** [28] - 5:17, 26:13, 26:17, 27:5, 49:25, 64:3, 64:19, 65:2, 65:9, 66:7, 68:1, 69:18, 71:24, 74:7, 84:24, 96:1, 96:11, 107:3, 122:5, 122:25, 124:1, 135:9, 135:17, 152:24, 153:22, 155:16, 160:11, 161:2
**Herman's** [1] - 28:23
**herself** [1] - 148:6
**HICKS** [1] - 2:11
**hide** [3] - 115:14, 121:25, 125:7
**hiding** [2] - 67:6, 119:23
**high** [3] - 7:5, 38:22, 168:5
**higher** [5] - 66:20, 115:25, 118:4, 118:5, 119:5
**highest** [2] - 15:7, 36:16
**highlighted** [4] - 36:3, 48:8, 148:12, 164:11

**Hilarie** [3] - 5:21, 84:20, 137:22
**HILARIE** [1] - 3:3
**himself** [2] - 23:1, 148:6
**hired** [3] - 76:5, 76:8, 110:1
**hiring** [1] - 162:20
**history** [2] - 20:20, 90:12
**HOGAN** [1] - 3:7
**Hogan** [7] - 6:13, 11:8, 11:25, 12:6, 127:25, 165:1, 165:3
**hold** [3] - 64:9, 75:6, 130:13
**holding** [1] - 39:10
**holds** [1] - 70:23
**home** [5] - 25:13, 25:22, 27:3, 50:21, 58:11
**homebuilder** [1] - 84:21
**homebuilders** [6] - 5:22, 7:22, 49:6, 64:5, 66:7, 86:9
**HOMEBUILDERS'** [1] - 2:23
**homeowner** [4] - 50:1, 85:10, 105:14
**homeowners** [14] - 11:23, 48:12, 48:17, 48:20, 48:23, 49:21, 53:15, 53:20, 100:17, 100:20, 121:7, 133:9, 134:11, 169:20
**homeowners'** [3] - 60:18, 107:9, 134:16
**Homes** [1] - 138:11
**homes** [39] - 18:6, 19:10, 19:11, 19:15, 19:16, 49:22, 50:24, 53:16, 55:4, 55:7, 55:8, 61:25, 65:3, 65:20, 65:25, 66:2, 66:10, 72:24, 72:25, 73:3, 85:6, 85:8, 85:11, 85:21, 85:22, 86:5, 87:25, 100:15, 103:11, 103:13, 105:11, 133:17, 135:23, 145:4, 145:16, 148:22, 153:7, 171:1
**honest** [2] - 62:4, 158:15
**Hong** [9] - 73:16, 77:22, 84:5, 92:23, 150:20, 150:22,

158:2, 161:17, 161:21
**Honor** [134] - 5:10, 5:19, 5:23, 5:25, 6:2, 6:4, 6:15, 11:7, 12:4, 12:12, 12:22, 14:24, 16:7, 16:13, 17:10, 22:23, 23:20, 25:5, 26:12, 27:22, 40:5, 41:12, 46:20, 48:14, 49:11, 49:12, 51:14, 52:6, 53:24, 63:11, 63:15, 63:22, 64:10, 64:12, 65:11, 67:23, 68:2, 68:4, 68:13, 68:18, 69:4, 69:12, 73:15, 74:11, 74:20, 75:2, 76:3, 77:3, 77:12, 77:17, 77:22, 78:8, 80:12, 80:20, 81:10, 82:15, 82:17, 83:15, 83:19, 83:22, 84:1, 84:4, 84:6, 84:13, 84:19, 87:22, 92:23, 95:9, 95:12, 101:13, 101:17, 101:20, 102:5, 104:3, 104:9, 104:11, 107:15, 107:17, 108:6, 108:9, 108:18, 109:8, 111:8, 112:13, 113:6, 113:22, 114:6, 114:7, 114:12, 114:17, 114:19, 115:3, 115:15, 115:25, 116:20, 117:13, 117:20, 118:2, 118:4, 118:9, 118:16, 118:22, 119:7, 119:15, 120:12, 120:19, 121:6, 121:15, 121:21, 122:2, 122:4, 122:11, 122:14, 122:24, 123:8, 124:9, 126:18, 127:18, 127:21, 128:10, 130:23, 138:25, 140:13, 141:4, 146:6, 146:12, 146:15, 152:10, 155:1, 158:1, 160:7, 161:7, 163:10, 164:17
**Honor's** [5] - 39:18, 48:7, 68:19, 72:18, 83:24
**HONORABLE** [2] -

1:17, 1:18
**Honors** [5] - 51:23, 53:6, 150:3, 154:13, 163:24
**Honors'** [1] - 166:17
**hope** [5] - 44:16, 81:2, 106:18, 122:20, 133:10
**hopefully** [2] - 13:20, 64:13
**hopes** [1] - 81:7
**hoping** [1] - 34:1
**host** [1] - 66:14
**hot** [1] - 81:1
**Houdaille** [1] - 146:1
**hour** [8] - 18:17, 24:14, 49:16, 64:7, 64:8, 64:9, 71:5, 122:6
**hours** [2] - 64:5, 137:25
**House** [1] - 70:25
**house** [2] - 50:4, 103:25
**housecleaning** [1] - 63:9
**housekeeping** [1] - 127:22
**housing** [2] - 7:7, 81:1
**Houston** [1] - 80:22
**HUDGINS** [1] - 4:3
**hugger** [1] - 32:14
**hugger-mugger** [1] - 32:14
**hundred** [2] - 13:25, 117:21
**hundreds** [1] - 7:2
**Hurricane** [2] - 80:25, 107:6
**hurricane** [2] - 70:6, 70:8
**hurricanes** [1] - 78:11
**Hurricanes** [1] - 7:6
**hurt** [1] - 147:9
**hypo** [1] - 47:21
**hypothetical** [4] - 25:8, 25:10, 26:18

**I**

**Icon** [1] - 69:6
**ID** [1] - 149:21
**idea** [9] - 53:3, 57:14, 62:5, 75:5, 98:2, 121:6, 135:21, 136:3, 167:10
**identified** [1] - 85:6
**identify** [1] - 116:17
**identifying** [1] - 128:6

**identity** [1] - 87:7
**Ignorance** [1] - 141:6
**ignore** [1] - 124:14
**ignored** [1] - 43:14
**ignores** [1] - 77:7
**II** [1] - 4:12
**Illinois** [2] - 101:4, 139:13
**illogical** [2] - 161:14, 161:21
**illustrates** [2] - 62:14, 136:12
**imagine** [2] - 15:4, 141:1
**immediate** [1] - 143:8
**immediately** [3] - 76:5, 142:14, 143:2
**immortal** [2] - 76:1
**implemented** [3] - 40:16, 59:17, 60:3
**import** [1] - 150:12
**importance** [1] - 88:1
**important** [11] - 27:4, 65:13, 70:18, 93:19, 111:10, 112:23, 123:6, 123:12, 123:14, 165:13, 166:1
**importantly** [4] - 32:6, 89:12, 110:11, 132:25
**importers** [1] - 7:22
**impose** [2] - 34:22, 112:8
**imposed** [1] - 44:1
**impossible** [4] - 33:25, 51:2, 51:10, 61:12
**impression** [3] - 22:18, 35:10, 170:24
**improper** [3] - 112:15, 112:20, 112:21
**imputed** [1] - 102:2
**IN** [1] - 1:4
**inaccurate** [1] - 114:8
**inadequate** [3] - 77:7, 83:10, 141:20
**inadequately** [1] - 83:7
**inadmissible** [3] - 60:15, 61:17, 83:23
**inappropriate** [1] - 42:19
**INC** [2] - 1:11, 4:7
**Inc** [4] - 9:9, 82:6, 141:5, 163:3
**inception** [1] - 8:4
**include** [4] - 39:14, 52:23, 102:2, 132:10
**included** [2] - 54:9,

158:17
**includes** [2] - 43:18, 65:12
**including** [8] - 7:15, 13:11, 15:13, 77:3, 77:4, 81:7, 114:23
**incorporated** [2] - 72:22, 146:3
**incorporations** [1] - 21:1
**incorrectly** [1] - 100:6
**Incoterms** [1] - 47:7, 54:9
**increased** [5] - 44:25, 45:1, 45:2, 46:10, 91:2
**indecipherable** [1] - 142:8
**indeed** [1] - 69:1
**indemnification** [2] - 145:5, 146:4
**indemnity** [1] - 145:22
**independence** [3] - 20:22, 22:19, 114:10
**independent** [7] - 21:3, 24:5, 83:13, 88:25, 93:14, 94:24, 110:9
**indeterminate** [1] - 67:7
**indicate** [3] - 81:11, 85:22, 90:9
**indicated** [4] - 40:13, 94:14, 133:22, 152:21
**indicating** [4] - 62:20, 160:25, 161:4, 163:7
**indication** [1] - 75:8
**indications** [1] - 76:2
**indicative** [1] - 10:7
**indicia** [7] - 22:7, 43:14, 50:17, 75:14, 115:7, 115:9, 136:21
**indirect** [1] - 74:23
**individual** [5] - 42:15, 42:18, 42:21, 87:6, 113:2
**individuals** [5] - 65:21, 77:5, 147:14, 150:10, 164:1
**Industries** [1] - 96:18
**inevitable** [1] - 154:9
**INEX** [5] - 66:13, 82:10, 82:12, 116:2
**inference** [2] - 119:25, 120:25
**influence** [1] - 32:20
**information** [6] - 18:20, 47:13, 76:10, 77:11, 103:18,

125:20
**informed** [1] - 168:24
**ingenuity** [1] - 113:13
**initial** [3] - 10:12, 111:6, 134:23
**initiated** [1] - 56:25
**injected** [1] - 164:2
**injured** [2] - 121:4, 149:14
**injures** [1] - 146:3
**injuries** [4] - 6:24, 87:24, 139:3, 140:6
**injury** [18] - 95:15, 95:17, 99:9, 99:13, 100:6, 100:7, 100:10, 100:11, 100:18, 101:1, 138:23, 139:10, 139:13, 139:20, 140:10, 148:12, 148:15, 149:22
**inquiry** [3] - 17:10, 87:9, 95:22
**insensitive** [1] - 11:25
**insert** [1] - 110:22
**inside** [1] - 125:4
**insists** [1] - 60:22
**inspect** [1] - 78:18
**inspected** [1] - 46:15
**inspection** [1] - 75:13
**inspections** [1] - 65:25
**inspector** [1] - 76:8
**inspectors** [1] - 66:1
**installed** [6] - 6:25, 7:13, 103:11, 103:25, 105:10, 121:15
**installers** [2] - 7:21, 8:19
**INSTALLERS'** [1] - 2:23
**instance** [3] - 110:15, 113:5, 114:1
**instances** [5] - 78:23, 111:1, 111:3, 111:4, 120:10
**instant** [4] - 147:19, 154:12, 158:22, 160:9
**instead** [4] - 12:2, 73:20, 97:20, 113:25
**instituted** [1] - 8:17
**instruction** [1] - 157:21
**instructions** [1] - 99:2
**insurance** [7] - 25:19, 30:17, 54:13, 54:15, 79:23, 163:13
**insured** [3] - 150:13,

163:18, 163:19
**insurers** [2] - 7:23, 8:19
**insuring** [1] - 163:11
**intend** [1] - 63:17
**intended** [2] - 41:3, 122:19
**intends** [1] - 106:11
**intent** [7] - 44:19, 80:11, 80:16, 80:23, 81:4, 81:11, 106:10
**intention** [3] - 36:11, 38:23, 38:24
**intentional** [1] - 95:1, 111:24, 112:5
**interest** [7] - 27:13, 59:5, 88:2, 105:19, 118:20, 121:9
**interested** [6] - 43:8, 92:15, 120:19, 121:22, 134:5, 137:12
**interesting** [7] - 17:10, 41:9, 41:14, 71:17, 98:11, 155:19, 158:1
**interests** [3] - 145:20, 165:6, 165:8
**interference** [1] - 94:18
**INTERIOR** [2] - 3:19, 3:20
**Interior/Exterior** [3] - 6:5, 107:18, 107:23
**intermingling** [1] - 92:16
**internal** [1] - 83:3
**international** [13] - 15:1, 15:6, 15:10, 15:11, 15:15, 15:16, 15:21, 34:19, 48:18, 71:6, 80:18, 80:24, 164:24
**International** [4] - 70:17, 82:20, 106:22
**Internet** [6] - 72:8, 72:10, 72:14, 72:15, 72:16
**interpreted** [2] - 15:14, 79:18
**intervening** [4] - 9:14, 9:18, 19:8, 19:14
**intervenor** [1] - 18:12
**intervention** [1] - 68:22
**introduce** [5] - 90:6, 90:8, 90:13, 116:16, 159:8
**investigate** [1] - 52:6
**investigations** [1] - 75:16

**Investments** [1] - 145:18
**investments** [1] - 21:2
**investor** [1] - 20:23
**investors** [1] - 20:21
**invited** [1] - 78:17
**invoice** [1] - 52:13
**invoices** [4] - 21:23, 21:25, 89:2, 119:13
**involved** [5] - 7:24, 34:5, 139:18, 166:11, 167:25
**involves** [1] - 16:1
**involving** [3] - 8:1, 8:6, 8:18
**ironic** [1] - 79:15
**irrelevant** [1] - 166:16
**irresistible** [1] - 65:7
**irrespective** [2] - 75:11, 139:21
**irritation** [1] - 7:18
**Irving** [2] - 56:4, 72:19
**Island** [1] - 153:21
**issue** [40] - 16:22, 17:16, 17:23, 20:19, 21:23, 21:24, 28:18, 28:22, 28:23, 35:14, 35:15, 41:9, 41:14, 43:6, 43:20, 44:14, 63:9, 65:14, 66:10, 66:13, 66:25, 84:12, 86:22, 87:23, 88:14, 94:3, 102:6, 102:7, 105:3, 109:17, 127:16, 134:10, 137:3, 138:2, 138:19, 139:23, 144:16, 152:3, 168:19, 169:8
**issued** [6] - 9:15, 9:17, 102:11, 112:11, 118:17
**issues** [29] - 7:18, 16:13, 18:24, 18:25, 19:3, 19:12, 20:15, 23:13, 27:9, 27:12, 35:3, 36:5, 45:4, 58:1, 66:14, 69:4, 118:12, 119:19, 119:20, 121:3, 124:5, 131:5, 134:4, 147:5, 147:22, 154:7, 165:16, 166:12, 170:10
**isthmus** [1] - 29:14
**item** [2] - 64:24, 65:1
**items** [2] - 7:14, 77:19
**iteration** [1] - 106:20
**itself** [15] - 38:10, 51:13, 54:24, 74:14,

87:11, 111:15, 134:7, 135:9, 139:23, 147:24, 149:24, 154:3, 156:7, 160:21, 164:2
**Ivan** [8] - 91:8, 98:12, 154:13, 154:18, 154:20, 160:3

---

**J**

---

**jack** [1] - 168:9
**Jackson** [2] - 50:6, 50:10
**James** [1] - 94:21
**January** [4] - 20:13, 24:3, 142:20, 143:18
**jar** [1] - 73:23
**Jenkins** [1] - 61:24
**Jersey** [2] - 33:13, 147:7
**Jia** [9] - 11:14, 20:17, 23:1, 28:2, 124:10, 141:17, 142:17, 143:20, 167:22
**Jia's** [4] - 22:13, 46:1, 141:14, 142:19
**Jianchun** [2] - 88:24
**JINGTIAN** [1] - 3:15
**job** [3] - 18:20, 126:1, 167:22
**jobs** [1] - 93:10
**Joe** [3] - 6:13, 11:8, 141:5
**JOE** [1] - 3:7
**Joe-Lin** [1] - 141:5
**JOHN** [1] - 4:12
**John** [3] - 6:2, 64:20, 104:12
**JOHNSON** [1] - 3:20
**join** [1] - 127:20
**joined** [2] - 15:7, 35:13
**joining** [2] - 5:17, 171:10
**joint** [1] - 110:21
**JOSEPH** [1] - 1:18
**JR** [1] - 3:12
**judge** [6] - 38:4, 39:6, 47:14, 56:7, 64:1, 130:17
**Judge** [90] - 5:17, 6:19, 11:9, 11:11, 15:17, 17:17, 18:9, 18:17, 19:22, 20:9, 20:14, 20:20, 23:12, 27:18, 28:23, 29:18, 31:13, 32:6, 32:17, 33:18, 34:2, 35:2,

36:6, 37:16, 41:13, 42:13, 43:2, 43:11, 43:20, 43:22, 44:8, 45:20, 45:24, 46:24, 47:14, 50:17, 51:1, 51:2, 51:18, 54:1, 55:4, 57:12, 57:16, 58:2, 58:6, 59:4, 62:24, 63:24, 64:1, 72:7, 74:11, 84:17, 84:20, 87:23, 101:20, 116:12, 124:10, 126:3, 127:20, 128:14, 128:20, 128:21, 130:9, 130:10, 131:15, 133:12, 135:6, 137:19, 137:21, 140:17, 142:15, 144:7, 144:21, 144:22, 146:19, 152:10, 153:4, 155:8, 155:9, 158:2, 158:3, 164:20, 167:23, 168:19, 171:2, 171:4, 171:6, 171:7
**JUDGE** [64] - 1:18, 5:8, 5:11, 5:14, 5:20, 6:10, 6:16, 11:12, 12:10, 39:13, 46:23, 48:11, 56:9, 56:11, 62:25, 63:6, 63:10, 63:21, 63:23, 74:9, 84:15, 101:18, 104:5, 104:8, 104:10, 107:16, 108:7, 118:24, 122:3, 122:13, 127:19, 127:23, 128:8, 128:13, 128:20, 128:24, 130:8, 130:11, 130:13, 130:17, 130:18, 130:19, 130:21, 131:13, 131:20, 131:23, 132:4, 133:13, 135:5, 137:20, 137:23, 138:4, 138:13, 138:17, 140:16, 146:14, 146:16, 152:17, 164:18, 171:3, 171:6, 171:7, 171:12, 171:14
**Judge's** [1] - 47:5
**Judges** [1] - 165:21
**judges** [1] - 6:20
**judgment** [12] - 9:17,

