UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

.. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. :

**THIS DOCUMENT RELATES TO ALL CASES.**

<u>**ORDER**</u>

Due to Tropical Storm Isaac, IT IS ORDERED that the telephone hearing on

Interior Exterior Building Supply, LP's Motion to Compel Regarding 30(b)(6) Notice and

Subpoena Directed to New Orleans Area Habitat for Humanity (R. Doc. 15726), originally

scheduled for today at 3:30 p.m. is CONTINUED to Tuesday, September 4, 2012, at 1:30 p.m.

New Orleans, Louisiana this 27th day of August 2012.

_____

U.S. District Judge