UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Hobbie v. RCR Holdings II, LLC*, **Case No. 10-1113.**

## ORDER

Due to Tropical Storm Isaac, IT IS ORDERED that the status conference scheduled in the above-captioned matter set for Thursday, August 30, 2012, is CONTINUED to Tuesday, September 4, 2012, at 3:30 p.m., and it is converted to a telephone status conference.

The conference call number is: 877-336-1839, access code 4227405, and security code 90412.

New Orleans, Louisiana this 27th day of August 2012.

_____
U.S. District Judge