UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Due to Tropical Storm Isaac, IT IS ORDERED that the monthly status conference scheduled for Thursday, August 30, 2012, is CANCELLED. IT IS FURTHER ORDERED that the hearing on Plaintiffs' Second Omnibus Motion for Preliminary Default Judgment (R. Doc. 15412), originally scheduled to follow Thursday's monthly status conference, is CONTINUED to following the monthly status conference on Thursday, September 13, 2012, at 9:00 a.m.

New Orleans, Louisiana this 27th day of August, 2012.

_____
U.S. District Judge

Case 2:09-md-02047-EEF-MBN   Document 15740   Filed 08/27/12   Page 2 of 2