# EXHIBIT C-1

Case 2:09-md-02047-EEF-MBN Document 15742-7 Filed 09/31/12 Page 2 of 45

# Drywall

# Indicia

# Guide

**KPT CHINESE Drywall**

# 1    Knauf Plasterboard (Tianjin) Ltd.    page  3 - 4

## NON-KPT CHINESE DRYWALL

# 2    Crescent City    page  5

# 3    Taihe    page  6

# 4    Taishan    page  7 - 8

# 5    Venture Supply    page  9

# 6    BNBM    page  10

# 7    C&K    page  11

# 8    Dragon Brand    page  12

# 9    IMG    page  13

# 10    Bedrock Gypsum    page  14

# 11    IMT    page  15

# 12    ProWall Inc.    page  16

# 13    KNAUF MADE IN GERMANY – Counterfeit Board    page  17

# 14    LAFARGE MADE IN GERMANY – Counterfeit Board    page  18

# 15    Unknown Chinese Manufacturer 1    page  19

# 16    Unknown Chinese Manufacturer 2    page  20

# 17    Unknown Chinese Manufacturer 3    page  21

## NON-REACTIVE DRYWALL

# 18    National Gypsum    page  22

# 19    American Gypsum    page  23 - 25

# 20    CertainTeed/ProRoc    page  26 - 27

# 21    Georgia Pacific    page  28 - 29

# 22    Lafarge    page  30 - 31

# 23    NORGIPS USA Inc.    page  32

# 24    Panel Rey    page  33

# 25    USG    page  34 - 35

# 26    PT Knauf Gypsum Indonesia Ltd.    page  36

# 27    Guangdong Knauf New Building Material Products Co. Ltd.    page  37

# 28    Knauf Plasterboard (Wuhu) Co. Ltd.    page  38

# 29    Knauf do Brasil Ltd.    page  39

# 30    Knauf Gips KG    page  40

# 31    James Hardie    page  41

# 32    Federal Gypsum Company    page  42

# 33    Temple Inland    page  43

# 34    Flintcote Company    page  44

# # 1    Knauf Plasterboard (Tianjin) Ltd.

## Reactive KPT Chinese Drywall

### M1:

Label:



Marking: **KNAUF – TIANJIN CHINA – ASTM C36**

Printing Type: BLUE – DOUBLE – DOT

Requirements: Indicia photos must clearly indicate the presence of KPT drywall by displaying the full marking or distinctive parts such as "KNAUF-" and/or "TIANJIN CHINA" in blue-double-dot printing.

Please note that photos only displaying "KNAUF", "ASTM C36" or parts of it are not a unique indicia for KPT and therefore insufficient.

## Non - reactive KPT Chinese Drywall (subject to Section 4.9 of the Settlement   Agreement)

### M 2:

Label:



Marking: **KNAUF – TianJin, China – ASTM C36 -  [DATE]  [TIME]**

Printing Type: BLUE – DOUBLE – DOT

Requirements: Photo must allow unique identification of KPT drywall by displaying the full marking or distinctive parts such as "KNAUF-" and/or "TianJin, CHINA" in blue-double-dot printing.

Please note that photos only displaying "KNAUF", "ASTM C36" or parts of it are not a unique indicia for KPT and therefore insufficient.

Case 2:09-md-02047-EEF-JCW Document 15742-7 Filed 09/31/12 Page 5 of 45

**KPT CHINESE DRYWALL**

# # 1 Knauf Plasterboard (Tianjin) Ltd.

2 of 2

## Insufficient Indicia for KPT

Edge Tape:  Blue – Yellow

Label:



Marking:  " KNAUF    CERTIFIED TO ISO 9001    KNAUF    STANDARD BOARD "

Note:  The blue-yellow edge tape is also used by other Knauf companies, see Guangdong Knauf New Building Material Products Co. Ltd (# 27, p. 36), and therefore an insufficient indicia for KPT. Please provide a photo either of the marking M1 or M2 as stated above.

