# EXHIBIT D

**Exhibit D**

| | Homebuilders Subject to Major Homebuilder Settlements |
|---|---|
| 1 | GL Homes of Florida Corporation |
| 2 | Lennar Corporation |
| 3 | Meritage Homes of Florida, Inc. |
| 4 | Toll Brothers, Inc. |