# EXHIBIT H

### Exhibit H - Amounts Allocated to Homes Remedaited Under the Pilot Program

| Contributing Party | Insurer | Amount |
|---|---|---|
| Alvarez Homes, Inc. | State Farm Florida Insurance Company | $8.50 per square foot |
| Aranda Homes, Inc. | State Farm Florida Insurance Company | $8.50 per square foot |
| Breakwater Custom Homes, Inc. | State Farm Florida Insurance Company | $8.50 per square foot |
| Bella Builders, Inc. | State Farm Florida Insurance Company | $8.50 per square foot |
| Hammer Construction Services, Ltd. | State Farm Florida Insurance Company | $8.50 per square foot |
| J. Helm Construction, Inc. | State Farm Florida Insurance Company | $8.50 per square foot |
| Management Services of Lee County, Inc. (f/k/a Paul Homes, Inc.) | State Farm Florida Insurance Company | $8.50 per square foot |
| Marty's Drywall Service, Inc. | State Farm Florida Insurance Company | $8.50 per square foot |
| Robert/Charles Builders, Inc. | State Farm Florida Insurance Company | $8.50 per square foot |
| R. Fry Builders, Inc. | State Farm Florida Insurance Company | $8.50 per square foot |
| Stocker Drywall, Inc. | State Farm Florida Insurance Company | $8.50 per square foot |
| Woodland Enterprises, Inc. | State Farm Florida Insurance Company | $8.50 per square foot |
| C. Adams Construction & Design, L.L.C. | State Farm Fire and Casualty Company | $8.50 per square foot |
| Cherry Bark Builders, Inc. | State Farm Fire and Casualty Company | $8.50 per square foot |
| Great Southern Homes, Inc. | State Farm Fire and Casualty Company | $8.50 per square foot |
| Federal Construction Specialist, Inc. | State Farm Fire and Casualty Company | $8.50 per square foot |
| Carl B. Hamilton, Inc. | State Farm Fire and Casualty Company | $8.50 per square foot |
| Hoyt's Construction | State Farm Fire and Casualty Company | $8.50 per square foot |
| Jack's, Inc. | State Farm Fire and Casualty Company | $8.50 per square foot |
| Alvin R. Savoie & Associates, Inc. | QBE Specialty Insurance Company | $13,500 per home |
| Savoie Construction, Inc. | QBE Specialty Insurance Company | $13,500 per home |
| Savoie Real Estate Holdings, LLC | QBE Specialty Insurance Company | $13,500 per home |
| Savoie Realty, LLC | QBE Specialty Insurance Company | $13,500 per home |

| Contributing Party | Insurer | Amount |
|---|---|---|
| Alvin Savoie & Associates, Inc. d/b/a Savoie Construction & Development, LLC | QBE Specialty Insurance Company | $13,500 per home |
| Anthony's Drywall, Inc. | QBE Specialty Insurance Company | $13,500 per home |
| Craftmaster, Inc. | QBE Specialty Insurance Company | $13,500 per home |
| Cretin Homes, LLC | QBE Specialty Insurance Company | $13,500 per home |
| E.L. Cretin, LLC | QBE Specialty Insurance Company | $13,500 per home |
| Cretin Homes, Inc. | QBE Specialty Insurance Company | $13,500 per home |
| Darwin Sharp Construction, LLC | QBE Specialty Insurance Company | $13,500 per home |
| DC Builders, LLC | QBE Specialty Insurance Company | $13,500 per home |
| Dupree Contractors, LLC | QBE Specialty Insurance Company | $13,500 per home |
| Dupree Construction Company, Inc. n/k/a Dupree Construction Company, LLC | QBE Specialty Insurance Company | $13,500 per home |
| Dupree Construction, Inc. | QBE Specialty Insurance Company | $13,500 per home |
| Dupree Contractors, Inc. | QBE Specialty Insurance Company | $13,500 per home |
| CB Dupree Construction, LLC | QBE Specialty Insurance Company | $13,500 per home |
| E. Jacob Construction Company, Inc. | QBE Specialty Insurance Company | $13,500 per home |
| E. Jacob Fakouri Construction, Inc. | QBE Specialty Insurance Company | $13,500 per home |
| Guarantee Service Team of Professionals, Inc. | QBE Specialty Insurance Company | $13,500 per home |
| Chunky Folks | QBE Specialty Insurance Company | $13,500 per home |
| McMath Construction, Inc. | QBE Specialty Insurance Company | $13,500 per home |
| Matmo Construction, LLC | QBE Specialty Insurance Company | $13,500 per home |
| Penn Construction Co., LLC | QBE Specialty Insurance Company | $13,500 per home |
| Penn Construction Company, LLC | QBE Specialty Insurance Company | $13,500 per home |
| Penn Construction Co., Inc. | QBE Specialty Insurance Company | $13,500 per home |
| Southern Star Construction Co., Inc. | QBE Specialty Insurance Company | $13,500 per home |
| Sunrise Homes | QBE Specialty Insurance Company | $13,500 per home |
| Sunrise Construction | QBE Specialty Insurance Company | $13,500 per home |
| Sunrise Construction, LLC | QBE Specialty Insurance Company | $13,500 per home |
| Sun Construction, LLC | QBE Specialty Insurance Company | $13,500 per home |
| Sunrise Construction & Development, LLC d/b/a Sunrise Homes | QBE Specialty Insurance Company | $13,500 per home |
| Landmark Building Consultants, LLC | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| Affordable Homes & Land, LLC | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| Arthur Homes, LLC | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| Benoit Builders LLC | La. Home Builders Association General Liability Trust | $4.00 per square foot |

| Contributing Party | Insurer | Amount |
|---|---|---|
| Benoit Residential, LLC | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| Benoit Commercial, LLC | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| M&B Construction LLC | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| Big Bear Construction Co., Inc. | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| Big River Construction and Remodeling, Co. Inc. | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| BMI Construction, LLC | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| Burmaster Construction Incorporated | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| C&C Home Builders Construction | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| Font Builders Inc. | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| H.C. Owen Builder, Inc. | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| Home One Homes, Inc. | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| J&J Builders Northshore, Inc. | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| J&J Builders of Chalmette, Inc. | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| J&J Builders of LA, LLC | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| Levet Homes L.L.C. | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| Robert Lynch Builder, LLC | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| Lynch Builders, L.L.C. | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| Rockwell Builders L.L.C. | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| Mayeaux Construction Inc. | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| Taber Construction L.L.C. | La. Home Builders Association General Liability Trust | $4.00 per square foot |
| Interior Exterior Building Supply, L.P. | Arch Insurance Company / Liberty Mutual Fire Insurance Company | $18,750 per home up to $2,250,000 |
| Banner Supply | Chartis Insurance Company | $7.50 per square foot for 5 homes |
| Creola Ace Hardware, Inc. | | $160,000 (Prichard Housing Authority) |

| Contributing Party | Insurer | Amount |
|---|---|---|
| The Mitchell Company, Inc. and The Mitchell Company, Ltd. | Scottsdale Insurance Company | $92,500 (Prichard Housing Authority) |
| Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. | Arch Insurance Company / Liberty Mutual Fire Insurance Company | $250,000 (Prichard Housing Authority) |