# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------x
IN RE:  CHINESE-MANUFACTURED : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY : SECTION:  L
LITIGATION :
------------------------------------------------------------x
THIS DOCUMENT RELATES TO: : JUDGE FALLON
ALL CASES AND : MAG. JUDGE WILKINSON
 :
*Payton, et al. v. Knauf Gips KG, et al.* :
Case No. 2:09-cv-07628 (E.D. La.) :
 :
*Gross, et al. v. Knauf Gips KG, et al.* :
Case No. 2:09-cv-06690 (E.D. La.) :
 :
*Rogers, et al. v. Knauf Gips KG, et al.* :
Case No. 2:10-cv-00362 (E.D. La.) :
 :
*Abreu, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 2:11-cv-00252 (E.D. La.) :
 :
*Block, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 11-cv-1363 (E.D. La.) :
 :
*Arndt, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 11-cv-2349 (E.D. La.) :
 :
*Cassidy, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 11-cv-3023 (E.D. La.) :
 :
*Vickers, et al. v. Knauf Gips KG, et al.* :
Case No. 2:09-cv-04117 (E.D. La.) :
------------------------------------------------------------x

**EX PARTE MOTION TO FILE CERTAIN EXHIBITS TO THE AMENDED SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST THE KNAUF DEFENDANTS IN MDL NO. 2047 UNDER SEAL**

The Knauf Defendants, Settlement Class Counsel and the Plaintiffs' Steering Committee respectfully request leave of court to file exhibits D and H to the Amended Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 under seal.

| | |
|---|---|
| Dated:  August 31, 2012 | Respectfully submitted, |
| Russ M. Herman(#6819) <br> Leonard A. Davis (#14190) <br> Stephen J. Herman (# #23129) <br> HERMAN, HERMAN & KATZ, LLP <br> 820 O'Keefe Avenue <br> New Orleans, LA 70113 <br> Phone:  (504) 581-4892 <br> Facsimile:  (504) 561-6024 <br> Email:  LDavis@hhklawfirm.com <br><br> *Plaintiffs' Liaison Counsel* | By:  Kyle A. Spaulding_____ <br> Miles P. Clements (#4184) <br> Peter E. Sperling (#17812) <br> Kerry J. Miller (#24562) <br> Kyle A. Spaulding (#29000) <br> Paul C. Thibodeaux (#29446) <br> FRILOT L.L.C. <br> 1100 Poydras Street <br> Suite 3700 <br> New Orleans, LA 70163 <br> Telephone:  (504) 599-8194 <br> Facsimile:  (504) 599-8145 <br> Email:  kmiller@frilot.com |
| Arnold Levin <br> Fred S. Longer <br> Sandra L. Duggan <br> Matthew C. Gaughan <br> LEVIN, FISHBEIN, SEDRAN & <br>   BERMAN <br> 510 Walnut Street <br> Philadelphia, PA 19106 <br> Phone:  (215) 592-1500 <br> Facsimile:  (215) 592-4663 <br> Email:  ALevin@lfsblaw.com <br><br> *Plaintiffs' Lead Counsel* | - AND - <br><br> Steven Glickstein (NY Bar No. 1038157) <br> Jay P. Mayesh (NY Bar No. 1081603) <br> KAYE SCHOLER LLP <br> 425 Park Avenue <br> New York, NY 10022 <br> Telephone:  (212) 836-8485 <br> Facsimile:  (212) 836-6485 <br> Email:  sglickstein@kayescholer.com <br><br> *Counsel for the Knauf Defendants* |

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Dawn M. Barrios <br> Barrios, Kingsdorf & Casteix, LLP <br> 701 Poydras Street <br> New Orleans, LA 70139 <br> Phone:  (504) 524-3300 <br> Fax:  (504) 524-3313 <br> Barrios@bkc-law.com | Daniel E. Becnel, Jr. <br> Becnel Law Firm, LLC <br> P.O. Drawer H <br> 106 W. Seventh Street <br> Reserve, LA 70084 <br> Phone:  (985) 536-1186 <br> Fax:  (985) 536-6445 <br> dbecnel@becnellaw.com |

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 3558-2382
rjosefsberg@podhurst.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3695
Fax: (214) 520-1181
bsteckler@baronbudd.com

Jerold Seth Parker
Parker, Waichman, Alonso, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Ervin A. Gonzalez
Colson Hicks, Edison
255 Alhambra Circle, Penthouse
Coral Gables, FL 3313
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell,
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Hugh. P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield Bryson & Mason LLP

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe

| | |
|---|---|
| 900 W. Morgan Street | Crown Center, Ste. 310 |
| Raleigh, NC 27603 | 580 East Main Street |
| Phone: (919) 600-5000 | Norfolk, VA 23510-2322 |
| Fax: (919) 600-5035 | rserpe@serpefirm.com |
| dan@wbmllp.com | |

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Richard S. Lewis | Andrew A. Lemmon |
| Hausfeld LLP | Lemmon Law Firm, LLC |
| 1700 K Street, NW, Suite 650 | P.O. Box 904 |
| Washington, DC 20006 | 15058 River Road |
| Phone: (202) 540-7200 | Hahnville, LA 70057 |
| Fax: (202) 540-7201 | Phone: (985) 783-6789 |
| rlewis@hausfeldllp.com | Fax: (985) 783-1333 |
| | andrew@lemmonlawfirm.com |

Anthony D. Irpino
Irpino Law Firm
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

## SETTLEMENT CLASS COUNSEL

| | |
|---|---|
| Arnold Levin | Russ M. Herman (#6819) |
| Levin, Fishbein, Sedran & Berman | Herman, Herman & Katz, LLP |
| 510 Walnut Street, Suite 500 | 820 O'Keefe Avenue |
| Philadelphia, PA 19106 | New Orleans, LA 70113 |
| Phone: (215) 592-1500 | Phone: (504) 581-4892 |
| Fax: (215) 592-4663 | Fax: (504) 561-6024 |
| ALevin@lfsblaw.com | RHerman@hhklawfirm.com |

## CERTIFICATE OF SERVICE

I certify that the above and foregoing Motion to File Certain Exhibits to the Amended Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 31st day of August, 2012.

/s/ Kyle Spaulding