UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------x
IN RE:  CHINESE-MANUFACTURED        :    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY          :    SECTION:  L
LITIGATION                          :
-----------------------------------------------------------x
THIS DOCUMENT RELATES TO:           :    JUDGE FALLON
ALL CASES AND                       :    MAG. JUDGE WILKINSON
                                    :
Payton, et al. v. Knauf Gips KG, et al.  :
Case No. 2:09-cv-07628 (E.D. La.)   :
                                    :
Gross, et al. v. Knauf Gips KG, et al.   :
Case No. 2:09-cv-06690 (E.D. La.)   :
                                    :
Rogers, et al. v. Knauf Gips KG, et al.  :
Case No. 2:10-cv-00362 (E.D. La.)   :
                                    :
Abreu, et al. v. Gebrueder Knauf    :
Verwaltungsgesellschaft KG, et al.  :
Case No. 2:11-cv-00252 (E.D. La.)   :
                                    :
Block, et al. v. Gebrueder Knauf    :
Verwaltungsgesellschaft KG, et al.  :
Case No. 11-cv-1363 (E.D. La.)      :
                                    :
Arndt, et al. v. Gebrueder Knauf    :
Verwaltungsgesellschaft KG, et al.  :
Case No. 11-cv-2349 (E.D. La.)      :
                                    :
Cassidy, et al. v. Gebrueder Knauf  :
Verwaltungsgesellschaft KG, et al.  :
Case No. 11-cv-3023 (E.D. La.)      :
                                    :
Vickers, et al. v. Knauf Gips KG, et al. :
Case No. 2:09-cv-04117 (E.D. La.)   :
-----------------------------------------------------------x
```

**ORDER ON EX PARTE MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS TO
THE AMENDED SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST
THE KNAUF DEFENDANTS IN MDL NO. 2047 UNDER SEAL**

IT IS ORDERED THAT the Parties are granted leave to file exhibits D and H to the Amended Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 under seal.

New Orleans, Louisiana this ____ day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE