UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON |
| David Gross, et. al. v. Knauf Gips, KG, et al. Case No. 09-6690 | ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

## **PETER RODRIGUEZ'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Peter Rodriguez hereby dismisses without prejudice all claims or causes of action in Plaintiffs' Omnibus Complaint (III).  Each party is to bear its own attorneys' fees and costs.

          Respectfully Submitted,

          /s/ Leonard A. Davis
          RUSS M. HERMAN, ESQ. (#6819)
          LEONARD A. DAVIS, ESQ. (#14190)
          STEPHEN J. HERMAN, ESQ. (#23129)
          Herman, Herman, & Katz  LLC
          820 O'Keefe Avenue
          New Orleans, LA 70113
          Tel: (504) 581-4892
          Fax: (504) 561-6024
          LDavis@hhklawfirm.com
          *Plaintiffs' Liaison Counsel, MDL 2047*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of September, 2012.

                                                     /s/ Leonard A. Davis_____