

PATRICK S. MONTOYA

*Via Fax & U.S. Mail*

August 29, 2012

Mr. Leonard Davis
Herman Herman Katz O'Keefe
820 Okeefe Avenue, Suite 100
New Orleans, LA 70113

Re:   Chinese Manufactured Drywall Products Liability Litigation MDL No. 2047
      – Rodriguez Notice of Voluntary Dismissal Without Prejudice

Dear Leonard:

    We respectfully request that you file the enclosed Notice of Voluntary Dismissal Without Prejudice of on behalf of our client, Peter Rodriguez.

Very truly yours,

Patrick S. Montoya

Enclosure: as stated

| The Law Firm of Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzalez, Kalbac & Kane
| 255 Alhambra Circle, Penthouse  |  Coral Gables, Florida  |  33134
| T: 305.476.7400  |  F: 305.476.7444  |  W: colson.com
| 2101 L Street, N.W.  |  10th Floor  |  Washington, DC  |  20037
| T: 202.386.6706  |  F: 202.386.6706
| 600 Carondelet Street, Rooms 810 & 812  |  New Orleans, LA  |  70130
| T: 305.476.7400  |  F: 305.476.7444