# EXHIBIT 13

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES AND<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-07628 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>Case No. 2:10-cv-00361 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-06690 (E.D. La.)<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Ins. Co., et al.*<br>Case No. 2:10-cv-00932 (E.D. La.)<br><br>*Hernandez, et al. v. AAA Insurance, et al.*<br>Case No. 2:10-cv-03070 (E.D. La.)<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 2:11-cv-00080 (E.D. La.)<br><br>*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 2:11-cv-00252 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 2:11-cv-01077 (E.D. La.)<br><br>*Vickers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKONSON |

### DECLARATION OF BELINDA MACAULEY REGARDING IMPLEMENTATION OF NOTICE PROGRAM IN SETTLEMENT WITH BANNER SUPPLY COMPANY

1

I, Belinda Macauley, hereby declare as follows:

1. I am a Vice President of Kinsella Media, LLC ("KM"), an advertising and legal notification firm in Washington, D.C. specializing in the design and implementation of notification programs to reach unidentified putative class members primarily in consumer and antitrust class actions and claimants in bankruptcy and mass tort litigation. My business address is 2120 L Street, NW, Suite 860, Washington, D.C. 20037. My telephone number is (202) 686-4111.

2. I have been employed by KM for four and a half years, and have personally managed several of the firm's largest notice programs during that time, including *In re Pharmaceutical Industry Average Wholesale Price Litigation (Track 2 Settlement),* No. CA:01-CV-12257, MDL No. 1456 (D. Mass.), *In re International Air Transportation Surcharge Antitrust Litigation,* No. M:06-cv-01793 (N.D. Cal.), and *In re Black Farmers Discrimination Litigation*, No. 1:08-mc-00511 (D.D.C.). I am a member of the State Bar of California (inactive) and the District of Columbia Bar. I submit this Affidavit regarding the implementation of the Notice Program of the Class Settlement with Banner Supply Co., Banner Supply Co. Pompano, LLC, Banner Supply Co. Port St. Lucie, LLC, Banner Supply Co. Ft. Myers, LLC, Banner Supply Co. Tampa, LLC, Banner Supply International, LLC, and any other entity insured under the Banner Insurance Policies (collectively, "Banner") and its insurers Chartis,[1] FCCI,[2] Hanover[3],

---

[1] "Chartis" includes Chartis Specialty Insurance Company (formerly known as "American International Specialty Lines Insurance Company"), Illinois National Insurance Co., National Union Fire Insurance Company of Pittsburgh, Pa., Commerce & Industry Insurance Co., and any other sister entities or entities related to the foregoing or to American International Group, Inc.

[2] "FCCI" includes FCCI Insurance Company, FCCI Commercial Insurance Company, National Trust Insurance Company, FCCI Mutual Insurance Holding Company, FCCI Group, Inc., FCCI Insurance Group, Inc., Monroe Guaranty Insurance Company, FCCI Services, Inc.,

and Maryland Casualty[4] ("Banner Settlement").

3. KM was retained by Class Counsel for the Banner Settlement in the *Chinese Drywall Litigation* to implement a Paid Media Program to inform Banner Class Members of the Settlement.

4. We were told to assume that Banner supplied Chinese Drywall primarily in Florida and, therefore, the most affected Class Members are owners of Florida property in which Chinese Drywall was used. In addition, we were informed that renters of affected properties, apartment owners, banks that own foreclosed property containing Chinese Drywall, and individuals who may have claims for personal injury may, in some instances, also have claims against Banner.

**Paid Media Methodology**

5. Paid media is selected and measured against a target audience that encompasses the characteristics of Class Members. Choosing a measurable target and analyzing the media habits of Class Members is the first step in designing the Paid Media Program. Media vehicles are chosen based on their ability to provide effective and efficient penetration of the target audience. The selected media vehicles are then measured against the target audience to quantify the success of the media program.

6. For the purpose of developing profiles of the demographics and media habits of Class Members in the instant case, KM analyzed syndicated data available from the 2010 Net//MRI Media+ (11-10/S10) Study.

---

FCCI Advantage Insurance Company, Brierfield Insurance Company, and FCCI Agency, Inc.
[3] "Hanover" includes Hanover American Insurance Company and Hanover Insurance Group, Inc.
[4] "Maryland Casualty" includes Maryland Casualty Company and all companies in the Zurich North America group of insurance companies.

