# EXHIBIT 14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES AND<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>Case No. 09-cv-07628 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-06690 (E.D. La.)<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 2:11-00252 (E.D. La.)<br><br>*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-1363 (E.D. La.)<br><br>*Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-2349 (E.D. La.)<br><br>*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-3023 (E.D. La.)<br><br>*Vickers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKONSON |

**DECLARATION OF BELINDA MACAULEY REGARDING IMPLEMENTATION OF NOTICE PROGRAM IN GLOBAL SETTLEMENT**

1

I, Belinda Macauley, hereby declare as follows:

1. I am a Vice President of Kinsella Media, LLC ("KM"), an advertising and legal notification firm in Washington, D.C. specializing in the design and implementation of notification programs to reach unidentified putative class members primarily in consumer and antitrust class actions and claimants in bankruptcy and mass tort litigation. My business address is 2120 L Street, NW, Suite 860, Washington, D.C. 20037. My telephone number is (202) 686-4111.

2. I have been employed by KM for four and a half years, and have personally managed several of the firm's largest notice programs during that time, including *In re Pharmaceutical Industry Average Wholesale Price Litigation (Track 2 Settlement),* No. CA:01-CV-12257, MDL No. 1456 (D. Mass.), *In re International Air Transportation Surcharge Antitrust Litigation,* No. M:06-cv-01793 (N.D. Cal.), and *In re Black Farmers Discrimination Litigation*, No. 1:08-mc-00511 (D.D.C.). I am a member of the State Bar of California (inactive) and the District of Columbia Bar. I submit this Affidavit regarding the implementation of the Notice Program of the Class Settlement involving Builders, Installers, Suppliers, and Participating Insurers ("Global Settlement").

3. KM was retained by Class Counsel for the Global Settlement in the *Chinese Drywall Litigation* to implement a Paid Media Program to inform Global Settlement Class Members of the Settlement via print, television, and Internet advertising.

## Paid Media Methodology

4. Choosing a target audience encompassing the characteristics of Class Members is the first step in designing the Paid Media Program. Media vehicles are chosen based on their

ability to provide effective and efficient penetration of the target audience. The selected media vehicles are then measured against the target audience to quantify the success of the media program.

5. For the purpose of developing profiles of the demographics and media habits of Class Members in the instant case, KM analyzed syndicated data available from the 2010 Net//MRI: Media+ (11-10/S10) Study.

6. Net//MRI: Media+ combines the Survey of the American Consumer™, from MediaMark Research, Inc. ("GfK MRI") and Nielsen's Online NetView, providing a single-source dataset of off-line and online media usage by American consumers. MediaMark Research, Inc. is a nationally accredited media and marketing research firm that provides syndicated data on audience size, composition, and other relevant factors pertaining to major media including broadcast, magazines, newspapers, and outdoor advertising. NetView, Nielsen's syndicated Internet audience measurement service, provides an in-depth perspective into the online consumer and the digital universe. The NetView service tracks usage across websites and digital applications to deliver high-quality audience data and analytics.

7. GfK MRI provides data on individuals who own homes. Therefore, the primary target audience against which all media was selected is Homeowners.

8. Print and Internet advertising can be measured against homeowners; however, television advertising can only be measured by age and gender. Therefore, the estimated delivery of the comprehensive paid media program, which included print, television, and Internet advertising, was measured against two target audiences.

9. GfK MRI data indicate that the majority of Homeowners are Adults 35 years of age and older ("Adults 35+"), therefore, this was selected as the primary target audience in specific, local areas where it is believed there is a higher concentration of Class Members. The second target audience, adults 18 years of age and older ("Adults 18+"), was used nationwide to reach those Class Members who may have moved, or who owned property in the affected areas, as well as people who may have visited homes where Chinese Drywall was installed.

10. Consumers spend varying amounts of time with different media. Certain demographic groups may be heavy consumers, light consumers, or non-users of a particular medium. This Notice Program focused on the media types used most often by Homeowners. This data indicate that Homeowners are: average to above average magazine and newspaper readers, average Internet users, and average radio and TV consumers.

