# EXHIBIT 16

## Benefits under Class Settlement Agreement with the Knauf Defendants[1]

| Subclass | Remediation Fund Benefits[2,3] |||
|---|---|---|---|
| | **Program Contractor Remediation Option** | **Self-Remediation Option** | **Cash-Out Option** |
| **Residential Owner** | **Benefits:**<br>• **Remediation.** The Remediation Fund will pay a contractor approved by the PSC and Knauf Defendants to remediate the property<br>• **Other Covered Expenses.** A cash payment for personal property damage and alternative living expenses during remediation:<br>  o Properties ≤ 3,500 SF = $8.50 per SF for the first 3 months of remediation + $1.50 per SF for each additional month that it takes to complete the remediation<br>  o Properties > 3,500 SF = $10.00 per SF + $1.50 per SF, for one month only, if the remediation takes longer than 3 months. | **Benefits:**<br>• **Remediation.** The Remediation Fund will pay a qualified contractor, chosen by the Owner, to remediate the property based on an estimate prepared by a contractor approved by the PSC and Knauf Defendants.<br>• **Other Covered Expenses.** A cash payment for personal property damage and alternative living expenses during remediation:<br>  o Properties ≤ 3,500 SF = $8.50 per SF<br>  o Properties > 3,500 SF = $10.00 per SF | **Benefits:**<br>• **Cash Payment.** A cash payment equivalent to the following:<br>  o the cost to remediate the property reduced by $7.50 per SF.<br>  o a payment of $3.50 per SF for personal property damage |
| | **Requirements:**<br>• Must be KPT Property (determined by inspection) | **Requirements:**<br>• Owner contracts with contractor<br>• Contractor must be both bonded and insured for residential construction<br>• Contractor must provide Environmental Certificate that property is free of all Chinese Drywall<br>• Contractor must certify that that it properly disposed of any Chinese Drywall removed from the property | **Requirements:**<br>• Owner must (i) show that there is either no mortgage or lien on the property or (ii) provide a release by the lender or lienholder<br>• Owner must record the existence of reactive Chinese Drywall in the local property clerk's office (if permitted by local law)<br>• Owner must covenant to inform subsequent purchasers of the property of the presence of KPT Chinese Drywall<br>• The Owner must indemnify the Knauf Defendants against future claims relating to the property |
| | **Mixed Properties:** Mixed Property owners are not entitled to the Program Contractor Remediation Option | **Mixed Properties:**<br>• **Remediation.** The Remediation Fund will pay the | **Mixed Properties:** The Remediation Fund will pay the Mixed Property Owner a cash payment equivalent to the |

---

[1] In the event of a conflict between this chart and the terms of the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 ("Class Settlement Agreement"), the Class Settlement Agreement shall control. The Class Settlement Agreement can be obtained at http://www.laed.uscourts.gov/drywall/drywall.htm.

