UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION NO. 09-2047<br><br>JUDGE FALLON |
| This Document Relates to:<br>ALL CASES | | MAGISTRATE WILKINSON |

**INTERIOR EXTERIOR'S EXPERT DESIGNATIONS
FOR NOVEMBER 2012 BELLWETHER TRIAL**

Pursuant to the Court's Scheduling Order entered on August 2, 2012, Interior Exterior respectfully indentifies the following expert witnesses who will be called to testify at the November 2012 Bellwether trial:

1. Richard T. Kaczkowski of CTL Group;

2. Dr. James Tompkins of Tompkins and Associates;

3. Margaret L. Cunningham, RN, CIH, of United States Risk Management, LLC; and

4. Stephen C. Trauth of United States Risk Management, LLC.

        Respectfully submitted,

        ***Richard G. Duplantier, Jr.   /s/***
        _____
        Richard G. Duplantier, Jr. (# 18874)
        Lambert J. Hassinger, Jr. (# 21683)
        Benjamin R. Grau (#26307)
        Carlina C. Eiselen, (# 28524)
        GALLOWAY, JOHNSON, TOMPKINS,
        BURR & SMITH
        701 Poydras Street, 40th Floor
        New Orleans, Louisiana 70139
        Telephone: (504) 525-6802 / Fax: (504) 525-2456
        rduplantier@gjtbs.com /jhassinger@gjtbs.com
        bgrau@gjtbs.com / ceiselen@gjtbs.com
        *Counsel for Defendant, Interior Exterior Building Supply,*
        *L.P. and Interior Exterior Enterprises, LLC*

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 4th day of September, 2012.

*Richard G. Duplantier, Jr.   /s/*
RICHARD G. DUPLANTIER, JR.