# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | x | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES AND: | : : : | JUDGE FALLON |
| *Payton, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-07628 (E.D. La.) | : | MAG. JUDGE WILKINSON |
| *Gross, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-06690 (E.D. La.) | : : | |
| *Rogers, et al. v. Knauf Gips KG, et al.* Case No. 2:10-cv-00362 (E.D. La.) | : | |
| *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* Case No. 2:11-cv-00252 (E.D. La.) | : : | |
| *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al.* Case No. 11-cv-1363 (E.D. La.) | : : | |
| *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* Case No. 11-cv-2349 (E.D. La.) | : : | |
| *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* Case No. 11-cv-3023 (E.D. La.) | : : | |
| *Vickers, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-04117 (E.D. La.) | : x | |

## EX PARTE MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Pursuant to Local Rule 7.7, the Knauf Defendants respectfully request leave of court to exceed the 25-page limit for their memorandum of law in support of final approval of the Knauf Settlement. The Knauf Defendants' proposed memorandum is attached as Exhibit A and is

60878772.DOCX

being filed pursuant to the Court's Order (1) Setting Consolidated Fairness Hearing, (2) Establishing Coordinated Opt Out, Objection and Briefing Deadlines, and (3) Entering Litigation Stay in Favor of Settling Parties [Rec. Doc. 14566].  The Knauf Defendants need to exceed this Court's 25-page limit to address thoroughly all the issues raised by the motion for final approval of the Knauf Settlement.

New Orleans, Louisiana this 4th day of September, 2012.

Respectfully submitted,

By: /s/ Kyle Spaulding
KERRY J. MILLER (# 24562)
KYLE A. SPAULDING (# 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone:  (504) 599-8194
Facsimile:  (504) 599-8145
Email:  kmiller@frilot.com

- AND -

STEVEN GLICKSTEIN (NY Bar # 1038157)
JAY P. MAYESH (NY Bar # 1081603)
GREGORY J. WALLANCE (NY Bar # 1247337)
ROBERT GRASS (NY BAR # 2501278)
KARIN E. GARVEY (NY BAR # 2997831)
M. TOMAS MURPHY (*of counsel*)
JOSEPH KOHN (*of counsel*)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone:  (212) 836-8485
Facsimile:  (212) 836-6485
Email:  sglickstein@kayescholer.com

Counsel for the Knauf Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 this 4th day of September, 2012.

                                                                                             <u>/s/ Kyle Spaulding</u>