## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x : : MDL NO. 2047 : SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES AND: | : : JUDGE FALLON : |
| *Payton, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-07628 (E.D. La.) | MAG. JUDGE WILKINSON : |
| *Gross, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-06690 (E.D. La.) | : : |
| *Rogers, et al. v. Knauf Gips KG, et al.* Case No. 2:10-cv-00362 (E.D. La.) | : |
| *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* Case No. 2:11-cv-00252 (E.D. La.) | : : |
| *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al.* Case No. 11-cv-1363 (E.D. La.) | : : |
| *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* Case No. 11-cv-2349 (E.D. La.) | : : |
| *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* Case No. 11-cv-3023 (E.D. La.) | : : |
| *Vickers, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-04117 (E.D. La.) | : : x |

## ORDER ON EX PARTE MOTION FOR LEAVE TO EXCEED PAGE LIMITS

60878815.DOCX

2

IT IS ORDERED THAT the Knauf Defendants are granted leave to exceed the 25-page limit in connection with their Memorandum in Support of Final Approval of the Knauf Settlement.

New Orleans, Louisiana this ____ day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE