## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x<br>:<br>:  MDL NO. 2047<br>:<br>:  SECTION:  L |
| THIS DOCUMENT RELATES TO ALL CASES AND: | :<br>:  JUDGE FALLON<br>: |
| *Payton, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-07628 (E.D. La.) | MAG. JUDGE WILKINSON<br>:<br>: |
| *Gross, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-06690 (E.D. La.) | : |
|  | : |
| *Rogers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.) | : |
| *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*<br>Case No. 2:11-cv-00252 (E.D. La.) | :<br>: |
| *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al.*<br>Case No. 11-cv-1363 (E.D. La.) | :<br>: |
| *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-2349 (E.D. La.) | :<br>: |
| *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-3023 (E.D. La.) | :<br>: |
| *Vickers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | :<br>x |

## **NOTICE OF MANUAL ATTACHMENT**

Due to the size and volume of the exhibits to their memorandum of law in support of final approval of the Knauf Settlement, the Knauf Defendants hereby manually submit the following catalog of exhibits directly with the Clerk's Office.

- Exhibit 001    Gypsum Association, *Comments on Imported Chinese Wallboard Issue* (May 7, 2009)

- Exhibit 002    Knauf Plasterboard (Tianjin) Co., Ltd.'s Second Amended Supplemental Response to the Plaintiffs' First Request for Production of Documents Concerning Jurisdictional Issues

- Exhibit 003    Declaration of Mark Norris, *Camposano v. Knauf Gips KG, et al.*, Case No. 10-45796 CA (42) (Fla. Cir. Ct. 2010)

- Exhibit 004    Deposition of Salomon H. Abadi dated Oct. 19, 2009 (excerpted)

- Exhibit 005    Affidavit of Matthew J. Perricone, Ph.D.

- Exhibit 006    Deposition of David N. Gregory dated Sept. 14, 2011 (excerpted)

- Exhibit 007    Deposition of Ann Zhong dated Aug. 12, 2011 (excerpted)

- Exhibit 008    Deposition of Isabel Corinna Knauf dated Dec. 8, 2010 (excerpted)

- Exhibit 009    Deposition of Michael Anthony Robson dated Nov. 17, 2010 (excerpted)

- Exhibit 010    Seifart Trial Tr., vol. VI, afternoon session (June 9, 2010) (excerpted)

- Exhibit 011    Seifart Trial Tr., vol. XIV, afternoon session (June 15, 2010) (excerpted)

- Exhibit 012    Declaration of Martin Stuermer, *Synalovski v. Knauf Plasterboard (Tianjin) Co., Ltd., et al.*, Case No. 10-41716 (Fla. Cir. Ct. 2010)

- Exhibit 013    Deposition of Martin Stuermer dated Oct. 15, 2010 (excerpted)

- Exhibit 014    Deposition of Martin Stuermer dated Aug. 18, 2010 (excerpted)

- Exhibit 015    Deposition of Manfred Norbert Grundke dated Dec. 15, 2010 (excerpted)

- Exhibit 016    Deposition of Jeffrey R. Brisley dated Sept. 27, 2010 (excerpted)
- Exhibit 017    KI0000073 (Sept. 23, 2005 email)
- Exhibit 018    Deposition of Clayton C. Geary and James F. Geary, Sr. dated Feb. 5, 2010 (excerpted)
- Exhibit 019    MDL Distributor Profile Form for InEx
- Exhibit 020    INT/EXT00764-65 (unexecuted drywall contract dated Nov. 4, 2005)
- Exhibit 021    INT/EXT00771-72 (unexecuted drywall contract dated Nov. 4, 2005)
- Exhibit 022    INT/EXT01208-11 (Addendum to Application and Agreement for Documentary Credit for Account of Interior/Exterior Building Supply, L.P.)
- Exhibit 023    INT/EXT00884-86 (Apr. 7, 2006 email)
- Exhibit 024    INT/EXT00814-17 (Application and Agreement for Documentary Credit, dated May 12, 2006)
- Exhibit 025    Deposition of Robert F. Claxton dated Sept. 28, 2010 (excerpted)
- Exhibit 026    KI0000088 (Dec. 9, 2006 email)
- Exhibit 027    INT/EXT000525 (Contract No. EX-USD-20051019)
- Exhibit 028    Deposition of Mark Norris dated Nov. 12, 2010 (excerpted)
- Exhibit 029    L&W-MDL_000143 (under seal)
- Exhibit 030    L&W-MDL_026361 (under seal)
- Exhibit 031    L&W-MDL_026365 (under seal)
- Exhibit 032    L&W-MDL_021483 (under seal)
- Exhibit 033    L&W-MDL_021492 (under seal)
- Exhibit 034    L&W-MDL_002340 (under seal)
- Exhibit 035    L&W-MDL_026367-68 (under seal)
- Exhibit 036    Deposition of Hans Peter Ingenillem, dated July 25, 2010 (excerpted)

