# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES AND: | JUDGE FALLON <br> MAG. JUDGE WILKINSON |
| *Payton, et al. v. Knauf Gips KG, et al.* <br> Case No. 2:09-cv-07628 (E.D. La.) | |
| *Gross, et al. v. Knauf Gips KG, et al.* <br> Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et al. v. Knauf Gips KG, et al.* <br> Case No. 2:10-cv-00362 (E.D. La.) | |
| *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* <br> Case No. 2:11-cv-00252 (E.D. La.) | |
| *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al.* <br> Case No. 11-cv-1363 (E.D. La.) | |
| *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* <br> Case No. 11-cv-2349 (E.D. La.) | |
| *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* <br> Case No. 11-cv-3023 (E.D. La.) | |
| *Vickers, et al. v. Knauf Gips KG, et al.* <br> Case No. 2:09-cv-04117 (E.D. La.) | |

## MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS UNDER SEAL

Pursuant to Pretrial Order 16, the Knauf Defendants respectfully request leave of court to file certain exhibits to their Memorandum of Law in Support of Final Approval of the Knauf

Settlement under seal.  Exhibits 29, 30, 31, 32, 33, 34, 35, 45, 46, 65, and 66 consist of documents that the producing party has designated as confidential under Pretrial Order 16.  The Knauf Defendants, therefore, seek leave of court to file those exhibits under seal.

New Orleans, Louisiana this 4th day of September, 2012.

Respectfully submitted,

By:   Kyle A. Spaulding
KERRY J. MILLER (# 24562)
KYLE A. SPAULDING (# 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone:  (504) 599-8194
Facsimile:  (504) 599-8145
Email:  kmiller@frilot.com

- AND -

STEVEN GLICKSTEIN (NY Bar # 1038157)
JAY P. MAYESH (NY Bar # 1081603)
GREGORY J. WALLANCE (NY Bar # 1247337)
ROBERT GRASS (NY BAR # 2501278)
KARIN E. GARVEY (NY BAR # 2997831)
M. TOMAS MURPHY (*of counsel*)
JOSEPH KOHN (*of counsel*)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone:  (212) 836-8485
Facsimile:  (212) 836-6485
Email:  sglickstein@kayescholer.com

Counsel for the Knauf Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 this 4th day of September, 2012.

                                                    /s/ Kyle Spaulding