**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
|  | x |  |
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
|  | : | SECTION:  L |
| THIS DOCUMENT RELATES TO ALL CASES AND: | : | JUDGE FALLON |
|  | : |  |
| *Payton, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-07628 (E.D. La.) | : | MAG. JUDGE WILKINSON |
| *Gross, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-06690 (E.D. La.) | : |  |
|  | : |  |
| *Rogers, et al. v. Knauf Gips KG, et al.* Case No. 2:10-cv-00362 (E.D. La.) | : |  |
| *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* Case No. 2:11-cv-00252 (E.D. La.) | : |  |
| *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al.* Case No. 11-cv-1363 (E.D. La.) | : |  |
|  | : |  |
| *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* Case No. 11-cv-2349 (E.D. La.) | : |  |
|  | : |  |
| *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* Case No. 11-cv-3023 (E.D. La.) | : |  |
|  | : |  |
| *Vickers, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-04117 (E.D. La.) | : |  |
|  | x |  |

**KNAUF DEFENDANTS' JOINDER IN MOTION OF THE PLAINTIFFS' STEERING
COMMITTEE AND SETTLEMENT CLASS COUNSEL FOR AN ORDER: (1)
CERTIFYING THE INEX, BANNER, KNAUF, L&W, AND GLOBAL SETTLEMENT
CLASSES; AND (2) GRANTING FINAL APPROVAL TO THE INEX, BANNER,
<u>KNAUF, L&W, AND GLOBAL SETTLEMENTS</u>**

60882853.DOCX

For the reasons set forth in their contemporaneously filed memorandum of law in support of final approval of the Knauf Settlement, the Knauf Defendants join the motion of the Plaintiffs' Steering Committee and Settlement Class Counsel for the entry of an Order and Judgment:

(1)     Approving the InEx, Banner, Knauf, L&W, and Global Settlements;

(2)     Certifying the InEx, Banner, Knauf, L&W, and Global Settlement Classes pursuant to Federal Rules 23(a), 23(b)(3) and 23(e);

(3)     Approving the Class Releases in the InEx, Banner, Knauf, L&W, and Global Settlements;

(4)     Enjoining and barring any and all Participating Class Members from commencing and/or maintaining any action, legal or otherwise, against the Settling Defendants arising out of, or otherwise relating to, Chinese Drywall, KPT Chinese Drywall and/or L&W Supplied Chinese Drywall; and

(5)     Barring the assertion by any entity or person against the Settling Defendants of any contribution, indemnification, subrogation, or other claims arising out of the Participating Class Members' claims concerning Chinese Drywall, KPT Chinese Drywall and/or L&W Supplied Chinese Drywall, or the InEx, Banner, Knauf, L&W, or Global Settlements.

Dated:  September 4, 2012                     Respectfully submitted,


                                              By:__Kyle A. Spaulding_____
                                              KERRY J. MILLER (# 24562)
                                              KYLE A. SPAULDING (# 29000)
                                              FRILOT L.L.C.
                                              1100 Poydras Street
                                              Suite 3700
                                              New Orleans, LA 70163

Telephone:  (504) 599-8194
Facsimile:  (504) 599-8145
Email:  kmiller@frilot.com

- AND -

STEVEN GLICKSTEIN (NY Bar # 1038157)
JAY P. MAYESH (NY Bar # 1081603)
GREGORY J. WALLANCE (NY Bar # 1247337)
ROBERT GRASS (NY BAR # 2501278)
KARIN E. GARVEY (NY BAR # 2997831)
M. TOMAS MURPHY (*of counsel*)
JOSEPH KOHN (*of counsel*)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone:  (212) 836-8485
Facsimile:  (212) 836-6485
Email:  sglickstein@kayescholer.com

Counsel for the Knauf Defendants

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 this 4th day of September, 2012.

_/s/ Kyle Spaulding_____

60882853.DOCX