UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION NO. 09-2047<br><br>JUDGE FALLON |
| This Document Relates to:<br>ALL CASES | ) | MAGISTRATE WILKINSON |

### THE NORTH RIVER INSURANCE COMPANY'S EXPERT DESIGNATIONS FOR NOVEMBER 2012 BELLWETHER TRIAL

Pursuant to the Court's Scheduling Order entered on August 2, 2012, The North River Insurance Company respectfully cross-designates the expert witnesses designated by Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC ("Interior Exterior") and identifies the following expert witnesses who will be called to testify at the November 2012 Bellwether trial:

1. Richard T. Kaczkowski of CTL Group;

2. Dr. James Tompkins of Tompkins and Associates;

3. Margaret L. Cunningham, RN, CIH, of United States Risk Management, LLC; and

4. Stephen C. Trauth of United States Risk Management, LLC.

North River further reserves the right to call to testify at trial as an expert witness any other expert witness who may be designated by any party in the bellwether trial.

Respectfully submitted,

By:  /s/ Eric B. Berger
BRIAN S. MARTIN, ESQ.
KEVIN RISLEY, ESQ.
RODRIGO "DIEGO" GARCIA, JR., ESQ.
THOMPSON COE COUSINS & IRONS LLP

- 1 -

Case 2:09-md-02047-EEF-MBN   Document 15754   Filed 09/04/12   Page 2 of 2

<div style="text-align: right;">

One Riverway, Suite 1600  
Houston, Texas 77056  
Phone: (713) 403-8206  
Fax:  (713) 403-8299  
bmartin@thompsoncoe.com

SIDNEY J. ANGELLE, ESQ.,  
La. Bar No. 1002  
ERIC B. BERGER, ESQ.  
La. Bar No. 26196  
LOBMAN CARNAHAN BATT  
   ANGELLE & NADER  
400 Poydras Street, Suite 2300  
New Orleans, Louisiana 70130  
Phone: (504) 586-9292  
Fax:    (504) 586-1290  
sja@lcba-law.com  
ebb@lcba-law.com  
**ATTORNEYS FOR THE NORTH RIVER INSURANCE COMPANY**

</div>

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 4th day of September 2012, the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Leonard A. Davis, Russ M. Hermann, and Stephen J. Herman by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                          */s/  Eric B. Berger*  
                                                          ERIC B. BERGER

- 2 -