IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Case No.09-7628<br>Sean Payton, *et al*, v. Knauf Gips KG, et al., | MAG. JUDGE WILKINSON |

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

Pursuant to Local Rule 83.2.11, Michael J. Ryan, of the firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, counsel of record for Plaintiff Michael Witteveen hereby files this Motion to Withdraw as counsel for Plaintiff Michael Witteveen.

Plaintiff's counsel, the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee have encountered irreconcilable differences with Plaintiff on issues involving the case. Plaintiffs have been provided the opportunity to seek substitution in advance of the filing of this motion, but have not so notified Counsel of any substitution.

WHEREFORE the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee requests this Honorable Court to allow them to withdraw as counsel of record for the Plaintiff Michael Witteveen in the above captioned cases.

Respectfully submitted,

*s/* Michael Ryan
KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL 33301
Phone: (954) 763-8181
FAX (954) 763-8292
pleadings-MJR@krupnicklaw.com
Fla. Bar No. 975990

1

CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5 day of September, 2012. I further certify that the above and foregoing has been served on Plaintiff Michael Witteveen, 102 North 3 Street #201 Lafayette, IN 47901, along with notification of all pending deadlines and court appearances in this litigation, via certified mail, electronic mail (mwitt@tectoncm.com) and regular U.S. Mail.

                                            s/ Michael Ryan
                                            KRUPNICK, CAMPBELL, MALONE,
                                            BUSER, SLAMA, HANCOCK,
                                            LIBERMAN & McKEE, P.A.
                                            12 S.E. 7 Street, Suite 801
                                            Ft. Lauderdale, FL 33301
                                            Phone: (954) 763-8181
                                            FAX (954) 763-8292
                                            pleadings-MJR@krupnicklaw.com
                                            Fla. Bar No. 975990