MINUTE ENTRY
FALLON, J.
SEPTEMBER 4, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephonic hearing was held on this date in the Chambers of Judge Eldon E. Fallon to address Interior Exterior Building Supply, LP's Motion to Compel Regarding 30(b)(6) Notice of Subpoena Directed to New Orleans Area Habitat for Humanity (R. Doc. 15726). The hearing was transcribed by Susan Zielie, Official Court Reporter. Ms. Zielie can be reached at 504-589-7781. Based upon the briefing submitted and arguments raised by the parties at the hearing, the Court provided the parties with guidance on the issues raised by the Motion. Consistent with this guidance, IT IS ORDERED that the present Motion is DENIED AS MOOT, with the right to refile. IT IS FURTHER ORDERED that the parties are to meet-and-confer to resolve the issues raised in the Motion, and thereafter, if any issues remain, contact the Court for further guidance.

JS10(00:30)