**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 4, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | **MDL NO. 2047** |
| **IN RE: CHINESE-MANUFACTURED DRY WALL** | : |  |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION: L** |
|  | : |  |
|  | : | **JUDGE FALLON** |
|  | : | **MAG. JUDGE WILKINSON** |

**THIS DOCUMENT RELATES TO** *Hobbie v. RCR Holdings II, LLC,* **No. 10-1113**

A telephone status conference was held on this date in the Chambers of Judge Eldon Fallon regarding the above-captioned matter. The parties informed the Court that they are currently participating in mediation of the remaining claims in the case and updated the Court on the status of the mediation. The Court finds a subsequent status conference is appropriate; accordingly, IT IS ORDERED that the parties are to meet with the Court following the monthly status conference on September 13, 2012, at 9:00 a.m.



1

JS10(00:20)