**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
|  | x |  |
| IN RE: CHINESE-MANUFACTURED | : |  |
| DRYWALL PRODUCTS LIABILITY | : | MDL NO. 2047 |
| LITIGATION | : |  |
|  |  | SECTION:  L |
| THIS DOCUMENT RELATES TO | : |  |
| ALL CASES AND: | : | JUDGE FALLON |
|  | : |  |
| *Payton, et al. v. Knauf Gips KG, et al.* | : | MAG. JUDGE WILKINSON |
| Case No. 2:09-cv-07628 (E.D. La.) | : |  |
|  |  |  |
| *Gross, et al. v. Knauf Gips KG, et al.* | : |  |
| Case No. 2:09-cv-06690 (E.D. La.) | : |  |
|  | : |  |
| *Rogers, et al. v. Knauf Gips KG, et al.* | : |  |
| Case No. 2:10-cv-00362 (E.D. La.) | : |  |
|  |  |  |
| *Abreu, et al. v. Gebrueder Knauf* | : |  |
| *Verwaltungsgesellschaft KG, et al.* | : |  |
| Case No. 2:11-cv-00252 (E.D. La.) | : |  |
|  |  |  |
| *Block, et al. v. Gebrueder Knauf* | : |  |
| *Verwaltungsgesellschaft, KG et al.* | : |  |
| Case No. 11-cv-1363 (E.D. La.) | : |  |
|  |  |  |
| *Arndt, et al. v. Gebrueder Knauf* | : |  |
| *Verwaltungsgesellschaft, KG, et al.* | : |  |
| Case No. 11-cv-2349 (E.D. La.) | : |  |
|  | : |  |
| *Cassidy, et al. v. Gebrueder Knauf* | : |  |
| *Verwaltungsgesellschaft, KG, et al.* | : |  |
| Case No. 11-cv-3023 (E.D. La.) | : |  |
|  | : |  |
| *Vickers, et al. v. Knauf Gips KG, et al.* | : |  |
| Case No. 2:09-cv-04117 (E.D. La.) | : |  |
|  | : |  |
|  | x |  |

**ORDER ON EX PARTE MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

IT IS ORDERED THAT the Knauf Defendants are granted leave to exceed the 25-page limit in connection with their Memorandum in Support of Final Approval of the Knauf Settlement.

New Orleans, Louisiana this 4th day of September, 2012.

UNITED STATES DISTRICT JUDGE