**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x : : : : | MDL NO. 2047  SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES AND: | : : : | JUDGE FALLON  MAG. JUDGE WILKINSON |
| *Payton, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-07628 (E.D. La.) | : |  |
| *Gross, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-06690 (E.D. La.) | : : |  |
| *Rogers, et al. v. Knauf Gips KG, et al.* Case No. 2:10-cv-00362 (E.D. La.) | : |  |
| *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* Case No. 2:11-cv-00252 (E.D. La.) | : : |  |
| *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al.* Case No. 11-cv-1363 (E.D. La.) | : : |  |
| *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* Case No. 11-cv-2349 (E.D. La.) | : : |  |
| *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* Case No. 11-cv-3023 (E.D. La.) | : : |  |
| *Vickers, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-04117 (E.D. La.) | : : x |  |

**ORDER ON EX PARTE MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS
UNDER SEAL**

2

IT IS ORDERED THAT the Knauf Defendants are granted leave to file certain exhibits 29, 30, 31, 32, 33, 34, 35, 45, 46, 65, and 66 to their Memorandum of Law in Support of Final Approval of the Knauf Settlement under seal.

New Orleans, Louisiana this 4th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE