# EXHIBIT  8

**AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF ORLEANS

      BEFORE ME, the undersigned authority, duly commissioned and qualified in and for the above stated Parish and State, personally came and appeared

**DAWN M. BARRIOS**

who did depose and say:

1.     Affiant has personal knowledge of the facts set forth herein.
2.     Affiant is a member of the Plaintiffs' Steering Committee in In re: Chinese Manufactured Drywall Litigation; MDL 2047.
3.     On January 10, 2012, the Honorable Eldon E. Fallon gave preliminary approval to the Knauf settlement and approved the Notice to be sent to all proposed class members.
4.     On Thursday, January 12, 2012, I prepared and forwarded an email attached hereto as Exhibit A to all the attorneys and paralegals on the attached Exhibit B.

                                                                  Dawn M. Barrios

SWORN AND SUBSCRIBED
BEFORE ME, THIS 30th DAY OF JANUARY, 2012.


_____
NOTARY PUBLIC

**MARIA H. ROMANO**
Notary Public - Orleans Parish, LA
Notary ID No. 12380
Commissioned For Life

# EXHIBIT A

| | |
|---|---|
| **From:** | Dawn Barrios |
| **Sent:** | Thursday, January 12, 2012 3:21 PM |
| **Subject:** | CDW- Notice of Knauf Class Settlement |
| **Attachments:** | CDW-Order Preliminarily Approving Knauf Settlement.pdf; CDW-Notice of Preliminarily Approved Knauf Settlement.pdf |

Counsel,

On January 10, 2012, Judge Eldon E. Fallon preliminarily approved the class action settlement reached between the Chinese drywall Plaintiffs' Steering Committee and Knauf.  The PSC is very proud of and pleased with the settlement.

For details on the settlement please review the documents on the Court's website, http://www.laed.uscourts.gov/drywall/12-21-11.kpt.global.settlement.pdf.  For your convenience, we attach the Orders on Preliminary Approval and Notice.

The Notice of Pendency and Proposed Settlement of Knauf Class Action will be mailed to all class members (state or federal court plaintiffs with a suit filed before December 9, 2010 arising from KPT drywall) and their counsel. As the notice will be sent to your class member clients directly,  we wanted you to be aware in the event your client contacts you about the Notice.

Much will occur in the next 6 months on this settlement.  Please consult the Court's website frequently to monitor the fairness hearing date and other important dates.

The following is a current schedule of important dates:

~The deadline for opt outs and objections is April 6, 2012.

~The Fairness Hearing for the Final Approval is June 20-1, 2012.

If you have any questions, please don't hesitate to call me or any other member of the PSC.

Dawn


Dawn M. Barrios, Esq.

Barrios, Kingsdorf & Casteix, LLP

Suite 3650

701 Poydras Street

New Orleans, LA 70139-3650

504.524.3300 (phone)

504.524-3313 (fax)

