# EXHIBIT  12

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES AND | JUDGE FALLON MAG. JUDGE WILKONSON |
| *Silva, et al. v. Interior Exterior Building Supply, LP, et al.* Case No. 09-08030 (E.D. La.) | |
| *Silva, et al. v. Arch Insurance Company, et al.* Case No. 09-08034 (E.D. La.) | |
| *Payton, et al. v. Knauf Gips, KG, et al.* Case No. 09-07628 (E.D. La.) | |
| *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Case No. 2:10-cv-00361 (E.D. La.) | |
| *Gross, et al. v. Knauf Gips, KG, et al.* Case No. 2:09-cv-6690 (E.D. La.) | |
| *Rogers, et al. v. Knauf Gips, KG, et al.* Case No. 2:10-cv-00362 (E.D. La.) | |
| *Amato, et al. v. Liberty Mutual Ins. Co.* Case No. 2:10-cv-00932 (E.D. La.) | |
| *Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* Case No. 2:11-080 (E.D. La) | |
| *Daniel Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* Case No. 2:11-252 (E.D. La.) | |

## DECLARATION OF BELINDA MACAULEY REGARDING IMPLEMENTATION OF NOTICE PROGRAM IN SETTLEMENT WITH INTERIOR/EXTERIOR BUILDING SUPPLY, L.P.

I, Belinda Macauley, hereby declare as follows:

1.   I am a Vice President of Kinsella Media, LLC ("KM"), an advertising and legal notification firm in Washington, D.C. specializing in the design and implementation of notification programs to reach unidentified putative class members primarily in consumer and antitrust class actions and claimants in bankruptcy and mass tort litigation. My business address is 2120 L Street, NW, Suite 860, Washington, D.C. 20037.   My telephone number is (202) 686-4111.

2.   I have been employed by KM for four and a half years, and have personally managed several of the firm's largest notice programs during that time, including *In re Pharmaceutical Industry Average Wholesale Price Litigation (Track 2 Settlement),* No. CA:01-CV-12257, MDL No. 1456 (D. Mass.), *In re International Air Transportation Surcharge Antitrust Litigation,* No. M:06-cv-01793 (N.D. Cal.), and *In re Black Farmers Discrimination Litigation*, No. 1:08-mc-00511 (D.D.C.).  I am a member of the State Bar of California (inactive) and the District of Columbia Bar.  I submit this Affidavit regarding the implementation of the Notice Program of the Class Settlement with Interior/Exterior Building Supply, LP ("InEx Settlement").

3.   KM was retained by Class Counsel for the InEx Settlement in the *Chinese Drywall Litigation* to implement a Paid Media Program to inform InEx Class Members of the Settlement.

4.   Given that direct notice was expected to reach virtually the entire class, KM determined that only supplemental media would be needed to reach those Class Members who did not receive direct notice.  KM chose media in areas where it is known Class Members are concentrated.  In order to reach those Class Members, KM used local newspapers, a

national newspaper, a regional edition of a national newspaper supplement, and the Internet. The national newspaper was used to provide Class Members who may have moved, or who owned property in the area where the Chinese Drywall was installed, some opportunity to see the Notice.

5.    An Implementation Report for the Paid Media Program is attached as Exhibit 1 and confirms that the Paid Media program was implemented as designed. The report details each print publication and the date and page number upon which the Publication Notice appeared. The report also includes the number of Internet impressions[1] received as part of the Internet banner advertising. The report confirms that KM has received a true and correct copy of the advertisement, or "tearsheet," from each publication.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 30, 2012.

_Belinda Macauley_

_____

Belinda Macauley

---

[1] This is the number of times the ad was shown to Internet visitors.

# EXHIBIT 1

# Notice Program Implementation Report
*In Re: Chinese-Manufactured Drywall Products Liability Litigation*

*InEx Settlement*

MDL NO. 2047



## Paid Media Components

| Print Media | Unit Type/Size | Date Ad(s) Ran | Page # of Ad | Tearsheet Received? |
|---|---|---|---|---|
| **Newspaper(s)** | | | | |
| *Baton Rouge Advocate* | 3 columns x 7 in/cm | 6/20/2011 | 8A | Yes |
| *Birmingham News* | 1/6 Page (4.88" x 7") | 6/20/2011 | 7A | Yes |
| *Data News Weekly* | 1/6 Page (6.3" x 7") | 6/25/2011 | 3 | Yes |
| *Houston Chronicle* | 3 columns x 7 in/cm | 6/20/2011 | A7 | Yes |
| *La Subasta Houston - 4 Zones* | 3 columns x 8 in/cm | 6/20/2011 | 9 | Yes |
| *Mississippi Link (Dupe Outlet)* | 3 columns x 7 in/cm | 6/23/2011 | 9 | Yes |
| *Mobile Press-Register* | 3 columns x 7 in/cm | 6/20/2011 | A7 | Yes |
| *Mobile Press-Register - Sunday* | 3 columns x 7 in/cm | 6/19/2011 | A15 | Yes |
| *New Orleans Times-Picayune* | 3 columns x 7 in/cm | 6/20/2011 | A5 | Yes |
| *Rolling Out Alabama* | 1/3 Page (3.25" x 12.75") | 6/23/2011 | 7 | Yes |
| *Semana (Houston, TX)* | 4 columns x 8 in/cm | 6/23/2011 | 11 | Yes |
| *USA Today (Mon-Thurs)* | 1/6 Page (5.37" x 6.9") | 6/20/2011 | 5A | Yes |
| | | | | |
| **Newspaper Supplement(s)** | | | | |
| *Parade - Regional (Zone 9 & 10) Buy* | 2/5 Page (5.25" x 6.75") | 6/19/2011 | 6 | Yes |

| Online Media | Ad Type/Size | Estimated Impressions | | Ads Ran? |
|---|---|---|---|---|
| **Web** | | | | |
| *24/7 Network* | 728x90 & 300x250 | 23,584,905 | | Confirmed |

## Program Implementation Notes

Data News Weekly ad originally scheduled to run on 6/11 ran on 6/25.