# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br><br>DECLARATION OF ELIZABETH NELSON<br>RE: NOTICE ADMINISTRATION |

**DECLARATION OF ELIZABETH NELSON**

1.  I am a Senior Project Administrator for Rust Consulting, Inc. ("Rust Consulting"), which serves as the class notice administrator for the Settlement Agreement in MDL No. 2047 regarding claims involving Builders, Installers, Suppliers and Participating Insurers Settlement, ("Global Settlement"). I am responsible for supervising the class action administration services provided by Rust Consulting in connection with the Global Settlement. I have personal knowledge of the facts set forth below.

2.  Rust Consulting specializes in class action notification and claims administration, including direct mail notification, published media campaigns, telephone support services, claim processing, and monetary distribution. In its 35-year history, Rust has provided services for more than 3,500 projects and distributed billions of dollars in settlement assets.

3.  Rust Consulting was engaged as Settlement Administrator to, among other things, (a) develop, implement and maintain a settlement website with information about the Global Settlement, allowing the class members to register for future updates in the case and providing them with the ability to download settlement documents; and (b) establish a toll-free number (1-877-418-8087) where class members can hear frequently asked questions regarding

the Global Settlement, register for future updates in the case, and speak to a customer service representative or leave a message.

4. **Website.** On June 26, 2012, corresponding with the mail date of the notice, the www.chinesedrywallclass.com was activated. This website, in both English and Spanish, provides general information about the Global Settlement; provides answers to frequently asked questions; provides photos of Chinese drywall and allows Class Members to register for future updates in this case. It also allows users to view and download the Settlement Agreement, the Preliminary Approval Order and the Long Form Notice. As of August 28, 2012, there have been 257,164 unique visitors to the website and of these 1,762 have registered for future updates in this case.

5. Toll-Free Number. On July 16, 2012, corresponding with the date of the publication, Rust Consulting established a dedicated toll-free telephone number at 1-877-418-8087, in both English and Spanish, with an interactive voice response system containing an approved, scripted Settlement summary. The automated system allows callers to select from several pre-recorded frequently asked questions to obtain settlement information, to register for future updates and/or to speak to a customer service representative. As of August 28, 2012, Rust Consulting has received 4,100 calls to the toll-free number of which 1,242 have registered to receive future updates in the case.

Customer Service Representatives were provided scripted questions and answers to ensure consistent responses. All unscripted questions were logged and given to Settlement Class Counsel to address. As of August 24, 2012, due to the dwindling number of callers after all publications of the Global Settlement Class Notice had run, a messaging system was instituted to allow callers the option to leave a message with their question. These messages are

transcribed and given to Settlement Class Counsel to address. As of August 28, 2012 a total of 86 requests from class members have been forwarded to Settlement Class Counsel.

The automated call system is scheduled to operate throughout the remainder of the notice and opt-out period.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of August, 2012 in Faribault, Minnesota.

*[signature]*

Elizabeth Nelson, Senior Project Administrator