IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Case No.09-7628 Sean Payton, et al, v. Knauf Gips KG, et al., | MAG. JUDGE WILKINSON |
| Case No.09-06690 Gross et al v. Knauf Gips KG | |
| Case No. 11-01077 Haya et al v. Taishan Gypsum Co.Ltd. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER GRANTING KRUPNICK CAMPBELL MALONE ET AL MOTION TO WITHDRAW AS COUNSEL FOR DOLORES FLORIO, JOYCE GOTTUNG and ESTATE OF DOUGLAS GOTTUNG

Considering the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiff DOLORES FLORIO, JOYCE GOTTUNG and ESTATE OF DOUGLAS GOTTUNG and the Court having considered the Motion and Supporting Memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiffs DOLORES FLORIO, JOYCE GOTTUNG and ESTATE OF DOUGLAS GOTTUNG is GRANTED and that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee are discharged from any further obligation and relieved of any further appearance in these cases on behalf of DOLORES FLORIO, JOYCE GOTTUNG and ESTATE OF DOUGLAS GOTTUNG. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiff Dolores Florio at 12151 SW Lockhaven Court, Port St Lucie, FL 34987 and Joyce Gottung and Estate of Douglas

Gottung, 1313 Central Avenue, Surf City, New Jersey 08008.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____<br>
Eldon E. Fallon<br>
United States District Court Judge