IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED ) <br> DRYWALL PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Case No.09-7628 ) <br> Sean Payton, *et al*, v. Knauf Gips KG, et al., ) <br> ) <br> Case No. 09-06690 ) <br> Gross et al v. Knauf Gips KG et al ) | MDL NO. 2047 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING KRUPNICK CAMPBELL MALONE ET AL MOTION TO WITHDRAW AS COUNSEL FOR MICHAEL & ENNY CANNESTRO

Considering the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiffs **MICHAEL & ENNY CANNESTRO** and the Court having considered the Motion and Supporting Memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiff **MICHAEL & ENNY CANNESTRO** is GRANTED and that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee are discharged from any further obligation and relieved of any further appearance in these cases on behalf of **MICHAEL & ENNY CANNESTRO**. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiff Michael & Enny Cannestro, 17893 71st Lane North, Loxahatchee, FL 33473.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge