IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | |
| Case No.09-7628 <br> Sean Payton, *et al*, v. Knauf Gips KG, et al., | |
| Case No.09-06690 <br> Gross et al v. Knauf Gips KG | |
| Case No.11-01077 <br> Haya et al v. Taishan Gypsum Co. Ltd | |

*******************************************

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

Pursuant to Local Rule 83.2.11, Michael J. Ryan, of the firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, counsel of record for Plaintiffs Edgar and Rita Alford hereby files this Motion to Withdraw as counsel for Plaintiffs Edgar and Rita Alford.

Plaintiff's counsel, the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee has encountered irreconcilable differences with Plaintiffs on issues involving the case. Plaintiff has been provided the opportunity to seek substitution in advance of the filing of this motion, but has not so notified Counsel of any substitution.

WHEREFORE the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee request this Honorable Court to allow them to withdraw as counsel of record for the Plaintiffs Edgar and Rita Alford in the above captioned cases.

Respectfully submitted,

s/ Michael J. Ryan
KRUPNICK, CAMPBELL, MALONE,

1

> BUSER, SLAMA, HANCOCK,
> LIBERMAN & McKEE, P.A.
> 12 S.E. 7 Street, Suite 801
> Ft. Lauderdale, FL 33301
> Phone: (954) 763-8181
> FAX (954) 763-8292
> pleadings-MJR@krupnicklaw.com
> Fla. Bar No. 975990

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6 day of September, 2012. I further certify that the above and foregoing has been served on Plaintiff Edgar and Rita Alford, 2104 Sifield Greens Way, Sun City Center, FL 33573, along with notification of all pending deadlines and court appearances in this litigation, via certified and regular U.S. mail.

> s/ Michael J. Ryan
> KRUPNICK, CAMPBELL, MALONE,
> BUSER, SLAMA, HANCOCK,
> LIBERMAN & McKEE, P.A.
> 12 S.E. 7 Street, Suite 801
> Ft. Lauderdale, FL 33301
> Phone: (954) 763-8181
> FAX (954) 763-8292
> pleadings-MJR@krupnicklaw.com
> Fla. Bar No. 975990

2