## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED )
DRYWALL PRODUCTS LIABILITY )        MDL NO. 2047
LITIGATION )
                                   )        SECTION L
THIS DOCUMENT RELATES TO: )
                                   )        JUDGE FALLON
Complaint 1 & 3 )
Case No.09-7628 )
Sean Payton, *et al,* v. Knauf Gips KG, et al., )    MAG. JUDGE WILKINSON
                                   )
Case No.09-06690 )
Gross et al v. Knauf Gips KG )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING KRUPNICK CAMPBELL MALONE ET AL MOTION
### TO WITHDRAW AS COUNSEL FOR PAMELA DELPAPA

Considering the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiff Pamela Delpapa and the Court having considered the Motion and Supporting Memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiff Pamela Delpapa is GRANTED and that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee is discharged from any further obligation and relieved of any further appearance in these cases on behalf of Pamela Delpapa. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiff Pamela Delpapa, 810 Juno Ocean Walk #403B, Juno Beach, FL 33410.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge