# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Case No. 11-02349<br>Arndt v. Gebrueder Knauf<br>Verwaltungsgesellschaft, KG et al | MAG. JUDGE WILKINSON |

*******************************************

## ORDER GRANTING KRUPNICK CAMPBELL MALONE ET AL MOTION TO WITHDRAW AS COUNSEL FOR MORDI KISLASI

Considering the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiff **MORDI KISLASI** and the Court having considered the Motion and Supporting Memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiff **MORDI KISLASI** is GRANTED and that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee are discharged from any further obligation and relieved of any further appearance in these cases on behalf of **MORDI KISLASI**. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiff Mordi Kislasi, 21 SE 3 Avenue, Hallandale Beach, FL 33009.

New Orleans, Louisiana, this _____ day of _____, 2012.

Eldon E. Fallon
United States District Court Judge