IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO: ) ) | JUDGE FALLON |
| Case No. 11-02349 ) Arndt v. Gebrueder Knauf ) Verwaltungsgesellschaft, KG et al | MAG. JUDGE WILKINSON |

******************************************

## ORDER GRANTING KRUPNICK CAMPBELL MALONE ET AL MOTION TO WITHDRAW AS COUNSEL FOR DEREK OLNESS

Considering the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiff **DEREK OLNESS** and the Court having considered the Motion and Supporting Memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiff **DEREK OLNESS** is GRANTED and that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee are discharged from any further obligation and relieved of any further appearance in these cases on behalf of **DEREK OLNESS**. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiff Derek Olness, 3212 NE 4 Street, Pompano Beach, FL 33062.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge