# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| *Payton, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-07628 (E.D. La.) | |
| *Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.) | |
| *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 2:11-cv-00252 (E.D. La.) | |
| *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-1363 (E.D. La.) | |
| *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-2349 (E.D. La.) | |
| *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-3023 (E.D. La.) | |
| *Vickers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | |

# O R D E R

Considering the Motion for Leave to File Reply to Individual Plaintiffs' Opposition to Plaintiffs' Steering Committee's and Settlement Class Counsel's Motion for Leave to File Disqualification Motion, With Supporting Memorandum and Exhibits, Under Seal;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee's and Settlement

2

Class Counsel's Motion for Leave to File Reply to Plaintiffs' Steering Committee's and Settlement Class Counsel's Motion for Disqualification Motion, With Supporting Memorandum and Exhibits, Under Seal, be and is hereby granted and the attached Reply is to be filed into the record.

New Orleans, Louisiana, this 4th day of September, 2012.

_____
Eldon E. Fallon
United States District Court Judge