## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------------x
IN RE:  CHINESE-MANUFACTURED : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY : SECTION:  L
LITIGATION :
 :
------------------------------------------------------------------x
THIS DOCUMENT RELATES TO: : JUDGE FALLON
ALL CASES AND : MAG. JUDGE WILKINSON
 :
*Payton, et al. v. Knauf Gips KG, et al.* :
Case No. 2:09-cv-07628 (E.D. La.) :
 :
*Gross, et al. v. Knauf Gips KG, et al.* :
Case No. 2:09-cv-06690 (E.D. La.) :
 :
*Rogers, et al. v. Knauf Gips KG, et al.* :
Case No. 2:10-cv-00362 (E.D. La.) :
 :
*Abreu, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 2:11-cv-00252 (E.D. La.) :
 :
*Block, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 11-cv-1363 (E.D. La.) :
 :
*Arndt, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 11-cv-2349 (E.D. La.) :
 :
*Cassidy, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 11-cv-3023 (E.D. La.) :
 :
*Vickers, et al. v. Knauf Gips KG, et al.* :
Case No. 2:09-cv-04117 (E.D. La.) :
------------------------------------------------------------------x

**ORDER ON EX PARTE MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS TO THE AMENDED SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST THE KNAUF DEFENDANTS IN MDL NO. 2047 UNDER SEAL**

IT IS ORDERED THAT the Parties are granted leave to file exhibits D and H to the Amended Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 under seal.

New Orleans, Louisiana this 4th day of September, 2012.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE