UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------------x
IN RE:  CHINESE-MANUFACTURED                :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY                  :   SECTION:  L
LITIGATION                                  :
                                            :
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:                   :   JUDGE FALLON
ALL CASES AND                               :   MAG. JUDGE WILKINSON
                                            :
Payton, et al. v. Knauf Gips KG, et al.     :
Case No. 2:09-cv-07628 (E.D. La.)           :
                                            :
Gross, et al. v. Knauf Gips KG, et al.      :
Case No. 2:09-cv-06690 (E.D. La.)           :
                                            :
Rogers, et al. v. Knauf Gips KG, et al.     :
Case No. 2:10-cv-00362 (E.D. La.)           :
                                            :
Abreu, et al. v. Gebrueder Knauf            :
Verwaltungsgesellschaft KG, et al.          :
Case No. 2:11-cv-00252 (E.D. La.)           :
                                            :
Block, et al. v. Gebrueder Knauf            :
Verwaltungsgesellschaft KG, et al.          :
Case No. 11-cv-1363 (E.D. La.)              :
                                            :
Arndt, et al. v. Gebrueder Knauf            :
Verwaltungsgesellschaft KG, et al.          :
Case No. 11-cv-2349 (E.D. La.)              :
                                            :
Cassidy, et al. v. Gebrueder Knauf          :
Verwaltungsgesellschaft KG, et al.          :
Case No. 11-cv-3023 (E.D. La.)              :
                                            :
Vickers, et al. v. Knauf Gips KG, et al.    :
Case No. 2:09-cv-04117 (E.D. La.)           :
-----------------------------------------------------------------x
```

**ORDER**

Considering the Joint Motion to Substitute Amended Settlement Agreement Regarding

Claims Against the Knauf Defendants in MDL No. 2047 ("Joint Motion");

IT IS ORDERED THAT Exhibit A to the Joint Motion for an Order: (1) Preliminarily Approving the Knauf Settlement; (2) Conditionally Certifying a Settlement Class; (3) Issuing Class Notice; (4) Scheduling a Fairness Hearing; and (5) Staying Claims Against the Knauf Defendants [Rec. Doc. 12061-5], be substituted with the Amended Exhibit A and the amended exhibits attached to the Joint Motion.

IT IS FURTHER ORDERED THAT the prior Preliminary Approval of the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 [Rec. Doc. 12138] is equally applicable to the Amended Agreement, and the Court preliminarily approves the Amended Agreement.

IT IS FURTHER ORDERED THAT the Amended Agreement shall be posted on the Court's website.

New Orleans, this __4th__ day of September, 2012.

_____
Eldon E. Fallon
United States District Judge