# EXHIBIT C-1

Case 2:09-md-02047-EEF-JCW   Document 12061-10   Filed 12/20/11   Page 2 of 45

**Drywall**

**Indicia**

**Guide**

**KPT CHINESE Drywall**

| | | | |
|---|---|---|---|
| # 1 | Knauf Plasterboard (Tianjin) Ltd. | page | 3 - 4 |

## NON-KPT CHINESE DRYWALL

| | | | |
|---|---|---|---|
| # 2 | Crescent City | page | 5 |
| # 3 | Taihe | page | 6 |
| # 4 | Taishan | page | 7 - 8 |
| # 5 | Venture Supply | page | 9 |
| # 6 | BNBM | page | 10 |
| # 7 | C&K | page | 11 |
| # 8 | Dragon Brand | page | 12 |
| # 9 | IMG | page | 13 |
| # 10 | Bedrock Gypsum | page | 14 |
| # 11 | IMT | page | 15 |
| # 12 | ProWall Inc. | page | 16 |
| # 13 | KNAUF MADE IN GERMANY – Counterfeit Board | page | 17 |
| # 14 | LAFARGE MADE IN GERMANY – Counterfeit Board | page | 18 |
| # 15 | Unknown Chinese Manufacturer 1 | page | 19 |
| # 16 | Unknown Chinese Manufacturer 2 | page | 20 |
| # 17 | Unknown Chinese Manufacturer 3 | page | 21 |

## NON-REACTIVE DRYWALL

| | | | |
|---|---|---|---|
| # 18 | National Gypsum | page | 22 |
| # 19 | American Gypsum | page | 23 - 25 |
| # 20 | CertainTeed/ProRoc | page | 26 - 27 |
| # 21 | Georgia Pacific | page | 28 - 29 |
| # 22 | Lafarge | page | 30 - 31 |
| # 23 | NORGIPS USA Inc. | page | 32 |
| # 24 | Panel Rey | page | 33 |
| # 25 | USG | page | 34 - 35 |
| # 26 | PT Knauf Gypsum Indonesia Ltd. | page | 36 |
| # 27 | Guangdong Knauf New Building Material Products Co. Ltd. | page | 37 |
| # 28 | Knauf Plasterboard (Wuhu) Co. Ltd. | page | 38 |
| # 29 | Knauf do Brasil Ltd. | page | 39 |
| # 30 | Knauf Gips KG | page | 40 |
| # 31 | James Hardie | page | 41 |
| # 32 | Federal Gypsum Company | page | 42 |
| # 33 | Temple Inland | page | 43 |
| # 34 | Flintcote Company | page | 44 |

Case 2:09-md-02047-EEF-JCW Document 12064-10 Filed 12/20/11 Page 4 of 45

## KPT CHINESE DRYWALL

### # 1    Knauf Plasterboard (Tianjin) Ltd.

1 of 2

### Reactive KPT Chinese Drywall

**M1:**

Label:



Marking:        **KNAUF – TIANJIN CHINA – ASTM C36**

Printing Type:   BLUE – DOUBLE – DOT

Requirements:  Indicia photos must clearly indicate the presence of KPT drywall by displaying the full marking or distinctive parts such as "KNAUF-" and/or "TIANJIN CHINA" in blue-double-dot printing.

Please note that photos only displaying "KNAUF", "ASTM C36" or parts of it are not a unique indicia for KPT and therefore insufficient.

### Non - reactive KPT Chinese Drywall (subject to Section 4.9 of the Settlement   Agreement)

**M 2:**

Label:



Marking:        **KNAUF – TianJin, China – ASTM C36 -  [DATE]  [TIME]**

Printing Type:   BLUE – DOUBLE – DOT

Requirements:  Photo must allow unique identification of KPT drywall by displaying the full marking or distinctive parts such as "KNAUF-" and/or "TianJin, CHINA" in blue-double-dot printing.

Please note that photos only displaying "KNAUF", "ASTM C36" or parts of it are not a unique indicia for KPT and therefore insufficient.

