**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*<br>Case No. 2:09-cv-6687 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*<br>Case No. 09-4115 (E.D. La.) | |
| *Wiltz, et al v. Beijing New Building Materials Public Ltd. Co., et al.*<br>Case No. 10-361 (E.D. La.) | |
| *Gross, et al v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-06690 (E.D. La.) | |

**THE PLAINTIFFS' STEERING COMMITTEE'S POST-HEARING SUBMISSION IN OPPOSITION TO: (1) TAISHAN'S RENEWED MOTIONS TO VACATE THE DEFAULT JUDGMENTS AND DISMISS THE COMPLAINTS IN GERMANO AND MITCHELL AND (2) TAISHAN'S MOTIONS TO DISMISS THE COMPLAINTS IN GROSS AND WILTZ**

In connection with the Plaintiffs' Steering Committee's Responses to the Taishan defendants' motions to vacate the default judgment and to dismiss based on a lack of personal jurisdiction, the PSC requests that the Court consider the following newly discovered material.

Since the parties appeared before this Court on June 29, 2012, the PSC has become aware of evidence that is at odds with the record testimony of the Taishan defendants. Specifically, the Beijing New Buildings Materials Public Limited Company issued its Annual Report for 2011. *See* Declaration of Yan Gao at ¶ 3, attached hereto as Exhibit "1". This report, in stark contrast to the testimony of Mr. Jia Tongchun, discloses the following:

| **BNBM 2011 Annual Report** | **Testimony of Jia Tongchun** |
|---|---|
| Jia Tongchun is both TG's Chairman & General Manager and concurrently BNBM's Director & Deputy General Manager. He received USD 85,067 (or RMB 536,000) as BNBM's compensation for his work in 2011. *See* Declaration of Yan Gao at ¶ 5 and Exhibit "D", p. 3. | 1) Deposition of Jia Tongchun dated April 4, 2011 at p. 195. [Rec. Doc. No. 14208-3, p. 50 of 68]:<br><br>20. Are there any employees,<br>21. including shareholders, officers or<br>22. directors of TG, that are paid or<br>23. compensated by BNBM?<br>24. A. No. |
| | 2) Deposition of Jia Tongchun dated April 4, 2011 at p. 49. [Rec. Doc. No. 14208-3, p. 13 of 68]:<br><br>13. Q. So, as a member of the board<br>14. of BNBM, what does he understand his<br>15. responsibilities to BNBM to be?<br>16. A. I only -- I am only<br>17. responsible for the operation of TG. |
| | 3) Deposition of Jia Tongchun dated January 9-10, 2012 at p. 586. [Rec. Doc. No. 14215-3, Ex. 200]:<br><br>2. Q. Could you describe what<br>3. duties or responsibilities or activities<br>4. you engaged in, have engaged in as the<br>5. deputy general manager of BNBM?<br>6. A. I am only in charge of the<br>7. work of Taishan Gypsum Company. I am not<br>8. responsible for any work at Taihe<br>9. Dongxin --<br>10. INTERPRETER: I'm sorry,<br>11. interpreter needs explanation.<br>12. THE WITNESS: I am not<br>13. involved with the work of BNBM.<br>14. And I have never attended their<br>15. executive meetings either. It is<br>16. only an honorary position, an<br>17. honorary position. |

The 2011 Annual Report of BNBM also reveals that BNBM has paid, along with the Taishan defendants, for the representation of the Taishan defendants in this litigation. Specifically, in 2011 BNBM paid $1,397,799 and TG paid $3,304,817.13 of attorney's fee and travel expenses in 2011. *See* Declaration of Yan Gao at ¶ 4 and Exhibit "C". In the year 2010, BNBM paid $447,709.15 and TG paid $3,936,986.12 of attorney's fee, travel expenses and deposits. *Id.* This newly discovered material supports the PSC's contention of the lack of corporate separateness between BNBM and the Taishan defendants. Although the PSC was precluded from fully discovering this area of inquiry the material presented here suggests that allowing the PSC to delve into these matters would reveal a treasure trove.[1]

The PSC respectfully requests that this Court take these matters into consideration when addressing the pending motions to dismiss.

Respectfully submitted,

Dated: July 30, 2012

/s/ Russ M. Herman

Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

[1]The PSC is cognizant of the fact that the Court indicated its intention not to address the upstream/downstream corporate structure and *ultra vires* issue at this time. This information is simply provided to address the personal jurisdictions pending before the Court.

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
Matthews, Martinez, Gonzales,
Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing the Plaintiffs' Steering Committee's Post-Hearing Submission in Opposition To: (1) Taishan's Renewed Motions to Vacate The Default Judgments and Dismiss the Complaints in Germano and Mitchell and (2) Taishan's Motions to Dismiss the Complaints in Gross and Wiltz has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 30th day of July, 2012.

/s/ Leonard A. Davis

Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047