# EXHIBIT "1"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 ) ) SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) ) ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) ) |

DECLARATION OF YAN GAO

This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746.

YAN GAO, being duly sworn, deposes and says:

1. I am a Chinese national and reside in Dallas, Texas. Since August 2009, I have been working as an employee of Herman, Herman & Katz LLC in New Orleans, Louisiana. I studied law at China University of Political Science & Law in Beijing from 2001 – 2004 where I earned a master's degree in international economic law. Thereafter, I studied business law at Tulane University Law School where I earned an LL.M. with distinction in 2009. I passed China's National Bar in 2002 and California State Bar in 2010. I am admitted to practice law in the People's Republic of China nationwide and in the State of California. I am a lawyer in good standing in both the People's Republic of China and the State of California.

2. Notwithstanding my qualifications, I am not offering any legal opinions in this declaration. Rather, I am merely presenting the translated excerpts of BNBM annual reports to the Court. I am a native Chinese speaker fluent in English and capable of

1

reading and translating Chinese to English and vice versa. Such translations are, to the best of my knowledge, accurate and consistent with original texts.

3. I acquired and downloaded the BNBM annual reports of 2010 and 2011 from the website of CNINFO (http://www.cninfo.com.cn/), the official website for release of BNBM annual reports as designated by China Securities Regulatory Commission. BNBM annual reports of 2010 and 2011 are respectively attached as Exhibits A and B.

4. I translated relevant parts of page 38 of the 2010 Annual Report of Beijing New Building Materials Public Limited Company, pages 39 and 108 of the 2011 Annual Report of Beijing New Building Materials Public Limited Company. Please see Exhibit C.

5. I translated relevant parts of pages 13-14 of the 2010 Annual Report of Beijing New Building Materials Public Limited Company and pages 13-14 of the 2011 Annual Report of Beijing New Building Materials Public Limited Company. Please see Exhibit D.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 30th, 2012

YAN GAO               07-30-2012

Herman, Herman & Katz LLC
820 O'Keefe Ave,
New Orleans, LA 70113
Phone: (504)581-4892
ygao@hhklawfirm.com

2