# EXHIBIT A



# 北新集团建材股份有限公司

## Beijing New Building Materials Public Limited Company

# 2010 年年度报告



**北新集团建材股份有限公司董事会**

**2011 年 3 月 17 日**

北新集团建材股份有限公司 2010 年年度报告

# 目　录

第一节　　重要提示·······························································1

第二节　　公司基本情况简介·······················································1

第三节　　会计数据和业务数据摘要·················································2

第四节　　股本变动及股东情况·····················································5

第五节　　董事、监事、高级管理人员和员工情况·····································10

第六节　　公司治理结构··························································15

第七节　　股东大会情况简介·····················································19

第八节　　董事会报告····························································20

第九节　　监事会报告····························································36

第十节　　重要事项······························································38

第十一节　财务报告······························································44

第十二节　备查文件目录·························································160

## 第一节    重要提示

重要提示：

本公司董事会、监事会及董事、监事、高级管理人员保证本报告所载资料不存在任何虚假记载、误导性陈述或者重大遗漏，并对其内容的真实性、准确性和完整性承担个别及连带责任。

没有董事、监事、高级管理人员声明对本年度报告内容的真实性、准确性、完整性无法保证或存在异议。

所有董事均已出席审议本次年报的董事会会议。

北京兴华会计师事务所有限责任公司为本公司2010年度财务报告出具了标准无保留意见的审计报告。

公司董事长王兵、财务负责人杨艳军及会计部经理董辉声明：保证年度报告中财务报告的真实、完整。

## 第二节    公司基本情况简介

一、公司法定中文名称：北新集团建材股份有限公司

公司中文名称简称：北新建材

公司法定英文名称：

**Beijing New Building Materials Public Limited Company**

公司英文名称缩写：BNBMPLC

二、公司法定代表人：王兵

三、公司董事会秘书：陈雨（代）

联系地址：北京市朝阳区北辰东路 8 号北辰时代大厦 29 层

电话：010-82945588-1786

传真：010-82915566

电子信箱：chenyu@bnbm.com.cn

公司证券事务代表：马云红

联系地址：北京市朝阳区北辰东路 8 号北辰时代大厦 29 层

电话：010-82945588-1786

传真：010-82915566

电子信箱：myh@bnbm.com.cn

四、公司注册地址：北京市海淀区三里河路甲 11 号

公司办公地址：北京市朝阳区北辰东路 8 号北辰时代大厦 29 层

邮政编码：100037

公司国际互联网网址：http://www.bnbm.com.cn

公司电子信箱：bnbm@bnbm.com.cn

五、公司信息披露报刊名称：中国证券报、证券时报、上海证券报、证券日报

登载年度报告的中国证监会指定网站的网址：http://www.cninfo.com.cn

公司年度报告备置地点：公司证券部

六、公司股票上市交易所：深圳证券交易所

公司股票简称：北新建材

公司股票代码：000786

七、其他相关资料：

公司首次注册登记日期：1997 年 5 月 30 日

登记地点：北京市海淀区西三旗环岛东路南

公司变更注册登记日期：2001 年 12 月 26 日

登记地点：北京市海淀区三里河路甲 11 号

企业法人营业执照注册号：110000005101342

税务登记号码：110108633797400

组织机构代码：63379740-0

公司聘请的会计师事务所名称：北京兴华会计师事务所有限责任公司

办公地址：北京市西城区裕民路 18 号北环中心 22 层

## 第三节　会计数据和业务数据摘要

### 一、公司本年度会计数据

单位：人民币元

| 项目 | 金额 |
|---|---|
| 营业利润 | 612,969,267.48 |

| 利润总额 | 652,720,226.80 |
|---|---|
| 归属于上市公司股东的净利润 | 416,694,139.68 |
| 归属于上市公司股东的扣除非经常性损益后的净利润* | 379,223,452.07 |
| 经营活动产生的现金流量净额 | 912,226,191.03 |

注*：扣除非经常性损益涉及的项目及金额如下：

单位：人民币元

| 明细项目 | 金额 |
|---|---|
| 非流动资产处置损益 | -10,488,978.07 |
| 计入当期损益的政府补助（与企业业务密切相关，按照国家统一标准定额或定量享受的政府补助除外） | 50,533,515.19 |
| 计入当期损益的对非金融企业收取的资金占用费 | 2,717,122.22 |
| 除同公司正常经营业务相关的有效套期保值业务外，持有交易性金融资产、交易性金融负债产生的公允价值变动损益，以及处置交易性金融资产、交易性金融负债和可供出售金融资产取得的投资收益 | 5,583.56 |
| 除上述各项之外的其他营业外收入和支出 | -272,913.74 |
| 减：所得税影响数额 | 5,969,883.94 |
| 减：少数股权损益影响额 | -946,242.39 |
| （合计） | 37,470,687.61 |

## 二、截至报告期末，公司前三年主要会计数据和财务指标

### （一）主要会计数据

单位：人民币元

| | 2010 年 | 2009 年 | 本年比上年增减（%） | 2008 年 |
|---|---|---|---|---|
| 营业收入 | 4,369,076,808.89 | 3,275,028,041.36 | 33.41% | 2,496,145,179.53 |
| 利润总额 | 652,720,226.80 | 543,108,704.74 | 20.18% | 321,775,465.03 |
| 归属于上市公司股东的净利润 | 416,694,139.68 | 321,831,960.80 | 29.48% | 240,582,107.44 |

| 归属于上市公司股东的扣除非经常性损益的净利润 | 379,223,452.07 | 307,887,913.39 | 23.17% | 147,252,930.57 |
|---|---|---|---|---|
| 经营活动产生的现金流量净额 | 912,226,191.03 | 785,377,422.17 | 16.15% | 304,524,283.36 |
| | 2010 年末 | 2009 年末 | 本年末比上年末增减（%） | 2008 年末 |
| 总资产 | 7,357,081,850.33 | 5,993,660,962.46 | 22.75% | 5,006,307,558.46 |
| 所有者权益（或股东权益） | 2,590,063,121.27 | 2,239,323,812.55 | 15.66% | 1,944,366,079.05 |
| 股本 | 575,150,000.00 | 575,150,000.00 | 0.00% | 575,150,000.00 |

（二）主要财务指标

单位：人民币元

| | 2010 年 | 2009 年 | 本年比上年增减（%） | 2008 年 |
|---|---|---|---|---|
| 基本每股收益（元/股） | 0.724 | 0.560 | 29.29% | 0.418 |
| 稀释每股收益（元/股） | 0.724 | 0.560 | 29.29% | 0.418 |
| 扣除非经常性损益后的基本每股收益（元/股） | 0.659 | 0.535 | 23.18% | 0.256 |
| 全面摊薄净资产收益率（%） | 16.09% | 14.37% | 1.72% | 12.37% |
| 加权平均净资产收益率（%） | 17.27% | 15.42% | 1.85% | 13.00% |
| 扣除非经常性损益后全面摊薄净资产收益率（%） | 14.64% | 13.75% | 0.89% | 7.57% |
| 扣除非经常性损益后的加权平均净资产收益率（%） | 15.71% | 14.76% | 0.95% | 7.96% |
| 每股经营活动产生的现金流量净额（元/股） | 1.586 | 1.366 | 16.11% | 0.529 |
| | 2010 年末 | 2009 年末 | 本年末比上年末增减（%） | 2008 年末 |

| 归属于上市公司股东的每股净资产（元/股） | 4.503 | 3.893 | 15.67% | 3.381 |
|---|---|---|---|---|

注：1、以上会计数据和财务指标按公司合并会计报表数据填列或计算；

2、按照《公开发行证券的公司信息披露解释性公告第 1 号——非经常性损益（2008）》要求，确定和计算非经常性损益；

3、上述所有者权益、基本每股收益和稀释每股收益、扣除非经常性损益后的基本每股收益、净资产收益率等指标以归属于上市公司股东的数据填列；

4、按照中国证监会《公开发行证券的公司信息披露编报规则第 9 号——净资产收益率和每股收益的计算及披露（2010 年修订）》要求，编制利润表附表如下：

单位：人民币元

| 报告期利润 | 加权平均净资产收益率 | 每股收益 | |
|---|---|---|---|
| | | 基本每股收益 | 稀释每股收益 |
| 归属于公司普通股股东的净利润 | 17.27% | 0.724 | 0.724 |
| 扣除非经常性损益后归属于公司普通股股东的净利润 | 15.71% | 0.659 | 0.659 |

