决方案和住宅部品的集成优势，大力开拓新型房屋业务、新农村住宅市场和保障房市场。

（三）公司实现未来发展战略所需的资金安排

公司经营活动现金流量净额连续多年保持稳定增长，以及首期6亿元的西三旗基地搬迁补偿款的到账，为公司发展的资金需要提供有力保障。2011年，随着公司产能布局的进一步扩大，公司对资金的需求将进一步增加。目前，公司资金充裕，与各大银行保持良好的合作关系，经营性现金流和债务融资等方式能够满足日常经营需要的资金。

（四）风险因素及采取的对策和措施

1、风险因素

世界经济继续恢复增长，但国家"积极稳健、审慎灵活"的宏观经济政策也反映出当前经济的复杂性和不确定性。通货膨胀预期、货币政策收紧和房地产调控政策的不断推出，给公司的生产经营带来较大的不确定性。同时，贴面纸、煤、油价格波动也给公司成本控制带来了一定的压力。

2、应对措施

针对市场和宏观政策带来的不确定性，公司主要通过加强企业管理，扩大销售渠道，强化经营生产和技术研发，降低生产单耗成本，提高产品品质等增强企业竞争力。针对原材料价格波动风险，公司采取优化供应渠道，以延迟涨价等办法降低采购成本，提高生产操作标准化程度及生产效率，降低商品库存，同时适度向上游贴面纸行业拓展，增强转移原材料价格波动风险的能力，使公司继续保持行业内的领先地位。

**三、公司投资情况**

（一）报告期内公司无募集资金或以前期间募集资金的使用延续到报告期的情况。

（二）报告期内非募集资金投资的重大项目情况

1、在四川省广安市投资建设的脱硫石膏综合利用年产3,000万平米纸面石膏板生产线项目。该项目总投资为10,485.27万元，已于2010年3月正式投产，报告期产生的收益为831.28万元。

2、在湖北省武汉市投资建设的脱硫石膏综合利用年产3,000万平米纸面石膏板生产线项目。该项目总投资为11,194.85万元，已于2010年5月正式

投产，报告期产生的收益为 465.32 万元。

3、在辽宁省铁岭市投资建设的脱硫石膏综合利用年产 3,000 万平米纸面石膏板生产线项目。该项目总投资为 10,055.08 万元，已于 2010 年 10 月正式投产，报告期产生的收益为 255.64 万元。

4、在河北省故城县投资建设的脱硫石膏综合利用年产 3,000 万平米纸面石膏板生产线项目。该项目预算总投资为 9,270.00 万元，2010 年已进入试运行，尚未产生收益。

5、在江苏省太仓市投资建设的脱硫石膏综合利用年产 3,000 万平米纸面石膏板生产线二期项目。该项目预算总投资为 10,848.00 万元，2010 年已进入试运行，尚未产生收益。

6、在山东省平邑市投资建设的脱硫石膏综合利用年产 3,000 万平米纸面石膏板生产线项目。该项目预算总投资为 4,000.00 万元，2010 年已进入试运行，尚未产生收益。

7、在江苏省句容市投资建设的脱硫石膏综合利用年产 3,000 万平米纸面石膏板生产线项目。该项目预算总投资为 13,260.00 万元，2010 年已进入试运行，尚未产生收益。

8、在江苏省苏州市投资建设的年产 60 万平米纤维水泥瓦项目。该项目预算总投资为 3,790 万元，目前正在试运行，尚未产生收益。

9、公司控股子公司泰山石膏股份有限公司在江西省丰城市投资建设的脱硫石膏综合利用年产 3,000 万平米纸面石膏板生产线项目。该项目总投资为 7,229.24 万元，已于 2010 年 3 月正式投产，报告期产生的收益为 561.56 万元。

10、公司控股子公司泰山石膏股份有限公司在河南省偃师市投资建设的脱硫石膏综合利用年产 3,000 万平米纸面石膏板生产线项目。该项目总投资为 10,963.48 万元，已于 2010 年 6 月正式投产，报告期产生的收益为 2,577.57 万元。

11、公司控股子公司泰山石膏股份有限公司在安徽省铜陵市投资建设的脱硫石膏综合利用年产 3,000 万平米纸面石膏板生产线项目。该项目总投资为 9,069.53 万元，已于 2010 年 6 月正式投产，报告期产生的收益为 2,322.93 万元。

12、公司控股子公司泰山石膏股份有限公司在湖北省荆门市投资建设的脱硫石膏综合利用年产 3,000 万平米纸面石膏板生产线二期项目。该项目预算总投资为 4,900 万元，2010 年已进入试运行，尚未产生收益。

13、公司控股子公司泰山石膏股份有限公司在重庆市投资建设的脱硫石膏综合利用年产 2,000 万平米纸面石膏板生产线二期项目。该项目预算总投资为 3,500 万元，2010 年已进入试运行，尚未产生收益。

14、公司控股子公司泰山石膏股份有限公司在广东省惠州市投资建设的脱硫石膏综合利用年产 3,000 万平米纸面石膏板生产线项目。该项目预算总投资为 7,971.32 万元，目前正在建设中，尚未产生收益。

15、公司控股子公司泰山石膏股份有限公司在贵州省福泉市投资建设的脱硫石膏综合利用年产 2,000 万平米纸面石膏板生产线项目。该项目预算总投资为 7,656.62 万元，目前正在建设中，尚未产生收益。

16、公司控股子公司泰山石膏股份有限公司在宁夏省银川市投资建设的脱硫石膏综合利用年产 3,000 万平米纸面石膏板生产线项目。该项目预算总投资为 7,019 万元，目前正在建设中，尚未产生收益。

17、公司控股子公司泰山石膏股份有限公司在江苏省南通市投资建设的脱硫石膏综合利用年产 3,000 万平米纸面石膏板生产线项目。该项目预算总投资为 8,969.76 万元，目前正在建设中，尚未产生收益。

18、公司控股子公司泰山石膏股份有限公司在四川省什邡市投资建设的脱硫石膏综合利用年产 3,000 万平米纸面石膏板生产线项目。该项目预算总投资为 8,937 万元，目前正在建设中，尚未产生收益。

其他投资情况见会计报表附注中的在建工程。

**四、报告期内，公司无会计政策、会计估计和核算方法发生变化的情况。**

**五、报告期内，公司无公允价值变动损益对公司利润影响的情况。**

**六、董事会日常工作情况**

（一）报告期内董事会的会议情况及决议内容

报告期内，董事会共召开了六次会议，会议情况如下：

1、2010 年 3 月 23 日，公司召开了第四届董事会第五次会议，决议公告

刊登在 2010 年 3 月 25 日的《中国证券报》、《证券时报》、《上海证券报》和《证券日报》上。

2、2010 年 4 月 26 日，公司召开了第四届董事会临时会议，审议通过了《2010 年第一季度报告》。

3、2010 年 6 月 28 日，公司召开了第四届董事会第十次临时会议，决议公告刊登在 2010 年 6 月 29 日的《中国证券报》、《证券时报》、《上海证券报》和《证券日报》上。

4、2010 年 8 月 9 日，公司召开了第四届董事会第十一次临时会议，决议公告刊登在 2010 年 8 月 10 日的《中国证券报》、《证券时报》、《上海证券报》和《证券日报》上。

5、2010 年 8 月 18 日，公司召开了第四届董事会第六次会议，决议公告刊登在 2010 年 8 月 20 日的《中国证券报》、《证券时报》、《上海证券报》和《证券日报》上。

6、2010 年 10 月 25 日，公司召开了第四届董事会临时会议，审议通过了《2010 年第三季度报告》。

（二）董事会对股东大会决议的执行情况

1、对股东大会授权事项的执行情况

报告期内，公司董事会按照股东大会的决议，严格遵循《公司法》等国家有关法律法规及《公司章程》的规定，勤勉务实，认真履行各项职责，较好完成了股东大会的各项决议事项，保证了公司规范、健康、稳定发展。

2、报告期内公司利润分配方案执行情况

根据2009年度股东大会决议，公司认真组织实施了2009年度利润分配方案，即以公司现有总股本575,150,000 股为基数，向全体股东按每10股派发现金红利1.20元（含税，扣税后，个人股东、投资基金和合格境外机构投资者实际每10股派1.08元人民币现金），共计派发现金红利69,018,000元；2010年6月10日，公司在《中国证券报》、《上海证券报》、《证券时报》和《证券日报》上刊登了《2009年度权益分派实施公告》，股权登记日为2010年6月17日，除息日为2010年6月18日，已全部完成。

（三）董事会审计委员会履职情况

第 33 页

根据中国证监会有关规定，公司董事会审计委员会在公司 2010 年度报告编制过程中，履行了以下工作职责：

1、2010 年 11 月 18 日，根据公司实际情况，董事会审计委员会和北京兴华会计师事务所有限责任公司共同确定了公司 2010 年度财务报告审计时间安排，并通过公司财务负责人向独立董事提交了审计工作安排等相关资料。

