IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 <br><br> SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON |
| Case No.09-7628 <br> Sean Payton, *et al,* v. Knauf Gips KG, et al., | ) ) ) | MAG. JUDGE WILKINSON |
| Case No.10-361 <br> Wiltz et al v. Beijing New Building Public Limited Company et al | ) ) ) ) | |
| Case No. 11-1077 <br> Haya et al v. Taishan Gypsum Co. Ltd et al | ) ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

Pursuant to Local Rule 83.2.11, Michael J. Ryan, of the firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, counsel of record for Plaintiffs Earl & Gwynn Gall hereby files this Memorandum of Law in Support of the Motion to Withdraw as Counsel Without Substitution for the Plaintiffs Earl & Gwynn Gall. In support thereof, Movants state as follows:

Plaintiff's counsel, the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, has encountered irreconcilable differences with Plaintiffs on issues involving the case. Under the circumstances, it is requested that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, be granted leave to withdraw as counsel for Plaintiffs. Plaintiffs have been notified of counsel's intent to withdraw as counsel and of all pending deadlines and court appearances in this litigation. Plaintiffs have been provided the opportunity to seek substitution in advance of the filing of this motion, but have not so notified Counsel of any substitution.

The present address for Earl & Gwynn Gall's is 11017 W Franklin Street, Portage, Wisconsin 53901..

This motion is made in good faith and will not prejudice any party. None of the parties will

1

suffer any prejudice if the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee withdraws from this case.

WHEREFORE the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, requests this Honorable Court to allow them to withdraw as counsel of record for the Plaintiffs Earl & Gwynn Gall in the above captioned cases.

Respectfully submitted,

s/ Michael J. Ryan
KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL 33301
Phone: (954) 763-8181
FAX (954) 763-8292
pleadings-MJR@krupnicklaw.com
Fla. Bar No. 975990

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this /2 day of September, 2012. I further certify that the above and foregoing has been served on Plaintiffs Earl & Gwynn Gall, 1027 W Franklin Street, Portage, Wisconsin 53901, along with notification of all pending deadlines and court appearances in this litigation, via certified mail, and regular U.S. Mail.

s/ Michael J. Ryan
KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL 33301
Phone: (954) 763-8181
FAX (954) 763-8292
pleadings-MJR@krupnicklaw.com
Fla. Bar No. 975990

2