UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE: FALLON |
| | * | |
| DEAN and DAWN AMATO, et al. | * | MAG. JUDGE: WILKINSON |
| v. LIBERTY MUTUAL INS. CO., et al. | * | |
| Case No. 10-0932 | * | |
| | * | |

******************************************

### EX PARTE MOTION TO WITHDRAW

Defendants XL Insurance Company Limited, XL Insurance Company Limited as successor to XL Europe Limited, and Greenwich Insurance Company respectfully move the Court withdraw Martin A. Stern, Jeffrey E. Richardson and Christine S. Fortunato and the law firm of Adams and Reese LLP, as attorneys of record for defendants XL Insurance Company Limited, XL Insurance Company Limited as successor to XL Europe Limited, and Greenwich Insurance Company.

Stephen M. Marcellino, Richard S. Oelsner and Jennifer Alampi and the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP will continue to represent Defendants XL Insurance Company Limited, XL Insurance Company Limited as successor to XL Europe Limited, and Greenwich Insurance Company.

Respectfully submitted,

*Martin A. Stern*
Martin A. Stern (#17154)
Jeffrey E. Richardson (#2323)
Christine S. Fortunato (#30505)
Adams and Reese LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
martin.stern@arlaw.com
jeff.richardson@arlaw.com
christine.fortunato@arlaw.com

*Attorneys For XL Insurance Company Limited, XL Insurance Company Limited as successor to XL Europe Limited and Greenwich Insurance Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller; and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann by e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of September, 2012.

*Martin A. Stern*
