UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE:  FALLON |
| | * | |
| DEAN and DAWN AMATO, et al. | * | MAG. JUDGE:  WILKINSON |
| v. LIBERTY MUTUAL INS. CO., et al. | * | |
| Case No. 10-0932 | * | |
| | * | |

******************************************

## ORDER

Considering the foregoing Motion to Withdraw as counsel of record for defendants XL Insurance Company Limited, XL Insurance Company Limited as successor to XL Europe Limited, and Greenwich Insurance Company;

IT IS ORDERED that the motion is granted.  The appearance of Martin A. Stern, Jeffrey E. Richardson and Christine S. Fortunato and the law firm of Adams and Reese LLP, is hereby deemed withdrawn.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
United States District Judge