IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE**:** CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2047 <br> SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) ) ) | JUDGE FALLON |
| Case No.09-7628 <br> Sean Payton, *et al,* v. Knauf Gips KG, et al., | ) ) ) | MAG. JUDGE WILKINSON |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### MEMORANDUM OF LAW IN SUPPORT OF
### MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

Pursuant to Local Rule 83.2.11, Michael J. Ryan, of the firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, counsel of record for Plaintiff Mikel Elorriaga hereby files this Memorandum of Law in Support of the Motion to Withdraw as counsel for the Plaintiff Mikel Elorriaga.  In support thereof, Movants state as follows:

Plaintiff's counsel, the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, have encountered irreconcilable differences with Plaintiffs on issues involving the case.  Under the circumstances, it is requested that the law firms of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, be granted leave to withdraw as counsel for Plaintiff. Plaintiff has been notified of counsel's intent to withdraw as counsel and of all pending deadlines and court appearances in this litigation. Plaintiff has been provided the opportunity to seek substitution in advance of the filing of this motion, but has not so notified Counsel of any substitution.

Plaintiff Mikel Elorriaga's present address is 6863 Lost Garden Terrace, Parkland, FL 33076.

This motion is made in good faith and will not prejudice any party.  None of the parties will suffer any prejudice if the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman

1

& McKee withdraw from this case.

WHEREFORE the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, request this Honorable Court to allow them to withdraw as counsel of record for the Plaintiff Mikel Elorriaga in the above captioned cases.

.

          Respectfully submitted,

          *s/* Michael J. Ryan
          KRUPNICK, CAMPBELL, MALONE,
          BUSER, SLAMA, HANCOCK,
          LIBERMAN & McKEE, P.A.
          12 S.E. 7 Street, Suite 801
          Ft. Lauderdale, FL  33301
          Phone: (954) 763-8181
          FAX (954) 763-8292
          pleadings-MJR@krupnicklaw.com
          Fla. Bar No. 975990

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, e-mail, or by hand delivery and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13 day of September, 2012. I further certify that the above and foregoing has been served on Plaintiff Mikel Elorriaga, 6863 Lost Garden Terrace, Parkland, FL 33076, along with notification of all pending deadlines and court appearances in this litigation, via certified mail and regular U.S. Mail.

          s/ Michael J. Ryan
          KRUPNICK, CAMPBELL, MALONE,
          BUSER, SLAMA, HANCOCK,
          LIBERMAN & McKEE, P.A.
          12 S.E. 7 Street, Suite 801
          Ft. Lauderdale, FL  33301
          Phone: (954) 763-8181
          FAX (954) 763-8292
          pleadings-MJR@krupnicklaw.com
          Fla. Bar No. 975990