UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| Sean Payton, et al vs. Knauf Gips, GK, et al Cause No. 2:09cv07628 | * * * | |
| Robert W. Block, III, et al vs. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al; Cause No. 11-1363 | * * * * | |
| _____/ | | |

## NOTICE OF DEATH

NOTICE IS HEREBY given that Olivia Snow, Plaintiff of record in the above captioned case for the property located at 628 Solomon Dr., Covington, LA 70433 is now deceased. Mrs. Snow passed away on June 4, 2011. Dorothy Ware Snow will be substituted as Administrator of the Estate of Olivia Snow.

Respectfully submitted,

/s/ Bruce W. Steckler
BRUCE W. STECKLER, La. Bar No. 33657
Baron & Budd, P. C.
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas  75219
Telephone:  (214) 521-3601
Fax No.:  (214) 520-1181
Attorneys for the Plaintiff, Olivia Snow

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Death has been served on Defendants' Liaison Counsel, Kerry Miller, e-mail and first class mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pre-trial Order No. 6 and that the foregoing was electronically filed with Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 13th day of September, 2012.

/s/ Bruce W. Steckler
_____
Bruce W. Steckler