UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| *Sean Payton, et al vs. Knauf Gips, GK, et al* | * | |
| *Cause No. 2:09cv07628* | * | |
| | * | |
| *Robert W. Block, III, et al vs.* | * | |
| *Gebrueder Knauf Verwaltungsgesellschaft, KG,* | * | |
| *et al; Cause No. 11-1363* | * | |

_____/

## EX PARTE MOTION TO SUBSTITUTE PLAINTIFF

Now into court comes the Plaintiff's Steering Committee ("PSC") who moves that the Court substitute Dorothy Ware Snow, as Administrator of the Estate of Olivia Snow, Deceased, in place of Olivia Snow, as the plaintiff of record for the property located as 628 Solomon Dr., Covington, LA 70433. For the reasons set forth in the memorandum of law filed in conjunction herewith, the PSC respectfully requests that the Court grant the instant motion to substitute plaintiff.

Respectfully submitted,

Dated: September 13, 2012

/s/ Russ M. Herman_____
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047

                                      Arnold Levin
                                      Fred S. Longer
                                      Matthew C. Gaughan
                                      Levin, Fishbein, Sedran & Berman
                                      510 Walnut Street, Suite 500
                                      Philadelphia, PA 19106
                                      Phone: (215)592-1500
                                      Fax: (215)592-4663
                                      Alevin@lfsblaw.com
                                      *Plaintiffs' Lead Counsel MDL 2047*

## **PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios  
Barrios, Kingsdorf & Casteix, LLP  
701 Poydras Street, Suite 3650  
New Orleans, LA 70139  
Phone: (504) 524-3300  
Fax: (504) 524-3313  
Barrios@bkc-law.com  

Robert C. Josefsberg  
Podhurst Orseck, P.A.  
25 Flagler Street, 8th Floor  
Miami, FL 33130  
Phone: (305) 358-2800  
Fax: (305) 358-2382  
rjosefsberg@podhurst.com  

Ervin A. Gonzalez  
Colson, Hicks, Eidson, Colson  
  Matthews, Martinez, Gonzales,  
  Kalbac & Kane  
255 Alhambra Circle, Penthouse  
Cora Gables, FL 33134  
Phone: (305) 476-7400  
Fax: (305) 476-7444  
Ervin@colson.com  

Hugh P. Lambert  
Lambert and Nelson  
701 Magazine Street  
New Orleans, LA 70130  
Phone: (504) 581-1750  
Fax: (504) 529-2931  
hlambert@lambertandnelson.com  

Jerrold Seith Parker  
Parker, Waichman, Alonso LLP  
3301 Bonita Beach Rd.  
Bonita Springs, FL 34134  
Phone: (239) 390-1000  
Fax: (239) 390-0055  
Jerry@yourlawyer.com  

Daniel E. Becnel, Jr.  
Becnel Law Firm. LLC  
425 W. Airline Highway, Suite B  
Laplace, LA70068  
Phone: (985) 536-1186  
Fax: (985) 536-6445  
dbecnel@becnellaw.com  

Bruce William Steckler  
Baron & Budd, P.C.  
3102 Oak Lawn Ave., Suite 1100  
Dallas, TX 75219  
Phone: (214) 521-3605  
Fax: (214) 520-1181  
bsteckler@baronbudd.com  

Ben W. Gordon, Jr.  
Levin, Papantonio, Thomas, Mitchell  
 Echsner & Proctor, P.A.  
316 S. Baylen Street, Suite 600  
Pensacola, FL 32502  
Phone: (850) 435-7000  
Fax: (850) 435-7020  
bgordon@levinlaw.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Victor M. Diaz, Jr.
V. M. Diaz and Partners, LLC
119 Washington Ave., suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
Phone: (212) 584-0700
Fax: (212) 584-0799
New York, NY 10004
cseeger@seegerweiss.com

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite  650
Washington, DC 20006
Phone:  (202) 540-7200
Fax:  (202) 540-7201
 rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P. O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
Andrew@lemmonlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Ex Parte Motion to Substitute Plaintiff and Memorandum of Law filed in support thereof has been served on Defendants' Liaison Counsel, Kerry Miller, e-mail and first class mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pre-trial Order No. 6 and that the foregoing was electronically filed with Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 13th day of September, 2012.

/s/ Leonard A. Davis_____
Leonard A. Davis, Esquire (Bar No. 14190)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
Plaintiffs' Liaison Counsel

*Co-Counsel for Plaintiffs*