UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| | * | |
| *Sean Payton, et al vs. Knauf Gips, GK, et al* | * | |
| *Cause No. 2:09cv07628* | * | |
| | * | |
| *Robert W. Block, III, et al vs.* | * | |
| *Gebrueder Knauf Verwaltungsgesellschaft, KG,* | * | |
| *et al; Cause No. 11-1363* | * | |
| _____/ | | |

## MEMORANDUM OF LAW IN SUPPORT OF
## EX PARTE MOTION TO SUBSTITUTE PLAINTIFF

The Plaintiff's Steering Committee ("PSC") is moving to substitute Dorothy Ware Snow, as Administrator of the Estate of Olivia Snow, Deceased, in place of Olivia Snow, as the plaintiff of record for the property located at 628 Solomon Dr., Covington, LA 70433. At the time the complaint in *Sean Payton, et al v. Knauf Gips, KG, et al*, Case No. 2:09-cv-07628 (E.D.La), was filed with the Court, it properly identified Olivia Snow as the plaintiff of record for the subject property. Olivia Snow subsequently passed away on June 11, 2011. Following the death of Olivia Snow, Dorothy Ware Snow was appointed the independent administrator of her estate on or about June 21, 2011. *See*, Letter of Independent Administration attached hereto as "Exhibit A." This Motion is filed at the request of Baron & Budd, who represents the individual claimant that is named in the omnibus complaint filed by the PSC.

Based on the foregoing, the PSC respectfully requests that the Court substitute Dorothy Ware Snow, as Administrator of the Estate of Olivia Snow, Deceased, in place of Olivia Snow as the plaintiff of record for the property located at 628 Solomon Dr., Covington, LA 70433.

Dated: September 13, 2012　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Russ M. Herman_____
　　　　　　　　　　　　　　　　　　　　Russ M. Herman, Esquire (Bar No. 6819)
　　　　　　　　　　　　　　　　　　　　Leonard A. Davis, Esquire (Bar No. 14190)
　　　　　　　　　　　　　　　　　　　　Stephen J. Herman, Esquire (Bar No. 23129)
　　　　　　　　　　　　　　　　　　　　Herman, Herman & Katz, LLC
　　　　　　　　　　　　　　　　　　　　820 O'Keefe Avenue
　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70113
　　　　　　　　　　　　　　　　　　　　Phone: (504) 581-4892
　　　　　　　　　　　　　　　　　　　　Fax: (504) 561-6024
　　　　　　　　　　　　　　　　　　　　LDavis@hhklawfirm.com
　　　　　　　　　　　　　　　　　　　　*Plaintiffs' Liaison Counsel*
　　　　　　　　　　　　　　　　　　　　*MDL 2047*

　　　　　　　　　　　　　　　　　　　　Arnold Levin
　　　　　　　　　　　　　　　　　　　　Fred S. Longer
　　　　　　　　　　　　　　　　　　　　Matthew C. Gaughan
　　　　　　　　　　　　　　　　　　　　Levin, Fishbein, Sedran & Berman
　　　　　　　　　　　　　　　　　　　　510 Walnut Street, Suite 500
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　Phone: (215)592-1500
　　　　　　　　　　　　　　　　　　　　Fax: (215)592-4663
　　　　　　　　　　　　　　　　　　　　Alevin@lfsblaw.com
　　　　　　　　　　　　　　　　　　　　*Plaintiffs' Lead Counsel*
　　　　　　　　　　　　　　　　　　　　*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Jerrold Seith Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Rd.
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
425 W. Airline Highway, Suite B
Laplace, LA70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Victor M. Diaz, Jr.
V. M. Diaz and Partners, LLC
119 Washington Ave., suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
Phone: (212) 584-0700
Fax: (212) 584-0799
New York, NY 10004
cseeger@seegerweiss.com

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone:  (202) 540-7200
Fax:  (202) 540-7201
 rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P. O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
Andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum in Support of Ex Parte Motion to Substitute Plaintiff and Memorandum of Law filed in support thereof has been served on Defendants' Liaison Counsel, Kerry Miller, e-mail and first class mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pre-trial Order No. 6 and that the foregoing was electronically filed with Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 13th day of September, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire (Bar No. 14190)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
Plaintiffs' Liaison Counsel

*Co-Counsel for Plaintiffs*