22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO. 2011-30452                                                                 DIVISION D

SUCCESSION OF OLIVIA SNOW

*************************************************************************

## LETTERS OF INDEPENDENT ADMINISTRATION

This is to Certify that DOROTHY WARE SNOW has been appointed Independent Administratrix of the Succession of Olivia Snow by the Honorable, the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana; and that she has qualified for the office by complying with all of the requirements of law relating thereto.

As Independent Administratrix, Dorothy Ware Snow has all of the rights, powers, authorities, privileges and duties of a succession representative as are otherwise provided by law, but without the necessity of publication of notice, delay for objection, application to or any action by the court, said rights, powers, authorities and privileges including particularly, but not exclusively, the authority to perform the following acts:

> Alienate succession property at public or private sale (including but not limited to the power to sell bonds, shares of stock, mutual funds and other securities at rates prevailing in the market place); list succession property for sale with a real estate agent; transfer by dation en paiement any succession property in satisfaction of a secured or unsecured debt; sell household goods; sell motor vehicles; exchange succession property for consideration to be paid in corporate stock or other property, or partly therein and partly in cash; invest funds of the succession and make them productive; pay estate debts, including expenses of the administration of this succession; borrow money for the purposes of preserving succession property or the orderly administration of this estate, of paying estate debts and inheritance taxes and for expenditures in the regular course of business; alienate, encumber or dispose of real property of a corporation or partnership in which this succession owns a majority interest; lease succession property; grant mineral leases on succession property; perform executory contracts evidenced by writing; and pay reasonable periodic allowance in money for the maintenance of a spouse, if any, and of the heirs or legatees.

IN WITNESS WHEREOF, these Letters of Administration are issued in the name, and under the seal, of the Honorable, the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, at Covington, Louisiana, this 21st day of June, 2011.

_____
DEPUTY CLERK
22nd Judicial District Court
St. Tammany Parish, Louisiana

A TRUE COPY
_____
DY. CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA