# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * * | MAGISTRATE WILKINSON |
| *Sean Payton, et al vs. Knauf Gips, GK, et al*<br>*Cause No. 2:09cv07628* | * * * | |
| *Robert W. Block, III, et al vs.*<br>*Gebrueder Knauf Verwaltungsgesellschaft, KG,*<br>*et al; Cause No. 11-1363* | * * * | |

_____/

## ORDER

Upon consideration of the Ex Parte Motion to Substitute Plaintiff;

IT IS HEREBY ORDERED BY THE COURT that said motion is GRANTED. Dorothy Ware Snow, as Administrator of the Estate of Olivia Snow, Deceased, is deemed substituted in place of Dorothy Snow as the plaintiff of record for the property located at 628 Solomon Dr., Covington, LA 70433.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge