# EXHIBIT A

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Fernando Alejandro Barragan_
     First           Middle         Last

Name: _Barbara Antonacci Barragan_
     First           Middle         Last

Current Address: _16400 Collins Ave # 2145 Sunny Isles Bch, Fl. 33160_

Property Address: _8935 SW 228th Lane Miami, FL. 33190_

Executed by _Barragan_      _08/03/2012_
     Signature                      Date

Executed by _B. Barragan_      _08/03/2012_
     Signature                      Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

Pride Homes of Lakes by the Bay Parcel H, LLC, Pride Homes Holdings, LLC, Pride Homes of Crystal Lake, LLC, and Pride Homes of Lakes by the Bay Parcel J, LLC
Gulfside Supply, Inc. d/b/a Gulfeagle Supply
Design Drywall of Southwest Florida, LLC and Design Drywall, Inc.

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

August 29, 2012

Russ Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut St., Suite 500
Philadelphia, PA 19106

      RE: Builder, Installer, Supplier and Participating Insurer Settlement Class
      in the Chinese Drywall Action

Gentlemen:

In compliance with the class action notice, Bobbi McCullough Bramlett, 80 Crim Drive, Calera, AL 35040, who owns a house containing Chinese Drywall located at 194 Holloway Hill Drive, Montevallo, AL 35115, both individually and on behalf of next friend, Brianna Dixon, a minor, states as follows:

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement class in the Chinese Drywall Action. The named parties in my lawsuit are Mazer's Discount Home Centers, Inc. and Devon International Industries, Inc. f/k/a Devon International Group, Inc. It is also intended to include the insurers of the named parties that provided coverage for the applicable periods and claims, including but not limited to all those insurers identified on "Exhibit 2 – Participating Insurers."

Sincerely yours,

*Bobbi M Bramlett*

Bobbi McCullough Bramlett
Individually and as next friend of Brianna Dixon, a minor

## REQUEST FOR EXCLUSION ("OPT OUT")
### BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS ACTION
### RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Donald_____ _G.____ _Callahan_____
       First           Middle         Last

Name: _Joanna_____ _E.____ _Callahan_____
       First            Middle         Last

**Current Address:** _2545 Deerfield Lk Ct, Cape Coral, Fla 33909_

**Property Address:** _Same_

Executed by _Donald G. Callahan_____     _8-11-12____
            Signature                     Date

Executed by _Joanna E Callahan_____     _8-11-12____
            Signature                     Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:
EH/Transeastern LLC, d/b/a Transeastern Homes
Tousa Homes Inc
Karr Drywall, Inc.
Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc., Stock Building Supply Holdings, LLC and Stock Building Supply West, LLC

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
SETTLEMENT CLASS ACTION
RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer
Settlement Class in the Chinese Drywall Action.

Name: _Shannon_____ _Cambric_____

    First        Middle       Last

Name: _____

    First        Middle       Last

Current Address: _8585 Athena Ct, Lehigh Acres, Fl. 33971_

Property Address: _Same ↑_

Executed by _Shanna Cambric_    _8-13-12_

    Signature                Date

Executed by _____    _____

    Signature                Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and
its/their insurers I/we intend to pursue are:
EH/Transeastern LLC, d/b/a Transeastern Homes
Tousa Homes Inc
G Drywall Corp. and G. Drywalls Corporation

To:    Arnold Levin, Esq.
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Russ Herman, Esq.
      HERMAN HERMAN & KATZ LLP
      820 O'Keefe Avenue
      New Orleans, LA 70113

**VINCENT AND KATHLEEN CARBONE**
20271 Chapel Trace
Estero, Florida 33928
vcarbone7@gmail.com
(239) 221-7852

August 29, 2012

*VIA FIRST CLASS U.S. MAIL*

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

   Re: In Re: Chinese-Manufactured Drywall Products Liability Litigation
     United States District Court, Easter District of Louisiana
     Opt Out Notice for Global Settlement in MDL 2047

Dear Counselors:

   Pursuant to the Notice of Pendency of Proposed Settlement of Class Action Against Builders, Installers, Suppliers and Participating Insurers (the "Global Settlement"), dated May 31, 2012, please consider this notice of our intention to opt out of the Global Settlement. Our current address, as well as the address of the property damaged by the Chinese Drywall, is 20271 Chapel Trace, Estero, Florida 33928.

   We understand that we will not be entitled to share in the benefits of this Global Settlement nor will we benefit or be bound by further orders or judgments in the Litigation concerning the Global Settlement, if any.

