UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | CIVIL ACTION NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | JUDGE FALLON |
| _____ | ) | |
| This Document Relates to: | | MAGISTRATE WILKINSON |
| ALL CASES | | |

### INTERIOR EXTERIOR'S AMENDED EXPERT DESIGNATIONS
### FOR NOVEMBER 2012 BELLWETHER TRIAL

Interior Exterior timely submitted it's Expert Designations pursuant to the Court's Scheduling Order entered on August 2, 2012, Interior Exterior respectfully indentifies the following expert witnesses who will be called to testify at the November 2012 Bellwether trial. Interior Exterior respectfully amends it's Expert Designations to add Timothy D. Tonyan of CTL Group. Interior Exterior also amends Dr. James Tompkins association to Tompkins International. So that Interior Exterior's Expert Designations as amended would consist of:

1. Richard T. Kaczkowski of CTL Group;

2. Timothy D. Tonyan of CTL Group;

3. Dr. James Tompkins of Tompkins International;

4. Margaret L. Cunningham, RN, CIH, of United States Risk Management, LLC; and

5. Stephen C. Trauth of United States Risk Management, LLC.

- 1 -

Respectfully submitted,

*Richard G. Duplantier, Jr.   /s/*
Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Benjamin R. Grau (#26307)
Carlina C. Eiselen, (# 28524)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gjtbs.com /jhassinger@gjtbs.com
bgrau@gjtbs.com / ceiselen@gjtbs.com
*Counsel for Defendant, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC*

## Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 13th day of September, 2012.

*Richard G. Duplantier, Jr.   /s/*
RICHARD G. DUPLANTIER, JR.