UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**   *The Mitchell Co., Inc. v. Knauf Gips KG et al.,*
                                                     **Case No. 09-4115**

### MOTION PURSUANT TO 28 U.S.C. § 1292(b) TO CERTIFY THE COURT'S ORDER & REASONS FOR INTERLOCUTORY APPEAL AND STAY FURTHER PROCEEDINGS PENDING THE APPEAL

Defendant Taishan Gypsum Co. Ltd. ("TG") respectfully moves this Court for an order pursuant to 28 U.S.C. § 1292(b) certifying this Court's Order & Reasons filed on September 4, 2012 for immediate interlocutory appeal of this Court's determination that TG is subject to personal jurisdiction, and staying further proceedings pending resolution of the appeal. The reasons in support of this motion are further articulated in the accompanying memorandum in support, which is incorporated herein by reference as if stated in full.

September 14, 2012

        Respectfully submitted,

        */s/ Thomas P. Owen Jr.*
        Joe Cyr
        Frank T. Spano
        Eric Statman
        HOGAN LOVELLS US LLP
        875 Third Avenue
        New York, New York 10022
        Telephone: 212-918-3000
        Facsimile: 212-918-3100
        Joe.cyr@hoganlovells.com
        Frank.spano@hoganlovells.com
        Eric.statman@hoganlovells.com

        Richard C. Stanley (La. Bar No. 8487)
        Thomas P. Owen, Jr. (La. Bar No. 28181)
        STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
        909 Poydras Street, Suite 2500
        New Orleans, Louisiana 70112
        Telephone: 504-523-1580
        Facsimile: 504-524-0069
        rcs@stanleyreuter.com
        tpo@stanleyreuter.com

        **Attorneys for Taishan Gypsum Co. Ltd.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion Pursuant to 28 U.S.C. § 1292(b) to Certify the Court's Order & Reasons for Interlocutory Appeal and Stay Further Proceedings Pending Appeal has been served on Plaintiffs' Liaison Counsel, Russ Herman, and defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of September, 2012.

*/s/ Thomas P. Owen, Jr.*