UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2047<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  JOSEPH C. WILKINSON, JR.<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**   *The Mitchell Co., Inc. v. Knauf Gips KG et al.,*
                                                           **Case No. 09-4115**

## NOTICE OF SUBMISSION

Please take notice that the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on October 10, 2012, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on the Motion Pursuant to 28 U.S.C. § 1292(B) to Certify the Court's Order & Reasons for Interlocutory Appeal and Stay Further Proceedings Pending the Appeal filed by Defendant Taishan Gypsum Co. Ltd.

September 14, 2012

                                      Respectfully submitted,

                                      */s/ Thomas P. Owen Jr.*
                                      Joe Cyr
                                      Frank T. Spano
                                      Eric Statman
                                      HOGAN LOVELLS US LLP
                                      875 Third Avenue
                                      New York, New York 10022
                                      Telephone: 212-918-3000
                                      Facsimile: 212-918-3100
                                      Joe.cyr@hoganlovells.com
                                      Frank.spano@hoganlovells.com
                                      Eric.statman@hoganlovells.com

                                      Richard C. Stanley (La. Bar No. 8487)
                                      Thomas P. Owen, Jr. (La. Bar No. 28181)
                                      STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
                                      909 Poydras Street, Suite 2500
                                      New Orleans, Louisiana 70112
                                      Telephone: 504-523-1580
                                      Facsimile: 504-524-0069
                                      rcs@stanleyreuter.com
                                      tpo@stanleyreuter.com

                                      **Attorneys for Taishan Gypsum Co. Ltd.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, and defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of September, 2012.

*/s/ Thomas P. Owen, Jr.*