UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED   *   MDL No. 2047
DRYWALL PRODUCTS LIABILITY    *
LITIGATION          *   SECTION L
             *
             *   JUDGE ELDON E. FALLON
             *
             *   MAGISTRATE JUDGE
             *   JOSEPH C. WILKINSON, JR.
             *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:  *Gross v. Knauf Gips KG et al.*, Case No. 09-6690
*Wiltz v. Beijing New Building Materials Public Ltd.,* Case No. 10-361

**MOTION PURSUANT TO 28 U.S.C. § 1292(b) TO CERTIFY
THE COURT'S ORDER & REASONS FOR INTERLOCUTORY APPEAL
AND STAY FURTHER PROCEEDINGS PENDING THE APPEAL**

Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd.

("TTP") (collectively, the "Taishan Defendants") respectfully move this Court for an order

pursuant to 28 U.S.C. § 1292(b) certifying this Court's Order & Reasons filed on September 4,

2012 for immediate interlocutory appeal of this Court's determination that the Taishan

Defendants are subject to personal jurisdiction, and staying further proceedings pending

resolution of the appeal.  The reasons in support of this motion are further articulated in the

accompanying memorandum in support, which is incorporated herein by reference as if stated in

full.

September 14, 2012

Respectfully submitted,


*/s/ Thomas P. Owen Jr.*

Joe Cyr
Frank T. Spano
Eric Statman
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100
Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Eric.statman@hoganlovells.com

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY,  REUTER,  ROSS,  THORNTON  &
ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
rcs@stanleyreuter.com
tpo@stanleyreuter.com

**Attorneys for Taishan Gypsum Co. Ltd.
and Tai'an Taishan Plasterboard Co., Ltd.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion Pursuant to 28 U.S.C. § 1292(b) to Certify the Court's Order & Reasons for Interlocutory Appeal and Stay Further Proceedings Pending Appeal has been served on Plaintiffs' Liaison Counsel, Russ Herman, and defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of September, 2012.

*/s/ Thomas P. Owen, Jr.*