UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2047<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  JOSEPH C. WILKINSON, JR.<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**  *Gross v. Knauf Gips KG et al.*, **Case No. 09-6690**
*Wiltz v. Beijing New Building Materials Public Ltd.*, **Case No. 10-361**

## NOTICE OF SUBMISSION

Please take notice that the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on October 10, 2012, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on the Motion Pursuant to 28 U.S.C. § 1292(B) to Certify the Court's Order & Reasons for Interlocutory Appeal and Stay Further Proceedings Pending the Appeal filed by Defendants Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd.

September 14, 2012

          Respectfully submitted,

          */s/ Thomas P. Owen Jr.*
          Joe Cyr
          Frank T. Spano
          Eric Statman
          HOGAN LOVELLS US LLP
          875 Third Avenue
          New York, New York 10022
          Telephone: 212-918-3000
          Facsimile: 212-918-3100
          Joe.cyr@hoganlovells.com
          Frank.spano@hoganlovells.com
          Eric.statman@hoganlovells.com

          Richard C. Stanley (La. Bar No. 8487)
          Thomas P. Owen, Jr. (La. Bar No. 28181)
          STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
          909 Poydras Street, Suite 2500
          New Orleans, Louisiana 70112
          Telephone: 504-523-1580
          Facsimile: 504-524-0069
          rcs@stanleyreuter.com
          tpo@stanleyreuter.com

          **Attorneys for Taishan Gypsum Co. Ltd.**
          **and Tai'an Taishan Plasterboard Co., Ltd.**

3

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, and defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of September, 2012.

*/s/ Thomas P. Owen, Jr.*