**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

=============================== x ============================
                                x
IN RE: CHINESE-MANUFACTURED     x   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY      x
LITIGATION                      x   SECTION: L
                                x
                                x   JUDGE FALLON
THIS DOCUMENT APPLIES TO ALL    x
CASES                               MAG. JUDGE WILKINSON

=============================== x ============================


**PLAINTIFFS' PRELIMINARY FACT AND EXPERT WITNESS LIST**

    Plaintiffs may call one or more of the following fact and expert witnesses during the trial on the merits of this matter scheduled to commence on November 26, 2012:

1. Acker, Debra or
   Representative of Viewpoint Construction
   (INEX Customer)
   Louisiana Parkway
   New Orleans, LA

2. Alphonse, Ray
   (Former INEX Employee)
   108 Vista St.
   Madisonville, LA 70447

3. App, William S. Jr.
   (Freight Handler)
   J.W. Allen
   200 Crofton Road, Box 34
   Kenner, LA 70062

4. Baham, Carmen
   (Legal Dept., Document Custodian)
   St. Tammany Parish
   Permits & Regulatory Department
   21490 Koop Drive
   Mandeville, LA 70471

1

5. Beck, Ray
   (Builder for Chris and Julie Lea)
   1197 Salem Dr.
   Slidell, LA 70461

6. Beckendorf, Edward
   (Trial Plaintiff – Experience with CDW and INEX purchase)
   304 Brown Thrasher Loop S
   Madisonville, LA 70447

7. Beckendorf, Susan
   (Trial Plaintiff – Experience with CDW and INEX purchase)
   304 Brown Thrasher Loop S
   Madisonville, LA 70447

8. Becnel, Gerald T.
   (Freight Handler)
   J.W. Allen
   200 Crofton Road, Box 34
   Kenner, LA 70062

9. Billiot, Chris
   (Original Installer for the Mora Property)
   70269 7th Street
   Covington, LA 70433

10. Blue, Johnny
    (Trial Plaintiff - Experience with CDW and INEX purchase)
    422 28th St.
    New Orleans, LA 70124

11. Blue, Rachelle
    (Trial Plaintiff - Experience with CDW and INEX purchase)
    422 28th St.
    New Orleans, LA 70124

12. Boland, Tara
    (Former INEX Employee)
    95 E. Park Place
    New Orleans, LA 70124

13. Brown, Estelle
    (Custodian of Documents)
    City of New Orleans
    Office of Safety and Permits
    1300 Perdido St.
    Room 7E05
    New Orleans, LA 70112

14. Burke, Kelly
    (INEX Employee)
    730. S. Scott St
    New Orleans, LA 70119

15. Bush, John  or
    Representative of Titan Drywall
    (INEX Customer)
    Alvin, TX 77512

16. Casey, Aprille Chauffe
    (INEX Employee)
    1200 Peggy Avenue
    Metairie, LA 70003

17. Church, Kristin
    (Tenant of Mora property at the time – pre-remediation)

18. Cisneros, Carlos
    (Inspector)
    SGS North America Inc. Industrial Services Division
    12621 Featherwood Dr., Suite 150
    Houston, TX 77034

19. Coates, Rosemary
    (Expert to testify about importing and distribution)
    Blue Silk Consulting
    PO BOX 760
    Los Gatos, CA 95031

20. Cooper , Mark Sr.
    (Crew Member - Remediation Remover/Installer for the Mora Property)
    Chad Umbach LLC
    140 Moss Ln.
    New Orleans, LA 70123

21. Cooper, Mark Jr.
    (Crew Member - Remediation Remover/Installer for the Mora Property)
    Chad Umbach LLC
    140 Moss Ln.
    New Orleans, LA 70123

22. Crespo, Ricardo
    (Homeowner – NOAHH as Trial Plaintiff)
    1921 Alvar St.
    New Orleans, LA 70117

23. Djohari, Kosasih
    (Inspector)
    Sucofinda
    Cilegon Branch

24. Driskill, Brent J. or
    Representative of Driskill Enviornmental Consultants, LLC
    (Inspector)
    1999 Hickory Avenue, Suite 201
    Harahan, LA 70123

