IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE**:** CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| | ) | SECTION L |
| | ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| | ) ) | MAG. JUDGE WILKINSON |
| Case No.09-06690 Gross et al v. Knauf Gips | ) ) | |

*****************************************

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

Pursuant to Local Rule 83.2.11, Michael J. Ryan, of the firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, counsel of record for Plaintiff Chris Rutherford hereby files this Motion to Withdraw as counsel for Plaintiff Chris Rutherford.

Plaintiff's counsel, the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee have encountered irreconcilable differences with Plaintiffs on issues involving the case. Plaintiff have been provided the opportunity to seek substitution in advance of the filing of this motion, but have not so notified Counsel of any substitution.

WHEREFORE the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee requests this Honorable Court to allow them to withdraw as counsel of record for the Plaintiff Chris Rutherford in the above captioned cases.

Respectfully submitted,

*s/* Michael J. Ryan
KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL 33301
Phone: (954) 763-8181
FAX (954) 763-8292

1

                                                                pleadings-MJR@krupnicklaw.com
                                                                Fla. Bar No. 975990

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail e-mail, or by hand delivery  and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17  day of September, 2012. I further certify that the above and foregoing has been served on Plaintiffs Chris Rutherford, 62 Cipriano Court, Woodbridge, Ontario, Canada L4HIK6, along with notification of all pending deadlines and court appearances in this litigation, via certified mail and regular U.S. Mail.

                                          s/ Michael J. Ryan
                                          KRUPNICK, CAMPBELL, MALONE,
                                          BUSER, SLAMA, HANCOCK,
                                          LIBERMAN & McKEE, P.A.
                                          12 S.E. 7 Street, Suite 801
                                          Ft. Lauderdale, FL  33301
                                          Phone: (954) 763-8181
                                          FAX (954) 763-8292
                                          pleadings-MJR@krupnicklaw.com
                                          Fla. Bar No. 975990