UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON |
| This Document Relates to All Cases | : : | MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Mr. Richard V. Leland, II. IT IS ORDERED that this correspondence is to be filed into the record. IT IS FURTHER ORDERED THAT the PSC contact Mr. Leland in order to address the issues raised in this correspondence.

New Orleans, Louisiana, this 17th day of September 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE