

# Richard V. Leland, II
*Attorney & Counsellor at Law*

**6064 Indian River Road, Suite 204**
**Virginia Beach, Virginia 23464**

Phone No. 757-747-6000   rvleland@earthlink.net   Facsimile No. 757-420-6000

August 27, 2012

Dean Oser, Case Manager
U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Rm. C-456
New Orleans, LA 70130

RE:   Paul D. Seeman and Patti S. Seeman v. Oxfordshire, LLC, et al.
       Virginia in the Circuit Court for the City of Suffolk
       Case No. CL10-0936

       Keith Hanley and Lily Hanley v. Sadler Building Corporation, et al.
       Virginia in the Circuit Court for the County of Isle of Wight
       Case No. CL11-547

Dear Mr. Oser:

I represent the above listed plaintiffs in their respective actions against the named defendants who built homes constructed using Chinese drywall imported by Tobin Trading for Venture Supply, Inc. It is my understanding that the drywall was produced by Taishan Gypsum.

I was informed by Richard J. Serpe, Esq. of Norfolk, Virginia that a class settlement was being negotiated several weeks ago that would include the Seeman family. If this is indeed the case, I assume it would also include the Hanley family.

Please inform me of what steps I need to take to make certain that both plaintiffs are included for consideration in any mass settlement that may be completed or pending in the U.S. District Court for the Eastern District of Louisiana or any other settlement(s) or negotiations you are aware of at this time.

I thank you for your response to this correspondence and I remain

Sincerely yours,

Richard V. Leland, II

cc   Paul & Patti Seeman
     Keith & Lily Hanley