UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON |
| This Document Relates to All Cases | : : | MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Mr. Geraldo Perez.

IT IS ORDERED that this correspondence is to be filed into the record.

New Orleans, Louisiana, this 17th day of September 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE