June 4, 2012

Ref: Chinese Drywall Remediation
**192898 Perez, Geraldo and Alfonso, Olga – CDW**



RECEIVED
JUN 11 2012
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Dear Judge Fallon,

We first want to thank you for all your time and attention in taking the Chinese Drywall Lawsuit and how quickly you were able to get this resolved.

We want to express our gratitude as well to everyone at Moss Construction and our Attorney Pete Albanis from Morgan & Morgan. Not only was everyone helpful in making the remediation go smooth, but were compassionate, patient and understandable to what we have been thru with the defective drywall in our home.

We especially want to mention our General Contractor from Moss Construction, Paul Loguidice. If we had any questions or concerns, he would immediately take care of it. When we wanted to see the house, he was always on time, never late and would come from Fort Lauderdale to meet with us. We had some hiccups along the way, but Paul was always there to reassure us that everything was under control and that he was on it. He helped the remediation go as smooth as possible.

Our house has been fully remediated and we have already moved in. We are very happy to be back at our home and start a new year.

Again, thank you from the bottom of our hearts.

Geraldo Perez
Olga Z. Alfonso
3523 SW 2 Ave
Cape Coral, Fl. 33914
239-540-3523

cc: Moss Construction
Paul Loguidice