UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Julie Gaines. IT IS ORDERED that this correspondence is to be filed into the record.

New Orleans, Louisiana, this 17th day of September 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Julie Gaines
5302 SW 27th Place
Cape Coral
FL 33914