August 29, 2012

Judge Eldon Fallon
500 Poydras Street
Room C 546
New Orleans, LA 70130



Dear Judge Fallon,

On August 8, 2012 I sent you a letter expressing my concerns regarding the Chinese drywall fiasco. You missed the entire point of the letter. My concern was not with my attorney or the law firm representing me in this lawsuit. While I was communicating with one of the associates exclusively, at some point the associate left the law firm and I did not realize it right away. I have been working 7 days a week 14 hour days while working full time jobs, remediating my home, since we were forced to move out in September 2011. My complaint was not with my attorney. My complaint was with the United States Government and the Chinese Government. I guess I just can't understand why I am on the verge of loosing close to a half a million dollars, through no fault of my own, and we can't get anyone to step up and take responsibility. I'm sure you are doing everything possible to rectify this situation but at what cost to the innocent American tax payers. There are a lot of us who put every penny we had into our homes and have nothing left. I really appreciate the effort my attorney is putting out to help with a resolution to this horrific problem, but I feel that because it only affected several thousand people, neither government feels any pressure to make this right and make us whole. I also have a hard time processing why the United States Government doesn't mind giving away billions of taxpayer money to foreign countries but, can't help the people in their own country. I did not manufacture this drywall. I did not import it into this country. I did not purchase it and install it in my home. Yet, I'm the one who is expected to foot the bill to clean it up. My builder, Aranda Homes, took $280,000 of my money, gave me a defective product, and walked away with no responsibility to me whatsoever. It is so unfair that some or most people will get their homes remediated at no cost or out of pocket to themselves yet, I am in the same situation and am probably going to end up loosing my home. The same home I have already invested over $400,000 in to date. I know that this correspondence is probably a big waste of time. I just thought if you had some personal insight on what some of us was going through...I don't know what I am trying to accomplish here. Please don't make my terrible situation about whether or not an associate at the law firm representing me communicated or kept in contact with me. This is a difficult situation all around and my attorney is not the problem. To be quite truthful, I was glad I had someone I could express my concerns to even if he didn't respond to every e-mail. You can't possibly understand what I am going through unless you have walked in my shoes. I spent my whole adult life building up to my retirement. I made all the right decisions. I planned for my future. I would have retired in 4 years. Now I will probably die on the job trying to pay off a $70,000 loan, not to mention the $25,000 I used up from my savings account and the $12,000 in living expenses while remediating my home. And no one will care. Where's my hero?

Sincerely,
Julie Gaines
5302 SW 27th Place
Cape Coral, Fl 33914