# EXHIBIT A

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: __Kristi____ __Laine____ __Bailey____
       First            Middle           Last

Name: __Gary____ __Lee____ __Bailey____
       First            Middle           Last

**Current Address:** 1915 NW 28th Pl / Cape Coral FL 33993

**Property Address:** 2529 Deerfield Lake Ct / Cape Coral FL 33909

Executed by __Kristi Bailey__           8-20-12
       Signature                      Date

Executed by _____           8-20-12
       Signature                      Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

EH/Transeastern LLC, d/b/a Transeastern Homes
Tousa Homes Inc
Karr Drywall, Inc.
Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc., Stock Building Supply Holdings, LLC and Stock Building Supply West, LLC

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
SETTLEMENT CLASS ACTION
RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer
Settlement Class in the Chinese Drywall Action.

Name: _VINOD_____K_____BATRA_____
      First          Middle          Last

Name: _____
      First          Middle          Last

**Current Address:** _5914 KIRKWYND COMMONS DR CHARLOTTE 28278_

**Property Address:** _2565 DEERFIELD LAKE CAPE CORAL, FL_

Executed by ___W Bat_____    _9/5/2012_____
         Signature                       Date

Executed by _____    _____
         Signature                       Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and
its/their insurers I/we intend to pursue are:
EH/Transeastern LLC, d/b/a Transeastern Homes
Tousa Homes Inc
Karr Drywall, Inc.
Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc.,
Stock Building Supply Holdings, LLC and Stock Building Supply West, LLC

To:    Arnold Levin, Esq.
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Russ Herman, Esq.
      HERMAN HERMAN & KATZ LLP
      820 O'Keefe Avenue
      New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
SETTLEMENT CLASS ACTION
RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: <u>Gordon</u>     <u>D.</u>     <u>Boucher</u>
       First         Middle        Last

Name: <u>Nancy</u>     <u>L.</u>     <u>Boucher</u>
       First         Middle        Last

**Current Address:** <u>13216 Ivy St. Becker, MN 55308</u>

**Property Address:** <u>Gulf Reflections - 11001 Gulf Reflections Dr. Unit A 208 Ft. Myers, Fl 33908</u>

Executed by <u>[signature]</u>      <u>9/2/12</u>
       Signature                Date

Executed by <u>Nancy L. Boucher</u>      <u>9/2/12</u>
       Signature                Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

JWR Construction Services, Inc.
C.A. Steelman, Inc.

To:     Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Russ Herman, Esq.
        HERMAN HERMAN & KATZ LLP
        820 O'Keefe Avenue
        New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: MASSIMO          DE MAGISTRIS
First          Middle          Last

Name: _____
First          Middle          Last

Current Address: CORSO SEMPIONE 39A 20159 MILANO ITALY

Property Address: 140 SOUTH DIXIE HWY, HOLLYWOOD FL 33020
UNIT #616

Executed by _____          08/28/2012
Signature                                        Date

Executed by _____          _____
Signature                                        Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:
Cornerstone Construction of S.W. Florida, Inc.
Boulanger Drywall Corp.

To:     Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Russ Herman, Esq.
        HERMAN HERMAN & KATZ LLP
        820 O'Keefe Avenue
        New Orleans, LA 70113

**REQUEST FOR EXCLUSION ("OPT OUT")**
BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
SETTLEMENT CLASS ACTION
RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Kim      Hope      Williams_ AKA EPSTEIN
      First           Middle         Last

Name: _____
      First           Middle         Last

**Current Address:** _9447 Dowden Rd # B306 Orlando Fl. 32832_

**Property Address:** _2556 Keystone Lake Dr Cape Coral Fl. 339_

Executed by _[signature]_        _9/7/12_
      Signature                           Date

Executed by _____    _____
      Signature                           Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

EH/Transeastern LLC, d/b/a Transeastern Homes
Tousa Homes Inc
Karr Drywall, Inc.
Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc., Stock Building Supply Holdings, LLC and Stock Building Supply West, LLC

