**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 13, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | **MDL NO. 2047** |
| **IN RE: CHINESE-MANUFACTURED DRY WALL** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION:  L** |
| | : | |
| | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE WILKINSON** |
| ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· | : | |

**THIS DOCUMENT RELATES TO** *Hobbie v. RCR Holdings II, LLC,* **No. 10-1113**

A status conference was held on this date in the Chambers of District Judge Eldon E. Fallon regarding the above-captioned matter.  The parties discussed the progress of their mediation.  The Court has been advised that the next mediation session will take place on Thursday, September 20, 2012; accordingly, **IT IS ORDERED** that the mediator or his designee contact the Court no later than 5:00 p.m. on Friday, September 21, 2012 to describe the progress of the mediation.

1

JS10(00:15)