**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 13, 2012**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
|  | : | **MDL NO. 2047** |
| **IN RE: CHINESE-MANUFACTURED DRY WALL** | : |  |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION:  L** |
|  | : |  |
|  | : | **JUDGE FALLON** |
|  | : | **MAG. JUDGE WILKINSON** |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Chambers of District Judge Eldon E. Fallon regarding preparations for the November 26, 2012 trial of the claims involving North River Insurance Company.  The parties discussed the status of ongoing discovery and of efforts to agree on stipulations.

JS10(00:12)