**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE**:** CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO: ) ) | JUDGE FALLON |
| Case No. 09-7628 )<br>Payton et al v Knauf Gips KG et al ) ) | MAG. JUDGE WILKINSON |
| Case No. 10-361 )<br>Wiltz et al v Beijing New Building Material )<br>Public Limited Company et al ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING KRUPNICK CAMPBELL MALONE ET AL MOTION**
**TO WITHDRAW AS COUNSEL FOR NORBERTO & BELGICA PRATTS**

Considering the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiffs **NORBERTO & BELGICA PRATTS** and the Court having considered the Motion and Supporting Memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiffs **NORBERTO & BELGICA PRATTS** is GRANTED and that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee are discharged from any further obligation and relieved of any further appearance in these cases on behalf of **NORBERTO & BELGICA PRATTS**. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiffs Norberto & Belgica Pratts, 14701 SW 6 Street, Pembroke Pines, FL 33027.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge