IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Case No.10-00362<br>Rogers et al v Knauf Gips KG et al | MAG. JUDGE WILKINSON |

*******************************************

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

Pursuant to Local Rule 83.2.11, Michael J. Ryan, of the firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, counsel of record for Plaintiffs CHARLEY FLORES & CARMENZA RODRIGUEZ hereby files this Motion to Withdraw as counsel for Plaintiffs CHARLEY FLORES & CARMENZA RODRIGUEZ.

Plaintiff's counsel, the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee have encountered irreconcilable differences with Plaintiffs on issues involving the case. Plaintiffs have been provided the opportunity to seek substitution in advance of the filing of this motion, but have not so notified Counsel of any substitution.

WHEREFORE the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee requests this Honorable Court to allow them to withdraw as counsel of record for the Plaintiffs CHARLEY FLORES & CARMENZA RODRIGUEZ in the above captioned cases.

Respectfully submitted,

s/ Michael J. Ryan
KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL 33301

Phone: (954) 763-8181<br>
FAX (954) 763-8292<br>
pleadings-MJR@krupnicklaw.com<br>
Fla. Bar No. 975990

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, e-mail, or by hand delivery and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18 day of September, 2012. I further certify that the above and foregoing has been served on Plaintiffs CHARLEY FLORES & CARMENZA RODRIGUEZ, 703 SW 147 Avenue, Pembroke Pines, FL 33027, along with notification of all pending deadlines and court appearances in this litigation, via certified mail and regular U.S. Mail.

s/ Michael J. Ryan<br>
KRUPNICK, CAMPBELL, MALONE,<br>
BUSER, SLAMA, HANCOCK,<br>
LIBERMAN & McKEE, P.A.<br>
12 S.E. 7 Street, Suite 801<br>
Ft. Lauderdale, FL 33301<br>
Phone: (954) 763-8181<br>
FAX (954) 763-8292<br>
pleadings-MJR@krupnicklaw.com<br>
Fla. Bar No. 975990

2