## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE**:** CHINESE-MANUFACTURED    )
DRYWALL PRODUCTS LIABILITY     )
LITIGATION                             )
                                         )
THIS DOCUMENT RELATES TO:     )
                                         )
Case No.09-7628                   )
Sean Payton, *et al,* v. Knauf Gips KG, et al., )
                                         )
Case No.09-06690                 )
Gross et al v. Knauf Gips KG et al     )
                                         )

MDL NO. 2047

SECTION L

JUDGE FALLON

MAG. JUDGE WILKINSON

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

Pursuant to Local Rule 83.2.11, Michael J. Ryan, of the firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, counsel of record for Plaintiffs Gustavo & Maria SoSa hereby files this Motion to Withdraw as counsel for Plaintiffs Gustavo & Maria SoSa.

Plaintiff's counsel, the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee have encountered irreconcilable differences with Plaintiffs on issues involving the case.  Plaintiffs have been provided the opportunity to seek substitution in advance of the filing of this motion, but have not so notified Counsel of any substitution.

WHEREFORE   the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee requests this Honorable Court to allow them to withdraw as counsel of record for the Plaintiffs Gustavo & Maria SoSa in the above captioned cases.

Respectfully submitted,

_s/_ Michael J. Ryan
KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301

1

Phone: (954) 763-8181
FAX (954) 763-8292
pleadings-MJR@krupnicklaw.com
Fla. Bar No. 975990

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, e-mail, or by hand delivery  and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18 day of September, 2012. I further certify that the above and foregoing has been served on Plaintiffs Gustavo & Maria SoSa, 14728 SW 5 Street, Pembroke Pines, FL 33027, along with notification of all pending deadlines and court appearances in this litigation, via certified mail and regular U.S. Mail.

s/ Michael Ryan
KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
Phone: (954) 763-8181
FAX (954) 763-8292
pleadings-MJR@krupnicklaw.com
Fla. Bar No. 975990