MINUTE ENTRY
FALLON, J.
SEPTEMBER 18, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2047 |
| IN RE: CHINESE-MANUFACTURED DRY WALL | : |  |
|       PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date with District Judge Eldon Fallon regarding discovery issues currently pending in a Florida state court and involving the Banner defendants. The parties discussed the status of the case and potential resolutions to certain discovery disputes. The Court finds a subsequent status conference appropriate. Accordingly, **IT IS ORDERED** that a telephone status conference will take place on Monday, September 24, 2012 at 2:30 p.m. central time, using call-in information provided by the Court.



1

JS10(00:20)