UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON |
| This Document Relates to All Cases | : : | MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Gary Heckman and Katherine Hall. **IT IS ORDERED** that this correspondence is to be filed into the record. **IT IS FURTHER ORDERED** that the Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel investigate the issues raised in this correspondence and contact the Court to report their findings.

New Orleans, Louisiana, this 18th day of September 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Gary Heckman and Katherine Hall
1041 Fish Hook Cv
Bradenton
FL 34212