Hon. Eldon E. Falon
U.S. District Court
500 Poydras Street
Room C-456
New Orleans LA 70130


RECEIVED
SEP 19 2012
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

September 15, 2012

Judge Falon:

We as have thousands of other American families have been living with the burden of Chinese Drywall for well over four years now. We have elected to remain in our home taking a large risk that there will be no long term health effects, and hoping that a resolution is just around the corner.

Each month I listen in to the conference call on Chinese Drywall and am sickened to hear the lawyers on each side state "nothing new to report" (although I'm sure they all are reporting plenty of billable hours).

I am further frustrated to hear you speak about how happy homeowners are with their Moss construction remediated homes; while I am happy for those who now have this nightmare behind them, I feel compelled to let you know that not everyone is being treated as fairly.

Our home home falls into the "mixed home" category. Our home is 3,462 square feet – of which 3,120 square feet is Knauf manufactured drywall and 342 square feet (one small bedroom \ closet \ bathroom) is manufactured by the other defendant – let's just call them the Chinese Government.

Based on the clearly defined protocol for determining manufacturer percentages our home should be classified as 90% Knauf.

Last October (2011) our home was inspected by Benchmark and sometime in December (2011) Benchmark submitted to our attorney's their report.
Unfortunately Benchmark and by extension Knauf – ignored the protocol and submitted a finding of 66% Knauf drywall and 34% - other manufacturer.

We have sent numerous letters and emails to our attorneys detailing all the protocol rules ignored and violated in the report – but to date the Knauf attorneys have done nothing to address or rectify the erroneous report. And to my knowledge have not even addressed the issue. My attorney's (Mike Ryan of Krupnick Campbell Malone Buser Slama Hancock Lieberman & McKee) tell me we are on the "list" to have our findings addressed by Kanuf by but each month we are told nothing has happened.

Additionally the next step in the process is for Moss Construction to come and give us a full and detailed estimate for repairs. This has not happened, and has not even been scheduled.

The opt out date is less than two weeks away and we have no idea if the anyone will address the inspection report errors nor do we have any idea if the Moss remediation estimate will be even remotely accurate. (We already have three estimates from local builders who have completed remediation of homes on our street – so we know exactly what the remediation will cost).

Based on the obvious disregard for inspection protocol – how can we assume we will be treated fairly

**Errors in determining the Manufacturer percentages of Chinese Drywall for 1041 Fish Hook Cove Bradenton Florida 34212.**

1) The inspection included in the total the domestic National Gypsum attic board in their calculation. (See Section (A) (1) (d)) this should have been excluded from the calculation total.
2) Our home is greeter than 2,000 sqft. Therefore there should have been 10 samples taken - our inspection only included 6. (See Section (A) (1) (a) (3)). And if they had followed Section (A) (1) (d) – the total samples is only 5.
3) Inspection did not take samples from the Foyer (the foyer should have been included as a room as it is 182 square feet and 30 feet tall - well over minimum 50 sq ft - (footnote #1), this room has KPT drywall confirmed. Therefore our true calculation should be 5 of 6 panels as KPT = 83.33% - rounded to the next highest 10% = 90%.
4) The inspection report did not apply the correct Determination of KPT percentage (Section ( C ) (1) - specifically rounding to the next highest 10%.
    a) Report showed 4 of 6 panels as KTP = 66%, this should have been rounded to 70% based on above.
    b) Calculation was flawed as it counted the domestic National Gypsum attic board - and it should not have. Calculation should have been 4 of 5 panels as    KPT = 80%
    c) True calculations as detailed above should have been 5 of 6 as KPT = 83.33% rounded to 90%
5) They did not inspect, or include one of our HVAC units - the report states one HVAC unit - we have two - both are effected and have lost numerous coils.

Gary W. Heckman and Katherine G. Hall
1041 Fish Hook Cove
Bradenton, Fl 34212