

# Benchmark
## Remediation Group

October 14, 2011

FRILOT L.L.C
1100 Poydras Street, Suite 3700
New Orleans, LA 70163


Dear Kyle;

Please let me begin by thanking you for the opportunity to work with yourself and Frilot. Attached is the documentation for the inspection done at 1041 Fish Hook Cove, Bradenton, FL 34212.

The purpose of this Phase 1 inspection was to identify contaminated drywall within the home, identify whether the home had any KPT drywall and identify whether the plumbing, electrical and HVAC had any corrosion.

As a summary, we have identified corrosion of the copper wiring throughout the home.  In addition, we have discovered the existence of KPT Drywall in the home.  We have determined that the home does not have copper plumbing.  Please see our detailed report for further information or contact me should you have any questions.



Sincerely,


Mr. Karell Locay
President


---



Benchmark Remediation Group LLC. 1040 Bayview Drive suite 520 Ft. Lauderdale, FL 33305
954.566.4074 fax 954-566-9867 www.benchmarkcustombuilders.com alocay@aol.com

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY

1041 Fish Hook Cove, Bradenton, FL

## Phase I    Validation Form

**File Number:** #7690

**Date:** 10/14/2011

**Home Address:** 1041 Fish Hook Cove, Bradenton, FL

**Community:** Water Lefe

**Builder:** WCI

**Owner:** Heckman

**Benchmark Personnel Present:** Kresten Lagerman

**Name and Affiliation of Other People Present:** Mr. & Mrs. Heckman (Owners)

**Types of Drywall Found In House:** KPT, Taishan, National Gypsum

| | | | |
|---|---|---|---|
| **Type of Home:** | One Story | <u>Two Story</u> | Three Story |
| **Odor Present:** | <u>YES</u>    NO | Number of Rooms: <u>All</u> | |

**Rooms Inspected:**    <u>Great, Master Bedroom, Bedrooms No. 2, 3, 4, Kitchen, Kitchen, Master Bath, Bath No, 2, 3, 4, ½ Bath No. 5, 6, 7, Garage, Attic</u>

**Square Footage:**    3438 sq ft.    Assessor    <u>Zillow</u>    Take Off   Other:

**Copper Plumbing:**    YES    <u>NO</u>

**Occupancy:**    <u>Occupied</u>    Vacant

Benchmark Remediation Group LLC 1040 Bay view Drive suite 520 Ft. Lauderdale, FL 33305
954.566-4074 fax 954-566-9867 www.benchmarkcustombuilders.com alocay@aol.com

Page 2

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY

1041 Fish Hook Cove, Bradenton, FL

## Phase I        Electrical

| | | |
|---|---|---|
| **Was Black Surface Accumulation Observed:** | <u>YES</u> | NO |
| **How Many Outlets Were Observed:** | <u>One per room</u> | |
| **Was Power Connected at Time of Inspection:** | <u>YES</u> | NO |

## Phase I        Plumbing

| | | | |
|---|---|---|---|
| **Type of Water line** | Copper | <u>CPVC</u> | PEX |
| **Black Surface Accumulation Water Lines:** | YES | | <u>NO</u> |
| **Plumbing Fixtures Inspected:** | YES | | <u>NO</u> |

## Phase I        HVAC

| | | | | |
|---|---|---|---|---|
| **Number of HVAC Units** | <u>1</u> | 2 | 3 | 4 |
| **Make of HVAC Units:** | <u>Bryant</u> | | | |
| **Black Surface Accumulation** | <u>1</u> | 2 | 3 | 4 |

Benchmark Remediation Group LLC 1040 Bay view Drive suite 520 Ft. Lauderdale, FL 33305
954.566-4074 fax 954-566-9867 www.benchmarkcustombuilders.com alocay@aol.com

Page 3

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY

1041 Fish Hook Cove, Bradenton, FL

**Drywall Supplier:**          L&W    INEX    <u>UNKNOWN</u>   OTHER

**Is Floor Plan Available:**       <u>YES</u>          NO

**Percentage of Types of Drywall Found:**  66% KPT, 17% Taishan, 17% National Gypsum

**Phase I        Drywall Discovery**

The inspector checked for drywall manufacturer markings including the following: *knauf-tianjin china-astm c36, knauf-tianjin c, the telltale yellow and blue paper end label on the knauf-tianjin board ends, knauf plasterboard natural.*

Benchmark Remediation Group LLC 1040 Bay view Drive suite 520 Ft. Lauderdale, FL 33305
954.566-4074 fax 954-566-9867 www.benchmarkcustombuilders.com abocay@aol.com

