# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

Loretta G. Whyte  
Clerk

500 Camp St., Room C-151  
New Orleans, LA 70130

September 18, 2012

Mr. Lyle W. Cayce, Clerk  
U. S. Court of Appeals, Fifth Circuit  
200 South Maestri Street  
New Orleans, LA  70130

APPEAL NO. __10-30568__

IN RE: __In Re: Chinese Manufactured Drywall Products Liability Litigation MD 09-2047 'L'__

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

- ___ 1) Record on appeal consisting of:

    - ___ Volume(s) of record    ___ Volume(s) of transcript

    - ___ Volume(s) of depositions

    - ___ Container(s) of exhibits ___ Box  ___ Envelope  ___ Folder

- _X_ 2) Supplemental record __Supplemental #8 (Consisting of 4 vols)__

- ___ 3) SEALED Doc. ___

- ___ 4) Other: _____

Very truly yours,

By____MMV_____  
Deputy Clerk