UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 SECTION: L |
| | : : | JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Lionel T. Hill. **IT IS ORDERED** that this correspondence is to be filed into the record. **IT IS FURTHER ORDERED** that the Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel investigate the issues raised in this correspondence and contact the Court to report their findings.

New Orleans, Louisiana, this 21st day of September 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Lionel T. & Alice Hill
19402 Dickson Park Drive
Spring
TX 77373