

Lionel T. & Alice Hill
19402 Dickson Park Drive
Spring, TX 77373
713/397-9044
t1mh1ll@sbcglobal.net

September 18, 2012

The Honorable Judge Eldon E. Fallon
500 Poydras Street
Room C-456
New Orleans, LA 70130

Re: Chinese Drywall Remediation Pilot Program, MDL No. 2047

Dear Sir:

As part of the remediation pilot program, Moss contractors arrived at our home in Spring, Texas on September 12, 2012. Estimated time to completely repair the home is 70 days, with a maximum completion time of 90 days.

On June 19, 2012, we provided written notice (attached) to the Home Owners Association, Preferred Management Services, of the upcoming remediation work. Their response to that written notice is also attached.

On September 18, 2012, we received a written request (attached) from Preferred Management Services requesting an attempt to relocate the portable toilet from street view. We understand that the construction process can be unsightly for the neighbors, but such requests result in an added stress to the homeowners, delay to the process and hardship to the contractors. Our CDW attorney informs us that defense for such litigation brought by our HOA would be separate from the CDW class action and billable at an hourly rate, thereby costing us more expense due to Chinese drywall.

We respectfully appeal to you for relief to Chinese Drywall affected homeowners from their Home Owners Associations, as we are just trying to get our homes repaired and get our lives back. Any assistance you can provide would be most appreciated.

With sincere thanks,

Lionel T Hill

June 19, 2012

Spring Park Village Homeowners Association
Preferred Management Services
P.O. Box 690269
Houston, TX 77269
Info@Preferredmgt.com

This letter is to advise Spring Park Village Homeowners Association that remediation of Chinese drywall for the property at 19402 Dickson Park Drive is now pending. Work crews will be onsite and dumpsters will be situated in the driveway during this process. Efforts to remove and rebuild the interior structure of the home is estimated to begin on or about August 1, 2012, and scheduled to be completed in approximately ninety days.

The property will still be considered as permanent residence, so you may contact me through normal channels as needed.

This initiative will bring the property back up to market value, so your consideration during this time is appreciated.

Regards,

Lionel T Hill

Copy: Jennifer Krenek
      Reich & Binstock, LLP

| | |
|---|---|
| Subject: | RE: Hill Notification - Spring Park Village |
| From: | Patti Tine (Patti@preferredmgt.com) |
| To: | alynettehill@yahoo.com; info@preferredmgt.com; |
| Cc: | jkrenek@reichandbinstock.com; t1mh1ll@sbcglobal.net; |
| Date: | Wednesday, June 20, 2012 9:42 AM |

Ms. Hill,

Thank you for letting us know. I will put a note in your file and let the Board members know. I've been through mold remediation personally and I know its hectic but you'll be happy when its over to know your family is safe. I hope all goes well.

Thank you,

**Patti Tine, AMS**

President,

Preferred Management Services

P.O. Box 690269

Houston, Texas   77269

☎    281-897-8808

📄    281-897-8838

💻    Patti@Preferredmgt.com

**www.Preferredmgt.com**

The contents of this email are intended for the recipient only. Its contents should not be discussed, distributed electronically, publicly or otherwise to others in verbal or written form.

**From:** Alice Hill [mailto:alynettehill@yahoo.com]

**Sent:** Tuesday, June 19, 2012 8:19 AM
**To:** info@preferredmgt.com
**Cc:** Jennifer Krenek; Tim
**Subject:** Fw: Hill Notification - Spring Park Village

Please see the attached notification, and confirm receipt via return email.

Thank you.

Tim and Alice Hill
19402 Dickson Park Dr.
Spring, TX 77373

Subject: RE: Hill Notification – Spring Park Village
From: Donna Hollingsworth (donna@preferredmgt.com)
To: alynettehill@yahoo.com;
Date: Tuesday, September 18, 2012 9:17 AM

Good morning Alice,

I'm sure that you are happy that work has begun on your home and hopefully you will be back home soon! I wanted to let you know that there is now a port-a-potty in the front yard of your property. Is it possible for you to contact your contractor to see if it could be moved to the back yard or at least somewhere out of street view?

The Association would appreciate any effort on your part to have it moved out of sight.

THANKS!

**Donna Hollingsworth**

Preferred Management Services

PO Box 690269

Houston, TX 77269

Phone 281.897.8808

Fax 281.897.8838

donna@preferredmgt.com

www.preferredmgt.com

---

**From:** Alice Hill [mailto:alynettehill@yahoo.com]