IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| =============================== | x | ============================ |
| | x | |
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x | MDL NO. 2047 SECTION: L |
| | x | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL CASES | x | MAG. JUDGE WILKINSON |
| =============================== | x | ============================ |

## PLAINTIFFS' AMENDED PRELIMINARY FACT

## AND EXPERT WITNESS LIST

Plaintiffs may call one or more of the following fact and expert witnesses during the trial on the merits of this matter scheduled to commence on November 26, 2012:

1. Acker, Debra or
   Representative of Viewpoint Construction
   (INEX Customer)
   Louisiana Parkway
   New Orleans, LA

2. Alphonse, Ray
   (Former INEX Employee)
   108 Vista St.
   Madisonville, LA 70447

3. Baham, Carmen
   (Legal Dept., Document Custodian)
   St. Tammany Parish
   Permits & Regulatory Department
   21490 Koop Drive
   Mandeville, LA 70471

4. Blue, Johnny
   (Trial Plaintiff - Experience with CDW and INEX purchase)
   422 28th St.
   New Orleans, LA 70124

1

5. Blue, Rachelle
   (Trial Plaintiff - Experience with CDW and INEX purchase)
   422 28th St.
   New Orleans, LA 70124

6. Boland, Tara
   (Former INEX Employee)
   95 E. Park Place
   New Orleans, LA 70124

7. Brown, Estelle
   (Custodian of Documents)
   City of New Orleans
   Office of Safety and Permits
   1300 Perdido St.
   Room 7E05
   New Orleans, LA 70112

8. Burke, Kelly
   (INEX Employee)
   730. S. Scott St
   New Orleans, LA 70119

9. Bush, John  or
   Representative of Titan Drywall
   (INEX Customer)
   Alvin, TX 77512

10. Casey, Aprille Chauffe
    (INEX Employee)
    1200 Peggy Avenue
    Metairie, LA 70003

11. Coates, Rosemary
    (Expert to testify about importing and distribution)
    Blue Silk Consulting
    PO BOX 760
    Los Gatos, CA 95031

12. Crespo, Ricardo
    (Homeowner – NOAHH as Trial Plaintiff)
    1921 Alvar St.
    New Orleans, LA 70117

13. Driskill, Brent J. or
 Representative of Driskill Enviornmental Consultants, LLC
 (Inspector)
 1999 Hickory Avenue, Suite 201
 Harahan, LA 70123

14. Ecuyer,Ted
 (INEX Employee)
 727 S. Cortez St.
 New Orleans, LA 70119

15. Franovalle, Rodrigo A. or
 Representative from Strategy
 (Inspector from Strategy for the Gross Property)

16. Freedman, Bobby
 (Former INEX Employee)

17. Galleon, Rebecca
 (INEX Employee)
 730 S. Scott St
 New Orleans, LA 70119

18. Galler, Donald
 (Expert to testify as in prior trials about Chinese drywall and homes in which Chinese drywall has been installed)
 Electrical Engineering Solutions
 MIT, Rm 4-133
 77 Massachusetts Avenue
 Cambridge, MA 02139

19. Gambel, Christian
 (INEX Employee)
 730 S. Scott St.
 New Orleans, LA 70119

20. Garcia, William or
 Representative of  G & G Contractors, LLC
 (G & G Contractor -Installer for Beryl Mundee)
 3820 Civic St.
 Metairie, LA 70001

21. Geary, Clay
    ((30)(b)(6) Corporate Representative of INEX and INEX Employee/co-owner)
    727 South Cortez St.
    New Orleans, LA 70119

22. Geary, James
    ((30)(b)(6) Corporate Representative of INEX and INEX Employee/co-owner)
    727 South Cortez St.
    New Orleans, LA 70119

23. Gillespie, John
    (INEX Customer)

24. Glidewell, Jerry
    (INEX Customer)
    Lot 118
    The Landings
    Slidell, LA 70458

25. Gonzales, Vincent
    (Installer for Beryl Mundee)

26. Gref, Dwayne or
    Representative of Gref Construction
    (Carpenter / Sub-Contractor for the Blue Property)
    1107 Perrin Drive
    Arabi, LA 70032

27. Gross, Cheryl
    (Trial Plaintiff)
    400 Hay Race
    New Orleans, LA 70124

28. Gross, David
    (Trial Plaintiff - Experience with CDW and INEX purchase)
    400 Hay Race
    New Orleans, LA 70124

29. Hall, Allen
    (Former INEX Employee)
    86 Kilgore Place
    Kenner, LA 70065

30. Harrell, Robert or
    Representative of Miramon Construction
    (INEX Customer)
    1400 Gause Blvd., Ste. B
    Slidell, LA 70458

31. Higgins, Rod
    (Former INEX Employee)

32. Hymel, Gary
    (INEX Employee)
    12249 FM 529
    Houston, TX 77041

33. Joseph, Don
    (INEX Employee)
    730. S. Scott St
    New Orleans, LA 70119

34. Krantz, Bradley
    (Expert to testify as in prior trials about Chinese drywall and homes in which Chinese drywall has been installed)
    Corrosion Testing Laboratories, Inc.
    60 Blue Hen Drive
    Newark, DE 19713

35. LeBau, Phyllis
    (INEX Employee)
    1701 South Lane
    Mandeville, LA 70471

36. LeBlanc, Casey
    (Homeowner – NOAHH as Trial Plaintiff)
    1909 Alvar St.
    New Orleans, LA 70117

37. Lemm, Glenn or a Representative of Lemm Drywall
    c/o Jurischk Bros Drywall Inc.
    (INEX Customer)
    3310 Frick Road, Building B
    Houston, TX 77086

38. McCay, Robert
    (INEX Employee)
    730. S. Scott St
    New Orleans, LA 70119

39. McLaughlin, Jill
    (INEX Employee)
    727 S. Cortez St.
    New Orleans, LA 70119

40. Meade, Gary
    (INEX Employee)
    325 Westminster Drive
    Slidell, LA

41. Montruelle, Jimmy
    (INEX Customer)
    Metairie, LA

42. Mora, August Thomas Jr.
    (Trial Plaintiff – Experience with CDW and INEX Purchase)
    335/337 West Robert E. Lee
    New Orleans, LA 70124

43. Morgan, Rogchelle
    (Homeowner – NOAHH as Trial Plaintiff)
    1925 Alvar St.
    New Orleans, LA 70117

44. Mundee, Beryl F.
    (Trial Plaintiff – Experience with CDW and INEX purchase)
    4321 S. Liberty St.
    New Orleans, LA 70115

45. Newman, Dale or
    Representative of Advanced Contracting Service
    (INEX Customer)
    Metairie, LA

46. Nicholson, Anzie
    (Former INEX Employee)

6

47. Odom, Johnny
    (Building Inspector)
    City of New Orleans
    Office of Safety and Permits
    1300 Perdido St.
    Room 7E05
    New Orleans, LA 70112

48. Pate, Jim
    (Executive Director of New Orleans Area Habitat for Humanity – Trial Plaintiff)
    7100 Saint Charles Avenue
    New Orleans, LA 70118

49. Peterson, Mark
    (INEX Employee)
    552 Jefferson Park Avenue
    Jefferson, LA

50. Pitcher, Greg
    (INEX Employee)
    1701 South Lane
    Mandeville, LA 70471

51. Redman, Veda
    (INEX Employee)
    730 S. Scott St
    New Orleans, LA 70119

52. Reiss, Agnes
    (30(b)(6) Corporate Representative for North River Insurance Company)
    305 Madison Avenue, Morristown, NJ

53. Representative of Flemming Construction
    (Purchaser of drywall for Mora Property)
    23 E. Airline Drive
    Kenner, LA 70062

54. Representative of Interior/Exterior Building Supply, LP
    (Defendant)
    730 S. Scott Street
    New Orleans LA 70119

55. Representative of J.W. Allen and / or J.W. Allen and Co., Inc.
    (Inspector / Freight Handler)
    J.W. Allen
    200 Crofton Road, Box 34
    Kenner, LA 70062

56. Representative of King Wholesale Supply Co., Inc. and/or INEX Corp.
    (Importer/Wholesale Supplier)
    727 S. Cortez St.
    New Orleans, LA 70119

57. Representative of New Orleans Habitat for Humanity (NOAHH)
    7100 Saint Charles Avenue
    New Orleans, LA 70118

58. Representative of SGS North America, Inc.
    (Research and inspection services)
    12621 Featherwood Dr., Suite 150
    Houston, TX 77034

59. Rutila, Dean
    (Expert to testify as in prior trials about Chinese drywall and homes in which Chinese drywall has been installed)
    Simpson Gumpertz & Heger Inc.
    41 Seyon Street
    Building 1, Suite 500
    Waltham, MA 02453

60. Scott, William D. PE or
    Representative of W.D. Scott Group, Inc.
    (Preservation of Evidence)
    524 Elmwood Park Blvd., Ste. 190
    Harahan, LA 70123

61. Shewmake, Jonathan S.
    (Owner of Creola Ace Hardware – INEX Customer)
    P.O. Box 70
    Creola, AL 36525

62. Smith, Brandyn
    (INEX Employee)
    177 West Cherrywood Lane
    Pearl River, LA 70452

63. Smith, Melissa
    (INEX Employee)
    730. S. Scott St
    New Orleans, LA 70119

64. Stephens, Michael
    (INEX Employee)
    1701 South Lane
    Mandeville, LA 70471

65. Streit, Lori
    (Expert to testify as in prior trials about Chinese drywall and homes in which Chinese drywall has been installed)
    Unified Engineering Inc.
    3056 Weber Drive
    Aurora, Illinois 60502

66. Thompson, Holly
    (INEX Employee)
    727 S. Scott St
    New Orleans, LA 70119

67. Wahl, Russel
    (INEX Former Employee)
    133 Oakleaf Drive
    Slidell, LA 70461

68. Wellmeier, Wayne or
    Representative of Wayne the Painter Restoration & Construction Services, LLC (for Blue Property)
    1812 Richland Avenue
    Metairie, LA 70001

69. Williams, Chip
    (INEX Employee)
    12111 Intraplex Parkway
    Gulfport, MS 39503

70. Any person identified in any of INEX's Discovery responses;

71. Any present or former employee of INEX or its predecessors;

72. Any witness listed by any other party in this litigation;

73. Any expert, person, or employee of any expert, necessary to authenticate or explain reports provided by any expert witness listed herein, including Dean Rutila;

74. Any person or representative deposed in this litigation and any persons referenced in the depositions;

75. Any expert witness necessary to rebut any witness of Interior/Exterior Building Supply, LP;

**76.** Any witness necessary to introduce or authenticate any document sought to be introduced at trial.

Plaintiffs reserve the right to supplement and/or amend this witness list as discovery is ongoing and/or because plaintiffs still have not received discovery responses from INEX.

Plaintiffs also reserve the right to list and produce witnesses for Trial Plaintiffs selected by INEX who have agreed to a settlement with Knauf, Teal and Matherne or who will not opt out of the pending proposed settlements in the MDL. None have been listed, as Plaintiffs believe they have no standing due to the Knauf agreement and releases.

Dated: September 21, 2012

Respectfully submitted,

/s/ Leonard A. Davis_____

**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
**HERMAN, HERMAN & KATZ, L.L.C.**
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA  70139<br>PH:  (504) 524-3300<br>Fax:  (504) 524-3313 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA  70068<br>PH:  (985) 536-1186<br>Fax:  (985) 536-6445 |
| Robert Josefsberg<br>25 Flagler Street<br>8th Floor<br>Miami, FL  33130<br>PH:  (305) 358-2800<br>Fax:  (305) 358-2382 | Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL  33134<br>PH:  (305) 476-7400<br>Fax:  305) 476-7444 |
| Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL  32502<br>PH:  (850) 435-7090<br>Fax:  (850) 436-6091 | Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA  70130<br>PH:  (504) 581-1750<br>Fax:  (504) 529-2931 |
| Arnold Levin<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106<br>PH:  (215) 592-1500<br>Fax:  (215) 592-4663 | Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA  70163-2800<br>PH:  (504) 522-2304<br>Fax:  (504) 528-9973 |
| Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL  34134<br>PH:  (239) 390-1000<br>Fax:  (239) 390-0055 | James Robert  Reeves<br>160 Main Street<br>Biloxi, MS  39530<br>PH:  (228) 374-5151<br>Fax:  (228) 374-6630 |
| Christopher Seeger<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>Fax:  (212) 584-0799 | Bruce William Steckler<br>3102 Oak Lawn Ave.<br>Suite 1100<br>Dallas, TX  75219<br>PH:  (214) 523-6674<br>Fax:  (214) 520-1181 |
| Scott Weinstein<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL  33907<br>PH:  (239) 433-6880<br>Fax:  (239) 433-6836 | Daniel K. Bryson<br>Whitfield, Bryson & Mason, LLP<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Phone: (919) 600-5000<br>Fax: (919) 600-5035<br>dan@wbmllp.com |

| | |
|---|---|
| Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322 | Victor M. Diaz, Jr., Esquire<br>V.M. Diaz and Partners, LLC<br>119 Washington Ave, Suite 402<br>Miami Beach, FL 33139<br>Phone: (305) 704-3200<br>Fax: (305) 538-4928<br>victor@diazpartners.com |

**PLAINTIFFS' STEERING COMMITTEE**

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.WSuite  650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax:  (202) 540-7201<br>rlewis@hausfeldllp.com | Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904 (mailing address)<br>15058 River Road<br>Hahnville, LA  70057<br>Phone:  (985) 783-6789<br>Fax:  (985) 783-1333<br>andrew@lemmonlawfirm.com<br><br>Anthony Irpino<br>Irpino Law Firm<br>2216 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 525-1500<br>Fax: (504) 525-1501<br>airpino@irpinolaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Amended Notice of Oral and Videotaped Deposition has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of September, 2012.

    /s/ Leonard A. Davis_____
Leonard A. Davis, Esq.
Herman, Herman & Katz, L.L.C.
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024