UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | : : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..: | | |

THIS DOCUMENT RELATES TO ALL CASES

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Rule 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, counsel for Defendants, Better Boxing Company and Gulf Sales & Import Company, Molly Marie Massey hereby requests the Court allow for her withdrawal as counsel of record.  John C. McCants (MS Bar # 100031) and Tim Gray (LA Bar # 31748), Forman Perry Watkins Krutz & Tardy, remain counsel of record for Better Boxing Company and Gulf Sales & Import Company in the above captioned matter.

Respectfully Submitted:

**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**

_____*S/ Molly M. Massey*_____
TIM GRAY, LA BAR #31748 T.A.
MOLLY MARIE MASSEY, LA BAR # 29204
1515 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
(504) 799-4383 – Telephone
(504) 799-4384 – Telecopy

*Attorneys for Defendants Better Boxing Company and Gulf Sales & Import Company*

OF COUNSEL:

JOHN C. MCCANTS, III
**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**
City Centre
Suite 100
200 South Lamar Street
Jackson, Mississippi 39201
(601) 960-8600 - Telephone
(601) 960-8613 - Telecopy

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 24th day of September, 2012.

_____*S/ Molly M. Massey*_____
MOLLY MARIE MASSEY