UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | : : : : : : : | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO ALL CASES

## ORDER GRANTING MOTION TO WITHDRAW

Considering the foregoing Motion, it is hereby **ORDERED** that Molly Massey (LA Bar Roll #29204) be and is hereby withdrawn as counsel for Defendants, Better Boxing Company and Gulf Sales & Import Company, in the above-captioned litigation.

This _____ day of _____, 2012.