# EXHIBIT A

F:\BJY\112COM\H4212_SUS.XML

I

**Suspend the Rules And Pass the Bill, H.R. 4212, with Amendments**

**(The amendments strike all after the enacting clause and insert a new text and a new title)**

112TH CONGRESS
2D SESSION

# H. R. 4212

To designate drywall manufactured in China a banned hazardous product, and for other purposes.

## IN THE HOUSE OF REPRESENTATIVES

MARCH 19, 2012

Mr. RIGELL (for himself, Mr. DEUTCH, Mr. POSEY, Ms. WASSERMAN SCHULTZ, Mr. WITTMAN, Mr. HASTINGS of Florida, Mr. DIAZ-BALART, Ms. BROWN of Florida, Mr. SCOTT of Virginia, Mr. FORBES, and Mr. BUCHANAN) introduced the following bill; which was referred to the Committee on Energy and Commerce, and in addition to the Committee on Foreign Affairs, for a period to be subsequently determined by the Speaker, in each case for consideration of such provisions as fall within the jurisdiction of the committee concerned

# A BILL

To designate drywall manufactured in China a banned hazardous product, and for other purposes.

1   *Be it enacted by the Senate and House of Representa-*
2   *tives of the United States of America in Congress assembled,*

3   **SECTION 1. SHORT TITLE.**

4   This Act may be cited as the "Drywall Safety Act
5   of 2012".

2

**SEC. 2. SENSE OF CONGRESS.**

It is the sense of Congress that—

(1) the Secretary of Commerce should insist that the Government of the People's Republic of China, which has ownership interests in the companies that manufactured and exported problematic drywall to the United States, facilitate a meeting between the companies and representatives of the United States Government on remedying homeowners that have problematic drywall in their homes; and

(2) the Secretary of Commerce should insist that the Government of the People's Republic of China direct the companies that manufactured and exported problematic drywall to submit to jurisdiction in United States Federal Courts and comply with any decisions issued by the Courts for homeowners with problematic drywall.

**SEC. 3. DRYWALL LABELING REQUIREMENT.**

(a) LABELING REQUIREMENT.—Except as provided in subsection (b), not later than one year after the date of enactment of this Act, the Consumer Product Safety Commission shall promulgate a final rule under section 14(c) of the Consumer Product Safety Act (15 U.S.C. 2063(c)) requiring that each sheet of drywall manufactured or imported for use in the United States be perma-

3

nently marked with the name of the manufacturer and the month and year of manufacture.

(b) EXCEPTION.—

(1) VOLUNTARY STANDARD.—Subsection (a) shall not apply if the Consumer Product Safety Commission determines that—

(A) a voluntary standard pertaining to drywall manufactured or imported for use in the United States is adequate to permit the identification of the manufacturer of such drywall and the month and year of manufacture; and

(B) such voluntary standard is or will be in effect not later than 2 years after the date of enactment of this Act.

(2) FEDERAL REGISTER.—Any determination made under paragraph (1) shall be published in the Federal Register.

(c) TREATMENT OF VOLUNTARY STANDARD FOR PURPOSES OF ENFORCEMENT.—Except as provided in subsection (d), if the Commission determines that a voluntary standard meets the conditions under subsection (b)(1), then the labeling requirement of that standard shall be enforceable as a Commission rule promulgated under section 14(c) of the Consumer Product Safety Act

4

1 (15 U.S.C. 2063(c)) beginning on the date that is the later
2 of—

3     (1) 180 days after publication of the determina-
4   tion under subsection (b); or

5     (2) the effective date contained in the voluntary
6   standard.

7   (d) REVISION OF VOLUNTARY STANDARD.—If the la-
8 beling requirement of a voluntary standard that met the
9 conditions of subsection (b)(1) is subsequently revised, the
10 organization responsible for the standard shall notify the
11 Commission no later than 60 days after final approval of
12 the revision. The labeling requirement of the revised vol-
13 untary standard shall become enforceable as a Commis-
14 sion rule promulgated under section 14(c) of the Con-
15 sumer Product Safety Act (15 U.S.C. 2063(c)), in lieu of
16 the prior version, effective 180 days after the Commission
17 is notified of the revision (or such later date the Commis-
18 sion may specify), unless within 90 days after receiving
19 that notice the Commission determines that the labeling
20 requirement of the revised voluntary standard does not
21 meet the requirements of subsection (b)(1)(A), in which
22 case the Commission shall continue to enforce the prior
23 version.

**SEC. 4. SULFUR CONTENT IN DRYWALL STANDARD.**

(a) RULE ON SULFUR CONTENT IN DRYWALL REQUIRED.—Except as provided in subsection (c), not later than 1 year after the date of enactment of this Act, the Consumer Product Safety Commission shall promulgate a final rule pertaining to drywall manufactured or imported for use in the United States that limits sulfur content to a level not associated with elevated rates of corrosion in the home.

(b) RULE MAKING; CONSUMER PRODUCT SAFETY STANDARD.—A rule under subsection (a)—

(1) shall be promulgated in accordance with section 553 of title 5, United States Code; and

(2) shall be treated as a consumer product safety rule promulgated under section 9 of the Consumer Product Safety Act (15 U.S.C. 2058).

(c) EXCEPTION.—

(1) VOLUNTARY STANDARD.—Subsection (a) shall not apply if the Commission determines that—

(A) a voluntary standard pertaining to drywall manufactured or imported for use in the United States limits sulfur content to a level not associated with elevated rates of corrosion in the home; and

6

1 (B) such voluntary standard is or will be
2 in effect not later than two years after the date
3 of enactment of this Act.
4 (2) FEDERAL REGISTER.—Any determination
5 made under paragraph (1) shall be published in the
6 Federal Register.
7 (d) TREATMENT OF VOLUNTARY STANDARD FOR
8 PURPOSES OF ENFORCEMENT.—If the Commission deter-
9 mines that a voluntary standard meets the conditions in
10 subsection (c)(1), the sulfur content limit in such vol-
11 untary standard shall be treated as a consumer product
12 safety rule promulgated under section 9 of the Consumer
13 Product Safety Act (15 U.S.C. 2058) beginning on the
14 date that is the later of—
15 (1) 180 days after publication of the Commis-
16 sion's determination under subsection (c); or
17 (2) the effective date contained in the voluntary
18 standard.
19 (e) REVISION OF VOLUNTARY STANDARD.—If the
20 sulfur content limit of a voluntary standard that met the
21 conditions of subsection (c)(1) is subsequently revised, the
22 organization responsible for the standard shall notify the
23 Commission no later than 60 days after final approval of
24 the revision. The sulfur content limit of the revised vol-
25 untary standard shall become enforceable as a Commis-

1 sion rule promulgated under section 9 of the Consumer
2 Product Safety Act (15 U.S.C. 2058), in lieu of the prior
3 version, effective 180 days after the Commission is noti-
4 fied of the revision (or such later date as the Commission
5 may specify), unless within 90 days after receiving that
6 notice the Commission determines that the sulfur content
7 limit of the revised voluntary standard does not meet the
8 requirements of subsection (c)(1)(A), in which case the
9 Commission shall continue to enforce the prior version.
10    (f) FUTURE RULEMAKING.—Notwithstanding any
11 other provision of this Act, the Commission, at any time
12 subsequent to publication of the consumer product safety
13 rule required by subsection (a) or a determination under
14 subsection (c), may initiate a rulemaking in accordance
15 with section 553 of title 5, United States Code, to reduce
16 the sulfur content limit or to include any provision relating
17 to the composition or characteristics of drywall that the
18 Commission determines is reasonably necessary to protect
19 public health or safety. Any rule promulgated under this
20 subsection shall be treated as a consumer product safety
21 rule promulgated under section 9 of the Consumer Prod-
22 uct Safety Act (15 U.S.C. 2058).

## SEC. 5. REVISION OF REMEDIATION GUIDANCE FOR DRYWALL DISPOSAL REQUIRED.

Not later than 120 days after the date of enactment of this Act, the Consumer Product Safety Commission shall revise its ''Remediation Guidance for Homes with Corrosion from Problem Drywall'' to specify that problematic drywall removed from homes pursuant to the guidance should not be reused or used as a component in production of new drywall.

Amend the title so as to read: ''A bill to prevent the introduction into commerce of unsafe drywall, to ensure the manufacturer of drywall is readily identifiable, to ensure that problematic drywall removed from homes is not reused, and for other purposes.''.