UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO ALL CASES

### ORDER GRANTING MOTION TO WITHDRAW

Considering the foregoing Motion, it is hereby **ORDERED** that Molly Massey (LA Bar Roll #29204) be and is hereby withdrawn as counsel for Defendants, Better Boxing Company and Gulf Sales & Import Company, in the above-captioned litigation.

New Orleans, Louisiana this 24th day of September, 2012.

_____
United States District Judge