UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| This Document Relates to All Cases | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Dennis O'Key. **IT IS ORDERED** that this correspondence is to be filed into the record. **IT IS FURTHER ORDERED** that the Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel investigate the issues raised in this correspondence and contact the Court to report their findings.

New Orleans, Louisiana, this 25th day of September 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Dennis O'Key
Emerald Isle Homes, Inc.
801 SW 2nd Avenue
Cape Coral
FL 33991