September 20, 2012

Federal Judge Eldon Fallon
500 Poydras Street, Room C456
New Orleans, LA 70130



Honorable Judge Fallon:

While only one of the numerous general contractors involved in the Chinese Drywall Settlement, I find myself in a somewhat unique situation.

Two years ago, when both my HO and GC liability-policy holders denied my Chinese drywall claim (Chinese drywall present as verified by an independent testing company) due to the "pollutant clause," I personally, at my own expense, remediated the home according to your protocols. Despite the economic hardship, I did so in the interest of my tenants' health.

I was, in fact, the first contractor to be issued said permits by the city of Cape Coral, Florida.

Now, my attorney at Morgan and Morgan informs me that as I am no longer the homeowner of the remediated home, I may be entitled to only a 5% recovery fee. I feel this is unjust and that those of us who did not walk away, but honored our mortgage commitments and did the right thing, deserve inclusion with those who are being compensated per square foot.

I truly appreciate your time and consideration of this matter and look forward to hearing from you.

Respectfully,

Dennis O'Key
Emerald Isle Homes, Inc.
801 SW 2nd Avenue
Cape Coral, FL 33991
239-470-9900

Case 2:09-md-02047-EEF-MBN   Document 15842-1   Filed 09/25/12   Page 2 of 2