UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>**Richard and Constance Almeroth, et al vs. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al; Case No. 12-0498** | |

### NOTICE OF ERRATA

NOTICE IS HEREBY GIVEN that the correct affected property address for Plaintiff, Robert Andreoli, is 17827 Lake Azure Way, Boca Raton, FL 33496 and his current address is 52-08 Grand Ave., Maspeth, NY 11378.

        Respectfully submitted,

Dated: September 26, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215)592-1500
Fax: (215)592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Errata has been served on Defendants' Liaison Counsel, Kerry Miller, e-mail and first class mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pre-trial Order No. 6 and that the foregoing was electronically filed with Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 26th day of September, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire (Bar No. 14190)
Herman, Herman, & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
Plaintiffs' Liaison Counsel

*Co-Counsel for Plaintiffs*