**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 25, 2012**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date with District Judge Eldon Fallon regarding issues arising during settlement negotiations for a case currently pending in a Florida state court. The parties discussed the status of the negotiations.

1

JS10(00:10)