**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br>*Joyce W. Rogers, et al., v. Knauf Gips KG, et al;* Case No. 10-0362 | |

**PLAINTIFFS JOEL AND HOLLY BONNETTE'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF D. R. HORTON, INC.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Joel and Holly Bonnette, hereby voluntarily dismiss, with prejudice, all of their claims against Defendant, D.R. Horton, Inc., asserted in the *Rogers* Omnibus Complaint. The parties are to bear their own attorneys' fees and costs.

Attached hereto as Exhibit "A" is correspondence from Daniel E. Becnel, Jr., counsel for the Plaintiffs, dated September 26, 2012 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Date: September 27, 2012	/s/ Russ M. Herman_____
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs Liaison Counsel*
*MDL 2047*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal With Prejudice has been served on Defendants Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 27th day of September, 2012.

      /s/_Leonard A. Davis_____
      Leonard A. Davis, Esquire
      Herman, Herman & Katz, L.L.C.
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhklawfirm.com
      *Plaintiffs Liaison Counsel*
      *MDL 2047*