# BECNEL LAW FIRM, L.L.C.

ATTORNEYS AND COUNSELORS AT LAW

DANIEL E. BECNEL, JR.[1]
CHRISTOPHER D. BECNE;
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADOR CHRISTINA, JR.
TONI S. BECNEL
JENNIFER CROSE
WILLIAM PERCY

*1 Also Admitted in Colorado*

106 WEST SEVENTH STREET
P. O. DRAWER H
RESERVE, LOUISIANA  70084
AREA CODE 985
536-1186
FAX NO. 536-6445

NOTARIES PUBLIC

LAPLACE OFFICE:
425 WEST AIRLINE
HIGHWAY
SUITE B
LAPLACE, LOUISIANA
70068
AREA CODE 985
651-6101
FAX NO. 651-6104

September 26, 2012

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN,& KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

      Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION,** *Joyce W. Rogers, et al., v. Knauf Gips KG, et al;* **Case No. 10-0362**

Dear Russ and Lenny:

      My clients, Joel and Holly Bonnette, hereby authorizes the law firm of Herman, Herman, and Katz, LLP, to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, with prejudice, all of their claims against D.R. Horton, Inc., in the above referenced matter.

      With kindest regards, I remain

                                  Sincerely,

                                  *Daniel E. Becnel, Jr.*

                                Daniel E. Becnel, Jr.
                                Attorney at Law