# EXHIBIT B

Eduardo and Carmen Amorin, et al, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd., f/k/a Shandong taihe Dongxin Co., Ltd., et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113235-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--BNBM of America, Inc.
Court Case No. 11-1395 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **POLK** )

Name of Server: **Thomas Santarlas**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **1** day of **Nov.**, 20 **11**, at **11:10** o'clock **AM**

Place of Service: at 245 South Central Avenue, in Bartow, FL 33830

Documents Served: the undersigned served the documents described as:
Summons and Complaint

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
BNBM of America, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Donald Wilson, Jr.   Registered Agent**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Grey**; Facial Hair **No**
Approx. Age **60**; Approx. Height **5'4-5'6**; Approx. Weight **240-300**
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **1** day of **Nov**, 20 **11**

Signature of Server

Notary Public         (Commission Expires)

APS International, Ltd.



NOKOMIS PFEIFFER
Commission DD 775982
Expires April 7, 2012
Bonded Thru Troy Fain Insurance 800-385-7019