UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al., Case No. 2:11-cv-1395 (E.D.La.) | |

## DECLARATION OF ARNOLD LEVIN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY DEFAULT JUDGMENT

I, Arnold Levin, declare as follows:

1. I am a partner in the law firm of Levin, Fishbein, Sedran & Berman, counsel of record for Plaintiffs in this matter. I am a member in good standing of the bar of the State of Pennsylvania. I submit this declaration in support of Plaintiffs' Motion for Preliminary Default Judgment. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. The Plaintiffs' Steering Committee ("PSC") commenced this action on June 13, 2011 by filing the complaint directly in the MDL court. The PSC commenced service of the complaint promptly after it was filed with the court.

3. The PSC perfected service of the complaint on CNBM USA Corp. ("CNBM USA") and BNBM of America, Inc. ("BNBM of America") (collectively the "Defaulting Defendants") on November 15, 2011 and November 1, 2011, respectively. Affidavits of service evidencing service of the complaint on CNBM USA and BNBM of America are appended to the Plaintiffs' motion for preliminary default judgment as Exhibits "A" and "B".

4. To date, the Defaulting Defendants have failed to enter an appearance, answer, or otherwise respond to Plaintiffs' complaint.

I declare under penalty of perjury under the laws of the State of Pennsylvania and the United States that the foregoing is true and correct.

Executed this 27th day of September, 2012, at Philadelphia, Pennsylvania.

_____
ARNOLD LEVIN