**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 27, 2012**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL   : <br> PRODUCTS LIABILITY LITIGATION          : <br>                                          : <br>                                          : <br>                                          : | MDL NO. 2047 <br><br> SECTION:  L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Hobbie v. RCR Holdings II, LLC,* **No. 10-1113**

A telephone status conference was held on this date with District Judge Eldon E. Fallon regarding the above-captioned matter. The parties discussed: the fact that their most recent mediation was inconclusive; potential trial procedures, dates, and locations; and the pending Motion to Remand. **IT IS ORDERED** that plaintiffs' and defendants' counsel meet-and-confer to develop a proposed scheduling order. On or before October 9, 2012, counsel shall submit a consent proposed scheduling order or, in the event counsel cannot agree, multiple proposed scheduling orders for resolution by the Court.



1

JS10(00:22)