**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 27, 2012**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2047 |
| IN RE: CHINESE-MANUFACTURED DRY WALL | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date with District Judge Eldon Fallon regarding issues relating to the Already Remediated Homes program. The parties agreed to meet and confer in order to resolve any remaining issues.

1

JS10(00:16)