UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | SECTION:  L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| ALL CASES | ) | |
| | ) | |
| . | ) | |
| _____ | ) | |

**MANDY DRYWALL INC.'S NOTICE OF FILING**
**OPT-OUT FORM RE:  BANNER CLASS ACTION SETTLEMENT**

Defendant, Mandy Drywall, Inc. a/k/a Mandy Drywall & Stucco Co., by and through undersigned counsel, hereby files its Notice of filing Opt-Out Form from the Banner Settlement as to those Plaintiffs and properties so noted.

Dated:  September  28 , 2012

                                                              Respectfully submitted,

                                                              By:  s/ Steven G. Schwartz
                                                                   Steven G. Schwartz, Esquire
                                                                   Schwartz Law Group
                                                                   6751 N. Federal Highway, #400
                                                                   Boca Raton, FL 33487
                                                                   Ph:  561-395-4747
                                                                   Fx:  561-367-1550
                                                                   sgs@theschwartzlawgroup.com
                                                                   *Counsel for Mandy Drywall, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Filing Opt-Out Form  has been served on Plaintiffs' Lead Counsel, Arnold Levin, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in

accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  28  day of September, 2012.

                                                            /s/ Steven G. Schwartz
                                                               Steven G. Schwartz, Esq.

l:\open files\cdw001\opt out\mandy drywall n-filing opt out form.doc