IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | MAG. JUDGE WILKINSON |

**OBJECTIONS AND RESPONSE OF THE NORTH RIVER INSURANCE COMPANY
TO THE MOTION OF THE PLAINTIFFS' STEERING COMMITTEE
FOR AN ORDER APPROVING CLASS SETTLEMENTS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant The North River Insurance Company ("North River") responds to the Motion of the Plaintiffs' Steering Committee for an Order granting final approval to the proposed InEx Settlement, Banner Settlement, L&W Settlement, Knauf Settlement, and Global Settlement (Document 15764) as follows:

1. North River takes no position on the Banner Settlement, L&W Settlement, and Global Settlement.

2. On the InEx Settlement and the Knauf Settlement, North River has not and will not consent to the proposed assignment of rights under policies of insurance issued by North River to Interior Exterior Building Supply, LP and North River objects to any provision of either agreement that purports to assign rights under any policy of insurance issued by North River.

3. On the InEx Settlement, North River objects to the provision requesting a judicial determination that the primary insurance carriers for Interior Exterior Building Supply, LP will exhaust coverage under the primary policies by paying policy proceeds into an escrow fund. North River objects because (1) payment of policy proceeds into an escrow fund does not

constitute payment of covered claims that reduce coverage provided by the primary policies and (2) from the face of the InEx Agreement, it is clear that some of the policy proceeds will be used for payment of noncovered claims, which will not reduce coverage provided by the primary policies.

      3. On the Knauf Settlement, the term Released Claims is defined to include "any and all claims" against any Knauf entity being released "arising out of, in any manner related to, or connected in any way with KPT Chinese Drywall…." As written, that would include a release of claims that now belong or that may in the future arise against any Knauf entity by North River. North River is not a party to the Knauf Settlement and is not receiving any consideration for the Knauf Settlement. The Knauf Settlement also contains a proposed litigation bar that would similarly purport to deprive North River of its right to pursue claims against any Knauf entity. North River objects to the request for a judicial fiat to arbitrarily deprive North River of rights it has or may have against any and all Knauf-related entities.

      4. North River incorporates by reference the Objections of The North River Insurance Company to the Proposed Knauf Settlement [Doc. No. 12088] and the Objections of The North River Insurance Company to the Request for Certification of an INEX Settlement Class previously filed by North River [ Doc. No. 8683].

Respectfully submitted,

THOMPSON COE COUSINS & IRONS LLP

By:    /s Eric B. Berger
BRIAN S. MARTIN, ESQ.
KEVIN RISLEY, ESQ.
RODRIGO "DIEGO" GARCIA, JR., ESQ.
One Riverway, Suite 1600
Houston, Texas 77056
Phone: (713) 403-8206
Fax: (713) 403-8299
bmartin@thompsoncoe.com


LOBMAN CARNAHAN BATT ANGELLE & NADER

SIDNEY J. ANGELLE, ESQ.
La. Bar No. 1002
ERIC B. BERGER, ESQ.
La. Bar No. 26196
400 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Phone: (504) 586-9292
Fax:    (504) 586-1290
sja@lcba-law.com
ebb@lcba-law.com

ATTORNEYS FOR THE NORTH RIVER INSURANCE COMPANY


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on September 28, 2012.

   /s Eric B. Berger
ERIC B. BERGER