UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 2:11-cv-00252 (E.D. La.)<br><br>*Arndt, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-2349 (E.D. La.)<br><br>*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al.*<br>Case No. 2:11-cv-01363 (E.D. La.)<br><br>*Cassidy, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al.*<br>Case No. 11-cv-3023 (E.D. La) | |

### DEFENDANT CASTLEROCK COMMUNITIES, L.P.'S REQUEST TO CONDITIONALLY OPT OUT OF THE INEX SETTLEMENT

COMES NOW Defendant CastleRock Communities, L.P., and submits this Request to conditionally Opt Out of the InEx Settlement to Plaintiffs' Lead Counsel and Counsel for InEx, in accordance with section V, page 11, paragraph 4, of the Court's Preliminary Approval Order (doc. No. 8818) and paragraph 7.2.1 of the InEx Settlement.

The undersigned hereby requests conditional exclusion from the InEx Settlement Class in the Chinese Drywall Action. CastleRock Communities, L.P. only opts out of the InEx Settlement to the extent a homeowner or other claimant for one of CastleRock Communities, L.P.'s InEx-supplied Affected Properties has opted out of the Builder, Installer, Supplier & Insurer Settlement Agreement.

F:\1780\Pleadings\Opt Out Form

1

_/s/ Lance Wright_
Lance Wright
CastleRock Communities, L.P.
7670 Woodway Drive, Ste. 300
Houston, Texas 77063
(713) 600-7000
(713) 600-0000- Fax
LWright@c-rock.com

    Per the aforementioned Order, this Request to conditionally Opt Out is being sent via mail to:

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
*Plaintiffs' Lead Counsel*

Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith,
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139
*Counsel for InEx*

        Respectfully submitted,

        HEARD & MEDACK, P.C.

        By:  _/s/ David W. Medack_
            David W. Medack
            Federal Bar No. 15597
            Texas Bar No. 13892950
            9494 Southwest Freeway, Suite 700
            Houston, Texas 77074
            (713) 772-6400 – Telephone
            (713) 772-6495 – Facsimile

*Attorneys for Defendant CastleRock Communities, L.P.*