UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| ALL CASES AND | * | JUDGE FALLON |
| Stephen and Isis Silva, et al | * | |
| No. 2:09-cv-08034 | * | MAG. JUDGE WILKINSON |

*************************************

## *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

**NOW INTO COURT,** through undersigned counsel, comes defendant, Landmark American Insurance Company ("Landmark") who respectfully files this *Ex Parte* Motion to File Exhibit Under Seal. Exhibit E to Landmark's concurrently filed Response to the Settling Parties' Motion for Final Approval of the preliminarily approved Interior Exterior Class Settlement Agreement INEX, contains confidential information pertaining to matters other than that which is the subject of the instant Response Memorandum. Accordingly, Landmark respectfully requests that this Honorable Court grant it leave to file said exhibit under seal.

**Respectfully submitted:**

   /s/*Melissa M. Lessell*
JUDY L. BURNTHORN (17496)
JAMES W. HAILEY, III (23111)
MELISSA M. LESSELL (32710)
**DEUTSCH, KERRIGAN & STILES LLP**
755 Magazine Street
New Orleans  LA  70130
Phone: (504) 581-5141
Fax: (504) 566-4022

1

jburnthorn@dkslaw.com
mlessell@dkslaw.com
*Counsel for Landmark American Insurance Company*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing *Ex Parte* Motion for Leave to File Exhibit Under Seal has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this **28th** day of **September, 2012.**

                                        */s/Melissa M. Lessell*
                                        MELISSA M. LESSELL