UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| ALL CASES AND | * | JUDGE FALLON |
| Stephen and Isis Silva, et al | * | |
| No. 2:09-cv-08034 | * | MAG. JUDGE WILKINSON |

***********************************

## ORDER ON LANDMARK'S *EX PARTE* MOTION
## FOR LEAVE TO FILE EXHIBIT UNDER SEAL

**IT IS ORDERED** that the Motion of the Landmark American Insurance Company for Leave to File Exhibit "E" to its Response to the Settling Parties' Motion for Final Approval of the preliminarily approved Interior Exterior Class Settlement Agreement INEX be and is hereby **GRANTED.**

New Orleans, Louisiana, this ____ day of _____, 2012.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE