UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION   L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| ALL CASES AND | * | JUDGE FALLON |
| Stephen and Isis Silva, et al | * | |
| No. 2:09-cv-08034 | * | MAG. JUDGE WILKINSON |

*************************************

### RESPONSE OF THE LANDMARK AMERICAN INSURANCE COMPANY REGARDING THE SETTLING PARTIES' MOTION FOR FINAL APPROVAL OF THE INTERIOR EXTERIOR CLASS SETTLEMENT

**NOW INTO COURT,** through undersigned counsel, comes defendant, Landmark American Insurance Company ("Landmark") who respectfully files this Response to the Settling Parties' Motion for Final Approval of  the preliminarily approved Interior Exterior Class Settlement Agreement NEX, ECF R. Doc.15749, for the reasons for fully set forth in the accompanying memorandum.

                                         **Respectfully submitted:**

                                           /s/*Melissa M. LEssell*
                                         JUDY L. BURNTHORN (17496)
                                         JAMES W. HAILEY, III (23111)
                                         MELISSA M. LESSELL  (32710)
                                         **DEUTSCH, KERRIGAN & STILES LLP**
                                         755 Magazine Street
                                         New Orleans  LA  70130
                                         Phone: (504) 581-5141
                                         Fax: (504) 566-4022
                                         jburnthorn@dkslaw.com
                                         mlessell@dkslaw.com
                                         *Counsel for Landmark American Insurance Company*

1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Response of the Landmark American Insurance Company to the Settling Parties' Motion for Final Approval of the Interior Exterior Class Settlement has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this **28th** day of **September, 2012.**

                                                 /s/Melissa M. Lessell
                                                 MELISSA M. LESSELL