UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |

THIS DOCUMENTS RELATES TO:
ALL CASES AND

JUDGE FALLON

MAG. JUDGE WILKINSON

*Payton, et. al. v. Knauf Gips, KG, et. al.*
Case No. 2:09-cv-07628 (E.D. La.)

*Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.*
Case No. 1:09-cv-00361 (E.D. La.)

*Gross, et. al. v. Knauf Gips, KG, et. al.*
Case No. 2:09-cv-06690 (E.D. La.)

*Rogers, et. al. v. Knauf Gips, KG, et. al.*
Case No. 2:10-cv-00362 (E.D. La.)

*Amato, et. al. v. Liberty Mutual Ins. Co., et. al.*
Case No. 2:10-cv-00932

*Hernandez, et. al. v. AAA Insurance, et. al.*
Case No. 2:10-cv-3070 (E.D. La.)

*Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*
Case No. 2:11-cv-00080 (E.D. La.)

*Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*
Case No. 2:110cv000252 (E.D. La.)

*Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*
Case No. 2:11-cv-01077 (E.D. La.)

*Vikers, et. al. v. Knauf Gips KG, et. al.*
Case No. 2:09-cv-04117 (E.D. La.)



**EXHIBIT A**

AFFIDAVIT OF JAN PETRUS

STATE OF TEXAS              §

COUNTY OF NUECES        §

BEFORE ME, the undersigned notary, on this day, personally appeared JAN PETRUS, a person whose identity is known to me.  After I administered the oath to her, upon her oath, she said:

"My name is Jan Petrus.  I am over the age of eighteen (18) years.  I have never been convicted of a felony.  I am qualified and competent to make this affidavit.  The facts stated herein are within my personal knowledge."

"I am a member of the class in the case styled: *In Re: Chinese-Manufactured Drywall Products Liability Litigation; MDL No 2047.*  My mailing address is 120 Woodhaven, Ingleside, Texas 78362 and my telephone number is (361) 776-7918.  I allege to have a claim, known or unknown, arising from or related to actual or alleged Chinese Drywall (as that term is defined in the class notice) purchased, imported, supplied, marketed, installed, used sold or in any way alleged to be within the legal responsibility of any Participating Defendant (as that term is defined in the class notice).  I am not within any of the exclusions in the class definition.

Specifically, prior to 2010, I purchased (I gave cash to my handyman who in turn used that cash to buy the drywall at Lowes), and I had installed this drywall at my home in Ingleside, Texas.  I allege this drywall was defective, smells bad when it gets wet, has become discolored, and is an irritant."

Dated this the 27th day of September 2012.



Jan Petrus, Affiant

SWORN TO AND SUBSCRIBED before me on this the 27th day    of    September

2012.

M Margot Valdez

Notary Public in and for
The State of Texas

M MARGOT VALDEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 01-17-2016