UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

*Payton, et. al. v. Knauf Gips, KG, et. al.*
Case No. 2:09-cv-07628 (E.D. La.)

*Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.*
Case No. 1:09-cv-00361 (E.D. La.)

*Gross, et. al. v. Knauf Gips, KG, et. al.*
Case No. 2:09-cv-06690 (E.D. La.)

*Rogers, et. al. v. Knauf Gips, KG, et. al.*
Case No. 2:10-cv-00362 (E.D. La.)

*Amato, et. al. v. Liberty Mutual Ins. Co., et. al.*
Case No. 2:10-cv-00932

*Hernandez, et. al. v. AAA Insurance, et. al.*
Case No. 2:10-cv-3070 (E.D. La.)

*Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*
Case No. 2:11-cv-00080 (E.D. La.)

*Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*
Case No. 2:110cv000252 (E.D. La.)

*Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*
Case No. 2:11-cv-01077 (E.D. La.)

*Vikers, et. al. v. Knauf Gips KG, et. al.*
Case No. 2:09-cv-04117 (E.D. La.)



## DECLARATION IN SUPPORT OF OBJECTIONS TO CLASS ACTION SETTLEMENT IN CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

Comes now Saul Soto and states the following under oath and under penalty of perjury in support of his objection:

"My name is Saul Soto. I am over the age of eighteen (18) years. I have never been convicted of a felony. I am qualified and competent to make this affidavit. The facts stated herein are within my personal knowledge. Attached hereto as Exhibit 1 is a true and correct copy of my Texas driver's license.

"I am the owner of SHS Construction, 361.765.7674, 429 Claride, Corpus Christi, TX 78418. I am the sole proprietor of that business, which is really myself doing business as SHS Construction"

"I am a member of the class in the case styled: *In re: Chinese Manufactured Drywall Products Liability Litigation; MDL No. 2047*. I allege to have a claim, known or unknown, arising from or related to actual or alleged Chinese Drywall (as that term is defined in the class notice) purchased, imported, supplied, marketed, installed, used, sold or in any way alleged to be within the legal responsibility of any Participating Defendant (as that term is defined in the class notice). I am not within any of the exclusions in the class definition.

"Either I personally or through SHS Construction (a company I own) purchased, installed, and used between approximately 1,000 and 1,500 sheets of drywall over the last 5-10 years. Over the years, I have purchased drywall from Lowe's, Home Depot, McCoy's, and a variety of other building supply companies.

"Many of these sheets of drywall included the letters "China" or "Made in China. I have looked at the pictures of examples of Chinese drywall posted at the settlement website and I can affirm that many of the sheets of drywall that I have purchased, installed and used during the class period have been marked in similar, if not identical, ways indicating that they were manufactured in China"

Dated this the 28 day of September 2012.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

_____
Saul Soto



Ex. 1