UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENTS RELATES TO:<br>ALL CASES AND<br><br>*Payton, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-07628 (E.D. La.)<br><br>*Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.*<br>Case No. 1:09-cv-00361 (E.D. La.)<br><br>*Gross, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-06690 (E.D. La.)<br><br>*Rogers, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:10-cv-00362 (E.D. La.)<br><br>*Amato, et. al. v. Liberty Mutual Ins. Co., et. al.*<br>Case No. 2:10-cv-00932<br><br>*Hernandez, et. al. v. AAA Insurance, et. al.*<br>Case No. 2:10-cv-3070 (E.D. La.)<br><br>*Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-00080 (E.D. La.)<br><br>*Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 2:110cv000252 (E.D. La.)<br><br>*Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-01077 (E.D. La.)<br><br>*Vikers, et. al. v. Knauf Gips KG, et. al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | |



EXHIBIT D

AFFIDAVIT OF ERNEST VITELA

STATE OF TEXAS            §

COUNTY OF NUECES     §

BEFORE ME, the undersigned notary, on this day, personally appeared ERNEST VITELA, person whose identity was proven by providing his Texas driver's license. After I administered the oath to him, upon his oath, he said:

"My name is Ernest Vitela. I am over the age of eighteen (18) years. I have never been convicted of a felony. I am qualified and competent to make this affidavit. The facts stated herein are within my personal knowledge."

"My name is Ernest Vitela. I am the owner of E and E Construction Co. My mailing address is P.O. Box 911, 1404 Madrid Cir., Portland, Texas 78374, (361) 779-6633.

I am a member of the class in the case styled: *In Re: Chinese-Manufactured Drywall Products Liability Litigation; MDL. No. 2047*. I allege to have a claim, known or unknown, arising from or related to actual or alleged Chinese Drywall (as that term is defined in the class notice) purchased, imported, supplied, marketed, installed, used, sold or in any way alleged to be within the legal responsibility of any Participating Defendant (as that term is defined in the class notice). I am not within any of the exclusions in the class definition."

Either I personally or through E and E Construction Co. (a company I own) purchased, installed, and used between approximately 150 and 300 sheets of drywall over the last 10-20 years. Many of these sheets of drywall included the

letters "China" or "Made in China."

Dated this the 28th day of September 2012.

                                             _____
                                             Ernest Vitela, Affiant

SWORN TO AND SUBSCRIBED before me on this the 28th day of September 2012.

**M MARGOT VALDEZ**
Notary Public
STATE OF TEXAS
My Comm. Exp. 01-17-2016

_____
Notary Public in and for
The State of Texas

