UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2047 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * JOSEPH C. WILKINSON, JR. <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**   *The Mitchell Co., Inc. v. Knauf Gips KG et al.*, Case No. 09-4115

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM OF DEFENDANT TAISHAN GYPSUM CO. LTD. IN FURTHER SUPPORT OF ITS MOTION PURSUANT TO 28 U.S.C. § 1292(B) TO CERTIFY THE COURT'S ORDER & REASONS FOR INTERLOCUTORY APPEAL AND STAY FURTHER PROCEEDINGS AGAINST TG PENDING THE APPEAL

Defendants Taishan Gypsum Co. Ltd. ("TG") respectfully request leave to file the attached Reply Memorandum of Defendant TG in Further Support of its Motion Pursuant to 28 U.S.C. § 1292(b) to Certify the Court's Order & Reasons for Interlocutory Appeal and Stay Further Proceedings Pending Appeal.  The reply memorandum responds directly to the contentions raised by PSC in their opposition memorandum, and TG respectfully suggests that the reply memorandum will assist the Court in resolving the Motion.

WHEREFORE, TG respectfully requests that the Court grant this motion and permit the filing of the attached reply memorandum.

September 28, 2012

                    Respectfully submitted,

/s/ Thomas P. Owen Jr.
Joe Cyr
Frank T. Spano
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100
Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
rcs@stanleyreuter.com
tpo@stanleyreuter.com

**Attorneys for Taishan Gypsum Co. Ltd.**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Motion for Leave to File has been served on Plaintiffs' Liaison Counsel, Russ Herman, and defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of September, 2012.

                                                        /s/ Thomas P. Owen, Jr.