UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *   MDL No. 2047<br>*<br>*   SECTION L<br>*<br>*   JUDGE ELDON E. FALLON<br>*<br>*   MAGISTRATE JUDGE<br>*   JOSEPH C. WILKINSON, JR.<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**   *Gross v. Knauf Gips KG et al.*, Case No. 09-6690
*Wiltz v. Beijing New Building Materials Public Ltd.*, Case No. 10-361

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM OF DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAI'AN TAISHAN PLASTERBOARD CO., LTD. IN FURTHER SUPPORT OF THEIR MOTION PURSUANT TO 28 U.S.C. § 1292(b) TO CERTIFY THE COURT'S ORDER & REASONS FOR INTERLOCUTORY APPEAL AND STAY FURTHER PROCEEDINGS AGAINST THEM PENDING THE APPEAL**

Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd. ("TTP") (collectively, the "Taishan Defendants") respectfully request leave to file the attached Reply Memorandum in Support in support of their Motion Pursuant to 28 U.S.C. § 1292(B) to Certify the Court's Order & Reasons for Interlocutory Appeal and Stay Further Proceedings Against Them Pending The Appeal. The reply memorandum responds directly to the contentions raised by PSC in their opposition memorandum, and TG and TTP respectfully suggest that the reply memorandum will assist the Court in resolving the Motion.

WHEREFORE, TG and TTP respectfully request that the Court grant this motion and permit the filing of the attached reply memorandum.

September 28, 2012

          Respectfully submitted,

          <u>/s/ Thomas P. Owen Jr.</u>
          Joe Cyr
          Frank T. Spano
          HOGAN LOVELLS US LLP
          875 Third Avenue
          New York, New York 10022
          Telephone: 212-918-3000
          Facsimile: 212-918-3100
          Joe.cyr@hoganlovells.com
          Frank.spano@hoganlovells.com

          Richard C. Stanley (La. Bar No. 8487)
          Thomas P. Owen, Jr. (La. Bar No. 28181)
          STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
          909 Poydras Street, Suite 2500
          New Orleans, Louisiana 70112
          Telephone: 504-523-1580
          Facsimile: 504-524-0069
          rcs@stanleyreuter.com
          tpo@stanleyreuter.com

          **Attorneys for Taishan Gypsum Co. Ltd.**
          **and Tai'an Taishan Plasterboard Co., Ltd.**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion for Leave to File Reply Memorandum of Defendants TG and TTP in Further Support of their Motion Pursuant to 28 U.S.C. § 1292(b) to Certify the Court's Order & Reasons for Interlocutory Appeal and Stay Further Proceedings Pending Appeal has been served on Plaintiffs' Liaison Counsel, Russ Herman, and defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of September, 2012.

                                                                              /s/ Thomas P. Owen, Jr.