UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | CIVIL ACTION NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | JUDGE FALLON |
| _____ | ) | |
| **This Document Relates to:** | | **MAGISTRATE WILKINSON** |
| **ALL CASES** | | |

### INTERIOR EXTERIOR'S FACT AND EXPERT WITNESS LIST
### FOR NOVEMBER 2012 BELLWETHER TRIAL

Pursuant to the Court's Scheduling Order entered on August 2, 2012, Interior Exterior respectfully indentifies the following fact and expert witnesses who will be called to testify at the November 2012 Bellwether trial:

1. Richard T. Kaczkowski
   CTL Group
   5400 Old Orchard Road
   Skokie, Illinois 60077

   Mr. Richard T. Kaczkowski will testify as to gypsum manufacturing, ASTM standards applicable to gypsum board and testing thereof.

2. Timothy D. Tonyan
   CTL Group
   5400 Old Orchard Road
   Skokie, Illinois 60077

   Dr. Timothy D. Tonyan will testify as to gypsum manufacturing, ASTM standards applicable to gypsum board and testing thereof.

3. Dr. James Tompkins
   Tompkins International
   6870 Perry Creek Road, Raleigh NC 27616

   Dr. James Tompkins will testify as Interior Exterior Building Supply's purchase of Chinese manufactured drywall.

4. Margaret L. Cunningham, RN, CIH
   United States Risk Management, LLC
   365 Canal Street, Suite 2760
   New Orleans, LA 70130

   Ms. Margaret L. Cunningham will testify as to the identification of Chinese manufactured drywall in plaintiffs' homes, the testing thereof, and the nature of the defect in the drywall.

5. Stephen C. Trauth
   United States Risk Management, LLC
   365 Canal Street, Suite 2760
   New Orleans, LA 70130

   Mr. Stephen C. Trauth will testify as to the identification of Chinese manufactured drywall in plaintiffs' homes, the testing thereof, and the nature of the defect in the drywall.

6. James Geary
   Corporate Representative of Interior Exterior Building Supply, L.P.
   727 South Cortez Street
   New Orleans, LA 70119

   Mr. Geary will testify to Interior Exterior Building Supply, L.P.'s purchase and sale of Chinese manufactured drywall.

7. Clayton Geary
   Corporate Representative of Interior Exterior Building Supply, L.P.
   727 South Cortez Street
   New Orleans, LA 70119

   Mr. Geary will testify to Interior Exterior Building Supply, L.P.'s purchase and sale of Chinese manufactured drywall.

8. Jim Pate
   Corporate Representative of New Orleans Area Habitat for Humanity
   7100 St. Charles Avenue
   New Orleans, LA 70118

    Mr. Pate will testify to New Orleans Area Habitat for Humanity's purchase and sale of Chinese manufactured drywall; and New Orleans Area Habitat for Humanity's purchase of Chinese manufactured drywall from Interior Exterior Building Supply, L.P.

9. Rochelle Morgan
   1925 Alvar Street
   New Orleans, LA 70117

   Ms. Morgan will testify as to the installation of Chinese manufactured drywall in her home.

10. Ricardo Crespo
    1921 Alvar Street
    New Orleans, LA 70117

    Ms. Crespo will testify as to the installation of Chinese manufactured drywall in his home.

11. Casey LeBlanc
    1909 Alvar Street
    New Orleans, LA 70117

    Ms. LeBlanc will testify as to the purchase and installation of Chinese manufactured drywall in her home.

12. Johnny Blue
    422 28th Street
    New Orleans, LA 70124

    Mr. Blue will testify as to the purchase and installation of Chinese manufactured drywall in his home.

13. Rachelle Blue
    422 28th Street
    New Orleans, LA 70124

    Ms. Blue will testify as to the purchase and installation of Chinese manufactured drywall in her home.

14. David Gross
    400 Hay Place
    New Orleans, LA 70124

    Mr. Gross will testify as to the purchase and installation of Chinese manufactured drywall in his home.

15. Cheryl Gross
    400 Hay Place
    New Orleans, LA 70124

    Ms. Gross will testify as to the purchase and installation of Chinese manufactured drywall in her home.

16. Thomas Mora, Jr.
    335/337 West Robert E. Lee
    New Orleans, LA 70124

    Mr. Mora will testify as to the purchase and installation of Chinese manufactured drywall in his properties.

17. Beryl F. Mundee
    4321 S. Liberty Street
    New Orleans, LA 70115

    Ms. Mundee will testify as to the purchase and installation of Chinese manufactured drywall in her home.

18. William Garcia or
    Representative of G&G Contractors, LLC
    3820 Civic Street
    Metairie, LA 70001

    Mr. Garcia will testify to the purchase and installation of Chinese manufactured drywall in Beryl Mundee's home.

19. Vincent Gonzales

    Mr. Gonzales will testify to the purchase and installation of Chinese manufactured drywall in Beryl Mundee's home.

20. Roman Gonzales or
    Representative of Roman A. Gonzales Drywall
    3232 Sugarmill Road
    Kenner, LA 700065

    Mr. Gonzalez will testify to the purchase and installation of Chinese manufactured drywall in Cheryl and David Gross's home.

21. Dwayne Gref or
    Representative of Gref Construction
    1107 Perrin Drive
    Arabi, LA 70032

Mr. Gref will testify to the purchase and installation of Chinese manufactured drywall in Johhny and Rachelle Blue's home.

22. William Wellmeier or
Representative of Wayne the Painter Restoration & Construction Services, LLC
1812 Richland Avenue
Metairie, LA 70001

Mr. Wellmeier will testify to the purchase and installation of Chinese manufactured drywall in Johhny and Rachelle Blue's home.

23. Chris Billiot
70269 7th Street
Covington, LA 70433

Mr. Wellmeier will testify to the purchase and installation of Chinese manufactured drywall in Thomas Mora's properties located at 335/337 West Robert E. Lee, New Orleans, LA.

24. John Mezzanga
677 Summit Avenue
Saint Paul, MN 55105-3434

Mr. Mezzenga will testify to the purchase of drywall on behalf of New Orleans Area Habitat for Humanity from Interior Building Supply, L.P.

25. Bob Mayre
(Former New Orleans Area Habitat for Humanity employee)

26. Amanda Curry
(Former New Orleans Area Habitat for Humanity employee)

27. Rebecca Galleon
Interior Exterior Building Supply, L.P.'s employee

Ms. Galleon will testify as to Interior Exterior Building Supply, L.P.'s sale of drywall.

28. Mark S. Peterson
Interior Exterior Building Supply, L.P.'s employee

Mr. Peterson will testify as to Interior Exterior Building Supply, L.P.'s sale of drywall.

29. Gary Meade
Interior Exterior Building Supply, L.P.'s employee

Mr. Meade will testify as to Interior Exterior Building Supply, L.P.'s sale of drywall.

30. Brandyn Smith
    Interior Exterior Building Supply, L.P.'s employee

    Mr. Smith will testify as to Interior Exterior Building Supply, L.P.'s sale of drywall.

31. Aprille Casey
    Interior Exterior Building Supply, L.P.'s employee

    Ms. Casey will testify as to Interior Exterior Building Supply, L.P.'s sale of drywall.

32. Kelly Burke
    Interior Exterior Building Supply, L.P.'s employee

    Mr. Burke will testify as to Interior Exterior Building Supply, L.P.'s sale of drywall.

33. Vera Redman
    Interior Exterior Building Supply, L.P.'s employee

    Ms. Redman will testify as to Interior Exterior Building Supply, L.P.'s sale of drywall.

34. Melissa Smith
    Interior Exterior Building Supply, L.P.'s employee

    Ms. Smith will testify as to Interior Exterior Building Supply, L.P.'s sale of drywall.

35. Don Joseph
    Interior Exterior Building Supply, L.P.'s employee

    Ms. Joseph will testify as to Interior Exterior Building Supply, L.P.'s sale of drywall.

36. Robert McCay
    Interior Exterior Building Supply, L.P.'s employee

    Mr. McCay will testify as to Interior Exterior Building Supply, L.P.'s sale of drywall.

37. Joe Guerrera
    Interior Exterior Building Supply, L.P.'s employee

    Mr. Guerrera will testify as to Interior Exterior Building Supply, L.P.'s sale of drywall; and the installation of Chinese manufactured drywall in his home.

38. Brandon Carlisle
    Interior Exterior Building Supply, L.P.'s employee

    Mr. Carlisle will testify as to Interior Exterior Building Supply, L.P.'s sale of drywall; and the installation of Chinese manufactured drywall in his home.

39. Christian Gambel
    Interior Exterior Building Supply, L.P.'s employee

    Mr. Gambel will testify as to Interior Exterior Building Supply, L.P.'s sale of drywall.

40. Chip Williams
    Interior Exterior Building Supply, L.P.'s employee

    Mr. Williams will testify as to Interior Exterior Building Supply, L.P.'s sale of drywall.

41. Russell Wahl
    133 Oakleaf Drive
    Slidell, LA 70461

    Mr. Wahl will testify as to Interior Exterior Building Supply, L.P.'s sale of drywall.

42. Donald B. Petagna
    2619 Octavia St.
    New Orleans, LA 70115

    Mr. Petagna will testify as to the purchase and installation of Chinese manufactured drywall in is home.

43. David Zhang or
    Representative of Metro Resources

    Mr. Zhang will testify to the Interior Exterior Building Supply, L.P.'s purchase of Chinese manufactured drywall.

44. Isabel Knauf
    Knauf Gips

    Ms. Knauf will testify to the manufacturing, sale and testing of Knauf's gypsum board or drywall which was sold to Interior Exterior Building Supply, L.P.

45. Tony Robson
    Knauf Insulation

    Mr. Robson will testify to the manufacturing, sale and testing of Knauf's gypsum board or drywall which was sold to Interior Exterior Building Supply, L.P.

46. Hans Hummel
    Knauf Gips

    Mr. Hummel will testify to the manufacturing, sale and testing of Knauf's gypsum board or drywall which was sold to Interior Exterior Building Supply, L.P.

47. Martin Halbach
    Knauf

    Mr. Halbach will testify to the manufacturing, sale and testing of Knauf's gypsum board or drywall which was sold to Interior Exterior Building Supply, L.P.

48. Mark Norris
    Knauf Insulation

    Mr. Norris will testify to the manufacturing, sale and testing of Knauf's gypsum board or drywall which was sold to Interior Exterior Building Supply, L.P.

49. Jeff Brisley
    Knauf Insulation

    Mr. Brisley will testify to the manufacturing, sale and testing of Knauf's gypsum board or drywall which was sold to Interior Exterior Building Supply, L.P.

50. Kurt Heider
    Knauf Insulation

    Mr. Brisley will testify to the manufacturing, sale and sale and testing of Knauf's gypsum board or drywall which was sold to Interior Exterior Building Supply, L.P.

51. A representative of United States Gypsum
    57 01 Lewis Road
    New Orleans, LA 70126

    This representative will testify to the purchase of drywall from Interior Building Supply, L.P. and the subsequent testing thereof.

52. A representative of Bailey Lumber

    This representative will testify concerning purchases from Interior Exterior Building Supply, L.P.

53. Jimmy Montruelle
    Metairie, LA

    Mr. Montruelle will testify concerning purchases from Interior Exterior Building Supply, L.P.

54. Jonathan S. Shewmake or
    Representative of Creola Ace Hardware
    177 West Cherrywood Lane
    Pearl River, LA 70452

    Mr. Shewmake will testify concerning purchases from Interior Exterior Building Supply, L.P.

55. Any witness listed by any other party to this litigation;

56. Any expert, person, or employee of any expert, necessary to authenticate or explain reports provided by any expert listed herein;

57. Any expert or witness necessary to rebut any witness of plaintiffs;

58. Any witness necessary to introduce or to authenticate any document sought to be introduced at trial;

59. Any person or representative deposed in this litigation and any persons referenced in the depositions.

    Interior Exterior Building Supply, L.P. reserves the right to amend and supplement this witness list as discovery is on-going.

                      Respectfully submitted,

                      ***Richard G. Duplantier, Jr.   /s/***
                      Richard G. Duplantier, Jr. (# 18874)
                      Lambert J. Hassinger, Jr. (# 21683)
                      Benjamin R. Grau (#26307)
                      Carlina C. Eiselen, (# 28524)
                      GALLOWAY, JOHNSON, TOMPKINS,
                      BURR & SMITH
                      701 Poydras Street, 40th Floor
                      New Orleans, Louisiana 70139
                      Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
                      rduplantier@gjtbs.com /jhassinger@gjtbs.com
                      bgrau@gjtbs.com / ceiselen@gjtbs.com
                      *Counsel for Defendant, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC*

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 28th day of September, 2012.

*Richard G. Duplantier, Jr.  /s/*
RICHARD G. DUPLANTIER, JR.