IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | MAG. JUDGE WILKINSON |

**JOINDER OF THE NORTH RIVER INSURANCE COMPANY
IN INTERIOR EXTERIOR'S FACT AND EXPERT WITNESS
FOR NOVEMBER 2012 BELLWETHER TRIAL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

   Defendant The North River Insurance Company ("North River") hereby adopts and incorporates in full Interior Exterior's Fact and Expert Witness List for November 2012 Bellwether Trial.

                             Respectfully submitted,

                             THOMPSON COE COUSINS & IRONS LLP


                             By:      /s Eric B. Berger
                                     BRIAN S. MARTIN, ESQ.
                                     KEVIN RISLEY, ESQ.
                                     RODRIGO "DIEGO" GARCIA, JR., ESQ.
                                     One Riverway, Suite 1600
                                     Houston, Texas 77056
                                     Phone: (713) 403-8206
                                     Fax:  (713) 403-8299
                                     bmartin@thompsoncoe.com

>LOBMAN CARNAHAN BATT ANGELLE & NADER
>
>SIDNEY J. ANGELLE, ESQ.
>La. Bar No. 1002
>ERIC B. BERGER, ESQ.
>La. Bar No. 26196
>400 Poydras Street, Suite 2300
>New Orleans, Louisiana 70130
>Phone: (504) 586-9292
>Fax:    (504) 586-1290
>sja@lcba-law.com
>ebb@lcba-law.com
>
>ATTORNEYS FOR THE NORTH RIVER INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on September 28, 2012.

>__/s Eric B. Berger_____
>ERIC B. BERGER