UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**   *The Mitchell Co., Inc. v. Knauf Gips KG et al.*,
                                Case No. 09-4115

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum of Defendant TG in Further Support of its Motion Pursuant to 28 U.S.C. § 1292(b) to Certify the Court's Order & Reasons for Interlocutory Appeal and Stay Further Proceedings Pending Appeal;

**IT IS HEREBY ORDERED** that the Motion be and hereby is **GRANTED**. Defendant Taishan Gypsum Co. Ltd. is granted leave to file the attached Reply Memorandum of Defendant TG in Further Support of its Motion Pursuant to 28 U.S.C. § 1292(b) to Certify the Court's Order & Reasons for Interlocutory Appeal and Stay Further Proceedings Pending Appeal.

New Orleans, Louisiana, this  1st  day of _____October_____, 2012.

_____
UNITED STATES DISTRICT JUDGE