UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**  *Gross v. Knauf Gips KG et al.*, Case No. 09-6690
*Wiltz v. Beijing New Building Materials Public Ltd.,* Case No. 10-361

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum of Defendants TG and TTP in Further Support of their Motion Pursuant to 28 U.S.C. § 1292(b) to Certify the Court's Order & Reasons for Interlocutory Appeal and Stay Further Proceedings Pending Appeal;

**IT IS HEREBY ORDERED** that the Motion be and hereby is **GRANTED**. Defendants Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd. are granted leave to file the attached Reply Memorandum of Defendants TG and TTP in Further Support of their Motion Pursuant to 28 U.S.C. § 1292(b) to Certify the Court's Order & Reasons for Interlocutory Appeal and Stay Further Proceedings Pending Appeal

New Orleans, Louisiana, this  1st  day of     October    , 2012.

_____
UNITED STATES DISTRICT JUDGE