1                    UNITED STATES DISTRICT COURT

2                   EASTERN DISTRICT OF LOUISIANA

3
   ****************************************************************

4
   IN RE:  CHINESE-MANUFACTURED
5   DRYWALL PRODUCTS
   LIABILITY LITIGATION
6
                           CIVIL DOCKET NO. 09-MD-2047 "L"
7                          NEW ORLEANS, LOUISIANA
08:58AM                    THURSDAY, SEPTEMBER 13, 2012, 9:00 A.M.
8

9   THIS DOCUMENT RELATES TO
   ALL CASES
10
   ****************************************************************
11

12

13         TRANSCRIPT OF MONTHLY STATUS CONFERENCE PROCEEDINGS
           HEARD BEFORE THE HONORABLE ELDON E. FALLON
14               UNITED STATES DISTRICT JUDGE

15

   APPEARANCES:
16

17

   FOR THE PLAINTIFFS'
18  STEERING COMMITTEE:        HERMAN HERMAN & KATZ
                               BY:  RUSS M. HERMAN, ESQ.
19                                  LEONARD A. DAVIS, ESQ.
                               820 O'KEEFE AVENUE
20                             NEW ORLEANS LA  70113

21

22                             LEVIN FISHBEIN SEDRAN & BERMAN
                               BY:  ARNOLD LEVIN, ESQ.
23                                  FRED S. LONGER, ESQ.
                               510 WALNUT STREET, SUITE 500
24                             PHILADELPHIA PA  19106

25

```
 1    APPEARANCES CONTINUED:

 2

 3                              BARRIOS KINGSDORF & CASTEIX
                               BY:  DAWN M. BARRIOS, ESQ.
 4                              701 POYDRAS STREET, SUITE 3650
                               NEW ORLEANS LA  70139
 5

 6
                               SEEGER WEISS
 7                              BY:  SCOTT A. GEORGE, ESQ.
                               550 BROAD STREET, SUITE 920
 8                              NEWARK NJ  07102

 9

10    FOR THE DEFENDANTS'
      STEERING COMMITTEE:      KAYE SCHOLER
11                              BY:  STEVEN GLICKSTEIN, ESQ.
                               425 PARK AVENUE
12                              NEW YORK NY  10022

13

14    FOR THE HOMEBUILDERS'
      AND INSTALLERS'
15    STEERING COMMITTEE:      STONE PIGMAN WALTHER WITTMANN
                               BY:  DOROTHY H. WIMBERLY, ESQ.
16                              546 CARONDELET STREET
                               NEW ORLEANS LA  70130
17

18
                               GREENBERG TRAURIG
19                              BY:  MARK A. SALKY, ESQ.
                               1221 BRICKELL AVENUE
20                              MIAMI FL  33131

21

22                              STANLEY, REUTER, ROSS, THORNTON
                               & ALFORD
23                              BY:  THOMAS P. OWEN, JR., ESQ.
                               909 POYDRAS STREET, SUITE 2500
24                              NEW ORLEANS LA 70112

25
```

```
 1    APPEARANCES CONTINUED:

 2

 3                              RUMBERGER KIRK & CALDWELL
                               BY:  ROBERT FITZSIMMONS, ESQ.
 4                              BRICKWELL BAYVIEW CENTRE, SUITE 3000
                               80 S. W. 8TH STREET, SUITE 3000
 5                              MIAMI FL  33101

 6

 7                              SIVYER BARLOW & WATSON
                               BY:  NEAL A. SIVYER, ESQ.
 8                              SUNTRUST FINANCIAL CENTRE
                               401 EAST JACKSON STREET, SUITE 2225
 9                              TAMPA FL  33602

10

11    FOR THE INSURERS'        BARRASSO USDIN KUPPERMAN
      STEERING COMMITTEE:       FREEMAN & SARVER
12                              BY:  H. MINOR PIPES, III, ESQ.
                               LL&E TOWER, SUITE 1800
13                              909 POYDRAS STREET
                               NEW ORLEANS LA 70112
14

15
      FOR INTERIOR EXTERIOR
16    BUILDING SUPPLY, L.P.
      AND INTERIOR EXTERIOR
17    ENTERPRISES, LLC:        GALLOWAY JOHNSON TOMPKINS
                               BURR & SMITH
18                              BY: RICHARD G. DUPLANTIER, JR., ESQ.
                               701 POYDRAS STREET
19                              SUITE 4040 ONE SHELL SQUARE
                               NEW ORLEANS LA 70139
20

21
      FOR ALL BANNER ENTITIES:  PETERSON & ESPINO
22                              BY:  MICHAEL P. PETERSON, ESQ.
                               10631 S.W. 88TH STREET, SUITE 220
23                              MIAMI FL  33186

24

25
```

1    APPEARANCES CONTINUED:

2

3    FOR NORTH RIVER
     INSURANCE COMPANY:          THOMPSON COE
4                                BY:  KEVIN RISLEY, ESQ.
                                 ONE RIVERWAY, SUITE 1600
5                                HOUSTON TX 7705

6

7    FOR CHARTIS:                QUINN, EMANUEL, URQUHART & SULLIVAN
                                 BY:  JANE M. BYRNE, ESQ.
8                                51 MADISON AVENUE, 22ND FLOOR
                                 NEW YORK NY  10010
9

10

11   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
12                               REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM B406
13                               NEW ORLEANS LA  70130
                                 (504) 589-7779
14                               Cathy_Pepper@laed.uscourts.gov

15   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
16

17

18

19

20

21

22

23

24

25

1                          **I N D E X**

2

3    AGENDA ITEMS                                      PAGE

4

5    PRETRIAL ORDER........................................   8

6    STATE COURT TRIAL SETTINGS............................   8

7    HOME BUILDERS FEES AND COSTS..........................   9

8    STATE AND FEDERAL COORDINATION........................  10

9    OMNIBUS CLASS ACTION..................................  10

10   MOTION TO ESTABLISH ANY LITIGATION FEES..............  10

11   PILOT PROGRAM.........................................  10

12   TERM SHEET AGREEMENTS.................................  11

13   KNAUF DEFENDANTS......................................  11

14   TAISHAN DEFENDANTS.  .................................  11

15   INTERIOR EXTERIOR DEFENDANTS..........................  11

16   BANNER DEFENDANTS.....................................  13

17   VENTURE SUPPLY........................................  13

18   L & W DEFENDANT.......................................  14

19   PROFILE FORMS.........................................  14

20   RCR...................................................  14

21   FREQUENTLY ASKED QUESTIONS............................  14

22   MATTERS SET FOR HEARING...............................  14

23   *PRO SE* CLAIMANTS....................................  14

24   SETTLEMENT AGREEMENT..................................  16

25   EVIDENCE PRESERVATION.................................  16

DEFAULT JUDGMENTS....................................   16

ALREADY REMEDIATED HOMES.............................   16

THE NEXT STATUS CONFERENCE IS OCTOBER 10TH...........   16

ON NOVEMBER 13TH MEET BEGINNING AT 8 O'CLOCK, WHICH     16

IS THE DATE FOR THE HEARING..........................

NEW MATTERS..........................................   16

OPT-OUTS.............................................   16

09:01AM

09:01AM

| | |
|---|---|
| 1 | **P-R-O-C-E-E-D-I-N-G-S** |
| 2 | THURSDAY, SEPTEMBER 13, 2012 |
| 3 | M O R N I N G   S E S S I O N |
| 4 | (COURT CALLED TO ORDER) |
| 5 | |
| 6 | |

09:01AM 7        THE DEPUTY CLERK:  All rise.

09:01AM 8        THE COURT:  Please be seated.  Good morning, ladies and

09:01AM 9  gentlemen.  Call the case, please.

09:01AM 10        THE DEPUTY CLERK:  MDL 2047, *In re:*

09:02AM 11  *Chinese-Manufactured Drywall Products Liability Litigation.*

09:02AM 12        THE COURT:  Would counsel make their appearance for the

09:02AM 13  record.

09:02AM 14        MR. GLICKSTEIN:  Stephen Glickstein for the Knauf

09:02AM 15  defendants, a poor substitute for Kerry Miller for the

09:02AM 16  Defendants' Liaison Committee.

09:02AM 17        MR. HERMAN:  Stipulation.

09:02AM 18           May it please the Court, good morning,

09:02AM 19  Your Honor, Judge Fallon.  Russ Herman for plaintiffs.

09:02AM 20        THE COURT:  All right.  Okay.  We're in our monthly

09:02AM 21  status conference.  I have several hundred people on the phone,

09:02AM 22  so please use the microphone.

09:02AM 23           I met with liaison lead counsel for the various

09:02AM 24  parties and discussed with them the proposed agenda.  We'll

09:02AM 25  take in it the order that it is proposed.

09:02AM 1          The pretrial order, is there anything to report

09:02AM 2    on that?

09:02AM 3          MR. HERMAN:  May it please the Court, with respect to

09:02AM 4    the pretrial orders, there is nothing new.  Of course, all the

09:03AM 5    orders are on Your Honor's web site, as well as the status

09:03AM 6    report.

09:03AM 7          The state court trial settings, we report that

09:03AM 8    Judge Farina is no longer on the bench in Florida, and

09:03AM 9    Judge Bailey has taken over the Miami/Dade docket.

09:03AM 10         Dawn, do you have anything else to report on

09:03AM 11   the sevens?

09:03AM 12         MS. BARRIOS:  Your Honor, since our last status

09:03AM 13   conference, we're up to number 27 on the conditional transfer

09:03AM 14   orders.  No further remands have been filed.  The state court

09:03AM 15   filings are listed in the joint report, but there are a couple

09:03AM 16   of things I wanted to point out.

09:03AM 17         First I would like to welcome Judge Bailey to

09:03AM 18   the state court jurists who are dealing with *Chinese Drywall*.

09:03AM 19   I will be reaching out to her with my introductory letter

09:04AM 20   giving her my contact and your contact information, Your Honor.

09:04AM 21         Judge Hall in Virginia has set three trials

09:04AM 22   that will begin on January 14, and the PSC is working very

09:04AM 23   closely with Mr. Serpe and Mr. Wright in their group in working

09:04AM 24   on those trials and preparing them.

09:04AM 25         On Tuesday there was an argument before the

09:04AM 1   Virginia Supreme Court on the policy exclusion for pollution,

09:04AM 2   and the Virginia counsel are awaiting for a decision on that

09:04AM 3   but don't expect it for about 60 days.

09:04AM 4              As usual, I'll give a CD to everyone with the

09:04AM 5   state court cases.

09:04AM 6         THE COURT:  Good.  Thank you very much.

09:04AM 7              Judge Farina -- we're going to miss him in the

09:04AM 8   litigation because he did yoman work, and he and I worked

09:04AM 9   closely together on this.  I have a call in for Judge Bailey,

09:04AM 10  and I'm very impressed with the way she has stepped forward and

09:04AM 11  picked up the docket.  I know she'll do a great job.

09:04AM 12             I've been working with Judge Hall and

09:05AM 13  communicating with her on the various orders that she has

09:05AM 14  issued and the various opinions that I have issued, so I look

09:05AM 15  forward to continuing our working together.

09:05AM 16             Home builders fees and costs.  Anything on

09:05AM 17  that?

09:05AM 18        MR. HERMAN:  Dorothy Wimberly is here regarding that

09:05AM 19  issue.

09:05AM 20        MS. WIMBERLY:  The only new thing is I would continue

09:05AM 21  to encourage any builder who has not yet complied with the

09:05AM 22  Court's orders to please do so.

09:05AM 23        THE COURT:  Do you have any feeling for how many,

09:05AM 24  Dorothy, have not complied?

09:05AM 25        MS. WIMBERLY:  Your Honor, it's kind of a difficult

09:05AM 1    question.  The great majority of builders who are actively

09:05AM 2    participating in the litigation, I would say 95 percent of the

09:05AM 3    builders who are participating in the litigation have complied.

09:05AM 4    The problem is those same builders who are subject to the prior

09:05AM 5    default who have ignored the litigation, and I don't know that

09:06AM 6    that's going to go anywhere.

09:06AM 7         THE COURT:  All right.  Okay.  Keep me posted on that

09:06AM 8    and I'll act on it if you need me to.

09:06AM 9              State and federal coordination.

09:06AM 10        MR. HERMAN:  Dawn Barrios has already reported,

09:06AM 11   Your Honor.

09:06AM 12        THE COURT:  Any omnibus class action?

09:06AM 13        MR. HERMAN:  No, Your Honor.  Nothing new there.

09:06AM 14        THE COURT:  Motion to establish any litigation fees.

09:06AM 15        MR. HERMAN:  Nothing new there, Your Honor.

09:06AM 16        THE COURT:  Pilot program.  Anything on the pilot

09:06AM 17   program?

09:06AM 18        MR. HERMAN:  It's fine.  Any questions from claimants,

09:06AM 19   plaintiffs about remediation, they are encouraged to call the

09:06AM 20   help line created by Moss & Associates, if they are currently

09:06AM 21   under remediation or in the process of remediation, at 1-888-91

09:06AM 22   MOSS USA, that's 1-888-916-6778.  It also will be posted under

09:07AM 23   Item 8 in Your Honor's status conference report at page 9.

09:07AM 24        THE COURT:  I've been receiving several letters from

09:07AM 25   people who have participated in the pilot program laudatory of

09:07AM 1    the pilot program.  They appreciate the work and are satisfied

09:07AM 2    with the work.

09:07AM 3            I think this was an important step in the

09:07AM 4    ultimate resolution of the matter from Knauf's standpoint.  It

09:07AM 5    was a good opportunity to at least put in practice some of the

09:07AM 6    protocols that the Court set from the various cases that were

09:07AM 7    tried, and they were tweaked to make them realistic and factual

09:07AM 8    and it worked; so, this is a method that hopefully can be

09:07AM 9    transferred to other cases as need be.

09:07AM 10           Term sheet agreements.  Anything on that?

09:08AM 11       MR. HERMAN:  Nothing new, Your Honor.

09:08AM 12       THE COURT:  Anything with Knauf defendants?

09:08AM 13       MR. HERMAN:  No, Your Honor.  Nothing new.

09:08AM 14       THE COURT:  The Taishan defendants.  I wrote an opinion

09:08AM 15   recently on it.  As I mentioned in the meeting with liaison

09:08AM 16   counsel, I felt it was a rather long opinion, and if I had more

09:08AM 17   time, I would have written a shorter one, but that's the way it

09:08AM 18   works.  The good news is that there were four cases involved in

09:08AM 19   it; so, if you divide the number of pages by four, it's not as

09:08AM 20   long.

09:08AM 21           Interior Exterior defendants.  Anything on

09:08AM 22   that?

09:08AM 23       MR. HERMAN:  We, both sides have been daily in

09:08AM 24   communication.  Depositions are continuing.  Experts have been

09:08AM 25   listed.  We are close to a stipulation for trial purposes, and

09:09AM 1    we'll be speaking about that.

09:09AM 2                    I really have no other comments from the PSC,

09:09AM 3    but Mr. Risley and Mr. Duplantier are here.  They may wish to

09:09AM 4    address the Court regarding trial and pretrial issues.

09:09AM 5                MR. DUPLANTIER:  Richard Duplantier, Counsel for

09:09AM 6    Interior Exterior.  We're just proceeding with discovery at

09:09AM 7    this point trying to maintain the schedule that the Court set

09:09AM 8    out as best we can.

09:09AM 9                THE COURT:  Okay.  Kevin.

09:09AM 10               MR. RISLEY:  Your Honor.  Kevin Risley, R-I-S-L-E-Y,

09:09AM 11   for North River.  I don't think there has been an issue, the

09:09AM 12   PSC produced a substantial number of documents for Habitat last

09:09AM 13   week, and INEX has gone through those.  We would like a chance

09:09AM 14   to do that, and I want to make sure there is not a problem --

09:09AM 15               MR. HERMAN:  There is not a problem.  Mr. Duplantier

09:09AM 16   talked to us about it, and we've agreed to let you go through

09:09AM 17   the same documents, and we'll work out a date and time.  It

09:10AM 18   will have to be after Tuesday, but --

09:10AM 19               MR. RISLEY:  Would it be before the deposition?

09:10AM 20               MR. HERMAN:  When is the deposition?

09:10AM 21               MR. RISLEY:  Tuesday.  We have some people lined up to

09:10AM 22   do it this afternoon and tomorrow.

09:10AM 23               MR. HERMAN:  We'll do our best.  Those of us who are in

09:10AM 24   the Jewish faith have New Year's preparatory to atoning for our

09:10AM 25   sins, Kevin, which are numerous.

09:10AM 1          MR. RISLEY:  I understand.

09:10AM 2          MR. HERMAN:  You do understand.

09:10AM 3          THE COURT:  I'm sure it will work out.  He needs it

09:10AM 4     before the depositions.

09:10AM 5          MR. HERMAN:  Let's see if we can do it right now.

09:10AM 6                    It's done.  Talk to Ms. Barrios about it.

09:10AM 7          MR. RISLEY:  Thank you, Your Honor.

09:10AM 8          THE COURT:  Okay.  All right.  Fine.

09:10AM 9                    What we're doing at this stage of the

09:10AM 10    litigation, we set the pool from which the cases to be tried

09:10AM 11    will be selected in these type of matters.  There are thousands

09:10AM 12    of cases.  Rather than discover thousands of cases to pick the

09:11AM 13    cases from which trials can be had, we limit that by allowing

09:11AM 14    each side to pick a number of cases which we call *the pool*, and

09:11AM 15    they discover those cases involving those cases, and then from

09:11AM 16    those cases they pick the cases to be tried, and that's what

09:11AM 17    we're doing at this stage.

09:11AM 18                    Anything from the Banner defendants?

09:11AM 19         MR. HERMAN:  I don't think so.

09:11AM 20         THE COURT:  Venture Supply.  Anything on the

09:11AM 21    Venture Supply issue?

09:11AM 22         MR. HERMAN:  No, Your Honor.

09:11AM 23         MR. LEVIN:  Your Honor, a heads-up on that.  Down in

09:11AM 24    Virginia, I guess it's down in Virginia, they are working on

09:11AM 25    settlements for a lot of the defendants in the case with the

09:11AM 1    carriers.  They are a little prolix because there are builders

09:12AM 2    that have remediated and crossclaims.  I am hopeful that we

09:12AM 3    will have papers for those settlements within the next two

09:12AM 4    weeks, sir.

09:12AM 5            THE COURT:  Okay.  Good.

09:12AM 6                  Any L & W defendant?  Anything on that?

09:12AM 7            MR. HERMAN:  No, Your Honor, unless lead counsel has

09:12AM 8    something on L & W.

09:12AM 9            MR. LEVIN:  They are the tail in all of this stuff,

09:12AM 10   Your Honor.

09:12AM 11           THE COURT:  All right.  Any problem with the profile

09:12AM 12   forms?

09:12AM 13           MR. HERMAN:  No, Your Honor.

09:12AM 14           THE COURT:  RCR.

09:12AM 15           MR. HERMAN:  Nothing new, Your Honor.

09:12AM 16           THE COURT:  Anything frequently asked questions?

09:12AM 17           MR. HERMAN:  Nothing.

09:12AM 18           THE COURT:  Matters set for hearing?  I have a

09:12AM 19   conference with North River and then following that I have a

09:12AM 20   conference with Hobbie after this proceeding, but anything on

09:12AM 21   the matters set for hearing?

09:13AM 22           MR. HERMAN:  Matters set for hearing are postponed,

09:13AM 23   Your Honor.

09:13AM 24                  I was looking for *pro se*.

09:13AM 25           THE COURT:  *Pro se* claimants.

09:13AM   1          MR. JOHNSTON:  I'm in the back row.

09:13AM   2          MR. HERMAN:  Another classmate.  There are three of us

09:13AM   3   left practicing.  Mr. Johnston.

09:13AM   4          THE COURT:  Let's hear from the attorney for the

09:13AM   5   *pro se's*.

09:13AM   6          MR. JOHNSTON:  Thank you, Your Honor.  Bob Johnston.

09:13AM   7   Do you notice that Russ always has a quip about me?

09:13AM   8          THE COURT:  I noticed that.

09:13AM   9          MR. HERMAN:  I strained all night to come up with

09:13AM  10   something nice to say.

09:13AM  11          THE COURT:  I understand you all sat next to each other

09:13AM  12   in law school, and it's a question of who looked on who's

09:13AM  13   paper.

09:13AM  14          MR. HERMAN:  If he would have looked on mine he would

09:13AM  15   have never passed, Your Honor.

09:13AM  16          MR. JOHNSTON:  I would like to think that Russ would

09:13AM  17   have spent some time picking up debris from ISAAC if he didn't

09:13AM  18   look over on my notes and what have you.

09:13AM  19                 I have filed, Your Honor, Curator Status Report

09:14AM  20   Number 7, and the only thing is I have told you over the past 9

09:14AM  21   or 10 months the number of *pro se* claimants that I have worked

09:14AM  22   with and had them obtain and send to me inspection reports and

09:14AM  23   plaintiff profile forms continues to be, in my view, small.

09:14AM  24                 We are now at 56 in 9 or 10 months, so I think

09:14AM  25   that that is -- I think that's the most important information

09:14AM 1    to provide to the Court.  I have, as I always do, sent all of

09:14AM 2    those documents to both the Plaintiffs' Steering Committee

09:14AM 3    through Lennie Davis and also the defendants.

09:14AM 4         THE COURT:  Thank you.

09:14AM 5              Anything on XII, the settlement agreement?

09:14AM 6         MR. HERMAN:  Nothing new, Your Honor.

09:15AM 7         THE COURT:  Any evidence preservation problems?

09:15AM 8         MR. HERMAN:  Nothing new, Your Honor.

09:15AM 9         THE COURT:  Default judgments.

09:15AM 10        MR. HERMAN:  On the XXIII, the motion, we've asked that

09:15AM 11   it be postponed, Your Honor.

09:15AM 12        THE COURT:  All right.  Anything on the already

09:15AM 13   remediated homes?

09:15AM 14        MR. HERMAN:  Nothing new, Your Honor.

09:15AM 15        THE COURT:  Okay.  The next status conference is

09:15AM 16   October 10th.  I understand the preference for the November one

09:15AM 17   is that we meet beginning at 8 o'clock on November 13th, which

09:15AM 18   is the date for the hearing.

09:15AM 19              Anything from anyone else?  Any new matters?

09:15AM 20   Dorothy.

09:15AM 21        MS. WIMBERLY:  Your Honor, just for the benefit of

09:15AM 22   those builders and installers and others who had asked about

09:15AM 23   the opt-outs, that matter was discussed in chambers, and

09:15AM 24   plaintiffs have agreed to provide us with a list of opt-outs.

09:16AM 25        THE COURT:  Yes, I think it's important that we keep

09:16AM 1   communication with everyone because that's the key area that we

09:16AM 2   need to focus on.

09:16AM 3            MR. LEVIN:  On the global settlement, we are remiss.

09:16AM 4   Those opt-outs should have been filed.  They will be filed

09:16AM 5   tomorrow on the Court's docket.

09:16AM 6                 As to the other settlements, the filing date is

09:16AM 7   after September 28th, but we will voluntarily give them to

09:16AM 8   Ms. Wimberly so that she can distribute them to whoever needs

09:16AM 9   them to make decisions with regard to their own, whether they

09:16AM 10  determine to opt in or opt out.

09:16AM 11           THE COURT:  All right.  Dorothy, I know you're getting

09:16AM 12  a lot of calls, but when you do, check with Arnold and let's

09:16AM 13  get the information.  If you have any problem getting the

09:16AM 14  information, get to me.

09:16AM 15           MS. WIMBERLY:  I'm sure it will be fine.

09:16AM 16           THE COURT:  All right.  Anything else?

09:16AM 17                 All right.  Folks, thank you very much.  I'll

09:16AM 18  see you at the next status conference.

09:16AM 19           THE DEPUTY CLERK:  All rise.

20           (WHEREUPON, at 9:16 a.m. the proceedings were

21   concluded.)

22                          *    *    *

23

24

25

REPORTER'S CERTIFICATE


     I, Cathy Pepper, Certified Realtime Reporter, Registered

Merit Reporter, Certified Court Reporter of the State of

Louisiana, Official Court Reporter for the United States

District Court, Eastern District of Louisiana, do hereby

certify that the foregoing is a true and correct transcript to

the best of my ability and understanding from the record of the

proceedings in the above-entitled and numbered matter.




                              *s/Cathy Pepper*

                              Cathy Pepper, CRR, RMR, CCR
                              Certified Realtime Reporter
                              Registered Merit Reporter
                              Official Court Reporter
                              United States District Court
                              Cathy_Pepper@laed.uscourts.gov

**0**

07102 [1] - 2:8
09-MD-2047 [1] - 1:6

**1**

1-888-91 [1] - 10:21
1-888-916-6778 [1] - 10:22
10 [6] - 5:8, 5:9, 5:10, 5:11, 15:21, 15:24
10010 [1] - 4:8
10022 [1] - 2:12
10631 [1] - 3:22
10th [1] - 16:16
10TH.......... [1] - 6:3
11 [4] - 5:12, 5:13, 5:14, 5:15
1221 [1] - 2:19
13 [4] - 1:7, 5:16, 5:17, 7:2
13th [1] - 16:17
13TH [1] - 6:4
14 [7] - 5:18, 5:19, 5:20, 5:21, 5:22, 5:23, 8:22
16 [8] - 5:24, 5:25, 6:1, 6:2, 6:3, 6:4, 6:6, 6:7
1600 [1] - 4:4
1800 [1] - 3:12
19106 [1] - 1:24

**2**

2012 [2] - 1:7, 7:2
2047 [1] - 7:10
220 [1] - 3:22
2225 [1] - 3:8
22ND [1] - 4:8
2500 [1] - 2:23
27 [1] - 8:13
28th [1] - 17:7

**3**

3000 [2] - 3:4, 3:4
33101 [1] - 3:5
33131 [1] - 2:20
33186 [1] - 3:23
33602 [1] - 3:9
3650 [1] - 2:4

**4**

401 [1] - 3:8

**4040** [1] - 3:19
**425** [1] - 2:11

**5**

500 [2] - 1:23, 4:12
504 [1] - 4:13
51 [1] - 4:8
510 [1] - 1:23
546 [1] - 2:16
550 [1] - 2:7
56 [1] - 15:24
589-7779 [1] - 4:13

**6**

60 [1] - 9:3

**7**

7 [1] - 15:20
701 [2] - 2:4, 3:18
70112 [2] - 2:24, 3:13
70113 [1] - 1:20
70130 [2] - 2:16, 4:13
70139 [2] - 2:4, 3:19
7705 [1] - 4:5

**8**

8 [5] - 5:5, 5:6, 6:4, 10:23, 16:17
80 [1] - 3:4
820 [1] - 1:19
88TH [1] - 3:22
8TH [1] - 3:4

**9**

9 [4] - 5:7, 10:23, 15:20, 15:24
909 [2] - 2:23, 3:13
920 [1] - 2:7
95 [1] - 10:2
9:00 [1] - 1:7
9:16 [1] - 17:20

**A**

A.M [1] - 1:7
a.m [1] - 17:20
ability [1] - 18:9
above-entitled [1] - 18:10
act [1] - 10:8
action [1] - 10:12

ACTION....................
........... [1] - 5:9
actively [1] - 10:1
address [1] - 12:4
afternoon [1] - 12:22
AGENDA [1] - 5:3
agenda [1] - 7:24
agreed [2] - 12:16, 16:24
agreement [1] - 16:5
AGREEMENT............
.................. [1] - 5:24
agreements [1] - 11:10
AGREEMENTS.........
.................. [1] - 5:12
ALFORD [1] - 2:22
ALL [2] - 1:9, 3:21
allowing [1] - 13:13
ALREADY [1] - 6:2
AND [4] - 2:14, 3:16, 5:7, 5:8
ANY [1] - 5:10
appearance [1] - 7:12
APPEARANCES [4] - 1:15, 2:1, 3:1, 4:1
appreciate [1] - 11:1
area [1] - 17:1
argument [1] - 8:25
ARNOLD [1] - 1:22
Arnold [1] - 17:12
ASKED [1] - 5:21
Associates [1] - 10:20
AT [1] - 6:4
atoning [1] - 12:24
attorney [1] - 15:4
AVENUE [4] - 1:19, 2:11, 2:19, 4:8
awaiting [1] - 9:2

**B**

B406 [1] - 4:12
Bailey [3] - 8:9, 8:17, 9:9
Banner [1] - 13:18
BANNER [2] - 3:21, 5:16
BARLOW [1] - 3:7
BARRASSO [1] - 3:11
BARRIOS [3] - 2:3, 2:3, 8:12
Barrios [2] - 10:10, 13:6
BAYVIEW [1] - 3:4
BEFORE [1] - 1:13
begin [1] - 8:22

beginning [1] - 16:17
BEGINNING [1] - 6:4
bench [1] - 8:8
benefit [1] - 16:21
BERMAN [1] - 1:22
best [3] - 12:8, 12:23, 18:9
Bob [1] - 15:6
BRICKELL [1] - 2:19
BRICKWELL [1] - 3:4
BROAD [1] - 2:7
builder [1] - 9:21
BUILDERS [1] - 5:7
builders [6] - 9:16, 10:1, 10:3, 10:4, 14:1, 16:22
BUILDING [1] - 3:16
BURR [1] - 3:17
BY [17] - 1:18, 1:22, 2:3, 2:7, 2:11, 2:15, 2:19, 2:23, 3:3, 3:7, 3:12, 3:18, 3:22, 4:4, 4:7, 4:15, 4:15
BYRNE [1] - 4:7

**C**

CALDWELL [1] - 3:3
CALLED [1] - 7:4
CARONDELET [1] - 2:16
carriers [1] - 14:1
case [2] - 7:9, 13:25
cases [13] - 9:5, 11:6, 11:9, 11:18, 13:10, 13:12, 13:13, 13:14, 13:15, 13:16
CASES [1] - 1:9
CASTEIX [1] - 2:3
CATHY [1] - 4:11
Cathy [2] - 18:4, 18:14
Cathy_Pepper@laed .uscourts.gov [2] - 4:14, 18:16
CCR [2] - 4:11, 18:14
CD [1] - 9:4
CENTRE [2] - 3:4, 3:8
CERTIFICATE [1] - 18:1
CERTIFIED [1] - 4:11
Certified [3] - 18:4, 18:5, 18:14
certify [1] - 18:8
chambers [1] - 16:23
chance [1] - 12:13
CHARTIS [1] - 4:7
check [1] - 17:12
Chinese [2] - 7:11, 8:18

CHINESE [1] - 1:4
Chinese-Manufactured [1] - 7:11
CHINESE-MANUFACTURED [1] - 1:4
CIVIL [1] - 1:6
claimants [3] - 10:18, 14:25, 15:21
CLAIMANTS...............
.................. [1] - 5:23
class [1] - 10:12
CLASS [1] - 5:9
classmate [1] - 15:2
CLERK [3] - 7:7, 7:10, 17:19
close [1] - 11:25
closely [2] - 8:23, 9:9
COE [1] - 4:3
comments [1] - 12:2
COMMITTEE [4] - 1:18, 2:10, 2:15, 3:11
Committee [2] - 7:16, 16:2
communicating [1] - 9:13
communication [2] - 11:24, 17:1
COMPANY [1] - 4:3
complied [3] - 9:21, 9:24, 10:3
COMPUTER [1] - 4:15
concluded [1] - 17:21
conditional [1] - 8:13
CONFERENCE [2] - 1:12, 6:3
conference [7] - 7:21, 8:13, 10:23, 14:19, 14:20, 16:15, 17:18
contact [2] - 8:20
continue [1] - 9:20
CONTINUED [3] - 2:1, 3:1, 4:1
continues [1] - 15:23
continuing [2] - 9:15, 11:24
coordination [1] - 10:9
COORDINATION.......
.............. [1] - 5:8
correct [1] - 18:8
costs [1] - 9:16
COSTS.....................
.. [1] - 5:7
Counsel [1] - 12:5
counsel [5] - 7:12,

7:23, 9:2, 11:16,
14:7
**couple** [1] - 8:15
**course** [1] - 8:4
**Court** [12] - 7:18, 8:3,
9:1, 11:6, 12:4, 12:7,
16:1, 18:5, 18:6,
18:7, 18:15, 18:16
**court** [4] - 8:7, 8:14,
8:18, 9:5
**COURT** [37] - 1:1,
4:11, 5:6, 7:4, 7:8,
7:12, 7:20, 9:6, 9:23,
10:7, 10:12, 10:14,
10:16, 10:24, 11:12,
11:14, 12:9, 13:3,
13:8, 13:20, 14:5,
14:11, 14:14, 14:16,
14:18, 14:25, 15:4,
15:8, 15:11, 16:4,
16:7, 16:9, 16:12,
16:15, 16:25, 17:11,
17:16
**Court's** [2] - 9:22, 17:5
**created** [1] - 10:20
**crossclaims** [1] - 14:2
**CRR** [2] - 4:11, 18:14
**Curator** [1] - 15:19

**D**

**daily** [1] - 11:23
**DATE** [1] - 6:5
**date** [3] - 12:17, 16:18,
17:6
**DAVIS** [1] - 1:19
**Davis** [1] - 16:3
**DAWN** [1] - 2:3
**dawn** [1] - 8:10
**Dawn** [1] - 10:10
**days** [1] - 9:3
**dealing** [1] - 8:18
**debris** [1] - 15:17
**decision** [1] - 9:2
**decisions** [1] - 17:9
**default** [2] - 10:5, 16:9
**DEFAULT** [1] - 6:1
**defendant** [1] - 14:6
**DEFENDANT**............
..........................  [1] -
5:18
**defendants** [7] - 7:15,
11:12, 11:14, 11:21,
13:18, 13:25, 16:3
**DEFENDANTS** [1] -
5:14
**Defendants'** [1] - 7:16
**DEFENDANTS'** [1] -
2:10

**DEFENDANTS**..........
..............  [1] - 5:15
**DEFENDANTS**..........
..........................  [1] -
5:16
**DEFENDANTS**..........
..........................  [1] -
5:13
**deposition** [2] - 12:19,
12:20
**depositions** [2] -
11:24, 13:4
**DEPUTY** [3] - 7:7,
7:10, 17:19
**determine** [1] - 17:10
**difficult** [1] - 9:25
**discover** [2] - 13:12,
13:15
**discovery** [1] - 12:6
**discussed** [2] - 7:24,
16:23
**distribute** [1] - 17:8
**District** [3] - 18:7,
18:16
**DISTRICT** [3] - 1:1,
1:2, 1:13
**divide** [1] - 11:19
**DOCKET** [1] - 1:6
**docket** [3] - 8:9, 9:11,
17:5
**DOCUMENT** [1] - 1:9
**documents** [3] -
12:12, 12:17, 16:2
**done** [1] - 13:6
**DOROTHY** [2] - 2:15
**Dorothy** [4] - 9:18,
9:24, 16:20, 17:11
**down** [2] - 13:23,
13:24
**Drywall** [2] - 7:11,
8:18
**DRYWALL** [1] - 1:5
**Duplantier** [2] - 12:3,
12:5, 12:15
**DUPLANTIER** [2] -
3:18, 12:5

**E**

**EAST** [1] - 3:8
**EASTERN** [1] - 1:2
**Eastern** [1] - 18:7
**ELDON** [1] - 1:13
**EMANUEL** [1] - 4:7
**encourage** [1] - 9:21
**encouraged** [1] -
10:19
**ENTERPRISES** [1] -
3:17

**ENTITIES** [1] - 3:21
**entitled** [1] - 18:10
**ESPINO** [1] - 3:21
**ESQ** [17] - 1:18, 1:19,
1:22, 1:23, 2:3, 2:7,
2:11, 2:15, 2:19,
2:23, 3:3, 3:7, 3:12,
3:18, 3:22, 4:4, 4:7
**establish** [1] - 10:14
**ESTABLISH** [1] - 5:10
**evidence** [1] - 16:7
**EVIDENCE** [1] - 5:25
**exclusion** [1] - 9:1
**expect** [1] - 9:3
**experts** [1] - 11:24
**EXTERIOR** [3] - 3:15,
3:16, 5:15
**Exterior** [2] - 11:21,
12:6

**F**

**factual** [1] - 11:7
**faith** [1] - 12:24
**Fallon** [1] - 7:19
**FALLON** [1] - 1:13
**Farina** [2] - 8:8, 9:7
**FEDERAL** [1] - 5:8
**federal** [1] - 10:9
**FEES** [1] - 5:7
**fees** [2] - 9:16, 10:14
**FEES**.............  [1] -
5:10
**felt** [1] - 11:16
**filed** [4] - 8:14, 15:19,
17:4
**filing** [1] - 17:6
**filings** [1] - 8:15
**FINANCIAL** [1] - 3:8
**fine** [3] - 10:18, 13:8,
17:15
**first** [1] - 8:17
**FISHBEIN** [1] - 1:22
**FITZSIMMONS** [1] -
3:3
**FL** [4] - 2:20, 3:5, 3:9,
3:23
**FLOOR** [1] - 4:8
**Florida** [1] - 8:8
**focus** [1] - 17:2
**folks** [1] - 17:17
**following** [1] - 14:19
**FOR** [10] - 1:17, 2:10,
2:14, 3:11, 3:15,
3:21, 4:3, 4:7, 5:22,
6:5
**foregoing** [1] - 18:8
**forms** [2] - 14:12,
15:23

**FORMS**...................
..........................  [1] - 5:19
**forward** [2] - 9:10,
9:15
**four** [2] - 11:18, 11:19
**FRED** [1] - 1:23
**FREEMAN** [1] - 3:11
**frequently** [1] - 14:16
**FREQUENTLY** [1] -
5:21

**G**

**GALLOWAY** [1] - 3:17
**gentlemen** [1] - 7:9
**GEORGE** [1] - 2:7
**Glickstein** [1] - 7:14
**GLICKSTEIN** [2] -
2:11, 7:14
**global** [1] - 17:3
**great** [2] - 9:11, 10:1
**GREENBERG** [1] -
2:18
**group** [1] - 8:23
**guess** [1] - 13:24

**H**

**Habitat** [1] - 12:12
**Hall** [2] - 8:21, 9:12
**heads** [1] - 13:23
**heads-up** [1] - 13:23
**hear** [1] - 15:4
**HEARD** [1] - 1:13
**hearing** [4] - 14:18,
14:21, 14:22, 16:18
**HEARING**..................
..........  [1] - 6:5
**HEARING**..................
................  [1] - 5:22
**help** [1] - 10:20
**hereby** [1] - 18:7
**Herman** [1] - 7:19
**HERMAN** [32] - 1:18,
1:18, 7:17, 8:3, 9:18,
10:10, 10:13, 10:15,
10:18, 11:11, 11:13,
11:23, 12:15, 12:20,
12:23, 13:2, 13:5,
13:19, 13:22, 14:7,
14:13, 14:15, 14:17,
14:22, 15:2, 15:9,
15:14, 16:6, 16:8,
16:10, 16:14
**Hobbie** [1] - 14:20
**HOME** [1] - 5:7
**home** [1] - 9:16
**HOMEBUILDERS'** [1]

- 2:14
**homes** [1] - 16:13
**HOMES**....................
........  [1] - 6:2
**Honor** [26] - 7:19,
8:12, 8:20, 9:25,
10:11, 10:13, 10:15,
11:11, 11:13, 12:10,
13:7, 13:22, 13:23,
14:7, 14:10, 14:13,
14:15, 14:23, 15:6,
15:15, 15:19, 16:6,
16:8, 16:11, 16:14,
16:21
**Honor's** [2] - 8:5,
10:23
**HONORABLE** [1] -
1:13
**hopeful** [1] - 14:2
**hopefully** [1] - 11:8
**HOUSTON** [1] - 4:5
**hundred** [1] - 7:21

**I**

**ignored** [1] - 10:5
**Ill** [1] - 3:12
**important** [3] - 11:3,
15:25, 16:25
**impressed** [1] - 9:10
**IN** [1] - 1:4
**INEX** [1] - 12:13
**information** [4] - 8:20,
15:25, 17:13, 17:14
**inspection** [1] - 15:22
**installers** [1] - 16:22
**INSTALLERS'** [1] -
2:14
**INSURANCE** [1] - 4:3
**INSURERS'** [1] - 3:11
**interior** [1] - 11:21
**INTERIOR** [3] - 3:15,
3:16, 5:15
**Interior** [1] - 12:6
**introductory** [1] - 8:19
**involved** [1] - 11:18
**involving** [1] - 13:15
**IS** [2] - 6:3, 6:5
**ISAAC** [1] - 15:17
**issue** [3] - 9:19, 12:11,
13:21
**issued** [2] - 9:14
**issues** [1] - 12:4
**Item** [1] - 10:23
**ITEMS** [1] - 5:3

## J

JACKSON [1] - 3:8
JANE [1] - 4:7
January [1] - 8:22
Jewish [1] - 12:24
job [1] - 9:11
JOHNSON [1] - 3:17
JOHNSTON [3] - 15:1, 15:6, 15:16
Johnston [2] - 15:3, 15:6
joint [1] - 8:15
JR [2] - 2:23, 3:18
Judge [8] - 7:19, 8:8, 8:9, 8:17, 8:21, 9:7, 9:9, 9:12
JUDGE [1] - 1:13
judgments [1] - 16:9
JUDGMENTS............
.......................... [1] - 6:1
jurists [1] - 8:18

## K

KATZ [1] - 1:18
KAYE [1] - 2:10
keep [2] - 10:7, 16:25
Kerry [1] - 7:15
KEVIN [1] - 4:4
Kevin [2] - 12:9, 12:10, 12:25
key [1] - 17:1
kind [1] - 9:25
KINGSDORF [1] - 2:3
KIRK [1] - 3:3
KNAUF [1] - 5:13
Knauf [2] - 7:14, 11:12
Knauf's [1] - 11:4
KUPPERMAN [1] - 3:11

## L

L.P [1] - 3:16
LA [7] - 1:20, 2:4, 2:16, 2:24, 3:13, 3:19, 4:13
ladies [1] - 7:8
last [2] - 8:12, 12:12
laudatory [1] - 10:25
law [1] - 15:12
lead [2] - 7:23, 14:7
least [1] - 11:5
left [1] - 15:3
Lennie [1] - 16:3

LEONARD [1] - 1:19
letter [1] - 8:19
letters [1] - 10:24
LEVIN [5] - 1:22, 1:22, 13:23, 14:9, 17:3
Liability [1] - 7:11
LIABILITY [1] - 1:5
Liaison [1] - 7:16
liaison [2] - 7:23, 11:15
limit [1] - 13:13
line [1] - 10:20
lined [1] - 12:21
list [1] - 16:24
listed [2] - 8:15, 11:25
litigation [6] - 9:8, 10:2, 10:3, 10:5, 10:14, 13:10
LITIGATION [2] - 1:5, 5:10
Litigation [1] - 7:11
LL&E [1] - 3:12
LLC [1] - 3:17
LONGER [1] - 1:23
look [2] - 9:14, 15:18
looked [2] - 15:12, 15:14
looking [1] - 14:24
Louisiana [2] - 18:6, 18:7
LOUISIANA [2] - 1:2, 1:7

## M

MADISON [1] - 4:8
maintain [1] - 12:7
majority [1] - 10:1
Manufactured [1] - 7:11
MANUFACTURED [1] - 1:4
MARK [1] - 2:19
matter [3] - 11:4, 16:23, 18:10
matters [5] - 13:11, 14:18, 14:21, 14:22, 16:19
MATTERS [1] - 5:22
MATTERS.................
.......................... [1] - 6:6
MDL [1] - 7:10
MECHANICAL [1] - 4:15
MEET [1] - 6:4
meet [1] - 16:17
meeting [1] - 11:15
mentioned [1] - 11:15

Merit [2] - 18:5, 18:15
MERIT [1] - 4:12
met [1] - 7:23
method [1] - 11:8
MIAMI [3] - 2:20, 3:5, 3:23
Miami/Dade [1] - 8:9
MICHAEL [1] - 3:22
microphone [1] - 7:22
Miller [1] - 7:15
mine [1] - 15:14
MINOR [1] - 3:12
miss [1] - 9:7
monthly [1] - 7:20
MONTHLY [1] - 1:12
months [2] - 15:21, 15:24
morning [2] - 7:8, 7:18
Moss [1] - 10:20
MOSS [1] - 10:22
most [1] - 15:25
motion [2] - 10:14, 16:10
MOTION [1] - 5:10
MR [41] - 7:14, 7:17, 8:3, 9:18, 10:10, 10:13, 10:15, 10:18, 11:11, 11:13, 11:23, 12:5, 12:10, 12:19, 12:19, 12:20, 12:21, 12:23, 13:1, 13:2, 13:5, 13:19, 13:22, 13:23, 14:7, 14:9, 14:13, 14:15, 14:17, 14:22, 15:1, 15:2, 15:6, 15:9, 15:14, 15:16, 16:6, 16:8, 16:16, 16:14, 17:3
MS [5] - 8:12, 9:20, 9:25, 16:21, 17:15

## N

NEAL [1] - 3:7
need [3] - 10:8, 11:9, 17:2
needs [2] - 13:3, 17:8
never [1] - 15:15
NEW [11] - 1:7, 1:20, 2:4, 2:12, 2:16, 2:24, 3:13, 3:19, 4:8, 4:13, 6:6
New [1] - 12:24
new [4] - 8:4, 9:20, 10:13, 10:15, 11:11, 11:13, 14:15, 16:6, 16:8, 16:14, 16:19
NEWARK [1] - 2:8
news [1] - 11:18

NEXT [1] - 6:3
next [4] - 14:3, 15:11, 16:15, 17:18
nice [1] - 15:10
night [1] - 15:9
NJ [1] - 2:8
NO [1] - 1:6
North [2] - 12:11, 14:19
NORTH [1] - 4:3
notes [1] - 15:18
nothing [10] - 8:4, 10:13, 10:15, 11:11, 11:13, 14:15, 14:17, 16:6, 16:8, 16:14
notice [1] - 15:7
noticed [1] - 15:8
NOVEMBER [1] - 6:4
November [2] - 16:16, 16:17
number [5] - 8:13, 11:19, 12:12, 13:14, 15:21
Number [1] - 15:20
numbered [1] - 18:10
numerous [1] - 12:25
NY [2] - 2:12, 4:8

## O

O'CLOCK [1] - 6:4
o'clock [1] - 16:17
O'KEEFE [1] - 1:19
obtain [1] - 15:22
OCTOBER [1] - 6:3
October [1] - 16:16
OF [2] - 1:2, 1:12
OFFICIAL [1] - 4:11
Official [2] - 18:6, 18:15
OMNIBUS [1] - 5:9
omnibus [1] - 10:12
ON [1] - 6:4
ONE [2] - 3:19, 4:4
one [2] - 11:17, 16:16
opinion [2] - 11:14, 11:16
opinions [1] - 9:14
opportunity [1] - 11:5
opt [5] - 16:23, 16:24, 17:4, 17:10
OPT [1] - 6:7
opt-outs [3] - 16:23, 16:24, 17:4
OPT-OUTS.............
.......................... [1] - 6:7
order [2] - 7:25, 8:1
ORDER [1] - 7:4

ORDER...................
.............. [1] - 5:5
orders [5] - 8:4, 8:5, 8:14, 9:13, 9:22
ORLEANS [8] - 1:7, 1:20, 2:4, 2:16, 2:24, 3:13, 3:19, 4:13
outs [3] - 16:23, 16:24, 17:4
OUTS......................
.................. [1] - 6:7
OWEN [1] - 2:23
own [1] - 17:9

## P

PA [1] - 1:24
page [1] - 10:23
PAGE [1] - 5:3
pages [1] - 11:19
paper [1] - 15:13
papers [1] - 14:3
PARK [1] - 2:11
participated [1] - 10:25
participating [2] - 10:2, 10:3
parties [1] - 7:24
passed [1] - 15:15
past [1] - 15:20
people [3] - 7:21, 10:25, 12:21
Pepper [3] - 18:4, 18:13, 18:14
PEPPER [1] - 4:11
percent [1] - 10:2
PETERSON [2] - 3:21, 3:22
PHILADELPHIA [1] - 1:24
phone [1] - 7:21
pick [3] - 13:12, 13:14, 13:16
picked [1] - 9:11
picking [1] - 15:17
PIGMAN [1] - 2:15
PILOT [1] - 5:11
pilot [4] - 10:16, 10:25, 11:1
PIPES [1] - 3:12
plaintiff [1] - 15:23
plaintiffs [3] - 7:19, 10:19, 16:24
Plaintiffs' [1] - 16:2
PLAINTIFFS' [1] - 1:17
point [2] - 8:16, 12:7
policy [1] - 9:1
pollution [1] - 9:1

pool [2] - 13:10, 13:14
poor [1] - 7:15
posted [2] - 10:7, 10:22
postponed [2] - 14:22, 16:11
POYDRAS [5] - 2:4, 2:23, 3:13, 3:18, 4:12
practice [1] - 11:5
practicing [1] - 15:3
preference [1] - 16:16
preparatory [1] - 12:24
preparing [1] - 8:24
preservation [1] - 16:7
PRESERVATION.......
.......................... [1] - 5:25
pretrial [3] - 8:1, 8:4, 12:4
PRETRIAL [1] - 5:5
PRO [1] - 5:23
pro [4] - 14:24, 14:25, 15:5, 15:21
problem [5] - 10:4, 12:14, 12:15, 14:11, 17:13
problems [1] - 16:7
proceeding [2] - 12:6, 14:20
proceedings [2] - 17:20, 18:10
PROCEEDINGS [3] - 1:12, 4:15, 7:1
process [1] - 10:21
PRODUCED [1] - 4:15
produced [1] - 12:12
Products [1] - 7:11
PRODUCTS [1] - 1:5
profile [2] - 14:11, 15:23
PROFILE [1] - 5:19
program [4] - 10:16, 10:17, 10:25, 11:1
PROGRAM...............
.......................... [1] - 5:11
prolix [1] - 14:1
proposed [2] - 7:24, 7:25
protocols [1] - 11:6
provide [2] - 16:1, 16:24
PSC [3] - 8:22, 12:2, 12:12
purposes [1] - 11:25
put [1] - 11:5

**Q**

questions [2] - 10:18, 14:16
QUESTIONS..............
.......... [1] - 5:21
QUINN [1] - 4:7
quip [1] - 15:7

**R**

rather [1] - 11:16, 13:12
RCR [1] - 14:14
RCR..........................
.......................... [1] - 5:20
re [1] - 7:10
RE [1] - 1:4
reaching [1] - 8:19
realistic [1] - 11:7
really [1] - 12:2
Realtime [2] - 18:4, 18:14
REALTIME [1] - 4:11
receiving [1] - 10:24
recently [1] - 11:15
record [2] - 7:13, 18:9
RECORDED [1] - 4:15
regard [1] - 17:9
regarding [2] - 9:18, 12:4
REGISTERED [1] - 4:12
Registered [1] - 18:4
registered [1] - 18:15
RELATES [1] - 1:9
remands [1] - 8:14
remediated [2] - 14:2, 16:13
REMEDIATED [1] - 6:2
remediation [2] - 10:19, 10:21
remiss [1] - 17:3
report [6] - 8:1, 8:6, 8:7, 8:10, 8:15, 10:23
Report [1] - 15:19
reported [1] - 10:10
Reporter [7] - 18:4, 18:5, 18:6, 18:14, 18:15, 18:15
REPORTER [3] - 4:11, 4:11, 4:12
REPORTER'S [1] - 18:1
reports [1] - 15:22

resolution [1] - 11:4
respect [1] - 8:3
REUTER [1] - 2:22
Richard [1] - 12:5
RICHARD [1] - 3:18
rise [2] - 7:7, 17:19
Risley [2] - 12:3, 12:10
RISLEY [7] - 4:4, 12:10, 12:19, 12:21, 13:1, 13:7
River [2] - 12:11, 14:19
RIVER [1] - 4:3
RIVERWAY [1] - 4:4
RMR [2] - 4:11, 18:14
ROBERT [1] - 3:3
ROOM [1] - 4:12
ROSS [1] - 2:22
row [1] - 15:1
RUMBERGER [1] - 3:3
Russ [3] - 7:19, 15:7, 15:16
RUSS [1] - 1:18

**S**

S.W [1] - 3:22
s/Cathy [1] - 18:13
SALKY [1] - 2:19
SARVER [1] - 3:11
sat [1] - 15:11
satisfied [1] - 11:1
schedule [1] - 12:7
SCHOLER [1] - 2:10
school [1] - 15:12
SCOTT [1] - 2:7
SE [1] - 5:23
se [3] - 14:24, 14:25, 15:21
se's [1] - 15:5
seated [1] - 7:8
SEDRAN [1] - 1:22
see [2] - 13:5, 17:18
SEEGER [1] - 2:6
selected [1] - 13:11
send [1] - 15:22
sent [1] - 16:1
SEPTEMBER [2] - 1:7, 7:2
September [1] - 17:7
Serpe [1] - 8:23
SET [1] - 5:22
set [7] - 8:21, 11:6, 12:7, 13:10, 14:18, 14:21, 14:22
settings [1] - 8:7
SETTINGS.................
.......... [1] - 5:6

settlement [2] - 16:5, 17:3
SETTLEMENT [1] - 5:24
settlements [3] - 13:25, 14:3, 17:6
sevens [1] - 8:11
several [2] - 7:21, 10:24
sheet [1] - 11:10
SHEET [1] - 5:7
SHELL [1] - 3:19
shorter [1] - 11:17
side [1] - 13:14
sides [1] - 11:23
sins [1] - 12:25
site [1] - 8:5
SIVYER [2] - 3:7, 3:7
small [1] - 15:23
SMITH [1] - 3:17
speaking [1] - 14:17
spent [1] - 15:17
SQUARE [1] - 3:19
stage [2] - 13:9, 13:17
standpoint [1] - 11:4
STANLEY [1] - 2:22
state [5] - 8:7, 8:14, 8:18, 9:5, 10:9
STATE [2] - 5:6, 5:8
State [1] - 18:5
STATES [2] - 1:1, 1:13
States [2] - 18:6, 18:16
Status [1] - 15:19
status [6] - 7:21, 8:5, 8:12, 10:23, 16:15, 17:18
STATUS [2] - 1:12, 6:3
Steering [1] - 16:2
STEERING [4] - 1:18, 2:10, 2:15, 3:11
STENOGRAPHY [1] - 4:15
step [1] - 11:3
Stephen [1] - 7:14
stepped [1] - 9:10
STEVEN [1] - 2:11
stipulation [2] - 7:17, 11:25
STONE [1] - 2:15
strained [1] - 15:9
STREET [11] - 1:23, 2:4, 2:7, 2:16, 2:23, 3:4, 3:8, 3:13, 3:18, 3:22, 4:12
stuff [1] - 14:9
subject [1] - 10:4
substantial [1] - 12:12
substitute [1] - 7:15

settlement [2] - 16:5,
SUITE [11] - 1:23, 2:4, 2:7, 2:23, 3:4, 3:4, 3:8, 3:12, 3:19, 3:22, 4:4
SULLIVAN [1] - 4:7
SUNTRUST [1] - 3:8
Supply [2] - 13:20, 13:21
SUPPLY [1] - 3:16
SUPPLY...................
.......................... [1] - 5:17
Supreme [1] - 9:1

**T**

tail [1] - 14:9
TAISHAN [1] - 5:14
Taishan [1] - 11:14
TAMPA [1] - 3:9
term [1] - 11:10
TERM [1] - 5:12
THE [44] - 1:13, 1:17, 2:10, 2:14, 3:11, 6:3, 6:5, 7:7, 7:8, 7:10, 7:12, 7:20, 9:6, 9:23, 10:7, 10:12, 10:14, 10:16, 10:24, 11:12, 11:14, 12:9, 13:3, 13:8, 13:20, 14:5, 14:11, 14:14, 14:16, 14:18, 14:25, 15:4, 15:8, 15:11, 16:4, 16:7, 16:9, 16:12, 16:15, 16:25, 17:11, 17:16, 17:19
THIS [1] - 1:9
THOMAS [1] - 2:23
THOMPSON [1] - 4:3
THORNTON [1] - 2:22
thousands [2] - 13:11, 13:12
three [2] - 8:21, 15:2
THURSDAY [2] - 1:7, 7:2
TO [3] - 1:9, 5:10, 7:4
together [2] - 9:9, 9:15
tomorrow [2] - 12:22, 17:5
TOMPKINS [1] - 3:17
TOWER [1] - 3:12
TRANSCRIPT [2] - 1:12, 4:15
transcript [1] - 18:8
transfer [1] - 8:13
transferred [1] - 11:9
TRAURIG [1] - 2:18
TRIAL [1] - 5:6
trial [3] - 8:7, 11:25, 12:4

**trials** [3] - 8:21, 8:24, 13:13
**tried** [3] - 11:7, 13:10, 13:16
**true** [1] - 18:8
**trying** [1] - 12:7
**Tuesday** [3] - 8:25, 12:18, 12:21
**tweaked** [1] - 11:7
**two** [1] - 14:3
**TX** [1] - 4:5
**type** [1] - 13:11

# U

**ultimate** [1] - 11:4
**under** [2] - 10:21, 10:22
**UNITED** [2] - 1:1, 1:13
**United** [2] - 18:6, 18:16
**unless** [1] - 14:7
**up** [6] - 8:13, 9:11, 12:21, 13:23, 15:9, 15:17
**URQUHART** [1] - 4:7
**USA** [1] - 10:22
**USDIN** [1] - 3:11
**usual** [1] - 9:4

# V

**various** [4] - 7:23, 9:13, 9:14, 11:6
**Venture** [2] - 13:20, 13:21
**VENTURE** [1] - 5:17
**view** [1] - 15:23
**Virginia** [5] - 8:21, 9:1, 9:2, 13:24
**voluntarily** [1] - 17:7

# W

**WALNUT** [1] - 1:23
**WALTHER** [1] - 2:15
**WATSON** [1] - 3:7
**web** [1] - 8:5
**week** [1] - 12:13
**weeks** [1] - 14:4
**WEISS** [1] - 2:6
**welcome** [1] - 8:17
**WHEREUPON** [1] - 17:20
**WHICH** [1] - 6:4
**Wimberly** [2] - 9:18, 17:8
**WIMBERLY** [5] - 2:15,

9:20, 9:25, 16:21, 17:15
**wish** [1] - 12:3
**WITTMANN** [1] - 2:15
**works** [1] - 11:18
**Wright** [1] - 8:23
**written** [1] - 11:17
**wrote** [1] - 11:14

# X

**XII** [1] - 16:5
**XXIII** [1] - 16:10

# Y

**Year's** [1] - 12:24
**yoman** [1] - 9:8
**YORK** [2] - 2:12, 4:8