UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
*Germano v. Taishan Gypsum Co. Ltd*, **Case No. 09-6687**

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant Taishan Gypsum Co. Ltd, f/k/a Shandong Taihe Dongxin Co. Ltd. ("Taishan Gypsum") hereby appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's Order & Reasons (R. Doc. No. 15755), dated and entered September 4, 2012, which denied Taishan Gypsum's Renewed Motion to Vacate the Default Judgment and Dismiss the Complaint in the above-referenced matter, and from any and all prior orders and opinions embodied therein or upon which the Order & Reasons were based.

Dated:  October 2, 2012

Respectfully submitted,

/s/ Thomas P. Owen, Jr.
Joe Cyr
Frank T. Spano
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100
Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON &
ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
rcs@stanleyreuter.com
tpo@stanleyreuter.com

**Attorneys for Defendant
Taishan Gypsum Co. Ltd.**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Notice of Appeal has been served on Plaintiffs' Liaison Counsel, Russ Herman, and defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of October, 2012.

                                                                       /s/ Thomas P. Owen, Jr.