UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| THIS DOCUMENT RELATES TO: ALL CASES AND Stephen and Isis Silva, et al No. 2:09-cv-08034 | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

*************************************

## ORDER ON LANDMARK'S *EX PARTE* MOTION
## FOR LEAVE TO FILE EXHIBIT UNDER SEAL

**IT IS ORDERED** that the Motion of the Landmark American Insurance Company for Leave to File Exhibit "E" to its Response to the Settling Parties' Motion for Final Approval of the preliminarily approved Interior Exterior Class Settlement Agreement INEX be and is hereby **GRANTED. IT IS FURTHER ORDERED that the attached be filed UNDER SEAL.**

New Orleans, Louisiana, this 2nd day of October, 2012.

THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

1