**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 2, 2012**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | **MDL NO. 2047** |
| **IN RE: CHINESE-MANUFACTURED DRY WALL** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION:  L** |
|  | : | |
|  | : | **JUDGE FALLON** |
|  | : | **MAG. JUDGE WILKINSON** |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date with District Judge Eldon Fallon regarding discovery issues currently pending in a Florida state court and involving the Banner defendants.  The parties discussed the status of the case and potential resolutions to certain discovery disputes.

1

JS10(00:08)