# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: "L" (2) |
| THIS DOCUMENT APPLIES TO: *JESSICA CASSIDY V. GEBRUEDER KNAUF* (2:11-cv-3023) | * * * * | JUDGE ELDON E. FALLON MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * *

## AFFIDAVIT

**STATE OF FLORIDA**

**COUNTY OF** _____

BEFORE ME, the undersigned authority, personally came and appeared:

### JOSE V. PEREZ

who being by me first duly sworn, stated:

1. That he is the owner of JVP Drywall and Finish, Inc.;

2. That JVP Drywall and Finish, Inc. is in the business of installing drywall in residences;

3. That JVP Drywall and Finish, Inc. installed drywall in condominium units at 219 NW 12th Avenue, in Miami, Florida;

4. That JVP Drywall and Finish, Inc. did not manufacture the drywall that it installed in the condominium units at 219 NW 12th Avenue, in Miami, Florida;

5. That JVP Drywall and Finish, Inc. did not import the drywall that it installed in the condominium units at 219 NW 12th Avenue, in Miami, Florida;

6. That JVP Drywall and Finish, Inc. did not distribute the drywall that it installed in the condominium units at 219 NW 12th Avenue, in Miami, Florida;

7. That JVP Drywall and Finish, Inc. did not purchase the drywall that it installed in the condominium units at 219 NW 12th Avenue, in Miami, Florida; [struck through, initialed "JVP"]

8. That JVP Drywall and Finish did not construct any of the condominium units at 219 NW 12th Avenue, in Miami, Florida;

9. That JVP Drywall and finish only installed drywall at the subject address;

10. That, for the drywall that JVP Drywall and Finish, Inc. installed in the condominium units, it did not have any reason to believe that the drywall was in any way defective or contained any materials that would cause damage to the home;

11. That JVP Drywall and Finish, Inc. did not have any knowledge that any of the drywall it installed in the condominium units was improperly manufactured;

12. That JVP Drywall and Finish, Inc. only received payment for the installation and finishing of drywall at the subject property;

13. That neither JVP Drywall and Finish, Inc. nor any of its employees, had any knowledge of any contaminated "Chinese" drywall or the potential dangers it may have caused, at the time they installed the drywall.

JOSE V. PEREZ

Sworn to and subscribed before me this 5 day of June, 2012.

NOTARY PUBLIC

Bradshaw Lotspeich
PRINTED NAME

BRADSHAW LOTSPEICH
MY COMMISSION # DD 936025
EXPIRES: October 26, 2013
Bonded Thru Notary Public Underwriters

C:\Users\rasant\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.IE5\ADY9WG1J\Affidavit.Jose.Perez.001.doc

2