UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047<br><br>SECTION: "L" (2) |
| **THIS DOCUMENT APPLIES TO:** | * * | |
| *JESSICA CASSIDY V. GEBRUEDER KNAUF* (2:11-cv-3023) | * * * | JUDGE ELDON E. FALLON<br><br>MAG. JUDGE WILKINSON |
| and | * * | |
| *ROBERT W. BLOCK, III, et al V. GEBRUEDER KNAUF VERWALTUNGESELLSCHAFT, ET AL* (2:11-cv-1363) | * * * * * | |

* * * * * * * * * * * * * * * * * * * *

## MOTION FOR SUMMARY JUDGMENT

**NOW** COMES, through undersigned counsel, JVP Drywall and Finish, Inc., who moves, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment, as there remains no genuine issue of material fact, and mover is entitled to dismissal of all claims against it as a matter of law, for the reasons more fully outlined in the accompanying Memorandum in Support.

Respectfully submitted,

UNGARINO & ECKERT L.L.C.

/s/ MATTHEW J. UNGARINO
MATTHEW J. UNGARINO (#15061)
DANIEL G. COLLARINI (#29128)
3850 N. Causeway Blvd., Suite 1280
Metairie, Louisiana 70002
Telephone:   (504) 836-7531
Fax:             (504) 836-7538
mungarino@ungarino-eckert.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have on this 4th day of October, 2012, electronically filed a copy of the foregoing with the Clerk of Court to be served by operation of the Court's electronic filing system upon the parties of record.

/s/ MATTHEW J. UNGARINO

F:\DOCS\12000's\12000-12099\12084\MSJ.doc