## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047<br><br>SECTION: "L" (2) |
| THIS DOCUMENT APPLIES TO: | * * | |
| *JESSICA CASSIDY V. GEBRUEDER KNAUF* (2:11-cv-3023) | * * * | JUDGE ELDON E. FALLON<br><br>MAG. JUDGE WILKINSON |
| and | * * | |
| *ROBERT W. BLOCK, III, et al V. GEBRUEDER KNAUF VERWALTUNGESELLSCHAFT, ET AL* (2:11-cv-1363) | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW** COMES, through undersigned counsel, JVP Drywall and Finish, Inc., who, in connection with its Motion for Summary Judgment, provides the following uncontested material facts:

1. That JVP Drywall and Finish, Inc. is in the business of installing drywall in residences;

2. That JVP Drywall and Finish, Inc. installed drywall in condominium units at 219 NW 12th Avenue, in Miami, Florida;

3. That JVP Drywall and Finish, Inc. did not manufacture, import, or distribute the drywall that it installed in the condominium units at 219 NW 12th Avenue, in Miami, Florida;

4. That, aside from the installation of the drywall, JVP Drywall and Finish, Inc. did not construct any of the condominium units at 219 NW 12th Avenue, in Miami, Florida;

5. That JVP Drywall and Finish, Inc. only installed drywall at the subject address;

6. That, for the drywall that JVP Drywall and Finish, Inc. installed in the condominium units, it did not have any reason to believe that the drywall was in any way defective or contained any materials that would cause damage to the home;

7. That JVP Drywall and Finish, Inc. did not have any knowledge that any of the drywall it installed in the condominium units was improperly manufactured;

8. That JVP Drywall and Finish, Inc. only received payment for the installation and finishing of drywall at the subject property, and not for the sale, distribution, or manufacture of the drywall;

9. That neither JVP Drywall and Finish, Inc. nor any of its employees, had any knowledge of any contaminated "Chinese" drywall or the potential dangers the drywall may have caused, at the time they installed the drywall.

**Respectfully submitted,**

**UNGARINO & ECKERT L.L.C.**

/s/ MATTHEW J. UNGARINO
**MATTHEW J. UNGARINO (#15061)**
**DANIEL G. COLLARINI (#29128)**
**3850 N. Causeway Blvd., Suite 1280**
**Metairie, Louisiana 70002**
**Telephone:** (504) 836-7531
**Fax:** (504) 836-7538
mungarino@ungarino-eckert.com

F:\DOCS\12000's\12000-12099\12084\MSJ.doc