## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 <br><br> SECTION: "L" (2) |
| THIS DOCUMENT APPLIES TO: *JESSICA CASSIDY V. GEBRUEDER KNAUF* (2:11-cv-3023) | * * * * | JUDGE ELDON E. FALLON <br><br> MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARACIÓN JURADA (AFIDÁVIT)

**ESTADO DE FLORIDA**

**MUNICIPIO DE** MIAMI

ANTE DE MI, el abajo firmante, personalmente apareció:

### JOSE V. PEREZ

a bajo juramente, expone que:

1. El es el dueño de JVP Drywall and Finish, Inc.;

2. Que JVP Drywall and Finish, Inc. esta en el negocio de instalando tabiquería seca (drywall) in residencias;

3. Que JVP Drywall and Finish, Inc. instalo tabiquería seca (drywall) en los condominios en 219 NW 12th Avenue, en Miami, Florida;

4. Que JVP Drywall and Finish, Inc. no fabrico la tabiquería seca (drywall) que instalaron en los condominios en 219 NW 12th Avenue, in Miami, Florida;

5. Que JVP Drywall and Finish, Inc. no importaron la tabiquería seca (drywall) que instalaron en los condominios en 219 NW 12th Avenue, en Miami, Florida;

6. Que JVP Drywall and Finish, Inc. no distruberon la tabiquería seca (drywall) que instalaron en los condominios en 219 NW 12th Avenue, en Miami, Florida;

7. Que JVP ~~Drywall and Finish, Inc. no compro~~ JVP la tabiquería seca (drywall) que ~~instalaron en los condominios en 219 NW 12th Avenue, en Miami, Florida;~~


8. Que JVP Drywall and Finish, Inc. no construeron los condominios en 219 NW 12th Avenue, en Miami, Florida;

9. Que JVP Drywall and Finish, Inc. solamente instalaron la tabiquería seca (drywall) en 219 NW 12th Avenue, en Miami, Florida;

10. Que JVP Drywall and Finish, Inc., no tenia razón para creer que la tabiquería seca (drywall) estaba defectiva o tenía materiales que ivan a causar dano en los condominios;

11. Que JVP Drywall and Finish, Inc. no tenía conocimiento que la tabiquería seca (drywall) que instalaron en los condominios estaba defectiva en fabricación;

12. Que JVP Drywall and Finish, Inc. solamente recibio remuneración para la instalacion de la tabiquería seca (drywall) en en 219 NW 12th Avenue, en Miami, Florida;

13. Que tampoco JVP Drywall and Finish, Inc. ni sus empleados, tenían conocimiento de contaminacíon en la tabiquería seca (drywall) o la capacidad para dano que la tabiquería seca (drywall) podría causar cuando la instalaron.

_____
JOSE V. PEREZ

A bajo juramento este __5__ día de __June__, 2012.

_____
NOTARIO (NOTARY PUBLIC)

Bradshaw Lotspeich
NOMBRE EN LETRA DE IMPRENTA
(PRINTED NAME)



BRADSHAW LOTSPEICH
MY COMMISSION # DD 936025
EXPIRES: October 26, 2013
Bonded Thru Notary Public Underwriters

BRADSHAW LOTSPEICH
MY COMMISSION # DD 936025
EXPIRES: October 26, 2013
Bonded Thru Notary Public Underwriters

C:\Users\rasant\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.IE5\13GIUS5E\Affidavit.Jose.Perez.Spanish.Translation.doc

2