UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Almeroth, et al. vs.  Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br><br>**Case No. 2:12-cv-00498 (E.D.La.)** | |

**TIMOTHY & PEARL ALDRED'S NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
OF DEFENDANT, WOODS RESTORATION SERVICES, LLC.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Timothy and Pearl Aldred, hereby dismiss without prejudice all of their claims against Woods Restoration Services, LLC in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs. Timothy and Pearl Aldred shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein.   Attached hereto as Exhibit "A" is correspondence from Ben W. Gordon, Jr., counsel for Timothy and Pearl Aldred, dated September 25, 2012 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

                                        Respectfully submitted,

Dated: October 4, 2012                /s/ Russ M. Herman
                                        Russ M. Herman, Esquire (Bar No. 6819)
                                        Leonard A. Davis, Esquire (Bar No. 14190)
                                        Stephen J. Herman, Esquire (Bar No. 23129)
                                        HERMAN, HERMAN & KATZ, L.L.C.
                                        HERMAN GEREL, LLP
                                        820 O'Keefe Avenue
                                        New Orleans, Louisiana 70113
                                        Phone: (504) 581-4892
                                        Fax: (504) 561-6024
                                        LDavis@hhklawfirm.com
                                        *Plaintiffs' Liaison Counsel*
                                        *MDL 2047*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of October, 2012.

                                                             /s/ Leonard A. Davis_____
                                                             Leonard A. Davis, Esquire
                                                             Herman, Herman & Katz, L.LC.
                                                             HERMAN GEREL, LLP
                                                             820 O'Keefe Avenue
                                                             New Orleans, Louisiana 70113
                                                             Phone: (504) 581-4892
                                                             Fax: (504) 561-6024
                                                             LDavis@hhklawfirm.com
                                                             Plaintiffs' Liaison Counsel
                                                             MDL 2047