

AMANDA S. BARR
BRIAN H. BARR
M. ROBERT BLANCHARD
BRANDON L. BOGLE
WESLEY A. BOWDEN
VIRGINIA M. BUCHANAN
WILLIAM F. CASH III
MEREDITH R. DURHAM
  (LICENSED ONLY IN LA)
RACHAEL R. GILMER
JAMES L. KAUFFMAN
KIMBERLY R. LAMBERT

FREDRIC G. LEVIN
MARTIN H. LEVIN
ROBERT M. LOEHR
NEIL E. McWILLIAMS, JR.
Wm. JEMISON MIMS, JR.
CLAY MITCHELL
R. LARRY MORRIS
K. LEA MORRIS
PETER J. MOUGEY
DANIEL A. NIGH
TIMOTHY M. O'BRIEN

MIKE PAPANTONIO
CHRISTOPHER G. PAULOS
ROBERT E. PRICE
MARK J. PROCTOR
TROY A. RAFFERTY
MATTHEW D. SCHULTZ
W. CAMERON STEPHENSON
LEO A. THOMAS
BRETT VIGODSKY
AARON L. WATSON

OF COUNSEL:
ROBERT F. KENNEDY, JR.
  (LICENSED ONLY IN NEW YORK)

BEN W. GORDON, JR.
GERALD A. McGILL

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)

September 25, 2012

Russ M. Herman
Herman, Herman & Katz, L.L.C.
Herman Gerel, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

      RE: Notice of Voluntary Dismissal

Dear Russ:

  Please find enclosed a Notice of Voluntary Dismissal Without Prejudice of Defendant, Woods Restoration Services, LLC.  At this time we request that you file the enclosed document on behalf of our clients Timothy and Pearl Aldred.

          Sincerely,

          /s/ Ben W. Gordon, Jr.

          Ben W. Gordon, Jr.

BWG/cac
Enclosure