**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF FILING BY CLASS COUNSEL

PLEASE TAKE NOTICE that pursuant to the various settlement agreements that were preliminarily approved by the Court, class counsel hereby submit the attached objections that were timely served on class counsel, as follows:

### A.     BANNER SETTLEMENT

1. John and Lori Willis Objections by Michael Ryan, Esq.
2. James and Joanne Haseltine Objections by James and Joanne Haseltine

### B.     GLOBAL SETTLEMENT

1. John and Lori Willis Objections by Michael Ryan, Esq.
2. Perry Homes, LLC Objections by Andrew K. York, Esq.
3. Wayne Kaplan Objections by David Durkee, Esq.
4. Daniel C. Ladner Objections by K. Edward Sexton, II, Esq.
5. James Berretta Objections by James Berretta
6. Trevis Amerson Objections by Eric D. Hoaglund, Esq.
7. Delbert Hopper Objections by Eric D. Hoaglund, Esq.
8. Jan Petrus Objections by Christopher A. Bandas, Esq.

### C.     INEX SETTLEMENT

1. The North River Insurance Company Objections by Brian Martin, Esq.
2. Perry Homes, LLC Objections by Andrew K. York, Esq.
3. Daniel C. Ladner Objections by K. Edward Sexton, II, Esq.
4. Trevis Amerson Objections by Eric D. Hoaglund, Esq.
5. Delbert Hopper Objections by Eric D. Hoaglund, Esq.

D.    **KPT SETTLEMENT**

1. John and Lori Willis Objections by Michael Ryan, Esq.
2. The North River Insurance Company Objections by Brian Martin, Esq.
3. Perry Homes, LLC Objections by Andrew K. York, Esq.
4. Monica Smith and Thomas Bolden Objections by Sal Christina, Esq.
5. Ovila and Ruth Panneton Objections by Sal Christina, Esq.
6. Gregory Friedlander, Esq. Objections by Gregory Friedlander, Esq.
7. Therese Sekellick Objections by Therese Sekellick
8. Daniel C. Ladner Objections by K. Edward Sexton, II, Esq.
9. Gerard Kinler Objections by Sal Christina, Esq.
10. Trevis Amerson Objections by Eric D. Hoaglund, Esq.
11. Delbert Hopper Objections by Eric D. Hoaglund, Esq.

E.    **L&W SETTLEMENT**

No objections

Respectfully submitted,

Dated: October 4, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin
Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

**CLASS COUNSEL**

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of October, 2012.

                     /s/ Leonard A. Davis
                     Leonard A. Davis, Esquire
                     HERMAN, HERMAN, KATZ & COTLAR, LLP
                     820 O'Keefe Avenue
                     New Orleans, Louisiana 70113
                     Phone: (504) 581-4892
                     Fax: (504) 561-6024
                     Ldavis@hhkc.com
                     *Plaintiffs' Liaison Counsel in MDL 2047*
                     *Co-counsel for Plaintiffs*