# EXHIBIT 1

# MICHAEL RYAN

**From:** MICHAEL RYAN
**Sent:** Friday, August 31, 2012 11:44 AM
**To:** MICHAEL RYAN; 'Spaulding, Kyle'; 'Miller, Kerry J.'
**Cc:** 'ldavis@hhkc.com'; Melissa Chambers
**Subject:** RE: Poliseo -Release

Kyle,

Any update?

Best,

Mike

---

**From:** MICHAEL RYAN
**Sent:** Thursday, August 23, 2012 11:04 AM
**To:** Spaulding, Kyle; Miller, Kerry J.
**Cc:** ldavis@hhkc.com; Melissa Chambers
**Subject:** FW: Poliseo -Release

Kyle,

Here is the executed release on Poliseo. Please confirm that the settlement monies will be forthcoming.

Best,

Mike

1

# MICHAEL RYAN

**From:** MICHAEL RYAN
**Sent:** Friday, September 14, 2012 5:51 PM
**To:** 'kspaulding@frilot.com'
**Cc:** 'ldavis@hhkc.com'; Melissa Chambers; 'alevin@lfsblaw.com'; 'sglickstein@kayescholer.com'; 'kmiller@frilot.com'
**Subject:** Re: Poliseo and Spallina Releases: Already Remediated Homes

Kyle,

Any update?

Best,

Mike

---

**From:** MICHAEL RYAN
**Sent:** Wednesday, September 12, 2012 09:56 AM
**To:** 'Spaulding, Kyle' <kspaulding@frilot.com>
**Cc:** 'ldavis@hhkc.com' <ldavis@hhkc.com>; Melissa Chambers; alevin@lfsblaw.com <alevin@lfsblaw.com>; Steven Glickstein <sglickstein@kayescholer.com>; Miller, Kerry J. <kmiller@frilot.com>
**Subject:** RE: Poliseo and Spallina Releases: Already Remediated Homes

Kyle,

Thank you for the update. I am not sure what that means since these are the only two out 30+ that have gotten this far in this amount of time. So I can advise my clients, does that mean funding is moving forward at any time in the near future and what is the time frame.

Best,

Mike

---

**From:** Spaulding, Kyle [mailto:kspaulding@frilot.com]
**Sent:** Tuesday, September 11, 2012 4:35 PM
**To:** MICHAEL RYAN
**Cc:** 'ldavis@hhkc.com'; Melissa Chambers; alevin@lfsblaw.com; Steven Glickstein; Miller, Kerry J.
**Subject:** RE: Poliseo and Spallina Releases: Already Remediated Homes

I'm taking Poliseo to Orlando to have them signed by my client. Today is the first time I've received the signed Spallina agreement, so I'll take that one too.

Kyle A. Spaulding
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: 504.599.8249
Facsimile: 504.599.8137

---

**From:** MICHAEL RYAN [mailto:mryan@krupnicklaw.com]
**Sent:** Tuesday, September 11, 2012 12:40 PM

1

**To:** Spaulding, Kyle
**Cc:** 'ldavis@hhkc.com'; Melissa Chambers; alevin@lfsblaw.com; Steven Glickstein; Miller, Kerry J.
**Subject:** Poliseo and Spallina Releases: Already Remediated Homes

Since July 30th, I have been trying to get these 2 offers resolved. I have also been requesting an update on Wengel, one of the original 4/26/12 offers; apparently, that has been put back in review and I cannot seem to get any information.

Because the Poliseo and Spallina offers did not have a proposed release, I requested such on August 3rd.

On August 7th, I provided you specific concerns and objections to the release; I provided those in red-line. I received no response.

After speaking to Steve, I provided him a copy on August 9th.

On August 13th, after being told I should be the one to draft propose language changes, I submitted to you those proposed language changes. I received no response.

Then, after hearing nothing and my clients becoming frustrated by the lack of response, they simply executed the original proposed release. Those releases have been provided to you and I explained they were executing these in order to get these cases resolved. I received no response.

I have been requesting some update as to when they can expect payment. I have received no response.

At this point, is there a reason I am receiving no information or update on these two homeowners? I assume there have been other lawyers who are receiving offers and some responses; I can only assume my clients are being punished for me raising these issues or there is just no commitment to getting these resolved.

Mike

2