UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.:   2047<br>SECTION:   L<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES<br>_____/ | |

## NOTICE OF HEARING

Please take notice that, upon the pleading and other matters of record, the undersigned has moved the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 31st day of October, 2012, at 9:00 a.m., or as soon thereafter as counsel can be heard, for an order on Claimants', Don Marlinga's and Janice Marlinga's, Motion for Relief from Stay with Memorandum of Law.

Dated October 4, 2012        Respectfully submitted,

By:   s/ Thomas A. Conrad
THOMAS A. CONRAD, ESQ.
Florida Bar No. 440957
E-Mail: taconrad@sbwlawfirm.com
Shapiro, Blasi, Wasserman & Gora, P.A.
7777 Glades Rd., Suite 400
Boca Raton, FL 33434
Tel:   (561) 477-7800
Fax:   (561) 477-7722
*Attorneys for Claimants Don and Janice Marlinga*

*In Re: Chinese-Manufactured Drywall Products Liability Litigation*
MDL No. 2047
Notice of Hearing

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 4, 2012, this document was served upon all parties by electronically uploading same to Lexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

          s/ *Thomas A. Conrad*
          THOMAS A. CONRAD, ESQ.
          Florida Bar No. 440957
          taconrad@sbwlawfirm.com