**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:  *Sean and Beth Payton, et al.*; Docket No. 09-07628 | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW COMES Dawn M. Barrios, of the firm of Barrios, Kingsdorf & Casteix, LLP, one of the attorneys of record for plaintiffs, Albert Haas and Anne Haas, and files this Motion for an Order allowing the withdrawal of Dawn M. Barrios along with the firm of Barrios, Kingsdorf & Casteix, LLP as an attorney of record for plaintiffs, leaving R. Tucker Yance and the Yance Law Firm, LLC as attorney of record for plaintiffs.

Dated:  October 4, 2012                   Respectfully submitted,

**BARRIOS, KINGSDORF & CASTEIX, LLP**

By:  /s/ Dawn M. Barrios
Dawn M. Barrios (LA Bar Roll #2821)
701 Poydras Street, Suite 3650
New Orleans, Louisiana  70139
Tel: (504) 524-3300
Fax: (504) 524-3313
Email: Barrios@bkc-law.com

/s/ R. Tucker Yance
R. Tucker Yance
YANCE LAW FIRM, LLC
169 Dauphin Street, Suite 318
Mobile, AL 36602
Tel: (251) 432-8003
Fax: (251) 432-8009
Email: rty@yancelaw.com


*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE


I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of October, 2012.

/s/ Dawn M. Barrios