UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL No. 2047

SECTION: L

This Document Relates to All Cases AND:

JUDGE: FALLON

*Payton, et al. v. Knauf Gips, KG, et al.*
**Case No. 2:09-cv-07628 (E.D. La.)**

MAGISTRATE JUDGE
WILKINSON

*Gross, et al. v. Knauf Gips, KG, et al.*
**Case No. 2:09-cv-06690 (E.D. La.)**

*Rogers, et al. v. Knauf Gips, KG, et al.*
**Case No. 2:10-cv-00362 (E.D. La.)**

*Amato, et al. v. Liberty Mutual Ins. Co.*
**Case No. 2:10-cv-00932 (E.D. La.)**

*Abreu, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft, KG, et al.*
**Case No. 2:11-cv-00252 (E.D. La.)**

*Block, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft, KG, et al.*
**Case No. 11-cv-1363 (E.D. La.)**

*Arndt, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft, KG, et al.*
**Case No. 11-cv-2349 (E.D. La.)**

*Cassidy, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft, KG, et al.*
**Case No. 11-cv-3023 (E.D. La.)**

*Vickers, et al. v. Knauf Gips KG, et al.*
**Case No. 2:09-cv-04117 (E.D. La.)**
******************************************

## NOTICE OF ORAL AND VIDEOTAPED
## DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)

TO:     ALL COUNSEL

**PLEASE TAKE NOTICE** that pursuant to Rule 26 and 30(b)(6) of the Federal Rules of Civil Procedure, Class Counsel will take the deposition of  E and E Construction Co. beginning on  Tuesday, October 30, 2012, starting at 3:00 p.m. (Central Time), at Herman, Herman & Katz, L.L.C. 820 O'Keefe Avenue, New Orleans, Louisiana  70113, PH:  (504) 581-4892, or at another location mutually agreed upon by the parties.  Pursuant to Fed. R. Civ. P. 30(b)(6), E and E Construction Co.  shall designate and produce a designated representative or representatives, as may be required, to testify on behalf of E and E Construction Co. concerning the topics identified in Schedule A attached hereto.

**If you are an attorney of record, please email cdw@golkow.com 48 hours prior to the deposition should you desire to participate by stream to view video/text so you may receive a username and password.**

Primary Examiners:      Class Counsel or its designee
Videotaped Deposition:  Yes
Call-In Number:          **888-337-8218**
                         **Participant Code:  769758**

The  deposition  will  be  taken  before  a  person  authorized  by  law  to  administer  oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

Pursuant  to  directives  provided  at  the  status  conference  on  May  27,  2010,  a  brief explanation of the subject matter expected at this deposition is as follows.  This brief explanation is with full reservation of all rights by the noticing party and is not intended to limit in any way the  scope  of  the  deposition  noticed  herein.  Counsel  should  be  aware  that  all  matters  may  be discovered in the deposition beyond the following and that the following explanation is made

solely in accordance with the directives provided at the status conference.  This is an MDL "common" deposition of a fact witness who has objected to at least one settlement.

Respectfully submitted,

/s/ Leonard A. Davis
**Russ M. Herman** (Bar No. 6819)
rherman@hhkc.com
Leonard A. Davis (Bar No. 14190)
ldavis@hhkc.com
Stephen J. Herman (Bar No. 23129)
sherman@hhkc.com
***HERMAN, HERMAN & KATZ, L.L.C.***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
*Plaintiffs' Class Counsel  MDL 2047*

Arnold Levin, Esquire
Fred S. Longer, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH:  (215) 592-1500
FAX:  (215)592-4663
Alevin@lfsblaw.com
*Plaintiffs' Class Counsel*
*MDL 2047*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of October, 2012.

AND by overnight courier services to:

Christopher A. Bandas, Esq.
*BANDAS LAW FIRM, P.C.*
500 North Shoreline
Suite 1020
Corpus Christi, TX 78401-0353

  /s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman & Katz, L.L.C.
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhklawfirm.com

4

## <u>SCHEDULE A</u>

## <u>DEPOSITION TOPICS</u>

Pursuant to Rule 30(b)(6,  You shall designate and produce for deposition one or more of Your partners, officers, directors, managing agents, or other persons who consent to testify on your behalf concerning the following subject matters:

1. Your objection to the settlement(s) in Chinese Drywall Litigation.

2. Your discovery responses in connection with Class Counsel discovery issued October 4, 2012.