# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| This Document Relates To:  *Sean and Beth Payton, et al.*; Docket No. 09-07628 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record,

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of plaintiffs is hereby GRANTED and that Dawn M. Barrios and the firm of Barrios, Kingsdorf & Casteix, LLP are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of plaintiffs, with R. Tucker Yance and the Yance Law Firm, LLC remaining as counsel of record for the plaintiffs.

NEW ORLEANS, LOUISIANA, this  5th  day of      October      , 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE