UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION: L |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY RONALD AND TIFFANY HEBERT

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Ronald and Tiffany Hebert hereby give notice of its intention to dispose of the physical evidence that they were previously preserving pursuant to the requirements of Pretrial Order No. 1B. Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Ronald and Tiffany Hebert by contacting: Zachary L. Wool, Esq. by telephone at (504) 524-3300 or by e-mail at zwool@bkc-law.com. Upon the expiration of the thirty-day period, Ronald and Tiffany Hebert may dispose of such physical evidence.

Dated: October 8, 2012                     Respectfully submitted,

By: /s/ Dawn M. Barrios
Dawn M. Barrios (LA Bar Roll #2821)
Bruce S. Kingsdorf (LA Bar Roll #7403)
Zachary L. Wool (LA Bar Roll #32778)
701 Poydras Street, Suite 3650
New Orleans, Louisiana 70139
Tel: (504) 524-3300
Fax: (504) 524-3313
barrios@bkc-law.com
bkingsdorf@bkc-law.com
zwool@bkc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of October, 2012.

/s/ Dawn M. Barrios