UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | CIVIL ACTION NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | JUDGE FALLON |
| _____ | ) | |
| This Document Relates to: | | MAGISTRATE WILKINSON |
| ALL CASES | | |

### INTERIOR EXTERIOR'S MOTION TO STRIKE PLAINTIFFS, MOTION TO STRIKE CERTAIN WITNESSES FROM PLAINTIFFS' WITNESS LIST AND MOTION FOR STATUS CONFERENCE

**NOW INTO COURT** through undersigned counsel, come Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. ("Interior Exterior") who, move this Honorable Court to strike trial plaintiffs in the upcoming November bellwether trial against Interior Exterior; to further strike from Plaintiffs' witness list any individual whom the failed to provide adequate information to location such individuals and witnesses not listed on Plaintiffs' witness list; and further to schedule an expedited status conference to discuss discovery and procedural issues involved with the November bellwether trial.

WHEREFORE, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. pray that this Honorable Court grant their Motion and strike trial plaintiffs in the upcoming November bellwether trial against Interior Exterior; strike from Plaintiffs' witness list any individual whom the failed to provide adequate information to location such individuals and witnesses not listed on Plaintiffs' witness list; and schedule an expedited status conference to discuss discovery and procedural issues involved with the November bellwether trial.

- 1 -

Respectfully submitted,

*Richard G. Duplantier, Jr.   /s/*
Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Benjamin R. Grau (#26307)
Carlina C. Eiselen, (# 28524)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gjtbs.com /jhassinger@gjtbs.com
bgrau@gjtbs.com / ceiselen@gjtbs.com
*Counsel for Defendant, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC*

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 8th day of October, 2012.

*Richard G. Duplantier, Jr.   /s/*
RICHARD G. DUPLANTIER, JR.