# Exhibit 1

HERMAN
HERMAN & KATZ
ATTORNEYS AT LAW
Est. 1942

820 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: (504) 581-4892
f: (504) 581-6024
e: Info@hhklawfirm.com

hhklawfirm.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

Jennifer J. Greene[2]
John S. Creevy
Jeremy S. Epstein[1]
Aaron Z. Ahlquist[3]
Craig M. Robinson
Carl A. Woods
Adam H. Weintraub[4]
Mikalia M. Kott[5]

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, MD, JD

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP

* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Arkansas
[3] Also Admitted in Tennessee
[4] Also Admitted in New Jersey & Pennsylvania
[5] Also Admitted in Colorado

July 13, 2012

Via-Email Transmission
krisley@thompsoncoe.com

Kevin Risley, Esq
Thompson, Coe, Cousins & Irons, LLP
One Riverway - Suite 1600
Houston, TX   77056

Re:   MDL 2047 (INEX TRIAL)
      Plaintiff Case Selection
      (3) First Round
      July 13, 2012

Dear Mr. Risley:

Please find attached the chart on case selection due today.

Yours very truly,

RUSS M. HERMAN, ESQ.

RMH/jsr
Attachment

cc:   Arnold Levin, Lead Counsel/via e-mail

| | Plaintiff | Property Address | Date of INEX Invoice | INEX Invoice Number |
|---|---|---|---|---|
| 1. | New Orleans Habitat for Humanity, Inc. | 1909 Alvar, New Orleans, LA 70117 | 7/26/06 | 490668-00 |
| 2. | New Orleans Habitat for Humanity, Inc. | 1921 Alvar, New Orleans, LA 70117 | 8/25/06 | 493097-00 |
| 3. | New Orleans Habitat for Humanity, Inc. | 1925 Alvar, New Orleans, LA 70117 | 8/25/06 | 493098-00 |