# Exhibit 2



### GALLOWAY JOHNSON TOMPKINS BURR AND SMITH

Texas ■ Louisiana ■ Missouri ■ Mississippi ■ Alabama ■ Florida ■ Georgia

**RICHARD G. DUPLANTIER, JR.**
Director
Licensed in Louisiana

rduplantier@gjtbs.com

One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Tel: 504-525-6802
Fax: 504-525-2456
www.gjtbs.com

**CARLINA C. EISELEN**
Associate
Licensed in Louisiana

ceiselen@gjtbs.com

July 18, 2012

Mr. Russ Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113

    Re:    Chinese-Manufactured Drywall Products Litigation
              Interior Exterior Trial; Interior Exterior's First Plaintiff Selection
              GJTBS File No.: 611-22

Dear Russ,

    Pursuant to the Court's Order, the following are Interior Exterior's and all defendants selections for trial plaintiffs:

> **Gregory & Cynthia Guillory**
> 12060 Clanton Drive
> Walker, LA
>
> **Chris and Julie Lea**
> 213 Summer Place Cove
> Slidell, LA
>
> **Sidney & Diane Cotlar**
> 4532 Transcontinental Dr.
> Metairie, LA

    Our final three selections will be forwarded to you on Friday, July 20, 2012.

                                Cordially,

                                Richard G. Duplantier, Jr.

RGD,Jr./CCE

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
A PROFESSIONAL LAW CORPORATION

Mr. Russ Herman
July 18, 2012
Page 2 of 2

cc:   Phil Nizialek
      Kevin Risely
      Sidney Angelle