# Exhibit 3



**GALLOWAY JOHNSON TOMPKINS BURR AND SMITH**

Texas ■ Louisiana ■ Missouri ■ Mississippi ■ Alabama ■ Florida ■ Georgia

RICHARD G. DUPLANTIER, JR.
Director
Licensed in Louisiana

rduplantier@gjtbs.com

One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Tel: 504-525-6802
Fax: 504-525-2456
www.gjtbs.com

CARLINA C. EISELEN
Associate
Licensed in Louisiana

ceiselen@gjtbs.com

July 20, 2012

Mr. Russ Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113

    Re:    Chinese-Manufactured Drywall Products Litigation
             Interior Exterior Trial; Interior Exterior's Second Plaintiff Selection
             GJTBS File No.: 611-22

Dear Russ,

    Pursuant to the Court's Order, the following are Interior Exterior's and all defendants' selections for trial plaintiffs:

**David & Cheryl Gross**
400 Race
New Orleans, LA

**Vernon Leroy Fernandez and JoAnn Cross**
41555 C.C. Road
Ponchatoula, LA

**David Holder**
11005 Shoreline Drive
Baton Rouge, LA

Cordially,

Richard G. Duplantier, Jr.

RGD,Jr./CCE

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
A PROFESSIONAL LAW CORPORATION

Mr. Russ Herman
July 20, 2012
Page 2 of 2

cc:   Phil Nizialek
      Kevin Risely
      Sidney Angelle