# Exhibit 4



**HERMAN HERMAN & KATZ**
L.L.C.
ATTORNEYS AT LAW
Est. 1942

820 O'Keefe Avenue
New Orleans,
Louisiana 70113-1116

p: (504) 581-4892
f: (504) 561-6024
e: info@hhkc.com

hhkc.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

Jennifer J. Greene[2]
John S. Creevy
Jeremy S. Epstein[1]
Aaron Z. Ahlquist[3]
Craig M. Robinson
Carl A. Woods
Adam H. Weintraub[4]
Mikalia M. Kott[5]

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, M.D., J.D.

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP

* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Arkansas
[3] Also Admitted in Tennessee
[4] Also Admitted in New Jersey & Pennsylvania
[5] Also Admitted in Colorado

July 26, 2012

*Via E-mail*

Philip D. Nizialek, Esq.
Carver, Darden, Koretzky, Tessier
1100 Poydras Street, Suite 3100
New Orleans, LA 70130
nizialek@carverdarden.com

Richard G. Duplantier, Jr.
Galloway Johnson Tompkins Burr & Smith
701 Poydras Street, Suite 4040
New Orleans, LA 70139
RDuplantier@gjtbs.com

Kevin Risley, Esq.
Thompson, Coe, Cousins & Irons, LLP
One Riverway, Suite 1600
Houston, TX 77056
krisley@thompsoncoe.com

Re:   In re: Chinese-Manufactured Drywall Products Liability Litigation
      MDL 2047 - INEX TRIAL
      Plaintiff Case Selection - Second Round

Gentlemen:

Find here Plaintiffs' final three choices for Interior/Exterior Trial MDL 2047. We await your four choices and expect to receive them today.

Best Regards,

RUSS HERMAN
rherman@hhklawfirm.com

RMH:ltr
Enclosure

cc:   Honorable Eldon E. Fallon
      Arnold Levin, Esq.
      Trial Team

| | Plaintiff | Property Address | Date of INEX Invoice | INEX Number |
|---|---|---|---|---|
| 1. | Johnny and Rachelle Blue | 422 28th Street New Orleans, LA 70124 | 11/08/06 | 2601693-00 |
| 2. | Edward and Susan Beckendorf | 304 Brown Thrasher Loop S Madisonville, LA 70447 | 3/17/06 | 1441299-00 |
| 3. | Beryl Mundee | 4321 S. Liberty New Orleans, LA 70115 | 11/06/06 | 2601711-00 |