# Exhibit 5



GALLOWAY
JOHNSON
TOMPKINS
BURR AND
SMITH

Texas ■ Louisiana ■ Missouri ■ Mississippi ■ Alabama ■ Florida ■ Georgia

RICHARD G. DUPLANTIER, JR.
Director
Licensed in Louisiana

rduplantier@gjtbs.com

One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Tel: 504-525-6802
Fax: 504-525-2456
www.gjtbs.com

CARLINA C. EISELEN
Associate
Licensed in Louisiana

ceiselen@gjtbs.com

July 27, 2012

Mr. Russ Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   Chinese-Manufactured Drywall Products Litigation
      Interior Exterior Trial; Interior Exterior's Substituted Plaintiff Selection
      GJTBS File No.: 611-22

Dear Russ,

As we were unaware that four of our previous submissions previously settled, we provide you with four alternatives:

Marie B. Seiler
671 Solomon Drive
Covington, LA

Kelly and Steven Teal
223 Partridge Road
Slidell, LA

August Thomas Mora, Jr.
335/337 West Robert E. Lee
New Orleans, LA

Enrich and Hayley Matherne
31400 North Corbin Road
Walker, LA

We note that these individuals are not on Knauf's current list of remediated homes. It our understanding from our conferences earlier today that those plaintiffs who are not listed on the Knauf remediated list are viable plaintiffs. If this is not correct, please forward a complete list of plaintiffs that have not settled so that we may meaningfully participate in the trial plaintiff selection process.

We look forward to the PSC's final three proposed trial plaintiffs in the very near future.

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
A PROFESSIONAL LAW CORPORATION

Mr. Russ Herman
July 27, 2012
Page 2 of 2

Cordially,

Richard G. Duplantier, Jr.

RGD,Jr./CCE

cc:  Phil Nizialek
     Kevin Risely
     Sidney Angelle