# Exhibit 6

# Carlina C. Eiselen

| | |
|---|---|
| **From:** | Cayce Peterson [cpeterson@lambertandnelson.com] |
| **Sent:** | Thursday, August 09, 2012 10:57 AM |
| **To:** | Carlina C. Eiselen; Ben W. Gordon, Jr. |
| **Cc:** | Scott George; Hugh P. Lambert; dan@wbmllp.com; Amy Guidry; Dawn Barrios; Jeremy Scott Epstein; Dena Folts |
| **Subject:** | CDW-N. River Trial Picks |

Carlina/Ben, the PSC is taking the position with regard to Matherne and Teal that both picks are ineligible as trial picks due to their submission of documentation pursuant to PTO 26 regarding settlement of self-remediated Knauf properties. Additionally, the PSC is taking the position that INEX is not entitled to substitute these parties for additional picks, including the substitution of Hargrove. Both sides were allowed to choose six potential trial picks understanding that some would drop off in the process leaving us with approximately five to eight picks actually being tried; Matherne and Teal not being eligible are part of the process.

If you disagree, we are happy to seek guidance from Judge Fallon on this issue.

Thank you,

Cayce C. Peterson, Esq.
Lambert & Nelson, PLC
701 Magazine St.
New Orleans, LA 70130
Office: 504-581-1750
Mobile: 985-518-8296

LAMBERT & NELSON, PLC
CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-581-1750 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.