# Exhibit 9

## Richard G. Duplantier, Jr.

| | |
|---|---|
| **From:** | Penny Grisamore [pennyhg14@gmail.com] |
| **Sent:** | Thursday, September 20, 2012 9:38 AM |
| **To:** | Richard G. Duplantier, Jr. |
| **Cc:** | Anthony Irpino; Christopher Seeger |
| **Subject:** | Re: CDW NOAHH Productions |
| **Attachments:** | Witness List (Plaintiffs) - Amended draft - 9-19-12.pdf; ATT00001.htm |

Please find attached the revised PSC Witness list as it stands now.

We will be filing a formal list later today.

Thank You
Penny

## Richard G. Duplantier, Jr.

**From:** Seeger, Chris [CSeeger@seegerweiss.com]
**Sent:** Monday, September 17, 2012 8:54 AM
**To:** Richard G. Duplantier, Jr.; 'LDAVIS@hhklawfirm.com'; 'lrobein@hhklawfirm.com'; 'krisley@thompsoncoe.com'; 'sja@lcba-law.com'; gmeunier@gainsben.com
**Cc:** Scott George; Anthony Irpino; Carlina C. Eiselen; Benjamin R. Grau
**Subject:** Re: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

I am not and I'd like to be involved by phone. How is tomorrow morning?

---

**From:** Richard G. Duplantier, Jr. <RDuplantier@gjtbs.com>
**To:** Lenny Davis <LDAVIS@hhklawfirm.com>; 'Lane Robein' <lrobein@hhklawfirm.com>; Kevin Risley (krisley@thompsoncoe.com) <krisley@thompsoncoe.com>; Sidney Angelle (sja@lcba-law.com) <sja@lcba-law.com>; gmeunier@gainsben.com
**Cc:** Seeger, Chris; Scott George; Anthony Irpino; Carlina C. Eiselen <CEiselen@gjtbs.com>; Benjamin R. Grau <bgrau@gjtbs.com>
**Sent:** Mon Sep 17 09:50:45 2012
**Subject:** RE: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

Gentlemen:

We need to have a meet and confer about this witness list.

Are you available to discuss at 4pm today?

Thanks

Rick



Sincerely,



Richard G. Duplantier, Jr., Director
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC
Phone: 504-525-6802 | Cell: 504-616-5304 | Fax: 504-525-2456
One Shell Square , 701 Poydras St., 40th Floor , New Orleans, Louisiana 70139
Email: RDuplantier@gjtbs.com



Website | Bio | vCard

Houston ♦ St. Louis ♦ Lafayette ♦ Mandeville ♦ New Orleans ♦ Gulfport ♦ Mobile ♦ Pensacola ♦

10/4/2012

Tampa ♦ Atlanta

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION
DO NOT FORWARD WITHOUT PERMISSION

**From:** Lane Robein [mailto:lrobein@hhklawfirm.com]
**Sent:** Friday, September 14, 2012 11:43 PM
**To:** Richard G. Duplantier, Jr.; Kevin Risley (krisley@thompsoncoe.com); Sidney Angelle (sja@lcba-law.com)
**Subject:** Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

Please see attached from Leonard A. Davis, which has been e-filed with the Court, as well as uploaded to LexisNexis.


**Laney Robein, Paralegal**
Chinese Drywall MDL
Herman, Herman, & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
V: 504.581.4892
F: 504.561.6024
lrobein@hhklawfirm.com

www.hhklawfirm.com

PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED. PLEASE UPDATE YOUR CONTACT INFORMATION ACCORDINGLY.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee. Please do not read, copy, or disseminate it unless
you are the addressee. If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender. Also, we would appreciate your forwarding the message back to us and
deleting it from your system. Thank you.

10/4/2012