# Exhibit 10

# Richard G. Duplantier, Jr.

**From:** Richard G. Duplantier, Jr.
**Sent:** Monday, August 13, 2012 10:03 AM
**To:** 'Anthony Irpino'; Lenny Davis; Carlina C. Eiselen
**Cc:** Scott George; Seeger, Chris; alevin@lfsblaw.com; Fred Longer; Russ Herman; Kate Danahay
**Subject:** RE: MDL 2047 - Individual Depos Requested by the PSC

Anthony -

As we discussed on Friday, we are working on setting the depositions of the relevant INEX employee depositions that you have requested.

Please see my notes regarding the employees you have requested. As we discussed, we see no reason why the PSC needs to schedule the depositions of the Gulfport and Birmingham employees. This trial is directed to Louisiana claims only. In response to your request for information on those two employees, please be advised that Chip Williams has never worked in Louisiana and has no responsibility for the corporate operations. He worked solely in Gulfport. As for Bobby Freedman, he has not worked in Louisiana since 1995. He transferred to Birmingham that year, when INEX opened their Birmingham office. Since that time, he has had no responsibility in Louisiana or for the general corporate office. He worked only in the Birmingham area for the relevant time period for these claims.

We can produce at the agreed time a date the following:

1. Jim Geary and Clay Geary - with the understanding that their depositions will not be repeats of the 30(b)(6) deposition of INEX in which they both testified;
2. Don Joseph;
3. Robert McCay (not McCade);
4. Veda Redman;
5. Melissa Smith

The remainder are no longer employees of INEX.

The last known address for each is below.

Ray Alphonse
108 Vista St
Madisonville, LA 70447

Russell Wahl
133 Oak Leaf Dr
Slidell, LA 70461

Tara Boland
95 E. Park Place
New Orleans, LA 70124

Allen Hall
86 Kilgore Place
Kenner, LA 70065

---

**From:** Anthony Irpino [mailto:airpino@irpinolaw.com]
**Sent:** Tuesday, August 07, 2012 2:18 PM
**To:** Richard G. Duplantier, Jr.; Lenny Davis; Carlina C. Eiselen

10/4/2012

**Cc:** Scott George; Seeger, Chris; alevin@lfsblaw.com; Fred Longer; Russ Herman; Kate Danahay
**Subject:** RE: MDL 2047 - Individual Depos Requested by the PSC

Rick:

Please be advised that in addition to the 30b6 deposition, the PSC would like to schedule the following individual depositions of INEX personnel:

| | | |
|---|---|---|
| 1) | Clay Geary | Co-Owner |
| 2) | James Geary | Co-Owner |
| 3) | Ray Alphonse | Ex-warehouse worker (Mandeville branch) |
| 4) | Bobby Freedman | Ex-Branch Manager (Birmingham branch) |
| 5) | Don Joseph | Warehouse Manager (New Orleans) |
| 6) | Robert McCade | Branch Manager (New Orleans) |
| 7) | Russell Wall | Ex-salesperson (Mandeville branch) |
| 8) | Chip Williams | Branch Manager (Gulfport branch) |
| 9) | Tara Bowland | Ex-salesperson (New Orleans branch) |
| 10) | Allen Hall | Ex-salesperson (New Orleans branch) |
| 11) | Veda Redman | Purchasing/Accounting (Mandeville branch) |
| 12) | Melissa Smith | Accounting (Corporate - New Orleans branch) |

Please let us know when you are available to discuss dates and times for the above requested depositions. Lenny and I will make ourselves available anytime this week to have a call regarding same. Thank you.

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine St.
New Orleans, LA 70130
Tel: (504) 525-1500
Fax: (504) 525-1501

---

**From:** Richard G. Duplantier, Jr. [mailto:RDuplantier@gjtbs.com]
**Sent:** Tuesday, August 07, 2012 1:08 PM
**To:** Lenny Davis
**Cc:** Anthony Irpino; Scott George; Seeger, Chris; Gerald Meunier; alevin@lfsblaw.com; Fred Longer; Russ Herman; Kate Danahay
**Subject:** Re: Chinese Drywall MDL 2047 re 30(b)(6) Deposition

Lenny -

INEX has already been deposed. I suggest we schedule a meet and confer at my office on this Notice. Please have a PSC prepared to discuss at 10am on Friday August 10.

Thanks
Rick Duplantier.

Sincerely,

10/4/2012



GALLOWAY
JOHNSON
TOMPKINS
BURR AND
SMITH

Richard G. Duplantier, Jr., Director
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC
Phone: 504-525-6802 | Cell: 504-616-5304 | Fax: 504-525-2456
One Shell Square , 701 Poydras St., 40th Floor , New Orleans, Louisiana 70139
Email: RDuplantier@gjtbs.com

Website | Bio | vCard

Houston ♦ St. Louis ♦ Lafayette ♦ Mandeville ♦ New Orleans ♦ Gulfport ♦ Mobile ♦ Pensacola ♦ Tampa ♦ Atlanta

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION
DO NOT FORWARD WITHOUT PERMISSION

On Aug 7, 2012, at 1:04 PM, "Lillian Flemming" <LFLEMMING@hhklawfirm.com> wrote:

From:  Leonard A. Davis

Attached is a draft 30(b)(6) Deposition Notice.  In addition to the discovery responses that I emailed you about, we also want to discuss this draft in the meet and confer conference that I have attempted to schedule with you tomorrow at 1:00 p.m. (central).  Realizing that you are traveling and may not be available tomorrow, I am asking that you provide an available date so that we can schedule this deposition.  We have also withheld filing this so that you can give us feedback or indicate any objections that you may have and we can work through those in advance of the actual filing.  We are hopeful that the documents requested that you indicated we would receive by August 14, 2012 are complete responses so that we do not have to address document production issues with the Court.  We would like to have resolved any dispute(s) and have a date certain for the taking of the deposition set prior to the date you have agreed to produce documents.  We are available to discuss the deposition notice any day this week and would appreciate receiving any comment at your earliest convenience.  Our intention is to send the actual final notice of deposition out by August 13, 2012.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
*Herman, Herman & Katz, L.L.C.*
*Herman Gerel, LLP*
820 O'Keefe Avenue
New Orleans, Louisiana  70113
(504) 581-4892
(504) 561-6024 (fax)
Email:  lflemming@hhklawfirm.com
www.hhklawfirm.com

PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED.  PLEASE UPDATE YOUR CONTACT INFORMATION ACCORDINGLY.

## CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have

10/4/2012

received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

<INEX 30_B__6_ Depo Notice _LAD_ 2012-8-7 FINAL.pdf>