# Exhibit 11

## Richard G. Duplantier, Jr.

**From:** Richard G. Duplantier, Jr.
**Sent:** Thursday, August 23, 2012 3:27 PM
**To:** 'Anthony Irpino'
**Cc:** Lenny Davis; Carlina C. Eiselen; Scott George; Seeger, Chris; alevin@lfsblaw.com; Fred Longer; Russ Herman; Kate Danahay; Gerald Meunier; Penny Herman; Benjamin R. Grau; D. Russell Holwadel; 'Eric Berger'; 'Gary Russo '; 'Greg Currier'; H. Minor Pipes; 'Kevin Risley'; 'Melissa Swabacker'; Phil Nizialek (nizialek@carverdarden.com); 'Sidney Angelle'
**Subject:** RE: MDL 2047 - Individual Depos Requested by the PSC

Anthony -

Here is what we propose based on your request and the availability of the witnesses and counsel:

September 7: Veda Redman and Melissa Smith

September 10: Don Joseph and Robert McCay

September 20: Jim Geary and Clay Geary

Let me know if this works

Thanks

Rick Duplantier

---

**From:** Anthony Irpino [mailto:airpino@irpinolaw.com]
**Sent:** Wednesday, August 22, 2012 4:54 PM
**To:** Richard G. Duplantier, Jr.
**Cc:** Lenny Davis; Carlina C. Eiselen; Scott George; Seeger, Chris; alevin@lfsblaw.com; Fred Longer; Russ Herman; Kate Danahay; Gerald Meunier; Penny Herman
**Subject:** Re: MDL 2047 - Individual Depos Requested by the PSC

Thank you Rick. Yes, I agree with 2 per day.

Anthony Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Tel: (504) 525-1500
Fax: (504) 525-1501


On Aug 22, 2012, at 4:45 PM, "Richard G. Duplantier, Jr." <RDuplantier@gjtbs.com> wrote:

> Anthony -
>
> I am working on dates for these employees. Based on the prior employee depositions, I do not expect them to be very long. I would assume that we could schedule two per day - meaning one depo in the morning and one depo in the afternoon. Do you agree?

Thanks

Rick


Sincerely,

<Silver Anniversary Logo2 small.jpg>

Richard G. Duplantier, Jr., Director
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC
Phone: 504-525-6802 | Cell: 504-616-5304 | Fax: 504-525-2456
One Shell Square , 701 Poydras St., 40th Floor , New Orleans, Louisiana 70139
Email: RDuplantier@gjtbs.com

<image001.jpg>


Website | Bio | vCard

Houston ♦ St. Louis ♦ Lafayette ♦ Mandeville ♦ New Orleans ♦ Gulfport ♦ Mobile ♦ Pensacola ♦ Tampa ♦ Atlanta

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION
DO NOT FORWARD WITHOUT PERMISSION

**From:** Anthony Irpino [mailto:airpino@irpinolaw.com]
**Sent:** Tuesday, August 21, 2012 10:45 AM
**To:** Richard G. Duplantier, Jr.; Lenny Davis; Carlina C. Eiselen
**Cc:** Scott George; Seeger, Chris; alevin@lfsblaw.com; Fred Longer; Russ Herman; Kate Danahay; Gerald Meunier; Penny Herman
**Subject:** RE: MDL 2047 - Individual Depos Requested by the PSC

Rick, I know that you are looking into our previously requested depos, however, my understanding is that you can provide dates for certain INEX witnesses/employees. I think it is best for us to lock down dates and times for the ones you can provide. Thus, please provide proposed dates for the following:

<!--[if !supportLists]-->1.   <!--[endif]-->Veda Redman
<!--[if !supportLists]-->2.   <!--[endif]-->Melissa Smith
<!--[if !supportLists]-->3.   <!--[endif]-->Don Joseph
<!--[if !supportLists]-->4.   <!--[endif]-->Robert McCay
<!--[if !supportLists]-->5.   <!--[endif]-->Jim Geary
<!--[if !supportLists]-->6.   <!--[endif]-->Clay Geary

The above order is how we would prefer to have the depositions occur. We would like to have depo dates in early to mid-September, so please let us know what you have available. Thank you.