# Exhibit 12

## Richard G. Duplantier, Jr.

**From:** Richard G. Duplantier, Jr.
**Sent:** Wednesday, September 19, 2012 1:07 PM
**To:** Anthony Irpino
**Subject:** Re: Witness List

Anthony - I am in court today on Covington. I will call you when I am out to discuss.

My cell is 504-616-5304



We address several issues relating to depositions and trial witnesses below. Please forward this email to the appropriate members of the PSC INEX Trial Team if they have not been included. We look forward to your prompt reply:

A) We would like to take the deposition of the following fact witnesses connected to the trial-pick homes. Please advise as to your and the witnesses' availability and whether the plaintiffs will make each of the witnesses available or whether INEX needs to issue subpoenas.

  (1) Rogchelle Morgan (NOAHH Homeowner)
  (2) Ricardo Crespo (NOAHH Homeowner)
  (3) Casey LeBlanc (NOAHH Homeowner)
  (4) William Garcia (Contractor for Mundee)
  (5) Vincent Gonzales (Installer for Mundee)
  (6) Roman Gonzales (Installer for Gross)
  (7) Dwayne Gref of Gref Construction (Contractor for Blue)
  (8) William Wellmeier (Contractor for Blue)
  (9) 30(b)(6) of Mayco (Homebuilder for Beckendorf)

  We have not included any contractors, installers, or others relating to the Lea and Mora properties. In light of the Lea's opting into the Knauf settlement, we assume the plaintiffs do not intend call any witnesses identified with the Lea property. Please advise if this is incorrect. We will hold off on making a decision regarding deposing any of the Mora related witnesses until after Mr. Mora's deposition is complete.

  With respect to your designation of representatives of NOAHH, please advise specifically what representatives, if any other than Jim Pate, you intend to present at trial. We want to take the deposition of any other representatives you intend to present

B) We also intend to take the depositions of the following fact witnesses. Please advise to as your availability. We will issue subpoenas for these depositions.

10/4/2012

      (1)    Johnny Odom (Building Inspector, City of New Orleans)
      (2)    John Mezzanga (Former NOAHH)
      (3)    Bob Mayre (Former NOAHH)
      (4)    Amanda Curry (Former NOAHH)
      (5)    Debra Acker (INEX Customer)
      (6)    Jerry Glidewell (INEX Customer)
      (7)    Robert Harrell (INEX Customer)
      (8)    Jimmy Montruelle (INEX Customer)

C)    There are several additional witnesses identified by the plaintiffs whose anticipated testimony is unknown or unclear. Until we have a better understanding of the scope of their knowledge/anticipated testimony we cannot make a decision regarding the need for a deposition. Please provide a description of the anticipated testimony of the following witnesses:

      (1)    Carmen Bahan (Document Custodian for St. Tammany Parish Permits & Regulatory Dept.)
      (2)    Estelle Brown (Document Custodian for Orleans Parish Office of Safety and Permits)
      (3)    Kosasih Djohari (Sucofinda)
      (4)    William Scott or representatives of W.D. Scott Group, Inc.

D)    Please identify those additional witnesses, which are known at this time, that the plaintiffs intend to depose so that we may coordinate the scheduling of all depositions.

E)    We object to the catch-all designations at the end of plaintiff's witness list. In order to adequately complete discovery and fairly prepare for trial, particularly on this expedited basis, we need to know specifically what individuals the plaintiffs intend to call at trial. It is insufficient to say any person identified in discovery or deposed in this litigation (assuming plaintiffs mean the entire CDW MDL) or even just referenced in the depositions. Please identify specifically those individuals plaintiffs anticipate calling so that we may decide whether their deposition is necessary.

F)    Finally, we will depose all of plaintiffs' expert witnesses. We can coordinate the scheduling of these depositions at a later date.

On Sep 18, 2012, at 7:56 PM, "Anthony Irpino" <airpino@irpinolaw.com> wrote:

    Rick, I am available to talk. My cell is (504) 259-6554.

    Also, what is your cell?

10/4/2012

Anthony D. Irpino

IRPINO LAW FIRM

2216 Magazine St.

New Orleans, LA 70130

Tel:  (504) 525-1500

Fax: (504) 525-1501

10/4/2012

## Richard G. Duplantier, Jr.

**From:** Richard G. Duplantier, Jr.
**Sent:** Wednesday, September 26, 2012 3:37 PM
**To:** Seeger, Chris
**Cc:** LDAVIS@hhklawfirm.com; lrobein@hhklawfirm.com; krisley@thompsoncoe.com; sja@lcba-law.com; gmeunier@gainsben.com; Scott George; Anthony Irpino; Carlina C. Eiselen; Benjamin R. Grau
**Subject:** RE: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

Chris -

Can we please get a response to this email?

Thanks

Rick

---

**From:** Richard G. Duplantier, Jr.
**Sent:** Friday, September 21, 2012 2:58 PM
**To:** Seeger, Chris
**Cc:** LDAVIS@hhklawfirm.com; lrobein@hhklawfirm.com; krisley@thompsoncoe.com; sja@lcba-law.com; gmeunier@gainsben.com; Scott George; Anthony Irpino; Carlina C. Eiselen; Benjamin R. Grau
**Subject:** Re: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List


We address several issues relating to depositions and trial witnesses below. Please forward this email to the appropriate members of the PSC INEX Trial Team if they have not been included. We look forward to your prompt reply:

    A)    We would like to take the deposition of the following fact witnesses connected to the trial-pick homes. Please advise as to your and the witnesses' availability and whether the plaintiffs will make each of the witnesses available or whether INEX needs to issue subpoenas.

        (1)    Rogchelle Morgan (NOAHH Homeowner)
        (2)    Ricardo Crespo (NOAHH Homeowner)
        (3)    Casey LeBlanc (NOAHH Homeowner)
        (4)    William Garcia (Contractor for Mundee)
        (5)    Vincent Gonzales (Installer for Mundee)
        (6)    Roman Gonzales (Installer for Gross)
        (7)    Dwayne Gref of Gref Construction (Contractor for Blue)
        (8)    William Wellmeier (Contractor for Blue)
        (9)    Chris Billiot (Contractor for Mora)
        (10)    The drywall installers for the 3 Habitat Homes

We have not included any contractors, installers, or others relating to the Lea and Beckendorf properties. In light of their opting into the Knauf settlement and the previous position of the PSC with respect to the implications of same (i.e. Sieler), we do not believe they are proper trial plaintiffs and assume the plaintiffs do not intend call any witnesses identified with their property. Please advise if this is incorrect.

As concerns Mr. Mora, we continue to maintain that he is a valid plaintiff in light of his pending claims against INEX and his ownership position with Fleming Construction. We believe that he needs to be removed as a trial plaintiff by formal motion/withdrawal of his redhibition claim filed by the PSC.

With respect to your designation of representatives of NOAHH, please advise specifically what representatives, if any other than Jim Pate, you intend to present at trial. We want to take the deposition of any other representatives you intend to present

    B)    We also intend to take the depositions of the following fact witnesses. Please

10/4/2012

advise to as your availability. We will issue subpoenas for these depositions.
 (1) Johnny Odom (Building Inspector, City of New Orleans)
 (2) John Mezzanga (Former NOAHH)
 (3) Bob Mayre (Former NOAHH)
 (4) Amanda Curry (Former NOAHH)
 (5) Debra Acker (INEX Customer)
 (6) John Bush (INEX Customer)
 (7) John Gillespie (INEX Customer)
 (8) Jerry Glidewell (INEX Customer)
 (9) Robert Harrell (INEX Customer)
 (10) Glenn Lemm (INEX Customer)
 (11) Jimmy Montruelle (INEX Customer)
 (12) Dale Newman (INEX Customer)
 (13) Jonathon Shewmake (INEX Customer)

C) There are several additional witnesses identified by the plaintiffs whose anticipated testimony is unknown or unclear. Until we have a better understanding of the scope of their knowledge/anticipated testimony we cannot make a decision regarding the need for a deposition. Please provide a description of the anticipated testimony of the following witnesses:
 (1) Carmen Bahan (Document Custodian for St.Tammany Parish Permits & Regulatory Dept.)
 (2) Estelle Brown (Document Custodian for OrleansParish Office of Safety and Permits)
 (3) William Scott or representatives of W.D. Scott Group, Inc.

D) Please identify those additional witnesses, which are known at this time, that the plaintiffs intend to depose so that we may coordinate the scheduling of all depositions.

E) We object to the catch-all designations at the end of plaintiff's witness list. In order to adequately complete discovery and fairly prepare for trial, particularly on this expedited basis, we need to know specifically what individuals the plaintiffs intend to call at trial. It is insufficient to say any person identified in discovery or deposed in this litigation (assuming plaintiffs mean the entire CDW MDL) or even just referenced in the depositions. Please identify specifically those individuals plaintiffs anticipate calling so that we may decide whether their deposition is necessary.

F) Finally, we will depose all of plaintiffs' expert witnesses. We can coordinate the scheduling of these depositions at a later date.

Thanks
Rick Duplantier.


On Sep 17, 2012, at 9:00 AM, "Seeger, Chris" <CSeeger@seegerweiss.com> wrote:

> Rich, can you send around a call in?

---

**From:** Richard G. Duplantier, Jr. <RDuplantier@gjtbs.com>
**To:** Seeger, Chris; 'LDAVIS@hhklawfirm.com' <LDAVIS@hhklawfirm.com>; 'lrobein@hhklawfirm.com' <lrobein@hhklawfirm.com>; 'krisley@thompsoncoe.com' <krisley@thompsoncoe.com>; 'sja@lcba-law.com' <sja@lcba-law.com>; gmeunier@gainsben.com
**Cc:** Scott George; Anthony Irpino; Carlina C. Eiselen <CEiselen@gjtbs.com>; Benjamin R. Grau <bgrau@gjtbs.com>
**Sent:** Mon Sep 17 09:54:25 2012
**Subject:** RE: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

It would have to be at 830 CST as we have the Habitat deposition tomorrow

10/4/2012

**From:** Seeger, Chris [mailto:CSeeger@seegerweiss.com]
**Sent:** Monday, September 17, 2012 8:54 AM
**To:** Richard G. Duplantier, Jr.; 'LDAVIS@hhklawfirm.com'; 'lrobein@hhklawfirm.com'; 'krisley@thompsoncoe.com'; 'sja@lcba-law.com'; gmeunier@gainsben.com
**Cc:** Scott George; Anthony Irpino; Carlina C. Eiselen; Benjamin R. Grau
**Subject:** Re: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

I am not and I'd like to be involved by phone. How is tomorrow morning?

---

**From:** Richard G. Duplantier, Jr. <RDuplantier@gjtbs.com>
**To:** Lenny Davis <LDAVIS@hhklawfirm.com>; 'Lane Robein' <lrobein@hhklawfirm.com>; Kevin Risley (krisley@thompsoncoe.com) <krisley@thompsoncoe.com>; Sidney Angelle (sja@lcba-law.com) <sja@lcba-law.com>; gmeunier@gainsben.com
**Cc:** Seeger, Chris; Scott George; Anthony Irpino; Carlina C. Eiselen <CEiselen@gjtbs.com>; Benjamin R. Grau <bgrau@gjtbs.com>
**Sent:** Mon Sep 17 09:50:45 2012
**Subject:** RE: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

Gentlemen:

We need to have a meet and confer about this witness list.

Are you available to discuss at 4pm today?

Thanks

Rick



Sincerely,

<Silver Anniversary Logo2 small.jpg>

Richard G. Duplantier, Jr., Director
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC
Phone: 504-525-6802 | Cell: 504-616-5304 | Fax: 504-525-2456
One Shell Square, 701 Poydras St., 40th Floor, New Orleans, Louisiana 70139
Email: RDuplantier@gjtbs.com

<image001.jpg>


Website | Bio | vCard

**Houston ♦ St. Louis ♦ Lafayette ♦ Mandeville ♦ New Orleans ♦ Gulfport ♦ Mobile ♦ Pensacola ♦ Tampa ♦ Atlanta**

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION
DO NOT FORWARD WITHOUT PERMISSION

---

**From: Lane Robein [mailto:lrobein@hhklawfirm.com]**
**Sent: Friday, September 14, 2012 11:43 PM**
**To: Richard G. Duplantier, Jr.; Kevin Risley (krisley@thompsoncoe.com); Sidney Angelle (sja@lcba-law.com)**
**Subject: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List**

Please see attached from Leonard A. Davis, which has been e-filed with the Court, as well as uploaded to LexisNexis.

Laney Robein, Paralegal
Chinese Drywall MDL
Herman, Herman, & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
V: 504.581.4892
F: 504.561.6024
lrobein@hhklawfirm.com
www.hhklawfirm.com

PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED. PLEASE UPDATE YOUR CONTACT INFORMATION ACCORDINGLY.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

10/4/2012

# Richard G. Duplantier, Jr.

**From:** Scott George [sgeorge@seegerweiss.com]
**Sent:** Friday, September 28, 2012 11:45 AM
**To:** Richard G. Duplantier, Jr.; Seeger, Chris
**Cc:** LDAVIS@hhklawfirm.com; lrobein@hhklawfirm.com; krisley@thompsoncoe.com; sja@lcba-law.com; gmeunier@gainsben.com; Anthony Irpino; Carlina C. Eiselen; Benjamin R. Grau; barrios@bkc-law.com; gmeunier@gainsben.com
**Subject:** RE: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

Rick,

Please accept this response to the questions/points you raised below:

A) Please coordinate with Dawn Barrios for these depositions. We agree with regards to the Knauf plaintiffs. You should discuss the one Knauf NOAHH home with Dawn as well. We will not be seeking relief re: Mora at this time and will allow the requested discovery to proceed. We currently have no other NOAHH designees/representatives.
B) October 8/9 (the dates you proposed for many of these in your notices) are convenient. We can discuss other dates as needed.
C) We will respond shortly.
D) We will respond shortly and will endeavor to proceed cooperatively.
E) Objection noted.
F) Agreed.

Thank you.

Truly,

Scott

**From:** Richard G. Duplantier, Jr. [mailto:RDuplantier@gjtbs.com]
**Sent:** Wednesday, September 26, 2012 4:37 PM
**To:** Seeger, Chris
**Cc:** LDAVIS@hhklawfirm.com; lrobein@hhklawfirm.com; krisley@thompsoncoe.com; sja@lcba-law.com; gmeunier@gainsben.com; Scott George; Anthony Irpino; Carlina C. Eiselen; Benjamin R. Grau
**Subject:** RE: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

Chris -

Can we please get a response to this email?

Thanks

Rick


**Sincerely,**



GALLOWAY
JOHNSON
TOMPKINS
BURR AND
SMITH

Richard G. Duplantier, Jr., Director
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC
Phone: 504-525-6802 | Cell: 504-616-5304 | Fax: 504-525-2456
One Shell Square , 701 Poydras St., 40th Floor , New Orleans, Louisiana 70139
Email: RDuplantier@gjtbs.com



Website | Bio | vCard

Houston ♦ St. Louis ♦ Lafayette ♦ Mandeville ♦ New Orleans ♦ Gulfport ♦ Mobile ♦ Pensacola ♦ Tampa ♦ Atlanta

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION
DO NOT FORWARD WITHOUT PERMISSION

**From:** Richard G. Duplantier, Jr.
**Sent:** Friday, September 21, 2012 2:58 PM
**To:** Seeger, Chris
**Cc:** LDAVIS@hhklawfirm.com; lrobein@hhklawfirm.com; krisley@thompsoncoe.com; sja@lcba-law.com; gmeunier@gainsben.com; Scott George; Anthony Irpino; Carlina C. Eiselen; Benjamin R. Grau
**Subject:** Re: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

We address several issues relating to depositions and trial witnesses below.  Please forward this email to the appropriate members of the PSC INEX Trial Team if they have not been included.  We look forward to your prompt reply:

A)   We would like to take the deposition of the following fact witnesses connected to the trial-pick homes.  Please advise as to your and the witnesses' availability and whether the plaintiffs will make each of the witnesses available or whether INEX needs to issue subpoenas.

(1) Rogchelle Morgan (NOAHH Homeowner)
(2) Ricardo Crespo (NOAHH Homeowner)
(3) Casey LeBlanc (NOAHH Homeowner)
(4) William Garcia (Contractor for Mundee)
(5) Vincent Gonzales (Installer for Mundee)
(6) Roman Gonzales (Installer for Gross)
(7) Dwayne Gref of Gref Construction (Contractor for Blue)
(8) William Wellmeier (Contractor for Blue)
(9) Chris Billiot (Contractor for Mora)
(10) The drywall installers for the 3 Habitat Homes

We have not included any contractors, installers, or others relating to the Lea and  Beckendorf properties.  In light of  their opting into the Knauf settlement  and the previous position of the PSC with respect to the implications of same (i.e. Sieler), we  do not believe they are proper trial plaintiffs and assume the plaintiffs do not intend call any witnesses identified with  their  property.  Please advise if this is incorrect.

As concerns Mr. Mora, we continue to maintain that he is a valid plaintiff in light of his pending claims against INEX and his ownership position with Fleming Construction.  We believe that he needs to be removed as a trial plaintiff by formal motion/withdrawal of his

10/4/2012

redhibition claim filed by the PSC.
With respect to your designation of representatives of NOAHH, please advise specifically what representatives, if any other than Jim Pate, you intend to present at trial. We want to take the deposition of any other representatives you intend to present

B)  We also intend to take the depositions of the following fact witnesses. Please advise to as your availability. We will issue subpoenas for these depositions.
  (1)  Johnny Odom (Building Inspector, City of New Orleans)
  (2)  John Mezzanga (Former NOAHH)
  (3)  Bob Mayre (Former NOAHH)
  (4)  Amanda Curry (Former NOAHH)
  (5)  Debra Acker (INEX Customer)
  (6)  John Bush (INEX Customer)
  (7)  John Gillespie (INEX Customer)
  (8)  Jerry Glidewell (INEX Customer)
  (9)  Robert Harrell (INEX Customer)
  (10) Glenn Lemm (INEX Customer)
  (11) Jimmy Montruelle (INEX Customer)
  (12) Dale Newman (INEX Customer)
  (13) Jonathon Shewmake (INEX Customer)

C)  There are several additional witnesses identified by the plaintiffs whose anticipated testimony is unknown or unclear. Until we have a better understanding of the scope of their knowledge/anticipated testimony we cannot make a decision regarding the need for a deposition. Please provide a description of the anticipated testimony of the following witnesses:
  (1)  Carmen Bahan (Document Custodian for St.Tammany Parish Permits & Regulatory Dept.)
  (2)  Estelle Brown (Document Custodian for OrleansParish Office of Safety and Permits)
  (3)  William Scott or representatives of W.D. Scott Group, Inc.

D)  Please identify those additional witnesses, which are known at this time, that the plaintiffs intend to depose so that we may coordinate the scheduling of all depositions.

E)  We object to the catch-all designations at the end of plaintiff's witness list. In order to adequately complete discovery and fairly prepare for trial, particularly on this expedited basis, we need to know specifically what individuals the plaintiffs intend to call at trial. It is insufficient to say any person identified in discovery or deposed in this litigation (assuming plaintiffs mean the entire CDW MDL) or even just referenced in the depositions. Please identify specifically those individuals plaintiffs anticipate calling so that we may decide whether their deposition is necessary.

F)  Finally, we will depose all of plaintiffs' expert witnesses. We can coordinate the scheduling of these depositions at a later date.


Thanks
Rick Duplantier.


On Sep 17, 2012, at 9:00 AM, "Seeger, Chris" <CSeeger@seegerweiss.com> wrote:

Rich, can you send around a call in?

---

From: Richard G. Duplantier, Jr. <RDuplantier@gjtbs.com>
To: Seeger, Chris; 'LDAVIS@hhklawfirm.com' <LDAVIS@hhklawfirm.com>; 'lrobein@hhklawfirm.com' <lrobein@hhklawfirm.com>; 'krisley@thompsoncoe.com' <krisley@thompsoncoe.com>; 'sja@lcba-law.com' <sja@lcba-law.com>; gmeunier@gainsben.com
Cc: Scott George; Anthony Irpino; Carlina C. Eiselen <CEiselen@gjtbs.com>; Benjamin R.

10/4/2012

Grau <bgrau@gjtbs.com>
Sent: Mon Sep 17 09:54:25 2012
Subject: RE: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

It would have to be at 830 CST as we have the Habitat deposition tomorrow

---

From: Seeger, Chris [mailto:CSeeger@seegerweiss.com]
Sent: Monday, September 17, 2012 8:54 AM
To: Richard G. Duplantier, Jr.; 'LDAVIS@hhklawfirm.com'; 'lrobein@hhklawfirm.com'; 'krisley@thompsoncoe.com'; 'sja@lcba-law.com'; gmeunier@gainsben.com
Cc: Scott George; Anthony Irpino; Carlina C. Eiselen; Benjamin R. Grau
Subject: Re: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

I am not and I'd like to be involved by phone. How is tomorrow morning?

---

From: Richard G. Duplantier, Jr. <RDuplantier@gjtbs.com>
To: Lenny Davis <LDAVIS@hhklawfirm.com>; 'Lane Robein' <lrobein@hhklawfirm.com>; Kevin Risley (krisley@thompsoncoe.com) <krisley@thompsoncoe.com>; Sidney Angelle (sja@lcba-law.com) <sja@lcba-law.com>; gmeunier@gainsben.com
Cc: Seeger, Chris; Scott George; Anthony Irpino; Carlina C. Eiselen <CEiselen@gjtbs.com>; Benjamin R. Grau <bgrau@gjtbs.com>
Sent: Mon Sep 17 09:50:45 2012
Subject: RE: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

Gentlemen:

We need to have a meet and confer about this witness list.

Are you available to discuss at 4pm today?

Thanks

Rick


Sincerely,

<Silver Anniversary Logo2 small.jpg>

Richard G. Duplantier, Jr., Director
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC
Phone: 504-525-6802 | Cell: 504-616-5304 | Fax: 504-525-2456
One Shell Square , 701 Poydras St., 40th Floor , New Orleans, Louisiana 70139
Email: RDuplantier@gjtbs.com

<image001.jpg>


Website | Bio | vCard

Houston ♦ St. Louis ♦ Lafayette ♦ Mandeville ♦ New Orleans ♦ Gulfport ♦ Mobile ♦ Pensacola ♦ Tampa ♦ Atlanta


10/4/2012

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION
DO NOT FORWARD WITHOUT PERMISSION

**From:** Lane Robein [mailto:lrobein@hhklawfirm.com]
**Sent:** Friday, September 14, 2012 11:43 PM
**To:** Richard G. Duplantier, Jr.; Kevin Risley (krisley@thompsoncoe.com); Sidney Angelle (sja@lcba-law.com)
**Subject:** Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

Please see attached from Leonard A. Davis, which has been e-filed with the Court, as well as uploaded to LexisNexis.

Laney Robein, Paralegal
Chinese Drywall MDL
Herman, Herman, & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
V: 504.581.4892
F: 504.561.6024
lrobein@hhklawfirm.com
www.hhklawfirm.com
PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED.  PLEASE UPDATE YOUR CONTACT INFORMATION ACCORDINGLY.
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

10/4/2012