UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | CIVIL ACTION NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | JUDGE FALLON |
| _____ | ) | |
| **This Document Relates to:** | | **MAGISTRATE WILKINSON** |
| ALL CASES | | |

## PROPOSED ORDER

Considering Interior Exterior Building Supply, L.P.'s Motion to Strike Plaintiffs, Motion to Strike Certain Witnesses from Plaintiffs' Witness List and Motion for Status Conference:

**IT IS ORDERED BY THE COURT** that a Status Conference with all parties related to the Interior Building Supply, L.P.'s November trial will be conducted on Tuesday, October 9, 2012 in the afternoon in chambers.

**IT IS FURTHER ORDERED BY THE COURT** that a hearing on Interior Building Supply, L.P.'s Motion to Strike will be heard on Tuesday, October 9, 2012 in the afternoon.

New Orleans, Louisiana, this _____ day of October, 2012

_____
Eldon E. Fallon
United States District Court Judge

- 1 -