UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| **This document relates to:** | * | |
| **ALL ACTIONS** | * | |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that defendant, Interior Exterior Building Supply, LP ("Interior Exterior"), through undersigned counsel, and, pursuant to Local Rule 7.2, notices the attached Motion to Strike Plaintiffs, Motion to Strike Certain Witnesses from Plaintiffs' Witness List, and Motion for Status Conference for submission to the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, LA, in the afternoon on October 9, 2012.

Respectfully submitted,

*/s/ Richard G. Duplantier, Jr.*
Richard G. Duplantier, Jr. #18874
Lambert J. Hassinger, Jr. #21683
Benjamin R. Grau, #26307
Carlina C. Eiselen, #28524
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040 One Shell Square
New Orleans, LA 70139
504 525 6802 / 504 525 2456 Fax
rduplantier@gjtbs.com; jhassinger@gjtbs.com
bgrau@gjtbs.com; ceiselen@gjtbs.com;
*Counsel for Interior Exterior Building Supply*

## Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 8th day of October, 2012.

*/s/ Richard G. Duplantier, Jr.*