UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | Judge Fallon |
| This document relates to All Cases | * | |
| | * | Mag. Judge Wilkinson |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED AGENDA
FOR OCTOBER 10, 2012 STATUS CONFERENCE**

I. PRE-TRIAL ORDERS

II. STATE COURT TRIAL SETTINGS

III. INSURANCE ISSUES

IV. HOME BUILDERS FEES AND COSTS

V. STATE/FEDERAL COORDINATION

VI. OMNIBUS CLASS ACTION COMPLAINTS

VII. PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

VIII. PILOT PROGRAM

IX. TERM SHEET AGREEMENT BETWEEN PSC AND THE KNAUF ENTITIES REGARDING SETTLEMENTS WITH HOMEBUILDERS

X. KNAUF DEFENDANTS

XI. TAISHAN DEFENDANTS

XII. INTERIOR EXTERIOR DEFENDANT

XIII. BANNER DEFENDANTS

XIV. VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XV. L&W DEFENDANT

XVI. PLAINTIFF AND DEFENDANT PROFILE FORMS

XVII. RCR HOLDINGS II, LLC (*Hobbie et al v. RCR Holdings* 10-1113)

XVIII. FREQUENTLY ASKED QUESTIONS

XIX. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XX. *PRO SE* CLAIMANTS

XXI. SETTLEMENT AGREEMENT IN MDL 2047 REGARDING CLAIMS INVOLVING BUILDERS, INSTALLERS, SUPPLIERS, AND PARTICIPATING INSURERS

XXII. PHYSICAL EVIDENCE PRESERVATION ORDER

XXIII. ENTRY OF PRELIMINARY DEFAULT

XXIV. ALREADY REMEDIATED HOMES

XXV. NEXT STATUS CONFERENCE