007028.000004

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No. 2047** |
| | **SECTION L** |
| | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:** | **MAG. JUDGE WILKINSON** |
| *Hobbie, et al. v. RCR Holdings II, LLC, et al.* | |
| No. 10-1113 | |

_____/

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Defendant, COASTAL CONSTRUCTION OF SOUTH FLORIDA, INC. (Coastal), pursuant to the Court's Order, signed September 27, 2012 [Rec. Doc. No. 15848], submits the following [Proposed] Case Management Order for consideration. Coastal would note that the deadlines are in accordance with Local Rule 16.1, S.D. Fla., attached to the Order as an attachments, as this case should be transferred back to the Federal Southern District Court in Florida pursuant to 28 U.S.C. §1407.

Dated October 8, 2012

/s/ Addison J. Meyers
Addison J. Meyers, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:  305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

CASE NO.: 50 2009CA032471XXXXMB AG
Page 2 of 3

/s/ Gina E. Romanik
Gina E. Romanik, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
gromanik@defensecounsel.com

/s/ Brian A. Eves
Brian Eves, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
beves@defensecounsel.com

## **CERTIFICATE OF SERVICE**

I, hereby certify that the above and forgoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States Mail and email or hand delivery and email and upon all parties electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this October 8, 2012.

/s/ Addison J. Meyers
Addison J. Meyers