007028.000004

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE WILKINSON |
| *Hobbie, et al. v. RCR Holdings II, LLC, et al.* | |
| Case No. 10-1113 | |

_____/

## [PROPOSED] CASE MANAGEMENT ORDER

The Court, having reviewed the Proposed Scheduling Orders submitted by the parties, enters the following Scheduling Order setting forth the following deadlines for discovery, motion practice, and jury trials, in accordance with Local Rule 16.1, S.D. Fla.:

| DEADLINE OR EVENT | DATE |
|---|---|
| **Hearing on Defendant, Coastal's Motion for Remand** | October 19, 2012 |
| **Mandatory Initial Disclosures (pursuant to Fed. R. Civ. P. 26(1) and Local Rule 16.1)** | November 16, 2012 |
| **Certificate of Interested Persons and Corporate Disclosure Statement** | November 16, 2012 |
| **Motions to Add Parties or to Amend Pleadings** | May 6, 2013 |
| **Hearing(s) on Pending Motions** | July 5, 2013 |
| **Discovery Deadline** | July 5, 2013 |

| | |
|---|---|
| **Disclosure of Expert Reports**<br>     **Plaintiff:**<br>     **Defendants:**<br>     **Rebuttal Experts:** | March 7, 2013<br>April 6, 2013<br>May 6, 2013 |
| **Dispositive Motions and *Frye* Motions** | August 4, 2013 |
| **Summary Judgment Motions** | August 4, 2013 |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | September 3, 2013 |
| **Joint Final Pretrial Statement (Including a Single Set of Jointly-Proposed Jury Instructions (Disputed and Undisputed) and Verdict Form, Witness Lists, Exhibit Lists with Objections)** | September 10, 2013 |
| **All Other Motions Including Motions *In Limine*, Trial Briefs** | September 24, 2013 |
| **Final Pretrial Conference** | October 8, 2013 |
| **Trial Term Begins** | October 21, 2013 |
| **Estimated Length of Trial** | 10 days (per *Standard Track* Schedule) |
| **Jury/Non-Jury** | Jury |
| **Mediation** | Not Applicable |

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with this Order and Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the Court.

SO ORDERED on this _____ day of _____, 2012.

ENTERED BY ORDER OF THE COURT:

_____
ELDON FALLON, JUDGE
UNITED STATES DISTRICT COURT