IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED<br>      DRYWALL PRODUCTS<br>      LIABILITY LITIGATION | )<br>)<br>) | MDL NO. 2047 |
| | ) | SECTION: L |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | JUDGE FALLON |
| Hobbie, et al. v.<br>RCR Holdings II, LLC, et al.<br>No. 10-1113 | )<br>)<br>) | <br><br>MAG. JUDGE WILKINSON |
| _____ | ) | |

**[PROPOSED] REVISED CASE MANAGEMENT ORDER**

      The Court, having considered the parties suggested Case Management Orders, enters the following Revised Case Management Order:

| DEADLINE OR EVENT | DATE |
|---|---|
| **Identification of 6 Units by Plaintiffs and 6 Units by Defendants** | October 19, 2012 |
| **Supplemental Written Discovery to be served. All responses are due 30 days thereafter. Extensions of time to respond will not be granted absent a showing of good cause** | October 19, 2012 |
| **Motions to Add Parties or to Amend Pleadings** | October 22, 2012 |
| **Disclosure of Expert Reports**<br>                                        Initial Disclosure:<br>                                        Rebuttal Experts: | <br>November 16, 2012<br>November 30, 2012 |
| **Discovery Deadline** | January 31, 2013 |
| **Meet and confer to select cases for trial and vetoes by the parties** | February 8, 2013 |
| **If no consensus on units to be tried, the submission of proposed units to the Court** | February 11, 2013 |

| DEADLINE OR EVENT | DATE |
|---|---|
| **Dispositive Motions, *Daubert Motions,* and Remand Motions** | February 2013, Status Conference |
| **All Other Motions Including Motions *In Limine*, Trial Briefs** | March 5, 2013 |
| **Trial Term Begins** | March 12, 2013 |
| **Estimated Length of Trial** [trial days] | 7 days |
| **Jury / Non-Jury** | Jury |

New Orleans, Louisiana this _____ day of _____, 2012

ENTERED BY ORDER OF THE COURT:

_____
ELDON FALLON, JUDGE
UNITED STATES DISTRICT COURT