# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED  DRYWALL PRODUCTS  LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| Hobbie, et al. v. RCR Holdings II, LLC, et al. No. 10-1113 _____ | ) ) ) ) ) ) | JUDGE FALLON  MAG. JUDGE WILKINSON |

## NOTICE OF SUBMISSION

TAKE NOTICE that Plaintiff Wendy Lee Hobbie, on behalf of herself and the other 181 named plaintiffs on the Complaint styled *Hobbie, et al. v. RCR Holdings II, LLC, et al.* No. 10-1113 (E.D.La.) (collectively, "Plaintiffs") and Defendant/Third-Party Plaintiff, RCR HOLDINGS II, LLC ("RCR"), by and through their undersigned counsel, and pursuant to the Court's Order, signed September 27, 2012 [Doc. No. 15848], hereby submit the following [Proposed] Revised Case Management Order for consideration on October 31, 2012 at 9:00.

Date: October 9, 2012            WHITFIELD BRYSON & MASON LLP

/s/ Gary E. Mason
Gary E. Mason
Donna F. Solen
1625 Massachusetts Ave., NW, Suite 605
Washington, D.C. 20036
Tel. (202) 429-2290
Fax. (202) 429-2294

Daniel K. Bryson
900 W. Morgan Street
Raleigh, NC 27603
Tel. (919) 600-5000
Fax. (919) 981-0199

Adam C. Linkhorst
LINKHORST & HOCKIN P.A.
4495 Military Trail, Suite 106
Jupiter, Florida 33458
Tel. (561) 626-8880 / (954) 776-5990
Fax. (561) 626-8885

Joel R. Rhine
RHINE LAW FIRM, PC
314 Walnut Street, Suite 1000
Wilmington, NC  28401
Tel. (910) 772-9960
Fax. (910) 772-9062

Chris Coffin
PENDLEY BAUDIN & COFFIN, LP
Post Office Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Tel. (225) 687-6396

Stephen Mullins
LUCKEY & MULLINS
2016 Bienville Blvd
P.O. Box 990
Ocean Springs, MS 39564
Tel. (228) 875-3175
Fax. (228) 872-4719

*Attorneys for Hobbie Plaintiffs*

Gregory S. Weiss (Florida Bar No. 163430)
LEOPOLD LAW, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, Florida 33410
Tel. (561) 515-1400
Fax. (561) 515-1401

*Attorney for Defendant/Third Party Plaintiff RCR Holdings II, LLC*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 9th day of October, 2012.

    /s/ Gary E. Mason
    Gary E. Mason