UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| *Payton, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-07628 (E.D. La.) | |
| *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.*<br>Case No. 1:09-cv-00361 (E.D. La.) | |
| *Gross, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:10-cv-00362 (E.D. La.) | |
| *Amato, et. al. v. Liberty Mutual Ins. Co., et. al.*<br>Case No. 2:10-cv-00932 | |
| *Hernandez, et. al. v. AAA Insurance, et. al.*<br>Case No. 2:10-cv-3070 (E.D. La.) | |
| *Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-00080 (E.D. La.) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 2:110cv000252 (E.D. La.) | |
| *Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-01077 (E.D. La.) | |
| *Vikers, et. al. v. Knauf Gips KG, et. al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | |

## RESPONSE TO MOTION TO MODIFY DISCOVERY PROCEDURES AND MEMORANDA IN SUPPORT OF MOTION TO MODIFY DISCOVERY PROCEDURES AND MOTION FOR A PROTECTIVE ORDER

COME NOW, Objectors and Class Members Jan Petrus; Saul Soto, SHS Construction; Ronnie Garcia, Bay Area Contracting & Construction, Inc.; and Ernest Vitela, E and E Construction Co by and through their undersigned counsel of record, hereby respond to the Motion To Modify Discovery Procedures (the "Motion") and Memoranda In Support Of Motion To Modify Discovery Procedures (the "Memoranda") as follows:

In the Memoranda, Class Counsel requests the following:

"Class Counsel hereby respectfully request that the time period for the taking and completion of discovery relating to objectors to the settlement(s) be shortened. Class Counsel suggest that Interrogatories, Requests for Admission and/or Requests for Production of Documents and Things filed by Class Counsel should be responded to within fifteen (15) days of service; and further that depositions should be set provided notice is given at least five (5) days in advance of the deposition."

Objectors' counsel will be out of the country on a trip that has been scheduled for many months between and including October 19, 2012 and October 28, 2012. Other than a modest request to accommodate this trip, Objectors and Objectors' counsel will agree to conduct reasonable discovery, including depositions of objectors. Therefore, the Motion and Memoranda are largely unnecessary.

Attached as Exh. A is a letter from Objector's counsel to class counsel following a phone conversation as follows:

"Objectors will agree to serve their objections, responses and/or answers to the written discovery

previously served by class counsel on objectors on or before October 18, 2012. Objectors will be offered for deposition in Corpus Christi, Texas on a single day on either October 31 or November 1 or 2, 2012 (as we discussed I am checking with my clients for their availability). Although we did not discuss this on our phone call, I would ask that you agree you will not serve any new discovery with a due date prior to October 31, 2012, and will not set any matters for hearing while I am out of the country."

Objectors and Objectors' counsel seek a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to protect them from any written discovery or depositions outside of the broad parameters proposed in this response and the letter attached as Exh. A. Specifically, if class counsel will not agree, Objectors seek a protective order that no new discovery with a due date prior to October 31, 2012 will be sent by class counsel, and that class counsel will not set any matters for hearing while Objectors' counsel is out of the country."

Wherefore, Objectors Jan Petrus; Saul Soto, SHS Construction; Ronnie Garcia, Bay Area Contracting & Construction, Inc., and Ernest Vitela, E and E Construction Co, by and through their undersigned counsel, hereby seek an order in accordance with the relief requested herein.

Dated:  October 9, 2012

                                              Respectfully submitted,

                                    By:      /s/ Christopher A. Bandas
                                                   Christopher A. Bandas
                                                   State Bar No. 00787637
                                                 Southern Bar No. 17509
                                                 BANDAS LAW FIRM, P.C.
                                                 500 North Shoreline Blvd., Suite 1020
                                                 Corpus Christi, Texas 78401-0353
                                                 (361) 698-5200 Telephone
                                                 (361) 698-5222 Facsimile

Counsel for Objectors Jan Petrus; Saul Soto, SHS Construction; Ronnie Garcia, Bay Area Contracting Construction, Inc. and Ernest Vitela, E and E Construction Co.

## **CERTIFICATE OF CONFERENCE**

The undersigned has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action.

        /s/ Christopher A. Bandas
        Christopher A. Bandas

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October 2012 a true and correct copy of the above and foregoing was served on the following as indicated below as well as all counsel of record via the Court's CM/ECF system.

Via Facsimile: (215) 592-4663
Arnold Levin
Levin, Fishein, Sedran & Berman
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Plaintiffs' Lead Counsel

Via Facsimile: (504) 561-6024
Leonard A. Davis
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70013
Defendants' Counsel

        /s/ Christopher A. Bandas
        Christopher A. Bandas