# BANDAS LAW FIRM, P.C.
Attorneys at Law

CHRISTOPHER A. BANDAS                                     500 N. Shoreline, Suite 1020
                                                          Corpus Christi, Texas 78401
                                                          (361) 698-5200 Office
                                                          (361) 698-5222 Fax

October 9, 2012

Leonard A. Davis
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70013

Re:   MDL No. 2047; *In Re: Chinese-Manufactured Drywall Products Liability Litigation*

Dear Counsel:

As discussed today, class counsel and the objectors I represent have agreed as follows:

Objectors will agree to serve their objections, responses and/or answers to the written discovery previously served by class counsel on objectors on or before October 18, 2012. Objectors will be offered for deposition in Corpus Christi, Texas on a single day on either October 31 or November 1 or 2, 2012 (as we discussed I am checking with my clients for their availability). Although we did not discuss this on our phone call, I would ask that you agree you will not serve any new discovery with a due date prior to October 31, 2012, and will not set any matters for hearing while I am out of the country.

Sincerely,

Christopher A. Bandas

CAB/mv



EXHIBIT A



## BANDAS
### LAW FIRM, P.C.

500 North Shoreline, Suite 1020
Corpus Christi, Texas 78401-0353
Telephone 361-698-5200
Facsimile 361-698-5222



| To: | Mr. Arnold Levin | Fax: | 215-592-4663 |
|---|---|---|---|
| From: | Christopher A. Bandas | Page(s): | 2 (including cover page) |
| RE: | MDL No. 2047-In Re Chinese-Manufactured Drywall Products Liability Litigation | Date: | October 9, 2012 |
| Operator: | Margot | | |

**MESSAGE:**

**Please see attached.**

This information contained in this facsimile is attorney privilege and confidential information intended only for the use of the individual or the entity named above. If the reader of this message is not the intended recipient, or an agent or employee thereof, you are hereby notified to that the dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

```
*********************
*** FAX TX REPORT ***
*********************

               TRANSMISSION OK

       JOB NO.                  1842
       DEPT. ID                 1234
       DESTINATION ADDRESS      12155924663
       PSWD/SUBADDRESS
       DESTINATION ID
       ST. TIME                 10/09 15:00
       USAGE T                  00'26
       PGS.                     2
       RESULT                   OK
```



# BANDAS

## LAW FIRM, P.C.

500 North Shoreline, Suite 1020
Corpus Christi, Texas 78401-0353
Telephone 361-698-5200
Facsimile 361-698-5222

# FAX

| To: | Mr. Arnold Levin | Fax: | 215-592-4663 |
|---|---|---|---|
| From: | Christopher A. Bandas | Page(s): | 2 (including cover page) |
| RE: | MDL No. 2047-In Re Chinese-Manufactured Drywall Products Liability Litigation | Date: | October 9, 2012 |
| Operator: | Margot | | |

**MESSAGE:**

**Please see attached.**