# EXHIBIT A

# Amended Exhibit "A"

| *RICHARD AND CAROL BENOIT, ET AL V. LAFARGE S.A., ET AL* <br> *CIVIL ACTION NO. 11-1893* <br><br> **DEFENDANTS IN DEFAULT** ||
|---|---|
| **DEFENDANT** | **SERVED** |
| Diamond Court Homes, Inc. | 10/10/11 |
| Haven Properties, Inc. | 10/14/11 |
| Kimball Hill Homes Florida, Inc. | 10/6/11 |
| L.J.&L. Enterprises, Inc. | 10/18/11 |
| Restoration Of The Palm Beaches, Inc. | 10/8/11 |
| Steve Corbett, Incorporated | 10/5/11 |
| West Lakes Estates, Inc. | 10/6/11 |
| Wood Nation, Inc. | 10/26/11 |

| ARNDT, ET AL V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL 11-2349 ||
|---|---|
| DEFENDANTS IN DEFAULT ||
| DEFENDANT | SERVED |
| Ameritek Homes Co. f/k/a Dulcie and Company, Inc. | 10/26/11 |
| ASAP Drywall | 10/30/11 |
| Bay Town Builders, LLC | 10/26/11 |
| Canino Construction, Inc. | 10/13/11 |
| Carmen P Pacinelli Drywall Inc. | 10/28/11 |
| Dave Johnson Construction, Inc. | 11/18/11 |
| Drywall & Framing Investment Group, Inc. | 10/18/11 |
| Foster Home Builders, Inc. | 10/18/11 |
| Grande Valley Homes, LLC d/b/a Casa Linda Homes | 10/14/11 |
| Jon A. Wilder, Inc. | 10/14/11 |
| JVP Drywall & Finish, Inc. | 11/11/11 |
| Merrick Homes, LLC | 10/17/11 |
| Orchid Grove, LLC | 10/19/11 |
| Paramount Quality Homes Corp. | 10/22/11 |
| Sampson Construction Company, L.L.C. | 11/4/11 |
| Santa Barbara Estates, Inc. | 10/18/11 |
| Supreme Builders, Ltd. | 10/15/11 |
| Supreme Homes Ltd. | 10/15/11 |
| U/C Universal Construction, Inc. | 10/17/11 |
| Wolfman Construction Company | 10/28/11 |

### *ALMEROTH, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO., LTD, ET AL* 12-0498

### DEFENDANTS IN DEFAULT

| DEFENDANT | SERVED |
|---|---|
| Andrea Varuso Corne and Scott M. Corne | 4/3/12 |
| B & B Stucco, Inc. | 4/4/12 |
| Barney Core | 4/4/12 |
| Boutwell Drywall | 4/4/12 |
| BTR Exteriors f/k/a Gulf Eagle Supply, Inc. | 4/6/12 |
| C.H. Builders, LLC | 4/5/12 |
| Cabba, Inc. | 4/5/12 |
| Cape Cement and Supply, Inc. | 4/4/12 |
| Central Drywall Contractors Inc. | 4/16/12 |
| Coastal Construction of South Florida, Inc. d/b/a Coastal Condominiums | 4/9/12 |
| D & K GCB, Inc. | 5/28/12 |
| Dewey Leonard | 4/10/12 |
| Diamond Court Homes, Inc. | 4/10/12 |
| E.B. Developers, Inc. | 4/3/12 |
| Eagle Bay Construction & Development, Inc. | 4/3/12 |
| Eagle Creek Remodeling, Inc. | 4/6/12 |
| Ebbtide Investment Group, LLC | 4/18/12 |
| Edward Pierre | 4/5/12 |
| Florida Walls Inc. | 4/3/12 |
| Fly System, Inc. | 4/12/12 |
| Grand Orleans Properties, L.L.C. | 4/3/12 |
| Highland Holdings, Inc. | 4/5/12 |
| J&H Sheetrock | 4/18/12 |
| JVP Drywall & Finish, Inc. | 4/10/12 |
| LCA Lumbermen's | 4/3/12 |

| ***ALMEROTH, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO., LTD, ET AL* 12-0498**<br>**DEFENDANTS IN DEFAULT** ||
|---|---|
| **DEFENDANT** | **SERVED** |
| Lonnie Goddard d/b/a Custom Interiors, LLC | 4/3/12 |
| Mariner Village Townhomes, Inc. | 4/10/12 |
| Martinez Drywall & Painting, LLC | 4/7/12 |
| Meeks Drywall & Stucco, Inc. | 4/12/12 |
| Millennium Trading, Inc. | 4/3/12 |
| Mitchell Homes, Inc. | 4/2/12 |
| Molleda Corp. | 4/3/12 |
| New Millenial, LLC | 4/5/12 |
| NICO Development, Inc. | 4/5/12 |
| Phillip Eric Price | 4/9/12 |
| Premier Southern Builders, L.L.C. | 4/3/12 |
| Price-Built Homes | 4/10/12 |
| Prime Homebuilders, Inc. | 4/3/12 |
| Promenade at Doral, LLC | 4/3/12 |
| R.L. Stockett & Associates, LLC | 4/24/12 |
| Rebuilding Together, Inc. | 4/3/12 |
| Rickey Pittman | 4/9/12 |
| Robert Nicholas<br>d/b/a Robert Nicholas Drywall | 5/9/12 |
| S & D Custom Built Homes, LLC | 4/16/12 |
| Santa Fe, LLC | 4/11/12 |
| Simpson-Davis Development, LLC | 4/24/12 |
| Southern Community Homes Inc. | 4/9/12 |
| Stoughton Homes, Inc. | 4/4/12 |
| Strauch Builders, LLC | 4/3/12 |
| Talmadge Drywall, Inc. | 4/11/12 |
| United Homes, Inc. | 4/10/12 |

| *ALMEROTH, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO., LTD, ET AL* **12-0498** ||
| --- | --- |
| **DEFENDANTS IN DEFAULT** ||
| DEFENDANT | SERVED |
| WCS Construction, Inc. | 6/19/12 |
| West Florida Construction Group, Inc. | 4/7/12 |
| Wilfredo Medina Guzman | 4/17/12 |
| William D. Smyly | 4/6/12 |

| CASSIDY, ET AL V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG ET AL, 11-3023 |||
|---|---|---|
| **DEFENDANTS IN DEFAULT** |||
| **DEFENDANT** | **ORIGINAL SERVED** | **AMENDED SERVED** |
| B & W Drywall, Inc. | 2/23/12 | 2/23/12 |
| Blue Line Builders, Inc. | 2/25/12 | 2/25/12 |
| Carmen P Pacinelli Drywall Inc. | 2/28/12 | 2/28/12 |
| CGF Construction Corp. | 2/29/12 | 2/29/12 |
| Cornerstone Construction, Inc. | 2/29/12 | 2/29/12 |
| Coscan Home Builders, LLC | 2/24/12 | 2/24/12 |
| DCT Investment Group, Inc. | 2/29/12 | 2/29/12 |
| Design Stucco, Inc. | 4/5/12 | 4/5/12 |
| Distinctive Drywall, LLC | 2/22/12 | 2/22/12 |
| Grande Valley Homes, L.L.C. | 2/23/12 | 2/23/12 |
| Mariner Village Townhomes, Inc. | 2/22/12 | 2/22/12 |
| Master Builders of South Florida, Inc. | 2/24/12 | 2/24/12 |
| Medimart Investment, Inc. | 3/13/12 | 3/13/12 |
| Prestigious Homes, LLC | 2/27/12 | 2/27/12 |
| Santa Barbara Estates, Inc. | 2/22/12 | 2/22/12 |
| Stonecrest Home Builders, LLC | 3/12/12 | 3/12/12 |
| Strauch Builders, LLC | 3/6/12 | 3/6/12 |
| Supreme Builders, Ltd. | 2/22/12 | 2/22/12 |
| United Homes, Inc. | 2/22/12 | 2/22/12 |