**Scott George**

| | |
|---|---|
| **From:** | Richard G. Duplantier, Jr. [RDuplantier@gjtbs.com] |
| **Sent:** | Monday, October 01, 2012 5:26 PM |
| **To:** | barrios@bkc-law.com |
| **Cc:** | Scott George; Lenny Davis ; gmeunier@gainsben.com; Hugh Lambert; Michael J. Ecuyer; Carlina C. Eiselen; Cayce Peterson |
| **Subject:** | RE: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List |
| **Attachments:** | image001.jpg; image002.jpg |
| | |
| **Categories:** | Red Category |

Dawn - yes, this is confirmed.

---

**From:** Dawn Barrios [mailto:barrios@bkc-law.com]
**Sent:** Monday, October 01, 2012 3:55 PM
**To:** Richard G. Duplantier, Jr.
**Cc:** Scott A. George ; Lenny Davis ; Jerry Meunier ; Skip Lambert ; Michael J. Ecuyer; Carlina C. Eiselen; Cayce Peterson
**Subject:** RE: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

Rick,
This email confirms our conversation that the listing of Carmen Baham, St. Tammany Document Custodian, and Estelle Brown, Orleans Document Custodian, on our witness list was done merely for those witnesses to identify and authenticate permits obtained in connection with the construction of the Trial Plaintiffs homes.
You have agreed that you would stipulate to the authenticity of the documents, and that you do not want to depose these 2 witnesses.
Please confirm.
d

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
Suite 3650
701 Poydras Street
New Orleans, LA  70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Richard G. Duplantier, Jr. [mailto:RDuplantier@gjtbs.com]
**Sent:** Monday, October 01, 2012 2:07 PM
**To:** Dawn Barrios
**Cc:** Scott A. George ; Lenny Davis ; Jerry Meunier ; Skip Lambert ; Michael J. Ecuyer; Carlina C. Eiselen
**Subject:** RE: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

Dawn -

Yes, the list you sent to Carlina includes all of the witnesses that we have requested the PSC produce for deposition. At this point, what we need is some confirmation as to when and/or if they will appear as scheduled. We have been advised that the PSC cannot locate Vincent Gonzales, one of the people listed on your witness list. His deposition was set for 10/2. We have also set the deposition of William Garcia for 10/2 and the deposition of Dwayne Gref for 10/3. Will they be available?

Other depositions have also been noticed for later in this week and next week. We are unsure which of these witnesses the PSC can actually produce or if we need to subpoena them.

Can you please let us know if these witnesses will be made available?

Rick

---

**From:** Dawn Barrios [mailto:barrios@bkc-law.com]
**Sent:** Monday, October 01, 2012 1:15 PM
**To:** Richard G. Duplantier, Jr.
**Cc:** Scott A. George ; Lenny Davis ; Jerry Meunier ; Skip Lambert ; Michael J. Ecuyer
**Subject:** RE: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

Rick,
I am doing a deposition calendar and am going to walk it over.  I spoke with Carlina and asked her to verify that my list had all the depos you want, but  I have not heard back from her.

The William Garcia depo can go forward tomorrow as scheduled. The other depo for tomorrow was for Vincent Gonzales, and no one can locate him, so it won't go forward.  We will not call him as a witness since we can't locate him.  Both of these were for the Mundee home.

I will provide more info as I receive and confirm it.
d


Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
Suite 3650
701 Poydras Street

New Orleans, LA  70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

---

**From:** Richard G. Duplantier, Jr. [mailto:RDuplantier@gjtbs.com]
**Sent:** Monday, October 01, 2012 9:18 AM
**To:** Dawn Barrios
**Subject:** RE: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

Dawn -

I am about to start the depositions of Jim and Clay Geary. Meaning, I will be tied up all day with the PSC. I still do not have any information about the depositions we have requested, some of which we Noticed for tomorrow. Do you intend to produce the witnesses tomorrow?

Please provide a status on the requested discovery ASAP.

Cordially

Rick Duplantier

Sincerely,



**Richard G. Duplantier, Jr., Director**
**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC**
**Phone: 504-525-6802 | Cell: 504-616-5304 | Fax: 504-525-2456**
**One Shell Square , 701 Poydras St., 40th Floor , New Orleans, Louisiana 70139**
**Email: RDuplantier@gjtbs.com**



**Website** | **Bio** | **vCard**

**Houston ♦ St. Louis ♦ Lafayette ♦ Mandeville ♦ New Orleans ♦ Gulfport ♦ Mobile ♦ Pensacola ♦ Tampa ♦ Atlanta**

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION
DO NOT FORWARD WITHOUT PERMISSION

---

**From: Dawn Barrios [mailto:barrios@bkc-law.com]**
**Sent: Friday, September 28, 2012 2:05 PM**
**To: Richard G. Duplantier, Jr.**

Cc: Carlina C. Eiselen
Subject: Re: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

I will call as soon as I can.

Sent from my iPhone

On Sep 28, 2012, at 12:54 PM, "Richard G. Duplantier, Jr." <RDuplantier@gjtbs.com> wrote:

> Dawn -
>
> You can call me on cell 504-616-5304 after 5pm today.
>
> I am not free tomorrow morning, but should be free tomorrow after 1130am.
>
> Rick

---

From: Dawn Barrios [mailto:barrios@bkc-law.com]
Sent: Friday, September 28, 2012 12:51 PM
To: Richard G. Duplantier, Jr.
Subject: RE: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

Rick,
I am off dealing with family issues.  If I can get to you or Carlina after 5 today, it may work.  If not, can we do it about 8 or 8:30 tomorrow?  My cell is 495-4935.
Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street
New Orleans, LA  70139
504.524.3300 (phone)
504.524.3313 (fax)
barrios@bkc-law.com

From: Richard G. Duplantier, Jr. [mailto:RDuplantier@gjtbs.com]
Sent: Friday, September 28, 2012 11:49 AM
To: Dawn Barrios
Cc: Carlina C. Eiselen
Subject: FW: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List
Dawn -
What time today are you free to discuss this scheduling?
Thanks
Rick

---

From: Scott George [mailto:sgeorge@seegerweiss.com]
Sent: Friday, September 28, 2012 11:45 AM
To: Richard G. Duplantier, Jr.; Seeger, Chris
Cc: LDAVIS@hhklawfirm.com; lrobein@hhklawfirm.com; krisley@thompsoncoe.com; sja@lcba-law.com; gmeunier@gainsben.com; Anthony Irpino; Carlina C. Eiselen; Benjamin R. Grau; barrios@bkc-law.com; gmeunier@gainsben.com

**Subject: RE: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List**

**Rick,**

**Please accept this response to the questions/points you raised below:**

- **A)   Please coordinate with Dawn Barrios for these depositions.  We agree with regards to the Knauf plaintiffs.  You should discuss the one Knauf NOAHH home with Dawn as well.  We will not be seeking relief re: Mora at this time and will allow the requested discovery to proceed. We currently have no other NOAHH designees/representatives.**
- **B)   October 8/9 (the dates you proposed for many of these in your notices) are convenient.  We can discuss other dates as needed.**
- **C)   We will respond shortly.**
- **D)   We will respond shortly and will endeavor to proceed cooperatively.**
- **E)   Objection noted.**
- **F)   Agreed.**
   **Thank you.**
   **Truly,**
   **Scott**

**From: Richard G. Duplantier, Jr. [mailto:RDuplantier@gjtbs.com]**
**Sent: Wednesday, September 26, 2012 4:37 PM**
**To: Seeger, Chris**
**Cc: LDAVIS@hhklawfirm.com; lrobein@hhklawfirm.com; krisley@thompsoncoe.com; sja@lcba-law.com; gmeunier@gainsben.com; Scott George; Anthony Irpino; Carlina C. Eiselen; Benjamin R. Grau**
**Subject: RE: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List**
**Chris  -**
**Can we please get a response to this email?**
**Thanks**
**Rick**

**Sincerely,**

**<image001.jpg>**

**Richard G. Duplantier, Jr., Director**
**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC**
**Phone: 504-525-6802 | Cell: 504-616-5304 | Fax: 504-525-2456**
**One Shell Square , 701 Poydras St., 40th Floor , New Orleans, Louisiana 70139**
**Email: RDuplantier@gjtbs.com**

**<image002.jpg>**

**Website | Bio | vCard**

**Houston ♦ St. Louis ♦ Lafayette ♦ Mandeville ♦ New Orleans ♦ Gulfport ♦ Mobile ♦ Pensacola ♦ Tampa ♦ Atlanta**

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION
DO NOT FORWARD WITHOUT PERMISSION

From: Richard G. Duplantier, Jr.
Sent: Friday, September 21, 2012 2:58 PM
To: Seeger, Chris
Cc: LDAVIS@hhklawfirm.com; lrobein@hhklawfirm.com; krisley@thompsoncoe.com; sja@lcba-law.com; gmeunier@gainsben.com; Scott George; Anthony Irpino; Carlina C. Eiselen; Benjamin R. Grau
Subject: Re: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

**We address several issues relating to depositions and trial witnesses below.  Please forward this email to the appropriate members of the PSC INEX Trial Team if they have not been included.  We look forward to your prompt reply:**

**A)      We would like to take the deposition of the following fact witnesses connected to the trial-pick homes.  Please advise as to your and the witnesses' availability and whether the plaintiffs will make each of the witnesses available or whether INEX needs to issue subpoenas.**

(1)      **Rogchelle Morgan (NOAHH Homeowner)**
(2)      **Ricardo Crespo (NOAHH Homeowner)**
(3)      **Casey LeBlanc (NOAHH Homeowner)**
(4)      **William Garcia (Contractor for Mundee)**
(5)      **Vincent Gonzales (Installer for Mundee)**
(6)      **Roman Gonzales (Installer for Gross)**
(7)      **Dwayne Gref of Gref Construction (Contractor for Blue)**
(8)      **William Wellmeier (Contractor for Blue)**
(9)      **Chris Billiot (Contractor for Mora)**
(10)      **The drywall installers for the 3 Habitat Homes**

**We have not included any contractors, installers, or others relating to the Lea and  Beckendorf properties.  In light of  their opting into the Knauf settlement  and the previous position of the PSC with respect to the implications of same (i.e. Sieler), we  do not believe they are proper trial plaintiffs and assume the plaintiffs do not intend call any witnesses identified with  their  property.  Please advise if this is incorrect.**

**As concerns Mr. Mora, we continue to maintain that he is a valid plaintiff in light of his pending claims against INEX and his ownership position with Fleming Construction.  We believe that he needs to be removed as a trial plaintiff by formal motion/withdrawal of his redhibition claim filed by the PSC.**

**With respect to your designation of representatives of NOAHH, please advise specifically what representatives, if any other than Jim Pate, you intend to present at trial.  We want to take the deposition of any other representatives you intend to present**

**B)      We also intend to take the depositions of the following fact witnesses.  Please advise to as your availability.  We will issue subpoenas for these depositions.**

(1)      **Johnny Odom (Building Inspector, City of New Orleans)**
(2)      **John Mezzanga (Former NOAHH)**
(3)      **Bob Mayre (Former NOAHH)**
(4)      **Amanda Curry (Former NOAHH)**
(5)      **Debra Acker (INEX Customer)**
(6)      John Bush (INEX Customer)
(7)      **John Gillespie (INEX Customer)**
(8)      **Jerry Glidewell (INEX Customer)**
(9)      **Robert Harrell (INEX Customer)**
(10)      Glenn Lemm (INEX Customer)
(11)      **Jimmy Montruelle (INEX Customer)**
(12)      **Dale Newman (INEX Customer)**
(13)      **Jonathon Shewmake (INEX Customer)**

C)      There are several additional witnesses identified by the plaintiffs whose anticipated testimony is unknown or unclear.  Until we have a better understanding of the scope of their knowledge/anticipated testimony we cannot make a decision regarding the need for a deposition.  Please provide a description of the anticipated testimony of the following witnesses:

      (1)      Carmen Bahan (Document Custodian for St.Tammany Parish Permits & Regulatory Dept.)

      (2)      Estelle Brown (Document Custodian for OrleansParish Office of Safety and Permits)

      (3)      William Scott or representatives of W.D. Scott Group, Inc.

D)      Please identify those additional witnesses, which are known at this time, that the plaintiffs intend to depose so that we may coordinate the scheduling of all depositions.

E)      We object to the catch-all designations at the end of plaintiff's witness list.  In order to adequately complete discovery and fairly prepare for trial, particularly on this expedited basis, we need to know specifically what individuals the plaintiffs intend to call at trial. It is insufficient to say any person identified in discovery or deposed in this litigation (assuming plaintiffs mean the entire CDW MDL) or even just referenced in the depositions. Please identify specifically those individuals plaintiffs anticipate calling so that we may decide whether their deposition is necessary.

F)      Finally, we will depose all of plaintiffs' expert witnesses.  We can coordinate the scheduling of these depositions at a later date.


Thanks
Rick Duplantier.


On Sep 17, 2012, at 9:00 AM, "Seeger, Chris" <CSeeger@seegerweiss.com> wrote:

**Rich, can you send around a call in?**

---

**From:** Richard G. Duplantier, Jr. <RDuplantier@gjtbs.com>
**To:** Seeger, Chris; LDAVIS@hhklawfirm.com <LDAVIS@hhklawfirm.com>;
lrobein@hhklawfirm.com <lrobein@hhklawfirm.com>;
krisley@thompsoncoe.com <krisley@thompsoncoe.com>; sja@lcba-law.com <sja@lcba-law.com>; gmeunier@gainsben.com
**Cc:** Scott George; Anthony Irpino; Carlina C. Eiselen <CEiselen@gjtbs.com>;
Benjamin R. Grau <bgrau@gjtbs.com>
**Sent:** Mon Sep 17 09:54:25 2012
**Subject:** RE: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

**It would have to be at 830 CST  as we have the Habitat deposition tomorrow**

---

**From:** Seeger, Chris [mailto:CSeeger@seegerweiss.com]
**Sent:** Monday, September 17, 2012 8:54 AM
**To:** Richard G. Duplantier, Jr.; LDAVIS@hhklawfirm.com';
'lrobein@hhklawfirm.com'; 'krisley@thompsoncoe.com'; 'sja@lcba-law.com';
gmeunier@gainsben.com
**Cc:** Scott George; Anthony Irpino; Carlina C. Eiselen; Benjamin R. Grau
**Subject:** Re: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert Witness List

**I am not and I'd like to be involved by phone. How is tomorrow morning?**

---

From: Richard G. Duplantier, Jr. <RDuplantier@gjtbs.com>
To: Lenny Davis <LDAVIS@hhklawfirm.com>; 'Lane Robein'
<lrobein@hhklawfirm.com>; Kevin Risley (krisley@thompsoncoe.com)
<krisley@thompsoncoe.com>; Sidney Angelle (sja@lcba-law.com) <sja@lcba-law.com>; gmeunier@gainsben.com
Cc: Seeger, Chris; Scott George; Anthony Irpino; Carlina C. Eiselen
<CEiselen@gjtbs.com>; Benjamin R. Grau <bgrau@gjtbs.com>
Sent: Mon Sep 17 09:50:45 2012
Subject: RE: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and
Expert Witness List

Gentlemen:
We need to have a meet and confer about this witness list.
Are you available to discuss at 4pm today?
Thanks
Rick

Sincerely,

<Silver Anniversary Logo2 small.jpg>

Richard G. Duplantier, Jr., Director
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC
Phone: 504-525-6802 | Cell: 504-616-5304 | Fax: 504-525-2456
One Shell Square , 701 Poydras St., 40th Floor , New Orleans, Louisiana 70139
Email: RDuplantier@gjtbs.com

<image001.jpg>

Website | Bio | vCard

Houston ♦ St. Louis ♦ Lafayette ♦ Mandeville ♦ New Orleans ♦ Gulfport ♦ Mobile ♦
Pensacola ♦ Tampa ♦ Atlanta

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION
DO NOT FORWARD WITHOUT PERMISSION

From: Lane Robein [mailto:lrobein@hhklawfirm.com]
Sent: Friday, September 14, 2012 11:43 PM
To: Richard G. Duplantier, Jr.; Kevin Risley (krisley@thompsoncoe.com);
Sidney Angelle (sja@lcba-law.com)
Subject: Chinese Drywall MDL 2047 re Plaintiffs' Preliminary Fact and Expert
Witness List

Please see attached from Leonard A. Davis, which has been e-filed with
the Court, as well as uploaded to LexisNexis.
Laney Robein, Paralegal
Chinese Drywall MDL
Herman, Herman, & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
V: 504.581.4892
F: 504.561.6024
lrobein@hhklawfirm.com

[www.hhklawfirm.com](www.hhklawfirm.com)

**PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED.  PLEASE UPDATE YOUR CONTACT INFORMATION ACCORDINGLY.**

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.