# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * | **MDL No. 2047** |
| **DRYWALL PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION:   L** |
| | * | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO** | * | **MAG. JUDGE WILKINSON** |
| | * | |
| *ALL CASES* | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PLAINTIFF, SAMUEL P. SEELIG'S
## NOTICE OF REMEDIATION

NOTICE IS HEREBY given that Samuel P. Seelig, Plaintiff in the above captioned matter, will begin remediation of his property located at 152 Elaine Avenue, New Orleans, Louisiana 70123, beginning on Saturday, November 10, 2012. The property will be made available to any party in the above captioned matter prior to the date of commencement of remediation. Anyone desiring to view the property should contact Jeremy S. Epstein at jepstein@hhklawfirm.com.

                                                Respectfully submitted,

                                                **/s/ Leonard A. Davis**
                                                **RUSS M. HERMAN, La. Bar No. 6819**
                                                **STEVEN J. LANE, La. Bar No. 7554**
                                                **LEONARD A. DAVIS, La. Bar No. 14190**
                                                **STEPHEN J. HERMAN, La. Bar No. 23219**
                                                **JOSEPH E. "JED" CAIN, La. Bar No. 29785**
                                                **JEREMY S. EPSTEIN, La. Bar No. 32135**
                                                **HERMAN, HERMAN & KATZ, L.L.C.**
                                                820 O'Keefe Avenue
                                                New Orleans, Louisiana 70113
                                                Telephone:     (504) 581-4892
                                                Fax No.:          (504) 561-6024
                                                *Attorneys for the Plaintiff, Samuel P. Seelig*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiff, Samuel P. Seelig's, Notice of Remediation, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail <u>or</u> by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of October, 2012.

        /s/ Leonard A. Davis
        LEONARD A. DAVIS