## Answers to Complaints

2:09-md-02047-EEF-JCW In Re: Chinese-Manufactured Drywall Products Liability Litigation

APPEAL,CLASS_REQUESTED,DRYWALL,MASTER,PROTO,SPMAST

### U. S. District Court

### Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Ungarino, Matthew on 8/14/2012 at 9:28 AM CDT and filed on 8/14/2012

**Case Name:** In Re: Chinese-Manufactured Drywall Products Liability Litigation
**Case Number:** 2:09-md-02047-EEF-JCW
**Filer:** Defendant
**Document Number:** 15697

**Docket Text:**
***JVP Drywall & Finish, Inc.'s* ANSWER to Complaint with Jury Demand by Defendant.(Reference: 2:12-cv-0498)(Ungarino, Matthew)**

**2:09-md-02047-EEF-JCW Notice has been electronically mailed to:**

Judy Y. Barrasso    jbarrasso@barrassousdin.com, amarzullo@barrassousdin.com, mpipes@barrassousdin.com

Kerry J. Miller    kmiller@frilot.com, scavet@frilot.com

Leonard A. Davis    ldavis@hhkc.com, bblisard@hhkc.com, jepstein@hhkc.com, lflemming@hhkc.com

Lynn C Greer    lgreer@browngreer.com, adwyre@browngreer.com, jswoody@browngreer.com, tblankenship@browngreer.com

Phillip A. Wittmann    pwittmann@stonepigman.com, btigchelaar@stonepigman.com, cmolony@stonepigman.com, pblackman@stonepigman.com

Robert Murray Johnston    rmj@ahhelaw.com, gwh@ahhelaw.com, jmc@ahhelaw.com

Russ M. Herman    rwestenfeld@hhkc.com

**2:09-md-02047-EEF-JCW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=8/14/2012] [FileNumber=5863200-0
] [75f2bfd3c69ffd20825bfaccdfb9b8850699de0162065ba97e9ea614470177a8a94
c135650f85d614ea31233cd2abd1acbe08a343eeb5966c0bcb7bdd357bb9b]]



EXHIBIT B