UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: "L" (2) |
| RICHARD ALMEROTH V. TAISHAN GYPSUM CO, et al (2:12-cv-0498) | * * * | JUDGE ELDON E. FALLON MAG. JUDGE WILKINSON |
| and | * * | |
| DOROTHY ARNDT V. GEBRUEDER KNAUF (2:11-cv-2349) | * * * | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## OPPOSITION TO PLAINTIFFS' SECOND MOTION FOR PRELIMINARY DEFAULT

MAY IT PLEASE THE COURT:

NOW COMES, through undersigned counsel, JVP Drywall and Finish, Inc., who opposes the Plaintiffs' Second Motion for Preliminary Default, as it has filed Answers to all of the Complaints in which it was a named Defendant. As evidenced by Exhibits "A" and "B", the e-file receipts for the Answers filed in the *Arndt* and *Almeroth* Complaints, Plaintiffs' Second Motion for Preliminary Default naming JVP Drywall and Finish, Inc. is misplaced, and should be denied as to JVP Drywall and Finish, Inc.

Respectfully submitted,

UNGARINO & ECKERT L.L.C.

/s/ MATTHEW J. UNGARINO
MATTHEW J. UNGARINO (#15061)
DANIEL G. COLLARINI (#29128)
3850 N. Causeway Blvd., Suite 1280
Metairie, Louisiana 70002
Telephone:   (504) 836-7531
Fax:              (504) 836-7538
mungarino@ungarino-eckert.com

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have on this 10th day of October, 2012, electronically filed a copy of the foregoing with the Clerk of Court to be served by operation of the Court's electronic filing system upon the parties of record.

/s/ MATTHEW J. UNGARINO