# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## <u>NOTICE OF FILING BY CLASS COUNSEL</u>

PLEASE TAKE NOTICE that pursuant to the various settlement agreements that were preliminarily approved by the Court, class counsel hereby submit the attached opt-outs that were timely served on class counsel, as follows:

A.    **<u>Banner Settlement</u>**–See attached chart and Exhibit A

B.    **<u>InEx Settlement</u>**–See attached chart and Exhibit B

C.    **<u>KPT Settlement</u>**–See attached chart and Exhibit C

D.    **<u>L&W Settlement</u>**--See attached chart and Exhibit D

E.    **<u>Recisions of Opt-Outs</u>**–See Exhibit E

*Discrepancies with September 28, 2012 letter from C. David Durkee (attached hereto as Exhibit F):

1.  Aksel H. Bekirov, represented by C. David Durkee–no opt-out for property at 3410 SE 6th Street, Pompano Beach, FL 33062.

2.  Thomas and Kathleen Mullen, represented by C. David Durkee–no opt-out for property at 1132 Bari Street, Lehigh Acres, FL 33996.

3.  Jose and Lissett Fernandez represented by C. David Durkee, address provided does not reconcile with address of opt-out.

4.  Adelky Pena represented by C. David Durkee, address provided does not reconcile with address of opt-out

5.  Jesus Alberto Daza represented by C. David Durkee, address provided does not reconcile with address of opt-out

6.  Paul Stratford represented by C. David Durkee, address provided does not reconcile with address of opt-out

Respectfully submitted,

Dated: October 10, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin
Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

**CLASS COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of October, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*

## IN RE CHINESE DRYWALL LITIGATION
## SETTLEMENT EXCLUSIONS

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|-----|-----------|----------|------------|
|     | A. BANNER |          |            |
| 1.  | 1st Choice Construction, Inc. | Ronald Kammer Hinshaw & Culberston | Banner |
| 2.  | 1st Drywall, LLC | H. David Vaughan Plauche, Smith | Banner |
| 3.  | ACI Supply, Inc. | Gus Fritchie Irwin Fritchie | Banner |
| 4.  | Advantage Builders of America d/b/a Advantage Builders of SW Florida | Charles Long Krebs, Farley & Pelleteri | Banner |
| 5.  | AHS Construction Group, Inc.; AH Salce Construction Group, Inc. | Ronald Kammer Hinshaw & Culberston | Banner |
| 6.  | Albanese-Popkin the Oaks Development Group, L.P. and Albanese-Popkin Development Group, LLC | Michele Nelson Paxton & Smith | Banner |
| 7.  | Alvarez Homes, Inc. | Valerie Greenberg Akerman Senterfitt | Banner |
| 8.  | Alvian Homes, Inc. d/b/a Stones & More | Charles Long Krebs, Farley & Pelleteri | Banner |
| 9.  | American's First Homes of Southwest Florida, LLP | H. David Vaughan Plauche, Smith | Banner |

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|-----|------------|----------|------------|
| 10. | American Gallery Development, LLC; and American Gallery Development Group, LLC | Ronald Kammer Hinshaw & Culberston | Banner |
| 11. | Amerisouth, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 12. | Ammons, Rick and Dana | C. David Durkee Roberts & Durkee | Banner |
| 13. | Aranda Homes, Inc. | Valerie Greenberg Akerman Senterfitt | Banner (4 properties) |
| 14. | Arias, Mirtha | C. David Durkee Roberts & Durkee | Banner |
| 15. | ARM Structural, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 16. | Armelo, Aracelys Mejia, Luis G. | Victor Diaz | Banner* |
| 17. | Arriola, Gladys M. | C. David Durkee Roberts & Durkee | Banner* |
| 18. | Asad, Issa and Noha | Daniel Rosenbaum Rosenbaum, Mollengarden, Janssen & Siracusa | Banner |
| 19. | Associated Builders and Developers, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 20. | ATCO Int. Corp. | Carlos H. Gamez Perez & Rodriguez | Banner |

**\*This opt-out has been rescinded.**                2

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 21. | Aubuchon Homes, Inc. | Charles Long<br>Krebs, Farley & Pelleteri | Banner |
| 22. | Avalon Building Corporation of Tampa Bay | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 23. | Avello, Daniel and Isbel Basulto | C. David Durkee<br>Roberts & Durkee | Banner* |
| 24. | B & B Stucco, Inc. | Michele Nelson<br>Paxton & Smith, P.A. | Banner |
| 25. | Barcia, Juan<br>Fernandez, Maria | C. David Durkee<br>Roberts & Durkee | Banner |
| 26. | Barony Homes, Inc. | Ronald Kammer<br>Hinshaw & Culberston | Banner |
| 27. | Barreto, Rodney and Riera-Gomez, Eliseo | Victor Diaz | Banner |
| 28. | Bayswater Brokerage Florida, LLC |  | Banner |
| 29. | Baywood Construction, Inc. | Charles Long<br>Krebs, Farley & Pelleteri | Banner |
| 30. | Beazer Homes Corp. | J. Kevin Buster<br>King & Spalding | Banner |
| 31. | Bekirov, Aksel H. | C. David Durkee<br>Roberts & Durkee | Banner<br>(2 properties) |
| 32. | Bell, Gerald and Helen | C. David Durkee<br>Roberts & Durkee | Banner* |
| 33. | Bella Builders, Inc. | Valerie Greenberg<br>Akerman Senterfitt | Banner |

**\*This opt-out has been rescinded.**          3

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
| --- | --- | --- | --- |
| 34. | Bender Construction & Development | Charles Long Krebs, Farley & Pelleteri | Banner |
| 35. | Bertoni, Rebello and Joan | C. David Durkee Roberts & Durkee | Banner |
| 36. | BMD, Inc. | Yeslow & Koeppel. P.A. | Banner |
| 37. | Borgardt, David Frederick Sr. and Kathy Ann | C. David Durkee Roberts & Durkee | Banner |
| 38. | Boucher, Gordon and Nancy | C. David Durkee Roberts & Durkee | Banner |
| 39. | Boulanger Drywall Corp. | Fulmer, LeRoy, Albee, Baumann | Banner |
| 40. | Boynton Village, LLC | Broad and Cassel | Banner |
| 41. | Bradford Plastering, Inc. | Robert Fitzsimmons Rumberger, Kirk & Caldwell | Banner |
| 42. | Breakwater Custom Homes, Inc. | Valerie Greenberg Akerman Senterfitt | Banner (2 properties) |
| 43. | Brent Garrod Drywall, Inc. | Yeslow & Koeppel. P.A. | Banner |
| 44. | Briella Townhomes, LLC | Broad and Cassel | Banner |
| 45. | Brown, Dorene | | Banner |
| 46. | Brumbaugh, Russell and Carol | C. David Durkee Roberts & Durkee | Banner |
| 47. | Bullock, Craig | Victor Diaz | Banner* |

**\*This opt-out has been rescinded.**                    4

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
| --- | --- | --- | --- |
| 48. | By George, Inc. | Robert Fitzsimmons Rumberger, Kirk & Caldwell | Banner |
| 49. | C.A. Steelman, Inc. | Robert Fitzsimmons Rumberger, Kirk & Caldwell | Banner |
| 50. | Calvo, Jeannette and Tyrone Martinez | C. David Durkee Roberts & Durkee | Banner* |
| 51. | Cambric, Shannon | C. David Durkee Roberts & Durkee | Banner |
| 52. | Carapaica, Felix and Julia | C. David Durkee Roberts & Durkee | Banner |
| 53. | Carew Construction, Inc. | Yeslow & Koeppel. P.A. | Banner |
| 54. | Carillon Lakes, LLC | Stacy Bercun Bohm Akerman Senterfitt | Banner |
| 55. | Cegielski, Boguslaw and Ning | C. David Durkee Roberts & Durkee | Banner |
| 56. | Centerline Homes At Georgetown, LLC | Broad and Cassel | Banner |
| 57. | Centerline Homes Signature Series, Inc. | Broad and Cassel | Banner |
| 58. | Centerline Homes Construction, Inc. | Broad and Cassel | Banner |
| 59. | Centerline Homes at Tradition, LLC n/k/a Completed Communities II, LLC | Broad and Cassel | Banner |
| 60. | Centerline Homes, Inc. | Broad and Cassel | Banner |

**\*This opt-out has been rescinded.**         5

| | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 61. | Centerline Port St. Lucie, Ltd., n/k/a Completed Communities II, LLC | Broad and Cassel | Banner |
| 62. | Central Florida Finshers Inc. (two separate opt-outs received) | Leo H. Meirose, Jr. Meirose & Friscia, P.A<br><br>Conditional opt out from Hinshaw & Culbertson | Banner |
| 63. | Chabot Enterprises, Inc. | Ronald Kammer Hinshaw & Culberston | Banner |
| 64. | Chen, Han-Yu | C. David Durkee Roberts & Durkee | Banner |
| 65. | Chrusz, Kelli Elizabeth Chrusz, Ryan Christopher | C. David Durkee Roberts & Durkee | Banner |
| 66. | CL Architects & Contractors | Charles Long Krebs, Farley & Pelleteri | Banner |
| 67. | Cloutier Brothers, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 68. | CM Duncan Contracting, Inc. | Ronald Kammer Hinshaw & Culbertson | Banner |
| 69. | Coastal Construction of South Florida, Inc. d/b/a Coastal Condominums | Brian Eves Mintzer, Sarowitz, Zeris | Banner |
| 70. | Cole, John and Star | C. David Durkee Roberts & Durkee | Banner |
| 71. | Connors Brother Construction Corp. | Bice Cole Law Firm | Banner (2 properties) |

**\*This opt-out has been rescinded.**              6

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|-----|------------|----------|------------|
| 72. | Conroy, John and Sandra | C. David Durkee<br>Roberts & Durkee | Banner |
| 73. | Continental Drywall | Carlos H. Gamez<br>Perez & Rodriguez | Banner |
| 74. | Coral Plastering and Wall Systems, Inc. | Yeslow & Koeppel. P.A. | Banner |
| 75. | Core Construction Group, LTD. | Brian Eves<br>Mintzer, Sarowitz, Zeris | Banner |
| 76. | Cornerstone Construction of SW Florida, Inc. | Robert Fitzsimmons<br>Rumberger, Kirk & Caldwell | Banner |
| 77. | Cornerstone Group Construction, Inc. f/k/a Alliance Constructions, Inc. | Broad and Cassel | Banner |
| 78. | Costoya, Armando and Ileana | C. David Durkee<br>Roberts & Durkee | Banner* |
| 79. | Cothern Construction Co. | Leo H. Meirose, Jr.<br>Meirose & Friscia, P.A. | Banner |
| 80. | CRS Building Corporation | Ryan C. Giffin<br>Johnson, Pope | Banner |
| 81. | D & A Construction | Glenn B. Adams<br>Porteous Hainkel and Johnson | Banner |
| 82. | D & W Drywall, Inc. | Brian Reboul & Assoc. | Banner |
| 83. | Dabalsa, Ricardo and Aliuska | C. David Durkee<br>Roberts & Durkee | Banner |
| 84. | Daly Construction, Inc. | Robert Fitzsimmons<br>Rumberger, Kirk & Caldwell | Banner |

**\*This opt-out has been rescinded.**        7

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|-----|------------|----------|------------|
| 85. | Danal Homes Development | Charles Long<br>Krebs, Farley & Pelleteri | Banner |
| 86. | Daza, Jesus Alberto | C. David Durkee<br>Roberts & Durkee | Banner |
| 87. | DeAngelis Diamond Construction, Inc.<br>DeAngelis Diamond Homes, Inc. | H. David Vaughan<br>Plauche, Smith | Banner |
| 88. | Delacruz Drywall Plastering & Stucco, Inc. | Robert Fitzsimmons<br>Rumberger, Kirk & Caldwell | Banner |
| 89. | DeLeon, William M. | C. David Durkee<br>Roberts & Durkee | Banner |
| 90. | Derouen Homes, LLC | Glenn B. Adams<br>Porteous Hainkel and Johnson | Banner |
| 91. | Design Drywall of South Florida LLC<br>(two separate opt-outs received) | Elizabeth Gordon<br>Shields Mott Lund<br><br>Michele Nelson<br>Paxton & Smith | Banner |
| 92. | Detweiler, Maria and Gerald | C. David Durkee<br>Roberts & Durkee | Banner |
| 93. | Devonshire Properties, Inc. | Charles Long<br>Krebs, Farley & Pelleteri | Banner<br>(2 properties) |
| 94. | Diaz, Nelisbet | Victor Diaz | Banner* |
| 95. | Distinctive Finishes, Inc. | Ronald Kammer<br>Hinshaw & Culberston | Banner |

**\*This opt-out has been rescinded.**          8

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|-----|-----------|----------|------------|
| 96. | Diversified General Contractors, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 97. | DMH Development. Co. | Glenn B. Adams Porteous Hainkel and Johnson | Banner |
| 98. | Douglas B. Francis, Inc./ Douglas B. Francis | Yeslow & Koeppel. P.A. | Banner |
| 99. | Drywall Experts, Inc | Elizabeth Gordon Shields Mott Lund | Banner |
| 100. | Du Pont Builders, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 101. | Eastern Construction Group | Charles Long Krebs, Farley & Pelleteri | Banner |
| 102. | Eastmond Enterprises, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 103. | Ebersole, Maria on behalf of Architectural Alliance Holdings, Inc. | C. David Durkee Roberts & Durkee | Banner |
| 104. | Echevarria, Joel and Moraima | Victor Diaz | Banner |
| 105. | Echeverri, Monica | Victor Diaz | Banner |
| 106. | Edelman, Michael and Francine | | Banner |
| 107. | Edwards, Norma | C. David Durkee Roberts & Durkee | Banner |
| 108. | Encalada, Rodrigo Xavier and Miriam Victoria | C. David Durkee Roberts & Durkee | Banner |

**\*This opt-out has been rescinded.**          9

| | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 109. | Etter, Steven and Cathy | Mark A. Greenberg | Banner |
| 110. | Excel Construction of SW Florida | David Coons Adams and Reese | Banner |
| 111. | F. Vicino Entities F. Vicino Dryall, Inc.; F. Vicino Drywall II, Inc. F. Vicino & Company, Inc. | Robert Fitzsimmons Rumberger, Kirk & Caldwell | Banner |
| 112. | Farley, Raymond P. and Amelia J. | David Maglich Fergeson Skipper | Banner |
| 113. | Faroh, Edgar P. | C. David Durkee Roberts & Durkee | Banner |
| 114. | Federico, Nino and Doreen | C. David Durkee Roberts & Durkee | Banner |
| 115. | Fernandez, Jose and Lissett | C. David Durkee Roberts & Durkee | Banner |
| 116. | Florida Home Partnership, Inc. | Carlton Fields Jaret Fuente | Banner |
| 117. | Florida Leisure Communities, Corp. | Stacy Bercun Bohm Akerman Senterfitt | Banner |
| 118. | Florida Style Services, Inc. | Robert Fitzsimmons Rumberger, Kirk & Caldwell | Banner |
| 119. | Ford, William and Melanie | C. David Durkee Roberts & Durkee | Banner |
| 120. | Freemar Homes, Inc. | Ronald Kammer Hinshaw & Culberston | Banner |
| 121. | Freund, Richard Brooks & Freund, LLC | | Banner |

**\*This opt-out has been rescinded.**          10

|      | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|------|-----------|----------|------------|
| 122. | Fry, Randy and Connie | C. David Durkee Roberts & Durkee | Banner |
| 123. | G. Drywall Corp.; and G. Drywalls Corporation | Ronald Kammer Hinshaw & Culberston | Banner |
| 124. | Garcia, Jose and Elizabeth | Victor Diaz | Banner |
| 125. | George Fraker General Contractor | Glenn B. Adams Porteous Hainkel and Johnson | Banner |
| 126. | Geraci, Vincent and Joan | C. David Durkee Roberts & Durkee | Banner |
| 127. | GH Vero Beach Development | | Banner |
| 128. | GL Building Corporation, et al. | | Banner |
| 129. | Gold Coast Homes of S.W. Florida Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 130. | Gomez's Interiors Corp., a/k/a Gomez Interiors, Inc. | Ronald Kammer Hinshaw & Culberston | Banner |
| 131. | Gonzalez, Alberto and Diaz, Yarenis | C. David Durkee Roberts & Durkee | Banner* |
| 132. | Gonzalez, Luis Alberto | C. David Durkee Roberts & Durkee | Banner* |
| 133. | Gonzalez, Roberto and Rivera, Maria | C. David Durkee Roberts & Durkee | Banner* |
| 134. | Gonzalez, Victor and Socarras, Yelene | C. David Durkee Roberts & Durkee | Banner* |

**\*This opt-out has been rescinded**.                    11

|      | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|------|-----------|----------|------------|
| 135. | Grand Harbour Homes, Inc. (two separate opt-outs received) | Leo H. Meirose, Jr. Meirose & Friscia<br><br>Charles Long Krebs, Farley & Pelleteri | Banner |
| 136. | Grassel, Eric and Svetlana | C. David Durkee Roberts & Durkee | Banner |
| 137. | Grays Bay Builders, Inc. | Yeslow & Koeppel. P.A. | Banner |
| 138. | Gregan Construction, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 139. | Gregg Nieberg, Inc. | Patrick Flanagan Flanagan & Maniotis, P.A. | Banner (3 properties) |
| 140. | Griffith, Richard and Olga | C. David Durkee Roberts & Durkee | Banner |
| 141. | Groff Construction, Inc. | Ronald Kammer Hinshaw & Culberston | Banner |
| 142. | Grove, Edwin and Linda | C. David Durkee Roberts & Durkee | Banner* |
| 143. | Grove Hammock Investments, LLC | Ronald Kammer Hinshaw & Culberston | Banner |
| 144. | Gulf Coast Drywall, LLC | H. David Vaughan Plauche, Smith | Banner |
| 145. | Gulfstream Development Group, LLC | Ronald Kammer Hinshaw & Culberston | Banner |
| 146. | Gulfstream Homes, Inc. | H. David Vaughan Plauche, Smith | Banner |

**\*This opt-out has been rescinded**.         12

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 147. | Hamburg, Richard | C. David Durkee<br>Roberts & Durkee,<br>P.A. | Banner<br>(2 properties) |
| 148. | Hammer Commercial<br>Services | Charles Long<br>Krebs, Farley &<br>Pelleteri | Banner |
| 149. | Hammer Construction<br>Services, LTD | Stacy Bercun Bohm<br>Akerman Senterfitt | Banner |
| 150. | Hanover Homes, Inc. | Ronald Kammer<br>Hinshaw &<br>Culberston | Banner |
| 151. | Hansen Homes of South<br>Florida, Inc.<br>(two separate opt-outs<br>received) | Charles Long<br>Krebs, Farley &<br>Pelleteri<br><br>Michele Nelson<br>Paxton & Smith | Banner |
| 152. | Harbor Springs Construction<br>and Development, LLC | Ronald Kammer<br>Hinshaw &<br>Culberston | Banner |
| 153. | Heights Properties, LLC | Charles Long<br>Krebs, Farley &<br>Pelleteri | Banner |
| 154. | Heritage Builders of West<br>Palm Beach, Inc. | Stacy Bercun Bohm<br>Akerman Senterfitt | Banner |
| 155. | Ho, Ngon and Do, Tram | C. David Durkee<br>Roberts & Durkee | Banner* |
| 156. | Hollywood Dixie Associates,<br>LLC | Broad and Cassel | Banner |
| 157. | Innovative Custom Builders,<br>Inc. | Ronald Kammer<br>Hinshaw &<br>Culberston | Banner |

**\*This opt-out has been rescinded**.            13

|      | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|------|-----------|----------|------------|
| 158. | Island Coast Drywall & Stucco, Inc. | Ronald Kammer Hinshaw & Culberston | Banner |
| 159. | Ivory, James and Maria | C. David Durkee Roberts & Durkee | Banner |
| 160. | Izquierdo, Osualdo A. | C. David Durkee Roberts & Durkee | Banner* |
| 161. | J. Cherry & Sons, Inc. | Ronald Kammer Hinshaw & Culberston | Banner |
| 162. | J. Helm Construction, Inc. | Valerie Greenberg Akerman Senterfitt | Banner |
| 163. | J.M.G. Drywall, Inc. | Carlos H. Gamez Perez & Rodriguez | Banner |
| 164. | J.S.D. Builders, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 165. | JSK Construction | Glenn B. Adams Porteous Hainkel and Johnson | Banner |
| 166. | J. W. Hodges, Drywall, Inc. | Glenn B. Adams Porteous Hainkel and Johnson | Banner |
| 167. | JD Tillman Construction | Glenn B. Adams Porteous Hainkel and Johnson | Banner |
| 168. | JWR Construction Services, Inc. | Stacy Bercun Bohm Akerman Senterfitt | Banner (4 properties) |

**\*This opt-out has been rescinded.**          14

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|-----|------------|----------|------------|
| 169. | Jagdeosingh, Adrian and Kerry | Daniel Rosenbaum Rosenbaum, Mollengarden, Janssen & Siracusa | Banner |
| 170. | Jamison, Stratton and Susan | C. David Durkee Roberts & Durkee | Banner* |
| 171. | Jaspers, Petrus | Victor Diaz | Banner* |
| 172. | Javed, Mohammad and Safia | C. David Durkee Roberts & Durkee | Banner |
| 173. | Johnson, Paul and Caron | Daniel Rosenbaum Rosenbaum Mollengarden, Janssen & Siracusa | Banner* |
| 174. | Judson Construction Group, LLC | Yeslow & Koeppel. P.A. | Banner |
| 175. | Kaplan, Wayne and Judith Stichter | C. David Durkee Roberts & Durkee | Banner |
| 176. | Karr Drywall, Inc. | Elizabeth Gordon Shields Mott Lund | Banner |
| 177. | Katz, Barry and Rebecca | C. David Durkee Roberts & Durkee | Banner |
| 178. | Kaye Homes, Inc. Custom Homes by Kaye, Inc. | H. David Vaughan Plauche, Smith | Banner |
| 179. | KB Home, et al. | Mark A. Smith Carlton Fields | Banner |
| 180. | Kelley Drywall | Glenn Adams Porteous Hainkel & Johnson | Banner |

**\*This opt-out has been rescinded**.                15

|      | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|------|-----------|----------|------------|
| 181. | Kelley's Quality Drywall, Inc. (two separate opt-outs received) | Robert Fitzsimmons Rumberger, Kirk & Caldwell<br><br>Brian L. Reboul | Banner |
| 182. | Kemah Construction | Porteous Hainkel and Johnson | Banner |
| 183. | Kirby, Jay T.<br><br>Nina Leone | C. David Durkee Roberts & Durkee | Banner |
| 184. | Kirby, Robert J. | C. David Durkee Roberts & Durkee | Banner |
| 185. | Kirkconnell, Angelic and Bryan | C. David Durkee Roberts & Durkee | Banner |
| 186. | Kranz, Helene and Christina | C. David Durkee Roberts & Durkee | Banner |
| 187. | KT Drywall, Inc. | Ronald Kammer Hinshaw & Culberston | Banner |
| 188. | L & J Builders | Glenn B. Adams Porteous Hainkel and Johnson | Banner |
| 189. | Leal, Diamelis and Leonel | C. David Durkee Roberts & Durkee | Banner* |
| 190. | Lennar Corporation, Lennar Homes, LLC and U.S. Home Corporation | | Banner (3 properties) |
| 191. | Levy, Jeffrey and Karen | Patrick J. Poff Trenam Kemker | Banner |
| 192. | Littles Construction of Central Florida, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |

**\*This opt-out has been rescinded.**          16

|      | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|------|-----------|----------|------------|
| 193. | Louran Builders/Vincent Montalto Construction | Glenn B. Adams Porteous Hainkel and Johnson | Banner |
| 194. | LTL Construction, Inc. (two separate opt-outs received) | Leo H. Meirose, Jr. Meirose & Friscia<br><br>Krebs, Farley & Pelleteri | Banner |
| 195. | Lucky Strike M.K., Inc. | Robert Fitzsimmons Rumberger, Kirk & Caldwell | Banner |
| 196. | Luke & Sons Construction Inc. | Frank Silva Shoma Group | Banner |
| 197. | M/I Homes | Jaret J. Fuente Carlton Fields | Banner (5 properties) |
| 198. | M.K. Developers, Inc. | Robert Fitzsimmons Rumberger, Kirk & Caldwell | Banner |
| 199. | Macario, Juan Manuel and House, Vanessa | C. David Durkee Roberts & Durkee | Banner |
| 200. | MACC Construction, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 201. | MacGlen Builders, Inc. | Ronald Kammer Hinshaw & Culberston | Banner |
| 202. | Madera, Belkis | C. David Durkee Roberts & Durkee | Banner |
| 203. | Management Services of Lee County, Inc., f/k/a Paul Homes, Inc. | Stacy Bercun Bohm Akerman Senterfitt | Banner |
| 204. | Manclar Builders, Inc. | Carlos H. Gamez Perez & Rodriguez | Banner |

**\*This opt-out has been rescinded.**                17

|      | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|------|-----------|----------|------------|
| 205. | Mandalay Homes, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 206. | Mandy Drywall Inc., a/k/a Mandy Drywall & Stucco Co. | Steveng. Schwartz Schwartz Law Group | Banner |
| 207. | Mantuo, JoEllen | C. David Durkee Roberts & Durkee | Banner |
| 208. | Marcano, Jorge and Del Rio, Waleska | C. David Durkee Roberts & Durkee | Banner |
| 209. | Marcario, Juan M. | C. David Durkee Roberts & Durkee | Banner* |
| 210. | Marty's Drywall Service, Inc. | Valerie Greenberg Akerman Senterfitt | Banner |
| 211. | Mastercraft Homes, LLC | Charles Long Krebs, Farley & Pelleteri | Banner |
| 212. | Mavied Corp. | Carlos H. Gamez Perez & Rodriguez | Banner |
| 213. | Medallion Homes Gulf Coast, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 214. | Menz, Richard and Charlotte | C. David Durkee Roberts & Durkee | Banner |
| 215. | Mercado Enterprises, Inc. | Ronald Kammer Hinshaw & Culberston | Banner |
| 216. | Meritage Homes of Florida, Inc. and Meritage Homes of Texas, LLC | | Banner |
| 217. | Metropolitan Design Group, Inc. | Ronald Kammer Hinshaw & Culberston | Banner |

**\*This opt-out has been rescinded.**          18

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 218. | Meyer, Kenneth | C. David Durkee Roberts & Durkee | Banner |
| 219. | MGB Construction, Inc. | Ronald Kammer Hinshaw & Culberston | Banner |
| 220. | Miami Riverfront Partners, LLC; Latitude One Partners, LLC; Latitude Retail Partners, LLC; Miami Riverwalk Investments, LLC; Dellbrook Manager, Inc.; and EAF Manager, Inc. (Latitude entities) |  | Banner (12 Properties) |
| 221. | Mid-State Drywall Michael Mosley  and  Mid State Drywall | Christopher Irwin Irwin, Fritchie Urquhart & Moore | Banner |
| 222. | Milton Construction Company | Fulmer, LeRoy, Albee, Baumann | Banner |
| 223. | MJF Construction Corp. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 224. | Modern Construction Group, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 225. | Morales, Jose and Wendy | C. David Durkee Roberts & Durkee | Banner* |
| 226. | Morgan, Jetson and Lee | C. David Durkee Roberts & Durkee | Banner |
| 227. | Moses, William L. and Carolyn |  | Banner |

**\*This opt-out has been rescinded.**          19

| | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 228. | MSC of NWF, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 229. | Mullen, Thomas and Kathleen | C. David Durkee Roberts & Durkee | Banner |
| 230. | Naustdal, Donna M. Naustdal, Oscar (deceased) | C. David Durkee Roberts & Durkee | Banner |
| 231. | New Millennium Builders | Charles Long Krebs, Farley & Pelleteri | Banner |
| 232. | Nguyen, Kinh Hong Truong, Christina Phuong | C. David Durkee Roberts & Durkee | Banner |
| 233. | Nu-Way Drywall, LLC | Masten, Peterson & Denbo, LLC | Banner |
| 234. | Nunez, Margarita C. | C. David Durkee Roberts & Durkee | Banner |
| 235. | O.C.D. of S. Florida Inc. | Peterson Bernard | Banner |
| 236. | O'Key Homes, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 237. | Orlowski, David | | Banner |
| 238. | Oyster Bay Homes, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 239. | P.D.C. Drywall Contractors, Inc. | Elizabeth Gordon Shields Mott Lund | Banner |
| 240. | Packard, Michael and Suki | C. David Durkee Roberts & Durkee | Banner |
| 241. | Palmer, William and Carroll, Anne | C. David Durkee Roberts & Durkee | Banner* |

**\*This opt-out has been rescinded.**          20

|      | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|------|------------|----------|------------|
| 242. | Parr-Self, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 243. | Pat's Construction, LLC | Charles Long Krebs, Farley & Pelleteri | Banner |
| 244. | Patti, Anthony and Desroche, Debra | C. David Durkee Roberts & Durkee | Banner |
| 245. | Pena, Adelky | C. David Durkee Roberts & Durkee | Banner |
| 246. | Pensabene, Joseph and Patricia | C. David Durkee Roberts & Durkee | Banner |
| 247. | Perez, Jorge and Rosa | C. David Durkee Roberts & Durkee | Banner* |
| 248. | Perez, Yssel and Esdras | C. David Durkee Roberts & Durkee | Banner |
| 249. | Peterson, Derrick Scott and Robin | C. David Durkee Roberts & Durkee | Banner |
| 250. | Pisaris-Henderson, Craig Henderson, Kelly | April Goodwin Parker Waichman | Banner |
| 251. | Portofino Homes, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 252. | Precision Drywall, Inc. | Elizabeth Gordon Shields Mott Lund | Banner |
| 253. | Prestige Development, Inc. | H. David Vaughan Plauche, Smith | Banner |
| 254. | Puckett, Charles Allen and Sandra Carmen | C. David Durkee Roberts & Durkee | Banner* |
| 255. | R. Fry Builders, Inc. | Stacy Bercun Bohm Akerman Senterfitt | Banner (3 properties) |

**\*This opt-out has been rescinded**.          21

| | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 256. | R. Mossel Construction, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 257. | R.J.L. Drywall,Inc. | O'Connor & O'Connor, LLC | Banner |
| 258. | Radd Builders, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 259. | Ramos Builders, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 260. | Regatta Construction, LLC | Glenn B. Adams Porteous Hainkel and Johnson | Banner |
| 261. | Regency Homes, LLC | Michele Nelson Paxton & Smith, P.A. | Banner |
| 262. | Regency Homes,Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 263. | Reilly, Reed and Victoria | C. David Durkee Roberts & Durkee | Banner |
| 264. | Residential Drywall, Inc. | Ronald Kammer Hinshaw & Culberston | Banner |
| 265. | RFC Homes, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 266. | Richard Jones Construction Co. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 267. | Rick Strawbridge, Inc. | Valerie Greenberg Akerman Senterfitt | Banner |

**\*This opt-out has been rescinded.**          22

|      | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|------|------------|----------|------------|
| 268. | Rightway Drywall/Ray Adams | Porteous Hainkel and Johnson | Banner |
| 269. | Rivercrest, LLC | Mark A. Smith Carlton Fields | Banner |
| 270. | Robert/Charles Builders, Inc. | Valerie Greenberger Akerman Senterfitt | Banner |
| 271. | Robin, Jeffrey and Elisa | | Banner |
| 272. | Robinson, Peter and Snyder, James | C. David Durkee Roberts & Durkee | Banner |
| 273. | Rodriguez, Leonardo and Nicole | C. David Durkee Roberts & Durkee | Banner |
| 274. | Russo, Charles and Melinda | Victor Diaz | Banner |
| 275. | Saeks, Sieglinde | C. David Durkee Roberts & Durkee | Banner |
| 276. | Sampedro, Manuel and Estella | C. David Durkee Roberts & Durkee | Banner |
| 277. | Sampson, Patrick and Trista | C. David Durkee Roberts & Durkee | Banner |
| 278. | San Remo Associates, Ltd. | Broad and Cassel | Banner |
| 279. | Schear Corporation | H. David Vaughan Plauche, Smith | Banner |
| 280. | Scrop, Evelyn and Julius | C. David Durkee Roberts & Durkee | Banner |
| 281. | Segundo, Rafael and Ana | C. David Durkee Roberts & Durkee | Banner* |
| 282. | Serrajuddowla, Mohammad and Ruth | C. David Durkee Roberts & Durkee | Banner |

**\*This opt-out has been rescinded.**          23

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 283. | Serrano, Diana and Jose | C. David Durkee Roberts & Durkee | Banner* |
| 284. | Shaw, John and Barbara | C. David Durkee Roberts & Durkee | Banner |
| 285. | Shoma Home Splendido, Inc. | Stacy Bercun Bohm Akerman Senterfitt | Banner |
| 286. | Shoma Homes at Keys Cove Phase, II, Inc. | Stacy Bercun Bohm Akerman Senterfitt | Banner |
| 287. | Shukow, Allen and Donna |  | Banner |
| 288. | Siddiqui, Hassan & Frauke | C. David Durkee Roberts & Durkee | Banner |
| 289. | Sierra, Santos & Martha | C. David Durkee Roberts & Durkee | Banner |
| 290. | Simonian, Thomas Edward and Petty, Barbara Ruth | C. David Durkee Roberts & Durkee | Banner |
| 291. | Skyline Systems, Inc. | Sandra Kennedy Ferencik, Libanoff | Banner |
| 292. | Smith Enterprises, Inc., d/b/a Smith Drywall | Ronald Kammer Hinshaw & Culberston | Banner |
| 293. | Solid Construction of the Gulf Coast, Inc. | Ronald Kammer Hinshaw & Culberston | Banner |
| 294. | South Florida Custom Trim | Glenn Adams Porteous, Hainkel & Johnson | Banner |
| 295. | South Florida Custom Trim, Inc. | Fulmer, LeRoy, Albee, Baumann | Banner |
| 296. | South Kendall Construction, Inc., a/k/a South Kendall Construction, LLC | Ronald Kammer Hinshaw & Culberston | Banner |

**\*This opt-out has been rescinded.**          24

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 297. | Southern Bay Homes, Inc. | H. David Vaughan Plauche, Smith | Banner |
| 298. | Standard Pacific Corp. | Rocco Cafaro Hill, Ward & Henderson | Banner |
| 299. | Steven Sweet Drywall, LLC | Ronald Kammer Hinshaw & Culberston | Banner |
| 300. | Stratford, Paul and Sharon | C. David Durkee Roberts & Durkee | Banner |
| 301. | Suffolk Construction Co. |  | Banner |
| 302. | Suntree Homes, Inc. | Ronald Kammer Hinshaw & Culberston | Banner |
| 303. | Sweet Interiors, Inc. | Yeslow & Koeppel. P.A. | Banner |
| 304. | Synalovski, Manuel and Lisa | Victor M. Diaz Jorge D. Lorenzo | Banner |
| 305. | T & T Enterprises of SW Florida, Inc. | Ronald Kammer Hinshaw & Culberston | Banner |
| 306. | Talerico, Thomas J. | C. David Durkee Roberts & Durkee | Banner |
| 307. | Tapia Construction LLC | Stacy Bercun Bohm Akerman Senterfitt | Banner |
| 308. | Taylor Morrison Services, Inc. f/k/a Morrison Homes,Inc., Taylor Morrison of Florida, Inc. and Taylor Woodrow Homes-Southwest Florida Division LLC | Neal Sivyer Sivyer, Barlow & Watson | Banner |

**\*This opt-out has been rescinded.**           25

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 309. | Tedeman, Richard and MaryJo | C. David Durkee Roberts & Durkee | Banner |
| 310. | Terry Mott Builders | Glenn B. Adams Porteous Hainkel and Johnson | Banner |
| 311. | The Jade Organization, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 312. | Thomas F. Gray Construction | Glenn B. Adams Porteous Hainkel and Johnson | Banner |
| 313. | Thomas, Omar and Nelson, Nordia | C. David Durkee Roberts & Durkee | Banner |
| 314. | Timberline Builders, Inc. | Yeslow & Koeppel. P.A. | Banner |
| 315. | Toll Estero Limited Partnership | | Banner |
| 316. | Total Drywall | Glenn B. Adams Porteous Hainkel and Johnson | Banner |
| 317. | Tousa, Inc., Tousa Homes Florida, LP | | Banner (26 properties) |
| 318. | Triple Crown Homes, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 319. | Triple M Drywall, Inc. | Brian Reboul | Banner |
| 320. | United Dream Builders, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 321. | United Homes International, Inc. | Ronald Kammer Hinshaw & Culberston | Banner |

**\*This opt-out has been rescinded.**          26

|      | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|------|------------|----------|------------|
| 322. | V & I Drywall & Stucco a/k/a V and I Drywall & Stucco, Inc. | Ronald Kammer Hinshaw & Culberston | Banner |
| 323. | Van Aller Construction, Inc. | H. David Vaughan Plauche, Smith | Banner |
| 324. | Venetian Village, LLC | Glenn B. Adams Porteous Hainkel and Johnson | Banner |
| 325. | Vicinity Drywall, Inc. | Brian Reboul | Banner |
| 326. | Viking Homes of S.W. Florida, Inc. | H. David Vaughan Plauche, Smith | Banner |
| 327. | Villa Homes Development d/b/a Villa Homes of SW Florida | Charles Long Krebs, Farley & Pelleteri | Banner |
| 328. | Vizcaya Custom Homes | Charles Long Krebs, Farley & Pelleteri | Banner |
| 329. | Volion, Richard and Ursula | C. David Durkee Roberts & Durkee | Banner |
| 330. | Waterways Joint Venture IV, LLC | Ronald Kammer Hinshaw & Culberston | Banner |
| 331. | WB Construction, Inc. | Ronald Kammer Hinshaw & Culberston | Banner |
| 332. | Webster, Frank James | C. David Durkee Roberts & Durkee | Banner* |
| 333. | Werthman, Paul and Susan | C. David Durkee Roberts & Durkee | Banner |
| 334. | Wessin, Yerilin and Nain | Victor Diaz | Banner |

**\*This opt-out has been rescinded.**          27

| | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 335. | West Coast Drywall Construction, Inc. | Robert Fitzsimmons Rumberger, Kirk & Caldwell | Banner |
| 336. | White, Jill and Vincent | C. David Durkee Roberts & Durkee | Banner |
| 337. | Wilson Heights Development, Inc. | | Banner (2 properties) |
| 338. | Windship Homes of Florida, Inc. | Ronald Kammer Hinshaw & Culberston | Banner |
| 339. | Woodland Enterprises, Inc. | Stacy Bercun Bohm Akerman Senterfitt | Banner |
| 340. | Wyman Stokes Builder, Inc. | Charles Long Krebs, Farley & Pelleteri | Banner |
| 341. | Zahn Luxury Homes, Inc. and Zahn Builders Florida, Inc. | Michele Nelson Paxton & Smith | Banner |
| 342. | Zamora, Michael | C. David Durkee Roberts & Durkee | Banner |

**\*This opt-out has been rescinded.**          28

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| | **B. InEx** | | |
| 1. | 1st Drywall, LLC | H. David Vaughan Plauche, Smith | InEx |
| 2. | Allbritton, Felecia; Rowe, Javier; Allbritton, Betty; Stevenson, Edward | Richard Holston Holston Vaughan, LLC | InEx |
| 3. | American's First Homes of Southwest Florida, LLP | H. David Vaughan Plauche, Smith | InEx |
| 4. | Ashton Houston Residential LLC | Jaret Fuente Carlton Fields | InEx (4 properties) |
| 5. | Ashton Tampa Residential LLC | Jaret Fuente Carlton Fields | InEx |
| 6. | Avila, Judith | | InEx |
| 7. | Ballard, James and Suzanne | W. Brian Collins Collins & Horsley | InEx |
| 8. | Banks, Ja'Myia, individually mother Davion Barnes and Banks, Jazemine and Banks, Valerie, individually mother Shannon Banks | Shellie E. Brooks Holston & Vaughan | InEx |
| 9. | Booker, Joseph and Brenda | Eric Hoaglund McCallum Hoaglund | InEx |
| 10. | Boyce, Gary and Chris | | InEx |
| 11. | BurMon Properties, LLC | Charles Long Krebs, Farley & Pelleteri | InEx |
| 12. | Campbell, Scott and Mary | W. Brian Collins Collins & Horsley | InEx |

**\*This opt-out has been rescinded**.                29

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 13. | Carlin, Charles and Yvonne | W. Brian Collins<br>Collins & Horsley | InEx |
| 14. | CastleRock Communities, LP | David W. Medack<br>Heard & Medack,<br>P.C. | InEx |
| 15. | Clark, Marilyn and Parlow,<br>Frances | Wayne E. Ferrell, Jr.<br>John Hunter | InEx* |
| 16. | Cockerham Construction,<br>LLC | Raymond Pajares<br>Pajares &<br>Schexnaydre | InEx<br>(2 properties) |
| 17. | Conway, Von and Radcliff,<br>Samone | Shellie E. Brooks<br>Holston & Vaughan | InEx |
| 18. | Courtside Development, Inc. |  | InEx |
| 19. | CRS Building Corporation | Ryan C. Giffin<br>Johnson, Pope | InEx |
| 20. | D & A Construction | Glenn B. Adams<br>Porteous Hainkel and<br>Johnson | InEx |
| 21. | Daelen of Tangipahoa, LLC |  | InEx |
| 22. | David E. Diggs, LLC<br>David E. Diggs |  | InEx |
| 23. | DeAngelis Diamond<br>Construction, Inc.<br>DeAngelis Diamond Homes,<br>Inc. | H. David Vaughan<br>Plauche, Smith | InEx |
| 24. | DeBruin, James II<br>DeBruin, Candice | Carl Dawson<br>Ryan & Dawson | InEx |
| 25. | Demedicis, Jan and Jack | Eric Hoaglund<br>McCallum Hoaglund | InEx |

**\*This opt-out has been rescinded.**           30

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
| --- | --- | --- | --- |
| 26. | Derouen Homes, LLC | Glenn B. Adams Porteous Hainkel and Johnson | InEx |
| 27. | DMH Development. Co. | Glenn B. Adams Porteous Hainkel and Johnson | InEx |
| 28. | Dunnavant Place, LLC | | InEx |
| 29. | Eddleman Homes, LLC | | InEx |
| 30. | Eddleman Properties, Inc. | | InEx |
| 31. | Ellis, Kristin and Ray | K. Edward Sexon Gentle, Turner Sexton | InEx |
| 32. | Farley, Raymond P. and Amelia J. | David Maglich Fergeson Skipper | InEx |
| 33. | Forbes, William and Mary | W. Brian Collins Collins & Horsley | InEx |
| 34. | Forester Homes, Inc. | Charles Long Krebs, Farley & Pelleteri | InEx |
| 35. | Gant & Shivers Homes, LLC | | InEx |
| 36. | Gant, Jon Thomas | | InEx |
| 37. | George Fraker General Contractor | Glenn B. Adams Porteous Hainkel and Johnson | InEx |
| 38. | GMI Construction, Inc. | | InEx |

**\*This opt-out has been rescinded**.                31

| | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 39. | Gorman, Thomas N. and Gorman Construction, LLC | Corey E. Dunbar Pivach, Pivach, Hufft & Thriffiley, LLC | InEx* |
| 40. | Green, Desmond | | InEx* |
| 41. | Gremillion Homes, Inc. | | InEx |
| 42. | Grove, Tiffany, individually mother, friend Trevoris Grove and Trevin Grove | Shellie E. Brooks Holston & Vaughan | InEx |
| 43. | Gulf Coast Drywall, LLC | H. David Vaughan Plauche, Smith | InEx |
| 44. | Gulfstream Homes, Inc. | H. David Vaughan Plauche, Smith | InEx |
| 45. | Haas, Albert and Anne | R. Tucker Yance Yance Law Firm | InEx |
| 46. | Havard, Michael and Cecila | | InEx |
| 47. | Hawkins, Robert and Melissa | W. Brian Collins Collins & Horsley | InEx |
| 48. | Hayes, Brian | W. Brian Collins Collins & Horsley | InEx |
| 49. | Henderson, Robert and Taffiany Rodgers, individually and parents friends Lebarron Rodgers and Mahogany Henderson | Shellie E. Brooks Holston & Vaughan | InEx |
| 50. | Hensley, Donna | W. Brian Collins Collins & Horsley | InEx |
| 51. | Hicks, Stephen and Anne | W. Brian Collins Collins & Horsley | InEx |

**\*This opt-out has been rescinded.**          32

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 52. | Highland Lakes Homes, LLC |  | InEx |
| 53. | Hillery, Gennies, individually and as mother of Corinthia Hillery | Richard Holston Holston Vaughan, LLC | InEx* |
| 54. | J. W. Hodges, Drywall, Inc. | Glenn B. Adams Porteous Hainkel and Johnson | InEx |
| 55. | JD Tillman Construction | Glenn B. Adams Porteous Hainkel and Johnson | InEx |
| 56. | JSK Construction | Glenn B. Adams Porteous Hainkel and Johnson | InEx |
| 57. | Juliano, Jasper C. |  | InEx |
| 58. | Junior, Tyrone and Karen, individually mother Shawnterrica Jr., Alexandria Jr., Ebonie Jr. | Shellie E. Brooks Holston & Vaughan | InEx |
| 59. | K. Hovnanian Developments of New Jersey, Inc. | Bilzin Sumberg | InEx (26 properties) |
| 60. | K. Hovnanian Developments of Texas, Inc. | Bilzin Sumberg | InEx (26 properties) |
| 61. | K. Hovnanian of Houston II, LLC | Bilzin Sumberg | InEx (numerous properties) |
| 62. | K. Hovnanian of Houston, LLC | Bilzin Sumberg | InEx (numerous properties) |
| 63. | Kahn, Lewis and Chillon |  | InEx |

**\*This opt-out has been rescinded.**          33

| | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 64. | Kaye Homes, Inc.<br>Custom Homes by Kaye, Inc. | H. David Vaughan<br>Plauche, Smith | InEx |
| 65. | Kemah Construction | Porteous Hainkel and Johnson | InEx |
| 66. | L & J Builders | Glenn B. Adams<br>Porteous Hainkel and Johnson | InEx |
| 67. | L.A. Homes, Inc. | | InEx |
| 68. | Ladner, Shea and Desiree | Wayne E. Ferrell, Jr.<br>John Hunter | InEx* |
| 69. | Lee Roy Jenkins,Inc.<br>and<br>Lee Roy Jenkins | | InEx |
| 70. | Leggett, Nona Sue | Eric Hoaglund<br>McCallum Hoaglund | InEx |
| 71. | Leland, Jerome and Audra Washington, individually and parents, friends Jalexis Washington, Jermesia Washington, Timothy Washington and Lekeno Washington | Shellie E. Brooks<br>Holston & Vaughan | InEx |
| 72. | Levy, Jeffrey and Karen | Patrick J. Poff<br>Trenam Kemker | InEx |
| 73. | Liberty Park Joint Vnture, LLP's | Philip G. Piggott<br>Starns Davis Florie | InEx<br>(4 properties) |
| 74. | Little, Diges E., individually and as mother of Devante Williams, Doryan Williams, Desiree Perry | Shellie E. Brooks<br>Holston & Vaughan, LLC | InEx* |

**\*This opt-out has been rescinded.**          34

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|-----|-----------|----------|------------|
| 75. | Louran Builders/Vincent Montalto Construction | Glenn b. Adams Porteous Hainkel and Johnson | InEx |
| 76. | Madden, Michael and Ashley | Eric Hoaglund McCallum Hoaglund | InEx |
| 77. | Marsh, Veronica, individually mother Devin Marsh, Ricki Marsh, Jeremy Marsh | Shellie E. Brooks Holston & Vaughan | InEx |
| 78. | McClure, Paul and Tamla | Jason Smith Leitman Siegel | InEx |
| 79. | Meritage Homes of Florida, Inc. and Meritage Homes of Texas, LLC | | InEx |
| 80. | Moore, Victor | Eric Hoaglund McCallum Hoaglund | InEx |
| 81. | Nabors, Jason and Rhonda | Eric Hoaglund McCallum Hoaglund | InEx |
| 82. | Nearing, Wayne and Virginia | W. Brian Collins Collins & Horsley | InEx |
| 83. | New Millennium Construction LLC | David A. Kaufmann (same address) | InEx |
| 84. | Newman, Denise and Kyle | Wayne E. Ferrell, Jr. John Hunter | InEx* |
| 85. | Niswonger, Mary McLain | | InEx |
| 86. | Palm Coast Construction, Inc. | | InEx |
| 87. | Park Homes, LLC | | InEx |

**\*This opt-out has been rescinded.**          35

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
| --- | --- | --- | --- |
| 88. | Payne, Melvin, individually father Tyja Agnew AND Prim, Mollie Payne, individually mother friend Tyangelo Cummings, guardian of Tyja Agnew | Shellie E. Brooks Holston & Vaughan | InEx |
| 89. | Penala, Sadanandam and Suram, Neeraja | W. Brian Collins Collins & Horsley | InEx |
| 90. | Perkins, Charleen P. a/k/a Charleen P. Henderson, individually mother Chandrea J. Stewart | Richard Holton Holston Vaughan, LLC | InEx |
| 91. | Perry Homes, LLC and Perry Homes | Drew York Looper Reed & McGraw | Inex (166 properties) |
| 92. | Poole, Sam M. III and Valerie Lejeune | Corey E. Dunbar Pivach, Pivach, Hufft & Thriffiley, LLC | InEx* |
| 93. | Porcher, Deborah, individually and mother of Khrysaunda Lett and Christopher Lett | Shellie E. Brooks Holston & Vaughan | InEx* |
| 94. | Porcher, Tiffany, individually and mother of Delantonio Porcher | Shellie E. Brooks Holston & Vaughan | InEx |
| 95. | Prestige Development, Inc. | H. David Vaughan Plauche, Smith | InEx |
| 96. | Pruitt, Natalia, individually mother Christopher Douglas, Christi Douglas and Pruitt, Yolanda, individually mother Spencer White | Shellie E. Brooks Holston & Vaughan | InEx |

**\*This opt-out has been rescinded.**          36

| | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 97. | Pugh, Charles and Jessica, individually and as parents of Kaylin Holmes<br>Holmes, Jackendrick | Shellie E. Brooks<br>Holston & Vaughan | InEx |
| 98. | RAH Of Texas, LP | | InEx |
| 99. | Ranelli, Frank and Rosalind | W. Brian Collins<br>Collins & Horsley | InEx |
| 100. | Regatta Construction, LLC | Glenn B. Adams<br>Porteous Hainkel and Johnson | InEx |
| 101. | Richardson, Keith and Cherie | Eric Hoaglund<br>McCallum Hoaglund | InEx |
| 102. | Ridley, Arnold and Rada | Eric Hoaglund<br>McCallum Hoaglund | InEx |
| 103. | Rightway Drywall/Ray Adams | Porteous Hainkel and Johnson | InEx |
| 104. | Ross, Terrence M. and Rhonda B. | Kevin O'Bryon<br>O'Bryon & Schnabel | InEx |
| 105. | Sanderford, Anita, Wes and Jim | | InEx |
| 106. | Sanders, Telimea, individually mother Megan Sanders, Marcus Sanders, McKenzie Murphy | Shellie E. Brooks<br>Holston & Vaughan | InEx |
| 107. | Schear Corporation | H. David Vaughan<br>Plauche, Smith | InEx |
| 108. | Seiler, Marie B. | Lawrence J. Centola, III<br>Martzell & Bickford | InEx* |
| 109. | Seymour, Edward and Doloris | | InEx |

**\*This opt-out has been rescinded**.          37

|      | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|------|------------|----------|------------|
| 110. | Sherrell, Steven and Ashlei | W. Brian Collins Collins & Horsley | InEx |
| 111. | Sitaras, Mindy and Steve | | InEx* |
| 112. | Smith, Patrick and LeighAnn | W. Brian Collins Collins & Horsley | InEx |
| 113. | Southern Bay Homes, Inc. | H. David Vaughan Plauche, Smith | InEx |
| 114. | State of Louisiana | | InEx |
| 115. | Summers, Tyson and Beth | W. Brian Collins Collins & Horsley | InEx |
| 116. | Sutherland, Holly and Health | W. Brian Collins Collins & Horsley | InEx |
| 117. | Terry Mott Builders | Glenn B. Adams Porteous Hainkel and Johnson | InEx |
| 118. | Thomas F. Gray Construction | Glenn B. Adams Porteous Hainkel and Johnson | InEx |
| 119. | Total Community Action, Inc. | Robert Fitzsimmons Rumberger, Kirk & Caldwell | InEx |
| 120. | Total Drywall | Glenn B. Adams Porteous Hainkel and Johnson | InEx |
| 121. | Ung, Kim and Xiao, Cai | W. Brian Collins Collins & Horsley | InEx |
| 122. | Van Aller Construction, Inc. | H. David Vaughan Plauche, Smith | InEx |

**\*This opt-out has been rescinded.**          38

|      | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|------|------------|----------|------------|
| 123. | Venetian Village, LLC | Glenn B. Adams Porteous Hainkel and Johnson | InEx |
| 124. | Viking Homes of S.W. Florida, Inc. | H. David Vaughan Plauche, Smith | InEx |
| 125. | Walla, Dorothy | W. Brian Collins Collins & Horsley | InEx |
| 126. | Washington, Letitia, individually and mother Torianna Washington, Makayla Washington, Malaisa Washington | Shellie E. Brooks Holston & Vaughan | InEx* |
| 127. | Webb, Micah and Tracy | W. Brian Collins Collins & Horsley | InEx |
| 128. | Whittington, Brenda and Charles |  | InEx |
| 129. | Wiegand, Kathleen M. |  | InEx |
| 130. | Williams, Morrisha, individually mother Hannah Williams and Justin Williams | Shellie E. Brooks Holston & Vaughan | InEx |
| 131. | Wylie, Patrick and Kim | W. Brian Collins Collins & Horsley | InEx |

**\*This opt-out has been rescinded.**          39

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| | **C. KNAUF** | | |
| 1. | Allbritton, Felecia; Rowe, Javier; Allbritton, Betty; Stevenson, Edward | Richard Holston Holston Vaughan, LLC | Knauf |
| 2. | Ammons, Rick and Dana | C. David Durkee Roberts & Durkee | Knauf |
| 3. | Arias, Mirtha | C. David Durkee Roberts & Durkee | Knauf |
| 4. | Asad, Issa and Noha | Daniel Rosenbaum Rosenbaum, Mollengarden, Janssen & Siracusa | Knauf |
| 5. | Ballard, James and Suzanne | W. Brian Collins Collins & Horsley | Knauf |
| 6. | Banks, Ja'Myia, individually mother Davion Barnes and Banks, Jazemine and Banks, Valerie, individually mother Shannon Banks | Shellie E. Brooks Holston & Vaughan | Knauf |
| 7. | Barreto, Rodney and Riera-Gomez, Eliseo | Victor Diaz | Knauf |
| 8. | Belyshev, Nina and Vladimir | | Knauf |
| 9. | Bertoni, Rebello and Joan | C. David Durkee Roberts & Durkee | Knauf |
| 10. | Booker, Joseph and Brenda | Eric Hoaglund McCallum Hoaglund | Knauf |
| 11. | Brown, Dorene | | Knauf |
| 12. | Campbell, Scott and Mary | W. Brian Collins Collins & Horsley | Knauf |

**\*This opt-out has been rescinded.**           40

| | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 13. | Camposano, Francisco and Maria Del Pilar | Ervin Gonzales Colson Hicks | Knauf |
| 14. | Carlin, Charles and Yvonne | W. Brian Collins Collins & Horsley | Knauf |
| 15. | Conway, Von and Radcliff, Samone | Shellie E. Brooks Holston & Vaughan | Knauf |
| 16. | CRS Building Corporation | Ryan C. Griffin Johnson, Pope | Knauf |
| 17. | Dabalsa, Ricardo and Aliuska | C. David Durkee Roberts & Durkee | Knauf |
| 18. | DeBruin, James II DeBruin, Candice | Carl Dawson Ryan & Dawson | Knauf |
| 19. | Echevarria, Joel and Moraima | Victor Diaz | Knauf |
| 20. | Echeverri, Monica | Victor Diaz | Knauf |
| 21. | Edelman, Michael and Francine | | Knauf |
| 22. | Elliott, William and Frye, Mary Ann Frye | | Knauf |
| 23. | Ellis, Kristin and Ray | K. Edward Sexton Gentle, Turner Sexton | Knauf |
| 24. | Encalada, Rodrigo Xavier and Miriam Victoria | C. David Durkee Roberts & Durkee | Knauf |
| 25. | Etter, Steven and Cathy | Mark A. Greenberg | Knauf |
| 26. | Farley, Raymond P. and Amelia J. | David Maglich Fergeson Skipper | Knauf |

**\*This opt-out has been rescinded.**          41

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|-----|------------|----------|------------|
| 27. | Federico, Nino and Doreen | C. David Durkee<br>Roberts & Durkee | Knauf |
| 28. | Forbes, William and Mary | W. Brian Collins<br>Collins & Horsley | Knauf |
| 29. | Ford, William and Melanie | C. David Durkee<br>Roberts & Durkee | Knauf |
| 30. | Friedlander, Gregory M. | | Knauf |
| 31. | Gant, Jon Thomas | | Knauf |
| 32. | Garcia, Jose and Elizabeth | Victor Diaz | Knauf |
| 33. | Grove, Tiffany, individually mother, friend Trevoris Grove and Trevin Grove | Shellie E. Brooks<br>Holston & Vaughan | Knauf |
| 34. | Haas, Albert and Anne | R. Tucker Yance<br>Yance Law Firm | Knauf |
| 35. | Hamburg, Richard | C. David Durkee<br>Roberts & Durkee,<br>P.A. | Knauf<br>(2 properties) |
| 36. | Havard, Michael and Cecila | | Knauf |
| 37. | Hawkins, Robert and Melissa | W. Brian Collins<br>Collins & Horsley | Knauf |
| 38. | Hayes, Brian | W. Brian Collins<br>Collins & Horsley | Knauf |
| 39. | Henderson, Robert and Taffiany Rodgers, individually and parents friends Lebarron Rodgers and Mahogany Henderson | Shellie E. Brooks<br>Holston & Vaughan | Knauf |

**\*This opt-out has been rescinded.**          42

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 40. | Hensley, Donna | W. Brian Collins<br>Collins & Horsley | Knauf |
| 41. | Hershoff, Jay and Nancy | Ervin Gonzalez<br>Colson Hicks | Knauf |
| 42. | Hicks, Stephen and Anne | W. Brian Collins<br>Collins & Horsley | Knauf |
| 43. | Hillery, Gennies, individually and as mother of Corinthia Hillery | Richard Holston<br>Holston Vaughan, LLC | Knauf* |
| 44. | Hummer, Charles A. | not listed | Knauf |
| 45. | Jagdeosingh, Adrian and Kerry | Daniel Rosenbaum<br>Rosenbaum, Mollengarden, Janssen & Siracusa | Knauf |
| 46. | Johnson, Paul and Caron | Daniel Rosenbaum<br>Rosenbaum Mollengarden, Janssen & Siracusa | Knauf* |
| 47. | Juliano, Jasper C. |  | Knauf |
| 48. | Junior, Tyrone and Karen, individually mother Shawnterrica Jr., Alexandria Jr., Ebonie Jr. | Shellie E. Brooks<br>Holston & Vaughan | Knauf |
| 49. | Kirby, Jay T.<br><br>Nina Leone | C. David Durkee<br>Roberts & Durkee | Knauf |

**\*This opt-out has been rescinded.**          43

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 50. | Leland, Jerome and Audra Washington, individually and parents, friends Jalexis Washington, Jermesia Washington, Timothy Washington and Lekeno Washington | Shellie E. Brooks Holston & Vaughan | Knauf |
| 51. | Levy, Jeffrey and Karen | Patrick J. Poff Trenam Kemker | Knauf |
| 52. | Little, Diges E., individually and as mother of Devante Williams, Doryan Williams, Desiree Perry | Shellie E. Brooks Holston & Vaughan, LLC | Knauf* |
| 53. | Madden, Michael and Ashley | Eric Hoaglund McCallum Hoaglund | Knauf |
| 54. | Marcano, Jorge and Del Rio, Waleska | C. David Durkee Roberts & Durkee | Knauf |
| 55. | Marsh, Veronica, individually mother Devin Marsh, Ricki Marsh, Jeremy Marsh | Shellie E. Brooks Holston & Vaughan | Knauf |
| 56. | McClure, Paul and Tamla | Jason Smith Leitman Siegel | Knauf |
| 57. | Moore, Shanine and Algajuan | | Knauf |
| 58. | Moore, Victor | Eric Hoaglund McCallum Hoaglund | Knauf |
| 59. | Moses, William L. and Carolyn | | Knauf |
| 60. | Nabors, Jason and Rhonda | Eric Hoaglund McCallum Hoaglund | Knauf |
| 61. | Nearing, Wayne and Virginia | W. Brian Collins Collins & Horsley | Knauf |

**\*This opt-out has been rescinded.**          44

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 62. | Payne, Melvin, individually father Tyja Agnew AND Prim, Mollie Payne, individually mother friend Tyangelo Cummings, guardian of Tyja Agnew | Shellie E. Brooks Holston & Vaughan | Knauf |
| 63. | Penala, Sadanandam and Suram, Neeraja | W. Brian Collins Collins & Horsley | Knauf |
| 64. | Peninsula II Developers, Inc. |  | Knauf (187 units) |
| 65. | Pensabene, Joseph and Patricia | C. David Durkee Roberts & Durkee | Knauf |
| 66. | Pentecost, Mary Louise |  | Knauf |
| 67. | Perkins, Charleen P. a/k/a Charleen P. Henderson, individually mother Chandrea J. Stewart | Richard Holston Holston Vaughan, LLC | Knauf |
| 68. | Perry Homes, LLC and Perry Homes | Drew York Looper Reed & McGraw | Knauf (166 properties) |
| 69. | Peterson, Derrick Scott and Robin | C. David Durkee Roberts & Durkee | Knauf |
| 70. | Pipkin, Andrew B. and Valerie K. | Richard Holston Holston Vaughan, LLC | Knauf |
| 71. | Pisaris-Henderson, Craig Henderson, Kelly | April Goodwin Parker Waichman | Knauf |
| 72. | Porcher, Deborah, individually and mother of Khrysaunda Lett and Christopher Lett | Shellie E. Brooks Holston & Vaughan | Knauf* |

**\*This opt-out has been rescinded.**          45

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
| --- | --- | --- | --- |
| 73. | Pruitt, Natalia, individually mother Christopher Douglas, Christi Douglas and Pruitt, Yolanda, individually mother Spencer White | Shellie E. Brooks Holston & Vaughan | Knauf |
| 74. | Pugh, Charles and Jessica, individually and as parents of Kaylin Holmes Holmes, Jackendrick | Shellie E. Brooks Holston & Vaughan | Knauf |
| 75. | Raborn, Randy and Pamela | | Knauf |
| 76. | Ranelli, Frank and Rosalind | W. Brian Collins Collins & Horsley | Knauf |
| 77. | Regency Homes, LLC | Michele Nelson Paxton & Smith, P.A. | Knauf |
| 78. | Richardson, Keith and Cherie | Eric Hoaglund McCallum Hoaglund | Knauf |
| 79. | Ridley, Arnold and Rada | Eric Hoaglund McCallum Hoaglund | Knauf |
| 80. | Robin, Jeffrey and Elisa | | Knauf |
| 81. | Rodriguez, Leonardo and Nicole | C. David Durkee Roberts & Durkee | Knauf |
| 82. | Ross, Terrence M. and Rhonda B. | Kevin O'Bryon O'Bryon & Schnabel | Knauf |
| 83. | Rossi, Richard and Joanna | Ervin Gonzalez Colson Hicks | Knauf |
| 84. | Russo, Charles and Melinda | Victor Diaz | Knauf |
| 85. | Sampson, Patrick and Trista | C. David Durkee Roberts & Durkee | Knauf |

**\*This opt-out has been rescinded**.                    46

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 86. | Sanders, Telimea, individually mother Megan Sanders, Marcus Sanders, McKenzie Murphy | Shellie E. Brooks Holston & Vaughan | Knauf |
| 87. | Savarese, Michael A |  | Knauf |
| 88. | Scrop, Evelyn and Julius | C. David Durkee Roberts & Durkee | Knauf |
| 89. | Seiler, Marie B. | Lawrence J. Centola, III Martzell & Bickford | Knauf* |
| 90. | Serrano, Diana and Jose | C. David Durkee Roberts & Durkee | Knauf* |
| 91. | Sherrell, Steven and Ashlei | W. Brian Collins Collins & Horsley | Knauf |
| 92. | Shukow, Allen and Donna |  | Knauf |
| 93. | Siddiqui, Hassan & Frauke | C. David Durkee Roberts & Durkee | Knauf |
| 94. | Smith, Patrick and LeighAnn | W. Brian Collins Collins & Horsley | Knauf |
| 95. | State of Louisiana |  | Knauf |
| 96. | Stovall, Virginia and Daniel |  | Knauf |
| 97. | Summers, Tyson and Beth | W. Brian Collins Collins & Horsley | Knauf |
| 98. | Sutherland, Holly and Health | W. Brian Collins Collins & Horsley | Knauf |
| 99. | Tures, Matthew J. |  | Knauf |

**\*This opt-out has been rescinded.**          47

|      | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|------|-----------|----------|------------|
| 100. | Ung, Kim and Xiao, Cai | W. Brian Collins<br>Collins & Horsley | Knauf |
| 101. | Van Der Meulen, Barry E.<br>and Ellen C. Smith | John M. Stewart<br>Stewart, Evans ,<br>Stewart & Emmons | Knauf |
| 102. | Volion, Richard and Ursula | C. David Durkee<br>Roberts & Durkee | Knauf |
| 103. | Walla, Dorothy | W. Brian Collins<br>Collins & Horsley | Knauf |
| 104. | Washington, Letitia,<br>individually and mother<br>Torianna Washington,<br>Makayla Washington,<br>Malaisa Washington | Shellie E. Brooks<br>Holston & Vaughan | Knauf* |
| 105. | Webb, Micah and Tracy | W. Brian Collins<br>Collins & Horsley | Knauf |
| 106. | Wessin, Yerilin and Nain | Victor Diaz | Knauf |
| 107. | White, Jill and Vincent | C. David Durkee<br>Roberts & Durkee | Knauf |
| 108. | Williams, Morrisha,<br>individually mother Hannah<br>Williams and Justin Williams | Shellie E. Brooks<br>Holston & Vaughan | Knauf |
| 109. | Wylie, Patrick and Kim | W. Brian Collins<br>Collins & Horsley | Knauf |
| 110. | Zahn Luxury Homes, Inc. and<br>Zahn Builders Florida, Inc. | Michele Nelson<br>Paxton & Smith | Knauf |

**\*This opt-out has been rescinded.**      48

| | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| | **D. L&W** | | |
| 1. | Belyshev, Nina and Vladimir | | L&W |
| 2. | CRS Building Corporation | Ryan C. Griffin Johnson, Pope | L&W |
| 3. | Farley, Raymond P. and Amelia J. | David Maglich Fergeson | L&W |
| 4. | Hummer, Charles A. | | L&W |
| 5. | Levy, Jeffrey and Karen | Patrick J. Poff Trenam Kemker | L&W |
| 6. | State of Louisiana | | L&W |
| 7. | Weller, Jeff and Diane | | L&W |
| | **E. Recissions of Opt-Outs** | | |

**\*This opt-out has been rescinded.**          49