# EXHIBIT A

---

### REQUEST FOR EXCLUSION ("OPT-OUT")

#### BANNER SETTLEMENT CLASS
#### RE: CHINESE MANUFACTURED
#### DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Robert V. Fitzsimmons
Rumberger Kirk & Caldwell
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037

The undersigned Installer hereby conditionally opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                              1ˢᵗ Choice Construction, Inc.

Current Address:           PO Box 367149, Bonita Springs, FL 34136

Opt Out
Property Address:         See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.        WCI Communities, or any of its entities, and its insurers; Any other Builder (which may be unknown at this time), or any of its entities, and its insurers

2.        Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

---

[1] Nothing set forth herein shall be deemed a waiver of Installer's right to pursue any additional entities and Installer expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Installer. Installer reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

3. <u>Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).</u>

4. <u>Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers</u>

1ST CHOICE CONSTRUCTION, INC.

By: _____
Signature

Print Name: __DAVID DYKS__
Title: <u>a representative of MCC an insurer of 1st Choice Construction, Inc.</u>
Date: _____9/28/12_____

14741730v1  0900735

**EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(1ST CHOICE CONSTRUCTION, INC.)**

| Property Address |
| --- |
| 1. Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Installer retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

LAW OFFICES

# PLAUCHÉ, SMITH & NIESET, L.L.C.

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK M. WALKER, JR.
MICHAEL J. MCNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER P. IEYOUB
H. DAVID VAUGHAN II
JOSEPH R. POUSSON, JR.
V. ED MCGUIRE, III
ERIC W. ROAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING*
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A LIMITED LIABILITY COMPANY
1123 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

A. LANE PLAUCHÉ (1919-2006)
S.W. PLAUCHÉ (1889-1952)
S.W. PLAUCHÉ, JR. (1915-1966)

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

(337) 436-0522
FAX (337) 436-9637

September 28, 2012

**CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION**  * also admitted in Texas

dvaughan@psnlaw.com

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   Chinese Manufactured Drywall Products
      Liability Litigation, MDL No.: 2047
      United States District Court, Eastern District of Louisiana

To Whom It May Concern:

The undersigned opts out of the Banner settlements only to the extent a homeowner or other claimant for one of the undersigned's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

1st Drywall, LLC
c/o Mr. Nicholas J. LeFevre
SHS|Group
3900 Centennial Dr., Suite C
Midland, MI 48462

By: _____
H. DAVID VAUGHAN II, Its Attorney

HDVII/cs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED * | |
| DRYWALL PRODUCTS LIABILITY * | MDL No. 2047 |
| LITIGATION * | |
| * | SECTION "L" |
| THTS DOCUMENT RELATES TO: * | |
| * | JUDGE FALLON |
| All Cases * | |
| * | MAG. JUDGE WILKINSON |
| * | |

*************************************

**REQUEST FOR EXCLUSION ("OPT OUT")**
**BANNER SETTLEMENT CLASS:**
**CHINESE MANUFACTURED DRYWALL LITIGATION**

AC1 Supply, Inc., while reserving all rights and without waiving any defenses including but not limited to the right to contest service, venue, or jurisdiction, respectfully states as follows:

1. Its full name and address is identified below;

2. The undersigned hereby opts out of and/or from the Banner Settlement Class in the Chinese Drywall Action;

3. To the extent permitted by existing or future order of the Chinese Drywall MDL Court. it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claims of the class members or potential class members in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") that opt out of the Global Settlement;

4. To the extent such class members and such claims opt back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement if permitted by existing or future order of the Chinese Drywall MDL Court.

00158731

_[signature]_ /President

AC1 Supply, Inc.
6504 NW 77th Court
Miami, FL, 33166
Phone: (305) 556-6251
Fax: (305) 556-6256
By and through

_[signature]_ Carlos J. Moratinos /President
(Print name and position)


IRWIN FRITCHIE URQUHART & MOORE LLC

_[signature]_

Gus A. Fritchie, III (La. #5751)
Chris H. Irwin (La. #30261)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
Email: gfritchie@irwinllc.com
Email: cirwin@irwinllc.com

Attorneys for AC1 Supply, Inc.


**TO:**

**Arnold Levin**
Levin, Fishbein, Sedran & Berman
510 Walnut St., Suite 500
Philadelphia, PA, 19106


**Michael A. Sexton**
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Rd., NE, Suite 2400

00158731                                    2

Atlanta, GA, 30326

**Todd R. Ehrenreich**
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

**Michael P. Peterson**
Peterson & Espino, P.A.
10631 S.W. 88th St., Suite 220
Miami, FL, 33186

**Dorothy H. Wimberly**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, La., 70130

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name: _Advantage Builders of America d/b/a Advantage Builders of SW Florida_

Current Address: _11796-C Metro Parkway, Fort Myers, FL 33966_

By: _[signature]_
Signature

Print Name: _STEVEN   J   MAGNER_
Title: _PRESIDENT_
Date: _8/27/2012_

```
┌──────────────────────────────────────────────────────────────────┐
│            REQUEST FOR EXCLUSION ("OPT-OUT")                        │
│                                                                      │
│                  BANNER SETTLEMENT CLASS                             │
│                RE: CHINESE MANUFACTURED                              │
│                    DRYWALL LITIGATION                               │
└──────────────────────────────────────────────────────────────────┘
```

To:

Arnold Levin, Esquire                      Michael P. Peterson, Esquire
Levin, Fishbein, Sedran & Berman           Peterson & Espino, P.A.
510 Walnut Street, Suite 500               10631 S.W. 88 Street, Suite 220
Philadelphia, PA 19106                     Miami, FL 33186


Michael A. Sexton, Esquire                 Dorothy H. Wimberly, Esquire
Weinberg Wheeler Hudgins Gunn & Dial       Stone Pigman Walther Wittmann, LLC
3344 Peachtree Road, NE, Suite 2400        546 Carondelet Street
Atlanta, GA 30326                          New Orleans, LA 70130


The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                    ~~AHS Construction Group, Inc.; AH Salee Construction Group, Inc.~~

Current Address:         3415 Radio Road, Suite 109, Naples, FL  34104

Opt Out
Property Address:        See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out,
Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in
MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of
"every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer"
against whom the above-referenced entity intends to or may pursue claims are as follows[1]


    1.          Installer (unknown at this time), or any of its entities, and its insurers

    2.          Banner Supply Company and Banner Supply Pompano, and their applicable
                affiliates and insurers

    3.          Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf
                Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation
                GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil
                Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.;
                Guangdong Knauf New Building Material Products Co., Ltd., et. al
                (manufacturers).

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly
reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s)
pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that
may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

4.       Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable
         affiliated entities, and their respective insurers

AHS CONSTRUCTION GROUP, INC.; AH SALCE
CONSTRUCTION GROUP, INC.

By: _____
Signature
Print Name: _____DAVID DYKS_____
Title: a representative of MCC an insurer of AHS
Construction Group, Inc.; AH Salce Construction Group,
Inc.
Date: _____9/28/12_____

14741777v1  0900735

**EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(AHS CONSTRUCTION GROUP, INC.;
AH SALCE CONSTRUCTION GROUP, INC.)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

14741777v1  0900735

# PAXTON & SMITH P.A.

ATTORNEYS AT LAW
BARRISTERS BUILDING, SUITE 500
1615 FORUM PLACE
WEST PALM BEACH, FLORIDA 33401
TELEPHONE: 561-684-2121
FACSIMILE: 561-684-6855

MARK C. CHARTER*
THOMAS B. MILLER**
MICHELE I. NELSON
CLARK W. SMITH

MICHAEL B. DAVIS, OF COUNSEL

E-MAIL: MIN@paxsmith.com

*ALSO ADMITTED IN MICHIGAN
**ALSO ADMITTED IN ALABAMA

RALPH B. PAXTON (1923–2009)
MORGAN S. BRAGG (RETIRED)

WWW.PAXSMITH.COM

September 28, 2012

Arnold Levin, Esq.
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esq
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esq.
STONE PIGMAN WALTHER WITTMAN, LLC
546 Carondelet Street
New Orleans, LA 70130

RE:   **Banner Class Action Settlement Opt Out Notice**

Dear Counsel:

Please accept this letter, and the enclosed Request for Exclusion ("Out Out"), as formal notice that our clients, Albanese-Popkin the Oaks Development Group, L.P. and Albanese-Popkin Development Group, LLC (the "Developer"), have opted out of the Banner Settlement Class Re: Chinese Manufactured Drywall Litigation with respect to

the properties set forth in the attached Request, provided that the Plaintiffs or claimants also opt out.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Michele Nelson

Michele I. Nelson

MIN:acc

Enclosure

## REQUEST FOR EXCLUSION "OPT OUT"

The undersigned, Albanese-Popkin the Oaks Development Group, L.P. and Albanese-Popkin Development Group, LLC, (developer) hereby opt out of the Banner Settlement to the extent a respective homeowner or other claimant for one of Albanese-Popkin the Oaks Development Group, L.P. and/or Albanese-Popkin Development Group, LLC, 's Banner- supplied Affected Properties has opted out of any of the Knauf, Banner, Builder, Installer, Supplier or Insurer Settlement Agreements.

This opt out includes, but is not limited to, Affected Properties which are the subject of the following case:

> Wites v. Albanese-Popkin (Broward County)
>
> Property address(es): 17625 Middlebrooke Way, Boca Raton, FL 33496

To the best of my knowledge, the supplier was Banner Supply Co., the manufacturer was a Taishan entity (exact name unknown), and the installer was Ocean Coast Drywall, Inc.

Company: Albanese-Popkin the Oaks Development Group, L.P. and Albanese-Popkin Development Group, LLC,

Address: 1200 S Rogers Circle, #11, Boca Raton, FL 33487

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, L.P. AND ALBANESE-POPKIN DEVELOPMENT GROUP, LLC,

By: _____
Signature

Print Name: _Gavin Gurnan_
Title: _Vice President of Operations_
Date _9/27/2012_

---

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action, but only with respect to the property on Exhibit A.

Name:                    Alvarez Homes, Inc.

Current Address:         3617 Hudson Lane
                         Tampa, FL 33618

Opt Out
Property Address:        See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

  1.   Harrell's Drywall, Inc. and its insurers
  2.   Black Bear Gypsum Supply, Inc. and its insurers
  3.   Suncoast Building Material, Inc. and its insurers
  4.   Wood Nation, Inc. and its insurers
  5.   Banner Supply Co., its affiliates and all of their insurers
  6.   National Gypsum Company and its insurers
  7.   Taian Taishan Plasterboard, Co.
  8.   Taishan Gypsum, Co.
  9.   North Pacific Group, Inc. and its insurers
 10.   La Suprema Enterprise, Inc.
 11.   La Suprema Trading, Inc.
 12.   Rothchilt Int'l, Ltd.
 13.   Independent Builders Supply Association, Inc. and its insurers
 14.   Metro Resources Corp. and its insurers
 15.   The China Corporation, LTD
 16.   Sino Industries, Inc. and its insurers

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.
{25185817;2}

Alvarez Homes, Inc.

By: _____
          Signature

Print Name: _____ Fernando Socies _____

Title: _____ Vice President _____

Date: _____ 9/04/2012 _____

{25185817;1}

### EXHIBIT "A" TO REQUEST FOR EXCLUSION
### FROM BANNER SETTLEMENT CLASS
### <u>(ALVAREZ HOMES)</u>

Builder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of the Builder's Banner-supplied Affected Properties has opted out of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement.  Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement.

{25185817;2}

## REQUEST FOR EXCLUSION ("OPT-OUT")

### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:               Alvian Homes, Inc. d/b/a Stones & More

Current Address:    1624 NE 10th Terrace, Cape Coral, Florida 33909

By: _____
    Signature

Print Name: Robert W Rimany
Title: Presiden
Date: 9/27/12

LAW OFFICES

# PLAUCHÉ, SMITH & NIESET, L.L.C.

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK M. WALKER, JR.
MICHAEL J. MCNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER P. IEYOUB
H. DAVID VAUGHAN II
JOSEPH R. POUSSON, JR.
V. ED MCGUIRE, III
ERIC W. ROAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING⁺
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A LIMITED LIABILITY COMPANY
1123 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

A. LANE PLAUCHÉ (1919-2006)
S.W. PLAUCHÉ (1889-1952)
S.W. PLAUCHÉ, JR. (1915-1966)

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

(337) 436-0522
FAX (337) 436-9637

⁺ also admitted in Texas

dvaughan@psnlaw.com

September 28, 2012

## CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88ᵗʰ Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   Chinese Manufactured Drywall Products
      Liability Litigation, MDL No.: 2047
      United States District Court, Eastern District of Louisiana

To Whom It May Concern:

The undersigned opts out of the Banner settlements only to the extent a homeowner or other claimant for one of the undersigned's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

American's First Homes of Southwest Florida, LLP
(incorrectly named in the MDL as "America's First Home, Inc.")
4218 Cleveland Avenue
Fort Myers, FL 33901

By: _____
     H. DAVID VAUGHAN II, Its Attorney

HDVII/cs

<div style="border:1px solid black;">

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

</div>

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:      ~~American Gallery Development, LLC; and American Gallery Development Group, LLC~~

Current Address:      3930 Chiquita Blvd South, Cape Coral, FL 33914

Opt Out
Property Address:      See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.      Installer (unknown at this time), or any of its entities, and its insurers

2.      Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

3.      Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.;

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

4.      Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

AMERICAN GALLERY DEVELOPMENT, LLC; AND AMERICAN GALLERY DEVELOPMENT GROUP, LLC

By: _____

       Signature

Print Name: DAVID DYKS

Title: a representative of MCC an insurer of American Gallery Development, LLC; and American Gallery Development Group, LLC

Date: _____ 9/28/12

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(AMERICAN GALLERY DEVELOPMENT, LLC;   AND AMERICAN GALLERY**
**DEVELOPMENT GROUP, LLC)**

| Property Address |
|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

14741775v1  0900735

REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:                          Amerisouth, Inc.

Current Address:          2248 First Street, Fort Myers, Florida 33901

By: _Merwin Spears_
Signature

Print Name: _MerWin Spears_
Title: _Sec/Treas_
Date: _September 28, 2012_

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Rick_ _Nevia_ _Ammons_
       First      Middle     Last

Name: _Dana_ _Marie_ _Ammons_
       First      Middle     Last

Address: _2951 Maple Grove Lane W_
         Street Address
         _Powhatan, Va 23139_
         City, State, Zip

Executed by _Rick Ammons_ _9/19/12_
            Signature      Date

Executed by _Dana Ammons_ _9-19-12_
            Signature      Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:               Aranda Homes, Inc.

Current Address:    917 NE 7th Street
                    Cape Coral, FL 33991

Opt Out
Property Address:   See Exhibit "A"

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.  Meeks Drywall and its insurers
2.  James Naughten Drywall and its insurers
3.  WCS Construction, Inc. and its insurers
4.  Banner Supply Co. and its insurers
5.  Banner Supply Co. Fort Myers and its insurers
6.  Taian Taishan Plasterboard, Co.
7.  Taishan Gypsum, Co.
8.  La Suprema Enterprise, Inc.
9.  La Suprema Trading, Inc.
10. Rothchilt Int'l, Ltd.

Aranda Homes, Inc.

By: _____
    Signature

Print Name: _Dominick Izzo_
Title: _President_
Date: _9  -12_

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.
{25170650;1}

**EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(ARANDA HOMES, INC.)**

Builder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of the Builder's Banner-supplied Affected Properties has opted out of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. This includes, but is not limited to:

1750 NW 24th Place
Cape Coral, Fl. 33993

420 NW 38th Ave
Cape Coral, Fl. 33993

2810 NW 14th Terrace
Cape Coral, Fl. 33993

827 SW 17th Street
Cape Coral, Fl. 33991

{25170650;2}

Sep 05 2012 3:22PM    HP LASERJET FAX                              p.3

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Mirtha_ _N._ _ARIAS_
       First      Middle      Last

Name: _____
       First      Middle      Last

Address: _1536 Amsterdam Ave_
         Street Address

         _New York, NY 10031_
         City, State, Zip


Executed by _Mirtha Arias_ ____ _9/1/12_
            Signature              Date


Executed by _____
            Signature              Date


To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186


3054422559          09/05/2012 15:50    RECEIVED FROM:              #6011-003

REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.

Name:            ARM Structural, Inc.

Current Address:   3616 SW 108th Avenue, Miami, FL 33165

By: _____
    Signature

Print Name: Anthony R. Martin
Title: President / Contractor
Date: 9/28/12

REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: Luis   Gabriel   Mejia
First        Middle        Last

Name: Aracelys   Armelo
First        Middle        Last

Address: 1461 SW 145 Place
Street Address

Miami, FL 33184
City, State, Zip

Executed by: _Luis Gabriel Mejia_          10/24/2011
Signature                                    Date

Executed by: _____          10/24/11
Signature                                    Date

To:   Arnold Levin, Esq.                 Dorothy Wimberly, Esq.
      LEVIN, FISHBEIN, SEDRAN &      STONE PIGMAN WALTHER WITTMAN
      BERMAN                             LLC
      510 Walnut Street, Suite 500       546 Carondelet Street
      Philadelphia, PA 19106             New Orleans, LA 70130

      Todd R. Ehrenreich, Esq.
      WEINBERG WHEELER HUDGINS         Michael A. Sexton, Esq.
      GUNN & DIAL LLC.                   WEINBERG WHEELER HUDGINS GUNN
      2601 South Bayshore Drive, Suite   & DIAL LLC.
      1500                               3344 Peachtree Road, NE Suite 2400
      Miami, Fl 33133                    Atlanta, GA 30326

      Michael P. Peterson, Esq.
      PETERSON & ESPINO, P.A.
      10631 SW 88th Street, Suite 220
      Miami, Fl 33186

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _GLADYS_____ _M._____ _ARRIOLA_____
        First            Middle          Last

Name: _____
        First            Middle          Last

Address: _3000 SW 145 CT_____
          Street Address

          _MIAMI FL 33175_____
          City, State, Zip

Executed by _Gladys M. Arriola_____ _October 24, 2011_____
        Signature               Date

Executed by _____ _____
        Signature               Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall
Action.

Name: <u>Issa</u>                                   <u>Asad</u>
      First          Middle        Last

Name: <u>Noha</u>                                   <u>Asad</u>
      First          Middle        Last

Address: <u>12767 Equestrian Trail</u>
        Street Address

<u>Davie, Florida 33330</u>
        City, State, Zip

Executed by _____          11/6
          Signature                 Date

Executed by _____          11/6
          Signature                 Date

To:   Michelle Nelson, Esq.           Todd R. Ehrenreich, Esq.
      Paxton & Smith, P.A.           Weinberg Wheeler Hudgins Gunn & Dial
      Barristers Building, Suite 500    2001 South Bayshore Drive, Suite 1500
      1615 Forum Place             Miami, Florida 33133
      West Palm Beach, Florida 33401

      Jeffrey Dwyer, Esq.
      Law Office of Bohdan Neswiacheny
      540 NE 4th Street.
      Ft. Lauderdale, Florida 33301

      Edwin Mortel, Esq.
      Peters Bernard
      416 Flamingo Avenue
      Stuart, Florida 34996

*21L0080*

<div style="border:1px solid black">

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

</div>

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:               Associated Builders and Developers, Inc.

Current Address:    1817 SE Deming Avenue, Port St. Lucie, FL 34952

By: _Vincent Valiant_
    Signature

Print Name: Vincent Valianti
Title: President
Date: 09-28-2012

Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

5.   Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

ATCO INT. CORP.

By: _____   FBN 58628 Fw Luis N. Perz

LUIS N. PEREZ, as Attorney of Record

Date: __9/28/12__

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(ATCO INT. CORP.)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

---

### REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

| | |
|---|---|
| Name: | ATCO Int. Corp. |
| Current Address: | 13870 S.W. 157th Lane, Miami, FL 33186 |
| Opt Out Property Address: | See Exhibit "A" attached hereto. |

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers" and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.  Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

2.  La Suprema Trading, Inc. and La Suprema Enterprise, Inc., and their respective insurers.

3.  Rothchilt Int'l, Ltd., and its insurers

4.  Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co.,

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.

```
REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION
```

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. To date, the address listed in the attached Exhibit "A" has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:                    Aubuchon Homes, Inc.

Current Address:    4707 S.E. 9th Place, Cape Coral, FL 33904

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows:[1]

| | |
|---|---|
| 1. | Banner Supply Company, Banner Supply Ft. Myers and its applicable affiliates and insurers. |
| 2. | La Suprema Trading, Inc. and La Suprema Enterprise, Inc. and its respective insurers. |
| 3. | Rothchilt Int'l, Ltd., and its insurers. |
| 4. | Knauf Plasterboard (Tianjin) Co.; Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil |

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.

Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

5.     Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers.

6.     RJL Drywall, Inc., and its insurers.

**Aubuchon Homes, Inc.**

By: _____
    Signature

Print Name: James Aubuchon
Title: Vice President.
Date: 9/27/2012

## EXHIBIT A

### PROPERTY ADDRESSES

| | |
|---|---|
| 1. | 5748 Staysail Court, Cape Coral, FL 33914 |

---

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.

Name: <u>Avalon Building Corporation of Tampa Bay</u>

Current Address: <u>905 Martin Luther King, Jr. Dr., Ste. 250, Tarpon Springs, Florida 34689</u>

By: Ralph Zuckerman
Signature

Print Name: Ralph Zuckerman
Title: President
Date: 9/27/12

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall
Action.

Name: _Daniel_____ _Avello_____
      First          Middle          Last

Name: _Isbel_____ _Basulto_____
      First          Middle          Last

Address: _19871 NW   77 ct_____
         Street Address

        _Hialeah , Fl 33015_____
        City, State, Zip

Executed by _____    _October 24, 2011_____
         Signature                    Date

Executed by _____    _October 24, 2011_____
         Signature                    Date

To:   Arnold Levin
     LEVIN, FISHBEIN, SEDRAN & BERMAN
     510 Walnut Street, Suite 500
     Philadelphia, PA 19106

     Todd R. Ehrenreich
     WEINBERG WHEELER HUDGINS GUNN & DIAL
     2601 South Bayshore Drive, Suite 1500
     Miami, FL 33133

     Michael P. Peterson
     PETERSON & ESPINO, P.A.
     10631 S.W. 88th Street, Suite 220
     Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

## REQUEST FOR EXCLUSION "OPT OUT"

The undersigned, <u>B&B Stucco, Inc.</u>, (installer) hereby opts out of the Banner and Knauf Settlements to the extent a respective homeowner or other claimant for one of <u>B&B Stucco, Inc.'s</u> Banner-supplied Affected Properties has opted out of any of the Knauf, Banner, Builder, Installer, Supplier or Insurer Settlement Agreements.

This opt out includes, but is not limited to Affected Properties which are the subject of the following case:

Lennar Homes v. B & B Stucco, Inc., et. al. (Miami-Dade County)

Property address(es): see attached listing

To the best of my knowledge, the supplier was Banner Supply Co., the manufacturers were Knauf Gips KG, Knauf Plasterboard (Tianjin) Co., LTD., Taishan Gypsum Co. LTD f/k/a Shandong Taihe Dongxin Co. LTD and USG Corporation, the importers were La Suprema Trading, Inc., La Suprema Enterprises, Inc., and Rothchilt International LTD, and the developers/homebuilders were Lennar Homes, LLC f/k/a Lennar Homes, Inc. and U.S. Home Corporation

Company: <u>B&B Stucco, Inc.</u>

Address: <u>12244 Treeline Avenue, Suite 10, Fort Myers, FL 33913</u>

B&B STUCCO, INC.

By: _____
Signature

Print Name: _____

Title: _VP_

Date_ 9-25-12_

## REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: __JUAN___ __M.___ __BARCIA.___
       First        Middle        Last

Name: __MARIA___ __C.___ __FERNANDEZ___
       First        Middle        Last

Address: __6119 DenSaw Terr___
         Street Address

         __Port St. Lucie, FL 34986___
         City, State, Zip

Executed by _____  Date 7/8/2011
        Signature

Executed by _____  Date 07-08-2011
        Signature

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

---

### REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                Barony Homes, Inc.

Current Address:     2508 Del Prado Blvd S, Cape Coral, FL 33904

Opt Out
Property Address:    See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.    Installer, Miller Professional Contracting, or any of its entities, and its insurers and other unknown installers, their entities, and their insurers.

2.    Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

3.    Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.;

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

14741658v1 0900735

Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

4.    Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

BARONEY HOMES, INC.

By: _____

   Signature

Print Name: ___DAVID DYKIS___

Title: a representative of MCC an insurer of Baroney Homes, Inc.

Date: ___9/28/12___

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(BARONEY HOMES, INC.)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall
Action.

Name: _Rodney_____Barreto_____
      First           Middle        Last

Name: _Eliseo R. Riera-Gomez_____
      First           Middle        Last

Address: _235 Catalonia Avenue_____
         Street Address

_Coral Gables, Fl 33134_____
City, State, Zip

Executed by: _____   _____
           Signature                         Date

Executed by: _____   _9-25-12_____
           Signature                         Date

To:   Arnold Levin, Esq.               Dorothy Wimberly, Esq.
      LEVIN, FISHBEIN, SEDRAN &    STONE PIGMAN WALTHER WITTMAN
      BERMAN                    LLC
      510 Walnut Street, Suite 500     546 Carondelet Street
      Philadelphia, PA 19106         New Orleans, LA 70130

      Todd R. Ehrenreich, Esq.
      WEINBERG        WHEELER    Michael A. Sexton, Esq.
      HUDGINS GUNN & DIAL LLC.    WEINBERG     WHEELER    HUDGINS
      2601 South Bayshore Drive, Suite   GUNN & DIAL LLC.
      1500                      3344 Peachtree Road, NE Suite 2400
      Miami, Fl 33133            Atlanta, GA 30326

      Michael P. Peterson, Esq.
      PETERSON & ESPINO, P.A.
      10631 SW 88th Street, Suite 220
      Miami, Fl 33186

September 28, 2012

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street
Suite 220
Miami, FL 33186

Dorothy H. Wimberly
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   **In Re: Chinese Manufactured Drywall Products Liability Litigation**
      **MDL No. 2047, United States District Court, Eastern District of Louisiana**
      **Notice of Limited Opt-Out: Banner Class Action Settlement**

Dear Counselors:

Bayswater Brokerage Florida, LLC ("Bayswater") hereby opts out of the Banner
Settlement Class to the extent and insofar as claimants for the following property have or may
have opted-out of the Builder, Installer, Supplier & Insurer Settlement Agreement:

- 4821 Saint Margarets Drive, Vero Beach, Florida 32967.[1]

Bayswater also opts out of the Banner Settlement Class to the extent and insofar as any
additional claimants for one of the Banner-supplied Affected Properties opt out of the Builder,

---

[1]     The installer of the defective Chinese-manufactured drywall in this home was Gateway Building & Design
Corp.  The installer/supplier of the defective Chinese-manufactured drywall in this home was Drywall Experts, Inc.
The supplier of the drywall was Banner Supply Co. and/or Banner Supply Company Port St. Lucie LLC.  The
manufacturer of the defective Chinese-manufactured drywall in this home was Knauf Plasterboard (Tianjin) Co. Ltd.
and/or Knauf Gips KG.

Installer, Supplier & Insurer Settlement Agreement.[2]  Bayswater is prepared to withdraw these opt outs if and when the owners or claimants for these homes withdraw their opt outs to the Builder, Installer, Supplier & Insurer Settlement Agreement, or if it is determined that the owners' or claimants' homes do not contain defective Chinese-manufactured drywall that was supplied by one of the Banner Entities.

This written notice is being sent by First Class Mail, postmarked on September 28, 2012.

> **Bayswater Brokerage Florida, LLC**
> **2229 Falls Circle**
> **Vero Beach, Florida 32967**
>
> Signature: _Bruce O_
>
> Print Name: _Bruce Osterhoudt_
>
> Title: _President_
>
> Date: _9/28/12_

---

[2]      Because the opt-out deadline for all parties for all settlement agreements in the MDL is the same date, it is impossible for Bayswater to know if any additional homeowners or other claimants for one of the Banner-supplied Affected Properties has opted out prior to the opt-out deadline.

REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.

Name:                    Baywood Construction, Inc.

Current Address:     3515 Del Prado Blvd., #107, Cape Coral, FL 33904

By: _____
              Signature

Print Name: _Michael  Devilo_
Title: _Manager / owner_
Date: _9/26/12_

# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309-3521
www.kslaw.com

J Kevin Buster
Direct Dial: (404) 572-4804
Direct Fax: (404) 572-5136
kbuster@kslaw.com

September 28, 2012

**VIA U.S. MAIL**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dorothy Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70310

Michael A. Sexton
Weinberg Wheeler Hodgins Gunn &
    Dial LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Re:    **Beazer Homes Corp.-- Opt Out of Banner Settlement**

Dear Counsel:

Beazer Homes Corp. ("Beazer") only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of Beazer's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement. Beazer is not currently aware of any such opt outs from the Builder, Installer, Supplier, & Insurer Settlement Agreement but is serving this conditional opt out notice in the event such an opt out notice is filed by any Beazer homeowners or claimants. Beazer will rescind its opt out from the Banner Settlement with respect to a Banner-supplied Affected Property if the respective homeowners or claimants rescind their opt outs from the Builder, Installer, Supplier, & Insurer Settlement Agreement.

"The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action."

Beazer Homes Corp.
    By: Joseph F. Hession
1000 Abernathy Road, Ste. 260
Atlanta, Georgia 30328

Counsel
September 28, 2012
Page 2


Please do not hesitate to contact me with any questions or concerns.


Sincerely,

J Kevin Buster

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall
Action.

Name: _Aksel    H.         Bekirov_
　　　　First　　　　　Middle　　　　　Last

Name: _____
　　　　First　　　　　Middle　　　　　Last

　　　　　　_Magnolia Gardens II LLC_
Address: _3406  SE 6th  St_
　　　　　Street Address

　　　　_Pompano Beach, FL 33062_
　　　　City, State, Zip

Executed by _Aksel Bekirov_ 　　_3/29/12_
　　　　　　Signature　　　　　　　　Date

Executed by _____ 　　_3/29/12_
　　　　　　Signature　　　　　　　　Date

To:　　Arnold Levin
　　　　LEVIN, FISHBEIN, SEDRAN & BERMAN
　　　　510 Walnut Street, Suite 500
　　　　Philadelphia, PA 19106

　　　　Todd R. Ehrenreich
　　　　WEINBERG WHEELER HUDGINS GUNN & DIAL
　　　　2601 South Bayshore Drive, Suite 1500
　　　　Miami, FL 33133

　　　　Michael P. Peterson
　　　　PETERSON & ESPINO, P.A.
　　　　10631 S.W. 88th Street, Suite 220
　　　　Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Aksel         H.         Bekirov_
        First            Middle         Last

Name: _____
        First            Middle         Last

        _Magnolia Gardens II LLC_
Address: _3408    SE   6th   St._
        Street Address

        _Pompano Beach, FL 33062_
        City, State, Zip

Executed by _Aksel Bekirov_ _____ _3/29/12_
        Signature                 Date

Executed by _____ _3/29/12_
        Signature                 Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

---

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                 Bella Builders, Inc.

Current Address:      2579 Sawgrass Lake Court
                      Cape Coral, FL 33909

Opt Out
Property Address:     See Exhibit "A"

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer"[1] against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.      J&A Stucco Drywall and its insurers (including but not limited to Auto Owners
        Ins. Co., Scottsdale Ins. Co., American Strategic Ins. Co.)

2.      Banner Supply, Co. and its insurers

Bella Builders, Inc.

By: _____
        Signature

Print Name: _Michael O'Brien_
Title: _President._
Date: _Sept 21. 2012._

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.

## EXHIBIT "A" TO REQUEST FOR EXCLUSION
## FROM BANNER SETTLEMENT CLASS
## <u>(BELLA BUILDERS, INC.)</u>

Builder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of the Builder's Banner-supplied Affected Properties has opted out of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement.  Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement.

> **REQUEST FOR EXCLUSION ("OPT-OUT")**
>
> BANNER SETTLEMENT CLASS
> RE: CHINESE MANUFACTURED
> DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:             Bender Construction & Development

Current Address:       740 17th Street SW, Naples, FL 34117

By: _____
          Signature

Print Name: _David Bender_
Title: _President_
Date: _Sept 26 2012_

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Rebello_____ _E_____ _Burton_____
       First         Middle      Last

Name: _Joan_____ _E._____ _Bertoni_____
       First         Middle      Last


Address: _4424_ _Spruce_ _St_____
         Street Address

_Whitehall Pa   18052_
City, State, Zip


Executed by _Rebello G Burton_____   _9/10/12_____
            Signature                 Date


Executed by _Joan E Bertoni_____   _9/10/12_____
            Signature                 Date


To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer:   BMD, INC.

Address:   6163 JOE JEFF St., NORTH PORT, FL 34286

Executed by:   GTRM

5245207.1

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall
Action.

Name: David Frederick Borgardt SR.
      First         Middle         Last

Name: Kathy Ann Borgardt
      First         Middle         Last

Address: 2160 NW 23rd AVE.
        Street Address

CAPE CORAL FL, 33993
City, State, Zip

Executed by __signature above__     __November 7, 2011__
          Signature                 Date

Executed by __signature above__     __November 7, 2011__
          Signature                 Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Gordon_        _D._        _Boucher_
　　　　First　　　　　Middle　　　　　Last

Name: _Nancy_        _L._        _Boucher_
　　　　First　　　　　Middle　　　　　Last

Property address:
11001 Gulf Reflections Drive
Unit A208
Fort Myers, FL 33908

Address: _13216 Ivy St._
　　　　　Street Address

_Becker MN. 55308_
　　　　　City, State, Zip

Executed by _Gordon D. Boucher_        Date _3/29/12_
　　　　　　　Signature

Executed by _Nancy L. Boucher_        Date _3/29/12_
　　　　　　　Signature

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

TO:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street
      Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins,
      Gunn & Dial, LLC
      2601 South Bayshore Drive
      Suite 1500
      Miami, FL 33133

      Michael Peterson
      Peterson & Espino, P.A.
      ~~10631 SW 88th Street~~
      Suite 220
      Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone Pigman Walther Wittman,
LLC
546 Carondelet Street
New Orleans, LA 70130

        The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

        To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

        In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer:   <u>Boulanger Drywall Corp.</u>

Address:     <u>5229 N. Hiatus Road, Sunrise, Florida  33351</u>

Executed by:   *[signature]*
            Viateur A. Boulanger

## REQUEST FOR EXCLUSION
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

Proposed Class Member, Boynton Village, LLC, whose address is 2100 Hollywood Boulevard, Hollywood, Florida 33020, hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.[1]


Boynton Village, LLC

_____  Pres of Member

By: Leon Wolfe

Dated: September 28, 2012

To:

| | |
|---|---|
| Arnold Levin | Michael Sexton |
| LEVIN, FISHBEIN, SEDRAN & BERMAN | WEINBERG WHEELER HUDGINS GUNN & DIAL |
| 510 Walnut Street, Suite 500 | |
| Philadelphia, PA 19106 | 3344 Peachtree Road, NE, Suite 2400 |
| | Atlanta, GA 30326 |
| | |
| Dorothy Wimberly | Michael P. Peterson |
| STONE PIGMAN WALTHER WITTMANN, LLC | PETERSON & ESPINO, P.A. |
| 546 Carondelet Street | 10631 S.W. 88th Street, Suite 220 |
| New Orleans, LA 70130 | Miami, FL 33186 |

---

[1] Due to the simultaneous deadlines for opt outs in both the Banner Settlement and the Builder, Installer, Supplier & Insurer Settlement Agreement ("Builder Settlement"), it is impossible for this Class Member to identify those homeowner plaintiffs and property addresses that opt out of the Builder Settlement sufficiently so that this Class Member can evaluate whether to participate in the Banner Settlement. Accordingly, this opt out is intended to be a provisional opt out such that this Class Member can evaluate the number of homeowner opt outs in Builder Settlement Agreement. This Class Member is in favor of the Banner Settlement and Builder Settlement, and intends to utilize the time period provided for following the opt out deadline within which to evaluate opt outs that affect the Builder Settlement such that it may be possible to withdraw this opt out.

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:    Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: <u>Bradford Plastering, Inc.</u>

Address: <u>2208 N.E. 22nd Place, Cape Coral, FL 33909</u>

Executed by: _____

5243069.1

<div style="border: 1px solid black">

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

</div>

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action, but only with respect to the property on Exhibit A.

Name:                 Breakwater Custom Homes, Inc.

Current Address:      677 South Reeve Rd.
                      Saint Helena Island, SC 29920

Opt Out
Property Address:     See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.  South Florida Custom Trim, Inc. and its insurers
2.  Stock Building Supply of Florida, LLC and its insurers
3.  Stock Building Supply, LLC and its insurers
4.  Manchester Holdings, Inc. and its insurers
5.  Manchester Furniture Group, Inc. and its insurers
6.  Manchester In-Home and its insurers
7.  Guardian Building Products Distribution, Inc. and its insurers
8.  Banner Supply Co., its affiliates and all of their insurers
9.  Lafarge North America, Inc. and its insurers
10. ProWall (manufacturer) and its insurers
11. Beijing New Building Materials
12. La Suprema Enterprise, Inc.
13. La Suprema Trading, Inc.
14. Rothchilt Int'l, Ltd.

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.
{25183479;2}

14.   Rothchilt Int'l, Ltd.

Breakwater Custom Homes, Inc.

By: _____
   Signature

Print Name:  Michael J. Bruet

Title:  Director

Date:  9|24|12

(25183479;1)

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(BREAKWATER CUSTOM HOMES)**

Builder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of the Builder's Banner-supplied Affected Properties has opted out of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. This includes, but is not limited to:

20271 Chapel Trace
Estero, FL 33928

20241 Chapel Trace
Estero, FL 33928

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:   Arnold Levin                          Michael A. Sexton
      Levin, Fishbein, Sedran & Berman      Weinberg, Wheeler, Hudgins,
      510 Walnut Street, Suite 500          Gunn & Dial, LLC
      Philadelphia, PA 19106                3344 Peachtree Road, NE
                                            Suite 2400
      Todd R. Ehrenreich                    Atlanta, GA 30326
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500   Dorothy Wimberly
      Miami, FL 33133                       Stone, Pigman, Walther,
                                            Wittman, LLC
                                            546 Carondelet Street
      Michael P. Peterson                   New Orleans, LA 70130
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: BRENT GARROD DRYWALL, INC.

Address: 4271 JAMES ST., PORT CHARLOTTE, FL 33980
P.O. BOX 494410 PORT CHARLOTTE, FL 33949

Executed by: CGTBW

5245207.1

## REQUEST FOR EXCLUSION
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

Proposed Class Member, Briella Townhomes, LLC, whose address is 825 Coral Ridge Drive, Coral Springs, Florida 33071, hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.[1]

Briella Townhomes, LLC

By: Robert B. Stiegele, Jr.

Dated: September 28, 2012

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael Sexton
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

---

[1] Due to the simultaneous deadlines for opt outs in both the Banner Settlement and the Builder, Installer, Supplier & Insurer Settlement Agreement ("Builder Settlement"), it is impossible for this Class Member to identify those homeowner plaintiffs and property addresses that opt out of the Builder Settlement sufficiently so that this Class Member can evaluate whether to participate in the Banner Settlement. Accordingly, this opt out is intended to be a provisional opt out such that this Class Member can evaluate the number of homeowner opt outs in Builder Settlement Agreement. This Class Member is in favor of the Banner Settlement and Builder Settlement, and intends to utilize the time period provided for following the opt out deadline within which to evaluate opt outs that affect the Builder Settlement such that it may be possible to withdraw this opt out.

**Banner Settlement Opt Out Notice**

Name:       Dorene N. Brown
Address:    200 East Palmetto Park Rd #11
            Boca Raton, FL 33432

Date:       Sept. 28, 2012

| | |
|---|---|
| VIA FIRST CLASS U.S. MAIL<br><br>Lead Counsel:<br>Arnold Levin, Esq.<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br><br>Counsel for Banner:<br>Michael A. Sexton, Esq.<br>~~Weinberg Wheeler Hudgins Gunn & Dial,~~ LLC<br>3344 Peachtree Road, NE, Suite 2400<br>Atlanta, GA 30326<br><br>Counsel for Banner:<br>Todd R. Ehrenreich, Esq.<br>Weinberg Wheeler Hudgins Gunn & Dial, LLC<br>2501 South Bayshore Drive, Suite 1500<br>Miami, FL 33133<br><br>Counsel for Banner:<br>Michael P. Peterson, Esq.<br>Peterson & Espino, P.A.<br>10631 S.W. 88th Street, Suite 220<br>Miami, FL 33186<br><br>Co-Class Counsel:<br>Dorothy H. Wimberly, Esq.<br>Stone, Pigman, Walther, Wittmann, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | |

Re:   In Re: Chinese-Manufactured Drywall Products Liability Litigation
U.S. District Court, Eastern District of Louisiana, MDL 2047
Opt Out Notice of Banner Settlement

Dear Sirs:

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Current address is:
200 East Palmetto Park Rd #811
Boca Raton, FL 33432

Subject Property address:
17946 Lake Azure Way
Boca Raton, FL 33496

_Dolene C Brown_
Signed

_Dorene C. Brown_
Print Name

_____
Signed

_____
Print Name

_Sept. 28, 2012_
Dated:

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _RUSSELL   ROBERT   BRUMBAUGH JR_
      First          Middle         Last

Name: _CAROL   ANN   BRUMBAUGH_
      First          Middle         Last

Address: _232 SE 15TH TER_
         Street Address

_CAPE CORAL, FL 33990_
         City, State, Zip

Executed by _Russell R Brumbaugh Jr_    _2/2/12_
         Signature                  Date

Executed by _Carol a Brumbaugh_    _2/2/12_
         Signature                  Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name:     CRAIG ANTHONY BULLOCK
        First             Middle            Last

Name: _____
        First             Middle            Last

Address:   _12688 S. Stonebrook Circle_
        Street Address

        _Davie, FL 33330_
        City, State, Zip

Executed by: _____     10/26/11
        Signature                             Date

Executed by: _____
        Signature                             Date

To:     Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Todd R. Ehrenreich, Esq.
        WEINBERG WHEELER HUDGINS GUNN & DIAL LLC.
        2601 South Bayshore Drive, Suite 1500
        Miami, Fl 33133

        Michael P. Peterson, Esq.
        PETERSON & ESPINO, P.A.
        10631 SW 88th Street, Suite 220
        Miami, Fl 33186

Dorothy Wimberly, Esq.
STONE PIGMAN WALTHER WITTMAN LLC
546 Carondelet Street
New Orleans, LA 70130

Michael A. Sexton, Esq.
WEINBERG WHEELER HUDGINS GUNN & DIAL LLC.
3344 Peachtree Road, NE Suite 2400
Atlanta, GA 30326

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:  Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
Weinberg, Wheeler, Hudgins.
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Class the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: By George Inc.

Address: 10877 NW 52 Street, Suite 7, Sunrise, FL 33351-8088

Executed by: _George Pom_

George Poomeral
V.P. By-George Inc

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: C.A. Steelman, Inc.

Address: 2271 Bruner Lane, Suite 6, Fort Myers, FL 333912

Executed by: _____

5242173.1

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name:   JEANNETTE   MARIA           CALVO
        First          Middle              Last

Name:   TYRONE                     MARTINEZ
        First          Middle              Last


Address:  8220 SW. 190 TER.   _____
          Street Address

          CUTLER BAY, FL 33157
          City, State, Zip


Executed by _____     9/15/2011
            Signature              Date

Executed by _____     9/15/2011
            Signature              Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Shannon_ — _Cambric_
    First        Middle       Last

Name: _____
    First        Middle       Last

Address: _8585 Athena CT._
        Street Address

        _Lehigh Acres, Fl. 33971_
        City, State, Zip

Executed by _Shannon Cambric_      November 7, 2011
        Signature                Date

Executed by _____      _____
        Signature                Date

To:    Arnold Levin
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Todd R. Ehrenreich
        WEINBERG WHEELER HUDGINS GUNN & DIAL
        2601 South Bayshore Drive, Suite 1500
        Miami, FL 33133

        Michael P. Peterson
        PETERSON & ESPINO, P.A.
        10631 S.W. 88th Street, Suite 220
        Miami, FL 33186

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: FELIX          RAMON          CARAPAICA
      First             Middle           Last

Name: JULIA          CARAPAICA
      First             Middle           Last

Address: 4422 RAINBOW AVE.
         Street Address

WESTON, FL 33332
City, State, Zip

Executed by _Félix Carapaica_      10|3|11
        Signature                 Date

Executed by _Julia De La Cruz_    10|3|11
        Signature                 Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

### REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
### LITIGATION

To:   Arnold Levin                              Michael A. Sexton
      Levin, Fishbein, Sedran & Berman          Weinberg, Wheeler, Hudgins,
      510 Walnut Street, Suite 500              Gunn & Dial, LLC
      Philadelphia, PA 19106                    3344 Peachtree Road, NE
                                                Suite 2400
                                                Atlanta, GA 30326
      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC                          Dorothy Wimberly
      2601 South Bayshore Dr., Suite 1500       Stone, Pigman, Walther,
      Miami, FL 33133                           Wittman, LLC
                                                546 Carondelet Street
                                                New Orleans, LA 70130
      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: _CAREW CONSTRUCTION, INC._

Address: _15291 BRIARCROST CIRCLE, FT. MYERS, FL 33912_

Executed by: _CJTBJ_

---

### REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Developer hereby opts out of the Banner Settlement Class in the Chinese Drywall Action, but only with respect to the property on Exhibit A.

| | |
|---|---|
| Name: | Carillon Lakes, LLC |
| Current Address: | 4798 South Florida Avenue, Suite 316, Lakeland, FL 33813 |
| Opt Out Property Address: | See Exhibit "A" attached hereto. |

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.  Durham Drywall & Stucco, Inc., and its insurers

2.  L&W Supply Corporation, d/b/a Seacoast Supply, and their applicable affiliates and insurers

3.  La Suprema Trading, Inc. and La Suprema Enterprise, Inc., and their respective insurers.

4.  Rothchilt Int'l, Ltd., and its insurers

5.  Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil

---

[1] Nothing set forth herein shall be deemed a waiver of Developer's right to pursue any additional entities and Developer expressly reserves such right.

{25182854;1}

Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.;
Guangdong Knauf New Building Material Products Co., Ltd., et. al
(manufacturers).

CARILLON LAKES, LLC

By: *Frank H. Haas*
Signature

Print Name: *Frank H. Haas*
Title: *General Partner*
Date: *Sept. 22, 2012*

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(CARILLON LAKES, LLC)**

| | |
|---|---|
| 1. | Builder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of the Builder's Banner-supplied Affected Properties has opted out of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. |

{25182854;1}

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: BOGUSLAW          CEGIELSKI
First          Middle          Last

Name: NING          XIAO          CEGIELSKI
First          Middle          Last

Address: 1414 50th ST SE          Property address:
Street Address          246 SW 26 Street

AUBURN, WA 98092          Cape Coral, FL 33914
City, State, Zip

Executed by _____   Date 3/29/12
Signature

Executed by _____   Date 3/29/12
Signature

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

## REQUEST FOR EXCLUSION
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

Proposed Class Member, Centerline Homes at Georgetown, LLC, whose address is 825 Coral Ridge Drive, Coral Springs, Florida 33071, hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.[1]


Centerline Homes at Georgetown, LLC

By: Robert B. Stiegele, Jr.

Dated: September 28, 2012

To:

| | |
|---|---|
| Arnold Levin | Michael Sexton |
| LEVIN, FISHBEIN, SEDRAN & BERMAN | WEINBERG WHEELER HUDGINS GUNN & DIAL |
| 510 Walnut Street, Suite 500 | 3344 Peachtree Road, NE, Suite 2400 |
| Philadelphia, PA 19106 | Atlanta, GA 30326 |
| | |
| Dorothy Wimberly | Michael P. Peterson |
| STONE PIGMAN WALTHER WITTMANN, LLC | PETERSON & ESPINO, P.A. |
| 546 Carondelet Street | 10631 S.W. 88th Street, Suite 220 |
| New Orleans, LA 70130 | Miami, FL 33186 |

---

[1] Due to the simultaneous deadlines for opt outs in both the Banner Settlement and the Builder, Installer, Supplier & Insurer Settlement Agreement ("Builder Settlement"), it is impossible for this Class Member to identify those homeowner plaintiffs and property addresses that opt out of the Builder Settlement sufficiently so that this Class Member can evaluate whether to participate in the Banner Settlement. Accordingly, this opt out is intended to be a provisional opt out such that this Class Member can evaluate the number of homeowner opt outs in Builder Settlement Agreement. This Class Member is in favor of the Banner Settlement and Builder Settlement, and intends to utilize the time period provided for following the opt out deadline within which to evaluate opt outs that affect the Builder Settlement such that it may be possible to withdraw this opt out.

## REQUEST FOR EXCLUSION
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

Proposed Class Member, Centerline Homes Signature Series, Inc., whose address is 825 Coral Ridge Drive, Coral Springs, Florida 33071, hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.[1]

Centerline Homes Signature Series, Inc.

By: Robert B. Stiegele, Jr.

Dated: September 28, 2012

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael Sexton
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

---

[1] Due to the simultaneous deadlines for opt outs in both the Banner Settlement and the Builder, Installer, Supplier & Insurer Settlement Agreement ("Builder Settlement"), it is impossible for this Class Member to identify those homeowner plaintiffs and property addresses that opt out of the Builder Settlement sufficiently so that this Class Member can evaluate whether to participate in the Banner Settlement. Accordingly, this opt out is intended to be a provisional opt out such that this Class Member can evaluate the number of homeowner opt outs in Builder Settlement Agreement. This Class Member is in favor of the Banner Settlement and Builder Settlement, and intends to utilize the time period provided for following the opt out deadline within which to evaluate opt outs that affect the Builder Settlement such that it may be possible to withdraw this opt out.

## REQUEST FOR EXCLUSION
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member, Centerline Homes Construction, Inc., whose address is 825 Coral Ridge Drive, Coral Springs, Florida 33071, hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.[1]

Centerline Homes Construction, Inc.

By: Robert B. Stiegele, Jr.

Dated: September 28, 2012

To:

| | |
|---|---|
| Arnold Levin | Michael Sexton |
| LEVIN, FISHBEIN, SEDRAN & BERMAN | WEINBERG WHEELER HUDGINS GUNN |
| 510 Walnut Street, Suite 500 | & DIAL |
| Philadelphia, PA 19106 | 3344 Peachtree Road, NE, Suite 2400 |
| | Atlanta, GA 30326 |
| | |
| Dorothy Wimberly | Michael P. Peterson |
| STONE PIGMAN WALTHER WITTMANN, LLC | PETERSON & ESPINO, P.A. |
| 546 Carondelet Street | 10631 S.W. 88th Street, Suite 220 |
| New Orleans, LA 70130 | Miami, FL 33186 |

---

[1] Due to the simultaneous deadlines for opt outs in both the Banner Settlement and the Builder, Installer, Supplier & Insurer Settlement Agreement ("Builder Settlement"), it is impossible for this Class Member to identify those homeowner plaintiffs and property addresses that opt out of the Builder Settlement sufficiently so that this Class Member can evaluate whether to participate in the Banner Settlement. Accordingly, this opt out is intended to be a provisional opt out such that this Class Member can evaluate the number of homeowner opt outs in Builder Settlement Agreement. This Class Member is in favor of the Banner Settlement and Builder Settlement, and intends to utilize the time period provided for following the opt out deadline within which to evaluate opt outs that affect the Builder Settlement such that it may be possible to withdraw this opt out.

## REQUEST FOR EXCLUSION
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

Proposed Class Member, Centerline Homes at Tradition, LLC n/k/a Completed Communities II, LLC, whose address is 825 Coral Ridge Drive, Coral Springs, Florida 33071, hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.[1]

Centerline Homes at Tradition, LLC n/k/a
Completed Communities II, LLC

By: Robert B. Stiegele, Jr.

Dated: September 28, 2012

To:

| | |
|---|---|
| Arnold Levin | Michael Sexton |
| LEVIN, FISHBEIN, SEDRAN & BERMAN | WEINBERG WHEELER HUDGINS GUNN & DIAL |
| 510 Walnut Street, Suite 500 | 3344 Peachtree Road, NE, Suite 2400 |
| Philadelphia, PA 19106 | Atlanta, GA 30326 |
| | |
| Dorothy Wimberly | Michael P. Peterson |
| STONE PIGMAN WALTHER WITTMANN, LLC | PETERSON & ESPINO, P.A. |
| 546 Carondelet Street | 10631 S.W. 88th Street, Suite 220 |
| New Orleans, LA 70130 | Miami, FL 33186 |

[1] Due to the simultaneous deadlines for opt outs in both the Banner Settlement and the Builder, Installer, Supplier & Insurer Settlement Agreement ("Builder Settlement"), it is impossible for this Class Member to identify those homeowner plaintiffs and property addresses that opt out of the Builder Settlement sufficiently so that this Class Member can evaluate whether to participate in the Banner Settlement. Accordingly, this opt out is intended to be a provisional opt out such that this Class Member can evaluate the number of homeowner opt outs in Builder Settlement Agreement. This Class Member is in favor of the Banner Settlement and Builder Settlement, and intends to utilize the time period provided for following the opt out deadline within which to evaluate opt outs that affect the Builder Settlement such that it may be possible to withdraw this opt out.

## REQUEST FOR EXCLUSION
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

Proposed Class Member, Centerline Homes, Inc., whose address is 825 Coral Ridge Drive, Coral Springs, Florida 33071, hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.[1]

Centerline Homes, Inc.

By: Robert B. Stiegele, Jr.

Dated: September 28, 2012

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael Sexton
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

---

[1] Due to the simultaneous deadlines for opt outs in both the Banner Settlement and the Builder, Installer, Supplier & Insurer Settlement Agreement ("Builder Settlement"), it is impossible for this Class Member to identify those homeowner plaintiffs and property addresses that opt out of the Builder Settlement sufficiently so that this Class Member can evaluate whether to participate in the Banner Settlement. Accordingly, this opt out is intended to be a provisional opt out such that this Class Member can evaluate the number of homeowner opt outs in Builder Settlement Agreement. This Class Member is in favor of the Banner Settlement and Builder Settlement, and intends to utilize the time period provided for following the opt out deadline within which to evaluate opt outs that affect the Builder Settlement such that it may be possible to withdraw this opt out.

## REQUEST FOR EXCLUSION
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member, Centerline Port St. Lucie, Ltd. n/k/a Completed Communities II, LLC, whose address is 825 Coral Ridge Drive, Coral Springs, Florida 33071, hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.[1]

Centerline Port St. Lucie, Ltd. n/k/a Completed
Communities II, LLC

By: Robert B. Stiegele, Jr.

Dated: September 28, 2012

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael Sexton
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

---

[1] Due to the simultaneous deadlines for opt outs in both the Banner Settlement and the Builder, Installer, Supplier & Insurer Settlement Agreement ("Builder Settlement"), it is impossible for this Class Member to identify those homeowner plaintiffs and property addresses that opt out of the Builder Settlement sufficiently so that this Class Member can evaluate whether to participate in the Banner Settlement. Accordingly, this opt out is intended to be a provisional opt out such that this Class Member can evaluate the number of homeowner opt outs in Builder Settlement Agreement. This Class Member is in favor of the Banner Settlement and Builder Settlement, and intends to utilize the time period provided for following the opt out deadline within which to evaluate opt outs that affect the Builder Settlement such that it may be possible to withdraw this opt out.

# MEIROSE & FRISCIA, P.A.

Attorneys and Counselors At Law

SUITE 250
5550 WEST EXECUTIVE DRIVE
TAMPA, FLORIDA 33609

LEO H. MEIROSE, JR
FRANCIS E. FRISCIA
JASON A. LUBLINER
BRENTON J. ROSS
GEORGE D. ROOT, III

April 3, 2012

TEL: (813) 289-8800
FAX: (813) 281-2005

**Sent via Certified Mail and US Mail**

Arnold Levin

Levin, Fishbein, Sedran & Berman

510 Walnut Street

Suite 500

Philadelphia, PA 19106

Re:    In re: Chinese-Manufactured Drywall Products Liability Litigation
MDL No. 2047
*Related case: KB Home Orlando, LLC v. Central Florida Finishers, Inc., et al.*
Case #:,    53-2010CA-004265, Polk County, Florida
Our File:    Central Florida Finishers, Inc.

Dear Mr. Levin:

My office represents the interests of Central Florida Finishers, Inc., in a related case, *KB Home Orlando, LLC v. Central Florida Finishers, Inc., et al.* This state court action was conditionally certified as a part of the nationwide settlement class per the August 11, 2011 Order Preliminarily Approving Amended Stipulation and Agreement of Settlement, Conditionally Certifying Class, Issuing Class Notice and Scheduling Fairness Hearing issued in In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, and signed by United States District Judge, Eldon E. Fallon.

Pursuant to Section 6 of the Amended Stipulation and Agreement of Settlement and the August 11, 2011 Order Preliminarily Approving Amended Stipulation and Agreement of Settlement, Conditionally Certifying Class, Issuing Class Notice and Scheduling Fairness Hearing issued in In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, **the undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.**

Moreover, in compliance with Section 6 of the Amended Stipulation and Agreement of Settlement, this Class Member is Central Florida Finshers, Inc. The principal address of Central Florida Finshers, Inc. is 735 Duncan Avenue, Kissimmee, Florida 34744.

Very truly yours,

MEIROSE & FRISCIA, P.A.

Leo H. Meirose, Jr.

JAL
cc:    Yvonne Lanyon

```
┌────────────────────────────────────────────────────────────┐
│                REQUEST FOR EXCLUSION ("OPT-OUT")             │
│                                                              │
│                    BANNER SETTLEMENT CLASS                   │
│                   RE: CHINESE MANUFACTURED                   │
│                      DRYWALL LITIGATION                      │
└────────────────────────────────────────────────────────────┘
```

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Robert V. Fitzsimmons
Rumberger Kirk & Caldwell
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037

The undersigned Installer hereby conditionally opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                       Central Florida Finishers, Inc.

Current Address:            735 Duncan Avenue, Kissimmee, FL 34746

Opt Out
Property Address:           See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.    Builder (unknown at this time), or any of its entities, and its insurers

2.    Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

---

[1] Nothing set forth herein shall be deemed a waiver of Installer's right to pursue any additional entities and Installer expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Installer. Installer reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

14741744v1  0900735

3. Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

4. Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

CENTRAL FLORIDA FINISHERS, INC.

By: _____
    Signature

Print Name: DAVID DYKE

Title: a representative of MCC an insurer of Central Florida Finishers, Inc.

Date: 9/28/12

14741744v1 0900735

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(CENTRAL FLORIDA FINISHERS, INC.)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Installer retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

14741744v1 0900735

<div style="border:1px solid">

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

</div>

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Robert V. Fitzsimmons
Rumberger Kirk & Caldwell
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby conditionally opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                        Chabot Enterprises, Inc.

Current Address:             5135 SE Manatee, Stuart, FL 34997

Opt Out
Property Address:            See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.        Installer (unknown at this time), or any of its entities, and its insurers

2.        Banner Supply Company and Banner Supply Pompano, and their applicable
          affiliates and insurers

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

14741746v1 0900735

3.    Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

4.    Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

CHABOT ENTERPRISES, INC.

By: _____
      Signature

Print Name: _DAVID DYKO_

Title: a representative of MCC an insurer of Chabot Enterprises, Inc.

Date: _____9/28/12_____

**EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(CHABOT ENTERPRISES, INC.)**

| Property Address | |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Han-Yu_____ _Chen_____
         First             Middle           Last

Name: _____
         First             Middle           Last

Address: _2825  NW  21st  Ave_____
         Street Address
_Cape  Coral,  FL  33993_____
         City, State, Zip

Executed by _____  _1/26/12_____
         Signature                   Date

Executed by _____  _____
         Signature                   Date

To:    Arnold Levin
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Todd R. Ehrenreich
        WEINBERG WHEELER HUDGINS GUNN & DIAL
        2601 South Bayshore Drive, Suite 1500
        Miami, FL 33133

        Michael P. Peterson
        PETERSON & ESPINO, P.A.
        10631 S.W. 88th Street, Suite 220
        Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Ryan_____ _Christopher_____ _Chrusz #40616|_
      First          Middle         Last

Name: _____
      First          Middle         Last

Address: _19000 S.W. 377th Street_     property address:
       Street Address         3035 Lake Manatee Ct
                              Cape Coral Fl. 33909
       _Florida City, Fl. #33034_
       City, State, Zip

Executed by ___(signature)___       _4|18|12_
        Signature             Date

Executed by _____    _____
        Signature             Date

To:   Arnold Levin
     LEVIN, FISHBEIN, SEDRAN & BERMAN
     510 Walnut Street, Suite 500
     Philadelphia, PA 19106

     Todd R. Ehrenreich
     WEINBERG WHEELER HUDGINS GUNN & DIAL
     2601 South Bayshore Drive, Suite 1500
     Miami, FL 33133

     Michael P. Peterson
     PETERSON & ESPINO, P.A.
     10631 S.W. 88th Street, Suite 220
     Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Kelli_ _Elizabeth_ _Chrusz_
      First         Middle        Last

Name: _Ryan_ _Christopher_ _Chrusz_
      First         Middle        Last

Address: _3035 Lake Manatee CT_
         Street Address

         _Cape Coral, FL 33909_
         City, State, Zip

Executed by _(signature)_        _4/18/12_
         Signature                Date

Executed by _____        _____
         Signature                Date

To:    Arnold Levin
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Todd R. Ehrenreich
        WEINBERG WHEELER HUDGINS GUNN & DIAL
        2601 South Bayshore Drive, Suite 1500
        Miami, FL 33133

        Michael P. Peterson
        PETERSON & ESPINO, P.A.
        10631 S.W. 88th Street, Suite 220
        Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

# REQUEST FOR EXCLUSION ("OPT-OUT")

## BANNER SETTLEMENT CLASS
## RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name: <u>CL Architects & Contractors</u>

Current Address: <u>9840 SW 148 Terrace, Miami, FL  33176</u>

By: _____
       Signature

Print Name: CARLOS LANZA
Title: PRESIDENT
Date: 9/26/12

## REQUEST FOR EXCLUSION ("OPT-OUT")

### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael F. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied **Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement.** Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.

Name:              Cloutier Brothers, Inc.

Current Address:   1424R Equestrian Way, Wellington, Florida 33414

By: _Dale F Cloutier_____
Signature

Print Name: _Dale F Cloutier_____

Title: _President_____

Date: _9-26-12_____

REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Robert V. Fitzsimmons
Rumberger Kirk & Caldwell
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037

The undersigned Installer hereby conditionally opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                    CM Duncan Contracting, Inc.

Current Address:         12690 NW SOUTH RIVER DR. MEDLEY FL 33178

Opt Out
Property Address:        See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.        Builder (unknown at this time), or any of its entities, and its insurers

2.        Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

---

[1] Nothing set forth herein shall be deemed a waiver of Installer's right to pursue any additional entities and Installer expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Installer. Installer reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

14741653v1 0900735

3.   Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

4.   Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

CM DUNCAN CONTRACTING, INC.

By: _____
    Signature

Print Name: DAVID DYKO
Title: a representative of MCC an insurer of CM DUNCAN CONTRACTING, INC.
Date: _____9/28/12_____

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(CM DUNCAN CONTRACTING, INC.)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Installer retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

14741653v1  0900735

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To: Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

---

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Contractor/Installer: COASTAL CONSTRUCTION OF SOUTH FLORIDA, INC., d/b/a COASTAL CONDOMINIUMS

Address: 5959 Blue Lagoon Drive, Suite 200, Miami, FL 33126

Executed by: ______________________
Brian Eves, Esq.
Florida Bar Number: 0043797
Counsel for Coastal Construction

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _John_____ _Cole_____
       First      Middle        Last

Name: _Star_____ _Cole_____
       First      Middle        Last

Address: _2766 Blue Cypress Lake ct._____
          Street Address

_Cape Coral, FL. 33909_____
City, State, Zip

Executed by _John Cole_____ _3/29/12_____
             Signature              Date

Executed by _Star Cole_____ _3/29/12_____
             Signature              Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

# BICE COLE LAW FIRM, P.L.

999 Ponce de Leon Boulevard
Suite 710
Coral Gables, Florida 33134

Susan J. Cole*
Marcia Davisa*
David A. Glenny
Donna M. Keim
Scott G. Reichert
Gary L. Sanders*

Melanie Chung-Tims
Laura M. dePaz
Eduardo J. Medina
Thomas F. Schlotzhauer #

Telephone 305-444-1225
Facsimile 305-446-1598
www.bicecolelaw.com

*Also Admitted in Texas
* Board Certified Civil Trial *
Board Certified Civil-Trial-1981-2009
▲Certified Circuit Court Mediator

Of Counsel
Jean A. Bice+

September 28, 2012

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Russ M. Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esq.
Peterson & Espino, P.A.
10631 S.W. 88th Street
Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esq.
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   **In Re: Chinese Manufactures Drywall Products Liability Litigation**

Ocala Area
Telephone 352-732-225
Facsimile 352-351-0166

Gainesville Area
Telephone 386-462-9919
Facsimile 386-418-8285

MDL No. 2047, United States District Court, Eastern District of Lousiana
Notice of Limited Opt-Out: Banner Class Action Settlement and Builder,
Installer, Supplier & Insurer Settlement Agreement

Dear Counselors:

Connors Brother Construction Corp., ("Connors Brothers") hereby opts out of the Banner
Settlement Class and the Builder, Installer, Supplier & Insurer Settlement Agreement for the
following two properties:

1) 12702 SW 26th Street, Davie, Florida 33325; [i]and
2) 12732 SW 26th Street, Davie, Florida 33325.[ii]

Connors Brothers also opts out of the Banner Settlement Class and Builder, Installer,
Supplier & Insurer Settlement Agreement to the extent any additional homes on which Connors
Brothers was the general contractor.

This written notice is being sent by First Class Mail, postmarked on September 28, 2012.

Connors Brothers Construction Corp.
3842 West 16th Avenue
Hialeah, Florida 33012

Signature: _____

Print Name: DENNIS CONNORS

Title: PRESIDENT

Date: 9-28-12

[i] The Developer for this home was Wilson Heights Development Inc. The installer of the defective Chinese-manufactured drywall in this home was J.M.G. Drywall, Inc. Upon information and belief, the supplier of the drywall was Banner Supply Co. and/or Banner Supply Company Pompano LLC.

[ii] The Developer for this home was Wilson Heights Development Inc. The installer of the defective Chinese-manufactured drywall in this home was J.M.G. Drywall, Inc. Upon information and belief, the supplier of the drywall was Banner Supply Co. and/or Banner Supply Company Pompano LLC.

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: ___John___ ___Anthony___ ___Conroy___
      First        Middle        Last

Name: ___Sandra___ ___Lynn___ ___Conroy___
      First        Middle        Last

Address: ___1750   NW   24th   Place___
          Street Address

___Cape Coral, FL 33993___
          City, State, Zip

Executed by ___John C Conroy___ Date ___11/18/11___
          Signature

Executed by ___Sandra L Conroy___ Date ___11/18/11___
          Signature

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

<div style="border:1px solid black">

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

</div>

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                    Continental Drywall

Current Address:         10809 S.W. 143rd Court, Miami, FL 33186

Opt Out
Property Address:        See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.    Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

2.    La Suprema Trading, Inc. and La Suprema Enterprise, Inc., and their respective insurers.

3.    Rothchilt Int'l, Ltd., and its insurers

4.    Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co.,

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.

Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

5.    Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

CONTINENTAL DRYWALL

By: _____ FBN 58628 For LUIS N Perez

LUIS N. PEREZ, as Attorney of Record

Date: ____9/28/12____

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(CONTINENTAL DRYWALL)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:     Arnold Levin                          Michael A. Sexton
        Levin, Fishbein, Sedran & Berman       Weinberg, Wheeler, Hudgins,
        510 Walnut Street, Suite 500           Gunn & Dial, LLC
        Philadelphia, PA 19106                 3344 Peachtree Road, NE
                                               Suite 2400
                                               Atlanta, GA 30326
        Todd R. Ehrenreich
        Weinberg, Wheeler, Hudgins
        Gunn & Dial, LLC                       Dorothy Wimberly
        2601 South Bayshore Dr., Suite 1500    Stone, Pigman, Walther,
        Miami, FL 33133                        Wittman, LLC
                                               546 Carondelet Street
                                               New Orleans, LA 70130
        Michael P. Peterson
        Peterson & Espino, P.A.
        10631 S.W. 88th St. Suite 220
        Miami, FL 33186

        The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall
Action.

        To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it
is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a
class member in both the Banner Settlement and the Class Action Settlement between the PSC
and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global
Settlement") opts out of the Global Settlement.

        In the event such class member opts back in to the Global Settlement, the undersigned
intends to opt back in to the Banner Settlement to the extent permitted by existing or future order
of the Chinese Drywall MDL Court.

Contractor/Installer: Coral Plastering + Wall Systems, Inc.

Address: 3801 Sand Rd. , Cape Coral, FL 33933

Executed by: Cby TBLf

5245207.1

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:    Arnold Levin
        Levin, Fishbein, Sedran & Berman
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Todd R. Ehrenreich
        Weinberg, Wheeler, Hudgins
        Gunn & Dial, LLC
        2601 South Bayshore Dr., Suite 1500
        Miami, FL 33133

        Michael P. Peterson
        Peterson & Espino, P.A.
        10631 S.W. 88th St. Suite 220
        Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: _Core Construction Group, LTD._

Address: _866 North Main Street, Morton, IN 61550_

Executed by: _____

Brian A. Eves, Esq.
Florida Bar #0043794
COUNSEL FOR CORE CONSTRUCTION

5245207.1

### REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:   Arnold Levin                                    Michael A. Sexton
      Levin, Fishbein, Sedran & Berman                Weinberg, Wheeler, Hudgins,
      510 Walnut Street, Suite 500                    Gunn & Dial, LLC
      Philadelphia, PA 19106                          3344 Peachtree Road, NE
                                                      Suite 2400
      Todd R. Ehrenreich                              Atlanta, GA 30326
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC                                Dorothy Wimberly
      2601 South Bayshore Dr., Suite 1500             Stone, Pigman, Walther,
      Miami, FL 33133                                 Wittman, LLC
                                                      546 Carondelet Street
      Michael P. Peterson                             New Orleans, LA 70130
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall
Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it
is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a
class member in both the Banner Settlement and the Class Action Settlement between the PSC
and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global
Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned
intends to opt back in to the Banner Settlement to the extent permitted by existing or future order
of the Chinese Drywall MDL Court.

Contractor/Installer: Cornerstone Construction of SW Florida, Inc.

Address: c/o Rumberger, Kirk & Caldwell, P.A., 80 SW 8 Street, Suite 3000, Miami, FL 33130

Executed by: _____

3265207.1

## REQUEST FOR EXCLUSION
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

Proposed Class Member, Cornerstone Group Construction, Inc. (f/k/a Alliance Construction, Inc.), whose address is 2100 Hollywood Boulevard, Hollywood, Florida 33020, hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.[1]

Cornerstone Group Construction, Inc. (f/k/a Alliance Construction, Inc.)

By: Leon Wolfe

Dated: September 28, 2012

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael Sexton
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

---

[1] Due to the simultaneous deadlines for opt outs in both the Banner Settlement and the Builder, Installer, Supplier & Insurer Settlement Agreement ("Builder Settlement"), it is impossible for this Class Member to identify those homeowner plaintiffs and property addresses that opt out of the Builder Settlement sufficiently so that this Class Member can evaluate whether to participate in the Banner Settlement. Accordingly, this opt out is intended to be a provisional opt out such that this Class Member can evaluate the number of homeowner opt outs in Builder Settlement Agreement. This Class Member is in favor of the Banner Settlement and Builder Settlement, and intends to utilize the time period provided for following the opt out deadline within which to evaluate opt outs that affect the Builder Settlement such that it may be possible to withdraw this opt out.

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall
Action.

Name:   ARMANDO          COSTOYA
       First          Middle          Last

Name:   ILEANA    MAURA    COSTOYA
       First          Middle          Last

Address:   8203 S.W. 190 TERRACE
         Street Address

         CUTLER BAY, FL 33157
         City, State, Zip

Executed by _____   Date   9|15|2011
         Signature

Executed by _____   Date   9|15|2011
         Signature

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

# MEIROSE & FRISCIA, P.A.

Attorneys and Counselors At Law

SUITE 250
5550 WEST EXECUTIVE DRIVE
TAMPA, FLORIDA 33609

LEO H. MEIROSE, JR
FRANCIS E. FRISCIA
JASON A. LUBLINER
BRENTON J. ROSS
GEORGE D. ROOT, III

April 20, 2012

TEL: (813) 289-8800
FAX: (813) 281-2005

**Sent via Certified Mail and US Mail**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Re:   In re: Chinese-Manufactured Drywall Products Liability Litigation
MDL No. 2047
*Related case:  Taylor Woodrow Communities at Vasari v. Cothern Construction Company, et al.*
Case #:,         11-CA-002318 Lee County County, Florida
Our File:      Cothern Construction Company, Inc.

Dear Mr. Levin:

My office represents the interests of Cothern Construction Company, in a related case, *Taylor Woodrow Communities at Vasari v. Cothern Construction Company, et al.*. This state court action was conditionally certified as a part of the nationwide settlement class per the August 11, 2011 Order Preliminarily Approving Amended Stipulation and Agreement of Settlement, Conditionally Certifying Class, Issuing Class Notice and Scheduling Fairness Hearing issued in In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, and signed by United States District Judge, Eldon E. Fallon.

Pursuant to Section 6 of the Amended Stipulation and Agreement of Settlement and the August 11, 2011 Order Preliminarily Approving Amended Stipulation and Agreement of Settlement, Conditionally Certifying Class, Issuing Class Notice and Scheduling Fairness Hearing issued in In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, **the undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.**

Page 2
Cothern Construction Company Opt Out Notice
April 20, 2012

     Moreover, in compliance with Section 6 of the Amended Stipulation and Agreement of Settlement, this Class Member is Cothern Construction Company. The principal address of Grand Harbour Homes, Inc. is 3476 Harbour Boulevard, Port Charlotte, Florida 33952.


COTHERN CONSTRUCTION COMPANY     MEIROSE & FRISCIA, PA.

_____     _____
VOLNEY COTHERN     LEO H. MEIROSE, JR., ESQUIRE
Director     FBN 239135
Cothern Construction Company     JASON A. LUBLINER, ESQUIRE
3476 Harbour Boulvevard     FBN 0948721
Port Charlotte, Florida 33952     5550 West Executive Drive, Suite 250
     Tampa, FL 33609
     Attorneys for Grand Harbour Homes, Inc.


JAL
cc:   Yvonne Lanyon
     William J. Pugh