| | |
|---|---|
| IN RE: | MDL NO. 2047 |
| CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## NOTICE OF OPT-OUT OF SETTLEMENT AGREEMENTS REGARDING CLAIMS IN MDL NO. 2047 BY CLASS MEMBER CRS BUILDING CORPORATION

Class Member, CRS Building Corporation, hereby gives notice of the following:

1.     The full name and current address of CRS Building Corporation is:

> CRS Building Corporation
> 100 Second Avenue South, Suite 301-S
> St. Petersburg, Florida 33701

2.     The address of the property damaged by Chinese Drywall is as follows:

> Harrison Ranch Community
> 5755 Harrison Ranch Blvd.
> Bradenton, Florida 34219

3.     The identities of every purchaser, supplier, marketer, installer, builder, developer and its/their insurers, and any Participating Defendant and Participating Insurer against which the undersigned intend to pursue their claims:

> American Building Materials, Inc.
> American Gypsum
> Auto-Owners Insurance Company
> Bedrock Gypsum
> FCCI Insurance Group, Inc.
> Mid-Continent Casualty Company
> National Gypsum
> Southern-Owners Insurance Company
> Swedberg Enterprises, Inc. d/b/a Florida Drywall
> Remaining Insurers for entities listed above.

4.     The undersigned hereby opts out from the (1) Builder, Installer, Supplier and Participating Insurer Settlement Class, (2) the Banner Settlement Class, (3) the InEx Settlement (4) the Knauf Settlement (5) the L&W Settlement, and (6) the Global Settlement in the Chinese Drywall Action in MDL No. 2047.

5. The undersigned individuals wish to pursue their individual claims against all potentially responsible Participating Defendants and Participating Insurers by litigation and/or arbitration, and hereby reserve their right to do so.

6. The undersigned individual Class Members are represented by the following counsel:

> RYAN C. GRIFFIN
> JOHNSON, POPE, BOKOR, RUPPEL AND BURNS
> 403 E. Madison Street, Suite 400
> Tampa, FL 33602

7. This written notice signed by the opting-out Class Members is being set by First Class Mail, postmarked on Sept. 28, 2012, to Settlement Class Counsel, Arnold Levin (Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106) and Russ M. Herman (Herman, Herman & Katz LLP, 820 O'Keefe Avenue, New Orleans, LA 70113) and to the Knauf Defendants' Counsel, Kerry Miller (Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA 70163); Counsel for USG and L&W, W. David Conner (Haynsworth Sinkler Boyd, P.A., P.O. Box 2048, Greenville, SC 29602); Co-Class Counsel Dorothy Wimberly (Stone Pigman Walther Wittmann LLC, 546 Carondelet Street, New Orleans, LA 70130) ; Counsel for all banner entities except Banner PSL Michael A. Sexton (Weinberg Wheeler Hudgins Gunn & Dial LLC, 3344 Peachtree Road, NE, Suite 2400, Atlanta, GA 30326); counsel for all Banner entities Michael Peters (Peterson & Espino, P.A., 10631 S.W. 88th Street, Suite 220, Miami, FL 3318); InEx Counsel, Richard Duplantier (Galloway, Johnson, Tompkins, Burr & Smith) One Shell Square, 701 Poydras Street, 40th Floor, New Orleans, LA 70139)

Craig Ses, President
CRS Building Corporation.

STATE OF _Florida_ )

COUNTY OF _Pinelhs_ )

The foregoing instrument was sworn to and subscribed before me on _Sept. 27_, 2012, by _Craig R. Sas_ , ☐ who are personally known to me, or ☐ who produced _____ as identification.

_Anne Kivlen_
**Notary Public**

Print Name: _Anne Kivlen_
My Commission Expires: _10/13/2013_



ANNE KIVLEN
Commission # DD 919801
Expires October 17, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

3

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone:  (504) 412-6249
Fax:  (504) 412-6349

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**

704 CARONDELET STREET
New Orleans, Louisiana 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
**NEW ORLEANS**

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")

~~BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL~~
LITIGATION

To: Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Re: Payton, Sean and Beth, et al v. Knauf Gips KG, et al
Defendant: D & A Construction
USDC Eastern District No. 10-361, Div. L
Our File Numbers: 323.0003, 323.0012, and 323.0013

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

September 28, 2012
PSC and Liaison Counsel
Page 2

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: D & A Construction

Address:

Executed by: _____
Glenn B. Adams, Esquire
Attorney for D & A Construction

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

      Michael A. Sexton
      Weinberg, Wheeler, Hudgins,
      Gunn & Dial, LLC
      3344 Peachtree Road, NE
      Suite 2400
      Atlanta, GA 30326

      Dorothy Wimberly
      Stone, Pigman, Walther,
      Wittman, LLC
      546 Carondelet Street
      New Orleans, LA 70130

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Class the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer:   D & W Drywall, Inc.

Address:        12445 Prospero Drive
                Pensacola, FL 32506

Executed by:    Brian L. Reboul, Esq.        this 28th day of September, 2012.

5245207.1

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: ___RICARDO_____DABALSA_____
　　　　First　　　　　　　Middle　　　　　　　　Last

Name: ___Aliuska_____Dabalsa_____
　　　　First　　　　　　　Middle　　　　　　　　Last

Address: ___351 NW 125 AVE._____
　　　　　Street Address

　　　　___MIAMI, FL. 33182_____
　　　　City, State, Zip

Executed by ___Dino Dabala_____  Date ___9/15/11___
　　　　　　Signature

Executed by ___Aliuska Dabala_____  Date ___9/15/11___
　　　　　　Signature

To:　Arnold Levin
　　　LEVIN, FISHBEIN, SEDRAN & BERMAN
　　　510 Walnut Street, Suite 500
　　　Philadelphia, PA 19106

　　　Todd R. Ehrenreich
　　　WEINBERG WHEELER HUDGINS GUNN & DIAL
　　　2601 South Bayshore Drive, Suite 1500
　　　Miami, FL 33133

　　　Michael P. Peterson
　　　PETERSON & ESPINO, P.A.
　　　10631 S.W. 88th Street, Suite 220
　　　Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
### LITIGATION

To:    Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: <u>Daly Construction, Inc.</u>

Address: <u>27554 Tarpon Way, Bonita Springs, FL 34134</u>

Executed by: _____

52452071

---

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:            Danal Homes Development

Current Address:      1112 Weston Road, #264, Weston, FL 33326

By: _____
      Signature

Print Name: ___DAVID MIZRAHI___

Title: ___Pre.___

Date: ___9/26/12___

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall
Action.

Name: _Jesus      Alberto      Daza._
      First          Middle        Last

Name: _____
      First          Middle        Last

Address: _1522  NW  82nd  Ave_
      Street Address

      _Doral,  Fl  33126_
      City, State, Zip

Executed by _____      _October 24, 2011_
      Signature                    Date

Executed by _____      _____
      Signature                    Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Michael A. Sexton, Esq.
       Weinberg Wheeler Hudgins Gunn & Dial LLC
       3344 Peachtree Road, NE
       Suite 2400
       Atlanta, GA 30326

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Dorothy Wimberly, Esq.
       Stone Pigman Walther Wittmann LLC
       546 Carondelet Street
       New Orleans, LA 70130

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

# PLAUCHÉ, SMITH & NIESET, L.L.C.

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK M. WALKER, JR.
MICHAEL J. MCNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER P. IEYOUB
H. DAVID VAUGHAN II
JOSEPH R. POUSSON, JR.
V. ED MCGUIRE, III
ERIC W. ROAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING*
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A LIMITED LIABILITY COMPANY
1123 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

A. LANE PLAUCHÉ (1919-2006)
S.W. PLAUCHÉ (1889-1952)
S.W. PLAUCHÉ, JR. (1915-1966)

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

(337) 436-0522
FAX (337) 436-9637

September 28, 2012

## CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION

*also admitted in Texas

dvaughan@psnlaw.com

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   Chinese Manufactured Drywall Products
      Liability Litigation, MDL No.: 2047
      United States District Court, Eastern District of Louisiana

To Whom It May Concern:

The undersigned opts out of the Banner settlements only to the extent a homeowner or other claimant for one of the undersigned's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

DeAngelis Diamond Construction, Inc.
DeAngelis Diamond Homes, Inc.
6635 Willow Park Drive
Naples, FL 34109

By: _____
    H. DAVID VAUGHAN II, Their Attorney

HDVII/cs

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:    Arnold Levin
    Levin, Fishbein, Sedran & Berman
    510 Walnut Street, Suite 500
    Philadelphia, PA 19106

    Todd R. Ehrenreich
    Weinberg, Wheeler, Hudgins
    Gunn & Dial, LLC
    2601 South Bayshore Dr., Suite 1500
    Miami, FL 33133

    Michael P. Peterson
    Peterson & Espino, P.A.
    10631 S.W. 88th St. Suite 220
    Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: <u>Delacruz Drywall Plastering & Stucco, Inc.</u>

Address: <u>c/o Rumberger, Kirk & Caldwell, P.A., 80 S.W. 8 Street, Suite 3000, Miami, FL 33130</u>

Executed by: _____

## REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _WILLIAM M DE LEON_
First          Middle          Last

Name: _____
First          Middle          Last

Address: _11291 NW 84th St,_
Street Address

_Doral , FL 33178_
City, State, Zip

Executed by _____    October 24, 2011
Signature                     Date

Executed by _____    _____
Signature                     Date

To:    Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
WEINBERG WHEELER HUDGINS GUNN & DIAL
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

**PORTEOUS HAINKEL & JOHNSON L.L.P.**

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

C. GORDON JOHNSON, JR.
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T BOURGEOIS, JR.

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

PLEASE REPLY TO:
**NEW ORLEANS**

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:  Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:  Payton, Sean and Beth, et al v. Knauf Gips KG, et al
Defendant: Derouen Homes, LLC
USDC Eastern District No. 10-361, Div. L
Our File Number: 323.0011

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

September 28, 2012
PSC and Liaison Counsel
Page 2

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: Derouen Homes, LLC

Address:

Executed by: _____

Glenn B. Adams, Esquire
Attorney for Derouen Homes, LLC

## REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Robert V. Fitzsimmons
Rumberger Kirk & Caldwell
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037

The undersigned Installer hereby conditionally opts out of the Banner Settlement Class in the Chinese Drywall Action.

**Name:**           Design Drywall fo South Florida, L.L.C.

**Current Address:**   4444 SW 71st Ave Suite 107, Miami, Florida 33155-4658

**Opt Out**
**Property Address:**   See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows.[1]

---

[1]   Nothing set forth herein shall be deemed a waiver of Installer's right to pursue any additional entities and Installer expressly reserves such right. Further, this conditional opt-out is being filed in the event that there are any opt-out(s) pertaining to this Installer. Installer reserves the right to amend this limited opt-out to add any other party(ies) that may be involved and identified on a homeowner opt-out after that opt-out is filed in MDL 2047.

1. Builder (unknown at this time), or any of its entities, and its insurers.

2. Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers.

3. Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf NewBuilding Material Products Co., Ltd., et. al (manufacturers).

4. Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers.

Design Drywall of South Florida, L.L.C.

By: _____

Signature

Print Name: JORGE GUERRA

Title: PRESIDENT

W:\Clients\62065-02\Documents\Opt Out (Banner).wpd

EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(DESIGN DRYWALL OF SOUTH FLORIDA, L.L.C. )

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member opts out of the Builders, Installers, Suppliers and Participating Insurers Settlement.  Notwithstanding this limited opt-out, undersigned Installer retains the benefits of the  Builders, Installers, Suppliers and Participating Insurers Settlement. |

## REQUEST FOR EXCLUSION "OPT OUT"

The undersigned, Design Drywall of South Florida, LLC, (installer) hereby opts out of the Banner Settlement to the extent a respective homeowner or other claimant for one of Design Drywall of South Florida, LLC's Banner-supplied Affected Properties has opted out of any of the Knauf, Banner, Builder, Installer, Supplier or Insurer Settlement Agreements.

This opt out includes, but is not limited to Affected, Properties which are the subject of the following case:

Lann v. Design Drywall (Miami-Dade County)

Property address(es): The two named Plaintiffs' addresses are:
3404 NE 3rd Dr., Homestead, FL 33033
3560 NE 3rd Dr., Homestead, FL 33033

Proposed class action – alleges numerous homes in Leeward Isles Community but not specific addresses of any other homes.

To the best of my knowledge, the supplier was Banner Supply Co., the manufacturers were a Taishan entity (exact name unknown) and a Knauf entity (exact name unknown), the importers were La Suprema Enterprise, Inc./La Suprema Trading, Inc., and the developer was Caribe East, LLC.

Company: Design Drywall of South Florida, LLC

Address: 4444 S. W. 71st Avenue, Suite 107, Miami, FL 33155

DESIGN DRYWALL OF SOUTH FLORIDA, LLC

By: _____
Signature

Print Name: JORGE GUERRA
Title: PRESIDENT
Date SEPT 25 - 2012

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Ma Catalina_        _Detweiler_
First            Middle                    Last

Name: _Gerald Dale_        _Dahr_
First            Middle                    Last

Address: _1548   Birch Lane_

Street Address

_Perkasie,    P.A.    18944_

City, State, Zip

Property address:
11501 Hammocks Glade
Drive
Riverview FL 33569

Executed by _See above_        Date _2/2/12_
Signature

Executed by _See above_        Date _2/2/12_
Signature

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. To date, the addresses listed in the attached Exhibit "A" have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:                Devonshire Properties, Inc.

Current Address:     3412 Bay to Bay Blvd., Tampa, Florida 33629

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows:[1]

1.     Banner Supply Company, Banner Supply Ft. Myers and its applicable affiliates and insurers.

2.     La Suprema Trading, Inc. and La Suprema Enterprise, Inc. and its respective insurers.

3.     Rothchilt Int'l, Ltd., and its insurers.

4.     Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.

Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

5.   Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers.

6.   All Florida Drywall Supplies, Inc. and its insurers.

7.   Harrell's Drywall, Inc. and its insurers.

8.   Arrow Terminals, Inc. and its insurers.

9.   C & K Gypsum and its applicable affiliates and insurers.

Devonshire Properties, Inc.

By: _____
    Signature

Print Name: _____
Title: _____
Date: _____

## EXHIBIT A

## PROPERTY ADDRESSES

| | |
|---|---|
| 1. | 4418 West Vasconia Street, Tampa, Florida 33629 |
| 2. | 11 Baffin Av, Tampa, Florida 33606 |

REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _____Nelisbet_____Diaz_____
      First            Middle                      Last

Name: _____
      First            Middle                      Last

Address: __20441 SW 317 Street_____
      Street Address

__Homestead, FL 33030_____
      City, State, Zip

Executed by: _____
      Signature                            Date

Executed by: _____
      Signature                            Date

To:    Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN &
        BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Dorothy Wimberly, Esq.
        STONE PIGMAN WALTHER WITTMAN
        LLC
        546 Carondelet Street
        New Orleans, LA 70130

        Todd R. Ehrenreich, Esq.
        WEINBERG WHEELER HUDGINS
        GUNN & DIAL LLC.
        2601 South Bayshore Drive, Suite
        1500
        Miami, Fl 33133

        Michael A. Sexton, Esq.
        WEINBERG WHEELER HUDGINS GUNN
        & DIAL LLC.
        3344 Peachtree Road, NE Suite 2400
        Atlanta, GA 30326

        Michael P. Peterson, Esq.
        PETERSON & ESPINO, P.A.
        10631 SW 88th Street, Suite 220
        Miami, Fl 33186

---

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Robert V. Fitzsimmons
Rumberger Kirk & Caldwell
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037

The undersigned Installer hereby conditionally opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:      Distinctive Finishes, Inc.

Current Address:      703 Tarpon Bay Road, Suite B, Sanibel, FL 33957

Opt Out
Property Address:      See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.      WCI Communities, or any of its entities, and its insurers; Any other Builder (which may be unknown at this time), or any of its entities, and its insurers

2.      Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

---

[1] Nothing set forth herein shall be deemed a waiver of Installer's right to pursue any additional entities and Installer expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Installer. Installer reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

3.      Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

4.      Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

DISTINCTIVE FINISHES, INC.

By: _____
       Signature

Print Name:   DAVID DYKE

Title: a representative of MCC an insurer of Distinctive Finishes, Inc.
Date: _____ 9/28/12 _____

14741735v1  0900735

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(DISTINCTIVE FINISHES, INC.)**

| Property Address |
| --- |
| 1. Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Installer retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.

Name: _____Diversified General Contractors, Inc._____

Current Address: _____5400 65th St., Vero Beach, Florida 32967_____

By: _____
Signature

Print Name: _D - D - OZARK_

Title: _PRESIDENT_

Date: _9/27/12_

C. GORDON JOHNSON, JR.
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
gadams@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6226
Fax: (504) 412-6326

# PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

## WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1809-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
**NEW ORLEANS**

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:    Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:    Payton, Sean and Beth, et al v. Knauf Gips KG, et al
Defendant: DMH Development
USDC Eastern District No. 10-361, Div. L
Our File Number: 323.0001

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

September 28, 2012
PSC and Liaison Counsel
Page 2

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: DMH Development Co.

Address:

Executed by: _____

Glenn B. Adams, Esquire
Attorney for DMH Development Co.

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:   Arnold Levin                          Michael A. Sexton
      Levin, Fishbein, Sedran & Berman      Weinberg, Wheeler, Hudgins,
      510 Walnut Street, Suite 500          Gunn & Dial, LLC
      Philadelphia, PA 19106                3344 Peachtree Road, NE
                                            Suite 2400
      Todd R. Ehrenreich                    Atlanta, GA 30326
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500   Dorothy Wimberly
      Miami, FL 33133                       Stone, Pigman, Walther,
                                            Wittman, LLC
                                            546 Carondelet Street
      Michael P. Peterson                   New Orleans, LA 70130
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: _Douglas B. Francis / Douglas B. Francis, Inc._

Address: _6940 Deep Lagoon Ln, Ft. Myers, FL 33919_

Executed by: _G T B W_

5245207.1

## REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Robert V. Fitzsimmons
Rumberger Kirk & Caldwell
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037

The undersigned Installer hereby conditionally opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:              Drywall Experts, Inc.

Current Address:   5695 32nd Drive South, Lake Worth, FL 33463

Opt Out
Property Address:  See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows.[1]

---

[1] Nothing set forth herein shall be deemed a waiver of Installer's right to pursue any additional entities and Installer expressly reserves such right. Further, this conditional opt-out is being filed in the event that there are any opt-out(s) pertaining to this Installer. Installer reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt-out after that opt-out is filed in MDL 2047.

1.    Builder (unknown at this time), or any of its entities, and its insurers.

2.    Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers.

3.    Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder KnaufVerwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH, Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New-Building Material Products Co., Ltd. et al (manufacturers).

4.    Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers.

Drywall Experts, Inc.

By: _____
        Signature

Print Name: _JACQUES A LEGER_

Title: _PresiDENT_

W:\Clients\62065-14\Documents\Opt Out (Banner).wpd

## EXHIBIT "A" TO REQUEST FOR EXCLUSION
### FROM BANNER SETTLEMENT CLASS
(DRYWALL EXPERTS, INC.)

| | |
|---|---|
| 1. | Any and all properties for which a class member opts out of the Builders, Installers, Suppliers and Participating Insurers Settlement.  Notwithstanding this limited opt-out, undersigned Installer retains the benefits of the  Builders, Installers, Suppliers and Participating Insurers Settlement. |

REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:                      duPont Builders, Inc.

Current Address:        2120 McGregor Blvd., Fort Myers, Florida 33901

By: _____
        Signature

Print Name: _____

Title: _____

Date: _____

## REQUEST FOR EXCLUSION ("OPT-OUT")

### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.

Name:              Eastern Construction Group

Current Address:   P.O. 565038 Miami, FL 33256


By: _____
Signature

Print Name: MANUEL GONZALEZ
Title: V- PRESIDENT
Date: 9/26/12

REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:                    Eastmond Enterprises, Inc.

Current Address:         314 Gunnery Rd. South, Lehigh Acres, FL 33971

By: _____
Signature

Print Name: STAN EASTMOND
Title: PRESIDENT
Date: 7-26-12

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: *Maria           Ebersole,  President*

     First              Middle             Last

Name: *Architectural  Alliance  Holdings, Inc.*

     First               Middle             Last

*Property address:*
*11001 Gulf Reflections Drive*
*unit A405*

Address: *612  SW  4th  Ave.*        *Fort Myers, FL*

     Street Address                          *33908*

*Ft. Lauderdale,  FL   33315*

     City, State, Zip

Executed by *Maria Ebersole*      *3/29/12*

     Signature                      Date

Executed by _____   _____

     Signature                      Date

To:    Arnold Levin
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Todd R. Ehrenreich
        WEINBERG WHEELER HUDGINS GUNN & DIAL
        2601 South Bayshore Drive, Suite 1500
        Miami, FL 33133

        Michael P. Peterson
        PETERSON & ESPINO, P.A.
        10631 S.W. 88th Street, Suite 220
        Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Joel_____ _Echevarria_____

      First         Middle         Last

Name: _Noraima_____ _N._____ _Echevarria_____

      First         Middle         Last

Address: _18611 S.W 122 ST_____

      Street Address

_Miami, FL 33196_____

      City, State, Zip

Executed by: _Joel Echevarria___ _10-17-2011_

      Signature                   Date

Executed by: _Noraima E___ _10-17-2011_

      Signature                   Date

To:    Arnold Levin, Esq.
    LEVIN, FISHBEIN, SEDRAN & BERMAN
    510 Walnut Street, Suite 500
    Philadelphia, PA 19106

    Todd R. Ehrenreich, Esq.
    WEINBERG WHEELER HUDGINS GUNN & DIAL LLC.
    2601 South Bayshore Drive, Suite 1500
    Miami, Fl 33133

    Michael P. Peterson, Esq.
    PETERSON & ESPINO, P.A.
    10631 SW 88th Street, Suite 220
    Miami, Fl 33186

    Dorothy Wimberly, Esq.
    STONE PIGMAN WALTHER WITTMAN LLC
    546 Carondelet Street
    New Orleans, LA 70130

    Michael A. Sexton, Esq.
    WEINBERG WHEELER HUDGINS GUNN & DIAL LLC.
    3344 Peachtree Road, NE Suite 2400
    Atlanta, GA 30326

REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Monica_____ _Echeverri._____

      First             Middle           Last

Name: _____

      First             Middle           Last

Address: _14 81 sw 145th place._____

     Street Address

_Miami   Florida. 33184._____

     City, State, Zip

Executed by: _[signature]_____ _Oct/20/'11_____

     Signature                          Date

Executed by: _____

     Signature                          Date

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN &
       BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich, Esq.
       WEINBERG WHEELER HUDGINS
       GUNN & DIAL LLC.
       2601 South Bayshore Drive, Suite
       1500
       Miami, Fl 33133

       Michael P. Peterson, Esq.
       PETERSON & ESPINO, P.A.
       10631 SW 88th Street, Suite 220
       Miami, Fl 33186

       Dorothy Wimberly, Esq.
       STONE PIGMAN WALTHER WITTMAN
       LLC
       546 Carondelet Street
       New Orleans, LA 70130

       Michael A. Sexton, Esq.
       WEINBERG WHEELER HUDGINS GUNN
       & DIAL LLC.
       3344 Peachtree Road, NE Suite 2400
       Atlanta, GA 30326

**Banner Settlement Opt Out Notice**

Name: *Michael R and Francine Eckma*
Address: *10 old Dockum Dr Unit 12*
*Hastings on Hudson NY 10706*

Date: *9/25/12*

VIA FIRST CLASS U.S. MAIL

Lead Counsel:
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Counsel for Banner:
Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA  30326

Counsel for Banner:
Todd R. Ehrenreich, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
2501 South Bayshore Drive, Suite 1500
Miami, FL  33133

Counsel for Banner:
Michael P. Peterson, Esq.
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL  33186

Co-Class Counsel:
Dorothy H. Wimberly, Esq.
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130


Re:     In Re: Chinese-Manufactured Drywall Products Liability Litigation
         U.S. District Court, Eastern District of Louisiana, MDL 2047

Opt Out Notice of Banner Settlement

Dear Sirs:

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Current address is: _11 (L1) Jackim Ave Unith Hovting on Hudson NY 10706_

Subject Property address: _9401 Scarborough G Gort St Lucie Fla 34986_

_Michal R Edel_
**Signed**

_Michael R Edelma_
**Print Name**

_Francine A Edelman_
**Signed**

_Francine A. Edelman_
**Print Name**

_9/27/12_
**Dated:**

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Norma_ _____ _Edwards_
          First          Middle          Last

Name: _____
          First          Middle          Last

Address: _1050 NW Leonardo Circle_
          Street Address

_Port St. Lucie, Fl, 34986_
          City, State, Zip

Executed by _Norma Edwards._          _12/2/2011_
          Signature                          Date

Executed by _____          _____
          Signature                          Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Michael A. Sexton, Esq.
      Weinberg Wheeler Hudgins Gunn & Dial LLC
      3344 Peachtree Road, NE
      Suite 2400
      Atlanta, GA 30326

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Dorothy Wimberly, Esq.
      Stone Pigman Walther Wittmann LLC
      546 Carondelet Street
      New Orleans, LA 70130

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _RODRIGO_ _XAVIER_ _ENCALADA_
      First         Middle        Last

Name: _MIRIAM_ _VICTORIA_ _ENCALADA_
      First         Middle        Last



Address: _355 NE 30th Av_
        Street Address

_HOMESTEAD, FL 33033_
    City, State, Zip

Executed by _____  October 24, 2011
        Signature                 Date

Executed by _____  October 24, 2011
        Signature                 Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

September 12, 2012

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller, Esq.
Filot, L.L.C.,
1100 Poydras Street
Suite 3700
New Orleans, LA 70163

RE:    **MDL 2047**
       **CHINESE DRYWALL LITIGATION**

### PLAINTIFFS' NOTICE OF OPTING OUT

| | |
|---|---|
| Plaintiffs:<br>Address/Affected Property: | Steven Etter and Cathy Etter<br>18894 SE Jupiter Inlet Way<br>Tequesta, Florida 33469 |
| Builder/Developer: | J. Helm Construction, Inc.<br>Kim Helm, Registered Agent<br>8297 SE Country Estates Way<br>Jupiter, Florida 33458 |
| Builder's Insurer: | State Farm<br>c/o Valerie Greenberg, Esq.<br>Akerman Senterfitt<br>One Southeast Third Avenue<br>Suite 2500<br>Miami, Florida 33131 |
| Supplier: | Banner Supply Co.<br>GY Corporate Services, Inc., Registered Agent<br>Two South Biscayne Blvd.<br>Suite 3400<br>Miami, Florida 33131 |

Supplier's Insurers:         Chartis, Inc.
                             175 Water Street
                             17th Floor
                             New York City, New York 10038

                             FCCI Insurance Company
                             6300 University Parkway
                             Sarasota, Florida 34240

                             Hanover Insurance Company
                             440 Lincoln Street
                             Worcester, Massachusetts 01653

                             Maryland Casualty Company
                             600 Red Brook Boulevard
                             Owings Mills, Maryland 21117

Installer:                   T.T.T. Enterprises, Inc.
                             Norman L. Malcom, Registered Agent
                             9149 SE Mystic Cove Terrace
                             Hobe Sound, Florida 33455

Insurer:                     Unknown

Installer:                   Building Metal, Inc.
                             Raul Pinzon, Registered Agent
                             4904 NW 49th Avenue
                             Coconut Creek, Florida 33073

Insurer:                     Unknown

Installer:                   All Pro Construction Framing Subcontracting, Inc.
                             Richard Alaimo, Registered Agent
                             1316 East 10th Street
                             Jacksonville, Florida 32206

Insurer:                     Unknown

**Please be advised that the undersigned hereby opts out from the Global Settlement, the Banner Settlement, and the Knauf Settlement**

_Steven M. Etter_                          _Cathy L. Etter_
Steven M. Etter                            Cathy L. Etter
Date: SEPT. 12, 2012                       Date: SEPT. 12, 2012

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| *All cases* | * * | MAG. WILKINSON |

---

**REQUEST FOR EXCLUSION FROM AND NOTICE OF OPT OUT OF**
**BANNER SETTLEMENT CLASS**
**BY EXCEL CONSTRUCTION OF SW FLORIDA, INC.**

**TO:**

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Todd R. Ehrenreich
WEINBERG WHEELER HUDGINS
GUNN & DIAL LLC
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133

Dorothy Wimberly
STONE PIGMAN WALTHER
WITTMAN, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael A. Sexton
WEINBERG WHEELER HUDGINS
GUNN & DIAL LLC
3344 Peachtree Road, NE Suite 2400
Atlanta, GA 30326

Excel Construction of SW Florida, Inc. hereby notifies the above counsel of its intent to

opt out of the Banner Settlement Class. The undersigned hereby opts out from the Banner

Settlement Class in the Chinese Drywall Action.

Re: Stephen Lopez 622 Wilmington Parkway Cape Coral
Florida, 33993

Tony Stirp
Officer, Director, and Registered Agent
Excel Construction of SW Florida, Inc.
2217 SW 43rd St.
Cape Coral, Florida 33914

9-27-12
DATE

## REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: F. Vicino Entities[1]

Address: 15 N.E. 2nd Avenue, Deerfield Beach, FL 33441

Executed by: _____

President

[1] F. Vicino Drywall, Inc.
F. Vicino Drywall II, Inc.
F. Vicino & Company, Inc.

5243063.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                          :       MDL NO. 2047
                                                :
CHINESE MANUFACTURED DRYWALL                    :       SECTION: L
PRODUCTS LIABILITY LITIGATION                   :
                                                :       JUDGE FALLON
                                                :       MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

## NOTICE OF OPT-OUT OF SETTLEMENT AGREEMENTS REGARDING CLAIMS IN MDL NO. 2047 BY INDIVIDUAL CLASS MEMBERS, RAYMOND P. FARLEY AND AMELIA J. FARLEY

Individual Class Members, RAYMOND P. FARLEY and AMELIA J. FARLEY, hereby

give notice of the following:

1.      The full name and current address of these Individual Class Members are as

follows:

        RAYMOND P. FARLEY and AMELIA J. FARLEY
        11A Legion Place
        North Arlington, NJ 07031

2.      The address of the property damaged by Chinese Drywall is as follows:

        3756 Summerwind Circle
        Bradenton, Florida 34209

3.      The identities of every purchaser, supplier, marketer, installer, builder, developer

and its/their insurers, and any Participating Defendant and Participating Insurer against which the

undersigned intend to pursue their claims:

        Taylor Woodrow Homes-Central Florida Division, LLC
        Taylor Morrison Services, Inc.
        Taylor Morrison of Florida, Inc.
        Nu-Way Drywall, LLC
        Knauf Plasterboard entities
        Rothchilt International, Ltd.
        Participating Insurers for entities listed above.

SCANNED

4.    The undersigned hereby opt out from the Builder, Installer, Supplier and Participating Insurer Settlement Class, the InEx Settlement, the Banner Settlement, the Knauf Settlement, the L&W Settlement and the Global Settlement in the Chinese Drywall Action in MDL No. 2047.

3.    The undersigned individuals wish to pursue their individual claims against all potentially responsible Participating Defendants and Participating Insurers by litigation and/or arbitration.

4.    The undersigned individual Class Members are represented by the following counsel:

DAVID S. MAGLICH, ESQUIRE
FERGESON SKIPPER, SHAW, KEYSER, BARON & TIRABASSI, P.A.
1515 Ringling Boulevard – 10th Floor
Sarasota, FL 34236

5.    This written notice signed by the individual Class Members is being sent by First Class Mail, postmarked on September 20, 2012, to Settlement Class Counsel, Arnold Levin, Levin Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106 and Russ M. Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113, and to the Knauf Defendants' Counsel, Kerry Miller, Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA 70163.

RAYMOND P. FARLEY

AMELIA J. FARLEY

STATE OF ___NJ___ )

COUNTY OF ___Essex___ )

  The foregoing instrument was sworn to and subscribed before me on _August 29th_ , 2012, by RAYMOND P. FARLEY and AMELIA J. FARLEY, ☐who are personally known to me or ☒ who produced _Driver License — NJ_ as identification.

Notary Public

Print Name: _Madeline Walsh_

My Commission Expires: _5-10-17_

```
┌─────────────────────────────┐
│      MADELINE WALSH          │
│       Notary Public          │
│     State of New Jersey      │
│ My Commission Expires May 10, 2017 │
│        I.D.# 2420641         │
└─────────────────────────────┘
```

3

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Edgar    Patricio    Tarah_
       First           Middle          Last

Name: _____
       First            Middle          Last

Address: _8155  NW  108 Ave_
        Street Address

        _Miami, FL  33178_
        City, State, Zip

Executed by _____   _4/18/12_
        Signature                Date

Executed by _____   _____
        Signature                Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Nino_ _A._ _FEDERICO_
      First       Middle       Last

Name: _DOREEN_ _M._ _FEDERICO_
      First       Middle       Last

Address: _2421 NE 65th ST., UNIT 602_
        Street Address

_FORT LAUDERDALE, FL 33308_
City, State, Zip

Executed by _[signature]_    _9/30/11_
       Signature           Date

Executed by _Doreen M. Federico_    _9/30/11_
       Signature           Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Jose       Carlos       Fernandez_
     First       Middle       Last

Name: _Lissett       Fernandez_
     First       Middle       Last

Address: _4332 SE Cove Lake Circle Apt 202_
       Street Address

       _Stuart, Fl. 34997_
       City, State, Zip

Executed by _____   _October 24, 2011_
       Signature              Date

Executed by _____   _October 24, 2011_
       Signature              Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Todd R. Ehrenreich
WEINBERG WHEELER HUDGINS GUNN & DIAL
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186



ATTORNEYS AT LAW

4221 W. Boy Scout Boulevard | Suite 1000
Tampa, Florida 33607-5780
P.O. Box 3239 | Tampa, Florida 33601-3239
813.223.7000 | fax 813.229.4133
www.carltonfields.com

Atlanta
Miami
Orlando
St. Petersburg
Tallahassee
**Tampa**
West Palm Beach

Jaret J. Fuente
Shareholder
813.229.4362 Direct Dial
jfuente@carltonfields.com

September 28, 2012

Arnold Levin                                    VIA REGULAR U.S. MAIL
Levin, Fishbein, Sedran & Berman          VIA E-MAIL - alevin@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dorothy Wimberly                                VIA REGULAR U.S. MAIL
Stone Pigman Walther Wittman LLC       VIA E-MAIL - dwimberly@stonepigman.com
546 Carondelet Street
New Orleans, LA 70130

Michael A. Sexton                               VIA REGULAR U.S. MAIL
Weinberg Wheeler Hudgins Gunn & Dial, LLC   VIA E-MAIL - msexton@wwhgd.com
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson                             VIA REGULAR U.S. MAIL
Peterson & Espino, P.A.                   VIA E-MAIL - mpeterson@petersonespino.com
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Re:     *In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047*
        – Notice of Conditional Opt-Out from the Amended Stipulation and Agreement of
        Settlement regarding Banner Supply entities ("Banner Settlement")

Our Clients:   Florida Homes Partnership, Inc.

Dear Counsel:

Enclosed is Florida Home Partnership, Inc.'s Notice of *Conditional* Opt-Out from the Banner Settlement, which is intended to serve as an opt-out *only to the extent that a homeowner or other claimant for one or more of Florida Home Partnership, Inc.'s Banner-supplied affected properties has opted-out of the Builder, Installer, Supplier & Insurer Settlement Agreement ("Global Settlement")*, but not for any homes whose owners / claimants have not opted-out of the Global Settlement. Because it will not know about any opt-outs until after the September 28, 2012, opt-out deadline, Florida Home Partnership, Inc. is *conditionally* opting-out of the Banner Settlement to preserve its claims against the Banner entities in the event of such opt-outs. The HSC has advised that Banner and the PSC approve of this procedure.

Sincerely,

CARLTON FIELDS, P.A.

Jaret J. Fuente

Enc.

24767709.1

## BANNER SETTLEMENT *CONDITIONAL* OPT-OUT NOTICE

PLEASE TAKE NOTICE that pursuant to Section 6 of the Amended Stipulation and Agreement of Settlement regarding the Banner Supply entities and their insurers ("Banner Settlement"), the undersigned (Florida Home Partnership, Inc.) hereby opts-out from the Banner Settlement Class in the Chinese Drywall Action *only to the extent that a homeowner or other claimant for one or more of Florida Home Partnership, Inc.'s Banner-supplied affected properties has opted-out of the Builder, Installer, Supplier & Insurer Settlement Agreement ("Global Settlement").* Any such opt-out by Florida Home Partnership, Inc. is limited to those affected properties of homeowners or other claimants that opt-out of the Global Settlement, and shall not apply to any properties of homeowners or other claimants that do not opt-out of the Global Settlement.

Name of Class Member Conditionally Opting-Out:

Florida Home Partnership, Inc.

Current Address of Class Member Conditionally Opting-Out:

Post Office Box 760, 201 14th Ave. SE Suite "H", Ruskin, FL 33575

Date: _____ Sept 27, 2012 _____

Signature: _____

Name: Earl Pfeiffer, Executive Director

Submitted to:

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone Pigman Walther Wittman LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

24767712.1

<div style="border:1px solid black; text-align:center">

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

</div>

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action, but only with respect to the property on **Exhibit A**.

Name:          Florida Leisure Communities, Corporation

Current Address:      146 Horizon Court, Lakeland, FL 33813

Opt Out
Property Address:      See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

    1.      Durham Drywall & Stucco, Inc., and its insurers

    2.      L&W Supply Corporation, d/b/a Seacoast Supply, and their applicable affiliates and insurers

    3.      La Suprema Trading, Inc. and La Suprema Enterprise, Inc., and their insurers.

    4.      Rothchilt Int'l, Ltd., and its insurers

    5.      Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.;

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.

{25183242;1}

Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

FLORIDA LEISURE COMMUNITIES, CORPORATION

By: _____
     Signature

Print Name: Robert J. Saleman

Title: President

Date: 9/24/12

{25183242;1}

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(FLORIDA LEISURE COMMUNITIES, CORPORATION)**

| | |
|---|---|
| 1. | Builder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of the Builder's Banner-supplied Affected Properties has opted out of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. |

{25183242;1}

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: <u>Florida Style Services, Inc.</u>

Address: <u>c/o Rumberger, Kirk & Caldwell, P.A., Registered Agent, 80 SW 8 Street, Suite 3000,</u>
<u>Miami, FL 33130</u>

Executed by: _____

5242180.1

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _William_ _M_ _Ford_
First  Middle  Last

Name: _Melanie_ _Ford_
First  Middle  Last

Address: _12702 SW 26 Street_
Street Address

_Davie, FL 33325_
City, State, Zip

Executed by _William Ford_   _9/26/11_
Signature      Date

Executed by _M Crawford_   _9/26/11_
Signature      Date

To: Arnold Levin
  LEVIN, FISHBEIN, SEDRAN & BERMAN
  510 Walnut Street, Suite 500
  Philadelphia, PA 19106

  Todd R. Ehrenreich
  WEINBERG WHEELER HUDGINS GUNN & DIAL
  2601 South Bayshore Drive, Suite 1500
  Miami, FL 33133

  Michael P. Peterson
  PETERSON & ESPINO, P.A.
  10631 S.W. 88th Street, Suite 220
  Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT-OUT")

### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                    Freemar Homes, Inc.

Current Address:         PO Box 1737 Valrico, FL 33595

Opt Out
Property Address:        See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.      Installer (unknown at this time), or any of its entities, and its insurers

2.      Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

3.      Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

14741678v1  0900735

4.       Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable
         affiliated entities, and their respective insurers

FREEMAR HOMES, INC.

By: _____
       Signature
Print Name: _DAVID DYKO_____
Title: a representative of MCC an insurer of Freemar
Homes, Inc.
Date: _____9/28/12_____

**EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(FREEMAR HOMES, INC.)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

September 28, 2012

CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION

Arnold Levin

Levin, Fishbein, Sedran & Berman

510 Walnut Street, Suite 500

Philadelphia, PA 19106

Michael A. Sexton

Weinberg Wheeler Hudgins Gunn & Dial, LLC

3344 Peachtree Road, NE, Suite 2400

Atlanta, GA 30326

Michael P. Peterson

Peterson & Espino, P.A.

10631 S.W. 88th Street, Suite 220

Miami, FL 33186

Dorothy H. Wimberly

Stone, Pigman, Walther, Wittmann, LLC

546 Carondelet Street

New Orleans, LA 70130

SERVED 09-5000-2047-PLAUCHE SMITH DEISET NO 764 P 14/14

Re: Chinese Manufactured Drywall Products

Liability Litigation

MDL No: 2047

United States District Court, Eastern District of Louisiana

To whom it may concern:

The undersigned opts of the Banner settlements only to the extent a homeowner or other claimant for one of the undersigned's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

Brooks & Freund, LLC

5661 Independence Circle, Suite 1

Fort Myers, FL 33912

By: _____

Richard Freund, in his capacity as

Manager of Brooks & Freund, LLC

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall
Action.

Name: _Randy___A.___Fry_____
      First         Middle        Last

Name: _Connie___D.___Fry_____
      First         Middle        Last

Address: _434 N.E. 3rd. Ave.___
         Street Address

_Cape Coral, Fl.   33909___
     City, State, Zip

Executed by _____[signature]_____    1/26/12
        Signature                 Date

Executed by _____[signature]_____    1/26/12
        Signature                 Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

### REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Robert V. Fitzsimmons
Rumberger Kirk & Caldwell
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Installer hereby conditionally opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name: G Drywall Corp.; and G. Drywalls Corporation

Current Address: 12951 SW 124th Street, Miami, FL 33186

Opt Out
Property Address: See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.      Builder (unknown at this time), or any of its entities, and its insurers

2.      Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

---

[1] Nothing set forth herein shall be deemed a waiver of Installer's right to pursue any additional entities and Installer expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Installer. Installer reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

3.      Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

4.      Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

G  DRYWALL  CORP.;  AND  G.  DRYWALLS CORPORATION

By: _____

     Signature

Print Name: _____DAVID DYKES_____

Title: a representative of MCC an insurer of G Drywall Corp.; and G. Drywalls Corporation

Date: _____9/28/12_____

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(G DRYWALL CORP.; AND G. DRYWALLS CORPORATION)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Installer retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _JOSE_____GACUA_____
        First        Middle              Last

Name: _Elizabeth_____Garcia_____
        First        Middle              Last

Address: _9345  Balada St_____
          Street Address

        _Coral Gebbs , FL    33156_____
        City, State, Zip

Executed by: _____
            Signature                    Date

Executed by: _Elizabeth J Garcia_____
            Signature                    Date

To:   Arnold Levin, Esq.                Dorothy Wimberly, Esq.
      LEVIN, FISHBEIN, SEDRAN &         STONE PIGMAN WALTHER WITTMAN
      BERMAN                            LLC
      510 Walnut Street, Suite 500      546 Carondelet Street
      Philadelphia, PA 19106           New Orleans, LA 70130

      Todd R. Ehrenreich, Esq.
      WEINBERG WHEELER HUDGINS          Michael A. Sexton, Esq.
      GUNN & DIAL LLC.                  WEINBERG WHEELER HUDGINS GUNN
      2601 South Bayshore Drive, Suite  & DIAL LLC.
      1500                              3344 Peachtree Road, NE Suite 2400
      Miami, Fl 33133                   Atlanta, GA 30326

      Michael P. Peterson, Esq.
      PETERSON & ESPINO, P.A.
      10631 SW 88th Street, Suite 220
      Miami, Fl 33186

### PORTEOUS, HAINKEL AND JOHNSON, L.L.P.
704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

PLEASE REPLY TO:
### NEW ORLEANS

September 28, 2012

## ~~REQUEST FOR EXCLUSION ("OPT OUT")~~
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
      Defendant: George Fraker General Contractor
      USDC Eastern District No. 10-361, Div. L
      Our File Number: 323.0019

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

September 28, 2012
PSC and Liaison Counsel
Page 2

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: George Fraker General Contractor

Address:

Executed by: _____
                  Glenn B. Adams, Esquire
                  Attorney for George Fraker General Contractor

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Vincent_ _Anthony_ _Geraci_
      First          Middle         Last

Name: _Joan_ _Marie_ _Geraci_
      First          Middle         Last

Address: _920 NW 38th Ave_
          Street Address

_Cape Coral, FL 33993_
          City, State, Zip

Executed by _Vincent A. Geraci_     _8·8·11_
          Signature             Date

Executed by _Joan M. Geraci_     _8/8/11_
          Signature             Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

September 28, 2012

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street
Suite 220
Miami, FL 33186

Dorothy H. Wimberly
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   **In Re: Chinese Manufactured Drywall Products Liability Litigation**
**MDL No. 2047, United States District Court, Eastern District of Louisiana**
**Notice of Limited Opt-Out: Banner Class Action Settlement**

Dear Counselors:

GH Vero Beach Development, Inc. ("GH Vero") hereby opts out of the Banner Settlement Class to the extent and insofar as claimants for the following property have or may have opted-out of the Builder, Installer, Supplier & Insurer Settlement Agreement:

- 4821 Saint Margarets Drive, Vero Beach, Florida 32967.[1]

GH Vero also opts out of the Banner Settlement Class to the extent and insofar as any additional claimants for one of GH Vero's Banner-supplied Affected Properties opt out of the

---

[1]     The installer of the defective Chinese-manufactured drywall in this home was Gateway Building & Design Corp. The installer/supplier of the defective Chinese-manufactured drywall in this home was Drywall Experts, Inc. The supplier of the drywall was Banner Supply Co. and/or Banner Supply Company Port St. Lucie LLC. The manufacturer of the defective Chinese-manufactured drywall in this home was Knauf Plasterboard (Tianjin) Co. Ltd. and/or Knauf Gips KG.

Builder, Installer, Supplier & Insurer Settlement Agreement.[2]  GH Vero is prepared to withdraw these opt outs if and when the owners or claimants for these homes withdraw their opt outs to the Builder, Installer, Supplier & Insurer Settlement Agreement, or if it is determined that the owners' or claimants' homes do not contain defective Chinese-manufactured drywall that was supplied by one of the Banner Entities.

This written notice is being sent by First Class Mail, postmarked on September 28, 2012.

> **GH Vero Beach Development, LLC**
> **4755 South Harbor Drive**
> **Vero Beach, Florida 32967**

Signature: _____

Print Name:  Bruce Osterhoudt

Title:  President

Date:  9/28/12

---

[2]      Because the opt-out deadline for all parties for all settlement agreements in the MDL is the same date, it is impossible for GH Vero to know if any additional homeowners or other claimants for one of GH Vero's Banner-supplied Affected Properties has opted out prior to the opt-out deadline.



1600 Sawgrass Corporate Parkway
Suite 400
Sunrise, Florida 33323
Tel 954-753-1730
Fax 954-753-4509
www.glhomes.com

*Heather C. Keith*
*(954) 603-0383 – direct dial*
*(954) 575-5383 – direct fax*
heather.keith@glhomes.com

September 28, 2012

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esq.
Peterson & Espino, P.A.
10631 S.W. 88th Street
Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esq.
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

        Re:    **In Re: Chinese Manufactured Drywall Products Liability Litigation**
             **MDL No. 2047, United States District Court, Eastern District of Louisiana**
             **Notice of Limited Opt-Out: Banner Class Action Settlement**

Dear Counselors:

        G.L. Building Corporation; G.L. Homes of Florida Corporation; G.L. Homes Limited Corporation; G.L. Homes of Boynton Beach Associates IX, Ltd.; Boynton Beach Associates XVI, LLLP; Boynton Beach XVI Corporation; Miramar Associates IV, LLLP; Miramar IV Corporation; G.L. Homes of Davie Associates II, Ltd.; G.L. Homes of Davie Associates III, Ltd.; G.L. Homes of Davie Associates IV, Ltd.; and G.L. Homes of Davie IV Corporation (collectively, the "G.L. Entities") hereby opt out of the Banner Settlement Class to the extent and insofar as any claimants for one of the G.L. Entities' Banner-supplied Affected Properties opt-out of the Builder, Installer, Supplier & Insurer Settlement Agreement.[1] The G.L. Entities are prepared to rescind these opt-outs, if any, if and when the claimants for such homes rescind their opt-outs to the Builder, Installer, Supplier & Insurer Settlement Agreement, or if it is determined that

---

[1]    Because the opt-out deadline for all parties for all settlement agreements in the MDL is the same date, it is impossible for the G.L. Entities to know if any homeowners or other claimants for one of the G.L. Entities' Banner-supplied Affected Properties has opted out prior to the opt-out deadline.

Opt Out Notice Letter
September 28, 2012
Page Two

the claimants' homes do not contain defective Chinese-manufactured drywall that was supplied by one of the Banner Entities.

Additionally, Miramar Associates IV, LLLP hereby opts out of the Banner Settlement Class for the following home:

- 17683 SW 47th Street, Miramar, FL 33029 (Sunset Falls - Lot 89)[2]

Miramar Associates IV, LLLP is prepared to rescind its opt out on this property in the event Banner Supply Company Pompano LLC dismisses various construction lien claims totaling approximately $30,000.00 it filed against Miramar Associates IV, LLLP in Broward County, Florida.

This written notice is being sent by First Class Mail, postmarked on September 28, 2012.

**G.L. Building Corporation; G.L. Homes of Florida Corporation; G.L. Homes Limited Corporation; G.L. Homes of Boynton Beach Associates IX, Ltd.; Boynton Beach Associates XVI, LLLP; Boynton Beach XVI Corporation; Miramar Associates IV, LLLP; Miramar IV Corporation; G.L. Homes of Davie Associates II, Ltd.; G.L. Homes of Davie Associates III, Ltd.; G.L. Homes of Davie Associates IV, Ltd.; and G.L. Homes of Davie IV Corporation**

**1600 Sawgrass Corporate Parkway
Suite 400
Sunrise, Florida 33323**

Signature:

Print Name:   Heather C. Keith

Title:   Assistant General Counsel

Date:   September 28, 2012

---

[2]   The installer of the defective Chinese-manufactured drywall in this home was Beta Drywall, LLC. The supplier of the drywall was Banner Supply Co. and/or Banner Supply Company Pompano LLC. The manufacturer of the defective Chinese-manufactured drywall in this home was Knauf Plasterboard (Tianjin) Co. Ltd. and/or Knauf Gips KG.

---

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:                 <u>Gold Coast Homes of S.W. Florida, Inc.</u>

Current Address:      <u>2422 S.E. 28th Street, Cape Coral, FL 33904</u>

By: _____
    Signature

Print Name: _David M Casman_

Title: _X Pres_

Date: _9.07.12_

## REQUEST FOR EXCLUSION ("OPT-OUT")

### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Robert V. Fitzsimmons
Rumberger Kirk & Caldwell
Brickell Bayview Centre, Suite 3000
~~80 Southwest 8th Street~~
Miami, Florida 33130-3037

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Installer hereby conditionally opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:    <u>Gomez's Interiors Corp. a/k/a Gomez Interiors, Inc.</u>

Current Address:    <u>15530 SW 300 ST HOMESTEAD FL 33033</u>

Opt Out
Property Address:    <u>See Exhibit "A" attached hereto.</u>

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

    1.    <u>The Builder (unknown at this time), or any of its related entities, and its insurers</u>

    2.    <u>Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers</u>

---

[1] Nothing set forth herein shall be deemed a waiver of Installer's right to pursue any additional entities and Installer expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Installer. Installer reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

3.  Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

4.  Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

GOMEZ'S INTERIORS CORP. A/K/A GOMEZ INTERIORS, INC.

By: _____
    Signature

Print Name: CARLOS DEAZ-PADRON

Title: a representative of GIC an insurer of Gomez's Interiors Corp. a/k/a Gomez Interiors, Inc.

Date: 9/27/2012
GRANADA INSURANCE COMPANY.

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(GOMEZ'S INTERIORS CORP. A/K/A GOMEZ INTERIORS, INC.)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Installer retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Alberto_____ _Gonzalez_____
     First           Middle         Last

Name: _Yarenis_____ _Diaz_____
     First            Middle         Last

Address: _10101  Sw 68 Street_____
        Street Address

        _Miami  FL  33173._____
        City, State, Zip

Executed by _____  08-01-2011
       Signature                Date

Executed by _____  08-01-2011
       Signature                Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

## REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: __Luis      Alberto      Gonzalez__
       First           Middle         Last

Name: _____
       First           Middle         Last

Address: __2944  NE  3rd  Drive__
        Street Address

__Homestead  FLA   33033__
        City, State, Zip

Executed by _Gonzalez_____    _October 24, 2011_
        Signature                       Date

Executed by _Caridad Gonzalez_____    _October 24, 2011_
        Signature                       Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Michael A. Sexton, Esq.
       Weinberg Wheeler Hudgins Gunn & Dial LLC
       3344 Peachtree Road, NE
       Suite 2400
       Atlanta, GA 30326

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Dorothy Wimberly, Esq.
       Stone Pigman Walther Wittmann LLC
       546 Carondelet Street
       New Orleans, LA 70130

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: *Roberto         Gonzalez*
       First            Middle           Last

Name: *Maria      Fernanda     Rivera*
       First            Middle           Last

Address: *11281   NW   84   ST*
         Street Address

        *Doral, FL  33178*
        City, State, Zip

Executed by _*Roberto Gonzalez*_     October 24, 2011
        Signature                   Date

Executed by _____     October 24, 2011
        Signature                   Date

To:     Arnold Levin
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Todd R. Ehrenreich
        WEINBERG WHEELER HUDGINS GUNN & DIAL
        2601 South Bayshore Drive, Suite 1500
        Miami, FL 33133

        Michael P. Peterson
        PETERSON & ESPINO, P.A.
        10631 S.W. 88th Street, Suite 220
        Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: __Victor       Amaury       Gonzalez__
        First         Middle           Last

Name: __Yelene       —            Socarras__
        First         Middle           Last


Address: __1985 NW 77 CT__
          Street Address

__Hialeah    FL 33015__
City, State, Zip

Executed by __[signature]__          __7-7-11__
             Signature                 Date


Executed by __[signature]__          __7-7-11__
             Signature                 Date


To:   Arnold Levin                          Michael A. Sexton, Esq.
      LEVIN, FISHBEIN, SEDRAN & BERMAN      Weinberg Wheeler Hudgins Gunn & Dial LLC
      510 Walnut Street, Suite 500          3344 Peachtree Road, NE
      Philadelphia, PA 19106                Suite 2400
                                            Atlanta, GA 30326

      Todd R. Ehrenreich                    Dorothy Wimberly, Esq.
      WEINBERG WHEELER HUDGINS GUNN & DIAL  Stone Pigman Walther Wittmann LLC
      2601 South Bayshore Drive, Suite 1500 546 Carondelet Street
      Miami, FL 33133                       New Orleans, LA 70130

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

# MEIROSE & FRISCIA, P.A.
Attorneys and Counselors At Law

SUITE 250
5550 WEST EXECUTIVE DRIVE
TAMPA, FLORIDA 33609

LEO H. MEIROSE, JR
FRANCIS E. FRISCIA
JASON A. LUBLINER
BRENTON J. ROSS
GEORGE D. ROOT, III

January 24, 2012

TEL: (813) 289-8800
FAX: (813) 281-2005

**Sent via Certified Mail and US Mail**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Re:    In re: Chinese-Manufactured Drywall Products Liability Litigation
        MDL No. 2047
        *Related case: Han-Yu Chen v. Grand Harbour Homes, Inc., et al.*
        Case #:,      11-CA-003993, Lee County County, Florida
        Our File:     Grand Harbour Homes, Inc.

Dear Mr. Levin:

      My office represents the interests of Grand Harbour Homes, Inc., in a related case, *Han-Yu Chen v. Grand Harbour Homes, Inc., et al.* This state court action was conditionally certified as a part of the nationwide settlement class per the August 11, 2011 Order Preliminarily Approving Amended Stipulation and Agreement of Settlement, Conditionally Certifying Class, Issuing Class Notice and Scheduling Fairness Hearing issued in In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, and signed by United States District Judge, Eldon E. Fallon.

      Pursuant to Section 6 of the Amended Stipulation and Agreement of Settlement and the August 11, 2011 Order Preliminarily Approving Amended Stipulation and Agreement of Settlement, Conditionally Certifying Class, Issuing Class Notice and Scheduling Fairness Hearing issued in In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, **the undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.**

Page 2
Grand Harbour Homes, Inc. Opt Out Notice
January 24, 2012

Moreover, in compliance with Section 6 of the Amended Stipulation and Agreement of Settlement, this Class Member is Grand Harbour Homes, Inc. The principal address of Grand Harbour Homes, Inc. is 4722 SW 29th Avenue, Cape Coral, Florida 33914.

GRAND HARBOUR HOMES, INC.                    MEIROSE & FRISCIA, PA.

PATRICK MURNANE                              LEO H. MEIROSE, JR., ESQUIRE
President                                    FBN 239135
Grand Harbor Homes, Inc.                     JASON A. LUBLINER, ESQUIRE
4722 SW 29th Avenue                          FBN 0948721
Cape Coral, Florida 33914                    5550 West Executive Drive, Suite 250
                                             Tampa, FL 33609
                                             Attorneys for Grand Harbour Homes, Inc.

JAL
cc:    Yvonne Lanyon
       Patrick Murnane