---

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.

Name: <u>Grand Harbour Homes, Inc.</u>

Current Address: <u>4722 S.W. 29th Ave., Cape Coral, FL 33914</u>

By: _____
Signature

Print Name: PATRICK MURNANE
Title: Owner
Date: 9-27-12

## REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Eric Gregory_ _Grassel_
      First      Middle      Last

Name: _Svetlana Pavlovna_ _Grassel_
      First      Middle      Last

Address: _3033 Lake Manatee cT._
      Street Address

_Cape Coral FL. 33909_
      City, State, Zip

Executed by _Eric Grassel_      Date _3/29/12_
      Signature

Executed by _Svetlana Grassel_      Date _3/29/12_
      Signature

To:    Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:    Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: _Grays Bay Builders, Inc._

Address: _P.O. Box 377, Victoria, MN. 55386_

Executed by: _GTBI_

5245207.1

REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.

Name:                    Gregan Construction, Inc.

Current Address:         4970 SW 72nd Avenue, Suite 102, Miami, FL  33155

By: _____
    Signature

Print Name: Eduardo Gouch

Title: President

Date: 9/26/12

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500
      Miami, FL 33133

Dorothy Wimberly
Stone, Pigman, Walther, Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

The Request for Exclusion/Notice of Opt Out relates only to work done by the Gregg Nieberg, Inc. for Roger and Allison Booth-Elliott on/at premises located at 2003 SW Laredo Street, Palm City, FL 34990.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Installer:   Farthing Motorsports Enterprises d/a/a Star Drywall
Address:     3330 Cobb Parkway, 17-259
             Aceworth, GA  30101

Executed by:  _____
              Patrick B. Flanagan, Esc.
              Florida Bar No. 449350
              *on behalf of Gregg Nieberg, Inc.*
Address:      Flanagan & Maniotis, P.A.
              2586 Forest Hill Boulevard
              West Palm Beach, FL 33406

5245207.1

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _RICHARD_ _DAVID_ _GRIFFITH_
     First           Middle           Last

Name: _OLGA_           _GRIFFITH_
     First           Middle           Last

Address: _142 SW COVINGTON RD_
        Street Address

        _PORT ST. LUCIE, FLORIDA 34953_
        City, State, Zip

Executed by _Richard Griffith_     _2/2/12_
        Signature                  Date

Executed by _Olga Griffith_     _2/2/12_
        Signature                  Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

<div style="border:1px solid">

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

</div>

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

| | |
|---|---|
| Name: | Groff Construction, Inc. |
| Current Address: | PO Box 1450, Lehigh Acres, FL 33971 |
| Opt Out Property Address: | See Exhibit "A" attached hereto. |

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1. Installer (unknown at this time), or any of its entities, and its insurers

2. Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

3. Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

4.        <u>Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers</u>

GROFF CONSTRUCTION, INC.

By: _____
    Signature
Print Name: ____DAVID DYKE____
Title: <u>a representative of MCC an insurer of Groff Construction, Inc.</u>
Date: _____9/28/12_____

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(GROFF CONSTRUCTION, INC.)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: ___Edwin___ ___William___ ___Grove___
      First        Middle        Last

Name: ___Linda___ ___Carroll___ ___Grove___
      First        Middle        Last

Address: ___20307 SW 324th St___
          Street Address

___Homestead, FL 33030___
City, State, Zip

Executed by _____     October 24, 2011
          Signature                     Date

Executed by _____     October 24, 2011
          Signature                     Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Michael A. Sexton, Esq.
       Weinberg Wheeler Hudgins Gunn & Dial LLC
       3344 Peachtree Road, NE
       Suite 2400
       Atlanta, GA 30326

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Dorothy Wimberly, Esq.
       Stone Pigman Walther Wittmann LLC
       546 Carondelet Street
       New Orleans, LA 70130

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

---

### REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                    Grove Hammock Investments, LLC

Current Address:         PO Box 343574, Florida City, FL 33034

Opt Out
Property Address:        See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.      Installer (unknown at this time), or any of its entities, and its insurers

2.      Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

3.      Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

14741689v1  0900735

4.  <u>Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers</u>

GROVE HAMMOCK INVESTMENTS, LLC

By: _____
         Signature

Print Name: _____DAVID DYKO_____

Title: <u>a representative of MCC an insurer of Grove Hammock Investments, LLC</u>

Date: _____9/28/12_____

14741689v1 0900735

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(GROVE HAMMOCK INVESTMENTS, LLC)**

| Property/Address |
|---|
| 1. Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

14741689v1  0900735

LAW OFFICES
## PLAUCHÉ, SMITH & NIESET, L.L.C.

A LIMITED LIABILITY COMPANY
1123 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK M. WALKER, JR.
MICHAEL J. MCNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER P. IEYOUB
H. DAVID VAUGHAN  II
JOSEPH R. POUSSON, JR.
V. ED MCGUIRE, III
ERIC W. ROAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING*
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A. LANE PLAUCHÉ (1919-2006)
S.W. PLAUCHÉ (1889-1952)
S.W. PLAUCHÉ, JR. (1915-1966)

———

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

———

(337) 436-0522
FAX (337) 436-9637

———

* also admitted in Texas
dvaughan@psnlaw.com

September 28, 2012

## CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:     Chinese Manufactured Drywall Products
        Liability Litigation, MDL No.: 2047
        United States District Court, Eastern District of Louisiana

To Whom It May Concern:

The undersigned opts out of the Banner settlements only to the extent a homeowner or other claimant for one of the undersigned's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

Gulf Coast Drywall, LLC
3232 Allegheny Avenue
Columbus, OH 43209

By: _____
    H. DAVID VAUGHAN II, Its Attorney

HDVII/cs

```
┌─────────────────────────────────────────────────────┐
│         REQUEST FOR EXCLUSION ("OPT-OUT")             │
│                                                       │
│              BANNER SETTLEMENT CLASS                  │
│             RE: CHINESE MANUFACTURED                  │
│                 DRYWALL LITIGATION                    │
└─────────────────────────────────────────────────────┘
```

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name: _____Gulfstream Development Group, LLC_____

Current Address: _____4037 Del Prado Blvd South, Cape Coral, FL 33904_____

Opt Out
Property Address: _____See Exhibit "A" attached hereto._____

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1. _____Installer (unknown at this time), or any of its entities, and its insurers_____

2. _____Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers_____

3. _____Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers)._____

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

14741687v1  0900735

4.       <u>Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable</u>
         <u>affiliated entities, and their respective insurers</u>

GULFSTREAM DEVELOPMENT GROUP, LLC

By:_____
     Signature
Print Name:_____DAVID DYKE_____
Title: <u>a representative of MCC an insurer of Gulfstream</u>
<u>Development Group, LLC</u>
Date:_____9/28/12_____

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(GULFSTREAM DEVELOPMENT GROUP, LLC)**

| Property Address |
|---|
| 1. Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

LAW OFFICES

# PLAUCHÉ, SMITH & NIESET, L.L.C.

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK M. WALKER, JR.
MICHAEL J. McNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER P. IEYOUB
H. DAVID VAUGHAN II
JOSEPH R. POUSSON, JR.
V. ED McGUIRE, III
ERIC W. ROAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING*
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A LIMITED LIABILITY COMPANY
1123 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

A. LANE PLAUCHÉ (1919-2006)
S.W. PLAUCHÉ (1889-1952)
S.W. PLAUCHÉ, JR. (1915-1966)

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

(337) 436-0522
FAX (337) 436-9637

September 28, 2012

## CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION

* also admitted in Texas

dvaughan@psnlaw.com

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:    Chinese Manufactured Drywall Products
       Liability Litigation, MDL No.: 2047
       United States District Court, Eastern District of Louisiana

To Whom It May Concern:

The undersigned opts out of the Banner settlements only to the extent a homeowner or other claimant for one of the undersigned's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

Gulfstream Homes, Inc.
6646 Willow Park Drive
Naples, FL 34109

By: _____
    H. DAVID VAUGHAN II, Its Attorney

HDVII/cs

## REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Richard    A.    Hamburg_

      First            Middle            Last

Name: _____

      First            Middle            Last

Address: _2421 NE 65th St. #217_

       Street Address

_Ft. Lauderdale, Fl 33308_

       City, State, Zip

Executed by _____   9/27/11

       Signature                    Date

Executed by _____   _____

       Signature                    Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Richard    A.    Hamburg_

First                    Middle                    Last

Name: _____

First                    Middle                    Last

Address: _2421 NE 65th St. #603_

Street Address

_Ft. Lauderdale, Fl 33308_

City, State, Zip

Executed by _(signature)_         _9/27/11_

Signature                                    Date

Executed by _____         _____

Signature                                    Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT-OUT")

### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.

Name:         Hammer Commercial Services

Current Address:   1715 Cape Coral Parkway West, Suite 8, Cape Coral, FL 33914

By: _William Chaika_
Signature

Print Name:   WILLIAM CHAIKA
Title:   CFO
Date:   9/27/12

---

### REQUEST FOR EXCLUSION ("OPT-OUT")

### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action, but only with respect to the property on Exhibit A.

Name:                        Hammer Construction Services, LTD

Current Address:             c/o Hammer Commercial Services, 1715 Cape Coral Parkway West, Suite 8, Cape Coral, FL 33914

Opt Out
Property Address:            See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.        Sweet Interiors, Inc., and its insurers

2.        Stock Building Supply, and its affiliates and insurers

3.        Cape Cement & Supply, Inc. and its insurers

4.        La Suprema Trading, Inc. and La Suprema Enterprise, Inc., and their respective insurers.

5.        Rothchilt Int'l, Ltd., and its insurers

6.        Knauf  Plasterboard  (Tianjin)  Co.,  Knauf  GIPS  KG,  Gebrueder  Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.

{25183570;2}

Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

HAMMER CONSTRUCTION SERVICES, LTD

By: _____
　　 Signature

Print Name: Lawrence J. Denmark
Title: Vice President
Date: September 21, 2012

{25183570;1}

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(HAMMER CONSTRUCTION SERVICES, LTD)**

| | |
|---|---|
| 1. | Builder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of the Builder's Banner-supplied Affected Properties has opted out of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement.  Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. |

| REQUEST FOR EXCLUSION ("OPT-OUT")<br><br>BANNER SETTLEMENT CLASS<br>RE: CHINESE MANUFACTURED<br>DRYWALL LITIGATION |
|:---:|

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:               Hanover Homes, Inc.

Current Address:    482 SW Port St Lucie Blvd, Port St Lucie, FL  34953

Opt Out
Property Address:   See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.    Installer (unknown at this time), or any of its entities, and its insurers

2.    Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

3.    Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly reserves such right.  Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

4.         <u>Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers</u>

HANOVER HOMES, INC.

By: _____
       Signature
Print Name: _DAVID DYKS_____
Title: <u>a representative of MCC an insurer of Hanover Homes, Inc.</u>
Date: _____9/28/12_____

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(HANOVER HOMES, INC.)**

| Property Address |
| --- |
| 1. Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

## REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.

Name: <u>Hansen Homes of South Florida, Inc.</u>

Current Address: <u>1436 SE 16th Place, Cape Coral, FL 33990</u>

By: _____
Signature

Print Name: DUANE M. DAVIS

Title: CHIEF OPERATING OFFICER

Date: 9/26/12

## REQUEST FOR EXCLUSION "OPT OUT"

The undersigned, <u>Hansen Homes of South Florida, Inc.</u>, (homebuilder) hereby opts out of the Banner Settlement to the extent a respective homeowner or other claimant for one of <u>Hansen Homes of South Florida, Inc.'s</u> Banner-supplied Affected Properties has opted out of any of the Knauf, Banner, Builder, Installer, Supplier or Insurer Settlement Agreements.

This opt out includes, but is not limited, to Affected Properties which are the subject of the following cases:

Menz v. Hansen Homes (Lee County)

Property address(es): <u>112 SW 35th Avenue, Cape Coral, FL 33991</u>

Werthman v. Hansen Homes (Lee County)

Property address(es): <u>1725 SW 17th Place, Cape Coral, FL 33991</u>

To the best of my knowledge, the supplier was Banner Supply Co. and Banner Supply Company Ft. Myers, the manufacturer was a Taishan entity (exact name unknown), and the installer was James Drywall, LLC.

Company: <u>Hansen Homes of South Florida, Inc</u>

Address: <u>1436 SE 16th Place, Cape Coral, FL  33990</u>

HANSEN HOMES OF SOUTH FLORIDA, INC.

By: _____
   Signature

Print Name: DUANE M. DAVIS

Title: CHIEF OPERATING OFFICER

Date 9/26/12

REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                  Harbor Springs Construction and Development, LLC

Current Address:       5611 Zip Drive, Unit 2, Fort Myers, FL 33905

Opt Out
Property Address:      See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.        Builder (unknown at this time), or any of its entities, and its insurers

2.        Banner Supply Company and Banner Supply Pompano, and their applicable
          affiliates and insurers

3.        Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf
          Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation
          GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil
          Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.;
          Guangdong Knauf New Building Material Products Co., Ltd., et. al
          (manufacturers).

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

14741769v1  0900735

4.      Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable
        affiliated entities, and their respective insurers

HARBOR    SPRINGS    CONSTRUCTION    AND
DEVELOPMENT, LLC

By: _____

Signature

Print Name: __DAVID DYKO_____

Title: a representative of MCC an insurer of Harbor
Springs Construction and Development, LLC

Date: ____9/28/12_____

14741769v1  0900735

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(HARBOR SPRINGS CONSTRUCTION AND DEVELOPMENT, LLC)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

> **REQUEST FOR EXCLUSION ("OPT-OUT")**
>
> BANNER SETTLEMENT CLASS
> RE: CHINESE MANUFACTURED
> DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.

Name: _____Heights Properties, LLC_____

Current Address: _____23421 Walden Center Dr., Ste. 300, Bonita Springs, FL 34134_____

By:_____
    Signature

Print Name: Walter S. Hagenbuckle
Title: Manager
Date: 9/27/2012

---

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action, but only with respect to the property on Exhibit A.

Name: _____Heritage Builders of West Palm Beach, Inc._____

Current Address: _____430 Toney Penna Drive, Suite 5, Jupiter, FL 33458_____

Opt Out
Property Address: _____See Exhibit "A" attached hereto._____

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.  _____PDC Drywall Contractors, and its insurers_____

2.  _____Banner Supply Company and Banner Supply Port St. Lucie, and their applicable insurers_____

*[continued on next page]*

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.

{25174908;1}

3.   La Suprema Trading, Inc. and La Suprema Enterprise, Inc., and their respective insurers.

4.   Knauf Plasterboard (Tianjin) Co.; Knauf GIPS KG; Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

HERITAGE BUILDERS OF WEST PALM BEACH, INC.

By: _James J. McNamara_

Signature

Print
Name: JAMES J. McNAMARA
Title: PRESIDENT

Date: 9-25-12

**EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(HERITAGE BUILDERS OF WEST PALM BEACH, INC.)**

| | |
|---|---|
| 1. | Builder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of the Builder's Banner-supplied Affected Properties has opted out of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. |

{25174908;1}

## REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _NGON_    _M_    _HO_
         First        Middle       Last

Name: _TRAM_    _T_    _DO_
         First        Middle       Last

Address: _362 NE 30 AVE_
          Street Address

_Homestead, fl 33033_
          City, State, Zip

Executed by _____    _October 24, 2011_
              Signature                   Date

Executed by _Tram tDO_    _October 24, 2011_
              Signature                   Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Michael A. Sexton, Esq.
      Weinberg Wheeler Hudgins Gunn & Dial LLC
      3344 Peachtree Road, NE
      Suite 2400
      Atlanta, GA 30326

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Dorothy Wimberly, Esq.
      Stone Pigman Walther Wittmann LLC
      546 Carondelet Street
      New Orleans, LA 70130

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

## REQUEST FOR EXCLUSION
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member, Hollywood Dixie Associates, LLC, whose address is 2100 Hollywood Boulevard, Hollywood, Florida 33020, hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.[1]


Hollywood Dixie Associates, LLC

By: Leon Wolfe

Dated: September 28, 2012

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael Sexton
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326


Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

---

[1] Due to the simultaneous deadlines for opt outs in both the Banner Settlement and the Builder, Installer, Supplier & Insurer Settlement Agreement ("Builder Settlement"), it is impossible for this Class Member to identify those homeowner plaintiffs and property addresses that opt out of the Builder Settlement sufficiently so that this Class Member can evaluate whether to participate in the Banner Settlement. Accordingly, this opt out is intended to be a provisional opt out such that this Class Member can evaluate the number of homeowner opt outs in Builder Settlement Agreement. This Class Member is in favor of the Banner Settlement and Builder Settlement, and intends to utilize the time period provided for following the opt out deadline within which to evaluate opt outs that affect the Builder Settlement such that it may be possible to withdraw this opt out.

> **REQUEST FOR EXCLUSION ("OPT-OUT")**
>
> BANNER SETTLEMENT CLASS
> RE: CHINESE MANUFACTURED
> DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:      Innovative Custom Builders, Inc.

Current Address:      9679 Lakeview Drive, New Port Richey, FL 34654

Opt Out
Property Address:      See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.      Builder (unknown at this time), or any of its entities, and its insurers

2.      Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

3.      Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

14741692v1 0900735

4.    Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable
affiliated entities, and their respective insurers

INNOVATIVE CUSTOM BUILDERS, INC.

By: _____
        Signature
Print Name: ___DAVID    DYKO_____
Title: a representative of MCC an insurer of Innovative
Custom Builders, Inc.
Date: _____9/28/12_____

14741692v1  0900735

**EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(INNOVATIVE CUSTOM BUILDERS, INC.)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

---

### REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Robert V. Fitzsimmons
Rumberger Kirk & Caldwell
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Installer hereby conditionally opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:      <u>Island Coast Drywall & Stucco, Inc.</u>

Current Address:      <u>17431 Alico Center Road #3, Fort Myers, FL 33912</u>

Opt Out
Property Address:      <u>See Exhibit "A" attached hereto.</u>

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.      <u>Builder, Paul Homes Inc. or any of its entities, and its insurers, or other unknown builders, any of their entities, or insurers.</u>

2.      <u>Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers</u>

---

[1] Nothing set forth herein shall be deemed a waiver of Installer's right to pursue any additional entities and Installer expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Installer. Installer reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

3.  Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

4.  Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

ISLAND COAST DRYWALL & STUCCO, INC.

By: _____
    Signature

Print Name: DAVID DYKE

Title: a representative of MCC an insurer of Island Coast Drywall & Stucco, Inc.
Date: _____ 9/28/12

14741698v1  0900735

**EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(ISLAND COAST DRYWALL & STUCCO, INC.)**

| Property Address |
|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Installer retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _James Francis Ivory_
      First         Middle         Last

Name: _MARIA   E.   IVORY_
      First         Middle         Last

_CDW address:
16315 Maya Cir,
Punta Gorda FL
33955_

Address: _3236 MONARCH CT._
      Street Address

      _Ft. COLLINS, COLO. 80525_
      City, State, Zip

Executed by _Jim Ivy_       November 1, 2011
      Signature                Date

Executed by _Maria E. Ivary_       November 1, 2011
      Signature                Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Osvaldo A. Izquierdo_
      First        Middle        Last

Name: _____
      First        Middle        Last

Address: _323 NE 30 AVE_
        Street Address

_Homestead, FL 33016_
        City, State, Zip

Executed by _____    _October 24, 2011_
        Signature                  Date

Executed by _____    _____
        Signature                  Date

To:    Arnold Levin
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Todd R. Ehrenreich
        WEINBERG WHEELER HUDGINS GUNN & DIAL
        2601 South Bayshore Drive, Suite 1500
        Miami, FL 33133

        Michael P. Peterson
        PETERSON & ESPINO, P.A.
        10631 S.W. 88th Street, Suite 220
        Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

<table>
<tr><td>

**REQUEST FOR EXCLUSION ("OPT-OUT")**

**BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION**

</td></tr>
</table>

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:      J. Cherry & Sons, Inc.

Current Address:      2212 SW Racquet Club Drive, Palm City, FL 34990

Opt Out
Property Address:      See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.      Installer (unknown at this time), or any of its entities, and its insurers

2.      Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

3.      Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

4.   <u>Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers</u>

J. CHERRY & SONS, INC.

By: _____
        Signature

Print Name: __DAVID DYKE__

Title: <u>a representative of MCC an insurer of J. Cherry & Sons, Inc.</u>

Date: ___9/28/12___

14741766v1  0900735

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(J. CHERRY & SONS, INC.)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

---

### REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                 J. Helm Construction, Inc.

Current Address:      1025 W. Indiantown Road, Suite 101
                      Jupiter, FL 33458

Opt Out
Property Address:     See Exhibit "A"

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.   Banner Supply Co. and its insurers
2.   All Pro Construction & Design, Inc. and its insurers
3.   Building Metal, Inc. and its insurers
4.   La Suprema Enterprise, Inc.
5.   La Suprema Trading, Inc.
6.   Rothchilt Int'l, Ltd.
7.   Taishan Gypsum, Co.
8.   Taian Taishan Plasterboard, Co.

J. Helm Construction, Inc.

By: _Kim Helm_____
    Signature

Print Name: _Kim Helm_____
Title: _Sec. Treas_____
Date: _9/30/12_____

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.
{25175198;1}

## EXHIBIT "A" TO REQUEST FOR EXCLUSION
## FROM BANNER SETTLEMENT CLASS
## (J. HELM CONSTRUCTION INC.)

Builder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of the Builder's Banner-supplied Affected Properties has opted out of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. This includes, but is not limited to:

18894 SE Jupiter Inlet Way
Tequesta, FL 33469

---

### REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name: __J.M.G. Drywall, Inc._____

Current Address: __2141 S.W. 113th Avenue, Davie, FL 33325_____

Opt Out
Property Address: __See Exhibit "A" attached hereto._____

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1. __Banner Supply Company and Banner Supply Pompano, and their applicable__
   __affiliates and insurers_____

2. __La Suprema Trading, Inc. and La Suprema Enterprise, Inc., and their__
   __respective insurers._____

3. __Rothchilt Int'l, Ltd., and its insurers_____

4. __Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf__
   __Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation__
   __GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO__
   __Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co.,__

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.

Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

5.     Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

J.M.G. DRYWALL, INC.

By: _____ FBN 58628 Fr Luis N. Perez

LUIS N. PEREZ as Attorney of Record

Date: _9/28/12_

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(J.M.G. DRYWALL, INC.)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

---

### REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:                    J.S.D. Builders, Inc.

Current Address:         698 Carriage Hill Lane, Boca Raton, FL 33486

By: _____

Signature

Print Name: JOE D NAIRD

Title: PRESIDENT

Date: 9/26/12

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**
704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

PLEASE REPLY TO:
**NEW ORLEANS**

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
      Defendant: JSK Construction
      USDC Eastern District No. 10-361, Div. L
      Our File Number: 323.0021

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

September 28, 2012
PSC and Liaison Counsel
Page 2

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: JSK Construction
Address:

Executed by: _____

Glenn B. Adams, Esquire
Attorney for JSK Construction

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
**NEW ORLEANS**

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:    Arnold Levin
       Levin, Fishbein, Sedran & Berman
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       Weinberg, Wheeler, Hudgins
       Gunn & Dial, LLC
       2601 South Bayshore Dr., Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       Peterson & Espino, P.A.
       10631 S.W. 88th St. Suite 220
       Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:    Payton, Sean and Beth, et al v. Knauf Gips KG, et al
       Defendant: J.W. Hodges Drywall, Inc.
       USDC Eastern District No. 10-361, Div. L
       Our File Number: 323.0007, 323.0008, and 323.0016

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

September 28, 2012
PSC and Liaison counsel
Page 2

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: J.W. Hodges Drywall, Inc.

Address:

Executed by:  _____

Glenn B. Adams, Esquire
Attorney for J.W. Hodges Drywall, Inc.

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
**NEW ORLEANS**

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:  Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:  Payton, Sean and Beth, et al v. Knauf Gips KG, et al
Defendant: JD Tillman Construction
USDC Eastern District No. 10-361, Div. L
Our File Number: 323.0024

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

September 28, 2012
PSC and Liaison Counsel
Page 2

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: JD Tillman Construction

Address:

Executed by: _____

Glenn B. Adams, Esquire
Attorney for JD Tillman Construction

REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action, but only with respect to the property on Exhibit A.

Name: _____ JWR CONSTRUCTION SERVICES, INC. _____

Current Address: _____ 1311 Newport Center Drive West, Suite C, Deerfield Beach, FL 33442 _____

Opt Out
Property Address(es): _See Exhibit A, attached hereto._ _____

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]:

1. C.A. Steelman, Inc. (installer), and its applicable insurers. _____

2. Banner Supply Co.; Banner Supply Co. Fort Myers, LLC; Banner Supply International, LLC (suppliers), and their respective insurers. _____

3. La Suprema Trading, Inc. and La Suprema Enterprise, Inc. (importers), and their respective insurers. _____

4. Rothchilt Int'l, Ltd., and its insurers. _____

5. Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT. Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers). _____

_____

[1]. Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.

6.    Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.; Taian Taishan Plasterboard Co., Ltd.; and Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Ainhuang Dao Taishan Building Materials Co., Ltd. (manufacturers), et. al. and their respective insurers.

JWR CONSTRUCTION SERVICES, INC.

By: _____
       Signature

Print Name: ___Jerry W DuBois, President___
Title: _____
Date: _____9.20.12_____

{25149964;1}

## EXHIBIT "A" TO REQUEST FOR EXCLUSION FROM
## BANNER SETTLEMENT CLASS
### (JWR CONSTRUCTION SERVICES, INC.)

Builder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of the Builder's Banner-supplied Affected Properties has opted out of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. This includes, but is not limited to:

| | |
|---|---|
| 1. | 11001 Gulf Reflections Drive Unit A208 Ft. Myers, FL 33908 |
| 2. | 11001 Gulf Reflections Drive Unit A405 Ft. Myers, FL 33908 |
| 3. | 11001 Gulf Reflections Drive Unit A308 Ft. Myers, FL 33908 |
| 4. | 11001 Gulf Reflections Drive Unit (unknown) Ft. Myers, FL 33908 (note that the opt out request filed by Barry Howard Katz in the Builders, Installers, Suppliers and Participating Insurers Settlement ("Global Settlement"), dated August, 29, 2012, did not specifically identify the unit to which his opt out request applies. The undersigned Builder opts out of the Banner Settlement Class for whichever unit or units that Katz is ultimately found to have opted out of the Global Settlement). |

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

**The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.**

Name: <u>Adrian</u>                          <u>Jagdeosingh</u>
     First            Middle        Last

Name: <u>Kerry</u>                          <u>Jagdeosingh</u>
     First            Middle        Last

Address: <u>12887 Equestrian Trail</u>
       Street Address

       <u>Davie, Florida 33330</u>
       City, State/Zip

Executed by _____  Date __11/30/11__

Executed by _____  Date __11/30/11__

To:   Michelle Nelson, Esq.
      Paxton & Smith, P.A.
      Barristers Building, Suite 500
      1615 Forum Place
      West Palm Beach, Florida 33401

      Jeffrey Dwyer, Esq.
      Law Office of Bohdan Neswiacheny
      540 NE 4th Street.
      Ft. Lauderdale, Florida 33301

      Edwin Mortel, Esq.
      Peters Bernard
      416 Flamingo Avenue
      Stuart, Florida 34996

Todd R. Ehrenreich, Esq.
Weinberg Wheeler Hudgins Gunn & Dial
2001 South Bayshore Drive, Suite 1500
Miami, Florida 33133

21L0086

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Stratton M. Jamison_
      First         Middle        Last

Name: _Susan Jamison_
      First         Middle        Last

Address: _108 Palo De Oro Dr._
          Street Address

         _Islamorada, Fla. 33036_
         City, State, Zip

Executed by _[signature]_     _October 24, 2011_
      Signature              Date

Executed by _[signature]_     _October 24, 2011_
      Signature              Date

To:   Arnold Levin
     LEVIN, FISHBEIN, SEDRAN & BERMAN
     510 Walnut Street, Suite 500
     Philadelphia, PA 19106

     Todd R. Ehrenreich
     WEINBERG WHEELER HUDGINS GUNN & DIAL
     2601 South Bayshore Drive, Suite 1500
     Miami, FL 33133

     Michael P. Peterson
     PETERSON & ESPINO, P.A.
     10631 S.W. 88th Street, Suite 220
     Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Petrus_ _Jaspers_
First            Middle            Last

Name: _____
First            Middle            Last

Current
Address: _1490 SE 15th Street, Units 101 & 103_
Street Address

_Ft. Lauderdale, FL 33316_
City, State, Zip

Affected
Property
Address: _1490 SE 15th Street, Units 101 & 103_
Street Address

_Ft. Lauderdale, FL 33316_
City, State, Zip

Executed by: _Petrus Jaspers_       _9/27/12_
Signature                          Date

Executed by: _____
Signature                          Date

To:   Arnold Levin, Esq.
      LEVIN, FISHBEIN, SEDRAN &
      BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich, Esq.
      WEINBERG, WHEELER
      HUDGINS GUNN & DIAL LLC.
      2601 South Bayshore Drive,
      Suite 1500
      Miami, Fl 33133

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _MOHAMMAD_ _JAVED_
      First          Middle         Last

Name: _SAFIA_ _JAVED_
      First          Middle         Last

Address: _8961 N.W. 8th STREET_
         Street Address
_PEMBROKE PINES FL  33024_
         City, State, Zip

Executed by _[signature]_     _1-10-2012_
        Signature             Date

Executed by _[signature]_     _1-10-2012_
        Signature             Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

**The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.**

Name: <u>Paul</u>               <u>Johnson</u>
       First        Middle      Last

Name: <u>Caron</u>              <u>Johnson</u>
       First        Middle      Last

Address: <u>12708 Equestrian Trail</u>
          Street Address

        <u>Davie, Florida 33330</u>
         City, State, Zip

Executed by _____   Date: 11/15/2011
         Signature

Executed by _____   Date: 11/15/2011
         Signature

To:   Michelle Nelson, Esq.         Todd R. Ehrenreich, Esq.
      Paxton & Smith, P.A.          Weinberg Wheeler Hudgins Gunn & Dial
      Barristers Building, Suite 500     2001 South Bayshore Drive, Suite 1500
      1615 Forum Place             Miami, Florida 33133
      West Palm Beach, Florida 33401

      Jeffrey Dwyer, Esq.
      Law Office of Bohdan Neswiacheny
      540 NE 4th Street.
      Ft. Lauderdale, Florida 33301

      Edwin Mortel, Esq.
      Peters Bernard
      416 Flamingo Avenue
      Stuart, Florida 34996

*21L0084*

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:    Arnold Levin                           Michael A. Sexton
       Levin, Fishbein, Sedran & Berman       Weinberg, Wheeler, Hudgins,
       510 Walnut Street, Suite 500           Gunn & Dial, LLC
       Philadelphia, PA 19106                 3344 Peachtree Road, NE
                                              Suite 2400
       Todd R. Ehrenreich                     Atlanta, GA 30326
       Weinberg, Wheeler, Hudgins
       Gunn & Dial, LLC                       Dorothy Wimberly
       2601 South Bayshore Dr., Suite 1500    Stone, Pigman, Walther,
       Miami, FL 33133                        Wittman, LLC
                                              546 Carondelet Street
       Michael P. Peterson                    New Orleans, LA 70130
       Peterson & Espino, P.A.
       10631 S.W. 88th St. Suite 220
       Miami, FL 33186

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer:  _JUDSON CONSTRUCTION GROUP, LLC_

Address:  _11000 METRO PKWY, SUITE 13, FT. MYERS, FL 33966_

Executed by:  _C. TBW_

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall
Action.

Name: _Wayne_ — _Kaplan_
       First          Middle         Last

Name: _Judith_    _A._       _Stichter_
       First          Middle         Last

Address: _17866 Lake Azure Way_
        Street Address
        _Boca Raton, FL 33496_
        City, State, Zip

Executed by _Wayne Kpl_      _7/18/11_
        Signature                  Date

Executed by _Judith_      _7/18/11_
        Signature                  Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Robert V. Fitzsimmons
Rumberger Kirk & Caldwell
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037

The undersigned Installer hereby conditionally opts out of the Banner Settlement Class in the Chinese Drywall Action.

**Name:**          Karr Drywall, Inc.

**Current Address:**   3550 Work Drive, Suite B-9, Ft. Myers, Florida 33916

**Opt Out**
**Property Address:**   See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows.[1]

---

[1]   Nothing set forth herein shall be deemed a waiver of Installer's right to pursue any additional entities and Installer expressly reserves such right. Further, this conditional opt-out is being filed in the event that there are any opt-out(s) pertaining to this Installer. Installer reserves the right to amend this limited opt-out to add any other party(ies) that may be involved and identified on a homeowner opt-out after that opt-out is filed in MDL 2047.

1.  Builder (unknown at this time), or any of its entities, and its insurers.

2.  Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers.

3.  Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder KnaufVerwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf NewBuilding Material Products Co., Ltd., et. al (manufacturers).

4.  Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers.

Karr Drywall, Inc.

By: _____
Signature

Print Name: Roel Karr

Title: Vice President

W:\Clients\62065-07\Documents\Opt Out (Banner).wpd

EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(KARR DRYWALL, INC.)

| | |
|---|---|
| 1. | Any and all properties for which a class member opts out of the Builders, Installers, Suppliers and Participating Insurers Settlement.  Notwithstanding this limited opt-out, undersigned Installer retains the benefits of the  Builders, Installers, Suppliers and Participating Insurers Settlement. |

## REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Barry      Howard      Katz_
      First        Middle        Last

Name: _____ _____ _____
      First        Middle        Last

Address: _22059 Martella Ave_
      Street Address

_Boca Raton, FL. 33433_
      City, State, Zip

property address:
11001 Gulf Reflections Dr.
Unit A406
Fort Myers, FL 33908

Executed by _____      _3/29/12_
      Signature                    Date

Executed by _____      _3/29/12_
      Signature                    Date

To:    Arnold Levin
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Todd R. Ehrenreich
        WEINBERG WHEELER HUDGINS GUNN & DIAL
        2601 South Bayshore Drive, Suite 1500
        Miami, FL 33133

        Michael P. Peterson
        PETERSON & ESPINO, P.A.
        10631 S.W. 88th Street, Suite 220
        Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

LAW OFFICES
## PLAUCHÉ, SMITH & NIESET, L.L.C.

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK M. WALKER, JR.
MICHAEL J. MCNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER P. IEYOUB
H. DAVID VAUGHAN II
JOSEPH R. POUSSON, JR.
V. ED MCGUIRE, III
ERIC W. ROAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING*
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A LIMITED LIABILITY COMPANY
1123 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

A. LANE PLAUCHÉ (1919-2006)
S.W. PLAUCHÉ (1889-1952)
S.W. PLAUCHÉ, JR. (1915-1966)

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

(337) 436-0522
FAX (337) 436-9637

September 28, 2012

**CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION**

* also admitted in Texas

dvaughan@psnlaw.com

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   Chinese Manufactured Drywall Products
Liability Litigation, MDL No.: 2047
United States District Court, Eastern District of Louisiana

To Whom It May Concern:

The undersigned opts out of the Banner settlements only to the extent a homeowner or other claimant for one of the undersigned's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

Kaye Homes, Inc.
Custom Homes by Kaye, Inc.
5979 Pine Ridge Road
Naples, FL 34119

By: _____
H. DAVID VAUGHAN II, Their Attorney

HDVII/cs

## BANNER SETTLEMENT *CONDITIONAL* OPT-OUT NOTICE

PLEASE TAKE NOTICE that pursuant to Section 6 of the Amended Stipulation and Agreement of Settlement regarding the Banner Supply entities and their insurers ("Banner Settlement"), the undersigned (the KB HOME entities) hereby opt-out from the Banner Settlement Class in the Chinese Drywall Action *only to the extent that a homeowner or other claimant for one or more of KB HOME's Banner-supplied affected properties has opted-out of the Builder, Installer, Supplier & Insurer Settlement Agreement ("Global Settlement").* Any such opt-out by the KB HOME entities is limited to those affected properties of homeowners or other claimants that opt-out of the Global Settlement, and shall not apply to any properties of homeowners or other claimants that do not opt-out of the Global Settlement.

Name of Class Member Conditionally Opting-Out:

KB HOME Tampa LLC, KB HOME Florida LLC, KB HOME Treasure Coast LLC, KB HOME Jacksonville LLC, KB HOME Orlando LLC, KB HOME Fort Myers LLC, and KB HOME/SHAW Louisiana LLC.

Current Address of Class Member Conditionally Opting-Out:

KB HOME, 10990 Wilshire Blvd., 7th Floor, Los Angeles, CA 90024

Date: 9/28/12

Signature:

Name: ~~Travis Cope, Senior Regional Counsel~~ VP, Asst GC

Submitted to:

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dorothy Wimberly
Stone Pigman Walther Wittman LLC
546 Carondelet Street
New Orleans, LA 70130

Michael A. Sexton
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

24767148.1

PORTEOUS, HAINKEL AND JOHNSON, L.L.P.
704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

PLEASE REPLY TO:
**NEW ORLEANS**

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
      Defendant: Kelley Drywall
      USDC Eastern District No. 10-361, Div. L
      Our File Number: 323.0002

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

September 28, 2012
PSC and Liaison Counsel
Page 2


To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.


Contractor/Installer: Kelley Drywall

Address:

Executed by: _____

Glenn B. Adams, Esquire
Attorney for Kelley Drywall

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:   Arnold Levin                              Michael A. Sexton
      Levin, Fishbein, Sedran & Berman          Weinberg, Wheeler, Hudgins,
      510 Walnut Street, Suite 500              Gunn & Dial, LLC
      Philadelphia, PA 19106                    3344 Peachtree Road, NE
                                                Suite 2400
      Todd R. Ehrenreich                        Atlanta, GA 30326
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC                          Dorothy Wimberly
      2601 South Bayshore Dr., Suite 1500       Stone, Pigman, Walther,
      Miami, FL 33133                           Wittman, LLC
                                                546 Carondelet Street
      Michael P. Peterson                       New Orleans, LA 70130
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

        The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall
Action.

        To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it
is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a
class member in both the Class the Banner Settlement and the Class Action Settlement between
the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the
"Global Settlement") opts out of the Global Settlement.

        In the event such class member opts back in to the Global Settlement, the undersigned
intends to opt back in to the Banner Settlement to the extent permitted by existing or future order
of the Chinese Drywall MDL Court.

Contractor/Installer:   Kelley's Quality Drywall, Inc.

Address:                1842 Piccadilly Circle
                        Cape Coral, FL  33991

Executed by:        Brian L. Reboul, Esq.          this 28th day of September, 2012.

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:  Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Class the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: Kelley's Quality Drywall, Inc.

Address: 1842 Piccadilly Circle, Cape Coral, FL 33991-3100

Executed by: _____

5243091.1

## PORTEOUS, HAINKEL AND JOHNSON, L.L.P.
### 704 CARONDELET STREET
### NEW ORLEANS, LOUISIANA 70130-3774
### TELEPHONE 504-581-3838
### FACSIMILE 504-581-4069

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
gadams@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6226
Fax:  (504) 412-6326

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

PLEASE REPLY TO:
### NEW ORLEANS

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

      Michael A. Sexton
      Weinberg, Wheeler, Hudgins,
      Gunn & Dial, LLC
      3344 Peachtree Road, NE
      Suite 2400
      Atlanta, GA 30326

      Dorothy Wimberly
      Stone, Pigman, Walther,
      Wittman, LLC
      546 Carondelet Street
      New Orleans, LA 70130

      Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
            Defendant: Kemah Construction
            USDC Eastern District No. 10-361, Div. L
            Our File Number: 114.0058

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

September 28, 2012
PSC and Liaison Counsel
Page 2

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Class the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: Kemah Construction

Address:

Executed by: _Denia S. Aiyegbusi_

Denia S. Aiyegbusi, Esquire
Attorney for Kemah Construction

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Jay          J.          Kirby_
        First        Middle        Last

Name: _____
        First        Middle        Last

Address: _55 Bayview dr  Brick N.J 08723_     Property address:
          Street Address                      11001 Gulf Reflections Dr
                                              unit 202
_____
City, State, Zip

Executed by _____    _9-19-12_
            Signature                 Date

Executed by _____    _____
            Signature                 Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: ___NINA_____Leone AKA Kirby___
First          Middle          Last

Name: _____
First          Middle          Last

Address: _Property address: 11001 Gulf Reflections Dr Unit 20_
Street Address

_____
City, State, Zip

Executed by _____      9 26 12
Signature                  Date

Executed by _____      _____
Signature                  Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Robert J Kirby_
     First          Middle         Last

Name: _____
     First          Middle         Last

Address: _11001 GULF REFLECTIONS DRIVE BUILDING "A" UNIT 407_
       Street Address

_FT. MYERS FL 33908_
     City, State, Zip

Executed by _[signature]_      _4/11/12_
     Signature                 Date

Executed by _____
     Signature                 Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: Angelic Renee Shakir-Kirkconnell
     First              Middle            Last

Name: Bryan Christian Kirkconnell
     First              Middle            Last

Address: 449 Scanlon Rd SW
         Street Address

         Palm Bay FL 32908
         City, State, Zip

Executed by _Angel P. Strickland_     _2/2/12_
        Signature                    Date

Executed by _Bryan C. Kirkconnell_     _2/2/12_
        Signature                    Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Helene_____Kranz_____
       First          Middle          Last

Name: _Christina_____Kranz_____
       First          Middle          Last

Address: _286 BAY 10th street_____
         Street Address

        _Brooklyn NY 11228_____
        City, State, Zip

Executed by _Helene Kranz_____  _1/26/12_____
          Signature               Date

Executed by _Christina Kranz_____  _1/26/12_____
          Signature               Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

---

| REQUEST FOR EXCLUSION ("OPT-OUT")<br><br>BANNER SETTLEMENT CLASS<br>RE: CHINESE MANUFACTURED<br>DRYWALL LITIGATION |
| --- |

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Robert V. Fitzsimmons
Rumberger Kirk & Caldwell
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Installer hereby conditionally opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:      KT Drywall, Inc.

Current Address:      17309 Castille Road, Fort Myers, FL 33967

Opt Out
Property Address:      See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.      Builder (unknown at this time), or any of its entities, and its insurers

2.      Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

---

[1] Nothing set forth herein shall be deemed a waiver of Installer's right to pursue any additional entities and Installer expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Installer. Installer reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

3.  Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

4.  Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

KT DRYWALL, INC.

By: _____
    Signature

Print Name: _DAVID DYKO_____

Title: a representative of MCC an insurer of KT Drywall, Inc.

Date: _____9/28/12_____

EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(KT DRYWALL, INC.)

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Installer retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**
704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

PLEASE REPLY TO:
**NEW ORLEANS**

September 28, 2012

---

## REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

      Michael A. Sexton
      Weinberg, Wheeler, Hudgins,
      Gunn & Dial, LLC
      3344 Peachtree Road, NE
      Suite 2400
      Atlanta, GA 30326

      Dorothy Wimberly
      Stone, Pigman, Walther,
      Wittman, LLC
      546 Carondelet Street
      New Orleans, LA 70130

      Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
            Defendant: L & J Builders
            USDC Eastern District No. 10-361, Div. L
            Our File Number: 323.0022

September 28, 2012
PSC and Liaison Counsel
Page 2


The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.


Contractor/Installer: L & J Builders

Address:

Executed by:  _____
              Glenn B. Adams, Esquire
              Attorney for L & J Builders

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall
Action.

Name: Diamelis                          Leal
      First          Middle          Last

Name: Leonel                            Leal
      First          Middle          Last

Address: 3060 SW 145 Ct
         Street Address

         Miami FL 33175
         City, State, Zip

Executed by _____   ____October 24, 2011____
         Signature                Date

Executed by _____   ____October 24, 2011____
         Signature                Date

To:    Arnold Levin                Michael A. Sexton, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN    Weinberg Wheeler Hudgins Gunn & Dial LLC
       510 Walnut Street, Suite 500        3344 Peachtree Road, NE
       Philadelphia, PA 19106            Suite 2400
                                       Atlanta, GA 30326

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL    Dorothy Wimberly, Esq.
       2601 South Bayshore Drive, Suite 1500    Stone Pigman Walther Wittmann LLC
       Miami, FL 33133                  546 Carondelet Street
                                       New Orleans, LA 70130

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186