September 28, 2012

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street
Suite 220
Miami, FL 33186

Dorothy H. Wimberly
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

> **Re:**  **In Re: Chinese Manufactured Drywall Products Liability Litigation**
> **MDL No. 2047, United States District Court, Eastern District of Louisiana**
> **Notice of Limited Opt-Out: Banner Class Action Settlement**

Dear Counselors:

Lennar Corporation, Lennar Homes, LLC, and U.S. Home Corporation (collectively, "the "Lennar Entities") hereby opt out of the Banner Settlement Class to the extent and insofar as claimants for the following three properties have or may have opted-out of the Builder, Installer, Supplier & Insurer Settlement Agreement:

(1) 2612 Clipper Circle, West Palm Beach, Florida 33411;[1]

(2) 9783 Midship Way #2, West Palm Beach, Florida 33411;[2] and

---

[1]     The installer of the defective Chinese-manufactured drywall in this home was ABC Drywall Corporation. Upon information and belief, the supplier of the drywall was Rosen Building Supplies, Inc., which was subsequently acquired by ProBuild Company, LLC and its sole owner ProBuild Holdings LLC.  The Lennar Entities have repaired this home and received a limited release and assignment from the owner/claimant pursuant to the terms of a Work Authorization Agreement.

[2]     The installer of the defective Chinese-manufactured drywall in this home was ABC Drywall Corporation. Upon information and belief, the supplier of the drywall was Rosen Building Supplies, Inc., which was subsequently

(3) 2926 N.E. 2nd Drive, Homestead, Florida 33033.[3]

The Lennar Entities also opt out of the Banner Settlement Class to the extent and insofar as any additional claimants for one of the Lennar Entities' Banner-supplied Affected Properties opt-out of the Builder, Installer, Supplier & Insurer Settlement Agreement.[4]   The Lennar Entities are prepared to withdraw these opt-outs if and when the claimants for these homes withdraw their opt-outs to the Builder, Installer, Supplier & Insurer Settlement Agreement, or if it is determined that the claimants' homes do not contain defective Chinese-manufactured drywall that was supplied by one of the Banner Entities.

This written notice is being sent by First Class Mail, postmarked on September 28, 2012.

> **Lennar Corporation, Lennar Homes, LLC, and U.S. Home Corporation**
> **700 Northwest 107th Avenue**
> **Miami, Florida 33172**

Signature: _____

Print Name:   Richard Beckwitt

Title:   President

Date:   9/28/2012

---

acquired by ProBuild Company, LLC and its sole owner ProBuild Holdings LLC.  The Lennar Entities have repaired this home and received a limited release and assignment from the owner/claimant pursuant to the terms of a Work Authorization Agreement.

[3]     The installer of the defective Chinese-manufactured drywall in this home was Finset Drywall, Inc.  Upon information and belief, the supplier of the drywall was L&W Supply Corporation d/b/a Seacoast Supply and/or USG Corporation.  The Lennar Entities have offered to repair this home, but the owner/claimant has refused these offers.

[4]     Because the opt-out deadline for all parties for all settlement agreements in the MDL is the same date, it is impossible for the Lennar Entities to know if any additional homeowners or other claimants for one of the Lennar Entities' Banner-supplied Affected Properties has opted out prior to the opt-out deadline.



# Trenam Kemker
### ATTORNEYS

PLEASE REPLY TO:
P. O. Box 1102
Tampa, FL 33601-1102
Phone: (813) 227-7481
E-Mail: pjpoff@trenam.com

September 20, 2012

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA  19106

Michael P. Peterson, Esq.
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL  33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA  30326

Dorothy H. Wimberly, Esq.
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA  70130

RE:   In re: Chinese-Manufactured Drywall Products Liability Litigation
      MDL No. 2047; Banner Supply Settlement Class Opt-Out Notice
      *Related case: Jeffrey T. Levy and Karen B. Levy v.*
      *Emerald Greens at Carrollwood, LLC, et al.*
      *LTL Construction, Inc. v. Beijing New Building Material, PLC, et al.*
      Case No. 10-CA-012855, Hillsborough County, Florida
      - Our File No. 09-2812

Dear Counsel:

*previous*

This firm represents the interests of residential property owners Jeffrey T. Levy and Karen B. Levy in related state court Chinese Drywall litigation involving their residence located at 13962 Clubhouse Drive, Tampa, Florida 33618-2747, styled *Jeffrey T. Levy and Karen B. Levy v. Emerald Greens at Carrollwood, LLC, et al.*, which is now pending in the Circuit Court of the Thirteenth Judicial Circuit, Hillsborough County, Florida, Case No. 10-CA-012855.

This state court action was conditionally certified as a part of the nationwide settlement class per the August 11, 2011 Order Preliminarily Approving Amended Stipulation and Agreement of Settlement, Conditionally Certifying Class, Issuing Class Notice and Scheduling Fairness Hearing ("Banner Class Settlement") issued in In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, and signed by United States District Judge, Eldon E. Fallon.

101 E. Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474
Fax: (813) 229-6553                          www.trenam.com

200 Central Avenue, Suite 1600
St. Petersburg, Florida 33701
Tel: (727) 896-7171
Fax: (727) 822-8048

Arnold Levin, Esq.
Michael A. Sexton, Esq.
Michael P. Peterson, Esq.
Dorothy H. Wimberly, Esq.
September 20, 2012
Page 2

Pursuant to Section 6 of the Amended Stipulation and Agreement of Settlement and the August 11, 2011 Order Preliminarily Approving Amended Stipulation and Agreement of Settlement, Conditionally Certifying Class, Issuing Class Notice and Scheduling Fairness Hearing issued in In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 20-47, the undersigned residential property owners Jeffrey T. Levy and Karen B. Levy, whose current mailing address is ~~13962 Clubhouse Drive, Tampa, FL 33618-2747~~, **hereby opt-out of the Banner Settlement Class in the Chinese Drywall Action.** 2394 Saddleback Dr Danville, CA 94506

X _Jeffrey T. Levy_           X _Karen B. Levy_

By signing above we, Jeffrey T. Levy and Karen B. Levy, whose current residence is 2394 Saddleback Drive, Danville, CA  94506, opt-out of the Banner Settlement Class in the Chinese Drywall Action and understand and agree as follows:

IN ORDER TO PURSUE AN INDIVIDUAL CLAIM AGAINST BANNER DEFENDANTS OR THEIR INSURERS BY LITIGATION, ARBITRATION, OR OTHERWISE, WE MUST OPT-OUT; OTHERWISE, IF THE SETTLEMENT IS APPROVED, AND WE ARE PROPERLY WITHIN THE CLASS WE WILL NOT BE ABLE TO PURSUE CLAIMS AGAINST BANNER DEFENDANTS OR THEIR INSURERS ARISING OUT OF, IN ANY MANNER RELATED TO, OR CONNECTED IN ANY WAY WITH CHINESE DRYWALL.

Request is hereby made that you file this opt-out notice with the Court. If you are in need of any further information to effectuate this opt out request, please contact us immediately in writing regarding same.

Very truly yours,

Patrick J. Poff

PJP:njc

---

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name: _Littles Construction of Central Florida, Inc._

Current Address: _1190 Old Lake Alfred Road, Auburndale, FL 33823_

By: _Michael W. Littles_
       Signature

Print Name: _Michael W. Littles_
Title: _President / owner_
Date: _9/28/12_

PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone:  (504) 412-6249
Fax:  (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON (1905-1964)
JOHN J. HAINKEL (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
NEW ORLEANS

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

      Michael A. Sexton
      Weinberg, Wheeler, Hudgins,
      Gunn & Dial, LLC
      3344 Peachtree Road, NE
      Suite 2400
      Atlanta, GA 30326

      Dorothy Wimberly
      Stone, Pigman, Walther,
      Wittman, LLC
      546 Carondelet Street
      New Orleans, LA 70130

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
      Defendant: Louran Builders/Vincent Montalto Construction
      USDC Eastern District No. 10-361, Div. L
      Our File Number: 323.0009, 323.0020, and 323.0025

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

September 28, 2012
PSC and Liaison counsel
Page 2

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: Louran Builders/Vincent Montalto Construction

Address:

Executed by: _____
                 Glenn B. Adams, Esquire
                 Attorney for Louran Builders/Vincent Montalto Construction

# MEIROSE & FRISCIA, P.A.
### Attorneys and Counselors At Law

SUITE 250
5550 WEST EXECUTIVE DRIVE
TAMPA, FLORIDA 33609

LEO H. MEIROSE, JR
FRANCIS E. FRISCIA
JASON A. LUBLINER
BRENTON J. ROSS
GEORGE D. ROOT, III

December 14, 2011

TEL: (813) 289-8800
FAX: (813) 281-2005

**Sent via Certified Mail and US Mail**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Re:   In re: Chinese-Manufactured Drywall Products Liability Litigation
      MDL No. 2047
      *Related case: Jeffrey T. Levy and Karen B. Levy v. Emerald Greens at*
      *Carrollwood, LLC, et al.*
      Case #:,     10-CA-012855, Hillsborough County, Florida
      Our File:    LTL Construction, Inc.

Dear Mr. Levin:

My office represents the interests of LTL Construction, Inc., in a related case, *Jeffrey T. Levy and Karen B. Levy v. Emerald Greens at Carrollwood, LLC, et al.* This state court action was conditionally certified as a part of the nationwide settlement class per the August 11, 2011 Order Preliminarily Approving Amended Stipulation and Agreement of Settlement, Conditionally Certifying Class, Issuing Class Notice and Scheduling Fairness Hearing issued in In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, and signed by United States District Judge, Eldon E. Fallon.

On December 5, 2011, LTL Construction, Inc., through its legal counsel sent you the opt out notice in conformance with Section 6 of the Amended Stipulation and Agreement of Settlement and the August 11, 2011 Order Preliminarily Approving Amended Stipulation and Agreement of Settlement, Conditionally Certifying Class, Issuing Class Notice and Scheduling Fairness Hearing. However, in an abundance of caution and in an effort to alleviate any potential defenses which may be afforded to Banner Supply, Co., and/or it affiliated subsidiaries, this additional opt out notice is being sent to you at this time signed by William J. Pugh, Director of LTL Construction, Inc., and its counsel.

Pursuant to Section 6 of the Amended Stipulation and Agreement of Settlement and the August 11, 2011 Order Preliminarily Approving Amended Stipulation and Agreement of Settlement, Conditionally Certifying Class, Issuing Class Notice and Scheduling Fairness Hearing issued in In re: Chinese-Manufactured Drywall Products Liability Litigation , MDL No. 2047, **the undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.**

Page 2
LTL Construction, Inc. Opt Out Notice
December 14, 2011

Moreover, in compliance with Section 6 of the Amended Stipulation and Agreement of Settlement, this Class Member is LTL Construction, Inc. The principal address of LTL Construction, Inc. is 3619-B East 10th, Tampa, Florida 33605.


LTL CONSTRUCTION, INC.                          MEIROSE & FRISCIA, PA.



WILLIAM J. PUGH                                 LEO H. MEIROSE, JR., ESQUIRE
Director                                        FBN 239135
LTL Construction, Inc.                          JASON A. LUBLINER, ESQUIRE
3619-B East 10th                           FBN 0948721
Tampa, Florida 33605                            5550 West Executive Drive, Suite 250
                                                Tampa, FL 33609
                                                Tel: 813-289-8800 / Fax: 813-281-2005
                                                Attorneys for LTL Construction, Inc.




LHM/ck
cc:    Yvonne Lanyon
       William J. Pugh

## REQUEST FOR EXCLUSION ("OPT-OUT")

### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. To date, the address listed in the attached Exhibit "A" has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:          LTL Construction, Inc.

Current Address:          3225 S. MacDill Ave. #129260, Tampa, FL 33629

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows:[1]

1.          Banner Supply Company, Banner Supply Ft. Myers and its applicable affiliates and insurers.

2.          La Suprema Trading, Inc. and La Suprema Enterprise, Inc. and its respective insurers.

3.          Rothchilt Int'l, Ltd., and its insurers.

4.          Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.

Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

5. Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard. Co. and all applicable affiliated entities, and their respective insurers.

6. Residential Drywall, Inc. and their respective insurers.

7. Seacoast Supply and all applicable affiliated entities, and their respective insurers.

8. Lakehill Supply and all applicable affiliated entities, and their respective insurers.

9. American Building Products and all applicable affiliated entities, and their respective insurers.

10. Gator Supply, Gator Gypsum, Inc. and all applicable affiliated entities, and their respective insurers.


**LTL Construction, Inc.**

By: _____
Signature

Print Name: William Push

Title: President

Date: 9-28-2012

## EXHIBIT A

### PROPERTY ADDRESSES

| 1. | 13962 Clubhouse Drive, Tampa, Florida 33618 |
|----|---------------------------------------------|

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:   Arnold Levin                        Michael A. Sexton
      Levin, Fishbein, Sedran & Berman    Weinberg, Wheeler, Hudgins,
      510 Walnut Street, Suite 500        Gunn & Dial, LLC
      Philadelphia, PA 19106              3344 Peachtree Road, NE
                                          Suite 2400
                                          Atlanta, GA 30326
      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC                    Dorothy Wimberly
      2601 South Bayshore Dr., Suite 1500 Stone, Pigman, Walther,
      Miami, FL 33133                     Wittman, LLC
                                          546 Carondelet Street
                                          New Orleans, LA 70130
      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: Lucky Strike, M.K., Inc.

Address: 1100 Pine Ridge Road, Naples, FL 34108

Executed by: _____

5243105.1

---

### REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Contractor hereby opts out of the Banner Settlement Class in the Chinese Drywall Action, but only with respect to the property on Exhibit A.

| | |
|---|---|
| Name: | Luke & Sons Construction, Inc. |
| Current Address: | c/o 3470 NW 82nd Avenue, Suite 988, Doral, Florida 33122 |
| Opt Out Property Address: | See Exhibit "A" attached hereto. |

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.  N/A. Contractor had no actual involvement with the drywall installed in the Property Address, and was improperly named as a defendant in the MDL. Accordingly, Contractor does not intend to pursue claims against any other parties.

LUKE & SONS CONSTRUCTION, INC.

By: _____
      Signature

Print Name: Orestes Lopez-Regu
Title: President
Date: 9/26/12

---

[1] Nothing set forth herein shall be deemed a waiver of Contractor's right to pursue any additional entities and Contractor expressly reserves such right.

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(LUKE & SONS CONSTRUCTION, INC.)**

| | |
|---|---|
| 1. | Luke & Sons Construction, Inc. only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of the Banner-supplied Affected Properties allegedly associated with Luke & Sons Construction, Inc. has opted out of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. |

## BANNER SETTLEMENT *CONDITIONAL* OPT-OUT NOTICE

PLEASE TAKE NOTICE that pursuant to Section 6 of the Amended Stipulation and Agreement of Settlement regarding the Banner Supply entities and their insurers ("Banner Settlement"), the undersigned (the M/I Homes entities) hereby opt-out from the Banner Settlement Class in the Chinese Drywall Action *only to the extent that a homeowner or other claimant for one or more of* <u>*any*</u> *of M/I Homes' Banner-supplied affected properties has opted-out of the Builder, Installer, Supplier & Insurer Settlement Agreement ("Global Settlement").*

Any such opt-out by the M/I Homes entities described above is limited to those affected properties of homeowners or other claimants that opt-out of the Global Settlement, and shall not apply to any properties of homeowners or other claimants that do not opt-out of the Global Settlement.

Further, <u>only</u> to the extent this Conditional Opt-Out Notice is deemed invalid, the M/I Homes entities simply opt-out the following five properties, <u>but not any other</u> M/I Homes' Banner-supplied affected properties:

| No. | Address | Drywall Installer | Drywall Supplier |
|---|---|---|---|
| 1 | 5708 Butterfield St. Riverview, FL 33578 | Hinkle Drywall, Inc. and/or Hinkle Drywall, LLC | Banner Supply |
| 2 | 2509 Yukon Cliff Dr. Ruskin, FL 33570 | Hinkle Drywall, Inc. and/or Hinkle Drywall, LLC | Banner Supply |
| 3 | 11416 Dutch Iris Dr. Riverview, FL 33578 | Hinkle Drywall, Inc. and/or Hinkle Drywall, LLC | Banner Supply |
| 4 | 2501 Yukon Cliff Ruskin, FL 33570 | Hinkle Drywall, Inc. and/or Hinkle Drywall, LLC | Banner Supply |
| 5 | 11447 Dutch Iris Dr. Riverview, FL 33578 | Hinkle Drywall, Inc. and/or Hinkle Drywall, LLC | Banner Supply |

[NAME & ADDRESS OF CLASS MEMBER & SIGNATURE ON NEXT PAGE]

24767148.1

<u>Name of Class Member Conditionally Opting-Out:</u>

M/I Homes, Inc. and all subsidiaries and affiliates, including M/I Homes of Florida, LLC; M/I Homes of Tampa, LLC, M/I Homes of West Palm Beach, LLC; and M/I Homes of Orlando, LLC (collectively referenced as "M/I Homes")

<u>Current Address of Class Member Conditionally Opting-Out:</u>

3 Easton Oval, Suite 500, Columbus, OH 43219

Date: 9/28/12

Signature: _____

Name: J. Thomas Mason, Chief Legal Officer

Submitted to:

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dorothy Wimberly
Stone Pigman Walther Wittman LLC
546 Carondelet Street
New Orleans, LA 70130

Michael A. Sexton
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

24767148.1

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:    Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: <u>M.K. Developers, Inc.</u>

Address: <u>1100 Pine Ridge Road, Naples, FL 34108</u>

Executed by: _____

5243102.1

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _JUAN ___ MANUEL ___ MACARIO_
     First          Middle        Last

Name: _VANESSA ___ CRISTINA ___ HOUEL._
     First          Middle        Last

Address: _789 CAVENDER CIRCLE_
        Street Address

_WESTON, FL 33327_
City, State, Zip

Executed by _____    October 24, 2011
       Signature                  Date

Executed by _____    October 24, 2011
       Signature                  Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

> **REQUEST FOR EXCLUSION ("OPT-OUT")**
>
> BANNER SETTLEMENT CLASS
> RE: CHINESE MANUFACTURED
> DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:          MACC Construction, Inc.

Current Address:     350 Jim Moran Blvd, Suite 100, Deerfield Beach, Florida 33442

By:_____
         Signature

Print Name:_____ CClegg Wellbon

Title:_____ President

Date:_____ 9/28/12

---

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                   MacGlen Builders, Inc.

Current Address:        PO Box 356, Macclenny, FL 32063

Opt Out
Property Address:       See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.      Installer (unknown at this time), or any of its entities, and its insurers

2.      Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

3.      Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

4.       <u>Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable
         affiliated entities, and their respective insurers</u>

MACGLEN BUILDERS, INC.

By:_____
    Signature
Print Name:_____DAVID DYKO_____
Title: <u>a representative of MCC an insurer of MacGlen
Builders, Inc.</u>
Date:_____9/28/12_____

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(MACGLEN BUILDERS, INC.)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Belkis_____ _Madera_____
       First        Middle        Last

Name: _____
       First        Middle        Last

Address: _1301 S.W. Parma Ave._____
         Street Address
_Port St. Lucie, FL   34953_____
City, State, Zip

Executed by _B. Madera_____ _7/14/2011____
            Signature              Date

Executed by _B. Madera_____ _7/14/2011____
            Signature              Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

<div style="border:1px solid">

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

</div>

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action, but only with respect to the property on Exhibit "A."

Name:   Management Services of Lee County, Inc., f/k/a Paul Homes, Inc.

Current Address:   4524 SE 16th Place, Suite 2C, Cape Coral, FL 33904

Opt Out
Property Address:   See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.   Banner Supply Company, Banner Supply Ft. Myers, and their applicable affiliates and insurers

2.   La Suprema Trading, Inc. and La Suprema Enterprise, Inc., and their respective insurers.

3.   Rothchilt Int'l, Ltd., and its insurers

4.   Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu) Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

5.   Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

MANAGEMENT SERVICES OF LEE COUNTY, INC., F/K/A
PAUL HOMES, INC.

By: _____
Signature

Print Name: Robert D. Knight JR
Title: Vice President
Date: 9-24-2012

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.

{25179739;1}

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(MANAGEMENT SERVICES OF LEE COUNTY, INC.,**
**F/K/A PAUL HOMES, INC.)**

| 1. | Builder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of the Builder's Banner-supplied Affected Properties has opted out of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. |
|---|---|

## REQUEST FOR EXCLUSION ("OPT-OUT")

### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name: _____Manclar Builders, Inc._____

Current Address: _____12861 S.W. 74th Street, Miami, FL 33183_____

Opt Out
Property Address: _____See Exhibit "A" attached hereto._____

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1. _____Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers_____

2. _____La Suprema Trading, Inc. and La Suprema Enterprise, Inc., and their respective insurers._____

3. _____Rothchilt Int'l, Ltd., and its insurers_____

4. _____Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co.,_____

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.

Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al
(manufacturers).

5.      Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all
        applicable affiliated entities, and their respective insurers

MANCLAR BUILDERS, INC.

By: _____ FBN 58628 Fn Luis N Perez_____

LUIS N. PEREZ, as Attorney of Record

Date: ____9/28/12_____

EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(MANCLAR BUILDERS, INC.)

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

---

### REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:            Mandalay Homes, Inc.

Current Address:     10134 Perthshire Circle, Land O' Lakes, FL 34638

By: _____
    Signature

Print Name: _Brett Davis_
Title: _President_
Date: _9-27-12_

# CONDITIONAL NOTICE OF OPT OUT
# BANNER SETTLEMENT CLASS RE: CHINESE
# MANUFACTURED DRYWALL LITIGATION

The undersigned as counsel for Mandy Drywall, Inc. hereby gives notice of its intent to conditionally opt out of the Banner Settlement Class in the Chinese Drywall Action only to the extent an as-yet unidentified homeowner or other claimant for one of Mandy Drywall's Banner-supplied affected properties opts out of the Builder, Installer, Supplier & Insurer Settlement Agreement.

NAME:            Mandy Drywall Inc., a/k/a Mandy Drywall & Stucco Co., Installer

ADDRESS:         13751 SW 143rd Court, Bay 106,
                 Miami, Fl 33186

PLAINTIFF:       To be determined

PROPERTY
DAMAGED:         To be determined

DRYWALL
SUPPLIER:        Banner-related entities

Executed By:  s/ Steven G. Schwartz
                 Steven G. Schwartz, Esquire
                 *Counsel for Mandy Drywall, Inc.*
                    *a/k/a Mandy Drywall & Stucco Co.*
                 Schwartz Law Group
                 6751 N. Federal Highway, #400
                 Boca Raton, FL 33487
                 Ph:  561-395-4747
                 Fx:  561-367-1550
                 sgs@theschwartzlawgroup.com

Copies furnished to via E-mail:
Arnold Levin: Esq., Plaintiff's Lead Counsel (alevin@lfsblaw.com)
Kerry J. Miller, Esq., Defendant's Lead Counsel (kmiller@frilot.com)
Dorothy Wimberly, Esq., Co-Class Counsel (DWimberly@stonepigman.com)
Michael P. Peterson, Esq., Counsel for all Banner Entities (mpeterson@petersonespino.com)
H. Minor Pipes, III, Esq., Insurer Lead Counsel (mpipes@barrassousdin.com)

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Jo Ellen_____ _Mantuo_____
       First          Middle          Last

Name: _____
       First          Middle          Last

Address: _11001 Gulf Reflections Dr. #A308_____
         Street Address

_Fort Myers, FL          33908_____
City, State, Zip

Executed by _Jo Ellen Mantuo_____ Date _3/29/12____

Executed by _____ Date _____

To:  Arnold Levin
     LEVIN, FISHBEIN, SEDRAN & BERMAN
     510 Walnut Street, Suite 500
     Philadelphia, PA 19106

     Todd R. Ehrenreich
     WEINBERG WHEELER HUDGINS GUNN & DIAL
     2601 South Bayshore Drive, Suite 1500
     Miami, FL 33133

     Michael P. Peterson
     PETERSON & ESPINO, P.A.
     10631 S.W. 88th Street, Suite 220
     Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Jorge_____ _Luis_____ _Marcano_____
      First          Middle         Last

Name: _Waleska_____ _____ _Del Rio_____
      First          Middle         Last

Address: _3335   NE 4 st_____
      Street Address

_Homestead, FL 33033_____
      City, State, Zip

Executed by _Jorge L. Marcano___ _Norma L. Rodriguez___ 10/24/11
      Signature    10/24/11      Date

Executed by _Waleska Del Rio___ _Peter E. Hugh___ 10/24/11
      Signature    10/24/11      Date

To:    Arnold Levin
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Todd R. Ehrenreich
        WEINBERG WHEELER HUDGINS GUNN & DIAL
        2601 South Bayshore Drive, Suite 1500
        Miami, FL 33133

        Michael P. Peterson
        PETERSON & ESPINO, P.A.
        10631 S.W. 88th Street, Suite 220
        Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

---

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Installer hereby opts out of the Banner Settlement Class in the Chinese Drywall Action, but only with respect to the property listed on Exhibit A.

Name:          Marty's Drywall Service, Inc.

Current Address:          4450 Parkbreeze Ct., Suite A
                          Orlando FL 32808

Opt Out
Property Address:          See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.    J.A.V. Drywall, Inc. and its insurers
2.    Robert McGlothin Drywall, Inc. and its insurers
3.    Emmanuel Rodriguez Drywall, Inc. and its insurers
4.    Orange Lake Building Materials, Inc. and its insurers
5.    Banner Supply Co., its affiliates and all of their insurers
6.    Lafarge North America, Inc. and its insurers
7.    Beijing New Building Materials
8.    Georgia Pacific and its insurers
9.    Dragon Board (manufacturer) and its insurers
10.   La Suprema Enterprise, Inc.
11.   La Suprema Trading, Inc.
12.   Rothchilt Int'l, Ltd.
13.   Wood Nation, Inc. and its insurers

---

[1] Nothing set forth herein shall be deemed a waiver of Installer's right to pursue any additional entities and Installer expressly reserves such right.
{25192591;2}

Marty's Drywall Service, Inc.

By: _~Maty Rhode~_____
    Signature

Print Name: _MARTY Rhode~_____

Title: _President_____

Date: _9-25-2012_____

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(MARTY'S DRYWALL SERVICE, INC.)**

Installer only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of the Builder's Banner-supplied Affected Properties has opted out of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement.  Notwithstanding this limited opt-out, undersigned Installer retains the benefits of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement.

{25192591;2}

```
┌─────────────────────────────────────────────────────────────────┐
│              REQUEST FOR EXCLUSION ("OPT-OUT")                    │
│                                                                   │
│                   BANNER SETTLEMENT CLASS                         │
│                   RE: CHINESE MANUFACTURED                        │
│                      DRYWALL LITIGATION                           │
└─────────────────────────────────────────────────────────────────┘
```

To:

Arnold Levin, Esquire                    Michael P. Peterson, Esquire
Levin, Fishbein, Sedran & Berman         Peterson & Espino, P.A.
510 Walnut Street, Suite 500             10631 S.W. 88 Street, Suite 220
Philadelphia, PA 19106                   Miami, FL 33186

Michael A. Sexton, Esquire               Dorothy H. Wimberly, Esquire
Weinberg Wheeler Hudgins Gunn & Dial     Stone Pigman Walther Wittmann, LLC
3344 Peachtree Road, NE, Suite 2400      546 Carondelet Street
Atlanta, GA 30326                        New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:              Mastercraft Homes, LLC

Current Address:   500 South Florida Avenue, Suite 800, Lakeland, Florida 33801

By: _____
    Signature

Print Name: S. Kemp Brinson
Title: Attorney for Mastercraft Homes, LLC
Date: 9/28/12

---

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name: _____Mavied Corp._____

Current Address: _41 S.E. 5th Street, Suite 805, Miami, FL 33131_____

Opt Out
Property Address: _See Exhibit "A" attached hereto._____

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.   Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

2.   La Suprema Trading, Inc. and La Suprema Enterprise, Inc., and their respective insurers.

3.   Rothchilt Int'l, Ltd., and its insurers

4.   Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co.,

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.

Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

5.  Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

MAVIED CORP.

By: _____ FBN 58628 For Luis N Perez

LUIS N. PEREZ, as Attorney of Record

Date: 9/28/12

EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(MAVIED CORP.)

| Property Address | |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

---

### REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name: _Medallion Homes Gulf Coast, Inc._

Current Address: _2212 58th Avenue East, Bradenton, FL 34203_

By: _[signature]_
Signature

Print Name: _CHARLES TOKARZ_
Title: _V P_
Date: _9-26-12_

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall
Action.

Name: RICHARD E. MENZ
      First         Middle         Last

Name: CHARLOTTE M. MENZ
      First         Middle         Last

Address: 8663 MAPLELAWN DR.
         Street Address

         BOSTON, N.Y. 14025
         City, State, Zip

property address:
112 SW 35 Ave
Cape Coral, Fl 33991

Executed by _Richard E. Menz_ ___2/2/12___
            Signature            Date

Executed by _Charlotte Menz_ ___2/2/12___
            Signature            Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

---

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Robert V. Fitzsimmons
Rumberger Kirk & Caldwell
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037

---

The undersigned Installer hereby conditionally opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                      Mercado Enterprises, Inc.,

Current Address:           12690 NW SOUTH RIVER DR. MEDLEY FL 33178

Opt Out
Property Address:          See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

   1.          Shoma Homes Splendido, Inc., or any of its related entities, and its insurers

   2.          Banner Supply Company and Banner Supply Pompano, and their applicable
               affiliates and insurers

---

[1] Nothing set forth herein shall be deemed a waiver of Installer's right to pursue any additional entities and Installer expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Installer. Installer reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

3.    IBC Corp., and its insurers

4.    R & R Building Materials, and its insurers

3.    La Suprema Trading, Inc. and La Suprema Enterprise, Inc., and their respective insurers,

4.    Rothchilt Int'l, Ltd., and its insurers

5.    Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

6.    Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

MERCADO ENTERPRISES, INC.,

By: _____
Signature

Print Name: _CARLOS DIAZ-PADRON_

Title: a representative of GIC an insurer of Mercado Enterprises, Inc.

Date: _9/27/2012_

_GRANADA INSURANCE COMPANY._

**EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(MERCADO ENTERPRISES, INC.)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Installer retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |



September 28, 2012

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esq.
Peterson & Espino, P.A.
10631 S.W. 88th Street
Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esq.
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Richard Duplantier, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street
40th Floor
New Orleans, LA 70139

Re:    **In Re: Chinese Manufactured Drywall Products Liability Litigation**
        **MDL No. 2047, United States District Court, Eastern District of Louisiana**
        **Notice of Limited Opt-Out: Banner Class Action Settlement and InEx Class**
        **Action Settlement**

Dear Counselors:

      Meritage Homes of Florida, Inc. and Meritage Homes of Texas, LLC (collectively, the Meritage Entities") hereby opt out of the Banner Settlement Class and the InEx Settlement Class to the extent and insofar as any claimants for one of the Meritage Entities' Banner-supplied Affected Properties or InEx-supplied Affected Properties opt-out of the Builder, Installer,

Supplier & Insurer Settlement Agreement.[1]   The Meritage Entities are prepared to withdraw these opt-outs, if any, if and when the claimants for such homes withdraw their opt-outs to the Builder, Installer, Supplier & Insurer Settlement Agreement, or if it is determined that the claimants' homes do not contain defective Chinese-manufactured drywall that was supplied by one of the Banner Entities or InEx.

   This written notice is being sent by First Class Mail, postmarked on September 28, 2012.

**Meritage Homes of Florida, Inc.**
**Meritage Homes of Texas, LLC**
**17851 N. 85th Street #300**
**Scottsdale, Arizona 85255**

Signature: _____

Print Name: _Mark A. Reynolds_____

Title: _VP, Sr. Litigation Counsel___

Date: ____9/28/12_____

---

[1]    Because the opt-out deadline for all parties for all settlement agreements in the MDL is the same date, it is impossible for the Meritage Entities to know if any homeowners or other claimants for one of the Meritage Entities' Banner-supplied Affected Properties or InEx-supplied Affected Properties has opted out prior to the opt-out deadline.

> ### REQUEST FOR EXCLUSION ("OPT-OUT")
>
> ### BANNER SETTLEMENT CLASS
> ### RE: CHINESE MANUFACTURED
> ### DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:  Metropolitan Design Group, Inc.

Current Address:  PO Box 272804, Houston, TX

Opt Out
Property Address:  See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.  Installer (unknown at this time), or any of its entities, and its insurers

2.  Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

3.  Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly reserves such right.  Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

4.   <u>Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable
      affiliated entities, and their respective insurers</u>

METROPOLITAN DESIGN GROUP, INC.

By: _____
    Signature
Print Name: _____
Title: a representative of MCC an insurer of
METROPOLITAN DESIGN GROUP, INC.
Date: _____

**EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(METROPOLITAN DESIGN GROUP, INC.)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Kenneth L. Mayor_
      First            Middle         Last

Name: _____
      First            Middle         Last

Address: _6754 Bonnie Bay Circle_    Property address:
      Street Address                      120 SE 4th Terr
_Pinellas Park, FL 33781_    Cape Coral, FL
      City, State, Zip

Executed by _Kenneth L. Mayor_    _2/2/12_
      Signature                     Date

Executed by _____    _____
      Signature                     Date

To:    Arnold Levin                Michael A. Sexton, Esq.
      LEVIN, FISHBEIN, SEDRAN & BERMAN    Weinberg Wheeler Hudgins Gunn & Dial LLC
      510 Walnut Street, Suite 500      3344 Peachtree Road, NE
      Philadelphia, PA 19106           Suite 2400
                                  Atlanta, GA 30326

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL    Dorothy Wimberly, Esq.
      2601 South Bayshore Drive, Suite 1500    Stone Pigman Walther Wittmann LLC
      Miami, FL 33133                546 Carondelet Street
                                    New Orleans, LA 70130

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

```
┌─────────────────────────────────────────────────────────┐
│         REQUEST FOR EXCLUSION ("OPT-OUT")                 │
│                                                           │
│            BANNER SETTLEMENT CLASS                        │
│         RE: CHINESE MANUFACTURED                          │
│               DRYWALL LITIGATION                          │
└─────────────────────────────────────────────────────────┘
```

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                    MGB Construction, Inc.

Current Address:         945 Fellsmere Road Suite 3, Sebastian, FL 32958

Opt Out
Property Address:        See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.        Installer (unknown at this time), or any of its entities, and its insurers

2.        Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

3.        Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly reserves such right.  Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

4.      <u>Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers</u>

MGB CONSTRUCTION, INC.

By: _____
     Signature
Print Name: _____ DAVID DYKE _____
Title: <u>a representative of MCC an insurer of MGB Construction, Inc.</u>
Date: _____ 9/28/12 _____

14741796v1 0900735

**EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(MGB CONSTRUCTION, INC.)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

14741796v1  0900735

510 Walnut Street
Suite 500
Philadelphia, PA 19106

Russ M. Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esq.
Peterson & Espino, P.A.
10631 S.W. 88th Street
Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esq.
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   **In Re: Chinese Manufactured Drywall Products Liability Litigation**
      **MDL No. 2047, United States District Court, Eastern District of Louisiana**
      **Notice of Limited Opt-Out: Builder, Installer, Supplier & Insurer Settlement**
      **Agreement and Banner Class Action Settlement**

Dear Counselors:

Miami Riverfront Partners LLC; Latitude One Partners LLC; Latitude Retail Partners LLC; Miami Riverwalk Investments LLC; Dellbrook Manager, Inc.; and EAF Manager, Inc. (collectively, the "Latitude Entities") hereby opt out of the Builder, Installer, Supplier & Insurer Settlement Agreement as a claimant for the following twelve properties:

(1)   185 SW 7th Street, Unit 2112, Miami Fl 33130;

(2)   185 SW 7th Street, Unit 2212, Miami Fl 33130;

(3)   185 SW 7th Street, Unit 2214, Miami Fl 33130;

(7)    185 SW 7th Street, Unit 2605, Miami Fl 33130;

(8)    185 SW 7th Street, Unit 2610, Miami Fl 33130;

(9)    185 SW 7th Street, Unit 3300, Miami Fl 33130;

(10)   185 SW 7th Street, Unit 3303, Miami Fl 33130;

(11)   185 SW 7th Street, Unit 3307, Miami Fl 33130; and

(12)   185 SW 7th Street, Unit 3312, Miami Fl 33130.[1]

The Latitude Entities reserve the right to rescind these opt outs pursuant to Section 8.3.3. of the Builder, Installer, Supplier & Insurer Settlement Agreement.

Additionally, the Latitude Entities hereby opt out of the Banner Settlement Class to the extent and insofar as any claimants for one of Latitude Entities' Banner-supplied Affected Properties opt-out of the Builder, Installer, Supplier & Insurer Settlement Agreement.[2] The Latitude Entities further opt out of the Banner Settlement Class all claims it has or may have against the Banner Entities to the extent the Latitude Entities later withdraw as a Participating Defendant pursuant to Section 8.3.2 of Builder, Installer, Supplier & Insurer Agreement. To the extent the Latitude Entities do not withdraw from the Builder, Installer, Supplier & Insurer Agreement, the Latitude Entities are prepared to rescind these opt-outs, if any, if and when the claimants for such Affected Properties withdraw their opt-outs to the Builder, Installer, Supplier & Insurer Settlement Agreement, or if it is determined that the claimants' Affected Properties do not contain defective Chinese-manufactured drywall that was supplied by one of the Banner Entities.

---

[1]    The general contractor for each of these 12 Affected Properties was Suffolk Construction Company, Inc. The installer of the defective Chinese-manufactured drywall in these Affected Properties was Skyline (a Non-Participating Defendant). Upon information and belief, the supplier of the defective Chinese-manufactured drywall in these Affected Properties was Banner Supply Co.

[2]    Because the opt-out deadline for all parties for all settlement agreements in the MDL is the same date, it is impossible for the Latitude Entities to know if any homeowners or other claimants for one of the Latitude Entities' Banner-supplied Affected Properties has opted out prior to the opt-out deadline.

Latitude One Partners LLC; Latitude
Retail Partners LLC; Miami Riverwalk
Investments LLC; Dellbrook Manager,
Inc.; and EAF Manager, Inc.
3842 West 16th Avenue
Hialeah, Florida 33012

Signature:

Print Name:   James J. Sullivan III, as President of
Dellbrook Manager, Inc. and EAF Manager,
Inc.*

Date:   9/28/12

* Dellbrook Manager, Inc. is the manager
of all the Miami LLC entities.

**REQUEST FOR EXCLUSION ("OPT OUT")**
**BANNER SETTLEMENT CLASS: CHINESE MANUFACTURED**
**DRYWALL LITIGATION**

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Michael_ _C._ _Mosley_
        First                  Middle                  Last

Name: _MID-STATE DRYWALL_
        First                    Middle                  Last

Address: _12135 Scott Drive_
        Street Address

_Dade City, FL 33525_
        City, State, Zip

Executed by: _Michael Mosley_      _1/9/2012_
        Signature                         Date:

Executed by: _____
        Signature                         Date:

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN &
       BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich, Esq.
       WEINBERG, WHEELER HUDGINS
       GUNN & DIAL, LLC.
       2601 S. Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson, Esq.
       PETERSON & ESPINO, P.A.
       10631 SW 88 Street, Suite 220
       Miami, FL 33186

Dorothy Wimberly, Esq.
STONE, PIGMAN, WALTHER,
WITTMAN LLC.
546 Carondelet Street
New Orleans, LA 70130

Michael A. Sexton, Esq.
WEINBERG, WHEELER HUDGINS
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * **MDL No. 2047** |
| | * |
| | * **SECTION "L"** |
| THIS DOCUMENT RELATES TO: | * |
| | * **JUDGE FALLON** |
| All Cases | * |
| | * **MAG. JUDGE WILKINSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS:
## CHINESE MANUFACTURED DRYWALL LITIGATION

Mid-State Drywall, Inc., while reserving all rights and without waiving any defenses including but not limited to the right to contest service, venue, or jurisdiction, respectfully states as follows:

1. Its full name and address is identified below;

2. The undersigned hereby opts out of and/or from the Banner Settlement Class in the Chinese Drywall Action;

3. To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claims of the class members or potential class members in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") that opt out of the Global Settlement;

4. To the extent such class members and such claims opt back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement if permitted by existing

00158732

Sep.28.2012   09:36 AM MID-STATE DRYWALL          352 521 5853          PAGE. 3/ 4

or future order of the Chinese Drywall MDL Court.

Mid-State Drywall, Inc.
12135 Scott Dr.
Dade City, Fl., 33525
Phone: (352) 567-7613
Fax: (352) 521-5853
By and through
Michael Mosley, President and Owner

IRWIN FRITCHIE URQUHART & MOORE LLC

Gus A. Fritchie, III (La. #5751)
Chris H. Irwin (La. #30261)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
Email: gfritchie@irwinllc.com
Email: cirwin@irwinllc.com

Attorneys for Mid-State Drywall, Inc.

TO:

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut St., Suite 500
Philadelphia, PA, 19106

0015R732                    2

**Michael A. Sexton**
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Rd., NE, Suite 2400
Atlanta, GA, 30326

**Todd R. Ehrenreich**
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL, 33133

**Michael P. Peterson**
Peterson & Espino, P.A.
10631 S.W. 88th St., Suite 220
Miami, FL, 33186

**Dorothy H. Wimberly**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, La., 70130

00155792                                3

REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

TO:   Arnold Levin                          Michael A. Sexton
      Levin, Fishbein, Sedran & Berman      Weinberg, Wheeler, Hudgins,
      510 Walnut Street                     Gunn & Dial, LLC
      Suite 500                             3344 Peachtree Road NE
      Philadelphia, PA 19106                Suite 2400
                                            Atlanta, GA 30326

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins,           Dorothy Wimberly
      Gunn & Dial, LLC                      Stone Pigman Walther Wittman,
      2601 South Bayshore Drive             LLC
      Suite 1500                            546 Carondelet Street
      Miami, FL 33133                       New Orleans, LA 70130

      Michael Peterson                      Russ Herman
      Peterson & Espino, P.A.               Herman, Herman & Katz, LLP
      10631 SW 88th Street                  820 O'Keefe Avenue
      Suite 220                             New Orleans, LA 70113
      Miami, FL 33186


      The undersigned hereby opts out of the Banner Settlement Class in the Chinese
Drywall Action.



Builder:      Milton Construction Company


Address:      3711 SW 27th Street, Miami, FL 33134

Executed by: _____
                    Alex Milton, Sec., VP

## REQUEST FOR EXCLUSION ("OPT-OUT")

### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.

Name:               MJF Construction Corp.

Current Address:    1805 Ponce De Leon Blvd., #110, Coral Gables, Florida 33134

By:
     Signature

Print Name: John E. Menendez
Title: Pres
Date: 9/27/12

## REQUEST FOR EXCLUSION ("OPT-OUT")

### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P, Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:                    Modern Construction Group, Inc.

Current Address:         4630 S. Kirkman Rd., #706, Orlando, Florida 32811

By: _Charles A. Fletcher_
Signature

Print Name: _Charles A. Fletcher Jr_
Title: _President_
Date: _9/26/12_

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: Jose      Alejandro      Morales
       First          Middle         Last

Name: Wendy      Ann      Morales
       First          Middle         Last

Address: 32052 SW 204 Court
        Street Address
        Miami, FL 33030
        City, State, Zip

Executed by _____ October 24, 2011
        Signature             Date

Executed by _____ October 24, 2011
        Signature             Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Todd R. Ehrenreich
WEINBERG WHEELER HUDGINS GUNN & DIAL
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Jetson_____ _Morgan III_
       First       Middle       Last

Name: _Lee___ _Allison__ _Morgan_
       First       Middle       Last

Address: _2260 County Road 243 E._
          Street Address

_Wildwood, FL 34785_
City, State, Zip

Executed by _[signature]_ _9-15-2012_
             Signature        Date

Executed by _[signature]_ _9/15/12_
             Signature        Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

## Banner Settlement Opt Out Notice

Name: William L Moses

Address: 9861 Cobblestone Creek Drive
Boynton Beach, FL 33472

Date: 9-26-12

VIA FIRST CLASS U.S. MAIL

Lead Counsel:
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Counsel for Banner:
Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Counsel for Banner:
Todd R. Ehrenreich, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
2501 South Bayshore Drive, Suite 1500
Miami, FL 33133

Counsel for Banner:
Michael P. Peterson, Esq.
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Co-Class Counsel:
Dorothy H. Wimberly, Esq.
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   In Re: Chinese-Manufactured Drywall Products Liability Litigation
U.S. District Court, Eastern District of Louisiana, MDL 2047

Opt Out Notice of Banner Settlement

Dear Sirs:

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Current address is: *9861 Cobblestone Creek Drive Boynton Beach, FL 33472*

Subject Property address: *9861 Cobblestone Creek Drive Boynton Beach, FL 33472*

*William L Moses*
Signed

*William L Moses*
Print Name

*Carolyn J Moses*
Signed

*Carolyn J. Moses*
Print Name

*9-26-12*
Dated:

---

### REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:               MSC of NWF, Inc.

Current Address:    1694 Champagne Avenue, Gulf Breeze, FL  32563

By: _____
    Signature

Print Name: Michael Stanley
Title: President
Date: 9/28/2012

## REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _THOMAS A. MULLEN_
       First         Middle       Last

Name: _KATHLEN C. MULLEN_
       First         Middle       Last

property address:
1130 Bari Street
Lehigh Acres, FL
33996

Address: _142 LAKE RD_
        Street Address

_MORRISTOWN NJ 07960_
City, State, Zip

Executed by _Tho. A. Mull_       _3/29/12_
       Signature             Date

Executed by _Kat C Mull_       _3/29/12_
       Signature             Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Oscar_____ _Naustdal (deceased as of 3-31-11)_
      First       Middle       Last

Name: _Donna___ _M_ _Naustdal_____
      First       Middle       Last

Address: _2576 Keystone Lake Dr_____
        Street Address

_Cape Coral Fl 33909_____
City, State, Zip

Executed by _Donna Naustdal_____ _4/18/12_____
            Signature                Date

Executed by _____ _____
            Signature                Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

       Michael A. Sexton, Esq.
       Weinberg Wheeler Hudgins Gunn & Dial LLC
       3344 Peachtree Road, NE
       Suite 2400
       Atlanta, GA 30326

       Dorothy Wimberly, Esq.
       Stone Pigman Walther Wittmann LLC
       546 Carondelet Street
       New Orleans, LA 70130

```
REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION
```

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA  30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA  70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:                    New Millennium Builders

Current Address:    950 Peninsula Corp. Circle, Suite 1016, Boca Raton, FL 33487

By: _____
Signature

Print Name: Ian Koolik
Title: president
Date: 9/26/12

## REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Kinh_____ _Hong_____ _Nguyen_____
      First          Middle         Last

Name: _Christina____ _Phuong_____ _Truong_____
      First          Middle         Last

Address: _8557 Pegasus Dr._____
        Street Address

_Lehigh Acres, FL. 33971_____
        City, State, Zip

Executed by _____  Date _4/18/12_____
          Signature

Executed by _____  Date _4/18/12_____
          Signature

To:    Arnold Levin
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Todd R. Ehrenreich
        WEINBERG WHEELER HUDGINS GUNN & DIAL
        2601 South Bayshore Drive, Suite 1500
        Miami, FL 33133

        Michael P. Peterson
        PETERSON & ESPINO, P.A.
        10631 S.W. 88th Street, Suite 220
        Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:    Arnold Levin
    Levin, Fishbein, Sedran & Berman
    510 Walnut Street, Suite 500
    Philadelphia, PA 19106

    Todd R. Ehrenreich
    Weinberg, Wheeler, Hudgins
    Gunn & Dial, LLC
    2601 South Bayshore Dr., Suite 1500
    Miami, FL 33133

    Michael P. Peterson
    Peterson & Espino, P.A.
    10631 S.W. 88th St. Suite 220
    Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: Nu-Way Drywall, LLC

Counsel Address: 6730 W. Linebaugh Ave., Ste 101, Tampa FL 33625

Executed by: Tammy B. Denbo as counsel for Nu-Way Drywall, LLC

5245207.1

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: MARGARITA  CONSUELO  NUNEZ

First                Middle                Last

Name: _____

First                Middle                Last


Address: 2650  AMBER  LAKE  DRIVE

Street Address

CAPE CORAL  FLORIDA  33909

City, State, Zip


Executed by _Margarita Nunez_          3/29/12

Signature                      Date


Executed by _____          3/29/12

Signature                      Date


To:     Arnold Levin
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Todd R. Ehrenreich
        WEINBERG WHEELER HUDGINS GUNN & DIAL
        2601 South Bayshore Drive, Suite 1500
        Miami, FL 33133

        Michael P. Peterson
        PETERSON & ESPINO, P.A.
        10631 S.W. 88th Street, Suite 220
        Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

### REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

TO:   Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael Sexton
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 So. Bayshore Drive, Suite 1500
Miami, FL 33133

Dorothy Wimberly
Stone, Pigman, Walther, Whittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael Peterson
Peterson & Espino, P.A.
10631 SW 88th Street, Suite 220
Miami, FL 33186

     The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

     To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

     In the event such class member opts back into the Global Settlement, the undersigned intends to opt back into the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: O.C.D. of S. Florida, Inc.

Address: 3431 S.W. 11th Street, Unit #1, Deerfield Beach, FL 33442

Executed by:

Edwin E. Mortell, III
Attorneys for O.C.D. of S. Florida, Inc.

---

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.

Name:                    O'Key Homes, Inc.

Current Address:         525 36th St., Downers Grove, IL 60515

By: _____
    Signature

Print Name: EDUARD M. GALNID
Title: PRESIDENT
Date: Sept 27, 2012

## BANNER SETTLEMENT CLASS OPT-OUT NOTIFICATION

TO:
Arnold Levin
Levin, Fishbein, Sedran & Berman,
510 Walnut Street, Suite 500,
Philadelphia, PA 19106

Michael A. Sexton
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400,
Atlanta, GA 30326)

Michael P. Peterson
Peterson & Espino, P.A.,
10631 S.W. 88th Street,
Suite 220, Miami, FL 33186

Dorothy H. Wimberly
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

RE:  BANNER SETTLEMENT CLASS OPT- OUT

Dear Various Counsel:

Please accept this letter as notification that:  **The Undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.**

Signed :  _____

**David Orlowski**

**Current Address:**
**2722 SW 10th Ave**
**Cape Coral FL 33914**

| REQUEST FOR EXCLUSION ("OPT-OUT") |
| :---: |
| BANNER SETTLEMENT CLASS<br>RE: CHINESE MANUFACTURED<br>DRYWALL LITIGATION |

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.

Name:                    Oyster Bay Homes, Inc.

Current Address:    18291 Deep Passage Lane, Ft. Myers Beach, FL  33931

By: _____
        Signature

Print Name: Raymond J. Scaleeo
Title: Pres
Date: 9/26/12

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Robert V. Fitzsimmons
Rumberger Kirk & Caldwell
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037

The undersigned Installer hereby conditionally opts out of the Banner Settlement Class in the Chinese Drywall Action.

**Name:**          P.D.C. Drywall Contractors, Inc.


**Current Address:**   3458 SE Gran Park Way, Stuart, Florida 34997-8803


**Opt Out**
**Property Address:**   See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows.[1]

---

[1] Nothing set forth herein shall be deemed a waiver of Installer's right to pursue any additional entities and Installer expressly reserves such right. Further, this conditional opt-out is being filed in the event that there are any opt-out(s) pertaining to this Installer. Installer reserves the right to amend this limited opt-out to add any other party(ies) that may be involved and identified on a homeowner opt-out after that opt-out is filed in MDL 2047.

1.     Builder (unknown at this time), or any of its entities, and its insurers.

2.     Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers.

3.     Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder KnaufVerwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf NewBuilding Material Products Co., Ltd., et. al (manufacturers).

4.     Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers.

P.D.C. Drywall Contractors, Inc.

By: _LOUIS VILLE_____
         Signature

Print Name: _lOUIS vILLE_____

Title: _____v.p._____

W:\Clients\62065-03\Documents\Opt Out (Banner).wpd

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(P.D.C. DRYWALL CONTRACTORS, INC.)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member opts out of the Builders, Installers, Suppliers and Participating Insurers Settlement.  Notwithstanding this limited opt-out, undersigned Installer retains the benefits of the  Builders, Installers, Suppliers and Participating Insurers Settlement. |

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: *Suki        K.        Packard*
     First         Middle         Last

Name: *Michael        E.        Packard*
     First         Middle         Last

Address: *1349 Piney Rd*
     Street Address

*N. Fort Myers, FL  33903*
     City, State, Zip

*Property address!*
*3028 Lake Manatee*
*court*
*Cape Coral, FL*
*33909*

Executed by *SukKPaul*        Date *3|29|12*
     Signature

Executed by ~~(signature)~~        Date *3|29|12*
     Signature

To:   Arnold Levin
     LEVIN, FISHBEIN, SEDRAN & BERMAN
     510 Walnut Street, Suite 500
     Philadelphia, PA 19106

     Todd R. Ehrenreich
     WEINBERG WHEELER HUDGINS GUNN & DIAL
     2601 South Bayshore Drive, Suite 1500
     Miami, FL 33133

     Michael P. Peterson
     PETERSON & ESPINO, P.A.
     10631 S.W. 88th Street, Suite 220
     Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall
Action.

Name: __WILLIAM__ __J.__ __PALMER__
       First        Middle       Last

Name: __ANNE__ __M.__ __CARROLL__
       First        Middle       Last

Address: __8643   W.  142ND  ST.__
         Street Address

       __ORLAND   PARK  IL  60462__
       City, State, Zip

Executed by __William J Palmer__     __6/27/2011__
      Signature                Date

Executed by __Anne M Carroll__     __6/27/2011__
      Signature                Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

---

### REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.

Name: Parr-Self, Inc.

Current Address: 3501 Del Prado Boulevard, Suite 303, Cape Coral, Florida 33904

By: _Faye H Self_
     Signature

Print Name: FAYE H. SELF
Title: V. PRES
Date: 9-28-12

REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg, Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.

Name:               Pat's Construction, LLC

Current Address:    6396 Citrus Avenue, Ft. Pierce, Florida 34982

By: _____
        Signature

Print Name: _____

Title: _____

Date: _____

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Anthony_____ _J_____ _Patti_____
      First                Middle             Last

Name: _Debra_____ _F_____ _DesRoche_____
      First                Middle             Last

Address: _8716 Pegasus Drive_____
         Street Address

_Lehigh Acres, FLA  33971_____
      City, State, Zip

Executed by _[signature]_____ _2/2/12_____
      Signature                 Date

Executed by _[signature]_____ _2/2/12_____
      Signature                 Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

## REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Adelty_ _Julio_ _Peña_
      First        Middle        Last

Name: _____
      First        Middle        Last

Address: _3021 SW 130 Ave_
         Street Address

_Miami FL 33175_
City, State, Zip

Executed by _____     _9/19/11_
              Signature                  Date

Executed by _____     _____
              Signature                  Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Joseph_____T_____Pensabene_____
First        Middle        Last

Name: _PATRICIA_____Ann_____Pensabene_____
First        Middle        Last

Address: _12732  SW  26th St._____
Street Address

_Davie  FL  33325_____
City, State, Zip

Executed by _Joseph T Pensab~_____   Date _9/26/11_____
Signature

Executed by _Patricia A Pensabene_____   Date _9/26/11_____
Signature

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Jorge           O.           Perez_
      First             Middle          Last

Name: _Rosa           M.           Perez_
      First             Middle          Last

Address: _19941 NW 77 CT_
        Street Address

_Miami, Fl. 33015_
      City, State, Zip

Executed by _____    October 24, 2011
        Signature                    Date

Executed by _____    October 24, 2011
        Signature                    Date

To:    Arnold Levin
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Todd R. Ehrenreich
        WEINBERG WHEELER HUDGINS GUNN & DIAL
        2601 South Bayshore Drive, Suite 1500
        Miami, FL 33133

        Michael P. Peterson
        PETERSON & ESPINO, P.A.
        10631 S.W. 88th Street, Suite 220
        Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Yssel    U    PEREZ_
       First        Middle       Last

Name: _Esdras    I    PEREZ_
       First        Middle       Last

Address: _1835 SW Salination Ave_
          Street Address

       _Port St Lucie Fl. 34953_
       City, State, Zip

Executed by _[signature]_      _2|2|12_
        Signature              Date

Executed by _____   _____
        Signature              Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: DERRICK       SCOTT       PETERSON
    First          Middle         Last

Name: ROBIN       JOY       PETERSON
    First          Middle         Last

Address: 518 S.W. CALIFORNIA AVE
           Street Address

STUART   FL. 34994
City, State, Zip

Executed by _____   Date 9/23/12
        Signature

Executed by _____   Date 9/23/12
        Signature

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

# BANNER SETTLEMENT OPT-OUT NOTICE

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Craig Pisaris-Henderson
14134 Reflection Lakes Drive
Fort Myers, Florida 33907

Address of Affected Property:
12720 Terabella Way
Fort Myers, Florida 33912

| | |
|---|---|
| Builder: | Douglas B. Francis and Douglas B. Francis, Inc. |
| Installer: | DeLaCruz Drywall Plastering & Stucco, Inc. |
| Supplier: | Banner Supply Company Fort Myers LLC |
| Distributor: | La Suprema Enterprise, Inc. |
| Distributor: | La Suprema Trading, Inc. |
| Manufacturer: | Knauf Plasterboard Tianjin Co., LTD |

_____
Craig Pisaris-Henderson

Date 9/23/12

## BANNER SETTLEMENT OPT-OUT NOTICE

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Kelly Henderson
6909 Erin Marie Court
Fort Myers, Florida 33919

Address of Affected Property:
12720 Terabella Way
Fort Myers, Florida 33912

| | |
|---|---|
| Builder: | Douglas B. Francis and Douglas B. Francis, Inc. |
| Installer: | DeLaCruz Drywall Plastering & Stucco, Inc. |
| Supplier: | Banner Supply Company Fort Myers LLC |
| Distributor: | La Suprema Enterprise, Inc. |
| Distributor: | La Suprema Trading, Inc. |
| Manufacturer: | Knauf Plasterboard Tianjin Co., LTD |

_Kelly Henderson_
Kelly Henderson

9/24/12
Date

<div style="border:1px solid black">

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

</div>

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:            Portofino Homes, Inc.

Current Address:    611 S.E. 11th St. Cape Coral, FL 33990

By
  Signature

Print Name: James A. Schwinski
Title: Former Officer
Date: 9/27/12

## REQUEST FOR EXCLUSION ("OPT-OUT")

### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Robert V. Fitzsimmons
Rumberger Kirk & Caldwell
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037

The undersigned Installer hereby conditionally opts out of the Banner Settlement Class in the Chinese Drywall Action.

**Name:**          Precision Drywall, Inc.

**Current Address:**   601 North Congress Ave., Suite 501, Boyton Beach, Florida 32259

**Opt Out
Property Address:**   See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows.[1]

---

[1]   Nothing set forth herein shall be deemed a waiver of Installer's right to pursue any additional entities and Installer expressly reserves such right. Further, this conditional opt-out is being filed in the event that there are any opt-out(s) pertaining to this Installer. Installer reserves the right to amend this limited opt-out to add any other party(ies) that may be involved and identified on a homeowner opt-out after that opt-out is filed in MDL 2047.

1. Builder (unknown at this time), or any of its entities, and its insurers.

2. Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers.

3. Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder KnaufVerwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf NewBuilding Material Products Co., Ltd., et. al (manufacturers).

4. Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers.

Precision Drywall, Inc.

By: _Nueson O'Conner for_____
       Signature

Print Name: BRIAN BRENNAN

Title: OLD DOMINION INSURANCE CO.

**EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(PRECISION DRYWALL, INC.)**

|  | Property Address |
|---|---|
| 1. | Any and all properties for which a class member opts out of the Builders, Installers, Suppliers and Participating Insurers Settlement.  Notwithstanding this limited opt-out, undersigned Installer retains the benefits of the  Builders, Installers, Suppliers and Participating Insurers Settlement. |

LAW OFFICES

# PLAUCHÉ, SMITH & NIESET, L.L.C.

A LIMITED LIABILITY COMPANY
1123 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK M. WALKER, JR.
MICHAEL J. MCNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER P. IEYOUB
H. DAVID VAUGHAN II
JOSEPH R. POUSSON, JR.
V. ED MCGUIRE, III
ERIC W. ROAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING*
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A. LANE PLAUCHÉ (1919-2006)
S.W. PLAUCHÉ (1889-1952)
S.W. PLAUCHÉ, JR. (1915-1966)

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

(337) 436-0522
FAX (337) 436-9637

* also admitted in Texas
dvaughan@psnlaw.com

September 28, 2012

CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:    Chinese Manufactured Drywall Products
       Liability Litigation, MDL No.: 2047
       United States District Court, Eastern District of Louisiana

To Whom It May Concern:

The undersigned opts out of the Banner settlements only to the extent a homeowner or other claimant for one of the undersigned's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

Prestige Development, Inc.
19849 Quail Creek Drive
Fairhope, AL 36532

By: _____
    H. DAVID VAUGHAN II, Its Attorney

HDVII/cs