## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _CHARLES_ _ALLEN_ _PUCKETT_
First    Middle    Last

Name: _SANDRA_ _CARMEN_ _PUCKETT_
First    Middle    Last

Address: _32051 SW 204TH CT_
Street Address

_HOMESTEAD, FL 33030_
City, State, Zip

Executed by _Charles A Puckett_        Date _7/14/11_
Signature

Executed by _SA Puckett_        Date _7/14/11_
Signature

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

<div style="border:1px solid">

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

</div>

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action, but only with respect to the property on <u>Exhibit A</u>.

| | |
|---|---|
| Name: | R. Fry Builders, Inc. |
| Current Address: | 923 Del Prado Blvd., Suite 203, Cape Coral, FL 33990 |
| Opt Out Property Address: | See Exhibit "A" attached hereto. |

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.     R.J.L. Drywall, Inc., and its insurers

2.     Stock Building Supply, LLC, and its affiliates and insurers

3.     Banner Supply Company, Banner Supply Ft. Myers, Banner Supply Port St. Lucie, and their applicable affiliates and insurers

4.     La Suprema Trading, Inc. and La Suprema Enterprise, Inc., and their respective insurers.

5.     Rothchilt Int'l, Ltd., and its insurers

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.

(25179950;1)

6. Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et, al (manufacturers).

7. Taishan Gypsum Co., Ltd.; Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

R. FRY BUILDERS, INC.

By: _____
      Signature

Print Name: Randy Fry

Title: Pres

Date: 9/25/12

## EXHIBIT "A" TO REQUEST FOR EXCLUSION
## FROM BANNER SETTLEMENT CLASS
## (R. FRY BUILDERS, INC.)

Builder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of the Builder's Banner-supplied Affected Properties has opted out of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. This includes, but is not limited to:

| | |
|---|---|
| 1. | 1508 SE 12th Terrace<br>Cape Coral, FL |
| 2. | 434 NE 3rd Avenue<br>Cape Coral, FL 33909 |
| 3. | 1210 SE 3rd Avenue<br>Cape Coral, FL 33904 |

---

## REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name: <u>R. Mossel Construction, Inc.</u>

Current Address: <u>13632 NW 160th Street, Okeechobee, Florida 34972</u>

By: _____
Signature

Print Name: ROLAND S MOSSEL
Title: PRESIDENT
Date: 9-28-12

## REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Robert V. Fitzsimmons, Esquire
Rumberger Kirk & Caldwell
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Installer hereby conditionally opts out of the Banner Settlement Class in the Chinese Drywall Action.

**Name:**               R.J.L. Drywall, Inc.

**Current Address:**    8181 Bayshore Road, Fort Myers, Florida 33917

**Opt Out**
**Property Address:**   See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows.[1]

---

[1] Nothing set forth herein shall be deemed a waiver of Installer's right to pursue any additional entities and Installer expressly reserves such right. Further, this conditional opt-out is being filed in the event that there are any opt-out(s) pertaining to this Installer. Installer reserves the right to amend this limited opt-out to add any other party(ies) that may be involved and identified on a homeowner opt-out after that opt-out is filed in MDL 2047.

1.     Builder (unknown at this time), or any of its entities, and its insurers.

2.     Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers.

3.     Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder KnaufVerwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf NewBuilding Material Products Co., Ltd., et. al (manufacturers).

4.     Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers.

R.J.L. DRYWALL, INC.

By: _____
        Signature

Print Name: _LAWRENCE FITCH JR_

Title: _PRES_

### EXHIBIT "A" TO REQUEST FOR EXCLUSION
### FROM BANNER SETTLEMENT CLASS
### (R.J.L. DRYWALL, INC. )

Any and all properties for which a class member opts out of the Builders, Installers, Suppliers and Participating Insurers Settlement.  Notwithstanding this limited optout, undersigned Installer retains the benefits of the Builders, Installers, Suppliers and Participating Insurers Settlement.

## REQUEST FOR EXCLUSION ("OPT-OUT")

### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:            Radd Builders, Inc.

Current Address:   3006 Via Siena St., Plant City, Florida 33566

By: _Watter Radd_
Signature

Print Name: _Walter Radd_
Title: _Pres Radd Builders_
Date: _9-27-12_

---

## REQUEST FOR EXCLUSION ("OPT-OUT")

### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:  Ramos Builders, Inc.

Current Address:  1223 S.E. 47th Terrace, Suite #3, Cape Coral, Florida 33904

By: _Nancy F. Ramos, President_
Signature

Print Name: _NANCY F. RAMOS_
Title: _PRESIDENT_
Date: _09/27/12_

## PORTEOUS, HAINKEL AND JOHNSON, L.L.P.
704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
**NEW ORLEANS**

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")

BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:    Arnold Levin
       Levin, Fishbein, Sedran & Berman
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       Weinberg, Wheeler, Hudgins
       Gunn & Dial, LLC
       2601 South Bayshore Dr., Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       Peterson & Espino, P.A.
       10631 S.W. 88th St. Suite 220
       Miami, FL 33186

       Michael A. Sexton
       Weinberg, Wheeler, Hudgins,
       Gunn & Dial, LLC
       3344 Peachtree Road, NE
       Suite 2400
       Atlanta, GA 30326

       Dorothy Wimberly
       Stone, Pigman, Walther,
       Wittman, LLC
       546 Carondelet Street
       New Orleans, LA 70130

Re:    Payton, Sean and Beth, et al v. Knauf Gips KG, et al
       Defendant: Regatta Construction, LLC
       USDC Eastern District No. 10-361, Div. L
       Our File No.: 323.0006

September 28, 2012
PSC and Liaison counsel
Page 2

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: Regatta Construction, LLC

Address:

Executed by: _____
Glenn B. Adams, Esquire
Attorney for Regatta Construction, LLC

# PAXTON & SMITH P.A.

### ATTORNEYS AT LAW
### BARRISTERS BUILDING, SUITE 500
### 1615 FORUM PLACE
### WEST PALM BEACH, FLORIDA 33401
### TELEPHONE: 561-684-2121
### FACSIMILE: 561-684-6855

MARK C. CHARTER*
THOMAS B. MILLER**
MICHELE I. NELSON
CLARK W. SMITH

MICHAEL B. DAVIS, OF COUNSEL

E-MAIL: MIN@paxsmith.com

*ALSO ADMITTED IN MICHIGAN
**ALSO ADMITTED IN ALABAMA

RALPH B. PAXTON (1923-2009)
MORGAN S. BRAGG (RETIRED)

WWW.PAXSMITH.COM

September 28, 2012

Arnold Levin, Esq.
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esq
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esq.
STONE PIGMAN WALTHER WITTMAN, LLC
546 Carondelet Street
New Orleans, LA 70130

Russ Herman
HERMAN HERMAN KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Knauf Defendants' Counsel
Kerry Miller
FRILOT LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

**RE:   Banner and Knauf Class Action Settlement Opt Out Notice**

Dear Counsel:

Please accept this letter, and the enclosed Request for Exclusion ("Out Out"), as formal notice that our clients, Regency Homes, LLC, et al., (the "Homebuilder"), have opted out of the Banner and Knauf Settlement Classes Re: Chinese Manufactured Drywall Litigation with respect to the properties set forth in the attached Request, provided that the Plaintiffs or claimants also opt out.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Michele I. Nelson

MIN:acc

Enclosure

## REQUEST FOR EXCLUSION ("OPT-OUT")

### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.

Name:                    Regency Homes, Inc.

Current Address:         2704 Boot Lane, Weston, FL 33331-3004

By: _____
       Signature

Print Name: BENNY L. MARTZ

Title: PRESIDENT

Date: SEPT 28, 2012

## REQUEST FOR EXCLUSION "OPT OUT"

The undersigned, Regency Constructors, LLC, Regency Homes, Inc., Regency Homes Group, LLC, Regency Constructors, Inc., Regency at Plantation Acres, LLC, Regency at Stonebrook Estates, LLC, Regency Custom Homes of Weston LLC, Stonebrook Homes LLC, Stonebrook Partners LLC, Stonebrook Homes J.V., San Melina Holdings LLC, Balmoral at Delray Lakes Estates LLC, Tuscany at Davie LLC, Black Hawk Reserve J.V., Blackhawk Reserve LLC, Blackhawk Partners LLC, Saraceno at Plantation Acres LLC, Greyhawk a Joint Venture, and Saraceno at Plantation J.V., (homebuilder) hereby opts out of the Banner and Knauf Settlements to the extent a respective homeowner or other claimant for one of Regency Constructors, LLC, Regency Homes, Inc., Regency Homes Group, LLC, Regency Constructors, Inc., Regency at Plantation Acres, LLC, Regency at Stonebrook Estates, LLC, Regency Custom Homes of Weston LLC, Stonebrook Homes LLC, Stonebrook Partners LLC, Stonebrook Homes J.V., San Melina Holdings LLC, Balmoral at Delray Lakes Estates LLC, Tuscany at Davie LLC, Black Hawk Reserve J.V., Blackhawk Reserve LLC, Blackhawk Partners LLC, Saraceno at Plantation Acres LLC, Greyhawk a Joint Venture, and Saraceno at Plantation J.V.'s Banner-supplied Affected Properties has opted out of any of the Knauf, Banner, Builder, Installer, Supplier or Insurer Settlement Agreements.

This opt out includes, but is not limited to Affected Properties which are the subject of the following cases:

> Asad v. Oakbrook v. Regency (Broward County)
>
> Property address(es): 12767 Equestrian Trial, Davie, Florida
>
> Johnson v. Oakbrook v. Regency (Broward County)
>
> Property address(es): 12708 Equestrian Trial, Davie, Florida

To the best of my knowledge, the supplier was Banner Supply Co., the manufacturer was Knauf Plasterboard (Tianjin) Co., LTD., and Knauf Gips KG, the installer was Baystate Drywall, Inc., and the developers were Oakbrook Building and Design, Inc., Stonybrook Estates, LTD., Stonebrook Homes, LLC, Stonebrook Partners, LLC and Viking V, Inc.

Company: Regency Constructors, LLC, Regency Homes, Inc., Regency Homes Group, LLC, Regency Constructors, Inc., Regency at Plantation Acres, LLC, Regency at Stonebrook Estates, LLC, Regency Custom Homes of Weston LLC, Stonebrook Homes LLC, Stonebrook Partners LLC, Stonebrook Homes J.V., San Melina Holdings LLC, Balmoral at Delray Lakes Estates LLC, Tuscany at Davie LLC, Black Hawk Reserve J.V., Blackhawk Reserve LLC, Blackhawk Partners LLC, Saraceno at

<u>Plantation Acres LLC, Greythawk a Joint Venture, and Saraceno at Plantation J.V.</u>

Address: <u>2060 Augusta Terrace, Coral Springs, FL 33071</u>

REGENCY CONSTRUCTORS, LLC, REGENCY HOMES, INC., REGENCY HOMES GROUP, LLC, REGENCY CONSTRUCTORS, INC., REGENCY AT PLANTATION ACRES, LLC, REGENCY AT STONEBROOK ESTATES, LLC, REGENCY CUSTOM HOMES OF WESTON LLC, STONEBROOK HOMES LLC, STONEBROOK PARTNERS LLC, STONEBROOK HOMES J.V., SAN MELINA HOLDINGS LLC, BALMORAL AT DELRAY LAKES ESTATES LLC, TUSCANY AT DAVIE LLC, BLACK HAWK RESERVE J.V., BLACKHAWK RESERVE LLC, BLACKHAWK PARTNERS LLC, SARACENO AT PLANTATION ACRES LLC, GREYTHAWK A JOINT VENTURE, AND SARACENO AT PLANTATION J.V.

By: _____
    Signature

Print Name: B L. MARTZ
Title: PRESIDENT & Member
Date Sept 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: REED         T.         REILLY
     First           Middle           Last

Name: VICTORIA                REILLY
     First           Middle           Last

Address: 10850 S. TROY
         Street Address

         CHICAGO   IL   60655
         City, State, Zip

Executed by _____   1/26/12
       Signature                   Date

Executed by _____   1/26/12
       Signature                   Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

---

### REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Robert V. Fitzsimmons
Rumberger Kirk & Caldwell
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037

The undersigned Installer hereby conditionally opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                    Residential Drywall, Inc.

Current Address:         PO Box 273449, Tampa, FL 33688

Opt Out
Property Address:        See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.          Builder (unknown at this time), or any of its entities, and its insurers

2.          Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

---

[1] Nothing set forth herein shall be deemed a waiver of Installer's right to pursue any additional entities and Installer expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Installer. Installer reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

3.      Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

4.      Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

RESIDENTIAL DRYWALL, INC.

By: _____
        Signature

Print Name: DAVID DYKE

Title: a representative of MCC an insurer of Residential Drywall, Inc.

Date: 9 / 28 / 12

## EXHIBIT "A" TO REQUEST FOR EXCLUSION
## FROM BANNER SETTLEMENT CLASS
## (RESIDENTIAL DRYWALL, INC.)

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Installer retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

SEP-26-12 WED 04:03 PM   KREBS FARLEY & PELLETERI   FAX NO. 5042993582   P. 03

<div style="border: 1px solid black; padding: 10px;">

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

</div>

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michnel P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.

Name:   RFC Homes, Inc.

Current Address:   307 NW Treeline Terrace, Port St. Lucie, Fl. 34986

By: _Anthony (Centore)_
Signature

Print Name: _Anthony Clastore_
Title: _V. P_
Date: _9-26-12_

REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. To date, the address listed in the attached Exhibit "A" has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:          Richard Jones Construction, Co.

Current Address:      508 SW 12th Avenue, Deerfield Beach, FL 33442

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows:[1]

1.     Banner Supply Company, Banner Supply Ft. Myers and its applicable affiliates and insurers.

2.     La Suprema Trading, Inc. and La Suprema Enterprise, Inc. and its respective insurers.

3.     Rothchilt Int'l, Ltd., and its insurers.

4.     Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.

Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

5.   Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers.

6.   Ocean Coast Drywall, Ocean Coast Drywall of South Florida, Inc., O.C.D. of S. Florida, Inc., and all applicable affiliated entities, and their respective insurers.

**Richard Jones Construction, Co.**

By: _Richard Jones Pres_
      Signature

Print Name: _Richard S Jones Jr_
Title: _President_
Date: _9-28-12_

**EXHIBIT A**

**PROPERTY ADDRESSES**

| | |
|---|---|
| 1. | 9401 Scarborough Court, Port St. Lucie, Florida 34896 |

---

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                    Rick Strawbridge, Inc.

Current Address:         5120 S. Lakeland Drive, Suite #2
                         Lakeland, FL 33813

Opt Out
Property Address:        See Exhibit A"

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, insurer, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

    1.     J.P. Custom Interior & Design, Inc. and its insurers

Rick Strawbridge, Inc.

By: _W. Frederick Strawbridge_
Signature

Print Name: _W. FREDERICK STRAWBRIDGE_
Title: _PRES / OWNER_
Date: _9/26/12_

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.
{25175057;1}

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(RICK STRAWBRIDGE, INC.)**

Builder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of the Builder's Banner-supplied Affected Properties has opted out of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement.  Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement.

### PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

**704 CARONDELET STREET**
**NEW ORLEANS, LOUISIANA 70130-3774**
**TELEPHONE 504-581-3838**
**FACSIMILE 504-581-4069**

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
gadams@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6226
Fax:  (504) 412-6326

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
**NEW ORLEANS**

**WWW.PHJLAW.COM**

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
      Defendant: Rightway Drywall/ Ray Adams
      USDC Eastern District No. 10-361, Div. L
      Our File Number: 114.0059

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

September 28, 2012
PSC and Liaison Counsel
Page 2

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Class the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: Rightway Drywall/ Ray Adams

Address:

Executed by: _____
                    Denia S. Aiyegbusi, Esquire
                    Attorney for Rightway Drywall/ Ray Adams

## BANNER SETTLEMENT OPT-OUT NOTICE

PLEASE TAKE NOTICE that pursuant to Section 6 of the Amended Stipulation and Agreement of Settlement regarding the Banner Supply entities and their insurers ("Banner Settlement"), the undersigned (Rivercrest, LLC) hereby opts-out from the Banner Settlement Class in the Chinese Drywall Action.

Name of Class Member Opting-Out:

RIVERCREST, LLC

Current Address of Class Member Opting-Out:

RIVERCREST, LLC, 133 S. WaterSound Parkway, WaterSound, FL 32413

Date: 9/27/12

Signature:

Name: Boyd Duke

Submitted to:

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone Pigman Walther Wittman LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

### REQUEST FOR EXCLUSION ("OPT-OUT")

### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder/Installer hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                    Robert/Charles Builders, Inc.

Current Address:         1180 S.W. 23rd Avenue
                         Boynton Beach, FL 33426

Opt Out
Property Address:        See Exhibit "A"

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1. Banner Supply Co. and its insurers
2. Banner Supply Co. Pompano Beach and its insurers
3. J. L. Construction Group, Inc. and its insurers
4. Morgan Homes, Inc. and its insurers
5. Toll Brothers and its insurers
6. L&W Supply Corp. and its insurers
7. Seacoast Supply and its insurers
8. LaSuprema Trading, Inc.
9. La Suprema Enterprises
10. Rothchilt Int'l Ltd.

Robert/Charles Builders, Inc.

By: _____
       Signature

Print Name: Robert Ziegenfuss
Title: V.P.
Date: 9-25-12

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.

{25175263;1}

**EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(ROBERT/CHARLES BUILDERS, INC.)**

Builder/Installer only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of the Builder's Banner-supplied Affected Properties has opted out of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. Notwithstanding this limited opt-out, undersigned Builder/Installer retains the benefits of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement.

REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name:      _Jeffrey_     _Scott_     _Robin_
              First           Middle           Last

Name:      _Elisa_       _Sherman_    _Robin_
              First           Middle           Last

Address:   _3210 Crystal Ct._
              Street Address

              _Miami, Florida   33133_
              City, State, Zip

Executed by: _Jeffrey Robin_          _10/17/11_
              Signature                    Date

Executed by: _____          _10/17/11_
              Signature                    Date

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN &
       BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich, Esq.
       WEINBERG WHEELER HUDGINS
       GUNN & DIAL LLC.
       2601 South Bayshore Drive, Suite
       1500
       Miami, Fl 33133

       Michael P. Peterson, Esq.
       PETERSON & ESPINO, P.A.
       10631 SW 88th Street, Suite 220
       Miami, Fl 33186

       Dorothy Wimberly, Esq.
       STONE PIGMAN WALTHER WITTMAN
       LLC
       546 Carondelet Street
       New Orleans, LA 70130

       Michael A. Sexton, Esq.
       WEINBERG WHEELER HUDGINS GUNN
       & DIAL LLC.
       3344 Peachtree Road, NE Suite 2400
       Atlanta, GA 30326

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _PETER_ _B_ _ROBINSON_
First       Middle       Last

Name: _JAMES_ _O_ _SNIDER_
First       Middle       Last

Address: _P.O. BOX 761   293 GREAT FIELDS ROAD_
Street Address

_BREWSTER MA_
City, State, Zip

Executed by _[signature]_     Date _1/26/12_
Signature

Executed by _[signature]_     Date _1/26/12_
Signature

To:   Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
WEINBERG WHEELER HUDGINS GUNN & DIAL
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall
Action.

Name: _Leonardo_____ _Rodriguez_____
      First            Middle           Last

Name: _Nicole_____ _Rodriguez_____
      First            Middle           Last

Address: _824 SANCTUARY Dr. #1_____
         Street Address

_Naples, Fl 341_____
      City, State, Zip

Executed by _Leonardo Rodriguez____ _9-26-12_____
         Signature                Date

Executed by _Nicole Riley____ _9/26/12_____
         Signature                Date

To:    Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _CHARLES_ _VINCENT_ _RUSSO_
       First          Middle          Last

Name: _MELINDA_ _ANN_ _RUSSO_
       First          Middle          Last

Address: _2520 N.E. 31 COURT_
          Street Address

          _LIGHTHOUSE POINT, FL 33064-8139_
          City, State, Zip

Executed by: _Charles V. Russo_        _12/11/11_
             Signature                 Date

Executed by: _Melenda Russo_  _12/11/11_
             Signature                 Date

To:   Arnold Levin, Esq.                Dorothy Wimberly, Esq.
      LEVIN, FISHBEIN, SEDRAN &         STONE PIGMAN WALTHER WITTMAN
      BERMAN                            LLC
      510 Walnut Street, Suite 500      546 Carondelet Street
      Philadelphia, PA 19106            New Orleans, LA 70130

      Todd R. Ehrenreich, Esq.
      WEINBERG WHEELER HUDGINS          Michael A. Sexton, Esq.
      GUNN & DIAL LLC.                  WEINBERG WHEELER HUDGINS GUNN
      2601 South Bayshore Drive, Suite  & DIAL LLC.
      1500                              3344 Peachtree Road, NE Suite 2400
      Miami, Fl 33133                   Atlanta, GA 30326

      Michael P. Peterson, Esq.
      PETERSON & ESPINO, P.A.
      10631 SW 88th Street, Suite 220
      Miami, Fl 33186

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _SIEGLINDE   L.   SAEKS_
      First          Middle        Last

Name: _____
      First          Middle        Last

Address: _2810 NW 14TH   TERRACE_
        Street Address

_CAPE  CORAL     FL_
      City, State, Zip

Executed by _Sieglinde Saeks_    _12/1/2011_
        Signature               Date

Executed by _____    _12/1/2011_
        Signature               Date

To:   Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
WEINBERG WHEELER HUDGINS GUNN & DIAL
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

## REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Manuel_____ _Francisco_____ _Sampedro_____
First              Middle              Last

Name: _Estella_____ _—_____ _Sampedro_____
First              Middle              Last

Address: _148060  S.W 160 st_____
Street Address

_Miami Fla  33187_____
City, State, Zip

Executed by _Manuel F. Sampedro_____   _7/8/11_____
Signature                                          Date

Executed by _Estella S_____   _7/8/11_____
Signature                                          Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Patrick_ _John_ _Sampson_
       First       Middle      Last

Name: _Trista_ _Anne_ _Sampson_
       First       Middle      Last

Address: _11416  Bridgepine  Dr_
         Street Address

         _Riverview_ _Fl_ _33569_
         City, State, Zip

Executed by _Patt Samp_     _19 Jul 2011_
          Signature              Date

Executed by _Trista Samp_
          Signature              Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

## REQUEST FOR EXCLUSION
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member, San Remo Associates, Ltd., whose address is 2100 Hollywood Boulevard, Hollywood, Florida 33020, hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.[1]

San Remo Associates, Ltd.

By: Leon Wolfe

Dated: September 28, 2012

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael Sexton
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

---

[1] Due to the simultaneous deadlines for opt outs in both the Banner Settlement and the Builder, Installer, Supplier & Insurer Settlement Agreement ("Builder Settlement"), it is impossible for this Class Member to identify those homeowner plaintiffs and property addresses that opt out of the Builder Settlement sufficiently so that this Class Member can evaluate whether to participate in the Banner Settlement. Accordingly, this opt out is intended to be a provisional opt out such that this Class Member can evaluate the number of homeowner opt outs in Builder Settlement Agreement. This Class Member is in favor of the Banner Settlement and Builder Settlement, and intends to utilize the time period provided for following the opt out deadline within which to evaluate opt outs that affect the Builder Settlement such that it may be possible to withdraw this opt out.

LAW OFFICES
## PLAUCHÉ, SMITH & NIESET, L.L.C.

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK M. WALKER, JR.
MICHAEL J. MCNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER P. IEYOUB
H. DAVID VAUGHAN II
JOSEPH R. POUSSON, JR.
V. ED MCGUIRE, III
ERIC W. ROAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING*
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A LIMITED LIABILITY COMPANY
1123 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

A. LANE PLAUCHÉ (1919-2006)
S.W. PLAUCHÉ (1889-1952)
S.W. PLAUCHÉ, JR. (1915-1966)

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

(337) 436-0522
FAX (337) 436-9637

September 28, 2012

* also admitted in Texas
dvaughan@psnlaw.com

### CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   Chinese Manufactured Drywall Products
Liability Litigation, MDL No.: 2047
United States District Court, Eastern District of Louisiana

To Whom It May Concern:

The undersigned opts out of the Banner settlements only to the extent a homeowner or other claimant for one of the undersigned's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

Schear Corporation
5490 Lee Street
Lehigh Acres, FL 33971

By: _____
H. DAVID VAUGHAN II, Its Attorney

HDVII/cs

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Evelyn_ _Scrop_
      First       Middle       Last

Name: _Julius_ _Scrop_
      First       Middle       Last

Address: _2421 N.E. 65th St #410_
       Street Address

_Ft Lauderdale FL 33308_
       City, State, Zip

Executed by _Evelyn Scrop_      _9/27/11_
       Signature             Date

Executed by _Julius Scrop_      _9/27/11_
       Signature             Date

To:     Arnold Levin
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Todd R. Ehrenreich
        WEINBERG WHEELER HUDGINS GUNN & DIAL
        2601 South Bayshore Drive, Suite 1500
        Miami, FL 33133

        Michael P. Peterson
        PETERSON & ESPINO, P.A.
        10631 S.W. 88th Street, Suite 220
        Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Rafael_____ _Segundo_____
     First          Middle         Last

Name: _Ana_____ _Segundo_____
     First          Middle         Last

Address: _2964 NE 3rd Dr_____
        Street Address

_Homestead, FL 33033_____
        City, State, Zip

Executed by _Rafael Segundo_____ _October 24, 2011___
        Signature                Date

Executed by _____ _October 24, 2011___
        Signature                Date

mailing Address: PO Box 771498 Miami, FL 33177

To:  Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Michael A. Sexton, Esq.
      Weinberg Wheeler Hudgins Gunn & Dial LLC
      3344 Peachtree Road, NE
      Suite 2400
      Atlanta, GA 30326

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Dorothy Wimberly, Esq.
      Stone Pigman Walther Wittmann LLC
      546 Carondelet Street
      New Orleans, LA 70130

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall
Action.

Name: _Mohammad    Serajuddowla_
     First        Middle      Last

Name: _Ruth    Serajuddowla_
     First        Middle      Last

Address: _8710   pegasus Drive_
     Street Address

_Lehigh Acres, Fl 33971_
     City, State, Zip

Executed by _Mohammad Serajuddowla_    2/2/12
     Signature             Date

Executed by _Ruth Serajuddowla_    2/2/12
     Signature             Date

To:    Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Diana_____ _Serrano_____
      First        Middle        Last

Name: _Jose_____ _P_ _Serrano_____
      First        Middle        Last

Address: _13625 S. 48th St   Apt 1087_____
         Street Address

_Phoenix, AZ 85044_____
City, State, Zip

Executed by _Diana Serrano_____  _____
            Signature                     Date

Executed by _____  _____
            Signature                     Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _John_____J_____Shaw_____
　　　　First　　　　　Middle　　　　　Last

Name: _Barbara_____E_____Shaw_____
　　　　First　　　　　Middle　　　　　Last

Address: _827 SW 17TH St._____
　　　　　Street Address

_Cape Coral, Florida   33991_____
City, State, Zip

Executed by _[signature]_____  12/1/2011
　　　　　　　Signature　　　　　　　　　　　Date

Executed by _Barbara C. Shaw_____  12/1/2011
　　　　　　　Signature　　　　　　　　　　　Date

To:　Arnold Levin
　　　LEVIN, FISHBEIN, SEDRAN & BERMAN
　　　510 Walnut Street, Suite 500
　　　Philadelphia, PA 19106

　　　Todd R. Ehrenreich
　　　WEINBERG WHEELER HUDGINS GUNN & DIAL
　　　2601 South Bayshore Drive, Suite 1500
　　　Miami, FL 33133

　　　Michael P. Peterson
　　　PETERSON & ESPINO, P.A.
　　　10631 S.W. 88th Street, Suite 220
　　　Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

---

### REQUEST FOR EXCLUSION ("OPT-OUT")

### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                            Shoma Homes at Keys Cove Phase II, Inc.

Current Address:                 3470 NW 82nd Avenue, Suite 988, Doral, Florida 33122

Opt Out
Property Address:                See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.      Finest Drywall, Inc., and its insurers

2.      Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

3.      IBC Corp., and its insurers

4.      R & R Building Materials, and its insurers

5.      La Suprema Trading, Inc. and La Suprema Enterprise, Inc., and their respective insurers.

6.      Rothchilt Int'l, Ltd., and its insurers

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.

{25188169;1}

7.   Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et, al (manufacturers).

8.   Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co; and all applicable affiliated entities, and their respective insurers

SHOMA HOMES AT KEYS COVE PHASE II, INC.

By: _____
      Signature

Print Name: __MASOUD SHOSAEE__
Title: __PRESIDENT__
Date: __9-25-12__

{25188169;1}

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLAIMS**
**(SHOMA HOMES AT KEYS COVE PHASE II, INC.)**

| | |
|---|---|
| 1. | Builder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of the Builder's Banner-supplied Affected Properties has opted out of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement.  Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. |

{25188169;1}

REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                   Shoma Homes Splendido, Inc.

Current Address:        3470 NW 82nd Avenue, Suite 988, Doral, Florida 33122

Opt Out
Property Address:       See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.      Morcado Enterprises, Inc., and its insurers

2.      Banner Supply Company and Banner Supply Pompano, and their applicable
        affiliates and insurers

3.      IBC Corp., and its insurers

4.      R & R Building Materials, and its insurers

5.      La Suprema Trading, Inc. and La Suprema Enterprise, Inc., and their respective
        insurers,

6.      Rothchilt Int'l, Ltd., and its insurers

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.

(25184019;1)

7.  Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et al (manufacturers).

8.  Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities; and their respective insurers

SHOMA HOMES SPLENDIDO, INC.

By: _____
Signature

Print Name: MASOUD SHOTABE
Title: President
Date: 9-25-12

{25184019;1}

EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(SHOMA HOMES SPLENDIDO, INC.)

| | |
|---|---|
| 1. | Builder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of the Builder's Banner-supplied Affected Properties has opted out of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement.  Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. |

**Banner Settlement Opt Out Notice**

Name:        Allen and Donna Shukow

Address:     17538 Middlebrook Way
             Boca Raton, FL  33496

Date:        September 28, 2012

VIA FIRST CLASS U.S. MAIL

Lead Counsel:
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Counsel for Banner:
Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA  30326

Counsel for Banner:
Todd R. Ehrenreich, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
2501 South Bayshore Drive, Suite 1500
Miami, FL  33133

Counsel for Banner:
Michael P. Peterson, Esq.
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL  33186

Co-Class Counsel:
Dorothy H. Wimberly, Esq.
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:    In Re: Chinese-Manufactured Drywall Products Liability Litigation

U.S. District Court, Eastern District of Louisiana, MDL 2047
Opt Out Notice of Banner Settlement

Dear Sirs:

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Current address is:          17538 Middlebrook Way
                             Boca Raton, FL  33496

Subject Property address:  17538 Middlebrook Way
                             Boca Raton, FL  33496

_____
Signed

_____
Print Name

_____
Signed

_____
Print Name

_____
Dated:

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Hassan_      _Aziz_      _Siddiqui_
       First        Middle      Last

Name: _Frauke_     _(NMI)_      _Siddiqui_
       First        Middle      Last

Chinese Drywall
House Address: _11429 Laurel Brook CT_          Mailing Address:
               Street Address                    14 St. Catherine Dr.
                                                 Carrollton, VA 23314
               _Riverview, FL 33569_
               City, State, Zip


Executed by _Hassan A. Siddiqui_         _____
            Signature                    Date


Executed by _Frauke Siddiqui_            _____
            Signature                    Date

---

To:  Arnold Levin                          Michael A. Sexton, Esq.
     LEVIN, FISHBEIN, SEDRAN & BERMAN       Weinberg Wheeler Hudgins Gunn & Dial LLC
     510 Walnut Street, Suite 500           3344 Peachtree Road, NE
     Philadelphia, PA 19106                 Suite 2400
                                            Atlanta, GA 30326

     Todd R. Ehrenreich                      Dorothy Wimberly, Esq.
     WEINBERG WHEELER HUDGINS GUNN & DIAL    Stone Pigman Walther Wittmann LLC
     2601 South Bayshore Drive, Suite 1500   546 Carondelet Street
     Miami, FL 33133                         New Orleans, LA 70130

     Michael P. Peterson
     PETERSON & ESPINO, P.A.
     10631 S.W. 88th Street, Suite 220
     Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _SANTOS      R.          SIERRA_
      First            Middle           Last

Name: _MARTHA      N.          SIERRA_
      First            Middle           Last

Address: _8719 PEGASUS DR._
        Street Address

_Lehigh Acres, Fl. 33971_
     City, State, Zip

Executed by _____     _2/2/12_
         Signature                   Date

Executed by _____     _2/2/12_
         Signature                   Date

To:   Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

## REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _THOMAS       EDWARD      SIMONIAN_
        First              Middle             Last

Name: _BARBARA     RUTH       PETTY_
        First              Middle             Last


Address: _10833 QUAIL CREEK LANE_
            Street Address

_MANASSAS, VA 20112_
City, State, Zip


Executed by _Thomas E Simonian_          _November 7, 2011_
               Signature                              Date


Executed by _[signature]_                      _November 7, 2011_
               Signature                              Date


To:     Arnold Levin
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Todd R. Ehrenreich
        WEINBERG WHEELER HUDGINS GUNN & DIAL
        2601 South Bayshore Drive, Suite 1500
        Miami, FL 33133

        Michael P. Peterson
        PETERSON & ESPINO, P.A.
        10631 S.W. 88th Street, Suite 220
        Miami, FL 33186

# FERENCIK LIBANOFF BRANDT BUSTAMANTE AND WILLIAMS

PROFESSIONAL ASSOCIATION

ATTORNEYS AT LAW

ROBERT E. FERENCIK, JR.
IRA L. LIBANOFF
ALAN C. (PETER) BRANDT, JR.
NESTOR BUSTAMANTE, III
ALEXANDER J. WILLIAMS, JR.
JORDANA L. GOLDSTEIN

LAURA ANN PAPAY BAKER
WARREN D. DIENER

SANDRA D. KENNEDY, Of Counsel
JANET E. RITENBAUGH, Of Counsel
LISA K. NORTH, Of Counsel

SABADELL FINANCIAL CENTER
150 S. PINE ISLAND ROAD, SUITE 400
FORT LAUDERDALE, FL 33324

BROWARD (954) 474-8080
DADE (305) 949-8003
FAX (954) 474-7343

Email: skennedy@flbbwlaw.com

URL: http//www.flbbwlaw.com

September 28, 2012

Arnold Levin
Plaintiffs' Lead Counsel
Levin Fishbein Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Class Counsel
Herman Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Michael A. Sexton
Counsel for all Banner entities except Banner PSL
Weinberg Wheeler Hudgins Gunn
& Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Counsel for all Banner entities
Peterson & Espino, P.A.
10631 SW 88th Street, suite 220
Miami, FL 33186

Dorothy H. Wimberly
Co-Class Counsel
Stone Pigman Walher Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

In Re: **Chinese-Manufactured Drywall Products Liability Litigation**
        **MDL No. 2047; Section: L**
        **Skyline Systems, Inc.'s Notice of Opt Out of Banner Settlement Class**
        **Skyline Systems, Inc.'s Notice of Opt Out of Builder Installer Settlement**
        **Class**

Dear Madam and Sirs:

The undersigned opts out from the Banner Settlement Class in the Chinese Drywall Action. Additionally, the undersigned opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action (although Skyline may not be a class member of that settlement).

September 28, 2012
Page 2

To the best of Skyline Systems, Inc.'s knowledge, the properties damaged are the Whitney Condominium located at 410 Evernia Street, West Palm Beach, Florida 33401-5430; Peninsula II Condominium located at 3301 NE 183rd Street, Aventura, Florida 33160; and Latitude on the River Condominium located at 185 SW 7th Street, Miami, Florida 33130.

Skyline intends to pursue certain claims related to Chinese drywall against the appropriate Banner Supply entities and insurers. To the extent Skyline Systems, Inc. is a class member of the Builder Installer Supplier and Participating Insurer Settlement Class, Skyline Systems, Inc. reserves its rights to pursue any appropriate Chinese drywall claims against Rinker Materials, GProulx, and their insurers, if any such claims exist.

Sincerely,

Sandra D. Kennedy, Esq.
*Florida Bar Board Certified Construction Lawyer*
Ferencik Libanoff Brandt Bustamante and Williams, P.A.
Attorneys for Skyline Systems, Inc.

Skyline Systems, Inc.
10700 N.W. 6th Court
Miami, Florida 33168,

Dan Moberg, Vice President

---

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Robert V. Fitzsimmons
Rumberger Kirk & Caldwell
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037

The undersigned Installer hereby conditionally opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name: ___Smith Enterprises, Inc. d/b/a Smith Drywall_____

Current Address: ___205 Complex Road, Lakeland, FL 33801_____

Opt Out
Property Address: ___See Exhibit "A" attached hereto._____

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1. ___Builder (unknown at this time), or any of its entities, and its insurers___

2. ___Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers___

---

[1] Nothing set forth herein shall be deemed a waiver of Installer's right to pursue any additional entities and Installer expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Installer. Installer reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

3.    Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

4.    Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

SMITH ENTERPRISES, INC. D/B/A SMITH DRYWALL

By: _____
    Signature

Print Name: _DAVID DYKE_____
Title: a representative of MCC an insurer of Smith Enterprises, Inc. d/b/a Smith Drywall
Date: _____9/28/12_____

### EXHIBIT "A" TO REQUEST FOR EXCLUSION
### FROM BANNER SETTLEMENT CLASS
### (SMITH ENTERPRISES, INC. D/B/A SMITH DRYWALL)

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Installer retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

```
REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION
```

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                    Solid Construction of the Gulf Coast, Inc.

Current Address:         PO Box 15715, Pensacola, FL 32514

Opt Out
Property Address:        See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.       Installer (unknown at this time), or any of its entities, and its insurers

2.       Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

3.       Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

4.  Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

SOLID CONSTRUCTION OF THE GULF COAST, INC.

By: _____
Signature

Print Name: DAVID DYKO

Title: a representative of MCC an insurer of Solid Construction of the Gulf Coast, Inc.

Date: 9/28/12

14741699v1 0900735

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(SOLID CONSTRUCTION OF THE GULF COAST, INC.)**

| Property/Address | |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

14741699v1  0900735

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**
**704 CARONDELET STREET**
**NEW ORLEANS, LOUISIANA 70130-3774**
**TELEPHONE 504-581-3838**
**FACSIMILE 504-581-4069**

**WWW.PHJLAW.COM**

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

PLEASE REPLY TO:
**NEW ORLEANS**

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

      Michael A. Sexton
      Weinberg, Wheeler, Hudgins,
      Gunn & Dial, LLC
      3344 Peachtree Road, NE
      Suite 2400
      Atlanta, GA 30326

      Dorothy Wimberly
      Stone, Pigman, Walther,
      Wittman, LLC
      546 Carondelet Street
      New Orleans, LA 70130

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
      Defendant: South Florida Custom Trim
      USDC Eastern District No. 10-361, Div. L
      Our File Number: 323.0014, 323. 0015, 323.0026

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

September 28, 2012
PSC and Liaison Counsel
Page 2


To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.


Contractor/Installer: South Florida Custom Trim

Address:

Executed by: _____

Glenn B. Adams, Esquire
Attorney for South Florida Custom Trim

## REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

TO:   Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
2601 South Bayshore Drive
Suite 1500
Miami, FL 33133

Michael Peterson
Peterson & Espino, P.A.
10631 SW 88th Street
Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone Pigman Walther Wittman,
LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Drywall/installer:    South Florida Custom Trim, Inc.

Address:    4860 Mahogany Ridge Drive, Naples, FL  34119

Executed by: _____
                 Eric Sollitto

<div style="border:1px solid black">

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

</div>

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:  South Kendall Construction, Inc. a/k/a South Kendall Construction, LLC

Current Address:  888 Kingman Road, Homestead, FL 33035

Opt Out
Property Address:  See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.  Installer (unknown at this time), or any of its entities, and its insurers

2.  Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

3.  Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers),

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

4. <u>Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers</u>

SOUTH KENDALL CONSTRUCTION, INC. A/K/A
SOUTH KENDALL CONSTRUCTION, LLC

By: _____
 Signature
Print Name: _DAVID DYKE_____
Title: <u>a representative of MCC an insurer of South</u>
<u>Kendall Construction, Inc. a/k/a South Kendall</u>
<u>Construction, LLC</u>
Date:_____9/28/12_____

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(SOUTH KENDALL CONSTRUCTION, INC. A/K/A**
**SOUTH KENDALL CONSTRUCTION, LLC)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

14741762v1 0900735

LAW OFFICES

# PLAUCHÉ, SMITH & NIESET, L.L.C.

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK M. WALKER, JR.
MICHAEL J. MCNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER P. IEYOUB
H. DAVID VAUGHAN II
JOSEPH R. POUSSON, JR.
V. ED MCGUIRE, III
ERIC W. ROAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING*
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A LIMITED LIABILITY COMPANY
1123 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

A. LANE PLAUCHÉ (1919-2006)
S.W. PLAUCHÉ (1889-1952)
S.W. PLAUCHÉ, JR. (1915-1966)

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

(337) 436-0522
FAX (337) 436-9637

* also admitted in Texas

dvaughan@psnlaw.com

September 28, 2012

## CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:     Chinese Manufactured Drywall Products
        Liability Litigation, MDL No.: 2047
        United States District Court, Eastern District of Louisiana

To Whom It May Concern:

The undersigned opts out of the Banner settlements only to the extent a homeowner or other claimant for one of the undersigned's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

Southern Bay Homes, Inc.
9990 Coconut Road, Suite 336
Bonita Springs, FL 34135

By: _____
        H. DAVID VAUGHAN II, Its Attorney

HDVII/cs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL Docket No. 2047 |
| | * | SECTION L |
| | * | |
| This document relates to All Cases | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**BANNER SETTLEMENT CONDITIONAL OPT-OUT NOTICE**

PLEASE TAKE NOTICE that pursuant to the Amended Stipulation and Agreement of Settlement regarding the Banner Supply entities and their insurers ("Banner Settlement"), Standard Pacific Corp. and its, partners, subsidiaries, related entities, divisions, predecessors, successors, and all related affiliates including, but not limited to, Standard Pacific of South Florida GP, Inc., Standard Pacific of Tampa GP, Inc., and HWB Construction, Inc. ("Standard Pacific") hereby opts-out of the Banner Settlement Class in the Chinese Drywall Action only to the extent that a homeowner or other claimant for one or more of Standard Pacific's Banner-supplied Affected Properties opts-out of the Builder, Installer, Supplier and Insurer Settlement Agreement.

This notice is expressly conditioned and limited to homeowners or other claimants, if any, which opt-out of the Builder, Installer, Supplier and Insurer Settlement Agreement. Standard Pacific fully intends to participate in the Banner Settlement with respect to any Affected Properties that are not identified as opt-outs. Standard Pacific reserves the right to withdraw its conditional opt-out in the event that a Standard Pacific homeowner or claimant opts-out of the Builder, Installer, Supplier and Insurer Settlement Agreement and then later withdraws said opt-out.

Submitted to:

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA  19106

Michael A. Sexton
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA  30326

Dorothy Wimberly
Stone Pigman Walther Wittman LLC
546 Carondelet Street
New Orleans, LA  70130

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL  33186

_____
Standard Pacific Corp.
V.P. and Associate General Counsel
Standard Pacific Homes
15360 Barranca Pkwy
Irvine, CA 92618


Date: 9-28-12 _____

_____
Rocco Cafaro, Esq.
Florida Bar No.: 0507121
HILL, WARD & HENDERSON, PA
Bank of America Plaza
101. E. Kennedy Blvd.
Tampa Florida 33602
Telephone (813) 221-3900
Email: rcafaro@hwhlaw.com
Attorneys for Standard Pacific

3438788v1

<div style="border: 1px solid black;">

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

</div>

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Robert V. Fitzsimmons
Rumberger Kirk & Caldwell
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037

The undersigned Installer hereby conditionally opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                     Steven Sweet Drywall, LLC

Current Address:          PO Box 273902, Tampa, FL 33688

Opt Out
Property Address:         See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

    1.        WCI Communities, or any of its entities, and its insurers; Any other Builder (which may be unknown at this time), or any of its entities, and its insurers

    2.        Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

---

[1] Nothing set forth herein shall be deemed a waiver of Installer's right to pursue any additional entities and Installer expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Installer. Installer reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

3.    Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

4.    Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

STEVEN SWEET DRYWALL, LLC

By: _____
    Signature

Print Name: DAVID DYKE

Title: a representative of MCC an insurer of Steven Sweet Drywall, LLC

Date: _____ 9/28/12

**EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(STEVEN SWEET DRYWALL, LLC)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Installer retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Paul___J___Stratford_____
      First      Middle      Last

Name: _Sharon___A___Stratford_____
      First      Middle      Last

Address: _25 Valleyfield St_____
      Street Address

_Lexington, MA 02421_____
      City, State, Zip

Executed by _Paul J Stratford_____  Date _10/1/11_

      Signature

Executed by _Sharon Stratford_____  Date _10/1/11_

      Signature

To:    Arnold Levin
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Todd R. Ehrenreich
        WEINBERG WHEELER HUDGINS GUNN & DIAL
        2601 South Bayshore Drive, Suite 1500
        Miami, FL 33133

        Michael P. Peterson
        PETERSON & ESPINO, P.A.
        10631 S.W. 88th Street, Suite 220
        Miami, FL 33186

Suffolk Construction

**Southeast:**
One Harvard Circle
Suite 100
West Palm Beach, FL 33409
561-832-1616
www.suffolkconstruction.com

September 28, 2012



<u>**Via Certified Mail 7006-0100-0005**</u>
<u>**1339- 2786 – RRR and UPS**</u>

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

<u>**Via Certified Mail 7006-0100-0005**</u>
<u>**1339- 2793 – RRR and UPS**</u>

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

<u>**Via Certified Mail 7006-0100-0005**</u>
<u>**1339- 2809 – RRR and UPS**</u>

Michael P. Peterson, Esq.
Peterson & Espino, P.A.
10631 S.W. 88th Street
Suite 220
Miami, FL 33186

<u>**Via Certified Mail 7006-0100-0005**</u>
<u>**1339- 2816 – RRR and UPS**</u>

Dorothy H. Wimberly, Esq.
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   <u>**In Re: Chinese Manufactured Drywall Products Liability**</u>
<u>**Litigation -**</u> *MDL No. 2047, United States District Court,*
*Eastern District of Louisiana Notice of Limited Opt-Out:*
*Banner Class Action Settlement*

Dear Counselors:

Suffolk Construction Company, Inc. ("Suffolk") hereby opts out of the Banner
Settlement Class to the extent and insofar as any claimants for one of Suffolk's

*Arnold Levin, Esq.*
*Michael A. Sexton, Esq.*
*Michael P. Peterson, Esq.*
*Dorothy H. Wimberly, Esq.*
*September 28, 2012*
*Page two*

---

Banner-supplied Affected Properties opt-out of the Builder, Installer, Supplier & Insurer Settlement Agreement.[1]  Suffolk further opts out of the Banner Settlement Class all claims it has or may have against the Banner Entities to the extent Suffolk later withdraws as a Participating Defendant pursuant to Section 8.3.2 of Builder, Installer, Supplier & Insurer Agreement.  To the extent Suffolk does not withdraw from the Builder, Installer, Supplier & Insurer Agreement, Suffolk is prepared to rescind these opt-outs, if any, if and when the claimants for such Affected Properties withdraw their opt-outs to the Builder, Installer, Supplier & Insurer Settlement Agreement, or if it is determined that the claimants' Affected Properties do not contain defective Chinese-manufactured drywall that was supplied by one of the Banner Entities.

This written notice is being sent by First Class Mail, postmarked on September 28, 2012.

Sincerely,
**Suffolk Construction Company, Inc.**

Juan Diaz
General Counsel
Southeast Region

c:     Rex B. Kirby, President, Suffolk-SE
       John Gorman, Esq., Vice President /General Counsel, Suffolk-Boston
       Christopher Debruin, Esq.,  Vice President of Risk Management/Asst General Counsel-Boston
       Mark A. Salky, Esq., Greenberg Traurig
       Adam Foslid, Esq., Greenberg Traurig
       Jill Nexon Berman, Esq. (counsel for Developer)

---

[1]    Because the opt-out deadline for all parties for all settlement agreements in the MDL is the same date, it is impossible for Suffolk to know if any homeowners or other claimants for one of Suffolk's Banner-supplied Affected Properties has opted out prior to the opt-out deadline.

SUFFOLK

---

**REQUEST FOR EXCLUSION ("OPT-OUT")**

**BANNER SETTLEMENT CLASS**
**RE: CHINESE MANUFACTURED**
**DRYWALL LITIGATION**

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name: ___Suntree Homes, Inc.___

Current Address: ___13860 Wellington Trace #38, Wellington, FL 33414___

Opt Out
Property Address: ___See Exhibit "A" attached hereto.___

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1. ___Installer (unknown at this time), or any of its entities, and its insurers___

2. ___Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers___

3. ___Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).___

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly reserves such right.  Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

4.  Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable
affiliated entities, and their respective insurers

SUNTREE HOMES, INC.

By: _____
Signature
Print Name:  DAVID DYKE
Title: a representative of MCC an insurer of Suntree
Homes, Inc.
Date: _____ 9/28/12 _____

**EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(SUNTREE HOMES, INC.)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:   Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: _Sweet Interiors, Inc._

Address: _1805 Sw 12ᵀᴴ Ct., Cape Coral, FL 33991_

Executed by: _Cy T Bell_

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall
Action.

Name: _Lisa_____ _N_____ _Synalovski____
      First          Middle        Last

Name: _Manuel_____ _S_____ _Synalovski____
      First          Middle        Last

Address: _101 Holly Lane_____
         Street Address

       _Plantation, FL 33317_____
       City, State, Zip

Executed by ___[signature]_____    _8/29/11_____
        Signature                  Date

Executed by ___[signature]_____    _8/29/11_____
        Signature                  Date

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Michel Sexton, Esq.
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       3344 Peachtree Road, NE, Suite 2400
       Atlanta, GA 30326

       Michael P. Peterson, Esq.
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

```
REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION
```

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                        T&T Enterprises of SW Florida, Inc.

Current Address:             9780 Silver Creek Court, Estero, FL 33928

Opt Out
Property Address:            See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.    Installer (unknown at this time), or any of its entities, and its insurers

2.    Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

3.    Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

14741706v1  0900735

4.         Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

T&T ENTERPRISES OF SW FLORIDA, INC.

By: _____
     Signature

Print Name: DAVID DYKE

Title: a representative of MCC an insurer of T&T Enterprises of SW Florida, Inc.

Date: 9/28/12

14741706v1 0900735

EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(T&T ENTERPRISES OF SW FLORIDA, INC.)

| Property/Address | |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

14741706v1  0900735