## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _THOMAS_____ _J._____ _TALERICO_____
     First          Middle          Last

Name: _____
     First          Middle          Last

Address: _240 SE 29TH STREET_____
     Street Address

(MAILING ADDRESS:
367 KATTELVILLE RD.
BINGHAMTON, NY 13901)

_CAPE CORAL, FLORIDA 33904_____
City, State, Zip

Executed by _T.J. Talerico_____     _2/2/12_____
     Signature                     Date

Executed by _____     _____
     Signature                     Date

To:   Arnold Levin
     LEVIN, FISHBEIN, SEDRAN & BERMAN
     510 Walnut Street, Suite 500
     Philadelphia, PA 19106

     Todd R. Ehrenreich
     WEINBERG WHEELER HUDGINS GUNN & DIAL
     2601 South Bayshore Drive, Suite 1500
     Miami, FL 33133

     Michael P. Peterson
     PETERSON & ESPINO, P.A.
     10631 S.W. 88th Street, Suite 220
     Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

## REQUEST FOR EXCLUSION ("OPT-OUT")
### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action, but only with respect to the property listed in Exhibit A.

Name: ___TAPIA CONSTRUCTION, LLC_____

Current Address: ___5143 South Lakeland Drive, Suite 1, Lakeland, Florida 33813_____

Opt Out
Property Address: ___See Exhibit "A" attached hereto._____

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.   ___Smith Enterprises, Inc., d/b/a Smith Drywall Service, and its insurers____

2.   ___Suncoast Building Materials, Inc., and its a insurers_____

3.   ___USG Corporation, and its insurers_____

4.   ___Beijing New Building Materials, and its insurers_____

5.   ___Taishan Gypsum Co., Ltd., and all applicable affiliated entitles, and their respective insurers_____

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.

TAPIA CONSTRUCTION, LLC

By: _____

Signature

Print Name: _Eduardo J. Tapia_

Title: _Manager_

Date: _9/24/12_

EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(TAPIA CONSTRUCTION, LLC)

Builder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of the Builder's Banner-supplied Affected Properties has opted out of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. This includes, but is not limited to:

| 6757 Crescent Woods Circle Lakeland, FL 33813 |
|---|



# Sivyer Barlow & Watson, P.A.
### ATTORNEYS AT LAW

MAHLON H. BARLOW, III

PAIGE A. GREENLEE

R.J. HAUGHEY, II

EDWARD J. KUCHINSKI

J. CARLTON MITCHELL

C. READ SAWCZYN

NEAL A. SIVYER

JACQUELINE A. TAYLOR

PAUL D. WATSON

SUNTRUST FINANCIAL CENTRE
401 E. JACKSON STREET
SUITE 2225
TAMPA, FL 33602
(813) 221-4242
FAX: (813) 227-8598
www.sbwlegal.com

OF COUNSEL

GAIL M. ABERCROMBIE

DAVID S. WATSON

SENDER'S EMAIL:
nsivyer@sbwlegal.com

September 27, 2012

**VIA: FIRST CLASS U.S. MAIL & E-MAIL**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

H. Minor Pipes, III Esq.
Barrasso Usdin Kupperman Freeman & Sarver
909 Poydras Street, Suite 2400
New Orleans, LA 70112

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, N.E., Suite 2400
Atlanta, GA 30326

Michael Peterson, Esq.
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

RE:   *Chinese Manufactured Drywall Products Liability Litigation*
*MDL No.: 2047*
Our File No.: 8211.5

Dear Counsel:

Enclosed please find on behalf of Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc., Taylor Morrison of Florida, Inc., and Taylor Woodrow Homes-Central Florida Division, LLC. (collectively, "Taylor Morrison") in their capacity as a Class Member their Opt-Out Notice of the Banner Settlement regarding claims involving one individual property.

Taylor Morrison only opts out of the Banner Settlement as a result of the homeowners, Raymond P. Farley and Amelia J. Farley opting out of Builder, Installer, Supplier & Insurer Settlement Agreement.

Banner Settlement Opt-Out Letter
9-27-2012
Page 2

If you have any questions, please feel free to contact me.

Sincerely,

Neal A. Sivyer

Enclosure

## <u>BANNER SETTLEMENT OPT-OUT NOTICE</u>

PLEASE TAKE NOTICE that pursuant to Section 6.2.1 of the Settlement Agreement in MDL 2047, the undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action as to one individual property. Taylor Morrison entities participating in their capacity as a Class Member hereby submits the exclusion for one ("1") property identified below.

Taylor Morrison only opts out of the Banner Settlement as a result of the homeowners, Raymond P. Farley and Amelia J. Farley opting out of Builder, Installer, Supplier & Insurer Settlement Agreement.

**Name of Class Member Opting Out**: Taylor Morrison Services, Inc. f/k/a Morrison Homes, Inc., Taylor Morrison of Florida, Inc. and Taylor Woodrow Homes-Central Florida Division, LLC.

**Current Address:**    4900 N. Scottsdale Road, Suite 2000, Scottsdale, AZ 85251.

**Addresses of Properties damaged by Chinese Drywall**: 3756 Summerwind Circle, Bradenton, FL 34209

**Homeowner of Property**: Raymond P. and Amelia J. Farley

**Dated**: September 26, 2012

**Signature:**
**Name:**      S. Todd Merrill, Associate General Counsel

**Submitted To**:

| | |
|---|---|
| Arnold Levin | Michael A. Sexton |
| Levin, Fishbein, Sedran & Berman | Weinberg Wheeler Hudgins Gunn & Dial LLC |
| 510 Walnut St., Suite 500 | 3344 Peachtree Rd. NE, Suite 2400 |
| Philadelphia, PA 19106 | Atlanta GA 30326 |

| Michael P. Peterson<br>Peterson & Espino, P.A.<br>10631 S.W. 88th St., Suite 220<br>Miami, FL 33186 | Dorothy Wimberly<br>Stone Pigman Walther Wittmann LLC<br>546 Carondelet St.,<br>New Orleans, LA 70130 |
|---|---|
| H. Minor Pipes, III<br>Barrasso Usdin Kupperman Freeman &<br>Sarver, L.L.C.<br>909 Poydras St., Suite 2400<br>New Orleans, LA 70112 | |

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall
Action.

Name: _RICHARD_  _W_  _TEDEMAN_
         First        Middle        Last

Name: _MARY JO_  _—_  _TEDMAN_
         First        Middle        Last

Address: _4622 HAMMOCK CIR._
          Street Address

_DELRAY BCH, FL. 33445_
City, State, Zip

property address:
11001 Gulf Reflections Dr.
Unit A 402
Fort Myers, FL 33908

Executed by _[signature]_ _____ 3/29/12
          Signature                    Date

Executed by _[signature]_ _____ 3/29/12
          Signature                    Date

To:  Arnold Levin
     LEVIN, FISHBEIN, SEDRAN & BERMAN
     510 Walnut Street, Suite 500
     Philadelphia, PA 19106

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

     Todd R. Ehrenreich
     WEINBERG WHEELER HUDGINS GUNN & DIAL
     2601 South Bayshore Drive, Suite 1500
     Miami, FL 33133

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

     Michael P. Peterson
     PETERSON & ESPINO, P.A.
     10631 S.W. 88th Street, Suite 220
     Miami, FL 33186

# PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR

PLEASE REPLY TO:
**NEW ORLEANS**

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:     Arnold Levin
        Levin, Fishbein, Sedran & Berman
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Todd R. Ehrenreich
        Weinberg, Wheeler, Hudgins
        Gunn & Dial, LLC
        2601 South Bayshore Dr., Suite 1500
        Miami, FL 33133

        Michael P. Peterson
        Peterson & Espino, P.A.
        10631 S.W. 88th St. Suite 220
        Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:     Payton, Sean and Beth, et al v. Knauf Gips KG, et al
        Defendant: Terry Mott Builders
        USDC Eastern District No. 10-361, Div. L
        Our File Number: 323.0017

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

September 28, 2012
PSC and Liaison Counsel
Page 2


To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.


Contractor/Installer: Terry Mott Builders

Address:

Executed by:    _____

                Glenn B. Adams, Esquire
                Attorney for Terry Mott Builders

REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:                    <u>The Jade Organization, Inc.</u>

Current Address:    <u>2111 N. Commerce Parkway, Weston, FL   33326</u>

By: _James B. Paine /am_
Signature

Print Name: _James B. Paine_
Title: _President_
Date: _9-28-12_

PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone:  (504) 412-6249
Fax:  (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
NEW ORLEANS

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:  Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:  Payton, Sean and Beth, et al v. Knauf Gips KG, et al
Defendant: Thomas F. Gray Construction
USDC Eastern District No. 10-361, Div. L
Our File Number: 323.0023

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

September 28, 2012
PSC and Liaison Counsel
Page 2


To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.


Contractor/Installer: Thomas F. Gray Construction
Address:

Executed by:  _____

                 Glenn B. Adams, Esquire
                 Attorney for Thomas F. Gray Construction

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Omar_____ _O_____ _Thomas_____
       First              Middle           Last

Name: _Nordia_____ _N_____ _Nelson_____
       First              Middle           Last

Address: _1913 Louis Ave_____
          Street Address

_Lehigh Acres FL. 33972_____
City, State, Zip

Executed by _Omar Thomas_____      _2/2/12_____
          Signature                    Date

Executed by _Nordia Nelson_____      _2/2/12_____
          Signature                    Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
## LITIGATION

To:    Arnold Levin
       Levin, Fishbein, Sedran & Berman
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       Weinberg, Wheeler, Hudgins
       Gunn & Dial, LLC
       2601 South Bayshore Dr., Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       Peterson & Espino, P.A.
       10631 S.W. 88th St. Suite 220
       Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

        The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

        To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

        In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: _TIMBERLINE BUILDERS, INC._

Address: _3618 DELPRADO BLVD S., CAPE CORAL, FL 33904_

Executed by: _GTBW_



## Toll Brothers
America's Luxury Home Builder®

September 28, 2012

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esq.
Peterson & Espino, P.A.
10631 S.W. 88th Street
Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esq.
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re: **In Re: Chinese Manufactured Drywall Products Liability Litigation**
**MDL No. 2047, United States District Court, Eastern District of Louisiana**
**Notice of Limited Opt-Out: Banner Class Action Settlement**

Dear Counselors:

Toll Estero Limited Partnership ("Toll") hereby opts out of the Banner Settlement Class to the extent and insofar as any claimants for one of Toll's Banner-supplied Affected Properties opt-out of the Builder, Installer, Supplier & Insurer Settlement Agreement.[1] Toll is prepared to withdraw these opt-outs, if any, if and when the claimants for such homes withdraw their opt-outs to the Builder, Installer, Supplier & Insurer Settlement Agreement, or if it is determined that the claimants' homes do not contain defective Chinese-manufactured drywall that was supplied by one of the Banner Entities.

---

[1]      Because the opt-out deadline for all parties for all settlement agreements in the MDL is the same date, it is impossible for Toll to know if any homeowners or other claimants for one of Toll's Banner-supplied Affected Properties has opted out prior to the opt-out deadline.

New York Stock Exchange ∘ Symbol TOL
Corporate Office
250 Gibraltar Rd. ∘ Horsham, PA 19044 ∘ (215) 938-8000
tollbrothers.com

This written notice is being sent by First Class Mail, postmarked on September 28, 2012.

**Toll Estero Limited Partnership**
**250 Gibraltar Road**
**Horsham, Pennsylvania 19044**

Signature: _Kristine Maxwell Small_

Print Name: _Kristine Maxwell Small_

Title: **Assistant Vice President, Toll FL GP Corp.**

Date: _9/28/12_

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**
704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

_____

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

_____

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

_____

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
**NEW ORLEANS**

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:   Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
Defendant: Total Drywall
USDC Eastern District No. 10-361, Div. L
Our File Number: 323.0018

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

September 28, 2012
PSC and Liaison Counsel
Page 2

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: Total Drywall

Address:

Executed by: _____

Glenn B. Adams, Esquire
Attorney for Total Drywall



TOUSA, Inc.
4000 Hollywood Boulevard
Suite 555-S
Hollywood, FL 33021
T 954.843.3503  F 954.843.3500
www.tousa.com

September 28, 2012

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   **In Re: Chinese Manufactured Drywall Products Liability Litigation**
      **MDL No. 2047, United States District Court, Eastern District of Louisiana**
      **Notice of Limited Opt-Out: Banner Class Action Settlement**

Dear Counselors:

TOUSA, Inc., TOUSA Homes Florida, LP, successor by merger to EH/Transeastern, LLC, and TOUSA Homes, Inc. (collectively, "the Tousa Entities") hereby opt out of the Banner Settlement Class to the extent and insofar as claimants for the following twenty-six properties have or may have opted-out of the Builder, Installer, Supplier & Insurer Settlement Agreement:

1.    2529 Deerfield Lake Ct
      Cape Coral, FL 33909

2.    2565 Deerfield Lake
      Cape Coral, FL  33909

September 28, 2012
Page 2

3.      2545 Deerfield Lake Court
        Cape Coral, FL  33909

4.      8585 Athena Court
        Lehigh Acres, FL  33971

5.      2572 Keystone Lake Drive
        Cape Coral, FL  33909

6.      2766 Blue Cypress Lake Ct
        Cape Coral, FL

7.      2553 Deerfield Lake Court
        Cape Coral, FL  33909

8.      2536 Keystone Lake Dr.
        Cape Coral, FL  33909

9.      8155 NW 108 Ave
        Doral, FL  33178

10.     3033 Lake Manatee Court
        Cape Coral, FL  33909

11.     8644 Athena Court
        Lehigh Acres, FL  33971

12.     2561 Deerfield Lake Ct.
        Cape Coral, FL  33909

13.     2533 Deerfield Lake Ct.
        Cape Coral, FL  33909

14.     2565 Keystone Lake Dr.
        Cape Coral, FL  33909

15.     2537 Deerfield Lake Dr
        Cape Coral, FL  33909

16.     2576 Keystone Lake Drive
        Cape Coral, FL  33909

17.     8557 Pegasus Drive
        Lehigh Acres, FL  33971

September 28, 2012
Page 3

18.     8716 Pegasus Drive
        Lehigh Acres, FL  33971

19.     2548 Deerfield Lake Ct.
        Cape Coral, FL  33909

20.     8648 Athena Ct.
        Lehigh Acres, FL  33971

21.     8580 Athena Court
        Lehigh Acres, FL  33971

22.     8710 Pegasus Drive
        Lehigh Acres, FL  33971

23.     8719 Pegasus Drive
        Lehigh Acres, FL  33971

24.     8582 Athena Ct., Bldg 4
        Lehigh Acres, FL  33971

25.     2580 Keystone Lake Drive
        Cape Coral, FL  33909

26.     3044 Lake Manattee
        Cape Coral, FL  33909

The Tousa Entities also opt out of the Banner Settlement Class to the extent and insofar as any additional claimants for one of the Tousa Entities' Banner-supplied Affected Properties opt-out of the Builder, Installer, Supplier & Insurer Settlement Agreement.[1]

The Tousa Entities further opt out of the Banner Settlement Class all claims it has or may have against the Banner Entities to the extent the Tousa Entities later withdraw as a Participating Defendant pursuant to Section 8.3.2 of Builder, Installer, Supplier & Insurer Agreement.  To the extent the Tousa Entities do not withdraw from the Builder, Installer, Supplier & Insurer Agreement, the Tousa Entities are prepared to rescind these opt-outs, if any, if and when the claimants for such Affected Properties withdraw their opt-outs to the Builder, Installer, Supplier & Insurer Settlement Agreement, or if it is determined that the claimants' Affected Properties do not contain defective Chinese-manufactured drywall that was supplied by one of the Banner Entities.

---

[1]   Because the opt-out deadline for all parties for all settlement agreements in the MDL is the same date, it is impossible for the Tousa Entities to know if any additional homeowners or other claimants for one of the Tousa Entities' Banner-supplied Affected Properties has opted out prior to the opt-out deadline.

September 28, 2012
Page 4


This written notice is being sent by First Class Mail, postmarked on September 28, 2012.

**TOUSA, Inc., TOUSA Homes Florida, LP, successor by merger to EH/Transeastern, LLC, and TOUSA Homes, Inc.**

Signature:  _____

Print Name:   Sorana Keever

Title:        Vice President, Legal Affairs

Date:         September 28, 2012

<div style="border:1px solid">

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

</div>

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:            Triple Crown Homes, Inc.

Current Address:    1740 E. Silver Springs Blvd., Ocala, Florida 34470

By:
Signature

Print Name:    John Plunkett
Title:   President
Date:   9-27-12

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:    Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Class the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer:   Triple M Drywall, Inc.

Address:          2861 Marbill Road
Palm Springs, FL 33406

Executed by:     Brian L. Reboul, Esq.     this 28th day of September, 2012.

> ### REQUEST FOR EXCLUSION ("OPT-OUT")
>
> BANNER SETTLEMENT CLASS
> RE: CHINESE MANUFACTURED
> DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:                      United Dream Builders, Inc.

Current Address:      12304 Twin Branch Acres Rd., Tampa, Florida 33626

By:   _____
        Signature

Print Name:   Robert Strassberg
Title:   President
Date:   9/27/2012

Corporation has been dissolved June 15,2012 State of Florida

---

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name: United Homes International, Inc.

Current Address: 7975 NW 154th Street #400, Miami Lakes, FL 33016

Opt Out
Property Address: See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.     Installer (unknown at this time), or any of its entities, and its insurers

2.     Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

3.     Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

4.  <u>Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable</u>
    <u>affiliated entities, and their respective insurers</u>

UNITED HOMES INTERNATIONAL, INC.

By: _____
    Signature
Print Name: _____DAVID DYKO_____
Title: <u>a representative of MCC an insurer of United</u>
<u>Homes International, Inc.</u>
Date: _____9/28/12_____

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(UNITED HOMES INTERNATIONAL, INC.)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

14741705v1  0900735

<div style="border: 1px solid black;">

### REQUEST FOR EXCLUSION ("OPT-OUT")

### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

</div>

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Robert V. Fitzsimmons
Rumberger Kirk & Caldwell
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Installer hereby conditionally opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                          V&I Drywall & Stucco a/k/a V and I Drywall & Stucco, Inc.

Current Address:               15530 SW 300 ST HOMESTEAD FL 33033

Opt Out
Property Address:              See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.          The Builder (unknown at this time), or any of its related entities, and its insurers

2.          Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

---

[1] Nothing set forth herein shall be deemed a waiver of Installer's right to pursue any additional entities and Installer expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Installer. Installer reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

3.    Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

4.    Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

V&I DRYWALL & STUCCO A/K/A V AND I DRYWALL & STUCCO, INC.

By: _____
    Signature

Print Name: _CARLOS DIAZ-PADRON_

Title: a representative of GIC an insurer of V&I Drywall & Stucco a/k/a V and I Drywall & Stucco, Inc.

Date: _9/27/2012_

GRANADA INSURANCE COMPANY.

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(V&I DRYWALL & STUCCO A/K/A V AND I DRYWALL & STUCCO, INC.)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Installer retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

LAW OFFICES

# PLAUCHÉ, SMITH & NIESET, L.L.C.

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK M. WALKER, JR.
MICHAEL J. MCNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER P. IEYOUB
H. DAVID VAUGHAN II
JOSEPH R. POUSSON, JR.
V. ED MCGUIRE, III
ERIC W. ROAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING*
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A LIMITED LIABILITY COMPANY
1123 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

A. LANE PLAUCHÉ (1919-2006)
S.W. PLAUCHÉ (1889-1952)
S.W. PLAUCHÉ, JR. (1915-1966)

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

(337) 436-0522
FAX (337) 436-9637

September 28, 2012

**CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION**

* also admitted in Texas

dvaughan@psnlaw.com

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   Chinese Manufactured Drywall Products
Liability Litigation, MDL No.: 2047
United States District Court, Eastern District of Louisiana

To Whom It May Concern:

The undersigned opts out of the Banner settlements only to the extent a homeowner or other claimant for one of the undersigned's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

Van Aller Construction, Inc.
183 Northshore Place
Gulf Shores, AL 36542

By: _____
H. DAVID VAUGHAN II, Its Attorney

HDVII/cs

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER:
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
**NEW ORLEANS**

September 28, 2012

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
      Defendant: Venetian Village, LLC
      USDC Eastern District No. 10-361, Div. L
      Our File Number: 323.0010

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

September 28, 2012
PSC and Liaison Counsel
Page 2

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: Venetian Village, LLC

Address:

Executed by: _____

Glenn B. Adams, Esquire
Attorney for Venetian Village, LLC

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:   Arnold Levin                            Michael A. Sexton
      Levin, Fishbein, Sedran & Berman        Weinberg, Wheeler, Hudgins,
      510 Walnut Street, Suite 500            Gunn & Dial, LLC
      Philadelphia, PA 19106                  3344 Peachtree Road, NE
                                              Suite 2400
      Todd R. Ehrenreich                      Atlanta, GA 30326
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500     Dorothy Wimberly
      Miami, FL 33133                         Stone, Pigman, Walther,
                                              Wittman, LLC
                                              546 Carondelet Street
      Michael P. Peterson                     New Orleans, LA 70130
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

        The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall
Action.

        To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it
is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a
class member in both the Class the Banner Settlement and the Class Action Settlement between
the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the
"Global Settlement") opts out of the Global Settlement.

        In the event such class member opts back in to the Global Settlement, the undersigned
intends to opt back in to the Banner Settlement to the extent permitted by existing or future order
of the Chinese Drywall MDL Court.


Contractor/Installer:   Vicinity Drywall, Inc.

Address:                573 S.E. Brookside Terrace
                        Port St. Lucie, FL  34983-2205

Executed by:            Brian L. Reboul, Esq.          this 28th day of September, 2012.


5245207.1

LAW OFFICES

## PLAUCHÉ, SMITH & NIESET, L.L.C.

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK M. WALKER, JR.
MICHAEL J. McNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER P. IEYOUB
H. DAVID VAUGHAN II
JOSEPH R. POUSSON, JR.
V. ED McGUIRE, III
ERIC W. ROAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING*
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A LIMITED LIABILITY COMPANY
1123 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

A. LANE PLAUCHÉ (1919-2006)
S.W. PLAUCHÉ (1889-1982)
S.W. PLAUCHÉ, JR. (1915-1966)

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

(337) 436-0522
FAX (337) 436-9637

* also admitted in Texas

dvaughan@psnlaw.com

September 28, 2012

## CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   Chinese Manufactured Drywall Products
Liability Litigation, MDL No.: 2047
United States District Court, Eastern District of Louisiana

To Whom It May Concern:

The undersigned opts out of the Banner settlements only to the extent a homeowner or other claimant for one of the undersigned's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

Viking Homes of S.W. Florida, Inc.
3305 S.E. 1st Avenue
Cape Coral, FL 33904

By: _____
H. DAVID VAUGHAN II, Its Attorney

HDVII/cs

## REQUEST FOR EXCLUSION ("OPT-OUT")

### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.

Name: <u>Villa Homes Development d/b/a Villa Homes of SW Florida</u>

Current Address: <u>4414-6 Del Prado Blvd., Cape Coral, Florida 33904</u>

By: _____
Signature

Print Name: Mario Cruzado
Title: PRESIDENT
Date: 9/27/12

---

**REQUEST FOR EXCLUSION ("OPT-OUT")**

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:                    <u>Vizcaya Custom Homes</u>

Current Address:    <u>209 S. Gunlock Ave., Tampa, Florida 33609</u>

By: <u>Robert J. Albano</u>
Signature

Print Name: <u>Robert J. Albano</u>
Title: <u>President</u>
Date: <u>9/27/12</u>

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Richard M Volon_
        First           Middle          Last

Name: _Ursula Engelhardt-Volon_
        First           Middle          Last

Address: _2421 NE 65th St. Unit 2-301_
           Street Address

_Fort Lauderdale, FL 33308_
       City, State, Zip

Executed by _____    _10/7/11_
         Signature                  Date

Executed by _____    _____
         Signature                  Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

---

### REQUEST FOR EXCLUSION ("OPT-OUT")

### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:                          Waterways Joint Venture IV, LLC

Current Address:               15013 Summit Place Circle, Naples, FL 34119

Opt Out
Property Address:              See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.      Installer (unknown at this time), or any of its entities, and its insurers

2.      Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

3.      Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

14741702v1 0900735

4.          Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable
            affiliated entities, and their respective insurers

            WATERWAYS JOINT VENTURE IV, LLC

            By: _____
                    Signature
            Print Name: _____DAVID DYKE_____
            Title: a representative of MCC an insurer of Waterways
            Joint Venture IV, LLC
            Date: _____9/28/12_____

14741702v1  0900735

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(WATERWAYS JOINT VENTURE IV, LLC)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

<div style="border:1px solid black">

**REQUEST FOR EXCLUSION ("OPT-OUT")**

**BANNER SETTLEMENT CLASS**
**RE: CHINESE MANUFACTURED**
**DRYWALL LITIGATION**

</div>

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name:      WB Construction, Inc.

Current Address:      18465 Tulip Road, Fort Myers, FL 33912

Opt Out
Property Address:      See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

     1.      Installer (unknown at this time), or any of its entities, and its insurers

     2.      Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

     3.      Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co, KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

14741703v1  0900735

4.    <u>Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers</u>

WB CONSTRUCTION, INC.

By: _____

    Signature

Print Name: _____DAVID DYKE_____

Title: <u>a representative of MCC an insurer of WB Construction, Inc.</u>

Date: _____9/28/12_____

14741703v1  0900735

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(WB CONSTRUCTION, INC.)**

| | Property Address |
|---|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall
Action.

Name: *Frank*      *James*      *Webster*
　　　　First　　　　　　Middle　　　　　　Last

Name: _____
　　　　First　　　　　　Middle　　　　　　Last

Address: *20367 SW 87TH PL*
　　　　Street Address

*CUTLER BAY, FL 33189*
　　City, State, Zip

Executed by *[signature]*　　　　*October 24, 2011*
　　　　Signature　　　　　　　　　　Date

Executed by _____
　　　　Signature　　　　　　　　　　Date

To:　Arnold Levin
　　　LEVIN, FISHBEIN, SEDRAN & BERMAN
　　　510 Walnut Street, Suite 500
　　　Philadelphia, PA 19106

　　　Todd R. Ehrenreich
　　　WEINBERG WHEELER HUDGINS GUNN & DIAL
　　　2601 South Bayshore Drive, Suite 1500
　　　Miami, FL 33133

　　　Michael P. Peterson
　　　PETERSON & ESPINO, P.A.
　　　10631 S.W. 88th Street, Suite 220
　　　Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _PAUL_____H._____WERTHMAN_____
      First         Middle        Last

Name: _SUSAN_____M._____WERTHMAN_____
      First         Middle        Last

Address: _1725 SW 17th PLACE_____
       Street Address

_CAPE CORAL, FL 33991_____
  City, State, Zip

Executed by _____   7/25/11_____
      Signature                Date

Executed by _Susan M. Werthman_____  7/25/11____
      Signature                Date

To:   Arnold Levin
     LEVIN, FISHBEIN, SEDRAN & BERMAN
     510 Walnut Street, Suite 500
     Philadelphia, PA 19106

     Todd R. Ehrenreich
     WEINBERG WHEELER HUDGINS GUNN & DIAL
     2601 South Bayshore Drive, Suite 1500
     Miami, FL 33133

     Michael P. Peterson
     PETERSON & ESPINO, P.A.
     10631 S.W. 88th Street, Suite 220
     Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name:  <u>Nain</u>                        <u>Wessin</u>
     First            Middle               Last

Name:  <u>Yerilin</u>                      <u>Wessin</u>
     First            Middle               Last

Address:  <u>3310 NE 3RD Dr</u>
      Street Address

      <u>Homestead FL. 33033</u>
      City, State, Zip

Executed by:  <u>Nain Wessin</u>          <u>11/15/11</u>
      Signature                 Date

Executed by:  <u>Yerilin Wessin</u>        <u>Nov 15, 2011</u>
      Signature                 Date

To:   Arnold Levin, Esq.
     LEVIN, FISHBEIN, SEDRAN & BERMAN
     510 Walnut Street, Suite 500
     Philadelphia, PA 19106

Dorothy Wimberly, Esq.
STONE PIGMAN WALTHER WITTMAN LLC
546 Carondelet Street
New Orleans, LA 70130

Todd R. Ehrenreich, Esq.
WEINBERG WHEELER HUDGINS GUNN & DIAL LLC.
2601 South Bayshore Drive, Suite 1500
Miami, Fl 33133

Michael A. Sexton, Esq.
WEINBERG WHEELER HUDGINS GUNN & DIAL LLC.
3344 Peachtree Road, NE Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esq.
PETERSON & ESPINO, P.A.
10631 SW 88th Street, Suite 220
Miami, Fl 33186

**REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:   Arnold Levin                                    Michael A. Sexton
      Levin, Fishbein, Sedran & Berman               Weinberg, Wheeler, Hudgins,
      510 Walnut Street, Suite 500                    Gunn & Dial, LLC
      Philadelphia, PA 19106                          3344 Peachtree Road, NE
                                                      Suite 2400
                                                      Atlanta, GA 30326
      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC                                Dorothy Wimberly
      2601 South Bayshore Dr., Suite 1500            Stone, Pigman, Walther,
      Miami, FL 33133                                 Wittman, LLC
                                                      546 Carondelet Street
                                                      New Orleans, LA 70130
      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186


        The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall
Action.

        To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it
is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a
class member in both the Banner Settlement and the Class Action Settlement between the PSC
and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global
Settlement") opts out of the Global Settlement.

        In the event such class member opts back in to the Global Settlement, the undersigned
intends to opt back in to the Banner Settlement to the extent permitted by existing or future order
of the Chinese Drywall MDL Court.


Contractor/Installer: West Coast Drywall Construction, Inc.

Address: 1495 Rail Head Blvd. Unit 8, Naples, FL 34110


Executed by: _____  President


5245207.1

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Jill_____Louis_____White_____
      First      Middle      Last

Name: _Vincent_____William_____White_____
      First      Middle      Last

Address: _11001 Gulf Reflections Dr. #A304_____
      Street Address

_Fort Myers, Florida 33908_____
      City, State, Zip

Executed by _Jill L. White_____ _3/29/12_____
      Signature             Date

Executed by _Vincent W. White_____ _3/29/12_____
      Signature             Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

510 Walnut Street
Suite 500
Philadelphia, PA 19106

Russ M. Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esq.
Peterson & Espino, P.A.
10631 S.W. 88th Street
Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esq.
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   **In Re: Chinese Manufactured Drywall Products Liability Litigation**
      **MDL No. 2047, United States District Court, Eastern District of Louisiana**
      **Notice of Limited Opt-Out: Banner Class Action Settlement and Builder,**
      **Installer, Supplier & Insurer Settlement Agreement**

Dear Counselors:

Wilson Heights Development, Inc. ("Wilson Heights") hereby opts out of the Banner Settlement Class and the Builder, Installer, Supplier & Insurer Settlement Agreement for the following two properties:

(1) 12702 SW 26th Street, Davie, Florida 33325;[1] and

---

[1]   The general contractor for this home was Connors Brothers Construction Corp. The installer of the defective Chinese-manufactured drywall in this home was J.M.G. Drywall, Inc. Upon information and belief, the supplier of the drywall was Banner Supply Co. and/or Banner Supply Company Pompano LLC.

& Insurer Settlement Agreement to the extent any additional homes built by Wilson Heights are identified in the future.

Case 2:09-md-02047-EEF-MBN   Document 15916-6   Filed 10/10/12   Page 54 of 65

This written notice is being sent by First Class Mail, postmarked on September 28, 2012.

**Wilson Heights Development, Inc.**
**3842 West 16th Avenue**
**Hialeah, Florida 33012**

Signature: _Mauricio Gluck, Pres_

Print Name: MAURICIO GLUCK

Title: PRESIDENT

Date: Sept 28, 2012

---

2    The general contractor for this home was Connors Brothers Construction Corp. The installer of the defective Chinese-manufactured drywall in this home was J.M.G. Drywall, Inc. Upon information and belief, the supplier of the drywall was Banner Supply Co. and/or Banner Supply Company Pompano LLC.

```
REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION
```

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

Name: ___Windship Homes of Florida, Inc._____

Current Address: ___10627 Broadland Pass, Thonotosassa, FL 33592_____

Opt Out
Property Address: ___See Exhibit "A" attached hereto._____

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DE 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

1.      Installer (unknown at this time), or any of its entities, and its insurers

2.      Banner Supply Company and Banner Supply Pompano, and their applicable affiliates and insurers

3.      Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

---

[1] Nothing set forth herein shall be deemed a waiver of rights to pursue any additional entities and Builder expressly reserves such right. Further, this conditional opt out is being filed in the event that there are any opt out(s) pertaining to this Builder. Builder reserves the right to amend this limited opt out to add any other party(ies) that may be involved and identified on a homeowner opt out after that opt out is filed in MDL 2047.

4.       Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable
         affiliated entities, and their respective insurers

WINDSHIP HOMES OF FLORIDA, INC.

By: _____
        Signature
Print Name: _DAVID DYKE_____
Title: a representative of MCC an insurer of Windship
Homes of Florida, Inc.
Date: _____9/28/12_____

**EXHIBIT "A" TO REQUEST FOR EXCLUSION**
**FROM BANNER SETTLEMENT CLASS**
**(WINDSHIP HOMES OF FLORIDA, INC.)**

| Property/Address |
|---|
| 1. | Any and all properties for which a class member in the Builders, Installers, Suppliers and Participating Insurers Settlement opts out. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement. |

14741725v1  0900735

## REQUEST FOR EXCLUSION ("OPT-OUT")

### BANNER SETTLEMENT CLASS
### RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Builder hereby opts out of the Banner Settlement Class in the Chinese Drywall Action, but only with respect to property on Exhibit A.

Name:           Woodland Enterprises, Inc.

Current Address:     15592 Jupiter Farms Road, Jupiter, Florida 33478

Opt Out
Property Address:    See Exhibit "A" attached hereto.

Pursuant to the Order Setting Consolidated Fairness Hearing, Establishing Coordinated Opt Out, Objection and Briefing Deadlines and Entering Litigation Stay in Favor of Settling Parties, issued in MDL No. 2047 on June 4, 2012 [DB 14566], to the best of the undersigned's knowledge, the identities of "every supplier, installer, builder, developer and its/their insurers and any other defendant and insurer" against whom the above-referenced entity intends to or may pursue claims are as follows[1]

     1.         Triple "E" Corporation, and its insurers

     2.         Banner Supply Company, Banner Supply Pompano, and Banner Supply Port St. Lucie, and their applicable affiliates and insurers

     3.         Osprey Building Materials, Inc.

     4.         La Suprema Trading, Inc. and La Suprema Enterprise, Inc., and their insurers.

     5.         Rothchilt Int'l, Ltd., and its insurers

     6.         Knauf Plasterboard (Tianjin) Co., Knauf GIPS KG, Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation

---

[1] Nothing set forth herein shall be deemed a waiver of Builder's right to pursue any additional entities and Builder expressly reserves such right.

GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf DO Brasil Ltd; PT Knauf Gypsum Indonesia; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd., et. al (manufacturers).

7. Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard, Co. and all applicable affiliated entities, and their respective insurers

WOODLAND ENTERPRISES, INC.

By: _William F. Aach Jr._
    Signature

Print Name: _William F. Aache' Jr_
Title: _Pres_
Date: _8/24/12_

EXHIBIT "A" TO REQUEST FOR EXCLUSION
FROM BANNER SETTLEMENT CLASS
(WOODLAND ENTERPRISES, INC.)

## PROPERTY ADDRESSES

| | |
|---|---|
| 1. | Builder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of the Builder's Banner-supplied Affected Properties has opted out of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. Notwithstanding this limited opt-out, undersigned Builder retains the benefits of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. |

---

### REQUEST FOR EXCLUSION ("OPT-OUT")

BANNER SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esquire
Peterson & Espino, P.A.
10631 S.W. 88 Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**The undersigned Homebuilder only opts out of the Banner Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's Banner-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the Banner Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.**

Name:  Wyman Stokes Builder, Inc.

Current Address:  9340 College Parkway, Ft. Myers, FL 33919

By: _Patricia L Glob_
Signature

Print Name: PATRICIA L GLOB
Title: VP
Date: 9-27-12

# PAXTON & SMITH P.A.

ATTORNEYS AT LAW
BARRISTERS BUILDING, SUITE 500
1615 FORUM PLACE
WEST PALM BEACH, FLORIDA 33401
TELEPHONE: 561-684-2121
FACSIMILE: 561-684-6855

MARK C. CHARTER*
THOMAS B. MILLER**
MICHELE I. NELSON
CLARK W. SMITH

MICHAEL B. DAVIS, OF COUNSEL

E-MAIL: MIN@paxsmith.com

\*ALSO ADMITTED IN MICHIGAN
\*\*ALSO ADMITTED IN ALABAMA

RALPH B. PAXTON (1923-2009)
MORGAN S. BRAGG (RETIRED)

WWW.PAXSMITH.COM

September 28, 2012

Arnold Levin, Esq.
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esq
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esq.
STONE PIGMAN WALTHER WITTMAN, LLC
546 Carondelet Street
New Orleans, LA 70130

Russ Herman
HERMAN HERMAN KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Knauf Defendants' Counsel
Kerry Miller
FRILOT LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

**RE:**   **Banner Class Action Settlement Opt Out Notice**

Dear Counsel:

   Please accept this letter, and the enclosed Request for Exclusion ("Out Out"), as formal notice that our clients, <u>Zahn Luxury Homes, Inc. and Zahn Builders Florida, Inc.,</u> (the "Builder"), has opted out of the Banner and Knauf Settlement Classes Re: Chinese Manufactured Drywall Litigation with respect to the properties set forth in the attached Request, provided that the Plaintiffs or claimants also opt out.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Michele I. Nelson

MIN:acc

Enclosure

## REQUEST FOR EXCLUSION "OPT OUT"

The undersigned, <u>Zahn Luxury Homes, Inc. and Zahn Builders Florida, Inc.</u>, (builder) hereby opt out of the Banner and Knauf Settlements to the extent a respective homeowner or other claimant for one of <u>Zahn Luxury Homes, Inc. and/or Zahn Builders Florida, Inc.'s</u> Banner-supplied Affected Properties has opted out of any of the Knauf, Banner, Builder, Installer, Supplier or Insurer Settlement Agreements.

This opt out includes, but is not limited to, Affected Properties which are the subject of the following cases:

Mollano v. Zahn Luxury Homes, Inc. (Broward County)

Property address(es): <u>1901 Bay Drive, Pompano Beach, Florida</u>

Russo v. Zahn Luxury Homes, Inc. (Broward County)

Property address(es): <u>2520 NE 31st Court, Lighthouse Point, Florida</u>

To the best of my knowledge, the supplier was Banner Supply Company, the manufacturers were Knauf Gips and Knauf Tianjin, the importer was La Suprema Enterprises, and the installer was Baystate Drywall, Inc.

Company: <u>Zahn Luxury Homes, Inc. and Zahn Builders Florida, Inc.</u>

Address: <u>4628 N. Federal Highway Lighthouse Point, FL 33064</u>

ZAHN LUXURY HOMES, INC. AND ZAHN BUILDERS FLORIDA, INC.

By: _____
    Signature

Print Name: _Roger Zahn, Jr._

Title: _Pres._

Date _9/28/12_

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _MICHAEL_____ZAMORA_____
       First       Middle       Last

Name: _____
       First       Middle       Last

Address: _3044 LAKE MANATEE DR._____
       Street Address

_CAPE CORAL  FL  33909_____
       City, State, Zip

Executed by _[signature]_____  Date _3/29/12____
       Signature

Executed by _____  Date _____
       Signature

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130