# EXHIBIT B

LAW OFFICES

# PLAUCHÉ, SMITH & NIESET, L.L.C.

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK M. WALKER, JR.
MICHAEL J. McNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER P. IEYOUB
H. DAVID VAUGHAN II
JOSEPH R. POUSSON, JR.
V. ED McGUIRE, III
ERIC W. ROAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING*
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A LIMITED LIABILITY COMPANY
1123 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

A. LANE PLAUCHÉ (1919-2005)
S.W. PLAUCHÉ (1889-1952)
S.W. PLAUCHÉ, JR. (1915-1966)

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

(337) 436-0522
FAX (337) 436-9637

* also admitted in Texas

September 28, 2012

**CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION**

dvaughan@psnlaw.com

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard Duplantier
Galloway, Johnson, Tompkins,
    Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Re:   Chinese Manufactured Drywall Products
      Liability Litigation, MDL No.: 2047
      United States District Court, Eastern District of Louisiana

To Whom It May Concern:

The undersigned opts out of the INEX Settlement but only to the extent a homeowner or other claimant for one of the undersigned's INEX-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

1st Drywall, LLC
c/o Mr. Nicholas J. LeFevre
SHS|Group
3900 Centennial Dr., Suite C
Midland, MI 48462

By: _____
      H. DAVID VAUGHAN II, its Attorney

HDVII/cs

# *LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

  *Re: In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

  The undersigned, Javier Rowe, who currently resides at 701 Hinson Avenue, Prichard, Alabama 36610, hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

**DATE:** _8/23/11_

_(signature)_
**JAVIER ROWE**

*LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

*Re:     In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Felicia Allbritton, who currently resides at **701 Hinson Avenue, Prichard, Alabama 36610**, hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE: 12/5/11

**FELICIA ALLBRITTON**

*LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

### REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

*Re:*  *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Betty Allbritton, who currently resides at 701 Hinson Avenue, Prichard, Alabama 36610, hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE: _____8 . 23 - 11_____

_Betty Allbritton_
**BETTY ALLBRITTON**

*LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

Re:     *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Edward Stevenson, who currently resides at 701 Hinson Avenue, Prichard, Alabama 36610, hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE: _8/25/11_

_Edward Stevenson_
**EDWARD STEVENSON**

LAW OFFICES
## PLAUCHÉ, SMITH & NIESET, L.L.C.

A LIMITED LIABILITY COMPANY
1123 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK A. WALKER, JR.
MICHAEL J. McNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER F. JEYOUB
H. DAVID VAUGHAN II
JOSEPH R. POUSSON, JR.
V. ED MCGUIRE, III
ERIC W. ROAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A. LANE PLAUCHÉ (1919-2006)
S.W. PLAUCHÉ (1889-1952)
S.W. PLAUCHÉ, JR. (1915-1966)

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

(337) 436-0522
FAX (337) 436-9637

* also admitted in Texas
dvaughan@psnlaw.com

September 28, 2012

## CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard Duplantier
Galloway, Johnson, Tompkins,
    Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Re:   Chinese Manufactured Drywall Products
      Liability Litigation, MDL No.: 2047
      United States District Court, Eastern District of Louisiana

To Whom It May Concern:

The undersigned opts out of the INEX Settlement only to the extent a homeowner or other claimant for one of the undersigned's INEX-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

American's First Homes of Southwest Florida, LLP
(incorrectly named in the MDL as "America's First Home, Inc.")
4218 Cleveland Avenue
Fort Myers, FL 33901

By: _____
    H. DAVID VAUGHAN II, Its Attorney

HDVII/cs

## <u>NOTICE OF / REQUEST FOR OPT-OUT FROM INEX SETTLEMENT</u>

PLEASE TAKE NOTICE that pursuant to Section 7 of the Amended Settlement Agreement Regarding Claims Against Interior-Exterior In MDL No. 2047("INEX Settlement"), the undersigned (Ashton Houston Residential L.L.C.) hereby opts-out of the INEX Settlement for <u>any and all</u> of Ashton Houston Residential L.L.C.'s INEX-supplied affected properties, including, without limitation, the following properties in the MDL:[1]

| Homeowner Last Name | Address | Drywall Installer | Drywall Installer's Insurers | Drywall Supplier |
|---|---|---|---|---|
| Bodden | 13911 Bayford Place Court Houston, TX 77014 | Titan Drywall, Inc. | Mid-Continent Republic Vanguard | INEX |
| Granderson | 13919 Bayford Place Court Houston, TX 77014 | Titan Drywall, Inc. | Mid-Continent Republic Vanguard | INEX |
| Homa | 15814 Sun Mill Court Cypress, TX 77429 | Titan Drywall, Inc. | Mid-Continent Republic Vanguard | INEX |
| Lenol/Zeno | 21115 Rebecca Hill Court Richmond, TX 77406 | Texan Drywall, Inc. | The Hartford | INEX |

Name of Class Member Opting-Out:

Ashton Houston Residential L.L.C.

Current Address of Class Member Opting-Out:

11375 W. Sam Houston Parkway South, Suite 100, Houston, TX 77031

Date: _September 27, 2012_

Signature: _____

Name: Deborah M. Danzig, Chief Legal Officer

Submitted to:

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard Duplantier
Galloway, Johnson, Tomkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

---

[1] Ashton Houston Residential L.L.C. ("Ashton"), currently a named defendant in the <u>Abreu</u> and <u>Block</u> omnibus actions, is concerned that the contemplated bar order provided in the INEX Settlement Agreement might be construed to bar Class Members who exclude themselves or opt-out from the settlement from asserting any claims, including without limitation, claims against Downstream INEX Releasees as defined in the INEX Agreement. To the extent that the Court enters such a bar order, it would violate Ashton's due process rights. Although Ashton is excluding itself from the settlement, should any party to the settlement seek to enforce a bar order against Ashton, Ashton reserves its ability to make all arguments, including constitutional arguments, necessary to protect its rights and interests.

## NOTICE OF / REQUEST FOR OPT-OUT FROM INEX SETTLEMENT

PLEASE TAKE NOTICE that pursuant to Section 7 of the Amended Settlement Agreement Regarding Claims Against Interior-Exterior In MDL No. 2047("INEX Settlement"), the undersigned (Ashton Tampa Residential, LLC) hereby opts-out of the INEX Settlement for any and all of Ashton Tampa Residential, LLC's INEX-supplied affected properties:[1]

Name of Class Member Opting-Out:

Ashton Tampa Residential, LLC


Current Address of Class Member Opting-Out:

2450 Maitland Center Parkway, Suite 301, Maitland, FL 32751


Date: September 27, 2012

Signature: _____

Name:  Deborah M. Danzig, Chief Legal Officer


Submitted to:

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA  19106

Richard Duplantier
Galloway, Johnson, Tomkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

---

[1] Ashton Tampa Residential L.LC. ("Ashton"), currently a named defendant in the Abel and Haya omnibus actions, is concerned that the contemplated bar order provided in the INEX Settlement Agreement might be construed to bar Class Members who exclude themselves or opt-out from the settlement from asserting any claims, including without limitation, claims against Downstream INEX Releasees as defined in the INEX Agreement. To the extent that the Court enters such a bar order, it would violate Ashton's due process rights. Although Ashton is excluding itself from the settlement, should any party to the settlement seek to enforce a bar order against Ashton, Ashton reserves its ability to make all arguments, including constitutional arguments, necessary to protect its rights and interests.

24775579.1



July 8, 2011

To Whom It May Concern:

The undersigned hereby requests exclusion from the In Re Settlement Class in the Chinese Drywall Action.

Judith Avila
2040 Dundee Roof N
Abita Springs
Louisiana 70420

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
      Interior/Exterior Building Supply, LP Settlement Request for Opt Out and Exclusion

Dear Messrs. Levin & Duplantier:

I(We), _James and Suzanne Ballard_, own a home located at _101 Linden Lane Birmingham AL 35242_. The home was constructed utilizing drywall manufactured by Knauf Plasterboard Tianjin "KPT" and distributed by Interior/Exterior Building Supply, LP (INEX). We are represented by W. Brian Collins, Esq. of Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, Telephone (205)324-1834, Facsimile (205)324-1846, E-Mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to Opt Out of the INEX Class Settlement, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out of the INEX Settlement Class in the Chinese Drywall Action.

Date this the _26_ day of _SEPT_, 2012.

_JAMES M BALLARD_
Print Name

Signature

_SUZANNE BALLARD_
Print Name

Signature

*HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

### REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

*Re:*     *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Ja'Myia Banks, individually and as mother and next friend of Davion Barnes, a minor, who currently reside at 1621 Springhill Avenue, Apartment 408, Mobile, Alabama 36604 hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

**DATE:** 8·23·2011

*Ja'Myia T. Banks*
**JA'MYIA BANKS**

*Ja'Myia T. Banks*
**JA'MYIA BANKS, as mother and next friend of DAVION BARNES, a minor**

# HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

Re:    *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Jazemine Banks, who currently resides at 1621 Springhill Avenue, Apartment 408, Mobile, Alabama 36604 hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE: 09/07/11

JAZEMINE BANKS

***HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA***

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

> **Re:** *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Valerie Banks, individually and as mother and next friend of Shannon Banks, minors, who currently reside at 1621 Springhill Avenue, Apartment 408, Mobile, Alabama 36604 hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

**DATE:** ___8-23-11___

_(signature)_
**VALERIE BANKS**

_(signature)_
**VALERIE BANKS, as mother and next friend of SHANNON BANKS, minors**

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, La. 70113

Richard Duplantier
Galloway, Johnson, Thompson, Burr & Smith
1 Shell Square
701 Poydras Street, 40th Floor
New Orleans, La. 70139

Kerry J. Miller
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, La. 70163

Gentlemen:

We, Joseph and Brenda Booker, currently reside at 1041 Edgewater Lane, Chelsea, Alabama 35043.

We own the property located at 1041 Edgewater Lane, Chelsea, Alabama 35043 which has been damaged by Chinese Drywall. To the best of our knowledge the home was constructed by Eddleman Properties, Park Homs, LLC, the drywall was supplied by Interior/Exterior Building Supply, LLP, and the manufacturer is the Knauf entities. We are not aware of the installers names. We believe the insurer for the builder is Cincinnati and/or AutoOwners.

We are represented by Eric D. Hoaglund at McCallum, Hoaglund, Cook & Irby, LLP, 905 Montgomery Highway, Suite 201, Vestavia Hills, Alabama 35216; Telephone (205) 824-7767 Facsimile (205) 824-7768 Email:ehoaglund@mhcilaw.com.

The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (InEx) Settlement, the Knauf Settlement and the Participating Suppliers, Builders and Installers and participating Insurers Settlement (Global Settlement).

_____
Homeowner    Joseph Booker

_____
Homeowner    Brenda Booker

17230 Oyster Bay Road
Gulf Shores, Alabama 36542
August 4, 2011

Arnold Levin, Plaintiff's Lead Counsel
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

RE:  Chinese Manufactured Drywall Products Liability Litigation

Mr. Levin,

The undersigned hereby requests exclusion from the InEx Settlement Class in
the Chinese Drywall Action.

Gary E. Boyce
17230 Oyster Bay Rd.
Gulf Shores, AL 36542

Chris Boyce
17230 Oyster Bay Rd.
Gulf Shores, AL  36542

```
REQUEST FOR EXCLUSION ("OPT-OUT")

INTERIOR EXTERIOR SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION
```

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esquire
Herman Herman Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Homebuilder only opts out of the Interior Exterior ("INEX") Settlement to the
extent a homeowner or other claimant for one of undersigned Homebuilder's INEX-supplied
Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement
Agreement. Undersigned Homebuilder's opt-out of the INEX Settlement is limited only to
properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement
Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of
the Builder, Installer, Supplier, and Insurer Settlement Agreement.

Name:            BurMon Properties, LLC

Current Address:      205 Lefleur Dr., Slidell, Louisiana 70460

By: _____
Signature

Print Name: Jason E. Buras
Title: Owner
Date: 9/27/12

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
Interior/Exterior Building Supply, LP Settlement Request for Opt Out and Exclusion

Dear Messrs. Levin & Duplantier:

I(We), Scott and Mary Campbell, own a home located at 171 Silo Hill Rd., Madison, AL 35758. The home was constructed utilizing drywall manufactured by Knauf Plasterboard Tianjin "KPT" and distributed by Interior/Exterior Building Supply, LP (INEX). We are represented by W. Brian Collins, Esq. of Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, Telephone (205)324-1834, Facsimile (205)324-1846, E-Mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to Opt Out of the INEX Class Settlement, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out of the INEX Settlement Class in the Chinese Drywall Action.

Date this the 25th day of September, 2012.

Scott A. Campbell
Print Name

Scott A. Campbell
Signature

Mary M. Campbell
Print Name

Mary M. Campbell
Signature

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

      RE:    Chinese Manufactured Drywall Products Liability Litigation MDL 2047
               Interior/Exterior Building Supply, LP Settlement Request for Opt Out and Exclusion

Dear Messrs. Levin & Duplantier:

      I (We), *CHARLES + YVONNE CARLIN*, own a home located at *3895 ARBOR GLENN HOOVER AL 35244* The home was constructed utilizing drywall manufactured by Knauf Plasterboard Tianjin "KPT" and distributed by Interior/Exterior Building Supply, LP (INEX). We are represented by W. Brian Collins, Esq. of Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, Telephone (205)324-1834, Facsimile (205)324-1846, E-Mail: brian@collinshorsley.com.

      Please let this correspondence serve as notice of our decision to Opt Out of the INEX Class Settlement, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out of the INEX Settlement Class in the Chinese Drywall Action.

      Date this the *23rd* day of *SEPT*, 2012.

*CHARLES E. CARLIN*
Print Name

                                         Signature

*YVONNE V. Carlin*
Print Name

                                         Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
Case No. 2:11-cv-00252 (E.D. La.)

*Arndt, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
Case No. 11-cv-2349 (E.D. La.)

*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al.*
Case No. 2:11-cv-01363 (E.D. La.)

*Cassidy, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al.*
Case No. 11-cv-3023 (E.D. La)

## DEFENDANT CASTLEROCK COMMUNITIES, L.P.'S
## REQUEST TO CONDITIONALLY OPT OUT OF THE INEX SETTLEMENT

COMES NOW Defendant CastleRock Communities, L.P., and submits this Request to conditionally Opt Out of the InEx Settlement to Plaintiffs' Lead Counsel and Counsel for InEx, in accordance with section V, page 11, paragraph 4, of the Court's Preliminary Approval Order (doc. No. 8818) and paragraph 7.2.1 of the InEx Settlement.

The undersigned hereby requests conditional exclusion from the InEx Settlement Class in the Chinese Drywall Action. CastleRock Communities, L.P. only opts out of the InEx Settlement to the extent a homeowner or other claimant for one of CastleRock Communities, L.P.'s InEx-supplied Affected Properties has opted out of the Builder, Installer, Supplier & Insurer Settlement Agreement.

F:\1780\Pleadings\Opt Out Form

1

Lance Wright
CastleRock Communities, L.P.
7670 Woodway Drive, Ste. 300
Houston, Texas 77063
(713) 600-7000
(713) 600-0000- Fax
LWright@c-rock.com

Per the aforementioned Order, this Request to conditionally Opt Out is being sent

via mail to:

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
*Plaintiffs' Lead Counsel*

Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith,
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139
*Counsel for InEx*

Respectfully submitted,

HEARD & MEDACK, P.C.

By:  */s/ David W. Medack*
    David W. Medack
    Federal Bar No. 15597
    Texas Bar No. 13892950
    9494 Southwest Freeway, Suite 700
    Houston, Texas 77074
    (713) 772-6400 – Telephone
    (713) 772-6495 – Facsimile

*Attorneys for Defendant CastleRock*
*Communities, L.P.*

Marilyn Clark
6465 Apelehama Road
Diamondhead, MS  39525

August 18, 2011

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut St., Ste 500
Philadelphia, PA 19106

Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras St., 40th Fl
New Orleans, LA 70139

Re:    InEx Settlement Class in the Chinese Drywall Action

Dear Mr. Levin and Mr. Duplantier:

I, Marilyn Clark, (6465 Apelehama Road, Diamondhead MS 39525) hereby request to be excluded from the InEx Settlement Class in the Chinese Drywall Action.  I also request exclusion in all other class actions and wish to be excluded from the MDL litigation.

If you have any questions please refer them to my attorneys, Wayne E. Ferrell, Jr., 405 Tombigbee St., Jackson, Mississippi 39201, and John Hunter, Cumbest Cumbest Hunter & McCormick, P. O. Drawer 1287, Pascagoula, MS 39568-1287.

Sincerely,

Marilyn Clark

Frances Parlow
6465 Apelehama Road
Diamondhead, MS 39525

August 18, 2011

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut St., Ste 500
Philadelphia, PA 19106

Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras St., 40th Fl
New Orleans, LA 70139

  Re: InEx Settlement Class in the Chinese Drywall Action

Dear Mr. Levin and Mr. Duplantier:

  I, Frances Parlow, (6465 Apelehama Road, Diamondhead MS 39525) hereby request to be excluded from the InEx Settlement Class in the Chinese Drywall Action. I also request exclusion in all other class actions and wish to be excluded from the MDL litigation.

  If you have any questions please refer them to my attorneys, Wayne E. Ferrell, Jr., 405 Tombigbee St., Jackson, Mississippi 39201, and John Hunter, Cumbest Cumbest Hunter & McCormick, P. O. Drawer 1287, Pascagoula, MS 39568-1287.

       Sincerely,

       *Frances Parlow*
       Frances Parlow

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 09-2047 |
| THIS DOCUMENT RELATES TO | * * | SECTION: L |
| SEAN and BETH PAYTON, et al. | * * | |
| vs | * * | JUDGE FALLON |
| KNAUF GPS, et al. Case No. 2:09-CV-07628-EEF-JCW | * * | MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COCKERHAM CONSTRUCTION, L.L.C.'S
## CONDITIONAL EXCLUSION FROM INEX SETTLEMENT CLASS

TO:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street
      Suite 500
      Philadelphia, PA 19106
      Plaintiff's Lead Counsel

Richard Duplantier
Galloway, Johnson, Tompkins,
Burr & Smith
One Shell Square
701 Poydras Street
40th Floor
New Orleans, LA 70139
Counsel for InEx

The undersigned, Tony Mandez Cockerham, on behalf of Cockerham Construction, L.L.C. only opts out of the InEx Settlement to the extent that homeowners, Eugene Legendre and Brian and Paula Huckaby, or other claimants for one of Cockerham Construction, L.L.C.'s InEx-supplied Affected Properties located at 6857 Micah's Way, Greenwell Springs, LA 70739 and 4031 Monte Vista Drive, Addis, LA 70710 or any other home built by Cockerham Construction, L.L.C. have opted out of the Builder, Installer, Supplier & Insurer Settlement Agreement.

COCKERHAM CONSTRUCTION, L.L.C.

BY: _Tony Mandez Cock_____          DATE: _9/20/12_

TONY MANDEZ COCKERHAM
1821/1 North Sheridane Court
Greenwell Springs, Louisiana 70739

PAJARES & SCHEXNAYDRE, LLC

_Raymond J. Pajares_____          DATE: _9/27/12_

RAYMOND J. PAJARES, T.A.
Louisiana State Bar Association Number 17343
68031 Capital Trace Row
Mandeville, Louisiana 70471
Telephone: 985-292-2000
Facsimile: 985-292-2001
ATTORNEYS FOR
COCKERHAM CONSTRUCTION, LLC

# *HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

> *Re: In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Von Conway, who currently resides at 607 Charleston Street, Mobile, Alabama 3660, hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE: 9/2 9/11

**VON CONWAY**

# HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

*Re:* *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Samone Radcliff who currently resides at 607 Charleston Street, Mobile, Alabama 3660, hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE: _August 23, 2011_

_Samone Radcliff_
**SAMONE RADCLIFF**

September 26, 2012

### "CONDITIONAL REQUEST FOR EXCLUSION"

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard Duplantier
Calloway, Johnson, Tompkins
   Burr & Smith
One Shell Square
701 Poydras Street
40th Floor
New Orleans, LA 70139

> Re:   Chinese Manufactured Drywall Products
>        Liability Litigation
>        MDL No.: 2047
>        United States District Court, Eastern District of Louisiana

To whom it may concern:

The undersigned opts out of the INEX Settlement but only to the extent a homeowner or other claimant for one of the undersigned's INEX-supplied Affected Properties has opted out of the Builder, Installer, Supplier & Insurer Settlement Agreement.

>         Courtside Development, Inc.
>         2700 U. S. Highway 280
>         Suite 425
>         Birmingham, Alabama 35223
>
>         By: _____
>         Doug Eddleman, in his capacity as
>         Managing Partner of Courtside Development, Inc.

cc:   H. David Vaughan II
       Plauche Smith & Nieset
       1123 Pithon Street
       Lake Charles, LA 70601

| IN RE: | ) | MDL NO. 2047 |
|---|---|---|
| | ) | |
| CHINESE MANUFACTURED DRYWALL | ) | SECTION L |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| | ) | |

## NOTICE OF OPT-OUT OF SETTLEMENT AGREEMENTS REGARDING CLAIMS IN MDL NO. 2047 BY CLASS MEMBER CRS BUILDING CORPORATION

Class Member, CRS Building Corporation, hereby gives notice of the following:

1.  The full name and current address of CRS Building Corporation is:

    CRS Building Corporation
    100 Second Avenue South, Suite 301-S
    St. Petersburg, Florida 33701

2.  The address of the property damaged by Chinese Drywall is as follows:

    Harrison Ranch Community
    5755 Harrison Ranch Blvd.
    Bradenton, Florida 34219

3.  The identities of every purchaser, supplier, marketer, installer, builder, developer and its/their insurers, and any Participating Defendant and Participating Insurer against which the undersigned intend to pursue their claims:

    American Building Materials, Inc.
    American Gypsum
    Auto-Owners Insurance Company
    Bedrock Gypsum
    FCCI Insurance Group, Inc.
    Mid-Continent Casualty Company
    National Gypsum
    Southern-Owners Insurance Company
    Swedberg Enterprises, Inc. d/b/a Florida Drywall
    Remaining Insurers for entities listed above.

4.  The undersigned hereby opts out from the (1) Builder, Installer, Supplier and Participating Insurer Settlement Class, (2) the Banner Settlement Class, (3) the InEx Settlement (4) the Knauf Settlement (5) the L&W Settlement, and (6) the Global Settlement in the Chinese Drywall Action in MDL No. 2047.

5. The undersigned individuals wish to pursue their individual claims against all potentially responsible Participating Defendants and Participating Insurers by litigation and/or arbitration, and hereby reserve their right to do so.

6. The undersigned individual Class Members are represented by the following counsel:

> RYAN C. GRIFFIN
> JOHNSON, POPE, BOKOR, RUPPEL AND BURNS
> 403 E. Madison Street, Suite 400
> Tampa, FL 33602

7. This written notice signed by the opting-out Class Members is being set by First Class Mail, postmarked on Sept. 28, 2012, to Settlement Class Counsel, Arnold Levin (Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106) and Russ M. Herman (Herman, Herman & Katz LLP, 820 O'Keefe Avenue, New Orleans, LA 70113) and to the Knauf Defendants' Counsel, Kerry Miller (Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA 70163); Counsel for USG and L&W, W. David Conner (Haynsworth Sinkler Boyd, P.A., P.O. Box 2048, Greenville, SC 29602); Co-Class Counsel Dorothy Wimberly (Stone Pigman Walther Wittmann LLC, 546 Carondelet Street, New Orleans, LA 70130) ; Counsel for all banner entities except Banner PSL Michael A. Sexton (Weinberg Wheeler Hudgins Gunn & Dial LLC, 3344 Peachtree Road, NE, Suite 2400, Atlanta, GA 30326); counsel for all Banner entities Michael Peters (Peterson & Espino, P.A., 10631 S.W. 88th Street, Suite 220, Miami, FL 3318); InEx Counsel, Richard Duplantier (Galloway, Johnson, Tompkins, Burr & Smith) One Shell Square, 701 Poydras Street, 40th Floor, New Orleans, LA 70139)

Craig Ses, President
CRS Building Corporation.

2

STATE OF _Florida_ )

COUNTY OF _Pinellas_ )

   The foregoing instrument was sworn to and subscribed before me on _Sept. 27_, 2012, by _Craig R. Sas_, ☐ who are personally known to me, or ☐ who produced _____ as identification.

_Anne Kivlen_
Notary Public

Print Name: _Anne Kivlen_
My Commission Expires: _10/13/2013_



ANNE KIVLEN
Commission # DD 919801
Expires October 17, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

3

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER:
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
NEW ORLEANS

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
### INTERIOR-EXTERIOR SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:    Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:    Payton, Sean and Beth, et al v. Knauf Gips KG, et al
Defendant: D & A Construction
USDC Eastern District No. 10-361, Div. L
Our File Numbers: 323.0003, 323.0012, and 323.0013

September 28, 2012
PSC and Liaison Counsel
Page 2

The undersigned hereby opts out of the Interior-Exterior Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Interior-Exterior Settlement Class to the extent of the claim of a class member in both the Interior-Exterior Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Interior-Exterior Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.


Contractor/Installer: D & A Construction

Address:

Executed by:  _____
                    Glenn B. Adams, Esquire
                    Attorney for D & A Construction

## REQUEST FOR EXCLUSION ("OPT OUT")
## INTERIOR/EXTERIOR BUILDING SUPPLY, L.P. SETTLEMENT CLASS ACTION
## ("INEX SETTLEMENT CLASS")
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Daelen of Tangipahoa, L.L.C., only opts out of the InEx Settlement Class to the extent a homeowner or other claimant for one of Daelen of Tangipahoa, L.L.C.'s InEx-supplied Affected Properties has opted out of the Builder, Installer, Supplier & Insurer Settlement Agreement.

**Name of Entity:** Daelen of Tangipahoa, L.L.C.

**Current Address:** 22 Walnut Place, Covington, LA 70433

Daelen of Tangipahoa, L.L.C.

By: _____

Its: _____MANAGER_____

Date: _____9-28-2012_____

To:     Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA   19106

        Richard Duplantier
        GALLOWAY, JOHNSON, TOMPKINS
        BURR & SMITH
        One Shell Square
        701 Poydras Street, 40th Floor
        New Orleans, LA   70139

3434.18985.00328557.1

## REQUEST FOR EXCLUSION ("OPT OUT")
## INTERIOR/EXTERIOR BUILDING SUPPLY, L.P. SETTLEMENT CLASS ACTION
## ("INEX SETTLEMENT CLASS")
## RE:  CHINESE MANUFACTURED DRYWALL LITIGATION

David E. Diggs, L.L.C., and David Diggs only opt out of the InEx Settlement Class to the extent a homeowner or other claimant for one of David E. Diggs, L.L.C.'s/ David Diggs's InEx-supplied Affected Properties has opted out of the Builder, Installer, Supplier & Insurer Settlement Agreement.

**Name of Entity:** David E. Diggs, L.L.C., and David Diggs

**Current Address:** 500 Magnolia Ridge Court, Mandeville, LA 70447

**David E. Diggs, L.L.C., and David E. Diggs**

By: _____
Its: _____
Date: _____9/28/12_____

To:     Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA   19106

        Richard Duplantier
        GALLOWAY, JOHNSON, TOMPKINS
        BURR & SMITH
        One Shell Square
        701 Poydras Street, 40th Floor
        New Orleans, LA  70139

3551.19126. 00328566.1

LAW OFFICES

## FLAUCHÉ, SMITH & NIESET, L.L.C.

A LIMITED LIABILITY COMPANY
1123 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK M. WALKER, JR.
MICHAEL J. MCNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER P. IEYOUB
H. DAVID VAUGHAN II
JOSEPH R. POUSSON, JR.
V. ED MCGUIRE, III
ERIC W. ROAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A. LANE PLAUCHÉ (1919-2006)
S.W. PLAUCHÉ (1889-1952)
S.W. PLAUCHÉ, JR. (1915-1966)

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

(337) 436-0522
FAX (337) 436-9637

* also admitted in Texas

dvaughan@psnlaw.com

September 28, 2012

## CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard Duplantier
Galloway, Johnson, Tompkins,
   Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Re:    Chinese Manufactured Drywall Products
       Liability Litigation, MDL No.: 2047
       United States District Court, Eastern District of Louisiana

To Whom It May Concern:

The undersigned opts out of the INEX Settlement only to the extent a homeowner or other claimant for one of the undersigned's INEX-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

DeAngelis Diamond Construction, Inc.
DeAngelis Diamond Homes, Inc.
6635 Willow Park Drive
Naples, FL 34109

By: _____
     H. DAVID VAUGHAN II, Their Attorney

HDVII/cs

# RYAN & DAWSON

## ATTORNEYS

HOUSTON • WEIMAR

Writer's Direct Contacts
Voice: (713) 960-1555
Email: cdawson@rdlaw.com

September 14, 2012

RECEIVED
SEP 19 2012

Arnold Levin
LEVIN, FISHBEIN, SEDRAN &
BERMAN
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
*Class Counsel*

Richard Duplantier
Galloway, Johnson, Tompkins, Burr
& Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139
*Counsel for InEx*

Russ M. Herman
HERMAN, HERMAN, KATZ &
COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
*Class Counsel*

Kerry Miller
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
*Counsel for Knauf Defendants*

Re:   **NOTICE OF OPT-OUT**

Re:   No. 11-CV-0741; *James DeBruin II and Candice DeBruin v K. Hovnanian of Houston II, LLC;* in the 212th Judicial District Court; Galveston County, Texas

Dear Counsel:

I represent James DeBruin II and Candice DeBruin. Please allow this letter to serve as my clients' notice of their election to opt out of all Chinese Drywall MDL Settlements. I have never received a single class notice regarding the InEx settlement, the Banner settlement, or the Knauf settlement. We have received no benefit from the MDL.

On or about August 30, 2006, James DeBruin II, and Candice DeBruin, purchased a residence at 501 Falcon Lake Drive, Friendswood, Texas 77546. The home has been confirmed to have Knauf Tianjin drywall, as noted in physical observation, and lab testing. Specifically, this drywall was confirmed using the CPSC and DHUD standards for identification. While defendant K. Hovnanian has suggested that Interior Exterior distributed or sold the drywall, such has not been proven.

The DeBruins moved into another home located at 18519 Point Lookout, Nassau Bay, Texas 77058, and are currently pursuing a lawsuit against K. Hovnanian of

NOTICE OF OPT-OUT –
September 14, 2012
Page 2
----------------------

Houston II, LLC, the builder of the home located at 501 Falcon Lake Drive.  James
DeBruin II, and Candice DeBruin hereby opt out of the Knauf Settlement Class in the
Chinese Drywall Action.  .  James DeBruin II, and Candice DeBruin hereby opt out of
the InEx Settlement Class in the Chinese Drywall Action.

The full name and current address of the persons electing to opt out are as
follows:

James Debruin II and Candice DeBruin
18519 Point Lookout
Nassau Bay, Texas 77058.

The DeBruins confirm their opt out as evidenced by their signatures on the
attached page.

Kindest regards,

Carl Dawson

Z:\DeBruin James\DeBruin v Hovnanian\Correspondence\MDL Counsel Opt-out - Interior Exterior.docx

NOTICE OF OPT-OUT –
September 14, 2012
Page 3
-----------------------

The undersigned hereby opts out of the InEx Settlement Class in the Chinese Drywall Action.

The undersigned hereby opts out of the Knauf Settlement Class in the Chinese Drywall Action.

_____          _____
James DeBruin II                          Candice DeBruin

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, La. 70113

Richard Duplantier
Galloway, Johnson, Thompson, Burr & Smith
1 Shell Square
701 Poydras Street, 40th Floor
New Orleans, La. 70139

Gentlemen:

We, Jan & Jack Demedicis, currently reside at 5812 Chestnut Trace, Birmingham, Alabama
35244.

We own the property located at 5812 Chestnut Trace, Birmingham, Alabama 35244, which has
been damaged by Chinese Drywall. To the best of our knowledge the home was constructed by
Vintage Homes, LLC, the drywall was supplied by Interior/Exterior Building Supply, LLP, and
the manufacturer is the Knauf entities. We are not aware of the installers names. We believe the
insurer for the builder is Nationwide.

We are represented by Eric D. Hoaglund at McCallum, Hoaglund, Cook & Irby, LLP, 905
Montgomery Highway, Suite 201, Vestavia Hills, Alabama 35216; Telephone (205) 824-7767
Facsimile (205) 824-7768 Email:ehoaglund@mhcilaw.com.

The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (InEx)
Settlement and the Participating Suppliers, Builders and Installers and participating Insurers
Settlement (Global Settlement).

Homeowner   Jan Demedicis

Homeowner   Jack Demedicis

C. GORDON JOHNSON, JR.*
*JAMES S. THOMPSON
RALPH A. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**

704 CARONDELET STREET
New Orleans, Louisiana 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

---

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

---

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

---

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
**NEW ORLEANS**

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
INTERIOR-EXTERIOR SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:  Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:  Payton, Sean and Beth, et al v. Knauf Gips KG, et al
Defendant: Derouen Homes, LLC
USDC Eastern District No. 10-361, Div. L
Our File Number: 323.0011

September 28, 2012
PSC and Liaison Counsel
Page 2

The undersigned hereby opts out of the Interior-Exterior Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Interior-Exterior Settlement Class to the extent of the claim of a class member in both the Interior-Exterior Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Interior-Exterior Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: Derouen Homes, LLC

Address:

Executed by: _____
              Glenn B. Adams, Esquire
              Attorney for Derouen Homes, LLC

PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER:
gadams@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6226
Fax: (504) 412-6326

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
NEW ORLEANS

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
### INTERIOR-EXTERIOR SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:    Arnold Levin
       Levin, Fishbein, Sedran & Berman
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       Weinberg, Wheeler, Hudgins
       Gunn & Dial, LLC
       2601 South Bayshore Dr., Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       Peterson & Espino, P.A.
       10631 S.W. 88th St. Suite 220
       Miami, FL 33186

       Michael A. Sexton
       Weinberg, Wheeler, Hudgins,
       Gunn & Dial, LLC
       3344 Peachtree Road, NE
       Suite 2400
       Atlanta, GA 30326

       Dorothy Wimberly
       Stone, Pigman, Walther,
       Wittman, LLC
       546 Carondelet Street
       New Orleans, LA 70130

       Re:    Payton, Sean and Beth, et al v. Knauf Gips KG, et al
              Defendant: DMH Development
              USDC Eastern District No. 10-361, Div. L
              Our File Number: 323.0001

The undersigned hereby opts out of the Interior-Exterior Settlement Class in the Chinese Drywall Action.

September 28, 2012
PSC and Liaison Counsel
Page 2

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Interior-Exterior Settlement Class to the extent of the claim of a class member in both the Class the Interior-Exterior Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Interior-Exterior Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: DMH Development Co.

Address:

Executed by:

Glenn B. Adams, Esquire
Attorney for DMH Development Co.

September 26, 2012

## "CONDITIONAL REQUEST FOR EXCLUSION"

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard Duplantier
Calloway, Johnson, Tompkins
  Burr & Smith
One Shell Square
701 Poydras Street
40th Floor
New Orleans, LA 70139

      Re:    Chinese Manufactured Drywall Products
             Liability Litigation
             MDL No.: 2047
             United States District Court, Eastern District of Louisiana

To whom it may concern:

     The undersigned opts out of the INEX Settlement but only to the extent a homeowner or other claimant for one of the undersigned's INEX-supplied Affected Properties has opted out of the Builder, Installer, Supplier & Insurer Settlement Agreement.

                    Dunnavant Place, LLC
                    2700 U. S. Highway 280
                    Suite 425
                    Birmingham, Alabama 35223

                    By: _____
                    Doug Eddleman, in his capacity as
                    Managing Partner of Dunnavant Place, LLC

cc:     H. David Vaughan II
        Plauche Smith & Nieset
        1123 Pithon Street
        Lake Charles, LA 70601

September 26, 2012

## "CONDITIONAL REQUEST FOR EXCLUSION"

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA19106

Richard Duplantier
Calloway, Johnson, Tompkins
  Burr & Smith
One Shell Square
701 Poydras Street
40th Floor
New Orleans, LA 70139

        Re:    Chinese Manufactured Drywall Products
               Liability Litigation
               MDL No.: 2047
               United States District Court, Eastern District of Louisiana

To whom it may concern:

      The undersigned opts out of the INEX Settlement but only to the extent a homeowner or other claimant for one of the undersigned's INEX-supplied Affected Properties has opted out of the Builder, Installer, Supplier & Insurer Settlement Agreement.

                         Eddleman Homes, LLC
                         2700 U. S. Highway 280
                         Suite 425
                         Birmingham, Alabama 35223

                         By: _____
                         Doug Eddleman, in his capacity as
                         Managing Partner of Eddleman Homes, LLC

cc:    H. David Vaughan II
       Plauche Smith & Nieset
       1123 Pithon Street
       Lake Charles, LA 70601

September 26, 2012

## "CONDITIONAL REQUEST FOR EXCLUSION"

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard Duplantier
Calloway, Johnson, Tompkins
    Burr & Smith
One Shell Square
701 Poydras Street
40th Floor
New Orleans, LA 70139

    Re:  Chinese Manufactured Drywall Products
       Liability Litigation
       MDL No.: 2047
       United States District Court, Eastern District of Louisiana

To whom it may concern:

   The undersigned opts out of the INEX Settlement but only to the extent a homeowner or other claimant for one of the undersigned's INEX-supplied Affected Properties has opted out of the Builder, Installer, Supplier & Insurer Settlement Agreement.

          Eddleman Properties, Inc.
          2700 U. S. Highway 280
          Suite 425
          Birmingham, Alabama 35223

          By:
          Doug Eddleman, in his capacity as
          President of Eddleman Properties, Inc.

cc:  H. David Vaughan II
    Plauche Smith & Nieset
    1123 Pithon Street
    Lake Charles, LA 70601

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia PA 19106

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Richard Duplantier, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th. Floor
New Orleans, LA 70139

Kerry J. Miller, Esq.
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Gentlemen:

We, Kristin Ellis and Ray Ellis, currently reside at, 1045 Riviera Drive, Calera, Alabama 35040.

We own the property located at 1045 Riviera Drive, Calera, Alabama 35040 which has been damaged by Chinese Drywall. To the best of our knowledge, the drywall was supplied by Interior Exterior Building Supply, LLP, and the manufacturer is the Knauf entities. We are not aware of the installers names.

We are represented by K. Edward Sexton, II at Gentle, Turner, Sexton, Debrosse & Harbison, 501 Riverchase Parkway East, Suite 100, Hoover, Alabama 35244; telephone number (205) 716-3000, facsimile number (205) 716-3010, email: esexton@gtandslaw.com or aecker@gtandslaw.com .

**The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (INEX) Settlement, the Knauf Settlement and the Participating Suppliers, Builders and installers and participating Insurers Settlement (Global Settlement).**

Homeowner – Kristin Ellis

Homeowner – Ray Ellis

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                    :        MDL NO. 2047
                                          :
CHINESE MANUFACTURED DRYWALL              :        SECTION: L
PRODUCTS LIABILITY LITIGATION             :
                                          :        JUDGE FALLON
                                          :        MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

## NOTICE OF OPT-OUT OF SETTLEMENT AGREEMENTS REGARDING CLAIMS IN MDL NO. 2047 BY INDIVIDUAL CLASS MEMBERS, RAYMOND P. FARLEY AND AMELIA J. FARLEY

Individual Class Members, RAYMOND P. FARLEY and AMELIA J. FARLEY, hereby give notice of the following:

1.      The full name and current address of these Individual Class Members are as follows:

        RAYMOND P. FARLEY and AMELIA J. FARLEY
        11A Legion Place
        North Arlington, NJ 07031

2.      The address of the property damaged by Chinese Drywall is as follows:

        3756 Summerwind Circle
        Bradenton, Florida 34209

3.      The identities of every purchaser, supplier, marketer, installer, builder, developer and its/their insurers, and any Participating Defendant and Participating Insurer against which the undersigned intend to pursue their claims:

        Taylor Woodrow Homes-Central Florida Division, LLC
        Taylor Morrison Services, Inc.
        Taylor Morrison of Florida, Inc.
        Nu-Way Drywall, LLC
        Knauf Plasterboard entities
        Rothchilt International, Ltd.
        Participating Insurers for entities listed above.

SCANNED

4.     The undersigned hereby opt out from the Builder, Installer, Supplier and Participating Insurer Settlement Class, the InEx Settlement, the Banner Settlement, the Knauf Settlement, the L&W Settlement and the Global Settlement in the Chinese Drywall Action in MDL No. 2047.

3.     The undersigned individuals wish to pursue their individual claims against all potentially responsible Participating Defendants and Participating Insurers by litigation and/or arbitration.

4.     The undersigned individual Class Members are represented by the following counsel:

>  DAVID S. MAGLICH, ESQUIRE
>  FERGESON SKIPPER, SHAW, KEYSER, BARON & TIRABASSI, P.A.
>  1515 Ringling Boulevard – 10th Floor
>  Sarasota, FL 34236

5.     This written notice signed by the individual Class Members is being sent by First Class Mail, postmarked on _September 20_, 2012, to Settlement Class Counsel, Arnold Levin, Levin Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106 and Russ M. Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113, and to the Knauf Defendants' Counsel, Kerry Miller, Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA 70163.

RAYMOND P. FARLEY

AMELIA J. FARLEY

STATE OF NJ )

COUNTY OF Essex )

The foregoing instrument was sworn to and subscribed before me on August 29th , 2012, by RAYMOND P. FARLEY and AMELIA J. FARLEY, ☐ who are personally known to me or ☒ who produced Driver License — NJ as identification.

Notary Public

Print Name: Madeline Walsh

My Commission Expires: 5-10-17

MADELINE WALSH
Notary Public
State of New Jersey
My Commission Expires May 10, 2017
I.D.# 2420641

3

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
       Interior/Exterior Building Supply, LP Settlement Request for Opt Out and Exclusion

Dear Messrs. Levin & Duplantier:

I(We), William and Mary Forbes, own a home located at 100 Linden Lane, Birmingham, AL 35242. The home was constructed utilizing drywall manufactured by Knauf Plasterboard Tianjin "KPT" and distributed by Interior/Exterior Building Supply, LP (INEX). We are represented by W. Brian Collins, Esq. of Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, Telephone (205)324-1834, Facsimile (205)324-1846, E-Mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to Opt Out of the INEX Class Settlement, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out of the INEX Settlement Class in the Chinese Drywall Action.

Date this the 25 day of Sept, 2012.

William Forbes
Print Name

William K. Forbes
Signature

Mary Lois Forbes
Print Name

Mary Lois Forbes
Signature

---

### REQUEST FOR EXCLUSION ("OPT-OUT")

INTERIOR EXTERIOR SETTLEMENT CLASS
RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

---

To:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esquire
Herman Herman Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Dorothy H. Wimberly, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned Homebuilder only opts out of the Interior Exterior ("INEX") Settlement to the extent a homeowner or other claimant for one of undersigned Homebuilder's INEX-supplied Affected Properties has opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Undersigned Homebuilder's opt-out of the INEX Settlement is limited only to properties which have opted out of the Builder, Installer, Supplier, and Insurer Settlement Agreement. Notwithstanding this limited opt-out, undersigned Homebuilder retains the benefits of the Builder, Installer, Supplier, and Insurer Settlement Agreement.

Name:                     Forester Homes, Inc.

Current Address:          974 Campbell Road, Ste. 204, Houston, Texas 77024

By: _Mike Kindred_
    Signature

Print Name: _Mike Kindred_
Title: _President_
Date: _9-27-12_

## REQUEST FOR EXCLUSION ("OPT OUT")
## INTERIOR/EXTERIOR BUILDING SUPPLY, L.P. SETTLEMENT CLASS ACTION
## ("INEX SETTLEMENT CLASS")
## RE:  CHINESE MANUFACTURED DRYWALL LITIGATION

Gant & Shivers Homes, LLC, only opts out of the InEx Settlement Class to the extent a homeowner or other claimant for one of Gant & Shivers Homes, LLC's InEx-supplied Affected Properties has opted out of the Builder, Installer, Supplier & Insurer Settlement Agreement.

**Name of Entity:**  Gant & Shivers Homes, LLC

**Current Address:**  1811 26th Avenue, Gulfport, MS  39501

**Gant & Shivers Homes, LLC**

By: _____

Its: _____

Date: _9-28-12_____

To:     Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA   19106

        Richard Duplantier
        GALLOWAY, JOHNSON, TOMPKINS
        BURR & SMITH
        One Shell Square
        701 Poydras Street, 40th Floor
        New Orleans, LA  70139

3579.19191. 00328574.1

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia PA 19106

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Richard Duplantier, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th. Floor
New Orleans, LA 70139

Kerry J. Miller, Esq.
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Gentlemen:

I, <u>Jon Thomas Gant, Jr.,</u> currently reside at, <u>2401 Chalybe Trail, Hoover, Alabama 35226</u>.

I own the property located at <u>2401 Chalybe Trail, Hoover, Alabama 35226</u> which has been damaged by Chinese Drywall. To the best of my knowledge, the drywall was supplied by Interior Exterior Building Supply, LLP, and the manufacturer is the Knauf entities. I am not aware of the installer's name.

I am represented by K. Edward Sexton, II, at Gentle, Turner, Sexton, Debrosse & Harbison, 501 Riverchase Parkway East, Suite 100, Hoover, Alabama 35244; telephone number (205) 716-3000, facsimile number (205) 716-3010, email: esexton@gtandslaw.com or aecker@gtandslaw.com .

**The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (INEX) Settlement, the Knauf Settlement and the Participating Suppliers, Builders and installers and participating Insurers Settlement (Global Settlement).**

Jon Thomas Gant, Jr. - Homeowner

PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
NEW ORLEANS

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
INTERIOR-EXTERIOR SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

      Michael A. Sexton
      Weinberg, Wheeler, Hudgins,
      Gunn & Dial, LLC
      3344 Peachtree Road, NE
      Suite 2400
      Atlanta, GA 30326

      Dorothy Wimberly
      Stone, Pigman, Walther,
      Wittman, LLC
      546 Carondelet Street
      New Orleans, LA 70130

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
      Defendant: George Fraker General Contractor
      USDC Eastern District No. 10-361, Div. L
      Our File Number: 323.0019

September 28, 2012
PSC and Liaison Counsel
Page 2

The undersigned hereby opts out of the Interior-Exterior Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Interior-Exterior Settlement Class to the extent of the claim of a class member in both the Interior-Exterior Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Interior-Exterior Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: George Fraker General Contractor

Address:

Executed by:   _____
                Glenn B. Adams, Esquire
                Attorney for George Fraker General Contractor

# REQUEST FOR EXCLUSION ("OPT OUT")
## INTERIOR/EXTERIOR BUILDING SUPPLY, L.P. SETTLEMENT CLASS ACTION
### ("INEX SETTLEMENT CLASS")
### RE: CHINESE MANUFACTURED DRYWALL LITIGATION

GMI Construction, Inc., only opts out of the InEx Settlement Class to the extent a homeowner or other claimant for one of GMI Construction, Inc.'s InEx-supplied Affected Properties has opted out of the Builder, Installer, Supplier & Insurer Settlement Agreement.

**Name of Entity:** GMI Construction, Inc.

**Current Address:** 1121 Avenue St. Germain, Covington, LA 70433

**GMI Construction, Inc.**

By: _____
Its: _____President_____
Date: _____9/28/12_____

To:     Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA   19106

        Richard Duplantier
        GALLOWAY, JOHNSON, TOMPKINS
        BURR & SMITH
        One Shell Square
        701 Poydras Street, 40th Floor
        New Orleans, LA  70139

3376.18986. 00328564.1

## PIVACH, PIVACH, HUFFT & THRIFFILEY, L.L.C.

GEORGE PIVACH, II
MARK A. PIVACH
DAVID M. HUFFT
TIMOTHY THRIFFILEY
COREY E. DUNBAR
ELLEN PIVACH DUNBAR

ATTORNEYS AT LAW
8311 HIGHWAY 23, SUITE 104
POST OFFICE BOX 7125
BELLE CHASSE, LOUISIANA 70037
(504) 394-1870
FAX (504) 393-2553
firm@pivachlaw.com
www.pivachlaw.com

Writer's Email
CDunbar@PivachLaw.com

August 24, 2011

*VIA U.S. MAIL AND FACSIMILE:*
*(215) 592-4663*
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Streey, Suite 500
Philadelphia, PA 19106

*VIA U.S. MAIL AND FACSIMILE:*
*(504) 599-8137*
Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

RE:   *Thomas M. Gorman and Gorman Construction, L.L.C. v.*
      *Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd.,*
      *Knauf Insulation GmbH a/k/a Knauf USA,*
      *Knauf International GmbH, and Inter Exterior Building Supply, L.P.*
      CDC No.: 2011-7737 "K-5"
      Our File: 10-617

Dear Gentlemen:

  This correspondence shall serve as notice that Thomas N. Gorman and Gorman Construction, L.L.C. wish to opt-out of the InEx Settlement.

  If you have any other questions or concerns, feel free to contact us.

Very truly yours,

COREY E. DUNBAR
FOR THE FIRM

THE UNDERSIGNED HEREBY REQUESTS EXCLUSION FROM THE INEX SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION.

Thomas M. Gorman,
Individually and on behalf of
Gorman Construction, L.L.C.

CED
cc:   Thomas M. Gorman
      Carline C. Eislen (via fax only 504-525-2456)
      Kyle A. Spaulding (via fax only 504-599-8137)

08-09-11
Desmond Green
3758 Preston Place
NO. LA. 70131

Arnold Levin
510 Walnut Street Suite 500
Philadelphia, PA. 19106

The undersigned hereby requests exclusion from the INEX Settlement class in the chinese drywall action.

Sincerely yours,
Desmond Green

## REQUEST FOR EXCLUSION ("OPT OUT")
## INTERIOR/EXTERIOR BUILDING SUPPLY, L.P. SETTLEMENT CLASS ACTION
## ("INEX SETTLEMENT CLASS")
## RE:  CHINESE MANUFACTURED DRYWALL LITIGATION

Gremillion Homes, Inc., only opts out of the InEx Settlement Class to the extent a homeowner or other claimant for one of Gremillion Homes, Inc.'s InEx-supplied Affected Properties has opted out of the Builder, Installer, Supplier & Insurer Settlement Agreement.

**Name of Entity:**  Gremillion Homes, Inc.

**Current Address:**  706 Place St. Etienne, Covington, LA 70433

**Gremillion Homes, Inc.**

By: _____

Its: _Sec. Treas.     Lori Gremillion_

Date: _9/28/2012_

To:   Arnold Levin, Esq.
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA  19106

      Richard Duplantier
      GALLOWAY, JOHNSON, TOMPKINS
       BURR & SMITH
      One Shell Square
      701 Poydras Street, 40th Floor
      New Orleans, LA  70139

3391.18987. 00328563.1

# HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

Re:     *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Tiffany Grove, individually and as mother and next friend of Trevoris Grove and Trevin Grove, minors, who currently reside at 1801 Holt Road, Apartment 508, Mobile, Alabama 36617 hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE: ___8-24-11___

_____
TIFFANY GROVE

_____
TIFFANY GROVE, as mother and next
friend of TREVORIS GROVE and
TREVIN GROVE, minors

LAW OFFICES

# PLAUCHÉ, SMITH & NIESET, L.L.C.

A LIMITED LIABILITY COMPANY
1123 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK M. WALKER, JR.
MICHAEL J. MCNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER P. IEYOUB
H. DAVID VAUGHAN II
JOSEPH R. POUSSON, JR.
V. ED MCGUIRE, III
ERIC W. ROAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A. LANE PLAUCHÉ (1919-2006)
S.W. PLAUCHÉ (1889-1952)
S.W. PLAUCHÉ, JR. (1915-1966)

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

(337) 436-0522
FAX (337) 436-9637

*also admitted in Texas
dvaughan@psnlaw.com

September 28, 2012

## CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard Duplantier
Calloway, Johnson, Tompkins,
Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Re:  Chinese Manufactured Drywall Products
Liability Litigation, MDL No.: 2047
United States District Court, Eastern District of Louisiana

To Whom It May Concern:

The undersigned opts out of the INEX Settlement only to the extent a homeowner or other claimant for one of the undersigned's INEX-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

Gulf Coast Drywall, LLC
3232 Allegheny Avenue
Columbus, OH 43209

By: _____
H. DAVID VAUGHAN II, Its Attorney

HDVII/cs

LAW OFFICES

# PLAUCHÉ, SMITH & NIESET, L.L.C.

A LIMITED LIABILITY COMPANY
1123 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK M. WALKER, JR.
MICHAEL J. MCNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER P. IEYOUB
H. DAVID VAUGHAN II
JOSEPH R. POUSSON, JR.
V. ED MCGUIRE, III
ERIC W. ROAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING*
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A. LANE PLAUCHÉ (1919-2006)
S.W. PLAUCHÉ (1889-1952)
S.W. PLAUCHÉ, JR. (1915-1966)

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

(337) 436-0522
FAX (337) 436-9637

* also admitted in Texas
dvaughan@psnlaw.com

September 28, 2012

## CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard Duplantier
Galloway, Johnson, Tompkins,
   Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Re:   Chinese Manufactured Drywall Products
      Liability Litigation, MDL No.: 2047
      United States District Court, Eastern District of Louisiana

To Whom It May Concern:

The undersigned opts out of the INEX Settlement only to the extent a homeowner or other claimant for one of the undersigned's INEX-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

Gulfstream Homes, Inc.
6646 Willow Park Drive
Naples, FL 34109

By: _____
   H. DAVID VAUGHAN II, Its Attorney

HDVII/cs

# OPT OUT NOTICE

TO:    Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller
FRILOT LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

    The undersigned hereby opts out from the "InEx Settlement," the "Knauf Settlement," and the "Global Settlement" as those settlements are identified and defined in the Court's Order dated June 4, 2012 (Document14566) in MDL 2047- In Re: Chinese-Manufactured Drywall Products Liability Litigation. The following additional information is provided pursuant to said Order:

**Full Name and Address of persons opting out:**
Albert Fox Haas and Anne Stokes Haas
62 Marston Lane
Mobile, AL 36608

**Address of affected property:**
62 Marston Lane
Mobile, AL 36608

**Best knowledge regarding identities of Suppliers, Installers, Builders, etc.:**
Supplier- Interior/Exterior Building Supply, LP, 727 Cortez St. New Orleans, LA 70119
Installer- Acme Drywall, Inc., 20738 Brown Ln., Summerdale, AL 36580
Builder- J.G. Loper Construction, Inc., 403 Yupon Ave., Fairhope, AL 36532

_____    _____
Albert Fox Haas    Date

_____  9/3/12
Anne Stokes Haas    Date

**Represented by:** R. Tucker Yance, Yance Law Firm, LLC, 169 Dauphin St., Suite 318 Mobile, AL 36602, (ph. 251-432-8003 fax 251-432-8009), rty@yancelaw.com

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia PA 19106

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Richard Duplantier, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th. Floor
New Orleans, LA 70139

Kerry J. Miller, Esq.
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Gentlemen:

We, <u>Michael and Cecila Havard,</u> currently reside at, <u>16322 County Road 9, Summerdale, Alabama 36580</u>.

We own the property located at <u>16322 County Road 9, Summerdale, Alabama 36580</u> which has been damaged by Chinese Drywall. To the best of our knowledge, the drywall was supplied by Interior Exterior Building Supply, LLP, and the manufacturer is the Knauf entities. We are not aware of the installers names.

We are represented by K. Edward Sexton, II at Gentle, Turner, Sexton, Debrosse & Harbison, 501 Riverchase Parkway East, Suite 100, Hoover, Alabama 35244; telephone number (205) 716-3000, facsimile number (205) 716-3010, email: <u>esexton@gtandslaw.com</u> or <u>aecker@gtandslaw.com</u> .

**The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (INEX) Settlement, the Knauf Settlement and the Participating Suppliers, Builders and installers and participating Insurers Settlement (Global Settlement).**

_____
Homeowner - Michael Havard

_____
Homeowner - Cecila Havard

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

       RE:    Chinese Manufactured Drywall Products Liability Litigation MDL 2047
               Interior/Exterior Building Supply, LP Settlement Request for Opt Out and Exclusion

Dear Messrs. Levin & Duplantier:

      I(We), _Robert and Melissa Hawkins_ , own a home located at _1007 Taylors Circle, Moody, AL 35004_ . The home was constructed utilizing drywall manufactured by Knauf Plasterboard Tianjin "KPT" and distributed by Interior/Exterior Building Supply, LP (INEX). We are represented by W. Brian Collins, Esq. of Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, Telephone (205)324-1834, Facsimile (205)324-1846, E-Mail: brian@collinshorsley.com.

      Please let this correspondence serve as notice of our decision to Opt Out of the INEX Class Settlement, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out of the INEX Settlement Class in the Chinese Drywall Action.

      Date this the _25th_ day of _September_, 2012.

_Robert Hawkins_
Print Name

_Melissa Hawkins_
Print Name

_(signature)_
Signature

_(signature)_
Signature

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
       Interior/Exterior Building Supply, LP Settlement Request for Opt Out and Exclusion

Dear Messrs. Levin & Duplantier:

I(We), _Brian D. Hayes_____, own a home located at _____
_1031 Maryanna Rd. Calera, Al 35040_. The home was constructed utilizing drywall
manufactured by Knauf Plasterboard Tianjin "KPT" and distributed by Interior/Exterior Building
Supply, LP (INEX). We are represented by W. Brian Collins, Esq. of Collins & Horsley, P.C., 2021
Morris Avenue, Suite 200, Birmingham, Alabama 35203, Telephone (205)324-1834, Facsimile
(205)324-1846, E-Mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to Opt Out of the INEX Class
Settlement, currently pending before the Honorable Judge Fallon in the Multi District Litigation
2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out
of the INEX Settlement Class in the Chinese Drywall Action.

Date this the _28_ day of _September_, 2012.


_Brian D. Hayes_____
Print Name                                    Signature


_____                              _____
Print Name                                    Signature

# HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

*Re:*    *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Robert Henderson and Taffiany Rodgers, individually and as parents and next friends of Lebarron Rodgers and Mahogany Henderson, minors, who currently reside at 2603 Esau Avenue, Mobile, Alabama 36617, hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE: _8 - 28 - 11_____


_____
**ROBERT HENDERSON**

_____
**TAFFIANY RODGERS**


_____
**ROBERT HENDERSON, as father and next friend of LABARRON RODGERS and MAHOGANY HENDERSON, minors**

_____
**TAFFIANY RODGERS, as mother and next friend of LABARRON RODGERS and MAHOGANY HENDERSON, minors**

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

RE:     Chinese Manufactured Drywall Products Liability Litigation MDL 2047
        Interior/Exterior Building Supply, LP Settlement Request for Opt Out and Exclusion

Dear Messrs. Levin & Duplantier:

I(We), _Donna Hensley_, own a home located at _5387 Quail Ridge Rd_. The home was constructed utilizing drywall manufactured by Knauf Plasterboard Tianjin "KPT" and distributed by Interior/Exterior Building Supply, LP (INEX). We are represented by W. Brian Collins, Esq. of Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, Telephone (205)324-1834, Facsimile (205)324-1846, E-Mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to Opt Out of the INEX Class Settlement, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out of the INEX Settlement Class in the Chinese Drywall Action.

Date this the _25th_ day of _September_, 2012.

_Donna Hensley_                         _Donna Hensley_
Print Name                              Signature


_____                 _____
Print Name                              Signature

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
       Interior/Exterior Building Supply, LP Settlement Request for Opt Out and Exclusion

Dear Messrs. Levin & Duplantier:

I(We), Stephen and Anne Hicks , own a home located at 4391 Boulder Lake Cir, Vestavia Hills AL 35242 . The home was constructed utilizing drywall manufactured by Knauf Plasterboard Tianjin "KPT" and distributed by Interior/Exterior Building Supply, LP (INEX). We are represented by W. Brian Collins, Esq. of Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, Telephone (205)324-1834, Facsimile (205)324-1846, E-Mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to Opt Out of the INEX Class Settlement, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out of the INEX Settlement Class in the Chinese Drywall Action.

Date this the 25th day of September , 2012.

Stephen A. Hicks
Print Name

Signature

Anne Hicks
Print Name

Signature

September 26, 2012

## "CONDITIONAL REQUEST FOR EXCLUSION"

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard Duplantier
Calloway, Johnson, Tompkins
  Burr & Smith
One Shell Square
701 Poydras Street
40th Floor
New Orleans, LA 70139

Re:   Chinese Manufactured Drywall Products
      Liability Litigation
      MDL No.: 2047
      United States District Court, Eastern District of Louisiana

To whom it may concern:

The undersigned opts out of the INEX Settlement but only to the extent a homeowner or other claimant for one of the undersigned's INEX-supplied Affected Properties has opted out of the Builder, Installer, Supplier & Insurer Settlement Agreement.

Highland Lakes Homes, LLC
2700 U. S. Highway 280
Suite 425
Birmingham, Alabama 35223

By: _____
Doug Eddleman, in his capacity as
Managing Partner of Highland Lakes Homes, LLC

cc:   H. David Vaughan II
      Plauche Smith & Nieset
      1123 Pithon Street
      Lake Charles, LA 70601

# *LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

### REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

       ***Re:***    *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

    The undersigned, Ginnies Hillery, individually and as mother and next friend of Corinthia Hillery, a minor, who currently reside at 802 Marsha S. Ratchford Street, Prichard, Alabama 36610, hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE: 8/24/2011

GENNIES HILLERY

**GENNIES HILLERY, as mother and next friend of CORINTHIA HILLERY, a minor**

PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
   Telephone: (504) 412-6249
   Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
NEW ORLEANS

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
### INTERIOR-EXTERIOR SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
      Defendant: J.W. Hodges Drywall, Inc.
      USDC Eastern District No. 10-361, Div. L
      Our File Number: 323.0007, 323.0008, and 323.0016

The undersigned hereby opts out of the Interior-Exterior Settlement Class in the Chinese Drywall Action.

September 28, 2012
PSC and Liaison counsel
Page 2


To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Interior-Exterior Settlement Class to the extent of the claim of a class member in both the Interior-Exterior Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Interior-Exterior Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.


Contractor/Installer: J.W. Hodges Drywall, Inc.

Address:

Executed by:   _____
                     Glenn B. Adams, Esquire
                     Attorney for J.W. Hodges Drywall, Inc.

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER:
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone:  (504) 412-6249
Fax:  (504) 412-6349

PREVIOUS, PORTEOUS, HAINKEL & JOHNSON, L.L.P.
704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
NEW ORLEANS

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
INTERIOR-EXTERIOR SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:    Arnold Levin
       Levin, Fishbein, Sedran & Berman
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       Weinberg, Wheeler, Hudgins
       Gunn & Dial, LLC
       2601 South Bayshore Dr., Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       Peterson & Espino, P.A.
       10631 S.W. 88th St. Suite 220
       Miami, FL 33186

       Michael A. Sexton
       Weinberg, Wheeler, Hudgins,
       Gunn & Dial, LLC
       3344 Peachtree Road, NE
       Suite 2400
       Atlanta, GA 30326

       Dorothy Wimberly
       Stone, Pigman, Walther,
       Wittman, LLC
       546 Carondelet Street
       New Orleans, LA 70130

       Re:    Payton, Sean and Beth, et al v. Knauf Gips KG, et al
              Defendant: JD Tillman Construction
              USDC Eastern District No. 10-361, Div. L
              Our File Number: 323.0024

September 28, 2012
PSC and Liaison Counsel
Page 2

The undersigned hereby opts out of the Interior-Exterior Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Interior-Exterior Settlement Class to the extent of the claim of a class member in both the Interior-Exterior Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Interior-Exterior Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: JD Tillman Construction

Address:

Executed by: _____
Glenn B. Adams, Esquire
Attorney for JD Tillman Construction

PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. CRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
**NEW ORLEANS**

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
### INTERIOR-EXTERIOR SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:   Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
Defendant: JSK Construction
USDC Eastern District No. 10-361, Div. L
Our File Number: 323.0021

September 28, 2012
PSC and Liaison Counsel
Page 2

The undersigned hereby opts out of the Interior-Exterior Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Interior-Exterior Settlement Class to the extent of the claim of a class member in both the Interior-Exterior Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Interior-Exterior Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: JSK Construction
Address:

Executed by: _____
Glenn B. Adams, Esquire
Attorney for JSK Construction

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia PA 19106

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Richard Duplantier, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th. Floor
New Orleans, LA 70139

Kerry J. Miller, Esq.
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Gentlemen:

I, Jasper C. Juliano, currently reside at, 5816 Water Point Lane, Hoover, Alabama 35244.

I own the property located at 5816 Water Point Lane, Hoover, Alabama 35244 which has been damaged by Chinese Drywall. To the best of my knowledge, the drywall was supplied by Interior Exterior Building Supply, LLP, and the manufacturer is the Knauf entities. I am not aware of the installer's name.

I am represented by K. Edward Sexton, II, at Gentle, Turner, Sexton, Debrosse & Harbison, 501 Riverchase Parkway East, Suite 100, Hoover, Alabama 35244; telephone number (205) 716-3000, facsimile number (205) 716-3010, email: esexton@gtandslaw.com or aecker@gtandslaw.com .

**The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (INEX) Settlement, the Knauf Settlement and the Participating Suppliers, Builders and installers and participating Insurers Settlement (Global Settlement).**

Jasper C. Juliano - Homeowner

*HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

Re:  *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, KAREN JUNIOR, individually and as mother and next friend of Shawnterria Junior, Alexandria Junior and Ebonie Junior, minors, who currently reside at 2861 S. Sherwood Dr., Mobile, Alabama, 36606 hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE: 8-25-11

_____
**KAREN JUNIOR**

_____
**KAREN JUNIOR, as mother and next friend of SHAWNTERRICA JUNIOR, ALEXANDRIA JUNIOR and EBONIE JUNIOR, minors**

*HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

<u>**REQUEST FOR EXCLUSION**</u>

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

*Re:*   *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, TYRONE JUNIOR, individually, who currently resides at 2861 S. Sherwood Dr., Mobile, Alabama, 36606 hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE:   8 · 23 - 11

**TYRONE JUNIOR**

## NOTICE OF OPT OUT FROM InEx SETTLEMENT

**VIA FIRST-CLASS MAIL**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suit 500
Philadelphia, PA 19106

**VIA FIRST-CLASS MAIL**
Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Re:     **In Re: Chinese Manufactured Drywall Products Liability Litigation, Opt Out
Notice from InEx Settlement**

The undersigned hereby opts out from the InEx Settlement Class in the Chinese Drywall Action.

**The full name and current address of the person electing to opt out:**

K. Hovnanian Developments of New Jersey, Inc., 110 Fieldcrest Avenue, Edison, NJ 08818.

**The address of the properties:**

| | | | |
|---|---|---|---|
| 5503 SILVER CANYON LN | Rosharon | TX | 77583 |
| 19506 GREENCHASE LN | Houston | TX | 77073 |
| 1011 GRASSYVIEW DRIVE | Houston | TX | 77073 |
| 19923 CYPRESSWOOD SQUARE | Spring | TX | 77373 |
| 11927 LONGWOOD GARDEN WAY | Houston | TX | 77047 |
| 5516 MOSS HILL LN | Rosharon | TX | 77583 |
| 6412 LARRY CREST DRIVE | Pearland | TX | 77684 |
| 1673 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 1063 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 19314 AQUATIC DRIVE | Humble | TX | 77346 |
| 11913 SANSPEREIL DRIVE | Houston | TX | 77047 |
| 5609 SAVANNAH WOODS LANE | Rosharon | TX | 77583 |
| 512 FALCON LAKE DRIVE | Friendswood | TX | 77546 |
| 1047 VERDE TRAILS LN | Houston | TX | 77073 |
| 2001 CARDINAL RIDGE CIRCLE | Friendswood | TX | 77546 |
| 165 PALCIO REAL DRIVE | Houston | TX | 77047 |
| 6309 LARRYCREST DRIVE | Pearland | TX | 77584 |
| 1673 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 1055 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 1657 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 1079 VERDE TRAILS DRIVE | Houston | TX | 77073 |

1

| 1661 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 6509 HILLOCK LN | Pearland | TX | 77584 |
| 1071 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 2008 SPARROW CIRCLE | Friendswood | TX | 77546 |
| 11829 LONGWOOD GARDEN WAY | Houston | TX | 77047 |

**To the best of the Class Member's knowledge, the identities of every purchaser, supplier, marketer, installer, builder, developer and its/their insurers, and any other Participating Defendant and Participating Insurer against which the Class Member intends to pursue its claims:**

Interior/Exterior Building Supply, L.P., Arch Insurance Company, Liberty Insurance Company, North River Insurance Company, and any other insurance company with applicable coverage. Additionally, the Knauf entities and their insurers.

**K. Hovnanian Developments of New Jersey, Inc.**

By: _____

Name: __Michael Discafani_____
         Vice President

Title: _____

Date: _9-28-2012_____

MIAMI 3335084.3 78603/33069

2

## NOTICE OF OPT OUT FROM InEx SETTLEMENT

**VIA FIRST-CLASS MAIL**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suit 500
Philadelphia, PA 19106

**VIA FIRST-CLASS MAIL**
Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Re:     In Re: Chinese Manufactured Drywall Products Liability Litigation, Opt Out
        Notice from InEx Settlement

        The undersigned hereby opts out from the InEx Settlement Class in the Chinese Drywall
Action.

**The full name and current address of the person electing to opt out:**

K. Hovnanian Developments of Texas, Inc., 13111 Northwest Freeway, Suite 310, Houston,
Texas 77040

**The address of the properties:**

| | | | |
|---|---|---|---|
| 5503 SILVER CANYON LN | Rosharon | TX | 77583 |
| 19506 GREENCHASE LN | Houston | TX | 77073 |
| 1011 GRASSYVIEW DRIVE | Houston | TX | 77073 |
| 19923 CYPRESSWOOD SQUARE | Spring | TX | 77373 |
| 11927 LONGWOOD GARDEN WAY | Houston | TX | 77047 |
| 5516 MOSS HILL LN | Rosharon | TX | 77583 |
| 6412 LARRY CREST DRIVE | Pearland | TX | 77684 |
| 1673 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 1063 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 19314 AQUATIC DR | Humble | TX | 77346 |
| 11913 SANSPEREIL DRIVE | Houston | TX | 77047 |
| 5609 SAVANNAH WOODS LANE | Rosharon | TX | 77583 |
| 512 FALCON LAKE DRIVE | Friendswood | TX | 77546 |
| 1047 VERDE TRAILS LN | Houston | TX | 77073 |
| 2001 CARDINAL RIDGE CIRCLE | Friendswood | TX | 77546 |
| 165 PALCIO REAL DRIVE | Houston | TX | 77047 |
| 6309 LARRYCREST DRIVE | Pearland | TX | 77584 |
| 1673 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 1055 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 1657 NICHOLE WOODS DRIVE | Houston | TX | 77047 |

1

| 1079 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 1661 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 6509 HILLOCK LN      Pearland | | TX | 77584 |
| 1071 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 2008 SPARROW CIRCLE | Friendswood | TX | 77546 |
| 11829 LONGWOOD GARDEN WAY | Houston | TX | 77047 |

**To the best of the Class Member's knowledge, the identities of every purchaser, supplier, marketer, installer, builder, developer and its/their insurers, and any other Participating Defendant and Participating Insurer against which the Class Member intends to pursue its claims:**

Interior/Exterior Building Supply, L.P., Arch Insurance Company, Liberty Insurance Company, North River Insurance Company, and any other insurance company with applicable coverage. Additionally, the Knauf entities and their insurers.

**K. Hovnanian Developments of Texas, Inc.**

By: _____

Name: __Michael Discafani_____
              Vice President

Title: _____

Date: _7-28-2012_____

MIAMI 3331627.4 78603/33069

2

<u>NOTICE OF OPT OUT FROM InEx SETTLEMENT</u>

**VIA FIRST-CLASS MAIL**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suit 500
Philadelphia, PA 19106

**VIA FIRST-CLASS MAIL**
Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Re:    In Re: Chinese Manufactured Drywall Products Liability Litigation, Opt Out
       Notice from InEx Settlement

       The undersigned hereby opts out from the InEx Settlement Class in the Chinese Drywall
Action.

**The full name and current address of the person electing to opt out:**

K. Hovnanian of Houston II, LLC formerly known as K. Hovnanian of Houston II, LP d/b/a
Brighton Homes, 13111 Northwest Freeway, Suite 310, Houston, Texas 77040

**The address of the properties:**

| | | | |
|---|---|---|---|
| 19143 SPRINTERS DR | Humble | TX | 77346 |
| 18622 REGATTA RD | Humble | TX | 77346 |
| 19314 AQUATIC DR | Humble | TX | 77346 |
| 19306 AQUATIC DR | Humble | TX | 77346 |
| 8527 MALARDCREST DR | Humble | TX | 77346 |
| 20022 CYPRESSWOOD SQUARE | Spring | TX | 77373 |
| 20019 CYPRESSWOOD SQUARE | Spring | TX | 77373 |
| 20003 CYPRESSWOOD SQUARE | Spring | TX | 77373 |
| 19927 CYPRESSWOOD SQUARE | Spring | TX | 77373 |
| 19923 CYPRESSWOOD SQUARE | Spring | TX | 77373 |
| 24931 MORNING RAVEN LN | Katy | TX | 77494 |
| 2107 GREAT PRAIRIE LN | Katy | TX | 77494 |
| 24907 CACTUS SAGE TRAIL | Katy | TX | 77494 |
| 21110 GRANITE TRAIL LN | Richmond | TX | 77469 |
| 21106 GRANITE TRAIL LN | Richmond | TX | 77469 |
| 21139 GRANITE TRAIL LN | Richmond | TX | 77469 |
| 21143 GRANITE TRAIL LN | Richmond | TX | 77469 |

1

| | | | |
|---|---|---|---|
| 21134 GRANITE TRAIL LN | Richmond | TX | 77469 |
| 12022 ASPEN ST | Cypress | TX | 77429 |
| 12026 ASPEN ST | Cypress | TX | 77429 |
| 11910 VIA DAVINCI LN | Cypress | TX | 77429 |
| 7323 SUNSET BEND LN | Richmond | TX | 77469 |
| 7314 SUNSET BEND LN | Richmond | TX | 77469 |
| 20806 MANSFIELD BAY LN | Richmond | TX | 77469 |
| 7407 SUNSET BEND LN | Richmond | TX | 77469 |
| 20702 MANSFIELD BAY LN | Richmond | TX | 77469 |
| 20719 SHIFTING SAND LN | Richmond | TX | 77469 |
| 24639 COBBLE CANYON LN | Katy | TX | 77494 |
| 24635 COBBLE CANYON LN | Katy | TX | 77494 |
| 24631 COBBLE CANYON LN | Katy | TX | 77494 |
| 24623 COBBLE CANYON LN | Katy | TX | 77494 |
| 2206 CACTUS BLOOM LN | Katy | TX | 77494 |
| 2210 CACTUS BLOOM LN | Katy | TX | 77494 |
| 2222 CACTUS BLOOM LN | Katy | TX | 77494 |
| 2106 CACTUS BLOOM LN | Katy | TX | 77494 |
| 24514 COBBLE CANYON LN | Katy | TX | 77494 |
| 24510 COBBLE CANYON LN | Katy | TX | 77494 |
| 2502 CASCADE GLEN DR | Katy | TX | 77494 |
| 2214 CACTUS BLOOM LN | Katy | TX | 77494 |
| 24722 COBBLE CANYON LN | Katy | TX | 77494 |
| 24714 COBBLE CANYON LN | Katy | TX | 77494 |
| 24710 COBBLE CANYON LN | Katy | TX | 77494 |
| 24511 HAMILTON MILL CT | Katy | TX | 77494 |
| 2118 DOLAN HILLS CT | Katy | TX | 77494 |
| 18102 BARE BRANCH LN | Cypress | TX | 77433 |
| 8407 WINDY THICKET LN | Cypress | TX | 77433 |
| 8411 WINDY THICKET LN | Cypress | TX | 77433 |
| 8415 WINDY THICKET LN | Cypress | TX | 77433 |
| 18751 APPLETREE RIDGE RD | Cypress | TX | 77433 |
| 18747 APPLETREE RIDGE RD | Cypress | TX | 77433 |
| 18743 APPLETREE RIDGE RD | Cypress | TX | 77433 |
| 4611 COBBLE GROVE LN | Cypress | TX | 77433 |
| 4607 COBBLE GROVE LN | Cypress | TX | 77433 |
| 4603 COBBLE GROVE LN | Cypress | TX | 77433 |
| 7438 HOLLISTER SPRING | Houston | TX | 77040 |
| 7434 HOLLISTER SPRING | Houston | TX | 77040 |
| 7430 HOLLISTER SPRING | Houston | TX | 77040 |
| 7426 HOLLISTER SPRING | Houston | TX | 77040 |
| 7406 HOLLISTER SPRING | Houston | TX | 77040 |

2

| | | | |
|---|---|---|---|
| 7402 HOLLISTER SPRING | Houston | TX | 77040 |
| 7439 HOLLISTER SPRING | Houston | TX | 77040 |
| 7419 HOLLISTER SPRING | Houston | TX | 77040 |
| 7415 HOLLISTER SPRING | Houston | TX | 77040 |
| 11315 FAWN SPRINGS CT | Cypress | TX | 77433 |
| 11311 FAWN SPRINGS CT | Cypress | TX | 77433 |
| 27011 ROCKWOOD PARK LN | Cypress | TX | 77433 |
| 26814 GLENFIELD HOLLOW LN | Cypress | TX | 77433 |
| 2518 GREYTIP CT | Katy | TX | 77449 |
| 22014 GUSTON HALL LN | Katy | TX | 77449 |
| 22018 GUSTON HALL LN | Katy | TX | 77449 |
| 22022 GUSTON HALL LN | Katy | TX | 77449 |
| 22026 GUSTON HALL LN | Katy | TX | 77449 |
| 22111 GUSTON HALL LN | Katy | TX | 77449 |
| 22107 GUSTON HALL LN | Katy | TX | 77449 |
| 19307 HIKERS TRAIL DRIVE | Humble | TX | 77346 |
| 6338 WILSHIRE RIDGE | Houston | TX | 77040 |
| 6342 WILSHIRE RIDGE | Houston | TX | 77040 |
| 6346 WILSHIRE RIDGE | Houston | TX | 77040 |
| 6350 WILSHIRE RIDGE | Houston | TX | 77040 |
| 6354 WILSHIRE RIDGE | Houston | TX | 77040 |
| 6402 WILSHIRE RIDGE | Houston | TX | 77040 |
| 6530 WILSHIRE RIDGE | Houston | TX | 77040 |
| 6526 WILSHIRE RIDGE | Houston | TX | 77040 |
| 6039 SANDY CREEK DRIVE | Baytown | TX | 77520 |
| 6007 SANDY CREEK DRIVE | Baytown | TX | 77520 |
| 6023 SANDY CREEK DRIVE | Baytown | TX | 77520 |
| 6035 SANDY CREEK DRIVE | Baytown | TX | 77520 |
| 5907 SHADOW CREEK COURT | Baytown | TX | 77520 |
| 5910 SHADOW CREEK COURT | Baytown | TX | 77520 |
| 5910 SHADOW CREEK COURT | Baytown | TX | 77520 |
| 5918 SHADOW CREEK COURT | Baytown | TX | 77520 |
| 5922 SHADOW CREEK COURT | Baytown | TX | 77520 |
| 5926 SHADOW CREEK COURT | Baytown | TX | 77520 |
| 5926 SHADOW CREEK COURT | Baytown | TX | 77520 |
| 10319 DEVINWOOD DR | Baytown | TX | 77520 |
| 5911 SHADOW CREEK COURT | Baytown | TX | 77520 |
| 5930 SHADOW CREEK COURT | Baytown | TX | 77520 |
| 5934 SHADOW CREEK COURT | Baytown | TX | 77520 |
| 5926 SANDY CREEK DRIVE | Baytown | TX | 77520 |
| 10310 DEVINWOOD DR | Baytown | TX | 77520 |
| 10322 DEVINWOOD DR | Baytown | TX | 77520 |

| | | | |
|---|---|---|---|
| 22215 BOULDER SPRINGS LN | Tomball | TX | 77375 |
| 22414 BARRELL SPRINGS LN | Tomball | TX | 77375 |
| 22418 BARRELL SPRINGS LN | Tomball | TX | 77375 |
| 22415 SUNSET TRAIL LN | Tomball | TX | 77375 |
| 22411 SUNSET TRAIL LN | Tomball | TX | 77375 |
| 22407 SUNSET TRAIL LN | Tomball | TX | 77375 |
| 14718 BOLDERE LN | Houston | TX | 77049 |
| 6615 BRITTANY FERRY LN | Houston | TX | 77049 |
| 6631 BRITTANY FERRY LN | Houston | TX | 77049 |
| 6610 ROMSLEY LN | Houston | TX | 77049 |
| 6627 ROMSLEY LN | Houston | TX | 77049 |
| 6635 ROMSLEY LN | Houston | TX | 77049 |
| 6614 EASTLEIGH LN | Houston | TX | 77049 |
| 6606 EASTLEIGH LN | Houston | TX | 77049 |
| 6602 EASTLEIGH LN | Houston | TX | 77049 |
| 11526 SUNBURST FALLS DR | Humble | TX | 77396 |
| 14911 SIERRA RIDGE DR | Humble | TX | 77396 |
| 15003 SIERRA RIDGE DR | Humble | TX | 77396 |
| 2424 S VENICE DRIVE | Pearland | TX | 77581 |
| 2426 S VENICE DRIVE | Pearland | TX | 77581 |
| 2502 S VENICE DRIVE | Pearland | TX | 77581 |
| 2504 S VENICE DRIVE | Pearland | TX | 77581 |
| 2506 S VENICE DRIVE | Pearland | TX | 77581 |
| 2508 S VENICE DRIVE | Pearland | TX | 77581 |
| 2510 S VENICE DRIVE | Pearland | TX | 77581 |
| 1605 N PRIMAVERA DRIVE | Pearland | TX | 77581 |
| 1606 N PRIMAVERA DRIVE | Pearland | TX | 77581 |
| 1607 N PRIMAVERA DRIVE | Pearland | TX | 77581 |
| 1610 N PRIMAVERA DRIVE | Pearland | TX | 77581 |
| 2306 N LAGO VISTA DR | Pearland | TX | 77581 |
| 2308 N LAGO VISTA DR | Pearland | TX | 77581 |
| 2424 ALAMANNI DRIVE | Pearland | TX | 77581 |
| 2422 ALAMANNI DRIVE | Pearland | TX | 77581 |
| 2420 ALAMANNI DRIVE | Pearland | TX | 77581 |
| 2418 ALAMANNI DRIVE | Pearland | TX | 77581 |
| 2416 ALAMANNI DRIVE | Pearland | TX | 77581 |
| 2414 ALAMANNI DRIVE | Pearland | TX | 77581 |
| 5003 DRIPPING SPRINGS AVE | Baytown | TX | 77520 |
| 5007 DRIPPING SPRINGS AVE | Baytown | TX | 77520 |
| 5126 TIMBER CREEK AVENUE | Baytown | TX | 77520 |
| 5122 TIMBER CREEK AVENUE | Baytown | TX | 77520 |
| 5118 TIMBER CREEK AVENUE | Baytown | TX | 77520 |

| | | | |
|---|---|---|---|
| 5114 TIMBER CREEK AVENUE | Baytown | TX | 77520 |
| 5106 TIMBER CREEK AVENUE | Baytown | TX | 77520 |
| 21223 MAYBROOK MANOR LN | Richmond | TX | 77469 |
| 7703 CHADBOURNE TRACE CT | Richmond | TX | 77469 |
| 7731 STONEMONT GLEN LN | Richmond | TX | 77469 |
| 7711 CHADBOURNE TRACE CT | Richmond | TX | 77469 |
| 7707 CHADBOURNE TRACE CT | Richmond | TX | 77469 |
| 7718 WINDYLEA LANE | Richmond | TX | 77469 |
| 7723 STONEMONT GLEN LN | Richmond | TX | 77469 |
| 21103 MAYBROOK MANOR LN | Richmond | TX | 77469 |
| 21218 KNOLL BLOSSOM LN | Richmond | TX | 77469 |
| 21226 MAYBROOK MANOR LN | Richmond | TX | 77469 |
| 21107 CHADBOURNE TRACE LN | Richmond | TX | 77469 |
| 5503 SILVER CANYON LN | Rosharon | TX | 77583 |
| 19506 GREENCHASE LN | Houston | TX | 77073 |
| 1011 GRASSYVIEW DRIVE | Houston | TX | 77073 |
| 11927 LONGWOOD GARDEN WAY | Houston | TX | 77047 |
| 5516 MOSS HILL LN | Rosharon | TX | 77583 |
| 6412 LARRY CREST DRIVE | Pearland | TX | 77584 |
| 1673 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 1063 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 11913 SANSPEREIL DRIVE | Houston | TX | 77047 |
| 5609 SAVANNAH WOODS LN | Rosharon | TX | 77583 |
| 512 FALCON LAKE DRIVE | Friendswood | TX | 77546 |
| 1047 VERDETRAILS LN | Houston | TX | 77073 |
| 2001 CARDINAL RIDGE CIRCLE | Friendswood | TX | 77546 |
| 165 PALCIO REAL DRIVE | Houston | TX | 77047 |
| 6309 LARRYCREST DRIVE | Pearland | TX | 77584 |
| 1673 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 1055 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 1657 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 1079 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 1661 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 6509 HILLOCK LN | Pearland | TX | 77584 |
| 1071 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 2008 SPARROW CIRCLE | Friendswood | TX | 77546 |
| 11829 LONGWOOD GARDEN WAY | Houston | TX | 77047 |

To the best of the Class Member's knowledge, the identities of every purchaser, supplier, marketer, installer, builder, developer and its/their insurers, and any other Participating Defendant and Participating Insurer against which the Class Member intends to pursue its claims:

Interior/Exterior Building Supply, L.P., Arch Insurance Company, Liberty Insurance Company, North River Insurance Company, and any other insurance company with applicable coverage. Additionally, the Knauf entities and their insurers.

K. Hovnanian of Houston II, LLC

By: _____

Name: _____Michael Discafani_____
_____Vice President_____

Title: _____

Date: ____9-28-2012____

MIAMI 3331629.3 78603/33069

6

## NOTICE OF OPT OUT FROM InEx SETTLEMENT

**VIA FIRST-CLASS MAIL**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suit 500
Philadelphia, PA 19106

**VIA FIRST-CLASS MAIL**
Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Re:   **In Re: Chinese Manufactured Drywall Products Liability Litigation, Opt Out Notice from InEx Settlement**

The undersigned hereby opts out from the InEx Settlement Class in the Chinese Drywall Action.

**The full name and current address of the person electing to opt out:**

K. Hovnanian Homes of Houston, LLC, formerly known as K. Hovnanian of Houston, LP d/b/a Parkside Homes, 13111 Northwest Freeway, Suite 200, Houston, Texas 77040

**The address of the properties:**

| | | | |
|---|---|---|---|
| 20014 Rustic Lake Lane | Cypress | TX | 77433 |
| 20018 Rustic Lake Lane | Cypress | TX | 77433 |
| 20022 Rustic Lake Lane | Cypress | TX | 77433 |
| 20026 Rustic Lake Lane | Cypress | TX | 77433 |
| 19810 Lindenwick Court | Cypress | TX | 77433 |
| 19814 Lindenwick Court | Cypress | TX | 77433 |
| 7706 Galleon FieldLane | Cypress | TX | 77433 |
| 1708 Leafhopper Lane | Conroe | TX | 77301 |
| 1714 Leafhopper Lane | Conroe | TX | 77301 |
| 1719 Katydid Court | Conroe | TX | 77301 |
| 1721 Katydid Court | Conroe | TX | 77301 |
| 800 Belvedere Drive | Conroe | TX | 77301 |
| 800 Lightningbug Lane | Conroe | TX | 77301 |
| 802 Belvedere Drive | Conroe | TX | 77301 |
| 802 Lightningbug Lane | Conroe | TX | 77301 |
| 803 Dragonfly Drive | Conroe | TX | 77301 |
| 804 Lightningbug Lane | Conroe | TX | 77301 |

1

| | | | |
|---|---|---|---|
| 805 Dragonfly Drive | Conroe | TX | 77301 |
| 806 Lightningbug Lane | Conroe | TX | 77301 |
| 807 Dragonfly Drive | Conroe | TX | 77301 |
| 808 Lightningbug Lane | Conroe | TX | 77301 |
| 809 Dragonfly Drive | Conroe | TX | 77301 |
| 811 Dragonfly Drive | Conroe | TX | 77301 |
| 812 Dragonfly Drive | Conroe | TX | 77301 |
| 813 Dragonfly Drive | Conroe | TX | 77301 |
| 814 Dragonfly Drive | Conroe | TX | 77301 |
| 815 Dragonfly Drive | Conroe | TX | 77301 |
| 816 Dragonfly Drive | Conroe | TX | 77301 |
| 817 Dragonfly Drive | Conroe | TX | 77301 |
| 818 Dragonfly Drive | Conroe | TX | 77301 |
| 819 Dragonfly Drive | Conroe | TX | 77301 |
| 821 Dragonfly Drive | Conroe | TX | 77301 |
| 823 Dragonfly Drive | Conroe | TX | 77301 |
| 824 Lightningbug Lane | Conroe | TX | 77301 |
| 825 Dragonfly Drive | Conroe | TX | 77301 |
| 826 Lightningbug Lane | Conroe | TX | 77301 |
| 827 Dragonfly Drive | Conroe | TX | 77301 |
| 828 Lightningbug Lane | Conroe | TX | 77301 |
| 829 Dragonfly Drive | Conroe | TX | 77301 |
| 830 Lightningbug Lane | Conroe | TX | 77301 |
| 831 Dragonfly Drive | Conroe | TX | 77301 |
| 832 Belvedere Drive | Conroe | TX | 77301 |
| 832 Lightningbug Lane | Conroe | TX | 77301 |
| 833 Dragonfly Drive | Conroe | TX | 77301 |
| 10800 SouthLake Mist Lane | Willis | TX | 77318 |
| 10801 SouthLake Mist Lane | Willis | TX | 77318 |
| 10804 SouthLake Mist Lane | Willis | TX | 77318 |
| 10805 SouthLake Mist Lane | Willis | TX | 77318 |
| 10808 SouthLake Mist Lane | Willis | TX | 77318 |
| 10809 SouthLake Mist Lane | Willis | TX | 77318 |
| 10812 SouthLake Mist Lane | Willis | TX | 77318 |
| 10813 SouthLake Mist Lane | Willis | TX | 77318 |
| 10816 SouthLake Mist Lane | Willis | TX | 77318 |
| 10817 SouthLake Mist Lane | Willis | TX | 77318 |
| 10820 SouthLake Mist Lane | Willis | TX | 77318 |
| 10823 SouthLake Mist Lane | Willis | TX | 77318 |
| 10824 SouthLake Mist Lane | Willis | TX | 77318 |
| 10828 SouthLake Mist Lane | Willis | TX | 77318 |
| 10831 SouthLake Mist Lane | Willis | TX | 77318 |

| | | | |
|---|---|---|---|
| 10836 SouthLake Mist Lane | Willis | TX | 77318 |
| 10837 SouthLake Mist Lane | Willis | TX | 77318 |
| 10843 SouthLake Mist Lane | Willis | TX | 77318 |
| 10844 SouthLake Mist Lane | Willis | TX | 77318 |
| 10847 SouthLake Mist Lane | Willis | TX | 77318 |
| 10848 SouthLake Mist Lane | Willis | TX | 77318 |
| 10860 SouthLake Mist Lane | Willis | TX | 77318 |
| 10893 SouthLake Mist Lane | Willis | TX | 77318 |
| 10897 SouthLake Mist Lane | Willis | TX | 77318 |
| 16130 DuckTail Lane | Hockley | TX | 77447 |
| 16134 DuckTail  Lane | Hockley | TX | 77447 |
| 26802 Mottled DuckCourt Lan | Hockley | TX | 77447 |
| 26810 Mottled DuckCourt Lan | Hockley | TX | 77447 |
| 26814 Mottled DuckCourt Lan | Hockley | TX | 77447 |
| 26906 WildDuck Lane | Hockley | TX | 77447 |
| 26910 WildDuck Lane | Hockley | TX | 77447 |
| 26914 WildDuck Lane | Hockley | TX | 77447 |
| 26915 WildDuck Lane | Hockley | TX | 77447 |
| 26918 WildDuck Lane | Hockley | TX | 77447 |
| 26922 WildDuck Lane | Hockley | TX | 77447 |
| 4010 MountEverestWay | Hockley | TX | 77447 |
| 4014 MountEverestWay | Hockley | TX | 77447 |
| 21802 Grassy Hill Lane | Spring | TX | 77388 |
| 21803 Grassy Hill Lane | Spring | TX | 77388 |
| 21810 Grassy Hill Lane | Spring | TX | 77388 |
| 21811 Grassy Hill Lane | Spring | TX | 77388 |
| 21814 MossyField Lane | Spring | TX | 77388 |
| 21818 MossyField Lane | Spring | TX | 77388 |
| 21819 Grassy Hill Lane | Spring | TX | 77388 |
| 21823 Grassy Hill Lane | Spring | TX | 77388 |
| 21838 MossyField Lane | Spring | TX | 77388 |
| 21839 Grassy Hill Lane | Spring | TX | 77388 |
| 21842 Grassy Hill Lane | Spring | TX | 77388 |
| 21850 MossyField Lane | Spring | TX | 77388 |
| 21858 MossyField Lane | Spring | TX | 77388 |
| 3902 MossyPlace Lane | Spring | TX | 77388 |
| 3906 MossyPlace Lane | Spring | TX | 77388 |
| 3910 MossyPlace Lane | Spring | TX | 77388 |
| 3914 MossyPlace Lane | Spring | TX | 77388 |
| 3918 MossyPlace Lane | Spring | TX | 77388 |
| 3922 MossyPlace Lane | Spring | TX | 77388 |
| 3926 MossyPlace Lane | Spring | TX | 77388 |

| | | | |
|---|---|---|---|
| 3930 MossyPlace Lane | Spring | TX | 77388 |
| 3934 MossyPlace Lane | Spring | TX | 77388 |
| 3938 MossyPlace Lane | Spring | TX | 77388 |
| 3942 MossyPlace Lane | Spring | TX | 77388 |
| 3946 MossyPlace Lane | Spring | TX | 77388 |
| 3950 MossyPlace Lane | Spring | TX | 77388 |
| 3954 MossyPlace Lane | Spring | TX | 77388 |
| 3958 MossyPlace Lane | Spring | TX | 77388 |
| 3974 MossyPlace Lane | Spring | TX | 77388 |
| 3978 MossyPlace Lane | Spring | TX | 77388 |
| 4006 MossyPlace Lane | Spring | TX | 77388 |
| 6603 Morningsage Lane | Houston | TX | 77088 |
| 6611 Morningsage Lane | Houston | TX | 77088 |
| 9647 Tall Meadow Lane | Houston | TX | 77088 |
| 20903 Torrence Falls Circle | Katy | TX | 77449 |
| 20906 HallColony Court | Katy | TX | 77449 |
| 20907 Torrence Falls Circle | Katy | TX | 77449 |
| 20910 HallColony Court | Katy | TX | 77449 |
| 20911 Torrence Falls Circle | Katy | TX | 77449 |
| 6210 Settlers LakeCircle We | Katy | TX | 77449 |
| 20803 Settlers LakeCircleN | Katy | TX | 77449 |
| 20827 Settlers LakeCircle N | Katy | TX | 77449 |
| 20502 Providence Point Dr. | Katy | TX | 77449 |
| 20707 Settlers LakeCircle N | Katy | TX | 77449 |
| 20715 Settlers LakeCircle N | Katy | TX | 77449 |
| 20739 Settlers LakeCircle N | Katy | TX | 77449 |
| 20747 Settlers LakeCircle N | Katy | TX | 77449 |
| 20755 Settlers LakeCircle N | Katy | TX | 77449 |
| 6202 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6203 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6206 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6207 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6210 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6215 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6218 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6219 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6242 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6243 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6247 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6251 Settlers LakeCircle E. | Katy | TX | 77449 |
| 20502 Patriot ParkLane | Katy | TX | 77449 |
| 20504 Patriot ParkLane | Katy | TX | 77449 |

4

| | | | |
|---|---|---|---|
| 20506 Patriot ParkLane | Katy | TX | 77449 |
| 20508 Patriot ParkLane | Katy | TX | 77449 |
| 20510 Patriot ParkLane | Katy | TX | 77449 |
| 20512 Patriot ParkLane | Katy | TX | 77449 |
| 20514 Patriot ParkLane | Katy | TX | 77449 |
| 20516 Patriot ParkLane | Katy | TX | 77449 |
| 20519 Patriot ParkLane | Katy | TX | 77449 |
| 20521 Patriot ParkLane | Katy | TX | 77449 |
| 20523 Patriot ParkLane | Katy | TX | 77449 |
| 20527 Patriot ParkLane | Katy | TX | 77449 |
| 20529 Patriot ParkLane | Katy | TX | 77449 |
| 20535 Patriot ParkLane | Katy | TX | 77449 |
| 20537 Patriot ParkLane | Katy | TX | 77449 |
| 20539 Patriot ParkLane | Katy | TX | 77449 |
| 20541 Patriot ParkLane | Katy | TX | 77449 |
| 20543 Patriot ParkLane | Katy | TX | 77449 |
| 20545 Patriot ParkLane | Katy | TX | 77449 |
| 6334 Provident Green Drive | Katy | TX | 77449 |
| 6335  Provident Green Drive | Katy | TX | 77449 |
| 6338 Provident Green Drive | Katy | TX | 77449 |
| 6339  Provident Green Drive | Katy | TX | 77449 |
| 6342 Provident Green Drive | Katy | TX | 77449 |
| 6343 Provident Green Drive | Katy | TX | 77449 |
| 6346 Provident Green Drive | Katy | TX | 77449 |
| 6347 Provident Green Drive | Katy | TX | 77449 |
| 6350 Provident Green Drive | Katy | TX | 77449 |
| 6351 Provident Green Drive | Katy | TX | 77449 |
| 6354 Provident Green Drive | Katy | TX | 77449 |
| 6355 Provident Green Drive | Katy | TX | 77449 |
| 6358 Provident Green Drive | Katy | TX | 77449 |
| 6359 Provident Green Drive | Katy | TX | 77449 |
| 6362 Provident Green Drive | Katy | TX | 77449 |
| 6363 Provident Green Drive | Katy | TX | 77449 |
| 6402 Provident Green Drive | Katy | TX | 77449 |
| 6403 Provident Green Drive | Katy | TX | 77449 |
| 6406 Provident Green Drive | Katy | TX | 77449 |
| 6407 Provident Green Drive | Katy | TX | 77449 |
| 6410 Provident Green Drive | Katy | TX | 77449 |
| 6411 Provident Green Drive | Katy | TX | 77449 |
| 6414 Provident Green Drive | Katy | TX | 77449 |
| 6415 Provident Green Drive | Katy | TX | 77449 |
| 6418 Provident Green Drive | Katy | TX | 77449 |

| | | | |
|---|---|---|---|
| 6419 Provident Green Drive | Katy | TX | 77449 |
| 6422 Provident Green Drive | Katy | TX | 77449 |
| 6426 Provident Green Drive | Katy | TX | 77449 |
| 6427 Provident Green Drive | Katy | TX | 77449 |
| 6430 Provident Green Drive | Katy | TX | 77449 |
| 6431 Provident Green Drive | Katy | TX | 77449 |
| 6434 Provident Green Drive | Katy | TX | 77449 |
| 6438 Provident Green Drive | Katy | TX | 77449 |
| 6442 Provident Green Drive | Katy | TX | 77449 |
| 6446 Provident Green Drive | Katy | TX | 77449 |
| 6450 Provident Green Drive | Katy | TX | 77449 |
| 6454 Provident Green Drive | Katy | TX | 77449 |
| 6458 Provident Green Drive | Katy | TX | 77449 |
| 6462 Provident Green Drive | Katy | TX | 77449 |
| 20530 Sycamore Crest Lane | Katy | TX | 77449 |
| 20534 Sycamore Crest Lane | Katy | TX | 77449 |
| 20538 Sycamore Crest Lane | Katy | TX | 77449 |
| 20583 Sycamore Crest Lane | Katy | TX | 77449 |
| 20587 Sycamore Crest Lane | Katy | TX | 77449 |
| 20591 Sycamore Crest Lane | Katy | TX | 77449 |
| 20595 Sycamore Crest Lane | Katy | TX | 77449 |
| 20599 Sycamore Crest Lane | Katy | TX | 77449 |
| 20603 Sycamore Crest Lane | Katy | TX | 77449 |
| 20606 Sycamore Crest Lane | Katy | TX | 77449 |
| 20607 Sycamore Crest Lane | Katy | TX | 77449 |
| 20611 Sycamore Crest Lane | Katy | TX | 77449 |
| 20615 Sycamore Crest Lane | Katy | TX | 77449 |
| 20619 Sycamore Crest Lane | Katy | TX | 77449 |
| 20622 Sycamore Crest Lane | Katy | TX | 77449 |
| 20623 Sycamore Crest Lane | Katy | TX | 77449 |
| 20626 Sycamore Crest Lane | Katy | TX | 77449 |
| 20627 Sycamore Crest Lane | Katy | TX | 77449 |
| 20630 Sycamore Crest Lane | Katy | TX | 77449 |
| 20634 Sycamore Crest Lane | Katy | TX | 77449 |
| 20638 Sycamore Crest Lane | Katy | TX | 77449 |
| 20639 Sycamore Crest Lane | Katy | TX | 77449 |
| 20642 Sycamore Crest Lane | Katy | TX | 77449 |
| 20643 Sycamore Crest Lane | Katy | TX | 77449 |
| 20647 Sycamore Crest Lane | Katy | TX | 77449 |
| 20651 Sycamore Crest Lane | Katy | TX | 77449 |
| 20655 Sycamore Crest Lane | Katy | TX | 77449 |
| 20659 Sycamore Crest Lane | Katy | TX | 77449 |

| | | | |
|---|---|---|---|
| 20663 Sycamore Crest Lane | Katy | TX | 77449 |
| 6102 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6106 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6110 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6114 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6126 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6130 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6134 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6138 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6142 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6143 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6146 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6147 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6150 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6151 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6154 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6158 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6162 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6166 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6170 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6174 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 17818 PortO Call St | Crosby | TX | 77532 |
| 458 Fishawk | Crosby | TX | 77532 |
| 17007 Marlin SpikeWay | Crosby | TX | 77532 |
| 17039 Morning StarAvenue | Crosby | TX | 77532 |
| 16402 PortO Call Street | Crosby | TX | 77532 |
| 16834 Lighthouse Drive South | Crosby | TX | 77532 |
| 17003 Marlin SpikeWay | Crosby | TX | 77532 |
| 17038 PortO CallStreet | Crosby | TX | 77532 |
| 17130 PortO CallStreet | Crosby | TX | 77532 |
| 406 CompassRose Circle N | Crosby | TX | 77532 |
| 16227 PortO Call Street | Crosby | TX | 77532 |
| 402 N. Compass RoseCircle | Crosby | TX | 77532 |
| 17030 PortO Call Street | Crosby | TX | 77532 |
| 711 Yawl Ct | Crosby | TX | 77532 |
| 16702 Coxwain Ct. | Crosby | TX | 77532 |
| 411 CompassRose Circle N | Crosby | TX | 77532 |
| 607 DorsailWay | Crosby | TX | 77532 |
| 17414 PortO Call Street | Crosby | TX | 77532 |
| 17018 PortO Call St. | Crosby | TX | 77532 |
| 303 SquallCourt | Crosby | TX | 77532 |
| 403 CompassRose Circle Nort | Crosby | TX | 77532 |

| | | | |
|---|---|---|---|
| 17014 PortO Call Street | Crosby | TX | 77532 |
| 307 SquallCourt | Crosby | TX | 77532 |
| 302 Kings Port St | Crosby | TX | 77532 |
| 311 SquallCourt | Crosby | TX | 77532 |
| 16831 PortO Call Street | Crosby | TX | 77532 |
| 17019 Scuttle Way | Crosby | TX | 77532 |
| 611 Tarpaulin Way | Crosby | TX | 77532 |
| 16911 Lighthouse Drive South | Crosby | TX | 77532 |
| 17038 Pelorus Way | Crosby | TX | 77532 |
| 16131 PortO Call Street | Crosby | TX | 77532 |
| 606 BattenWay | Crosby | TX | 77532 |
| 610 BattenWay | Crosby | TX | 77532 |
| 17106 Coaming Ct. | Crosby | TX | 77532 |
| 310 Binnacle Way | Crosby | TX | 77532 |
| 16522 PortO Call Street | Crosby | TX | 77532 |
| 17107 PortO Call Street | Crosby | TX | 77532 |
| 619 Sea Anchor Way | Crosby | TX | 77532 |
| 17114 Scuttle Way | Crosby | TX | 77532 |
| 16915 Lacing Ct | Crosby | TX | 77532 |
| 16918 Lacing Court | Crosby | TX | 77532 |
| 16827 Marlin SpikeWay | Crosby | TX | 77532 |
| 17107 Coaming Ct. | Crosby | TX | 77532 |
| 17114 PortO Call Street | Crosby | TX | 77532 |
| 414 DorsalWay | Crosby | TX | 77532 |
| 426 Salt Wind Court | Crosby | TX | 77532 |
| 17035 Midships Way | Crosby | TX | 77532 |
| 17403 Steeve Court | Crosby | TX | 77532 |
| 17407 Steeve Court | Crosby | TX | 77532 |
| 17542 Monsoon Court | Crosby | TX | 77532 |
| 622 AweighDrive | Crosby | TX | 77532 |
| 16810 Lighthouse Drive South | Crosby | TX | 77532 |
| 17118 PortO Call Street | Crosby | TX | 77532 |
| 17711 Gimbals Way | Crosby | TX | 77532 |
| 17002 NorthLighthouse Drive | Crosby | TX | 77532 |
| 17154 PortO Call Street | Crosby | TX | 77532 |
| 17511 Morning StarAvenue | Crosby | TX | 77532 |
| 447 Vane Way | Crosby | TX | 77532 |
| 16506 PortO Call Street | Crosby | TX | 77532 |
| 16830 Marlin SpikeWay | Crosby | TX | 77532 |
| 17522 Compass RoseCircle S | Crosby | TX | 77532 |
| 17107 Morning StarAvenue | Crosby | TX | 77532 |
| 311 Dock Court | Crosby | TX | 77532 |

| | | | |
|---|---|---|---|
| 614 AweighDrive | Crosby | TX | 77532 |
| 19430 Fletcher WayDrive | Houston | TX | 77073 |
| 19434 Fletcher WayDrive | Houston | TX | 77073 |
| 707 Remington Heights Drive | Houston | TX | 77073 |
| 7911 Eastpoint Blvd | Baytown | TX | 77521 |
| 8002 Eastpoint Blvd | Baytown | TX | 77521 |
| 8003 Eastpoint Blvd | Baytown | TX | 77521 |
| 21803 MossyField Lane | Spring | TX | 77388 |
| 21807 Grassy Hill Lane | Spring | TX | 77388 |
| 21807 MossyField Lane | Spring | TX | 77388 |
| 21811 MossyField Lane | Spring | TX | 77388 |
| 21815 Grassy Hill Lane | Spring | TX | 77388 |
| 21815 MossyField Lane | Spring | TX | 77388 |
| 21819 MossyField Lane | Spring | TX | 77388 |
| 21823 MossyField Lane | Spring | TX | 77388 |
| 21826 MossyField Lane | Spring | TX | 77388 |
| 21827 MossyField Lane | Spring | TX | 77388 |
| 21831 Grassy Hill Lane | Spring | TX | 77388 |
| 21831 MossyField Lane | Spring | TX | 77388 |
| 21835 MossyField Lane | Spring | TX | 77388 |
| 21839 MossyField Lane | Spring | TX | 77388 |
| 21843 Grassy Hill Lane | Spring | TX | 77388 |
| 21843 MossyField Lane | Spring | TX | 77388 |
| 21847 MossyField Lane | Spring | TX | 77388 |
| 21851 MossyField Lane | Spring | TX | 77388 |
| 21855 MossyField Lane | Spring | TX | 77388 |
| 21859 MossyField Lane | Spring | TX | 77388 |
| 21863 MossyField Lane | Spring | TX | 77388 |
| 21867 MossyField Lane | Spring | TX | 77388 |
| 21871 MossyField Lane | Spring | TX | 77388 |
| 4070 MossyPlace Lane | Spring | TX | 77388 |
| 4074 MossyPlace Lane | Spring | TX | 77388 |
| 4078 MossyPlace Lane | Spring | TX | 77388 |
| 5922A Kansas Street | Houston | TX | 77007 |
| 5922B Kansas Street | Houston | TX | 77007 |
| 5924 KansasStreet | Houston | TX | 77007 |
| 5912B Kansas Street | Houston | TX | 77007 |
| 11915 Princess Garden Way | Houston | TX | 77047 |
| 1603 PalcioReal Drive | Houston | TX | 77047 |
| 1613 Nichole WoodsDrive | Houston | TX | 77047 |
| 11748 Jelicoe Drive | Houston | TX | 77047 |
| 11925 PriorPark Drive | Houston | TX | 77047 |

| | | | |
|---|---|---|---|
| 1619 Nichole WoodsDrive | Houston | TX | 77047 |
| 1617 Nichole WoodsDrive | Houston | TX | 77047 |
| 1615 Nichole WoodsDrive | Houston | TX | 77047 |
| 1637 Nichole WoodsDrive | Houston | TX | 77047 |
| 11936 PriorPark Drive | Houston | TX | 77047 |
| 1635 Nichole WoodsDrive | Houston | TX | 77047 |
| 1633 Nichole WoodsDrive | Houston | TX | 77047 |
| 11932 PriorPark Drive | Houston | TX | 77047 |
| 1631 Nichole WoodsDrive | Houston | TX | 77047 |
| 1629 Nichole WoodsDrive | Houston | TX | 77047 |
| 11928 PriorPark Drive | Houston | TX | 77047 |
| 1627 Nichole WoodsDrive | Houston | TX | 77047 |
| 11926 PriorPark Drive | Houston | TX | 77047 |
| 1649 Nichole WoodsDrive | Houston | TX | 77047 |
| 11764 Jelicoe Drive | Houston | TX | 77047 |
| 11913 Princess Garden Way | Houston | TX | 77047 |
| 1605 PalcioReal Drive | Houston | TX | 77047 |
| 1611 Nichole WoodsDrive | Houston | TX | 77047 |
| 11924 PriorPark Drive | Houston | TX | 77047 |
| 1647 Nichole WoodsDrive | Houston | TX | 77047 |
| 11922 PriorPark Drie | Houston | TX | 77047 |
| 1645 Nichole WoodsDrive | Houston | TX | 77047 |
| 11920 PriorPark Drive | Houston | TX | 77047 |
| 1643 Nichole WoodsDrive | Houston | TX | 77047 |
| 11918 PriorPark Drive | Houston | TX | 77047 |
| 1641 Nichole WoodsDrive | Houston | TX | 77047 |
| 11916 PriorPark Drive | Houston | TX | 77047 |
| 1639 Nichole WoodsDrive | Houston | TX | 77047 |
| 11914 PriorPark Drive | Houston | TX | 77047 |
| 1661 Nichole WoodsDrive | Houston | TX | 77047 |
| 1659 Nichole WoodsDrive | Houston | TX | 77047 |
| 11910 PriorPark Drive | Houston | TX | 77047 |
| 1657 Nichole WoodsDrive | Houston | TX | 77047 |
| 1610 PalcioReal Drive | Houston | TX | 77047 |
| 1655 Nichole WoodsDrive | Houston | TX | 77047 |
| 1608 PalcioReal Drive | Houston | TX | 77047 |
| 1653 Nichole WoodsDrive | Houston | TX | 77047 |
| 11762 Jelicoe Drive | Houston | TX | 77047 |
| 11911 Princess Garden Way | Houston | TX | 77047 |
| 1607 PalcioReal Drive | Houston | TX | 77047 |
| 1609 Nichole WoodsDrive | Houston | TX | 77047 |
| 1505 Nichole WoodsDrive | Houston | TX | 77047 |

| | | | |
|---|---|---|---|
| 1606 PalcioReal Drive | Houston | TX | 77047 |
| 1651 Nichole WoodsDrive | Houston | TX | 77047 |
| 1673 Nichole WoodsDrive | Houston | TX | 77047 |
| 1509 Nichole WoodsDrive | Houston | TX | 77047 |
| 1602 PalcioReal Drive | Houston | TX | 77047 |
| 1671 Nichole WoodsDrive | Houston | TX | 77047 |
| 11926 Princess Garden Way | Houston | TX | 77047 |
| 1669 Nichole WoodsDrive | Houston | TX | 77047 |
| 11924 Princess Garden Way | Houston | TX | 77047 |
| 1667 Nichole WoodsDrive | Houston | TX | 77047 |
| 11922 Princess Garden Way | Houston | TX | 77047 |
| 1665 Nichole WoodsDrive | Houston | TX | 77047 |
| 11920 Princess Garden Way | Houston | TX | 77047 |
| 1606 RoyalChase Drive | Houston | TX | 77047 |
| 1663 Nichole WoodsDrive | Houston | TX | 77047 |
| 1604 RoyalChase Drive | Houston | TX | 77047 |
| 11916 Princess Garden Way | Houston | TX | 77047 |
| 1602 RoyalChase Drive | Houston | TX | 77047 |
| 11914 Princess Garden Way | Houston | TX | 77047 |
| 1681 Nichole WoodsDrive | Houston | TX | 77047 |
| 11760 Jelicoe Drive | Houston | TX | 77047 |
| 1607 Nichole WoodsDrive | Houston | TX | 77047 |
| 1609 PalcioReal Drive | Houston | TX | 77047 |
| 11917 Sanspereil Drive | Houston | TX | 77047 |
| 1675 Nichole WoodsDrive | Houston | TX | 77047 |
| 11915 Sanspereil Drive | Houston | TX | 77047 |
| 11715 Princess Garden Way | Houston | TX | 77047 |
| 11913 Sanspereil Drive | Houston | TX | 77047 |
| 1695 Nichole WoodsDrive | Houston | TX | 77047 |
| 1691 Nichole WoodsDrive | Houston | TX | 77047 |
| 11902 Princess Garden Way | Houston | TX | 77047 |
| 1504 PalcioReal Drive | Houston | TX | 77047 |
| 1541 Nichole WoodsDrive | Houston | TX | 77047 |
| 1687 Nichole WoodsDrive | Houston | TX | 77047 |
| 1707 Nichole WoodsDrive | Houston | TX | 77047 |
| 11758 Jelicoe Drive | Houston | TX | 77047 |
| 1605 Nichole WoodsDrive | Houston | TX | 77047 |
| 1611 PalcioReal Drive | Houston | TX | 77047 |
| 11908 Princess Garden Way | Houston | TX | 77047 |
| 1510 PalcioReal Drive | Houston | TX | 77047 |
| 1705 Nichole WoodsDrive | Houston | TX | 77047 |
| 11910 Princess Garden Way | Houston | TX | 77047 |

| | | | |
|---|---|---|---|
| 1512 PalcioReal Drive | Houston | TX | 77047 |
| 1703 Nichole WoodsDrive | Houston | TX | 77047 |
| 11912 Princess Garden Way | Houston | TX | 77047 |
| 11927 Longwood Garden Way | Houston | TX | 77047 |
| 11821 Princess Garden Way | Houston | TX | 77047 |
| 11903 Princess Garden Way | Houston | TX | 77047 |
| 11919 Longwood Garden Way | Houston | TX | 77047 |
| 11917 Longwood Garden Way | Houston | TX | 77047 |
| 11915 Longwood Garden Way | Houston | TX | 77047 |
| 1603 Nichole WoodsDrive | Houston | TX | 77047 |
| 1613 PalcioReal Drive | Houston | TX | 77047 |
| 11907 Longwood Garden Way | Houston | TX | 77047 |
| 11831 Longwood Garden Way | Houston | TX | 77047 |
| 11829 Longwood Garden Way | Houston | TX | 77047 |
| 11754 Jelicoe Drive | Houston | TX | 77047 |
| 11918 Longwood Garden Way | Houston | TX | 77047 |
| 1615 PalcioReal Drive | Houston | TX | 77047 |
| 1625 Nichole WoodsDrive | Houston | TX | 77047 |
| 11930 Longwood Garden Way | Houston | TX | 77047 |
| 1617 PalcioReal Drive | Houston | TX | 77047 |
| 1623 Nichole WoodsDrive | Houston | TX | 77047 |
| 11923 PriorPark Drive | Houston | TX | 77047 |
| 1621 Nichole WoodsDrive | Houston | TX | 77047 |
| 1007 GrassyView Drive | Houston | TX | 77073 |
| 1011 GrassyView Drive | Houston | TX | 77073 |
| 1015 GrassyView Drive | Houston | TX | 77073 |
| 1019 GrassyView Drive | Houston | TX | 77073 |
| 1023 GrassyView Drive | Houston | TX | 77073 |
| 1026 GrassyView Drive | Houston | TX | 77073 |
| 1027 GrassyView Drive | Houston | TX | 77073 |
| 1030 GrassyView Drive | Houston | TX | 77073 |
| 1031 GrassyView Drive | Houston | TX | 77073 |
| 1031 VerdeTrails Drive | Houston | TX | 77073 |
| 1034 GrassyView Drive | Houston | TX | 77073 |
| 1035 VerdeTrails Drive | Houston | TX | 77073 |
| 1039 VerdeTrails Drive | Houston | TX | 77073 |
| 1043 VerdeTrails Drive | Houston | TX | 77073 |
| 1047 VerdeTrails Drive | Houston | TX | 77073 |
| 1051 VerdeTrails Drive | Houston | TX | 77073 |
| 1055 VerdeTrails Drive | Houston | TX | 77073 |
| 1059 VerdeTrails Drive | Houston | TX | 77073 |
| 1063 VerdeTrails Drive | Houston | TX | 77073 |

12

| | | | |
|---|---|---|---|
| 1067 VerdeTrails Drive | Houston | TX | 77073 |
| 1071 VerdeTrails Drive | Houston | TX | 77073 |
| 1075 VerdeTrails Drive | Houston | TX | 77073 |
| 1079 VerdeTrails Drive | Houston | TX | 77073 |
| 19506 GreenChase Lane | Houston | TX | 77073 |
| 19510 GreenChase Lane | Houston | TX | 77073 |
| 19511 GreenChase Lane | Houston | TX | 77073 |
| 19523 GreenChase Lane | Houston | TX | 77073 |
| 19527 GreenChase Lane | Houston | TX | 77073 |
| 19603 GreenChase Lane | Houston | TX | 77073 |
| 19611 GreenChase Lane | Houston | TX | 77073 |
| 5503 Silver Canyon Lane | Rosharon | TX | 77583 |
| 19923 Cypresswood Square | Spring | TX | 77373 |
| 5516 Moss Hill Lane | Rosharon | TX | 77583 |
| 6412 Larry Crest Drive | Pearland | TX | 77684 |
| 19314 Aquatic Drive | Humble | TX | 77346 |
| 5609 Savannah Woods Lane | Rosharon | TX | 77583 |
| 512 Falcon Lake Drive | Friendswood | TX | 77546 |
| 1047 VerdeTrails Lane | Houston | TX | 77073 |
| 2001 Cardinal Ridge Circle | Friendswood | TX | 77546 |
| 6309 Larrycrest Drive | Pearland | TX | 77584 |
| 6509 Hillock Lane | Pearland | TX | 77584 |
| 2008 Sparrow Circle | Friendswood | TX | 77546 |

**To the best of the Class Member's knowledge, the identities of every purchaser, supplier, marketer, installer, builder, developer and its/their insurers, and any other Participating Defendant and Participating Insurer against which the Class Member intends to pursue its claims:**

Interior/Exterior Building Supply, L.P., Arch Insurance Company, Liberty Insurance Company, North River Insurance Company, and any other Insurance company with applicable coverage. Additionally, the Knauf entities and their insurers.

**K. Hovnanian Homes of Houston, LLC**

By: _____

Name: _____ Michael Discafani _____
          Vice President

Title: _____

Date: 9-28-2012

MIAMI 3331133.3 78603/33069

13