

| PARTNERS | OF COUNSEL | ASSOCIATES |
|---|---|---|
| Lewis S. Kahn, LA | Neil Rothstein, PA | Bruce W. Dona, NY |
| Michael A. Swick, NY | Geoffrey Rodriguez, LA | Craig J. Geraci AL & MS |
| Charles C. Foti, Jr.*, LA | | Christopher W. Kaul, LA |
| Kim E. Miller, NY & CA | | J. Ryan Lapalka, IL |
| Albert M. Myers, NY & GA | | Melinda A. Nicholson, LA & NY |
| *FORMER LOUISIANA ATTORNEY GENERAL, 2004-2008 | | Cecilia E. Rutherford, LA, NY, & NC |

July 11, 2011

*Via first class mail*

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut St. Ste.500
Philadelphia, PA 19106

Richard Duplantier, Jr.
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras St. 40th Floor
New Orleans, LA 70139

      RE:    Request for Exclusion, InEx

Gentlemen:

      The undersigned, personally and o/b/o my wife Chillon Kahn, hereby requests exclusion from the InEx Settlement Class in the Chinese Drywall Action.

      For your records, please note that my wife and I purchased our home in 2010 from the Miller Building Company, to whom you addressed your Class Notice. Our information is as follows:

Lewis and Chillon Kahn
108 Mulberry Drive
Metairie, Louisiana 70005

      Please feel free to contact me direct 504-648-1850 to the extent you have any questions.

                               Sincerely,

                               Lewis Kahn

LK/bg

LAW OFFICES

# PLAUCHÉ, SMITH & NIESET, L.L.C.

A LIMITED LIABILITY COMPANY
1123 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK M. WALKER, JR.
MICHAEL J. MCNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER P. IEYOUB
H. DAVID VAUGHAN II
JOSEPH R. POUSSON, JR.
V. ED MCGUIRE, III
ERIC W. ROAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING*
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A. LANE PLAUCHÉ (1919-2006)
S.W. PLAUCHÉ (1889-1952)
S.W. PLAUCHÉ, JR. (1915-1966)

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

(337) 436-0522
FAX (337) 436-9637

September 28, 2012

## CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION

* also admitted in Texas
dvaughan@psnlaw.com

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard Duplantier
Galloway, Johnson, Tompkins,
Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

        Re:    Chinese Manufactured Drywall Products
               Liability Litigation, MDL No.: 2047
               United States District Court, Eastern District of Louisiana

To Whom It May Concern:

The undersigned opts out of the INEX Settlement only to the extent a homeowner or other claimant for one of the undersigned's INEX-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

                        Kaye Homes, Inc.
                        Custom Homes by Kaye, Inc.
                        5979 Pine Ridge Road
                        Naples, FL 34119

                        By: _____
                            H. DAVID VAUGHAN II, Their Attorney

HDVII/cs

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
gadams@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
   Telephone: (504) 412-6226
   Fax: (504) 412-6326

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
**NEW ORLEANS**

September 28, 2012

**REQUEST FOR EXCLUSION ("OPT OUT")**
INTERIOR EXTERIOR SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

      Michael A. Sexton
      Weinberg, Wheeler, Hudgins,
      Gunn & Dial, LLC
      3344 Peachtree Road, NE
      Suite 2400
      Atlanta, GA 30326

      Dorothy Wimberly
      Stone, Pigman, Walther,
      Wittman, LLC
      546 Carondelet Street
      New Orleans, LA 70130

      Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
            Defendant: Kemah Construction
            USDC Eastern District No. 10-361, Div. L
            Our File Number: 114.0058

The undersigned hereby opts out of the Interior Exterior Settlement Class in the Chinese Drywall
Action.

September 28, 2012
PSC and Liaison Counsel
Page 2


To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Interior Exterior Settlement Class to the extent of the claim of a class member in both the Class the Interior Exterior Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Interior Exterior Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.


Contractor/Installer: Kemah Construction

Address:

Executed by: _____

Denia S. Aiyegbusi, Esquire
Attorney for Kemah Construction

PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2005)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
NEW ORLEANS

September 28, 2012

REQUEST FOR EXCLUSION ("OPT OUT")
INTERIOR-EXTERIOR SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:    Arnold Levin
       Levin, Fishbein, Sedran & Berman
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       Weinberg, Wheeler, Hudgins
       Gunn & Dial, LLC
       2601 South Bayshore Dr., Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       Peterson & Espino, P.A.
       10631 S.W. 88th St. Suite 220
       Miami, FL 33186

       Michael A. Sexton
       Weinberg, Wheeler, Hudgins,
       Gunn & Dial, LLC
       3344 Peachtree Road, NE
       Suite 2400
       Atlanta, GA 30326

       Dorothy Wimberly
       Stone, Pigman, Walther,
       Wittman, LLC
       546 Carondelet Street
       New Orleans, LA 70130

       Re:    Payton, Sean and Beth, et al v. Knauf Gips KG, et al
              Defendant: L & J Builders
              USDC Eastern District No. 10-361, Div. L
              Our File Number: 323.0022

September 28, 2012
PSC and Liaison Counsel
Page 2

The undersigned hereby opts out of the Interior-Exterior Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Interior-Exterior Settlement Class to the extent of the claim of a class member in both the Interior-Exterior Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Interior-Exterior Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: L & J Builders

Address:

Executed by: _____
Glenn B. Adams, Esquire
Attorney for L & J Builders

**REQUEST FOR EXCLUSION ("OPT OUT")**
**INTERIOR/EXTERIOR BUILDING SUPPLY, L.P. SETTLEMENT CLASS ACTION**
**("INEX SETTLEMENT CLASS")**
**RE:  CHINESE MANUFACTURED DRYWALL LITIGATION**

L.A. Homes, Inc., only opts out of the InEx Settlement Class to the extent a homeowner or other claimant for one of L.A. Homes, Inc.'s InEx-supplied Affected Properties has opted out of the Builder, Installer, Supplier & Insurer Settlement Agreement.

**Name of Entity:**  L.A. Homes, Inc.

**Current Address:**  43170 Addisyn Dale Drive, Ponchatoula, LA 70454

**L.A. Homes, Inc.**

By:  _____

Its:  _President_____

Date:  _09/27/12_____

To:   Arnold Levin, Esq.
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA   19106

      Richard Duplantier
      GALLOWAY, JOHNSON, TOMPKINS
       BURR & SMITH
      One Shell Square
      701 Poydras Street, 40th Floor
      New Orleans, LA  70139

3362.19000. 00328560.1

Shea Michael Ladner and Desiree Day Ladner
10824 Koloa Court
Diamondhead, Mississippi 39525

August 17, 2011

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut St., Ste 500
Philadelphia, PA 19106

Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras St., 40th Fl
New Orleans, LA 70139

Re:     InEx Settlement Class in the Chinese Drywall Action

Dear Mr. Levin and Mr. Duplantier:

    We, Shea Michael Ladner and Desiree Day Ladner, individually and as natual parents, next friends and guardians of Brendon Michael Ladner, a minor, and Brooklynn Lee Ladner, a minor (10824 Koloa Court, Diamondhead, Mississippi 39525) hereby request to be excluded from the InEx Settlement Class in the Chinese Drywall Action.  We also request exclusion in all other class actions and wish to be excluded from the MDL litigation.

    If you have any questions please refer them to our attorneys, Wayne E. Ferrell, Jr., 405 Tombigbee St., Jackson, Mississippi 39201, and John Hunter, Cumbest Cumbest Hunter & McCormick, P. O. Drawer 1287, Pascagoula, MS 39568-1287.

Sincerely,

_____                          _____
Shea Ladner                                       Desiree Ladner

## REQUEST FOR EXCLUSION ("OPT OUT")
## INTERIOR/EXTERIOR BUILDING SUPPLY, L.P. SETTLEMENT CLASS ACTION
## ("INEX SETTLEMENT CLASS")
## RE:  CHINESE MANUFACTURED DRYWALL LITIGATION

Lee Roy Jenkins, Inc., and Lee Roy Jenkins only opt out of the InEx Settlement Class to the extent a homeowner or other claimant for one of Lee Roy Jenkins, Inc.'s/ Lee Roy Jenkins's InEx-supplied Affected Properties has opted out of the Builder, Installer, Supplier & Insurer Settlement Agreement.

**Name:**  Lee Roy Jenkins, Inc., and Lee Roy Jenkins

**Current Address:**  37 Spruce Drive, Covington, LA  70433

**Lee Roy Jenkins, Inc. and Lee Roy Jenkins**

By: _____

Its: _____

Date: _____

To:     Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA   19106

        Richard Duplantier
        GALLOWAY, JOHNSON, TOMPKINS
         BURR & SMITH
        One Shell Square
        701 Poydras Street, 40th Floor
        New Orleans, LA  70139

3415.18988. 00328565.1

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, La. 70113

Richard Duplantier
Galloway, Johnson, Thompson, Burr & Smith
1 Shell Square
701 Poydras Street, 40th Floor
New Orleans, La. 70139

Gentlemen:

I, Nona Sue Leggett , currently reside at 5319 Creekside Place, Birmingham, Alabama.

I own the property located at 5319 Creekside Place, Birmingham, Alabama, which has been
damaged by Chinese Drywall. To the best of my knowledge the home was constructed by
Gibson & Anderson, the drywall was supplied by Interior/Exterior Building Supply, LLP, and the
manufacturer is the Knauf entities. I am not aware of the installers names. I believe the insurer
for the builder is Nationwide.

The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (InEx)
Settlement and the Participating Suppliers, Builders and Installers and participating Insurers
Settlement (Global Settlement).

_Nona Sue Leggett_
Homeowner   Nona Sue Leggett

*LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

Re: *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Jerome Leland and Audra Washington, individually and as parents and next friends of Jalexis Washington, Jermesia Washington, Timothy Washington and Lekeno Washington, minors, who currently reside at 828 Marsha S. Ratchford Street, Prichard, Alabama 36610, hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE: 8/24/11

_____
**JEROME LELAND**

_____
**AUDRA WASHINGTON**

_____
**JEROME LELAND, as father and next friend of JALEXIS WASHINGTON, JERMESIA WASHINGTON, TIMOTHY WASHINGTON and LEKENO WASHINGTON, minors**

_____
**AUDRA WASHINGTON, as mother and next friend of JALEXIS WASHINGTON, JERMESIA WASHINGTON, TIMOTHY WASHINGTON and LEKENO**



# Trenam Kemker
### ATTORNEYS

PLEASE REPLY TO:
P. O. Box 1102
Tampa, FL 33601-1102
Phone: (813) 227-7481
E-Mail: pjpoff@trenam.com

September 20, 2012

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Richard Duplantier, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

RE:   In re: Chinese-Manufactured Drywall Products Liability Litigation
MDL No. 2047; InEx Settlement Class Opt-Out Notice
*Related case: Jeffrey T. Levy and Karen B. Levy v.
Emerald Greens at Carrollwood, LLC, et al.
LTL Construction, Inc. v. Beijing New Building Material, PLC, et al.*
Case No. 10-CA-012855, Hillsborough County, Florida
- Our File No. 09-2812

Dear Counsel:

This firm represents the interests of residential property owners Jeffrey T. Levy and
Karen B. Levy in related state court Chinese Drywall litigation involving their residence located
at 13962 Clubhouse Drive, Tampa, Florida 33618-2747, styled *Jeffrey T. Levy and Karen B.
Levy v. Emerald Greens at Carrollwood, LLC, et al.*, which is now pending in the Circuit Court
of the Thirteenth Judicial Circuit, Hillsborough County, Florida, Case No. 10-CA-012855.

Pursuant to Section 7.2 of the Settlement Agreement Regarding Claims Against Interior-
Exterior ("InEx") in MDL No. 2047, the undersigned residential property owners Jeffrey T. Levy
and Karen B. Levy, whose current mailing address is ~~13962 Clubhouse Drive, Tampa, FL
33618-2747~~, hereby opt-out of the InEx Settlement Class in the Chinese Drywall Action.

*[handwritten: previous]*

*[handwritten: 2394 Saddleback Dr Danville, CA 94506]*

X _Jeffrey Levy_                     X _Karen D. Levy_
    Jeffrey T. Levy                        Karen B. Levy

By signing above we, Jeffrey T. Levy and Karen B. Levy, whose current residence is
2394 Saddleback Drive, Danville, CA 94506, opt-out of the InEx Settlement Class in the
Chinese Drywall Action and understand and agree as follows:

101 E. Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474
Fax: (813) 229-6553

www.trenam.com

200 Central Avenue, Suite 1600
St. Petersburg, Florida 33701
Tel: (727) 896-7171
Fax: (727) 822-8048

Arnold Levin, Esq
Richard Duplantier, Esq.
September 20, 2012
Page 2

IN ORDER TO PURSUE AN INDIVIDUAL CLAIM AGAINST INEX DEFENDANTS OR THEIR INSURERS BY LITIGATION, ARBITRATION, OR OTHERWISE, WE MUST OPT-OUT; OTHERWISE, IF THE SETTLEMENT IS APPROVED, AND WE ARE PROPERLY WITHIN THE CLASS WE WILL NOT BE ABLE TO PURSUE CLAIMS AGAINST THE INEX DEFENDANTS OR THEIR INSURERS ARISING OUT OF, IN ANY MANNER RELATED TO, OR CONNECTED IN ANY WAY WITH CHINESE DRYWALL.

Request is hereby made that you file this opt-out notice with the Court. If you are in need of any further information to effectuate this opt-out request, please contact us immediately in writing regarding same.

Very truly yours,

Patrick J. Poff

PJP:njc

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, La. 70113

Richard Duplantier
Galloway, Johnson, Thompson, Burr & Smith
1 Cell Square
701 Poydras Street, 40th Floor
New Orleans, La. 70139

Gentlemen:

We, Liberty Park Joint Venture, LLP, currently own the properties located at 701 Hampden Place
Circle, Birmingham, Alabama, 746 Hampden Place Circle, Birmingham, Alabama, 747
Hampden Place Circle, Birmingham, Alabama, 765 Hampden Place Circle, Birmingham,
Alabama, which has been damaged by Chinese Drywall. The drywall was supplied by
Interior/Exterior Building Supply, LLP, and the manufacturer is the Knauf entities.

We are represented by  Philip G. Piggott, Starnes Davis Florie LLP, 100 Brookwood
Place, Seventh Floor, P.O. Box 598512, Birmingham, Alabama 35259-8512.205-868-6000.

The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (InEx)
Settlement and the Participating Suppliers, Builders and Installers and participating Insurers
Settlement (Global Settlement).

Liberty Park Joint Venture, LLP

By

Samuel G. Lowrey, III
Its Project Manager

# *LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

Re:    *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Diges E. Little, individually and as mother and next friend of Devante Williams; Doryan Williams; and Desiree Perry, who currently reside at 816 Marsha S. Ratchford Street, Prichard, Alabama 36610, hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE: ___8/23/11___

_____
DIGES E. LITTLE

_____
DIGES E. LITTLE, as mother and next
friend of DEVANTE WILLIAMS,
DORYAN WILLIAMS and DESIREE
PERRY, minors

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
    Telephone: (504) 412-6249
    Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
NEW ORLEANS

September 28, 2012

**REQUEST FOR EXCLUSION ("OPT OUT")**
INTERIOR-EXTERIOR SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:    Arnold Levin                      Michael A. Sexton
       Levin, Fishbein, Sedran & Berman  Weinberg, Wheeler, Hudgins,
       510 Walnut Street, Suite 500      Gunn & Dial, LLC
       Philadelphia, PA 19106            3344 Peachtree Road, NE
                                         Suite 2400
       Todd R. Ehrenreich                Atlanta, GA 30326
       Weinberg, Wheeler, Hudgins
       Gunn & Dial, LLC                  Dorothy Wimberly
       2601 South Bayshore Dr., Suite 1500  Stone, Pigman, Walther,
       Miami, FL 33133                   Wittman, LLC
                                         546 Carondelet Street
       Michael P. Peterson               New Orleans, LA 70130
       Peterson & Espino, P.A.
       10631 S.W. 88th St. Suite 220
       Miami, FL 33186

Re:    Payton, Sean and Beth, et al v. Knauf Gips KG, et al
       Defendant: Louran Builders/Vincent Montalto Construction
       USDC Eastern District No. 10-361, Div. L
       Our File Number: 323.0009, 323.0020, and 323.0025

The undersigned hereby opts out of the Interior-Exterior Settlement Class in the Chinese Drywall
Action.

September 28, 2012
PSC and Liaison counsel
Page 2

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Interior-Exterior Settlement Class to the extent of the claim of a class member in both the Interior-Exterior Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Interior-Exterior Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: Louran Builders/Vincent Montalto Construction

Address:

Executed by: _____

Glenn B. Adams, Esquire
Attorney for Louran Builders/Vincent Montalto Construction

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, La. 70113

Richard Duplantier
Galloway, Johnson, Thompson, Burr & Smith
1 Shell Square
701 Poydras Street, 40th Floor
New Orleans, La. 70139

Kerry J. Miller
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, La. 70163

Gentlemen:

We, Michael & Ashley Madden, currently reside at 2359 Chalybe Trail, Birmingham, Alabama 35226.

We own the property located at 2359 Chalybe Trail, Birmingham, Alabama 35226  which has been damaged by Chinese Drywall.  To the best of our knowledge the home was constructed by HPH Properties, LLC or HPH Homes, LLC, the drywall was supplied by Interior/Exterior Building Supply, LLP, and the manufacturer is the Knauf entities. We are not aware of the installers names. We believe the insurer for the builder is Employers Mutual.

We are represented by Eric D. Hoaglund at McCallum, Hoaglund, Cook & Irby, LLP, 905 Montgomery Highway, Suite 201, Vestavia Hills, Alabama 35216; Telephone (205) 824-7767 Facsimile  (205) 824-7768 Email:choaglund@mhcilaw.com.

The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (InEx) Settlement, the Knauf Settlement and the Participating Suppliers, Builders and Installers and participating Insurers Settlement (Global Settlement).

_____
Homeowner Michael Madden

_____
Homeowner Ashley Madden

*HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

*Re:*   *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Veronica Marsh, individually and as mother and next friend of Devin Marsh, Ricki Marsh and Jeremy Marsh, minors, who currently reside at 199 Spring Run Road, Apartment 149, Fairhope, Alabama, 36532 hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

**DATE:**   8-22-2011

_____
**VERONICA MARSH**

_____
**VERONICA MARSH, as mother and next friend of DEVIN MARSH, RICKI MARSH and JEREMY MARSH, minors**

## UNITED STATES DISCTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:                                        )      MDL NO. 2047
                                              )      SECTION: L
CHINESE MANUFACTURED DRYWALL                  )
PRODUCTS LIABILITY LITIGATION                 )      JUDGE FALLON
                                              )
                                              )      MAG. JUDGE WILKINSON

### NOTICE OF OPT OUT

      COME NOW Paul and Tamla McClure, class members under certain proposed settlement agreements in this matter, specifically including but not limited to the Knauf Settlement Agreement and the InEx Settlement Agreement, and opt out of all settlement agreements in this matter of which they are a member, saying as follows:

### Requested Class Member Information

Full Names of Plaintiffs:                    **Paul Douglas McClure**
                                                 **Tamla Tallon McClure**

Current Address:                           **4113 Milner Circle**
                                                **Birmingham, AL 35242**

Address of Home Containing Chinese Drywall:    **2014 Springhill Court**
                                                 **Birmingham, AL 35242**

     1.     The undersigned hereby request exclusion from the InEx Settlement Class in the Chinese Drywall Action.

     2.     The undersigned hereby opt out of the Knauf Settlement Class in the Chinese Drywall Action.

     3.     Paul and Tamla McClure intend to pursue claims against defendants, including but not limited to, the following:

    a) Any and all Knauf Defendants, including but not limited to Knauf Plasterboard (Tianjin) Co., Ltd.; Knauf Plasterboard (Wuhu) Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd.; Knauf Gips KG; Gebr. Knauf Verwaltungsgesellschaft KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GmbH & Co. KG; Knauf do Brasil Ltda.; PT Knauf Gypsum Indonesia; Knauf Investment Assets, a/k/a KI; and their insurers; and

    b) Interior/Exterior Building Supply, L.P. and its insurers, including but not limited to Arch Insurance Company and Liberty Mutual Fire Insurance Company.

Paul Douglas McClure

Tamla Tallon McClure

Jason R. Smith
Attorney for Paul and Tamla McClure

**OF COUNSEL:**

Jason R. Smith
Andrew P. Campbell
LEITMAN, SIEGAL, PAYNE & CAMPBELL, PC
420 20th Street North, Suite 2000
Birmingham, AL 35203
Telephone:    (205) 251-5900
Facsimile:    (205) 323-2098
E-Mail:       jsmith@lspclaw.com
              acampbell@lspclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of September, 2012, a copy of the above and foregoing has been served by United States Mail to the following:

**Plaintiffs' Lead Counsel**
Arnold Levin
Levin, Fishbein, Sedran and Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

**Interior/Exterior Building Supply**
Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street
40th Floor
New Orleans, LA 70139

**Knauf Defendants' Counsel**
Kerry Miller
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

OF COUNSEL



September 28, 2012

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esq.
Peterson & Espino, P.A.
10631 S.W. 88th Street
Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esq.
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Richard Duplantier, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street
40th Floor
New Orleans, LA 70139

     Re:    **In Re: Chinese Manufactured Drywall Products Liability Litigation**
              **MDL No. 2047, United States District Court, Eastern District of Louisiana**
              **Notice of Limited Opt-Out: Banner Class Action Settlement and InEx Class**
              **Action Settlement**

Dear Counselors:

     Meritage Homes of Florida, Inc. and Meritage Homes of Texas, LLC (collectively, the Meritage Entities") hereby opt out of the Banner Settlement Class and the InEx Settlement Class to the extent and insofar as any claimants for one of the Meritage Entities' Banner-supplied Affected Properties or InEx-supplied Affected Properties opt-out of the Builder, Installer,

Supplier & Insurer Settlement Agreement.[1]  The Meritage Entities are prepared to withdraw these opt-outs, if any, if and when the claimants for such homes withdraw their opt-outs to the Builder, Installer, Supplier & Insurer Settlement Agreement, or if it is determined that the claimants' homes do not contain defective Chinese-manufactured drywall that was supplied by one of the Banner Entities or InEx.

This written notice is being sent by First Class Mail, postmarked on September 28, 2012.

**Meritage Homes of Florida, Inc.**
**Meritage Homes of Texas, LLC**
**17851 N. 85th Street #300**
**Scottsdale, Arizona 85255**

Signature:

Print Name:   Mark A. Reynolds

Title:   VP, Sr. Litigation Counsel

Date:   9/28/12

---

[1]      Because the opt-out deadline for all parties for all settlement agreements in the MDL is the same date, it is impossible for the Meritage Entities to know if any homeowners or other claimants for one of the Meritage Entities' Banner-supplied Affected Properties or InEx-supplied Affected Properties has opted out prior to the opt-out deadline.

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, La. 70113

Richard Duplantier
Galloway, Johnson, Thompson, Burr & Smith
1 Shell Square
701 Poydras Street, 40th Floor
New Orleans, La. 70139

Kerry J. Miller
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, La. 70163

Gentlemen:

I, _Victor Moore,_ currently reside at 1004 Maryanna Road, Calera, Al. 35040 .

I own the property located at 1004 Maryanna Road, Calera, Alabama 35040 which has been
damaged by Chinese Drywall. To the best of my knowledge the home was constructed by
HPH Properties, LLC or HPH Homes, LLC, the drywall was supplied by Interior/Exterior
Building Supply, LLP, and the manufacturer is the Knauf entities. I am not aware of the
installers names. I believe the insurer for the builder is Cincinnati and/or AutoOwners

I am represented by Eric D. Hoaglund at McCallum, Hoaglund, Cook & Irby, LLP, 905
Montgomery Highway, Suite 201, Vestavia Hills, Alabama 35216; Telephone (205) 824-7767
Facsimile (205) 824-7768 Email:choaglund@mhcilaw.com.

The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (InEx)
Settlement, the Knauf Settlement and the Participating Suppliers, Builders and Installers and
participating Insurers Settlement (Global Settlement).

Homeowner        Victor Moore

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, La. 70113

Richard Duplantier
Galloway, Johnson, Thompson, Burr & Smith
1 Shell Square
701 Poydras Street, 40th Floor
New Orleans, La. 70139

Kerry J. Miller
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, La. 70163

Gentlemen:

We, Jason & Rhonda Nabors, currently reside at 773 Hampden Place Circle, Birmingham, Alabama 35242.

We own the property located at 773 Hampden Place Circle, Birmingham, Alabama 35242 which has been damaged by Chinese Drywall. To the best of our knowledge the drywall was supplied by Interior/Exterior Building Supply, LLP, and the manufacturer is the Knauf entities. We are not aware of the installers names.

We are represented by Eric D. Hoaglund at McCallum, Hoaglund, Cook & Irby, LLP, 905 Montgomery Highway, Suite 201, Vestavia Hills, Alabama 35216; Telephone (205) 824-7767 Facsimile (205) 824-7768 Email:ehoaglund@mhcilaw.com.

The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (InEx) Settlement, the Knauf Settlement and the Participating Suppliers, Builders and Installers and participating Insurers Settlement (Global Settlement).

Homeowner     Jason Nabors

Homeowner     Rhonda Nabors

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

RE:     Chinese Manufactured Drywall Products Liability Litigation MDL 2047
        Interior/Exterior Building Supply, LP Settlement Request for Opt Out and Exclusion

Dear Messrs. Levin & Duplantier:

I(We), Wayne and Virginia Nearing, own a home located at 1025 Kings Way, Birmingham, AL 35242. The home was constructed utilizing drywall manufactured by Knauf Plasterboard Tianjin "KPT" and distributed by Interior/Exterior Building Supply, LP (INEX). We are represented by W. Brian Collins, Esq. of Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, Telephone (205)324-1834, Facsimile (205)324-1846, E-Mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to Opt Out of the INEX Class Settlement, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out of the INEX Settlement Class in the Chinese Drywall Action.

Date this the 27th day of SEPTEMBER, 2012.

WAYNE NEARING
Print Name

_____
Signature

Virginia Nearing
Print Name

_____
Signature

# NEW MILLENNIUM CONSTRUCTION, LLC.
## RESIDENTIAL CONSTRUCTION
### PROFESSIONAL CONSTRUCTION AND DEVELOPMENT SERVICES

July 20, 2011

**Arnold Levin, Esq.**
Lead Counsel for Plaintiffs
Levin, Fishein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA  19106

**Richard Duplantier, Esq.**
Counsel for InEx
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA  70139

Dear Mr. Levin and Mr. Duplantier,

The undersigned [New Millennium Construction, LLC.,  3173 Terrace Avenue East, Slidell, LA  70458, David A. Kaufmann, Agent (same address) hereby requests exclusion from the InEx Settlement Class in the Chinese Drywall Action.

Sincerely,

David A. Kaufmann
*Manager/Member/Registered Agent*
*On Behalf of New Millennium Construction, LLC*

3173 TERRACE AVE. EAST • SLIDELL, LA  70458
PHONE: 985-649-7381    FAX: 985-649-7679

Denise Newman
7333 Ahi Drive
Diamondhead, MS  39525


August 15, 2011


Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut St., Ste 500
Philadelphia, PA 19106

Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras St., 40th Fl
New Orleans, LA 70139

      Re:    InEx Settlement Class in the Chinese Drywall Action

Dear Mr. Levin and Mr. Duplantier:

      I, Denise Newman, (7333 Ahi Drive, Diamondhead MS 39525) hereby request to be excluded from the InEx Settlement Class in the Chinese Drywall Action.  I also request exclusion in all other class actions and wish to be excluded from the MDL litigation.

      If you have any questions please refer them to my attorneys, Wayne E. Ferrell, Jr., 405 Tombigbee St., Jackson, Mississippi 39201, and John Hunter, Cumbest Cumbest Hunter & McCormick, P. O. Drawer 1287, Pascagoula, MS 39568-1287.

                        Sincerely,

                        Denise Newman

Kyle Newman
7333 Ahi Drive
Diamondhead, MS  39525


August 15, 2011


Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut St., Ste 500
Philadelphia, PA 19106

Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras St., 40th Fl
New Orleans, LA 70139

     Re:    InEx Settlement Class in the Chinese Drywall Action

Dear Mr. Levin and Mr. Duplantier:

    I, Kyle Newman, (7333 Ahi Drive, Diamondhead MS 39525) hereby request to be excluded from the InEx Settlement Class in the Chinese Drywall Action.  I also request exclusion in all other class actions and wish to be excluded from the MDL litigation.

    If you have any questions please refer them to my attorneys, Wayne E. Ferrell, Jr., 405 Tombigbee St., Jackson, Mississippi 39201, and John Hunter, Cumbest Cumbest Hunter & McCormick, P. O. Drawer 1287, Pascagoula, MS 39568-1287.

                          Sincerely,

                          Kyle Newman

September 21, 2012

**OPT-OUT NOTICE**
**INTERIOR EXTERIOR BUILDING SUPPLY, L.P. PROPOSED CLASS SETTLEMENT**

*VIA CERTIFIED MAIL,*
  *RETURN RECEIPT REQUESTED*
Mr. Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

*VIA CERTIFIED MAIL,*
  *RETURN RECEIPT REQUESTED*
Mr. Richard C. Duplantier, Jr.
GALLOWAY, JOHNSON,
  TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Re:   *In re: Chinese-Manufactured Drywall Products Liability*
        *Litigation,* MDL 2047 (E.D. La., The Honorable Eldon Fallon)

Dear Mr. Levin and Mr. Duplantier:

In accordance with the Court's Orders (R. Doc. 8818 & R. Doc. 14566), I am writing to advise you both that I am exercising my right to opt-out and be excluded from the class settlement involving Interior Exterior Building Supply, L.P. and its insurers in the above-referenced action. I own and currently reside at property located at 77451 N. Fitzmorris Rd. Ext., Covington, LA 70435, which contains Chinese-manufactured drywall manufactured by Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin, Ltd. and was sold/distributed by Interior Exterior Building Supply, L.P., and for which I have filed a claim for damages in the above-referenced matter, and which I am a party to Intervention OC II (10-361).

The undersigned hereby opts out from the Interior Exterior Building Supply, L.P. proposed class settlement.

_Mary McLain Niswonger_
Mary McLain Niswonger

_9-22-12_
Date

_Tom W. Thornhill_
Tom W. Thornhill
*Counsel for Mary McLain Niswonger*

_9/24/12_
Date

**REQUEST FOR EXCLUSION ("OPT OUT")**
**INTERIOR/EXTERIOR BUILDING SUPPLY, L.P. SETTLEMENT CLASS ACTION**
**("INEX SETTLEMENT CLASS")**
**RE:  CHINESE MANUFACTURED DRYWALL LITIGATION**

Palm Coast Construction, LLC, only opts out of the InEx Settlement Class to the extent a homeowner or other claimant for one of Palm Coast Construction, LLC's InEx-supplied Affected Properties has opted out of the Builder, Installer, Supplier & Insurer Settlement Agreement.

**Name of Entity:**  Palm Coast Construction, LLC

**Current Address:**  3845 Croydon Street, Slidell, LA 70458

**Palm Coast Construction, LLC**

By: _____

Its: _____Partner_____

Date: _____9/28-12_____

To:     Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA   19106

        Richard Duplantier
        GALLOWAY, JOHNSON, TOMPKINS
         BURR & SMITH
        One Shell Square
        701 Poydras Street, 40th Floor
        New Orleans, LA  70139

September 26, 2012

## "CONDITIONAL REQUEST FOR EXCLUSION"

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA19106

Richard Duplantier
Calloway, Johnson, Tompkins
   Burr & Smith
One Shell Square
701 Poydras Street
40th Floor
New Orleans, LA 70139

   Re: Chinese Manufactured Drywall Products
     Liability Litigation
     MDL No.: 2047
     United States District Court, Eastern District of Louisiana

To whom it may concern:

  The undersigned opts out of the INEX Settlement but only to the extent a homeowner or other claimant for one of the undersigned's INEX-supplied Affected Properties has opted out of the Builder, Installer, Supplier & Insurer Settlement Agreement.

       Park Homes, LLC
       2700 U. S. Highway 280
       Suite 425
       Birmingham, Alabama 35223

       By: _____
       Doug Eddleman, in his capacity as
       Managing Partner of Park Homes, LLC

cc: H. David Vaughan II
  Plauche Smith & Nieset
  1123 Pithon Street
  Lake Charles, LA 70601

*HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV*
*2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr &
Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

Re:     *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No.
2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Melvin Payne, individually and as father and next friend of Tyja
Agnew, a minor, who currently reside at 865 Welworth Street, Mobile, Alabama 36610, hereby
requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced
Chinese Drywall Action.

DATE: ___8/22/11___

_____
**MELVIN PAYNE**

_____
**MELVIN PAYNE, as father and next friend
of TYJA AGNEW, a minor**

*HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

Re:    *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Mollie Payne Prim, individually and as mother and next friend of Tyangelo Cummings, a minor, and as guardian and next friend of Tyja Agnew, a minor, who currently reside at 865 Welworth Street, Mobile, Alabama 36610, hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE:     8/23/11

**MOLLIE PAYNE PRIM**

**MOLLIE PAYNE PRIM, as mother and next friend of TYANGELO CUMMINGS, a minor, and as guardian and next friend of TYJA AGNEW, a minor**

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

      RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
                Interior/Exterior Building Supply, LP Settlement Request for Opt Out and Exclusion

Dear Messrs. Levin & Duplantier:

      I(We), <u>Sadanandam Penala & Neeraja Suram</u>, own a home located at <u>2364 Chalybe Trl,</u>
<u>Hoover, Alabama, 35226</u>. The home was constructed utilizing drywall
manufactured by Knauf Plasterboard Tianjin "KPT" and distributed by Interior/Exterior Building
Supply, LP (INEX). We are represented by W. Brian Collins, Esq. of Collins & Horsley, P.C., 2021
Morris Avenue, Suite 200, Birmingham, Alabama 35203, Telephone (205)324-1834, Facsimile
(205)324-1846, E-Mail: brian@collinshorsley.com.

      Please let this correspondence serve as notice of our decision to Opt Out of the INEX Class
Settlement, currently pending before the Honorable Judge Fallon in the Multi District Litigation
2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out
of the INEX Settlement Class in the Chinese Drywall Action.

      Date this the <u>25th</u> day of <u>September</u>, 2012.

Sadanandam Penala
Print Name

                                    Signature

NEERAJA SURAM
Print Name

                                      Signature

# HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

Re:    *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Charleen P. Perkins, a/k/a Charleen P. Henderson, individually and as mother and next friend of Chandrea J. Stewart, a minor, who currently reside at , hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE: 8/25/11

CHARLEEN P. PERKINS, f/k/a
CHARLEEN P. HENDERSON

CHARLEEN P. PERKINS, f/k/a
CHARLEEN P. HENDERSON, individually
and as mother and next friend of
CHANDREA J. STEWART, a minor



September 28, 2012

**VIA CMRRR**

Mr. Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

**VIA CMRRR**

Mr. Richard Duplantier, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

   Re: MDL No. 2047, *In re Chinese-Manufactured Drywall Litigation,*
    United States District Court for the Eastern District of Louisiana: Notice of Opt-Out
    of the Amended Settlement Agreement Involving Claims Against Interior-Exterior

Dear Messrs. Levin and Duplantier:

   On behalf of Perry Homes, LLC, and Perry Homes, a Joint Venture (collectively, "Perry Homes"), the undersigned hereby opts out from the InEx Settlement Class in the Chinese Drywall Action.[1]  The original settlement agreement was executed on or about April 26, 2011, but an Amended Settlement Agreement Involving Claims against Interior-Exterior with an Execution Date of January 24, 2012 (the "Settlement Agreement") (D.I. 12258-3 in Case No. 2:09-md-02047-EEF-JCW).  Perry Homes, LLC, is the successor-in-interest to Perry Homes, a Joint Venture.  The physical address for Perry Homes, LLC, is 9000 Gulf Freeway, Houston, Texas 77017.  The mailing address for Perry Homes, LLC, is P.O. Box 34306, Houston, Texas 77234.  The same physical and mailing addresses applied to Perry Homes, a Joint Venture, at the time Perry Homes, LLC, succeeded to its interests.

---

[1] This notice is timely post-marked in accordance with Paragraph 2 of the Court's Order (1) Setting Consolidated Fairness Hearing, (2) Establishing Coordinated Opt Out, Objection and Briefing Deadlines, and (3) Entering Litigation Stay in Favor of Settling Parties (D.I. 14566 in 2:09-md-02047-EEF-JCW), and provides all information required therein.

1226467.2

Perry Homes is opting out of the Settlement Agreement in two respects. First, Perry Homes is opting out for any and all claims it may have against the Settling Defendants directly, including, but not limited to, claims for contribution, indemnification, and subrogation against the Settling Defendants. This includes all known and unknown claims which Perry Homes now has or may have, and includes, but is not limited to, any and all claims arising from or related to the subsequent discovery of Chinese Drywall (as that term is defined in Section 1.7 of the Settlement Agreement) after the date of this notice in any home built by Perry Homes. Second, Perry Homes is the assignee of all claims, except personal injury claims, of thirteen homeowners whose homes were built by Perry Homes in 2006. These homes contained, at least in part, Knauf Tianjin ("KPT") drywall board that was supplied by Interior/Exterior Building Supply LP. The names of those homeowners and the addresses of their affected homes are identified in the spreadsheet enclosed herewith as Exhibit "A." These are the only addresses of Perry Homes properties known to contain KPT drywall board at this time. However, Interior/Exterior Building Supply LP provided a more extensive list of additional homes that may have received KPT board. The names of the homeowners for those homes and their potentially affected addresses is enclosed herewith as Exhibit "B." To the best of Perry Homes' knowledge, none of the homes on Exhibit "B" have been determined to contain reactive KPT drywall board, except to the extent any of the addresses on Exhibit "B" are duplicative of addresses on Exhibit "A."

To the best of Perry Homes' knowledge: (1) the purchaser and installer of the drywall board in the thirteen homes identified on Exhibit "A" was Aurora Commercial Construction Inc.; Joseph A. Morris II d/b/a Aurora Commercial Construction; and/or Deborah Morris d/b/a Aurora Commercial Construction; (2) the domestic supplier of the drywall board in the thirteen homes identified on Exhibit "A" was Interior/Exterior Building Supply LP; and (3) the manufacturer of the reactive drywall installed in the thirteen homes identified on Exhibit "A" was Knauf. The insurers for each of these parties, to the best of Perry Homes' knowledge, are identified below.

To the best of Perry Homes' knowledge: (1) the purchasers and installers of the drywall board in the homes identified on Exhibit "B" are Aurora Commercial Construction Inc.; Joseph A. Morris II d/b/a Aurora Commercial Construction; Deborah Morris d/b/a Aurora Commercial Construction; Jurischk Brothers Drywall; and/or R.H. Hernandez; (2) the domestic supplier of the drywall board in the homes on Exhibit "B" was Interior/Exterior Building Supply LP; and (3) the manufacturer of the drywall installed in the homes on Exhibit "B" is unknown (except to the extent any of the addresses on Exhibit "B" are duplicative of the addresses on Exhibit "A").

Based on the Interior/Exterior Settlement Agreement, Perry Homes believes the only insurers of Interior/Exterior Building Supply LP are Arch Insurance Company, Liberty Mutual Fire Insurance Company, and North River Insurance Company. Upon information and belief, the insurers for Aurora Commercial Construction, Inc., Joseph A. Morris II d/b/a Aurora Commercial Construction, and Deborah Morris d/b/a Aurora Commercial Construction are Catlin Specialty Insurance Company, Continental Western Insurance Company, and Union

1226467.2

Standard Lloyd's Insurance Company. Perry Homes has no knowledge of whether any of the claims arising from, or relating to the purchase, supply, and installation of KPT drywall board are covered by any of the insured's policies with the respective insurers.

To the best of Perry Homes' knowledge, it intends to pursue claims against Aurora Commercial Construction, Inc. (a Participating Defendant in the Settlement Agreement); Joseph A. Morris II d/b/a Aurora Commercial Construction; Deborah Morris d/b/a Aurora Commercial Construction; Interior/Exterior Building Supply LP; Interior/Exterior Enterprises, LLC; Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf Do Brasil Ltd.; PT Knauf Gypsum Indonesia; Knauf Gips KG; Knauf Plasterboard (Tianjin) Co., Ltd.; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd. ("Knauf") Perry Homes is not aware of any insurers for any of the Knauf entities. To the extent Perry Homes is an additional insured under any insurance policy issued by these parties' insurers, including, but not limited to, the insurers identified above to the best of Perry Homes' knowledge, or to the extent Perry Homes would have rights under the Texas Insurance Code against any insurer as a third-party claimant, Perry Homes intends to pursue such claims.

If any homes on Exhibit "B" are subsequently determined to contain reactive Chinese Drywall, Perry Homes intends to purchase claims against the parties in the supply chain relating to those homes, which would include, but not be limited to, the parties identified above as well as possibly Jurischk Brothers Drywall and/or R.H. Hernandez. To the best of Perry Homes' knowledge, R.H. Hernandez's insurers are Republic Vanguard and Hartford Insurance Company. To the best of Perry Homes' knowledge, Jurishck Brothers Drywall's insurers are Evanston Ins./HUL, Texas Mutual Insurance Company, Phoenix Ins. Co./TRV, St. Paul Travelers Insurance Company, American States Insurance/Safeco, and Acadia Insurance Company/USIC. To the extent Perry Homes is an additional insured under any insurance policy issued by these parties' insurers, including, but not limited to, the insurers identified above to the best of Perry Homes' knowledge, or to the extent Perry Homes would have rights under the Texas Insurance Code against any insurer as a third-party claimant, Perry Homes intends to pursue such claims.

The list above should not be considered exhaustive, but merely identifies those parties known to Perry Homes at this time. By identifying these parties to the best of its knowledge, Perry Homes is not waiving its rights to assert claims against other parties based on information that becomes available.

1226467.2

Should you have any questions concerning this opt-out notice, please direct them to our outside counsel, Drew York of Looper Reed & McGraw, P.C., at 1601 Elm Street, Suite 4600, Dallas, Texas 75201, (214) 237-6361, or dyork@lrmlaw.com.

Sincerely,

PERRY HOMES

Michael C. Brisch
General Counsel

1226467.2

**Perry Homes, LLC, Properties Confirmed to Contain Reactive KPT Chinese Drywall**

| Street Address | City, State and Zip Code | Homeowner(s) |
|---|---|---|
| 26819 Shoal Hollow Court | Cypress, Texas 77433 | David and Doris Detweiler |
| 11510 Carson Field Lane | Cypress, Texas 77433 | John and Kellie Tolarski |
| 4823 Mosaic Canyon Court | Humble, Texas 77396 | Mr. & Mrs. Malcolm Frank |
| 12930 Redbud Shores Lane | Houston, Texas 77044 | Ms. Margaret Cotrone |
| 16002 Maple Shores Drive | Houston, Texas 77044 | Mr. & Mrs. Brenton Underwood |
| 15927 Chart House Court | Houston, Texas 77044 | Mr. and Mrs. Tim Sanders |
| 14907 Barton Grove Lane | Humble, Texas 77396 | Ms. Joanna Lewis |
| 14718 Fountain Stone Lane | Humble, Texas 77396 | Ms. Jefferson Bullock |
| 9418 Bearden Creek Lane | Humble, Texas 77396 | Mr. Cam Lu |
| 25738 Beckham Springs Court | Spring, Texas 77373 | Mr. and Mrs. Sergio Lemus |
| 27645 Fairhope Meadow Lane | Kingwood, Texas 77339 | Ms. Susan Williams |
| 518 Summer Trace Lane | Richmond, Texas 77469 | Robert Svoboda and Marciela Navarro |
| 2715 Misty River Lane | Richmond, Texas 77469 | Mr. Stanley Tomlinson |

**EXHIBIT "A"**

**EXHIBIT B**

| STREET ADDRESS | CITY, STATE, ZIP CODE | BUYER NAME |
|---|---|---|
| 4823 MOSAIC CANYON COURT | HUMBLE, TX 77396 | Mr. & Mrs. Malcolm Frank |
| 4802 PARK SQUARE LANE | HUMBLE, TX 77396 | Mr. & Mrs. Donald Williams |
| 9315 CATTAIL GATE COURT | HUMBLE, TX 77396 | Mr. Juan Alvarado |
| 4810 PARK SQUARE LANE | HUMBLE, TX 77396 | Mr. & Mrs. John Butler |
| 4430 PALESTINE COVE LANE | HUMBLE, TX 77396 | Ms. Nelma Jones |
| 9415 BLACK TOOTH WAY | HUMBLE, TX 77396 | Mr. Chris Hines |
| 9447 BLACK TOOTH WAY | HUMBLE, TX 77396 | Mr. Desmond Lee |
| 4806 PARK SQUARE LANE | HUMBLE, TX 77396 | Ms. Lizzie Richmond |
| 9214 DUNE GATE COURT | HUMBLE, TX 77398 | Mr. & Mrs. Enrique Uballe |
| 9318 REFLECTIONS PATH WAY | HUMBLE, TX 77396 | Ms. Laurie Tambellini |
| 4519 EARLY AUTUMN COURT | HUMBLE, TX 77396 | Ms. Crystal Sanchez |
| 9138 RED CASTLE LANE | HUMBLE, TX 77396 | Ms. Kate Edwards |
| 4319 GRANITE PARK WAY | HUMBLE, TX 77396 | Mr. Walter Moreham |
| 4434 SUNLIT PASS LOOP | HUMBLE, TX 77396 | Mr. Michael Knoeller |
| 9130 RED CASTLE LANE | HUMBLE, TX 77396 | B. Jackson |
| 9230 RED CASTLE LANE | HUMBLE, TX 77396 | Ms. Margarita Argueta |
| 422 COLCHESTER LANE | LEAGUE CITY, TX 77573 | Mr. & Mrs. Kenneth Nelson |
| 9827 GLASGOW GREEN | HOUSTON, TX 77089 | Mr. & Mrs. J.C. Siby |
| 9811 KIMBERLY LOCH LANE | HOUSTON, TX 77089 | Ms. Shirley Bain |
| 12519 MELLVILLE DRIVE | HOUSTON, TX 77089 | Owner |
| 10030 LOCH LOMONT LANE | HOUSTON, TX 77089 | Mr. & Mrs. John Monnat |
| 12514 MELLVILLE DRIVE | HOUSTON, TX 77089 | Ms. Monet Thomas |
| 12510 MOUNT ANDREW | HOUSTON, TX 77089 | Mr. Dao Huynh |
| 709 LAUGHING GULL | TEXAS CITY, TX 77590 | Mr. & Mrs. Kenneth Mills |
| 2211 CAMBRIDGE SHORES LANE | PEARLAND, TX 77584 | Mr. Jerome Quindoy |
| 2207 CAMBRIDGE SHORES LANE | PEARLAND, TX 77584 | Mr. & Mrs. Joseph Hagan |
| 13007 MISTY BAY LANE | PEARLAND, TX 77584 | Mr. & Mrs. Ron Charles |
| 2512 ROCK SHOALS WAY | PEARLAND, TX 77584 | Mr. & Mrs. Alphonse Kariampally |
| 3004 AUBURN CREEK LANE | LEAGUE CITY, TX 77573 | Mr. & Mrs. Scott Cady |
| 3 GARDEN GROVE DRIVE | MANVEL, TX 77578 | Ms. Danelle Watkins |
| 5 GARDEN GROVE DRIVE | MANVEL, TX 77578 | C. Hodge |
| 29 PALM DESERT DRIVE | MANVEL, TX 77578 | Mr. Bradley Porche |
| 3116 RICHARD LANE | FRIENDSWOOD, TX 77546 | Mr. Daniel Phelps |
| 3234 PRINCE GEORGE DRIVE | FRIENDSWOOD, TX 77546 | Mr. Sirous Rasti |
| 3104 RICHARD LANE | FRIENDSWOOD, TX 77546 | Mr. & Mrs. Elvester Benson |
| 7106 TURTLE MANOR DRIVE | HUMBLE, TX 77346 | Mr. & Mrs. Craig Parham |
| 7022 TURTLE MANOR DRIVE | HUMBLE, TX 77346 | Mr. Tien Troung & Ms. Nguyen |
| 7018 TURTLE MANOR DRIVE | HUMBLE, TX 77346 | Mr. Nelson Flores |
| 7102 TURTLE MANOR DRIVE | HUMBLE, TX 77346 | Mr. Chris O'Dell |
| 14428 WILDWOOD SPRINGS LANE | HOUSTON, TX 77044 | Mr. Sean Gerard |
| 14511 QUIET SUMMER LANE | HOUSTON, TX 77044 | Mr. Joseph Carrier |
| 14522 WILDWOOD SPRINGS LANE | HOUSTON, TX 77044 | Mr. Jacinto Guerrero, Jr. |
| 14607 QUIET SUMMER LANE | HOUSTON, TX 77044 | Mr. & Mrs. James Fenney |
| 13508 SAND MOUNTAIN LANE | HOUSTON, TX 77044 | Ms. Janet Stephens |
| 13506 WILDWOOD SPRINGS COURT | HOUSTON, TX 77044 | Mr. & Mrs. Elwin Collier |
| 13503 SAND MOUNTAIN LANE | HOUSTON, TX 77044 | Mr. Randyhal Pham |
| 14403 QUIET SUMMER LANE | HOUSTON, TX 77044 | Mrs. Monica Crump Baldridge |
| 12903 REDBUD SHORES LANE | HOUSTON, TX 77044 | Ms. Candace Crawford-Cisco |
| 12907 REDBUD SHORES LANE | HOUSTON, TX 77044 | Mr. Jack Bass |
| 12923 REDBUD SHORES LANE | HOUSTON, TX 77044 | Mr. William Hamilton |
| 12930 REDBUD SHORES LANE | HOUSTON, TX 77044 | Ms. Margaret Burke Cotrone |
| 12910 REDBUD SHORES LANE | HOUSTON, TX 77044 | Mr. & Mrs. Antwan Jones |
| 12810 MAINSTAY PLACE LANE | HOUSTON, TX 77044 | Ms. Susan Gerhardt |
| 16814 SHORELINE TERRACE DRIVE | HOUSTON, TX 77044 | Mr. Julio Valladares |
| 12818 MAINSTAY PLACE LANE | HOUSTON, TX 77044 | Mr. Jerry Haygood, Jr. |
| 16910 LOST ANCHOR WAY LANE | HOUSTON, TX 77044 | Mr. Jeffrey Ballard |
| 15823 MOSSY SHORES COURT | HOUSTON, TX 77044 | Mr. Omar Ramirez |
| 15814 FINWOOD LANE | HOUSTON, TX 77044 | Ms. Lauren Oberleas |
| 15818 FINWOOD LANE | HOUSTON, TX 77044 | Mr. & Mrs. James Carsner |
| 13315 LAKE EXCURSION COURT | HOUSTON, TX 77044 | Ms. Terry Candice |
| 16002 MAPLE SHORES DRIVE (M) | HOUSTON, TX 77044 | Mr. Brenton Underwood |
| 15927 CHART HOUSE COURT | HOUSTON, TX 77044 | Mr. & Mrs. Tim Sanders |
| 13707 ELM SHORES DRIVE | HOUSTON, TX 77044 | Mrs. Michelle Wilson |
| 14903 BARTON GROVE LANE | HUMBLE, TX 77396 | Mr. Robert Renfro |
| 14923 BARTON GROVE LANE | HUMBLE, TX 77396 | Mr. Walter Broussard, Jr. |
| 14907 BARTON GROVE LANE | HUMBLE, TX 77396 | Ms. Joanna Lewis |
| 14718 FOUNTAIN STONE LANE | HUMBLE, TX 77396 | Mr. Jefferson Bullock |
| 14931 BARTON GROVE LANE | HUMBLE, TX 77396 | Mr. Guy Guidry |
| 9418 BEARDEN CREEK LANE | HUMBLE, TX 77396 | Mr. Cam Lu |
| 9514 GARNET FALLS LANE | HUMBLE, TX 77396 | Mr. Paul Montgomery |
| 9423 BEARDEN CREEK LANE | HUMBLE, TX 77396 | Mr. & Mrs. Paul Elvis |
| 11823 RAINBOW BRIDGE LANE | HUMBLE, TX 77396 | Mr. & Mrs. James Maybin |
| 17618 SEQUOIA VIEW LANE | HUMBLE, TX 77396 | Mr. Ollie Veloso |
| 12310 GRAND PORTAGE LANE | HUMBLE, TX 77396 | Mr. & Mrs. Hector Garza |
| 17226 KOBUK VALLEY CIRCLE | HUMBLE, TX 77396 | Mr. Winfield Clarke |
| 11510 CARSON FIELD LANE | CYPRESS, TX 77433 | Mr. & Mrs. John Tolarski |
| 26819 SHOAL HOLLOW LANE | CYPRESS, TX 77433 | Mr. & Mrs. David Detweiler |
| 25738 BECKHAM SPRINGS COURT | SPRING, TX 77373 | Mr. & Mrs. Sergio Lemus |
| 25822 AUSTIN SPRINGS | SPRING, TX 77373 | Mr. Randall Allen |
| 907 COLORADO SPRINGS COURT | SPRING, TX 77373 | Mr. Patrick Meehan |
| 18502 PARTNERS VOICE DRIVE | CYPRESS, TX 77433 | Mrs. Jill Crauder-Martinez |
| 18522 PARTNERS VOICE DRIVE | CYPRESS, TX 77433 | Ms. Donna Schmidt |
| 12107 E COLONY SHORE DRIVE | CYPRESS, TX 77433 | Mr. Robert Guthrie |
| 12218 W COLONY SHORE DRIVE | CYPRESS, TX 77433 | Mr. Joseph Tischner |
| 18822 GAIL SHORE DRIVE | CYPRESS, TX 77433 | Ms. Penelope Harris |
| 18626 GAIL SHORE DRIVE | CYPRESS, TX 77433 | Mr. Nathaniel Burleson, Jr. |
| 26894 SQUIRES PARK DRIVE | KINGWOOD, TX 77339 | Mr. Fred Ganjehei |
| 26879 TREASURES RIDGE DRIVE | KINGWOOD, TX 77339 | Mr. Christopher Webb |
| 26878 TREASURES RIDGE DRIVE | KINGWOOD, TX 77339 | Mr. Andres Rodriguez |
| 27645 FAIRHOPE MEADOW LANE | KINGWOOD, TX 77339 | Ms. Susan Williams |
| 27616 FAIRHOPE MEADOW LANE | KINGWOOD, TX 77339 | Mr. Steven Case |
| 26919 ROYAL TIMBERS DRIVE | KINGWOOD, TX 77339 | Mr. Larry Wiswell |
| 26866 SQUIRES PARK DRIVE | KINGWOOD, TX 77339 | Mr. John Jones |
| 26880 MANOR FALLS DRIVE | KINGWOOD, TX 77339 | Mr. Frank Williams |
| 22021 RYE HOLLOW LANE | KINGWOOD, TX 77339 | Mr. Jason Kirchner |
| 9435 BORDEN BLUFF LANE | HOUSTON, TX 77095 | Ms. Angela Wyka |
| 17602 BURKHART RIDGE DRIVE | HOUSTON, TX 77095 | Mr. Stuart Stradford |
| 9615 WAKEFIELD VILLAGE DRIVE | HOUSTON, TX 77095 | Mr. Phuong Pham |

| | | |
|---|---|---|
| 9619 WAKEFIELD VILLAGE DRIVE | HOUSTON, TX 77095 | Ms. Charlotte Williams |
| 9410 BORDEN BLUFF LANE | HOUSTON, TX 77095 | Mr. & Mrs. Jesus Contreras |
| 17510 BENDING POST DRIVE | HOUSTON, TX 77095 | Mr. & Mrs. Ramon Zaragoza |
| 6126 STILSON BRANCH LANE | HOUSTON, TX 77092 | Mr. Joseph Villarreal |
| 6103 FULTON MEADOWS LANE | HOUSTON, TX 77092 | Mr. Jesus Garcia |
| 6103 TENTON PARK LANE | HOUSTON, TX 77092 | Ms. Britni Armstrong |
| 6103 GILMAN TRACE LANE | HOUSTON, TX 77092 | Ms. Elizabeth Solomon |
| 6118 LYNWOOD BANKS LANE | HOUSTON, TX 77092 | Mr. David Petty & Ms. Laura Colley |
| 6119 LYNWOOD BANKS LANE | HOUSTON, TX 77092 | Mr. Brian Vincent |
| 6090 STILSON BRANCH LANE | HOUSTON, TX 77092 | Mr. Robert Schulte |
| 6110 TENTON PARK LANE | HOUSTON, TX 77092 | Ms. Amanda Kirkham |
| 6123 TENTON PARK LANE | HOUSTON, TX 77092 | Mr. Henry Passye, Jr. |
| 6119 TENTON PARK LANE | HOUSTON, TX 77092 | Mr. Carl Holley, Jr. |
| 6118 TENTON PARK LANE | HOUSTON, TX 77092 | Ms. Barbette Brown |
| 6122 TENTON PARK LANE | HOUSTON, TX 77092 | Mr. Salvatore Carbonaro |
| 518 SUMMER TRACE LANE | RICHMOND, TX 77469 | Ms. Robert Svoboda |
| 2716 MISTY RIVER LANE | RICHMOND, TX 77469 | Mr. & Mrs. Stanley Tomlinson |
| 5514 WAGON WHEEL LANE | ROSENBERG, TX 77471 | Mr. & Mrs. Gregory Setzer |
| 2618 DIAMOND RIVER DRIVE | ROSENBERG, TX 77471 | Mr. & Mrs. Joe Sebesta |
| 5515 CUNNINGHAM LANE | ROSENBERG, TX 77471 | Mr. Herbert Martin, Jr. |
| 5606 WAGON WHEEL LANE | ROSENBERG, TX 77471 | Ms. Marta Alves |
| 2622 DIAMOND RIVER DRIVE | ROSENBERG, TX 77471 | Ms. Belinda Hughes |
| 2619 WINNER'S COURT | ROSENBERG, TX 77471 | Mr. & Mrs. Steven Saltsman |
| 2615 WINNER'S COURT | ROSENBERG, TX 77471 | Mr. Rumaldo Garcia, Jr. |
| 5618 WAGON WHEEL LANE | ROSENBERG, TX 77471 | Mr. Eddie Smith |
| 5507 CUNNINGHAM LANE | ROSENBERG, TX 77471 | Mr. Daniel Hunsaker |
| 5508 WAGON WHEEL LANE | ROSENBERG, TX 77471 | Mr. & Mrs. Kenneth Woodruff, Jr. |
| 2502 SILVERTON BEND | KATY, TX 77449 | Mr. Roberto Lira |
| 5506 WALNUT GLEN LANE | KATY, TX 77449 | Ms. Shantel Taylor |
| 5607 WAGON WHEEL LANE | KATY, TX 77449 | Mr. & Mrs. Johnathan Meshel |
| 21014 WILDBROOK CANYON COURT | KATY, TX 77449 | Ms. Melissa West |
| 2103 CASTLE GARDENS LANE | KATY, TX 77449 | Ms. Janelle Henderson |
| 2107 CASTLE GARDENS LANE | KATY, TX 77449 | Mr. Monroe |
| 2008 VANDERWILT LANE | KATY, TX 77449 | Ms. Tanya Monroe |
| 20931 BARBONS HEATH COURT | KATY, TX 77449 | Yu Lin Wen |
| 2014 WILDBROOK CANYON LANE | KATY, TX 77449 | Ms. Patricia Hammond |
| 2010 WILDBROOK CANYON LANE | KATY, TX 77449 | Mr. Randal Penney |
| 20942 HAMLET RIDGE LANE | KATY, TX 77449 | Mr. Omar Luna |
| 2207 CASTLE GARDENS LANE | KATY, TX 77449 | Madison Lowe |
| 2102 CASTLE GARDENS LANE | KATY, TX 77449 | Ms. Teresa Gutierrez |
| 2110 PINECREEK PASS LANE | KATY, TX 77449 | Mr. Keith Gonzalez |
| 2106 PINECREEK PASS LANE | KATY, TX 77449 | Ms. Phan Phuong |
| 2114 SHERBROOK PARK LANE | KATY, TX 77449 | Mr. Denny Nguyen |
| 7118 PETTIGREW DRIVE | SUGAR LAND, TX 77479 | Mr. Richard Hughes |
| 1607E WEST DALLAS STREET | HOUSTON, TX 77019 | Mr. Andre De Melo |
| 1605A WEST DALLAS STREET | HOUSTON, TX 77019 | Mr. A. Nigan |
| 1605B WEST DALLAS STREET | HOUSTON, TX 77019 | Ms. K. Miller |
| 1605C WEST DALLAS STREET | HOUSTON, TX 77019 | Mr. Zhiyong Liu |
| 1605D WEST DALLAS STREET | HOUSTON, TX 77019 | Ms. Sarah Crabb |
| 2302 BASTROP STREET | HOUSTON, TX 77004 | Mr. & Mrs. Mark Jordan |
| 2306 BASTROP STREET | HOUSTON, TX 77004 | Ms. Desni Termin |
| 2304 BASTROP STREET | HOUSTON, TX 77004 | Mr. & Mrs. Kofi Gyimah |
| 1611A FRANCIS STREET | HOUSTON, TX 77004 | Mr. & Mrs. Thomas Rhodes Marion |
| 1611B FRANCIS STREET | HOUSTON, TX 77004 | Ms. Mindy Ko |
| 1611C FRANCIS STREET | HOUSTON, TX 77004 | Mr. Chin Tan |

## PIVACH, PIVACH, HUFFT & THRIFFILEY, L.L.C.

ATTORNEYS AT LAW
8311 HIGHWAY 23, SUITE 104
POST OFFICE BOX 7125
BELLE CHASSE, LOUISIANA 70037
(504) 394-1870
FAX (504) 393-2553
firm@pivachlaw.com
www.pivachlaw.com

GEORGE PIVACH, II
MARK A. PIVACH
DAVID M. HUFFT
TIMOTHY THRIFFILEY
COREY E. DUNBAR
ELLEN PIVACH DUNBAR

Writer's Email
CDunbar@PivachLaw.com

August 24, 2011

*VIA U.S. MAIL AND FACSIMILE:*
*(215) 592-4663*
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Streey, Suite 500
Philadelphia, PA 19106

*VIA U.S. MAIL AND FACSIMILE:*
*(504) 599-8137*
Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

RE:   *Sam M. Poole, III et al. v.*
      *John L. Crosby et al.*
      22nd J.D.C. No. 2009-14897 "D"
      Our File No.: 09-239

Dear Gentlemen:

This correspondence shall serve as notice that Sam M. Poole, III and Valerie Lejeune Poole wish to opt-out of the InEx Settlement.

If you have any other questions or concerns, feel free to contact us.

Very truly yours,

COREY E. DUNBAR
FOR THE FIRM

THE UNDERSIGNED HEREBY REQUESTS EXCLUSION FROM THE INEX SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION.

SAM M. POOLE, III

THE UNDERSIGNED HEREBY REQUESTS EXCLUSION FROM THE INEX SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION.

VALERIE LEJEUNE POOLE

CED
cc:   Sam M. Poole, III
      Foster P. Nash, III, *atty for John L. Crosby, L.L.C.* (via fax only 504-529-3337)
      C. Michael Pfister, *atty. for Fireman's Fund* (via fax only 504-837-3119)
      Lambert J. Hassinger, Jr., *atty for Interior Exterior* (via fax only 504-525-2456)
      Marc J. Yellin, *atty for L & W Supply Corporation* (via fax only 504-566-1201)
         Kyle A. Spaulding, *atty for Knauf Plasterboard and Knauf Gips (via fax only 504-599-8137)*

# *LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

**Re:** *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Deborah Porcher, individually and as mother and next friend of Khrysaunda Lett and Christopher Lett, minors, who currently reside at 510 Sergeant Harrison Brown Street, Prichard, Alabama 36610, hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

**DATE:** 8/23/11

---
**DEBORAH PORCHER**

---
**DEBORAH PORCHER, as mother and next friend of KHRYSHAUNDA LETT and CHRISTOHER LETT**

*LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

Re:   *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Tiffany Porcher, individually and as mother and next friend of Delantonio Porcher, a minor, who currently resides at 1685 Warbler Drive, Mobile, Alabama 36605, hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE: 8/24/11

TIFFANY PORCHER                    **TIFFANY PORCHER, as mother and next friend of DELANTONIO PORCHER, a minor**

LAW OFFICES
## FLAUCHÉ, SMITH & NIESET, L.L.C.
A LIMITED LIABILITY COMPANY
1125 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK M. WALKER, JR.
MICHAEL J. MCNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER P. IEYOUB
H. DAVID VAUGHAN  II
JOSEPH R. POUSSON, JR.
V. ED MCGUIRE, III
ERIC W. KOAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING*
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A. LANE FLAUCHÉ (1919-2006)
S.W. FLAUCHÉ (1889-1952)
S.W. PLAUCHE, JR. (1915-1966)

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

(337) 436-0522
FAX (337) 436-9637

September 28, 2012

## CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION

* also admitted in Texas

dvaughan@psnlaw.com

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard Duplantier
Calloway, Johnson, Tompkins,
  Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Re:    Chinese Manufactured Drywall Products
       Liability Litigation, MDL No.: 2047
       United States District Court, Eastern District of Louisiana

To Whom It May Concern:

The undersigned opts out of the INEX Settlement only to the extent a homeowner or other claimant for one of the undersigned's INEX-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

Prestige Development, Inc.
19849 Quail Creek Drive
Fairhope, AL 36532

By: _____
    H. DAVID VAUGHAN II, Its Attorney

HDVII/cs

# HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

Re:     *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Natalia Pruitt, individually and as mother and next friend of Christopher Douglas and Christi Douglas, minors, who currently resides at 7380 Hitt Road, Apartment 807, Mobile, Alabama 36695, hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE:  8/24/2011

_____
**NATALIA PRUITT**

_____
**NATALIA PRUITT, as mother and next
friend of CHRISTOPHER DOUGLAS and
CHRISTI DOUGLAS, minors**

# *HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

> Re:   *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Yolanda Pruitt, individually and as mother and next friend of Spencer White, a minor, who currently resides at 7380 Hitt Road, Apartment 807, Mobile, Alabama 36695, hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE: *8-24-11*

_____
**YOLANDA PRUITT**

_____
**YOLANDA PRUITT, as mother and next friend of SPENCER WHITE, a minor**

# *LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

Re:   *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Charles Pugh and Jessica Pugh, individually and as parents and next friends of Kaylin Holmes, a minor, who currently resides at 822 Marsha S. Ratchford Street, Prichard, Alabama 36610, hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE: 8-24-11

_____                    _____
**CHARLES PUGH**                                        **JESSICA PUGH**

_____                    _____
**CHARLES PUGH, as father and next friend**     **JESSICA PUGH, as mother and next friend**
**of KAYLIN HOLMES, a minor**                     **of KAYLIN HOLMES, a minor**

## *LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

### REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

Re:    *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Jackendrick Holmes, who currently resides at 822 Marsha S. Ratchford Street, Prichard, Alabama 36610, hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE: 08-24-2011

JACKENDRICK HOLMES

September 28, 2012

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Richard Duplantier, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street
40th Floor
New Orleans, LA 70139

        **Re:**    <u>**In Re: Chinese Manufactured Drywall Products Liability Litigation**</u>
                 **MDL No. 2047, United States District Court, Eastern District of Louisiana**
                 **Notice of Limited Opt-Out: InEx Class Action Settlement**

Dear Counselors:

      RAH of Texas, LP ("RAH") hereby opts out of the InEx Settlement Class to the extent and insofar as any claimants for one of RAH's InEx-supplied Affected Properties opt-out of the Builder, Installer, Supplier & Insurer Settlement Agreement.[1]  RAH is prepared to withdraw these opt-outs, if any, if and when the claimants for such homes withdraw their opt-outs to the Builder, Installer, Supplier & Insurer Settlement Agreement, or if it is determined that the claimants' homes do not contain defective Chinese-manufactured drywall that was supplied by InEx.  This written notice is being sent by First Class Mail, postmarked on September 28, 2012.

                        **RAH of Texas, LP**
                        **4350 South Monaco Street**
                        **Denver, Colorado 80237**

               Signature: _____

               Print Name: _Todd Demarets_____

               Title: _V.P._____

               Date: _9/28/2012_____

---

[1]    Because the opt-out deadline for all parties for all settlement agreements in the MDL is the same date, it is impossible for RAH to know if any homeowners or other claimants for one of RAH's InEx-supplied Affected Properties has opted out prior to the opt-out deadline.

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

RE:    Chinese Manufactured Drywall Products Liability Litigation MDL 2047
       Interior/Exterior Building Supply, LP Settlement Request for Opt Out and Exclusion

Dear Messrs. Levin & Duplantier:

I(We), *Frank + Rosalind Ranelli,* own a home located at *2412 Arbor Glenn Bham AL 35242* The home was constructed utilizing drywall manufactured by Knauf Plasterboard Tianjin "KPT" and distributed by Interior/Exterior Building Supply, LP (INEX). We are represented by W. Brian Collins, Esq. of Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, Telephone (205)324-1834, Facsimile (205)324-1846, E-Mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to Opt Out of the INEX Class Settlement, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out of the INEX Settlement Class in the Chinese Drywall Action.

Date this the *25th* day of *September*, 2012.

*FRANK J. RANELLI*
Print Name

Signature

*Rosalind G. Ranelli*
Print Name

Signature

PORTEOUS, HAINKEL AND JOHNSON, L.L.P.
704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

PLEASE REPLY TO:
NEW ORLEANS

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
### INTERIOR-EXTERIOR SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:    Arnold Levin
       Levin, Fishbein, Sedran & Berman
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       Weinberg, Wheeler, Hudgins
       Gunn & Dial, LLC
       2601 South Bayshore Dr., Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       Peterson & Espino, P.A.
       10631 S.W. 88th St. Suite 220
       Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

       Re:    Payton, Sean and Beth, et al v. Knauf Gips KG, et al
              Defendant: Regatta Construction, LLC
              USDC Eastern District No. 10-361, Div. L
              Our File No.: 323.0006

September 28, 2012
PSC and Liaison counsel
Page 2

The undersigned hereby opts out of the Interior-Exterior Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Interior-Exterior Settlement Class to the extent of the claim of a class member in both the Interior-Exterior Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Interior-Exterior Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: Regatta Construction, LLC

Address:

Executed by: _____

Glenn B. Adams, Esquire
Attorney for Regatta Construction, LLC

SEP 24 2012

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, La. 70113

Richard Duplantier
Galloway, Johnson, Thompson, Burr & Smith
1 Shell Square
701 Poydras Street, 40th Floor
New Orleans, La. 70139

Kerry J. Miller
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, La. 70163

Gentlemen:

We, Keith & Cherie Richardson, currently reside at 115 Major Circle, Riverside, Alabama
35135.

We own the property located at 115 Major Circle, Riverside, Alabama 35135 which has been
damaged by Chinese Drywall.  To the best of our knowledge the home was constructed by HGE
Construction, Inc., the drywall was supplied by Interior/Exterior Building Supply, LLP , and the
manufacturer is the Knauf entities.  We are not aware of the installers names.  We do not know
the insurer for the builder.

We are represented by Eric D. Hoaglund at McCallum, Hoaglund, Cook & Irby, LLP, 905
Montgomery Highway, Suite 201, Vestavia Hills, Alabama 35216; Telephone (205) 824-7767
Facsimile  (205) 824-7768 Email:ehoaglund@mhcilaw.com.

The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (InEx)
Settlement, the Knauf Settlement and the Participating Suppliers, Builders and Installers and
participating Insurers Settlement (Global Settlement).

_Keith Richardson_ (signature)

Homeowner   Keith Richardson

_____

Homeowner    Cherie Richardson

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, La. 70113

Richard Duplantier
Galloway, Johnson, Thompson, Burr & Smith
1 Shell Square
701 Poydras Street, 40th Floor
New Orleans, La. 70139

Kerry J. Miller
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, La. 70163

Gentlemen:

We, <u>Arnold Lee Ridley and Rada Ridley,</u> currently reside at <u>1045 Edgewater Lane, Chelsea, Alabama 35043</u>.

We own the property located at <u>1045 Edgewater Lane, Chelsea, Alabama 35043</u> which has been damaged by Chinese Drywall. To the best of our knowledge the home was constructed by <u>Eddleman Properties, Inc., Park Homes, LLC</u>, the drywall was supplied by Interior/Exterior Building Supply, LLP, and the manufacturer is the Knauf entities. We are not aware of the installers names. We believe the insurer for the builder is <u>Cincinnati and/or AutoOwners</u>.

We are represented by Eric D. Hoaglund at McCallum, Hoaglund, Cook & Irby, LLP, 905 Montgomery Highway, Suite 201, Vestavia Hills, Alabama 35216; Telephone (205) 824-7767 Facsimile (205) 824-7768 Email:ehoaglund@mhcilaw.com.

The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (InEx) Settlement, the Knauf Settlement and the Participating Suppliers, Builders and Installers and participating Insurers Settlement (Global Settlement).

_____  21SEP2012
Homeowner   Arnold Lee Ridley

_____  21 SEP, 2012
Homeowner   Rada Ridley

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER:
gadams@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6226
Fax: (504) 412-6326

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

PLEASE REPLY TO:
**NEW ORLEANS**

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
INTERIOR EXTERIOR SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:     Arnold Levin
        Levin, Fishbein, Sedran & Berman
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Todd R. Ehrenreich
        Weinberg, Wheeler, Hudgins
        Gunn & Dial, LLC
        2601 South Bayshore Dr., Suite 1500
        Miami, FL 33133

        Michael P. Peterson
        Peterson & Espino, P.A.
        10631 S.W. 88th St. Suite 220
        Miami, FL 33186

        Michael A. Sexton
        Weinberg, Wheeler, Hudgins,
        Gunn & Dial, LLC
        3344 Peachtree Road, NE
        Suite 2400
        Atlanta, GA 30326

        Dorothy Wimberly
        Stone, Pigman, Walther,
        Wittman, LLC
        546 Carondelet Street
        New Orleans, LA 70130

        Re:     Payton, Sean and Beth, et al v. Knauf Gips KG, et al
                Defendant: Rightway Drywall/ Ray Adams
                USDC Eastern District No. 10-361, Div. L
                Our File Number: 114.0059

The undersigned hereby opts out of the Interior Exterior Settlement Class in the Chinese Drywall
Action.

September 28, 2012
PSC and Liaison Counsel
Page 2


To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Interior Exterior Settlement Class to the extent of the claim of a class member in both the Class the Interior Exterior Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Interior Exterior Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.


Contractor/Installer: Rightway Drywall/ Ray Adams

Address:

Executed by: _Denia S. Aiyegbusi_
Denia S. Aiyegbusi, Esquire
Attorney for Rightway Drywall/ Ray Adams

# O'BRYON & SCHNABEL

A PROFESSIONAL LAW CORPORATION

1010 COMMON STREET, SUITE 1950

NEW ORLEANS, LOUISIANA 70112

TELEPHONE (504) 799-4200

FACSIMILE (504) 799-4211

email kob@obryonlaw.com

KEVIN CRAMER O'BRYON

January 4, 2012

**By Certified Mail, Return Receipt Requested**

Arnold Levin
Levin, Fishbein, Sedran
  & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Richard Duplantier
Galloway, Johnson, Tompkins,
  Burr & Smith
One Shell Square
701 Poydras Street
40th Floor
New Orleans, LA 70139

      RE:   InteriorExterior Settlement Opt-Out
          Chinese Drywall MDL No.: 2047
          My file: 41646

Gentlemen:

    Enclosed to each of you please find an original Opt-Out Form signed by Terrence M. Ross and Rhonda B. Ross, requesting exclusion from the proposed InEx Settlement Class subject of the settlement agreement regarding claims against Interior-Exterior in MDL No. 2047. Mr. and Mrs. Ross are the named plaintiffs in a lawsuit pending in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, No. 676-185, which appears on the list of related actions which is an exhibit to the settlement agreement.

                    Very truly yours,

                    Kevin O'Bryon

KOB:sml
enclosure
cc:   Via First Class Mail
      Mr. and Mrs. Terrence Ross
      Raymond Pelleteri, Esq.

## **OPT-OUT FORM**

The undersigned hereby requests exclusion from the InEx Settlement Class in the Chinese

Drywall Action, MDL No. 2047 in the U.S. District Court for the Eastern District of Louisiana.

TERRENCE M. ROSS

RHONDA B. ROSS

Anita Sanderford
6 Pecan Ridge
Diamondhead, Mississippi 39525


August 15, 2011


Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut St., Ste 500
Philadelphia, PA 19106

Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras St., 40th Fl
New Orleans, LA 70139

Re:    InEx Settlement Class in the Chinese Drywall Action

Dear Mr. Levin and Mr. Duplantier:

I, Anita Sanderford, (formerly of 8331 Kahala Drive, Diamondhead, Mississippi 39525, currently of 6 Pecan Ridge, Diamondhead, Mississippi 39525) hereby request to be excluded from the InEx Settlement Class in the Chinese Drywall Action. I also request exclusion in all other class actions and wish to be excluded from the MDL litigation.

If you have any questions please refer them to my attorneys, Wayne E. Ferrell, Jr., 405 Tombigbee St., Jackson, Mississippi 39201, and John Hunter, Cumbest Cumbest Hunter & McCormick, P. O. Drawer 1287, Pascagoula, MS 39568-1287.

Sincerely,

Anita Sanderford

Wes Sanderford
6 Pecan Ridge
Diamondhead, Mississippi 39525


August 15, 2011


Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut St., Ste 500
Philadelphia, PA 19106

Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras St., 40th Fl
New Orleans, LA 70139

Re:   InEx Settlement Class in the Chinese Drywall Action

Dear Mr. Levin and Mr. Duplantier:

I, Wes Sanderford, (formerly of 8331 Kahala Drive, Diamondhead, Mississippi 39525, currently of 6 Pecan Ridge, Diamondhead, Mississippi 39525) hereby request to be excluded from the InEx Settlement Class in the Chinese Drywall Action. I also request exclusion in all other class actions and wish to be excluded from the MDL litigation.

If you have any questions please refer them to my attorneys, Wayne E. Ferrell, Jr., 405 Tombigbee St., Jackson, Mississippi 39201, and John Hunter, Cumbest Cumbest Hunter & McCormick, P. O. Drawer 1287, Pascagoula, MS 39568-1287.

Sincerely,

Wes Sanderford

# HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

Re:  *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Telimea Sanders, individually and as mother and next friend of Megan Sanders, Marcus Sanders and McKenzie Murphy, minors, who currently resides at 1417 Azalea Road, Apartment 8G, Mobile, Alabama 36693, hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE: ___8/23/11_____

_____
**TELIMEA SANDERS**

_____
**TELIMEA SANDERS, as mother and next friend of MEGAN SANDERS, MARCUS SANDERS and MCKENZIE MURPHY, minors**

LAW OFFICES

# PLAUCHÉ, SMITH & NIESET, L.L.C.

A LIMITED LIABILITY COMPANY
1123 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK M. WALKER, JR.
MICHAEL J. MCNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER P. IEYOUB
H. DAVID VAUGHAN II
JOSEPH R. POUSSON, JR.
V. ED MCGUIRE, III
ERIC W. ROAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A. LANE PLAUCHÉ (1919-2006)
S.W. PLAUCHÉ (1889-1952)
S.W. PLAUCHÉ, JR. (1915-1966)

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

(337) 436-0522
FAX (337) 436-9637

September 28, 2012

* also admitted in Texas

dvaughan@psnlaw.com

## CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard Duplantier
Calloway, Johnson, Tompkins,
 Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Re:    Chinese Manufactured Drywall Products
       Liability Litigation, MDL No.: 2047
       United States District Court, Eastern District of Louisiana

To Whom It May Concern:

The undersigned opts out of the INEX Settlement only to the extent a homeowner or other claimant for one of the undersigned's INEX-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

Schear Corporation
5490 Lee Street
Lehigh Acres, FL 33971

By: _____
    H. DAVID VAUGHAN II, Its Attorney

HDVII/cs

Settlement Class Counsel
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman
Herman Herman Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

InEx counsel
Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Re:    Ms. Marie B. Seiler
       671 Solomon Dr.
       Covington, LA 70433


Dear Counsel:

The undersigned hereby opts out of the Interior Exteior Settlement Class in the Chinese Drywall Action.

Marie B. Seiler

Edward & Dolores Seymour                    985-863-9145 —
66392 Chriskennedy Rd                    c- 985-445-5608
pearl River La   70452

          the Undersigned hereby Request
Exclusion from the Settlement class
in the Chinese Drywall Action.
                    thank you.

Edward R Seymour Sr.
Dolores Seymour

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

      RE:    Chinese Manufactured Drywall Products Liability Litigation MDL 2047
              Interior/Exterior Building Supply, LP Settlement Request for Opt Out and Exclusion

Dear Messrs. Levin & Duplantier:

     We, Steven Sherrell and Ashlei Sherrell, own a home located at 603 Trail Springs Court, Kingwood, Texas 77339. The home was constructed utilizing drywall manufactured by Knauf Plasterboard Tianjin "KPT" and distributed by Interior/Exterior Building Supply, LP (INEX). We are represented by W. Brian Collins, Esq. of Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, Telephone (205) 324-1834, Facsimile (205) 324-1846, E-Mail: brian@collinshorsley.com.

     Please let this correspondence serve as notice of our decision to opt out of the INEX Class Settlement, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out of the INEX Settlement Class in the Chinese Drywall Action.

     Dated this the 10th day of May , 2012.


_____      _____
Steven Sherrell                      Ashlei Sherrell

July 20, 2011

Steve and Mindy Sitaras
15948 Fishhawk Creek Lane
Lithia, FL 33547

Dear Mr. Arnold Levin and Mr. Richard Duplantier,

We, Steve and Mindy Sitaras, of 15948 Fishhawk Creek Lane, in Lithia Florida 33547 are sending this letter for the following purpose.

The undersigned hereby requests exclusion from the InEx Settlement Class in the Chinese Drywall Action.

Sincerely,

Steve Sitaras                                    Mindy Sitaras

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
      Interior/Exterior Building Supply, LP Settlement Request for Opt Out and Exclusion

Dear Messrs. Levin & Duplantier:

I(We), PATRICK & LEIGH ANN SMITH, own a home located at 4295 Lexie Cir Trussville, AL 35173. The home was constructed utilizing drywall manufactured by Knauf Plasterboard Tianjin "KPT" and distributed by Interior/Exterior Building Supply, LP (INEX). We are represented by W. Brian Collins, Esq. of Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, Telephone (205)324-1834, Facsimile (205)324-1846, E-Mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to Opt Out of the INEX Class Settlement, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out of the INEX Settlement Class in the Chinese Drywall Action.

Date this the 26 day of SEPT, 2012.

PATRICK SMITH
Print Name

_Signature_

LEIGH ANN SMITH
Print Name

_Signature_

LAW OFFICES
# PLAUCHÉ, SMITH & NIESET, L.L.C.
A LIMITED LIABILITY COMPANY
1123 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK M. WALKER, JR.
MICHAEL J. MCNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER P. IEYOUB
H. DAVID VAUGHAN II
JOSEPH R. POUSSON, JR.
V. ED MCGUIRE, III
ERIC W. ROAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A. LANE PLAUCHÉ (1919–2006)
S.W. PLAUCHÉ (1888–1952)
S.W. PLAUCHÉ, JR. (1915–1966)

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

(337) 436-0522
FAX (337) 436-9637

September 28, 2012

## CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION

* also admitted in Texas

dvaughan@psnlaw.com

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard Duplantier
Calloway, Johnson, Tompkins,
   Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Re:    Chinese Manufactured Drywall Products
       Liability Litigation, MDL No.: 2047
       United States District Court, Eastern District of Louisiana

To Whom It May Concern:

The undersigned opts out of the INEX Settlement only to the extent a homeowner or other claimant for one of the undersigned's INEX-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

Southern Bay Homes, Inc.
9990 Coconut Road, Suite 336
Bonita Springs, FL 34135

By: _____
   H. DAVID VAUGHAN II, Its Attorney

HDVII/cs



JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

**State of Louisiana**
DEPARTMENT OF JUSTICE
P.O. BOX 94005
**BATON ROUGE**
70804-9005

September 28, 2012

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

RE:    *In Re: Chinese-Manufactured Drywall Litigation; MDL No. 2047*
*Settlement Agreement Regarding Claims Against Interior Exterior in MDL No. 2047 (Doc. 8628-3),*
*Amended Settlement Agreement Regarding Claims Against Interior Exterior in MDL No. 2047 (Doc. 12258-3),*
*and Preliminary Approval of Class Action Against Interior Exterior (Doc. 8818)*

and

*State of Louisiana ex re: James D. ("Buddy") Caldwell, the Attorney General of Louisiana v. Knauf Gips KG, et al, USDC, Eastern District of La, Case No. 010-340; Sec. L; Mag. 2*

Dear Mr. Levin and Mr. Duplantier:

On behalf of the State of Louisiana and as *parens patriae* for the State's local political subdivisions and all of its citizens, I filed a lawsuit against manufacturers, retailers, distributors, and builders regarding defective Chinese drywall imported into and sold in Louisiana. This lawsuit was removed from state court and then consolidated into Chinese Drywall Multi-District Litigation. The State of Louisiana's Motion to Remand is still pending before Judge Fallon. One of the defendants named in the State's lawsuit was Interior Exterior Building Supply, L.P.

**I hereby request exclusion from the Interior Exterior Building Supply, L.P. ("INEX") Settlement Class in the Chinese Drywall Action, in accordance with paragraph 7.2.1 of the Settlement Agreement (Doc. 8628-3), Amended Settlement Agreement (Doc. 12258-3) and section V(4) of the Preliminary Approval Order (Doc. 8818). In compliance with the Court's Preliminary Approval Order, the full name and address of the party opting out is James D. "Buddy" Caldwell, Attorney General, State of Louisiana, 1885 North Third Street, Baton Rouge, Louisiana 70802.**

This Notice of Exclusion applies to all claims asserted in the State of Louisiana's lawsuit identified above. Nothing herein shall be deemed a waiver of the State's pending Motion to Remand.

Sincerely,

James D. "Buddy" Caldwell
Attorney General

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

      RE:    Chinese Manufactured Drywall Products Liability Litigation MDL 2047
                 Interior/Exterior Building Supply, LP Settlement Request for Opt Out and Exclusion

Dear Messrs. Levin & Duplantier:

        I(We), _Tyson and Beth Summers_, own a home located at _2355 Chalybe Trail, Hoover, AL 35226_. The home was constructed utilizing drywall manufactured by Knauf Plasterboard Tianjin "KPT" and distributed by Interior/Exterior Building Supply, LP (INEX). We are represented by W. Brian Collins, Esq. of Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, Telephone (205)324-1834, Facsimile (205)324-1846, E-Mail: brian@collinshorsley.com.

        Please let this correspondence serve as notice of our decision to Opt Out of the INEX Class Settlement, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out of the INEX Settlement Class in the Chinese Drywall Action.

        Date this the _26_ day of _September_, 2012.

_TYSON SUMMERS_
Print Name

                         Signature

_Beth Summer_
Print Name

                         Signature

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
      Interior/Exterior Building Supply, LP Settlement Request for Opt Out and Exclusion

Dear Messrs. Levin & Duplantier:

I(We), Heath & Holly Sutherland own a home located at 3608
Morgans Run Play Bessemer. The home was constructed utilizing drywall
manufactured by Knauf Plasterboard Tianjin "KPT" and distributed by Interior/Exterior Building
Supply, LP (INEX). We are represented by W. Brian Collins, Esq. of Collins & Horsley, P.C., 2021
Morris Avenue, Suite 200, Birmingham, Alabama 35203, Telephone (205)324-1834, Facsimile
(205)324-1846, E-Mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to Opt Out of the INEX Class
Settlement, currently pending before the Honorable Judge Fallon in the Multi District Litigation
2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out
of the INEX Settlement Class in the Chinese Drywall Action.

Date this the 26 day of September, 2012.

Holly Sutherland
Print Name

Signature

Heath Sutherland
Print Name

Signature

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

PORTEOUS, HAINKEL and JOHNSON, L.L.P.
704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
NEW ORLEANS

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
INTERIOR-EXTERIOR SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:    Arnold Levin
       Levin, Fishbein, Sedran & Berman
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       Weinberg, Wheeler, Hudgins
       Gunn & Dial, LLC
       2601 South Bayshore Dr., Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       Peterson & Espino, P.A.
       10631 S.W. 88th St. Suite 220
       Miami, FL 33186

       Michael A. Sexton
       Weinberg, Wheeler, Hudgins,
       Gunn & Dial, LLC
       3344 Peachtree Road, NE
       Suite 2400
       Atlanta, GA 30326

       Dorothy Wimberly
       Stone, Pigman, Walther,
       Wittman, LLC
       546 Carondelet Street
       New Orleans, LA 70130

Re:    Payton, Sean and Beth, et al v. Knauf Gips KG, et al
       Defendant: Terry Mott Builders
       USDC Eastern District No. 10-361, Div. L
       Our File Number: 323.0017

September 28, 2012
PSC and Liaison Counsel
Page 2

The undersigned hereby opts out of the Interior-Exterior Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Interior-Exterior Settlement Class to the extent of the claim of a class member in both the Interior-Exterior Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Interior-Exterior Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: Terry Mott Builders

Address:

Executed by: _____
Glenn B. Adams, Esquire
Attorney for Terry Mott Builders

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER:
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax:  (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
**NEW ORLEANS**

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
INTERIOR-EXTERIOR SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

      Michael A. Sexton
      Weinberg, Wheeler, Hudgins,
      Gunn & Dial, LLC
      3344 Peachtree Road, NE
      Suite 2400
      Atlanta, GA 30326

      Dorothy Wimberly
      Stone, Pigman, Walther,
      Wittman, LLC
      546 Carondelet Street
      New Orleans, LA 70130

      Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
            Defendant: Thomas F. Gray Construction
            USDC Eastern District No. 10-361, Div. L
            Our File Number: 323.0023

September 28, 2012
PSC and Liaison Counsel
Page 2

The undersigned hereby opts out of the Interior-Exterior Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Interior-Exterior Settlement Class to the extent of the claim of a class member in both the Interior-Exterior Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Interior-Exterior Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: Thomas F. Gray Construction
Address:

Executed by: _____

Glenn B. Adams, Esquire
Attorney for Thomas F. Gray Construction

**REQUEST FOR EXCLUSION ("OPT OUT")**
INEX SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To: Arnold Levin, Esq.                  Richard G. Duplantier, Esq.
    Levin, Fishbein, Sedran & Berman      Galloway, Johnson, Tompkins, Burr & Smith
    510 Walnut Street, Suite 500          701 Poydras Street, 40th Floor
    Philadelphia, PA 19106                New Orleans, LA 70139

       The undersigned hereby conditionally opts out of the Inex Settlement Class in the Chinese Drywall Action.

       To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Inex Settlement Class to the extent of the claim of a class member in both the Inex Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

       In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Inex Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer:  Total Community Action, Inc.

Address: 1420 S. Jefferson Davis Parkway, New Orleans, LA 70125

Executed by: _[signature]_

C. GORDON JOHNSON, JR. *
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
    Telephone: (504) 412-6249
    Fax: (504) 412-6349

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
**NEW ORLEANS**

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
INTERIOR-EXTERIOR SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

To:    Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:    Payton, Sean and Beth, et al v. Knauf Gips KG, et al
Defendant: Total Drywall
USDC Eastern District No. 10-361, Div. L
Our File Number: 323.0018

September 28, 2012
PSC and Liaison Counsel
Page 2

The undersigned hereby opts of the Interior-Exterior Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Interior-Exterior Settlement Class to the extent of the claim of a class member in both the Interior-Exterior Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Interior-Exterior Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: Total Drywall

Address:

Executed by: _____
                Glenn B. Adams, Esquire
                Attorney for Total Drywall

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

     RE:    Chinese Manufactured Drywall Products Liability Litigation MDL 2047
             Interior/Exterior Building Supply, LP Settlement Request for Opt Out and Exclusion

Dear Messrs. Levin & Duplantier:

    I(We), _Kim Ung & Xiao Cai_____, own a home located at _9527_ _Domru LN, Pacry AL 36535_. The home was constructed utilizing drywall manufactured by Knauf Plasterboard Tianjin "KPT" and distributed by Interior/Exterior Building Supply, LP (INEX). We are represented by W. Brian Collins, Esq. of Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, Telephone (205)324-1834, Facsimile (205)324-1846, E-Mail: brian@collinshorsley.com.

    Please let this correspondence serve as notice of our decision to Opt Out of the INEX Class Settlement, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out of the INEX Settlement Class in the Chinese Drywall Action.

    Date this the _26_ day of _Sept._, 2012.

_Kim Ung_____
Print Name

_____
Signature

_Xiao Cai_____
Print Name

_Xiao Joong Cai_
Signature

LAW OFFICES
## PLAUCHÉ, SMITH & NIESET, L.L.C.
A LIMITED LIABILITY COMPANY
1123 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK M. WALKER, JR.
MICHAEL J. MCNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER P. IEYOUB
H. DAVID VAUGHAN II
JOSEPH R. POUSSON, JR.
V. ED MCGUIRE, III
ERIC W. ROAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING*
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A. LANE PLAUCHÉ (1919-2006)
S.W. PLAUCHÉ (1889-1982)
S.W. PLAUCHÉ, JR. (1915-1966)

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

(337) 436-0522
FAX (337) 436-9637

September 28, 2012

* also admitted in Texas
dvaughan@psnlaw.com

### CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard Duplantier
Galloway, Johnson, Tompkins,
    Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Re:    Chinese Manufactured Drywall Products
       Liability Litigation, MDL No.: 2047
       United States District Court, Eastern District of Louisiana

To Whom It May Concern:

The undersigned opts out of the INEX Settlement only to the extent a homeowner or other claimant for one of the undersigned's INEX-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

Van Aller Construction, Inc.
183 Northshore Place
Gulf Shores, AL 36542

By: _____
    H. DAVID VAUGHAN II, Its Attorney

HDVII/cs

PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

C. GORDON JOHNSON, JR.
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
NEW ORLEANS

September 28, 2012

## REQUEST FOR EXCLUSION ("OPT OUT")
## INTERIOR-EXTERIOR SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 South Bayshore Dr., Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      Peterson & Espino, P.A.
      10631 S.W. 88th St. Suite 220
      Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

      Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
            Defendant: Venetian Village, LLC
            USDC Eastern District No. 10-361, Div. L
            Our File Number: 323.0010

September 28, 2012
PSC and Liaison Counsel
Page 2

The undersigned hereby opts out of the Interior-Exterior Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Interior-Exterior Settlement Class to the extent of the claim of a class member in both the Interior-Exterior Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Interior-Exterior Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: Venetian Village, LLC

Address:

Executed by: _____

Glenn B. Adams, Esquire
Attorney for Venetian Village, LLC

LAW OFFICES

# PLAUCHÉ, SMITH & NIESET, L.L.C.

A LIMITED LIABILITY COMPANY
1123 PITHON STREET
LAKE CHARLES, LOUISIANA 70601

ALLEN L. SMITH, JR.
JAMES R. NIESET
FRANK M. WALKER, JR.
MICHAEL J. MCNULTY, III
JEFFREY M. COLE
CHARLES V. MUSSO, JR.
CHRISTOPHER P. IEYOUB
H. DAVID VAUGHAN II
JOSEPH R. POUSSON, JR.
V. ED MCGUIRE, III
ERIC W. ROAN
SAMUEL B. GABB
KENDRICK J. GUIDRY
MATTHEW P. KEATING*
MICHAEL J. WILLIAMSON
WESLEY A. ROMERO

A. LANE PLAUCHÉ (1919-2006)
S.W. PLAUCHÉ (1889-1952)
S.W. PLAUCHÉ, JR. (1915-1966)

P.O. DRAWER 1705
LAKE CHARLES, LOUISIANA 70602

(337) 436-0522
FAX (337) 436-9637

* also admitted in Texas
dvaughan@psnlaw.com

September 28, 2012

## CONDITIONAL REQUEST FOR OPT-OUT OR EXCLUSION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard Duplantier
Calloway, Johnson, Tompkins,
 Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

      Re:   Chinese Manufactured Drywall Products
            Liability Litigation, MDL No.: 2047
            United States District Court, Eastern District of Louisiana

To Whom It May Concern:

      The undersigned opts out of the INEX Settlement only to the extent a homeowner or other claimant for one of the undersigned's INEX-supplied Affected Properties has opted out of the Builder, Installer, Supplier, & Insurer Settlement Agreement.

                  Viking Homes of S.W. Florida, Inc.
                  3305 S.E. 1st Avenue
                  Cape Coral, FL 33904

                  By: _____
                       H. DAVID VAUGHAN II, Its Attorney

HDVII/cs

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
      Interior/Exterior Building Supply, LP Settlement Request for Opt Out and Exclusion

Dear Messrs. Levin & Duplantier:

I(We), _Dorothy  Walla_____, own a home located at _307  Burns Park_
_Drive, Spring, TX  77373_____.  The home was constructed utilizing drywall
manufactured by Knauf Plasterboard Tianjin "KPT" and distributed by Interior/Exterior Building
Supply, LP (INEX).  We are represented by W. Brian Collins, Esq. of Collins & Horsley, P.C., 2021
Morris Avenue, Suite 200, Birmingham, Alabama 35203, Telephone (205)324-1834, Facsimile
(205)324-1846, E-Mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to Opt Out of the INEX Class
Settlement, currently pending before the Honorable Judge Fallon in the Multi District Litigation
2047 located in New Orleans, Louisiana Federal District Court.  The undersigned hereby opts out
of the INEX Settlement Class in the Chinese Drywall Action.

Date this the _24_ day of _September_, 2012.

_Dorothy Walla_____          _Dorthy Walla_____
Print Name                           Signature


_____          _____
Print Name                           Signature

# LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

Re: *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Letitia Washington, individually and as mother and next friend of Torianna Washington, Makayla Washington and Malaisa Washington, minors, who currently resides at 827 Marsha S. Ratchford Street, Prichard, Alabama, 36610, hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE: 8 | 25 | 11

_____
LETITIA WASHINGTON

_____
LETITIA WASHINGTON, as mother and
next friend of TORIANNA WASHINGTON,
MAKAYLA WASHINGTON and MALAISA
WASHINGTON, minors

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
      Interior/Exterior Building Supply, LP Settlement Request for Opt Out and Exclusion

Dear Messrs. Levin & Duplantier:

I(We), Micah and Tracy Webb , own a home located at 2008 Sparrow Circle Friendswood, TX 77546 . The home was constructed utilizing drywall manufactured by Knauf Plasterboard Tianjin "KPT" and distributed by Interior/Exterior Building Supply, LP (INEX). We are represented by W. Brian Collins, Esq. of Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, Telephone (205)324-1834, Facsimile (205)324-1846, E-Mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to Opt Out of the INEX Class Settlement, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out of the INEX Settlement Class in the Chinese Drywall Action.

Date this the 25 day of September, 2012.

MICAH K. Webb
Print Name

Signature

Tracy P. Webb
Print Name

Signature

2105 Governor's Pointe Drive
Suffolk, Virginia  23436
August 24, 2011

**<u>By Regular Mail and Facsimile</u>**.
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA  19106

Richard Duplantier, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA  70139

Re:    *Chinese Manufactured Drywall Products Liability Litigation*
*MDL No. 2047, Section 1, Judge Fallon, Mag. Judge Wilkinson*
Silva, et al v. Interior Exterior Building
Supply, LP, et al.
Case No. 09-08030 (E.D. La.)
Silva, et al v. Arch Insurance Company, et al.
Case No. 09-08034 (E.D. La.)
Payton, et al v. Knauf Gps, KG, et al.
Case No. 09-07628 (E.D. La.)
Wiltz, et al. v. Beijing New Building Materials
Public Limited Co., et al.
Case No. 2:10-cv-00361 (E.D. La.)
Gross, et al. v. Knauf Gips, KG, et al.
Case No. 2:09 cv-00362 (E.D. La.)
Amato, et al. v. Liberty Mutual Ins. Co.
Case No. 2:10-cv-00932 (E.D. La.)
Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd.,
f/k/a Shandong Taihe Dongxin Co., Ltd., et al.
Case No. 2:11-080 (E.D. La.)
Daniel Abreu, et al. v. Gebrueder Knauf
Verwaltungsgesellschaft, KG, et al.
Case No. 2:11-252 (E.D. La.)

Sirs:

    The undersigned hereby request exclusion from the InEx Settlement Class in the
Chinese Drywall Action.

Very truly yours,

Brenda Whittington

Charles Whittington

Cc:     Richard J. Serpe, Esq. (by fax, regular mail and e-mail)
        Rebecca Cohen (by fax, regular mail and e-mail)

P.S. to Richard Serpe and to Rebecca Cohen:  At no time have we ever asked to be
included as claimants in any Chinese Drywall proceeding; therefore, I am puzzled as to
how our names have been included in same.  As we only spoke to you once in 2 years
and agreed to nothing, I do not know how this could have happened unless you
"mistakenly" included our names.  Whether it was a mistake or purposely done, please
correct your error.  We have never spoken to any other law firm, here or Philadelphia or
anywhere so I can only assume that the inclusion was done by your office.  Our silence
to all of your e-mails, telephone calls and mailings should have been interpreted as a no
to our involvement in any proceeding.

8-26-11

Dear Mr. Levin,

The Undersigned hereby
requests exclusion from the
In Ex Settlement Class in the
Chinese Drywall Action.

Kathleen M. Wiegand
Villa's @ Abita Springs
1101 Linda Lou Ln.
Lot # 33
Abita Springs, LA 70420

*HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

<u>**REQUEST FOR EXCLUSION**</u>

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
**Galloway, Johnson, Tompkins, Burr & Smith**
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

*Re:*   *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Duplantier:

The undersigned, Morrisha Williams, individually and as mother and next friends of Hannah Williams and Justin Williams, minors, who currently reside at 5608 Cottage Hill Road, Mobile, Alabama 36609, hereby requests exclusion from the Interior & Exterior Supply, LLP Settlement Class in the referenced Chinese Drywall Action.

DATE: _8-22-11_

_____
**MORRISHA WILLIAMS**

_____
**MORRISHA WILLIAMS, individually and as mother and next friend of HANNAH WILLIAMS and JUSTIN WILLIAMS, minors**

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

      RE:    Chinese Manufactured Drywall Products Liability Litigation MDL 2047
              Interior/Exterior Building Supply, LP Settlement Request for Opt Out and Exclusion

Dear Messrs. Levin & Duplantier:

    I(We), _Patrick and Kim Wylie_, own a home located at _821 Vanessa Drive, Trussville, AL 35173_. The home was constructed utilizing drywall manufactured by Knauf Plasterboard Tianjin "KPT" and distributed by Interior/Exterior Building Supply, LP (INEX). We are represented by W. Brian Collins, Esq. of Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, Telephone (205)324-1834, Facsimile (205)324-1846, E-Mail: brian@collinshorsley.com.

    Please let this correspondence serve as notice of our decision to Opt Out of the INEX Class Settlement, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out of the INEX Settlement Class in the Chinese Drywall Action.

    Date this the _25_ day of _September_, 2012.

_PATRICK J. Wylie_
Print Name

_____
Signature

_Kim M Wylie_
Print Name

_____
Signature