# EXHIBIT C

# LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

Re:   *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Betty Allbritton, who currently resides at 701 Hinson Avenue, Prichard, Alabama 36610, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE:   4-3-12

**BETTY ALLBRITTON**

*LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

Re:   *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Felecia Allbritton, who currently resides at 701 Hinson Avenue, Prichard, Alabama 36610, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: 4/3/2012

**FELECIA ALLBRITTON**

*LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

*Re:*     *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Javier Rowe, who currently resides at 701 Hinson Avenue, Prichard, Alabama 36610, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: _April 3, 2012_

_Javier M. Rowe_
**JAVIER ROWE**

*LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

Re:    *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Edward Stevenson, who currently resides at 701 Hinson Avenue, Prichard, Alabama 36610, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: 4/3/2012

*Edward Stevenson*
**EDWARD STEVENSON**

# REQUEST FOR EXCLUSION ("OPT OUT")
## KNAUF SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _Rick_ _Nevia_ _Ammons_
      First          Middle         Last

Name: _Dana_ _Marie_ _Ammons_
      First          Middle         Last

Address: _2951 Maple Grove Lane W_
        Street Address
_Powhatan, Va 23139_
        City, State, Zip

Executed by _Rick Ammons_     _9/19/12_
        Signature                  Date

Executed by _Dana Ammons_     _9/19/12_
        Signature                  Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

Sep 05 2012 3:22PM   HP LASERJET FAX                                    P.2

# REQUEST FOR EXCLUSION ("OPT OUT")
## KNAUF SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _Mirtha   N.   ARIAS_
     First        Middle        Last

Name: _____
     First        Middle        Last

Address: _1536 Amsterdam Ave_
       Street Address

_New York Ny 10031_
City, State, Zip

Executed by _Mirtha Arias_    _9/1/12_
        Signature            Date

Executed by _____
        Signature            Date

To:  Arnold Levin
    LEVIN, FISHBEIN, SEDRAN & BERMAN
    510 Walnut Street, Suite 500
    Philadelphia, PA 19106

    Todd R. Ehrenreich
    WEINBERG WHEELER HUDGINS GUNN & DIAL
    2601 South Bayshore Drive, Suite 1500
    Miami, FL 33133

    Michael P. Peterson
    PETERSON & ESPINO, P.A.
    10631 S.W. 88th Street, Suite 220
    Miami, FL 33186

## SETTLEMENT OF KNAUF CLASS ACTION
## OPT OUT NOTICE

**THE UNDERSIGNED HEREBY OPT OUT OF THE KNAUF SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION**

Issa Asad _____ (Signature)

ZSSA ASAd
Name
(Please print your name)

Noha Asad _____ (Signature)

NohA ASAd
Name
(Please print your name)

Address: 12767 Equestrian Trail          Davie      Florida      33330-1271
      Street       City  State   Zip Code

2231324

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller, Esquire
Frilot, LLC
110 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

   RE: Chinese Manufactured Drywall Products Liability Litigation MDL 2047
      Knauf Settlement Request for Opt-Out and Exclusion

Dear Messrs. Levin, Herman & Miller:

   I(We), *James and Suzanne Ballard*, purchased a home located at *101 Linden Lane, Birmingham AL 35242*. The home was constructed with drywall manufactured by Knauf Plasterboard Tianjin"KPT." We are represented by W. Brian Collins at Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, telephone: (205) 324-1834, facsimile: (205) 324-1846, e-mail: brian@collinshorsley.com.

   Please let this correspondence serve as notice of our decision to opt out of the KPT Class Settlement that was announced on Dec. 9, 2011, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out and requests exclusion from the Knauf Settlement Class in the Chinese Manufactured Drywall Products Liability Litigation MDL 2047.

Dated this the *26* day of *SEPT*, 2012.

*JAMES M BALLARD*
Print Name

*SUZANNE BALLARD*
Print Name

*James M Ballard*
Signature

*Suzanne Ballard*
Signature

# HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

    **Re:**    *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Ja'Mai Banks, individually and as mother and next friend of Davion Barnes, a minor, who currently reside at 2500 Dauphinwood Drive, Apartment 144, Mobile, Alabama 36606, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

**DATE:** 4·2-12

**JA'MYIA BANKS**

**JA'MYIA BANKS, as mother and next friend of DAVION BARNES, a minor**

*HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

> **Re:** *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Jazemine Banks, who currently resides at 2500 Dauphinwood Drive, Apartment 144, Mobile, Alabama 36606, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

**DATE:** 4-2-11

*Jazemine d. Banks*
**JAZEMINE BANKS**

*HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

> Re:    *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Shannon Banks, who currently resides at 1621 Springhill Avenue, Apartment 408, Mobile, Alabama 36604 hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: March 27, 2012

**SHANNON BANKS**

# HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

> *Re:*   *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Valerie Banks, individually and as mother and next friend of Shannon Banks, minors, who currently reside at 2500 Dauphinwood Drive, Apartment 144, Mobile, Alabama 36606, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: 4-2-12

_____
**VALERIE BANKS**

_____
**VALERIE BANKS, as mother and next friend of SHANNON BANKS, minors**

REQUEST FOR EXCLUSION ("OPT OUT")
**KNAUF SETTLEMENT CLASS**
CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _Rodney_____ _Barreto_____
        First            Middle          Last

Name: _Eliseo_____ _R._ _Riera-Gomez_____
        First            Middle          Last

Current
Address: _235 Catalonia Avenue_____
        Street Address

        _Coral Gables, Fl 33134_____
        City, State, Zip

Executed by: _____ _____
        Signature                   Date

Executed by: _____ _9-25-12___
        Signature                   Date

To:   **Arnold Levin, Esq.**
       LEVIN, FISHBEIN, ET., AL.
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       **Russ Herman, Esq.**
       HERMAN, HERMAN, KATZ, ET., AL.
       820 O'Keefe Avenue
       New Orleans, LA 70113

       **Kerry Miller, Esq.**
       FRILOT, LLC
       1100 Poydras Street, Suite 3700
       New Orleans, LA 70163

**Nina Belyshev and Vladimir Belyshev**
**133 Lennys Way**
**West Springfield, MA 01089**

August 29, 2012

Levin, Fishbein, Sedran & Berman
L&W Class Counsel, Mr. Arnold Levin
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Herman, Herman, Katz & Cotlar, LLP
Mr. Russ M. Herman
820 O'Keefe Avenue
New Orleans, LA 70113

Haynsworth Sinkler Boyd, P.A.
Mr. W. David Conner
P.O. Box 2048
Greenville, SC 29602

Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

**In Re: Chinese Manufactured Drywall Products Liability**
**Litigation — U.S.D.C. Eastern District of Louisiana**
**Case No.: MDL NO. 2047**
**OPT-OUT**

Dear Sirs:

We are Nina Belyshev and Vladimir Belyshev. Our current

residence is 133 Lennys Way, West Springfield, MA 01089. We are

opting out of the settlement reached in the above referenced

action. This concerns our home located at 107 Beryl Drive,

Rotonda, Florida, which was damaged by Chinese Drywall.

The undersigned hereby opts out of the L&W Class in the Chinese
Drywall Action and acknowledges that by opting out, the
undersigned may not receive any benefits under the L&W
Settlement or the Knauf Class Settlement.

Sincerely,

_____
Nina Belyshev

_____
Vladimir Belyshev

## REQUEST FOR EXCLUSION ("OPT OUT")
### KNAUF SETTLEMENT CLASS RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _Rebello E Burton_
First         Middle         Last

Name: _Joan E. Bertoni_
First         Middle         Last

Address: _4424 Spruce St_
Street Address

_Whitehall Pa 18052_
City, State, Zip

Executed by _Rebello E Burton_ _____ _9/10/12_
Signature                         Date

Executed by _Joan E Bertoni_ _____ _9/10/12_
Signature                         Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, La. 70113

Richard Duplantier
Galloway, Johnson, Thompson, Burr & Smith
1 Shell Square
701 Poydras Street, 40th Floor
New Orleans, La. 70139

Kerry J. Miller
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, La. 70163

Gentlemen:

We, Joseph and Brenda Booker, currently reside at 1041 Edgewater Lane, Chelsea, Alabama 35043.

We own the property located at 1041 Edgewater Lane, Chelsea, Alabama 35043 which has been damaged by Chinese Drywall. To the best of our knowledge the home was constructed by Eddleman Properties, Park Homs, LLC, the drywall was supplied by Interior/Exterior Building Supply, LLP, and the manufacturer is the Knauf entities. We are not aware of the installers names. We believe the insurer for the builder is Cincinnati and/or AutoOwners.

We are represented by Eric D. Hoaglund at McCallum, Hoaglund, Cook & Irby, LLP, 905 Montgomery Highway, Suite 201, Vestavia Hills, Alabama 35216; Telephone (205) 824-7767 Facsimile (205) 824-7768 Email:ehoaglund@mhcilaw.com.

The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (InEx) Settlement, the Knauf Settlement and the Participating Suppliers, Builders and Installers and participating Insurers Settlement (Global Settlement).

Homeowner   Joseph Booker

Homeowner   Brenda Booker

**Knauf Settlement Opt Out Notice**

Name: _Dorene C. Brown_
Address: _200 East Palmetto Park Rd # 811_
_Boca Raton, FL 33432_

Date: _Sept. 28 2012_

VIA FIRST CLASS U.S. MAIL

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller, Esq.
FRILOT, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Re:   In Re: Chinese-Manufactured Drywall Products Liability Litigation
U.S. District Court, Eastern District of Louisiana, MDL 2047
Opt Out Notice of Knauf Settlement Class

Dear Sirs:

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Current address is:
_200 East Palmetto Park Rd # 811_
_Boca Raton, FL 33432_

Subject Property address:
_17946 Lake Azure Way_
_Boca Raton, FL 33496_



_Dorene C. Brown_
Signed

_Dorene C. Brown_
Print Name

_____
Signed

_____
Print Name

_September 28 2012_
Dated:

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller, Esquire
Frilot, LLC
110 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
      Knauf Settlement Request for Opt-Out and Exclusion

Dear Messrs. Levin, Herman & Miller:

I(We), Scott and Mary Campbell, purchased a home located at 171 Silo Hill Rd. Madison, AL 35758. The home was constructed with drywall manufactured by Knauf Plasterboard Tianjin"KPT." We are represented by W. Brian Collins at Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, telephone: (205) 324-1834, facsimile: (205) 324-1846, e-mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to opt out of the KPT Class Settlement that was announced on Dec. 9, 2011, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out and requests exclusion from the Knauf Settlement Class in the Chinese Manufactured Drywall Products Liability Litigation MDL 2047.

Dated this the 25th day of September, 2012.

Scott A Campbell
Print Name

_____
Signature

MARY M. Campbell
Print Name

_____
Signature



**Colson**
**Hicks**
**Eidson**

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

**_Via First Class Mail_**

March 9, 2012

Arnold Levin, Esq.
Levin Fishbein Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Kerry Miller
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Russ Herman, Esq.
Herman Herman Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Steven Glickstein, Esq.
Gregory J. Wallance, Esq.
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

**_Re: Chinese Drywall Litigation- Opt Out of Knauf Settlement_**

Dear Counsel:

At the instruction of our clients, enclosed please find an Opt Out of the Knauf Settlement on behalf of Francisco and Maria Del Pilar Camposano. Unfortunately, despite our best efforts in recommending the Settlement, these clients have made the decision to opt out. We have discussed the Camposano case in detail with Steven Glickstein and Greg Wallance, and we thank them for their efforts in this matter. We have also advised Judge Fallon of the situation with this case. We will continue in our efforts to advance the Settlement in this case, and in all cases. The Camposanos remain open to continued discussion and to the potential resolution of their claims. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

ERVIN A. GONZALEZ

Enclosures: As stated

| THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
| 255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM
| 2101 L STREET, N.W. | 10TH FLOOR | WASHINGTON, DC | 20037
| T: 202.386.6706 | F: 202.386.6706

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND | ) ) ) | JUDGE FALLON |
| *Payton, et. al. v. Knauf Gips KG, et. al.*<br>Case No. 2:09-cv-07628 (E.D.La.) | ) ) ) | MAG. JUDGE WILKINSON |
| *Gross, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-06690 (E.D.La.) | ) ) ) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:10-cv-00362 (E.D.La.) | ) ) ) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 2:11-cv-00252 (E.D.La.) | ) ) ) | |
| *Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 11-cv-1363 (E.D.La.) | ) ) ) | |
| *Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 11-cv-2349 (E.D.La.) | ) ) ) | |
| *Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 11-cv-3023 (E.D.La.) | ) ) ) | |
| *Vickers, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 09-4117 | ) ) ) | |

## OPT OUT OF KNAUF SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION

The undersigned, Francisco Camposano and Maria Del Pilar Camposano, having a property address of 5721 SW 84th Street, Miami, FL 33143, hereby opt out of the Knauf Settlement Class in the Chinese Drywall Action. The Camposanos' claims are included in the *Payton* matter and are also filed in the 11th Circuit in and for Miami-Dade County, Florida.

1

Colson Hicks Eidson Colson Matthews Martínez Gonzalez Kalbac & Kane
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134 Telephone: (305) 476-7400 Fax: (305) 476-7444

Dated: February 29, 2012

_____
**Class Member's Signature**

*Francisco Campasano Jr.*
**Printed Name**

_____
**Class Member's Signature**

*Maria del Pive Paz Camposano*
**Printed Name**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opt Out of Knauf Settlement Class in the Chinese Drywall Action has been served on Settlement Class Counsel, Arnold Levin, Esq., Levin Fishbein Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106; Russ Herman, Esq., Herman Herman Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; and to the Knauf Defendants' Counsel, Kerry Miller, Frilo LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 by First Class Mail, on this 28th day of February, 2012.

MARCH

ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller, Esquire
Frilot, LLC
110 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
      Knauf Settlement Request for Opt-Out and Exclusion

Dear Messrs. Levin, Herman & Miller:

I(We), *Charles + Yvonne Carlin* purchased a home located at
*2595 ARBOR GLENN Hoover A 35244* The home was constructed with drywall
manufactured by Knauf Plasterboard Tianjin "KPT." We are represented by W. Brian Collins at
Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203,
telephone: (205) 324-1834, facsimile: (205) 324-1846, e-mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to opt out of the KPT Class
Settlement that was announced on Dec. 9, 2011, currently pending before the Honorable Judge
Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District
Court. The undersigned hereby opts out and requests exclusion from the Knauf Settlement Class
in the Chinese Manufactured Drywall Products Liability Litigation MDL 2047.

Dated this the *23rd* day of *SEPT.*, 2012.

*CHARLES E. CARLIN*                          *Charles E. Carlin*
Print Name                                   Signature

*YVONNE V CARLIN*                            *Yvonne V Carlin*
Print Name                                   Signature

*HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

### REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

*Re:*   *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Von Conway, who currently resides at 607 Charleston Street, Mobile, Alabama 3660, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

**DATE:** April 4/2012

_____
VON CONWAY

*HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

### REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

   *Re:*   *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

   The undersigned, Samone Radcliff who currently resides at 607 Charleston Street, Mobile, Alabama 3660, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: *March 29, 2012*

*Samone Radcliff*
**SAMONE RADCLIFF**

IN RE:                                              )   MDL NO. 2047
                                                    )
CHINESE MANUFACTURED DRYWALL                        )   SECTION L
PRODUCTS LIABILITY LITIGATION                       )
                                                    )   JUDGE FALLON
                                                    )   MAG. JUDGE WILKINSON
                                                    )
_____                 )

## NOTICE OF OPT-OUT OF SETTLEMENT AGREEMENTS REGARDING CLAIMS IN MDL NO. 2047 BY CLASS MEMBER CRS BUILDING CORPORATION

Class Member, CRS Building Corporation, hereby gives notice of the following:

1.    The full name and current address of CRS Building Corporation is:

        CRS Building Corporation
        100 Second Avenue South, Suite 301-S
        St. Petersburg, Florida 33701

2.    The address of the property damaged by Chinese Drywall is as follows:

        Harrison Ranch Community
        5755 Harrison Ranch Blvd.
        Bradenton, Florida 34219

3.    The identities of every purchaser, supplier, marketer, installer, builder, developer and its/their insurers, and any Participating Defendant and Participating Insurer against which the undersigned intend to pursue their claims:

        American Building Materials, Inc.
        American Gypsum
        Auto-Owners Insurance Company
        Bedrock Gypsum
        FCCI Insurance Group, Inc.
        Mid-Continent Casualty Company
        National Gypsum
        Southern-Owners Insurance Company
        Swedberg Enterprises, Inc. d/b/a Florida Drywall
        Remaining Insurers for entities listed above.

4.    The undersigned hereby opts out from the (1) Builder, Installer, Supplier and Participating Insurer Settlement Class, (2) the Banner Settlement Class, (3) the InEx Settlement (4) the Knauf Settlement (5) the L&W Settlement, and (6) the Global Settlement in the Chinese Drywall Action in MDL No. 2047.

5. The undersigned individuals wish to pursue their individual claims against all potentially responsible Participating Defendants and Participating Insurers by litigation and/or arbitration, and hereby reserve their right to do so.

6. The undersigned individual Class Members are represented by the following counsel:

> RYAN C. GRIFFIN
> JOHNSON, POPE, BOKOR, RUPPEL AND BURNS
> 403 E. Madison Street, Suite 400
> Tampa, FL 33602

7. This written notice signed by the opting-out Class Members is being set by First Class Mail, postmarked on Sept. 28, 2012, to Settlement Class Counsel, Arnold Levin (Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106) and Russ M. Herman (Herman, Herman & Katz LLP, 820 O'Keefe Avenue, New Orleans, LA 70113) and to the Knauf Defendants' Counsel, Kerry Miller (Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA 70163); Counsel for USG and L&W, W. David Conner (Haynsworth Sinkler Boyd, P.A., P.O. Box 2048, Greenville, SC 29602); Co-Class Counsel Dorothy Wimberly (Stone Pigman Walther Wittmann LLC, 546 Carondelet Street, New Orleans, LA 70130) ; Counsel for all banner entities except Banner PSL Michael A. Sexton (Weinberg Wheeler Hudgins Gunn & Dial LLC, 3344 Peachtree Road, NE, Suite 2400, Atlanta, GA 30326); counsel for all Banner entities Michael Peters (Peterson & Espino, P.A., 10631 S.W. 88th Street, Suite 220, Miami, FL 3318); InEx Counsel, Richard Duplantier (Galloway, Johnson, Tompkins, Burr & Smith) One Shell Square, 701 Poydras Street, 40th Floor, New Orleans, LA 70139)

Craig Sus, President
CRS Building Corporation.

2

STATE OF Florida )

COUNTY OF Pinelas ) :

The foregoing instrument was sworn to and subscribed before me on Sept. 27, 2012, by Craig R. Sas , ☐ who are personally known to me, or ☐ who produced _____ as identification.


_Anne Kivlen_
Notary Public

Print Name: Anne Kivlen
My Commission Expires: 10/13/2013



## REQUEST FOR EXCLUSION ("OPT OUT")
### KNAUF SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name:     RICARDO             DABALSA

         First            Middle          Last

Name:     ALIUSKA            DABALSA

         First            Middle          Last

Property Address:     351 NW 125 AVE

                     Street Address

                     MIAMI, FL    33182

                     City, State, Zip

Executed by _Rc___ DC___      _4/21/12_

            Signature                   Date

Executed by _Aliuska Dabalsa_      _4/21/12_

            Signature                   Date

To:     Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Russ Herman, Esq.
        HERMAN, HERMAN, KATZ & COTLAR LLP
        820 O'Keefe Avenue
        New Orleans, LA 70113

        Kerry Miller, Esq.
        FRILOT LLC
        1100 Paydras Street, Suite 3700

# RYAN & DAWSON

### ATTORNEYS

HOUSTON • WEIMAR

Writer's Direct Contacts
Voice: (713) 960-1555
Email: cdawson@rdlaw.com

March 9, 2012

Arnold Levin
LEVIN, FISHBEIN, SEDRAN &
BERMAN
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
*Class Counsel*

Kerry Miller
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
*Counsel for Knauf Defendants*

Russ M. Herman
HERMAN, HERMAN, KATZ &
COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
*Class Counsel*

Re:  **NOTICE OF OPT-OUT**

Re:  No. 11-CV-0741; *James DeBruin II and Candice DeBruin v K. Hovnanian of Houston II, LLC;* in the 212th Judicial District Court; Galveston County, Texas

Dear Counsel:

Please allow this letter to serve as my clients' notice of their election to opt out of the Chinese Drywall MDL Settlement.

On or about August 30, 2006, James DeBruin II, and Candice DeBruin, purchased a residence at 501 Falcon Lake Drive, Friendswood, Texas 77546. The home has been confirmed to have Knauf Tianjin drywall, as noted in physical observation, and lab testing. Specifically, this drywall was confirmed using the CPSC and DHUD standards for identification. The DeBruins moved into another home located at 18519 Point Lookout, Nassau Bay, Texas 77058, and are currently pursuing a lawsuit against K. Hovnanian of Houston II, LLC, the builder of the home located at 501 Falcon Lake Drive. James DeBruin II, and Candice DeBruin hereby opt out of the Knauf Settlement Class in the Chinese Drywall Action.

NOTICE OF OPT-OUT
March 9, 2012
Page 2
---------------------------

The full name and current address of the persons electing to opt out are as follows:

James Debruin II and Candice DeBruin
18519 Point Lookout
Nassau Bay, Texas 77058.

The DeBruins confirm their opt out as evidenced by their signatures below.

Kindest regards,

Carl Dawson

Z:\DeBruin James\DeBruin v Hovnanian\Correspondence\MDL Counsel Opt-out.docx

---

The undersigned hereby opts out of the Knauf Settlement Class in the Chinese Drywall Action.

_See attached_

_____          _____
James DeBruin II                              Candice DeBruin

NOTICE OF OPT-OUT
March 1, 2012
Page 2
----------------------

The full name and current address of the persons electing to opt out are as follows:

James Debruin II and Candice DeBruin
18519 Point Lookout
Nassau Bay, Texas 77058.

The DeBruins confirm their opt out as evidenced by their signatures below.

Kindest regards,


Carl Dawson

Z:\DeBruin James\DeBruin v Hovnanian\Correspondence\MDL Counsel Opt-out.docx



The undersigned hereby opts out of the Knauf Settlement Class in the Chinese Drywall Action.

_____          _____
James DeBruin II                                    Candice DeBruin

REQUEST FOR EXCLUSION ("OPT OUT")
**KNAUF SETTLEMENT CLASS**
CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _Joel_ _Echevarria_
First        Middle        Last

Name: _Moraima_ _Maria_ _Echevarria_
First        Middle        Last

Current
Address: _18611    SW  122  ST_
Street Address

_Miami , FL. 33196_
City, State, Zip

Executed by: X _Joel Echevarria_     _09-28-2012_
Signature                              Date

Executed by: _Moraima E_     _09-28-2012_
Signature                              Date

To:   **Arnold Levin, Esq.**
      LEVIN, FISHBEIN, ET., AL.
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      **Kerry Miller, Esq.**
      FRILOT, LLC
      1100 Poydras Street, Suite 3700
      New Orleans, LA 70163

      **Russ Herman, Esq.**
      HERMAN, HERMAN, KATZ, ET., AL.
      820 O'Keefe Avenue
      New Orleans, LA 70113

REQUEST FOR EXCLUSION ("OPT OUT")
**KNAUF SETTLEMENT CLASS**
CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _____Monica_____Echeveri._____
          First          Middle          Last

Name: _____
          First          Middle          Last

Current
Address:   1481  sw  145th  place
          Street Address

          Miami  Fla.  33184.
          City, State, Zip

Executed by: _Monica Echeveri___  9/28/12_
          Signature                    Date

Executed by: _____
          Signature                    Date

To:   **Arnold Levin, Esq.**            **Russ Herman, Esq.**
      LEVIN, FISHBEIN, ET., AL.         HERMAN, HERMAN, KATZ, ET., AL.
      510 Walnut Street, Suite 500      820 O'Keefe Avenue
      Philadelphia, PA 19106            New Orleans, LA 70113

      **Kerry Miller, Esq.**
      FRILOT, LLC
      1100 Poydras Street, Suite 3700
      New Orleans, LA 70163

**Knauf Settlement Opt Out Notice**

Name: _MICHAEL EIDELMAN AND FRANCINE EIDELMAN_

Address: _16 OLD JOCKEY RUN_
_UNIT 10_
_HASTINGS on Hudson, NY 11701_

Date: _9/25/2012_

VIA FIRST CLASS U.S. MAIL

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Kerry Miller, Esq.
FRILOT, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

      Re:   In Re: Chinese-Manufactured Drywall Products Liability Litigation
             U.S. District Court, Eastern District of Louisiana, MDL 2047
             Opt Out Notice of Knauf Settlement Class

Dear Sirs:

      The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

      Current address is: _16 OLD JOCKEY RUN UNIT 10_
_HASTINGS on Hudson NY 10706_

      Subject Property address: _9401 V CARBONVILL Court_
_FORT ST LUCIE, Fla 34986_

Signed

Michael R Edelman
Print Name

Francine A Edelman
Signed

Francine A Edelman
Print Name

9/26/2012
Dated:

By First Class Mail
Arnold Levin
Settlement Class Counsel
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman
Settlement Class Counsel
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller
Knauf Defendants Counsel
Frilot L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163

Re: *In re Chinese-Manufactured Drywall Products Liability Litigation,*
    MDL. No. 2047

Dear Sirs:

The undersigned hereby reaffirm opt out of the Knauf Settlement Class in the Chinese Drywall Action.

William Elliott
Mary Ann Fryc
2926 N.E. 2nd Drive
Homestead, Florida 33033

Sincerely,

9/5/12
Date

9-5-12
Date

William Elliott

Mary Ann Fryc

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia PA 19106

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Richard Duplantier, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th. Floor
New Orleans, LA 70139

Kerry J. Miller, Esq.
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Gentlemen:

We, <u>Kristin Ellis and Ray Ellis,</u> currently reside at, <u>1045 Riviera Drive, Calera, Alabama 35040</u>.

We own the property located at <u>1045 Riviera Drive, Calera, Alabama 35040</u> which has been damaged by Chinese Drywall.  To the best of our knowledge, the drywall was supplied by Interior Exterior Building Supply, LLP, and the manufacturer is the Knauf entities.  We are not aware of the installers names.

We are represented by K. Edward Sexton, II at Gentle, Turner, Sexton, Debrosse & Harbison, 501 Riverchase Parkway East, Suite 100, Hoover, Alabama 35244; telephone number (205) 716-3000, facsimile number (205) 716-3010, email: esexton@gtandslaw.com or aecker@gtandslaw.com .

**The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (INEX) Settlement, the Knauf Settlement and the Participating Suppliers, Builders and installers and participating Insurers Settlement (Global Settlement).**

Homeowner - Kristin Ellis

Homeowner - Ray Ellis

## REQUEST FOR EXCLUSION ("OPT OUT")
### KNAUF SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _RODRIGO_ _XAVIER_ _ENCALADA_
First      Middle      Last

Name: _MIRIAM_ _VICTORIA_ _ENCALADA_
First      Middle      Last

Address: _355 NE 30TH AVENUE_
Street Address

_HOMESTEAD, FL 33033_
City, State, Zip

Executed by _[signature]_      Date _9/28/2012_
Signature

Executed by _[signature]_      Date _9/25/2012_
Signature

To:    Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
WEINBERG WHEELER HUDGINS GUNN & DIAL
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186



## MARK A. GREENBERG, P.A.
### ATTORNEY-AT-LAW

September 18, 2012

<u>Via Certified Mail RRR</u>
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Russ M. Herman, Esq.
Herman, Herman, Katz & Coltar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller, Esq.
Filot, L.L.C.,
1100 Poydras Street
Suite 3700
New Orleans, LA 70163

**RE:   MDL 2047**
**CHINESE DRYWALL LITIGATION**

Dear Counsel,

The undersigned represents Steven and Cathy Etter, claimants in MDL 2047.  Enclosed please find Plaintiffs' Notice of Opting Out from the Global Settlement, the Banner Settlement, and the Knauf Settlement.

Should there be any deficiencies in the Notice of Opting Out, please contact me immediately.

Respectfully,

_____
MARK A. GREENBERG, ESQ.

Encl.
cc:    Valerie Greenberg, Esq.

September 12, 2012

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Russ M. Herman, Esq.
Herman, Herman, Katz & Coltar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller, Esq.
Filot, L.L.C.,
1100 Poydras Street
Suite 3700
New Orleans, LA 70163

RE:   **MDL 2047**
      **CHINESE DRYWALL LITIGATION**

### PLAINTIFFS' NOTICE OF OPTING OUT

Plaintiffs:                          Steven Etter and Cathy Etter
Address/Affected Property:           18894 SE Jupiter Inlet Way
                                     Tequesta, Florida 33469

Builder/Developer:                   J. Helm Construction, Inc.
                                     Kim Helm, Registered Agent
                                     8297 SE Country Estates Way
                                     Jupiter, Florida 33458

Builder's Insurer:                   State Farm
                                     c/o Valerie Greenberg, Esq.
                                     Akerman Senterfitt
                                     One Southeast Third Avenue
                                     Suite 2500
                                     Miami, Florida 33131

Supplier:                            Banner Supply Co.
                                     GY Corporate Services, Inc., Registered Agent
                                     Two South Biscayne Blvd.
                                     Suite 3400
                                     Miami, Florida 33131

| | |
|---|---|
| Supplier's Insurers: | Chartis, Inc.<br>175 Water Street<br>17th Floor<br>New York City, New York 10038 |
| | FCCI Insurance Company<br>6300 University Parkway<br>Sarasota, Florida 34240 |
| | Hanover Insurance Company<br>440 Lincoln Street<br>Worcester, Massachusetts 01653 |
| | Maryland Casualty Company<br>600 Red Brook Boulevard<br>Owings Mills, Maryland 21117 |
| Installer: | T.T.T. Enterprises, Inc.<br>Norman L. Malcom, Registered Agent<br>9149 SE Mystic Cove Terrace<br>Hobe Sound, Florida 33455 |
| Insurer: | Unknown |
| Installer: | Building Metal, Inc.<br>Raul Pinzon, Registered Agent<br>4904 NW 49th Avenue<br>Coconut Creek, Florida 33073 |
| Insurer: | Unknown |
| Installer: | All Pro Construction Framing Subcontracting, Inc.<br>Richard Alaimo, Registered Agent<br>1316 East 10th Street<br>Jacksonville, Florida 32206 |
| Insurer: | Unknown |

**Please be advised that the undersigned hereby opts out from the Global Settlement, the Banner Settlement, and the Knauf Settlement**

_Steven M. Etter_
Steven M. Etter
Date: SEPT. 12, 2012

_Cathy L. Etter_
Cathy L. Etter
Date: SEPT. 12, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                          :        MDL NO. 2047
                                                :
CHINESE MANUFACTURED DRYWALL                    :        SECTION: L
PRODUCTS LIABILITY LITIGATION                   :
                                                :        JUDGE FALLON
                                                :        MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

## NOTICE OF OPT-OUT OF SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST THE KNAUF DEFENDANTS IN MDL NO. 2047 BY INDIVIDUAL CLASS MEMBERS, RAYMOND P. FARLEY AND AMELIA J. FARLEY

Individual Class Members, RAYMOND P. FARLEY and AMELIA J. FARLEY, hereby

give notice of the following:

     1.     The full name and current address of these Individual Class Members are as

follows:

          RAYMOND P. FARLEY and AMELIA J. FARLEY
          1012 83rd Street, NW
          Bradenton, FL  34209

     2.     The undersigned hereby opt out of the Knauf Settlement Class in the Chinese

Drywall Action as established in the Settlement Agreement Regarding Claims Against the Knauf

Defendants in MDL No. 2047.

     3.     The undersigned individuals wish to pursue their individual claims against the

Knauf Defendants by litigation and/or arbitration.

     4.     The undersigned individual Class Members are represented by the following

counsel:

          DAVID S. MAGLICH, ESQUIRE
          FERGESON SKIPPER, SHAW, KEYSER, BARON & TIRABASSI, P.A.
          1515 Ringling Boulevard – 10th Floor
          Sarasota, FL  34236

5.      This written notice signed by the individual Class Members is being sent by First

Class Mail, postmarked on _M a r c h  30_____ , 2012, to Settlement Class Counsel, Arnold

Levin, Levin Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106

and Russ M. Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New

Orleans, LA 70113, and to the Kanuf Defendants' Counsel, Kerry Miller, Frilot, L.L.C., 1100

Poydras Street, Suite 3700, New Orleans, LA 70163.


_____          _____
RAYMOND P. FARLEY                        AMELIA J. FARLEY


STATE OF FLORIDA         )
                         :
COUNTY OF SARASOTA )

    The   foregoing   instrument   was   sworn   to   and   subscribed   before   me   on

_March 30_____ , 2012, by RAYMOND P. FARLEY and AMELIA J. FARLEY, ☒who are

personally known to me or ☐ who produced _____

as identification.


DAVID S. MAGLICH
Commission # EE 015139
Expires August 15, 2014
Bonded Thru Troy Fain Insurance 800-385-7019

_____
Notary Public
Print Name: _____
My Commission Expires:

2

## REQUEST FOR EXCLUSION ("OPT OUT")
### KNAUF SETTLEMENT CLASS RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _Nino_  _A_  _Federico_
     First          Middle        Last

Name: _Doreen_  _M._  _FEDERICO_
     First          Middle        Last

Address: _2421 NE 65th ST. #602_
        Street Address

        _Ft. Lauderdale, FL 33308_
        City, State, Zip

Executed by _[signature]_     _9-26-12_
        Signature           Date

Executed by _[signature]_     _9-26-12_
        Signature           Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller, Esquire
Frilot, LLC
110 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
      Knauf Settlement Request for Opt-Out and Exclusion

Dear Messrs. Levin, Herman & Miller:

I(We), _William and Mary Forbes_, purchased a home located at _100 Linden Ln., Birmingham, AL 35242_. The home was constructed with drywall manufactured by Knauf Plasterboard Tianjin"KPT." We are represented by W. Brian Collins at Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, telephone: (205) 324-1834, facsimile: (205) 324-1846, e-mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to opt out of the KPT Class Settlement that was announced on Dec. 9, 2011, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out and requests exclusion from the Knauf Settlement Class in the Chinese Manufactured Drywall Products Liability Litigation MDL 2047.

Dated this the _25_ day of _Sept_, 2012.

_William Forbes_
Print Name

_William K Forbes_ (signature)
Signature

_Mary Lois Forbes_
Print Name

_Mary Lois Forbes_ (signature)
Signature

## REQUEST FOR EXCLUSION ("OPT OUT")
## KNAUF SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _William____ M____ Ford____
      First        Middle     Last

Name: _Melanie____ _____ Ford____
      First        Middle     Last

Property Address: _12702 SW 26 street_____
                  Street Address

                  _Davie, FL 33325_____
                  City, State, Zip

Executed by _William Ford___ _4/14/12__
            Signature        Date

Executed by _Melanie Ford___ _4/14/12__
            Signature        Date

To:   Arnold Levin, Esq.
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Russ Herman, Esq.
      HERMAN, HERMAN, KATZ & COTLAR LLP
      820 O'Keefe Avenue
      New Orleans, LA 70113

      Kerry Miller, Esq.
      FRILOT LLC
      1100 Paydras Street, Suite 3700
      New Orleans, LA 70163

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
ALL CASES AND

Payton, et al. v. Knauf Gips, KG, et al
Case No. 2:09-cv-07628 (E.D. La.)

Gross, et al. v. Knauf Gips, KG, et al.
Case No. 2:09-cv-06690 (E.D. La.)

Rogers, et al. v. Knauf Gips, KG et al.
Case No. 2:10-cv-00362 (E.D. La.)

Abreu, et al. v. Gebrueder Knauf
Verwaltungsgesellschaft, KG, et al.
Case No. 2:11-cv-00252 (E.D. La.)

Block, et al. v. Gebrueder Knauf
Verwaltungsgesellschaft, KG, et al.
Case No. 11:cv-1363 (E.D. La)

Arndt, et al. v. Gebrueder Knauf
Verwaltungsgesellschaft, KG, et al.
Case No. 11-cv-2349 (E.D. La.)

Cassidy, et al. v. Gebrueder Knauf
Verwaltungsgesellschaft, KG, et al.
Case No.11-cv-3023 (E.D. La.)

Vickers, et al. v. Knauf Gips KG, et al.
Case No. 2:09-cv-04117 (E.D. La.)

MDL NO. 2047

SECTION: L

JUDGE FALLON

MAG.JUDGE WILKINSON

C:\Users\greg\Documents\mississippistuff\riverbendaccountingdecpage2010\Knaufobjection.docx
Knauf

### Notice of Opt out from Settlement

Comes now Gregory Friedlander, pro se, and files this **Notice of Opt out from Settlement**
alleging that the settlement is too unclear to accept and that petitioner could "opt in" or settle under the
same terms with no harm, no additional work, no additional cost and no significant modification of other
provisions in the agreement other than clarification and finality.

(1) The full name of the and current address of the person "opting out" is Gregory Friedlander, 11
S. Florida St., Mobile, Al 36606-1934. The undersigned hereby opts out of the Knauf
Settlement Class in the Chinese Drywall Action."

(2) To re-enter the class or settle outside of the class, the only interpretation or change is to
allow the self remediation payment to go (1) First to removal of the Sheetrock and affected

materials and 2) then the balance under a contractor's estimate to a bank to pay off the debt on the properties in question or to the owner. This satisfies both the debt and the defendant's concerns as to liability AND IS FULLY CONSISTENT with the summary of Owner "Requirements" in the agreement.

(3) The owner can then sell the units or give them to Habitat for Humanity or other charitable concerns to finish. The provisions are otherwise fair and acceptable as a settlement of necessity but defendant's interest stops at demolition and parties should be free to stop after demolition and then satisfy the debt on the property and sell the remediated unit in a cleaned state. Fairness requires this modest change because the value of investment units have been destroyed by reputation which remediation does not solve.

(4) This remedy does not adversely affect Knauf which may pay for demolition (approximately 7.00/square foot or may do it themselves and deduct that from the repair payment at the election of the parties.

(5) The benefits of this approach.

a) By paying off the bank, foreclosure is avoided and the economy doesn't need more foreclosures.

b) Because of sheetrock problems, the units owned by the objecting party have lost more than 120,000/unit in value. No one benefits from a forced rebuild these units which are worthless unless for an end user.

c) The units once cleaned (sheet rock removed) and the mortgages paid off may be sold to an end user who will finish the units (estimate 5-10,000/unit) or may be donated to habitat for humanity to recover the tax benefits which will also assure the units are put back into use, will provide a charitable function and prevent foreclosure.

d) The agreement is otherwise inconsistent as it provides for paying interest in the investment caused by the inability to sell which interest would otherwise go on forever.

(6) Additional Facts:

a) The units in question are condominium units. Before problems with dry-wall surfaced these were selling for over 150,000/unit.

b) After the a/c units began to fail, law suits were filed against the developer, the units could no longer be sold. The debts owed as a result of borrowing to fund the building were unpaid. Prices immediately dropped to 75,000 for 2 bedroom units; essentially dropping the value in half and because of the notice requirements, the units were no longer saleable even at that price except to high risk investors.

c) Thereafter the prices fell to less than 20,000 per unit when the problem was finally determined to be defective Chinese drywall.[1]

d) The developers of the complex had over 572,000.00 in loans each to the developing corporation which were in turn secured with other loans and from 9/1/2006 (the date of the last loan) to the present these loans have borne varying interest at the rate of over $240,000 which interest continues today as the units cannot be sold to pay back the loans) as well as costs associated with those loan.[2] These loans could not be retired because the units could not be sold due to

---

[1] Exhibits c, d, e and f are instructive (c and d are admissible as public records, e and f are copies of sworn pleadings (excerpted to save paper). These show that by December of 2008, before anyone knew of the drywall problem, the electrical systems were failing to such an extent that a lawsuit was filed alleging, inter alia, the contractor had failed to "install adequate air conditioning systems…which has resulted in failures…failed to install adequate electrical, cable…resulted in loss of use due to failures of these systems…" While the value of the units before these failures is not disclosed, the value is "less than 130,000" for a two bedroom unit. Exhibit c shows a tax appraisal of 88,690 for a 2 bedroom unit (842/year in taxes) and 109260 for a 3 bedroom unit (1038.33 in taxes) down from the 150,000 initial sales price. Likewise exhibit d shows tax appraisals for 2011 at 16,110 for a two bedroom and 19790 for a 3 bedroom unit (a 80% loss I value). It is submitted that this is admissible as public records and should be adequate supporting evidence for purposes of this fairness hearing

[2] Loans made which could not be repaid due to units being cdw units approximately $970,000, interest of approximately 240,534 paid (some interest payments have accrued but not been made on 400,000 in debt, approximately 40,000/year); taxes on units which could not be sold 25,236; appliance to be replaced 10,000;

litigation which, inter alia, alleged the air conditioning units were wrong for the units because they were failing.

e)      There is no way in the near term for the units to recover the loss of over $130,000 in value. The present best use of the units is to sell them for whatever can be recovered as stripped units (no drywall) which is expected to be at 5-10,000 per unit to someone who can finish the units, someone who will finish and live in them or donate them to charity (Habitat for Humanity) which can afford to build them for end users without incurring debt on the units.

f)      The best use of the remediation fund to the owners is to pay off the debt so that they can liquidate the properties and take the loss/tax deduction.

g)      The funds that would be wasted by an owner repairing his unit would be better spent to pay off debt on the units.

h)      Since Knauf is totally satisfied with removal of the drywall, this remedy is the best for the owner and has no downside for Knauf. The owner can reduce their loss of value from 120/sq foot down to around 40 or 50/square foot in this way and can recover the interest loss as provided in the plan.

i)      The other provisions of the settlement can remain the same so no delay in the settlement is required. The language of the provision for owner repair is merely changed so that the owner is paid the entire amount for the repair of the unit as soon as the demolition/removal of drywall and other affected materials is completed.

j)      A repair estimate of 61.90/sq foot (2 bedroom unit) is attached. This is entirely consistent with the settlement.

k)      Past repairs, lost rents, etc provided for in the settlement come to around 14,000 per unit with sheetrock.

l)      Taxes provided for in the settlement were approximately 1200/year for 6 years for each unit or $7200.

m)      A modified "self remediation option" is attached as an exhibit to show how minimal the change and how no negative effect is visited on any of the parties.

n)      The agreement, in fact, is not affected in any way by this provision.  The requirements set out are as follows:

### (i) Requirements:

(A) Owner contracts with contractor

(B) Contractor must be both bonded and insured for residential construction

(C) Contractor must be provide Environmental Certificate that property is free of all Chinese Drywall

(D) Contractor must certify that that it properly disposed of any Chinese Drywall removed from the property

(7) There is NO PROVISION in item 14 that the Contractor "rebuild" the unit.  Therefore, it is implied that the Owner may accomplish the result desired by the parties in the Requirement provision and fulfill that obligation IN FULL without rebuilding the unit.

(8) Fairness means accepting a settlement, where everyone sacrifices, but it also requires that illogical portions that only hurt and that do not logically get the parties to an end point or which only harm without a corresponding good should be interpreted to do good or changed to do good.

(9) Logic also dictates that if the debts are not repaid from repair money "after remediation (removal of the drywall) then interest continues to accrue.  Since one remedy in the

---

damages based on lost rents and repairs to date are approximately 70,133.00 for the 5 units in question. The total loss related to the cdw is $130,000 per unit in lost value plus $150,000-197,000 loss in terms of interest, repair costs, etc. The 150,000-197,000 loss is the only part addressed in the settlement; the maximum recovery being 50% or less of the loss to the owners.

settlement is to compensate the owners for interest payments lost (here as much as $240,000 per owner) repayment of these loans, to the extent possible, from the settlement, is critical to the ends of the agreement.

(10) The settlement document clearly provides the remedy requested by the party opting out, but is so unclear as to how this remedy would be handled that it is necessary to opt out in order to obtain clarity.

(11) The association (this is a condo property) has chosen not to opt out, pointing out the problems with the lack of clarity in the settlement

Wherefore, your petitioner notices his intent to opt out and sets forth that a settlement is possible under the terms of the class action settlement:

1) Payment of 61.90/square foot to owner for each of his 5 units including approximately $6500 to be paid to a contractor qualified under the class to do the demolition to satisfy Knauff's interest in demolition: ($352,857)

2) Payment of 8.00/square foot to owner for loss of use during the remediation period as set forth in the settlement ($48,450)

3) An agreement by the owner to use the funds received to payoff the bank mortgage and to sell the units or otherwise transfer them to someone who will finish the units as required by the condominium association which the owner is ready, willing and able to do;

4) Re-payment of interest payments on debts in the amount of $240,000.00 accrued as a result of the inability to sell the units as provided in the settlement;

5) Payment of Taxes accrued and paid as a result of the inability to sell the units ($25,236)

6) Payment of lost rents and repairs in the amount of $70,133.00 as provided in the settlement;

7) Covering the attorneys fees as provided under the class action.

8) The total payment (included in the class settlement if interpreted as it appears is possible is ($747,210.00) for the 5 units in question of which the sum of $32,500 is allocated to removal of the drywall as set forth in the class action settlement..

Respectfully Submitted,

GREGORY M. FRIEDLANDER

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this the ___2___ day of ___April___, 2012, served a copy of the foregoing by placing same in the United States Mail properly, addressed and first class postage prepaid to the following:

Arnold Levin
Levin, Fishbein, Sedran &Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue

New Orleans, LA 70113

Kerry Miller
Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Phone:(504)599-8194 Fax: (504) 599-8145

GREGORY M. FRIEDLANDER

Exhibit A

| Amended Self-Remediation allowing for the mortgages to be paid off | Self-Remediation Option |
|---|---|
| **Benefits:**<br>• **Remediation.** The Remediation Fund will pay to the owner's mortgage company based on an estimate prepared by a contractor for remediation approved by the PCS and Knauf Defendants for repairs less the cost of demolition to remove sheetrock and effected elements of building with the excess after all mortgages are paid going to owner if any.<br>• The Remediation Fund will pay a qualified contractor, chosen by the Owner, to remediate the property by demolition only to do the demolition based on an estimate prepared by a contractor approved by the PCS and Knauf Defendants.<br>• **Other Covered Expenses.** A cash payment for personal property damage and alternative living expenses during remediation:<br>o Property $\leq$ 3,500 SF = $8.50 per SF<br>o Property > 3,500 SF = $10.00 per SF | **Benefits:**<br>• **Remediation.** The Remediation Fund will pay a qualified contractor, chosen by the Owner, to remediate the property based on an estimate prepared by a contractor approved by the PCS and Knauf Defendants.<br>• **Other Covered Expenses.** A cash payment for personal property damage and alternative living expenses during remediation:<br>o Property $\leq$ 3,500 SF = $8.50 per SF<br>o Property > 3,500 SF = $10.00 per SF |
| **Requirements:**<br>• Owner contracts with contractor<br>• Contractor must be both bonded and insured for residential construction<br>Contractor must certify that it properly disposed of any Chinese Drywall removed from the property | **Requirements:**<br>• Owner contracts with contractor<br>• Contractor must be both bonded and insured for residential construction<br>• Contractor must certify that it properly disposed of any Chinese Drywall removed from the property |
| **Mixed Properties:**<br>• **Remediation.** The Remediation Fund will pay the Owner's chosen contractor an amount equal to the cost to remediate the property (as determined by a contractor approved by the PSC and the Knauf Defendants) multiplied by the percentage of KPT Chinese Drywall relative to all reactive Chinese Drywall in the property. The owner must pay the balance with his/her own funds.<br>**Other Covered Expenses.** The | **Mixed Properties:**<br>• **Remediation.** The Remediation Fund will pay the Owner's chosen contractor an amount equal to the cost to remediate the property (as determined by a contractor approved by the PSC and the Knauf Defendants) multiplied by the percentage of KPT Chinese Drywall relative to all reactive Chinese Drywall in the property. The owner must pay the balance with his/her own funds.<br>• **Other Covered Expenses.** The |

| | |
|---|---|
| Remediation Fund will only pay the Owner an amount equal to the Other Covered Expenses (described above) multiplied by the percentage of KPT Chinese Drywall relative to all Chinese Drywall in the property. | Remediation Fund will only pay the Owner an amount equal to the Other Covered Expenses (described above) multiplied by the percentage of KPT Chinese Drywall relative to all Chinese Drywall in the property. |
| **Benefits:**<br>    **Remediation.** The Remediation Fund will pay a qualified contractor, chosen by the Owner, to properly dispose of any Chinese Drywall and the balance due to remediate the property based on an estimate prepared by a contractor approved by the PSC and Knauf Defendants will be paid on the mortgage on the property with the excess after all mortgages paid going to owner if any. | **Benefits:**<br>• **Remediation.** The Remediation Fund will pay a qualified contractor, chosen by the Owner, to remediate the property based on an estimate prepared by a contractor approved by the PSC and Knauf Defendants. |
| **Requirements:**<br>• Owner contracts with contractor<br>• Contractor must be both bonded and insured for residential construction<br>• Contractor must be provide Environmental Certificate that property is free of all Chinese Drywall<br>• Contractor must certify that that it properly disposed of any Chinese Drywall removed from the property | **Requirements:**<br>• Owner contracts with contractor<br>• Contractor must be both bonded and insured for residential construction<br>• Contractor must be provide Environmental Certificate that property is free of all Chinese Drywall<br>• Contractor must certify that that it properly disposed of any Chinese Drywall removed from the property |
| **Mixed Properties:**<br>    **Remediation.** The Remediation Fund will pay the Owner's chosen contractor an amount equal to the cost to remediate the property (as determined by the PSC and the Knauf Defendants) multiplied by the percentage of KPT Chinese Drywall in the property. The Owner must pay the balance with his/her own funds. | **Mixed Properties:**<br>    **Remediation.** The Remediation Fund will pay the Owner's chosen contractor an amount equal to the cost to remediate the property (as determined by a contractor approved by the PSC and the Knauf Defendants) multiplied by the percentage of KPT Chinese Drywall in the property. The Owner must pay the balance with his/her own funds. |

Exhibit B
Repair Estimate: 2 bedroom 1050 sq foot unit:

**ROBERT FOSTER CONSTRUCTION**
**PROPOSAL**
**Demolition**
**Taking down fixtures, trim and tearing out drywall,**
**plumbing and cabinets, removing carpet**
**$ 6,500.00**
**Total $6,500.00**
**Construction**
**Purchasing new drywall $ 1,800.00**
**Hanging and finishing drywall 4,000.00**
**New trim package 6,800.00**
**Painting 3,800.00**
**Countertops, cabinets and vanities (installed) 6,500.00**
**Re-plumbing new fixtures 5,000.00**
**New light fixtures, fans 3,200.00**
**New marble for 2 bathrooms 1,600.00**
**Re-insulating ceilings, walls 3,000.00**
**New a/c unit and ductwork 6,500.00**
**Carpet (installed) 6,300.00**
**New kitchen appliances 3,000.00**
**Dumpster (x 2 months) 2,000.00**
**Misc. expenses 5,000.00**
**Total $58,500.00**
**Grand Total $65,000.00**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia PA 19106

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Richard Duplantier, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th. Floor
New Orleans, LA 70139

Kerry J. Miller, Esq.
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Gentlemen:

I, Jon Thomas Gant, Jr., currently reside at, 2401 Chalybe Trail, Hoover, Alabama 35226.

I own the property located at 2401 Chalybe Trail, Hoover, Alabama 35226 which has been damaged by Chinese Drywall. To the best of my knowledge, the drywall was supplied by Interior Exterior Building Supply, LLP, and the manufacturer is the Knauf entities. I am not aware of the installer's name.

I am represented by K. Edward Sexton, II, at Gentle, Turner, Sexton, Debrosse & Harbison, 501 Riverchase Parkway East, Suite 100, Hoover, Alabama 35244; telephone number (205) 716-3000, facsimile number (205) 716-3010, email: esexton@gtandslaw.com or aecker@gtandslaw.com .

**The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (INEX) Settlement, the Knauf Settlement and the Participating Suppliers, Builders and installers and participating Insurers Settlement (Global Settlement).**

Jon Thomas Gant, Jr. - Homeowner

REQUEST FOR EXCLUSION ("OPT OUT")
**KNAUF SETTLEMENT CLASS**
CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _Jose_ _I_ _Garcia_
First      Middle      Last

Name: _Elizabeth_ _J_ _Garcia_
First      Middle      Last

Current
Address: _9345 Balada St_
Street Address

_Coral Gables, FL 33156_
City, State, Zip

Executed by: _E J Garcia_      _9/23/12_
Signature      Date

Executed by: _____      _9/23/12_
Signature      Date

To:   **Arnold Levin, Esq.**
LEVIN, FISHBEIN, ET., AL.
510 Walnut Street, Suite 500
Philadelphia, PA 19106

**Russ Herman, Esq.**
HERMAN, HERMAN, KATZ, ET., AL.
820 O'Keefe Avenue
New Orleans, LA 70113

**Kerry Miller, Esq.**
FRILOT, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

## *HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

### REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

> Re:  *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Tiffany Grove, individually and as mother and next friend of Trevoris Grove and Trevin Grove, minors, who currently reside at 1801 Holt Road, Apartment 508, Mobile, Alabama 36617 hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: 3-30-12

TIFFANY GROVE

TIFFANY GROVE, as mother and next
friend of TREVORIS GROVE and
TREVIN GROVE, minors

# OPT OUT NOTICE

TO:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Russ M. Herman
      HERMAN, HERMAN, KATZ & COTLAR, LLP
      820 O'Keefe Avenue
      New Orleans, LA 70113

      Kerry Miller
      FRILOT LLC
      1100 Poydras Street, Suite 3700
      New Orleans, LA 70163

      Richard Duplantier
      Galloway, Johnson, Tompkins, Burr & Smith
      One Shell Square
      701 Poydras Street, 40th Floor
      New Orleans, LA 70139

The undersigned hereby opts out from the "InEx Settlement," the "Knauf Settlement," and the "Global Settlement" as those settlements are identified and defined in the Court's Order dated June 4, 2012 (Document14566) in MDL 2047- In Re: Chinese-Manufactured Drywall Products Liability Litigation. The following additional information is provided pursuant to said Order:

**Full Name and Address of persons opting out:**
Albert Fox Haas and Anne Stokes Haas
62 Marston Lane
Mobile, AL 36608

**Address of affected property:**
62 Marston Lane
Mobile, AL 36608

**Best knowledge regarding identities of Suppliers, Installers, Builders, etc.:**
Supplier- Interior/Exterior Building Supply, LP, 727 Cortez St. New Orleans, LA 70119
Installer- Acme Drywall, Inc., 20738 Brown Ln., Summerdale, AL 36580
Builder- J.G. Loper Construction, Inc., 403 Yupon Ave., Fairhope, AL 36532

_____          _____
Albert Fox Haas                           Date

_____  9/3/12
Anne Stokes Haas                          Date

**Represented by:** R. Tucker Yance, Yance Law Firm, LLC, 169 Dauphin St., Suite 318 Mobile, AL 36602, (ph. 251-432-8003 fax 251-432-8009), rty@yancelaw.com

## REQUEST FOR EXCLUSION ("OPT OUT")
### KNAUF SETTLEMENT CLASS RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _Richard A. Hamburg_

       First          Middle          Last

Name: _____

       First          Middle          Last

Property Address: _2421 NE 65th St #217_

                Street Address

_Ft. Lauderdale, Fl 33308_

                City, State, Zip

Executed by _____    _4/25/12_

            Signature                Date

Executed by _____    _____

            Signature                Date

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN, HERMAN, KATZ & COTLAR LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

       Kerry Miller, Esq.
       FRILOT LLC
       1100 Paydras Street, Suite 3700
       New Orleans, LA 70163

## REQUEST FOR EXCLUSION ("OPT OUT")
## KNAUF SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _Richard A. Hamburg_
      First            Middle           Last

Name: _____
      First            Middle           Last

Property Address: _2421 NE 65th St # 603_
                  Street Address
                  _Ft. Lauderdale, Fl 33308_
                  City, State, Zip

Executed by _[signature]_     _4/25/12_
         Signature              Date

Executed by _____   _____
         Signature              Date

To:    Arnold Levin, Esq.
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Russ Herman, Esq.
      HERMAN, HERMAN, KATZ & COTLAR LLP
      820 O'Keefe Avenue
      New Orleans, LA 70113

      Kerry Miller, Esq.
      FRILOT LLC
      1100 Paydras Street, Suite 3700
      New Orleans, LA 70163

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia PA 19106

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Richard Duplantier, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th. Floor
New Orleans, LA 70139

Kerry J. Miller, Esq.
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Gentlemen:

We, <u>Michael and Cecila Havard,</u> currently reside at, <u>16322 County Road 9, Summerdale,</u>
<u>Alabama 36580</u>.

We own the property located at <u>16322 County Road 9, Summerdale, Alabama 36580</u>
which has been damaged by Chinese Drywall.  To the best of our knowledge, the drywall
was supplied by Interior Exterior Building Supply, LLP, and the manufacturer is the Knauf
entities.  We are not aware of the installers names.

We are represented by K. Edward Sexton, II at Gentle, Turner, Sexton, Debrosse &
Harbison,  501 Riverchase Parkway East, Suite 100, Hoover, Alabama 35244; telephone
number  (205)  716-3000,  facsimile  number  (205)  716-3010,  email:
esexton@gtandslaw.com or aecker@gtandslaw.com .

**The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP
(INEX) Settlement, the Knauf Settlement and the Participating Suppliers, Builders
and installers and participating Insurers Settlement (Global Settlement).**

_____
Homeowner - Michael Havard

_____
Homeowner - Cecila Havard

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller, Esquire
Frilot, LLC
110 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

RE:    Chinese Manufactured Drywall Products Liability Litigation MDL 2047
Knauf Settlement Request for Opt-Out and Exclusion

Dear Messrs. Levin, Herman & Miller:

I(We), _Robert and Melissa Hawkins_, purchased a home located at _1007 Taylors Circle, Moody, AL 35004_. The home was constructed with drywall manufactured by Knauf Plasterboard Tianjin "KPT." We are represented by W. Brian Collins at Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, telephone: (205) 324-1834, facsimile: (205) 324-1846, e-mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to opt out of the KPT Class Settlement that was announced on Dec. 9, 2011, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out and requests exclusion from the Knauf Settlement Class in the Chinese Manufactured Drywall Products Liability Litigation MDL 2047.

Dated this the _25th_ day of _September_, 2012.

_Robert Hawkins_
Print Name

_Melissa Hawkins_
Print Name

Signature

Signature

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller, Esquire
Frilot, LLC
110 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

   RE: Chinese Manufactured Drywall Products Liability Litigation MDL 2047
      Knauf Settlement Request for Opt-Out and Exclusion

Dear Messrs. Levin, Herman & Miller:

   I(We), _Brian D. Hayes_ , purchased a home located at
_10 31 Marianna Rd. Calera, Al 35040_. The home was constructed with drywall
manufactured by Knauf Plasterboard Tianjin"KPT." We are represented by W. Brian Collins at
Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203,
telephone: (205) 324-1834, facsimile: (205) 324-1846, e-mail: brian@collinshorsley.com.

   Please let this correspondence serve as notice of our decision to opt out of the KPT Class
Settlement that was announced on Dec. 9, 2011, currently pending before the Honorable Judge
Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District
Court. The undersigned hereby opts out and requests exclusion from the Knauf Settlement Class
in the Chinese Manufactured Drywall Products Liability Litigation MDL 2047.

Dated this the _28_ day of _September_, 2012.


_Brian D. Hayes_
Print Name            Signature


Print Name            Signature

## HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

### REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

Re:     *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Robert Henderson and Taffiany Rodgers, individually and as parents and next friends of Lebarron Rodgers and Mahogany Henderson, minors, who currently reside at 2603 Esau Avenue, Mobile, Alabama 36617, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: 3-27-12

_____
**ROBERT HENDERSON**

_____
**TAFFIANY RODGERS**

_____
**ROBERT HENDERSON, as father and next friend of LABARRON RODGERS and MAHOGANY HENDERSON, minors**

_____
**TAFFIANY RODGERS, as mother and next friend of LABARRON RODGERS and MAHOGANY HENDERSON, minors**

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller, Esquire
Frilot, LLC
110 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

> RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
>          Knauf Settlement Request for Opt-Out and Exclusion

Dear Messrs. Levin, Herman & Miller:

I(We), _Donna Hensley_____, purchased a home located at _5389 Quail Ridge Rd_____. The home was constructed with drywall manufactured by Knauf Plasterboard Tianjin"KPT." We are represented by W. Brian Collins at Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, telephone: (205) 324-1834, facsimile: (205) 324-1846, e-mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to opt out of the KPT Class Settlement that was announced on Dec. 9, 2011, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out and requests exclusion from the Knauf Settlement Class in the Chinese Manufactured Drywall Products Liability Litigation MDL 2047.

Dated this the _25_ day of _Sept_, 2012.

_Donna Hensley_
Print Name

_Donna Hensley_
Signature

_____
Print Name

_____
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED )     MDL No. 2047
DRYWALL PRODUCTS LIABILITY )
LITIGATION )      SECTION "L"

THIS DOCUMENT RELATES TO: )
ALL CASES AND )      JUDGE FALLON

*Payton, et. al. v. Knauf Gips KG, et. al.* )      MAG. JUDGE WILKINSON
Case No. 2:09-cv-07628 (E.D.La.) )

*Gross, et. al. v. Knauf Gips, KG, et. al.* )
Case No. 2:09-cv-06690 (E.D.La.) )

*Rogers, et. al. v. Knauf Gips, KG, et. al.* )
Case No. 2:10-cv-00362 (E.D.La.) )

*Abreu, et. al. v. Gebrueder Knauf* )
*Verwaltungsgesellschaft, KG, et. al.* )
Case No. 2:11-cv-00252 (E.D.La.) )

*Block, et. al. v. Gebrueder Knauf* )
*Verwaltungsgesellschaft, KG, et. al.* )
Case No. 11-cv-1363 (E.D.La.) )

*Arndt, et. al. v. Gebrueder Knauf* )
*Verwaltungsgesellschaft, KG, et. al.* )
Case No. 11-cv-2349 (E.D.La.) )

*Cassidy, et. al. v. Gebrueder Knauf* )
*Verwaltungsgesellschaft, KG, et. al.* )
Case No. 11-cv-3023 (E.D.La.) )

*Vickers, et. al. v. Knauf Gips, KG, et. al.* )
Case No. 09-4117 )

## OPT OUT OF KNAUF SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION

The undersigned, Jay Hershoff and Nancy Hershoff, having owned a property located at

28527 Chianti Terrace, Bonita Springs, FL 34135, hereby opt out of the Knauf Settlement Class

in the Chinese Drywall Action. The Hershoffs' claims are filed in the 11th Circuit in and for

Miami-Dade County, Florida.

1

Colson Hicks Eidson Colson Matthews Martínez Gonzalez Kalbac & Kane
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134 Telephone: (305) 476-7400 Fax: (305) 476-7444

Dated: June 16th, 2012

_____
Class Member's Signature

JAY HERSHOFF
Printed Name

_____
Class Member's Signature

NANCY Hershoff
Printed Name

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Opt Out of Knauf Settlement Class in the Chinese Drywall Action has been served on Settlement Class Counsel, Arnold Levin, Esq., Levin Fishbein Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106; Russ Herman, Esq., Herman Herman Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; and to the Knauf Defendants' Counsel, Kerry Miller, Frilott LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 by First Class Mail, on this 39th day of August, 2012.

21st September 2012

_____
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller, Esquire
Frilot, LLC
110 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
      Knauf Settlement Request for Opt-Out and Exclusion

Dear Messrs. Levin, Herman & Miller:

I(We), _Stephen and Anne Hicks_, purchased a home located at _4291 Boulder Lake Cr. Vestavia Hills AL_. The home was constructed with drywall manufactured by Knauf Plasterboard Tianjin"KPT." We are represented by W. Brian Collins at Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, telephone: (205) 324-1834, facsimile: (205) 324-1846, e-mail: brian@collinshorsley.com.

        Please let this correspondence serve as notice of our decision to opt out of the KPT Class Settlement that was announced on Dec. 9, 2011, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out and requests exclusion from the Knauf Settlement Class in the Chinese Manufactured Drywall Products Liability Litigation MDL 2047.

Dated this the _25th_ day of _September_, 2012.

_Stephen A Hicks_                          _Stephen A Hicks_
Print Name                                  Signature

_Anne Hicks_                                _Anne Hicks_
Print Name                                  Signature

*LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

### REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

> **Re:** *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Ginnies Hillery, individually and as mother and next friend of Corinthia Hillery, a minor, who currently reside at 802 Marsha S. Ratchford Street, Prichard, Alabama 36610, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

**DATE:** 3/20/2012

**GENNIES HILLERY**

**GENNIES HILLERY, as mother and next friend of CORINTHIA HILLERY, a minor**