May 2, 2012

Charles A. Hummer

2617 Jaylene Road

North Port, Fl 34288

941-484-1040

charleshummer57@yahoo.com

Certified Letter:  7011 0470 0001 8872 7942

Settlement Class Counsel

Arnold Levin

510 Walnut Street, Su# 500

Philadelphia, PA  19106


Certified Letter:  7009 1680 0000 0588 5265

Russ Herman

820 O'Keefe Avenue

New Orleans, LA  70113


Certified Letter:  7010 2780 0000 8142 6361

Knauf Defendants Counsel

Kerry Miller

1100 Poydras Street, Su# 3700

New Orleans, LA  70163

The above listed Homeowner, Charles A. Hummer, 2617 Jaylene Road, North Port, Florida 34288, hereby opts out of the Knauf Settlement Class, in the Chinese Drywall Action.


CHARLES A. HUMMER

## SETTLEMENT OF KNAUF CLASS ACTION
## OPT OUT NOTICE

**THE UNDERSIGNED HEREBY OPT OUT OF THE KNAUF SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION**

_____
Adrian Jagdeosingh (Signature)

_____
Adrian Jagdeosingh
Name
(Please print your name)


_____
Kerry Jagdeosing (Signature)

_____
Kerry Jagdeosingh
Name
(Please print your name)


Address: <u>12887 Equestrian Trail</u>          <u>Davie</u>   <u>Florida</u>        <u>33330-1267</u>
                    Street                                  City    State              Zip Code

2231324

# SETTLEMENT OF KNAUF CLASS ACTION
## OPT OUT NOTICE

**THE UNDERSIGNED HEREBY OPT OUT OF THE KNAUF SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION**

_____     _____
Paul Johnson        (Signature)      Name
                                     (Please print your name)


_____     _____
Caron Johnson       (Signature)      Name
                                     (Please print your name)


Address: 12708 Equestrian Trail          Davie      Florida      33330-1271
          Street                         City       State        Zip Code

2231324

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia PA 19106

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Richard Duplantier, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th. Floor
New Orleans, LA 70139

Kerry J. Miller, Esq.
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Gentlemen:

I, Jasper C. Juliano, currently reside at, 5816 Water Point Lane, Hoover, Alabama 35244.

I own the property located at 5816 Water Point Lane, Hoover, Alabama 35244 which has been damaged by Chinese Drywall. To the best of my knowledge, the drywall was supplied by Interior Exterior Building Supply, LLP, and the manufacturer is the Knauf entities. I am not aware of the installer's name.

I am represented by K. Edward Sexton, II, at Gentle, Turner, Sexton, Debrosse & Harbison, 501 Riverchase Parkway East, Suite 100, Hoover, Alabama 35244; telephone number (205) 716-3000, facsimile number (205) 716-3010, email: esexton@gtandslaw.com or aecker@gtandslaw.com .

**The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (INEX) Settlement, the Knauf Settlement and the Participating Suppliers, Builders and installers and participating Insurers Settlement (Global Settlement).**

Jasper C. Juliano - Homeowner

## HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

### REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

> **Re:**   *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Tyrone Junior and Karen Junior, individually and as parents and next friends of Alexandria Junior; Ebonie Junior; and Shawnterrica Junior, minors, who currently reside at 2861 South Sherwood Street, Mobile, Alabama 36606, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

**DATE:** 4-04-12

_____
**TYRONE JUNIOR**

_____
**KAREN JUNIOR**

_____
**TYRONE JUNIOR, individually and as father and next friend of ALEXANDRIA JUNIOR; EBONIE JUNIOR; and SHAWNTERRICA JUNIOR, minors**

_____
**KAREN JUNIOR, individually and as mother and next friend of ALEXANDRIA JUNIOR; EBONIE JUNIOR; and SHAWNTERRICA JUNIOR, minors**

## REQUEST FOR EXCLUSION ("OPT OUT")
### KNAUF SETTLEMENT CLASS RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _JAY___ ___J.___ ___KIRBY___
First     Middle     Last

Name: _____
First     Middle     Last

Address: _55 Bayview dr____     Property Address:
Street Address                          11001 Gulf Reflections
_Brick N.J 08723____     Dr., Unit 202
City, State, Zip

Executed by _____  _9-18-12_
Signature                              Date

Executed by _____  _____
Signature                              Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

## REQUEST FOR EXCLUSION ("OPT OUT")
## KNAUF SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _Nina Leone AKA Kirby_

      First        Middle        Last

Name: _____

      First        Middle        Last

Property Address: _11001 Gulf Reflections Dr, Unit 202_

      Street Address

_____

      City, State, Zip

Executed by _[signature]_ Date _9-26-12_

      Signature        Date

Executed by _____

      Signature        Date

To:    Arnold Levin
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Todd R. Ehrenreich
        WEINBERG WHEELER HUDGINS GUNN & DIAL
        2601 South Bayshore Drive, Suite 1500
        Miami, FL 33133

        Michael P. Peterson
        PETERSON & ESPINO, P.A.
        10631 S.W. 88th Street, Suite 220
        Miami, FL 33186

# LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

> Re: *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Jerome Leland and Audra Washington, individually and as parents and next friends of Jalexis Washington, Jermesia Washington, Timothy Washington and Lekeno Washington, minors, who currently reside at 828 Marsha S. Ratchford Street, Prichard, Alabama 36610, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: 3/30/2012

_____
**JEROME LELAND**

_____
**AUDRA WASHINGTON**

_____
**JEROME LELAND, as father and next friend of JALEXIS WASHINGTON, JERMESIA WASHINGTON, TIMOTHY WASHINGTON and LEKENO WASHINGTON, minors**

_____
**AUDRA WASHINGTON, as mother and next friend of JALEXIS WASHINGTON, JERMESIA WASHINGTON, TIMOTHY WASHINGTON and LEKENO**



# Trenam Kemker
### ATTORNEYS

PLEASE REPLY TO:
P. O. Box 1102
Tampa, FL 33601-1102
Phone: (813) 227-7481
E-Mail: pjpoff@trenam.com

September 20, 2012

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Kerry Miller, Esq.
Knauf Defendants' counsel
Frilot L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

RE:   In re: Chinese-Manufactured Drywall Products Liability Litigation
MDL No. 2047; Notice of Opt-Out from Knauf Settlement Class
*Related case: Jeffrey T. Levy and Karen B. Levy v.*
*Emerald Greens at Carrollwood, LLC, et al.*
*LTL Construction, Inc. v. Beijing New Building Material, PLC, et al.*
Case No. 10-CA-012855, Hillsborough County, Florida
- Our File No. 09-2812

Dear Counsel:

This firm represents the interests of residential property owners Jeffrey T. Levy and *previous* Karen B. Levy in related state court Chinese Drywall litigation involving their residence located at 13962 Clubhouse Drive, Tampa, Florida 33618-2747, styled *Jeffrey T. Levy and Karen B. Levy v. Emerald Greens at Carrollwood, LLC, et al.*, which is now pending in the Circuit Court of the Thirteenth Judicial Circuit, Hillsborough County, Florida, Case No. 10-CA-012855.

Pursuant to Section 8.2 of the Settlement Agreement Regarding Claims Against Knauf *previous* Defendants in MDL No. 2047, the undersigned residential property owners Jeffrey T. Levy and Karen B. Levy, whose current mailing address is ~~13962 Clubhouse Drive, Tampa, FL 33618- 2747,~~ hereby **opt-out of the Knauf Settlement Class in the Chinese Drywall Action.** 2394 Saddleback Dr Danville, CA 94506

X _____
Jeffrey T. Levy

X _____
Karen B. Levy

101 E. Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474
Fax: (813) 229-6553

www.trenam.com

200 Central Avenue, Suite 1600
St. Petersburg, Florida 33701
Tel: (727) 896-7171
Fax: (727) 822-8048

Arnold Levin, Esq.
Russ M. Herman, Esq.
Kerry Miller, Esq.
September 20, 2012
Page 2


By signing above we, Jeffrey T. Levy and Karen B. Levy, whose current residence is 2394 Saddleback Drive, Danville, CA  94506, opt-out of the Knauf Settlement Class in the Chinese Drywall Action and understand and agree as follows:

IN ORDER TO PURSUE AN INDIVIDUAL CLAIM AGAINST KNAUF DEFENDANTS OR THEIR INSURERS BY LITIGATION, ARBITRATION, OR OTHERWISE, WE MUST OPT-OUT; OTHERWISE, IF THE SETTLEMENT IS APPROVED, AND WE ARE PROPERLY WITHIN THE CLASS WE WILL NOT BE ABLE TO PURSUE CLAIMS AGAINST THE KNAUF DEFENDANTS OR THEIR INSURERS ARISING OUT OF, IN ANY MANNER RELATED TO, OR CONNECTED IN ANY WAY WITH CHINESE DRYWALL.

Request is hereby made that you file this opt-out notice with the Court.  If you are in need of any further information to effectuate this opt-out request, please contact us immediately in writing regarding same.

Very truly yours,

Patrick J. Poff

PJP:njc

# *LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

> Re: *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Diges E. Little, individually and as mother and next friend of Devante Williams; Doryan Williams; and Desiree Perry, who currently reside at 816 Marsha S. Ratchford Street, Prichard, Alabama 36610, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: 3/28/12

_____
**DIGES E. LITTLE**

_____
**DIGES E. LITTLE, as mother and next friend of DEVANTE WILLIAMS, DORYAN WILLIAMS and DESIREE PERRY, minors**

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, La. 70113

Richard Duplantier
Galloway, Johnson, Thompson, Burr & Smith
1 Shell Square
701 Poydras Street, 40th Floor
New Orleans, La. 70139

Kerry J. Miller
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, La. 70163

Gentlemen:

We, <u>Michael & Ashley Madden</u>, currently reside at <u>2359 Chalybe Trail, Birmingham, Alabama 35226</u>.

We own the property located at 2359 Chalybe Trail, Birmingham, Alabama 35226 which has been damaged by Chinese Drywall. To the best of our knowledge the home was constructed by <u>HPH Properties, LLC or HPH Homes, LLC</u>, the drywall was supplied by Interior/Exterior Building Supply, LLP, and the manufacturer is the Knauf entities. We are not aware of the installers names. We believe the insurer for the builder is <u>Employers Mutual</u>.

We are represented by Eric D. Hoaglund at McCallum, Hoaglund, Cook & Irby, LLP, 905 Montgomery Highway, Suite 201, Vestavia Hills, Alabama 35216; Telephone (205) 824-7767 Facsimile (205) 824-7768 Email:<u>choaglund@mhcilaw.com</u>.

The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (InEx) Settlement, the Knauf Settlement and the Participating Suppliers, Builders and Installers and participating Insurers Settlement (Global Settlement).

_____
Homeowner Michael Madden

_____
Homeowner Ashley Madden

## REQUEST FOR EXCLUSION ("OPT OUT")
## KNAUF SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _Jorge_____ _Luis_____ _Marcano_____
First              Middle              Last

Name: _Waleska_____ _Irette_____ _Del Rio_____
First              Middle              Last

Address: _Calle 1, F-13, Prado Alto_____
Street Address

_Guaynabo, Puerto Rico, 00966_
City, State, Zip

Executed by _Jorge L Marcano_____ Date _9/26/2012_____
Signature

Executed by _Waleska Del Rio_____ Date _9/26/2012_____
Signature

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

*HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

> *Re:   In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Veronica Marsh, individually and as mother and next friend of Devin Marsh, Ricki Marsh and Jeremy Marsh, minors, who currently reside at 199 Spring Run Road, Apartment 149, Fairhope, Alabama, 36532 hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

**DATE:**  *04-05-2012*

*Veronica Marsh*
**VERONICA MARSH**

*Veronica Marsh*
**VERONICA MARSH, as mother and next friend of DEVIN MARSH, RICKI MARSH and JEREMY MARSH, minors**

## UNITED STATES DISCTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:                                          )   MDL NO. 2047
                                                )   SECTION: L
CHINESE MANUFACTURED DRYWALL                    )
PRODUCTS LIABILITY LITIGATION                   )   JUDGE FALLON
                                                )
                                                )   MAG. JUDGE WILKINSON

### NOTICE OF OPT OUT

COME NOW Paul and Tamla McClure, class members under certain proposed settlement agreements in this matter, specifically including but not limited to the Knauf Settlement Agreement and the InEx Settlement Agreement, and opt out of all settlement agreements in this matter of which they are a member, saying as follows:

### Requested Class Member Information

Full Names of Plaintiffs:              **Paul Douglas McClure**
                                       **Tamla Tallon McClure**

Current Address:                       **4113 Milner Circle**
                                       **Birmingham, AL 35242**

Address of Home Containing Chinese Drywall:   **2014 Springhill Court**
                                              **Birmingham, AL 35242**

1.      The undersigned hereby request exclusion from the InEx Settlement Class in the Chinese Drywall Action.

2.      The undersigned hereby opt out of the Knauf Settlement Class in the Chinese Drywall Action.

3.      Paul and Tamla McClure intend to pursue claims against defendants, including but not limited to, the following:

   a)   Any and all Knauf Defendants, including but not limited to Knauf Plasterboard (Tianjin) Co., Ltd.; Knauf Plasterboard (Wuhu) Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd.; Knauf Gips KG; Gebr. Knauf Verwaltungsgesellschaft KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GmbH & Co. KG; Knauf do Brasil Ltda.; PT Knauf Gypsum Indonesia; Knauf Investment Assets, a/k/a KI; and their insurers; and

   b)   Interior/Exterior Building Supply, L.P. and its insurers, including but not limited to Arch Insurance Company and Liberty Mutual Fire Insurance Company.

_____
Paul Douglas McClure

_____
Tamla Tallon McClure

_____
Jason R. Smith
Attorney for Paul and Tamla McClure

**OF COUNSEL:**

Jason R. Smith
Andrew P. Campbell
LEITMAN, SIEGAL, PAYNE & CAMPBELL, PC
420 20th Street North, Suite 2000
Birmingham, AL 35203
Telephone:     (205) 251-5900
Facsimile:     (205) 323-2098
E-Mail:          jsmith@lspclaw.com
                     acampbell@lspclaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 28th day of September, 2012, a copy of the above and foregoing has been served by United States Mail to the following:

**Plaintiffs' Lead Counsel**
Arnold Levin
Levin, Fishbein, Sedran and Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

**Interior/Exterior Building Supply**
Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street
40th Floor
New Orleans, LA 70139

**Knauf Defendants' Counsel**
Kerry Miller
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

OF COUNSEL

September 26, 2012

To Class Counsel:
**Levin, Fishbein, Sedran & Berman**          **Herman, Herman & Katz**
**510 Walnut Street**                          **820 O'Keefe Avenue**
**Suite 500**                                  **New Orleans, LA 70113**
**Philadelphia, PA 19106**

Class Counsel,

This notification comes to inform you that:
**Moore, Shanine** and **Moore, Algajuan** wish to **OPT-OUT** of the
Global Settlement and the Knauf Class Settlement.

The **current address** for the above **named electing to Opt-Out** and
**address of property** allegedly damaged by Chinese Drywall is:

**1446 Scout Trace**
**Birmingham, Alabama**
**35244-3992**

**"The undersigned hereby opts out from the Builder, Installer, Supplier,**
**and Participation Insurer Settlement Class in the Chinese Drywall**
**Action."**

_____                    _____
**Moore, Shanine**                             **Moore, Algajuan**

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, La. 70113

Richard Duplantier
Galloway, Johnson, Thompson, Burr & Smith
1 Shell Square
701 Poydras Street, 40th Floor
New Orleans, La. 70139

Kerry J. Miller
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, La. 70163

Gentlemen:


I,  Victor Moore,  currently reside at 1004 Maryanna Road, Calera, Al. 35040 .

I own the property located at 1004 Maryanna Road, Calera, Alabama 35040 which has been
damaged by Chinese Drywall.  To the best of my knowledge the home was constructed by
HPH Properties, LLC or HPH Homes, LLC,  the drywall was supplied by Interior/Exterior
Building Supply, LLP, and the manufacturer is the Knauf entities.  I am not aware of the
installers names.  I believe the insurer for the builder is Cincinnati and/or AutoOwners

I am represented by Eric D. Hoaglund at McCallum, Hoaglund, Cook & Irby, LLP, 905
Montgomery Highway, Suite 201, Vestavia Hills, Alabama 35216; Telephone (205) 824-7767
Facsimile  (205) 824-7768 Email:choaglund@mhcilaw.com.

The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (InEx)
Settlement, the Knauf Settlement and the Participating Suppliers, Builders and Installers and
participating Insurers Settlement (Global Settlement).

Homeowner        Victor Moore

## Knauf Settlement Opt Out Notice

Name:      William L Moses
Address:   9861 Cobblestone Creek Drive
           Boynton Beach, FL 33472

Date:      9-26-12

VIA FIRST CLASS U.S. MAIL

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller, Esq.
FRILOT, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA  70163

Re:    In Re: Chinese-Manufactured Drywall Products Liability Litigation
       U.S. District Court, Eastern District of Louisiana, MDL 2047
       Opt Out Notice of Knauf Settlement Class

Dear Sirs:

    The undersigned hereby opts out from the Knauf Settlement Class in the
Chinese Drywall Action.

    Current address is:     9861 Cobblestone Creek Drive
                            Boynton Beach, FL 33472

    Subject Property address:  9861 Cobblestone Creek Drive
                               Boynton Beach, FL 33472

_William L Moses_
Signed

_William L Moses_
Print Name

_Carolyn J Moses_
Signed

_Carolyn J Moses_
Print Name

_9-26-12_
Dated:

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, La. 70113

Richard Duplantier
Galloway, Johnson, Thompson, Burr & Smith
1 Shell Square
701 Poydras Street, 40th Floor
New Orleans, La. 70139

Kerry J. Miller
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, La. 70163

Gentlemen:

We, <u>Jason & Rhonda Nabors</u>, currently reside at <u>773 Hampden Place Circle, Birmingham, Alabama 35242</u>.

We own the property located at <u>773 Hampden Place Circle, Birmingham, Alabama 35242</u> which has been damaged by Chinese Drywall. To the best of our knowledge the drywall was supplied by Interior/Exterior Building Supply, LLP, and the manufacturer is the Knauf entities. We are not aware of the installers names.

We are represented by Eric D. Hoaglund at McCallum, Hoaglund, Cook & Irby, LLP, 905 Montgomery Highway, Suite 201, Vestavia Hills, Alabama 35216; Telephone (205) 824-7767 Facsimile (205) 824-7768 Email:ehoaglund@mhcilaw.com.

The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (InEx) Settlement, the Knauf Settlement and the Participating Suppliers, Builders and Installers and participating Insurers Settlement (Global Settlement).

_____
Homeowner      Jason Nabors

_____
Homeowner      Rhonda Nabors

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller, Esquire
Frilot, LLC
110 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

      RE:    Chinese Manufactured Drywall Products Liability Litigation MDL 2047
              Knauf Settlement Request for Opt-Out and Exclusion

Dear Messrs. Levin, Herman & Miller:

      I(We), Wayne and Virginia Nearing , purchased a home located at
1025 Kings Way, Birmingham AL 35242 . The home was constructed with drywall
manufactured by Knauf Plasterboard Tianjin"KPT." We are represented by W. Brian Collins at
Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203,
telephone: (205) 324-1834, facsimile: (205) 324-1846, e-mail: brian@collinshorsley.com.

      Please let this correspondence serve as notice of our decision to opt out of the KPT Class
Settlement that was announced on Dec. 9, 2011, currently pending before the Honorable Judge
Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District
Court. The undersigned hereby opts out and requests exclusion from the Knauf Settlement Class
in the Chinese Manufactured Drywall Products Liability Litigation MDL 2047.

Dated this the 27TH day of SEPTEMBER, 2012.

WAYNE NEARING
Print Name

                                        Signature

Virginia Nearing
Print Name

                                        Signature

*HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

Re:   *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Melvin Payne, individually and as father and next friend of Tyja Agnew, a minor, who currently reside at 865 Welworth Street, Mobile, Alabama 36610, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: _April 4, 2012_

_____
**MELVIN PAYNE**

_____
**MELVIN PAYNE, as father and next friend of TYJA AGNEW, a minor**

*HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

Re:     *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Mollie Payne Prim, individually and as mother and next friend of Tyangelo Cummings, a minor, and as guardian and next friend of Tyja Agnew, a minor, who currently reside at 865 Welworth Street, Mobile, Alabama 36610, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: ___3/27/2012___

_Mollie Payne Prim_
**MOLLIE PAYNE PRIM**

_Mollie Payne Prim_
**MOLLIE PAYNE PRIM, as mother and
next friend of TYANGELO CUMMINGS, a
minor, and as guardian and next friend of
TYJA AGNEW,  a minor**

*HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

### REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

Re:   *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Mollie Payne Prim, individually and as mother and next friend of Tyangelo Cummings, a minor, who currently reside at 865 Welworth Street, Mobile, Alabama 36610, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: _____3|27| 2012_____

_Mollie Payne Prim_                          _Mollie Payne Prim_
**MOLLIE PAYNE PRIM**                    **MOLLIE PAYNE PRIM, as mother and
next friend of TYANGELO CUMMINGS, a
minor**

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller, Esquire
Frilot, LLC
110 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

      RE:    Chinese Manufactured Drywall Products Liability Litigation MDL 2047
               Knauf Settlement Request for Opt-Out and Exclusion

Dear Messrs. Levin, Herman & Miller:

      I(We), __Sadanandam Penala & Neeraja Suram__, purchased a home located at __2364 Chalybe Trl, Hoover, Alabama, 35226__. The home was constructed with drywall manufactured by Knauf Plasterboard Tianjin "KPT." We are represented by W. Brian Collins at Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, telephone: (205) 324-1834, facsimile: (205) 324-1846, e-mail: brian@collinshorsley.com.

      Please let this correspondence serve as notice of our decision to opt out of the KPT Class Settlement that was announced on Dec. 9, 2011, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out and requests exclusion from the Knauf Settlement Class in the Chinese Manufactured Drywall Products Liability Litigation MDL 2047.

Dated this the __25th__ day of __September__, 2012.

__Sadanandam Penala__
Print Name

                          Signature

__NEERAJA SURAM__
Print Name

                          Signature

**BY EMAIL, OVERNIGHT MAIL, FIRST CLASS MAIL**
September 28, 2012

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
ALevin@lfsblaw.com

Russ M. Herman
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113
RHerman@hhklawfirm.com

Kerry Miller
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Kmiller@frilot.com

RE:    **Notice of Opt-Out of Settlement Agreement in MDL No. 2047 Regarding Claims Against the Knauf Defendants**

Dear Counsel:

Although Peninsula II Developers, Inc., the developer of the Peninsula II Condominium, does not believe it qualifies as a Class Member subject to the Settlement Agreement in MDL No. 2047 Regarding Knauf Defendants ("Settlement Agreement"), in an abundance of caution it has elected to follow the opt-out procedures set forth in the Settlement Agreement.

Peninsula II Developers, Inc. states as follows:

1.) Class Member Seeking to Opt-out:

Peninsula II Developers, Inc.
c/o Momentis Property Group
11900 Biscayne Blvd., Ste. 801
Miami, FL 33181

403660267v1

2.) The address of the property allegedly damaged by Chinese Drywall and/or the address of the property from which the Class Member alleges injurious exposure due to Chinese Drywall:

Peninsula II Condominium
3301 N.E. 183rd Street
Aventura, FL 33160

The Peninsula II Condominium is a 223-unit residential condominium project. Individual condominium units as well as common areas, including elevator lobbies, were damaged by Chinese Drywall. At present, 187 units are known to have been affected by Chinese Drywall, including the following:

| | | | | | |
|---|---|---|---|---|---|
| 302 | 807 | 1209 | 1801 | 2204 | 2605 |
| 401 | 809 | 1401 | 1802 | 2205 | 2606 |
| 407 | 901 | 1402 | 1803 | 2206 | 2607 |
| 501 | 902 | 1403 | 1804 | 2207 | 2608 |
| 502 | 903 | 1404 | 1805 | 2208 | 2609 |
| 503 | 904 | 1405 | 1806 | 2209 | 2701 |
| 504 | 905 | 1406 | 1807 | 2301 | 2703 |
| 505 | 906 | 1407 | 1808 | 2303 | 2704 |
| 506 | 907 | 1408 | 1809 | 2304 | 2705 |
| 507 | 908 | 1409 | 1903 | 2305 | 2706 |
| 508 | 909 | 1501 | 1904 | 2306 | 2707 |
| 509 | 1001 | 1503 | 1906 | 2307 | 2709 |
| 601 | 1003 | 1504 | 1907 | 2309 | 2801 |
| 603 | 1004 | 1505 | 1909 | 2401 | 2802 |
| 604 | 1005 | 1506 | 2001 | 2402 | 2803 |
| 605 | 1006 | 1507 | 2002 | 2403 | 2804 |
| 606 | 1007 | 1509 | 2003 | 2404 | 2805 |
| 607 | 1009 | 1601 | 2004 | 2405 | 2806 |
| 609 | 1101 | 1602 | 2005 | 2406 | 2807 |
| 701 | 1102 | 1603 | 2006 | 2407 | 2808 |
| 702 | 1103 | 1604 | 2007 | 2408 | 2809 |
| 703 | 1104 | 1605 | 2008 | 2409 | 3103 |
| 704 | 1105 | 1606 | 2009 | 2501 | |
| 705 | 1106 | 1607 | 2101 | 2503 | |
| 706 | 1107 | 1608 | 2103 | 2504 | |
| 707 | 1108 | 1609 | 2104 | 2505 | |
| 708 | 1109 | 1701 | 2105 | 2506 | |
| 709 | 1201 | 1703 | 2106 | 2507 | |
| 801 | 1203 | 1704 | 2107 | 2509 | |
| 803 | 1204 | 1705 | 2109 | 2601 | |
| 804 | 1205 | 1706 | 2201 | 2602 | |
| 805 | 1206 | 1707 | 2202 | 2603 | |
| 806 | 1207 | 1709 | 2203 | 2604 | |

403660267v1

3.) To the best of our knowledge, the builder of the Peninsula II Condominium is Gryphon Construction, LLC, the supplier/installer of drywall is Skyline Systems, Inc.; the supplier is Banner Supply Company.  Insurers for Gryphon Construction, LLC and Skyline Systems, Inc. are Westchester Fire Insurance Company and Landmark American Insurance Company.

On or about May 24, 2011 Peninsula II Developers, Inc.'s filed a lawsuit styled *Peninsula II Developers, Inc. v. Gryphon Construction LLC and Skyline Systems, Inc.*, Case No, 16038-CA-31 in the Circuit Court for the Eleventh Judicial Circuit in and For Miami-Dade County, Florida.   Peninsula II Developers, Inc. is also a party to *Peninsula II Developers, Inc. v. Westchester Fire Insurance Company*, Case No. 1:09-cv-23691-PAS in the district court for the Southern District of Florida. Peninsula II Developers, Inc. intends to continue pursuing these claims.

The undersigned, Peninsula II Developers, Inc., hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Sincerely,

Peninsula II Developers, Inc.

By: _____
Jeffrey Ramos
Executive Vice President

3

## REQUEST FOR EXCLUSION ("OPT OUT")
### KNAUF SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _Joseph_ _T_ _Pensabene_
      First         Middle         Last

Name: _PATRICIA_ _A_ _Pensabene_
      First         Middle         Last

Property Address: _12732 SW 26th Street_
                      Street Address

                     _Davie FL 33325_
                      City, State, Zip

Executed by _[signature]_     _April-18-2012_
          Signature             Date

Executed by _[signature]_     _4-18-12_
          Signature             Date

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Russ Herman, Esq.
       HERMAN, HERMAN, KATZ & COTLAR LLP
       820 O'Keefe Avenue
       New Orleans, LA 70113

       Kerry Miller, Esq.
       FRILOT LLC
       1100 Paydras Street, Suite 3700
       New Orleans, LA 70163

# Opt-Out Form

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Kerry Miller
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 3700
New ORLEANS, LA 70163

Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Eastern District of Louisiana
Opt Out Notice for Knauf in MDL 2047
*Payton, et. Al. v. Knauf GIPS KG, et.al. Case No.: 2:09-cv-07628*

Dear Counselors:

Pursuant to the Notice of Pendency of Proposed Settlement of Knauf Class Action (the Knauf Settlement Agreement), please consider this notice of my intention to **opt out** of the Knauf Settlement.  My address of the property damaged by the Chinese Drywall is:

46417 Hyacinth Ave., Baton Rouge, LA 70808

I understand that I **will not** be entitled to share in the benefits of this Knauf Settlement **nor** will I benefit or be bound by further orders or judgments in the litigation concerning the Knauf Settlement, if any. The undersigned hereby opts out of the Knauf Settlement Class in the Chinese Drywall Action

Mary Louise Pentecost        Mary L. Pentecost        9/27/12
Mary Louise Pentecost        Printed Name        Date

Thank you for your attention to this matter.  Please do not hesitate to contact us should you have any questions or concerns.

# HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

Re:     *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Charleen P. Perkins, a/k/a Charleen P. Henderson, individually and as mother and next friend of Chandrea J. Stewart, a minor, who currently reside at **2909 Billy Williams Drive, Whistler, Alabama 36612,** hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: _4/3/12_____

_Charleen Perkins_____
**CHARLEEN P. PERKINS, f/k/a**
**CHARLEEN P. HENDERSON**

_Charleen Perkins_____
**CHARLEEN P. PERKINS, f/k/a**
**CHARLEEN P. HENDERSON, individually**
**and as mother and next friend of**
**CHANDREA J. STEWART,  a minor**



September 28, 2012

**VIA CMRRR**
Mr. Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

**VIA CMRRR**
Mr. Russ M. Herman, Esq.
Herman, Herman & Katz, LLP[1]
820 O'Keefe Avenue
New Orleans, LA 70113

**VIA CMRRR**
Mr. Kerry J. Miller, Esq.
Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

      Re:    MDL No. 2047, *In re Chinese-Manufactured Drywall Litigation,*
United States District Court for the Eastern District of Louisiana: Notice of Opt-Out
of the Settlement Agreement Regarding Claims Against The Knauf Defendants
in MDL No. 2047

Dear Messrs. Levin, Herman and Miller:

      On behalf of Perry Homes, LLC and Perry Homes, a Joint Venture (collectively, "Perry Homes"), the undersigned hereby opts out from the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 (the "Settlement Agreement").[2]  The

---

[1]    The preliminary approval order identifies Mr. Herman's firm as "Herman, Herman, Katz & Cotlar," but it is my understanding the firm's current name is Herman, Herman & Katz.

[2]    This opt-out notice is sent to the extent that any of Perry Homes' claims, as described in this letter, qualify Perry Homes as a Class Member under the Settlement Agreement.  By sending this notice of opt-out, Perry Homes is not conceding that any of its claims qualifies Perry Homes as a Class Member under the Settlement (cont'd.)

1228796.2

Settlement Agreement had an original Execution date of December 20, 2011, but a revised agreement was filed with the Court on August 13, 2012 (D.I. 15742-2 in Case No. 2:09-md-02047-EEF-JCW). Perry Homes, LLC, is the successor-in-interest to Perry Homes, a Joint Venture. The physical address for Perry Homes, LLC, is 9000 Gulf Freeway, Houston, Texas 77017. The mailing address for Perry Homes, LLC, is P.O. Box 34306, Houston, Texas 77234. The same physical and mailing addresses applies to Perry Homes, a Joint Venture, at the time Perry Homes, LLC, succeeded to its interests.

Perry Homes is opting out of the Settlement Agreement in two respects. First, Perry Homes is opting out for any and all claims it may have against the Released Parties directly, including, but not limited to, claims for contribution, indemnification and subrogation. This includes all known and unknown claims which Perry Homes now has or may have, and includes, but is not limited to, any and all claims arising from or related to the subsequent discovery of KPT Chinese Drywall (as that term is defined in Section 1.26 of the Settlement Agreement) after the date of this notice in any home built by Perry Homes. Second, Perry Homes is the assignee of all claims, except personal injury claims, of thirteen homeowners whose homes were built by Perry Homes in 2006. Those homes contained, at least in part, Knauf Tianjin ("KPT") drywall board. The names of those homeowners and the addresses of their affected homes are identified in the spreadsheet enclosed herewith as Exhibit "A." These are the only addresses of Perry Homes properties known to contain KPT drywall board at this time. However, Interior/Exterior Building Supply LP provided a more extensive list of additional homes that may have received KPT board. The names of the homeowners for those homes and their potentially affected addresses is enclosed herewith as Exhibit "B." To the best of Perry Homes' knowledge, none of the homes on Exhibit "B" have been determined to contain reactive KPT drywall board, except for any addresses on Exhibit "B" that are duplicative of the addresses on Exhibit "A."

To the best of Perry Homes' knowledge: (1) the purchaser and installer of the drywall board in the thirteen homes identified on Exhibit "A" was Aurora Commercial Construction Inc.; Joseph A. Morris II d/b/a Aurora Commercial Construction; and/or Deborah Morris d/b/a Aurora Commercial Construction; (2) the domestic supplier of the drywall board in the thirteen homes identified on Exhibit "A" was Interior/Exterior Building Supply LP; and (3) the manufacturer of

---

Agreement. Perry Homes had not filed a lawsuit in the Litigation as of December 9, 2011. Perry Homes is aware of only two homeowners that are named plaintiffs in the Omnibus X Class Action filed June 8, 2011 – Baldwin and Shelley Frank (#291) and Brenton Underwood (#352). Perry Homes has settled with these homeowners and the homeowners have assigned all claims except personal injury claims to Perry Homes, as more fully set forth in this notice. Additionally, this notice is timely post-marked in accordance with Paragraph 2 of the Court's Order (1) Setting Consolidated Fairness Hearing, (2) Establishing Coordinated Opt Out, Objection and Briefing Deadlines and (3) Entering Litigation Stay in Favor of Settling Parties (D.I. 14566 in 2:09-md-02047-EEF-JCW), and provides all information required therein.

1228796.2

the reactive drywall installed in the thirteen homes identified on Exhibit "A" was Knauf. The insurers for each of these parties, to the best of Perry Homes' knowledge, are identified below.

To the best of Perry Homes' knowledge: (1) the purchasers and installers of the drywall board in the homes identified on Exhibit "B" are Aurora Commercial Construction Inc.; Joseph A. Morris II d/b/a Aurora Commercial Construction; Deborah Morris d/b/a Aurora Commercial Construction; Jurischk Brothers Drywall; and/or R.H. Hernandez; (2) the domestic supplier of the drywall board in the homes on Exhibit "B" was Interior/Exterior Building Supply LP; and (3) the manufacturer of the drywall installed in the homes on Exhibit "B" is unknown (except to the extent any of the homes on Exhibit "B" are duplicative of the homes on Exhibit "A").

Based on the Interior/Exterior Settlement Agreement, Perry Homes believes the only insurers of Interior/Exterior Building Supply LP are Arch Insurance Company, Liberty Mutual Fire Insurance Company, and North River Insurance Company. Upon information and belief, the insurers for Aurora Commercial Construction, Inc., Joseph A. Morris II d/b/a Aurora Commercial Construction, and Deborah Morris d/b/a Aurora Commercial Construction are Catlin Specialty Insurance Company, Continental Western Insurance Company, and Union Standard Lloyd's Insurance Company. Perry Homes has no knowledge of whether any of the claims arising from, or relating to the purchase, supply, and installation of KPT drywall board are covered by any of the insured's policies with the respective insurers.

To the best of Perry Homes' knowledge, it intends to pursue claims against Aurora Commercial Construction, Inc. (a Participating Defendant in the Settlement Agreement); Joseph A. Morris II d/b/a Aurora Commercial Construction; Deborah Morris d/b/a Aurora Commercial Construction; Interior/Exterior Building Supply LP; Interior/Exterior Enterprises, LLC; Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf Insulation GmbH; Knauf UK GmbH; Knauf AMF GMBH & Co. KG; Knauf Do Brasil Ltd.; PT Knauf Gypsum Indonesia; Knauf Gips KG; Knauf Plasterboard (Tianjin) Co., Ltd.; Knauf Plasterboard (Wuhu), Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd. ("Knauf") Perry Homes is not aware of any insurers for any of the Knauf entities. To the extent Perry Homes is an additional insured under any insurance policy issued by these parties' insurers, including, but not limited to, the insurers identified above to the best of Perry Homes' knowledge, or to the extent Perry Homes would have rights under the Texas Insurance Code against any insurer as a third-party claimant, Perry Homes intends to pursue such claims.

If any homes on Exhibit "B" are subsequently determined to contain reactive Chinese Drywall, Perry Homes intends to purchase claims against the parties in the supply chain relating to those homes, which would include, but not be limited to, the parties identified above as well as possibly Jurischk Brothers Drywall and/or R.H. Hernandez. To the best of Perry Homes' knowledge, R.H. Hernandez's insurers are Republic Vanguard and Hartford Insurance Company. To the best of Perry Homes' knowledge, Jurischk Brothers Drywall's insurers are Evanston

1228796.2

Ins./HUL, Texas Mutual Insurance Company, Phoenix Ins. Co./TRV, St. Paul Travelers Insurance Company, American States Insurance/Safeco, and Acadia Insurance Company/USIC. To the extent Perry Homes is an additional insured under any insurance policy issued by these parties' insurers, including, but not limited to, the insurers identified above to the best of Perry Homes' knowledge, or to the extent Perry Homes would have rights under the Texas Insurance Code against any insurer as a third-party claimant, Perry Homes intends to pursue such claims.

The list above should not be considered exhaustive, but merely identifies those parties known to Perry Homes at this time. By identifying these parties to the best of its knowledge, Perry Homes is not waiving its rights to assert claims against other parties based on information that subsequently becomes available.

Should you have any questions concerning this opt-out notice, please direct them to our outside counsel, Drew York of Looper Reed & McGraw, P.C., at 1601 Elm Street, Suite 4600, Dallas, Texas 75201, (214) 237-6361, or dyork@lrmlaw.com.

Sincerely,

PERRY HOMES

Michael C. Brisch
General Counsel

1228796.2

**Perry Homes, LLC, Properties Confirmed to Contain Reactive KPT Chinese Drywall**

| Street Address | City, State and Zip Code | Homeowner(s) |
|---|---|---|
| 26819 Shoal Hollow Court | Cypress, Texas 77433 | David and Doris Detweiler |
| 11510 Carson Field Lane | Cypress, Texas 77433 | John and Kellie Tolarski |
| 4823 Mosaic Canyon Court | Humble, Texas 77396 | Mr. & Mrs. Malcolm Frank |
| 12930 Redbud Shores Lane | Houston, Texas 77044 | Ms. Margaret Cotrone |
| 16002 Maple Shores Drive | Houston, Texas 77044 | Mr. & Mrs. Brenton Underwood |
| 15927 Chart House Court | Houston, Texas 77044 | Mr. and Mrs. Tim Sanders |
| 14907 Barton Grove Lane | Humble, Texas 77396 | Ms. Joanna Lewis |
| 14718 Fountain Stone Lane | Humble, Texas 77396 | Ms. Jefferson Bullock |
| 9418 Bearden Creek Lane | Humble, Texas 77396 | Mr. Cam Lu |
| 25738 Beckham Springs Court | Spring, Texas 77373 | Mr. and Mrs. Sergio Lemus |
| 27645 Fairhope Meadow Lane | Kingwood, Texas 77339 | Ms. Susan Williams |
| 518 Summer Trace Lane | Richmond, Texas 77469 | Robert Svoboda and Marciela Navarro |
| 2715 Misty River Lane | Richmond, Texas 77469 | Mr. Stanley Tomlinson |

**EXHIBIT "A"**

EXHIBIT B

| STREET ADDRESS | CITY, STATE, ZIP CODE | BUYER NAME |
|---|---|---|
| 4823 MOSAIC CANYON COURT | HUMBLE, TX 77396 | Mr. & Mrs. Malcolm Frank |
| 4802 PARK SQUARE LANE | HUMBLE, TX 77396 | Mr. & Mrs. Donald Williams |
| 9315 CATTAIL GATE COURT | HUMBLE, TX 77396 | Mr. Juan Alvarado |
| 4810 PARK SQUARE LANE | HUMBLE, TX 77396 | Mr. & Mrs. John Butler |
| 4430 PALESTINE COVE LANE | HUMBLE, TX 77396 | Ms. Nelma Jones |
| 9415 BLACK TOOTH WAY | HUMBLE, TX 77396 | Mr. Chris Hines |
| 9447 BLACK TOOTH WAY | HUMBLE, TX 77396 | Mr. Desmond Lee |
| 4806 PARK SQUARE LANE | HUMBLE, TX 77396 | Ms. Lizzie Richmond |
| 9214 DUNE GATE COURT | HUMBLE, TX 77396 | Mr. & Mrs. Enrique Uballe |
| 9318 REFLECTIONS PATH WAY | HUMBLE, TX 77396 | Ms. Laurie Tambellini |
| 4519 EARLY AUTUMN COURT | HUMBLE, TX 77396 | Ms. Crystal Sanchez |
| 9138 RED CASTLE LANE | HUMBLE, TX 77396 | Ms. Kate Edwards |
| 4319 GRANITE PARK WAY | HUMBLE, TX 77396 | Mr. Walter Moreham |
| 4434 SUNLIT PASS LOOP | HUMBLE, TX 77396 | Mr. Michael Knoeller |
| 9130 RED CASTLE LANE | HUMBLE, TX 77396 | B. Jackson |
| 9230 RED CASTLE LANE | HUMBLE, TX 77396 | Ms. Margarita Argueta |
| 422 COLCHESTER LANE | LEAGUE CITY, TX 77573 | Mr. & Mrs. Kenneth Nelson |
| 9827 GLASCOW GREEN | HOUSTON, TX 77089 | Mr. & Mrs. J.C. Siby |
| 9811 KIMBERLY LANE | HOUSTON, TX 77089 | Ms. Shirley Baln |
| 12519 MELLVILLE DRIVE | HOUSTON, TX 77089 | Owner |
| 10030 LOCH COURTNEY LANE | HOUSTON, TX 77089 | Mr. & Mrs. John Monnat |
| 12514 MELLVILLE DRIVE | HOUSTON, TX 77089 | Ms. Monet Thomas |
| 12510 MOUNT ANDREW | HOUSTON, TX 77089 | Mr. Dao Huynh |
| 709 LAUGHING GULL | TEXAS CITY, TX 77590 | Mr. & Mrs. Kenneth Mills |
| 2211 CAMBRIDGE SHORES LANE | PEARLAND, TX 77584 | Mr. Rodney Quindoy |
| 2207 CAMBRIDGE SHORES LANE | PEARLAND, TX 77584 | Mr. & Mrs. Joseph Hagan |
| 13007 MISTY BAY LANE | PEARLAND, TX 77584 | Mr. & Mrs. Ron Charles |
| 2512 ROCK SHOALS WAY | PEARLAND, TX 77584 | Mr. & Mrs. Alphonse Karlampally |
| 3004 AUBURN CREEK LANE | LEAGUE CITY, TX 77573 | Mr. & Mrs. Scott Cady |
| 3 GARDEN GROVE DRIVE | MANVEL, TX 77578 | Ms. Daneille Watkins |
| 5 GARDEN GROVE DRIVE | MANVEL, TX 77578 | C. Hodge |
| 29 PALM DESERT DRIVE | MANVEL, TX 77578 | Mr. Bradley Porche |
| 3118 RICHARD LANE | FRIENDSWOOD, TX 77546 | Mr. Daniel Phelps |
| 3234 PRINCE GEORGE DRIVE | FRIENDSWOOD, TX 77546 | Mr. Sirous Rasti |
| 3104 RICHARD LANE | FRIENDSWOOD, TX 77546 | Mr. & Mrs. Elvester Benson |
| 7106 TURTLE MANOR DRIVE | HUMBLE, TX 77346 | Mr. & Mrs. Craig Parham |
| 7022 TURTLE MANOR DRIVE | HUMBLE, TX 77346 | Mr. Tien Troung & Ms. Nguyen |
| 7018 TURTLE MANOR DRIVE | HUMBLE, TX 77346 | Mr. Nelson Flores |
| 7102 TURTLE MANOR DRIVE | HUMBLE, TX 77346 | Mr. Chris O'Dell |
| 14426 WILDWOOD SPRINGS LANE | HOUSTON, TX 77044 | Mr. Sean Gerard |
| 14511 QUIET SUMMER LANE | HOUSTON, TX 77044 | Mr. Joseph Carrier |
| 14522 WILDWOOD SPRINGS LANE | HOUSTON, TX 77044 | Mr. Jacinto Guerrero, Jr. |
| 14507 QUIET SUMMER LANE | HOUSTON, TX 77044 | Mr. & Mrs. James Fenney |
| 13506 SAND MOUNTAIN LANE | HOUSTON, TX 77044 | Ms. Janet Stephens |
| 13506 WILDWOOD SPRINGS COURT | HOUSTON, TX 77044 | Mr. & Mrs. Elvin Collier |
| 13503 SAND MOUNTAIN LANE | HOUSTON, TX 77044 | Mr. Randyhal Pham |
| 14403 QUIET SUMMER LANE | HOUSTON, TX 77044 | Mrs. Monica Crump Baldridge |
| 12903 REDBUD SHORES LANE | HOUSTON, TX 77044 | Ms. Candace Crawford-Cisco |
| 12907 REDBUD SHORES LANE | HOUSTON, TX 77044 | Mr. Jack Bass |
| 12923 REDBUD SHORES LANE | HOUSTON, TX 77044 | Mr. William Hamilton |
| 12930 REDBUD SHORES LANE | HOUSTON, TX 77044 | Ms. Margaret Burke Cotrone |
| 12910 REDBUD SHORES LANE | HOUSTON, TX 77044 | Mr. & Mrs. Antwan Jones |
| 12810 MAINSTAY PLACE LANE | HOUSTON, TX 77044 | Ms. Susan Gerhardt |
| 15814 SHORELINE TERRACE DRIVE | HOUSTON, TX 77044 | Mr. Julio Valladares |
| 12818 MAINSTAY PLACE LANE | HOUSTON, TX 77044 | Mr. Jerry Haygood, Jr. |
| 15910 LOST ANCHOR WAY LANE | HOUSTON, TX 77044 | Mr. Jeffrey Ballard |
| 15823 MOSSY SHORES COURT | HOUSTON, TX 77044 | Mr. Omar Ramirez |
| 15814 FINWOOD LANE | HOUSTON, TX 77044 | Ms. Lauren Oberleas |
| 15818 FINWOOD LANE | HOUSTON, TX 77044 | Mr. & Mrs. James Carsner |
| 13315 LAKE EXCURSION COURT | HOUSTON, TX 77044 | Ms. Terry Candice |
| 16002 MAPLE SHORES DRIVE (M) | HOUSTON, TX 77044 | Mr. Brenton Underwood |
| 15927 CHART HOUSE COURT | HOUSTON, TX 77044 | Mr. & Mrs. Tim Sanders |
| 13707 ELM SHORES DRIVE | HOUSTON, TX 77044 | Mrs. Michelle Wilson |
| 14903 BARTON GROVE LANE | HUMBLE, TX 77396 | Mr. Robert Renfro |
| 14923 BARTON GROVE LANE | HUMBLE, TX 77396 | Mr. Walter Broussard, Jr. |
| 14607 BARTON GROVE LANE | HUMBLE, TX 77396 | Ms. Joanna Lewis |
| 14718 FOUNTAIN STONE LANE | HUMBLE, TX 77396 | Mr. Jefferson Bullock |
| 14931 BARTON GROVE LANE | HUMBLE, TX 77396 | Mr. Guy Guidry |
| 9418 BEARDEN CREEK LANE | HUMBLE, TX 77396 | Mr. Cam Lu |
| 9514 GARNET FALLS LANE | HUMBLE, TX 77396 | Mr. Paul Montgomery |
| 9423 BEARDEN CREEK LANE | HUMBLE, TX 77396 | Mr. & Mrs. Paul Elvis |
| 11823 RAINBOW BRIDGE LANE | HUMBLE, TX 77396 | Mr. & Mrs. James Maybin |
| 17618 SEQUOIA VIEW LANE | HUMBLE, TX 77396 | Mr. Ollie Veloso |
| 12310 GRAND PORTAGE LANE | HUMBLE, TX 77396 | Mr. & Mrs. Hector Garza |
| 17226 KOBUK VALLEY CIRCLE | HUMBLE, TX 77396 | Mr. Winfield Clarke |
| 11510 CARSON FIELD LANE | CYPRESS, TX 77433 | Mr. & Mrs. John Tolarski |
| 26819 SHOAL HOLLOW COURT | CYPRESS, TX 77433 | Mr. & Mrs. David Detweiler |
| 25738 BECKHAM SPRINGS COURT | SPRING, TX 77373 | Mr. & Mrs. Sergio Lemus |
| 25822 AUSTIN SPRINGS | SPRING, TX 77373 | Mr. Randall Allen |
| 607 COLORADO SPRINGS COURT | SPRING, TX 77373 | Mr. Patrick Meehan |
| 18502 PARTNERS VOICE DRIVE | CYPRESS, TX 77433 | Mrs. Jill Crauder-Martinez |
| 18522 PARTNERS VOICE DRIVE | CYPRESS, TX 77433 | Ms. Donna Schmidt |
| 12107 E COLONY SHORE DRIVE | CYPRESS, TX 77433 | Mr. Robert Guthrie |
| 12218 W COLONY SHORE DRIVE | CYPRESS, TX 77433 | Mr. Joseph Tischner |
| 18622 GAIL SHORE DRIVE | CYPRESS, TX 77433 | Ms. Penelope Harris |
| 18626 GAIL SHORE DRIVE | CYPRESS, TX 77433 | Mr. Nathaniel Burleson, Jr. |
| 26894 SQUIRES PARK DRIVE | KINGWOOD, TX 77339 | Mr. Fred Ganjehel |
| 26879 TREASURES RIDGE DRIVE | KINGWOOD, TX 77339 | Mr. Christopher Webb |
| 26878 TREASURES RIDGE DRIVE | KINGWOOD, TX 77339 | Mr. Andres Rodriguez |
| 27645 FAIRHOPE MEADOW LANE | KINGWOOD, TX 77339 | Ms. Susan Williams |
| 27616 FAIRHOPE MEADOW LANE | KINGWOOD, TX 77339 | Mr. Steven Case |
| 26919 ROYAL TIMBERS DRIVE | KINGWOOD, TX 77339 | Mr. Larry Wiswell |
| 26886 SQUIRES PARK DRIVE | KINGWOOD, TX 77339 | Mr. John Jones |
| 26880 MANOR FALLS DRIVE | KINGWOOD, TX 77339 | Mr. Frank Williams |
| 22021 RYE HOLLOW LANE | KINGWOOD, TX 77339 | Mr. Jason Kirchner |
| 9435 BORDEN BLUFF LANE | HOUSTON, TX 77095 | Ms. Angela Wyka |
| 17602 BURKHART RIDGE DRIVE | HOUSTON, TX 77095 | Mr. Stuart Stradford |
| 9615 WAKEFIELD VILLAGE DRIVE | HOUSTON, TX 77095 | Mr. Phuong Pham |

| | | |
|---|---|---|
| 9619 WAKEFIELD VILLAGE DRIVE | HOUSTON, TX 77095 | Ms. Charlotte Williams |
| 9410 BORDEN BLUFF LANE | HOUSTON, TX 77095 | Mr. & Mrs. Jesus Contreras |
| 17510 BENDING POST DRIVE | HOUSTON, TX 77095 | Mr. & Mrs. Ramon Zaragoza |
| 6126 STILSON BRANCH LANE | HOUSTON, TX 77092 | Mr. Joseph Villarreal |
| 6103 FULTON MEADOWS LANE | HOUSTON, TX 77092 | Mr. Jesus Garcia |
| 6103 TENTON PARK LANE | HOUSTON, TX 77092 | Ms. Britni Armstrong |
| 6103 GILMAN TRACE LANE | HOUSTON, TX 77092 | Ms. Elizabeth Solomon |
| 6118 LYNWOOD BANKS LANE | HOUSTON, TX 77092 | Mr. David Petty & Ms. Laura Colley |
| 6119 LYNWOOD BANKS LANE | HOUSTON, TX 77092 | Mr. Brian Vincent |
| 6030 STILSON BRANCH LANE | HOUSTON, TX 77092 | Mr. Robert Schulte |
| 6110 TENTON PARK LANE | HOUSTON, TX 77092 | Ms. Amanda Kirkham |
| 6123 TENTON PARK LANE | HOUSTON, TX 77092 | Mr. Henry Passye, Jr. |
| 6119 TENTON PARK LANE | HOUSTON, TX 77092 | Mr. Carl Holley, Jr. |
| 6118 TENTON PARK LANE | HOUSTON, TX 77092 | Ms. Barbette Brown |
| 6122 TENTON PARK LANE | HOUSTON, TX 77092 | Mr. Salvatore Carbonaro |
| 518 SUMMER TRACE LANE | RICHMOND, TX 77469 | Ms. Robert Svoboda |
| 2715 MISTY RIVER LANE | RICHMOND, TX 77469 | Mr. & Mrs. Stanley Tomlinson |
| 5514 WAGON WHEEL LANE | ROSENBERG, TX 77471 | Mr. & Mrs. Gregory Setzer |
| 2618 DIAMOND RIVER DRIVE | ROSENBERG, TX 77471 | Mr. & Mrs. Joe Sebesta |
| 5515 CUNNINGHAM LANE | ROSENBERG, TX 77471 | Mr. Herbert Martin, Jr. |
| 5606 WAGON WHEEL LANE | ROSENBERG, TX 77471 | Ms. Marta Alves |
| 2622 DIAMOND RIVER DRIVE | ROSENBERG, TX 77471 | Ms. Belinda Hughes |
| 2619 WINNER'S COURT | ROSENBERG, TX 77471 | Mr. & Mrs. Steven Saltsman |
| 2615 WINNER'S COURT | ROSENBERG, TX 77471 | Mr. Rumaldo Garcia. Jr. |
| 5618 WAGON WHEEL LANE | ROSENBERG, TX 77471 | Mr. Eddie Smith |
| 5507 CUNNINGHAM LANE | ROSENBERG, TX 77471 | Mr. Daniel Hunsaker |
| 5506 WAGON WHEEL LANE | ROSENBERG, TX 77471 | Mr. & Mrs. Kenneth Woodruff, Jr. |
| 2502 SILVERTON BEND | KATY, TX 77449 | Mr. Roberto Lira |
| 5506 WALNUT GLEN LANE | KATY, TX 77449 | Ms. Shantel Taylor |
| 5607 WAGON WHEEL LANE | KATY, TX 77449 | Mr. & Mrs. Johnathan Meshel |
| 21014 WILDBROOK CANYON COURT | KATY, TX 77449 | Ms. Melissa West |
| 2103 CASTLE GARDENS LANE | KATY, TX 77449 | Ms. Janelle Henderson |
| 2107 CASTLE GARDENS LANE | KATY, TX 77449 | Mr. Monroe |
| 2006 VANDERWILT LANE | KATY, TX 77449 | Ms. Tanya Monroe |
| 20931 BARBONS HEATH COURT | KATY, TX 77449 | Yu Lin Wen |
| 2014 WILDBROOK CANYON LANE | KATY, TX 77449 | Ms. Patricia Hammond |
| 2010 WILDBROOK CANYON LANE | KATY, TX 77449 | Mr. Randal Penney |
| 20942 HAMLET RIDGE LANE | KATY, TX 77449 | Mr. Omar Luna |
| 2207 CASTLE GARDENS LANE | KATY, TX 77449 | Madison Lowe |
| 2102 CASTLE GARDENS LANE | KATY, TX 77449 | Ms. Teresa Gutierrez |
| 2110 PINECREEK PASS LANE | KATY, TX 77449 | Mr. Keith Gonzalez |
| 2106 PINECREEK PASS LANE | KATY, TX 77449 | Ms. Phan Phuong |
| 2114 SHERBROOK PARK LANE | KATY, TX 77449 | Mr. Denny Nguyen |
| 7118 PETTIGREW DRIVE | SUGAR LAND, TX 77479 | Mr. Richard Hughes |
| 1607E WEST DALLAS STREET | HOUSTON, TX 77019 | Mr. Andre De Melo |
| 1605A WEST DALLAS STREET | HOUSTON, TX 77019 | Mr. A. Nigan |
| 1605B WEST DALLAS STREET | HOUSTON, TX 77019 | Ms. K. Miller |
| 1605C WEST DALLAS STREET | HOUSTON, TX 77019 | Mr. Zhiyong Liu |
| 1605D WEST DALLAS STREET | HOUSTON, TX 77019 | Ms. Sarah Crabb |
| 2302 BASTROP STREET | HOUSTON, TX 77004 | Mr. & Mrs. Mark Jordan |
| 2306 BASTROP STREET | HOUSTON, TX 77004 | Ms. Desni Termin |
| 2304 BASTROP STREET | HOUSTON, TX 77004 | Mr. & Mrs. Kofi Gyimah |
| 1611A FRANCIS STREET | HOUSTON, TX 77004 | Mr. & Mrs. Thomas Rhodes Marion |
| 1611B FRANCIS STREET | HOUSTON, TX 77004 | Ms. Mindy Ko |
| 1611C FRANCIS STREET | HOUSTON, TX 77004 | Mr. Chin Tan |

# REQUEST FOR EXCLUSION ("OPT OUT")
## KNAUF SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _DERRICK   SCOTT   PETERSON_
      First        Middle      Last

Name: _ROBIN   JOY   PETERSON_
      First        Middle      Last

Address: _518 S.W. CALIFORNIA AVE_
      Street Address

_STUART   FL   34994_
      City, State, Zip

Executed by _____ _9/23/12_
      Signature                 Date

Executed by _____ _9/23/12_
      Signature                 Date

To:    Arnold Levin
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Todd R. Ehrenreich
        WEINBERG WHEELER HUDGINS GUNN & DIAL
        2601 South Bayshore Drive, Suite 1500
        Miami, FL 33133

        Michael P. Peterson
        PETERSON & ESPINO, P.A.
        10631 S.W. 88th Street, Suite 220
        Miami, FL 33186

4 April, 2012

**Settlement Class Council**
**Arnold Levin**
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

**RE: MDL NO. 2047 / SECTION: L – United States District Court, Eastern District of Louisiana**

As per stated in Document 12061-28, Filed 12/20/11 and per stated in Document 12138-1, Filed 01/10/12, I provide the below information and statements.

**The undersigned hereby opt out of the Knauf Settlement Class in the Chinese Drywall Action.**

Persons exercising their OPT-OUT rights:
**Andrew Benson Pipkin** and **Valerie Kilgore Pipkin**

Address of Affected Property:
**415 Surtees Street; Fairhope, AL 36532 / LOT 56 of Sedgefield Subdivision**

By signing below, we hereby exercise our right to OPT-OUT of the proposed settlement as associated with the Knauf Settlement Class in the Chinese Drywall Action. In doing so, we recognize that we will not be entitled to share in the benefits of this settlement nor will we benefit or be bound by further orders or judgments in the Litigation concerning the Knauf Settlement, if any.

Sincerely,

_____  4 April 2012            _____  4/4/2012
**Andrew B. Pipkin**          **Date**                    **Valerie K. Pipkin**          **Date**

CC:

**Russ M. Herman**
**Herman, Herman, Katz & Cotlar, LLP**
820 O'Keefe Avenue
New Orleans, LA 70113

**Knauf Defendants' Counsel**
**Kerry Miller**
Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

## KNAUF SETTLEMENT OPT-OUT NOTICE

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Craig Pisaris-Henderson
14134 Reflection Lakes Drive
Fort Myers, Florida 33907

Address of Affected Property:
12720 Terabella Way
Fort Myers, Florida 33912

| | |
|---|---|
| Builder: | Douglas B. Francis and Douglas B. Francis, Inc. |
| Installer: | DeLaCruz Drywall Plastering & Stucco, Inc. |
| Supplier: | Banner Supply Company Fort Myers LLC |
| Distributor: | La Suprema Enterprise, Inc. |
| Distributor: | La Suprema Trading, Inc. |
| Manufacturer: | Knauf Plasterboard Tianjin Co., LTD |

Craig Pisaris-Henderson                                                    Date   9/23/12

## KNAUF SETTLEMENT OPT-OUT NOTICE

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Kelly Henderson
6909 Erin Marie Court
Fort Myers, Florida 33919

Address of Affected Property:
12720 Terabella Way
Fort Myers, Florida 33912

| | |
|---|---|
| Builder: | Douglas B. Francis and Douglas B. Francis, Inc. |
| Installer: | DeLaCruz Drywall Plastering & Stucco, Inc. |
| Supplier: | Banner Supply Company Fort Myers LLC |
| Distributor: | La Suprema Enterprise, Inc. |
| Distributor: | La Suprema Trading, Inc. |
| Manufacturer: | Knauf Plasterboard Tianjin Co., LTD |

_Kelly Henderson_
Kelly Henderson

_9/24/12_
Date

## *LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

### REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

Re:   *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Deborah Porcher, individually and as mother and next friend of Khrysaunda Lett and Christopher Lett, minors, who currently reside at 510 Sergeant Harrison Brown Street, Prichard, Alabama 36610, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: _A/l 4, 202_

_For Deborah Porch_                     _For Deborah Porch_

_____        _____
**DEBORAH PORCHER**                 **DEBORAH PORCHER, as mother and next
                                     friend of KHRYSHAUNDA LETT and
                                     CHRISTOHER LETT**

*HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

*Re:*     *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Natalia Pruitt, individually and as mother and next friend of Christopher Douglas and Christi Douglas, minors, who currently resides at 7380 Hitt Road, Apartment 807, Mobile, Alabama 36695, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

**DATE:** *April 4, 2012*

*For Natalia Pruitt*
—————————————
NATALIA PRUITT

*For Natalia Douglas*
—————————————
NATALIA PRUITT, as mother and next
friend of CHRISTOPHER DOUGLAS and
CHRISTI DOUGLAS, minors

*HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

> *Re:*   *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Yolanda Pruitt, individually and as mother and next friend of Spencer White, a minor, who currently resides at 7380 Hitt Road, Apartment 807, Mobile, Alabama 36695, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: ___4/5/12_____

_Yolanda Pruitt_____
**YOLANDA PRUITT**

_Yolanda Pruitt_____
**YOLANDA PRUITT, as mother and next friend of SPENCER WHITE, a minor**

# LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

### REQUEST FOR EXCLUSION

Arnold Levin, Esquire                        Kerry L. Miller, Esquire
**Levin, Fishbein, Sedran & Berman**          **Frilot, L.L.C.**
510 Walnut Street, Suite 500                 1100 Poydras Street, Suite 3700
Philadelphia, Pennsylvania 19106             New Orleans, Louisiana 70163

> *Re:*   *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Charles Pugh and Jessica Pugh, individually who currently resides at 822 Marsha S. Ratchford Street, Prichard, Alabama 36610, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: 4-4-12

CHARLES PUGH                              JESSICA PUGH

# LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

      *Re:*    *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Jackendrick Holmes, who currently resides at 822 Marsha S. Ratchford Street, Prichard, Alabama 36610, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: 4-3-12

JACKENDRICK HOLMES

*LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

> Re: *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Kaylin Holmes, who currently resides at 822 Marsha S. Ratchford Street, Prichard, Alabama 36610, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: 4-4-12

Kaylin Holmes
**KAYLIN HOLMES**

## Opt-Out Form

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Kerry Miller
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 3700
New ORLEANS, LA 70163

Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Eastern District of Louisiana
Opt Out Notice for Knauf in MDL 2047
*Payton, et. Al. v. Knauf GIPS KG, et.al. Case No.: 2:09-cv-07628*

Dear Counselors:

Pursuant to the Notice of Pendency of Proposed Settlement of Knauf Class Action (the Knauf Settlement Agreement), please consider this notice of my intention to **opt out** of the Knauf Settlement.  My address of the property damaged by the Chinese Drywall is:

31650 Tickfaw Acre Road, Holden, LA 70744

I understand that I **will not** be entitled to share in the benefits of this Knauf Settlement **nor** will I benefit or be bound by further orders or judgments in the litigation concerning the Knauf Settlement, if any. The undersigned hereby opts out of the Knauf Settlement Class in the Chinese Drywall Action

| | | |
|---|---|---|
| *(signature)* | Randy D. Raborn | 9-28-12 |
| Randy Raborn | Printed Name | Date |
| *(signature)* | Pamela Raborn | 9.28.12 |
| Pamela Raborn | Printed Name | Date |

Thank you for your attention to this matter.  Please do not hesitate to contact us should you have any questions or concerns.

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller, Esquire
Frilot, LLC
110 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

> RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
>       Knauf Settlement Request for Opt-Out and Exclusion

Dear Messrs. Levin, Herman & Miller:

    I(We), _Frank & Rosalind Ranelli_, purchased a home located at _2412 Arbor Glenn Bham Al_ The home was constructed with drywall manufactured by Knauf Plasterboard Tianjin"KPT." We are represented by W. Brian Collins at Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, telephone: (205) 324-1834, facsimile: (205) 324-1846, e-mail: brian@collinshorsley.com.

    Please let this correspondence serve as notice of our decision to opt out of the KPT Class Settlement that was announced on Dec. 9, 2011, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out and requests exclusion from the Knauf Settlement Class in the Chinese Manufactured Drywall Products Liability Litigation MDL 2047.

Dated this the _25th_ day of _September_, 2012.

_FRANK J. RANELLI_
Print Name

_Signature_

_Rosalind G. Ranelli_
Print Name

_Signature_

# PAXTON & SMITH P.A.

ATTORNEYS AT LAW
BARRISTERS BUILDING, SUITE 500
1615 FORUM PLACE
WEST PALM BEACH, FLORIDA 33401
TELEPHONE: 561-684-2121
FACSIMILE: 561-684-6855

MARK C. CHARTER*
THOMAS B. MILLER**
MICHELE I. NELSON
CLARK W. SMITH

MICHAEL B. DAVIS, OF COUNSEL

E-MAIL: MIN@paxsmith.com

*ALSO ADMITTED IN MICHIGAN
**ALSO ADMITTED IN ALABAMA

RALPH B. PAXTON (1923-2009)
MORGAN S. BRAGG (RETIRED)

WWW.PAXSMITH.COM

September 28, 2012

Arnold Levin, Esq.
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esq
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esq.
STONE PIGMAN WALTHER WITTMAN, LLC
546 Carondelet Street
New Orleans, LA 70130

Russ Herman
HERMAN HERMAN KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Knauf Defendants' Counsel
Kerry Miller
FRILOT LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

RE:   **Banner and Knauf Class Action Settlement Opt Out Notice**

Dear Counsel:

Please accept this letter, and the enclosed Request for Exclusion ("Out Out"), as formal notice that our clients, Regency Homes, LLC, et al., (the "Homebuilder"), have opted out of the Banner and Knauf Settlement Classes Re: Chinese Manufactured Drywall Litigation with respect to the properties set forth in the attached Request, provided that the Plaintiffs or claimants also opt out.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Michele I. Nelson

MIN:acc

Enclosure

## REQUEST FOR EXCLUSION "OPT OUT"

The undersigned, <u>Regency Constructors, LLC, Regency Homes, Inc., Regency Homes Group, LLC, Regency Constructors, Inc., Regency at Plantation Acres, LLC, Regency at Stonebrook Estates, LLC, Regency Custom Homes of Weston LLC, Stonebrook Homes LLC, Stonebrook Partners LLC, Stonebrook Homes J.V., San Melina Holdings LLC, Balmoral at Delray Lakes Estates LLC, Tuscany at Davie LLC, Black Hawk Reserve J.V., Blackhawk Reserve LLC, Blackhawk Partners LLC, Saraceno at Plantation Acres LLC, Greythawk a Joint Venture, and Saraceno at Plantation J.V.,</u> (homebuilder) hereby opts out of the Banner and Knauf Settlements to the extent a respective homeowner or other claimant for one of <u>Regency Constructors, LLC, Regency Homes, Inc., Regency Homes Group, LLC, Regency Constructors, Inc., Regency at Plantation Acres, LLC, Regency at Stonebrook Estates, LLC, Regency Custom Homes of Weston LLC, Stonebrook Homes LLC, Stonebrook Partners LLC, Stonebrook Homes J.V., San Melina Holdings LLC, Balmoral at Delray Lakes Estates LLC, Tuscany at Davie LLC, Black Hawk Reserve J.V., Blackhawk Reserve LLC, Blackhawk Partners LLC, Saraceno at Plantation Acres LLC, Greythawk a Joint Venture, and Saraceno at Plantation J.V.'s</u> Banner-supplied Affected Properties has opted out of any of the Knauf, Banner, Builder, Installer, Supplier or Insurer Settlement Agreements.

This opt out includes, but is not limited to Affected Properties which are the subject of the following cases:

> Asad v. Oakbrook v. Regency (Broward County)
>
> Property address(es): <u>12767 Equestrian Trial, Davie, Florida</u>
>
> Johnson v. Oakbrook v. Regency (Broward County)
>
> Property address(es): <u>12708 Equestrian Trial, Davie, Florida</u>

To the best of my knowledge, the supplier was Banner Supply Co., the manufacturer was Knauf Plasterboard (Tianjin) Co., LTD., and Knauf Gips KG, the installer was Baystate Drywall, Inc., and the developers were Oakbrook Building and Design, Inc., Stonybrook Estates, LTD., Stonebrook Homes, LLC, Stonebrook Partners, LLC and Viking V, Inc.

Company:   <u>Regency Constructors, LLC, Regency Homes, Inc., Regency Homes Group, LLC, Regency Constructors, Inc., Regency at Plantation Acres, LLC, Regency at Stonebrook Estates, LLC, Regency Custom Homes of Weston LLC, Stonebrook Homes LLC, Stonebrook Partners LLC, Stonebrook Homes J.V., San Melina Holdings LLC, Balmoral at Delray Lakes Estates LLC, Tuscany at Davie LLC, Black Hawk Reserve J.V., Blackhawk Reserve LLC, Blackhawk Partners LLC, Saraceno at</u>

<u>Plantation Acres LLC, Greyhawk a Joint Venture, and Saraceno at Plantation J.V.</u>

Address: <u>2060 Augusta Terrace, Coral Springs, FL 33071</u>

REGENCY CONSTRUCTORS, LLC, REGENCY HOMES, INC., REGENCY HOMES GROUP, LLC, REGENCY CONSTRUCTORS, INC., REGENCY AT PLANTATION ACRES, LLC, REGENCY AT STONEBROOK ESTATES, LLC, REGENCY CUSTOM HOMES OF WESTON LLC, STONEBROOK HOMES LLC, STONEBROOK PARTNERS LLC, STONEBROOK HOMES J.V., SAN MELINA HOLDINGS LLC, BALMORAL AT DELRAY LAKES ESTATES LLC, TUSCANY AT DAVIE LLC, BLACK HAWK RESERVE J.V., BLACKHAWK RESERVE LLC, BLACKHAWK PARTNERS LLC, SARACENO AT PLANTATION ACRES LLC, GREYHAWK A JOINT VENTURE, AND SARACENO AT PLANTATION J.V.

By: _____
    Signature

Print Name: B. L. MARTZ
Title: PRESIDENT & Member
Date: SepT 28, 2012

SEP 2 4 2012

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, La. 70113

Richard Duplantier
Galloway, Johnson, Thompson, Burr & Smith
1 Shell Square
701 Poydras Street, 40th Floor
New Orleans, La. 70139

Kerry J. Miller
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, La. 70163

Gentlemen:

We, Keith & Cherie Richardson, currently reside at 115 Major Circle, Riverside, Alabama 35135.

We own the property located at 115 Major Circle, Riverside, Alabama 35135 which has been damaged by Chinese Drywall. To the best of our knowledge the home was constructed by HGE Construction, Inc., the drywall was supplied by Interior/Exterior Building Supply, LLP , and the manufacturer is the Knauf entities. We are not aware of the installers names. We do not know the insurer for the builder.

We are represented by Eric D. Hoaglund at McCallum, Hoaglund, Cook & Irby, LLP, 905 Montgomery Highway, Suite 201, Vestavia Hills, Alabama 35216; Telephone (205) 824-7767 Facsimile  (205) 824-7768 Email:ehoaglund@mhcilaw.com.

The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (InEx) Settlement, the Knauf Settlement and the Participating Suppliers, Builders and Installers and participating Insurers Settlement (Global Settlement).

Homeowner   Keith Richardson

Homeowner   Cherie Richardson

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, La. 70113

Richard Duplantier
Galloway, Johnson, Thompson, Burr & Smith
1 Shell Square
701 Poydras Street, 40th Floor
New Orleans, La. 70139

Kerry J. Miller
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, La. 70163

Gentlemen:

We, Arnold Lee Ridley and Rada Ridley, currently reside at 1045 Edgewater Lane, Chelsea,
Alabama 35043.

We own the property located at 1045 Edgewater Lane, Chelsea, Alabama 35043 which has been
damaged by Chinese Drywall. To the best of our knowledge the home was constructed by
Eddleman Properties, Inc., Park Homes, LLC, the drywall was supplied by Interior/Exterior
Building Supply, LLP, and the manufacturer is the Knauf entities. We are not aware of the
installers names. We believe the insurer for the builder is Cincinnati and/or AutoOwners.

We are represented by Eric D. Hoaglund at McCallum, Hoaglund, Cook & Irby, LLP, 905
Montgomery Highway, Suite 201, Vestavia Hills, Alabama 35216; Telephone (205) 824-7767
Facsimile (205) 824-7768 Email:ehoaglund@mhcilaw.com.

The undersigned hereby opts out from the Interior/Exterior Building Supply, LLP (InEx)
Settlement, the Knauf Settlement and the Participating Suppliers, Builders and Installers and
participating Insurers Settlement (Global Settlement).

Homeowner   Arnold Lee Ridley                     21SEP2012

Homeowner   Rada Ridley                           21 SeP, 2012

REQUEST FOR EXCLUSION ("OPT OUT")
**KNAUF SETTLEMENT CLASS**
CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _Jeffrey_ _Scott_ _Robin_
First            Middle            Last

Name: _Elisa_ _Sherman_ _Robin_
First            Middle            Last

Current Address: _1060 Brickell Ave. Apt. # 4305_
Street Address

_Miami, Florida 33131_
City, State, Zip

Effected Property Address: _3210 Crystal Court_
Street Address

_Coconut Grove, Florida 33133_
City, State, Zip

Executed by: _[signature]_            _9/21/12_
Signature            Date

Executed by: _[signature]_            _9/21/12_
Signature            Date

To:   **Arnold Levin, Esq.**            **Russ Herman, Esq.**
LEVIN, FISHBEIN, ET., AL.            HERMAN, HERMAN, KATZ, ET., AL.
510 Walnut Street, Suite 500            820 O'Keefe Avenue
Philadelphia, PA 19106            New Orleans, LA 70113

**Kerry Miller, Esq.**
FRILOT, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

## REQUEST FOR EXCLUSION ("OPT OUT")
### KNAUF SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _Leonardo_____ _Rodriguez_____
      First          Middle          Last

Name: _Nicole_____ _Rodriguez_____
      First          Middle          Last


Address: _8024  Sanctuary  Dr.  #1_____
         Street Address

_Naples  Fl  341_____
City, State, Zip


Executed by _Leonardo Rodriguez_____  _9-26-12_____
            Signature                    Date

Executed by _Nicole Rodriguez_____  _9/26/12_____
            Signature                  Date


To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

# O'BRYON & SCHNABEL

A PROFESSIONAL LAW CORPORATION

1010 COMMON STREET, SUITE 1950

NEW ORLEANS, LOUISIANA 70112

TELEPHONE (504) 799-4200                                                                    KEVIN CRAMER O'BRYON
FACSIMILE (504) 799-4211
email kob@obryonlaw.com

April 5, 2012

***By Certified Mail, Return Request Requested***

Arnold Levin, Esq.
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Russ M. Herman, Esq.
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller, Esq.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163

RE:   Knauf Settlement Opt-Out
        Chinese Drywall
        MDL No.: 2047
        My file: 41646

Gentlemen:

Enclosed to each of you is an opt-out form signed by Terrence M. Ross and Rhonda B. Ross, requesting exclusion from the proposed Knauf Settlement Class subject of the settlement agreement regarding claims against Knauf in MDL No. 2047. Mr. and Mrs. Ross are the named plaintiffs in a lawsuit pending in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, No. 676-185, which appears on the list of related actions which is an exhibit to the settlement agreement.

Very truly yours,

Kevin O'Bryon

KOB:sml
enclosure
cc:   Mr. and Mrs. Terrence Ross
        Ray Pelleteri, Jr., Esq.

## KNAUF OPT-OUT FORM

The undersigned hereby opts out of the Knauf Settlement Class in the Chinese Drywall Action.

TERRENCE M. ROSS
316 Woodvine Avenue
Metairie, LA 70005


RHONDA B. ROSS
316 Woodvine Avenue
Metairie, LA 70005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: ALL CASES AND | ) ) ) | JUDGE FALLON |
| *Payton, et. al. v. Knauf Gips KG, et. al.* Case No. 2:09-cv-07628 (E.D.La.) | ) ) ) | MAG. JUDGE WILKINSON |
| *Gross, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:09-cv-06690 (E.D.La.) | ) ) ) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:10-cv-00362 (E.D.La.) | ) ) ) | |
| *Abreu, et. al. v. Gebrueder Knauf* ~~*Verwaltungsgesellschaft, KG, et. al.*~~ Case No. 2:11-cv-00252 (E.D.La.) | ) ) ) | |
| *Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al,* Case No. 11-cv-1363 (E.D.La.) | ) ) ) | |
| *Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 11-cv-2349 (E.D.La.) | ) ) ) | |
| *Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 11-cv-3023 (E.D.La.) | ) ) ) | |
| *Vickers, et. al. v. Knauf Gips, KG, et. al.* Case No. 09-4117 | ) ) ) | |

## OPT OUT OF KNAUF SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION

The undersigned, Richard Rossi & Joanna Rossi, having a property address of 17935 Monte

Vista Drive, Boca Raton, FL 33496, hereby opt out of the Knauf Settlement Class in the Chinese

Drywall Action.  Richard Rossi & Joanna Rossi's current address is 21218 St. Andrews Blvd.,

Apartment 225, Boca Raton, Florida 33433.  The Rossis' claims are included in the *Payton*

1

matter and are also filed in the 15th Circuit in and for Palm Beach County, Florida and the U.S.

District Court for the Southern District of Florida.

Dated: September 28, 2012

_Richard Rossi_
**Class Member's Signature**

_[signature]_
**Printed Name**

_Joanna Rossi_
**Class Member's Signature**

_[signature]_
**Printed Name**

---

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opt Out of Knauf Settlement Class in the Chinese Drywall Action has been served on Settlement Class Counsel, Arnold Levin, Esq., Levin Fishbein Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106; Russ Herman, Esq., Herman Herman Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; and to the Knauf Defendants' Counsel, Kerry Miller, Frilo LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 by First Class Mail, on this 28 day of September, 2012.

_[signature]_
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
_Counsel for Plaintiffs_

2

Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134 Telephone: (305) 476-7400 Fax: (305) 476-7444

REQUEST FOR EXCLUSION ("OPT OUT")
**KNAUF SETTLEMENT CLASS**
CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _Melinda Ann Russo_
       First       Middle       Last

Name: _Charles V. Russo_
       First       Middle       Last

Current
Address: _1769 Westridge_
         Street Address
         _Rochester Hills MI 48306_
         City, State, Zip

Executed by: _Melinda Russo_   _9/20/12_
             Signature          Date

Executed by: _Charles V. Russo_   _9/20/12_
             Signature            Date

To:   **Arnold Levin, Esq.**
      LEVIN, FISHBEIN, ET., AL.
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      **Kerry Miller, Esq.**
      FRILOT, LLC
      1100 Poydras Street, Suite 3700
      New Orleans, LA 70163

      **Russ Herman, Esq.**
      HERMAN, HERMAN, KATZ, ET., AL.
      820 O'Keefe Avenue
      New Orleans, LA 70113

## REQUEST FOR EXCLUSION ("OPT OUT")
### KNAUF SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _Trista_ _Anne_ _Sampson_
        First        Middle        Last

Name: _Patrick_ _John_ _Sampson_
        First        Middle        Last

Property Address: _11416 Bridge Pine Dr_
                   Street Address

                   _Riverview, FL   33569_
                   City, State, Zip

Executed by _Trista Sampson_         Date _5/12/12_
              Signature

Executed by _Patrick Sampson_        Date _5/12/12_
              Signature

To:   Arnold Levin, Esq.
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Russ Herman, Esq.
      HERMAN, HERMAN, KATZ & COTLAR LLP
      820 O'Keefe Avenue
      New Orleans, LA 70113

      Kerry Miller, Esq.
      FRILOT LLC
      1100 Poydras Street, Suite 3700
      New Orleans, LA 70163

*HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire                                    Kerry L. Miller, Esquire
**Levin, Fishbein, Sedran & Berman**            **Frilot, L.L.C.**
510 Walnut Street, Suite 500                      1100 Poydras Street, Suite 3700
Philadelphia, Pennsylvania 19106                 New Orleans, Louisiana 70163

Re:     *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Telimea Sanders, individually and as mother and next friend of Megan Sanders, Marcus Sanders and McKenzie Murphy, minors, who currently resides at 1417 Azalea Road, Apartment 8G, Mobile, Alabama 36693, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: _Apl 4, 2012_

**TELIMEA SANDERS**                              **TELIMEA SANDERS, as mother and next friend of MEGAN SANDERS, MARCUS SANDERS and MCKENZIE MURPHY, minors**

Arnold Levin

February 18, 2012

The undersigned hereby opts out of the Knauf settlement class in the Chinese Drywall Action.

Michael A Savarese

10836 Tiberio Dr

Ft Myers FL 33913-7104

## REQUEST FOR EXCLUSION ("OPT OUT")
### KNAUF SETTLEMENT CLASS RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall
Action.

Name: _Evelyn      NMI       Scrop_
        First          Middle        Last

Name: _____
        First          Middle        Last

Address: _2421 N.E. 65th St_
           Street Address

_Ft. Lauderdale, FL 33308_
      City, State, Zip

Executed by _Evelyn Scrop_    _9-26-2012_
      Signature                Date

Executed by _____
      Signature                Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Settlement Class Counsel
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman
Herman Herman Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Knauf Defendants' counsel
Kerry Miller
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

> Re:   Ms. Marie B. Seiler
>        671 Solomon Dr.
>        Covington, LA 70433

Dear Counsel:

    The undersigned hereby opts out of the Knauf Settlement Class in the Chinese Drywall Action.

Marie B. Seiler

## REQUEST FOR EXCLUSION ("OPT OUT")
## KNAUF SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _Diana_____ _Serrano_____
      First        Middle        Last

Name: _Jose_____ _P_____ _Serrano_____
      First        Middle        Last

Property Address: _2654   Amber   Lake Dr_____
                  Street Address

_Cape Coral Fl 33909_____
City, State, Zip

Executed by _Diana Serrano_____ _5/2/2012_____
            Signature                Date

Executed by _____ _5/2/2012_____
            Signature                Date

To:   Arnold Levin, Esq.
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Russ Herman, Esq.
      HERMAN, HERMAN, KATZ & COTLAR LLP
      820 O'Keefe Avenue
      New Orleans, LA 70113

      Kerry Miller, Esq.
      FRILOT LLC
      1100 Paydras Street, Suite 3700
      New Orleans, LA 70163

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller, Esquire
Frilot, LLC
110 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

RE:   **Chinese Manufactured Drywall Products Liability Litigation MDL 2047**
      **Knauf Settlement Notice of Opt-Out**

Dear Messrs. Levin, Herman & Miller:

~~We, Steven Sherrell and Ashlei Sherrell, own a home located at 603 Trail Springs Court,~~ Kingwood, Texas 77339.   The home was constructed utilizing drywall manufactured by Knauf Plasterboard Tianjin ("KPT").   We are represented by W. Brian Collins, Esq. of Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, AL 35203; Telephone: (205) 324-1834; Facsimile: (205) 324-1846; E-mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to opt out of the KPT Class Settlement that was announced on December 9, 2011.   The action, MDL 2047, is currently pending before the Honorable Judge Eldon E. Fallon in the United States District Court in the Eastern District of Louisiana.   The undersigned hereby opts out of the Knauf Settlement Class in the Chinese Drywall Action.

Dated this the 10th day of May , 2012.

_____               _____
Steven Sherrell                        Ashlei Sherrell

## Knauf Settlement Opt Out Notice

Name:          Allen and Donna Shukow

Address:       17538 Middlebrook Way
               Boca Raton, FL  33496

Date:          September 28, 2012

VIA FIRST CLASS U.S. MAIL

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller, Esq.
FRILOT, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA  70163

Re:    In Re: Chinese-Manufactured Drywall Products Liability Litigation
       U.S. District Court, Eastern District of Louisiana, MDL 2047
       Opt Out Notice of Knauf Settlement Class

Dear Sirs:

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Current address is:        17538 Middlebrook Way
                           Boca Raton, FL  33496

Subject Property address:  17538 Middlebrook Way
                           Boca Raton, FL  33496

_____
Signed

_____
Print Name

_____
Signed

_____
Print Name


_____
Dated: 9/28/2012

## REQUEST FOR EXCLUSION ("OPT OUT")
### KNAUF SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _Hassan_____ _Aziz_____ _Siddiqui_____
First          Middle          Last

Name: _Frauke (NMN)_____ _Siddiqui_____
First          Middle          Last

Property Address: _11429 Laurel Brook CT_____
Street Address

_Riverview, FL 33569_____
City, State, Zip

Executed by _Hassan A. Siddiqui_____ Date _1 May 2012_____
Signature

Executed by _Frauke Siddiqui_____ Date _1 May 2012_____
Signature

To:   Arnold Levin, Esq.
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller, Esq.
FRILOT LLC
1100 Paydras Street, Suite 3700
New Orleans, LA 70163

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller, Esquire
Frilot, LLC
110 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
Knauf Settlement Request for Opt-Out and Exclusion

Dear Messrs. Levin, Herman & Miller:

I(We), _PATRICK & LEIGH ANN SMITH_, purchased a home located at
_4295 Lexie Circle, Trussville AL 35173_ The home was constructed with drywall
manufactured by Knauf Plasterboard Tianjin "KPT." We are represented by W. Brian Collins at
Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203,
telephone: (205) 324-1834, facsimile: (205) 324-1846, e-mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to opt out of the KPT Class
Settlement that was announced on Dec. 9, 2011, currently pending before the Honorable Judge
Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District
Court. The undersigned hereby opts out and requests exclusion from the Knauf Settlement Class
in the Chinese Manufactured Drywall Products Liability Litigation MDL 2047.

Dated this the _26_ day of _SEPT_, 2012.

_PATRICK SMITH_
Print Name

Signature

_LEIGH ANN SMITH_
Print Name

Signature

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

**State of Louisiana**
DEPARTMENT OF JUSTICE
P.O. BOX 94005
BATON ROUGE
70804-9005

September 28, 2012

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70163

Kerry Miller
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

RE:   *In Re: Chinese-Manufactured Drywall Litigation; MDL No. 2047*
*Settlement Agreement Regarding Claims Against Knauf Defendants in MDL No. 2047 (Doc. 12061-5)*
*and Preliminary Approval of Knauf Settlement (Doc. 12138)*

      *and*

*State of Louisiana ex re: James D. ("Buddy") Caldwell, the Attorney General of Louisiana v. Knauf Gips KG,*
*et al, USDC, Eastern District of La, Case No. 010-340; Sec. L; Mag. 2*

Dear Mr. Levin, Mr. Herman, and Mr. Miller:

On behalf of the State of Louisiana and as *parens patriae* for the State's local political subdivisions and all of its citizens, I filed a lawsuit against manufacturers, retailers, distributors, and builders regarding defective Chinese drywall imported into and sold in Louisiana. This lawsuit was removed from state court and then consolidated into Chinese Drywall Multi-District Litigation. The State of Louisiana's Motion to Remand is still pending before Judge Fallon. Named as defendants in the State's lawsuit are Knauf Gips KG, Knauf International GmbH, Knauf Plasterboard (Tianjin) Co., Ltd, Knauf Plasterboard (Wuhu) Co., Ltd., Guandong Knauf New Building Material Products Co., Ltd., and Knauf Insulation GmbH.

**I hereby opt out of the Knauf Settlement Class in the Chinese Drywall Action, in accordance with paragraph 8.2.1. of the Settlement Agreement (Doc. 12061-5) and section V of the Preliminary Approval Order (Doc. 12138). In compliance with the Court's Preliminary Approval Order, the full name and address of the party opting out is James D. "Buddy" Caldwell, Attorney General, State of Louisiana, 1885 North Third Street, Baton Rouge, Louisiana 70802.**

This Notice of Exclusion applies to _all_ claims asserted in the State of Louisiana's lawsuit identified above. Nothing herein shall be deemed a waiver of the State's pending Motion to Remand.

Sincerely,

James D. "Buddy" Caldwell
Attorney General

September 21, 2012

### OPT-OUT NOTICE

*VIA CERTIFIED MAIL,*
*RETURN RECEIPT REQUESTED*
Mr. Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

*VIA CERTIFIED MAIL,*
*RETURN RECEIPT REQUESTED*
Mr. Kerry Miller
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

*VIA CERTIFIED MAIL,*
*RETURN RECEIPT REQUESTED*
Mr. Russ M. Herman
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:    *In re: Chinese-Manufactured Drywall Products Liability*
*Litigation*, MDL 2047 (E.D. La., The Honorable Eldon Fallon)

Dear Mr. Herman, Mr. Levin and Mr. Miller:

In accordance with the Court's Order (R. Doc. 14566) and Class Notice (R. Doc. 12138-1), we are writing to advise you that we are exercising our right to opt-out and be excluded from the class settlement involving KPT in the above-referenced action. We owned property located at 40901 Susan Drive, Punta Gorda, FL 33982, which contained Chinese-manufactured drywall manufactured by Knauf Plasterboard (Tianjin), Ltd., and for which we have filed a claim for damages in the above-referenced matter as part of OC I (09-7628).

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

_____
Virginia Ann Stovall, individually and on behalf
of my minor child, Peyton Elizabeth Stovall

9/28/12
Date

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

_____
Daniel Eugene Stovall, individually and on behalf
of my minor child, Peyton Elizabeth Stovall

9/28/12
Date

_____
Tom W. Thornhill
*Counsel for Virginia and Daniel Stovall*

5/28/12
Date

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller, Esquire
Frilot, LLC
110 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
      Knauf Settlement Request for Opt-Out and Exclusion

Dear Messrs. Levin, Herman & Miller:

I(We), _Tyson and Beth Summers_, purchased a home located at _2355 Chalybe Trail, Hoover, AL 35226_. The home was constructed with drywall manufactured by Knauf Plasterboard Tianjin"KPT." We are represented by W. Brian Collins at Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, telephone: (205) 324-1834, facsimile: (205) 324-1846, e-mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to opt out of the KPT Class Settlement that was announced on Dec. 9, 2011, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out and requests exclusion from the Knauf Settlement Class in the Chinese Manufactured Drywall Products Liability Litigation MDL 2047.

Dated this the _26_ day of _September_, 2012.

_Tyson Summers_
Print Name

_Beth Summers_
Print Name

Signature

Signature

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller, Esquire
Frilot, LLC
110 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
        Knauf Settlement Request for Opt-Out and Exclusion

Dear Messrs. Levin, Herman & Miller:

        I(We), _Heath & Holly Sutherland_, purchased a home located at
_3008 Morgans Run Pkwy Bessemer_. The home was constructed with drywall
manufactured by Knauf Plasterboard Tianjin "KPT." We are represented by W. Brian Collins at
Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203,
telephone: (205) 324-1834, facsimile: (205) 324-1846, e-mail: brian@collinshorsley.com.

        Please let this correspondence serve as notice of our decision to opt out of the KPT Class
Settlement that was announced on Dec. 9, 2011, currently pending before the Honorable Judge
Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District
Court. The undersigned hereby opts out and requests exclusion from the Knauf Settlement Class
in the Chinese Manufactured Drywall Products Liability Litigation MDL 2047.

Dated this the _26_ day of _September_ 2012.

_Holly Sutherland_                              _Holly Sutherland (signature)_
Print Name                                         Signature

_Heath Sutherland_                             _Heath Sutherland (signature)_
Print Name                                         Signature

To whom it may concern:

The undersigned hereby opts out of the Knauf Settlement Class in the Chinese Drywall Action.


Matthew J. Tures

31276 Buckingham Blvd.

Spanish Fort, AL 36527

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller, Esquire
Frilot, LLC
110 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
      Knauf Settlement Request for Opt-Out and Exclusion

Dear Messrs. Levin, Herman & Miller:

I(We), _Kim Ung S Xiao Cai_____, purchased a home located at
_9527 Pomare N Bisley AL 36635_. The home was constructed with drywall
manufactured by Knauf Plasterboard Tianjin"KPT." We are represented by W. Brian Collins at
Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203,
telephone: (205) 324-1834, facsimile: (205) 324-1846, e-mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to opt out of the KPT Class
Settlement that was announced on Dec. 9, 2011, currently pending before the Honorable Judge
Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District
Court. The undersigned hereby opts out and requests exclusion from the Knauf Settlement Class
in the Chinese Manufactured Drywall Products Liability Litigation MDL 2047.

Dated this the _26_ day of _Sept_, 2012.

_Kim Ung_____          _____
Print Name                 Signature

_Xiao Cai_____          _Xiao pong cai_
Print Name                 Signature



THE LAW FIRM OF

STEWART EVANS

STEWART & EMMONS

A PROFESSIONAL ASSOCIATION

Rebecca F. Emmons
Ralph L. Evans
John Mitchell Stewart
William J. Stewart

www.stewartevans.com

March 13, 2012

jms@st-ev.com

**VIA CERTIFIED AND REGULAR MAIL TO:**
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller, Esq.
Frilot LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163

*RE:*    Opt Out of United States District Court – Eastern District of Louisiana
MDL No. 2047 Section: L – Judge Fallon

Dear Messrs. Levin, Herman & Miller:

Please be advised that this firm represents Barry E. Van Der Meulen and Ellen C. Smith Van Der Meulen, whose current address is 421 Indies Drive, Vero Beach, Florida 32963, and whose property located at 4821 Saint Margarets Drive, Vero Beach, Florida 32967, contained KPT/Knauf defective Chinese drywall. The Van Der Meulens wish to opt out of the class action settlement and state as follows:

"The undersigned hereby opts out of the Knauf
Settlement Class in the Chinese Drywall Action."

_____          _____
Barry E. Van Der Meulen                           Ellen C. Smith Van Der Meulen

3355 Ocean Drive, Vero Beach, Florida 32963
Tel: (772) 231-3500  •  Fax: (772) 231-9876  •  Toll Free: (866) 231-3500

March 13, 2012
Page 2


If you have any questions or concerns, please do not hesitate to contact me.

Sincerely yours,

John M. Stewart

JMS/law

cc:   Mark A. Salky and Timothy Kolaya, Attorneys for GH Vero
          Beach Development, LLC and Christopher Cleary
      Frank Colonnelli, Jr., Attorney for Bayswater Brokerage of Florida
      Wil Murphy, Esq.

**REQUEST FOR EXCLUSION ("OPT OUT")**
KNAUF SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: RicHARD    M.    VolioN
First           Middle        Last

Name: UrsuLA    E.    ENGELHARDT – VOLION
First           Middle        Last

Address: 2421    NE   65th   St.   2/301
Street Address

Fort    LAuDER DALE FL 33308
City, State, Zip

Executed by _____ 26 Sep 2012
Signature                    Date

Executed by Ursula Engelhardt-Volion  26 Sep 2012
Signature                    Date

To:   Arnold Levin
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich
      WEINBERG WHEELER HUDGINS GUNN & DIAL
      2601 South Bayshore Drive, Suite 1500
      Miami, FL 33133

      Michael P. Peterson
      PETERSON & ESPINO, P.A.
      10631 S.W. 88th Street, Suite 220
      Miami, FL 33186

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller, Esquire
Frilot, LLC
110 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

> RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
> Knauf Settlement Request for Opt-Out and Exclusion

Dear Messrs. Levin, Herman & Miller:

I(We), _Dorothy Walla_, purchased a home located at _307 Burns Park Dr. Spring, TX 77373_. The home was constructed with drywall manufactured by Knauf Plasterboard Tianjin"KPT." We are represented by W. Brian Collins at Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, telephone: (205) 324-1834, facsimile: (205) 324-1846, e-mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to opt out of the KPT Class Settlement that was announced on Dec. 9, 2011, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out and requests exclusion from the Knauf Settlement Class in the Chinese Manufactured Drywall Products Liability Litigation MDL 2047.

Dated this the _2·4_ day of _September_, 2012.

_Dorothy Walla_
Print Name

_Dorothy Walla_
Signature

_____
Print Name

_____
Signature

# LITTLE V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-90-1153, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

Re:  *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Letitia Washington, individually and as mother and next friend of Torianna Washington, Makayla Washington and Malaisa Washington, minors, who currently resides at 827 Marsha S. Ratchford Street, Prichard, Alabama, 36610, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: 4/2/12

LETITIA WASHINGTON

**LETITIA WASHINGTON, as mother and next friend of TORIANNA WASHINGTON, MAKAYLA WASHINGTON and MALAISA WASHINGTON, minors**

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller, Esquire
Frilot, LLC
110 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

      RE:    Chinese Manufactured Drywall Products Liability Litigation MDL 2047
                Knauf Settlement Request for Opt-Out and Exclusion

Dear Messrs. Levin, Herman & Miller:

      I(We), _Micah and Tracy Webb_____, purchased a home located at _208 Sparrow Cir., Friendwood, TX 77546___. The home was constructed with drywall manufactured by Knauf Plasterboard Tianjin "KPT." We are represented by W. Brian Collins at Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203, telephone: (205) 324-1834, facsimile: (205) 324-1846, e-mail: brian@collinshorsley.com.

      Please let this correspondence serve as notice of our decision to opt out of the KPT Class Settlement that was announced on Dec. 9, 2011, currently pending before the Honorable Judge Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District Court. The undersigned hereby opts out and requests exclusion from the Knauf Settlement Class in the Chinese Manufactured Drywall Products Liability Litigation MDL 2047.

Dated this the _25_ day of _September_, 2012.

_MICAH K. WEBB_____
Print Name

                                  Signature

_Tracy P. Webb_____
Print Name

                                  Signature

REQUEST FOR EXCLUSION ("OPT OUT")
**KNAUF SETTLEMENT CLASS**
CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _____Nain_____Wessin_____
       First          Middle              Last

Name: _____Yeilin_____Wessin_____
       First          Middle              Last

Current
Address: ____3310    NE    3eo   Dr._____
         Street Address

          ____Homestead_____FL___33033_____
          City, State, Zip

Executed by: _____Nain Wessin_____9/28/12_____
             Signature                    Date

Executed by: _____Yeilin Wessin_____09/28/2012___
             Signature                    Date


To:   **Arnold Levin, Esq.**              **Russ Herman, Esq.**
      LEVIN, FISHBEIN, ET., AL.           HERMAN, HERMAN, KATZ, ET., AL.
      510 Walnut Street, Suite 500        820 O'Keefe Avenue
      Philadelphia, PA 19106              New Orleans, LA 70113

      **Kerry Miller, Esq.**
      FRILOT, LLC
      1100 Poydras Street, Suite 3700
      New Orleans, LA 70163

## REQUEST FOR EXCLUSION ("OPT OUT")
## KNAUF SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _Jill_____ _L._____ _White_____
　　　　First　　　　　　Middle　　　　　　Last

Name: _____
　　　　First　　　　　　Middle　　　　　　Last

Property Address: _11001 Gulf Reflections Drive #A304_
　　　　　　　　　　　Street Address

　　　　　　　　　　_Ft. Myers, Fla. 33908_
　　　　　　　　　　City, State, Zip

Executed by _Jill White_____　_9-24-12_____
　　　　　　　Signature　　　　　　　Date

Executed by _____　_____
　　　　　　　Signature　　　　　　　Date

To:　Arnold Levin, Esq.
　　　LEVIN, FISHBEIN, SEDRAN & BERMAN
　　　510 Walnut Street, Suite 500
　　　Philadelphia, PA 19106

　　　Russ Herman, Esq.
　　　HERMAN, HERMAN, KATZ & COTLAR LLP
　　　820 O'Keefe Avenue
　　　New Orleans, LA 70113

　　　Kerry Miller, Esq.
　　　FRILOT LLC
　　　1100 Poydras Street, Suite 3700
　　　New Orleans, LA 70163

*HENDERSON V. THE MITCHELL COMPANY, INC., ET. AL., CV 2009-901381, CIRCUIT COURT OF MOBILE COUNTY, ALABAMA*

## REQUEST FOR EXCLUSION

Arnold Levin, Esquire
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Kerry L. Miller, Esquire
**Frilot, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

Re:    *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Section L*

Dear Mr. Levin and Mr. Miller:

The undersigned, Morrisha Williams, individually and as mother and next friends of Hannah Williams and Justin Brooks, minors, who currently reside at 5608 Cottage Hill Road, Mobile, Alabama 36609, hereby requests exclusion from the Knauf Settlement Class in the referenced Chinese Drywall Action.

DATE: _3/26/12_

_____
MORRISHA WILLIAMS

_____
MORRISHA WILLIAMS, individually and
as mother and next friend of HANNAH
WILLIAMS and JUSTIN BROOKS, minors

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller, Esquire
Frilot, LLC
110 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

RE:   Chinese Manufactured Drywall Products Liability Litigation MDL 2047
Knauf Settlement Request for Opt-Out and Exclusion

Dear Messrs. Levin, Herman & Miller:

I(We), Patrick and Kim Wylie , purchased a home located at
821 Vanessa Dr., Trussville AL 35173 . The home was constructed with drywall
manufactured by Knauf Plasterboard Tianjin"KPT." We are represented by W. Brian Collins at
Collins & Horsley, P.C., 2021 Morris Avenue, Suite 200, Birmingham, Alabama 35203,
telephone: (205) 324-1834, facsimile: (205) 324-1846, e-mail: brian@collinshorsley.com.

Please let this correspondence serve as notice of our decision to opt out of the KPT Class
Settlement that was announced on Dec. 9, 2011, currently pending before the Honorable Judge
Fallon in the Multi District Litigation 2047 located in New Orleans, Louisiana Federal District
Court. The undersigned hereby opts out and requests exclusion from the Knauf Settlement Class
in the Chinese Manufactured Drywall Products Liability Litigation MDL 2047.

Dated this the 25 day of September, 2012.

Patrick J. Wylie
Print Name

Signature

Kim M Wylie
Print Name

Signature

1615 FORUM PLACE
WEST PALM BEACH, FLORIDA 33401
TELEPHONE: 561-684-2121
FACSIMILE: 561-684-6855

MARK C. CHARTER*
THOMAS B. MILLER**
MICHELE I. NELSON
CLARK W. SMITH

MICHAEL B. DAVIS, OF COUNSEL

E-MAIL: MIN@paxsmith.com

*ALSO ADMITTED IN MICHIGAN
**ALSO ADMITTED IN ALABAMA

RALPH B. PAXTON (1923-2009)
MORGAN S. BRAGG (RETIRED)

WWW.PAXSMITH.COM

September 28, 2012

Arnold Levin, Esq.
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Michael A. Sexton, Esq
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esq.
STONE PIGMAN WALTHER WITTMAN, LLC
546 Carondelet Street
New Orleans, LA 70130

Russ Herman
HERMAN HERMAN KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Knauf Defendants' Counsel
Kerry Miller
FRILOT LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Dear Counsel:

Please accept this letter, and the enclosed Request for Exclusion ("Out Out"), as formal notice that our clients, Zahn Luxury Homes, Inc. and Zahn Builders Florida, Inc., (the "Builder"), has opted out of the Banner and Knauf Settlement Classes Re: Chinese Manufactured Drywall Litigation with respect to the properties set forth in the attached Request, provided that the Plaintiffs or claimants also opt out.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Michele I. Nelson

MIN:acc

Enclosure

hereby opt out of the Banner and Knauf Settlements to the extent a respective homeowner or other claimant for one of Zahn Luxury Homes, Inc. and/or Zahn Builders Florida, Inc.'s Banner-supplied Affected Properties has opted out of any of the Knauf, Banner, Builder, Installer, Supplier or Insurer Settlement Agreements.

This opt out includes, but is not limited to, Affected Properties which are the subject of the following cases:

Mollano v. Zahn Luxury Homes, Inc. (Broward County)

Property address(es): 1901 Bay Drive, Pompano Beach, Florida

Russo v. Zahn Luxury Homes, Inc. (Broward County)

Property address(es): 2520 NE 31st Court, Lighthouse Point, Florida

To the best of my knowledge, the supplier was Banner Supply Company, the manufacturers were Knauf Gips and Knauf Tianjin, the importer was La Suprema Enterprises, and the installer was Baystate Drywall, Inc.

Company: Zahn Luxury Homes, Inc. and Zahn Builders Florida, Inc.

Address: 4628 N. Federal Highway Lighthouse Point, FL 33064

ZAHN LUXURY HOMES, INC. AND ZAHN BUILDERS FLORIDA, INC.

By: _____
Signature

Print Name: ROGER ZAHN, JR.
Title: PRES,
Date 9/28/12