# EXHIBIT D

*Nina Belyshev and Vladimir Belyshev*
*133 Lennys Way*
*West Springfield, MA 01089*

August 29, 2012

Levin, Fishbein, Sedran & Berman
L&W Class Counsel, Mr. Arnold Levin
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Herman, Herman, Katz & Cotlar, LLP
Mr. Russ M. Herman
820 O'Keefe Avenue
New Orleans, LA 70113

Haynsworth Sinkler Boyd, P.A.
Mr. W. David Conner
P.O. Box 2048
Greenville, SC 29602

Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

  *In Re: Chinese Manufactured Drywall Products Liability*
    *Litigation – U.S.D.C. Eastern District of Louisiana*
  *Case No.: MDL NO. 2047*
  *OPT-OUT*

Dear Sirs:

We are Nina Belyshev and Vladimir Belyshev. Our current residence is 133 Lennys Way, West Springfield, MA 01089. We are opting out of the settlement reached in the above referenced action. This concerns our home located at 107 Beryl Drive, Rotonda, Florida, which was damaged by Chinese Drywall.

The undersigned hereby opts out of the L&W Class in the Chinese Drywall Action and acknowledges that by opting out, the undersigned may not receive any benefits under the L&W Settlement or the Knauf Class Settlement.

Sincerely,

_____
Nina Belyshev

_____
Vladimir Belyshev

IN RE: ) MDL NO. 2047
)
CHINESE MANUFACTURED DRYWALL ) SECTION L
PRODUCTS LIABILITY LITIGATION )
) JUDGE FALLON
) MAG. JUDGE WILKINSON
)

## NOTICE OF OPT-OUT OF SETTLEMENT AGREEMENTS REGARDING CLAIMS IN MDL NO. 2047 BY CLASS MEMBER CRS BUILDING CORPORATION

Class Member, CRS Building Corporation, hereby gives notice of the following:

1. The full name and current address of CRS Building Corporation is:

    CRS Building Corporation
    100 Second Avenue South, Suite 301-S
    St. Petersburg, Florida 33701

2. The address of the property damaged by Chinese Drywall is as follows:

    Harrison Ranch Community
    5755 Harrison Ranch Blvd.
    Bradenton, Florida 34219

3. The identities of every purchaser, supplier, marketer, installer, builder, developer and its/their insurers, and any Participating Defendant and Participating Insurer against which the undersigned intend to pursue their claims:

    American Building Materials, Inc.
    American Gypsum
    Auto-Owners Insurance Company
    Bedrock Gypsum
    FCCI Insurance Group, Inc.
    Mid-Continent Casualty Company
    National Gypsum
    Southern-Owners Insurance Company
    Swedberg Enterprises, Inc. d/b/a Florida Drywall
    Remaining Insurers for entities listed above.

4. The undersigned hereby opts out from the (1) Builder, Installer, Supplier and Participating Insurer Settlement Class, (2) the Banner Settlement Class, (3) the InEx Settlement (4) the Knauf Settlement (5) the L&W Settlement, and (6) the Global Settlement in the Chinese Drywall Action in MDL No. 2047.

1

5. The undersigned individuals wish to pursue their individual claims against all potentially responsible Participating Defendants and Participating Insurers by litigation and/or arbitration, and hereby reserve their right to do so.

6. The undersigned individual Class Members are represented by the following counsel:

   RYAN C. GRIFFIN
   JOHNSON, POPE, BOKOR, RUPPEL AND BURNS
   403 E. Madison Street, Suite 400
   Tampa, FL 33602

7. This written notice signed by the opting-out Class Members is being set by First Class Mail, postmarked on Sept. 28, 2012, to Settlement Class Counsel, Arnold Levin (Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106) and Russ M. Herman (Herman, Herman & Katz LLP, 820 O'Keefe Avenue, New Orleans, LA 70113) and to the Knauf Defendants' Counsel, Kerry Miller (Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA 70163); Counsel for USG and L&W, W. David Conner (Haynsworth Sinkler Boyd, P.A., P.O. Box 2048, Greenville, SC 29602); Co-Class Counsel Dorothy Wimberly (Stone Pigman Walther Wittmann LLC, 546 Carondelet Street, New Orleans, LA 70130) ; Counsel for all banner entities except Banner PSL Michael A. Sexton (Weinberg Wheeler Hudgins Gunn & Dial LLC, 3344 Peachtree Road, NE, Suite 2400, Atlanta, GA 30326); counsel for all Banner entities Michael Peters (Peterson & Espino, P.A., 10631 S.W. 88th Street, Suite 220, Miami, FL 3318); InEx Counsel, Richard Duplantier (Galloway, Johnson, Tompkins, Burr & Smith) One Shell Square, 701 Poydras Street, 40th Floor, New Orleans, LA 70139)

_[signature]_

Craig Sas, President
CRS Building Corporation.

2

STATE OF Florida )

COUNTY OF Pinellas )

The foregoing instrument was sworn to and subscribed before me on Sept. 27, 2012, by Craig R. Sas, ☐ who are <u>personally known to me,</u> or ☐ who produced _____ as identification.

_Anne Kivlen_
Notary Public

Print Name: Anne Kivlen
My Commission Expires: 10/13/2013



ANNE KIVLEN
Commission # DD 919801
Expires October 17, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                            :       MDL NO. 2047
                                                  :
CHINESE MANUFACTURED DRYWALL                      :       SECTION: L
PRODUCTS LIABILITY LITIGATION                     :
                                                  :       JUDGE FALLON
                                                  :       MAG. JUDGE WILKINSON
                                                  :
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..  :

### NOTICE OF OPT-OUT OF SETTLEMENT AGREEMENTS REGARDING CLAIMS IN MDL NO. 2047 BY INDIVIDUAL CLASS MEMBERS, RAYMOND P. FARLEY AND AMELIA J. FARLEY

Individual Class Members, RAYMOND P. FARLEY and AMELIA J. FARLEY, hereby give notice of the following:

1. The full name and current address of these Individual Class Members are as follows:

    RAYMOND P. FARLEY and AMELIA J. FARLEY
    11A Legion Place
    North Arlington, NJ 07031

2. The address of the property damaged by Chinese Drywall is as follows:

    3756 Summerwind Circle
    Bradenton, Florida 34209

3. The identities of every purchaser, supplier, marketer, installer, builder, developer and its/their insurers, and any Participating Defendant and Participating Insurer against which the undersigned intend to pursue their claims:

    Taylor Woodrow Homes-Central Florida Division, LLC
    Taylor Morrison Services, Inc.
    Taylor Morrison of Florida, Inc.
    Nu-Way Drywall, LLC
    Knauf Plasterboard entities
    Rothchilt International, Ltd.
    Participating Insurers for entities listed above.

SCANNED

4. The undersigned hereby opt out from the Builder, Installer, Supplier and Participating Insurer Settlement Class, the InEx Settlement, the Banner Settlement, the Knauf Settlement, the L&W Settlement and the Global Settlement in the Chinese Drywall Action in MDL No. 2047.

3. The undersigned individuals wish to pursue their individual claims against all potentially responsible Participating Defendants and Participating Insurers by litigation and/or arbitration.

4. The undersigned individual Class Members are represented by the following counsel:

> DAVID S. MAGLICH, ESQUIRE
> FERGESON SKIPPER, SHAW, KEYSER, BARON & TIRABASSI, P.A.
> 1515 Ringling Boulevard – 10th Floor
> Sarasota, FL 34236

5. This written notice signed by the individual Class Members is being sent by First Class Mail, postmarked on September 20, 2012, to Settlement Class Counsel, Arnold Levin, Levin Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106 and Russ M. Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113, and to the Knauf Defendants' Counsel, Kerry Miller, Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA 70163.

_____          _____
RAYMOND P. FARLEY                 AMELIA J. FARLEY

2

STATE OF __NJ__ )
COUNTY OF __Essex__ )

The foregoing instrument was sworn to and subscribed before me on __August 29th__, 2012, by RAYMOND P. FARLEY and AMELIA J. FARLEY, ☐ who are personally known to me or ☒ who produced __Driver License - NJ__ as identification.

*[signature]*

Notary Public
Print Name: __Madeline Walsh__
My Commission Expires: __5-10-17__

MADELINE WALSH
Notary Public
State of New Jersey
My Commission Expires May 10, 2017
I.D.# 2420641

3

September 25, 2012

Charles A. Hummer &
Yuliya Hummer
2617 Jaylene Road
North Port, Fl 34288
941-240-5577 H
239-287-9332C
charleshummer57@yahoo.com

RE: OPT OUT L & W SETTLEMENT

ARNOLD LEVIN
510 Walnut St, SU#500
Philadelphia, PA 19106

RUSS M. HERMAN
820 O'Keefe Avenue
New Orleans, LA 70113

KERRY MILLER
1100 Poydras Street, SU#3700

New Orleans, LA 70163

The above listed individuals, Charles and Yuliya Hummer, hereby opts out of the L&W Class Settlement or the Knauf Class Settlement, as of this date, September 25, 2012.

*[signature]*
CHARLES A. HUMMER



# Trenam Kemker
### ATTORNEYS

PLEASE REPLY TO:
P. O. Box 1102
Tampa, FL 33601-1102
Phone: (813) 227-7481
E-Mail: pjpoff@trenam.com

September 20, 2012

Russ M. Herman, Esq.  
Herman, Herman, Katz & Cotlar, LLP  
820 O'Keefe Avenue  
New Orleans, LA 70113  

W. David Conner, Esq.  
Haynsworth Sinkler Boyd, P.A.  
P. O. Box 2048  
Greenville, SC 29602  

Arnold Levin, Esq.  
Levin, Fishbein, Sedran & Berman  
510 Walnut Street  
Suite 500  
Philadelphia, PA 19106  

Kerry J. Miller, Esq.  
Frilot LLC  
1100 Poydras Street  
Suite 3700  
New Orleans, LA 70163  

RE: In re: Chinese-Manufactured Drywall Products Liability Litigation
MDL No. 2047; USG and L&W Class Settlement Opt-Out Notice
*Related case: Jeffrey T. Levy and Karen B. Levy v.*
*Emerald Greens at Carrollwood, LLC, et al.*
*LTL Construction, Inc. v. Beijing New Building Material, PLC, et al.*
Case No. 10-CA-012855, Hillsborough County, Florida
- Our File No. 09-2812

Dear Counsel:

This firm represents the interests of residential property owners Jeffrey T. Levy [*previous*] and Karen B. Levy in related state court Chinese Drywall litigation involving their residence located at 13962 Clubhouse Drive, Tampa, Florida 33618-2747, styled *Jeffrey T. Levy and Karen B. Levy v. Emerald Greens at Carrollwood, LLC, et al.*, which is now pending in the Circuit Court of the Thirteenth Judicial Circuit, Hillsborough County, Florida, Case No. 10-CA-012855.

Pursuant to Section 8.2 of the Class Action Settlement Agreement [*previous*] Regarding KPT Drywall Claims Against USG and L&W in MDL No. 2047, the undersigned residential property owners Jeffrey T. Levy and Karen B. Levy, whose current mailing address is ~~13962 Clubhouse Drive, Tampa, FL 33618-2747~~ [2344 Saddleback Dr Danville, CA 94506], hereby opt-out of the USG and L&W Settlement Class in the Chinese Drywall Action.

X __[signed] Jeffrey T. Levy__

X __[signed] Karen B. Levy__

---

101 E. Kennedy Boulevard, Suite 2700  
Tampa, Florida 33602  
Tel: (813) 223-7474  
Fax: (813) 229-6553  

www.trenam.com

200 Central Avenue, Suite 1600  
St. Petersburg, Florida 33701  
Tel: (727) 896-7171  
Fax: (727) 822-8048

Russ M. Herman, Esq.
Arnold Levin, Esq.
W. David Conner, Esq.
Kerry J. Miller, Esq.
September 20, 2012
Page 2

     By signing above we, Jeffrey T. Levy and Karen B. Levy, whose current residence is 2394 Saddleback Drive, Danville, CA 94506, opt-out of the USG and L&W Settlement Class in the Chinese Drywall Action and understand and agree as follows:

IN ORDER TO PURSUE AN INDIVIDUAL CLAIM AGAINST THE USG AND L&W DEFENDANTS OR THEIR INSURERS BY LITIGATION, ARBITRATION, OR OTHERWISE, WE MUST OPT-OUT; OTHERWISE, IF THE SETTLEMENT IS APPROVED, AND WE ARE PROPERLY WITHIN THE CLASS WE WILL NOT BE ABLE TO PURSUE CLAIMS AGAINST THE USG AND L&W DEFENDANTS OR THEIR INSURERS ARISING OUT OF, IN ANY MANNER RELATED TO, OR CONNECTED IN ANY WAY WITH CHINESE DRYWALL.

     Request is hereby made that you file this opt-out notice with the Court. If you are in need of any further information to effectuate this opt-out request, please contact us immediately in writing regarding same.

                                       Very truly yours,

                                       Patrick J. Poff

PJP:njc





JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

**State of Louisiana**
DEPARTMENT OF JUSTICE
P.O. BOX 94005
BATON ROUGE
70804-9005

September 28, 2012

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

W. David Conner
Haysworth Sinkler Boyd, PA
P.O. Box 2048
Greenville, South Carolina 29602

Russ Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry J. Miller
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

RE:  In Re: Chinese-Manufactured Drywall Litigation; MDL No. 2047
Class Action Settlement Agreement Regarding KPT Drywall Claims Against USG and L&W in MDL No. 2047 (Doc. 13375-2)
and Preliminary Approval of Class Settlement Against USG & L&W (Doc. 14583)

and

State of Louisiana ex re: James D. ("Buddy") Caldwell, the Attorney General of Louisiana v. Knauf Gips KG, et al, USDC, Eastern District of La, Case No. 010-340; Sec. L; Mag. 2

Dear Mr. Levin, Mr. Herman, Mr. Conner, and Mr. Miller:

On behalf of the State of Louisiana and as *parens patriae* for the State's local political subdivisions and all of its citizens, I filed a lawsuit against manufacturers, retailers, distributors, and builders regarding defective Chinese drywall imported into and sold in Louisiana. This lawsuit was removed from state court and then consolidated into Chinese Drywall Multi-District Litigation. The State of Louisiana's Motion to Remand is still pending before Judge Fallon. USG Corporation and L&W Supply Corporation were both named defendants in the State's lawsuit.

<u>The undersigned hereby opts out of the L&W Class in the Chinese Drywall Action and acknowledges that by opting out, the undersigned may not receive any benefits under the L&W Settlement or Knauf Class Settlement. In compliance with the Court's Preliminary Approval Order, the full name and address of the party opting out is James D. "Buddy" Caldwell, Attorney General, State of Louisiana, 1885 North Third Street, Baton Rouge, Louisiana 70802.</u>

This Notice of Exclusion applies to <u>all</u> claims asserted in the State of Louisiana's lawsuit identified above. Nothing herein shall be deemed a waiver of the State's pending Motion to Remand.

Sincerely,

*[signature]*

James D. "Buddy" Caldwell
Attorney General

# Opt-Out Form

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re: **In Re: Chinese-Manufactured Drywall Products Liability Litigation**
United States District Court, Eastern District of Louisiana
Opt Out Notice for Global Settlement and L&W Settlement in MDL 2047

Dear Counselors:

Pursuant to the Notice of Pendency of Proposed Settlement of Class Action Against Builders, Installers, Suppliers and Participating Insurers (the "Global Settlement"), dated May 31, 2012, and the Settlement with L&W Supply Corporation and the please consider this notice of our intention to *opt out* of the Global Settlement and the L&W Supply Corporation Settlement My/Our address of the property damaged by the Chinese Drywall is:

20455 NW 13th St.    Dunnellon, FL 34431

I/We understand that I/we *will not* be entitled to share in the benefits of this Global Settlement *nor* will I/we benefit or be bound by further orders or judgments in the Litigation concerning the Global Settlement, if any.

_[signature]_  JEFF WELLER  9/25/12
Signature       Printed Name         Date

_[signature]_  DIANE WELLER  9/25/12
Signature       Printed Name         Date

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.