# EXHIBIT E

**REVOCATION/WITHDRAWL OF PRIOR REQUEST FOR EXCLUSION ("OPT OUT")**
**BANNER SETTLEMENT CLASS**
CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby **revokes/withdraws** the prior opt out from the Banner Settlement Class
in the Chinese Drywall Action.

Name:  LUIS       GABRIEL      MEJIA
       First           Middle         Last

Name:  Aracelys                  Armelo
       First            Middle         Last

Address:  1461  SW 145 PLACE
          Street Address

          MIAMI   FL.  33184
          City, State, Zip

Executed by:  _Luis Gabriel Mejia_   9/25/2012
             Signature              Date

Executed by:  _____   9/25/2012
             Signature              Date

To:   Arnold Levin, Esq.
      LEVIN, FISHBEIN, SEDRAN &
      BERMAN
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Todd R. Ehrenreich, Esq.
      WEINBERG            WHEELER
      HUDGINS GUNN & DIAL LLC.
      2601 South Bayshore Drive, Suite
      1500
      Miami, Fl 33133

      Michael P. Peterson, Esq.
      PETERSON & ESPINO, P.A.
      10631 SW 88th Street, Suite 220
      Miami, Fl 33186

Dorothy Wimberly, Esq.
STONE PIGMAN WALTHER WITTMAN
LLC
546 Carondelet Street
New Orleans, LA 70130

Michael A. Sexton, Esq.
WEINBERG      WHEELER      HUDGINS
GUNN & DIAL LLC.
3344 Peachtree Road, NE Suite 2400
Atlanta, GA 30326

# ROBERTS & DURKEE, P.A.

## ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE 1 - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

November 4, 2011

**Sent via US mail & facsimile**

Arnold Levin, Esq.
*Plaintiff's Lead Counsel*
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Dorothy Wimberly, Esq.
*Co-Class Counsel*
Stone Pigman Walther Wittman LLC
546 Carondelet Street
New Orleans, LA 70130

Michael Sexton, Esq.
*Counsel for all Banner Entities except Banner PSL*
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esq.
*Counsel for all Banner Entities*
Peterson & Espino P.A.
10631 SW 88 Street, Suite 220
Miami, FL 33186

**RE:    Banner Class Action Settlement Opt Out- Gerald and Helene Bell**

Dear Counsel,

Please be advised that Gerald and Helene Bell's opt out form that was sent to you on October 7, 2011 was submitted in error. Mr. & Mrs. Bell do not wish to opt out of the class action settlement at this time; therefore, *please withdraw their opt out form.* If you have any problems with this request, please contact me immediately. Unless we hear otherwise, we are going to assume that Mr. & Mrs. Bell are still presumptive class members, with all the rights associated therewith.

Thank you.

Yours sincerely,

C. David Durkee

CDD;cbs



# REVOCATION/WITHDRAWL OF PRIOR REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS
### CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby **revokes/withdraws** the prior opt out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Craig      Anthony      Bullock_
    First           Middle           Last

Name: _Craig      Anthony      Bullock_
    First           Middle           Last

Address: _15250 Ventura Ste 710_
    Street Address

_Sherman Oaks Ca. 91403_
City, State, Zip

Executed by: _(signature)_      _9-26-12_
    Signature                      Date

Executed by: _____
    Signature                      Date

To:   Arnold Levin, Esq.
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich, Esq.
WEINBERG WHEELER HUDGINS GUNN & DIAL LLC.
2601 South Bayshore Drive, Suite 1500
Miami, Fl 33133

Michael P. Peterson, Esq.
PETERSON & ESPINO, P.A.
10631 SW 88th Street, Suite 220
Miami, Fl 33186

Dorothy Wimberly, Esq.
STONE PIGMAN WALTHER WITTMAN LLC
546 Carondelet Street
New Orleans, LA 70130

Michael A. Sexton, Esq.
WEINBERG WHEELER HUDGINS GUNN & DIAL LLC.
3344 Peachtree Road, NE Suite 2400
Atlanta, GA 30326

# REVOCATION/WITHDRAWL OF PRIOR REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS
### CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby **revokes/withdraws** the prior opt out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Nelishet_____ _Diaz_____
       First             Middle          Last

Name: _____
       First             Middle          Last

Address: _20441 SW 317 Street_____
       Street Address

_Homestead, FL. 33030___
       City, State, Zip

Executed by: _[signature]_____ _09/25/12_
       Signature                   Date

Executed by: _____
       Signature                   Date

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich, Esq.
       WEINBERG WHEELER HUDGINS GUNN & DIAL LLC.
       2601 South Bayshore Drive, Suite 1500
       Miami, Fl 33133

       Michael P. Peterson, Esq.
       PETERSON & ESPINO, P.A.
       10631 SW 88th Street, Suite 220
       Miami, Fl 33186

Dorothy Wimberly, Esq.
STONE PIGMAN WALTHER WITTMAN LLC
546 Carondelet Street
New Orleans, LA 70130

Michael A. Sexton, Esq.
WEINBERG WHEELER HUDGINS GUNN & DIAL LLC.
3344 Peachtree Road, NE Suite 2400
Atlanta, GA 30326

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

August 14, 2012

**Via U.S. Mail**

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael A. Sexton
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Re:   **CHINESE DRYWALL LITIGATION**
MDL NO. 2047
Chinese drywall property located at: 3318 NE 3rd Drive, Homestead, FL 33033

To whom it may concern:

This letter serves to formally withdraw the opt-out previously filed in the Banner Settlement Class for my client, Stratton & Susan Jamison, with property located at 3318 NE 3rd Drive, Homestead, FL 33033.

If you have any questions regarding the above, please do not hesitate to contact me.

Very truly yours,

C. David Durkee, Esq.

Case 2:09-md-02047-EEF-MBN  Document 22412  Filed 12/11/19  Page 7 of 30

# CHINESE MANUFACTURED DRYWALL LITIGATION

The above captioned hereby enrolls in and joins the prior roll out from the Homes Builders and those in the Chinese Drywall Action.

| Name: | **PATRICK** | **CAROLEE** | **JASURDA** |
|---|---|---|---|
| | First | Middle | Last |

| Current Address: | HAGEN 9 |
|---|---|
| | Street Address |
| | 3031 OBERDRAU  AUSTRIA |
| | City, State, Zip |

| Affected Property: | UNIT 201 and UNIT 201 |
|---|---|

| Address: | 4020 NE 14TH STREET |
|---|---|
| | Street Address |
| | FORT LAUDERDALE  FLORIDA 33334 |
| | City, State, Zip |

| Executed by: | _____ | OCTOBER 24, 2019 |
|---|---|---|
| | Signature | Date |

To:
Arnold Levin, Esq.
LEVIN, FISHBEIN, SEDRAN &
BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

John K. Jimmerch, Esq.
WEINBERG         WHEELER
HUDGINS GUNN & DIAL, LLc
3344 Peachtree Road NE, Suite
1800
Atlanta GA 30321

Michael P. Peterson, Esq.
PETERSON & ESPINO, P.A.
10631 N. Kendall Drive, Suite 220
Miami, FL 33176

Dorothy Wimberly, Esq.
STONE PIGMAN WALTHER WITTMAN
LLC
546 Carondelet Street
New Orleans, LA 70130

Michael A. Sexton, Esq.
WEINBERG  WHEELER  HUDGINS
GUNN & DIAL, LLc
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326

# ROSENBAUM MOLLENGARDEN PLLC

ATTORNEYS AT LAW

September 28, 2012

**VIA U.S. MAIL and ELECTRONIC MAIL (ALevin@LFSBLaw.com )**

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

   Re: **Johnson, Paul & Caron v. Oakbrook Building & Design, Inc.**
     Case No: CACE 09-026426
     Our File No.: 06067-001

Dear Mr. Levin:

  This firm represents Paul and Caron Johnson in the above-referenced matter.  Enclosed please find their executed Notice of Withdrawal of Opt Out from Knauf and Banner settlement in the Chinese Drywall class action, case no.: 11-90,000 CACE(01) in New Orleans, LA.    Should you have any questions, please do not hesitate to contact me.

Sincerely,

Yelizaveta B. Herman, Esq.
For the Firm

YBH/nnt

cc: Daniel S. Rosenbaum, Esquire
  Dina L. Rosenbaum, Paralegal
  Natalie Tannous, Paralegal

22F0492

## NOTICE OF WITHDRAWAL OF OPT OUT FROM BANNER SETTLEMENT

**THE UNDERSIGNED HEREBY WITHDRAW AND CANCEL THEIR PRIOR OPT OUTS
FROM THE BANNER SETTLEMENT**

Paul Johnson      (Signature)

Paul Johnson
Name
(Please print your name)

Caron Johnson      (Signature)

Caron Johnson
Name
(Please print your name)

Address: 12708 Equestrian Trail          Davie      Florida      33330-1271
                      Street                            City       State          Zip Code

# ROBERTS & DURKEE, P.A.

## ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

August 14, 2012

**Via U.S. Mail**

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael A. Sexton
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Re:   **CHINESE DRYWALL LITIGATION**
       MDL NO. 2047
       Chinese drywall property located at: 8186 NW 114th Place, Doral, FL 33909

To whom it may concern:

This letter serves to formally withdraw the opt-out previously filed in the Banner Settlement Class for my client, Juan M. Marcario, with property located at 8186 NW 114th Place, Doral, FL 33909.

If you have any questions regarding the above, please do not hesitate to contact me.

Very truly yours,

C. David Durkee, Esq.

# ROBERTS & DURKEE, P.A.

ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

August 14, 2012

**Via U.S. Mail**

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael A. Sexton
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Re:   **CHINESE DRYWALL LITIGATION**
      MDL NO. 2047
      Chinese drywall property located at: 2964 NE 3rd Drive, Homestead, FL 33033

To whom it may concern:

This letter serves to formally withdraw the opt-out previously filed in the Banner Settlement Class for my client, Rafael & Ana Segundo, with property located at 2964 NE 3rd Drive, Homestead, FL 33033.

If you have any questions regarding the above, please do not hesitate to contact me.

Very truly yours,

C. David Durkee, Esq.

9/20/12

Gennies Hillery
802 Marsha S Ratchford St.
Prichard AL, 36610

Herman, Herman, Katz, Cotlar, LLP
820 O' Keefe Avenue
New Orleans, LA 70113

Dear Mr. Herman,

I Gennies Hillery want to inform you all that I want to opt back into the MDL. I was in Mobile,
Alabama lawsuit, which is now over with, whatever paperwork is needed, please forward them
to my email or address.  My email is gennies2@att.net.

Thank You,

Gennies Hillery

# PIVACH, PIVACH, HUFFT & THRIFFILEY, L.L.C.

GEORGE PIVACH, II
MARK A. PIVACH
DAVID M. HUFFT
TIMOTHY THRIFFILEY
COREY E. DUNBAR
ELLEN PIVACH DUNBAR

ATTORNEYS AT LAW
8311 HIGHWAY 23, SUITE 104
POST OFFICE BOX 7125
BELLE CHASSE, LOUISIANA 70037
(504) 394-1870
FAX (504) 393-2553
firm@pivachlaw.com
www.pivachlaw.com

Writer's Email
CDunbar@PivachLaw.com

September 20, 2012

*VIA U.S. MAIL AND FACSIMILE:*
*(215) 592-4663*
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Streey, Suite 500
Philadelphia, PA 19106

*VIA U.S. MAIL AND FACSIMILE:*
*(504) 599-8137*
Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

RE:   *Thomas M. Gorman and Gorman Construction, L.L.C. v.*
      *Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd.,*
      *Knauf Insulation GmbH a/k/a Knauf USA,*
      *Knauf International GmbH, and Inter Exterior Building Supply, L.P.*
      CDC No.:   2011-7737 "K-5"
      Our File No.: 10-617

Dear Gentlemen:

This correspondence shall serve as notice that Thomas M. Gorman and Gorman Construction, L.L.C. hereby withdraw their prior opt-out of the InEx Settlement.

If you have any other questions or concerns, feel free to contact us.

Very truly yours,

COREY E. DUNBAR
FOR THE FIRM

THE UNDERSIGNED HEREBY REQUESTS TO WITHDRAW HIS PRIOR EXCLUSION FROM THE INEX SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION.

**THOMAS M. GORMAN**

THE UNDERSIGNED HEREBY REQUESTS TO WITHDRAW ITS PRIOR EXCLUSION FROM THE INEX SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION.

**GORMAN CONSTRUCTION, L.L.C.**
**through its authorized representative**
**THOMAS M. GORMAN**

CED
cc:   Thomas M. Gorman

LATI

08-13-2012

Russ M Herman                    Desmond Green
820 O Keefe Ave.                 3758 Preston, Pl.
N.O. La 70113                    N.O. La. 70131

Mr. Herman,

    I Desmond Green request to
Withdraw my opt. Out request Inreference
to the chinese drywall class Settlement.

                    Thank you!
                    Desmond Green

            recd 8/14/12 by Russ H

Send to Kerry Miller
        Arnie Levin
        Fenny Davis
        Fred Longer

9/27/12

Attention
Mr. Russ Herman
820 O'Keefe Avenue
New Orleans LA 70113

Diges E Little VS The Mitchell Co.  Cr-09-901153

&. Diges E Little wish to
get in to the class settlement (MDL.)
I am no longer represents by the
Law firm (Holston Vaughn) please
contact my directly, This was a
Alabama State Case against knauf.
P.O. Box 13705
Mobile AL 36663-0705

Diges E Little
816 Marsha S hatchford St
Prichard AL 36610
(251) 458-9795
(251) 709-3876
dgslittle @ yahoo.com

Diges E Little  9/27/12

# PIVACH, PIVACH, HUFFT & THRIFFILEY, L.L.C.

GEORGE PIVACH, II
MARK A. PIVACH
DAVID M. HUFFT
TIMOTHY THRIFFILEY
COREY E. DUNBAR
ELLEN PIVACH DUNBAR

ATTORNEYS AT LAW
8311 HIGHWAY 23, SUITE 104
POST OFFICE BOX 7125
BELLE CHASSE, LOUISIANA 70037
(504) 394-1870
FAX (504) 393-2553
firm@pivachlaw.com
www.pivachlaw.com

Writer's Email
CDunbar@PivachLaw.com

September 20, 2012

*VIA U.S. MAIL AND FACSIMILE:*
**(215) 592-4663**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Streey, Suite 500
Philadelphia, PA 19106

*VIA U.S. MAIL AND FACSIMILE:*
**(504) 599-8137**
Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

RE:   *Sam M. Poole, III et al. v.*
      *John L. Crosby et al.*
      22nd J.D.C. No. 2009-14897 "D"
      Our File No.: 09-239

Dear Gentlemen:

   This correspondence shall serve as notice that Valerie Lejeune Poole and the Succession of Sam McCall Poole, III (29th J.D.C. No. 2012-30603 "F") hereby withdraw the prior opt-out of the InEx Settlement.

   If you have any other questions or concerns, feel free to contact us.

Very truly yours,

COREY E. DUNBAR
FOR THE FIRM

THE UNDERSIGNED HEREBY REQUESTS TO WITHDRAW HER AND SAM M. POOLE, III'S PRIOR EXCLUSION FROM THE INEX SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION.

**VALERIE LEJEUNE POOLE, individually and as Co-Independent Testamentary Executor of the Succession of Sam McCall Poole, III**

THE UNDERSIGNED HEREBY REQUESTS TO WITHDRAW SAM M. POOLE, III'S PRIOR EXCLUSION FROM THE INEX SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION.

**SAM POOLE, JR., as Co-Independent Testamentary Executor of the Succession of Sam McCall Poole, III**

**PHILIP A. GARRETT, as Co-Independent Testamentary Executor of the Succession of Sam McCall Poole, III**

## PIVACH, PIVACH, HUFFT & THRIFFILEY, L.L.C.

ATTORNEYS AT LAW
8311 HIGHWAY 23, SUITE 104
POST OFFICE BOX 7125
BELLE CHASSE, LOUISIANA 70037
(504) 394-1870
FAX (504) 393-2553
firm@pivachlaw.com
www.pivachlaw.com

Writer's Email
CDunbar@PivachLaw.com

GEORGE PIVACH, II
MARK A. PIVACH
DAVID M. HUFFT
TIMOTHY THRIFFILEY
COREY E. DUNBAR
ELLEN PIVACH DUNBAR

September 20, 2012

**VIA U.S. MAIL AND FACSIMILE:**
**(215) 592-4663**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Streey, Suite 500
Philadelphia, PA 19106

**VIA U.S. MAIL AND FACSIMILE:**
**(504) 599-8137**
Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

RE:  *Sam M. Poole, III et al. v.*
*John L. Crosby et al.*
22nd J.D.C. No. 2009-14897 "D"
Our File No.: 09-239

Dear Gentlemen:

This correspondence shall serve as notice that Valerie Lejeune Poole and the Succession of Sam McCall Poole, III (29th J.D.C. No. 2012-30603 "F") hereby withdraw the prior opt-out of the InEx Settlement.

If you have any other questions or concerns, feel free to contact us.

Very truly yours,

COREY E. DUNBAR
FOR THE FIRM

THE UNDERSIGNED HEREBY REQUESTS TO WITHDRAW HER AND SAM M. POOLE, III'S PRIOR EXCLUSION FROM THE INEX SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION.

_____
**VALERIE LEJEUNE POOLE, individually and as**
**Co-Independent Testamentary Executor of the**
**Succession of Sam McCall Poole, III**

THE UNDERSIGNED HEREBY REQUESTS TO WITHDRAW SAM M. POOLE, III'S PRIOR EXCLUSION FROM THE INEX SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION.

_____
**SAM POOLE, JR., as Co-Independent**
**Testamentary Executor of the**
**Succession of Sam McCall Poole, III**

_____
**PHILIP A. GARRETT, as Co-Independent**
**Testamentary Executor of the**
**Succession of Sam McCall Poole, III**

Sept, 26, 2012

I Deborah Porcher of 510 Sgt. Harrison Brown St, Prichard, Al. do not wish to opt out of the Global Settlement. I am no longer being represented by a local law firm who may have opted me out and not opted me back in to pursue a claim against the defendants in this class action lawsuit. You may contact via E-mail, debporcher@gmail.com or by my cellular number (251)442-1701 with any questions pertaining to this request. I am a homeowner affected by chinese drywall in association with the Prichard Housing Authority.

Sincerely,

Deborah Porcher

**LAW OFFICES OF**
**WAYNE E. FERRELL, JR., PLLC**
POST OFFICE BOX 24448
405 TOMBIGBEE STREET
JACKSON, MISSISSIPPI 39225-4448
Telephone: 601.969.4700
Fax: 601.969.7514

WEB PAGE                MASTER OF LAWS, L.L.M.              EMAIL:
www.airlawonline.com    AVIATION & SPACE LAW      wferrell@airlawonline.com

May 3, 2012

Richard Duplantier, Esq.
Carlina Eiselen, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras St., 40th Floor
New Orleans, LA 70139

Russ Herman, Esq.
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Re:   *Anita Sanderford, Jim Sanderford and Wes Sanderford v. Knauf Gips, et
      al,* No. A2401-2010-397

      *Anita Sanderford, Jim Sanderford and Wes Sanderford  v. Knauf Gips, et
      al,* No. A2401-11-225

      Marilyn Clark and Francis Parlow v. Knauf Gips, et al, No.
      A2401-2010-418

      *Shea Michael Ladner and Desiree Day Ladner, individually and as
      natual parents, next friends and guardians of Brendon Michael Ladner,
      a minor, and Brooklynn Lee Ladner, a minor v. Knauf Gips, et al,* No.
      A2401-2011-128

May 3, 2012
Page 2

Gentlemen:

This letter is to advise that my clients, (Plaintiffs in the above styled and numbered causes), wish to opt in the Chinese drywall, Bailey and INEX class settlement.  My clients' previous "opt out" letters are hereby revoked.

If you have any questions please feel free to call me.

Sincerely,

Wayne E. Ferrell, Jr.

WEFjr/dc
cc:   Garrett W. Thalgott, Esq.
      John Hunter, Esq.
      Jim and Anita Sanderford
      Marilyn Clark
      Shea Ladner

# MARTZELL & BICKFORD

ATTORNEYS AT LAW
*A Professional Corporation*
338 LAFAYETTE STREET
NEW ORLEANS, LOUISIANA 70130

JOHN R. MARTZELL (1937-2007)
SCOTT R. BICKFORD †
SPENCER R. DOODY
LAWRENCE J. CENTOLA, III
NEIL F. NAZARETH
ROSHAWN H. DONAHUE
JASON Z. LANDRY

WWW.MBFIRM.COM

TELEPHONE: (504) 581-9065
FACSIMILE:  (504) 581-7635

___ J. JEANICE
OFFICE ADMINISTRATOR

† *also admitted in Texas & Colorado*

E-MAIL: MB@MBFIRM.COM

September 12, 2012

Settlement Class Counsel
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

InEx counsel
Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

> Re:   Ms. Marie B. Seiler
>         671 Solomon Dr.
>         Covington, LA 70433

Dear Counsel:

The Plaintiff, Marie B. Seiler,  hereby withdraws the prior opt out of the INEX Settlement Class in the Chinese Drywall Action that was executed on April 4, 2012.

Sincerely,

**MARTZELL & BICKFORD**

*/s/ Lawrence J. Centola, III*

LAWRENCE J. CENTOLA, III

LJC/act

September 22, 2012

Dear Mr. Levin,

This letter , on behalf of myself Stephen, my wife, Melinda, and our son Cooper, is to inform you that we wish to participate in the INEX Global Settlement. We had previously opted out but wish to reverse that decision and participate in the settlement.

Thank you,

*Steph Sitaras, Melinda S, Cooper Sitaras*

Stephen Sitaras
15948 Fishhawk Creek Lane
Lithia, Fl 33547
Phone: 813-3-689-7431

I Leticia Washington request to opt back into the MDL Class Settlement. I want to withdraw my opt out to opt back in. I am no longer represented by an attorney. Please be advised to send any and all documents concering my case to 827 Marsha S Rochford St. Prichard AL 36610.

Email letticiawashington@gmail.com Or Copy to phoebuspoppop39@gmail.com. My minor children are Torianna Washington, Malaisia Washington and Makayla Washington.

(Thank You)
Ms. Washington

Request To Opt Back In
Thank Ups

9/20/12

Gennies Hillery
802 Marsha S Ratchford St.
Prichard AL, 36610

Herman, Herman, Katz, Cotlar, LLP
820 O' Keefe Avenue
New Orleans, LA 70113

Dear Mr. Herman,

I Gennies Hillery want to inform you all that I want to opt back into the MDL. I was in Mobile, Alabama lawsuit, which is now over with, whatever paperwork is needed, please forward them to my email or address.  My email is gennies2@att.net.

Thank You,

Gennies Hillery

# ROSENBAUM MOLLENGARDEN PLLC

ATTORNEYS AT LAW

September 28, 2012

**VIA U.S. MAIL and ELECTRONIC MAIL (ALevin@LFSBLaw.com )**

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

      Re:   Johnson, Paul & Caron v. Oakbrook Building & Design, Inc.
            Case No: CACE 09-026426
            Our File No.: 06067-001

Dear Mr. Levin:

    This firm represents Paul and Caron Johnson in the above-referenced matter. Enclosed please find their executed Notice of Withdrawal of Opt Out from Knauf and Banner settlement in the Chinese Drywall class action, case no.: 11-90,000 CACE(01) in New Orleans, LA.  Should you have any questions, please do not hesitate to contact me.

Sincerely,

Yelizaveta B. Herman, Esq.
For the Firm

YBH/nnt

cc:   Daniel S. Rosenbaum, Esquire
      Dina L. Rosenbaum, Paralegal
      Natalie Tannous, Paralegal

22F0492

## NOTICE OF WITHDRAWAL OF OPT OUT FROM KNAUF SETTLEMENT

**THE UNDERSIGNED HEREBY WITHDRAW AND CANCEL THEIR PRIOR OPT OUTS
FROM THE KNAUF SETTLEMENT**

Paul Johnson        (Signature)

Paul Johnson
Name
(Please print your name)

Caron Johnson        (Signature)

Caron Johnson
Name
(Please print your name)

Address: <u>12708 Equestrian Trail</u>          Davie      Florida      <u>33330-1271</u>
Street                                        City       State        Zip Code

9/27/12

Attention
Mr. Russ Herman
820 O'Keefe Avenue
New Orleans LA 70113

Diges E Little Vs The Mitchell Co. Cr-09-90153

ri Diges E Little wish to
opt in to the class settlement (MDL)
If am no longer represent by the
Law firm of (Holston Vaughn) please
contact me directly, This was a
Alabama State Case against Knauf.
P.O. Box 13705
Mobile AL 36663-0705

Diges ELittle
816 Marsha S hatchford St
Prichard AL 36610
(251) 458-9795
(251) 709-3876
dgslittle@yahoo.com

Diges E Little  9/27/12

Sept, 26, 2012

I Deborah Porcher of 510 Sgt. Harrison Brown St, Prichard, Al. do not wish to opt out of the Global Settlement. I am no longer being represented by a local law firm who may have opted me out and not opted me back in to pursue a claim against the defendants in this class action lawsuit. You may contact via E-mail, debporcher@gmail.com or by my cellular number (251)442-1701 with any questions pertaining to this request. I am a homeowner affected by chinese drywall in association with the Prichard Housing Authority.

Sincerely,
Deborah Porcher

# MARTZELL & BICKFORD
### ATTORNEYS AT LAW
*A Professional Corporation*

JOHN R. MARTZELL (1937-2007)
SCOTT R. BICKFORD †
SPENCER R. DOODY
LAWRENCE J. CENTOLA, III
NEIL F. NAZARETH
ROSHAWN H. DONAHUE
JASON Z. LANDRY

† *also admitted in Texas & Colorado*

338 LAFAYETTE STREET
NEW ORLEANS, LOUISIANA  70130

WWW.MBFIRM.COM

TELEPHONE: (504) 581-9065
FACSIMILE:  (504) 581-7635

REGINA O. MATTHEWS
*OF COUNSEL*

BYRON J. JEANICE
OFFICE ADMINISTRATOR

E-MAIL: MB@MBFIRM.COM

September 12, 2012

Settlement Class Counsel
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman
Herman Herman Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Knauf Defendants' counsel
Kerry Miller
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Re:    Ms. Marie B. Seiler
       671 Solomon Dr.
       Covington, LA 70433

Dear Counsel:

The Plaintiff, Marie B. Seiler,  hereby withdraws the prior opt out of the Knauf Settlement Class in the Chinese Drywall Action that was executed on April 4, 2012.

Sincerely,

MARTZELL & BICKFORD

*/s/ Lawrence J. Centola, III*

LAWRENCE J. CENTOLA, III

LJC/act

I Letitia Washington request to opt back into the MDL Class Settlement. I want to withdraw my opt out to opt back in. I am no longer represented by an attorney. Please be advised to send any and all documents concering my case to 827 Marsha S Rashford St. Prichard Al 36610. email letitia.washington@gmail.com Or copy to photospoppp2@gmail.com. My minor children are Torianna Washington, Malaisia Washington and Makayla Washington.

(Thank You)
Ms. Wash

Request To Opt Back IN
Thank Yo