# EXHIBIT F

# ROBERTS & DURKEE, P.A.
ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

September 28, 2012

*Via Certified U.S. Mail*

Arnold Levin, Esq.
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dorothy Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

Michael A. Sexton
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE Suite 2400
Atlanta, GA 30326

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Russ Herman, Esq.
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry J. Miller
Frilot LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163

RE: **CHINESE DRYWALL LITIGATION**
**MDL NO. 2047**

To whom it may concern:

Enclosed please find a list with my clients who have accepted the Knauf Settlement. If any opt out form was filed on behalf of any of the clients listed on Exhibit "A" for either the Knauf Settlement, Banner Settlement or Global Settlement Agreement, please withdraw said opt-out, and accept this letter as confirmation that these clients have accepted the Knauf settlement.

Very truly yours,

C. David Durkee, Esq.

CDD:es

# EXHIBIT "A"

## KNAUF ACCEPTED

### KNAUF ACCEPT NO LONGER OWN HOME

| # | CLIENT | ADDRESS |
|---|---|---|
| 1 | Acosta | 319 Broward Ave, Lehigh Acres, FL |
| 2 | Arias, Evelyn | 3601 Malagrotta Circle, Cape Coral, FL |
| 3 | Bekirov (3410 Address) | 3410 SE 6th Street, Pompano Beach, FL |
| 4 | Braithwaite | 3513 NW 14th Court, Lauderhill, FL |
| 5 | Carraway | 2091 SW Grant Ave, Port St. Lucie, FL |
| 6 | Corell | 11416 Dutch Iris Drive, Riverview, FL |
| 7 | Crawford | 3609 NW 14th Court, Lauderhille, FL |
| 8 | Cummins and Brown | 1112 Amber Lake Court, Cape Coral, FL |
| 9 | Gonzalez, Roberto | 11281 NW 84th Street, Doral, FL |
| 10 | HO | 362 NE 30th Avenue, Homestead, Florida |
| 11 | Kondeck | 3026 Lake Manatee Court, Cape Coral, FL |
| 12 | McGee | 3590 Lansing Loop, Bldg 40 #104, Estero, Fl |
| 13 | Mullen (property 1132) | 1132 Bari Street, Lehigh Acres, FL |
| 14 | Palmer and Carroll | 8217 Sanctuary Druve, Unit 2, Naples, FL |
| 15 | Panessa | 2672 SW Windship Way, Stuart, FL |
| 16 | Patalano | 11422 Bridge Pine Drive, Riverview, FL |

### KNAUF ACCEPT – IN KPP

| # | CLIENT | ADDRESS |
|---|---|---|
| 1 | Auerbach | 3598 NW 14th Court, Lauderhill, FL |

| # | Client | Address |
|---|---|---|
| 2 | Bisoon | 1056 NW Leonardo Circle, Port St. Lucie, FL |
| 3 | Curbelo | 3526 NW 14th Court, Lauderhill, FL |
| 4 | De los Santos | 973 NW Leonardo Circle, Port St. Lucie, FL |
| 5 | Guilhempe | 335 SW 24th Street, Cape Coral, FL |
| 6 | Henry | 5424 SW 16th Place, Cape Coral, FL |
| 7 | Joseph | 3523 NW 14th Court, Lauderhill, FL |
| 8 | Khandwalla | 3534 NW 14th Court, Lauderhill, FL |
| 9 | Lewis | 4110 SW 22nd Court, Cape Coral, FL |
| 10 | Marino | 1418 SE 13th Terr Cape Coral, FL |
| 11 | Mulligan | 3542 NW 14th Court, Lauderhill, FL 954-205-9048 |
| 12 | Reid | 3605 NW 14th Ct. Lauderhill, FL |
| 13 | Rottau & Cloeren | 2607 NW 15th Street, Cape Coral, FL |
| 14 | Rucki | 7584 Caloosa Drive, Bokeelia, FL |
| 15 | Segundo | 2964 NE 3rd Drive, Homestead, FL |
| 16 | St. Cyr | 3535 NW 14th Court, Lauderhill, FL |
| 17 | Taylor | 3517 NW 14th Court, Lauderhill, FL |
| 18 | Torres & Rodriguez | 317 NW 1st Street, Cape Coral, FL |
| 19 | Watson | 978 NW Leonardo Circle, Port St. Lucie, FL |
| 20 | Williams, Angela | 967 NW Leonardo Circle, Port ST. Lucie, FL |

**KNAUF ACCEPT - Still own home**

| # | CLIENT | ADDRESS |
|---|---|---|
| 1 | Albano | 1401 NW 36th Way, Lauderhill, FL |
| 2 | Andrade | 3976 Cherry Brook Loop, Fort Myers, FL |
| 3 | Arbelo | 107 SW Sea Lion Road, Port St. Lucie, FL |
| 4 | Aziz | 12406 SW 230 Street, Miami, FL |
| 5 | Brown, Habdon | 2576 Sawgrass Lake Court, Cape Coral, FL |

| # | Name | Address |
|---|---|---|
| 6 | Calvo | 8220 SW 190th Terr, Cutler Bay, FL |
| 7 | Carlo | 22073 SW 88th Path, Cutler Bay, Florida |
| 8 | Carvajalino | 738 SW Estate Ave, Port St. Lucie, FL |
| 9 | Costoya | 8203 SW 190th Terr, Cutler Bay, FL |
| 10 | De Leon | 11291 NW 84th Street, Doral, FL |
| 11 | Decambre & Bell | 5238 NW Jake Court, Port St. Lucie, FL |
| 12 | Depriest | 618 SW 1st Avenue, Pompano Beach, FL |
| 13 | Dolinsky & Wainstein | 39 SE 3rd Avenue, Hallandale Beach, FL |
| 14 | Efries | 1728 SW 2nd Place, Cape Coral, FL |
| 15 | Einhorn | 2401 SE Wishbone Road, Port St. Lucie, FL |
| 16 | Ervin | 2186 SW Devon Ave, Port St. Lucie, FL |
| 17 | Feler | 10150 Bayou Grande Ave, Seminole, FL |
| 18 | Fernandez | 19911 NW 77th Court, Miami, FL |
| 19 | Ferri | 2555 Sawgrass Lake Court, Cape Coral, FL |
| 20 | Gonzalez, Luis | 2944 NE 3rd Drive, Homestead, FL |
| 21 | Graham & Rainner | 3602 NW 14th Court, Lauderhill, FL |
| 22 | Grahm & Russell | 8217 Sanctuary Drive, Unit 1, Naples, FL |
| 23 | Grasmeier | 8635 Pegasus Drive, Lehigh Acres, FL |
| 24 | Grove | 20307 SW 324 Street, Homestead, FL |
| 25 | Gumpert | 2592 Sawgrass Lake Court, Cape Coral, FL |
| 26 | Hafeez | 2542 Sawgrass Lake Court, Cape Coral, FL |
| 27 | Hanzel | 16122 Via Solerna Circle, Unit 105, Ft. Myers, FL |
| 28 | Jackson | 2577 Sawgrass Lake Court, Cape Coral, FL |
| 29 | James | 3606 NW 14th Court, Lauderhill, FL |
| 30 | Jamison | 3318 NE 3rd Drive, Homestead, FL |
| 31 | Kosakowski | 1889 SW Clambake Ave, Pt. St. Lucie, FL |
| 32 | Larssen | 10200 Bayou Grande Ave, Seminole, FL 33772; 727-954-5646 |

| | | |
|---|---|---|
| 33 | Laudermilk | 2520 Sawgrass Lake Court, Cape Coral, FL |
| 34 | Leal | 3060 SW 145 Court, Miami, FL |
| 35 | Litus | 2351 SW freeman Street, Port ST. Lucie, FL |
| 36 | MaCallister | 4686 SW Galaxie Street, Port St. Lucie, FL |
| 37 | Marcario | 8186 NW 114 Place, Doral, FL |
| 38 | Marcinkiewics | 2528 Sawgrass Lake Court, Cape Coral, FL |
| 39 | Morales | 32052 SW 204 Court, Homestead, FL |
| 40 | Orcutt | 8224 Sanctuary Drive, unit 2, Naples, FL |
| 41 | Pacheco | 9940 NW 26 Street, Doral, FL |
| 42 | Parker | 2559 Sawgrass Lake Court, Cape Coral, FL |
| 43 | Perez, Jorge | 19941 NW 77th Court, Miami, FL |
| 44 | Persaud, Ken | 601 SW Duval Ave, Port St. Lucie, FL |
| 45 | Persaud, Thakur | 2815 Cabana Drive Lane, Port St. Lucie, FL |
| 46 | Puckett | 32051 SW 204th Court, Homestead, FL |
| 47 | Salerno-Tortura | 1531 SE N Blackwell Drive, Port ST. Lucie, FL |
| 48 | Saroza | 3034 Lake Manatee Court, Cape Coral, FL |
| 49 | Schlicte | 3036 Lake Manatee Court, Cape Coral, FL |
| 50 | Serrano | 3552 SW Savona Blvd, Port St. Lucie, FL |
| 51 | Sica | 2569 Sawgrass Lake Court, Cape Coral, FL |
| 52 | Smith, Mike | 3207 NE 14th Place, Cape Coral, FL |
| 53 | Su | 11503 Centaur Way, Lehigh Acres, FL |
| 54 | Surman 1 | 8221 Sanctuary Drive Unit 1, Naples, FL |
| 55 | Surman 2 | 8221 Sanctuary Drive Unit 2, Naples, FL |
| 56 | Toledo | 3932 SW 52nd Ave, Unit #3, Pembroke Pines, FL 33023 |
| 57 | Ward | 1883 SW Lennox Street, Port St. Lucie, FL |
| 58 | Werner | 2014 NW 11th Court, Cape Coral |
| 59 | Whidden | 102 NW 29th Avenue, Cape Coral, FL |

| | CLIENT | ADDRESS |
|---|---|---|
| 60 | Zheltkov | 25 Essington Lane, Palm Coast, FL |

**KNAUF ACCEPT - Remediated**

| | CLIENT | ADDRESS |
|---|---|---|
| 1 | Albert | 2670 Amber Lake Drive, Cape Coral, FL |
| 2 | Ariola | 3000 SW 145th Court, Miami, FL 33175 |
| 3 | Banks | 8705 Pegasus Drive, Lehigh Acres, FL |
| 4 | Bell, Gerald | 2660 Hackney Road, Weston, FL |
| 5 | Boog | 1844 Atlantic Drive, Ruskin, Florida |
| 6 | Crispino | 3024 Lake Manatee Court, Cape Coral, FL |
| 7 | Cuddapah | 3317 Ceitus Parkway Cape Coral, FL |
| 8 | Cumbie | 703 El Dorado Parkway West, Cape Coral, FL |
| 9 | Milone | 2749 SW Rosser Blvd, Port St. Lucie, FL |
| 10 | Pena | 3740 SW 130 Ave Miami, FL |
| 11 | Pitter | 8052 NW 125h Terr, Parkland, Fl |
| 12 | Silvestri | 1612 NW 5th Street, Cape Coral, FL |
| 13 | Tucker | 1632 SW 19th Terr, Cape Coral, FL |

**KNAUF ACCEPT - MIXED BOARD HOMES**

| | CLIENT | ADDRESS |
|---|---|---|
| 1 | Avello & Basulto | 19871 NW 77th Court, Hialeah, FL |
| 2 | Bailey, Georgia | 314 NE 10th Street, Cape Coral, FL |
| 3 | Daza | 8435 NW 113 Path, Doral, FL |
| 4 | Gillard | 2566 Sawgrass Lake Court, Cape Coral, FL |
| 5 | Gonzalez & Diaz | 10101 SW 68th Street, Miami, FL |
| 6 | Gonzalez, Victor | 19851 NW 77th Court, Miami, FL |
| 7 | Izquierdo | 323 NE 30th Ave, Homestead, FL |
| 8 | Seavers | 11520 Centaur Way, Lehigh Acres, FL |

| | | |
|---|---|---|
| 9 | Webster | 20367 SW 87th Place, Cutler Bay, FL |

**KNAUF ACCEPT - GULF REFLECTIONS**

| | CLIENT | ADDRESS |
|---|---|---|
| 1 | Conte | 11001 Gulf Reflections Drive, Unit 106 |
| 2 | Cummins, Rolland | 11001 Gulf Reflections Drive, Unit 108 |
| 3 | Gallo | 11001 Gulf Reflections Drive, Unit 101 |
| 4 | Herbert/Castro | 11001 Gulf Reflections Drive, Unit 201 |
| 5 | Kroeger | 11001 Gulf Reflections Drive, Unit 204 |
| 6 | Murphy, Ronald | 11001 Gulf Reflections Drive, Unit 107 |
| 7 | Ramaskeuicius | 11001 Gulf Reflections Drive, Unit 102 |
| 8 | Shabani, Laurent | 11001 Gulf Reflections Drive, Unit 103 |

**KNAUF ACCEPT - LAUDERDALE ONE**

| | CLIENT | ADDRESS |
|---|---|---|
| 1 | Caradonna, Joseph | 2421 NE 65th Street, Unit #606, Ft. Lauderdale, Florida |
| 2 | Brown, Trisha | 2421 NE 65th Street, Unit#607, Ft. Lauderdale, Florida |
| 3 | Stratford, Paul | 2421 NE 65th Street, Unit #617, Ft. Lauderdale, Florida |
| 4 | Westbrook, Garrison | 2421 NE 65th Street, Unit #604, Ft. Lauderdale, Florida |
| 5 | Yerg, Martin | 2421 NE 65th Street, Unit #601, Ft. Lauderdale, Florida |