UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## NOTICE OF FILING BY CLASS COUNSEL

PLEASE TAKE NOTICE that pursuant to the various settlement agreements that were preliminarily approved by the Court, class counsel hereby submit the attached opt-outs that were not timely served on class counsel, as follows:

    A.    **Banner Settlement**–See attached chart and Exhibit A

    B.    **Global Settlement**–See attached chart and Exhibit B

    C.    **KPT Settlement**–See attached chart and Exhibit C

                                           Respectfully submitted,

Dated: October 10, 2012              /s/ Russ M. Herman
                                                Russ M. Herman, Esquire (Bar No. 6819)
                                                Leonard A. Davis, Esquire (Bar No. 14190)
                                                HERMAN, HERMAN, KATZ & COTLAR, LLP
                                                820 O'Keefe Avenue
                                                New Orleans, Louisiana 70113
                                                Phone: (504) 581-4892
                                                Fax: (504) 561-6024
                                                LDavis@hhkc.com
                                                *Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin
Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

**CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of October, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*

# IN RE CHINESE DRYWALL LITIGATION

## UNTIMELY SETTLEMENT EXCLUSIONS

|   | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
|   | **A. BANNER** | | |
| 1. | Baystate Drywall, Inc. | Peterson & Bernard | Banner |
| 2. | Global Home Builders | Peterson & Bernard | Banner |
| 3. | Oakbrook Building and Design, Inc., Stonybrook Estates, Ltd., Stonebrook Homes, LLC and Viking V, Inc. | Sachs Sax Caplan Jill G. Weiss | Banner |
|   | **B. GLOBAL** | | |
| 1. | Jamie and Lisa Brouillette | Not listed | Global |
| 2. | Marilyn Willis | Not listed | Global |
| 3. | Randy and Elizabeth Wilson | Not listed | Global |
|   | **C. KNAUF** | | |
| 1. | Oakbrook Building and Design, Inc., Stonybrook Estates, Ltd., Stonebrook Homes, LLC and Viking V, Inc. | Sachs Sax Caplan Jill G. Weiss | Knauf |