# EXHIBIT A

# REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

TO:   Arnold Levin                          Michael Sexton
      Levin, Fishbein, Sedran & Berman      Weinberg, Wheeler, Hudgins
      510 Walnut Street, Suite 500          Gunn & Dial, LLC
      Philadelphia, PA 19106                3344 Peachtree Road, NE, Suite 2400
                                            Atlanta, GA 30326

      Todd R. Ehrenreich                    Dorothy Wimberly
      Weinberg, Wheeler, Hudgins            Stone, Pigman, Walther, Whittman, LLC
      Gunn & Dial, LLC                      546 Carondelet Street
      2601 So. Bayshore Drive, Suite 1500   New Orleans, LA 70130
      Miami, FL 33133

      Michael Peterson
      Peterson & Espino, P.A.
      ~~10631 SW 88th Street, Suite 220~~
      Miami, FL 33186

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back into the Global Settlement, the undersigned intends to opt back into the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: Baystate Drywall, Inc.

Address: 14420 SW 23rd Street, Davie, FL 33325

Executed by: _____
              Edwin E. Mortell, III
              Attorneys for Baystate Drywall, Inc.



Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

416 Flamingo Avenue
Stuart, FL 34996

Peterson Bernard
ATTORNEYS AT LAW

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

TO:   Arnold Levin
      Levin, Fishbein, Sedran & Berman
      510 Walnut Street, Suite 500
      Philadelphia, PA 19106

      Michael Sexton
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      3344 Peachtree Road, NE, Suite 2400
      Atlanta, GA 30326

      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins
      Gunn & Dial, LLC
      2601 So. Bayshore Drive, Suite 1500
      Miami, FL 33133

      Dorothy Wimberly
      Stone, Pigman, Walther, Whittman, LLC
      546 Carondelet Street
      New Orleans, LA 70130

      Michael Peterson
      Peterson & Espino, P.A.
      ~~10631 SW 88th Street, Suite 220~~
      Miami, FL 33186

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back into the Global Settlement, the undersigned intends to opt back into the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: <u>Global Home Builders</u>

Address: <u>3813 SW LaFleur Street, Port St. Lucie, FL 34953</u>

Executed by: _____
      Edwin E. Mortell, III
      Attorneys for Global Home Builders



Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Peterson Bernard
ATTORNEYS AT LAW
416 Flamingo Avenue
Stuart, FL 34996

# SACHS SAX CAPLAN

ATTORNEYS AT LAW

SUITE 200
6111 BROKEN SOUND PARKWAY NW
BOCA RATON, FLORIDA 33487

TELEPHONE (561) 994-4499
DIRECT LINE (561) 237-6835
FACSIMILE (561) 994-4985

JILL G. WEISS, ESQ.
jweiss@ssclawfirm.com

October 2, 2012

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esq.
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

    Re:    Oakbrook Building and Design, Inc., StoneyBrook Estated, Ltd, Stonebrooke Homes, LLC and Viking V, Inc.

Counsel:

    Please find enclosed a copy of the Request for Exclusion "Opt Out". Should you have any questions, please contact me.

Very truly yours,

SACHS SAX CAPLAN

Jill G. Weiss

## REQUEST FOR EXCLUSION "OPT OUT"

The undersigned, Oakbrook Building and Design, Inc., Stonybrook Estates, Ltd., Stonebrook Homes, LLC and Viking V, Inc. (homebuilder) hereby only opts out of the Banner and Knauf Settlements to the extent a respective homeowner or other claimant for one of Oakbrook Building and Design, Inc., Stonybrook Estates, Ltd., Stonebrook Homes, LLC and Viking V, Inc. Affected Properties has opted out of any of the Builder, Installer, Supplier & Insurer Settlement Agreements.

This opt out includes, but is not limited to Affected Properties which are the subject of the following cases:

Asad v. Oakbrook v. Regency (Broward County and MDL)
Property address(es): 12767 Equestrian Trial, Davie, Florida

Johnson v. Oakbrook v. Regency (Broward County)
Property address(es): 12708 Equestrian Trial, Davie, Florida

Jagdeosingh v. Oakbrook v. Regency (Broward County)
Property address(es): 12917 Equestrian Trial, Davie, Florida

Bullock v. Oakbrook v. Regency (Broward County)
Property address(es): 12688 Equestrian Trial, Davie, Florida

To the best of my knowledge, the supplier was Banner Supply Co., the manufacturer was Knauf Plasterboard (Tianjin) Co., LTD., and Knauf Gips KG, the installer was Baystate Drywall, Inc., and the builders were Regency Constructors, LLC, Regency Homes, Inc., Regency at Stonebrook Estates, LLC, Stonebrook Homes LLC, and Stonebrook Partners LLC.

Company:   Oakbrook Building and Design, Inc., Stonybrook Estates, Ltd., Stonebrook Homes, LLC and Viking V, Inc.

Address:   7227 Clint Moore Rd., Boca Raton, FL 33495

By: _____
    Signature

Print Name: A.J. Kiriacone
Title: V.P.
Date: 10/v/1v



Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106



6111 Broken Sound Parkway NW
Suite 200
Boca Raton, FL 33487