# EXHIBIT B

## Opt-Out Form

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re: **In Re: Chinese-Manufactured Drywall Products Liability Litigation**
United States District Court, Easter District of Louisiana
Opt Out Notice for Global Settlement in MDL 2047

Dear Counselors:

Pursuant to the Notice of Pendency of Proposed Settlement of Class Action Against Builders, Installers, Suppliers and Participating Insurers (the "Global Settlement"), dated May 31, 2012, please consider this notice of our intention to *opt out* of the Global Settlement. My/Our address of the property damaged by the Chinese Drywall is:

14488 Windmill Cove | Gulfport | MS | 39503
Address | City | State | Zip

I/We understand that I/we *will not* be entitled to share in the benefits of this Global Settlement *nor* will I/we benefit or be bound by further orders or judgments in the Litigation concerning the Global Settlement, if any.

_/s/ Jamie Brouillette_ | Jamie Brouillette | 9/22/12
Signature | Printed Name | Date

_/s/ Lisa Brouillette_ | Lisa Brouillette | 9/22/12
Signature | Printed Name | Date

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

**Marilyn Willis**
Cathedral Station
P.O. Box 553
New York, NY 10025

October 3, 2012

Russ Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street – Suite 500
Philadelphia, PA 19106

Re: Chinese Drywall Settlement

Gentlemen:

I wish to be excluded from the settlement in this class action. At the present time, I do not know if I have been exposed to Chinese drywall. I live in a very large multiple dwelling where there have been many repairs and where extensive renovations are currently in progress. I do not know the source of the wallboard being used; however one tenant, a doctor of naturopathy, reports having seen markings showing it to be made in China. Therefore I do not know what injuries, if any, I may have in the future or if this has been a factor in my present health concerns and would prefer to be free to pursue my own suit if these prove to be significant. My current place of residence is 666 West End Avenue, New York, NY. *Please note that this is **not** a mailing address nor is it for publication.*

Also note that I attempted to get information and to exclude myself from this class prior to your September 28th deadline but could not write because neither your advertisement nor the recorded information on your telephone number provided any information on how to do this, or where or to whom to address a letter; a copy of this ad is attached. And although I left messages on this phone message line my calls were not returned until today. I am (and will be) without internet access until I can afford to replace my computer; your public notice failed to allow for people without internet access. However, I did leave a message expressing my wish to be excluded.

Sincerely,

*Marilyn Willis*

Marilyn Willis

Attachment

Cc: U.S. District Court
    Eastern District of Louisiana

Legal Notice

# A Class Action Settlement About Chinese Drywall May Affect You

A Settlement has been reached in a class action lawsuit involving drywall imported to the U.S. from China. The lawsuit claims that this Chinese Drywall caused property damage and personal injuries.

The companies being sued are distributors, suppliers, builders, developers, and installers who were associated with Chinese Drywall. Some of these companies ("Participating Defendants") and some of their insurance companies ("Participating Insurers") have agreed to a Settlement. The Participating Defendants and the Participating Insurers deny they did anything wrong.

## Who's Included?

You are likely included in the Class if you have any claim for property damage or personal injuries related to Chinese Drywall installed anywhere in the U.S., except for in Virginia. For the specific legal definition of the Class, please visit the website or call the phone number below.

## What Can You Get?

Under the Settlement, Participating Defendants and Participating Insurers will contribute $80 million into a Settlement Fund. At a later date, after other Chinese Drywall Settlements are resolved, the Court will approve a plan to distribute the Settlement Fund to Class Members. At that time, Class Members may receive payments for their damages. You can register at the website below to be updated if a claims process is available.

## Your Other Rights

If you do nothing, you remain in the Class and you may be eligible to receive Settlement benefits. You will be bound by all the Court's decisions. If you do not want to be legally bound by the Settlement, you must exclude yourself from the Settlement. The deadline to exclude yourself is **September 28, 2012**. If you do not exclude yourself you will not be able to sue the Participating Defendants or the Participating Insurers for any claim relating to the lawsuit. If you stay in the Settlement, you may object to all or part of it by **September 28, 2012**. The Court will hold a hearing on **November 13, 2012** to consider whether to approve the Settlement. The Court has appointed attorneys to represent the Class. If you wish, you or your own attorney may ask to appear and speak at the hearing at your own cost. *phoned 9/25/12 + 9/28/12 — no human no address*

This notice is only a summary. Use the information below to get detailed information, and to register to receive future notifications about this Settlement and related Chinese Drywall Settlements. *"want to be excluded"*

**Call: 1-877-418-8087 or Visit www.ChineseDrywallClass.com**

NEW YORK NY 100

05 OCT 2012 PM 1 L

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street – Suite 500
Philadelphia, PA  19106

Marilyn Willis
Cathedral Station
P.O. Box 553
New York, NY  10025

TO: RUSS HERMAN

FROM: RANDY WILSON

SUBJECT: CDW OPT OUT

CELL: (601) 528-4865

---

ORIGINAL WILL BE MAILED TO LA OFFICE

RANDY

# Opt-Out Form

*VIA FAX: 215-592-4663*
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

*VIA FAX: 504-561-6024*
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   In Re: Chinese-Manufactured Drywall Products Liability Litigation
      United States District Court, Easter District of Louisiana
      Opt Out Notice for Global Settlement in MDL 2047

Dear Counselors:

Pursuant to the Notice of Pendency of Proposed Settlement of Class Action Against Builders, Installers, Suppliers and Participating Insurers (the "Global Settlement"), dated May 31, 2012, please consider this notice of our intention to *opt out* of the Global Settlement. My/Our address of the property damaged by the Chinese Drywall is:

| 9055 HILLSIDE RD. | BILOXI | MS | 39532 |
|---|---|---|---|
| Address | City | State | Zip |

I/We understand that I/we *will not* be entitled to share in the benefits of this Global Settlement *nor* will I/we benefit or be bound by further orders or judgments in the Litigation concerning the Global Settlement, if any.

| _[signed]_ | RANDY WILSON | 10/3/12 |
|---|---|---|
| Signature | Printed Name | Date |

| Elizabeth Wilson | Elizabeth Wilson | 10/3/12 |
|---|---|---|
| Signature | Printed Name | Date |

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.