# EXHIBIT C

# SACHS SAX CAPLAN

ATTORNEYS AT LAW

Suite 200
6111 Broken Sound Parkway NW
Boca Raton, Florida 33487

TELEPHONE (561) 994-4499
DIRECT LINE (561) 237-6835
FACSIMILE (561) 994-4985

JILL G. WEISS, ESQ.
jweiss@ssclawfirm.com

October 2, 2012

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esq.
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

    Re:    Oakbrook Building and Design, Inc., StoneyBrook Estated, Ltd, Stonebrooke Homes, LLC and Viking V, Inc.

Counsel:

    Please find enclosed a copy of the Request for Exclusion "Opt Out". Should you have any questions, please contact me.

Very truly yours,

SACHS SAX CAPLAN

Jill G. Weiss

## REQUEST FOR EXCLUSION "OPT OUT"

The undersigned, Oakbrook Building and Design, Inc., Stonybrook Estates, Ltd., Stonebrook Homes, LLC and Viking V, Inc. (homebuilder) hereby only opts out of the Banner and Knauf Settlements to the extent a respective homeowner or other claimant for one of Oakbrook Building and Design, Inc., Stonybrook Estates, Ltd., Stonebrook Homes, LLC and Viking V, Inc. Affected Properties has opted out of any of the Builder, Installer, Supplier & Insurer Settlement Agreements.

This opt out includes, but is not limited to Affected Properties which are the subject of the following cases:

    Asad v. Oakbrook v. Regency (Broward County and MDL)
    Property address(es): <u>12767 Equestrian Trial, Davie, Florida</u>

    Johnson v. Oakbrook v. Regency (Broward County)
    Property address(es): <u>12708 Equestrian Trial, Davie, Florida</u>

    Jagdeosingh v. Oakbrook v. Regency (Broward County)
    Property address(es): <u>12917 Equestrian Trial, Davie, Florida</u>

    Bullock v. Oakbrook v. Regency (Broward County)
    Property address(es): <u>12688 Equestrian Trial, Davie, Florida</u>

To the best of my knowledge, the supplier was Banner Supply Co., the manufacturer was Knauf Plasterboard (Tianjin) Co., LTD., and Knauf Gips KG, the installer was Baystate Drywall, Inc., and the builders were Regency Constructors, LLC, Regency Homes, Inc., Regency at Stonebrook Estates, LLC, Stonebrook Homes LLC, and Stonebrook Partners LLC.

Company:    Oakbrook Building and Design, Inc., Stonybrook Estates, Ltd., Stonebrook Homes, LLC and Viking V, Inc.

Address:    7227 Clint Moore Rd., Boca Raton, FL 33495

By: _____
    Signature

Print Name: A.J. Kiriacou
Title: V.P.
Date: 10/v/1v



Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Sachs Sax Caplan
ATTORNEYS AT LAW
6111 Broken Sound Parkway NW
Suite 200
Boca Raton, FL 33487