MINUTE ENTRY
FALLON, J.
OCTOBER 10, 2012

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: 11-1893, 11-2349, 11-3023, 12-0498 | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Susan Zielie

Appearances:   Fred Longer, Esq. and Leonard Davis, Esq., for Plaintiffs
Elizabeth Gordon, Esq., for Defendants Cornerstone Construction and Distinctive Drywall

---

1. Second Omnibus Motion for Preliminary Default Judgment as to Defaulting Defendants by Plaintiffs.   (15412)

After Argument - GRANTED - excluding defendants Cornerstone Construction and Distinctive Drywall

2. Class Counsel's Motion to Modify Discovery Procedures   (15875)

After Argument - GRANTED

JS10:   :06