## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | ) | |
|     DRYWALL PRODUCTS | ) | MDL NO. 2047 |
|     LIABILITY LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | SECTION: L |
| | ) | |
| *Hobbie, et al. v.* | ) | JUDGE FALLON |
| *RCR Holdings II, LLC, et al.,* | ) | |
| | ) | |
| No. 10-1113 | ) | |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

### JOINT MOTION OF PLAINTIFFS AND DEFENDANT RCR HOLDINGS II, LLC FOR AN ORDER: (1) GRANTING FINAL APPROVAL OF THE RCR SETTLEMENT; (2) CERTIFYING THE SETTLEMENT CLASS; AND (3) APPOINTING CLASS REPRESENTATIVE AND CLASS COUNSEL

**NOW INTO COURT**, comes Plaintiffs in the action styled *Hobbie, et al. v. RCR Holdings II, LLC, et al*., No. 10-1113 (E.D. La.) (Fallon, J.) (the "*Hobbie*" matter), on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), and Defendant/Third-Party Plaintiff, RCR HOLDINGS II, LLC ("RCR"),[1] through their undersigned counsel, who respectfully represent to the Court that they have entered into a Settlement Agreement.[2]  The parties to this putative class action represent that, pursuant to Federal Rule of Civil Procedure 23, the Settlement is fair, reasonable, and adequate for all Settlement Class Members.  Accordingly, the Settling Parties hereby move for the entry of an Order and Judgment,[3] the terms of which include:

---

[1] *See* Section III.C.1 of the Settlement Agreement Regarding Claims Against RCR Holdings II, LLC Related  to Villa Lago at Renaissance Commons in MDL No. 2047, dated May 9, 2012 (the "RCR Settlement"), attached as Exhibit 1 to the [Proposed] Final Order and Judgment Approving Class Settlement with Defendant RCR Holdings, II, LLC, filed herewith, for a more detailed description of the composition of the Settlement Class.

[2] Capitalized terms used in this Joint Motion shall have the same meaning as those defined in the RCR Settlement.

[3] The "[Proposed] Final Order and Judgment" is filed herewith.

(1)     Finally approving the RCR Settlement as fair, reasonable and adequate;

(2)     Certifying the RCR Settlement Class under Rule 23(a) and Rule 23(b)(3), appointing Gary E. Mason and Daniel R. Bryson of Whitfield Bryson & Mason LLP, Joel R. Rhine of The Rhine Law Firm, P.C., and Adam Linkhorst of Linkhorst & Hockin P.A. as Settlement Class Counsel, and Wendy Lee Hobbie as Class Representative;

(3)     Finding that the notice given constitutes due, adequate and sufficient notice, and meets the requirements of due process, the Federal Rules of Civil Procedure, and any applicable state laws;

(4)     Finding that Settlement Class Counsel has served upon the appropriate State official of each State in which a Class Member resides, and the appropriate Federal official, a copy of the complaint and the amended complaint in this Action, notice of the hearing on the motion for preliminary approval of the Settlement, the Class Notice, the Settlement Agreement, the names of the class members who reside in each state, if known, and a reasonable estimate of the number of class members residing in each state that complies with the requirements of the Class Action Fairness Act, 28 U.S.C. §§ 1711-1715;

(5)     Approving the Class Release provided in Section 5 of the Settlement Agreement and ordering that, as of the Effective Date, the Released Claims will be released as to RCR and all Released Parties;

(6)     Dismissing all of the Class Members' claims in the Litigation against RCR with prejudice;

(7)     Enjoining and forever barring any and all Participating Class Members, any individual or entity who has not properly opted out, Knauf, and its affiliated companies and/or any of the Other *Hobbie* Defendants from commencing and/or maintaining any action, legal or

2

otherwise, or any and all claims which could have been brought against RCR and any other

Released Party arising from or relating to, Chinese Drywall; and

(8)     Finding that, pursuant to Federal Rule of Civil Procedure 54(b), there is no just

reason for delay of entry of final judgment with respect to the foregoing.

This Motion is supported by the accompanying memorandum of law, the Declaration of

Donna F. Solen, the Settlement Agreement, the Class Notice, and the CAFA Service List

attached as exhibits to the [Proposed] Final Order and Judgment Approving Class Settlement

with Defendant RCR Holdings II, LLC, filed herewith, the Court's file in this Action, and such

other arguments or evidence as may be presented at or prior to the hearing on this Motion.

Dated:  October 10, 2012                           Respectfully submitted,


                                        /s/ Gary E. Mason
                                        Gary E. Mason
                                        WHITFIELD BRYSON & MASON LLP
                                        1625 Massachusetts Ave., NW, Suite 605
                                        Washington, D.C.  20036
                                        Telephone:  (202) 429-2290
                                        Facsimile:  (202) 429-2294

                                        Adam C. Linkhorst, Esq.
                                        LINKHORST & HOCKIN P.A.
                                        4495 Military Trail, Suite 106
                                        Jupiter, Florida 33458
                                        Telephone:  561.626.8880  / 954.776.5990
                                        Facsimile:  561.626.8885

                                        Joel R. Rhine
                                        RHINE LAW FIRM
                                        314 Walnut Street, Suite 1000
                                        Wilmington  NC  28401
                                        Telephone:  (910) 772-9960
                                        Facsimile:  (910) 772-9062

                                        Daniel K. Bryson
                                        WHITFIELD BRYSON & MASON LLP
                                        1305 Navaho Drive, Suite 400
                                        Raleigh, NC 27609-7482

Telephone: (888) 981-0939
Facsimile: (919) 981-0199

Chris Coffin
PENDLEY BAUDIN & COFFIN, LP
Post Office Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Telephone:  (225) 687-6396

Stephen Mullins
LUCKEY & MULLINS
2016 Bienville Blvd
P.O. Box 990
Ocean Springs, MS 39564
Telephone:  (228) 875-3175
Facsimile:   (228) 872-4719

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs'

Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail

and email or hand delivery and email and upon all parties by electronically uploading same to

Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing

was electronically filed with the Clerk of Court of the United States District Court for the Eastern

District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing

in accordance with procedures established in MDL 2047 on this 10th day of October, 2012.


/s/ Gary E. Mason
Gary E. Mason