9:20, 9:25, 10:8, 10:21, 11:1, 50:8, 50:9, 68:17, 120:17, 123:17, 154:9
**judgments** [1] - 9:13
**July** [1] - 143:24
**jump** [1] - 37:10
**June** [4] - 7:25, 9:19, 9:21, 118:16
**JUNE** [3] - 1:7, 5:2, 130:2
**Juneau** [1] - 75:24
**Junhai** [1] - 94:9
**Jupiter** [2] - 75:24, 75:25
**juridical** [3] - 22:11, 43:16, 124:14
**Jurisdiction** [1] - 138:15
**jurisdiction** [82] - 8:25, 10:1, 10:4, 10:10, 10:20, 10:24, 11:5, 12:23, 13:1, 13:6, 13:9, 14:11, 15:10, 15:14, 26:15, 34:16, 41:16, 41:23, 55:12, 55:13, 58:13, 63:11, 65:1, 67:12, 71:14, 73:4, 74:21, 75:10, 76:4, 81:22, 84:12, 86:23, 87:3, 87:5, 88:16, 95:3, 95:13, 97:5, 97:9, 99:8, 99:13, 99:20, 100:25, 101:4, 101:10, 101:14, 105:13, 106:12, 106:16, 106:23, 107:12, 109:2, 111:25, 112:3, 115:14, 119:20, 119:21, 119:22, 119:24, 120:1, 120:25, 121:23, 126:25, 127:1, 127:14, 139:2, 139:15, 144:16, 147:24, 148:8, 149:19, 149:25, 150:23, 153:10, 154:3, 154:7, 154:8, 156:1, 160:22, 164:15, 165:15, 168:11
**jurisdictional** [10] - 20:12, 87:7, 88:20, 94:3, 104:20, 109:23, 110:24, 115:1, 122:1, 165:16
**jurisdictions** [3] -

75:20, 78:18, 79:1
**jurisprudential** [1] - 71:14
**jurist** [1] - 84:2
**jurists** [1] - 63:25
**justice** [7] - 14:20, 14:23, 28:21, 42:24, 84:7, 106:25, 121:7
**Justice** [25] - 17:2, 29:2, 30:7, 35:13, 35:21, 36:8, 36:9, 36:19, 36:23, 37:20, 38:18, 38:21, 38:25, 39:12, 39:16, 41:25, 42:5, 42:12, 43:12, 56:5, 71:19, 71:20, 72:5, 167:11
**justices** [1] - 42:17, 54:23, 56:1, 127:9, 127:15
**justify** [2] - 142:3, 144:14

## K

**Kala** [1] - 145:18
**Katrina** [5] - 7:6, 70:8, 80:20, 80:25, 107:6
**KATZ** [1] - 1:23
**keenly** [1] - 13:15
**keep** [9] - 6:20, 54:22, 104:15, 113:21, 113:23, 119:9, 119:16, 120:10
**keeping** [1] - 114:1
**Kennedy's** [1] - 36:8
**kept** [2] - 120:7, 120:8
**key** [2] - 18:25, 23:21
**KG** [2] - 1:10, 1:12
**kidding** [1] - 57:25
**kilometers** [1] - 89:22
**kind** [9] - 20:6, 24:11, 25:19, 29:1, 44:18, 113:6, 140:2, 169:4, 169:13
**King** [1] - 71:16
**KINGSDORF** [2] - 2:15, 2:16
**Knauf** [11] - 8:11, 8:15, 8:18, 9:10, 62:17, 67:18, 125:22, 134:24, 135:11, 135:13, 143:25
**KNAUF** [2] - 1:10, 1:12
**knowing** [4] - 126:8, 126:9, 144:3, 150:17
**knowingly** [1] - 88:10
**knowledge** [4] -

24:25, 30:2, 80:11, 81:11
**known** [7] - 8:3, 9:2, 9:3, 29:23, 151:5, 154:15, 163:13
**knows** [8] - 14:24, 32:8, 32:9, 34:17, 37:5, 62:4, 165:9, 167:20
**Kong** [9] - 73:16, 77:22, 84:5, 92:23, 150:20, 150:22, 158:2, 161:17, 161:21
**Korea** [2] - 24:11
**Korean** [1] - 69:6
**Kravitz** [3] - 100:24, 101:3, 139:11

## L

**L.P** [1] - 3:19
**LA** [7] - 1:25, 2:9, 2:17, 3:13, 3:23, 4:14, 4:23
**labels** [2] - 56:14, 96:21
**labor** [1] - 76:2
**labors** [1] - 75:25
**lack** [7] - 10:1, 10:20, 10:23, 11:5, 33:17, 93:22, 112:18
**ladies** [2] - 5:8, 6:17
**lading** [5] - 86:14, 136:24, 137:1, 137:6, 137:10
**land** [1] - 15:7
**Lane's** [1] - 77:2
**language** [7] - 36:8, 36:10, 36:21, 37:12, 111:22, 141:12, 149:4
**laptops** [2] - 125:4, 125:5
**largely** [1] - 126:5
**last** [8] - 9:19, 19:24, 24:3, 73:16, 100:21, 114:18, 117:9, 121:5
**lastly** [6] - 75:10, 94:21, 144:15, 145:5, 145:22, 146:10
**late** [1] - 167:23
**latest** [1] - 80:14
**latter** [1] - 68:14
**Law** [1] - 87:18
**law** [94] - 9:16, 12:8, 13:13, 15:15, 16:3, 17:8, 22:2, 22:22,

26:1, 41:15, 41:19, 42:10, 44:5, 44:6, 44:15, 63:16, 63:19, 64:18, 66:8, 66:16, 66:25, 67:8, 69:8, 69:11, 69:14, 69:16, 70:12, 70:15, 71:14, 83:1, 84:9, 86:21, 86:22, 87:17, 88:1, 88:3, 88:14, 88:15, 89:5, 93:20, 94:4, 94:6, 94:7, 94:10, 94:22, 99:25, 100:2, 105:18, 108:25, 109:3, 109:19, 109:21, 110:2, 110:4, 110:11, 110:12, 110:13, 111:2, 112:7, 113:7, 113:12, 113:14, 113:20, 119:7, 120:4, 120:5, 120:7, 120:10, 120:13, 124:15, 124:18, 124:20, 126:20, 126:21, 127:7, 140:18, 141:6, 141:9, 141:24, 142:15, 142:18, 142:25, 145:5, 145:14, 145:22, 165:2
**laws** [3] - 13:25, 15:13
**lawsuit** [2] - 53:23, 142:22
**lawsuits** [1] - 20:24
**lawyer** [9] - 26:9, 37:16, 61:20, 62:10, 76:5, 123:15, 142:23, 168:21, 169:3
**lawyers** [6] - 38:9, 76:2, 123:24, 124:8, 125:2, 143:3
**lead** [3] - 5:18, 63:18, 82:16
**leading** [1] - 10:16
**learn** [1] - 143:8
**learned** [3] - 75:11, 75:22, 79:4
**lease** [2] - 44:25, 112:20
**leased** [1] - 23:17
**least** [16] - 18:5, 25:6, 33:11, 35:14, 35:15, 51:10, 58:8, 68:15, 74:19, 77:3, 79:6, 79:7, 108:1, 119:24, 153:5, 153:7
**leave** [8] - 26:4, 54:22,

65:6, 66:23, 69:17, 73:15, 135:24, 170:23
**leaving** [1] - 73:12
**lecture** [2] - 71:5, 71:7
**led** [2] - 67:22, 143:16
**left** [14] - 22:16, 22:17, 49:17, 52:11, 61:14, 89:15, 89:17, 92:3, 125:7, 128:11, 133:17, 156:14, 156:15, 171:1
**left-hand** [3] - 52:11, 133:17, 156:15
**legal** [6] - 16:13, 18:24, 68:25, 69:1, 119:16, 141:13
**legible** [1] - 116:12
**Legislature** [1] - 149:5
**legislature** [2] - 106:5, 106:10
**legitimate** [3] - 50:6, 141:9, 145:14
**legitimately** [1] - 141:2
**length** [3] - 45:1, 94:19, 144:17
**Lennar** [36] - 20:4, 33:18, 43:18, 53:17, 60:16, 60:21, 64:4, 85:5, 85:22, 86:10, 86:11, 100:12, 100:13, 123:19, 131:1, 133:2, 133:8, 133:13, 133:18, 134:11, 134:23, 135:22, 138:11, 143:18, 143:25, 144:7, 145:2, 145:13, 148:25, 149:18, 153:8, 153:9, 166:14, 170:1, 170:5, 170:10
**Lennar's** [5] - 85:20, 131:4, 134:15, 146:23, 169:17
**LEONARD** [1] - 1:24
**Lesnick** [1] - 36:12
**less** [4] - 21:9, 26:25, 109:5, 151:1
**letter** [4] - 117:5, 117:6, 117:9, 164:5
**letters** [3] - 142:25, 157:13, 157:15
**LEVIN** [5] - 2:3, 2:3, 5:19, 63:22, 63:24
**Levin** [4] - 5:18, 63:18, 63:20, 92:18
**liability** [13] - 13:11, 37:19, 109:5, 109:8,

109:23, 110:18, 110:19, 110:21, 110:23, 110:24, 113:18, 145:16, 145:24
**LIABILITY** [1] - 1:5
**Liability** [1] - 5:13
**liable** [4] - 111:17, 111:18, 139:20, 140:6
**liaison** [1] - 76:12
**liaisoned** [1] - 77:9
**liberty** [3] - 42:15, 42:18, 44:16
**license** [1] - 89:10
**licenses** [1] - 83:8
**lie** [4] - 73:24, 74:2, 127:1, 165:24
**lies** [1] - 67:12
**lieu** [1] - 92:13
**Life** [1] - 100:9
**light** [3] - 38:4, 41:16, 137:24
**lighters** [1] - 73:3
**likelihood** [3] - 38:11, 38:16
**likely** [1] - 26:25
**likewise** [1] - 171:14
**lily** [1] - 48:10
**limb** [1] - 26:12
**limit** [2] - 108:24, 114:16
**limitations** [1] - 67:5
**Limited** [1] - 151:14
**limited** [5] - 86:19, 110:8, 110:18, 113:18, 153:1
**limits** [1] - 98:19
**Lin** [1] - 141:5
**line** [7] - 6:18, 6:19, 64:1, 89:21, 125:11, 155:3
**lines** [4] - 83:6, 112:18, 112:20, 163:6
**linger** [1] - 122:21
**list** [3] - 50:15, 51:25, 128:6
**listed** [6] - 31:4, 40:7, 50:21, 77:19, 92:4, 113:20
**listen** [1] - 43:13
**listened** [2] - 105:19, 124:4
**listening** [3] - 15:17, 15:18, 92:24
**listing** [1] - 64:4
**litigation** [16] - 6:23, 8:3, 8:11, 8:24, 9:5, 11:18, 12:15, 45:7,

67:19, 86:1, 121:19, 141:3, 142:24, 147:2, 165:5, 165:9
**Litigation** [1] - 5:13
**LITIGATION** [1] - 1:5
**lives** [2] - 65:4, 81:7
**LLC** [2] - 3:20, 151:15
**load** [1] - 98:18
**loaded** [2] - 97:1, 102:25
**loading** [2] - 32:19, 56:17
**located** [1] - 53:10
**log** [1] - 77:8
**logical** [2] - 149:13, 161:9
**logically** [1] - 161:15
**logo** [2] - 155:13, 157:8
**long-arm** [26] - 65:10, 65:11, 86:24, 88:16, 95:4, 95:11, 101:10, 101:15, 105:18, 105:25, 106:4, 106:11, 106:16, 139:14, 139:20, 140:6, 140:12, 147:3, 148:1, 149:5, 164:9, 168:20, 168:25, 169:5, 169:14, 169:19
**long-term** [1] - 79:22
**look** [36] - 22:13, 24:7, 25:15, 37:21, 38:24, 39:21, 46:4, 52:11, 55:18, 56:24, 60:5, 62:13, 70:14, 74:1, 77:14, 80:13, 80:14, 81:15, 106:25, 110:8, 113:8, 116:8, 117:17, 117:18, 123:13, 124:10, 125:5, 136:16, 143:15, 156:14, 165:21, 166:6, 166:18, 166:20
**looked** [1] - 61:9
**looking** [4] - 17:16, 72:17, 136:20, 160:18
**losing** [1] - 44:21
**loss** [2] - 144:20, 144:24
**lost** [2] - 135:4, 142:7
**loud** [2] - 27:25, 28:21
**Louisiana** [65] - 6:3, 11:4, 16:11, 19:11, 19:15, 19:17, 25:13, 26:4, 26:11, 26:14, 38:3, 53:10, 54:1,

54:21, 54:24, 55:8, 55:12, 65:12, 66:12, 66:13, 67:2, 67:8, 67:12, 69:20, 69:25, 72:23, 75:17, 75:18, 77:4, 78:13, 79:2, 79:5, 79:6, 79:9, 79:13, 80:2, 81:8, 81:16, 81:18, 82:4, 82:5, 82:10, 82:13, 82:14, 104:7, 104:13, 104:16, 105:9, 105:11, 105:18, 105:24, 106:10, 107:5, 107:9, 107:21, 107:22, 107:25, 115:19, 118:16, 121:2, 121:24, 172:5, 172:6
**LOUISIANA** [3] - 1:1, 1:7, 4:11
**love** [1] - 30:12
**Lovells** [7] - 6:13, 11:8, 11:25, 12:6, 127:25, 165:1, 165:3
**LOVELLS** [1] - 3:7
**low** [1] - 168:6
**lower** [1] - 43:1
**LTD** [3] - 1:9, 1:14, 3:7
**Ltd** [1] - 163:19
**luncheon** [1] - 129:2
**Luv** [5] - 37:11, 37:19, 56:4, 73:9, 75:7

**M**

**machine** [1] - 147:8
**machines** [1] - 39:23
**mail** [2] - 97:13, 156:20
**mailing** [1] - 147:18
**mails** [7] - 23:22, 24:1, 93:11, 125:5, 125:10, 125:12, 154:16
**main** [3] - 44:17, 132:7, 160:20
**maintain** [3] - 21:20, 92:8, 94:23
**maintained** [4] - 20:22, 21:3, 22:18, 43:17
**maintaining** [2] - 22:10, 149:15
**maintenance** [1] - 14:18
**major** [4] - 17:7, 17:15, 59:13, 60:4

**majority** [3] - 20:23, 39:10, 52:16
**maker** [1] - 74:17
**malicious** [4] - 44:19, 95:1, 111:24, 112:6
**man** [1] - 155:18
**management** [2] - 94:18, 158:12
**manager** [8] - 11:15, 22:16, 80:17, 80:24, 113:2, 116:14, 117:6, 117:7
**manifest** [1] - 38:23
**manifesting** [1] - 36:11
**manner** [3] - 15:10, 15:15, 121:11
**Manor** [2] - 61:15, 61:25
**mantra** [1] - 54:23
**manufacture** [2] - 34:14, 56:13
**manufactured** [23] - 6:25, 7:3, 8:2, 18:8, 28:12, 52:21, 55:3, 55:22, 62:3, 62:6, 62:21, 78:25, 85:12, 85:23, 125:14, 125:16, 135:10, 135:14, 135:21, 140:9, 148:17, 148:23, 170:7
**MANUFACTURED** [1] - 1:4
**Manufactured** [1] - 5:13
**manufacturer** [11] - 8:9, 8:23, 29:3, 34:22, 37:2, 37:4, 77:14, 97:6, 103:22, 167:13, 167:15
**manufacturer's** [1] - 112:21
**manufacturers** [2] - 7:23, 67:6
**manufacturing** [11] - 28:3, 57:8, 67:5, 89:9, 89:21, 91:5, 127:5, 131:17, 166:3, 167:2, 167:25
**map** [4] - 24:8, 71:11, 81:15, 83:1
**maps** [2] - 65:7, 81:16
**Mar** [1] - 96:18
**March** [3] - 47:19, 51:16, 102:12
**Marco** [1] - 74:15
**margins** [1] - 168:1
**MARK** [1] - 2:24
**market** [25] - 27:21,

35:18, 38:2, 38:5, 39:11, 40:2, 40:3, 45:24, 55:25, 58:9, 58:12, 58:18, 58:22, 70:7, 71:9, 80:23, 81:1, 84:23, 84:25, 107:6, 117:3, 137:18, 138:22, 139:10, 157:10
**marketed** [4] - 37:6, 56:23, 97:10, 167:15
**marketing** [11] - 40:15, 45:23, 46:3, 78:1, 78:3, 89:18, 90:1, 112:22, 113:3, 159:7, 159:16
**marketplace** [1] - 45:11
**markets** [1] - 167:20
**markings** [4] - 57:7, 57:10, 57:20, 75:15
**Marks** [2] - 35:15, 38:25
**marshal** [1] - 75:19
**mass** [1] - 105:9
**masse** [1] - 107:5
**master's** [1] - 76:6
**Master's** [1] - 12:8
**mastery** [1] - 141:12
**match** [1] - 125:23
**material** [5] - 89:18, 89:19, 98:7, 112:22, 152:4
**Materials** [1] - 107:22
**MATERIALS** [1] - 1:13
**materials** [5] - 76:13, 76:14, 138:5, 138:10, 148:16
**math** [2] - 117:13, 161:9
**matrix** [3] - 74:20, 75:2, 82:20
**matter** [15] - 11:18, 12:7, 31:23, 36:17, 53:2, 74:4, 77:16, 80:12, 93:23, 99:17, 104:14, 112:11, 115:1, 127:22, 172:9
**matters** [2] - 75:4, 113:20
**MATTHEW** [1] - 4:19
**MATTHEWS** [1] - 4:11
**Matthews** [1] - 145:9
**MBA** [1] - 71:6
**McHugh** [1] - 97:4
**McIntyre** [5] - 35:16, 39:21, 72:4, 147:6, 147:23
**MDL** [15] - 5:12, 8:4, 9:5, 42:8, 42:10,

42:14, 43:8, 55:16, 67:21, 67:24, 143:23, 146:18, 146:19, 146:20, 160:6
**mean** [11] - 11:24, 12:18, 30:11, 32:12, 119:3, 124:2, 128:19, 137:14, 155:3, 158:6, 158:23
**meaning** [2] - 148:9, 158:5
**means** [5] - 31:11, 150:13, 161:21, 162:6, 163:11
**measuring** [1] - 135:3
**meat** [2] - 52:3, 68:25
**mechanical** [1] - 70:19
**MECHANICAL** [1] - 4:25
**meet** [11] - 11:9, 69:10, 77:12, 98:18, 99:2, 111:6, 114:4, 139:24, 141:21, 144:12, 146:7
**meeting** [1] - 159:11
**meetings** [3] - 46:15, 113:19, 158:23
**meets** [5] - 98:22, 101:11, 164:8, 164:9
**Meier** [1] - 86:25
**member** [1] - 146:18
**members** [1] - 23:3
**memo** [1] - 140:24
**mention** [12] - 40:18, 42:2, 42:5, 44:22, 52:18, 111:11, 112:5, 112:14, 149:7, 159:22, 167:18, 169:15
**mentioned** [12] - 40:22, 41:12, 42:1, 46:2, 109:21, 115:6, 132:11, 136:8, 159:9, 159:10, 159:23, 167:6
**mentioning** [1] - 44:16
**merchandising** [1] - 65:12
**merchants** [1] - 161:7
**mere** [5] - 30:3, 38:11, 38:16, 97:8
**merely** [3] - 31:11, 87:4, 145:4
**merged** [1] - 87:16
**Merit** [2] - 172:4, 172:14
**meritorious** [7] - 140:21, 144:15,

144:18, 144:24, 145:8, 145:12, 146:11
**merits** [1] - 17:23
**messages** [1] - 154:12
**messaging** [3] - 147:19, 158:22, 160:9
**met** [4] - 11:15, 56:14, 82:17, 154:8
**metal** [1] - 78:25
**meter** [1] - 117:15
**meters** [6] - 116:20, 116:21, 117:9, 117:10, 117:12, 117:14
**Metro** [2] - 82:10, 82:12
**MEUNIER** [2] - 2:7, 2:8
**MIAMI** [2] - 2:25, 3:4
**Miami** [26] - 96:7, 97:2, 97:25, 98:10, 98:21, 147:14, 147:17, 150:14, 151:19, 152:6, 152:19, 153:17, 155:11, 156:12, 160:20, 161:3, 161:10, 161:11, 161:18, 161:19, 163:12, 163:15, 163:16, 171:8
**mic** [1] - 84:18
**microwaves** [1] - 7:15
**middle** [1] - 32:25
**might** [16] - 19:17, 26:23, 31:12, 35:7, 36:7, 38:11, 43:7, 59:5, 66:18, 68:13, 77:18, 108:2, 134:14, 135:15, 137:2, 169:4
**Mike** [1] - 108:12
**million** [9] - 72:24, 74:6, 76:16, 78:11, 96:2, 102:13, 116:7, 116:20, 116:25, 117:9, 117:10, 117:11, 117:13, 117:14, 117:20, 117:21, 118:10, 147:11
**millions** [3] - 7:2, 145:3, 165:11
**mind** [7] - 6:20, 13:7, 19:21, 39:15, 43:21, 138:9, 140:13
**mindful** [2] - 39:5, 147:4

**minimal** [1] - 74:21
**minimize** [1] - 145:16
**minimum** [5] - 14:18, 16:17, 69:19, 82:19, 106:6
**minute** [1] - 63:1
**minutes** [17] - 18:17, 58:8, 59:3, 64:8, 82:23, 82:24, 105:23, 122:7, 122:17, 128:11, 131:7, 131:8, 135:25, 146:23, 146:24, 164:19
**misfiled** [1] - 142:6
**misled** [1] - 53:14
**misrepresentations** [1] - 120:22
**misrepresented** [2] - 115:10, 126:12
**missed** [1] - 137:13
**Mississippi** [5] - 78:14, 79:7, 79:9, 81:16, 82:14
**mistake** [1] - 142:11
**MITCHELL** [2] - 1:11, 4:7
**Mitchell** [19] - 6:1, 9:9, 10:22, 11:1, 20:4, 33:18, 50:14, 53:17, 60:20, 60:22, 61:15, 62:19, 101:20, 102:7, 103:11, 103:12, 108:22, 123:18, 166:14
**Mitchell's** [4] - 59:2, 60:9, 62:10, 66:9
**MOBILE** [1] - 4:9
**moment** [4] - 61:11, 93:1, 125:18, 134:13
**money** [5] - 55:23, 74:5, 103:12, 168:3
**monitored** [1] - 22:2
**month** [1] - 118:16
**months** [9] - 19:25, 20:11, 52:7, 80:22, 143:23, 143:24, 144:4, 144:6
**MONTOYA** [1] - 2:12
**Montoya** [2] - 160:5, 160:7
**monumental** [1] - 12:15
**moreover** [6] - 85:2, 85:11, 88:9, 88:14, 94:25, 97:11
**morning** [31] - 5:8, 5:10, 5:16, 5:19, 5:20, 6:4, 6:15, 6:16, 12:18, 27:8, 63:22,

63:23, 63:24, 74:10, 74:11, 84:19, 86:19, 101:19, 104:9, 104:11, 128:5, 128:7, 130:24, 131:5, 132:11, 134:19, 136:8, 138:6, 169:16
**most** [15] - 39:19, 50:18, 59:15, 70:18, 76:17, 84:1, 87:20, 107:9, 108:19, 110:5, 118:13, 126:18, 132:25, 150:19, 168:15
**motion** [19] - 10:7, 10:19, 10:23, 10:24, 17:12, 50:7, 104:25, 120:17, 123:17, 131:1, 138:2, 140:14, 143:11, 143:17, 144:5, 144:8, 144:10, 145:10, 164:15
**MOTION** [1] - 1:17
**motions** [16] - 8:25, 10:4, 10:11, 10:16, 10:18, 11:4, 12:25, 16:16, 17:16, 77:23, 104:20, 108:20, 115:4, 122:23, 128:4, 146:6
**movants** [1] - 11:6
**move** [6] - 39:18, 41:7, 114:18, 117:5, 126:2, 138:2
**moveables** [1] - 83:3
**moved** [4] - 9:11, 23:17, 68:1, 80:22
**moving** [1] - 146:10
**MPF** [3] - 51:24, 52:4, 131:25
**MR** [47] - 5:16, 5:19, 5:23, 5:25, 6:2, 6:13, 11:7, 11:13, 12:12, 12:13, 39:14, 46:24, 48:14, 56:10, 56:20, 63:8, 63:11, 63:22, 63:24, 74:10, 101:19, 104:7, 104:9, 104:11, 108:9, 118:25, 122:4, 122:14, 127:21, 127:24, 128:10, 130:15, 130:23, 131:15, 131:22, 132:1, 132:5, 133:15, 135:6, 146:15, 146:17, 152:18,

157:25, 160:3, 162:24, 164:17, 164:19
**MS** [11] - 5:21, 6:4, 84:19, 107:17, 108:8, 137:21, 137:24, 138:9, 138:16, 138:18, 140:17
**mugger** [1] - 32:14
**multidistrict** [1] - 8:2
**multiple** [4] - 27:6, 86:9, 95:12, 143:3
**must** [7] - 53:13, 58:8, 67:2, 105:13, 114:4, 114:5, 140:20

## N

**N'** [5] - 37:11, 37:19, 56:4, 73:9, 75:7
**name** [14] - 11:7, 23:23, 23:25, 61:18, 61:24, 73:17, 73:19, 91:18, 102:14, 103:23, 104:11, 137:10, 155:20
**named** [1] - 91:14
**namely** [3] - 9:1, 9:19, 48:12
**names** [2] - 24:1, 110:22
**narrow** [2] - 38:25, 114:15
**Nation** [9] - 82:6, 85:3, 89:16, 96:21, 98:5, 132:13, 162:25, 163:3
**national** [5] - 35:18, 38:2, 38:5, 55:25, 146:19
**Nations** [1] - 59:6
**nationwide** [1] - 72:25
**natural** [5] - 81:5, 81:6, 81:19, 81:20, 148:7
**nature** [2] - 74:21, 101:22
**necessarily** [4] - 31:11, 31:13, 34:9, 161:15
**necessary** [8] - 10:10, 33:6, 44:15, 44:19, 54:23, 85:18, 101:22, 140:3
**necessity** [1] - 140:2
**need** [34] - 17:11, 34:24, 35:12, 37:24, 39:14, 43:6, 48:21,

48:25, 49:9, 55:1, 55:19, 58:17, 58:25, 59:2, 60:9, 81:1, 81:4, 88:17, 94:25, 106:13, 109:2, 113:16, 122:14, 122:20, 124:7, 124:21, 136:11, 140:4, 144:16, 161:5, 166:6, 167:17, 169:8, 169:24
**needed** [5] - 21:20, 22:1, 47:24, 91:4, 143:4
**needs** [5] - 20:6, 44:10, 74:17, 74:18, 123:4
**negate** [1] - 118:19
**negative** [1] - 168:12
**neglect** [7] - 140:21, 140:24, 141:8, 141:19, 142:1, 142:6, 146:9
**negligence** [2] - 93:22, 149:20
**negotiated** [1] - 93:7
**negotiation** [1] - 92:8
**network** [1] - 76:9
**Nevada** [1] - 79:10
**never** [17] - 18:14, 38:16, 49:23, 60:3, 62:12, 64:24, 70:22, 91:10, 103:23, 117:23, 119:3, 123:21, 133:24, 142:7, 157:9, 157:22, 168:2
**nevertheless** [2] - 78:3, 105:2
**NEW** [10] - 1:7, 1:13, 1:25, 2:9, 2:17, 3:9, 3:13, 3:23, 4:14, 4:23
**New** [14] - 25:13, 25:23, 26:9, 33:13, 41:14, 78:1, 78:13, 79:2, 79:9, 80:25, 105:10, 128:24, 140:8, 147:7
**new** [7] - 7:9, 23:17, 53:20, 60:19, 86:3, 86:5, 90:6
**NEWARK** [1] - 2:21
**next** [31] - 18:17, 56:16, 71:15, 77:13, 79:24, 81:23, 98:20, 104:6, 111:23, 117:5, 117:11, 121:5, 132:14,

138:24, 151:4, 152:25, 153:3, 154:11, 155:17, 156:5, 156:19, 157:3, 157:25, 158:19, 160:8, 160:24, 161:24, 162:24, 163:9
**nexus** [5] - 18:2, 58:14, 121:3, 139:24, 169:13
**Nicastro** [14] - 17:6, 28:21, 35:14, 35:21, 36:9, 37:25, 38:4, 39:16, 40:25, 56:1, 126:21, 127:9, 147:6, 147:23
**Nicastro's** [1] - 39:10
**nice** [1] - 73:19
**NICHOLAS** [4] - 4:4, 4:8, 5:25, 101:19
**Nicholas** [2] - 5:25, 101:20
**Nick** [2] - 5:23, 108:10
**Nick's** [1] - 122:7
**Nights** [1] - 79:18
**nilly** [1] - 32:13
**nine** [1] - 96:2
**Ning** [1] - 94:14
**nit** [1] - 70:20
**nit-picking** [1] - 70:20
**NJ** [1] - 2:21
**NO** [5] - 1:6, 1:10, 1:11, 1:12, 1:14
**nobody** [4] - 61:15, 134:11, 168:4
**non** [8] - 14:7, 14:12, 14:13, 31:21, 34:14, 34:21, 43:4, 58:14
**non-U.S** [7] - 14:7, 14:12, 14:13, 31:21, 34:14, 34:21, 58:14
**none** [9] - 20:4, 41:22, 49:13, 49:20, 49:21, 50:22, 134:11, 135:16, 166:13
**nonhearsay** [5] - 16:20, 17:18, 18:6, 123:4, 123:13
**Norfolk** [2] - 33:9, 33:13
**normally** [1] - 25:4
**NorPac** [2] - 62:16, 62:20, 103:7
**NorPac's** [1] - 62:14
**North** [4] - 24:11, 78:13, 79:10, 81:17
**northern** [1] - 24:9
**Northwest** [1] - 32:24
**nosebleeds** [1] - 7:19

**note** [1] - 122:7
**noted** [1] - 138:5
**nothing** [19] - 20:4, 27:19, 29:16, 40:18, 46:2, 48:3, 56:3, 57:17, 58:4, 60:7, 60:17, 71:6, 91:1, 105:22, 111:14, 122:18, 154:4, 163:7
**notice** [3] - 9:20, 156:22, 157:11
**noticed** [1] - 170:9
**noticing** [1] - 7:13
**notions** [4] - 14:19, 14:22, 15:11, 106:24
**November** [5] - 46:8, 51:12, 116:14, 116:23, 117:10
**novo** [1] - 68:14
**nuances** [1] - 36:14
**number** [18] - 8:8, 89:17, 89:24, 89:25, 96:23, 97:14, 113:8, 115:3, 115:11, 115:25, 116:4, 118:8, 121:24, 136:5, 136:24, 137:1, 137:6, 170:12
**Number** [15] - 5:12, 59:12, 76:5, 76:8, 76:11, 76:13, 83:19, 83:20, 106:7, 122:9, 122:10, 152:23, 155:16, 165:19
**numbered** [1] - 172:9
**numbers** [6] - 63:13, 83:6, 89:12, 89:13, 93:11, 118:4
**numerous** [8] - 8:5, 119:4, 121:12, 147:13, 147:17, 150:14, 153:8, 164:4
**NY** [1] - 3:9

# O

**O'Connor's** [3] - 17:2, 36:9, 71:20
**O'KEEFE** [1] - 1:24
**oath** [2] - 53:2, 114:24
**object** [3] - 61:10, 135:18, 157:21
**objected** [3] - 50:16, 136:9, 165:20
**objecting** [1] - 136:7
**objection** [1] - 76:23
**objections** [3] - 68:3, 70:24, 83:23
**obligation** [2] - 99:24,

119:16
**obligations** [1] - 60:1
**observation** [1] - 6:23
**observe** [2] - 94:11, 94:17
**observed** [2] - 92:23, 93:2
**obstacles** [1] - 34:19
**obtain** [1] - 121:18
**obtained** [2] - 66:15, 143:19
**obvious** [3] - 48:8, 109:6, 136:1
**obviously** [11] - 12:24, 18:21, 58:2, 108:18, 109:11, 110:24, 117:3, 119:18, 119:20, 125:11, 144:15
**occasion** [1] - 125:2
**occasions** [2] - 28:16, 125:3
**occupants** [2] - 7:12, 7:17
**occur** [1] - 24:21
**occurred** [8] - 16:1, 24:12, 24:17, 24:21, 99:10, 100:10, 132:20, 136:18
**occurs** [2] - 59:9, 104:20
**ocean** [2] - 33:2, 103:25
**October** [1] - 10:15
**odds** [1] - 62:9
**odor** [1] - 26:6
**odors** [1] - 7:13
**Oetken** [2] - 41:13, 41:25
**OETKEN** [1] - 41:13
**OF** [4] - 1:1, 1:17, 3:4, 4:11
**off-loaded** [1] - 102:25
**offend** [2] - 14:19, 106:24
**offer** [8] - 38:7, 55:2, 61:7, 61:21, 61:23, 115:9, 162:14, 169:10
**offered** [6] - 18:14, 50:13, 55:6, 58:24, 62:8, 62:10
**offering** [2] - 61:9, 128:3
**offers** [3] - 61:19, 61:20, 62:7
**office** [4] - 83:6, 89:14, 132:7, 168:22
**officer** [1] - 50:2
**officers** [1] - 23:3

**offices** [3] - 83:5, 97:6, 160:20
**Official** [2] - 172:5, 172:14
**official** [1] - 152:21
**OFFICIAL** [1] - 4:21
**officially** [1] - 146:19
**often** [3] - 31:22, 31:24, 90:2
**oftentimes** [2] - 32:2, 32:3
**oil** [1] - 160:13
**old** [3] - 93:10, 154:5, 164:5
**old-fashioned** [2] - 154:5, 164:5
**omission** [1] - 148:14
**Omni** [4] - 67:3, 67:10, 67:18, 75:14
**ON** [3] - 6:7, 6:9, 6:11
**onboard** [1] - 162:5
**once** [11] - 20:13, 33:2, 82:19, 87:16, 92:16, 95:5, 98:2, 101:9, 114:5, 139:18, 143:8
**one** [130] - 12:21, 13:23, 14:25, 15:1, 18:11, 23:13, 23:21, 24:3, 25:10, 27:6, 27:9, 27:19, 27:24, 29:18, 30:13, 31:1, 31:2, 31:7, 31:15, 31:16, 32:15, 32:18, 32:20, 33:12, 33:21, 38:1, 40:21, 42:15, 43:25, 44:23, 48:22, 53:11, 53:23, 55:20, 56:11, 56:15, 57:20, 57:21, 58:9, 59:3, 59:4, 59:6, 59:15, 60:2, 61:18, 64:24, 66:20, 73:16, 74:17, 76:5, 78:3, 80:9, 83:7, 83:19, 85:5, 86:20, 88:11, 88:18, 90:20, 90:24, 91:24, 94:7, 98:11, 100:21, 100:25, 101:3, 102:11, 105:3, 107:20, 108:25, 109:9, 111:17, 112:7, 112:24, 113:4, 113:8, 114:19, 117:7, 117:9, 118:13, 118:17, 120:20, 122:18, 124:9, 125:2, 126:25, 127:13, 132:13,

132:14, 132:20,
134:5, 134:9,
135:20, 136:9,
136:20, 137:9,
138:1, 147:7,
147:11, 147:23,
148:2, 148:15,
151:9, 153:3,
154:11, 154:19,
155:17, 156:5,
156:10, 156:18,
156:19, 157:3,
158:10, 158:19,
159:8, 160:8,
160:24, 161:24,
162:24, 163:9,
163:21, 166:22,
168:7, 169:19,
170:12, 170:23
**One** [1] - 79:18
**ONE** [1] - 3:22
**one-off** [1] - 27:6
**ones** [11] - 30:22,
41:24, 52:25, 121:3,
132:23, 156:23,
157:17, 162:16,
162:20
**Onyx** [1] - 82:9
**open** [2] - 66:6, 79:20
**opening** [3] - 159:2,
159:22, 159:23
**operate** [3] - 13:25,
84:9, 160:14
**operating** [2] - 90:24,
95:14
**operatives** [1] - 76:11
**opined** [5] - 94:6,
94:25, 110:1, 112:6,
119:10
**opinion** [15] - 23:7,
36:9, 39:18, 68:4,
68:16, 68:18, 68:19,
71:19, 71:20, 72:6,
72:7, 141:5, 158:15
**opinions** [3] - 70:13,
112:11, 124:18
**opportunities** [1] -
83:5
**opportunity** [13] -
11:14, 13:5, 31:4,
41:4, 43:13, 49:23,
49:24, 64:15, 84:14,
116:16, 123:10,
123:21, 136:16
**oppose** [1] - 84:11
**opposed** [3] - 63:12,
75:22, 147:9
**opposing** [4] - 63:14,
123:17, 125:20,
126:4

**opposite** [2] - 114:14,
115:9
**opposition** [3] -
120:16, 133:2, 134:2
**oral** [2] - 104:14,
128:16
**ORDER** [2] - 5:4,
130:4
**order** [12] - 29:7,
45:15, 73:24, 77:17,
79:22, 95:1, 102:11,
102:20, 140:18,
144:8, 157:10, 161:3
**ordered** [4] - 77:17,
114:23, 114:25,
115:4
**orders** [2] - 72:15,
117:19
**ordinary** [1] - 148:18
**Oregon** [2] - 32:23,
62:16
**orient** [1] - 74:16
**Oriental** [34] - 40:10,
40:24, 59:8, 59:9,
59:11, 59:22, 59:24,
82:8, 85:3, 90:17,
91:9, 91:25, 92:10,
92:11, 92:13, 92:15,
96:7, 98:12, 132:16,
133:24, 147:16,
147:20, 151:15,
151:18, 151:23,
152:13, 154:14,
155:11, 155:23,
156:9, 156:21, 160:4
**original** [4] - 18:11,
102:20, 122:19,
152:12
**originally** [1] - 103:6
**Orlando** [1] - 97:2
**Orleans** [7] - 25:13,
25:23, 26:9, 80:25,
105:10, 128:24,
140:8
**ORLEANS** [8] - 1:7,
1:25, 2:9, 2:17, 3:13,
3:23, 4:14, 4:23
**Oswalt** [1] - 73:2
**OTC** [1] - 151:17
**ought** [1] - 120:20
**ourselves** [1] - 64:9
**out-of-state** [1] -
99:12
**out-of-the-country** [1]
- 100:4
**outside** [10] - 12:2,
19:17, 21:9, 31:17,
46:6, 95:18, 100:10,
125:18, 148:14,
165:8

**overall** [1] - 139:9
**overarching** [1] -
106:9
**overcome** [1] - 33:17
**overcomplicate** [1] -
108:16
**overlapped** [1] - 83:3
**overriding** [1] - 30:18
**overruled** [2] - 38:6,
56:1
**overrules** [1] - 37:25
**overseas** [1] - 103:22
**oversight** [1] - 93:22
**overweight** [1] - 98:16
**overwhelming** [3] -
151:3, 156:4, 164:13
**overwhelmingly** [1] -
150:1
**owed** [2] - 92:1, 92:12
**OWEN** [1] - 3:12
**own** [17] - 22:5, 41:20,
44:6, 44:11, 79:14,
88:22, 97:7, 107:11,
110:20, 114:3,
116:8, 116:9,
117:22, 145:19,
170:1, 170:2
**owned** [8] - 9:2, 22:4,
22:5, 109:10,
110:14, 111:4,
111:16, 111:17
**owner** [1] - 100:13
**owners** [2] - 7:12,
7:20
**owns** [3] - 44:11,
109:10, 170:6

**P**

**p.m** [2] - 129:2, 171:16
**PA** [1] - 2:5
**Pacific** [1] - 32:24
**packages** [1] - 57:20
**packaging** [3] - 29:20,
102:14, 154:23
**packing** [1] - 117:2
**page** [9] - 52:11,
61:19, 138:9,
138:14, 138:24,
140:14, 140:24,
152:25, 157:11
**pages** [2] - 20:10,
51:25
**paid** [8] - 23:18, 54:14,
79:23, 91:6, 93:7,
112:25, 150:14,
163:13
**PANAYOTOPOULOS**
[4] - 4:4, 5:23, 108:9,

118:25
**Panayotopoulos** [2] -
5:23, 108:10
**Panel** [1] - 67:24
**paper** [3] - 39:23,
89:9, 147:8
**papers** [5] - 53:18,
60:14, 60:24, 134:2,
168:21
**paragraph** [3] - 106:7,
106:9, 158:11
**paramount** [1] - 79:19
**paraphrase** [1] - 73:24
**parent** [6] - 45:13,
86:22, 87:2, 87:4,
88:9, 109:14
**parent's** [1] - 112:21
**parenthetically** [1] -
170:1
**parents** [3] - 45:6,
45:7, 71:8
**part** [18] - 37:1, 38:5,
38:6, 55:25, 66:3,
87:7, 113:11, 126:8,
138:23, 141:7,
142:4, 146:20,
150:19, 151:22,
160:6, 160:10, 171:9
**partial** [1] - 23:23
**partially** [1] - 51:18
**participant** [1] - 37:5
**participate** [2] - 86:1,
123:22
**participated** [5] -
56:18, 108:4, 126:7,
137:25, 165:9
**participating** [1] -
165:12
**participation** [1] -
34:19
**particular** [14] - 19:22,
28:20, 29:22, 40:19,
41:1, 41:3, 57:18,
60:7, 60:8, 87:5,
110:8, 121:3,
147:25, 148:25
**particularized** [1] -
106:5
**particularly** [8] -
13:18, 66:8, 74:17,
75:6, 75:20, 105:7,
107:10, 119:18
**particulars** [1] - 147:2
**parties** [8] - 10:10,
10:12, 44:13, 63:12,
114:23, 115:11,
120:15, 121:14
**parties'** [1] - 7:23
**partner** [2] - 147:20,
160:14

**partners** [1] - 147:20
**partnership** [1] -
160:18
**party** [10] - 48:25,
54:15, 61:2, 93:20,
93:23, 102:19,
115:3, 142:7, 143:8,
145:19
**pass** [1] - 30:19
**passed** [6] - 16:2,
24:24, 47:10, 54:7,
62:20, 132:21
**passes** [2] - 25:16,
54:10
**past** [1] - 10:16
**patience** [2] - 13:18,
15:17
**PATRICK** [1] - 2:12
**Patrick** [1] - 160:5
**patriotic** [1] - 154:24
**patterns** [2] - 32:12,
56:5
**Paul** [1] - 41:13
**pause** [2] - 27:13,
28:22
**pay** [5] - 25:18, 98:16,
153:18, 159:6,
162:10
**payable** [1] - 163:15
**paying** [3] - 54:13,
81:22, 113:4
**payment** [5] - 24:23,
83:8, 83:9, 91:5,
112:18
**pays** [4] - 30:16,
91:24, 92:6, 92:16
**pea** [1] - 67:6
**PEACHTREE** [1] - 4:4
**peculiar** [2] - 66:25,
67:22
**pecuniary** [1] - 95:23
**penalty** [1] - 98:16
**pending** [2] - 10:3,
104:25
**penetrate** [1] - 157:10
**Peng** [2] - 23:20,
124:11
**Peng's** [2] - 22:15,
90:4, 97:12
**peninsula** [2] - 24:10,
29:14
**Pennoyer** [1] - 13:24
**Pensacola** [5] - 33:1,
34:4, 102:14,
102:22, 102:25
**PENTHOUSE** [1] -
2:13
**people** [13] - 46:6,
48:12, 49:7, 49:8,
50:15, 72:9, 72:10,

73:20, 73:25, 81:7,
107:1, 123:20,
140:10
**People's** [1] - 112:10
**Pepper** [3] - 172:3,
172:12, 172:13
**PEPPER** [1] - 4:21
**per** [4] - 97:21,
117:15, 117:19,
153:15
**percent** [2] - 21:9,
27:23
**perfect** [2] - 111:22,
113:5
**perform** [2] - 87:10,
87:11
**perhaps** [7] - 6:19,
6:24, 49:1, 64:11,
85:18, 132:25,
134:20
**period** [5] - 28:2,
51:20, 52:25, 62:15,
165:12
**PERKINS** [1] - 4:16
**permissible** [1] -
106:16
**permission** [1] - 39:18
**permitting** [1] - 171:8
**Perry** [3] - 46:11,
46:15, 65:21
**person** [7] - 56:14,
100:7, 110:18,
147:9, 148:3, 148:7,
149:12
**personal** [30] - 6:24,
6:25, 7:11, 8:24,
10:1, 10:10, 10:20,
10:23, 11:5, 41:16,
41:23, 65:1, 68:16,
71:14, 73:4, 86:23,
95:3, 95:13, 97:5,
100:25, 106:12,
107:12, 108:13,
109:2, 110:19,
113:18, 139:2,
144:16, 148:7,
158:15
**Personal** [1] - 138:14
**personalities** [1] -
83:14
**personally** [2] - 148:5,
158:13
**personhood** [5] -
22:11, 43:16, 44:12,
44:24, 124:14
**personhoods** [1] -
45:11
**persons** [2] - 14:3,
148:13
**pertinent** [3] - 109:25,

110:2, 111:12
**Peterson** [2] - 108:12,
108:15
**petition** [1] - 105:4,
107:11
**pharma** [2] - 13:12,
37:19
**phase** [2] - 109:23,
109:24
**PHILADELPHIA** [1] -
2:5
**phone** [9] - 73:20,
83:6, 89:12, 89:17,
89:24, 93:11, 96:23,
97:14
**PHONE** [3] - 6:7, 6:9,
6:11
**phones** [1] - 147:18
**phonetically** [4] -
24:2, 34:3, 61:19,
61:20
**phonetically)** [1] -
42:5
**photo** [1] - 75:15
**photograph** [2] - 50:1,
50:2
**photographic** [1] -
103:14
**photographs** [1] -
103:16
**physical** [3] - 85:20,
99:5, 99:9
**physically** [1] - 66:4
**pick** [4] - 31:18, 31:23,
34:3, 118:5
**picked** [3] - 83:16,
103:2, 103:8
**picking** [1] - 70:20
**picks** [1] - 84:18
**piece** [2] - 42:17,
99:24
**pieces** [2] - 61:17,
153:16
**pierce** [10] - 94:22,
109:8, 110:6,
110:10, 110:14,
111:3, 111:17,
111:25, 112:3,
114:16
**pierced** [2] - 95:2,
110:3
**piercing** [10] - 45:14,
88:15, 105:20,
109:22, 109:23,
110:12, 112:23,
113:7, 117:3, 124:13
**pilot** [1] - 8:17
**piper** [1] - 81:22
**Pittsburgh** [1] - 29:25
**place** [5] - 96:20,

115:17, 115:18,
143:16
**PLACE** [1] - 3:16
**places** [2] - 154:10,
158:17
**Plaintiff** [2] - 146:17,
163:25
**plaintiff** [14] - 17:25,
18:3, 18:10, 18:11,
18:12, 67:14, 75:14,
77:14, 85:14,
103:18, 121:9,
121:13, 149:13,
163:22
**plaintiffs** [35] - 8:8,
9:14, 9:18, 12:14,
16:19, 17:17, 17:22,
18:5, 19:10, 19:14,
20:1, 20:5, 22:9,
23:7, 31:1, 41:17,
46:7, 49:12, 49:13,
50:23, 50:24, 53:8,
55:2, 55:9, 56:11,
58:10, 58:24, 67:11,
115:11, 118:14,
120:1, 121:1,
121:18, 136:23,
169:10
**Plaintiffs'** [1] - 135:17
**PLAINTIFFS'** [1] -
1:22
**plaintiffs'** [19] - 27:15,
27:23, 29:25, 30:12,
35:1, 35:4, 35:8,
35:21, 47:22, 55:16,
55:21, 61:4, 122:20,
124:4, 133:7, 134:1,
165:17, 166:23,
168:8
**plan** [2] - 146:24,
155:20
**planet** [1] - 15:5
**plans** [4] - 45:23,
45:24, 46:3, 159:3
**plant** [2] - 58:21,
158:23
**plants** [2] - 21:19,
78:17
**Plasterboard** [7] -
6:14, 9:3, 91:15,
151:7, 151:14,
152:13, 163:19
**play** [5] - 14:19, 14:23,
106:24, 121:6,
123:11
**played** [3] - 157:6,
158:21, 162:3
**pleasure** [2] - 104:12,
171:10
**plenty** [3] - 109:16,

112:12, 120:13
**plethora** [1] - 156:3
**pluralities** [1] - 42:16
**plurality** [1] - 35:14
**plurality's** [1] - 38:22
**plus** [5] - 17:2, 36:9,
71:22, 125:22, 155:6
**pocket** [1] - 145:3
**podium** [3] - 84:16,
131:20, 135:5
**point** [49] - 13:15,
17:7, 17:21, 18:12,
19:7, 30:1, 34:7,
34:8, 34:12, 38:8,
38:9, 42:3, 43:25,
47:18, 50:20, 52:15,
54:8, 54:19, 55:24,
59:16, 60:4, 60:11,
61:14, 63:3, 66:23,
67:16, 81:5, 100:13,
107:20, 109:11,
126:2, 126:3, 129:1,
132:17, 133:16,
139:8, 140:9,
143:20, 155:24,
157:5, 157:23,
158:20, 160:1,
162:1, 162:2,
162:22, 164:21,
169:9, 170:22
**pointed** [3] - 37:18,
71:12, 112:13
**pointing** [2] - 24:11,
71:11
**points** [12] - 31:14,
41:10, 42:13, 43:24,
48:9, 49:11, 54:9,
58:9, 59:13, 122:14,
131:10
**policy** [1] - 83:14
**political** [1] - 76:11
**Polo** [1] - 74:15
**Pompano** [1] - 150:25
**Port** [5] - 102:14,
102:21, 102:24,
105:10, 140:8
**port** [21] - 30:24, 31:4,
31:6, 31:8, 31:18,
31:19, 31:23, 32:13,
33:4, 33:9, 34:9,
34:16, 46:17, 53:11,
54:10, 56:15, 132:8,
161:3, 162:5, 163:4
**Porter** [3] - 49:4,
65:21, 77:2
**portion** [3] - 130:8,
148:2, 148:12
**ports** [11] - 24:16,
24:21, 28:17, 32:18,
34:25, 60:13, 65:4,

147:14, 166:11,
168:17
**posed** [1] - 87:9
**poses** [1] - 72:8
**position** [4] - 28:19,
68:12, 119:2, 124:24
**possible** [5] - 15:14,
17:13, 134:22,
137:7, 153:17
**possibly** [1] - 18:10
**potential** [2] - 41:16,
45:5
**power** [4] - 21:18,
36:11, 42:19, 42:22
**powerful** [2] - 30:5,
151:1
**PowerPoint** [1] -
138:8
**PowerPoints** [1] -
63:17
**POYDRAS** [6] - 2:9,
2:17, 3:12, 3:22,
4:13, 4:22
**practical** [1] - 105:3
**practice** [5] - 15:16,
15:21, 48:18, 48:19,
112:8
**practices** [1] - 102:17
**precedent** [2] - 60:3,
68:23
**precise** [1] - 116:24
**preliminarily** [1] - 8:22
**preliminary** [11] - 9:8,
9:25, 10:24, 10:25,
11:1, 11:11, 12:21,
76:22, 118:2, 118:3,
118:6
**prepared** [3] - 12:22,
13:1, 118:22
**preparer** [1] - 118:20
**preponderance** [6] -
16:20, 17:18, 68:11,
75:3, 82:18, 123:1
**presence** [2] - 27:19,
99:5
**PRESENT** [1] - 4:19
**present** [6] - 6:23,
8:25, 14:15, 34:18,
66:4, 142:15
**presentation** [6] -
6:21, 89:4, 122:8,
122:12, 131:3, 138:1
**presentations** [3] -
92:25, 124:8, 130:12
**presented** [6] - 8:20,
64:4, 108:19,
131:25, 138:6, 142:2
**presenting** [1] - 138:7
**presently** [1] - 10:17
**preservation** [1] -

85:21
**preserve** [1] - 104:25
**presided** [1] - 130:9
**presumption** [1] - 120:5
**pretty** [12] - 19:4, 21:14, 30:5, 30:6, 39:7, 45:22, 52:9, 53:23, 68:24, 110:4, 134:9, 170:15
**previous** [1] - 109:6
**previously** [2] - 101:8, 140:15
**price** [6] - 54:14, 153:17, 160:12, 160:13, 162:11, 162:19
**prices** [6] - 161:6, 161:7, 162:13, 168:5, 168:10, 168:13
**prima** [3] - 68:7, 75:3, 82:17
**primarily** [7] - 7:4, 19:21, 21:7, 29:9, 75:18, 82:14, 126:15
**primary** [1] - 12:2
**principal** [1] - 87:11
**principle** [3] - 13:24, 14:6, 15:1
**principles** [5] - 13:21, 124:14, 164:8, 164:9, 164:10
**print** [1] - 156:14
**private** [1] - 20:21
**privilege** [4] - 11:9, 77:7, 104:12, 130:24
**privileges** [1] - 51:13
**privy** [1] - 76:23
**problem** [14] - 45:13, 67:16, 67:17, 67:22, 67:25, 69:1, 90:20, 97:15, 98:17, 113:11, 127:2, 127:3, 141:15
**problems** [2] - 7:18, 114:22
**procedural** [1] - 10:2
**Procedure** [1] - 71:1
**proceed** [2] - 130:21, 131:12
**proceeded** [2] - 8:12, 8:16
**proceeding** [21] - 18:14, 18:15, 42:14, 49:13, 49:20, 49:25, 50:6, 50:10, 55:6, 61:22, 86:7, 102:1, 123:20, 130:9, 157:5, 157:23,

158:20, 160:1, 162:2, 162:22, 165:22
**PROCEEDINGS** [4] - 1:17, 4:25, 5:1, 130:1
**proceedings** [9] - 63:3, 67:1, 73:10, 101:22, 129:1, 165:24, 171:9, 171:16, 172:9
**process** [20] - 11:16, 13:14, 14:2, 14:10, 16:17, 37:5, 41:17, 42:18, 65:14, 69:2, 86:24, 101:7, 101:12, 104:22, 106:17, 134:8, 165:12, 169:1, 169:5, 169:12
**processed** [1] - 148:17
**produce** [4] - 88:25, 114:25, 119:17, 120:11
**produced** [8] - 20:11, 79:16, 97:13, 103:16, 117:19, 117:23, 119:14, 120:8
**PRODUCED** [1] - 4:25
**product** [61] - 13:11, 16:2, 30:23, 31:6, 31:12, 31:21, 36:24, 37:6, 37:19, 38:11, 57:4, 62:11, 62:12, 65:23, 66:1, 66:10, 70:1, 70:3, 72:25, 73:5, 73:8, 86:5, 89:23, 92:13, 95:15, 97:8, 99:17, 100:3, 100:5, 101:1, 103:23, 103:24, 107:4, 107:21, 107:23, 126:22, 127:12, 132:22, 138:22, 139:5, 139:10, 139:21, 140:9, 146:3, 147:12, 147:14, 148:21, 148:23, 149:12, 149:14, 149:18, 149:21, 153:13, 153:14, 153:24, 154:2, 154:5, 154:23, 155:10, 166:24
**production** [6] - 77:6, 78:20, 78:21, 112:18, 112:19,

115:5
**Products** [2] - 5:13, 82:9
**PRODUCTS** [1] - 1:5
**products** [25] - 26:25, 37:2, 46:6, 82:13, 86:4, 95:20, 97:10, 99:10, 99:15, 99:21, 99:22, 101:5, 116:16, 139:4, 140:7, 148:16, 149:20, 151:11, 154:10, 160:12, 160:15, 160:19, 164:3, 169:10, 169:11
**Professor** [1] - 111:19
**professor** [1] - 113:15
**profile** [35] - 18:13, 47:5, 47:6, 50:13, 50:17, 51:19, 52:4, 52:20, 57:8, 62:5, 75:15, 77:14, 77:16, 77:19, 103:18, 114:24, 115:6, 115:24, 117:17, 117:24, 120:22, 125:23, 126:13, 126:19, 131:17, 131:22, 135:1, 135:7, 135:16, 166:3, 167:2, 167:9, 170:23
**profit** [3] - 106:25, 128:16, 160:15
**profits** [1] - 29:5
**program** [2] - 8:17, 75:13
**prohibit** [1] - 149:13
**Promex** [1] - 99:7
**proof** [10] - 53:14, 53:15, 68:6, 75:13, 82:21, 82:22, 145:8, 150:3, 152:5
**properly** [1] - 66:6
**properties** [4] - 7:1, 7:11, 7:12, 7:24
**property** [23] - 6:24, 7:20, 14:3, 22:5, 44:7, 44:11, 55:13, 81:6, 83:3, 85:9, 87:24, 97:7, 100:13, 100:17, 100:19, 107:1, 110:19, 111:2, 148:13, 165:6, 165:7, 170:2, 170:6
**proposals** [1] - 8:17
**proposition** [4] - 41:19, 113:25,

138:25, 145:17
**propositions** [1] - 35:8
**prospects** [1] - 81:24
**protect** [1] - 145:19
**protections** [4] - 16:11, 16:24, 51:13, 134:8
**protocols** [1] - 8:16
**proud** [3] - 33:14, 70:25, 122:6
**prove** [18] - 16:20, 17:17, 17:22, 54:23, 64:23, 64:24, 69:17, 69:18, 82:19, 88:17, 103:21, 103:23, 105:23, 110:18, 115:14, 120:1, 152:4
**proven** [1] - 68:9
**proves** [1] - 103:19
**provide** [7] - 10:7, 24:6, 48:16, 87:14, 110:5, 115:15, 120:21
**provided** [6] - 49:2, 50:16, 124:22, 133:20, 138:10, 166:3
**provides** [2] - 110:17, 113:16
**providing** [2] - 121:10, 148:20
**proving** [2] - 94:15, 149:19
**provision** [2] - 49:5, 49:9
**provisions** [1] - 21:4
**proximity** [1] - 54:7
**PSC** [14] - 5:17, 61:1, 63:12, 66:15, 67:3, 69:11, 75:22, 110:1, 112:6, 115:21, 119:4, 128:7, 146:13, 160:6
**PSC's** [2] - 35:9, 115:25
**PSL** [1] - 108:14
**PTO** [1] - 75:15
**public** [1] - 83:14
**PUBLIC** [1] - 1:13
**publicly** [1] - 11:21
**published** [1] - 76:13
**puffing** [1] - 125:12
**purchase** [8] - 24:18, 31:21, 32:7, 32:13, 54:14, 102:11, 102:20, 139:15
**purchased** [9] - 40:20, 46:13, 46:14, 56:15, 60:12, 62:11,

62:12, 62:14, 86:18, 91:3, 95:16, 99:18, 101:4, 132:22, 139:13, 139:21, 149:12, 149:13, 166:13
**purchaser** [13] - 16:4, 24:17, 25:4, 30:21, 31:5, 31:25, 32:8, 32:9, 32:11, 54:12, 54:16, 57:14, 58:2
**purchasers** [13] - 21:24, 21:25, 24:17, 25:3, 26:21, 28:9, 31:22, 32:2, 32:4, 34:23, 57:9
**purchasing** [2] - 33:22, 167:4
**pure** [1] - 154:4
**purely** [5] - 99:14, 100:4, 100:11, 100:14, 100:18
**purport** [2] - 121:8, 169:1
**purports** [1] - 152:3
**purpose** [2] - 84:17, 94:2
**purposeful** [12] - 16:18, 28:20, 35:19, 36:2, 41:1, 74:23, 74:25, 105:13, 106:18, 127:7, 147:1, 170:13
**purposefully** [9] - 51:12, 54:24, 57:18, 60:8, 127:16, 134:7, 147:24, 149:24, 160:21
**purposely** [4] - 16:10, 16:23, 69:20, 137:17
**purposes** [15] - 14:16, 17:11, 85:17, 86:6, 87:2, 87:20, 93:25, 109:1, 109:6, 110:25, 133:6, 145:21, 151:9, 152:23, 153:10
**pursuant** [2] - 92:7, 152:1
**pursued** [1] - 105:1
**purview** [1] - 68:9
**put** [15] - 6:11, 40:21, 56:14, 63:13, 70:21, 70:22, 96:22, 96:23, 97:16, 98:14, 98:15, 103:22, 124:24, 144:19, 157:12
**puts** [1] - 30:6
**putting** [1] - 85:15
**Pyrofax** [1] - 149:8

## Q

Qingdao [1] - 46:17
qualify [1] - 141:7
quality [4] - 74:21,
117:2, 156:25,
158:11
quantitative [1] -
70:19
questioners [2] -
64:11, 108:16
questions [13] - 12:24,
34:1, 41:20, 43:11,
43:23, 55:18, 55:19,
56:8, 56:10, 58:8,
69:5, 131:9, 171:4
quick [2] - 45:19,
47:16
quicker [1] - 105:5
quickly [11] - 9:25,
19:4, 19:20, 19:21,
20:20, 27:12, 39:4,
81:14, 101:21,
102:6, 170:9
quite [14] - 13:3,
13:19, 14:21, 14:24,
20:25, 22:20, 36:21,
39:21, 40:14, 40:25,
50:7, 98:3, 134:1,
136:13
quote [7] - 13:25,
37:15, 80:25,
114:11, 114:17,
140:25, 153:17
quoted [1] - 37:13
quotes [1] - 118:17
quoting [1] - 54:23

## R

R&R [1] - 82:5
rack [2] - 101:3,
139:13
rail [1] - 33:14
raise [1] - 154:7
raised [3] - 124:5,
138:2, 147:22
raises [1] - 35:2
RALLO [3] - 102:22,
102:24, 103:9
RANKO [3] - 34:3,
34:4, 34:5
rapidly [1] - 74:12
rarely [1] - 25:3
rate [2] - 80:6, 112:20
rather [2] - 104:16,
154:6
RE [1] - 1:4

re [2] - 5:12, 155:22
reached [2] - 56:22,
83:12
read [19] - 13:9, 22:13,
22:14, 35:4, 42:4,
49:3, 59:23, 68:10,
85:18, 102:17,
110:16, 111:15,
113:17, 114:14,
116:11, 128:15,
141:13, 169:9,
169:22
reading [5] - 35:9,
39:17, 40:12, 56:2,
124:17
ready [6] - 12:9, 13:7,
41:7, 130:11,
130:19, 130:21
real [6] - 12:19, 19:21,
26:14, 61:11, 65:14,
68:25
reality [1] - 15:4
really [32] - 18:24,
22:8, 23:6, 28:18,
30:13, 38:2, 39:20,
59:16, 61:13, 72:18,
74:18, 83:24, 102:5,
103:7, 105:17,
106:13, 122:16,
124:21, 126:4,
127:16, 135:18,
151:10, 153:12,
158:6, 160:13,
163:21, 167:19,
167:20, 169:19,
169:21, 170:10
Realtime [2] - 172:3,
172:13
REALTIME [1] - 4:22
reason [11] - 17:15,
26:20, 31:7, 34:17,
42:2, 73:18, 104:20,
123:6, 149:13,
151:10, 168:18
reasonable [2] - 37:7,
42:23
reasonably [3] -
74:24, 93:20, 167:15
reasons [7] - 16:15,
26:19, 43:17, 105:2,
115:8, 136:8, 165:15
rebuild [1] - 81:1
rebuttable [1] - 120:4
rebuttal [2] - 39:8,
75:4
receipt [1] - 142:14
receive [2] - 128:8,
128:9
received [9] - 64:4,
85:1, 85:9, 107:23,

133:2, 135:22,
141:17, 142:7,
142:24
receiving [1] - 143:3
recently [4] - 13:12,
20:13, 62:8, 116:2
recess [5] - 63:1, 63:4,
128:25, 129:2,
171:13
recognized [4] - 12:5,
42:15, 42:17, 58:12
recognizes [2] -
58:18, 87:18
recognizing [2] - 15:8,
38:4
reconstruction [1] -
7:10
record [34] - 5:15,
6:12, 30:2, 32:1,
45:25, 50:12, 56:21,
64:22, 66:3, 78:9,
86:8, 88:4, 88:21,
94:16, 101:13,
102:10, 103:2,
103:3, 103:4,
103:15, 116:3,
122:7, 125:18,
127:24, 128:2,
134:21, 150:3,
151:19, 151:20,
151:22, 152:23,
164:12, 170:5, 172:8
Record [1] - 63:13
recordation [1] -
112:15
RECORDED [1] - 4:25
recorded [1] - 114:5
records [7] - 83:21,
85:21, 91:6, 102:9,
102:10, 103:1,
103:4, 113:1,
113:22, 113:23,
115:2, 115:17,
115:19, 119:9,
119:19
RED [1] - 157:15
red [11] - 65:8, 69:24,
78:22, 148:12,
154:20, 154:24,
155:4, 155:6,
155:13, 156:11,
156:22
reds [1] - 157:1
refer [1] - 96:1
reference [4] - 88:23,
92:18, 96:11, 139:2
referenced [3] - 63:15,
92:19, 140:24
references [1] - 98:7
referred [4] - 9:3, 90:2,

91:12, 122:8
referring [3] - 58:6,
158:16, 160:17
refers [2] - 39:1, 39:2
reflect [4] - 86:8,
113:1, 116:8, 119:5
reflected [7] - 17:3,
91:6, 92:25, 98:5,
126:19, 136:4, 167:1
reflective [1] - 92:22
reflects [7] - 88:4,
90:23, 92:8, 96:6,
131:4, 138:20, 142:3
refrain [1] - 15:9
refrigerators [2] -
7:15, 86:3
refused [1] - 62:2
refusing [1] - 142:11
regard [17] - 8:15,
13:18, 15:20, 25:21,
31:14, 58:5, 61:8,
64:3, 64:15, 65:10,
65:16, 66:16, 68:17,
69:7, 70:15, 71:14,
73:12
regarding [1] - 142:24
regardless [3] -
109:22, 123:15,
136:11
Registered [1] - 172:3
registered [1] - 172:14
regular [5] - 37:1,
74:23, 156:24,
157:19, 167:13
regulations [1] - 98:15
reject [1] - 38:22
rejected [2] - 75:7,
142:12
relate [4] - 19:2,
43:20, 49:17, 100:22
related [8] - 58:4,
58:16, 61:3, 115:4,
121:11, 121:13,
133:7, 169:11
relates [7] - 12:22,
28:23, 30:17, 30:25,
36:4, 39:10, 138:21
RELATES [1] - 1:8
relating [4] - 15:13,
15:23, 22:7, 86:11
relationship [7] -
86:20, 87:1, 87:20,
145:6, 145:24,
149:10, 160:17
relationships [2] -
161:19, 164:6
relatively [2] - 47:15,
48:21
relaxed [1] - 109:4
relevance [2] - 30:18,

83:18
relevancy [1] - 83:19
relevant [24] - 17:20,
20:19, 47:11, 52:24,
67:1, 73:10, 87:2,
87:17, 93:25, 99:9,
103:8, 114:25,
117:3, 119:18,
119:20, 120:16,
124:23, 133:5,
148:2, 148:12,
152:4, 160:10,
164:12, 168:11
reliability [2] - 50:18,
115:7
reliable [1] - 83:20
reliance [1] - 93:22
relied [1] - 45:12
relief [7] - 48:16,
48:21, 49:6, 120:24,
121:18, 128:11,
170:5
rely [6] - 13:2, 13:3,
48:25, 93:21,
108:18, 115:7
relying [1] - 165:19
remained [1] - 14:12
remaining [1] - 146:22
remand [1] - 104:25
remark [1] - 22:13
remarkable [2] -
22:18, 84:5
remarkably [1] - 79:15
remarks [3] - 12:22,
122:19, 126:17
remember [4] - 57:21,
73:16, 80:20, 136:9
remind [5] - 6:17,
22:23, 23:20, 74:15,
106:13
reminded [1] - 43:3
removal [1] - 104:24
removed [2] - 104:22
rent [2] - 91:2, 93:5
repair [6] - 85:8, 85:9,
100:16, 103:12,
145:3, 145:15
repaired [3] - 85:7,
85:23, 100:16
repairs [1] - 8:16
repayment [1] -
112:19
repeat [1] - 43:25
repeating [1] - 54:22
reply [2] - 44:18, 111:9
report [2] - 118:19,
124:2
reporter [1] - 6:8
REPORTER [2] - 4:21,
4:22

**Reporter** [7] - 172:3, 172:4, 172:5, 172:13, 172:14, 172:14
**REPORTER'S** [1] - 172:1
**reports** [1] - 45:25
**represent** [7] - 11:8, 52:19, 88:10, 88:18, 104:12, 138:12
**representations** [1] - 34:24
**representative** [7] - 57:2, 67:15, 91:8, 108:11, 148:8, 151:23, 154:13
**representatives** [6] - 83:3, 92:24, 97:6, 116:10, 143:1, 159:4
**represented** [4] - 89:22, 90:1, 115:23, 116:4
**representing** [1] - 117:16
**reputation** [1] - 90:13
**request** [7] - 15:19, 32:11, 90:5, 97:13, 98:1, 153:15, 164:14
**requested** [2] - 57:10, 115:1
**requests** [1] - 77:6
**required** [7] - 22:22, 98:22, 99:6, 119:8, 119:13, 120:10, 139:24
**requirement** [8] - 44:1, 97:17, 100:7, 112:1, 112:7, 112:9, 138:20, 145:25
**requirements** [6] - 34:22, 69:2, 98:22, 99:3, 143:7, 146:8
**requires** [5] - 14:17, 18:2, 100:1, 113:14, 169:12
**resale** [1] - 112:19
**research** [1] - 162:13
**researched** [1] - 77:21
**resell** [4] - 32:3, 32:4, 32:5, 57:14
**resident** [1] - 148:4
**residents** [3] - 7:20, 67:12, 121:10
**resold** [4] - 27:1, 31:12, 34:10, 166:7
**resolution** [2] - 67:22, 88:2
**resolutions** [1] - 114:3
**resolve** [7] - 10:11, 16:4, 25:25, 43:6,

76:3, 93:8, 121:21
**resolved** [3] - 15:23, 25:25, 71:24
**resounding** [1] - 55:20
**Resources** [2] - 82:10, 82:12
**respect** [56] - 11:16, 12:19, 12:25, 13:14, 14:11, 17:12, 17:13, 17:20, 18:23, 21:4, 22:10, 27:16, 29:12, 30:16, 33:17, 34:23, 35:14, 35:15, 36:1, 40:9, 41:5, 41:15, 41:20, 42:12, 43:4, 43:15, 46:2, 47:9, 47:15, 48:11, 48:17, 51:7, 52:13, 54:1, 56:3, 56:20, 57:7, 57:20, 59:4, 59:11, 75:12, 122:23, 124:19, 125:20, 131:6, 132:18, 133:23, 164:22, 165:16, 168:20, 169:7, 169:17, 169:18
**respected** [1] - 45:12
**respectfully** [4] - 51:11, 83:15, 84:1, 164:14
**respiratory** [1] - 7:18
**respond** [5] - 76:21, 120:13, 120:15, 138:18, 142:3
**responded** [4] - 53:18, 57:3, 68:3, 83:24
**responding** [2] - 141:10, 155:2
**response** [2] - 63:7, 146:21
**responsibility** [2] - 25:18, 54:13
**responsible** [6] - 30:15, 30:16, 54:16, 94:8, 154:7, 162:4
**rest** [6] - 19:16, 23:11, 39:8, 52:14, 65:9, 137:19
**Restatement** [1] - 87:18
**restatement** [1] - 87:19
**restrictions** [1] - 97:1
**result** [5] - 6:25, 7:5, 81:19, 86:5, 93:22
**resulted** [2] - 120:17, 141:2

**resulting** [1] - 105:11
**retail** [1] - 29:3
**retailer** [1] - 37:2
**retailers** [1] - 167:14
**retain** [1] - 142:11
**return** [1] - 93:7
**reused** [1] - 95:7
**REUTER** [1] - 3:11
**revealing** [1] - 44:17
**revenues** [2] - 21:8, 21:10
**review** [3] - 123:7, 123:25, 138:4
**reviewed** [1] - 85:20
**reviews** [1] - 87:23
**revised** [1] - 114:4
**revolved** [1] - 51:8
**Richard** [1] - 79:17
**riddled** [1] - 51:9
**ride** [1] - 24:14
**ridiculous** [1] - 31:10
**right-hand** [3] - 152:20, 156:8, 163:14
**rights** [2] - 21:4, 42:21
**Rightway** [6] - 61:13, 61:23, 62:5, 62:19, 103:11
**ripped** [1] - 86:4
**rise** [8] - 5:7, 19:12, 58:25, 61:3, 63:2, 130:7, 166:14, 170:14, 171:15
**Rita** [4] - 7:6, 70:8, 80:20, 80:23
**River** [1] - 79:7
**RMR** [2] - 4:21, 172:13
**ROAD** [1] - 4:4
**road** [1] - 74:16
**rod** [2] - 84:7, 84:8
**rods** [1] - 84:8
**rogue** [1] - 147:7
**role** [2] - 8:7, 146:25
**roll** [1] - 19:4
**rolls** [1] - 23:18
**room** [1] - 97:19
**ROOM** [1] - 4:22
**ROSS** [1] - 3:11
**Rothchilt** [1] - 86:13
**roughly** [1] - 146:24
**ruined** [1] - 86:3
**rule** [5] - 83:21, 123:4, 127:1, 144:20, 144:24
**ruled** [2] - 20:14, 144:22
**rules** [3] - 119:11, 123:24, 127:10
**Rules** [4] - 71:1,

152:1, 152:2
**ruling** [2] - 10:7, 39:1
**rulings** [1] - 136:10
**run** [1] - 169:4
**running** [2] - 58:7, 73:6
**RUSS** [1] - 1:23
**Russ** [7] - 5:17, 26:10, 26:13, 49:25, 68:1, 122:5
**Ruston** [5] - 37:11, 37:22, 56:4, 73:7

**S**

**s/Cathy** [1] - 172:12
**Sagafii** [1] - 61:20
**Salami** [1] - 168:25
**sale** [10] - 21:8, 59:6, 59:7, 79:16, 88:5, 88:8, 90:15, 141:1, 153:24, 156:11
**sales** [43] - 23:5, 24:19, 24:20, 24:21, 27:6, 33:19, 47:23, 52:19, 54:1, 54:7, 54:25, 57:3, 89:14, 90:14, 91:10, 96:12, 115:1, 115:11, 115:12, 115:16, 115:17, 116:1, 116:6, 116:10, 118:5, 118:13, 118:14, 119:5, 119:9, 119:19, 121:2, 126:7, 126:11, 126:14, 132:6, 150:13, 153:1, 159:16, 166:9, 167:8
**salesmen** [1] - 23:21
**salesperson** [1] - 57:24
**salespersons** [1] - 31:2
**SALKY** [1] - 2:24
**SALLY** [3] - 34:3, 34:4, 34:5
**sample** [2] - 79:5, 153:16
**samples** [8] - 79:1, 96:10, 96:16, 153:13, 153:19, 154:1, 164:7
**SANDRA** [1] - 2:4
**SANKO** [3] - 102:22, 102:24, 103:9
**Santos** [1] - 141:22
**sat** [1] - 92:23

**satisfied** [2] - 37:20, 125:8
**satisfies** [1] - 145:24
**satisfy** [3] - 57:11, 100:7, 106:6
**save** [7] - 18:17, 39:7, 49:15, 58:8, 131:9, 136:24, 137:19
**saving** [2] - 55:23, 124:3
**saw** [3] - 123:8, 125:10, 131:5
**scales** [2] - 84:7, 84:10
**schedule** [1] - 104:15
**scheduling** [1] - 144:8
**scheme** [1] - 155:10
**schism** [1] - 72:4
**scope** [1] - 40:24
**SCOTT** [1] - 2:20
**Scott** [1] - 108:11
**screen** [2] - 152:11, 152:20
**Sea** [1] - 24:10
**Seaboard** [2] - 34:25, 81:8
**seal** [1] - 152:21
**sealed** [1] - 150:9
**seated** [4] - 5:8, 63:6, 70:14, 130:8
**second** [15] - 8:23, 14:25, 17:15, 30:11, 31:20, 36:17, 36:19, 48:2, 77:7, 91:25, 101:3, 134:10, 145:1, 169:25, 170:22
**Second** [3] - 42:10, 68:21, 87:18
**secondarily** [1] - 100:15
**secondly** [3] - 63:15, 86:23, 169:12
**seconds** [3] - 24:7, 105:23, 130:16
**section** [3] - 114:21, 120:16, 151:4
**Section** [2] - 66:16
**sections** [3] - 106:4, 108:25, 109:25
**secure** [1] - 79:22
**securing** [1] - 21:3
**securities** [1] - 41:21
**SEDRAN** [1] - 2:3
**see** [43] - 24:9, 24:16, 24:21, 29:18, 31:4, 36:2, 36:6, 40:4, 40:22, 41:6, 42:4, 46:17, 48:7, 51:25, 52:16, 56:24, 59:9,

60:20, 64:13, 68:25, 71:24, 78:2, 78:8, 81:13, 89:16, 98:20, 112:25, 128:18, 128:22, 131:23, 133:10, 133:11, 136:17, 137:13, 137:15, 151:17, 152:13, 152:17, 152:18, 156:8, 161:2, 163:14, 170:4
**SEEGER** [1] - 2:19
**seek** [1] - 120:24
**seeking** [1] - 170:5
**seem** [1] - 135:21
**Seifert** [1] - 18:4
**self** [2] - 118:18, 134:20
**self-explanatory** [1] - 134:20
**self-serving** [1] - 118:18
**sell** [19] - 21:25, 27:21, 34:14, 35:17, 39:22, 57:4, 60:6, 74:4, 83:8, 88:22, 88:25, 90:21, 93:3, 96:8, 126:22, 150:8, 158:25, 159:13, 164:3
**seller** [5] - 72:19, 103:7, 152:20, 156:10, 163:3
**sellers** [1] - 163:7
**selling** [5] - 47:20, 74:1, 88:12, 127:5, 168:14
**sells** [1] - 27:1
**semblance** [1] - 87:6
**senators** [1] - 76:12
**send** [4] - 23:22, 70:4, 79:4, 153:15
**sending** [4] - 96:16, 147:11, 154:1, 164:6
**sense** [1] - 124:25
**sent** [11] - 70:4, 96:10, 97:25, 133:3, 139:5, 142:25, 153:13, 158:5, 163:16
**separate** [16] - 8:12, 22:2, 22:5, 24:4, 43:16, 44:1, 44:8, 44:12, 44:13, 44:24, 89:6, 89:20, 89:21, 94:10, 94:23, 110:19
**separated** [1] - 36:8
**separateness** [3] - 22:8, 92:9, 94:15
**September** [2] - 54:4, 123:9

**series** [1] - 132:15
**serious** [4] - 35:1, 55:6, 58:7, 76:2
**seriously** [2] - 97:24, 98:24
**Serpe** [1] - 64:16
**serve** [1] - 104:23
**served** [11] - 9:5, 9:23, 10:14, 68:20, 68:22, 68:24, 76:21, 77:6, 84:23, 121:12, 141:18
**service** [4] - 68:21, 87:14, 143:20, 143:24
**serviced** [1] - 148:17
**services** [2] - 72:15, 87:10
**serving** [1] - 118:18
**sesame** [1] - 79:20
**set** [10] - 8:21, 13:21, 22:4, 23:16, 23:17, 25:7, 44:1, 91:1, 145:10, 151:9
**sets** [1] - 71:17
**settled** [2] - 49:4, 83:10
**settlement** [3] - 8:17, 8:22, 92:5
**settles** [1] - 91:25
**settling** [2] - 91:23, 94:12
**seven** [2] - 42:8, 144:9
**sever** [1] - 67:23
**several** [5] - 9:7, 19:25, 81:6, 125:2, 159:8
**Shahrazad** [1] - 79:19
**shall** [4] - 110:20, 113:18, 113:21, 151:12
**Shandong** [2] - 90:8, 116:17
**Shanghai** [2] - 61:6, 61:7
**share** [5] - 58:9, 58:12, 58:19, 58:22, 151:8
**shared** [5] - 83:4, 89:12, 89:13, 89:14
**shareholder** [8] - 44:10, 44:11, 94:23, 110:17, 110:20, 113:16, 113:19, 114:11
**shareholder's** [2] - 110:20, 113:19
**sheet** [1] - 63:14
**sheets** [9] - 80:1, 80:2, 80:4, 80:8, 102:13,

107:24, 107:25, 108:1, 147:13
**SHELL** [1] - 3:22
**shift** [1] - 110:15
**shifted** [1] - 111:2
**shifts** [1] - 82:21
**Shiliang** [2] - 22:24, 124:11
**Shinland** [2] - 42:5, 42:12
**ship** [7] - 30:24, 32:20, 33:3, 97:2, 126:22, 150:8, 162:5
**shipment** [5] - 25:19, 54:16, 98:21, 117:2, 132:9
**shipments** [6] - 37:21, 37:22, 52:19, 65:22, 80:7, 85:3
**shipped** [24] - 25:13, 25:22, 30:13, 31:17, 56:16, 78:11, 78:13, 79:1, 82:12, 84:25, 97:8, 99:21, 101:6, 102:13, 102:21, 103:1, 107:5, 150:16, 153:20, 155:11, 161:20, 163:2, 166:24
**shipping** [21] - 25:20, 30:14, 30:16, 30:17, 31:3, 31:6, 79:8, 98:21, 99:2, 103:3, 132:24, 150:6, 150:7, 155:22, 161:4, 161:5, 162:8, 162:10, 162:14, 162:15, 162:21
**ships** [3] - 30:13, 33:2, 158:17
**Shoe** [4] - 70:17, 82:20, 106:22
**short** [2] - 102:13, 143:10
**shortage** [1] - 78:10
**shortly** [1] - 128:5
**shoulders** [1] - 105:16
**show** [27] - 27:11, 29:12, 44:15, 49:17, 53:21, 58:15, 62:13, 65:7, 66:1, 66:9, 70:9, 70:22, 91:6, 95:23, 96:17, 103:1, 115:17, 119:24, 120:2, 135:18, 136:15, 136:23, 137:1, 149:16, 149:21, 149:23, 160:11
**showed** [6] - 23:4,

29:15, 50:1, 50:2, 70:21, 103:10
**showing** [9] - 24:13, 38:23, 78:1, 111:7, 111:21, 122:9, 150:12, 155:9, 169:13
**shown** [6] - 39:2, 60:17, 102:7, 146:9, 146:10, 146:11
**shows** [5] - 40:3, 102:23, 103:15, 163:11, 166:4
**shredder** [1] - 147:8
**shrug** [1] - 105:15
**side** [9] - 36:20, 40:5, 114:10, 119:17, 133:17, 152:20, 156:14, 156:15, 163:14
**Sign** [1] - 89:9
**signature** [7] - 59:18, 59:19, 98:6, 151:21, 151:24, 163:6
**signed** [5] - 98:10, 114:5, 116:14, 135:16, 135:18
**significance** [1] - 140:25
**significant** [8] - 11:22, 21:5, 32:15, 59:16, 87:20, 146:25, 151:17, 153:11
**significantly** [2] - 119:5, 151:1
**signing** [1] - 151:14
**signs** [1] - 48:13
**silk** [13] - 25:12, 25:14, 25:16, 26:4, 26:7, 48:1, 48:2, 65:2, 65:3, 74:13, 74:16, 80:9
**silver** [1] - 7:14
**similar** [6] - 36:12, 43:5, 47:25, 54:7, 128:7, 131:4
**similarity** [1] - 138:5
**similarly** [2] - 139:22, 141:11
**simple** [8] - 22:20, 25:10, 34:9, 45:22, 48:21, 53:24, 149:25, 150:18
**simply** [7] - 17:24, 70:19, 91:17, 101:9, 103:22, 154:8, 161:20
**sincerely** [1] - 12:16
**single** [6] - 110:17, 110:19, 112:9,

112:10, 113:18, 117:23
**sinks** [1] - 86:4
**sit** [5] - 12:3, 43:13, 49:15, 98:24, 136:24
**site** [1] - 112:21
**sits** [2] - 31:8, 34:16
**situation** [3] - 82:11, 104:17, 168:10
**six** [4] - 56:1, 77:3, 127:9, 127:15
**SIXTEENTH** [1] - 4:17
**skin** [1] - 7:18
**skip** [2] - 101:7, 138:1
**skipping** [1] - 49:14
**Slide** [2] - 152:9, 153:4
**slide** [38] - 22:16, 35:20, 36:6, 39:2, 39:14, 39:17, 40:6, 41:3, 41:10, 45:17, 46:18, 61:5, 61:11, 70:11, 73:16, 77:25, 79:24, 79:25, 81:23, 98:20, 114:17, 121:5, 130:15, 131:3, 133:10, 133:12, 133:14, 133:17, 134:3, 135:24, 136:15, 137:15, 156:5, 157:25, 158:9, 170:15, 171:1
**slides** [3] - 48:7, 49:17, 98:12
**slightly** [1] - 115:25
**small** [2] - 86:16, 156:14
**SMITH** [1] - 3:21
**Smith** [1] - 41:25
**So.2d** [2] - 149:8, 150:25
**society** [1] - 48:16
**sold** [37] - 27:2, 28:6, 28:8, 28:9, 29:9, 29:13, 49:1, 51:20, 61:6, 61:7, 75:6, 78:25, 95:6, 95:7, 96:2, 98:25, 99:15, 101:2, 105:8, 117:17, 119:14, 121:4, 133:3, 134:5, 134:17, 136:2, 138:23, 150:19, 151:11, 153:5, 154:5, 154:10, 168:13, 168:15, 170:16, 170:25
**sole** [17] - 44:9, 44:11, 59:12, 59:25, 78:15,

78:16, 90:16, 94:23,
96:5, 110:17,
113:16, 113:19,
147:19, 147:21,
150:11, 156:12,
160:4
**solely** [2] - 111:16,
119:22
**solely-owned** [1] -
111:16
**solicitation** [2] -
56:12, 96:12
**solicitations** [1] -
56:20
**solicited** [4] - 56:22,
95:19, 142:15, 143:3
**soliciting** [4] - 99:14,
139:19, 140:4,
140:11
**someone** [6] - 31:16,
40:24, 56:25, 57:13,
58:13, 126:23
**sometime** [3] - 10:12,
23:23, 105:4
**sometimes** [3] -
44:20, 46:6, 57:10
**somewhere** [7] - 18:1,
32:23, 32:25, 53:5,
57:15, 127:7, 170:20
**son** [1] - 75:24
**soon** [2] - 142:17,
153:16
**sooner** [1] - 105:5
**sorry** [9] - 31:18,
35:23, 35:24, 39:4,
39:17, 50:1, 58:23,
84:22, 135:25
**sort** [4] - 21:19, 41:22,
75:8, 168:19
**sought** [3] - 9:25,
10:5, 143:21
**sound** [1] - 164:10
**sources** [2] - 21:18,
134:22
**sourcing** [1] - 21:18
**South** [2] - 24:11,
79:11
**south** [1] - 147:15
**Southern** [3] - 41:13,
96:19, 99:7
**sovereign** [4] - 15:5,
15:8, 15:24
**space** [2] - 33:3, 161:5
**Spano** [2] - 6:13,
127:25
**SPANO** [3] - 3:8,
127:21, 127:24
**spare** [1] - 22:6
**SPEAKER** [3] - 6:7,
6:9, 6:11

**speaking** [11] - 23:25,
39:4, 64:12, 65:22,
107:9, 107:10,
130:24, 146:13,
146:17, 146:20,
160:3
**speaks** [2] - 12:7,
84:16
**special** [2] - 145:6,
145:24
**SPECIAL** [1] - 4:13
**specific** [10] - 19:2,
28:24, 66:9, 87:9,
138:22, 139:9,
140:20, 141:22,
149:4, 149:20
**specifically** [22] -
52:20, 85:5, 85:19,
86:10, 87:1, 88:4,
88:22, 88:24, 98:6,
98:22, 132:5,
139:23, 141:6,
142:12, 142:13,
146:2, 147:12,
150:5, 150:6,
150:22, 153:13,
156:12
**specification** [1] -
97:14
**speeches** [1] - 164:23
**Speedman** [1] - 109:7
**spelled** [5] - 24:2,
34:3, 42:5, 61:19,
61:20
**spend** [1] - 16:12
**spends** [1] - 103:12
**spent** [3] - 141:16,
145:3, 165:11
**spirit** [1] - 13:20
**split** [1] - 64:10
**splits** [1] - 70:13
**spring** [1] - 9:6
**square** [6] - 7:2,
78:12, 80:1, 80:3,
80:4, 80:8, 84:24,
96:2, 115:23,
116:20, 117:9,
117:10, 117:12,
117:14, 117:15,
117:21, 118:10,
147:11, 153:5
**SQUARE** [1] - 3:22
**staff** [1] - 89:14
**stage** [3] - 13:21, 22:7,
25:7
**stamp** [2] - 97:18,
150:10
**stamped** [2] - 97:21,
98:1
**stand** [7] - 41:18,

63:1, 97:24, 128:25,
131:20, 138:25,
171:13
**standard** [16] - 17:1,
17:3, 17:13, 37:20,
38:19, 38:22, 42:22,
43:1, 70:23, 95:21,
97:22, 106:21,
106:23, 123:1,
141:21
**standards** [11] - 39:1,
56:13, 56:14, 65:9,
70:2, 78:21, 101:12,
139:24, 144:12,
149:3
**standing** [2] - 141:25,
154:6
**stands** [2] - 76:25,
157:2
**STANLEY** [1] - 3:11
**start** [4] - 34:13,
102:9, 132:2, 135:3,
156:11
**started** [5] - 39:6,
47:19, 70:16, 91:3,
104:21
**starts** [1] - 148:2
**STATE** [1] - 4:11
**State** [10] - 6:2, 13:25,
40:22, 66:12, 104:7,
104:13, 104:16,
105:4, 152:2, 172:4
**state** [94] - 7:21,
14:14, 14:15, 14:16,
15:9, 17:20, 18:12,
28:21, 29:4, 29:24,
31:8, 34:16, 35:19,
37:3, 37:6, 37:8,
37:21, 37:23, 38:12,
38:14, 40:19, 41:2,
51:13, 57:18, 58:4,
60:7, 60:8, 69:15,
73:8, 86:8, 87:19,
94:2, 95:15, 95:17,
95:18, 95:19, 95:20,
95:23, 96:3, 96:18,
97:7, 97:8, 99:12,
100:3, 100:5,
100:11, 101:6,
101:9, 101:15,
105:9, 106:6, 107:2,
108:23, 114:8,
119:8, 127:8,
127:17, 137:5,
139:3, 139:5, 139:6,
139:16, 139:19,
140:5, 140:10,
140:12, 141:24,
143:18, 145:6,
147:12, 147:25,

148:4, 148:9,
148:13, 148:14,
148:18, 148:22,
149:6, 150:24,
153:6, 153:7, 153:8,
153:14, 153:24,
153:25, 154:1,
154:4, 154:6,
163:25, 164:3,
164:16, 167:16,
170:17
**statement** [2] - 89:24,
160:9
**states** [33] - 14:9,
15:5, 15:8, 16:22,
16:24, 19:19, 28:25,
31:15, 31:16, 53:11,
55:9, 55:10, 55:14,
65:12, 69:19, 69:21,
77:3, 79:13, 81:11,
87:19, 106:9,
109:17, 110:5,
126:25, 149:10,
155:21, 159:3,
160:12, 160:22,
162:13, 162:16,
165:18, 167:14
**STATES** [2] - 1:1, 1:18
**States** [93] - 7:4, 18:1,
27:7, 27:20, 28:4,
28:5, 28:13, 28:14,
28:17, 28:24, 29:7,
29:8, 29:17, 30:3,
35:1, 35:17, 35:18,
40:3, 40:4, 45:23,
46:10, 53:4, 56:22,
56:25, 57:1, 57:5,
57:15, 58:3, 59:22,
60:14, 65:8, 69:23,
69:24, 70:1, 70:4,
70:5, 70:6, 71:9,
71:11, 73:19, 73:20,
74:1, 76:12, 78:2,
78:4, 80:15, 80:24,
81:7, 82:1, 90:19,
96:8, 96:9, 115:12,
116:25, 117:8,
117:23, 119:6,
119:19, 124:15,
125:15, 125:24,
126:20, 126:22,
126:24, 127:6,
127:13, 142:18,
149:4, 150:6, 150:7,
150:8, 151:16,
153:2, 154:24,
156:12, 156:16,
158:6, 158:18,
159:1, 159:14,
159:17, 159:23,
160:21, 160:23,

163:15, 165:7,
165:12, 166:2,
168:4, 168:5,
170:20, 172:5,
172:15
**statistics** [3] - 118:2,
118:3, 118:6
**status** [4] - 9:7, 21:21,
83:13, 87:5
**statute** [26] - 66:22,
67:4, 86:24, 88:16,
95:4, 95:11, 101:10,
101:15, 105:18,
105:25, 106:4,
106:11, 111:21,
139:20, 140:6,
140:12, 147:3,
148:1, 148:3, 149:5,
164:9, 169:1, 169:5,
169:14, 169:19
**statutes** [2] - 65:10,
65:11, 168:20
**stay** [1] - 10:6
**STEERING** [2] - 1:23,
2:24
**Steering** [2] - 146:18,
163:25
**STENOGRAPHY** [1] -
4:25
**step** [3] - 45:8, 65:5,
169:2
**Stephan** [1] - 61:18
**stepped** [1] - 45:3
**Steve** [2] - 5:25,
101:20
**STEVEN** [1] - 4:8
**stick** [1] - 49:19
**sticking** [1] - 60:24
**sticks** [1] - 24:10
**still** [5] - 54:12, 101:4,
101:19, 105:11,
144:10
**stop** [2] - 18:21, 67:4
**store** [13] - 25:11,
25:15, 25:19, 25:21,
26:7, 26:10, 26:15,
27:2, 29:3, 30:6,
47:22, 48:1, 51:6
**story** [1] - 45:22
**straying** [1] - 114:10
**stream** [21] - 17:1,
17:2, 30:8, 36:9,
36:23, 36:25, 37:9,
56:6, 71:3, 71:4,
71:13, 71:19, 71:21,
71:22, 72:2, 72:5,
72:21, 74:22, 79:5,
80:13, 167:12
**stream-of-commerce**
[4] - 17:1, 72:2,

80:13, 167:12
**stream-plus** [2] - 17:2, 36:9
**STREET** [10] - 2:4, 2:9, 2:17, 2:20, 3:12, 3:22, 4:8, 4:13, 4:17, 4:22
**strict** [1] - 158:12
**stringent** [1] - 109:5
**strong** [3] - 43:4, 90:9, 109:22
**Stuart** [1] - 109:6
**stubborn** [1] - 64:20
**studs** [1] - 79:1
**stuff** [1] - 115:2
**stumble** [1] - 12:9
**stunned** [1] - 22:9
**styles** [1] - 116:9
**subject** [7] - 14:3, 18:7, 19:11, 34:15, 126:24, 133:1, 150:23
**subjecting** [1] - 34:13
**submission** [1] - 62:14
**submit** [5] - 27:22, 36:11, 38:24, 121:22, 134:4
**submits** [2] - 135:1, 148:6
**submitted** [5] - 76:24, 115:22, 122:10, 123:18, 128:14
**subrogation** [3] - 145:2, 145:13, 145:21
**subsection** [2] - 148:6, 148:11
**subsidiaries** [3] - 45:6, 45:12, 135:12
**subsidiary** [8] - 9:2, 87:3, 87:10, 87:11, 94:24, 110:14, 111:4, 111:17
**subsidiary's** [2] - 87:1, 109:13
**substance** [1] - 120:20
**substantial** [7] - 14:20, 14:23, 42:24, 65:18, 65:19, 106:24, 121:7
**substitute** [1] - 64:6
**suddenly** [1] - 87:15
**sue** [3] - 26:10, 100:3, 134:24
**sued** [5] - 42:20, 60:21, 72:20, 101:25, 103:12
**suffered** [1] - 11:22

**sufficient** [12] - 94:9, 94:15, 96:12, 96:17, 97:9, 109:15, 134:15, 140:12, 141:9, 141:12, 141:25, 143:11
**suggest** [8] - 42:13, 71:7, 87:22, 95:9, 97:24, 125:13, 141:19, 146:7
**suggested** [2] - 56:17, 100:23
**suggesting** [4] - 96:11, 140:3, 144:23, 165:23
**suggestion** [5] - 85:14, 93:2, 93:13, 99:23, 144:17
**suit** [9] - 7:20, 14:18, 25:14, 26:5, 26:6, 65:2, 65:3, 149:11
**Suite** [1] - 152:19
**SUITE** [9] - 2:4, 2:9, 2:17, 2:20, 3:12, 3:22, 4:4, 4:13, 4:17
**suited** [1] - 65:2
**sum** [1] - 16:19
**summarize** [2] - 19:21, 41:4
**summarized** [1] - 53:24
**summary** [7] - 16:15, 18:16, 39:9, 93:15, 120:16, 123:17, 163:24
**summer** [1] - 9:6
**summons** [1] - 141:16
**super** [1] - 116:12
**superior** [1] - 90:7
**supermajority** [1] - 21:4
**supervised** [3] - 20:14, 22:21, 44:2
**supplemented** [1] - 77:20
**supplied** [3] - 79:8, 92:7, 121:15
**suppliers** [3] - 7:22, 8:18, 121:14
**supplies** [2] - 7:6, 81:25
**supply** [18] - 26:22, 28:16, 31:20, 32:7, 32:13, 32:22, 34:15, 34:17, 49:2, 53:9, 132:6, 132:7, 132:8, 132:22, 133:21, 166:10, 167:3, 168:6
**Supply** [24] - 18:13, 23:6, 23:9, 23:22,

33:8, 33:10, 34:6, 45:21, 46:9, 46:13, 47:4, 47:24, 49:4, 50:13, 50:15, 50:22, 51:21, 77:1, 82:6, 86:17, 140:7
**SUPPLY** [2] - 3:19, 4:3
**support** [6] - 29:7, 90:7, 99:19, 128:4, 147:1, 167:11
**supported** [6] - 32:1, 38:17, 38:18, 38:19, 163:22, 164:10
**supporting** [2] - 48:9, 113:25
**supposed** [5] - 49:5, 56:7, 93:13, 113:23, 136:21
**Suprema** [1] - 86:12
**Supreme** [17] - 13:13, 13:24, 14:5, 14:21, 15:12, 37:14, 38:15, 38:17, 40:4, 42:16, 56:1, 80:15, 99:16, 112:10, 145:23, 146:1, 149:9
**sureties** [1] - 7:23
**surprise** [1] - 165:10
**surprising** [2] - 20:6, 33:7
**suspect** [2] - 27:14, 74:18
**sustained** [2] - 6:24, 68:12
**sustaining** [1] - 69:2
**swallowed** [1] - 79:22
**swimming** [1] - 79:6
**sworn** [1] - 145:8
**synthetic** [1] - 21:18

# T

**tab** [3] - 51:24, 132:3
**table** [1] - 64:12
**tackle** [1] - 19:3
**Tai'an** [14] - 6:14, 9:2, 24:13, 24:22, 24:24, 29:14, 46:14, 91:14, 136:19, 142:23, 151:7, 151:14, 152:12, 163:18
**Taihe** [4] - 90:8, 91:17, 91:19, 116:17
**Taishan** [124] - 6:14, 8:10, 9:1, 9:2, 9:4, 9:5, 9:6, 9:10, 9:24, 10:5, 10:14, 10:18, 10:19, 11:23, 15:19, 21:2, 21:16, 29:19,

53:2, 63:12, 67:19, 69:19, 70:20, 71:8, 75:23, 78:1, 78:5, 80:18, 81:24, 82:13, 82:21, 83:2, 84:12, 84:23, 85:12, 85:23, 86:2, 86:11, 86:13, 86:16, 86:23, 91:14, 91:17, 91:18, 95:4, 95:5, 95:23, 96:3, 96:6, 96:10, 96:20, 97:11, 99:14, 100:4, 100:6, 102:8, 103:19, 104:2, 104:23, 107:13, 107:21, 107:23, 108:1, 110:17, 111:5, 111:11, 111:23, 112:16, 113:10, 113:11, 113:13, 114:8, 114:23, 114:25, 115:10, 115:23, 116:4, 119:12, 120:12, 123:9, 123:23, 125:14, 126:6, 126:18, 127:4, 128:1, 128:2, 134:24, 135:15, 136:13, 136:21, 137:4, 137:9, 138:15, 140:25, 141:12, 143:6, 146:7, 147:2, 147:10, 150:10, 151:7, 151:14, 152:12, 153:5, 157:7, 159:2, 159:4, 159:13, 159:16, 163:10, 163:18, 164:22, 164:23, 166:24, 167:19, 167:24, 168:8
**TAISHAN** [2] - 1:9, 3:6
**Taishan's** [12] - 10:7, 10:11, 85:13, 86:8, 108:20, 112:7, 115:8, 117:22, 118:25, 121:6, 130:22, 153:6
**Taiwan** [1] - 97:8
**Taiwanese** [2] - 97:5, 97:10
**talks** [4] - 37:1, 95:14, 95:16, 99:4
**Tampa** [11] - 96:22, 97:14, 97:20, 97:25, 98:2, 98:6, 98:8, 147:15, 163:2, 163:4, 163:5

**tap** [1] - 106:11
**tape** [1] - 78:22
**target** [4] - 27:21, 78:3, 167:19, 167:25
**targeted** [4] - 28:25, 31:8, 78:3, 81:18
**targeting** [6] - 28:25, 29:3, 60:7, 166:19, 166:25, 170:17
**taught** [1] - 66:21
**tax** [9] - 21:17, 21:20, 21:22, 44:2, 115:2, 119:13, 151:9
**teams** [1] - 125:1
**technical** [2] - 131:5, 145:24
**technicalities** [1] - 70:24
**technically** [1] - 162:7
**tempted** [1] - 169:4
**ten** [5] - 39:6, 59:3, 63:1, 119:10, 164:19
**ten-minute** [1] - 63:1
**tend** [1] - 119:23
**tends** [1] - 152:4
**tens** [1] - 145:3
**term** [4] - 79:22, 98:10, 106:17, 162:4
**terminology** [1] - 36:15
**terms** [2] - 75:10, 159:23
**territorial** [2] - 13:23, 14:6
**territory** [8] - 14:1, 14:3, 14:8, 14:14, 15:23, 153:1
**test** [5] - 69:10, 109:4, 149:19, 149:22
**testified** [11] - 20:2, 20:5, 20:18, 28:2, 49:13, 49:21, 61:15, 61:16, 134:11, 134:12
**testifies** [1] - 91:10
**testify** [6] - 23:15, 24:2, 61:21, 124:25
**testimony** [17] - 22:13, 22:15, 22:24, 33:17, 33:19, 43:19, 46:1, 50:6, 92:10, 92:19, 92:22, 123:13, 142:13, 142:16, 142:19, 151:20, 167:18
**Texas** [3] - 72:20, 78:14, 82:14
**TG** [150] - 9:2, 9:17, 9:20, 9:21, 11:8, 11:15, 15:19, 16:1,

16:8, 16:21, 17:19, 18:8, 20:3, 20:8, 20:20, 21:5, 21:7, 21:23, 23:3, 23:5, 23:10, 23:12, 23:16, 23:18, 27:19, 28:11, 29:12, 30:2, 30:12, 30:21, 31:8, 33:8, 40:7, 44:25, 45:3, 45:5, 45:22, 45:25, 46:14, 47:5, 48:18, 49:22, 50:24, 51:7, 51:12, 55:3, 55:22, 56:21, 58:25, 60:20, 60:21, 60:25, 61:3, 61:5, 62:3, 62:21, 62:22, 65:23, 73:12, 84:25, 85:2, 86:18, 86:21, 87:11, 87:14, 87:15, 87:16, 88:5, 88:7, 88:9, 88:17, 88:21, 88:24, 88:25, 89:4, 89:7, 89:8, 89:18, 90:1, 90:2, 90:13, 90:15, 91:1, 91:3, 91:4, 91:6, 91:21, 91:23, 91:24, 91:25, 92:4, 92:7, 92:13, 92:16, 93:3, 93:6, 93:8, 93:10, 93:14, 93:15, 93:18, 93:24, 94:7, 94:13, 94:14, 95:1, 95:13, 101:15, 101:25, 102:3, 102:11, 102:12, 102:20, 103:17, 110:22, 110:25, 113:3, 116:18, 116:24, 117:16, 125:16, 133:8, 134:5, 134:6, 134:17, 136:2, 137:14, 140:4, 140:18, 142:10, 142:13, 143:21, 143:23, 143:24, 144:18, 151:8, 151:11, 152:6, 156:6, 163:8, 163:13, 165:3, 166:19, 166:24, 167:10, 170:8, 170:16

**TG's** [10] - 17:25, 60:23, 88:12, 90:15, 90:20, 90:21, 93:4, 93:16, 115:24, 151:11

**thanking** [1] - 127:20

**THE** [17] - 1:11, 1:17, 1:18, 1:22, 2:23, 3:4,

---

4:7, 4:11, 5:7, 5:12, 6:7, 6:9, 6:11, 63:2, 63:5, 130:7, 171:15

**themselves** [5] - 16:10, 16:23, 94:13, 125:21, 137:18

**theories** [2] - 61:2, 71:25

**theory** [14] - 29:7, 35:2, 53:20, 58:19, 58:22, 58:23, 60:10, 60:19, 72:2, 102:3, 121:1, 134:14, 167:12

**thereafter** [1] - 9:11

**thereby** [1] - 148:6

**therefore** [1] - 169:21

**they've** [11] - 60:19, 82:21, 104:3, 117:23, 125:16, 125:20, 125:22, 127:3, 128:4, 150:10

**Thieves** [1] - 79:19

**thinking** [2] - 47:23, 53:14

**thinks** [1] - 11:19

**third** [8] - 30:10, 30:25, 36:18, 43:10, 77:8, 93:20, 93:23, 102:19

**Third** [1] - 139:17

**THIRD** [1] - 3:8

**third-party** [3] - 93:20, 93:23, 102:19

**thirty** [1] - 130:16

**THIS** [1] - 1:8

**THOMAS** [1] - 3:12

**THORNTON** [1] - 3:11

**thousand** [1] - 74:18

**Thousand** [1] - 79:18

**thousands** [4] - 65:3, 65:4, 72:24, 87:24

**three** [21] - 8:5, 51:25, 60:11, 76:11, 77:6, 83:21, 89:21, 94:5, 100:24, 108:25, 112:6, 132:10, 133:21, 137:25, 138:24, 140:1, 140:20, 146:7, 166:9, 166:13, 167:3

**throughout** [4] - 19:19, 35:17, 40:3, 153:8

**thwarted** [1] - 75:25

**tie** [1] - 154:25

**tied** [1] - 120:23

**time-saving** [1] - 124:3

**timeline** [1] - 143:15

---

**timely** [3] - 9:7, 9:19, 121:11

**timing** [1] - 32:20

**Tinghuan** [1] - 92:19

**tiny** [1] - 53:22

**tip** [1] - 75:13

**title** [9] - 16:2, 24:24, 25:16, 30:19, 46:18, 47:10, 54:7, 54:10, 132:21

**titled** [1] - 138:14

**TO** [3] - 1:8, 5:4, 130:4

**toasters** [1] - 65:18

**Tobin** [2] - 46:11, 82:7

**today** [25] - 12:1, 15:25, 27:23, 33:16, 64:21, 64:23, 71:5, 72:10, 76:25, 92:25, 104:12, 105:17, 106:15, 106:22, 107:11, 118:8, 144:17, 146:25, 149:22, 149:23, 160:7, 165:5, 165:17, 168:23, 169:7

**toes** [1] - 65:5

**together** [2] - 126:6, 160:18

**TOMPKINS** [1] - 3:20

**took** [10] - 45:4, 77:1, 89:7, 89:8, 115:17, 115:18, 143:16, 144:4

**top** [5] - 16:15, 17:9, 17:21, 24:8, 84:8

**topic** [1] - 114:18

**tortious** [2] - 95:17, 99:5

**tossing** [1] - 36:24

**total** [8] - 20:18, 80:7, 107:25, 115:22, 116:4, 116:25, 117:11, 163:4

**totally** [1] - 166:16

**touched** [1] - 114:20

**touchstone** [2] - 74:19, 75:1

**toward** [3] - 14:14, 16:21, 158:9

**TOWER** [1] - 3:16

**TP** [2] - 44:25, 82:5

**trace** [3] - 86:12, 99:25, 100:5

**tracing** [8] - 51:1, 86:14, 99:24, 134:10, 134:14, 137:3, 138:19, 140:2

**track** [1] - 149:17

**tracked** [1] - 63:14

---

**tracks** [1] - 8:12

**trade** [2] - 71:6, 148:19

**Trade** [1] - 152:13

**trademark** [5] - 40:11, 59:25, 60:6, 90:15, 93:4

**trademarks** [5] - 65:8, 75:16, 77:21, 83:8, 89:11

**Trading** [35] - 40:10, 40:24, 46:11, 59:8, 59:9, 59:11, 59:22, 59:24, 82:7, 82:8, 85:3, 90:17, 91:9, 91:25, 92:10, 92:11, 92:13, 92:15, 96:7, 98:12, 132:16, 133:24, 147:16, 147:20, 151:15, 151:18, 151:23, 154:14, 155:12, 155:23, 156:9, 156:21, 160:4

**trading** [28] - 24:20, 25:2, 26:21, 28:6, 28:14, 29:9, 29:13, 29:19, 33:19, 33:22, 47:20, 51:21, 52:17, 57:1, 57:9, 80:18, 80:24, 102:19, 126:16, 134:6, 134:17, 136:2, 136:14, 137:16, 167:7, 167:9, 168:16, 170:17

**traditional** [3] - 14:19, 14:22, 106:24

**train** [1] - 24:14

**transaction** [11] - 15:25, 29:23, 48:24, 52:13, 54:3, 54:4, 54:10, 54:19, 136:4, 136:18, 137:15

**transactions** [23] - 15:23, 16:2, 23:22, 24:12, 47:8, 47:10, 51:25, 52:16, 52:22, 52:24, 53:7, 53:9, 53:13, 53:15, 53:19, 60:17, 94:19, 132:18, 132:20, 133:1, 136:13, 166:18, 166:21

**transcript** [1] - 172:7

**TRANSCRIPT** [2] - 1:17, 4:25

**transcripts** [2] - 124:10, 124:12

**transfer** [4] - 42:1,

---

42:25, 67:23, 69:7

**transferee** [4] - 8:1, 41:15, 41:19, 42:11

**transferor** [1] - 69:15

**transferred** [1] - 46:18

**transformed** [2] - 102:16, 102:18

**translate** [1] - 76:7

**translated** [3] - 76:14, 110:16, 141:17

**translation** [1] - 141:18

**transmitting** [1] - 159:5

**transportation** [2] - 33:6, 168:2

**Transportation** [2] - 98:23, 99:3

**TRAURIG** [2] - 2:24, 3:3

**Traurig** [1] - 84:20

**travel** [1] - 99:1

**traveled** [1] - 74:15

**traveling** [1] - 84:5

**treatment** [1] - 120:17

**tremendous** [4] - 121:24, 126:10, 134:25, 149:1

**trial** [2] - 76:2, 76:16

**trials** [1] - 8:16

**tribunal** [2] - 14:2, 16:6

**tried** [1] - 92:12

**tries** [2] - 61:1

**trot** [2] - 27:11, 36:20

**trotted** [4] - 13:12, 54:5, 57:8, 132:18

**trotting** [1] - 22:6

**trouble** [1] - 45:7

**truckloads** [1] - 62:15

**trucks** [1] - 98:18

**true** [24] - 12:20, 16:25, 27:10, 31:13, 32:12, 40:8, 42:24, 49:12, 50:5, 50:12, 50:19, 50:20, 57:9, 57:22, 59:19, 61:6, 61:8, 75:6, 126:1, 132:23, 137:13, 165:23, 167:21, 172:7

**truth** [3] - 53:2, 73:23, 106:20

**try** [14] - 13:16, 15:9, 16:12, 24:8, 39:7, 51:1, 51:2, 55:16, 59:3, 103:12, 119:1, 120:1, 121:25, 122:16

**trying** [7] - 35:17,

39:22, 51:7, 52:1,
58:1, 125:7
**TTP** [173] - 9:3, 11:8,
15:19, 16:1, 16:8,
16:21, 17:19, 18:8,
20:3, 20:8, 21:11,
22:4, 22:16, 22:24,
22:25, 23:2, 23:4,
23:12, 23:16, 23:17,
23:18, 23:19, 24:3,
24:20, 24:25, 25:3,
26:21, 26:25, 27:20,
28:3, 28:8, 28:10,
28:12, 28:16, 28:24,
29:9, 29:12, 30:2,
30:12, 30:22, 31:2,
31:8, 31:11, 31:21,
32:8, 33:24, 40:8,
40:20, 43:14, 44:6,
47:6, 47:19, 48:3,
48:18, 49:22, 50:24,
51:20, 51:24, 52:17,
52:21, 52:24, 54:24,
55:3, 55:7, 55:10,
55:22, 56:17, 56:22,
57:3, 57:24, 59:1,
59:18, 60:21, 61:5,
62:3, 62:21, 73:12,
83:2, 84:25, 85:2,
86:21, 87:10, 87:13,
88:5, 88:6, 88:10,
88:11, 88:17, 88:22,
89:8, 89:16, 89:17,
90:6, 90:9, 90:14,
90:17, 90:21, 91:2,
91:4, 91:7, 91:21,
91:23, 91:24, 92:1,
92:6, 92:12, 93:2,
93:3, 93:7, 93:9,
93:16, 93:17, 93:24,
94:8, 98:4, 98:6,
98:9, 98:10, 99:1,
101:16, 102:2,
102:12, 102:19,
103:19, 110:22,
110:24, 113:2,
114:3, 116:18,
121:19, 124:14,
125:17, 126:18,
131:25, 132:6,
132:23, 133:3,
133:8, 134:5, 134:6,
134:17, 136:2,
137:5, 137:14,
140:4, 144:19,
147:2, 147:10,
151:7, 152:12,
152:21, 162:4,
163:3, 163:7,
163:13, 163:18,
165:3, 166:3,

166:19, 166:24,
167:2, 167:8,
167:10, 170:8,
170:16
**TTP's** [13] - 17:25,
23:18, 25:2, 44:24,
53:15, 59:19, 88:7,
89:10, 90:11, 91:2,
93:13, 115:24, 151:9
**TTP/TG** [1] - 154:19
**Tulane** [1] - 76:6
**tune** [1] - 107:24
**turn** [6] - 138:24,
140:13, 146:12,
148:1, 148:11, 151:4
**turned** [3] - 125:3,
125:8, 127:9
**turning** [1] - 138:9
**turns** [1] - 60:14
**twenty** [3] - 8:8, 64:8,
122:7
**twenty-five** [2] - 64:8,
122:7
**twice** [3] - 20:12,
20:18, 48:2
**two** [46] - 8:10, 8:12,
12:6, 13:10, 13:21,
17:3, 18:11, 20:10,
23:3, 23:9, 31:7,
36:5, 36:17, 44:21,
45:20, 47:17, 47:23,
50:22, 54:2, 54:5,
54:25, 58:9, 59:7,
60:11, 61:17, 61:19,
64:5, 65:17, 65:18,
72:22, 72:23, 73:1,
75:4, 76:8, 77:19,
77:21, 82:24, 83:20,
86:20, 91:4, 91:10,
92:9, 92:17, 92:24,
94:18, 100:8, 106:3,
107:20, 109:25,
122:8, 134:4, 144:6,
148:16, 164:22,
165:4, 165:10,
165:11, 166:9,
169:19, 170:10,
170:13
**two-page** [1] - 61:19
**two-year** [1] - 165:11
**type** [4] - 89:1, 93:20,
101:1, 139:4
**typical** [1] - 110:5

## U

**U.S** [52] - 14:7, 14:12,
14:13, 24:18, 26:22,
28:7, 28:16, 31:21,

32:6, 34:14, 34:19,
34:21, 35:16, 39:11,
39:22, 40:25, 45:7,
46:3, 52:19, 52:20,
52:22, 52:25, 53:9,
57:23, 58:14, 60:12,
70:2, 78:10, 115:16,
116:5, 116:6, 117:3,
119:3, 119:10,
125:2, 126:9,
126:10, 126:12,
126:14, 126:15,
136:3, 138:11,
141:2, 155:12,
155:13, 155:19,
166:4, 167:10,
167:19, 167:25,
168:15, 168:17
**U.S.A** [13] - 29:21,
60:6, 78:6, 78:21,
79:9, 79:23, 81:1,
116:21, 152:19,
153:2, 160:15,
161:3, 163:15
**ultimately** [1] - 121:4
**unable** [3] - 110:18,
142:3, 142:10
**unaccounted** [1] -
118:10
**unavoidable** [1] - 38:1
**uncertainty** [2] -
59:16, 134:25
**unconstitutional** [1] -
58:16
**uncovered** [1] - 119:5
**under** [77] - 13:13,
14:10, 16:6, 16:7,
22:2, 33:18, 35:15,
42:9, 42:22, 44:15,
51:14, 53:2, 60:10,
64:25, 67:7, 67:13,
67:23, 68:23, 69:6,
69:10, 71:25, 75:7,
77:17, 82:19, 82:20,
84:9, 86:21, 86:23,
88:9, 88:14, 88:15,
93:19, 94:4, 94:6,
94:10, 94:22, 95:4,
98:15, 99:12, 99:19,
101:10, 101:15,
102:3, 106:16,
109:4, 110:5,
110:11, 110:12,
111:7, 113:7, 113:9,
114:3, 114:24,
119:7, 119:16,
120:5, 120:6, 120:7,
121:1, 124:15,
131:25, 134:8,
134:21, 138:20,

139:20, 140:6,
140:12, 141:9,
141:23, 144:12,
146:1, 162:4, 168:9,
169:8, 169:18
**underneath** [1] -
152:14
**underscores** [1] -
87:25
**undertaking** [1] - 88:6
**undertook** [1] - 93:16
**undisclosed** [1] -
118:14
**undisputed** [2] -
30:21, 102:22
**undoubtedly** [2] -
105:8, 106:7
**unexplainable** [1] -
119:1
**unfair** [3] - 43:1,
119:25, 120:23
**unfairness** [1] -
121:18
**unfortunately** [4] -
48:23, 70:8, 114:13,
115:8
**UNIDENTIFIED** [3] -
6:7, 6:9, 6:11
**unilaterally** [2] - 91:1,
93:6
**unique** [1] - 104:17
**uniquely** [1] - 105:17
**United** [91] - 7:4, 18:1,
27:7, 27:20, 28:4,
28:5, 28:13, 28:14,
28:17, 28:24, 29:7,
29:8, 29:17, 30:3,
35:1, 35:17, 35:18,
40:3, 40:4, 45:23,
46:10, 53:4, 56:22,
56:25, 57:1, 57:5,
57:15, 58:3, 59:22,
60:14, 65:8, 69:23,
69:24, 70:1, 70:4,
70:5, 70:6, 71:9,
71:11, 73:19, 73:20,
74:1, 78:2, 78:4,
80:15, 80:24, 82:1,
90:19, 96:8, 96:9,
115:12, 116:25,
117:8, 117:23,
119:6, 119:19,
124:15, 125:15,
125:24, 126:20,
126:22, 126:24,
127:6, 127:13,
142:18, 149:4,
150:6, 150:7, 150:8,
151:16, 153:2,
154:24, 156:12,

156:16, 158:6,
158:18, 159:1,
159:14, 159:17,
159:23, 160:21,
160:23, 163:15,
165:7, 165:12,
166:2, 168:4, 168:5,
170:20, 172:5,
172:15
**UNITED** [2] - 1:1, 1:18
**units** [1] - 7:16
**University** [1] - 12:8
**university** [1] - 66:21
**unknowingly** [1] -
148:25
**unless** [3] - 35:13,
43:22, 103:24
**unlike** [1] - 43:12
**unnatural** [1] - 81:21
**unquestioned** [1] -
87:13
**unreliable** [2] -
115:10, 135:19
**untold** [1] - 105:11
**unusual** [1] - 7:13
**up** [46] - 10:16, 12:7,
16:15, 17:9, 17:21,
22:4, 23:16, 23:17,
24:8, 24:23, 35:5,
36:16, 44:1, 61:13,
61:19, 61:21, 62:8,
64:14, 70:6, 70:21,
70:22, 71:18, 72:13,
80:19, 84:18, 97:21,
103:2, 103:8,
107:11, 111:8,
115:21, 115:22,
115:24, 118:5,
119:2, 125:4,
125:16, 125:23,
147:8, 151:9,
152:10, 167:5,
168:9, 169:24,
170:25
**UPS** [2] - 79:2, 96:11
**upset** [2] - 26:5, 62:9
**upstream** [1] - 8:13
**urge** [1] - 124:9
**USG** [1] - 62:18
**USRY** [2] - 4:11, 4:12
**utilized** [5] - 83:5,
83:8, 83:9, 89:18,
143:13

## V

**vacate** [15] - 10:7,
10:11, 10:20, 10:24,
50:8, 138:3, 140:15,

140:19, 143:11, 143:17, 144:5, 144:10, 146:8, 146:10, 165:14
**vacated** [1] - 10:1
**vacation** [2] - 25:11, 144:14
**valid** [3] - 67:7, 145:2, 151:25
**value** [5] - 21:17, 80:5, 80:7, 96:3, 163:4
**Van** [1] - 69:14
**various** [5] - 19:19, 34:25, 81:25, 86:4, 115:16
**vast** [1] - 52:16
**VAT** [5] - 21:17, 21:23, 21:24, 89:1, 89:5
**veil** [19] - 45:14, 88:15, 94:22, 95:2, 105:20, 109:8, 109:22, 110:3, 110:6, 110:12, 110:14, 111:3, 111:25, 112:3, 112:24, 113:7, 114:16, 117:4, 124:13
**vendors** [2] - 89:23, 93:23
**Venetian** [1] - 168:25
**Venture** [25] - 18:13, 23:6, 23:9, 23:22, 33:8, 33:10, 34:6, 45:21, 46:9, 46:13, 47:4, 47:24, 48:13, 49:4, 50:13, 50:15, 50:22, 51:21, 77:1, 82:6, 86:17, 140:7, 168:8
**verbal** [1] - 164:5
**verify** [1] - 43:3
**version** [1] - 155:19
**versus** [4] - 10:18, 91:14, 143:25, 149:8
**via** [1] - 163:16
**vicarious** [1] - 145:23
**victims** [1] - 49:6
**video** [7] - 157:6, 157:24, 158:21, 160:2, 161:25, 162:2, 162:23
**view** [10] - 37:24, 38:7, 55:24, 56:4, 58:13, 69:11, 72:4, 134:9, 155:9
**violate** [1] - 83:14
**Virginia** [35] - 10:19, 16:11, 19:18, 42:21, 46:14, 47:25, 48:22, 51:14, 53:10, 64:2,

64:16, 64:17, 65:23, 68:17, 69:20, 69:25, 70:2, 75:17, 75:19, 77:4, 78:13, 78:16, 79:13, 80:1, 81:9, 81:17, 81:18, 82:7, 82:9, 86:17, 115:18, 121:2, 121:24, 128:19, 140:8
**visited** [1] - 27:20
**VOICES** [1] - 5:10
**Volkswagon** [8] - 37:15, 37:17, 38:10, 38:15, 39:3, 71:2, 80:14, 82:20
**volunteer** [3] - 145:4, 145:15, 145:20
**volunteered** [1] - 93:8
**voting** [1] - 21:4
**vs** [1] - 150:24

## W

**wait** [1] - 34:7
**walk** [2] - 86:1, 115:20
**wallboard** [1] - 7:3
**Walmart** [2] - 118:16, 118:21
**WALNUT** [1] - 2:4
**wants** [4] - 15:22, 43:22, 57:14, 166:23
**warehouse** [2] - 86:2, 86:3
**WARSHAUER** [1] - 2:7
**Washington** [1] - 70:17
**watch** [2] - 135:4, 164:20
**watched** [1] - 103:24
**ways** [1] - 28:25
**wear** [1] - 26:6
**weather** [1] - 32:19
**website** [5] - 46:4, 72:14, 76:14, 79:14, 79:16
**websites** [2] - 83:6, 150:5
**Weeks** [2] - 6:2, 104:12
**WEEKS** [6] - 4:11, 4:12, 6:2, 104:7, 104:9, 104:11
**weeks** [2] - 143:10, 144:4, 144:9, 144:11
**weigh** [1] - 17:10
**weighing** [1] - 43:8
**weight** [2] - 96:25, 98:18

**WEINBERG** [1] - 4:3
**WEISS** [1] - 2:19
**welcome** [3] - 12:10, 47:22, 86:1
**welcomed** [2] - 123:8, 123:10
**welfare** [1] - 21:5
**well-developed** [1] - 70:12
**Wenlong** [3] - 23:21, 90:4, 97:12
**west** [1] - 163:2
**Weston** [1] - 153:21
**Wetzel** [4] - 99:19, 100:24, 139:1, 150:24
**Wharf** [2] - 150:21, 150:25
**whatsoever** [7] - 27:19, 30:2, 55:21, 58:4, 67:16, 107:12, 136:1
**WHEELER** [1] - 4:3
**WHEREUPON** [9] - 63:3, 129:1, 157:5, 157:23, 158:20, 160:1, 162:2, 162:22, 171:16
**white** [13] - 65:8, 69:24, 78:22, 154:20, 154:25, 155:3, 155:6, 155:9, 155:13, 156:11, 156:23, 156:24, 157:19
**White** [1] - 157:19
**whole** [5] - 11:17, 17:23, 30:19, 53:20, 60:19
**wholesale** [1] - 55:20
**wholly** [6] - 9:2, 22:4, 109:10, 110:14, 111:4, 111:17
**wholly-owned** [6] - 9:2, 22:4, 109:10, 110:14, 111:4, 111:17
**wide** [2] - 78:7, 78:9
**Wide** [5] - 37:15, 37:17, 38:10, 39:3, 71:2
**willful** [1] - 142:4
**willing** [4] - 157:9, 159:13, 159:16, 159:19
**willingness** [1] - 161:4
**willy** [1] - 32:13
**willy-nilly** [1] - 32:13
**WILTZ** [1] - 1:13
**Wiltz** [11] - 11:3, 19:7,

19:16, 20:5, 50:13, 51:17, 53:22, 53:23, 55:7, 107:10, 108:21
**withdraw** [1] - 34:6
**witness** [1] - 50:2
**witnesses** [9] - 20:1, 20:3, 24:3, 43:13, 53:2, 62:7, 118:25, 134:12
**wonder** [1] - 80:17
**wondered** [1] - 24:14
**Wood** [10] - 59:6, 82:6, 85:3, 89:16, 96:21, 98:5, 132:13, 162:25, 163:3
**Woodson** [1] - 71:3
**word** [3] - 29:20, 106:18, 137:10
**words** [2] - 59:21, 159:13
**workers** [1] - 72:20
**works** [1] - 88:16
**World** [5] - 37:15, 37:17, 38:10, 39:3, 71:2
**world** [5] - 72:13, 78:7, 78:9, 105:14, 126:21
**world-wide** [2] - 78:7, 78:9
**World-Wide** [5] - 37:15, 37:17, 38:10, 39:3, 71:2
**worm's** [1] - 74:14
**worry** [1] - 37:15
**worth** [4] - 72:24, 72:25, 148:22, 163:1
**worthwhile** [1] - 67:21
**wrapped** [1] - 36:14
**write** [1] - 66:22
**writes** [2] - 68:4, 116:15
**writing** [1] - 164:5
**written** [5] - 13:10, 68:18, 113:21, 116:9, 150:9
**wrote** [1] - 66:21
**Wu** [4] - 154:16, 155:18, 161:1, 161:3

## Y

**Yang** [2] - 92:3, 92:4
**Yang's** [1] - 92:7
**year** [9] - 10:16, 52:8, 114:5, 116:22, 117:9, 117:11, 143:19, 165:11

**years** [7] - 8:5, 12:6, 13:25, 37:12, 91:4, 119:10, 121:24
**yellow** [1] - 152:16
**YORK** [1] - 3:9
**York** [5] - 41:14, 78:1, 78:13, 79:2, 79:9
**yourself** [1] - 34:2
**Yu** [4] - 154:16, 155:18, 161:1, 161:3
**Yugoslavian** [1] - 72:19

## Z

**zero** [2] - 118:8, 118:10
**Zhang** [1] - 88:24
**Zhu** [1] - 111:19