Front marking:  " K "

Label:



Note:  The label "K" on the front side of the drywall sheet is used by most Knauf companies and therefore insufficient indicia for KPT. Please provide a photo either of the marking M1 or M2 of the back side of the board as stated above.

Case 2:09-md-02047-EEF-JCW Document 12061-10 Filed 12/22/2011 Page 6 of 45

**NON – KPT CHINESE DRYWALL**

# 2   Crescent City

**Marking:**

Label:



Marking:   **Made in China Crescent City Gypsum**

Printing Type:   black letters

Case 2:09-md-02047-EEF-JCW Document 15742-7 Filed 09/31/12 Page 7 of 45

## NON – KPT CHINESE DRYWALL

# # 3    Taihe

**Marking:**

Label:





Marking: **MADE IN CHINA, MEETS OR EXCEEDS ASTM C1396 04 STANDARD**

Printing Type: black letters

Edge Tape: White – Blue – Green

Label





Marking: " Taihe "   +   white triangle in red circle   +   [chinese symbols]

Case 2:09-md-02047-EEF-JCW Document 12061-10 Filed 12/20/11 Page 8 of 45



**NON – KPT CHINESE DRYWALL**

**# 4   Taishan**

**M 1:**

Label:



Marking:   **4feetX12feetX1/2inch        DrYwall      [DATE] [TIME]**

Printing Type:   black letters

**M 2:**

Label:



Marking:   **TAIAN  TAISHAN**

Printing Type:   black letters

**M 3:   Drywall  4feetx12feetx1/2inch**

Label:



Marking:   **Drywall  4feetx12feetx1/2inch**

Printing Type:   black letters

**M 4:**

Label:



Marking:        **DRYWALL  4feet*12feet*1/2inch**

Printing Type:  black letters

Edge Tape:      White – Glossy  (<u>Material:</u> plastic)

Label:



Marking:        no marking on edge tape

**NON – KPT CHINESE DRYWALL**

# 5    Venture Supply

**M 1:**

Label:



Marking:     **VENTURE SUPPLY INC.**  MFG TAJHE CHINA

Printing Type:  black letters

**M 2:**

Label:



Marking:     **VENTURE SUPPLY INC.**  MFG TAIHE CHINA

Printing Type:  black letters

**NON – KPT CHINESE DRYWALL**

## # 6    BNBM

**M 1:**

Label:



Marking:    **BEIJING NEW BUILDING MATERIALS CO LTD.**

Printing Type:   Blue letters,  framed

**M 2:**

Label:



Marking:    **BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY Beijing, China ASTM 1396-04  [DATE]  [TIME]**

Printing Type:   black letters

NON – KPT
CHINESE
DRYWALL

# # 7   C & K

**Marking:**

Label



Marking:        **C&K GYPSUM BOARD ASTM C 1396 MADE IN CHINA**

Printing Type:  black letters

Edge Tape:      Blue – Grey – White

Label:





Marking:        " C&K"   +   [Chinese symbol]

**NON – KPT CHINESE DRYWALL**

# # 8    Dragon Brand

**Marking:**

Label:



Marking:     **DRAGON BRAND DRYWALL PER ½" 4`X12`ASTM C 1396  MADE IN CHINA    [TIME] [DATE]**

Printing Type:   black letters

---

Edge Tape:   Light – Dark Blue – White

Label:



Marking:      " DRYWALL "

## NON – KPT CHINESE DRYWALL

# # 9    IMG

**Marking:**

Label:



Marking:     **IMG ASTM C 1396** Made in CHINA [DATE]

Printing Type:  black letters

---

Edge Tape:   Blue – White

Label:



Marking:     n/a

**NON – KPT CHINESE DRYWALL**

# # 10  Bedrock Gypsum

| | |
|---|---|
| Edge Tape: | Yellow – Black – White |
| Label: |  |
| Marking: | Bedrock Gypsum™ Manufactured to ASTM C 1396 388 Market Street 4th Floor, San Francisco CA 94111 Made in China |

**NON – KPT CHINESE DRYWALL**

# 11 IMT

**Marking:**

Label:



Marking: **MADE IN CHINA IMTGYPSUM.COM ASTM C 1396**

Printing Type: black letters

NON – KPT CHINESE DRYWALL

**# 12   Pro Wall Inc.**

Marking:

Label:



Marking:          **MADE IN CHINA MEETS ASTM C36/C1396 STANDARD**

Printing Type:   black letters

Edge Tape:       White – Blue – Yellow

Label:



Marking:          " ½" x 12`TE      ProWall "

**NON – KPT CHINESE DRYWALL**

## # 13   KNAUF MADE IN GERMANY

### COUNTERFEIT BOARD

---

**M 1:**

Label:



Marking:   GYPSUM WALLBOARD [DATE] [TIME]  -96-  MADE IN   GERMANY BY   **KNAUF**
           MADE TO ASTM C36          ½" THICK          FDG GYPSUM

Printing Type:   blue – single – dot   **and**   blue – double – dot

Note:   This marking is apparently a counterfeit board and has not been produced by any Knauf company

"FDG" is the wrong shortcut of flue gas desulflurization

**Correct:  FGD**

---

**M 2:**

Label:



Marking:   **[DATE]    MADE IN GERMANY**

Printing Type:   black letters

Note:   Printing "MADE IN GERMANY"  **and**  [DATE] (Month/Day/Year) is no typical marking for any German company

**NON – KPT CHINESE DRYWALL**

# # 14   LAFARGE MADE IN GERMANY

**Marking:**

Label:



| | |
|---|---|
| Marking: | **LAFARGE   [DATE] [TIME]              GER 1     ASTM C36** |
| | **MADE IN GERMANY** |
| Printing Type: | black letters |
| Note: | This is assumingly a counterfeit board produced in China |
| | Printing " MADE IN GERMANY "  **and**  [DATE] (Month/Day/Year) is no typical marking for any German company |

**NON – KPT CHINESE DRYWALL**

# # 15   Unknown Chinese Manufacturer 1

**Marking:**

Label:



Marking:        **[DATE]  J  [TIME]  1   MEETS ASTM C36**

Printing Type:  black letters

Note:            Unknown Chinese Manufacturer

**NON – KPT CHINESE DRYWALL**

## # 16   Unknown Chinese Manufacturer 2

**Marking:**

Label:





Marking:   **Manufactured to Conform to ASTM Standard C36**

**4 x 12 x 1/2          MADE IN CHINA**

Printing Type:   black letters

Note:          Unknown Chinese Manufacturer

**NON – KPT CHINESE DRYWALL**

# # 17   Unknown Chinese Manufacturer 3

**Marking:**

Label:



Marking:        **MADE IN CHINA ASTM C 1396**

Printing Type:  black letters

Note:            Unknown Chinese Manufacturer

**NON REACTIVE DRYWALL**

# # 18   National Gypsum

**M 1:**

Label:



Marking:       **National Gypsum company**

Printing Type:   black letters

**M 2:**

Label:



Marking:       **GridMarX ™ Patent Product**
            **National Gypsum Properties**
            **PRODUCT  INFO  @  www.gridmarx.com**

Printing Type:   black letters

Edge Tape:    White – Black – Yellow

Label:



Marking:     (12,7 x 3658mm)       National Gypsum Company  Charlotte, NC 28211

**NON REACTIVE DRYWALL**

**# 19  American Gypsum**

**M 1:**

Label:



Marking:       **ARMENDARTZ  [TIME]**

Printing Type:  black letters

**M 2:**

Label:



Marking:       **UNDERWRITER LABORATORIES INC.  [DATE]
[NAME, eg. C. Stone]**

Printing Type:  black letters

Note:          There are different varieties of the marking behind [DATE]

# 19   American Gypsum                                    2 of 3

**M 3:**

Label:



Marking:          **Gypsum Board F-3724 FIRE RESISTANCE CLASSIFICATION SEE UL FIRE RESISTANCE DIRECTORY R14169**

Printing Type:   blue – single – dot

---

Edge Tape:       Blue – White – Red

Label:



**M 1:**            AMERICAN GYPSUM, ALBUQUERQUE, NM

Label:



**M 2:**            MANUFACTURED TO MEET ASTM C1396 AND C36

**NON REACTIVE DRYWALL**

**# 19   American Gypsum**

3 of 3

| | |
|---|---|
| Edge Tape: | White – Purple |
| Label: |  |

**M 1:**   AMERICAN GYPSUM, INTERIOR CEILING BOARD  Panel de techo para interiors

Label:


**M 2:**   MANUFACTURED BY AMERICAN GYPSUM, DALLAS, TX

**NON REACTIVE DRYWALL**

## # 20   CertainTeed / ProRoc

---

**Marking:**

Label:





Marking:   **GYPSUM BOARD ISSUE NO. F-3600 FIRE RESISTANCE CLASSIFICATION SEE UL PRODUCTS CERTIFIED FOR CANADA DIRECTORY AND FIRE RESISTANCE DIRECTORY R3660**

**MADE IN USA ASTM 1396 & C36  CAN/CSA**

Printing Type:   black letters

---

Edge Tape:   Black – Blue

Label:



Marking:       CertainTeed     ProRoc       REGULAR GYPSUM BOARD

NON
REACTIVE
DRYWALL

# 20   CertainTeed / ProRoc

2 of 2

| Edge Tape: | White with Red letters |
| --- | --- |
| Label: |  |
| Marking: | ProRoc    PANEL DE YESO TIPO X |

NON
REACTIVE
DRYWALL

# 21   Georgia Pacific

1 of 2

---

**M 1:**

Label:



Marking:         **GP DENSGLASS ULTRA**

Printing Type:   black letters

---

**M 2:**

Label:



Marking:         **[DATE]   IN1B   [TIME]   GP TR: CERTIFIED 96% RECYCLED**

Printing Type:   black letters

---

**M 3:**

Label:



Marking:         **DENS SHIELD TILE BACKER   [DATE]**

Printing Type:   black letters

**NON REACTIVE DRYWALL**

### # 21   Georgia Pacific

**M 4:**

Label:



Marking:       **[DATE]  /  TX1   08**

Printing Type:  black letters

Edge Tape:    Black – White – Red

Label:

Marking:      TOUGHROCK

NON REACTIVE DRYWALL

# 22  Lafarge

**M 1:**

Label:



Marking:        LABORATORIES INC. GYPSUM BOARD FIRE RESISTANCE
DIRECTORY IN WIDE TYPE LGC6A

Printing Type:  black letters

**M 2:**

Label:



Marking:        [DATE]        PALATKA, FL        [TIME]

Printing Type:  black letters

**NON REACTIVE DRYWALL**

# 22  Lafarge                                                    2 of 2

**M 3:**

Label:



Marking:        [TIME]  [COLOUR]  TEAM

Printing Type:  black letters

Note:           [Colour] could be WHITE, YELLOW, BLUE or RED


Edge Tape:      white

Label:



Marking:        LAFARGE    Manufactured by Lafarge North America Inc.

                Fabricado por Lafarge North America Inc.

**NON REACTIVE DRYWALL**

# 23   NORGIPS Inc.

**M 1:**

Label:





Marking:   NORGIPS USA INC. GYPSUM WALLBOARD THICKNESS ½"

Printing Type:   blue letters

**M 2:**

Label:



Marking:   MADE IN POLAND OPOLEN

Printing Type:   blue letters

**NON REACTIVE DRYWALL**

# # 24   Panel Rey

**M 1:**

Label:



Marking:        PANEL REY 2

Printing Type:  black letters

**M 2:**

Label:





Marking:        ½"X12´ REG   [TIME]   [DATE]

Printing Type:  black letters

Edge Tape:      White - Blue

Label:



Marking:        Hecho en Mèxico por PANEL REY S.A., Hidalgo

**NON REACTIVE DRYWALL**

# # 25   USG

1 of 2

**M 1:**

Label:





Marking:   100 % RECYCLED PAPER SINCE 1967

Printing Type:   black letters

**M 2:**

Label:



Marking:   GYPSUM BOARD

Printing Type:   black letters,  framed

p. 34

**NON REACTIVE DRYWALL**

# 25   USG

2 of 2

| | |
|---|---|
| Edge Tape: | White – Blue |
| Label: |  |
| **M 1:** | USG SHEETROCK  Brand    Interior Ceiling Panel  Sag-Resistant |
| Label: |  |
| **M 2:** | United States Gypsum Company<br>125 South Franklin Street, Chicago, IL 60606<br>A Subsidiary of USG Corporation |

| | |
|---|---|
| Edge Tape: | White – Yellow – Green |
| Label: |  |
| **Marking:** | United States Gypsum Company<br>125 South Franklin Street, Chicago, IL 60606<br>A Subsidiary of USG Corporation |

NON REACTIVE DRYWALL

# # 26   PT Knauf Gypsum Indonesia Ltd.

**M 1:**

Label:




Marking:    **KNAUF –**    PLASTERBOARD 48  STD  12,5x1220x3660 mm TE
NATURAL  GYPSUM     [DATE] ASTM C36

Printing Type:    blue letters

Note:    plant number:  48

Edge Tape:    Grey – Blue

Label:



Marking:    STANDARD BOARD      KNAUF

NON REACTIVE DRYWALL

# 27  Guangdong Knauf New Building Material Products Co. Ltd.

**M 1:**

Label:



Marking:        Dongguan China ASTM C 36

Printing Type:  blue – single – dot

**M 2:**

Label:



Marking:        plant number:  38

Printing Type:  blue – single – dot

Edge Tape:      Blue – Yellow

Label:



Marking:        " KNAUF    CERTIFIED TO ISO 9001    KNAUF    STANDARD BOARD "

**NON REACTIVE DRYWALL**

## # 28  Knauf Plasterboard (Wuhu) Co. Ltd.

**M 1:**

Label:



  

Marking:          KNAUF – WuHu,   China – ASTM C36 – [DATE]  [TIME]

Printing Type:   blue letters

**M 2:**

Label:



Marking:          KNAUF  [Chinese symbols]  18  (plant number)

Printing Type:   blue letters

Edge Tape:    Blue – Yellow - White

Label:



Marking:          " KNAUF "

**NON REACTIVE DRYWALL**

## # 29  Knauf do Brasil Ltd.

**Marking:**

Label:







Marking:        KNAUF ST – 12,5mm – ARMAZENAR EM LOCAL SECO - OO

Printing Type:  blue – double – dot              blue – single – dot

Edge Tape:     Blue - Yellow

Label:

Marking:        " KNAUF "

**NON REACTIVE DRYWALL**

# # 30   Knauf Gips KG

**Marking:**

Label:





| Marking: | CE KNAUF | AUSBAUPLATTE |
|---|---|---|
| Printing Type: | blue – or – red – double dot | blue – single - dot |

**NON REACTIVE DRYWALL**

## # 31  James Hardie

**Marking:**

Label:



Marking:          HARDIEBACKER

**NON REACTIVE DRYWALL**

# # 32   Federal Gypsum Company

| | |
|---|---|
| Edge Tape: | White - Green |
| Label: |  |
| Marking: | Federal Gypsum Company |

## # 33  Temple Inland

**Marking:**

Label:



Marking:        A071806 01144

Printing Type:  black letters

---

Edge Tape:     White – Blue – Pink

Label:







Marking:       Temple Inland      ½" X 12          54



# 34   Flintcote Company

**Marking:**

Label:



Marking:          THE FLINTCOTE COMPANY