7. Net//MRI: Media+ combines the Survey of the American Consumer™, from MediaMark Research, Inc. ("GfK MRI"), and Nielsen's Online NetView, providing a single-source dataset of off-line and online media usage by American consumers. MediaMark Research, Inc. is a nationally accredited media and marketing research firm that provides syndicated data on audience size, composition, and other relevant factors pertaining to major media including broadcast, magazines, newspapers, and outdoor advertising. NetView, Nielsen's syndicated Internet audience measurement service, provides an in-depth perspective into the online consumer and the digital universe. The NetView service tracks usage across websites and digital applications to deliver high-quality audience data and analytics.

8. GfK MRI provides data on individuals who own homes in Florida. Therefore, the primary target audience against which all media was selected and measured is Florida Homeowners.

9. For the purposes of selecting media, Florida Homeowners was the primary media target. A secondary target of Florida adults 18 years and older (Adults 18+) was chosen to cover other claimants as described above.

10. Consumers spend varying amounts of time with different media. Certain demographic groups may be heavy consumers, light consumers, or non-users of a particular medium. This Notice Program focused on the media types used most often by the primary target audience. This data indicate that Florida Homeowners are average to above average magazine and newspaper readers and Internet users. They are also light radio listeners and above average TV viewers.

11. As a result of this research, KM determined state editions of consumer magazines, local newspapers, Hispanic newspapers, and the Internet to be the most cost-effective media vehicles to reach Class Members.

12. An Implementation Report for the Paid Media Program is attached as Exhibit 1 and confirms that the Paid Media program was implemented as designed. The report details each print publication and the date and page number upon which the Publication Notice appeared. The report also includes the number of Internet impressions[5] received as part of the Internet banner advertising. The report confirms that KM has received a true and correct copy of the advertisement, or "tearsheet," from each publication.

13. To supplement the Paid Media Program, a Press Release was distributed on September 2, 2011 on PR Newswire's US1 Newsline, reaching more than 5,500 print and broadcast outlets and more than 5,400 websites and online databases. The Press Release highlighted information about the Settlement and included a telephone number and website where Class Members could call or visit for more information.

### Measuring Effectiveness of Notice Program

14. The two basic measurements used to measure media penetration of a targeted demographic and thus ensure the adequacy of a notice program are *reach* and *frequency*. *Reach* is the estimated percentage of a target audience reached one or more times by a media vehicle. *Frequency* is the estimated average number of opportunities the audience member has to see the notice.

15. The paid media program, which included both print and Internet advertising as outlined above, delivered the following estimated reach and frequency measurements:

---

[5] This is the number of times the ad was shown to Internet visitors.

    a) An estimated 82.1% of Florida Homeowners were reached with an average estimated frequency of 1.8 times.

    b) An estimated 75.3% of Adults 18+ were reached with an average estimated frequency of 1.7 times.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 30, 2012.

*(signature)*

Belinda Macauley

# EXHIBIT 1

# Notice Program Implementation Report
*In re Chinese-Manufactured Drywall Product Liability Litigation*
*Banner Co. Settlement*
*MDL 2047*



## Paid Media Components

### Print Media

| | Unit Type/Size | Date Ad(s) Ran | Page # of Ad | Tearsheet Received? |
|---|---|---|---|---|
| **Magazine(s)** | | | | |
| Better Homes & Gardens - Florida Edition | Full Page (7.375" x 10") | 10/18/2011 | 190 | Yes |
| Florida Monthly | Full Page (7" x 10") | 10/6/2011 | 21 | Yes |
| People - Florida Edition | Full Page (7" x 10") | 9/18/2011 | 70 | Yes |
| **Newspaper(s)** | | | | |
| Bradenton Herald | 3 columns x 7 in/cm | 9/27/2011 | 3B | Yes |
| Centro Tampa (Tampa/St. Petersburg) | 6.56" x 10" | 9/30/2011 | 24 | Yes |
| Citrus County Chronicle | 3 columns x 7 in/cm | 9/27/2011 | A5 | Yes |
| Daytona Beach News-Journal | 3 columns x 7 in/cm | 9/27/2011 | 5A | Yes |
| Diario Las Americas (Miami/Ft. Lauderdale) | 5.88" x 10" | 9/30/2011 | 3A | Yes |
| EL Latino Semanal (WPB/Ft. Pierce, FL) | 6.3" x 10" | 9/30/2011 | 6 | Yes |
| El Nuevo Herald (Miami/Ft. Lauderdale, FL) | 3 columns x 7 in/cm | 9/27/2011 | 5A | Yes |
| El Semanario Accion (WPB/Ft. Pierce) | 6.19" x 10" | 9/30/2011 | 25 | Yes |
| El Sentinel (Orlando, FL) | 5.175" x 10.437" | 10/1/2011 | 17 | Yes |
| Florida Times-Union (Jacksonville) | 3 columns x 7 in/cm | 9/27/2011 | A6 | Yes |
| Florida Today (Melbourne) | 3 columns x 7 in/cm | 9/27/2011 | 6B | Yes |
| Ft. Lauderdale Sun Sentinel | 3 columns x 10.5 in/cm | 9/27/2011 | 8A | Yes |
| Ft. Myers News-Press | 3 columns x 7 in/cm | 9/27/2011 | A7 | Yes |
| Gainesville Sun | 3 columns x 7 in/cm | 9/28/2011 | 9A | Yes |
| Jackson County Floridan | 3 columns x 7 in/cm | 9/27/2011 | 2B | Yes |
| Key West Citizen | 3 columns x 7 in/cm | 9/27/2011 | 7A | Yes |
| La Gaceta (Tampa/St. Petersburg, FL) | 5.5" x 10" | 9/30/2011 | 3 | Yes |
| La Guia Gratuita | 10.05" x 5.25" | 9/28/2011 | 5 | Yes |
| La Prensa (Orlando) | 4.728" x 11" | 9/29/2011 | 19 | Yes |
| Lake City Reporter | 3 columns x 7 in/cm | 9/27/2011 | 3A | Yes |
| Lakeland Ledger | 3 columns x 7 in/cm | 9/27/2011 | A7 | Yes |
| Miami Herald | 3 columns x 7 in/cm | 9/27/2011 | 13A | Yes |
| Naples Daily News | 3 columns x 7 in/cm | 9/27/2011 | 14A | Yes |
| Northwest Florida Daily News (Ft. Walton Beach, FL) | 3 columns x 7 in/cm | 9/27/2011 | A10 | Yes |
| Nuevos Ecos (Ft. Myers/Naples, FL) | 10" x 6" | 10/1/2011 | 7 | Yes |
| Ocala Star-Banner | 3 columns x 7 in/cm | 9/27/2011 | A9 | Yes |
| Orlando Sentinel | 3 columns x 7 in/cm | 9/27/2011 | A2 | Yes |
| Palatka Daily News | 3 columns x 7 in/cm | 9/27/2011 | 7A | Yes |
| Palm Beach Post | 3 columns x 7 in/cm | 9/27/2011 | 4A | Yes |

| | | | | |
|---|---|---|---|---|
| *Panama City News Herald* | 3 columns x 7 in/cm | 9/27/2011 | A7 | Yes |
| *Pensacola News Journal* | 3 columns x 7 in/cm | 9/27/2011 | 8A | Yes |
| *Sarasota Herald-Tribune* | 3 columns x 7 in/cm | 9/27/2011 | 7A | Yes |
| *Siete Dias (Tampa/St. Petersburg)* | 5.3" x 10.5" | 10/1/2011 | 7A | Yes |
| *St. Augustine Record* | 3 columns x 7 in/cm | 9/27/2011 | 5A | Yes |
| *St. Petersburg Times* | 3 columns x 7 in/cm | 9/27/2011 | 8A | Yes |
| *Sun Newspapers (Port Charlotte)* | 3 columns x 7 in/cm | 9/27/2011 | 9 | Yes |
| *Tallahassee Democrat* | 3 columns x 7 in/cm | 9/27/2011 | 2 | Yes |
| *Tampa Tribune* | 3 columns x 7 in/cm | 9/27/2011 | 4 | Yes |
| *The Villages Daily Sun* | 3 columns x 7 in/cm | 9/27/2011 | A13 | Yes |
| *Treasure Coast News/Press-Tribune (Stuart, FL)* | 3 columns x 7 in/cm | 9/27/2011 | 5A | Yes |
| *USA Today (Mon-Thurs)* | 1/6 Page (5.37" x 6.9") | 9/27/2011 | 2B | Yes |
| **Newspaper Supplement(s)** | | | | |
| *Parade - Florida Circulation* | Half Page (5" x 7.75") | 9/18/2011 | 26 | Yes |
| *USA Weekend - Florida Circulation* | M Page (4.125" x 9") | 10/16/2011 | 11 | Yes |

| **Online Media** | Ad Type/Size | Estimated Impressions | | Ads Ran? |
|---|---|---|---|---|
| **Web** | | | | |
| *24/7 Network* | 728x90 & 300x250 | 11,111,111 | | Confirmed |
| *AOL Media Network (Florida Targeted Impressions)* | 300x250, 160x600, 728x90 | 2,500,000 | | Confirmed |