11. As a result of this research, KM determined the following media to be the most cost-effective vehicles to reach Class Members:

    a) Local and national television

    b) Local newspapers

    c) Local ethnic newspapers

    d) National newspaper supplements

    e) National consumer magazines

    f) National Internet

12. An Implementation Report for the Paid Media Program is attached as Exhibit 1 and confirms that the Paid Media program was implemented as designed, with one

exception.[1] The report details the following:

a) Each print publication and the date and page number upon which the Publication Notice appeared.

b) The number of Internet impressions received as part of the Internet banner advertising.

c) The number of Gross Rating Points ("GRPs")[2] expected to be delivered for the television advertising.

d) Confirmation that KM has received a true and correct copy of each print advertisement, or "tearsheet," from each publication.[3]

13. To supplement the Paid Media Program, a Press Release was distributed on July 18, 2012 on PR Newswire's US1 Newsline, reaching more than 5,500 print and broadcast outlets and more than 5,400 websites and online databases. The Press Release highlighted information about the Global Settlement and included a telephone number and website where Class Members could call or visit for more information. Other Press Release distribution efforts included:

a) A link to the Press Release in a Twitter post to reporters.

b) Video distribution of the TV spot.

c) Distribution of the Press Release to microlists including Construction and Building, Banking, and Real Estate.

d) Distribution of the Press Release to blogs focusing on Construction and

---

[1] KM has been unable to confirm that the ad placed in the *Informe* newspaper ran as scheduled on August 17, 2012.
[2] GRPs represent the percentage of households or persons in the target audience who are exposed to the television and radio commercial messages in the schedule.
[3] As of August 30, 2012, some tearsheets have not been received by Kinsella Media, given the timing of the Notice Program, but confirmation that the ads did run was provided by the individual publications. Once all tearsheets have been received, an updated Implementation Report will be submitted to the Court.

5

Building, Banking, and Real Estate.

14. In addition, beginning on July 3, 2012, KM registered keywords and phrases with major Internet search engines, including Bing and Google. When a user searched for one of the specified search terms or phrases, a text ad about the Settlement could appear on the results page. These text ads directed potential Settlement Class members to the informational website for the Global Settlement.

### Measuring Effectiveness of Notice Program

15. The two basic measurements used to measure media penetration of a targeted demographic and thus ensure the adequacy of a notice program are *reach* and *frequency*. *Reach* is the estimated percentage of a target audience reached one or more times by a media vehicle. *Frequency* is the estimated average number of opportunities the audience member has to see the notice.

16. The comprehensive paid media program, which included print, television, and Internet advertising as outlined above, is expected[4] to deliver the following estimated reach and frequency measurements:

   a) An estimated 85.0% of Adults 18+ will be reached with an average estimated frequency of 2.8 times.

   b) Each market delivered a different reach and frequency. The reach goal for markets with 500+ claims[5] was a minimum 90% and markets with 20-499 claims, as well as other Florida markets for which we didn't have claims data, was a

---

[4] The actual television GRPs delivered will not be available until the end of October 2012. Therefore, these estimates are based on activity that was purchased. A supplemental Declaration will be provided to the Court after these figures become available. The unconfirmed ad, mentioned above, was to run in *Informe*, a Hispanic newspaper, which does not contribute to reported reach and frequencies.
[5] Based on claims already filed for damage caused by Chinese Drywall.

6

minimum 87%.  Expected reach and frequency for those individual markets are as follows:

| 90% Reach Markets | | |
|---|---|---|
| **DMA** | **Reach** | **Frequency** |
| Birmingham (AL) | 90.1% | 2.8 |
| Mobile-Pensacola (AL-FL) | 90.0% | 2.9 |
| Ft. Myers-Naples (FL) | 90.5% | 2.7 |
| Jacksonville (FL) | 92.8% | 3.4 |
| Miami-Ft. Lauderdale (FL) | 90.0% | 3.2 |
| Tampa-St. Petersburg (FL) | 90.0% | 2.9 |
| West Palm Beach (FL) | 90.0% | 2.9 |
| New Orleans (LA) | 93.5% | 3.4 |
| Biloxi-Gulfport (MS) | 93.4% | 3.3 |
| **87% Reach Markets** | | |
| Baton Rouge (LA) | 91.6% | 2.9 |
| Houston (TX) | 87.1% | 2.7 |
| Huntsville-Decatur (AL) | 87.1% | 2.7 |
| Gainesville (FL) | 89.5% | 3.7 |
| Orlando-Daytona (FL) | 88.6% | 2.7 |
| Panama City (FL) | 87.6% | 2.6 |
| Tallahassee (FL) | 87.0% | 2.7 |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 31, 2012.

_____
Belinda Macauley

7

# EXHIBIT 1

# Notic Program Implementation Report
*In re Chinese-Manufactured Drywall Products Liability Litigation*
*Global Settlement*
MDL 2047



## Print Media Components of Notice Program

| Print Media | Unit Type/Size | Date Ad(s) Ran | Page # of Ad |
|---|---|---|---|
| **Magazine(s)** | | | |
| Better Homes & Gardens | 2/3 Page (4.75" x 10") | 8/21/2012 | 217 |
| National Geographic | Full Page (5.75" x 9") | 8/28/2012 | 147 |
| People | Full Page (7" x 10") | 7/27/2012 | 61 |
| People | Full Page (7" x 10") | 8/3/2012 | 97 |
| Reader's Digest | Full Page (4.687" x 6.75") | 8/14/2012 | 196 |
| Sports Illustrated | 2/3 Page (4.5" x 10") | 8/8/2012 | 83 |
| **Newspaper(s)** | | | |
| African American News & | 9.75" x 5.0" | 8/13/2012 | 3 |
| Alexandria News Weekly | 6.25" x 7" | 8/16/2012 | 5 |
| Baton Rouge Advocate | 1/6 Page (5.5" x 7") | 8/22/2012 | A5 |
| Baton Rouge Advocate - | 1/6 Page (5.5" x 7") | 8/19/2012 | A12 |
| Baton Rouge Weekly Press | 5.5" x 7" | 8/16/2012 | 5 |
| Biloxi-Gulfport Sun Herald | 1/6 Page (4.889" x 7") | 8/22/2012 | A5 |
| Biloxi-Gulfport Sun Herald - | 1/6 Page (4.889" x 7") | 8/19/2012 | A8 |
| Birmingham News | 1/6 Page (4.88" x 7") | 8/22/2012 | A4 |
| Birmingham News - | 1/6 Page (4.88" x 7") | 8/19/2012 | A7 |
| Birmingham Times | 1/6 Page (5.75" x 7") | 8/16/2012 | A8 |
| Capital Outlook | 5" x 7" | 8/16/2012 | 2 |
| Central Florida Advocate | 6.31" x 7" | 8/17/2012 | 5 |
| Data News Weekly (New | 6.63" x 7" | 8/16/2012 | 3 |
| Daytona Times | 6.63" x 7" | 8/16/2012 | 7 |
| Diario Las Americas | 1/4 Page (5.88" x 10.5") | 8/16/2012 | A8 |
| El Clarin (Miami, FL) | 1/2 Page (10.25" x 8") | 8/16/2012 | 35 |
| El Especialito (Miami | 7.38" (3C) x 10.5" | 8/17/2012 | 10 |
| El Nuevo Herald | 5.04" x 10.5" | 8/16/2012 | 7A |
| El Sentinel (Ft. | 1/4 Page (4.915" x 10.5") | 8/17/2012 | 4 |
| El Sentinel (Orlando, FL) | 1/4 Page (4.915" x 10.5") | 8/18/2012 | 12 |
| Florida Courier (Central | 6.63" x 7" | 8/17/2012 | B5 |
| Florida Courier (North | 6.63" x 7" | 8/17/2012 | B5 |
| Florida Courier (South | 6.63" x 7" | 8/17/2012 | B5 |
| Florida Sun | 5'" x 7" | 8/16/2012 | 10 |
| Florida Times-Union | 1/6 Page (5" x 7") | 8/22/2012 | A8 |
| Florida Times-Union | 1/6 Page (5" x 7") | 8/19/2012 | A9 |
| Fort Myers News-Press | 1/6 Page (4.94" x 7") | 8/22/2012 | A6 |
| Fort Myers News-Press - | 1/6 Page (4.94" x 7") | 8/19/2012 | A15 |
| Forward Times | 1/6th (6.44" x 7") | 8/15/2012 | 5A |
| Gainesville Sun | 1/6 Page (4.938" x 7") | 8/22/2012 | A5 |
| Gainesville Sun - Sunday | 1/6 Page (4.938" X 7") | 8/19/2012 | A4 |
| Houston Chronicle | 1/6 Page (4.9028" x 7") | 8/22/2012 | A8 |
| Houston Chronicle - Sunday | 1/6 Page (4.9028" x 7") | 8/19/2012 | A19 |
| Huntsville Times | 1/6 Page (4.88" x 7") | 8/22/2012 | A10 |
| Huntsville Times - Sunday | 1/6 Page (4.88" x 7") | 8/19/2012 | A9 |
| Informe (Miami/Ft. | 1/2 Page (4.88" x 12.12") | 8/17/2012 | Unconfirmed |
| Jackson Advocate | 5.5" x 7" | 8/16/2012 | 10A |
| Jacksonville Free Press | 6.25" x 7" | 8/16/2012 | 5 |
| La Informacion (Houston, | 5" x 10.5" | 8/16/2012 | 6 |
| La Prensa (Orlando) | 4.728" x 11" | 8/16/2012 | 21 |

| Newspaper(s) cont'd | Unit Type/Size | Date Ad(s) Ran | Page # of Ad |
|---|---|---|---|
| *La Prensa de Houston* | 5" x 10.5" | 8/16/2012 | 5 |
| *La Subasta Houston - 4* | 6.66" x 10.5" | 8/15/2012 | 8 |
| *La Voz De Houston* | 6.58" x 10.5" | 8/17/2012 | V17 |
| *Louisiana Weekly (New* | 6.17" x 7" | 8/18/2012 | 2 |
| *Memphis Silver Star News* | 5.5" x 7" | 8/15/2012 | 4 |
| *Miami Herald* | 1/6 Page (5.04" x 7") | 8/22/2012 | A7 |
| *Miami Herald- Sunday* | 1/6 Page (5.04" x 7") | 8/19/2012 | A10 |
| *Miami Times* | 6.63" x 7" | 8/15/2012 | 10 |
| *Mississippi Link* | 5.75" x 7" | 8/16/2012 | A8 |
| *Mobile Beacon* | 5.25" x 7" | 8/15/2012 | 5 |
| *Mobile Press-Register* | 1/6 Page (4.88" x 7") | 8/22/2012 | A8 |
| *Mobile Press-Register -* | 1/6 Page (4.88" x 7") | 8/19/2012 | A6 |
| *Monroe Dispatch (Monroe,* | 5.5" x 7" | 8/16/2012 | 11 |
| *Monroe Free Press* | 1/6th (6.44" x 7") | 8/16/2012 | 15 |
| *Montgomery-Tuskegee* | 1/6th (6.44" x 7") | 8/16/2012 | 11 |
| *New Orleans Times-* | 1/6 Page (5.75" x 7") | 8/22/2012 | A4 |
| *New Orleans Times-* | 1/6 Page (5.75" x 7") | 8/19/2012 | A23 |
| *Orlando Sentinel* | 1/6 Page (4.915" x 7") | 8/22/2012 | A14 |
| *Orlando Sentinel- Sunday* | 1/6 Page (4.915" x 7") | 8/19/2012 | A19 |
| *Orlando Times* | 6.63" x 7" | 8/16/2012 | A5 |
| *Palm Beach Post* | 1/6 Page (5.188" x 7") | 8/22/2012 | B2 |
| *Palm Beach Post- Sunday* | 1/6 Page (5.188" x 7") | 8/19/2012 | B7 |
| *Panama City News Herald* | 1/6 Page (4.89" x 7") | 8/22/2012 | A4 |
| *Panama City News Herald -* | 1/6 Page (4.89" x 7") | 8/19/2012 | A6 |
| *Pensacola Voice* | 5.88" x 7" | 8/16/2012 | 6 |
| *Rolling Out Birmingham* | 1/3 Page (3.25" x 12.75") | 8/16/2012 | 3 |
| *Rolling Out Houston* | 3.25" x 12.75" | 8/16/2012 | 3 |
| *Rolling Out Memphis* | 3.25" x 12.75" | 8/16/2012 | 3 |
| *Rolling Out Miami* | 3.25" x 12.75" | 8/16/2012 | 3 |
| *Rolling Out New Orleans* | 3.25" 12.75" | 8/16/2012 | 3 |
| *Rumbo (Houston, TX)* | 4.79" x 11.5" | 8/17/2012 | 6 |
| *Semana (Houston, TX)* | 5.83" x 13" | 8/16/2012 | 10 |
| *Shreveport Sun* | 5.75" x 7" | 8/16/2012 | 2 |
| *South Florida Times* | 5.06" x 7" | 8/16/2012 | 2A |
| *Speakin Out News* | 5.88" x 7" | 8/15/2012 | 5 |
| *Tallahassee Democrat* | 1/6 Page (4.99" X 7") | 8/22/2012 | A6 |
| *Tallahassee Democrat -* | 1/6 Page (4.99" x 7") | 8/19/2012 | A5 |
| *Tampa Bay Times* | 1/6 Page (5.5" x 7") | 8/22/2012 | A9 |
| *Tampa Bay Times- Sunday* | 1/6 Page (5.5" x 7") | 8/19/2012 | A13 |
| *Tri-State Defender* | 5.75" x 7" | 8/16/2012 | 5 |
| *Westside Gazette (Miami,* | 1/6th (6.44" x 7") | 8/16/2012 | 12 |
| **Newspaper Supplement(s)** | | | |
| *Parade* | Half Page (5" x 7.75") | 8/12/2012 | 10 |
| *USA Weekend* | M Page (6.25" x 9") | 8/12/2012 | 15 |

| **Broadcast Media** | Est. GRPs (gross rating points) Adults 35+ | | Spot Length |
|---|---|---|---|
| **TV** | | | |
| *Broadcast Network/Cable* | 75,566,000 | 7/16/12 - 7/29/12 | 30 sec. |
| <u>*Spot TV - 16 DMAs*</u> | <u>11,374,000</u> | 7/16/12 - 7/29/12 | 30 sec. |
| *Baton Rouge, LA* | 201,000 | | |
| *Biloxi-Gulfport, MS* | 156,000 | | |
| *Birmingham, AL* | 589,000 | | |
| *Ft Myers-Naples, FL* | 409,000 | | |
| *Gainesville, FL* | 164,000 | | |
| *Houston, TX* | 1,739,000 | | |
| *Huntsville-Decatur, AL* | 308,000 | | |

| **TV cont'd** | **Est. GRPs (gross rating points) Adults 35+** | **Spot Length** |
|---|---|---|
| *Jacksonville, FL* | 914,000 | |
| *Miami-Ft Lauderdale, FL* | 2,265,000 | |
| *Mobile-Pensacola, AL-FL* | 420,000 | |
| *New Orleans, LA* | 824,000 | |
| *Orlando-Daytona Beach, FL* | 911,000 | |
| *Panama City, FL* | 85,000 | |
| *Tallahassee-Thomasville, FL* | 122,000 | |
| *Tampa-St Petersburg, FL* | 1,535,000 | |
| *West Palm Beach, FL* | 732,000 | |

| **Online Media** | **Ad Type/Size** | **Estimated Impressions** |
|---|---|---|
| **Web** | | |
| *24/7 Network* | 728x90; 300x250; 160x600 | 87,372,000 |
| *Facebook.com* | 100x100 | 112,383,521 |
| *Quadrant One* | 728x90, 300x250, 160x600 | 10,000,000 |
| *Yahoo! Network* | 728x90 | 3,333,333 |
| *Yahoo! Network* | 300x250 | 5,904,762 |
| *Yahoo! Network* | 120x600 | 3,272,727 |