| | | | |
|---|---|---|---|
| | | Owner's chosen contractor an amount equal to the cost to remediate the property (as determined by a contractor approved by the PSC and the Knauf Defendants) multiplied by the percentage of KPT Chinese Drywall relative to all reactive Chinese Drywall in the property. The Owner must pay the balance with his/her own funds.<br>• **Other Covered Expenses.** The Remediation Fund will only pay the Owner an amount equal to the Other Covered Expenses (described above) multiplied by the percentage of KPT Chinese Drywall relative to all Chinese Drywall in the property. | following:<br>• An amount equal to the cost to remediate the property (as determined by a contractor approved by the PSC and the Knauf Defendants) multiplied by the percentage of KPT Chinese Drywall relative to all reactive Chinese Drywall in the property.<br>• An amount equal to the Other Covered Expenses (described in the Self-Remediation Option) multiplied by the percentage of KPT Chinese Drywall relative to all Chinese Drywall in the property. |
| **Commercial Owner** | **Benefits:**<br>• **Remediation.** The Remediation Fund will pay a contractor approved by the PSC and Knauf Defendants to remediate the property | **Benefits:**<br>• **Remediation.** The Remediation Fund will pay a qualified contractor, chosen by the Owner, to remediate the property based on an estimate prepared by a contractor approved by the PSC and Knauf Defendants. | **Benefits:**<br>• **Cash Payment.** A cash payment equivalent to the following:<br>  ○ the cost to remediate the property reduced by $7.50 per SF. |
| | **Requirements:**<br>• Must be KPT Property (determined by inspection) | **Requirements:**<br>• Owner contracts with contractor<br>• Contractor must be both bonded and insured for residential construction<br>• Contractor must provide Environmental Certificate that property is free of all Chinese Drywall<br>• Contractor must certify that that it properly disposed of any Chinese Drywall removed from the property | **Requirements:**<br>• Owner must (i) show that there is either no mortgage or lien on the property or (ii) provide a release by the lender or lienholder<br>• Owner must record the existence of reactive Chinese Drywall in the local property clerk's office (if permitted by local law)<br>• Owner must covenant to inform subsequent purchasers of the property of the presence of KPT Chinese Drywall<br>• The Owner must indemnify the Knauf Defendants against future claims relating to the property |
| | **Mixed Properties:** Mixed Property owners shall not be entitled to the Program Contractor Remediation Option | **Mixed Properties:**<br>• **Remediation.** The Remediation Fund will pay the Owner's chosen contractor an amount equal to the cost to remediate the property (as determined by a contractor approved by the PSC and the Knauf Defendants) multiplied by the percentage of KPT Chinese Drywall relative to all reactive Chinese Drywall in the property. The Owner must pay the balance with his/her own funds. | **Mixed Properties:** The Remediation Fund will pay the Mixed Property Owner a cash payment equivalent to the following:<br>• An amount equal to the cost to remediate the property (as determined by a contractor approved by the PSC and the Knauf Defendants) multiplied by the percentage of KPT Chinese Drywall relative to all reactive Chinese Drywall in the property. |
| **Tenants** | **TENANTS ARE NOT ELIGIBLE FOR BENEFITS UNDER THE REMEDIATION FUND** | | |

[1] **Multiple Unit Properties:** The Settlement Agreement has special provisions for Affected Properties that are located within properties with more than one living unit.

1) The Remediation Fund options available for Multiple Unit Properties will depend upon:

   a) whether it is feasible to treat each individual unit in the Multiple Unit Property as a single property (meaning that the individual unit can be remediated without the need to remediate any other part of the Multiple Unit Property), and

   b) whether all units with KPT Chinese Drywall in a Multiple Unit Property are KPT Properties or whether some are Mixed Properties.

2) Where it is feasible to treat each unit as a single property and there are no individual units that are Mixed Properties, the Multiple Unit Property Governing Body (*e.g.,* the condominium association) or similar entity may select for each unit from among any of the three options: Program Contractor Remediation, Self-Remediation or Cash-Out.

   a) If the Multiple Unit Property Governing Body selects the Program Contractor Remediation Option for some individual units and the Self-Remediation Option for other individual units and/or remediation of common areas, no work under the Self-Remediation Option shall commence until all work under the Program Contractor Remediation Option in the Multiple Unit Property has been completed because of the infeasibility of having multiple contractors remediate a single Multiple Unit Property.

3) Where it is feasible to treat each unit as a single property and there are one or more individual unit(s) that are Mixed Properties, the Multiple Unit Property Governing Body or similar entity may select for each unit from between the Self-Remediation Option and the Cash-Out Option.

4) Where it is not feasible to treat each unit as a single property and there are no individual units that are Mixed Properties, the Multiple Unit Property Governing Body or similar entity may select from among the three options described above, but must make a single selection for the entire Multiple Unit Property.

5) Where it is not feasible to treat each unit as a single property and there are one or more individual unit(s) that are Mixed Properties, the Multiple Unit Property Governing Body or similar entity may select from between the Self-Remediation Option and the Cash-Out Option. The benefits conferred under such options shall be calculated by multiplying the amounts owed by the percentage of KPT Chinese Drywall relative to all reactive Chinese Drywall in the Multiple Unit Property according to a formula described in Section 4.3.6.1.4 of the Settlement Agreement.

6) The Class Settlement Agreement includes special provisions for calculating the percentage of KPT Chinese Drywall relative to all reactive Chinese Drywall in a Multiple Unit Property (*see* Section 4.3.6.1.4).

[2] **Foreclosed Properties:** If the property was foreclosed upon prior to the settlement, the mortgagee (*e.g.*, bank) may select from among the Program Contractor Remediation Option, Self Remediation Option and Cash-Out Option; and the Remediation Fund will pay the mortgagor (*i.e.*, owner prior to the foreclosure) a payment of $8.50 per square foot (for properties $\leq$ 3,500 square feet) or $10.00 per square feet (for properties > 3,500 square feet). If the property was foreclosed upon after the settlement agreement, benefits to the mortgagor (the owner at the time of the settlement) are contingent on the mortgagor providing a release from the mortgagee (*e.g.*, the bank)

| Subclass | Other Loss Fund Benefits ||||||
|---|---|---|---|---|---|---|
| | **Alternative Living Expenses** | **Lost Use, Sales and Rentals** | **Foreclosure** | **Short Sale** | **Property Damage** | **Bodily Injury** |
| **Residential Owner** | **Benefits:** An amount to be determined by the Special Master for alternative living expenses arising from Owner's need to vacate the property prior to the remediation as a result of the damage caused by KPT Chinese Drywall, provided that the Owner vacated the property prior to the execution date of the settlement agreement. | **Residential Owners are not entitled to recover for Lost Use, Sales, and Rentals** | **Benefits:** An amount to be determined by the Special Master for lost equity | **Benefits:** For owners who, upon agreement with their lender, sold the property for less than the outstanding balance of their mortgage to avoid foreclosure ("Short Sale"), an amount to be determined by the Special Master for lost equity | **Residential Owners are not entitled to recover for Property Damage because such claims are covered by the benefits received under the Remediation Fund** | **Benefits:** Settlement provides a procedure for resolving disputed personal injury claims where the Owner received a contemporaneous diagnosis that the alleged injury was caused by KPT Chinese Drywall. The Settlement does not guarantee payment of any such claims. |
| | **Requirements:**<br>• Submission of Proof of Claim Form<br>• Substantial documentation of claim<br>• If requested by the Special Master, an expert report supporting claim. Any party can challenge admissibility of such report. | **Requirements:  Not Applicable** | **Requirements:**<br>• Submission of Proof of Claim Form<br>• Substantial documentation of claim<br>• Expert report supporting claim. Any party can challenge admissibility of such report. | **Requirements:**<br>• Submission of Proof of Claim Form<br>• Substantial documentation of claim<br>• Expert report supporting claim. Any party can challenge admissibility of such report. | **Requirements:  Not Applicable** | **Requirements:**<br>• Must have sought treatment for alleged personal injury prior to settlement and received contemporaneous diagnosis that alleged injury was caused by KPT drywall<br>• Substantial documentation of claim<br>• Expert report supporting claim. Any party can challenge admissibility of such report.<br>• If the expert opinion survives challenge, the Special Master will determine the validity of the amount of the claim |
| | **Mixed Properties:** Mixed Property Owners will receive | **Mixed Properties:  Not Applicable** | **Mixed Properties:** Mixed Property Owners will receive | **Mixed Properties:** Mixed Property Owners will receive | **Mixed Properties:  Not Applicable** | **Mixed Properties:** Mixed Property Owners will receive |

| Subclass | Other Loss Fund Benefits | | | | | |
|---|---|---|---|---|---|---|
| | **Alternative Living Expenses** | **Lost Use, Sales and Rentals** | **Foreclosure** | **Short Sale** | **Property Damage** | **Bodily Injury** |
| | an amount determined by Special Master multiplied by the percentage of KPT drywall in the property relative to all reactive Chinese drywall in the property | | an amount determined by Special Master multiplied by the percentage of KPT drywall in the property relative to all reactive Chinese drywall in the property | an amount determined by Special Master multiplied by the percentage of KPT drywall in the property relative to all reactive Chinese drywall in the property | | an amount determined by Special Master multiplied by the percentage of KPT drywall in the property relative to all reactive Chinese drywall in the property |
| **Commercial Owner** | **Commercial Owners are not entitled to recover for Alternative Living Expenses** | **Benefits:**<br>• Economic loss for a period not to exceed 3 months arising from the inability to use or rent the property during its remediation, to the extent that such loss could not be mitigated or has not been reimbursed by insurance.<br>• Reimbursement of carrying costs (*i.e.*, interest expenses) from the inability to sell the property to the extent that such loss could not be mitigated or has not been reimbursed by insurance. | **Benefits:** An amount to be determined by the Special Master for lost equity | **Benefits:** For owners who, upon agreement with their lender, sold the property for less than the outstanding balance of their mortgage to avoid foreclosure ("Short Sale"), an amount to be determined by the Special Master for lost equity | **Commercial Owners are not entitled to recover for Property Damage** | **Commercial Owners are not entitled to recover for bodily injury** |
| | **Requirements:  Not Applicable** | **Requirements:**<br>• Submission of Proof of Claim Form<br>• Substantial documentation of claim<br>• Expert report supporting claim.  Any party can | **Requirements:**<br>• Submission of Proof of Claim Form<br>• Substantial documentation of claim<br>• Expert report supporting claim.  Any party can | **Requirements:**<br>• Submission of Proof of Claim Form<br>• Substantial documentation of claim<br>• Expert report supporting claim.  Any party can | **Requirements: Not Applicable** | **Requirements:  Not Applicable** |

| Subclass | Other Loss Fund Benefits ||||||
|---|---|---|---|---|---|---|
| | **Alternative Living Expenses** | **Lost Use, Sales and Rentals** | **Foreclosure** | **Short Sale** | **Property Damage** | **Bodily Injury** |
| | | challenge admissibility of such report. | challenge admissibility of such report. | challenge admissibility of such report. | | |
| | **Mixed Properties:** Not Applicable | **Mixed Properties:** Mixed Property Owners will receive an amount determined by Special Master multiplied by the percentage of KPT drywall in the property relative to all reactive Chinese drywall in the property | **Mixed Properties:** Mixed Property Owners will receive an amount determined by Special Master multiplied by the percentage of KPT drywall in the property relative to all reactive Chinese drywall in the property | **Mixed Properties:** Mixed Property Owners will receive an amount determined by Special Master multiplied by the percentage of KPT drywall in the property relative to all reactive Chinese drywall in the property | **Mixed Properties:** Not Applicable | **Mixed Properties:** Not Applicable |
| **Tenant** | **Benefits:** An amount to be determined by the Special Master for moving expenses (if the Tenant was displaced by remediation) | **Tenants are not entitled to recover for loss of use, sales, or rentals.** | **Tenants are not entitled to recover for Foreclosure.** | **Tenants are not entitled to recover for Short Sales.** | **Benefit:** An amount to be determined by the Special Master for personal property damage, such as jewelry and Tenant-owned appliances, caused by KPT Chinese Drywall | **Benefits:** Settlement provides a procedure for resolving disputed personal injury claims where the Owner received a contemporaneous diagnosis that the alleged injury was caused by KPT Chinese Drywall. The Settlement does not guarantee payment of any such claims. |
| | **Requirements:** Submission of a Proof of Claim form | | | | **Requirements:** Submission of a Proof of Claim Form | **Requirements:**<br>• Must have sought treatment for alleged personal injury prior to settlement and received contemporaneous diagnosis that alleged injury was caused by KPT drywall<br>• Substantial documentation of claim |

| Subclass | Other Loss Fund Benefits ||||||
|---|---|---|---|---|---|---|
| | Alternative Living Expenses | Lost Use, Sales and Rentals | Foreclosure | Short Sale | Property Damage | Bodily Injury |
| | | | | | | • Expert report supporting claim.  Any party can challenge admissibility of such report.<br>• If the expert opinion survives challenge, the Special Master will determine the validity of the amount of the claim |
| | **Mixed Properties:**  Tenants of Mixed Properties will receive an amount determined by Special Master multiplied by the percentage of KPT drywall in the property relative to all reactive Chinese drywall in the property | | | | **Mixed Properties:**  Tenants of Mixed Properties will receive an amount determined by Special Master multiplied by the percentage of KPT drywall in the property relative to all reactive Chinese drywall in the property | **Mixed Properties:**  Mixed Property Owners will receive an amount determined by Special Master multiplied by the percentage of KPT drywall in the property relative to all reactive Chinese drywall in the property |