- Exhibit 037        Deposition of Martin Stuermer, dated Aug. 19, 2010 (excerpted)
- Exhibit 038        KPT0023640 (Nov. 13, 2006 email)
- Exhibit 039        KPT012285 (Oct. 27, 2006 email)
- Exhibit 040        KPT0023888 (Oct. 31, 2006 email)
- Exhibit 041        KPT0051335-36 (Oct. 30, 2006 email)
- Exhibit 042        KPT0024284 (Nov. 07, 2006 email)
- Exhibit 043        Deposition of Mark P. Norris dated Nov. 11, 2010 (excerpted)
- Exhibit 044        KPT0023650-51 (Nov. 30, 2006 letter)
- Exhibit 045        L&W-MDL_022713-18 (under seal)
- Exhibit 046        L&W-MDL_024462-66 (under seal)
- Exhibit 047        KI0000048-51 (Aug. 16, 2007)
- Exhibit 048        Deposition of Hans-Ulrich Hummel dated June 29, 2011 (excerpted)
- Exhibit 049        BANNER-MDL00007341 (Nov. 13, 2006 letter)
- Exhibit 050        BANNER-MDL00007340-41 (Nov. 14, 2006 email and attachment)
- Exhibit 051        Seifart Trial Tr., vol. XII, afternoon session (June 14, 2010) (excerpted)
- Exhibit 052        CTEH, Summary of Air Sampling Results, at 3 (Nov. 29, 2006)
- Exhibit 053        KPT0074162-67 (Nov. 30, 2006 email to Banner Supply and attachment)
- Exhibit 054        KPT0074168-73 (Nov. 30, 2006 email to WCI Communities and attachment)
- Exhibit 055        KPT0074174-79 (Nov. 30, 2006 email to GL Homes and attachment)
- Exhibit 056        Am. Indus. Hygiene Ass'n, *White Paper on Corrosive Drywall* 5 (Oct. 10, 2010)
- Exhibit 057        Deposition of Michael G. Ward dated Nov. 18, 2011 (excerpted)

- Exhibit 058    Expert Report of Michael G. Ward (Nov. 2011)

- Exhibit 059    Deposition of Martin Halbach dated June 9, 2011 (excerpted)

- Exhibit 060    Deposition of David N. Gregory dated Sept. 13, 2011 (excerpted)

- Exhibit 061    Ward Expert Opinion

- Exhibit 062    Environmental Health & Engineering, *Final Report on an Indoor Environmental Quality Assessment of Residences Containing Chinese Drywall* (Jan. 28, 2010) (parts 1 and 2)

- Exhibit 063    Nat'l Ass'n of Home Builders, *Imported Problematic Drywall: Identification Strategies and Remediation Guidelines* (March 2011)

- Exhibit 064    Deposition of Isabel Corinna Knauf dated Dec. 7, 2010

- Exhibit 065    L&W-MDL_027561-65 (under seal)

- Exhibit 066    L&W-MDL_024353-60 (under seal)

- Exhibit 067    Deposition of Lori A. Streit dated Feb. 12, 2010 (excerpted)

- Exhibit 068    Germano Default Hearing Tr., vol. I, afternoon session (Feb. 19, 2010) (excerpted)

- Exhibit 069    Expert Report of Phillip T. Goad (Dec. 30, 2009)

- Exhibit 070    Hernandez Trial Tr. vol. III, morning session (Mar. 17, 2010) (excerpted)

- Exhibit 071    CTEH, *Knauf Tianjin Plasterboard Evaluation* (January 29, 2009)

- Exhibit 072    Int'l Soc'y of Automation, ISA-S71.04-1985, *Environmental Conditions for Process Measurement and Control Systems: Airborne Contaminants* (1985)

- Exhibit 073    Deposition of Hans Peter Ingenillem dated July 26, 2011 (excerpted)

- Exhibit 074    Order Approving Class Settlement, *Harrell v. S. Kendall Constr. Corp. et al.*, Case No. 2009-08401 CA 42, at 4 (Fla. Cir. Ct. Mar. 4, 2011)

- Exhibit 075  Div. of Envtl. Hazards & Health Effects, Nat'l Ctr. for Envtl. Health, Centers for Disease Control and Prevention, *Summary of State Health Department Reviews of Deaths Reported to and Investigated by the Consumer Product Safety Commission Related to Exposure to Imported Drywall* (Jan. 3, 2011)

- Exhibit 076  Press Release, U.S. Consumer Prod. Safety Comm'n & U.S. Dep't of Housing and Urban Dev., *CPSC Completes Final Studies to Help Affected Homeowners Remediate Problem Drywall* (Sept. 15, 2011)

- Exhibit 077  Nat'l Ctr. for Envtl. Health & Agency for Toxic Substance & Disease Registry, *Imported Drywall and Your Home*

- Exhibit 078  U.S. Consumer Prod. Safety Comm'n, Draft Indoor Air Study (2009)

- Exhibit 079  Fla. Dep't of Health, Div. of Disease Control and Health Protection (May 15, 2009), Frequently Asked Questions

- Exhibit 080  Va. Dep't of Health, Div. of Envtl. Epidemiology, Frequently asked Questions about Drywall Imported from China (Nov. 8, 2010)

- Exhibit 081  Envtl. Health & Engineering, *Problem Drywall Assessment and Indoor Environmental Quality Evaluation 144 Groesbeek Street and 4 Darden Street Fort Bragg, North Carolina* (February 7, 2011 )

- Exhibit 082  Final Judgment Against Banner Supply Co., *Seifart v. Banner Supply Co.*, Case No. 09-38887 CA (42) (Fla. Cir. Ct., Jan. 10, 2011)

- Exhibit 083  U.S. Consumer Prod. Safety Comm'n & U.S. Dep't of Housing and Urban Dev., *Remediation Guidance for Homes with Corrosion from Problem Drywall as of September 15, 2011* (2011)

- Exhibit 084  Affidavit of Nicholas Calcina Howson

- Exhibit 085  KPT0074303-20 (KPT Articles of Association)

- Exhibit 086  Deposition of Ann Zhong, dated Aug. 11, 2011 (excerpted)

- Exhibit 087  Deposition of Ann Zhong, dated Sept. 12, 2011 (excerpted)

- Exhibit 088  Case C-407/08P, *Knauf Gips KG v. Commission* [2010] O J C 234, 5 C.M.L.R. 12 ("*Knauf Gips CJEU*")

- Exhibit 089  Deposition of Philip Marsden dated Nov. 8, 2011 (excerpted)

- Exhibit 090  Affidavit of Professor Joachim Zekoll

New Orleans, Louisiana this 4th day of September, 2012.

Respectfully submitted,


By: Kyle A. Spaulding
KERRY J. MILLER (# 24562)
KYLE A. SPAULDING (# 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

- AND -

STEVEN GLICKSTEIN (NY Bar # 1038157)
JAY P. MAYESH (NY Bar # 1081603)
GREGORY J. WALLANCE (NY Bar # 1247337)
ROBERT GRASS (NY BAR # 2501278)
KARIN E. GARVEY (NY BAR # 2997831)
M. TOMAS MURPHY (*of counsel*)
JOSEPH KOHN (*of counsel*)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Email: sglickstein@kayescholer.com

Counsel for the Knauf Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 this 4th day of September, 2012.

                                                  /s/ Kyle Spaulding