www.bkc-law.com

 Please consider the environment before printing this e-mail

# EXHIBIT B

**Contact Group Name:** _ CDW All Plaintiffs Counsel

aalonso@yourlawyer.com; jalphin@stromlaw.com; jeremy@abbrclaw.com; wanderson@cuneolaw.com; sastley@csgrr.com; dbarrett@barrettlawgroup.com ; rrb@rrblawfirm.net; morrisbart@morrisbart.com; sbaudin@pbclawfirm.com; srb@mbfirm.com; becketbec@aol.com; dbecnel@becnellaw.com; cdbecnel@becnellaw.com; darrylbecnel@becnellaw.com; kwbecnel@gmail.com; jeffberniard@laclaim.com; usdcedla@mbfirm.com; Mark@BlumsteinLaw.com; Kimberly@abbrclaw.com; jbruno@jbrunolaw.com; rbudd@baronbudd.com; rburns@torres-law.com; hbushman@harkeclasby.com; bcash@levinlaw.com; ccasper@jameshoyer.com; catlett@attorneys-louisiana.com; lcentola@mbfirm.com; Jchaikin@yourlawyer.com; mchenevert@berriganlaw.net; schristina@becnellaw.com; ccoffin@pbclawfirm.com; fdamicojr@damicolaw.net; cdaste@berriganlaw.net; ldavis@hhkc.com; sbickford@mbfirm.com; gregorydileo@gmail.com; rhd@mbfirm.com; usdcedla@mbfirm.com; jdugan@dugan-lawfirm.com; durkee@rdlawnet.com; jeagan@bellsouth.net; mecuyer@gainsben.com; wandaedwards@fayardlaw.com; felliot@rgelaw.com; nknott@gainsben.com; calvinfayard@fayardlaw.com; ymflaherty@locklaw.com; dgallucci@rodanast.com; rdgary@gmail.com; nlglawfirm@bellsouth.net; kgilman@gilmanpastor.com; jgivner@hlglawyers.com; mglago@glagolawfirm.com; mgoetz@forthepeople.com; ervin@colson.com; bgordon@levinlaw.com; mgreenwald@csgrr.com; lharke@harkeclasby.com; mhausfeld@hausfeldllp.com; rwestenfeld@hhkc.com; sherman@hhkc.com; dinverso@nhlslaw.com; airpino@jrpinolaw.com; jw_jewell@hotmail.com; scott@jbrunolaw.com; rjosefsberg@podhurst.com; a.kanner@kanner-law.com; kingsdorf@bkc-law.com; ian@wolfandpravato.com; wkreger@maklawyers.com; DKreis@awkolaw.com; charlesl@cuneolaw.com; hlambert@lambertandnelson.com; jack@landskronerlaw.com; slane@hhkc.com; bleblanc@baronbudd.com; drew@lgmlegal.com; andrew@lemmonlawfirm.com; htlemmon@bellsouth.net; artlent@hotmail.com; tleopold@leopoldkuvin.com; alevin@lfsblaw.com; dlevin@lfsblaw.com; rlewis@hausfeldllp.com; dlichter@hlglawyers.com; jlitchfield@berriganlaw.net; flonger@lfsblaw.com; dml@lovelacelaw.com; mdl@lumpkinreeves.com; nmarsiglia@berriganlaw.net; gmason@masonlawdc.com; gmeunier@gainsben.com; patrick@colson.com; mmoreland@becnellaw.com; smullins@luckeyandmullins.com; smurray@murray-lawfirm.com; jbnaegele@gmail.com; dnast@rodanast.com; nnazareth@mbfirm.com; irma@lemmonlawfirm.com; NOverholtz@awkolaw.com; mpacella@stromlaw.com; jparker@yourlawyer.com; pwpendley@pbclawfirm.com; dnast@rodanast.com; jpizzirusso@hausfeldllp.com; sraiter@larsonking.com; jrr@lumpkinreeves.com; dreich@reichandbinstock.com; jreise@csgrr.com; jrr@lrlawfirm.com; nrockforte@pbclawfirm.com; srosenthal@podhurst.com; arundlet@podhurst.com; asaucer@baronbudd.com; ryan@scafidellawfirm.com; dscalia@scalialaw.net; jim@swflalawyers.com; cseeger@seegerweiss.com; rserpe@serpefirm.com; rshelquist@locklaw.com; ksher@berriganlaw.net; jshub@seegerweiss.com; wjsingleton@singletonlaw.com; c.stamant@kanner-law.com; bsteckle@baronbudd.com; rick.stimson@comcast.net; petestrom@stromlaw.com; tom@thornhilllawfirm.com; ktorregano@berriganlaw.net; storres@torres-law.com; sweinstein@forthepeople.com; gweiss@leopoldkuvin.com; jwitkin@awkolaw.com; jwoods@gainsben.com; zinbec@aol.com; rmcid@podhurst.com; sem@grossmanroth.com; beth@abbrclaw.com; jcain@hhkc.com; cdunbar@pivachlaw.com; cpeterson@lambertandnelson.com; mduncan@davisduncanlaw.com; pburkhalter@candbllc.com; scott@wolfelaw.com; mmalonelaw@aol.com; amcclelland@jfhumphreys.com; gri@sgclaw.com; Julianne.VanNorman@zimmreed.com; cullens@lawbr.net; selswick@jfhumphreys.com; egibson@hsglawfirm.net; carroll@ingramlawyers.com; Jennifer@ingramlawyers.com; john@hsglawfirm.net; bpanter@panterlaw.com; mcw@wgclawfirm.com; diliberto@attorneys-louisiana.com; kirin@attorneys-louisiana.com; ameyer@forthepeople.com; joe@jbrunolaw.com; jadwyer@plantcitylawyers.com; ljg735@aol.com; rherman@hhkc.com; dbarrios@bkc-law.com; dfolts@bkc-law.com;

mgaughan@lfsblaw.com; ljhymel@hymeldavis.com; mdavis@hymeldavis.com; rthompson@wgclawfirm.com; ed@taylormartino.com; aronfeld@aronfeld.com; hflowers@baronbudd.com; ben_law@bellsouth.net; mik@bermankean.com; eblizzard@blizzardlaw.com; borrellodm@cox.net; georgecrosbygaskell@gmail.com; stephaniep@jbrunolaw.com; across@careydanis.com; creynolds@csgrr.com; jdubreuil@daiglefisse.com; gflattman@dartlaw.com; jjochumnola@gmail.com; rick@rjfernandezlaw.com; scott@gb-lawfirm.com; elisa@7-litagators.com; nlr@gouldcooksey.com; Richard.Gaines@gmlaw.com; info@louisianalegal.com; ksolares@krupnicklaw.com; gerry@lambertandnelson.com; Joey@LazegaLaw.com; jean@paullea.com; tiffany@lemmonlawfirm.com; lestelle@lestellelaw.com; akf@lewis-roberts.com; ebowler@fgmapleslaw.com; ljc@mbfirm.com; lnielsen@dpmlawfirm.com; mcomras@mspcesq.com; eshipman@maklawyers.com; tdepaula@mrsnola.com; MattLundy@olderlundylaw.com; spita@pdfirm.com; booths@pdkhlaw.com; jdonner@podhurst.com; pottsandpotts@bellsouth.net; dacevedo@reichandbinstock.com; roberts@rdlawnet.com; rick@saunderslawyers.com; kevinlandreneau@sealeross.com; egoldberg@seegerweiss.com; msimon@3slaw.com; richardtaylor@taylormartino.com; Pmichon@torres-law.com; michael@vilesandbeckman.com; marcus@vilesandbeckman.com; rsadorf@wspalaw.com; eric@amlbenzene.net; edwvbw@gmail.com; rty@yancelaw.com; connicklaw@gmail.com; jpalmintier@dphf-law.com; mlfondren@hotmail.com; bradkelsky@kelskylaw.com; vaughn@vbwlawfirm.com; andre@abbrclaw.com; dharris@gilmanpastor.com; fcdlaw@aol.com; nfelliot@yahoo.com; gordon.rudd@zimmreed.com; Robert.Hopper@zimmreed.com; jepstein@hhkc.com; Jack@lgmlegal.com; mgray@franklingrayandwhite.com; MMcShane@audetlaw.com; mflannery@careydanis.com; pap@levinlaw.com; pweitz@weitzlux.com; MProctor@levinlaw.com; robbecnel@aol.com; mryan@krupnicklaw.com; rkshelquist@locklaw.com; melnichenko@fdazar.com; trafferty@levinlaw.com; bconnelly@gouldcooksey.com; bshemrock@aronfeld.com; ralaniz@baronbudd.com; dmartin@gainsben.com; amy@lambertandnelson.com; iwarshauer@gainsben.com; wesokyj@fdazar.com; dweltz@stromlaw.com; jtorry@reichandbinstock.com; julie@colson.com; Kevin@hmglawfirm.com; mfishbein@lfsblaw.com; mcwatts@wgclawfirm.com; nmigliaccio@masonlawdc.com; bobh@hmglawfirm.com; sdorger@briskman-binion.com; sch@lewis-roberts.com; twb@lumpkinreeves.com; kasie@taylormartino.com; sgeorge@seegerweiss.com; daniel@westonlawyers.com; Gillespie.allison@prodigy.net; Suarez@rdlawnet.com; billwblaw@bellsouth.net; aecker@gtandslaw.com; drywallgroup@wgclawfirm.com; seth@wolfelaw.com; pennyhg14@gmail.com; zwool@bkc-law.com; jdoyle@DoyleFirm.com; sbruera@blizzardlaw.com; chuckhartz@georgehartz.com; kreddell@baronbudd.com; rcohen@serpefirm.com; sgisleson@hhkc.com; Drod3030@aol.com; dmcmullan@barrettlawgroup.com; PTaylor@barrettlawgroup.com; jvdoyle2@yahoo.com; bbrown@baronbudd.com; TSmith@lfsblaw.com; KDemers-Crowell@ligorilaw.com; sgebhardt@blizzardlaw.com; sak@weissandhandlerpa.com; gc@weissandhandlerpa.com; brian@collinshorsley.com; David@collinshorsley.com; Bonnie@collinshorsley.com; Joebuff@bellsouth.net; jcasselberry@bkc-law.com; dreich@rbfirm.net; laurie@vilesandbeckman.com; jandry@andrylawgroup.com; CSoileau@andrylawgroup.com; jbragg@hymeldavis.com; dborrello@delacroixcorp.com; Natalie@colson.com; jkoon@nhlslaw.com; bblisard@hhkc.com; tmarino@dphf-law.com; agrant@allisongrantpa.com; office@paulsonlaw.net; david@rdb-law.com; palbanis@forthepeople.com; jcrawford@hurricanelegal.com; kmayonhlc@gmail.com; jwilson@lobeckhanson.com; Victor@diazpartners.com; eric@ghwlegal.com; gjohnson@morrisbart.com; malvarez@morrisbart.com; jlee@ellisandged.com; branscombbeavers@att.net; dvanhorn@wgclawfirm.com; sanford@sanfordpllc.com; plea@llajustice.com; nporter@wgclawfirm.com; carol@carolanewmanlawfirm.com; lauren@law-tlg.com; stuart@law-tlg.com; sassoon@law-tlg.com; MDicocco@masonlawdc.com; kahlaw@bellsouth.net; jteaguelaw@bellsouth.net; rhhlaw@bellsouth.net; gevlaw@bellsouth.net; rick@lgmlawgroup.com; khawth@gmail.com; khawthorne@titleplusonline.com; poleary@burdmanlaw.com; sburdman@burdmanlaw.com; kob@obryonlaw.com; mtintake@wgclawfirm.com; ChuckHartz@GeorgeHartz.com; DebbieEwald@GeorgeHartz.com; mark@johnson-law.net; pcarr@carrlawpa.com; cchauvin@boggsloehnrodrigue.com; dan@wbmllp.com; dwilcox@wilcox-law.com; christy@cscpc.net; csc@cscpc.net;