Case 2:09-md-02047-EEF-JCW Document 15787-4 Filed 09/07/12 Page 5 of 45


**KPT CHINESE DRYWALL**

# # 1    Knauf Plasterboard (Tianjin) Ltd.                 2 of 2

## Insufficient Indicia for KPT

Edge Tape:     Blue – Yellow

Label:



Marking:       " KNAUF    CERTIFIED TO ISO 9001    KNAUF    STANDARD BOARD "

Note:          The blue-yellow edge tape is also used by other Knauf companies, see Guangdong Knauf New Building Material Products Co. Ltd (# 27, p. 36), and therefore an insufficient indicia for KPT. Please provide a photo either of the marking M1 or M2 as stated above.

---

Front marking:  " K "

Label:



Note:          The label "K" on the front side of the drywall sheet is used by most Knauf companies and therefore insufficient indicia for KPT. Please provide a photo either of the marking M1 or M2 of the back side of the board as stated above.

**NON – KPT CHINESE DRYWALL**

## # 2    Crescent City

**Marking:**

Label:



Marking:    **Made in China Crescent City Gypsum**

Printing Type:   black letters

## NON – KPT CHINESE DRYWALL

# # 3   Taihe

**Marking:**

Label:





Marking:        **MADE IN CHINA, MEETS OR EXCEEDS ASTM C1396 04 STANDARD**

Printing Type:  black letters

---

Edge Tape:      White – Blue – Green

Label





Marking:        " Taihe "   +   white triangle in red circle   +   [chinese symbols]

 **NON – KPT CHINESE DRYWALL**

### # 4   Taishan

---

**M 1:**

Label:



Marking:        **4feetX12feetX1/2inch        DrYwall        [DATE] [TIME]**

Printing Type:  black letters

---

**M 2:**

Label:



Marking:        **TAIAN  TAISHAN**

Printing Type:  black letters

---

**M 3:**        **Drywall  4feetx12feetx1/2inch**

Label:



Marking:        **Drywall  4feetx12feetx1/2inch**

Printing Type:  black letters

**# 4    Taishan**

**M 4:**

Label:



Marking:        **DRYWALL  4feet*12feet*1/2inch**

Printing Type:   black letters

Edge Tape:      White – Glossy  (<u>Material:</u> plastic)

Label:



Marking:        no marking on edge tape

**NON – KPT CHINESE DRYWALL**

### # 5    Venture Supply

---

**M 1:**

Label:



Marking:    **VENTURE SUPPLY INC.**  MFG TAJHE CHINA

Printing Type:    black letters

---

**M 2:**

Label:



Marking:    **VENTURE SUPPLY INC.**  MFG TAIHE CHINA

Printing Type:    black letters

**NON – KPT CHINESE DRYWALL**

### # 6   BNBM

**M 1:**

Label:



Marking:   **BEIJING NEW BUILDING MATERIALS CO LTD.**

Printing Type:   Blue letters,  framed

**M 2:**

Label:



Marking:   **BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY Beijing, China ASTM 1396-04  [DATE]  [TIME]**

Printing Type:   black letters

**NON – KPT CHINESE DRYWALL**

**# 7   C & K**

---

**Marking:**

Label



Marking:        **C&K GYPSUM BOARD ASTM C 1396 MADE IN CHINA**

Printing Type:  black letters

---

Edge Tape:      Blue – Grey – White

Label:





Marking:        " C&K "   +   [Chinese symbol]

**NON – KPT CHINESE DRYWALL**

# # 8    Dragon Brand

**Marking:**

Label:



Marking:    **DRAGON BRAND DRYWALL PER ½" 4`X12`ASTM C 1396  MADE IN CHINA    [TIME] [DATE]**

Printing Type:    black letters

Edge Tape:    Light – Dark Blue – White

Label:



Marking:    " DRYWALL "

## NON – KPT CHINESE DRYWALL

### # 9   IMG

**Marking:**

Label:



Marking:   **IMG ASTM C 1396**   Made in CHINA [DATE]

Printing Type:   black letters

Edge Tape:   Blue – White

Label:



Marking:   n/a

**NON – KPT CHINESE DRYWALL**

**# 10   Bedrock Gypsum**

| | |
|---|---|
| Edge Tape: | Yellow – Black – White |
| Label: |  |
| Marking: | Bedrock Gypsum$^{TM}$ Manufactured to ASTM C 1396 388 Market Street 4th Floor, San Francisco CA 94111 Made in China |

**NON – KPT CHINESE DRYWALL**

# 11   IMT

**Marking:**

Label:



Marking: **MADE IN CHINA IMTGYPSUM.COM ASTM C 1396**

Printing Type: black letters

**NON – KPT CHINESE DRYWALL**

## # 12   Pro Wall Inc.

Marking:

Label:



Marking:          **MADE IN CHINA MEETS ASTM C36/C1396 STANDARD**

Printing Type:   black letters

Edge Tape:       White – Blue – Yellow

Label:



Marking:          " ½" x 12`TE     ProWall "

NON – KPT
CHINESE
DRYWALL

# # 13   KNAUF MADE IN GERMANY

## COUNTERFEIT BOARD

**M 1:**

Label:



Marking:     GYPSUM WALLBOARD [DATE] [TIME]  -96-  MADE IN   GERMANY BY   **KNAUF**
             MADE TO ASTM C36              ½" THICK          FDG GYPSUM

Printing Type:   blue – single – dot   **and**   blue – double – dot

Note:   This marking is apparently a counterfeit board and has not been
produced by any Knauf company

" FDG " is the wrong shortcut of flue gas desulflurization

**Correct:  FGD**

---

**M 2:**

Label:



Marking:     **[DATE]     MADE IN GERMANY**

Printing Type:   black letters

Note:     Printing " MADE IN GERMANY "  **and**  [DATE] (Month/Day/Year) is no
typical marking for any German company

**NON – KPT CHINESE DRYWALL**

## # 14   LAFARGE MADE IN GERMANY

**Marking:**

Label:



| | |
|---|---|
| Marking: | **LAFARGE   [DATE]  [TIME]            GER 1     ASTM C36** |
| | **MADE IN GERMANY** |
| Printing Type: | black letters |
| Note: | This is assumingly a counterfeit board produced in China |
| | Printing " MADE IN GERMANY "  **and**  [DATE] (Month/Day/Year) is no typical marking for any German company |

**NON – KPT CHINESE DRYWALL**

## # 15   Unknown Chinese Manufacturer 1

**Marking:**

Label:



Marking:         **[DATE]  J  [TIME]  1   MEETS ASTM C36**

Printing Type:  black letters

Note:         Unknown Chinese Manufacturer

**NON – KPT CHINESE DRYWALL**

# # 16   Unknown Chinese Manufacturer 2

**Marking:**

Label:





Marking:      **Manufactured to Conform to ASTM Standard C36**

**4 x 12 x 1/2          MADE IN CHINA**

Printing Type:   black letters

Note:          Unknown Chinese Manufacturer

**NON – KPT CHINESE DRYWALL**

# # 17   Unknown Chinese Manufacturer 3

**Marking:**

Label:



Marking:        **MADE IN CHINA ASTM C 1396**

Printing Type:  black letters

Note:           Unknown Chinese Manufacturer



**# 18   National Gypsum**

NON REACTIVE DRYWALL

**M 1:**

Label:

Marking:        **National Gypsum company**

Printing Type:  black letters

---

**M 2:**

Label:



Marking:        **GridMarX ™ Patent Product**
**National Gypsum Properties**
**PRODUCT  INFO  @  www.gridmarx.com**

Printing Type:  black letters

---

Edge Tape:      White – Black – Yellow

Label:



Marking:        (12,7 x 3658mm)        National Gypsum Company  Charlotte, NC 28211

**NON REACTIVE DRYWALL**

**# 19   American Gypsum**                                    1 of 3

**M 1:**

Label:



Marking:        **ARMENDARTZ  [TIME]**

Printing Type:  black letters

**M 2:**

Label:



Marking:        **UNDERWRITER LABORATORIES INC.  [DATE]**
                **[NAME, eg. C. Stone]**

Printing Type:  black letters

Note:           There are different varieties of the marking behind [DATE]

NON REACTIVE DRYWALL

**# 19  American Gypsum**

2 of 3

**M 3:**

Label:



Marking:     **Gypsum Board F-3724 FIRE RESISTANCE CLASSIFICATION SEE UL FIRE RESISTANCE DIRECTORY R14169**

Printing Type:   blue – single – dot

---

Edge Tape:   Blue – White – Red

Label:



**M 1:**     AMERICAN GYPSUM, ALBUQUERQUE, NM

Label:



**M 2:**     MANUFACTURED TO MEET ASTM C1396 AND C36

**NON REACTIVE DRYWALL**

**# 19   American Gypsum**

| | |
|---|---|
| Edge Tape: | White – Purple |

Label:



**M 1:**   AMERICAN GYPSUM, INTERIOR CEILING BOARD  Panel de techo para interiors

Label:



**M 2:**   MANUFACTURED BY AMERICAN GYPSUM, DALLAS, TX

p. 25

Case 2:09-md-02047-EEF-MBN   Document 15787-4   Filed 09/07/12   Page 27 of 45

**NON REACTIVE DRYWALL**

## # 20   CertainTeed / ProRoc

---

**Marking:**

Label:





Marking:   **GYPSUM BOARD ISSUE NO. F-3600 FIRE RESISTANCE CLASSIFICATION SEE UL PRODUCTS CERTIFIED FOR CANADA DIRECTORY AND FIRE RESISTANCE DIRECTORY R3660**

**MADE IN USA ASTM 1396 & C36  CAN/CSA**

Printing Type:   black letters

---

Edge Tape:   Black – Blue

Label:



Marking:     CertainTeed     ProRoc      REGULAR GYPSUM BOARD

# 20  CertainTeed / ProRoc

**NON REACTIVE DRYWALL**

| Edge Tape: | White with Red letters |
|---|---|
| Label: |  |
| Marking: | ProRoc   PANEL DE YESO TIPO X |

NON REACTIVE DRYWALL

# 21  Georgia Pacific

1 of 2

**M 1:**

Label:



Marking:  **GP DENSGLASS ULTRA**

Printing Type:  black letters

**M 2:**

Label:



Marking:  **[DATE]  IN1B  [TIME]  GP TR: CERTIFIED 96% RECYCLED**

Printing Type:  black letters

**M 3:**

Label:



Marking:  **DENS SHIELD TILE BACKER  [DATE]**

Printing Type:  black letters

**NON REACTIVE DRYWALL**

# # 21  Georgia Pacific

**M 4:**

Label:



Marking:        **[DATE] / TX1   08**

Printing Type:  black letters

---

Edge Tape:   Black – White – Red

Label:

Marking:     TOUGHROCK

**NON REACTIVE DRYWALL**

**# 22  Lafarge**

1 of 2

**M 1:**

Label:



Marking:        LABORATORIES INC. GYPSUM BOARD FIRE RESISTANCE
DIRECTORY IN WIDE TYPE LGC6A

Printing Type:  black letters

**M 2:**

Label:



Marking:        [DATE]        PALATKA, FL          [TIME]

Printing Type:  black letters

NON REACTIVE DRYWALL

# 22  Lafarge

**M 3:**

Label:



Marking:         [TIME]   [COLOUR]   TEAM

Printing Type:   black letters

Note:            [Colour] could be WHITE, YELLOW, BLUE or RED

Edge Tape:       white

Label:



Marking:         LAFARGE    Manufactured by Lafarge North America Inc.

Fabricado por Lafarge North America Inc.

**NON REACTIVE DRYWALL**

**# 23   NORGIPS Inc.**

**M 1:**

Label:



Marking:    NORGIPS USA INC. GYPSUM WALLBOARD THICKNESS ½"

Printing Type:  blue letters

**M 2:**

Label:



Marking:    MADE IN POLAND OPOLEN

Printing Type:  blue letters

**NON REACTIVE DRYWALL**

## # 24   Panel Rey

**M 1:**

Label:



Marking:        PANEL REY 2

Printing Type:  black letters

**M 2:**

Label:





Marking:        ½"X12´ REG   [TIME]   [DATE]

Printing Type:  black letters

Edge Tape:      White - Blue

Label:



Marking:        Hecho en Mèxico por PANEL REY S.A., Hidalgo

**NON REACTIVE DRYWALL**

# 25   USG

**M 1:**

Label:





Marking:       100 % RECYCLED PAPER SINCE 1967

Printing Type:   black letters

**M 2:**

Label:



Marking:       GYPSUM BOARD

Printing Type:   black letters,  framed

**NON REACTIVE DRYWALL**

# 25   USG

2 of 2

| | |
|---|---|
| Edge Tape: | White – Blue |
| Label: | |



**M 1:**     USG SHEETROCK  Brand     Interior Ceiling Panel  Sag-Resistant

Label:



**M 2:**     United States Gypsum Company
125 South Franklin Street, Chicago, IL 60606
A Subsidiary of USG Corporation

| | |
|---|---|
| Edge Tape: | White – Yellow – Green |
| Label: | |



**Marking:**     United States Gypsum Company
125 South Franklin Street, Chicago, IL 60606
A Subsidiary of USG Corporation

NON REACTIVE DRYWALL

# # 26   PT Knauf Gypsum Indonesia Ltd.

**M 1:**

Label:





Marking:     **KNAUF –**   PLASTERBOARD 48  STD  12,5x1220x3660 mm TE
NATURAL  GYPSUM     [DATE]  ASTM C36

Printing Type:   blue letters

Note:   plant number:  48

Edge Tape:   Grey – Blue

Label:



Marking:   STANDARD BOARD       KNAUF

**NON REACTIVE DRYWALL**

## # 27   Guangdong Knauf New Building Material Products Co. Ltd.

**M 1:**

Label:



Marking:        Dongguan China ASTM C 36

Printing Type:  blue – single – dot

**M 2:**

Label:



Marking:        plant number:  38

Printing Type:  blue – single – dot

Edge Tape:      Blue – Yellow

Label:



Marking:        " KNAUF    CERTIFIED TO ISO 9001    KNAUF    STANDARD BOARD "

**NON REACTIVE DRYWALL**

# # 28   Knauf Plasterboard (Wuhu) Co. Ltd.

**M 1:**

Label:



 

Marking:          KNAUF – WuHu,   China – ASTM C36 – [DATE]  [TIME]

Printing Type:   blue letters

**M 2:**

Label:



Marking:          KNAUF  [Chinese symbols]  18  (plant number)

Printing Type:   blue letters

Edge Tape:      Blue – Yellow - White

Label:



Marking:          " KNAUF "

**NON REACTIVE DRYWALL**

## # 29   Knauf do Brasil Ltda.

**Marking:**

Label:



Marking:           KNAUF ST – 12,5mm – ARMAZENAR EM LOCAL SECO - OO

Printing Type:   blue – double – dot                    blue – single – dot

---

Edge Tape:    Blue - Yellow

Label:



Marking:           " KNAUF "

**NON REACTIVE DRYWALL**

### # 30   Knauf Gips KG

**Marking:**

Label:





| Marking: | CE KNAUF | AUSBAUPLATTE |
|---|---|---|
| Printing Type: | blue – or – red – double dot | blue – single - dot |

**NON REACTIVE DRYWALL**

# # 31  James Hardie

**Marking:**

Label:



Marking:       HARDIEBACKER

NON REACTIVE DRYWALL

# # 32  Federal Gypsum Company

| | |
|---|---|
| Edge Tape: | White - Green |
| Label: |  |
| Marking: | Federal Gypsum Company |

## # 33  Temple Inland

**Marking:**

Label:



Marking:        A071806 01144

Printing Type:  black letters

Edge Tape:    White – Blue – Pink

Label:







Marking:      Temple Inland      ½" X 12            54

**NON REACTIVE DRYWALL**

## # 34   Flintcote Company

**Marking:**

Label:



Marking:       THE FLINTCOTE COMPANY