## 第四节　股本变动及股东情况

### 一、股本变动情况

（一）股份变动情况表

单位：股

| | 本次变动前 | | 本次变动增减（＋，－） | | 本次变动后 | |
|---|---|---|---|---|---|---|
| | 数量 | 比例 | 其他 | 小计 | 数量 | 比例 |
| 一、有限售条件股份 | 63,641 | 0.01% | -900 | -900 | 62,741 | 0.01% |
| 1、国家持股 | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2、国有法人持股 | | | | | | |
| 3、其他内资持股 | 63,641 | 0.01% | −900 | −900 | 62,741 | 0.01% |
| 其中： | | | | | | |
| 境内非国有法人持股 | | | | | | |
| 境内自然人持股 | 63,641 | 0.01% | −900 | −900 | 62,741 | 0.01% |
| 4、外资持股 | | | | | | |
| 其中： | | | | | | |
| 境外法人持股 | | | | | | |
| 境外自然人持股 | | | | | | |
| 二、无限售条件股份 | 575,086,359 | 99.99% | +900 | +900 | 575,087,259 | 99.99% |
| 1、人民币普通股 | 575,086,359 | 99.99% | +900 | +900 | 575,087,259 | 99.99% |
| 2、境内上市的外资股 | | | | | | |
| 3、境外上市的外资股 | | | | | | |
| 4、其他 | | | | | | |
| 三、股份总数 | 575,150,000 | 100% | | | 575,150,000 | 100% |

限售股份变动情况表

| 股东名称 | 年初限售股数 | 本年解除限售股数 | 本年增加限售股数 | 年末限售股数 | 限售原因 | 解除限售日期 |
|---|---|---|---|---|---|---|
| 崔丽君 | 30,420 | 7,605 | 0 | 22,815 | 董事持股冻结 | 2010.1.4 |
| 张乃岭 | 30,420 | 7,605 | 0 | 22,815 | 董事持股冻结 | 2010.1.4 |
| 周 桓 | 22,815 | 5,704 | 0 | 17,111 | 高管持股冻结 | 2010.1.4 |
| 张宸宫 | 1,200 | 1,200 | 0 | 0 | 高管离职 | 2010.9.15 |
| 合计 | 84,855 | 22,114 | 0 | 62,741 | − | − |

　　（二）股票发行与上市情况

　　1、截至报告期末，公司前三年内无股票发行情况。

　　2、报告期内，公司无因送股、转增股本、配股、增发新股、非公开发行股票、权证行权、实施股权激励计划、企业合并、可转换公司债券转股、

减资、内部职工股上市、债券发行或其他原因引起公司股份总数及结构的变动、公司资产负债结构的变动。

3、公司无现存的内部职工股。

**二、股东情况介绍**

（一）股东数量和持股情况

报告期末公司前十名股东持股情况

单位：股

| 股东总数 | | | | 43,622 户 | |
|---|---|---|---|---|---|
| **前 10 名股东持股情况** | | | | | |
| 股东名称 | 股东性质 | 持股比例（%） | 持股总数 | 持有有限售条件股份数量 | 质押或冻结的股份数量 |
| 中国建材股份有限公司 | 国有股东 | 52.40 | 301,370,000 | 0 | 0 |
| 中国工商银行－上投摩根内需动力股票型证券投资基金 | 其他 | 3.19 | 18,338,566 | 0 | 未知 |
| 中国建设银行－工银瑞信精选平衡混合型证券投资基金 | 其他 | 2.42 | 13,902,309 | 0 | 未知 |
| 中国建设银行－鹏华价值优势股票型证券投资基金 | 其他 | 1.74 | 10,000,000 | 0 | 未知 |
| 华泰证券股份有限公司 | 其他 | 1.45 | 8,335,708 | 0 | 未知 |
| 中国建设银行－国泰金马稳健回报证券投资基金 | 其他 | 1.36 | 7,805,879 | 0 | 未知 |
| 中国建设银行－华夏红利混合型开放式证券投资基金 | 其他 | 1.08 | 6,212,693 | 0 | 未知 |
| 中国银行－易方达深证 100 交易型开放式指数证券投资基金 | 其他 | 0.67 | 3,873,969 | 0 | 未知 |
| 中国建设银行－博时主题行业股票证券投资基金 | 其他 | 0.56 | 3,200,000 | 0 | 未知 |
| 中国工商银行－融通深证 100 指数证券投资基金 | 其他 | 0.55 | 3,151,889 | 0 | 未知 |
| **前 10 名无限售条件股东持股情况** | | | | | |

| 股东名称 | 持有无限售条件股份数量 | 股份种类 |
|---|---|---|
| 中国建材股份有限公司 | 301,370,000 | 人民币普通股 |
| 中国工商银行－上投摩根内需动力股票型证券投资基金 | 18,338,566 | 人民币普通股 |
| 中国建设银行－工银瑞信精选平衡混合型证券投资基金 | 13,902,309 | 人民币普通股 |
| 中国建设银行－鹏华价值优势股票型证券投资基金 | 10,000,000 | 人民币普通股 |
| 华泰证券股份有限公司 | 8,335,708 | 人民币普通股 |
| 中国建设银行－国泰金马稳健回报证券投资基金 | 7,805,879 | 人民币普通股 |
| 中国建设银行－华夏红利混合型开放式证券投资基金 | 6,212,693 | 人民币普通股 |
| 中国银行－易方达深证100交易型开放式指数证券投资基金 | 3,873,969 | 人民币普通股 |
| 中国建设银行－博时主题行业股票证券投资基金 | 3,200,000 | 人民币普通股 |
| 中国工商银行－融通深证100指数证券投资基金 | 3,151,889 | 人民币普通股 |
| 上述股东关联关系或一致行动的说明 | 公司前 10 名股东中，控股股东中国建材股份有限公司与其他股东之间不存在关联关系，也不属于《上市公司股东持股变动信息披露管理办法》规定的一致行动人；未知其他股东之间是否存在关联关系，也未知其他股东是否属于一致行动人。 | |

　　注：1、公司前 10 名股东中，中国建材股份有限公司为唯一持股达 5%（含 5%）以上的股东，无冻结、质押或托管情况。

　　2、公司无战略投资者或一般法人因配售新股成为前 10 名股东的情况。

（二）公司控股股东情况

　　控股股东中国建材股份有限公司持有公司 52.40%股份。该公司成立于 2005 年 3 月 28 日，法定代表人为宋志平，注册资本为 2,699,513,131 元人民币，注册地址为北京市海淀区三里河路甲 11 号，一般性经营项目：新型建筑材料及制品、新型房屋、水泥及制品、玻璃纤维及制品、复合材料及制品

的技术研发、生产和销售；建筑材料的仓储、配送和分销；水泥、玻璃生产
线的技术研发、工程设计与工程总承包；新型建筑材料的工程设计与工程总
承包；与以上业务相关的技术咨询、信息服务；承包境外建材、建筑和轻纺
行业的工程勘测、咨询、设计和监理；进出口业务。许可性经营项目：对外
派遣与其实力、规模、业绩相适应的境外工程所需的劳务人员。

（三）公司实际控制人情况

实际控制人中国建筑材料集团有限公司成立于1981年9月28日，法定代表
人为宋志平，注册资本为3,723,038,000元人民币，注册地址为北京市海淀区
紫竹院南路2号，一般经营项目：建筑材料及其相关配套原辅材料的生产制
造及生产技术、装备的研究开发销售；新型建筑材料体系成套房屋的设计、
销售、施工；装饰材料的销售；房屋工程的设计、施工；仓储；建筑材料及
相关领域的投资、资产经营、与以上业务相关的技术咨询、信息服务、会展
服务；矿产品的加工及销售。

公司与实际控制人中国建筑材料集团有限公司之间的产权和控制关系
如下图所示：



（四）公司不存在其他持股在10%以上（含10%）的法人股东。

## 第五节   董事、监事、高级管理人员和员工情况

### 一、董事、监事及高级管理人员情况

### （一）基本情况

| 姓名 | 性别 | 年龄 | 职务 | 任期起止日期 | 年初持股数 | 年末持股数 | 年内股份增减变动 | 变动原因 |
|------|------|------|------|------------|----------|----------|--------------|---------|
| 王兵 | 男 | 38 | 董事长 | 2009.08 至今 | 0 | 0 | 0 | —— |
| | | | 董事 | 2008.07 至今 | | | | |
| 陈雨 | 男 | 32 | 董事 | 2009.09 至今 | 0 | 0 | 0 | —— |
| | | | 总经理 | 2009.08 至今 | | | | |
| | | | 董秘（代） | 2009.08 至今 | | | | |
| 贾同春 | 男 | 50 | 董事 | 2008.07 至今 | 0 | 0 | 0 | —— |
| | | | 副总经理 | 2008.07 至今 | | | | |
| 崔丽君 | 女 | 50 | 董事 | 2008.07 至今 | 30,420 | 30,420 | 0 | —— |
| 常张利 | 男 | 40 | 董事 | 2008.07 至今 | 0 | 0 | 0 | —— |
| 张乃岭 | 男 | 56 | 董事 | 2008.07 至今 | 30,420 | 30,420 | 0 | —— |
| | | | 副总经理 | 2008.07 至今 | | | | |
| 徐经长 | 男 | 45 | 独立董事 | 2008.07 至今 | 0 | 0 | 0 | —— |
| 秦庆华 | 男 | 45 | 独立董事 | 2008.07 至今 | 0 | 0 | 0 | —— |
| 郑家运 | 男 | 40 | 独立董事 | 2008.07 至今 | 0 | 0 | 0 | —— |
| 曹江林 | 男 | 44 | 监事会主席 | 2009.09 至今 | 0 | 0 | 0 | —— |
| 胡金玉 | 女 | 41 | 监事 | 2008.07 至今 | 0 | 0 | 0 | —— |
| 齐英臣 | 男 | 48 | 监事 | 2008.07 至今 | 0 | 0 | 0 | —— |
| 周桓 | 男 | 56 | 副总经理 | 2008.07 至今 | 22,815 | 22,815 | 0 | —— |
| 杨艳军 | 女 | 43 | 副总经理 | 2008.07 至今 | 0 | 0 | 0 | —— |
| | | | 财务负责人 | 2008.07 至今 | | | | |
| 武发德 | 男 | 43 | 副总经理 | 2008.07 至今 | 0 | 0 | 0 | —— |
| 邹云翔 | 男 | 51 | 副总经理 | 2008.07 至今 | 0 | 0 | 0 | —— |

（二）董事、监事及高级管理人员最近 5 年的主要工作经历及在其他单位任职情况

| 姓名 | 职务 | 最近五年主要工作经历 | |
|---|---|---|---|
| | | 任职日期 | 任职公司及职务 |
| 王 兵 | 董事长 | 2004.02 至 2009.08 | 任北新集团建材股份有限公司 总经理 |
| | | 2004.04 至今 | 任北新集团建材股份有限公司 董事 |
| | | 2008.04 至今 | 任北新房屋有限公司 董事长 |
| | | 2009.08 至今 | 任北新集团建材股份有限公司 董事长 |
| | | 2009.08 至今 | 任中国建材股份有限公司 副总裁 |
| 陈 雨 | 董事<br>总经理 | 2004.03 至 2007.03 | 任北新巴布亚新几内亚有限公司 董事、总经理 |
| | | 2007.03 至 2009.08 | 任中国玻纤股份有限公司 副总经理、董秘 |
| | | 2009.08 至今 | 任北新集团建材股份有限公司 总经理、董秘（代） |
| | | 2009.09 至今 | 任北新集团建材股份有限公司 董事 |
| 贾同春 | 董事<br>副总经理 | 2002.02 至今 | 任泰山石膏股份有限公司 董事长、总经理 |
| | | 2005.08 至今 | 任北新集团建材股份有限公司 副总经理 |
| | | 2008.07 至今 | 任北新集团建材股份有限公司 董事 |
| 崔丽君 | 董事 | 2003.06 至今 | 任北新集团建材股份有限公司 董事 |
| | | 2005.03 至今 | 任北新建材（集团）有限公司 董事、总经理 |
| | | 2005.03 至今 | 任中国建材股份有限公司 董事 |
| | | 2005.07 至今 | 任中国玻纤股份有限公司 监事长 |
| 常张利 | 董事 | 2005.03 至今 | 任中国建材股份有限公司 董秘 |
| | | 2005.07 至今 | 任中国玻纤股份有限公司 董事 |
| | | 2006.08 至今 | 任中国建材股份有限公司 副总裁 |
| | | 2007.09 至今 | 任南方水泥有限公司 董事 |
| | | 2008.07 至今 | 任北新集团建材股份有限公司 董事 |
| | | 2009.03 至今 | 任北方水泥有限公司 董事 |
| 张乃岭 | 董事<br>副总经理 | 2004.04 至今 | 任北新集团建材股份有限公司 董事 |
| | | 2005.08 至今 | 任北新集团建材股份有限公司 副总经理 |
| 徐经长 | 独立董事 | 1997.09 至今 | 任中国人民大学商学院会计系 教师、主任 |
| | | 2008.07 至今 | 任北新集团建材股份有限公司 独立董事 |
| 秦庆华 | 独立董事 | 2004.06 至今 | 任北京市凯文律师事务所 合伙人 |
| | | 2008.07 至今 | 任北新集团建材股份有限公司 独立董事 |
| 郑家运 | 独立董事 | 2003.06 至今 | 任北新集团建材股份有限公司 独立董事 |
| | | 2004.06 至今 | 任北京市世方永泰律师事务所 律师、主任、合伙人 |

第 11 页

| | | | |
|---|---|---|---|
| 曹江林 | 监事会主席 | 2002.03 至今 | 任中建材投资有限公司 董事长 |
| | | 2002.06 至今 | 任中国玻纤股份有限公司 董事长 |
| | | 2004.10 至 2009.08 | 任北新集团建材股份有限公司 董事长 |
| | | 2005.03 至今 | 任中国建材股份有限公司 执行董事、总裁 |
| | | 2005.04 至今 | 任中国联合水泥集团有限公司 监事会主席 |
| | | 2005.05 至 2009.08 | 北新集团建材股份有限公司 党委书记 |
| | | 2005.08 至今 | 任北新建材（集团）有限公司 监事会主席 |
| | | 2005.10 至今 | 任中国建筑材料集团有限公司 董事 |
| | | 2007.03 至今 | 任南方水泥有限公司 董事长 |
| | | 2007.07 至今 | 中国洛阳浮法玻璃集团有限公司 监事会主席 |
| | | 2009.03 至今 | 任北方水泥有限公司 董事长 |
| | | 2009.09 至今 | 任北新集团建材股份有限公司 监事会主席 |
| 胡金玉 | 监事 | 2005.08 至今 | 任中国建材股份有限公司 审计部总经理 |
| | | 2005.09 至今 | 任北新集团建材股份有限公司 监事 |
| | | 2010.04 至今 | 任北方水泥有限公司 副总裁、财务总监 |
| 齐英臣 | 监事 | 2006.01 至 2009.09 | 任北新集团建材股份有限公司 生产调度 |
| | | 2008.07 至今 | 任北新集团建材股份有限公司 监事 |
| | | 2009.09 至 2010.06 | 任肇庆北新建材有限公司 联合车间主任 |
| | | 2010.06 至 2010.09 | 任肇庆北新建材有限公司 厂长助理兼联合车间主任 |
| | | 2010.09 至今 | 任镇江北新建材有限公司 厂长助理 |
| 周 桓 | 副总经理 | 1997.05 至今 | 任北新集团建材股份有限公司 副总经理 |
| 杨艳军 | 副总经理 财务负责人 | 2002.05 至 2005.08 | 任北新建材（集团）有限公司 财务部经理 |
| | | 2003.06 至 2005.09 | 任北新集团建材股份有限公司 监事 |
| | | 2005.09 至今 | 任北新集团建材股份有限公司 副总经理、财务负责人 |
| 武发德 | 副总经理 | 2003.03 至 2005.02 | 任北新集团建材股份有限公司 矿棉吸声板厂厂长 |
| | | 2005.03 至 2006.08 | 任北新集团建材股份有限公司 总经理助理 |
| | | 2006.08 至今 | 任北新集团建材股份有限公司 副总经理 |
| 邹云翔 | 副总经理 | 2000.12 至 2006.02 | 任北新建材（集团）有限公司 副总工程师 |
| | | 2006.02 至 2006.12 | 任北新集团建材股份有限公司 总经理助理 |
| | | 2006.12 至今 | 任北新集团建材股份有限公司 副总经理 |
| | | 2006.12 至今 | 任北新建塑有限公司 董事长 |

## （三）董事、监事、高级管理人员在股东单位任职情况

| 姓　名 | 任职的股东单位名称 | 在股东单位担任职务 | 任期起止日期 |
|---|---|---|---|

| 王　兵 | 中国建材股份有限公司 | 副总裁 | 2009.08 至今 |
|---|---|---|---|
| 崔丽君 | 中国建材股份有限公司 | 非执行董事 | 2005.03 至今 |
| 常张利 | 中国建材股份有限公司 | 董事会秘书 | 2005.03 至今 |
| | | 副总裁 | 2006.08 至今 |
| 曹江林 | 中国建材股份有限公司 | 执行董事、总裁 | 2005.03 至今 |
| 胡金玉 | 中国建材股份有限公司 | 审计部总经理 | 2005.08 至今 |

（四）年度报酬情况

1、董事、监事和高级管理人员报酬的决策程序及报酬确定依据

按照《公司章程》规定，董事、监事报酬由股东大会决定，高级管理人员报酬由董事会决定。

2003 年 6 月 27 日，公司 2003 年第一次临时股东大会审议通过了《独立董事、董事和监事津贴的议案》，公司支付每位独立董事津贴每月 5,000 元人民币（含税），独立董事出席公司董事会和股东大会的差旅费以及按《公司章程》行使职权的费用在公司实报实销。公司支付其他董事和监事津贴为每月 3,000 元人民币（含税）。

确定高级管理人员报酬的主要依据是岗位职责、年度工作目标完成情况和业务创新能力等。

2、报告期内，董事、监事及高级管理人员从公司获得的报酬情况

单位：人民币万元

| 姓名 | 职务 | 报酬总额 |
|---|---|---|
| 王　兵 | 董事长 | 3.6 |
| 陈　雨 | 董事、总经理、董事会秘书（代） | 41.6 |
| 贾同春 | 董事、副总经理 | 3.6 |
| 崔丽君 | 董事 | 3.6 |
| 常张利 | 董事 | 3.6 |
| 张乃岭 | 董事、副总经理 | 41.6 |
| 徐经长 | 独立董事 | 6.0 |
| 秦庆华 | 独立董事 | 6.0 |
| 郑家运 | 独立董事 | 6.0 |
| 曹江林 | 监事会主席 | 3.6 |

| 胡金玉 | 监事 | 3.6 |
| 齐英臣 | 监事 | 11.3 |
| 周　桓 | 副总经理 | 30.0 |
| 杨艳军 | 副总经理、财务负责人 | 30.0 |
| 武发德 | 副总经理 | 27.0 |
| 邹云翔 | 副总经理 | 27.0 |
| 合计 | | 248.1 |

注：董事长王兵先生、董事常张利先生、监事会主席曹江林先生、监事胡金玉女士因在股东单位任职，不在公司领取薪酬；董事崔丽君女士因在关联单位任职，不在公司领取薪酬；董事、副总经理贾同春先生因在控股子公司泰山石膏股份有限公司任职，不在公司领取薪酬。

（五）公司董事、监事选举或离任及高级管理人员聘任或解聘情况

1、公司董事选举或离任情况

报告期内，公司无董事选举或离任情况。

2、公司监事选举或离任情况

报告期内，公司无监事选举或离任情况。

3、公司高级管理人员聘任或解聘情况

报告期内，因工作调动，张宸宫先生辞去公司副总经理职务。相关内容刊登在 2010 年 3 月 17 日的《中国证券报》、《上海证券报》、《证券时报》、《证券日报》和巨潮资讯网站（http://www.cninfo.com.cn）。

**二、公司员工情况**

1、截止到 2010 年 12 月 31 日，公司在职员工 3647 人（包括分公司、全资子公司，不含控股子公司）。

2、专业构成

| 专业 | 人数 | 比例（%） |
| --- | --- | --- |
| 生产人员 | 2344 | 64% |
| 销售人员 | 190 | 5% |
| 技术人员 | 560 | 15% |
| 财务人员 | 98 | 3% |

| | | |
|---|---|---|
| 行政人员 | 455 | 13% |
| 合计 | 3647 | 100% |

3、教育程度

| 教育程度 | 人数 | 比例（%） |
|---|---|---|
| 硕士及以上 | 114 | 3% |
| 本科 | 750 | 20% |
| 大专 | 680 | 19% |
| 中专 | 468 | 13% |
| 高中及以下 | 1635 | 45% |
| 合计 | 3647 | 100% |

4、截止到 2010 年 12 月 31 日，由公司承担费用的退休职工人数为 445 人。

## 第六节   公司治理结构

### 一、公司治理情况

公司自上市以来，严格按照《公司法》、《证券法》和中国证监会的有关规定，不断完善公司法人治理结构，提高规范运作水平，强化信息披露责任意识，建立健全内部控制制度，提高公司运营透明度，充分发挥独立董事和审计委员会的监督作用，从形式和实质上全面提升公司治理水平。目前，公司治理实际状况符合中国证监会有关文件的要求。

报告期内，公司董事会按照中国证监会、北京证监局等监管部门要求制定了《内幕信息知情人管理制度》、《对外信息报送和使用管理制度》、《年报信息披露重大差错责任追究制度》，进一步健全和完善了公司的治理结构和内控体系。公司内控制度的建立健全对公司的生产经营起到了很大的监督、控制和指导作用，有力地保障了公司经营管理的正常化和决策的科学化、民主化。

报告期内，公司按照中国证监会《关于做好 2009 年上市公司年度报告

及相关工作的公告》（中国证券监督管理委员会〔2009〕34 号）、北京证
监局《关于做好北京辖区上市公司 2009 年年度报告工作的通知》（京证公
司发[2010]7 号）要求，认真组织开展上市公司定期报告公告前 30 日内、业
绩预告和业绩快报公告前 10 日内以及其他重大事项披露期间等敏感期内买
卖公司股票情况自查工作。为切实贯彻落实本项工作，公司制订了工作计划
安排，向公司董事、监事及高管人员转发了相关文件，组织全体董事、监事
及高管人员对相关文件进行了认真学习，并展开了全面深入的自查工作。认
真完成并及时上报了《关于敏感期内买卖公司股票情况的自查报告》。

经自查，公司的各项相关制度均严格按照相关法律、法规及规范性文件
的要求制定，对公司董事、监事和高级管理人员在敏感期内买卖公司股票等
内容进行了严格规定，建立了相应的责任追究机制。同时，公司董事、监事
和高级管理人员严格按照各项制度规定买卖本公司股票，从未出现利用公司
内幕信息违规买卖公司股票以及在敏感期内买卖公司股票的违法违规行为。

**二、独立董事相关工作制度的建立健全情况以及履行职责情况**

（一）独立董事相关工作制度的建立健全情况

根据中国证监会《关于在上市公司建立独立董事制度的指导意见》、《上
市公司治理准则》等各项法律法规、规范性文件及《公司章程》的有关规定，
公司制定了《独立董事制度》、《独立董事年报工作制度》等相关制度，并
已得到严格有效执行。

（二）独立董事履行职责情况

1、独立董事出席董事会情况

| 独立董事姓名 | 本年应参加董事会次数 | 亲自出席（次） | 委托出席（次） | 缺席（次） |
|---|---|---|---|---|
| 徐经长 | 6 | 6 | 0 | 0 |
| 秦庆华 | 6 | 6 | 0 | 0 |
| 郑家运 | 6 | 6 | 0 | 0 |

2、报告期内，独立董事对历次董事会审议的议案及公司有关事项未提
出异议。

3、公司现有三名独立董事，占公司董事人数的三分之一，独立董事分
别担任了战略、审计、提名、薪酬与考核委员会的成员，在审计委员会、提

名委员会、薪酬与考核委员会中占多数并担任主任委员。报告期内，三名独立董事根据公司制定的《独立董事制度》认真履行职责，对公司 2010 年度内的董事会决议进行了表决，并对公司发生的关联交易发表了事前认可和独立意见，对公司发生对外担保发表了独立意见，在完善公司治理、规范运作、科学决策以及维护中小股东权益等方面发挥了积极作用。在编制 2010 年年度报告期间，根据公司《独立董事年报工作制度》，独立董事听取了公司管理层关于 2010 年度的生产经营情况、重大事项进展情况及总体财务状况的汇报。在年审注册会计师进场前，独立董事就年审工作安排与公司财务负责人沟通，在年度报告的审计过程中，独立董事注重持续地与年审注册会计师沟通、召开与年审注册会计师见面会，就 2010 年度报告的审计工作和初审意见进行了充分沟通。

### 三、公司与控股股东在业务、人员、资产、机构、财务方面分开的情况

1、业务独立方面。公司具有独立完整的业务及自主经营能力，控股股东及其下属的其他单位未从事与公司相同或相近的业务。

2、人员分开方面。公司人员独立于控股股东，公司总经理、副总经理、财务负责人、董事会秘书等高级管理人员均未在控股股东单位兼职；控股股东高级管理人员兼任公司董事的，有足够的时间和精力承担公司的工作；公司的劳动、人事及工资管理与控股股东完全分开，人员独立管理。

3、资产完整方面。公司的资产独立完整，公司与控股股东在工业产权及非专利技术方面界定清楚；公司与控股股东在产、供、销方面完全分开，独立经营。

4、机构独立方面。公司的董事会、监事会及其他内部机构独立运作；控股股东及其职能部门与上市公司及其职能部门之间没有上下级关系。

5、财务分开方面。公司财务完全独立，与控股股东完全分开，设有独立的财务部门、独立的财务核算体系、独立的财务会计制度，并对控股子公司建立了严格的财务管理制度；公司在银行开设独立的帐户，未与控股股东使用同一银行帐户；公司独立依法纳税。

### 四、公司内部控制制度的建立和健全情况

为更好地遵守国家法律、法规、规章及其他相关规定，提高公司经营的效益及效率，保障公司资产的安全，确保公司信息披露的真实、准确、完整和公平，公司从成立之时起，根据自身经营特点和所处环境，建立了内部控制制度，并在执行中不断完善健全。目前，公司建立了符合现代企业制度要求的内部组织结构，形成了科学的决策、执行和监督机制，公司资产安全、完整，信息披露真实、准确、完整和公平，各项经营管理活动协调、有序和高效运行，公司各项内控制度已得到全面有效的执行。

报告期内，公司通过组织董事、监事、高管人员及相关工作人员参加培训班和内部学习等方式，认真学习和贯彻由财政部、证监会、审计署、银监会、保监会联合发布的《企业内部控制基本规范》和《企业内部控制配套指引》以及深交所《上市公司规范运作指引》等文件的精神和规定，深入领会企业内部控制体系的各项要求和实质。

公司按照中国证监会等监管部门相关法律法规和规范性文件要求，对公司2010年度内部控制的有效性以及重点关注的控制活动等方面进行了自查和评估，形成了《内部控制自我评价报告》，北京兴华会计师事务所有限责任公司对此出具了审核评价意见。详见2011年3月19日刊登在巨潮资讯网上的公司《内部控制自我评价报告》和《内部控制鉴证报告》。

2011年3月，按照北京证监局《关于做好北京辖区上市公司2010年年度报告工作的通知》(京证公司发[2011]12号)要求，公司对公司治理及内部控制制度进行了全面、深入的自查，根据自查结果，公司制定了《董事会秘书工作细则》、《对外担保管理制度》、《关联交易管理办法》、《规范与关联方资金往来的管理制度》和《募集资金管理办法》等多项制度，并经公司第四届董事会第七次会议审议通过，进一步规范了公司关联交易、对外担保、募集资金等重大事项的内部控制活动。

**五、与财务报告相关的内部控制制度的建立和运行情况**

公司根据《中华人民共和国会计法》、《企业会计准则》、《内部控制规范》等法律法规，建立了严密的会计内部控制系统，制定了相应的财务管理制度，《会计核算制度》、《借款及担保管理办法》、《货币资金管理办法》、《会计档案管理办法》、《财务印章管理办法》、《业务费用标准与报销规定》、《财务部门费用报销规定》、《发票管理实施细则》、《北新

建材外埠分公司/全资子公司业务管理流程》、《会计核算手册》和《财务报告制度》等内控制度。在财务人员岗位设置上，公司严格按照不相容职务相互分离的原则设置岗位，同时明确各岗位职责和权限。

以上各项制度明确要求公司财务人员严格遵守国家的法律和法规，依法进行财务管理、会计核算和实行会计监督，同时，明确公司财务人员的岗位职责，保证内部涉及会计工作的各岗位间的权责分明、相互制约、相互监督的关系；起到了强化公司财务监督、加强投资和资产的管理力度，有效降低运营风险，提高公司运行质量和效率。

**六、公司对高级管理人员的考评**

公司对高级管理人员的考评与激励按《公司法》、《公司章程》和《董事会薪酬与考核委员会工作细则》等有关规定进行。

在考评方面，公司对高级管理人员实行年度述职与考评制度，年初根据公司年度经营目标确定各高级管理人员的年度经营业绩综合指标或管理职责，年末结合高级管理人员的述职进行考评。

**七、公司不存在因部分改制等原因存在同业竞争和关联交易问题。**

## 第七节　股东大会情况简介

### 一、年度股东大会情况

| 会议届次 | 召开日期 | 会议决议刊登的信息披露报纸 | 披露日期 |
|---|---|---|---|
| 2009 年度股东大会 | 2010 年 4 月 28 日 | 中国证券报、证券时报、上海证券报、证券日报 | 2010 年 4 月 29 日 |

### 二、临时股东大会情况

| 会议届次 | 召开日期 | 会议决议刊登的信息披露报纸 | 披露日期 |
|---|---|---|---|

| 2010 年第一次<br>临时股东大会 | 2010 年 7 月 14 日 | 中国证券报、证券时报、<br>上海证券报、证券日报 | 2010 年 7 月 15 日 |
| 2010 年第二次<br>临时股东大会 | 2010 年 9 月 6 日 | | 2010 年 9 月 7 日 |

# 第八节　董事会报告

## 一、报告期内公司经营情况回顾

（一）报告期内公司整体经营情况

报告期内，公司围绕品牌建设和技术创新，不断推进全国产能布局和项目建设，不断加大市场推广和全国营销网络建设力度，不断深化管理整合，推行一体化、模式化、流程化、制度化、数字化"五化＋KPI"管理模式，加强学习、统一思想、牢记目标，强化目标管理、精细管理和对标管理，紧盯竞争对手、紧盯市场、紧盯价格、紧盯单位消耗成本费用，狠抓大客户、大项目、大订单，向管理要效益、向创新要效益、向市场要效益，取得了良好的效果，经营业绩与上一年度相比大幅提升。

报告期内，公司实现营业收入 436,907.68 万元，比上年增长 33.41%；营业利润 61,296.93 万元，比上年增长 15.32%；净利润 41,669.41 万元，比上年增长 29.48%。

报告期内公司的重点工作有：

1、紧抓发展，快速推进全国石膏板产业布局，全面实现 10 亿平方米石膏板项目建设任务

报告期内，公司快速推进全国石膏板产业布局和项目建设。四川广安、湖北武汉和辽宁铁岭纸面石膏板生产线项目已正式投产；河北故城、江苏太仓二线、山东平邑和江苏镇江纸面石膏板生产线项目相继完成建设任务成功实现点火试产。

公司控股子公司泰山石膏股份有限公司项目建设进展顺利。河南偃师、安徽铜陵、江西丰城纸面石膏板生产线项目已正式投产；湖北荆门二期、重庆二期石膏板生产线项目相继完成建设任务成功实现点火试产；广东惠州、贵州福泉、宁夏银川、江苏南通及四川什邡纸面石膏板生产线项目已相继进

入设备安装和调试阶段。

报告期内，公司积极推动新一轮的石膏板产业规划布局及选址工作，着力推进 20 亿平方米石膏板产能布局，朝着石膏板业务规模世界第一的战略目标快速前进。

2、紧抓品牌建设，着力打造公司内涵竞争力和软实力

报告期内，公司继续加强品牌建设，将品牌建设上升到公司核心战略的高度，通过重大活动、新闻媒体、户外广告和网络等多种宣传形式强化龙牌、泰山牌两个主品牌形象。

报告期内，公司及产品连续获得多项殊荣，进一步提升了公司品牌及产品的美誉度和知名度。北新建材荣获"亚洲最大石膏板产业集团"荣誉称号；独家获得"参与上海世博建设贡献单位"表彰，荣获 "全国建筑工程装饰选材之星" 荣誉，荣获2010年法国全球石膏年会"全球石膏行业年度公司"大奖。龙牌绿色宜家石膏板在以"低碳地产、绿色生活"为主题的中国地产高峰论坛中荣登低碳技术、材料推荐榜榜首。龙牌涂料入选"500强建材采购首选品牌榜"涂料类采购首选品牌榜，并荣获"绿色、节能、环保产品认证"、"室内装饰优质安全产品"等荣誉证书。公司金邦板荣获 "2010全国房地产总工设计选型优选品牌" 。

3、紧抓市场，加大市场推广力度提升销售规模，优化渠道建设扩大分销

报告期内，公司加大市场推广力度，集中优势资源、采取多种形式开拓市场，提升销售规模。公司积极开发地级市和县级市场，划小区域、精耕细作；丰富渠道类型，增加渠道数量，一级、二级石膏板经销商总数达到3000多家，形成了密集分销的布局。

公司按照 "大客户、大项目、大订单" 的要求，成功与全国各大装饰公司建立合作关系，同时继续大力攻关各地重大项目，确保了重大项目的覆盖率和成功率。同时，公司参与大同市保障房建设，构建了保障房建设的"大同模式"，成为了大同市保障房项目门窗工程唯一指定供应商，实现了门窗、散热器及涂料的协同销售，既拓展了市场，也为保障房建设做出了央企上市公司的贡献。

报告期内，公司在一线中心城市广泛开展技术交流会，在石膏板产地辐

射区域周围的重点二、三线城市采用"龙之行"推广会，此外，有计划、有主题地参加行业专业展会进行市场推广，确保有效全面覆盖重点客户，开发培育市场，释放产能，提高并巩固行业内的影响力。

报告期内，龙牌石膏板、矿棉吸音板、轻钢龙骨系列产品陆续中标全国人大机关办公楼、北京饭店、上海嘉里中心、浦东机场、上海虹桥枢纽中心、交通银行、天津国际邮轮港、达沃斯论坛主会场、广州亚运会、世界大学生运动会、武汉新国际展览中心、杭州机场、三亚凤凰岛等一系列重点工程与项目。金邦板产品全面应用于亚运会配套市政工程广州科学大道大观路隧道墙面装饰工程。

4、加大技术创新，巩固和发展在核心技术方面的竞争优势

报告期内，公司继续发挥技术人才储备与行业技术地位的优势，加强与清华大学、同济大学、武汉理工大学、北京建筑工程学院、华南理工大学等全国知名院校及科研机构的产学研合作，深化推进开展技术创新与知识产权管理工作，对公司的生产经营和项目建设起到了重要的支持作用。

公司组织申报的"脱硫石膏嵌缝腻子与粘结石膏的研究"项目获得中国建材集团科技进步奖二等奖；"脱硫石膏嵌缝腻子与脱硫石膏粘结的研究"、"脱硫石膏气流煅烧工艺及控制系统"、"全脱硫石膏纸面石膏板生产关键技术"等项目分别荣获北京市建材行业科技进步奖、中国建材集团技术革新奖等多个奖项。公司参与的国家"十一五"科技支撑计划课题"环保型装饰装修板材的研究开发"、"复合楼板体系的开发应用研究"等国家级研发工作取得了重大进展。

公司通过技术创新，在降低成本和节能减排上取得良好效果。公司根据"先进而简约"的原则，不断改进工艺设计，降低项目建设成本和运行成本。新建石膏板生产线全部按采用 100%的电厂脱硫石膏为原料来设计和建设，已有纸面石膏板生产线原料系统全面实施 100%电厂脱硫石膏改造。新建石膏板生产线都采用余热利用措施及先进的燃煤沸腾炉燃烧技术，大大提高系统热能利用率，降低了煤耗。基于资源综合利用、发展循环经济所做的工作和贡献，2010 年北新建材被评为"全国资源综合利用十佳企业"。

报告期内，公司继续加强技术研发和知识产权管理，专利申请和保有量持续保持全国建材行业第一，北京市企业前十名。公司还首次申请 PCT 国

际专利 2 件，实现了北新建材国际专利申请零的突破。2010 年度，公司取得授权专利 130 件，截至 2010 年底，公司共申请专利 801 件，取得授权专利 691 件。

5、大力推动管理整合与管理创新，提升公司核心竞争力

2010 年，北新建材大力推动管理整合和管理创新，推行一体化、模式化、流程化、制度化、数字化"五化+KPI"管理模式，强化目标管理、精细管理和对标管理。重点加强了经营责任目标考核，推行成本节约计划，树立全资金成本意识，实现精细管理。构建产销一体化的大区制，实现对市场的快速反应。

6、多渠道扩大国际市场影响力，大力拓展国际业务

报告期内，公司面对建材产品劳动附加值低、产品销售半径短、人民币升值、国际运费高等不利因素，迅速反应，狠抓重点。矿棉吸音板业务整合龙牌及 TBO 品牌资源，针对不同市场采取不同策略，在海外高端市场及中端市场分别树立起 BNBM（龙牌）和 TBO 的品牌形象，产品远销台港澳、日本、印度、俄罗斯、泰国等地区和国家。

7、大力推行"三新"战略，新型房屋业务取得一定突破

报告期内，公司根据大力推进新型建材、新型房屋和新能源材料的"三新"战略发展要求，在新型房屋领域继续致力于节能房屋和住宅工厂化生产模式。

报告期内，公司在新型房屋业务开拓方面取得了新的进展：完成了内蒙古莲花酒店 70 套轻钢结构别墅整体建设项目；与北京市建委和农委合作，在密云建设了 2 个新农村示范房项目，并参与制定北京市新农村建设地方标准；完成了平谷 30 套木结构独栋房屋建设任务。海外市场特别是非洲市场也大力拓展之中。

8、高效稳妥做好西三旗基地的搬迁工作

报告期内，公司启动了北京西三旗基地的搬迁工作，已于报告期内收到财政部拨付的第一期搬迁补偿款人民币6亿元，余款4亿元将根据搬迁交接工作进度收付。北京密云和河北涿州两个基地已开工建设。

（二）公司的行业地位及优势

1、规模。截至报告期末，公司的石膏板业务规模达到年产 10 亿平方米，位居亚洲第一；公司的矿棉板业务规模达到年产 1,600 万平方米，位居中国第一；公司的轻钢龙骨业务规模达到年产 69,000 吨，位居中国第一。

2、品牌。北新建材十分重视品牌建设及管理工作。作为国内新型建材的领军企业，北新建材始终坚持"质量上上、服务上上、价格中上"的经营路线，将质量和信誉作为公开的竞争法宝；用一流的装备、一流的技术、一流的人才、一流的管理和优质服务，向客户承诺"十大放心"。公司龙牌和泰山牌产品被业内人士广泛认同，在业内拥有极高的品牌知名度和美誉度。

3、技术。北新建材拥有国家级企业技术中心、博士后流动站，利用北新建材的产业背景、实力、条件和待遇，吸引众多学术精英到公司研究课题。公司与知名院校合作成立工程硕士站，已经为企业培养了众多高级工程技术人才。

北新建材的技术创新紧紧围绕三大板材产品——石膏板、岩矿棉板和水泥外墙板来制定，目标是最大限度地利用工业废渣作为生产原料，最大限度地实现工业生产的节能降耗，最大限度地实现制造过程的环保和安全。

4、营销。北新建材产品品种多、营销网络密集，经过多年的市场培育，已在全国建有 3000 多家营销网络，遍布各大中城市及发达地区县级市；同时以良好的信誉、一流的品质和完善的服务赢得了广大用户的认可与信赖。

5、管理。北新建材推行一体化、模式化、流程化、制度化、数字化"五化+KPI"管理模式，强化目标管理、精细管理和对标管理，实现向管理要效益的目标。

（三）公司主营业务及其经营状况

1、报告期内公司主营业务分行业、分产品、分地区的营业收入和营业利润的构成情况

(1) 报告期内分行业、分产品的营业收入和营业利润构成情况

单位：人民币万元

| 主营业务分行业情况 | | | | | | |
|---|---|---|---|---|---|---|
| 分行业或分产品 | 营业收入 | 营业成本 | 营业利润率(%) | 营业收入比上年增减 | 营业成本比上年增减 | 营业利润率比上年增减 |

| | | | | (%) | (%) | (%) |
|---|---|---|---|---|---|---|
| 建材行业 | 425,014.91 | 308,117.99 | 27.50% | 32.88% | 40.10% | -3.74% |
| 主营业务分产品情况 | | | | | | |
| 石膏板 | 350,741.70 | 245,132.70 | 30.11% | 45.09% | 60.77% | -6.81% |

(2) 报告期内分地区的营业收入构成情况

单位：人民币万元

| 地区 | 营业收入 | 营业收入比上年增减（%） |
|---|---|---|
| 国内 | 426,877.60 | 34.12% |
| 其中：北方大区 | 175,948.32 | 46.58% |
| 南方大区 | 177,039.77 | 17.69% |
| 西部大区 | 73,889.51 | 54.53% |
| 国外 | 5,025.51 | 4.96% |
| 合　计 | 431,903.11 | 33.69% |

(3) 报告期内，占营业收入或营业利润总额 10%以上的业务经营活动及其所属行业如下：

单位：人民币万元

| 行业名称 | 营业收入 | 营业成本 | 营业利润率(%) | 营业收入比上年增减（%） | 营业成本比上年增减（%） | 营业利润率比上年增减（%） |
|---|---|---|---|---|---|---|
| 建材行业 | 425,014.91 | 308,117.99 | 27.50% | 32.88% | 40.10% | -3.74% |

公司本期实现的建材行业营业收入较上期增长了 32.88%，增长的主要原因一是公司在全国范围内进行石膏板产业布局，本期公司及所属分子公司新建的石膏板生产线陆续竣工投产，产能规模迅速扩大，从而提高了区域市场的产品供应效率和供应能力；二是随着产业布局的深入，公司大力拓展地县级市场销售渠道，并进军新农村及保障性住房建设。以上举措，使得石膏板销售规模持续扩大，导致本期实现的销售收入大幅增加。

公司本期实现的建材行业营业成本较上期增长了 40.10%，增长的主要原因一是公司主产品石膏板的销售量大幅增加，导致总营业成本上升；二是原材料及煤电油运持续涨价，导致产品制造成本增加。

(4) 报告期内，占营业收入或营业利润总额 10%以上的主要产品情况如下：

单位：人民币万元

| 产品名称 | 营业收入 | 营业成本 | 营业利润率(%) | 营业收入比上年增减(%) | 营业成本比上年增减(%) | 营业利润率比上年增减(%) |
|---|---|---|---|---|---|---|
| 石膏板 | 350,741.70 | 245,132.70 | 30.11% | 45.09% | 60.77% | -6.81% |

公司本期石膏板业务实现的营业收入较上期增长了 45.09%，增长的主要原因一是公司在全国范围内进行石膏板产业布局，本期公司及所属分、子公司新建的石膏板生产线陆续竣工投产，产能规模迅速扩大，从而提高了区域市场的产品供应效率和供应能力；二是随着产业布局的深入，公司大力拓展地县级市场销售渠道，并进军新农村及保障性住房建设。以上举措，使得石膏板销售规模持续扩大，导致本期实现的销售收入大幅增加。

公司本期石膏板业务实现的营业成本较上期增长了 60.77%，增长的主要原因一是产品销售量大幅增加，导致总营业成本上升；二是原材料及煤电油运持续涨价，导致产品制造成本增加。

公司本期石膏板业务实现的营业利润率较上期降低了 6.81%，降低的主要原因是国内的原材料及煤电油运持续涨价，导致产品制造成本增加。

2、主要供应商、客户情况

报告期内，公司向前五名供应商合计的采购金额为 721,745,170.31 元，占年度采购总额的比例为 25.47%；前五名客户销售额合计 167,357,091.55 元，占公司销售总额的比例为 3.83%。

（四）报告期内公司资产构成情况

单位：人民币元

| 项目 | 2010 年年末 | | 2009 年年末 | | 占总资产的比重增减比例 |
|---|---|---|---|---|---|
| | 金额 | 占总资产的比重 | 金额 | 占总资产的比重 | |
| 交易性金融资产 | 0.00 | 0.00% | 0.00 | 0.00% | 0.00% |
| 应收款项 | 197,443,524.08 | 2.68% | 303,878,913.01 | 5.07% | -2.39% |
| 存货 | 875,217,436.17 | 11.90% | 681,343,251.09 | 11.37% | 0.53% |

| 长期股权投资 | 209,311,469.21 | 2.85% | 211,840,861.51 | 3.53% | -0.68% |
| 固定资产 | 3,279,554,297.13 | 44.58% | 2,768,163,875.98 | 46.18% | -1.60% |
| 在建工程 | 897,808,414.50 | 12.20% | 529,623,446.42 | 8.84% | 3.36% |
| 短期借款 | 2,047,860,000.00 | 27.84% | 1,383,860,000.00 | 23.09% | 4.75% |
| 长期借款 | 421,500,000.00 | 5.73% | 358,320,000.00 | 5.98% | -0.25% |
| 资产总额 | 7,357,081,850.33 | 100.00% | 5,993,660,962.46 | 100.00% | 0.00% |

（五）报告期内公司销售费用、管理费用、财务费用、所得税等财务数据变动情况

单位：人民币元

| 项目 | 2010 年 | 2009 年 | 增减率 |
| --- | --- | --- | --- |
| 销售费用 | 201,705,584.98 | 191,298,796.37 | 5.44% |
| 管理费用 | 266,296,902.24 | 193,277,995.24 | 37.78% |
| 财务费用 | 81,403,192.98 | 71,552,860.83 | 13.77% |
| 公允价值变动收益 | 0.00 | 0.00 | 0.00% |
| 所得税 | 41,744,038.64 | 79,758,858.81 | -47.66% |

公司本期发生的管理费用较上期增长了 37.78%，增长的主要原因一是由于石膏板在全国范围进行产业布局，相应增设公司管理机构，导致公司支付的管理人员薪酬和管理机构费用增加；二是为应对国际贸易诉讼，本期产生了金额较大的诉讼费用；三是公司加大了新产品开发力度，增加了科研经费投入。

公司本期发生的所得税费用较上期减少了 47.66%，减少的原因主要是：由于公司主要产品石膏板享受资源综合利用和高新技术企业的所得税优惠等政策，使得公司本期应缴纳的企业所得税额减少所致。

（六）报告期内公司经营活动、投资活动和筹资活动产生的现金流量的构成情况

单位：人民币元

| 项目 | 2010 年 | 2009 年 | 增减率 |
| --- | --- | --- | --- |
| 经营活动产生的现金流量净额 | 912,226,191.03 | 785,377,422.17 | 16.15% |
| 投资活动产生的现金流量净额 | -664,922,729.02 | -724,196,569.69 | 8.18% |
| 筹资活动产生的现金流量净额 | -79,333,314.08 | 129,569,552.32 | -161.23% |

投资活动产生的现金流量净额较上期增长了 8.18%,增长的主要原因是：虽然由于公司持续扩大主营产品石膏板的产能规模，导致购买固定资产、无形资产和其他长期资产支付的现金较上年有所增加；但由于公司本年度收到六亿元的搬迁安置补偿款，故投资活动产生的现金流量净额有所增加。

筹资活动产生的现金流量净额较上期减少了 161.23%,减少的主要原因是一是由于公司本年度借款净额同比减少；二是由于公司本年度分配的股利较上年度有所增加所致。

（七）公司主要全资、控股子公司的经营情况及业绩分析

报告期末，公司主要全资、控股公司经营情况及业绩如下：

1、泰山石膏股份有限公司

该公司注册资本 15,562.50 万元人民币，本公司合计持有其 65%的股份，主要从事纸面石膏板的研发、生产和销售。报告期末，总资产为 322,963.03 万元；净资产为 139,852.30 万元；报告期内，实现营业收入为 290,046.64 万元，实现归属于母公司的净利润为 49,374.60 万元。

2、太仓北新建材有限公司

该公司注册资本 6,000 万元人民币，本公司持有其 100%股权，主要从事纸面石膏板的生产、加工和销售。报告期末，总资产为 26,752.09 万元；净资产为 8,886.93 万元；报告期内，实现营业收入为 14,165.17 万元，实现归属于母公司的净利润为 2,559.60 万元。

3、宁波北新建材有限公司

该公司注册资本 1,500 万元人民币，本公司持有其 100%股权，主要从事纸面石膏板的生产、加工和销售。报告期末，总资产为 15,253.61 万元；净资产为 4,283.59 万元；报告期内，实现营业收入为 14,379.18 万元，实现归属于母公司的净利润为 2,340.46 万元。

**二、公司未来发展规划及展望**

（一）行业发展趋势及面临的市场竞争格局

石膏板在国外的发展历史已经超过百年，广泛用于住宅、办公楼、商店、旅馆和工业厂房等各种建筑物的内隔墙、墙体覆面板（代替墙面抹灰层）、天花板、吸音板、地面基层板和各种装饰板，具有防火、隔音、隔热、轻质、

高强、收缩率小等特点，稳定性好、不老化、防虫蛀，可用钉、锯、刨、粘等方法施工，是一种经过历史考验、值得信赖的绿色环保建材。

1979 年，北新建材引进我国第一条年产 2000 万平方米大型现代化石膏板生产线，迈开了石膏板在中国应用的第一步，从此石膏板在中国被作为新型节能环保建材得到大力推广和广泛应用。我国是能源极其匮乏的国家，而建筑能耗占我国总能耗的 25%-30%，国家政策倡导和鼓励由新型节能建材替代传统高能耗建材材料。

展望未来，随着中国的工业化、城市化进程的加快，以及新农村建设和保障房建设的铺开，未来国内市场对新型建筑材料包括石膏板的需求仍将旺盛，市场空间巨大。从行业竞争格局看，公司虽然技术先进，占据国内市场份额领先地位，但行业中技术落后、高能耗、低质量的生产线还大量存在，市场集中度仍有提高的空间。

（二）公司未来发展展望及 2011 年度经营规划

1、深入贯彻落实"五化＋KPI"管理模式的要求，全面推进管理整合，通过管理整合创造效益，并有效控制经营管理风险。

2、全面加强公司的营销能力建设，通过参与制定建筑标准、开拓新应用领域、系统开拓行业合作、完善渠道建设等方面的工作，全面提高产能利用率，实现石膏板销量的持续增长，并力争在石膏板之外，培育其他产品的新增长点。

3、加快项目建设进程，进一步完善项目建设管理。加速推进 20 亿平方米石膏板全国产业布局规划和项目选址工作，确保公司战略目标的实现。

4、进一步提升北新建材的企业形象和品牌的价值，并藉此提高产品的市场占有率和获利能力。

5、通过技术创新降低投资成本和产品单耗，节约成本，向成本要效益，研发有市场竞争优势的核心技术和产品，提高公司盈利能力和核心竞争力。

6、大力推进新型房屋业务，在新型房屋领域继续致力于节能房屋和住宅工厂化生产模式，在做好国内市场的同时，大力拓展非洲市场。

7、加快国际化建设进程，积极开展技术合作，拓展业务规模，构建北新建材的国际品牌形象，为公司国际化发展奠定基础。

8、加大房屋体系建设，依托北新建材的钢结构体系、墙体吊顶应用解