2、2011 年 1 月 6 日，在年审注册会计师进场前，董事会审计委员会审阅了公司编制的 2010 财务会计报表，认为公司编制的财务会计报表基本反映了公司截止 2010 年 12 月 31 日的资产负债情况和 2010 年度的财务状况及生产经营成果，同意以此财务报表为基础开展 2010 年度的财务审计工作，并出具了书面审阅意见。

3、2011 年 3 月 9 日，董事会审计委员会向北京兴华会计师事务所有限责任公司发出第一次督促函，督促相关审计人员，把握时间进度，在规定期限内将审计报告初稿（电子版）提供给公司。

4、2011 年 3 月 11 日，在年审注册会计师出具初步审计意见后，董事会审计委员会再一次审阅了公司 2010 年度财务会计报表，认为公司编制的财务会计报表能够真实、准确、完整的反映公司截止 2010 年 12 月 31 日的资产负债情况和 2010 年度的财务状况及生产经营成果，同意以此财务报表为基础制作公司 2010 年年度报告及 2010 年年度报告摘要，并出具了书面审阅意见。

5、2011 年 3 月 14 日，董事会审计委员会向北京兴华会计师事务所有限责任公司发出第二次督促函，督促相关审计人员，把握时间进度，在规定期限内将审计报告正式版提供给公司，以供披露和提交监管机构使用。2011 年 3 月 16 日，董事会审计委员会以书面意见形式记录了上述督促的方式和次数。

6、2011 年 3 月 16 日，审计工作完成后，董事会审计委员会召开了审计委员会会议，以 3 票同意，0 票反对，0 票弃权审议通过了以下议案：(1)《公司 2010 年度财务会计报告》；(2)《关于北京兴华会计师事务所有限责任公司从事 2010 年度审计工作的总结报告》；(3)《关于续聘北京兴华会计师事

务所有限责任公司为公司 2011 年度审计机构的议案》，并将上述三项议案提交公司第四届董事会第七次会议审议。

（四）董事会薪酬与考核委员会履职情况

根据公司高管人员的岗位职责、年度工作目标完成情况以及业务创新能力等，董事会薪酬与考核委员会对公司高管人员 2010 年度薪酬进行了考评，并制定了总经理及其他高管人员年度薪酬。

（五）董事会对于内部控制责任的声明

公司董事会认为：公司按照《公司法》、《证券法》、《深圳证券交易所股票上市规则》、《上市公司内部控制指引》以及《公司章程》等相关法律法规的要求，建立健全了以对控股子公司的管理控制、关联交易的内部控制、对外担保的内部控制、募集资金使用的内部控制、重大投资的内部控制、信息披露的内部控制为核心的完整的内部控制体系，形成了科学的决策、执行和监督机制，公司内控制度得到了有效执行，较好地遵守了国家法律、法规、规章及其他相关规定，提高了公司经营的效益及效率，保障了公司资产的安全，确保了公司信息披露的真实、准确、完整和公平，各项经营管理活动协调、有序、高效运行。

2011 年，公司将按照企业内部控制基本规范、企业内部控制配套指引等文件要求，继续建立健全、充实完善公司的内部控制，使之得到贯彻落实。

（六）报告期内幕信息知情人管理制度的执行情况

报告期内，公司根据中国证监会及北京证监局的相关文件要求，制定了《内幕信息知情人管理制度》和《对外信息报送和使用管理制度》。公司将上述制度及时发放给各相关部门，提示各部门严格执行上述制度。

报告期内，公司按照北京证监局发布的《关于进一步完善上市公司内幕信息知情人登记制度的通知》（京证公司发[2010]146 号）的要求，及时与为公司提供服务的律师事务所、会计师事务所签订长期保密协议，书面告知内幕信息知情人的保密责任以及对违反规定的行为要追究的法律责任，进一步加强内幕信息的保密工作，维护信息披露的公平原则。

报告期内，公司严格执行内幕信息知情人管理的各项制度，做好内幕信息的保密工作及内幕信息知情人的登记备案工作，未发现内幕信息知情人在影响公司股价的重大敏感信息披露前利用内幕信息买卖公司股份的情况。

**七、本次利润分配预案或资本公积金转增股本预案**

经北京兴华会计师事务所有限责任公司审计，母公司 2010 年度实现净利润 109,237,544.13 元，根据《公司章程》规定，提取 10%法定盈余公积 10,923,754.41 元后，加上年初未分配利润 456,319,512.60 元，减去已分配 2009 年现金股利 69,018,000.00 元，2010 年末未分配利润为 485,615,302.32 元。本年度利润分配预案为：以 2010 年 12 月 31 日的股份总额 575,150,000 股为基数，按每 10 股派发现金红利 1.65 元（含税），本分配预案共分配利润 94,899,750.00 元。

本年度不进行资本公积金转增股本。

以上分配预案须经股东大会审议通过后实施。

**八、公司最近三年现金分红情况表**

| 分红年度 | 现金分红金额（含税） | 分红年度合并报表中归属于上市公司股东的净利润 | 占合并报表中归属于上市公司股东的净利润的比率 | 年度可分配利润 |
|---|---|---|---|---|
| 2009 年 | 69,018,000.00 | 321,831,960.80 | 21.45% | 321,831,960.80 |
| 2008 年 | 37,384,750.00 | 240,582,107.44 | 15.54% | 240,582,107.44 |
| 2007 年 | 20,130,250.00 | 202,065,014.34 | 9.96% | 202,065,014.34 |
| 最近三年累计现金分红金额占最近年均净利润的比例（%） | | | | 49.65% |

# 第九节　监事会报告

2010 年度，公司监事会严格按照《公司法》、《公司章程》、《监事会议事规则》等相关法律法规的规定，认真履行监事会职责，参与了公司重大决策事项的讨论，审议了公司的定期报告，对公司股东大会、董事会的召开程序、决策程序，董事会对股东大会决议的执行情况，公司高级管理人员的执行职务情况及公司管理制度执行情况等进行了监督，维护了公司及股东的合法权益。

**一、监事会工作情况**

报告期内，公司监事会召开了四次会议。

（一）第四届监事会第六次会议

该会议于 2010 年 3 月 23 日召开，审议通过了以下议案：(1)《2009 年年度报告及 2009 年年度报告摘要》；(2)《2009 年度监事会工作报告》。决议公告刊登在 2010 年 3 月 25 日的《中国证券报》、《证券时报》、《上海证券报》和《证券日报》上。

（二）第四届监事会临时会议

该会议于 2010 年 4 月 26 日召开，审议通过了《2010 年第一季度报告》。

（三）第四届监事会第七次会议

该会议于 2010 年 8 月 18 日召开，审议通过了《2010 年半年度报告》及《2010 年半年度报告摘要》。决议公告刊登在 2010 年 8 月 20 日的《中国证券报》、《证券时报》、《上海证券报》和《证券日报》上。

（四）第四届监事会临时会议

该会议于 2010 年 10 月 25 日召开，审议通过了《2010 年第三季度报告》。

**二、监事会对报告期内公司有关事项的独立意见**

（一）依法运作情况

报告期内，公司严格按照《公司法》、《公司章程》、《深圳证券交易所股票上市规则》等相关法律法规和规范性文件的要求，进一步完善了法人治理结构，建立健全了内部控制制度，依法经营、规范运作，决策程序合法合规，未发现公司董事及经营层在执行公司职务时有违反法律、法规、公司章程或损害公司利益的行为。

（二）检查公司财务情况

公司 2010 年度财务报告经北京兴华会计师事务所有限责任公司审计，并为公司出具了标准无保留意见的审计报告，真实地反映了公司的财务状况和经营成果。

（三）公司收购、出售资产交易情况

报告期内，公司收购、出售资产交易价格合理，没有发现内幕交易，无损害股东权益或造成公司资产流失的行为。

（四）关联交易情况

关联交易按照公允价格进行，没有损害上市公司利益。

（五）监事会对内部控制自我评价报告的审阅意见

公司监事会已经审阅董事会 2010 年《公司内部控制自我评价报告》，并就该报告发表意见如下：

1、公司根据中国证监会、深圳证券交易所的有关规定，遵循内部控制的基本原则，结合自身的实际情况，建立健全了内部控制制度，保证了公司经营活动的正常有序进行，保障了公司财产安全。

2、2010 年，公司没有违反深圳证券交易所《上市公司内部控制指引》及公司《内部控制制度》情形的发生。

3、公司《内部控制自我评价报告》对公司内部控制的组织架构，内部控制制度的建立健全情况，内部审计部门的设立、人员配备及工作情况，2010年公司建立和完善内部控制所进行的重要工作和成效以及重点控制活动等几个方面的内容作了详细自查和评估，是符合公司内部控制现状的客观评价。

## 第十节　重要事项

### 一、重大诉讼、仲裁事项

报告期内，公司对外公告了《关于美国石膏板事件的公告》（公告编号：2010-009），并在 2010 半年度报告及 2010 年第三季报中对进展情况进行了说明（相关内容刊登在 2010 年 5 月 29 日、2010 年 8 月 20 日、2010 年 10 月 27 日《中国证券报》、《上海证券报》、《证券时报》、《证券日报》和巨潮资讯网站（http://www.cninfo.com.cn））。

报告期内，公司已付律师费、差旅费和保证金共计 447,709.15 美元，公司控股子公司泰山石膏股份有限公司（简称“泰山石膏”）已付律师费、差旅费和保证金共计 3,936,986.12 美元。本公司及泰山石膏将继续高度重视，密切关注此事的发展，本着对投资者、消费者和行业负责任的态度，审慎应对和处理。

### 二、破产重整相关事项

本年度公司无破产重整相关事项。

### 三、公司证券投资、参股金融企业股权情况

1、报告期内，公司未进行证券投资，未持有其他上市公司股权。

2、参股商业银行、证券公司、保险公司、信托公司和期货公司等金融企业股权情况

单位：（人民币）元

| 所持对象名称 | 初始投资金额 | 持有数量 | 占该公司股权比例 | 期末账面值 | 报告期损益 | 报告期所有者权益变动 | 会计核算科目 | 股份来源 |
|---|---|---|---|---|---|---|---|---|
| 中投信用担保有限公司 | 10,000,000.00 | 10,000,000 | 1.00% | 10,000,000.00 | -14,977,817.20 | -14,977,817.20 | 长期股权投资 | 购买取得 |
| 合计 | 10,000,000.00 | 10,000,000 | - | 10,000,000.00 | -14,977,817.20 | -14,977,817.20 | - | - |

### 四、收购及出售资产、吸收合并事项

2010 年 6 月 22 日，北新集团建材股份有限公司（以下简称"公司"）与三菱商事株式会社（以下简称"三菱商事"）在北京市签署《股权转让协议》，根据股权转让协议，公司以人民币 1,003.35 万元的价格收购三菱商事持有的北新房屋有限公司（以下简称"北新房屋"）的 7.5%股权。报告期内，该事项的工商变更已办理完毕，但付款手续尚未完成。

2010 年 8 月 9 日，公司与北新建材（集团）有限公司（以下简称"北新集团"）在北京市签署《股权转让协议》。根据股权转让协议，公司以人民币 1,471.58 万元的价格收购北新集团持有的北新房屋的 11%股权。报告期内，该事项的工商变更已办理完毕，并已完成付款。

转让各方同意以评估机构出具的《资产评估报告》所反映的评估结果作为确定本次股权转让价格的依据。

上述股权收购完毕后，公司持有北新房屋 82.5%股权。本次收购符合公司的发展战略，有利于增强公司对北新房屋的控制力，集中优势资源发展公司新型房屋业务。

相关公告刊登在 2010 年 8 月 10 日的《中国证券报》、《上海证券报》、《证券时报》和《证券日报》上。

### 五、重大关联交易事项

（一）与日常经营相关的关联交易事项

公司与日常经营相关的关联交易事项见会计报表附注六。

公司的日常关联交易持续发生，公司与各交易方已经形成了稳定的合作关系。公司在采购方面的关联交易，为公司提供了持续、稳定的原材料来源；在销售方面的关联交易，有利于扩大公司销售市场、提高公司销售额；公司向关联方出租的房屋、供应的水电汽提高了公司资产的使用效率。

该等关联交易事项对公司的生产经营并未构成不利影响或损害公司股东利益，不构成对上市公司独立性的影响，公司主要业务不会因此而对关联人形成依赖或者被其控制。

上述与日常经营相关的关联交易事项已经公司第四届董事会第五次会议审议通过，相关决议公告刊登在 2010 年 3 月 25 日《中国证券报》、《证券时报》、《上海证券报》和《证券日报》上。

（二）资产收购、出售及与关联方共同对外投资发生的关联交易事项详见 第十节 重要事项 四、收购及出售资产、吸收合并事项。

（三）报告期末，公司不存在控股股东及其附属企业非经营性资金占用情况，不存在为控股股东及其附属企业提供担保的情况。

### 六、重大合同及其履行情况

1、公司实际控制人中国建筑材料集团有限公司与中央国家机关公务员住宅建设服务中心签署了《土地调配协议》，将公司所属西三旗基地所在土地调配给中央国家机关公务员住宅建设服务中心，该中心将根据资产搬迁和重置拟发生成本支出来分配补偿款的原则，分配予北新建材的补偿款总额为人民币 10 亿元。北新建材已于 2010 年 12 月 22 日收到财政部拨付的第一期搬迁安置补偿款人民币 6 亿元，余款将根据搬迁交接工作进度收付。

2、重大担保事项

公司担保事项详见会计报表附注七。

截至 2010 年 12 月 31 日，公司的担保总额为 111,500.00 万元，占公司

2010 年 12 月 31 日经审计的合并会计报表净资产的 43.05%。其中，公司担保总额全部为对全资子公司和控股子公司的担保。

公司没有为股东、实际控制人及其关联方提供担保。

3、公司不存在在报告期内或报告期继续发生委托他人进行现金资产管理事项的情况。

### 七、承诺事项履行情况

公司或持股 5%以上股东在报告期内或持续到报告期内无任何承诺事项。

### 八、接待调研及采访的情况

为贯彻证券市场公平、公开、公正的原则，进一步规范公司信息披露行为，确实保证公司信息披露的公平性，公司严格按照《深圳证券交易所股票上市规则》和《上市公司公平信息披露指引》等规定，规范接待调研和采访等事宜。

报告期内，公司先后接待了约 56 家证券公司、基金公司、QFII 等机构投资者现场调研；同时，公司通过投资者交流热线、投资者交流信箱等形式与广大投资者就公司发展进行了充分、广泛的交流。

在各类接待工作中，公司及相关信息披露义务人均严格遵守相关规定，遵循公平信息披露的原则，未实行差别对待，也未发生有选择性地、私下地向特定对象披露、透露或泄露非公开重大信息的情形，保证了公司信息披露的公平性。

报告期接待调研、沟通、采访等活动情况表

| 接待时间 | 接待地点 | 接待方式 | 接待对象 | 谈论的主要内容及提供的资料 |
|---|---|---|---|---|
| 2010 年 1 月 4 日至 12 月 31 日 | 公司本部 | 电话沟通 | 个人投资者 | 公司发展战略、生产经营情况 |
| 2010 年 1 月 29 日 | 公司本部 | 实地调研 | 中信证券、中金公司等机构副总裁、研究员及分析师 | |
| 2010 年 2 月 1 日 | 公司本部 | 实地调研 | 汇添富基金分析师 | |
| 2010 年 3 月 3 日 | 公司本部 | 实地调研 | 安信证券、诺安基金、广发基金、申银万国、盛海投资等机构基金经理、研究员及分析师 | |

| 2010年3月16日 | 公司本部 | 实地调研 | 易方达基金机构理财部投资经理、研究部副总经理 | 公司发展战略、生产经营情况，提供公司已披露的年度报告等公开资料 |
|---|---|---|---|---|
| 2010年3月29日 | 公司本部 | 实地调研 | 上投摩根、景顺长城、华夏基金、瑞银证券等机构基金经理、研究员及分析师 | |
| 2010年3月30日 | 公司本部 | 实地调研 | 中邮基金投资部副总经理、基金经理、研究员，涌金投资副总经理 | |
| 2010年5月6日 | 公司本部 | 实地调研 | 上投摩根、工银瑞信、诺安基金、交银施罗德、嘉实基金、中信建投、长江证券、泰康资产等机构投资经理、研究员及分析师 | |
| 2010年5月7日 | 公司本部 | 实地调研 | 天隼投资研究员 | |
| 2010年5月13日 | 公司本部 | 实地调研 | 鹏华基金、国泰基金、广发证券、华创证券、东海证券、日信证券、法国巴黎资本、信诺投资、天相投资等机构投资经理、研究员及分析师 | |
| 2010年5月25日 | 公司本部 | 实地调研 | 上海涌智投资证券投资总监 | |
| 2010年5月26日 | 公司本部 | 实地调研 | 国元证券研究员 | |
| 2010年6月1日 | 公司本部 | 实地调研 | 浦来德资产董事长，国投信托投资经理 | |
| 2010年6月24日 | 公司本部 | 实地调研 | 银华基金投资经理 | |
| 2010年6月29日 | 公司本部 | 实地调研 | 长城基金研究员，招商证券分析师 | |
| 2010年6月30日 | 公司本部 | 实地调研 | GENESIS INVESTMENT MANAGEMENT,LLP PORTFOLIO MANAGER | |
| 2010年7月21日 | 公司本部 | 实地调研 | 中信证券业务秘书，景顺投资分析员 | 公司发展战略、生产经营情况，提供公司已披露的年度报告等公开资料 |
| 2010年7月29日 | 公司本部 | 实地调研 | 长江证券、嘉实基金、兴业基金、华泰证券、复华投信等机构投资经理、研究员及分析师 | |
| 2010年9月7日 | 公司本部 | 实地调研 | 大和投资信托分析师 | |
| 2010年9月14日 | 公司本部 | 实地调研 | 渤海证券研究员 | |
| 2010年9月16日 | 公司本部 | 实地调研 | 国泰君安证券研究员 | |
| 2010年9月25日 | 公司本部 | 实地调研 | 广发证券研究员 | |
| 2010年11月2日 | 公司本部 | 实地调研 | 招商证券、华夏基金、武当资产等机构研究员 | |
| 2010年11月3日 | 公司本部 | 实地调研 | 嘉实基金、中邮基金、中投证券、民生证券、申银万国等机构研究员、分析师 | |

| 2010 年 11 月 18 日 | 公司本部 | 实地调研 | 中信证券自营部,益民基金研究部 |
| 2010 年 12 月 2 日 | 公司本部 | 实地调研 | 宏源证券投资经理、分析师 |
| 2010 年 12 月 8 日 | 公司本部 | 实地调研 | 安信证券分析师 |
| 2010 年 12 月 11 日 | 公司本部 | 实地调研 | 金元证券分析师 |
| 2010 年 12 月 23 日 | 公司本部 | 实地调研 | 宏源期货研究员 |

### 九、报告期内公司聘任、解聘会计师事务所的情况

报告期内,公司续聘北京兴华会计师事务所有限责任公司担任本公司审计工作,该公司已为公司连续提供服务 3 年。公司预计支付该公司 2010 年度审计费为 75 万元。

### 十、报告期内,公司及其董事、监事、高级管理人员、公司股东、实际控制人不存在受有权机关调查、司法纪检部门采取强制措施、被移送司法机关或追究刑事责任、中国证监会稽查、中国证监会行政处罚、证券市场禁入、认定为不适当人选被其他行政管理部门处罚及证券交易所公开谴责的情形。

# 审 计 报 告

（2011）京会兴审字第 3- 022 号

**北新集团建材股份有限公司全体股东：**

我们审计了后附的北新集团建材股份有限公司（以下简称"贵公司"）的财务报表，包括2010年12月31日的合并及母公司资产负债表，2010年度的合并及母公司利润表，2010年度的合并及母公司现金流量表以及合并及母公司股东权益变动表、财务报表附注。

**一、管理层对财务报表的责任**

按照企业会计准则的规定编制财务报表是贵公司管理层的责任。这种责任包括：（1）设计、实施和维护与财务报表编制相关的内部控制，以使财务报表不存在由于舞弊或错误而导致的重大错报；（2）选择和运用恰当的会计政策；（3）作出合理的会计估计。

**二、注册会计师的责任**

我们的责任是在实施审计工作的基础上对财务报表发表审计意见。我们按照中国注册会计师审计准则的规定执行了审计工作。中国注册会计师审计准则要求我们遵守职业道德规范，计划和实施审计工作以对财务报表是否不存在重大错报获取合理保证。

审计工作涉及实施审计程序，以获取有关财务报表金额和披露的审计证据。选择的审计程序取决于注册会计师的判断，包括对由于舞弊或错误导致的财务报表重大错报风险的评估。在进行风险评估时，我们考虑与财务报表编制相关的内部控制，以设计恰当的审计程序，但目的并非对内部控制的有效性发表意见。审计工作还包括评价管理层选用会计政策的恰当性和作出会计估计的合理性，以及评价财务报表的总体列报。

我们相信，我们获取的审计证据是充分、适当的，为发表审计意见提供了基础。

第 44 页

三、审计意见

我们认为，贵公司财务报表已经按照企业会计准则的规定编制，在所有重大方面公允反映了贵公司2010年12月31日的财务状况以及2010年度的经营成果和现金流量。

北京兴华会计师事务所有限责任公司　　　　　中国注册会计师：王全洲

中国·北京市　　　　　　　　　　　　　　　中国注册会计师：孟　聪

二○一一年三月十七日

## 合并资产负债表

截止日期：2010 年 12 月 31 日

编制单位：北新集团建材股份有限公司　　　　　　　　　　　单位：人民币元

| 项　目 | 附注 | 期末余额 | 年初余额 |
|---|---|---|---|
| **流动资产：** | | | |
| 货币资金 | 五-01 | 819,175,606.80 | 651,137,779.73 |
| 结算备付金 | | | |
| 拆出资金 | | | |
| 交易性金融资产 | | | |
| 应收票据 | 五-02 | 18,207,500.72 | 10,507,588.39 |
| 应收账款 | 五-03 | 176,782,707.59 | 238,257,953.59 |
| 预付款项 | 五-04 | 243,427,077.34 | 390,725,036.53 |
| 应收保费 | | | |
| 应收分保账款 | | | |
| 应收分保合同准备金 | | | |
| 应收利息 | | | |
| 应收股利 | | | |
| 其他应收款 | 五-05 | 20,660,816.49 | 65,620,959.42 |
| 买入返售金融资产 | | | |
| 存货 | 五-06 | 875,217,436.17 | 681,343,251.09 |
| 一年内到期的非流动资产 | | | |
| 其他流动资产 | | | |
| **流动资产合计** | | 2,153,471,145.11 | 2,037,592,568.75 |
| **非流动资产：** | | | |
| 发放贷款及垫款 | | | |
| 可供出售金融资产 | | | |
| 持有至到期投资 | | | |
| 长期应收款 | | | |
| 长期股权投资 | 五-07 | 209,311,469.21 | 211,840,861.51 |
| 投资性房地产 | | | |
| 固定资产 | 五-08 | 3,279,554,297.13 | 2,768,163,875.98 |
| 在建工程 | 五-09 | 897,808,414.50 | 529,623,446.42 |
| 工程物资 | | | |

| 项　目 | 附注 | 期末余额 | 年初余额 |
|---|---|---|---|
| 固定资产清理 | 五-10 | 81,774,313.27 | |
| 生产性生物资产 | | | |
| 油气资产 | | | |
| 无形资产 | 五-11 | 664,010,425.94 | 378,685,197.29 |
| 开发支出 | | | |
| 商誉 | 五-12 | 23,546,423.13 | 23,546,423.13 |
| 长期待摊费用 | 五-13 | 4,755,290.73 | 3,739,069.99 |
| 递延所得税资产 | 五-14 | 25,597,393.81 | 19,873,054.87 |
| 其他非流动资产 | 五-15 | 17,252,677.50 | 20,596,464.52 |
| 非流动资产合计 | | 5,203,610,705.22 | 3,956,068,393.71 |
| 资产总计 | | 7,357,081,850.33 | 5,993,660,962.46 |

法定代表人：王　兵　　　　　主管会计工作负责人：杨艳军　　　　　会计机构负责人：董　辉

## 合并资产负债表（续）

截止日期：2010 年 12 月 31 日

编制单位：北新集团建材股份有限公司　　　　　　　　　　　　　　　　单位：人民币元

| 项　目 | 附注 | 期末余额 | 年初余额 |
|---|---|---|---|
| **流动负债：** | | | |
| 短期借款 | 五-18 | 2,047,860,000.00 | 1,383,860,000.00 |
| 向中央银行借款 | | | |
| 吸收存款及同业存放 | | | |
| 拆入资金 | | | |
| 交易性金融负债 | | | |
| 应付票据 | 五-19 | 261,201,357.02 | 190,823,652.74 |
| 应付账款 | 五-20 | 455,867,795.78 | 356,800,590.92 |
| 预收款项 | 五-21 | 41,703,734.08 | 51,589,220.43 |
| 卖出回购金融资产款 | | | |
| 应付手续费及佣金 | | | |
| 应付职工薪酬 | 五-22 | 24,435,519.44 | 20,424,004.03 |
| 应交税费 | 五-23 | 15,464,667.24 | 36,464,977.73 |
| 应付利息 | 五-24 | 862,637.48 | 3,697,874.28 |
| 应付股利 | | 0.00 | |
| 其他应付款 | 五-25 | 100,489,964.63 | 100,218,661.73 |
| 应付分保账款 | | | |
| 保险合同准备金 | | | |
| 代理买卖证券款 | | | |
| 代理承销证券款 | | | |
| 一年内到期的非流动负债 | 五-26 | 73,320,000.00 | 73,980,000.00 |
| 其他流动负债 | 五-27 | | 600,000,000.00 |
| **流动负债合计** | | 3,021,205,675.67 | 2,817,858,981.86 |
| **非流动负债：** | | | |
| 长期借款 | 五-28 | 421,500,000.00 | 358,320,000.00 |
| 应付债券 | | | |
| 长期应付款 | 五-29 | 14,315,904.76 | 14,936,721.24 |
| 专项应付款 | 五-30 | 566,001,553.39 | 6,813,178.69 |
| 预计负债 | | | |
| 递延所得税负债 | 五-31 | 2,078,747.17 | 4,204,399.86 |
| 其他非流动负债 | 五-32 | 111,955,317.30 | 57,805,395.00 |
| 非流动负债合计 | | 1,115,851,522.62 | 442,079,694.79 |
| **负债合计** | | 4,137,057,198.29 | 3,259,938,676.65 |

| 所有者权益（或股东权益）： | | | |
|---|---|---|---|
| 实收资本（或股本） | 五-33 | 575,150,000.00 | 575,150,000.00 |
| 资本公积 | 五-34 | 510,477,290.01 | 507,393,456.91 |
| 减：库存股 | | | |
| 专项储备 | | | |
| 盈余公积 | 五-35 | 362,668,237.14 | 351,765,146.79 |
| 一般风险准备 | | | |
| 未分配利润 | 五-36 | 1,141,767,594.12 | 805,015,208.85 |
| 外币报表折算差额 | | | |
| 归属于母公司所有者权益合计 | | 2,590,063,121.27 | 2,239,323,812.55 |
| 少数股东权益 | 五-37 | 629,961,530.77 | 494,398,473.26 |
| 所有者权益合计 | | 3,220,024,652.04 | 2,733,722,285.81 |
| 负债和所有者权益总计 | | 7,357,081,850.33 | 5,993,660,962.46 |

法定代表人：王　兵　　　　　　主管会计工作负责人：杨艳军　　　　　会计机构负责人：董　辉

### 母公司资产负债表

截止日期：2010 年 12 月 31 日

编制单位：北新集团建材股份有限公司　　　　　　　　　　　　　　　　单位：人民币元

| 项　　目 | 附注 | 期末余额 | 期初余额 |
|---|---|---|---|
| **流动资产：** | | | |
| 货币资金 | | 359,269,690.26 | 20,518,138.06 |
| 交易性金融资产 | | | |
| 应收票据 | | 14,833,346.64 | 8,767,018.89 |
| 应收账款 | 十一-01 | 192,174,377.79 | 219,112,096.29 |
| 预付款项 | | 54,815,740.35 | 74,308,275.85 |
| 应收利息 | | | |
| 应收股利 | | | |
| 其他应收款 | 十一-02 | 910,529,414.53 | 640,626,602.57 |
| 存货 | | 272,665,861.19 | 254,909,326.84 |
| 一年内到期的非流动资产 | | | |
| 其他流动资产 | | | |
| **流动资产合计** | | 1,804,288,430.76 | 1,218,241,458.50 |
| **非流动资产：** | | | |
| 可供出售金融资产 | | | |
| 持有至到期投资 | | | |
| 长期应收款 | | | |
| 长期股权投资 | 十一-03 | 1,023,914,545.77 | 973,199,212.32 |
| 投资性房地产 | | | |
| 固定资产 | | 989,866,196.50 | 967,070,514.56 |
| 在建工程 | | 56,154,714.72 | 133,839,912.65 |
| 工程物资 | | | |
| 固定资产清理 | | 81,774,313.27 | - |
| 生产性生物资产 | | | |

| 项 目 | 附注 | 期末余额 | 期初余额 |
|---|---|---|---|
| 油气资产 | | | |
| 无形资产 | | 158,633,623.85 | 162,110,678.69 |
| 开发支出 | | | |
| 商誉 | | | |
| 长期待摊费用 | | | |
| 递延所得税资产 | | 15,701,156.92 | 11,695,231.22 |
| 其他非流动资产 | | | |
| 非流动资产合计 | | 2,326,044,551.03 | 2,247,915,549.44 |
| 资产总计 | | 4,130,332,981.79 | 3,466,157,007.94 |

法定代表人:王 兵　　　　　主管会计工作负责人:杨艳军　　　　会计机构负责人:董 辉

## 母公司资产负债表（续）

### 截止日期: 2010 年 12 月 31 日

编制单位: 北新集团建材股份有限公司　　　　　　　　　　　单位: 人民币元

| 项 目 | 附注 | 期末余额 | 期初余额 |
|---|---|---|---|
| 流动负债: | | | |
| 短期借款 | | 1,234,060,000.00 | 701,060,000.00 |
| 交易性金融负债 | | | |
| 应付票据 | | 219,201,357.02 | 150,323,652.74 |
| 应付账款 | | 122,375,259.89 | 106,088,866.16 |
| 预收款项 | | 14,721,233.68 | 23,201,943.07 |
| 应付职工薪酬 | | 12,785,365.94 | 11,029,956.94 |
| 应交税费 | | -2,350,939.86 | -1,914,011.77 |
| 应付利息 | | | 3,033,473.33 |
| 应付股利 | | | |
| 其他应付款 | | 42,417,251.11 | 56,722,592.29 |
| 一年内到期的非流动负债 | | | |
| 其他流动负债 | | | 600,000,000.00 |
| 流动负债合计 | | 1,643,209,527.78 | 1,649,546,472.76 |
| 非流动负债: | | | |
| 长期借款 | | 54,000,000.00 | |
| 应付债券 | | | |
| 长期应付款 | | | |
| 专项应付款 | | 566,001,553.39 | 6,813,178.69 |
| 预计负债 | | | |
| 递延所得税负债 | | | |
| 其他非流动负债 | | 47,333,000.00 | 30,228,000.00 |
| 非流动负债合计 | | 667,334,553.39 | 37,041,178.69 |
| 负债合计 | | 2,310,544,081.17 | 1,686,587,651.45 |

| 所有者权益（或股东权益）： | | | |
|---|---|---|---|
| 实收资本（或股本） | | 575,150,000.00 | 575,150,000.00 |
| 资本公积 | | 489,035,772.41 | 489,035,772.41 |
| 减：库存股 | | | |
| 专项储备 | | | |
| 盈余公积 | | 269,987,825.89 | 259,064,071.48 |
| 未分配利润 | | 485,615,302.32 | 456,319,512.60 |
| 外币报表折算差额 | | | |
| 所有者权益（或股东权益）合计 | | 1,819,788,900.62 | 1,779,569,356.49 |
| 负债和所有者权益（或股东权益）总计 | | 4,130,332,981.79 | 3,466,157,007.94 |

**法定代表人：王　兵**　　　　　　**主管会计工作负责人：杨艳军**　　　　　**会计机构负责人：董　辉**

## 合并利润表

年度：2010 年度

编制单位：北新集团建材股份有限公司　　　　　　　　　　　　　　　　　单位：人民币元

| 项　　目 | 附注 | 本期金额 | 上期金额 |
|---|---|---|---|
| 一、营业总收入 | | 4,369,076,808.89 | 3,275,028,041.36 |
| 其中：营业收入 | 五-38 | 4,369,076,808.89 | 3,275,028,041.36 |
| 利息收入 | | | |
| 已赚保费 | | | |
| 手续费及佣金收入 | | | |
| 二、营业总成本 | | 3,752,637,059.78 | 2,746,953,956.93 |
| 其中：营业成本 | 五-38 | 3,186,838,736.53 | 2,262,713,902.01 |
| 利息支出 | | | |
| 手续费及佣金支出 | | | |
| 退保金 | | | |
| 赔付支出净额 | | | |
| 提取保险合同准备金净额 | | | |
| 保单红利支出 | | | |
| 分保费用 | | | |
| 营业税金及附加 | 五-39 | 5,000,381.47 | 8,848,925.62 |
| 销售费用 | 五-40 | 201,705,584.98 | 191,298,796.37 |
| 管理费用 | 五-41 | 266,296,902.24 | 193,277,995.24 |
| 财务费用 | 五-42 | 81,403,192.98 | 71,552,860.83 |
| 资产减值损失 | 五-43 | 11,392,261.58 | 19,261,476.86 |
| 加：公允价值变动收益（损失以"－"号填列） | | | |
| 投资收益（损失以"－"号填列） | 五-44 | -3,470,481.63 | 3,480,004.27 |
| 其中：对联营企业和合营企业的投资收益 | | -3,496,729.25 | 1,723,617.77 |
| 汇兑收益（损失以"－"号填列） | | | |
| 三、营业利润（亏损以"－"号填列） | | 612,969,267.48 | 531,554,088.70 |
| 加：营业外收入 | 五-45 | 51,833,847.44 | 30,104,030.57 |
| 减：营业外支出 | 五-46 | 12,082,888.12 | 18,549,414.53 |
| 其中：非流动资产处置损失 | | 10,623,537.68 | 16,100,325.67 |
| 四、利润总额（亏损总额以"－"号填列） | | 652,720,226.80 | 543,108,704.74 |

| 项　目 | 附注 | 本期金额 | 上期金额 |
|---|---|---|---|
| 减：所得税费用 | 五-47 | 41,744,038.64 | 79,758,858.81 |
| **五、净利润（净亏损以"－"号填列）** | | 610,976,188.16 | 463,349,845.93 |
| 归属于母公司所有者的净利润 | | 416,694,139.68 | 321,831,960.80 |
| 少数股东损益 | | 194,282,048.48 | 141,517,885.13 |
| **六、每股收益** | | | |
| （一）基本每股收益 | 五-48 | 0.724 | 0.560 |
| （二）稀释每股收益 | 五-48 | 0.724 | 0.560 |
| **七、其他综合收益** | 五-49 | 4,317,917.89 | 2,443,952.69 |
| **八、综合收益总额** | | 615,294,106.05 | 465,793,798.62 |
| 归属于母公司所有者的综合收益总额 | | 419,777,972.78 | 323,569,788.49 |
| 归属于少数股东的综合收益总额 | | 195,516,133.27 | 142,224,010.13 |

本期发生同一控制下企业合并的，被合并方在合并前实现的净利润为：0 元。

法定代表人:王　兵　　　　主管会计工作负责人:杨艳军　　　　会计机构负责人:董　辉

## 母公司利润表
年度：2010 年度

编制单位：北新集团建材股份有限公司　　　　　　　　　　　　单位：人民币元

| 项　目 | 附注 | 本期金额 | 上期金额 |
|---|---|---|---|
| **一、营业收入** | 十一-04 | 768,409,228.37 | 826,543,698.92 |
| 减：营业成本 | 十一-04 | 602,508,142.83 | 604,534,652.83 |
| 营业税金及附加 | | 2,410,183.67 | 3,009,042.36 |
| 销售费用 | | 70,277,358.82 | 64,871,106.90 |
| 管理费用 | | 69,479,312.50 | 59,907,860.42 |
| 财务费用 | 十一-05 | 17,228,946.07 | 23,876,185.09 |
| 资产减值损失 | | 9,751,662.20 | 10,441,080.36 |
| 加：公允价值变动收益（损失以"－"号填列） | | | |
| 投资收益（损失以"－"号填列） | 十一-06 | 72,419,752.40 | -5,403,768.92 |
| 其中：对联营企业和合营企业的投资收益 | | -3,717,814.50 | -5,664,588.62 |
| **二、营业利润（亏损以"－"号填列）** | | 69,173,374.68 | 54,500,002.04 |
| 加：营业外收入 | | 40,459,810.53 | 20,416,833.12 |
| 减：营业外支出 | | 696,938.59 | 753,912.88 |
| 其中：非流动资产处置损失 | | 109,587.14 | 254,325.30 |
| **三、利润总额（亏损总额以"－"号填列）** | | 108,936,246.62 | 74,162,922.28 |
| 减：所得税费用 | | -301,297.51 | 274,801.43 |
| **四、净利润（净亏损以"－"号填列）** | | 109,237,544.13 | 73,888,120.85 |
| **五、每股收益** | | | |
| （一）基本每股收益 | | 0.190 | 0.128 |
| （二）稀释每股收益 | | 0.190 | 0.128 |
| **六、其他综合收益** | | | 142,458.94 |
| **七、综合收益总额** | | 109,237,544.13 | 74,030,579.79 |

法定代表人：王　兵　　　　　主管会计工作负责人：杨艳军　　　　　会计机构负责人：董　辉

## 合并现金流量表

### 年度：2010 年

编制单位：北新集团建材股份有限公司　　　　　　　　　　　　　　　　　单位：人民币元

| 项　　　目 | 附注 | 本期金额 | 上期金额 |
|---|---|---|---|
| 一、经营活动产生的现金流量： | | | |
| 销售商品、提供劳务收到的现金 | | 4,607,123,742.18 | 3,470,644,000.44 |
| 收到的税费返还 | | 13,825,176.92 | 15,497,719.11 |
| 收到其他与经营活动有关的现金 | 五-50 | 183,964,611.10 | 146,180,514.88 |
| 经营活动现金流入小计 | | 4,804,913,530.20 | 3,632,322,234.43 |
| 购买商品、接受劳务支付的现金 | | 3,146,496,305.38 | 2,197,494,953.35 |
| 支付给职工以及为职工支付的现金 | | 337,901,813.06 | 261,068,219.22 |
| 支付的各项税费 | | 186,247,136.91 | 124,926,305.82 |
| 支付其他与经营活动有关的现金 | 五-50 | 222,042,083.82 | 263,455,333.87 |
| 经营活动现金流出小计 | | 3,892,687,339.17 | 2,846,944,812.26 |
| 经营活动产生的现金流量净额 | | 912,226,191.03 | 785,377,422.17 |
| 二、投资活动产生的现金流量： | | | |
| 收回投资收到的现金 | | 11,500,000.00 | |
| 取得投资收益收到的现金 | | 357,370.06 | 5,744,946.44 |
| 处置固定资产、无形资产和其他长期资产收回的现金净额 | | 2,604,111.92 | 9,208,259.95 |
| 处置子公司及其他营业单位收到的现金净额 | | | -- |
| 收到其他与投资活动有关的现金 | 五-50 | 600,000,000.00 | 25,549,498.65 |
| 投资活动现金流入小计 | | 614,461,481.98 | 40,502,705.04 |
| 购建固定资产、无形资产和其他长期资产支付的现金 | | 1,208,850,307.57 | 653,661,774.73 |
| 投资支付的现金 | | 34,225,811.00 | 111,037,500.00 |
| 质押贷款净增加额 | | | |
| 取得子公司及其他营业单位支付的现金净额 | | | |
| 支付其他与投资活动有关的现金 | 五-50 | 36,308,092.43 | |
| 投资活动现金流出小计 | | 1,279,384,211.00 | 764,699,274.73 |
| 投资活动产生的现金流量净额 | | -664,922,729.02 | -724,196,569.69 |
| 三、筹资活动产生的现金流量： | | | |
| 吸收投资收到的现金 | | | 27,470,000.00 |
| 其中：子公司吸收少数股东投资收到的现金 | | | 27,200,000.00 |
| 取得借款收到的现金 | | 3,575,300,000.00 | 4,265,060,000.00 |
| 发行债券收到的现金 | | | |

| 项　目 | 本期金额 | 上期金额 |
|---|---|---|
| 收到其他与筹资活动有关的现金 | | |
| 筹资活动现金流入小计 | 3,575,300,000.00 | 4,292,530,000.00 |
| 偿还债务支付的现金 | 3,448,780,000.00 | 4,024,060,000.00 |
| 分配股利、利润或偿付利息支付的现金 | 205,853,314.08 | 138,900,447.68 |
| 其中：子公司支付给少数股东的股利、利润 | 40,654,959.42 | 4,704,108.87 |
| 支付其他与筹资活动有关的现金 | | |
| 筹资活动现金流出小计 | 3,654,633,314.08 | 4,162,960,447.68 |
| 筹资活动产生的现金流量净额 | -79,333,314.08 | 129,569,552.32 |
| 四、汇率变动对现金及现金等价物的影响 | 67,679.14 | -15,058.53 |
| 五、现金及现金等价物净增加额 | 168,037,827.07 | 190,735,346.27 |
| 加：期初现金及现金等价物余额 | 651,137,779.73 | 460,402,433.46 |
| 六、期末现金及现金等价物余额 | 819,175,606.80 | 651,137,779.73 |

法定代表人：王　兵　　　　　主管会计工作负责人：杨艳军　　　　　会计机构负责人：董　辉

# 母公司现金流量表
### 年度：2010 年

编制单位：北新集团建材股份有限公司　　　　　　　　　　　　　　　　单位：人民币元

| 项　目 | 附注 | 本期金额 | 上期金额 |
|---|---|---|---|
| **一、经营活动产生的现金流量：** | | | |
| 销售商品、提供劳务收到的现金 | | 1,268,527,269.80 | 1,098,480,838.13 |
| 收到的税费返还 | | 6,001,196.21 | 6,857,205.88 |
| 收到其他与经营活动有关的现金 | | 133,123,089.39 | 68,433,135.32 |
| 经营活动现金流入小计 | | 1,407,651,555.40 | 1,173,771,179.33 |
| 购买商品、接受劳务支付的现金 | | 930,272,314.25 | 699,618,444.56 |
| 支付给职工以及为职工支付的现金 | | 99,746,211.68 | 94,477,222.88 |
| 支付的各项税费 | | 45,020,742.23 | 44,601,674.08 |
| 支付其他与经营活动有关的现金 | | 109,202,081.11 | 107,397,991.95 |
| 经营活动现金流出小计 | | 1,184,241,349.27 | 946,095,333.47 |
| 经营活动产生的现金流量净额 | | 223,410,206.13 | 227,675,845.86 |
| **二、投资活动产生的现金流量：** | | | |
| 收回投资收到的现金 | | | |
| 取得投资收益收到的现金 | | 76,435,253.50 | 763,678.10 |
| 处置固定资产、无形资产和其他长期资产收回的现金净额 | | 1,807,588.77 | 7,913,202.00 |
| 处置子公司及其他营业单位收到的现金净额 | | | |
| 收到其他与投资活动有关的现金 | | 600,000,000.00 | |
| 投资活动现金流入小计 | | 678,242,842.27 | 8,676,880.10 |
| 购建固定资产、无形资产和其他长期资产支付的现金 | | 46,310,631.52 | 81,329,414.72 |
| 投资支付的现金 | | 55,875,811.00 | 90,017,500.00 |
| 取得子公司及其他营业单位支付的现金净额 | | | |
| 支付其他与投资活动有关的现金 | | 36,308,092.43 | |
| 投资活动现金流出小计 | | 138,494,534.95 | 171,346,914.72 |
| 投资活动产生的现金流量净额 | | 539,748,307.32 | -162,670,034.62 |
| **三、筹资活动产生的现金流量：** | | | |
| 吸收投资收到的现金 | | | |
| 取得借款收到的现金 | | 2,390,000,000.00 | 3,222,060,000.00 |

| | | |
|---|---:|---:|
| 收到其他与筹资活动有关的现金 | | |
| 筹资活动现金流入小计 | 2,390,000,000.00 | 3,222,060,000.00 |
| 偿还债务支付的现金 | 2,403,000,000.00 | 3,067,060,000.00 |
| 分配股利、利润或偿付利息支付的现金 | 121,322,130.90 | 80,849,915.49 |
| 支付其他与筹资活动有关的现金 | 289,963,602.54 | 166,348,897.22 |
| 筹资活动现金流出小计 | 2,814,285,733.44 | 3,314,258,812.71 |
| 筹资活动产生的现金流量净额 | -424,285,733.44 | -92,198,812.71 |
| **四、汇率变动对现金及现金等价物的影响** | -121,227.81 | -22,994.50 |
| **五、现金及现金等价物净增加额** | 338,751,552.20 | -27,215,995.97 |
| 加：期初现金及现金等价物余额 | 20,518,138.06 | 47,734,134.03 |
| **六、期末现金及现金等价物余额** | 359,269,690.26 | 20,518,138.06 |

**法定代表人:王  兵**          **主管会计工作负责人:杨艳军**          **会计机构负责人:董  辉**

北新集团建材股份有限公司 2010 年年度报告

## 合并股东权益变动表

年度：2010 年

编制单位：北新集团建材股份有限公司

单位：人民币元

| 项目 | 本期金额 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 归属于母公司所有者权益 | | | | | | | 少数股东权益 | 所有者权益合计 |
| | 实收资本（或股本） | 资本公积 | 减：库存股 | 盈余公积 | 专项储备 | 未分配利润 | 其他 | | |
| 一、上年年末余额 | 575,150,000.00 | 507,393,456.91 | | 351,765,146.79 | | 805,015,208.85 | | 494,398,473.26 | 2,733,722,285.81 |
| 加：会计政策变更 | | | | | | | | | |
| 前期差错更正 | | | | | | | | | |
| 其他 | | | | | | | | | |
| 二、本年年初余额 | 575,150,000.00 | 507,393,456.91 | | 351,765,146.79 | | 805,015,208.85 | | 494,398,473.26 | 2,733,722,285.81 |
| 三、本期增减变动金额（减少以"—"号填列） | | 3,083,833.10 | | 10,903,090.35 | | 336,752,385.27 | | 135,563,057.51 | 486,302,366.23 |
| （一）净利润 | | | | | | 416,694,139.68 | | 194,282,048.48 | 610,976,188.16 |
| （二）其他综合收益 | | 3,083,833.10 | | | | | | 1,234,084.79 | 4,317,917.89 |
| 上述（一）和（二）小计 | | 3,083,833.10 | | | | 416,694,139.68 | | 195,516,133.27 | 615,294,106.05 |
| （三）所有者投入和减少资本 | | | | | | | | -20,267,871.45 | -20,267,871.45 |
| 1. 所有者投入资本 | | | | | | | | | |
| 2. 股份支付计入所有者权益的金额 | | | | | | | | | |
| 3. 其他 | | | | | | | | | |
| （四）利润分配 | | | | 10,903,090.35 | | -79,941,754.41 | | -39,685,204.31 | -108,723,868.37 |
| 1. 提取盈余公积 | | | | 10,923,754.41 | | -10,923,754.41 | | | |
| 2. 提取一般风险准备 | | | | | | | | | |
| 3. 对所有者（或股东）的分配 | | | | | | -69,018,000.00 | | -40,654,959.42 | -109,672,959.42 |
| 4. 其他 | | | | -20,664.06 | | | | 969,755.11 | 949,091.05 |
| （五）所有者权益内部结转 | | | | | | | | | |
| 1. 资本公积转增资本（或股本） | | | | | | | | | |
| 2. 盈余公积转增资本（或股本） | | | | | | | | | |
| 3. 盈余公积弥补亏损 | | | | | | | | | |
| 4. 其他 | | | | | | | | | |
| （六）专项储备 | | | | | | | | | |
| 1. 本期提取 | | | | | | | | | |
| 2. 本期使用 | | | | | | | | | |
| 四、本期期末余额 | 575,150,000.00 | 510,477,290.01 | | 362,668,237.14 | | 1,141,767,594.12 | | 629,961,530.77 | 3,220,024,652.04 |

法定代表人：王　兵　　主管会计工作负责人：杨艳军　　会计机构负责人：董　辉

北新集团建材股份有限公司 2010 年年度报告

## 合并股东权益变动表（续）

年度：2009 年

编制单位：北新集团建材股份有限公司　　　　　　　　　　　　　　　　　　　　单位：人民币元

| 项 目 | 本期金额 | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 归属于母公司所有者权益 | | | | | | | | 少数股东权益 | 所有者权益合计 |
| | 实收资本（或股本） | 资本公积 | 减：库存股 | 专项储备 | 盈余公积 | 一般风险准备 | 未分配利润 | 其他 | | |
| 一、上年年末余额 | 575,150,000.00 | 496,882,934.21 | | | 305,604,290.62 | | 566,728,854.22 | | 332,358,959.58 | 2,276,725,038.63 |
| 加：会计政策变更 | | | | | | | | | | |
| 前期差错更正 | | | | | | | | | | |
| 其他 | | | | | | | | | | |
| 二、本年年初余额 | 575,150,000.00 | 496,882,934.21 | | | 305,604,290.62 | | 566,728,854.22 | | 332,358,959.58 | 2,276,725,038.63 |
| 三、本期增减变动金额（减少以"—"号填列） | | 10,510,522.70 | | | 46,160,856.17 | | 238,286,354.63 | | 162,039,513.68 | 456,997,247.18 |
| （一）净利润 | | | | | | | 321,831,960.80 | | 141,517,885.13 | 463,349,845.93 |
| （二）其他综合收益 | | 1,737,827.69 | | | | | | | 706,125.00 | 2,443,952.69 |
| 上述（一）和（二）小计 | | 1,737,827.69 | | | | | 321,831,960.80 | | 142,224,010.13 | 465,793,798.62 |
| （三）所有者投入和减少资本 | | 8,772,695.01 | | | | | | | 32,380,863.57 | 41,153,558.58 |
| 1. 所有者投入资本 | | | | | | | | | 27,200,000.00 | 27,200,000.00 |
| 2. 股份支付计入所有者权益的金额 | | | | | | | | | | |
| 3. 其他 | | 8,772,695.01 | | | | | | | | |
| （四）利润分配 | | | | | 46,160,856.17 | | -83,545,606.17 | | 5,180,863.57 | 13,953,558.58 |
| 1. 提取盈余公积 | | | | | 46,160,856.17 | | -46,160,856.17 | | | |
| 2. 提取一般风险准备 | | | | | | | | | | |
| 3. 对所有者（或股东）的分配 | | | | | | | -37,384,750.00 | | -12,565,360.02 | -49,950,110.02 |
| 4. 其他 | | | | | | | | | | |
| （五）所有者权益内部结转 | | | | | | | | | | |
| 1. 资本公积转增资本（或股本） | | | | | | | | | | |
| 2. 盈余公积转增资本（或股本） | | | | | | | | | | |
| 3. 盈余公积弥补亏损 | | | | | | | | | | |
| 4. 其他 | | | | | | | | | | |
| （六）专项储备 | | | | | | | | | | |
| 1. 本期提取 | | | | | | | | | | |
| 2. 本期使用 | | | | | | | | | | |
| 四、本期期末余额 | 575,150,000.00 | 507,393,456.91 | | | 351,765,146.79 | | 805,015,208.85 | | 494,398,473.26 | 2,733,722,285.81 |

法定代表人：王 兵　　　主管会计工作负责人：杨艳军　　　会计机构负责人：董 辉

北新集团建材股份有限公司 2010 年年度报告

## 母公司股东权益变动表

年度: 2010 年

编制单位: 北新集团建材股份有限公司

单位: 人民币元

| 项目 | 本期金额 | | | | | | |
|---|---|---|---|---|---|---|---|
| | 实收资本（或股本） | 资本公积 | 减: 库存股 | 专项储备 | 盈余公积 | 未分配利润 | 所有者权益合计 |
| 一、上年末余额 | 575,150,000.00 | 489,035,772.41 | | | 259,064,071.48 | 456,319,512.60 | 1,779,569,356.49 |
| 加: 会计政策变更 | | | | | | | |
| 前期差错更正 | | | | | | | |
| 其他 | | | | | | | |
| 二、本年年初余额 | 575,150,000.00 | 489,035,772.41 | | | 259,064,071.48 | 456,319,512.60 | 1,779,569,356.49 |
| 三、本期增减变动金额（减少以 "-" 号填列） | | | | | 10,923,754.41 | 29,295,789.72 | 40,219,544.13 |
| （一）净利润 | | | | | | 109,237,544.13 | 109,237,544.13 |
| （二）其他综合收益 | | | | | | | |
| 上述（一）和（二）小计 | | | | | | 109,237,544.13 | 109,237,544.13 |
| （三）所有者投入和减少资本 | | | | | | | |
| 1. 所有者投入资本 | | | | | | | |
| 2. 股份支付计入所有者权益的金额 | | | | | | | |
| 3. 其他 | | | | | | | |
| （四）利润分配 | | | | | 10,923,754.41 | -79,941,754.41 | -69,018,000.00 |
| 1. 提取盈余公积 | | | | | 10,923,754.41 | -10,923,754.41 | |
| 2. 对所有者（或股东）的分配 | | | | | | -69,018,000.00 | -69,018,000.00 |
| 3. 其他 | | | | | | | |
| （五）所有者权益内部结转 | | | | | | | |
| 1. 资本公积转增资本（或股本） | | | | | | | |
| 2. 盈余公积转增资本（或股本） | | | | | | | |
| 3. 盈余公积弥补亏损 | | | | | | | |
| 4. 其他 | | | | | | | |
| （六）专项储备 | | | | | | | |
| 1. 本期提取 | | | | | | | |
| 2. 本期使用 | | | | | | | |
| 四、本期期末余额 | 575,150,000.00 | 489,035,772.41 | | | 269,987,825.89 | 485,615,302.32 | 1,819,788,900.62 |

法定代表人: 王 兵    主管会计工作负责人: 杨艳军    会计机构负责人: 董 辉

# 母公司股东权益变动表（续）

年度：2009 年

编制单位：北新集团建材股份有限公司

单位：人民币元

| 项目 | 本期金额 | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 实收资本（或股本） | 资本公积 | 减：库存股 | 专项储备 | 盈余公积 | 未分配利润 | 所有者权益合计 |
| 一、上年末余额 | 575,150,000.00 | 488,893,313.47 | | | 251,675,259.40 | 427,204,953.83 | 1,742,923,526.70 |
| 加：会计政策变更 | | | | | | | |
| 前期差错更正 | | | | | | | |
| 其他 | | | | | | | |
| 二、本年年初余额 | 575,150,000.00 | 488,893,313.47 | | | 251,675,259.40 | 427,204,953.83 | 1,742,923,526.70 |
| 三、本期增减变动金额（减少以"-"号填列） | | 142,458.94 | | | 7,388,812.08 | 29,114,558.77 | 36,645,829.79 |
| （一）净利润 | | | | | | 73,888,120.85 | 73,888,120.85 |
| （二）其他综合收益 | | 142,458.94 | | | | | 142,458.94 |
| 上述（一）和（二）小计 | | 142,458.94 | | | | 73,888,120.85 | 74,030,579.79 |
| （三）所有者投入和减少资本 | | | | | | | |
| 1. 所有者投入资本 | | | | | | | |
| 2. 股份支付计入所有者权益的金额 | | | | | | | |
| 3. 其他 | | | | | | | |
| （四）利润分配 | | | | | | -44,773,562.08 | -37,384,750.00 |
| 1. 提取盈余公积 | | | | | 7,388,812.08 | -7,388,812.08 | |
| 2. 对所有者（或股东）的分配 | | | | | | -37,384,750.00 | -37,384,750.00 |
| 3. 其他 | | | | | | | |
| （五）所有者权益内部结转 | | | | | | | |
| 1. 资本公积转增资本（或股本） | | | | | | | |
| 2. 盈余公积转增资本（或股本） | | | | | | | |
| 3. 盈余公积弥补亏损 | | | | | | | |
| 4. 其他 | | | | | | | |
| （六）专项储备 | | | | | | | |
| 1. 本期提取 | | | | | | | |
| 2. 本期使用 | | | | | | | |
| 四、本期期末余额 | 575,150,000.00 | 489,035,772.41 | | | 259,064,071.48 | 456,319,512.60 | 1,779,569,356.49 |

法定代表人：王 兵    主管会计工作负责人：杨艳军    会计机构负责人：董 辉

# 北新集团建材股份有限公司
# 财务报表附注

## 一、公司基本情况

### （一）历史沿革

北新集团建材股份有限公司（以下简称"本公司"或"公司"）是于1997年5月经国家建材工业局以"建材生产发[1997] 9 号"文及国家经济体制改革委员会以"体改生[1997] 48 号"文批准，由国有独资的北新建材（集团）有限公司独家发起设立的股份有限公司，公司的注册地址位于北京市海淀区三里河路甲11号，注册资本为人民币伍亿柒仟伍佰壹拾伍万股（每股面值人民币1.00元，下同），企业法人营业执照号为第110000005101342号。1997年6月6日，公司股票正式在深圳证券交易所挂牌上市，股票简称"北新建材"。

公司设立时，发起人投入的股本为11,000万股；1997年5月20日，经中国证券监督管理委员会"证监发字[1997]223号"和"证监发字[1997]224号"文批准，公司向社会公众公开发行人民币普通股（A股）股票4,500 万股；1998年8月，经北京市证券监督管理委员会"京证监文[1998]30号"文和中国证券监督管理委员会"证监上字[1998]95号"文批准，公司以总股本15,500万股为基数按照10：3的比例向全体股东配售股份，实际配售股份1,850万股；1999年5月，公司按照法定程序决议通过，以总股本17,350万股为基数，用资本公积按照10：3的比例转增股份，同时按照10：2的比例派送红股，共增加股本8,675万股；2000年8月，经北京市证券监管办事处"京证监文[2000]64号"文和中国证券监督管理委员会"证监公司字[2000]102号"文批准，公司以总股本26,025万股为基数，按照10：3的比例向全体股东配售股份，实际配售股份2,732.5万股；2002年6月，公司按照法定程序决议通过，以总股本28,757.5万股为基数，用资本公积按照10：8的比例转增股份，同时按照10：2的比例派送红股，共增加股本28,757.5万股。经过上述股份变更事项后，公司股本合计为57,515万股。

根据国务院国有资产监督管理委员会于2005年1月4日下发的"国资产权[2004]1204号"文批复同意，本公司原控股股东-北新建材（集团）有限公司将其持有本公司60.33%的股权（34,700万股）无偿划转给中国建材股份有限公司（原名为"中国建筑材料及设备进出口公司"），从而使中国建材股份有限公司成为本公司的控股股东。

根据公司于2006年6月16日召开的股权分置相关股东会议审议通过的《北新集团建材股份有限公司股权分置改革方案》的规定，公司非流通股股东为获得所持股份的上市流通权，以流通股股份总额228,150,000股为基数、按照10：2的比例向流通股股东送股，公司的实际控制人向流通股股东每10股送现金3.83元。该送股方案实施后，公司尚未流通的股份变为有限售条件的流通股股份，股份总数仍为 575,150,000 股，原非流通股成为有限售条件的股份并由347,000,000股减少为301,370,000股，无限售条件的流通股股份由228,150,000股增加为 273,780,000 股。

### （二）行业性质

公司所属行业为轻质建筑材料制造业。

### （三）经营范围

公司的主营业务包括：新型建材材料、新型墙体材料、化工产品、装饰材料、能源技术及产品、建材机械电器设备、新型建筑材料房屋的技术开发、技术服务、技术咨询、技术培训、制造；销售开发后的产品（未经专项许可的项目除外）、金属材料、建筑材料、装饰材料、化工产品、木材、矿产品、五金交电、化工轻工材料、建筑机械；环保节能产品的开发利用；经营本企业自产产品及相关技术的出口业务；经营本企业生产、科研所需的原辅材料、机械设备、仪器仪表、零配件及相关技术的进口业务；经营本企业的进料加工和"三来一补"业务等。

**（四）主要产品或提供的劳务**

公司生产的主要产品和提供的劳务包括：纸面石膏板、轻钢龙骨、烤漆龙骨、矿棉吸音板、岩棉、粒状棉、涂料、钢制板式散热器、五金件、金邦板、水泥瓦、型材、门窗、薄板钢骨房屋和国内外建筑材料、装饰材料贸易等。

## 二、公司主要会计政策、会计估计和前期差错

**1、财务报表的编制基础**

公司以持续经营假设为基础，根据实际发生的交易和事项，按照企业会计准则的有关规定进行确认和计量，在此基础上编制公司的财务报表。

**2、遵循企业会计准则的声明**

公司基于上述编制基础编制的财务报表符合《企业会计准则》的规定和要求，真实、完整地反映了公司的财务状况、经营成果和现金流量等有关信息。

**3、会计期间**

公司以公历1月1日至12月31日为一个会计期间。

**4、记账本位币**

公司记账本位币为人民币。

**5、同一控制下和非同一控制下企业合并的会计处理方法**

（1）同一控制下企业合并

参与合并的企业在合并前后均受同一方或相同的多方最终控制且该控制并非暂时性的，为同一控制下的企业合并。合并方在企业合并中取得的资产和负债，应当按照合并日被合并方的账面价值计量。合并方取得的净资产账面价值与支付的合并对价账面价值（或发行股份面值总额）的差额，应当调整资本公积；资本公积不足冲减的，调整留存收益。

（2）非同一控制下企业合并

参与合并的各方在合并前后不受同一方或相同的多方最终控制的，为非同一控制下的企业合并。购买方的合并成本为购买方在购买日为取得对被购买方的控制权而付出的资产、发生或承担的负债以及发行的权益性证券的公允价值。

购买方对合并成本大于合并中取得的被购买方可辨认净资产公允价值份额的差额，确认为商誉。购买方对合并成本小于合并中取得的被购买方可辨认净资产公允价值份额的差额，计入当期损益。

购买方在购买日对作为企业合并对价付出的资产、发生或承担的负债应当按照公允价值计量，公允价值与其账面价值的差额，计入当期损益。

**6、合并财务报表的编制方法**