   On December 27, 2010, a lawsuit styled *Vincent Carbone, et al. v. Breakwater Custom Homes, Inc., et al.,* Case No. 10-CA-005189, was initiated in the Circuit Court of the 20th Judicial Circuit in and for Lee County, Florida. We intend to continue pursuing claims against

August 29, 2012
Page 2

Breakwater Custom Homes, Inc., South Florida Custom Trim, Inc. and Stock Building Supply of Florida, LLC. The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Vincent Carbone

Kathleen Carbone

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

Very Truly Yours,

Vincent and Kathleen Carbone

cc:   Samuel A. Danon, Esq. and Corey Lee, Esq. (via electronic mail)
      A. Todd Brown, Esq. (via electronic mail)
      Gary F. Baumann, Esq. (via electronic mail)
      Wesley Parsons, Esq. (via electronic mail)
      Daniel White, Esq. and Ron Tate, Esq. (via electronic mail)
      Valerie Greenberg, Esq. and Samuel S. Heywood, Esq.
      Richards Ford, Esq., Robert Saunders, Esq. and Stephen Houser, Esq. (via electronic mail)
      Manchester Holdings, Inc. (via U.S. mail)

## REQUEST FOR EXCLUSION ("OPT OUT")
### BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS ACTION
### RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _MARGARET EMILIE CEMINSKY_

      First             Middle            Last

Name: _____

      First             Middle            Last

Current Address: _29291 HENDERSON STATION RD.   LeSUEUR, MN. 56058_

Property Address: _2572 KEYSTONE LAKE DR. CAPE CORAL, FL. 33909_

Executed by _Margaret E. Ceminsky_     _8-16-12_

        Signature                      Date

Executed by _____   _____

        Signature                      Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

EH/Transeastern LLC, d/b/a Transeastern Homes

Tousa Homes Inc

Karr Drywall, Inc.

Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc., Stock Building Supply Holdings, LLC and Stock Building Supply West, LLC

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _CAROL_ _ANN_ _COHEN_
       First          Middle         Last

Name: _____
       First          Middle         Last

Current Address: _15586 FIORENZA CIRCLE_

Property Address: _15586 FIORENZA Cir_

Executed by _Carol Cohen_          _8/7/12_
       Signature                Date

Executed by _____
       Signature                Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

Ocean Coast Drywall of South Florida, Inc. and O.C.D. of S. Florida, Inc.


To:    Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Russ Herman, Esq.
        HERMAN HERMAN & KATZ LLP
        820 O'Keefe Avenue
        New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer
Settlement Class in the Chinese Drywall Action.

Name: _John_____Cole_____
      First          Middle         Last

Name: _STAR_____Cole_____
      First          Middle         Last

**Current Address:** _2744 Blue Cypress Lake Ct._____

**Property Address:** _2744 Blue Cypress Lake Ct._____

Executed by ___John Cole_____  Date __8/7/12__
        Signature

Executed by ___Star Cole_____  Date __8/7/12__
        Signature

To the best of my knowledge, the identities of every supplier, installer, builder, developer and
its/their insurers I/we intend to pursue are:

EH/Transeastern LLC, d/b/a Transeastern Homes

Tousa Homes Inc

Karr Drywall, Inc.

Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc.,
Stock Building Supply Holdings, LLC and Stock Building Supply West, LLC

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
### BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
### SETTLEMENT CLASS ACTION
### RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _John_ _Anthony_ _Conroy_
      First        Middle        Last

Name: _Sandra_ _Lynn_ _Conroy_
      First        Middle        Last

**Current Address:** _1750 NW 24th Pl. Cape Coral 33993_

**Property Address:** _1750 NW 24th Pl. Cape Corg 33993_

Executed by _John Conroy_
      Signature

Date _August 29, 2012_

Executed by _Sandra L Conroy_
      Signature

Date _08/29/12_

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:
Aranda Homes, Inc.

To:    Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Russ Herman, Esq.
        HERMAN HERMAN & KATZ LLP
        820 O'Keefe Avenue
        New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
SETTLEMENT CLASS ACTION
RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer
Settlement Class in the Chinese Drywall Action.

Name: _Eduardo      Manuel         Cruz_
      First               Middle           Last

Name: _____
      First               Middle           Last

Current Address: _4304  21ST  SW  Lehigh  Acres  FL  33976_

Property Address: _4304  21ST  SW  Lehigh  Acres  FL  33976_

Executed by _____      _8/10/2012_
         Signature                            Date

Executed by _____      _____
         Signature                            Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and
its/their insurers I/we intend to pursue are:
Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc.,
Stock Building Supply Holdings, LLC and Stock Building Supply West, LLC

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Joyce_____ _____ _Dowdy_____
       First                Middle            Last

Name: _Alfred_____ _J._____ _DOWDY_____
       First                Middle            Last

Current Address: _2553 Deerfield Lake Ct. CapeCoral FL 33909____

Property Address: _same as above_____

Executed by _____    _8/3/12__
          Signature                             Date

Executed by _____    _8/3/12__
          Signature                             Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:
EH/Transeastern LLC, d/b/a Transeastern Homes
Tousa Homes Inc
Karr Drywall, Inc.
Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc., Stock Building Supply Holdings, LLC and Stock Building Supply West, LLC

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

**BARRY AND MARLENE DUKE**

20241 Chapel Trace

Estero, Florida 33928

barryduke@comcast.net

(239) 221-7768

August 29, 2012

*VIA FIRST CLASS U.S. MAIL*

Arnold Levin

Levin, Fishbein, Sedran & Berman

510 Walnut Street, Suite 500

Philadelphia, PA 19106

Russ M. Herman

Herman, Herman & Katz, LLP

820 O'Keefe Avenue

New Orleans, LA 70113

Re:   In Re: Chinese-Manufactured Drywall Products Liability Litigation
      United States District Court, Easter District of Louisiana
      Opt Out Notice for Global Settlement in MDL 2047

Dear Counselors:

Pursuant to the Notice of Pendency of Proposed Settlement of Class Action Against Builders, Installers, Suppliers and Participating Insurers (the "Global Settlement"), dated May 31, 2012, please consider this notice of our intention to opt out of the Global Settlement. Our current address, as well as the address of the property damaged by the Chinese Drywall, is 20241 Chapel Trace, Estero, Florida 33928.

We understand that we will not be entitled to share in the benefits of this Global Settlement nor will we benefit or be bound by further orders or judgments in the Litigation concerning the Global Settlement, if any.

On December 27, 2010, a lawsuit styled *Vincent Carbone, et al. v. Breakwater Custom Homes, Inc., et al.,* Case No. 10-CA-005189, was initiated in the Circuit Court of the 20th Judicial Circuit in and for Lee County, Florida. We intend to continue pursuing claims against

August 29, 2012
Page 2

Breakwater Custom Homes, Inc., South Florida Custom Trim, Inc. and Stock Building Supply of Florida, LLC. The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

_____
Barry Duke

_____
Marlene Duke

     Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

                    Very Truly Yours,

                    Barry and Marlene Duke

cc:   Samuel A. Danon, Esq. and Corey Lee, Esq. (via electronic mail)
      A. Todd Brown, Esq. (via electronic mail)
      Gary F. Baumann, Esq. (via electronic mail)
      Wesley Parsons, Esq. (via electronic mail)
      Daniel White, Esq. and Ron Tate, Esq. (via electronic mail)
      Valerie Greenberg, Esq. and Samuel S. Heywood, Esq.
      Richards Ford, Esq., Robert Saunders, Esq. and Stephen Houser, Esq. (via electronic mail)
      Manchester Holdings, Inc. (via U.S. mail)

## REQUEST FOR EXCLUSION ("OPT OUT")
### BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
### SETTLEMENT CLASS ACTION
### RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Norma        a        Edwards_
　　　　First　　　　　Middle　　　　　Last

Name: _____
　　　　First　　　　　Middle　　　　　Last

Current Address: _1050 NW Leonardo Circle Port St Lucie Fl 34986_

Property Address: _Same as above_

Executed by _Norma Edwards_ 　　　 _8-2-12_
　　　　　Signature　　　　　　　　　　　Date

Executed by _____ 　　　 _____
　　　　　Signature　　　　　　　　　　　Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

Centerline Homes, Inc., Centerline Homes Construction, Inc., Briella Townhomes, LLC, Centerline Homes at B and A, LLC n/k/a Completed Communities II, LLC, Centerline Homes at Tradition, LLC n/k/a Completed Communities II, LLC, Centerline Homes at Delray, Inc., Centerline Port St. Lucie, Ltd. n/k/a Completed Communities II, LLC, Centerline Homes at Georgetown, LLC
Ocean Coast Drywall of South Florida, Inc. and O.C.D. of S. Florida, Inc.

To:　　Arnold Levin, Esq.
　　　　LEVIN, FISHBEIN, SEDRAN & BERMAN
　　　　510 Walnut Street, Suite 500
　　　　Philadelphia, PA 19106

　　　　Russ Herman, Esq.
　　　　HERMAN HERMAN & KATZ LLP
　　　　820 O'Keefe Avenue
　　　　New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
SETTLEMENT CLASS ACTION
RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer
Settlement Class in the Chinese Drywall Action.

Name: _Randy       Fry_____
     First        Middle        Last

Name: _Connie       Fry_____
     First        Middle        Last

Current Address: _923 Del Pardo Boulevard_____

Property Address: _1508 SE 12th Terr, Cape Coral FL 33990_

Executed by _____   Date _8/7/12_____
     Signature

Executed by _____   Date _8/7/12_____
     Signature

To the best of my knowledge, the identities of every supplier, installer, builder, developer and
its/their insurers I/we intend to pursue are:

RJL Drywall, Inc.
Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc.,
Stock Building Supply Holdings, LLC and Stock Building Supply West, LLC

To:    Arnold Levin, Esq.
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Russ Herman, Esq.
      HERMAN HERMAN & KATZ LLP
      820 O'Keefe Avenue
      New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
### BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
### SETTLEMENT CLASS ACTION
### RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: VINCENT        ANThony        Geraci
      First          Middle         Last

Name: Joan           Marie          Geraci
      First          Middle         Last

Current Address: 12088 IRISH MiST Rd NE, ALBUQverRver NM, 87122

Property Address: 420 NW 38Th Ave, Cape Coral, FL

Executed by _Vincent A. Geraci_            8/4/12
            Signature                      Date

Executed by _Joan M Geraci_                8/4/12
            Signature                      Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:
Aranda Homes, Inc.

To:   Arnold Levin, Esq.
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Russ Herman, Esq.
      HERMAN HERMAN & KATZ LLP
      820 O'Keefe Avenue
      New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
### BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS ACTION
### RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Eric_____Gregory_____Grassel_____
     First        Middle        Last

Name: _Svetlana_____Pavlovna_____Grassel_____
     First        Middle        Last

**Current Address:** _3033 Lake Manatee Cape Coral FL. 33909_

**Property Address:** _3033 Lake Manatee Cape Coral FL 33909_

Executed by _Eric Grassel_____     _8-2-12_____
        Signature             Date

Executed by _Svetlana Grassel_____     _8-2-12_____
        Signature             Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

EH/Transeastern LLC, d/b/a Transeastern Homes

Tousa Homes Inc

Florida Style Services, Inc.

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
### BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS ACTION
### RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Timothy_ _Scott_ _Helmick_
      First         Middle         Last

Name: _MARIA_ _Elena_ _Helmick_
      First         Middle         Last

**Current Address:** _Same as below_

**Property Address:** _8931 SW 228 Lane, Cutler Bay, Fl 33190_

Executed by _[signature]_       Date _8/2/12_
         Signature

Executed by _[signature]_       Date _8/3/12_
         Signature

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

Pride Homes of Lakes by the Bay Parcel H, LLC, Pride Homes Holdings, LLC, Pride Homes of Crystal Lake, LLC, and Pride Homes of Lakes by the Bay Parcel J, LLC
Gulfside Supply, Inc. d/b/a Gulfeagle Supply
Design Drywall of Southwest Florida, LLC and Design Drywall, Inc.

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
### BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS ACTION
### RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Helene_ _____ _Kranz_
      First             Middle          Last

Name: _Christina_ _____ _Kranz_
      First             Middle          Last

**Current Address:** _286 BAY 10th Street Brooklyn NY 11228_

**Property Address:** _8694 Athena Ct. Lehigh Acres, FL_

Executed by _Helene Kranz_         _8|3|12_
           Signature                            Date

Executed by _Christina Kranz_       _8|3|12_
           Signature                            Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

EH/Transeastern LLC, d/b/a Transeastern Homes

Tousa Homes Inc

DeLaCruz Drywall Plastering & Stucco, Inc.

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

Class Counsel
Arnold Levin
510 Walnut Street, Suite 500
Philadelphia, PA 19106

August 18, 2012

Dear Mr. Levin:

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action. The property with Chinese Drywall is:

2612 Clipper Circle
West Palm Beach, FL. 33411

This property is currently being remediated by the builder.

Best regards,

Thomas J. Lazarus and Patricia D. Lazarus

2612 Clipper Circle
West Palm Beach, FL 33411

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer
Settlement Class in the Chinese Drywall Action.

Name: _CHARLES_ _MACKOFF_
      First              Middle           Last

Name: _ARLENE_ _RAY_ _MACKOFF_
      First              Middle           Last

Current Address: _15582 FIORENZA Circle, DELRAY Bch FlA. 33446_

Property Address: _15582 FIORENZA Circle, DELRAY Bch. FlA. 33446_

Executed by _Charles Mackoff_          _8/7/12_
          Signature                         Date

Executed by _Arlene Mackoff_         _8/7/12_
          Signature                         Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and
its/their insurers I/we intend to pursue are:
Ocean Coast Drywall of South Florida, Inc. and O.C.D. of S. Florida, Inc.


To:    Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Russ Herman, Esq.
        HERMAN HERMAN & KATZ LLP
        820 O'Keefe Avenue
        New Orleans, LA 70113

# REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Donna    Mae    Maustdal_
      First          Middle         Last

Name: _____
      First          Middle         Last

**Current Address:** _2633 Wilderness Ridge Circle Lincoln NU 868512_

**Property Address:** _2576 Keystone Lake Dr CapeCoral Fl 33909_

Executed by _Donna Maustdal_        _8-13-12_
      Signature                          Date

Executed by _____        _____
      Signature                          Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

EH/Transeastern LLC, d/b/a Transeastern Homes

Tousa Homes Inc

Florida Style Services, Inc.

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: KINH          HONG          NGUYEN
      First         Middle         Last

Name: _____
      First         Middle         Last

Current Address: Same _____

Property Address: 8557 Pegasus Dr Lehigh Acres, FL 33971

Executed by _____      08/07/12
            Signature                      Date

Executed by _____      _____
            Signature                      Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

EH/Transeastern LLC, d/b/a Transeastern Homes
Tousa Homes Inc

To:   Arnold Levin, Esq.
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Russ Herman, Esq.
      HERMAN HERMAN & KATZ LLP
      820 O'Keefe Avenue
      New Orleans, LA 70113

# REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Anthony      T      Patti_
      First            Middle          Last

Name: _____
      First            Middle          Last

Current Address: _18 Colony Brook Lane Derry NH 03038_

Property Address: _8716 Pegasus Drive Lehigh Acres FL 33971_

Executed by _____    _8-10-12_
      Signature                           Date

Executed by _____    _____
      Signature                           Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

EH/Transeastern LLC, d/b/a Transeastern Homes

Tousa Homes Inc

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Julio      C      Perez_
          First          Middle          Last

Name: _OOArys      n.      Perez_
          First          Middle          Last

**Current Address:** _16170 Caldera lane. Naples Fl 34110_

**Property Address:** _16170 Caldera lane  Naples Fl. 34110_

Executed by _____          _8-6-12_
          Signature                                        Date

Executed by _____          _8-6-12._
          Signature                                        Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:
Allied Building Products Corp d/b/a Southern Atlantic Supply Division Corp and Old Castle, Inc.

To:     Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Russ Herman, Esq.
        HERMAN HERMAN & KATZ LLP
        820 O'Keefe Avenue
        New Orleans, LA 70113

# TAYLOR VEGA

2555 PONCE DE LEON BOULEVARD, SUITE 220
CORAL GABLES, FLORIDA 33134
TEL: 305.443.2043
FAX: 305.443.2048

DANIEL R. VEGA.
BOARD CERTIFIED IN CONSTRUCTION LAW
EMAIL ADDRESS: dvega@taylorvega.com

September 5, 2012

Mr. Arnold Levin
Class Counsel
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

**VIA EMAIL (alevin@lfsblaw.com)**
**VIA FACSIMILE ((251) 592-1011)**
**VIA U.S. MAIL**
**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Russ M. Herman
Class Counsel
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

**VIA EMAIL (rherman@hhkjlawfirm.com)**
**VIA FACSIMILE ((504) 581-4892)**
**VIA U.S. MAIL**
**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Re:    **Notice of Opt-Out from MDL No. 2047 Settlement Agreement Regarding**
       **Claims Involving Builders, Installers, Suppliers, and Participating Insurers**
       **("Global Settlement")**
       Class Member: David Ramirez
       Location of Affected Property: 9745 SW 110 Street, Miami, Florida 33176
       FL State Court Proceedings: *Ramirez v. Everglades Lumber and Building Supplies,*
       *LLC*; Miami–Dade County Case No. 11-39181 CA 42
       Our File No.: 726-001

Dear Class Counsel:

The law firm of Taylor Vega, P.A. represents David Ramirez in connection with the above-referenced matter.

Pursuant to Judge Fallon's Order (1) Setting Consolidated Fairness Hearing, (2) Establishing Coordinated Opt Out, Objection and Briefing Deadlines, and (3) Entering Litigation Stay in favor of Settling Parties (Document No. 14566), and Judge Fallon's Order & Reasons Preliminarily Approving the Global Settlement, Conditionally Certifying a Settlement Class, Approving the Form Notice of Class Members, and Staying Claims against Builders, Installers, Suppliers, and Participating Insurers (Document No. 14562), enclosed please find Mr. Ramirez' Opt-Out from the Global Settlement.

Mr. Arnold Levin
Mr. Russ M. Herman
Class Counsel
Chinese Drywall MDL No. 02047
Page 2
September 5, 2012

 Please call me at (305) 443-2043 or email me at <u>dvega@taylorvega.com</u> if additional information is required.

Sincerely yours,

Daniel R. Vega

DRV/VVC/ea
Enclosures

cc: Mr. David Ramirez

---

<u>**OPT-OUT NOTICE**</u>

*In re Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047 (E.D.L.A)

1. <u>Full name and current address of person electing to opt out:</u>

    David Ramirez, 9745 SW 110 Street, Miami, Florida 33176 (the "Residence")

2. <u>Address of the property damaged by Chinese Drywall:</u>

    9745 SW 110 Street, Miami, Florida 33176

3. To the best of the undersigned's knowledge, the identities of the supplier, installer, builder, developer, and its insurers are:

    a. Everglades Lumber and Building Supply, LLC ("Everglades") supplied the Chinese drywall installed at the Residence.

    b. Everglades allegedly purchased the Chinese drywall installed at the Residence from Wholesale Building Products, LLC.

    c. It is most likely that Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. manufactured the Chinese drywall.

    d. I am unaware of the identity of any Participating Insurers that may provide coverage to any of the above-named entities.

4. The undersigned is not presently aware of any other defendants and/or insurers against which he intends to pursue his claims, but expressly reserves the right to pursue any and all current and future claims against any party to the Builder, Installer, Supplier, and Participating Insurer Settlement arising out of or related to the Chinese drywall installed at the Residence.

5. The undersigned hereby opts out from the Builder, Installer, Supplier, and Participating Insurer Settlement Class in the Chinese Drywall Action.

David Ramirez

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _REED___ _T.___ _REILLY___
    First        Middle        Last

Name: _Victoria___ _____ _REILLY___
    First        Middle        Last

Current Address: _10850 S. TROY Chicago IL 60655___

Property Address: _8648 ATHENA CT. LEHIGH ACRES FL. 33971___

Executed by _Reed Reilly___        _8-8-12___
        Signature                Date

Executed by _Victoria Reilly___        _8-8-12___
        Signature                Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

EH/Transeastern LLC, d/b/a Transeastern Homes
Tousa Homes Inc
DeLaCruz Drywall Plastering & Stucco, Inc.

To:   Arnold Levin, Esq.
    LEVIN, FISHBEIN, SEDRAN & BERMAN
    510 Walnut Street, Suite 500
    Philadelphia, PA 19106

    Russ Herman, Esq.
    HERMAN HERMAN & KATZ LLP
    820 O'Keefe Avenue
    New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
### BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS ACTION
### RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Socorro_____ _Restrepo_____
      First            Middle         Last

Name: _Alfred_____ _CAPORALE_____
      First            Middle         Last

**Current Address:** _8932 SW 228 LANE_____

**Property Address:** _8932 SW 228 LANE_____

Executed by _____     _08-3-12_____
      Signature                         Date

Executed by _____     _Caporale 08-3-12_
      Signature                         Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:
Pride Homes of Lakes by the Bay Parcel H, LLC, Pride Homes Holdings, LLC, Pride Homes of Crystal Lake, LLC, and Pride Homes of Lakes by the Bay Parcel J, LLC
Gulfside Supply, Inc. d/b/a Gulfeagle Supply
Design Drywall of Southwest Florida, LLC and Design Drywall, Inc.

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _JACK_____SAL_____RIZZO_____
       First          Middle         Last

Name: _LUZ_____RIZZO_____
       First          Middle         Last

Current Address: _15578 FIORENZA CIR._____

Property Address: _SAME_____

Executed by _Jack S. Rizzo_____ Date _8/6/12_
         Signature

Executed by _Luz Rizzo_____ Date _8/6/12_
         Signature

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:
Ocean Coast Drywall of South Florida, Inc. and O.C.D. of S. Florida, Inc.

To:     Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Russ Herman, Esq.
        HERMAN HERMAN & KATZ LLP
        820 O'Keefe Avenue
        New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
### BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
### SETTLEMENT CLASS ACTION
### RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Mohammad + Ruth  Serajuddow/9_
      First            Middle           Last

Name: _____
      First            Middle           Last

Current Address: _8710 pegasus Drive_

Property Address: _8710 pegasos      Drive Lehigh Acres F/ 3397/_

Executed by _Ruth Serajuddow_     8/14/2012
         Signature                      Date

Executed by _Mohammad Serajuddow_     8/14/ 2012
         Signature                      Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

EH/Transeastern LLC, d/b/a Transeastern Homes

Tousa Homes Inc

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer
Settlement Class in the Chinese Drywall Action.

Name: _John_____ _Q_____ _Shaw_____
       First            Middle           Last

Name: _Barbara_____ _E_____ _Shaw_____
       First            Middle           Last

**Current Address:** _827 SW 17th St Cape Coral, FL 33991_

**Property Address:** _827 SW 17TH St, Cape Coral, FL 33991_

Executed by _____        _8/3/12_____
            Signature                     Date

Executed by _____        _8/3/12_____
            Signature                     Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and
its/their insurers I/we intend to pursue are:
Aranda Homes, Inc.

To:   Arnold Levin, Esq.
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Russ Herman, Esq.
      HERMAN HERMAN & KATZ LLP
      820 O'Keefe Avenue
      New Orleans, LA 70113

# REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _SANTOS___ _R.___ _SIERRA.___
      First        Middle        Last

Name: _MARINA___ _N.___ _SIERRA.___
      First        Middle        Last

**Current Address:** _8719 PEGASUS DR. Lehigh Acres Fl. 3397.___

**Property Address:** _SAME.___

Executed by _[signature]___     _8/6/12___
      Signature              Date

Executed by _[signature]___     _8/6/12___
      Signature              Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:
EH/Transeastern LLC, d/b/a Transeastern Homes
Tousa Homes Inc

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

**REQUEST FOR EXCLUSION ("OPT OUT")**
BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
SETTLEMENT CLASS ACTION
RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Thomas_ _Simonian_
     First        Middle        Last

Name: _Barbara_ _Petty_
     First        Middle        Last

Current Address: _Same as below_

Property Address: _8582 Athena Court, Bldg 4, Unit 210, Leigh Acres, FL 33971_

Executed by _Thomas E. Simonian_     _8-10-12_
        Signature               Date

Executed by _____     _8-10-12_
        Signature               Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:
EH/Transeastern LLC, d/b/a Transeastern Homes
Tousa Homes Inc
G Drywall Corp. and G. Drywalls Corporation

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
### BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
### SETTLEMENT CLASS ACTION
### RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: ___Robert___ ___Mitchell___ ___Singleton___
       First        Middle       Last

Name: ___Krista___ ___K___ ___Singleton___
       First        Middle       Last

**Current Address:** 5201 W Neptune Way, Tampa, FL 33609

**Property Address:** 5201 W. Neptune Way, Tampa, FL 33609

Executed by ___Robert M. Smith___    8/15/2012
       Signature              Date

Executed by ___Krista Singleton___    8/15/2012
       Signature              Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

Steven R. Carter, Inc.
Black Bear Gypsum Supply (a.k.a. Black Bear Gypsum)
Independent Builders Supply Associates

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _MAX_____ _F._____ _STEED_____
       First      Middle      Last

Name: _____ _____ _____
       First      Middle      Last

Current Address: _2580 KEYSTONE LAKE DR CAPE CORAL FL 33909_

Property Address: _____SAME_____

Executed by _May F. Steed_____ _10 AUG 2012_____
            Signature                Date

Executed by _____ _____
            Signature                Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

EH/Transeastern LLC, d/b/a Transeastern Homes

Tousa Homes Inc

Karr Drywall, Inc.

Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc., Stock Building Supply Holdings, LLC and Stock Building Supply West, LLC

To:   Arnold Levin, Esq.
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Russ Herman, Esq.
      HERMAN HERMAN & KATZ LLP
      820 O'Keefe Avenue
      New Orleans, LA 70113

# REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _HUMBERTO_____ _Suarez_____
      First          Middle          Last

Name: _____
      First          Middle          Last

**Current Address:** _231 Rose St. N. Ft. Myers, Fl_

**Property Address:** _208 S.E. 6 ST Cape Coral Fl 33990_

Executed by _____ Date _8/14/12_
        Signature

Executed by _____ Date _____
        Signature

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

S3 Enterprises, Inc.
Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc., Stock Building Supply Holdings, LLC and Stock Building Supply West, LLC

To:    Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Russ Herman, Esq.
        HERMAN HERMAN & KATZ LLP
        820 O'Keefe Avenue
        New Orleans, LA 70113

**REQUEST FOR EXCLUSION ("OPT OUT")**
BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
SETTLEMENT CLASS ACTION
RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Luis Enrique Tamajon_
    First        Middle        Last

Name: _Mayra Altagracia Tamajon_
    First        Middle        Last

**Current Address:** _4704 SW 166 ct_

**Property Address:** _4704 SW 166 ct_

Executed by _[signature]_      Date _8/5/12_
    Signature

Executed by _[signature]_      Date _8/5/12_
    Signature

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

Design Drywall of Southwest Florida, LLC and Design Drywall, Inc.
Allsteel & Gypsum Products, Inc.

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
SETTLEMENT CLASS ACTION
RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _BARRY — TUTIN_
      First           Middle         Last

Name: _BARBARA E TUTIN_
      First           Middle         Last

**Current Address:** _15562 FIORENZA CIR, DELRAY BEACH, FL 33446_

**Property Address:** _15562 FIORENZA CIR, DELRAY BEACH, FL 33446_

Executed by _Barry Tutin_        _8-3-2012_
         Signature                       Date

Executed by _Barbara E. Tutin_   _8-3-2012_
         Signature                       Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:
Ocean Coast Drywall of South Florida, Inc. and O.C.D. of S. Florida, Inc.

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113



THE LAW FIRM OF
# STEWART EVANS
# STEWART & EMMONS
A PROFESSIONAL ASSOCIATION

Rebecca F. Emmons
Ralph L. Evans
John Mitchell Stewart
William J. Stewart
www.stewartevans.com

August 31, 2012

jms@st-ev.com

**VIA CERTIFIED AND REGULAR MAIL TO:**
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

*RE:*   Opt Out of United States District Court – Eastern District of Louisiana
        MDL No. 2047 Section: L – Judge Fallon

Dear Messrs. Levin & Herman:

Please be advised that this firm represents Barry E. Van Der Meulen and Ellen C. Smith Van Der Meulen, whose current address is 421 Indies Drive, Vero Beach, Florida 32963, and whose property located at 4821 Saint Margarets Drive, Vero Beach, Florida 32967, contained KPT/Knauf defective Chinese drywall. This correspondence serves to conform to the "Opt-Out Process" as set forth in the above-captioned matter. To the best of the Van Der Meulens' knowledge, they intend to pursue claims against the Seller of the Property, as well as the Developer of the Property, GH Vero Beach Development, LLC, Christopher J. Cleary and Bayswater Brokerage of Florida. The Van Der Meuelens' do not have specific knowledge as to the Supplier, Marketer or Installer, or any of the parties' Insurers. Barry and Ellen Van Der Meulen previously opted out on March 13, 2012 pursuant to the letter attached as Exhibit A. The Van Der Meulens wish to opt out of the class action settlement and state as follows:

> "The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Cass in the Chinese Drywall Action."

Barry E. Van Der Meulen                    Ellen C. Smith Van Der Meulen

August 31, 2012
Page 2

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely yours,

John M. Stewart

JMS/law

cc:     Mark A. Salky and Timothy Kolaya, Attorneys for GH Vero
        Beach Development, LLC and Christopher Cleary
        Frank Colonnelli, Jr., Attorney for Bayswater Brokerage of Florida
        Wil Murphy, Esq.

## REQUEST FOR EXCLUSION ("OPT OUT")
### BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
### SETTLEMENT CLASS ACTION
### RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Roy_____ _Paul_____ _Vrchota_____
       First        Middle      Last

Name: _____
       First        Middle      Last

**Current Address:** _11131 Osprey Lake Ln, West Palm Beach, FL 33412_

**Property Address:** _13300 68 Street North, West Palm Beach, FL 33412_

Executed by _____  Date _8-8-2012_
          Signature

Executed by _____  Date _____
          Signature

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

Suntree Homes, Inc.
J.W. Hodges Drywall, Inc.
ProBuild Holdings LLC, a Delaware limited liability company, sole owner of ProBuild Company LLC, a Delaware limited liability company, as successor by merger to ProBuild East LLC, The Contractor Yard LLC, and Rosen Building Supplies, Inc

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113