25. Dupuy, John
    (Crew Member - Remediation Remover/Installer for the Mora Property)
    Chad Umbach LLC
    140 Moss Ln.
    New Orleans, LA 70123

26. Ecuyer,Ted
    (INEX Employee)
    727 S. Cortez St.
    New Orleans, LA 70119

27. Fontane, Pete
    (Tenant of Mora property at the time – pre-remediation)

28. Franovalle, Rodrigo A. or
    Representative from Strategy
    (Inspector from Strategy for the Gross Property)

29. Freedman, Bobby
    (Former INEX Employee)

30. Galleon, Rebecca
    (INEX Employee)
    730 S. Scott St
    New Orleans, LA 70119

31. Galler, Donald
    (Expert to testify as in prior trials about Chinese drywall and homes in which Chinese drywall has been installed)
    Electrical Engineering Solutions
    MIT, Rm 4-133
    77 Massachusetts Avenue
    Cambridge, MA 02139

32. Gambel, Christian
    (INEX Employee)
    730 S. Scott St.
    New Orleans, LA 70119

33. Garcia, William or
    Representative of G & G Contractors, LLC
    (G & G Contractor -Installer for Beryl Mundee)
    3820 Civic St.
    Metairie, LA 70001

34. Geary, Clay
    ((30)(b)(6) Corporate Representative of INEX and INEX Employee/co-owner)
    727 South Cortez St.
    New Orleans, LA 70119

35. Geary, James
    ((30)(b)(6) Corporate Representative of INEX and INEX Employee/co-owner)
    727 South Cortez St.
    New Orleans, LA 70119

36. Geary, Jeff
    (Member of Interior/Exterior Enterprises, LLC and co-owner of INEX)
    639 N. Dupre St.
    New Orleans, LA 70119

37. Geary, Sid
    (Member of Interior/Exterior Enterprises, LLC and co-owner of INEX)
    639 N. Dupre St.
    New Orleans, LA 70119

38. Gillespie, John
    (INEX Customer)

39. Glidewell, Jerry
    (INEX Customer)
    Lot 118
    The Landings
    Slidell, LA 70458

40. Gonzales, Roman
    (Installer for Mr. Gross)
    Roman A. Gonzales Drywall
    3232 Sugarmill Rd
    Kenner, LA 70065

41. Gonzales, Vincent
    (Installer for Beryl Mundee)

42. Gray, John
    (Tenant of Mora property at the time – pre-remediation)

43. Green, Jim
    (INEX Employee)
    3461 Halls Mill Rd.
    Mobile, AL 36693

44. Gref, Dwayne or
    Representative of Gref Construction
    (Carpenter / Sub-Contractor for the Blue Property)
    1107 Perrin Drive
    Arabi, LA 70032

45. Gross, Cheryl
    (Trial Plaintiff - Experience with CDW and INEX purchase)
    400 Hay Race
    New Orleans, LA 70124

46. Gross, David
    (Trial Plaintiff)
    400 Hay Race
    New Orleans, LA 70124

6

47. Hall, Allen
    (Former INEX Employee)
    86 Kilgore Place
    Kenner, LA 70065

48. Harrell, Robert or
    Representative of Miramon Construction
    (INEX Customer)
    1400 Gause Blvd., Ste. B
    Slidell, LA 70458

49. Hartfield, James
    (Tenant of Mora property post remediation)
    335 West Robert E. Lee
    New Orleans, LA 70124

50. Higgins, Rod
    (Former INEX Employee)

51. Hymel, Gary
    (INEX Employee)
    12249 FM 529
    Houston, TX 77041

52. Jones, Charlotte
    (Tenant of Mora property at the time – pre-remediation)

53. Jones, Ryan
    (Tenant of Mora property post remediation)
    335 West Robert E. Lee
    New Orleans, LA 70124

54. Joseph, Don
    (INEX Employee)
    730. S. Scott St
    New Orleans, LA 70119

55. Krantz, Bradley
    (Expert to testify as in prior trials about Chinese drywall and homes in which Chinese drywall has been installed)
    Corrosion Testing Laboratories, Inc.
    60 Blue Hen Drive
    Newark, DE 19713

56. Lea, Chris
    (Trial Plaintiff - Experience with CDW and INEX purchase)
    213 Summer Circle Court
    Slidell, LA 70461

57. Lea, Julie
    (Trial Plaintiff - Experience with CDW and INEX purchase)
    213 Summer Circle Court
    Slidell, LA 70461

59. LeBau, Phyllis
    (INEX Employee)
    1701 South Lane
    Mandeville, LA 70471

60. LeBlanc, Casey
    (Homeowner – NOAHH as Trial Plaintiff)
    1909 Alvar St.
    New Orleans, LA 70117

61. Lemm, Glenn or a Representative of Lemm Drywall
    c/o Jurischk Bros Drywall Inc.
    (INEX Customer)
    3310 Frick Road, Building B
    Houston, TX 77086

62. Li, Susan
    (Freight Handling)
    Weida Freight System (Tianjin) Co., LTD
    Room 2701
    Tianxing Riverfront Square
    M Shiyijing Road
    Tianjin, China

63. McCay, Robert
    (INEX Employee)
    730. S. Scott St
    New Orleans, LA 70119

64. McLaughlin, Jill
    (INEX Employee)
    727 S. Cortez St.
    New Orleans, LA 70119

65. Meade, Gary
    (INEX Employee)
    325 Westminster Drive
    Slidell, LA

66. Montruelle, Jimmy
    (INEX Customer)
    Metairie, LA

67. Mora, August Thomas Jr.
    (Trial Plaintiff)
    335/337 West Robert E. Lee
    New Orleans, LA 70124

68. Morgan, Rogchelle
    (Homeowner – NOAHH as Trial Plaintiff)
    1925 Alvar St.
    New Orleans, LA 70117

69. Mundee, Beryl F.
    (Trial Plaintiff – Experience with CDW and INEX purchase)
    4321 S. Liberty St.
    New Orleans, LA 70115

70. Newman, Dale or
    Representative of Advanced Contracting Service
    (INEX Customer)
    Metairie, LA

71. Nicholson, Anzie
    (Former INEX Employee)

72. Nick, Kristen
    (Tenant of Mora property post remediation)
    337 West Robert E. Lee
    New Orleans, LA 70124

73. Odom, Johnny
    (Building Inspector)
    City of New Orleans
    Office of Safety and Permits
    1300 Perdido St.
    Room 7E05
    New Orleans, LA 70112

9

74. Pate, Jim
    (Executive Director of New Orleans Area Habitat for Humanity – Trial Plaintiff)
    7100 Saint Charles Avenue
    New Orleans, LA 70118

75. Peterson, Mark
    (INEX Employee)
    552 Jefferson Park Avenue
    Jefferson, LA

76. Pitcher, Greg
    (INEX Employee)
    1701 South Lane
    Mandeville, LA 70471

77. Redman, Veda
    (INEX Employee)
    730 S. Scott St
    New Orleans, LA 70119

78. Reiss, Agnes
    (30(b)(6) Corporate Representative for North River Insurance Company)
    305 Madison Avenue, Morristown, NJ

79. Remont, Rudy
    (Inspector / Freight Handler)
    J.W. Allen
    200 Crofton Road, Box 34
    Kenner, LA 70062

80. Representative of Creola Ace Hardware or the Mitchell Company
    (INEX Customer)
    10041 Hwy 43
    Creola, AL 36525

81. Representative of Flemming Construction
    (Purchaser of drywall for Mora Property)
    23 E. Airline Drive
    Kenner, LA 70062

82. Representative of Interior/Exterior Building Supply, LP
    (Defendant)
    730 S. Scott Street
    New Orleans LA 70119

83. Representative of J.W. Allen and / or J.W. Allen and Co., Inc.
    (Inspector / Freight Handler)
    J.W. Allen
    200 Crofton Road, Box 34
    Kenner, LA 70062

84. Representative of King Wholesale Supply Co., Inc. and/or INEX Corp.
    (Importer/Wholesale Supplier)
    727 S. Cortez St.
    New Orleans, LA 70119

85. Representative of Louisiana Lumber, Inc.
    (Supplier for Chris and Julie Lea)
    2020 Hwy 190 W Ste. 103
    Slidell, LA 70460

86. Representative of Lowes
    (Remediated Supplier for the Mora Property)
    121 Jefferson Hwy
    Jefferson, LA 70121

87. Representative of Mayco Construction, LLC
    (Contractor for the Beckendorf Property)
    1155 Hardy Drive
    Covington, LA 70433

88. Representative of New Orleans Habitat for Humanity (NOAHH)
    7100 Saint Charles Avenue
    New Orleans, LA 70118

89. Representative of North River Insurance Company and/or United States Fire Insurance Company
    (Defendant)
    305 Madison Avenue, Morristown, NJ 07960

90. Representative of SGS North America, Inc.
    (Research and inspection services)
    12621 Featherwood Dr., Suite 150
    Houston, TX 77034

91. Representative of Strategy LLC
    (Inspection regarding Chris and Julie Lea Property)

92. Representative of Weida Freight System (Tianjin) Co., LTD
    Room 2701
    Tianxing Riverfront Square
    M Shiyijing Road
    Tianjin, China

93. Rogers, Donna
    (Project Coordinator / Inspections)
    SGS North America Inc.
    12621 Featherwood Dr., Suite 150
    Houston, TX 77034

94. Rutila, Dean
    (Expert to testify as in prior trials about Chinese drywall and homes in which Chinese drywall has been installed)
    Simpson Gumpertz & Heger Inc.
    41 Seyon Street
    Building 1, Suite 500
    Waltham, MA 02453

95. Savda, Pryanka
    (Tenant of Mora property at the time – pre-remediation)

96. Scott, William D. PE or
    Representative of W.D. Scott Group, Inc.
    (Preservation of Evidence)
    524 Elmwood Park Blvd., Ste. 190
    Harahan, LA 70123

97. Shewmake, Jonathan S.
    (Owner of Creola Ace Hardware – INEX Customer)
    P.O. Box 70
    Creola, AL 36525

98. Smith, Brandyn
    (INEX Employee)
    177 West Cherrywood Lane
    Pearl River, LA 70452

99. Smith, Melissa
    (INEX Employee)
    730. S. Scott St
    New Orleans, LA 70119

100. Stephens, Michael
 (INEX Employee)
 1701 South Lane
 Mandeville, LA 70471

101. Streit, Lori
 (Expert to testify as in prior trials about Chinese drywall and homes in which Chinese drywall has been installed)
 Unified Engineering Inc.
 3056 Weber Drive
 Aurora, Illinois 60502

102. Surcouf, Thomas Jr. or
 Representative of the Pipe Wizard, LLC
 (Inspector of Blue Property)
 36347 Jackson Road
 Slidell, LA 70460

103. Thompson, Holly
 (INEX Employee)
 727 S. Scott St
 New Orleans, LA 70119

104. Townsend, Justin
 (Tenant of Mora property at the time – pre-remediation)

105. Umbach, Chad
 (Remediation Remover/Installer for the Mora Property)
 Chad Umbach LLC
 140 Moss Ln.
 New Orleans, LA 70123

106. Vuljoin, Martin
 (Purchaser for the Gross Property)
 4433 Ligustrum St.
 Metairie, LA 70001

107. Wahl, Russel
 (INEX Former Employee)
 133 Oakleaf Drive
 Slidell, LA 70461

108. Wei, Victor
 (Freight Handling)
 Weida Freight System (Tianjin) Co., LTD
 Room 2701
 Tianxing Riverfront Square
 M Shiyijing Road
 Tianjin, China

109. Weida Freight System (Tianjin) Co., LTD
 (Acquisitions / Surveys)
 Room 2701
 Tianxing Riverfront Square
 M Shiyijing Road
 Tianjin, China

110. Wellmeier, Wayne or
 Representative of Wayne the Painter Restoration & Construction Services, LLC (for Blue Property)
 1812 Richland Avenue
 Metairie, LA 70001

111. White, Bryan
 (Tenant of Mora property post remediation)
 337 West Robert E. Lee
 New Orleans, LA 70124

112. White, Victoria
 (Tenant of Mora property post remediation)
 337 West Robert E. Lee
 New Orleans, LA 70124

113. Williams, Chip
 (INEX Employee)
 12111 Intraplex Parkway
 Gulfport, MS 39503

114. Any person identified in any of INEX's Discovery responses;

115. Any present or former employee of INEX or its predecessors;

116. Any witness listed by any other party in this litigation;

117. Any expert, person, or employee of any expert, necessary to authenticate or explain reports provided by any expert witness listed herein, including Dean Rutila;

14

118. Any person or representative deposed in this litigation and any persons referenced in the depositions;

119. Any expert witness necessary to rebut any witness of Interior/Exterior Building Supply, LP.

120. Any witness necessary to introduce or authenticate any document sought to be introduced at trial

Plaintiffs reserve the right to supplement and/or amend this witness list as discovery is ongoing and/or because plaintiffs still have not received discovery responses from INEX.

Plaintiffs also reserve the right to list and produce witnesses for Trial Plaintiffs selected by INEX who have agreed to a settlement with Knauf, Teal and Matherne. None have been listed, as Plaintiffs believe they have no standing due to the Knauf agreement and releases.

Dated: September 14, 2012

Respectfully submitted,

/s/ Leonard A. Davis_____

**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
**HERMAN, HERMAN & KATZ, L.L.C.**
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA  70139<br>PH:  (504) 524-3300<br>Fax:  (504) 524-3313 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA  70068<br>PH:  (985) 536-1186<br>Fax:  (985) 536-6445 |
| Robert Josefsberg<br>25 Flagler Street<br>8th Floor<br>Miami, FL  33130<br>PH:  (305) 358-2800<br>Fax:  (305) 358-2382 | Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL  33134<br>PH:  (305) 476-7400<br>Fax:  305) 476-7444 |
| Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL  32502<br>PH:  (850) 435-7090<br>Fax:  (850) 436-6091 | Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA  70130<br>PH:  (504) 581-1750<br>Fax:  (504) 529-2931 |
| Arnold Levin<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106<br>PH:  (215) 592-1500<br>Fax:  (215) 592-4663 | Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA  70163-2800<br>PH:  (504) 522-2304<br>Fax:  (504) 528-9973 |
| Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL  34134<br>PH:  (239) 390-1000<br>Fax:  (239) 390-0055 | James Robert  Reeves<br>160 Main Street<br>Biloxi, MS  39530<br>PH:  (228) 374-5151<br>Fax:  (228) 374-6630 |
| Christopher Seeger<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>Fax:  (212) 584-0799 | Bruce William Steckler<br>3102 Oak Lawn Ave.<br>Suite 1100<br>Dallas, TX  75219<br>PH:  (214) 523-6674<br>Fax:  (214) 520-1181 |
| Scott Weinstein<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL  33907<br>PH:  (239) 433-6880<br>Fax:  (239) 433-6836 | Daniel K. Bryson<br>Whitfield, Bryson & Mason, LLP<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Phone: (919) 600-5000<br>Fax: (919) 600-5035<br>dan@wbmllp.com |
| Richard J. Serpe, Esquire | Victor M. Diaz, Jr., Esquire |

16

| | |
|---|---|
| Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322 | V.M. Diaz and Partners, LLC<br>119 Washington Ave, Suite 402<br>Miami Beach, FL 33139<br>Phone: (305) 704-3200<br>Fax: (305) 538-4928<br>victor@diazpartners.com |

## PLAINTIFFS' STEERING COMMITTEE

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.WSuite  650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax:  (202) 540-7201<br>rlewis@hausfeldllp.com | Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904 (mailing address)<br>15058 River Road<br>Hahnville, LA  70057<br>Phone:  (985) 783-6789<br>Fax:  (985) 783-1333<br>andrew@lemmonlawfirm.com<br><br>Anthony Irpino<br>Irpino Law Firm<br>2216 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 525-1500<br>Fax: (504) 525-1501<br>airpino@irpinolaw.com |

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Amended Notice of Oral and Videotaped Deposition has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of September, 2012.

             /s/ Leonard A. Davis
             Leonard A. Davis, Esq.
             Herman, Herman & Katz, L.L.C.
             820 O'Keefe Ave.
             New Orleans, LA 70113
             PH: (504) 581-4892
             Fax: (504) 561-6024
             ldavis@hhklawfirm.com