To:   Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
SETTLEMENT CLASS ACTION
RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _James_____ Fallmann_____
First          Middle          Last

Name: _Barbara_____ Fallmann_____
First          Middle          Last

Current Address: _11063 Pacifica Street, Wellington FL 33449_____

Property Address: _11063 Pacifica Street, Wellington, FL 33449_____

Executed by _James Fallmann_____   _8/14/12_____
Signature                                   Date

Executed by _Barbara Fallmann_____   _8/14/12_____
Signature                                   Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

Sterling Communities, Inc. and Sterling Communities Realty, Inc.
ProBuild Holdings LLC, a Delaware limited liability company, sole owner of ProBuild Company LLC, a Delaware limited liability company, as successor by merger to ProBuild East LLC, The Contractor Yard LLC, and Rosen Building Supplies, Inc.

To:     Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Russ Herman, Esq.
        HERMAN HERMAN & KATZ LLP
        820 O'Keefe Avenue
        New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Edgar Faush_
      First               Middle          Last

Name: _____
      First               Middle          Last

Current Address: _3500 Paddocks Rd Weston Fl. 33731_

Property Address: _8155 NW 108 Ave Doral Fl_

Executed by _____      _9/5/12_
      Signature                                      Date

Executed by _____    _____
      Signature                                        Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

EH/Transeastern LLC, d/b/a Transeastern Homes

Tousa Homes Inc

Design Drywall of Southwest Florida, LLC and Design Drywall, Inc.

To:   Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: DAVID        A        FLORES
        First        Middle        Last

Name: MONICA        M        VASQUEZ
        First        Middle        Last

Current Address:  4881 NW 111TH AVENUE, MIAMI FL 33178

Property Address:  8936 SW 228TH LANE, MIAMI, FL 33190

Executed by _____        Date  8/21/2012
        Signature

Executed by _____        Date  8/21/2012.
        Signature

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

Pride Homes of Lakes by the Bay Parcel H, LLC, Pride Homes Holdings, LLC,  Pride Homes of Crystal Lake, LLC, and Pride Homes of Lakes by the Bay Parcel J, LLC
Gulfside Supply, Inc. d/b/a Gulfeagle Supply
Design Drywall of Southwest Florida, LLC and Design Drywall, Inc.

To:     Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Russ Herman, Esq.
        HERMAN HERMAN & KATZ LLP
        820 O'Keefe Avenue
        New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: Josh Martin Fry
First     Middle     Last

Name: Megan Kay Fry
First     Middle     Last

**Current Address:** 1210 SE 3rd Ave Cape Coral, FL 33990

**Property Address:** 1210 SE 3rd Ave Cape Coral, FL 33990

Executed by _____     8/28/12
Signature                                Date

Executed by Megan Fry                    8-28-12
Signature                                Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:
RJL Drywall, Inc.
Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc., Stock Building Supply Holdings, LLC and Stock Building Supply West, LLC

To:     Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Russ Herman, Esq.
        HERMAN HERMAN & KATZ LLP
        820 O'Keefe Avenue
        New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: DOREEN GROENEWALD

First           Middle           Last

Name: Hugh Franklin Johnson

First           Middle           Last

**Current Address:** 612 SW 4 AVE FT. LAUD FL 33315

**Property Address:** 11001 GULF REFLECTIONS #405 FT MEYERS, FL 33908
GULF REFLECTIONS DRIVE

Executed by _Doreen Groenewald / Ins_      8/28/12
Signature                          Date

Executed by _____ VICE-PRES      8-28-12
Signature                          Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

JWR Construction Services, Inc.
C.A. Steelman, Inc.

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Barry_____ _Howard_____ _Katz_____
       First         Middle         Last

Name: _____
       First         Middle         Last

Current Address: _2059 Martella Ave. Boca Raton Fl 33433_

Property Address: _11001 Gulf Reflections Dr. Ft Myers Fl_

Executed by _Barry Katz_____   _8-29-12_____
             Signature                   Date

Executed by _____   _____
             Signature                   Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

JWR Construction Services, Inc.
C.A. Steelman, Inc.

To:   Arnold Levin, Esq.
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Russ Herman, Esq.
      HERMAN HERMAN & KATZ LLP
      820 O'Keefe Avenue
      New Orleans, LA 70113

September 10, 2012

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| Arnold Levin<br>Levin, Fishbein, Sedran &Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106 | Russ M. Herman<br>Herman, Herman & Katz, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 |

Re:   Jason Kuhn Opting Out of Builder, Installer, Supplier and Participating Insurer Settlement Class

Dear Mr. Levin and Mr. Herman,

My name is Jason Kuhn and I currently live at 17001 Candeleda de Avila, Tampa, Florida 33613.  Please consider this letter as my written notice to opt-out as a member of the Builder, Installer, Supplier and Participating Insurer Settlement Class.

The property damaged by Chinese drywall is located at 1901 S. Oakmont Street, Tampa, Florida 33629.  The supplier of the Chinese drywall in the home is All Florida Drywall Supplier, Inc. I have not been able to determine the identity of All Florida's insurer.  I intend to pursue a claim against this supplier.  To the best of my knowledge the home that is damaged was built by Chris Campbell Builder, LLC f/k/a Chris Campbell Builder, Inc. and the Chinese drywall was installed by Harrell's Drywall, Inc.   Neither the builder nor the installer are Participating Defendants.

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Sincerely,

Jason Kuhn

## REQUEST FOR EXCLUSION ("OPT OUT")
### BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS ACTION
### RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _DOLORES   R.   LaDOW_
    First         Middle         Last

Name: _GEORGE   GILBERT   LaDOW, SR. (DECEASED 2010)_
    First         Middle         Last

Current Address: _2561 DEERFIELD LAKE CT._

Property Address: _CAPE CORAL, FL. 33909_

Executed by _Dolores R. LaDow_         _4 SEPT. 2012_
        Signature                         Date

Executed by _____         _____
        Signature                         Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

EH/Transeastern LLC, d/b/a Transeastern Homes

Tousa Homes Inc

Karr Drywall, Inc.

Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc., Stock Building Supply Holdings, LLC and Stock Building Supply West, LLC

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

# REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: ALEJANDRO          LARRAZABAL
     First          Middle          Last

Name: _____
     First          Middle          Last

**Current Address:** _____

**Property Address:** 10902 NW 83rd street, #212, Doral, FL

Executed by _Alejandro Larrazabal_          08/31/2012
     Signature                              Date

Executed by _____
     Signature                                Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:
Aranda Homes, Inc.

To:    Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Russ Herman, Esq.
        HERMAN HERMAN & KATZ LLP
        820 O'Keefe Avenue
        New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
### BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS ACTION
### RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Jo Ellen_____ _Mantuo_____
      First             Middle           Last

Name: _____
      First             Middle           Last

Current Address: _16630 Westwood Lane Weston FL 33326_

Property Address: _11001 Gulf Reflections Dr Unit A308 Ft Myers FL 33908_

Executed by _Jo Ellen Mantuo_____   _8/24/12_____
      Signature                         Date

Executed by _____   _____
      Signature                         Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

JWR Construction Services, Inc.
C.A. Steelman, Inc.

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

# SHAPIRO BLASI
# WASSERMAN & GORA, P.A.
### ATTORNEYS AT LAW

BRIAN M. BECHER
ANDREW B. BLASI
ADAM S. CHOTINER[2]
THOMAS A. CONRAD[7]
ANDREW M. DECTOR[1]
ROBIN I. FRANK
MICHAEL H. GORA[4]
DANIEL R. LEVINE[2]
SETH A. MARMOR[3, 5, 6]
MICHAEL B. SHAPIRO
JEFFREY P. WASSERMAN
JULIA WYDA

CORPORATE CENTRE AT BOCA RATON
SUITE 400
7777 GLADES ROAD
BOCA RATON, FLORIDA 33434
——————
TELEPHONE (561) 477-7800
FAX (561) 477-7722
BROWARD (954) 989-8100
E-MAIL: attorneys@sbwlawfirm.com
www.sbwlawfirm.com

OF COUNSEL
BRENDA M. ABRAMS
SANFORD L. MUCHNICK
ROBIN CARAL SHAW
GARY E. SHERMAN
——————
HOLLYWOOD OFFICE
EMERALD VILLAGE PROFESSIONAL PLAZA
3864 SHERIDAN STREET
HOLLYWOOD, FLORIDA 33021

1 ADMITTED IN FL & NJ
2 BOARD CERTIFIED IN LABOR & EMPLOYMENT LAW
3 ADMITTED IN FL & NY
4 BOARD CERTIFIED IN FAMILY AND MATRIMONIAL LAW
5 BOARD CERTIFIED IN ELDER LAW
6 BOARD CERTIFIED IN WILLS, TRUSTS & ESTATES
7 CERTIFIED CIRCUIT CIVIL MEDIATOR

September 10, 2012

**OPT-OUT NOTICE**

<u>Via Email and Certified/Return</u>
<u>Receipt Requested U.S. Mail</u>

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esquire
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   Settlement Agreement in MDL No. 2047
      Regarding Claims Involving Builders,
      Installers, Suppliers and Participating Insurers

Dear Counsel:

The undersigned represents Don and Janice Marlinga, who have been defined to be
"Class Members" for purposes of the Settlement Agreement in MDL No. 2047
Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers

Arnold Levin, Esquire                                              Page 2
Russ Herman, Esquire
September 10, 2012

(the "Settlement Agreement") that has been submitted to Honorable Judge Eldon E.
Fallon for approval.  Pursuant to the terms of the Settlement Agreement and Judge
Fallon's Order & Reasons Preliminarily Approving the Settlement Agreement Regarding
the Claims Involving Builders, Installers, Suppliers, and Participating Insurers, etc., and
Order (1) Setting Consolidated Fairness Hearing, (2) Establishing Coordinated Opt Out,
Objection and Briefing Deadlines, and (3) Entering Litigation Stay in Favor of Settling
Parties, Don and Janice Marlinga hereby give notice of optiing-out of the Settlement
Agreement and provide the following required information:

1.  <u>Full Name and Current Address of Person Electing to Opt Out</u>:

    Don Marlinga
    7937 Bridge Valley
    Clarkston, MI  48348

    Janice Clare Marlinga
    7937 Bridge Valley
    Clarkston, MI  48348

2.  <u>Address of Property Allegedly Damaged by Chinese Drywall</u>:

    11697 Bald Eagle Way
    Naples, Florida 34120

3.  <u>Identities of Every Supplier, Installer, Builder, Developer and Its/Their Insurers
    and Any Other Defendant and Insurer Against Which the Class Member Intends
    to Pursue His/Her/Its Claims</u>:

    A.R.B.C. Corporation
    5645 Strand Blvd.
    Naples, FL 34110

            Insurer:      Mid Continent Casualty Company
                          P.O. Box 2928
                          Tulsa, OK 74101-2928

    Stock Building Supply, LLC
    8020 Arco Corporate Drive
    Raleigh, NC 27617



Arnold Levin, Esquire                                                                                     Page 3
Russ Herman, Esquire
September 10, 2012

        Stock Building Supply of Florida, LLC
        8020 Arco Corporate Drive
        Raleigh, NC 27617

        Insurers:    Zurich Global UK
                  Zurich Insurance plc
                  London Underwriting Centre
                  3 Minister Court
                  Mincing Lane
                  London, England EC3R 7DD

                  Zurich North America
                  American Guarantee and Liability Insurance
                  Zurich Towers
                  1400 American Lane
                  Schaumburg, Illinois 60196-1056

                  Liberty Mutual Fire Insurance Company
                  175 Berkeley Street
                  Boston, MA 02116

                  National Union Fire Insurance Company of Pittsburgh, PA
                  175 Water Street, 18th Floor
                  New York, N.Y. 10038

THE UNDERSIGNED HEREBY OPTS OUT FROM TH E SETTLEMENT AGREEMENT
IN MDL NO. 2047 REGARDING CLAIMS INVOLVING BUILDERS, INSTALLERS,
SUPPLIERS AND PARTICIPATING INSURERS.

        *[signature]*                         *[signature]*
DON MARLINGA                             JANICE MARLINGA

Please notify me immediately of any problems with this Notice.

Very truly yours,

*[signature]*

Thomas A. Conrad

TAC/

SHAPIRO BLASI
WASSERMAN GORA, P.A.  CORPORATE CENTRE AT BOCA RATON • SUITE 400 • 7777 GLADES ROAD • BOCA RATON, FLORIDA 33434
ATTORNEYS AT LAW        TELEPHONE (561) 477-7800 • FAX (561) 477-7722 • E-MAIL: attorneys@sbwlawfirm.com • www.sbwlawfirm.com

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: __PARVEEN__ __MASIH__
     First            Middle            Last

Name: _____
     First             Middle            Last

**Current Address:** _7 ASH DRIVE, MEDFORD NY 11763_

**Property Address:** _2533 DEERFIELD LAKE COURT, CAPE CORA. FL_

Executed by _Parveen Masih_        _9/8/12_
     Signature                          Date

Executed by _____
     Signature                          Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

EH/Transeastern LLC, d/b/a Transeastern Homes

Tousa Homes Inc

Karr Drywall, Inc.

Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc., Stock Building Supply Holdings, LLC and Stock Building Supply West, LLC

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
SETTLEMENT CLASS ACTION
RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Bryan_____ _Masmela_____

First                Middle                Last

Name: _____

First                Middle                Last

Current Address: _9837 SW 117 Place, Miami, FL 33186_

Property Address: _10902 NW 83rd St. Apt 210 Doral, FL 33178_

Executed by _(signature)_____        _8/17/2012_____

Signature                                Date

Executed by _____        _____

Signature                                Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

AC 1 Supply, Inc.
Three County Contruction Co., Inc.

To:     Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Russ Herman, Esq.
        HERMAN HERMAN & KATZ LLP
        820 O'Keefe Avenue
        New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Raphael_____ _M_____ _Miller_____
       First          Middle        Last

Name: _Jeannette_____ _F_____ _Miller_____
       First          Middle        Last

**Current Address:** _15302   Fiorenza   Circle_____

**Property Address:** _15302    Fiorenza   Circle_____


Executed by _Ralph M. Miller_____              _8/30/12_____
            Signature                          Date

Executed by _Jeannette Miller_____            _8/30/12_____
            Signature                          Date


To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:
Ocean Coast Drywall of South Florida, Inc. and O.C.D. of S. Florida, Inc.


To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Stephen      William      Muenchen_

First           Middle           Last

Name: _____

First           Middle           Last

Current Address: _1760 Cornelius Ct Po Box 286 Okeana OH 45053_

Property Address: _2565 Keystone Lake Drive Cape Coral, FL 33909_

Executed by _Stephen W. Muenchen_        _August 23, 2012_

Signature                                Date

Executed by _____        _____

Signature                                Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

EH/Transeastern LLC, d/b/a Transeastern Homes

Tousa Homes Inc

Karr Drywall, Inc.

Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc., Stock Building Supply Holdings, LLC and Stock Building Supply West, LLC

To:     Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Russ Herman, Esq.
        HERMAN HERMAN & KATZ LLP
        820 O'Keefe Avenue
        New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
### BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS ACTION
### RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _STEPHEN___ M._____ MUENCHEN_____
      First         Middle        Last

Name: _____
      First         Middle        Last

**Current Address:** _3676 LONGHORN DR. HAMILTON OH 45013_

**Property Address:** _2537 DEERFIELD LAKE DR. CAPE CORAL FL_

Executed by ___[signature]___           ___8/28/2012___
        Signature                    Date

Executed by _____          _____
        Signature                    Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

EH/Transeastern LLC, d/b/a Transeastern Homes

Tousa Homes Inc

Karr Drywall, Inc.

Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc., Stock Building Supply Holdings, LLC and Stock Building Supply West, LLC

To:    Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Russ Herman, Esq.
        HERMAN HERMAN & KATZ LLP
        820 O'Keefe Avenue
        New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: David          Andrew          Osterberg
      First          Middle          Last

Name: Andrea         Gordillo        Osterberg
      First          Middle          Last

**Current Address:** 4904 Lyford Cay Rd   Tampa, Fl 33629

**Property Address:** _____

Executed by _____      8/14/12
            Signature                       Date

Executed by _____      8/14/12
            Signature                       Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

Steven R. Carter, Inc.
Black Bear Gypsum Supply (a.k.a. Black Bear Gypsum)
Independent Builders Supply Associates

To:   Arnold Levin, Esq.
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Russ Herman, Esq.
      HERMAN HERMAN & KATZ LLP
      820 O'Keefe Avenue
      New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
### BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
### SETTLEMENT CLASS ACTION
### RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Laura Ann Powell_

     First         Middle         Last

Name: _Lindeerth_   _Albert_   _Powell_

     First         Middle         Last

Current Address: _8870 S.W. 229 St. Cutler Bay FL 33190_

Property Address: _8870 S.W. 229 St Cutler Bay FL 33190_

Executed by _[signature]_     _8-25-12_

     Signature                  Date

Executed by _[signature]_     _8-25-12_

     Signature                  Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

Pride Homes of Lakes by the Bay Parcel H, LLC, Pride Homes Holdings, LLC, Pride Homes of Crystal Lake, LLC, and Pride Homes of Lakes by the Bay Parcel J, LLC

Gulfside Supply, Inc. d/b/a Gulfeagle Supply

Design Drywall of Southwest Florida, LLC and Design Drywall, Inc.

To:   Arnold Levin, Esq.
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Russ Herman, Esq.
      HERMAN HERMAN & KATZ LLP
      820 O'Keefe Avenue
      New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: JASON                    R                    PROKOPETZ
      First                    Middle                    Last

Name: _____
      First                    Middle                    Last

**Current Address:** 3626 NW 46th PL, CAPE CORAL, FL 33993

**Property Address:** 2548 DEERFIELD LAKE CT, CAPE CORAL, FL 33909

Executed by _____    08/29/12
      Signature                                        Date

Executed by _____    _____
      Signature                                        Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

EH/Transeastern LLC, d/b/a Transeastern Homes

Tousa Homes Inc

Karr Drywall, Inc.

Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc., Stock Building Supply Holdings, LLC and Stock Building Supply West, LLC

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
## SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Peter B Robinson_

      First         Middle         Last

Name: _____

      First         Middle         Last

Current Address: _P.O Box 761 293 Great Fields Road Brewster MA 02631_

Property Address: _8580 Athena Court, Lehigh Acres Florida_

Executed by _Peter B Robinson_      _8/23/2012_

      Signature                          Date

Executed by _____    _____

      Signature                          Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

EH/Transeastern LLC, d/b/a Transeastern Homes

Tousa Homes Inc

DeLaCruz Drywall Plastering & Stucco, Inc.

To:    Arnold Levin, Esq.
          LEVIN, FISHBEIN, SEDRAN & BERMAN
          510 Walnut Street, Suite 500
          Philadelphia, PA 19106

          Russ Herman, Esq.
          HERMAN HERMAN & KATZ LLP
          820 O'Keefe Avenue
          New Orleans, LA 70113

# REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _SIEGLINDE_____SAEKS_____
      First         Middle         Last

Name: _____
      First         Middle         Last

Current Address: _2810 NW 14TH TERRACE_____

Property Address: _2810 NW 14TH TERRACE_____

Executed by _Sieglinde Saeks_____   _8/23/2012_____
            Signature                  Date

Executed by _____   _____
            Signature                  Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:
Aranda Homes, Inc.

To:   Arnold Levin, Esq.
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Russ Herman, Esq.
      HERMAN, HERMAN & KATZ LLP
      820 O'Keefe Avenue
      New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
### BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS ACTION
### RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _TERRENCE   SCOTT   SEMRAU_
     First       Middle       Last

Name: _DEBORAH   R   SEMRAU_
     First       Middle       Last

Current Address: _15435 FIORENZA CIR DELRAY BEACH, FL 33446_

Property Address: _SAME_

Executed by _Terrance Scott Semrau_      _8/30/12_
     Signature               Date

Executed by _Deborah Semrau_      _8-30-12_
     Signature               Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:
Ocean Coast Drywall of South Florida, Inc. and O.C.D. of S. Florida, Inc.

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

**REQUEST FOR EXCLUSION ("OPT OUT")**
BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
SETTLEMENT CLASS ACTION
RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer
Settlement Class in the Chinese Drywall Action.

Name: _Hassan_ _Aziz_ _Siddiqui_
      First       Middle      Last

Name: _Frauke_ _(NMN)_ _Siddiqui_
      First       Middle      Last

**Current Address:** _14 St. Catherine Drive, Carrollton VA 23314_

**Property Address:** _11429 Laurel Brook CT, Riverview FL 33569_

Executed by _Hassan A. Siddiqui_       _27 Aug 2012_
        Signature                  Date

Executed by _Frauke Siddiqui_       _28 aug 2012_
        Signature                  Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and
its/their insurers I/we intend to pursue are:

RIVERCREST LLC., a Foreign Limited Liability Company
BETA CONSTRUCTION LLC., a Florida Limited Liability Company

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS ACTION
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Lindsey_ _Victoria_
     First       Middle       Last

Name: _____
     First       Middle       Last

Current Address: _22768 SW 89 Path Cutler Bay, FL 33190_

Property Address: _22768 SW 89 path Cutler Bay, FL 33190_

Executed by _Lindsey Victoria_         _8/14/12_
          Signature                   Date

Executed by _____    _____
          Signature                   Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:
Pride Homes of Lakes by the Bay Parcel H, LLC, Pride Homes Holdings, LLC, Pride Homes of Crystal Lake, LLC, and Pride Homes of Lakes by the Bay Parcel J, LLC
Gulfside Supply, Inc. d/b/a Gulfeagle Supply
Design Drywall of Southwest Florida, LLC and Design Drywall, Inc.

To:   Arnold Levin, Esq.
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Russ Herman, Esq.
      HERMAN HERMAN & KATZ LLP
      820 O'Keefe Avenue
      New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
SETTLEMENT CLASS ACTION
RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Brandon_ _Kyle_ _Wease_
      First      Middle      Last

Name: _Tory_ _Calleri_ _Wease_
      First      Middle      Last

Current Address: _4446 Granite Glen Loop, Wesley Chapel, FL 33544_

Property Address: _11110 Ancient Futures Dr, Tampa, FL 33647_

Executed by _____      _8/25/12_____
            Signature                    Date

Executed by _Tory Wease_____      _8/25/12_____
            Signature                    Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:

Mobly Homes Florida, LLC and M. Tampa Corp.

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

**REQUEST FOR EXCLUSION ("OPT OUT")**
BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
SETTLEMENT CLASS ACTION
RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _Michael_ _____ _Zamora_
       First          Middle        Last

Name: _____
       First          Middle        Last

Current Address: _4390 W 12 LN #1A Hial Fl 33012_

Property Address: _3044 Lake Manatee Cape Cord Fl_

Executed by _____  _8-28-12_
        Signature                   Date

Executed by _____  _____
        Signature                   Date

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers I/we intend to pursue are:
EH/Transeastern LLC, d/b/a Transeastern Homes
Tousa Homes Inc
Florida Style Services, Inc.

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN HERMAN & KATZ LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113