Page 4

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY

1041 Fish Hook Cove, Bradenton, FL

## **FINDINGS**



Address



Front Elevation

Benchmark Remediation Group LLC 1040 Bay view Drive suite 520 Ft. Lauderdale, FL 33305
954.566-4074 fax 954-566-9867 www.benchmarkcustombuilders.com abcay@aol.com

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY

1041 Fish Hook Cove, Bradenton, FL



Great Room Outlet: Black Surface Accumulation Observed



Great Room Drywall: KPT


Benchmark Remediation Group LLC 1040 Bay view Drive suite 520 Ft. Lauderdale, FL 33305
954.566-4074 fax 954-566-9867 www.benchmarkcustombuilders.com alocay@aol.com

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY

1041 Fish Hook Cove, Bradenton, FL



Master Bedroom Switch: Black Surface Accumulation Observed



Master Bedroom Drywall: KPT


Benchmark Remediation Group LLC 1040 Bay view Drive suite 520 Ft. Lauderdale, FL 33305
954.566-4074 fax 954-566-9867 www.benchmarkcustombuilders.com abocay@aol.com

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY

1041 Fish Hook Cove, Bradenton, FL



Bedroom 2 Outlet: Black Surface Accumulation Observed



Bedroom 2 Drywall: KPT

Benchmark Remediation Group LLC 1040 Bay view Drive suite 520 Ft. Lauderdale, FL 33305
954.566-4074 fax 954-566-9867 www.benchmarkcustombuilders.com abocay@aol.com

Page 8

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY

1041 Fish Hook Cove, Bradenton, FL



Bedroom 4 Outlet: Black Surface Accumulation Observed



Bedroom 4 Drywall: Taishan

Benchmark Remediation Group LLC 1040 Bay view Drive suite 520 Ft. Lauderdale, FL 33305
954.566-4074 fax 954-566-9867 www.benchmarkcustombuilders.com  alocay@aol.com

Page 10

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY

1041 Fish Hook Cove, Bradenton, FL



Kitchen Outlet: Black Surface Accumulation Observed



Master Bathroom Outlet: Black Surface Accumulation Observed

Benchmark Remediation Group LLC 1040 Bay view Drive suite 520 Ft. Lauderdale, FL 33305
954.566-4074 fax 954-566-9867 www.benchmarkcustombuilders.com  alocay@aol.com

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY

1041 Fish Hook Cove, Bradenton, FL



Bathroom 2 Outlet: Black Surface Accumulation Observed



Bathroom 3 Outlet: Black Surface Accumulation Observed

Benchmark Remediation Group LLC 1040 Bay view Drive suite 520 Ft. Lauderdale, FL 33305
954.566-4074 fax 954-566-9867 www.benchmarkcustombuilders.com  abocay@aol.com

Page 12

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY

1041 Fish Hook Cove, Bradenton, FL



Bathroom 4 Outlet: Black Surface Accumulation Observed



½ Bath 1 Outlet: Black Surface Accumulation Observed

Benchmark Remediation Group LLC 1040 Bay view Drive suite 520 Ft. Lauderdale, FL 33305
954.566-4074 fax 954-566-9867 www.benchmarkcustombuilders.com abocay@aol.com

Page 13

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY

1041 Fish Hook Cove, Bradenton, FL



½ Bath 2 Outlet: Black Surface Accumulation Observed



½ Bath 3 Outlet: Black Surface Accumulation Observed



Benchmark Remediation Group LLC 1040 Bay view Drive suite 520 Ft. Lauderdale, FL 33305
954.566-4074 fax 954-566-9867 www.benchmarkcustombuilders.com alocay@aol.com

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY

1041 Fish Hook Cove, Bradenton, FL



Garage Outlet: Black Surface Accumulation Observed



Attic Drywall: National Gypsum

Benchmark Remediation Group LLC 1040 Bay view Drive suite 520 Ft. Lauderdale, FL 33305
954.566-4074 fax 954-566-9867 www.benchmarkcustombuilders.com abcay@aol.com

Page 15

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY

1041 Fish Hook Cove, Bradenton, FL



HVAC Copper: Minor Black Surface Accumulation Observed



Water Heater: CPVC

Benchmark Remediation Group LLC 1040 Bay view Drive suite 520 Ft. Lauderdale, FL 33305
954.566-4074 fax 954-566-9867 www.benchmarkcustombuilders.com alocay@aol.com

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY