# EXHIBIT 1



# FIRM RESUME

## FIRM PROFILE

With offices located in Washington, D.C., Raleigh, N.C., and Madisonville, Kentucky Whitfield Bryson & Mason LLP is dedicated to representing plaintiffs in class actions, mass torts and individual actions in courts throughout the United States. Founded in January 2012, the firm was created by a merger of three firms with decades of experience representing plaintiffs.

For the ten years, Mason LLP exclusively represented plaintiffs in class actions and mass torts and obtained settlements totaling more than $1 billion in a variety of contexts, including consumer fraud, toxic torts, civil rights and antitrust price fixing. Bryson Law was recognized nationally as a leading construction negligence law firm and recovered tens of millions of dollars for homeowners and homeowner associations throughout the United States. For more than 15 years, Whitfield & Cox has represented plaintiffs and recovered tens of millions of dollars for victims of mining accidents, auto and truck accidents, medical malpractice and other negligent conduct throughout the Commonwealth of Kentucky.

## FIRM RESUME
### Attorney Profiles

**Gary E. Mason**
**Founding and Managing Partner**

Gary is a nationally recognized leader of the class action bar. Focusing on consumer class actions and mass torts, Gary has recovered more than $1.5 billion in the 22 years he has represented plaintiffs.

With his broad experience, Gary is nationally known for representing consumers in class actions involving a wide range of defective products, including Chinese drywall, fire retardant plywood, polybutylene pipe, high-temperature plastic venting, hardboard siding, pharmaceutical products, consumer electronics and automobiles.

Gary has served in leadership positions in many consumer class actions in State and Federal Courts nationwide as well as in Multi-District Litigation (see Practice Highlights, below).

Gary graduated magna cum laude, Phi Beta Kappa, from Brown University in 1984 and earned his law degree from Duke University Law School. He then clerked for the Honorable Andrew J. Kleinfeld, U.S. District Court Judge, in Anchorage, Alaska.

**John C. Whitfield**
**Founding Partner**

2

For nearly 30 years, John has been one of Kentucky's premier trial attorneys. He has represented numerous injured parties in the Paducah, Ohio Valley and Western Kentucky areas. He has concentrated primarily on complex civil litigation cases, and over his career has brought to settlement or judgment over 30 cases in excess of a million dollars each.

John is certified as a civil trial specialist by the National Board of Trial Advocacy* and has represented individuals in all walks of life against negligent workplace practices, reckless physicians, predatory businesses, and inattentive automobile and truck drivers.

Throughout his career, John has represented scores of patients who have been the victims of medical negligence, obtaining verdicts and settlements in both state and federal courts. He has handled cases for landowners victim to fraudulent mine royalty practices, for homeowners whose homes and business contained defective concrete, and for Kentucky residents who were overcharged for premium insurance taxes. In addition, John's trial experience extends to the defense of individuals in criminal cases.

John is a frequent lecturer of litigation subjects with the Kentucky Justice Association and American Association for Justice, and has been recognized as a Kentucky Super Lawyer. He is AV rated by the Martindale-Hubbell rating service.

**Daniel K. Bryson**
**Founding Partner**

Dan is one of the nation's most respected and experienced attorneys in the areas of construction defects involving mass torts, class actions or individual lawsuits.

For over 20 years, Dan has focused his practice on complex civil litigation, successfully representing thousands of homeowners in a wide variety of defective construction product suits, class actions, and various mass torts and recovering more than $1.25 billion for his clients in numerous states throughout the country.

Dan frequently collaborates with other attorneys in order to assemble the most effective team possible. He is a frequent lecturer on a variety of defective construction products and consumer mass tort related disputes. Dan has been quoted by a variety of media outlets including the Wall Street Journal, Washington Post, and New York Times. He has been named as a member of the Legal Elite and Super Lawyers in North Carolina on numerous occasions. Dan is the past chair of the NC Bar Association, Construction Law Section.

He has also been involved with a number of AAJ litigation groups and committees through the years and is currently the Co-Chair of the AAJ Chinese Drywall Litigation Group and a member of the Plaintiffs' Steering Committee for the Multi-District Litigation involving Chinese Drywall.

A settlement approaching $1 billion was recently announced involving one of the primary defendants, Knauf Plasterboard Tianjin. Dan served on the trial team in Federal Court in Louisiana for the first two Chinese Drywall bellwether cases.

Dan was recently assigned to the Science Committee of the DePuy MDL matter "In re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation."

**Donna F. Solen**
**Founding Partner**

Donna focuses on complex litigation and class actions involving violations of the antitrust, consumer protection, environmental and products liability laws.

Donna served as counsel in many successful consumer and environmental actions including those listed under "Practice highlights" and is currently involved in consumer fraud and products liability cases relating to defective Chinese drywall and in a variety of antitrust cases.

Prior to joining Whitfield Bryson & Mason, Donna was a partner at Mason LLP. Before that, Donna was an attorney with Cohen Milstein Hausfeld & Toll, PLLC, one of the largest plaintiffs' class action law firms in the country.

Donna earned her law degree, with honors, from the University of Florida College of Law; while there, she served as editor-in-chief of the Florida Journal of International Law and won several "best of" honors for articles on international environmental law and on Forum Non Conveniens.

**Nicholas A. Migliaccio**
**Founding Partner**

Nick represents plaintiffs in a variety of cases including claims for wage and hour violations, civil rights violations, defective products, environmental torts, and unfair and deceptive trade practices.

Nick joined his previous law firm, Mason LLP, as an associate in 2003 and became a partner in 2011. Prior to that, he was an associate at Environmental Protection International in Washington, D.C.

Nick earned his undergraduate degree *cum laude* from the State University of New York at Binghamton, and went on to earn his law degree from Georgetown University Law Center where he served as an editor of the Georgetown International Environmental Law Review. He is admitted to practice in New York; the District of Columbia; the United States Courts of Appeal for the Third, Fourth and Sixth Circuits; the United States District Courts for the Districts of Maryland, the District of Columbia, and the Southern District of New York.

**Scott Harris**
**Associate**

Scott Harris has been with Whitfield Bryson & Mason since its inception.

Scott's practice is focused on fighting for individuals and homeowners in complex litigation, including construction defect, mass tort, product liability, and wrongful death litigation. Scott has played a key role in securing substantial verdicts and settlements in a variety of cases, including a multi-million dollar verdict in favor of homeowners for a developer's unfair and deceptive advertising and shoddy road construction, a legal malpractice case, and several defective condominium construction cases.

Scott earned his law degree from Wake Forest University School of Law in 2006 and his Bachelor of Arts from Hampden-Sydney College, in 2001. While at Hampden-Sydney College, Scott was Chairman of the Honor Committee and a member of the national leadership honor society, Omicron Delta Kappa.

**Matthew Lee**
**Associate**

Matt has been with Whitfield Bryson & Mason since its inception. Matt's practice is focused on fighting for individuals and homeowners in complex litigation, including construction defect, mass tort, product liability, and wrongful death cases. Matt has played a key role in securing substantial verdicts and settlements in a variety of cases, including a multi-million dollar verdict in favor of homeowners for a developers' unfair and deceptive advertising and shoddy road construction, a confidential pre-trial settlement on behalf of an individual in a defamation matter, and two substantial wrongful death settlements.

Matt earned his law degree from Wake Forest University School of Law in 2006 and his Bachelor of Arts from The Catholic University of America, *cum laude*, in 2001. While at Wake Forest, Matt was the Zeliff Trial Competition Champion, a member of the AAJ Trial Team that advanced to the regional finals in 2006, the AAJ Student Chapter President, and was selected as a member of the Order of Barristers. Matt is also a recent graduate of Leadership Raleigh 25 with the Greater Raleigh Chamber of Commerce.

**Jason Rathod**
**Associate**

Jason litigates complex class actions related to consumer protection, worker rights, civil rights and public fee recovery.

His consumer protection practice focuses on defective products. His worker rights practice focuses on the improper denial of minimum wages and overtime pay. His civil rights practice focuses on violations of due process rights. and his public recovery practice focuses on the recovery of taxes and fees for local governments improperly evaded by corporations.

After graduating with honors from Grinnell College, Jason traveled to six countries on a Watson Fellowship, studying the Indian Diaspora. At the Duke University School of Law, he was an articles editor of the Duke Law Journal and did legal work for the Self-Employed Women's Association in Ahmedabad, India. He has also published a law review article and note on racial discrimination.

5

**Karl Amelchenko**
Associate

Karl joined Whitfield, Bryson and Mason at the firm's inception, representing individuals who have been injured, taken advantage of and marginalized.

Karl's practice is concentrated on complex litigation including mass torts, serious personal injury and wrongful death, professional negligence, construction defects and products liability. He also has experience in medical negligence.

While earning his law degree from Wake Forest University, Karl captained the American Association for Justice Trial Team to the regional finals, and earned the Roger Goldberg Award in Trial Advocacy, which is awarded annually to a Wake Forest School of Law student who shows the highest aptitude and ethics in trial advocacy. Karl earned dual undergraduate degrees in philosophy and political science from the University of North Carolina at Wilmington, focusing in the areas of formal logic and international political economy.

**Monica Bansal**
Associate

Monica joined Whitfield Bryson & Mason in October 2011. She is involved in complex class actions across the firm's areas of practice, including consumer protection, worker rights, and products liability.

Monica graduated from the University of Texas at Austin in 2008 (B.A., with high honors, Psychology) and obtained her law degree from American University Washington College of Law in 2011 (J.D., cum laude). In law school, she interned with the U.S. Department of Justice, Civil Rights Division, interned for the Honorable Magistrate Judge Mary Milloy of the Southern District of Texas, and clerked for a boutique civil litigation firm in Washington, D.C. Monica is admitted to practice in Texas and is supervised by the partners of the firm pending her admission to the D.C. bar.

### Notable Cases

*In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, No. 2:09-md-02047 (E.D. La.) (litigation arising out of defective drywall) (appointed Co-Chair, Insurance Committee).

*In re Google Buzz Privacy Litigation*, CV 10-00672 (N.D. Cal.) (Court-appointed Interim Lead Class Counsel; $8.5 million *cy pres* settlement).

*Cordes et al v. IPEX, Inc.*, No, 08-cv-02220-CMA-BNB (D. Col.) (class action arising out of defective brass fittings; court-appointed member of Plaintiffs' Steering Committee).

6

*Sutton, et al v. The Federal Materials Company, Inc., et al*, No. 07-CI-00007 (Kty. Cir. Ct) ($10.1 million class settlement for owners of residential and commercial properties constructed with defective concrete).

*Stillman v. Staples, Inc.*, Civil No. 07-849 (D.N.J. 2009) (FLSA collective action, plaintiffs' trial verdict for $2.5 million; preliminarily approved national settlement for $42 million).

*In re: Dept. of Veterans Affairs (VA) Data Theft Litig.*, MDL 1796 (D.D.C.) (Co-lead counsel representing veterans whose privacy rights had been compromised by the theft of an external hard drive containing personal information of approximately 26.6 million veterans and their spouses; creation of a $20 million fund for affected veterans and a cy pres award for two non-profit organizations).

*Ersler, et. al v. Toshiba America et. al*, 07-civ- 2304 (D.N.J.) (settlement of claims arising from allegedly defective television lamps

*Nnadili, et al. v. Chevron U.S.A., Inc*, No. 02-cv-1620 (D.D.C.) ($6.2 million settlement for owners and residents of 200 properties located above underground plume of petroleum from former Chevron gas station).

*In re General Motors Corp. Speedometer Products Liability Litigation*, MDL 1896 (W.D. Wash.) (national settlement for repairs and reimbursement of repair costs incurred in connection with defective speedometers).

*Penobscot Indian Nation et al v United States Department of Housing and Urban Development*, N. 07-1282 (PLF) (D.D.C. 2008) (represented charitable organization which successfully challenged regulation barring certain kinds of down-payment assistance; Court held that HUD's promulgation of rule violated the Administrative Procedure Act).

*Nichols v. Progressive Direct Insurance Co., et al.*, No. 2:06cv146 (E.D. Ky.) (Class Counsel; class action arising from unlawful taxation of insurance premiums; statewide settlement with Safe Auto Insurance Company and creation of $2 million Settlement Fund; statewide settlement with Hartford Insurance Company and tax refunds of $1.75 million ).

*Staton v. IMI South, et al.* (Kentucky Cir. Ct) (class settlement for approximately $30 million for repair and purchase of houses built with defective concrete).

*Maytag Neptune Washing Machines* (class action settlement for owners of Maytag Neptune washing machines).

*Roberts v. Fleet Bank (R.I.), N.A.*, Civil Action No. 00-6142 (E. D. Pa.) ($4 million dollar settlement on claims that Fleet changed the interest rate on consumers' credit cards which had been advertised as "fixed.")

*Bruce, et. al. v. County of Rensselaer et. al.*, Case no. 02-CV-0847 (N.D.N.Y.) (class settlement of claims that corrections officers and others employed at the Rensselaer County Jail (NY) engaged in

the practice of illegally strip searching all individuals charged with only misdemeanors or minor offenses).

*Baugh v. The Goodyear Tire & Rubber Company* (class settlement of claims that Goodyear sold defective tires that are prone to tread separation when operated at highway speeds; Goodyear agreed to provide a combination of both monetary and non-monetary consideration to the Settlement Class in the form of an Enhanced Warranty Program and Rebate Program).

*Stalcup, et al. v. Thomson, Inc*. (Illinois Cir. Ct.) (class settlement of clams that certain GE, PROSCAN and RCA televisions may have been susceptible to temporary loss of audio when receiving broadcast data packages that were longer than reasonably anticipated or specified).

*Hurkes Harris Design Associates, Inc., et al. v. Fujitsu Computer Products of America, Inc.* (settlement provides $42.5 million to pay claims of all consumers and other end users who bought certain Fujitsu Desktop 3.5" IDE hard disk drives).

*Lubitz v. Daimler Chrysler Corp.* (national settlement for repairs and reimbursement of repair costs incurred in connection with defective brake system; creation of $12 million fund; 7th largest judgment or settlement in New Jersey in 2007).

*Turner v. General Electric Company*, No. 2:05-CV-186 (M.D. Fl) (settlement of claims arising from allegedly defective refrigerators).

*Galanti v. Goodyear Tire & Rubber Co.*, No. 03-209 (D.N.J. 2003) (national settlement and creation of $330 million fund for payment to owners of homes with defective radiant heating systems).

*In re Synthetic Stucco Litigation*, Civ. Action No. 5:96-CV-287-BR(2) (E.D.N.C.) (member of Plaintiffs' Steering Committee; settlements with four EIFS Manufacturers for North Carolina homeowners valued at more than $50 million).

*In re Synthetic Stucco (EIFS) Products Liability Litigation*, MDL No. 1132 (E.D.N.C.) (represented over 100 individuals homeowners in lawsuits against homebuilders and EIFS manufacturers).

*Posey, et al v Dryvit Systems, Inc.*, Case No. 17,715-IV (Tenn. Cir. Ct) (Co-Lead Counsel; national class action settlement provided cash and repairs to more than 7,000 claimants).

*In re Swanson Creek Oil Spill Litigation*, No. 00-1429 (D. Md.) (Lead Counsel; $2.25 million settlement of litigation arising from largest oil spill in history of State of Maryland).

# LINKHORST & HOCKIN, P.A.
## *Attorneys at Law*

Adam C. Linkhorst [1]
John A. Hockin [1,2]
Ryan V. Kadyszewski [1]
Jason P. Blevins
Jared S. Gillman

[2] *Also Admitted in Georgia*

www.floridahardhatlaw.com



CONSTRUCTION LAW

[1]

### FIRM PROFILE

Linkhorst & Hockin, P.A., is an AV-Rated boutique law firm whose primary practice is in the area of construction law and litigation. Linkhorst & Hockin is rated as a Preeminent Law Firm in the area of Construction Law by the Martindale Hubbell Bar Register. The firm's two partners, Adam C. Linkhorst, Esquire, and John A. Hockin, Esquire, are both Board Certified by the Florida Bar in the area of Construction Law. Our associate Ryan Kadyszewski is also Board Certified by the Florida Bar in the area of Construction Law. This is a distinction held by few attorneys in the State of Florida. Linkhorst & Hockin, P.A. is one of only two law firms based in Palm Beach County with the distinction of having three or more attorneys who are Board Certified by the Florida Bar in the area of Construction Law.

Linkhorst & Hockin, P.A., represents various parties in construction disputes, including both public and private owners including condominium and homeowners associations, general contractors, subcontractors, material suppliers, design professionals and sureties in all types of disputes including, but not limited to, construction lien foreclosures, payment and performance bond disputes, bid protests, construction defects, construction contract disputes and other similar types of construction related matters. In addition, Linkhorst & Hockin, P.A. has significant experience in representing parties in transactional construction law, such as the drafting, review and negotiation of construction contracts and other types of construction industry documentation including payment and performance bonds.

Linkhorst & Hockin, P.A. is centrally located in Jupiter, Florida, to effectively represent parties in the construction industry throughout Florida. The firm's goal is to maintain its reputation as the construction law firm that serves its clients in an effective, economical and cost efficient manner. In order to achieve this, Linkhorst & Hockin puts the client's needs and goals as its top priorities and keeps in regular contact with the client so that the firm consistently acts in the client's best interests. In addition, the firm recognizes the efficacy of alternative dispute resolution as an effective technique and frequently utilizes mediation and arbitration as methods of resolving disputes. In short, Linkhorst & Hockin endeavors to provide representation in a manner which caters to the needs and goals of each individual client.

As a vital member of South Florida's construction industry, Linkhorst & Hockin recognizes the significance of maintaining an active role with various industry trade groups. The firm is an active member of the Associated General Contractors of America (AGC), Associated Builders and Contractors Association (ABC) Construction Association of South Florida (CASF), Treasure Coast Builders Association (TCBA), Underground Contractors Association of South Florida (UCA), Engineering Contractors Association of South Florida (ECA), American Institute of Architects (AIA), Construction Financial Management Association (CFMA), Florida Surety Association (FSA), Gold Coast Builders Association (GCBA), Florida Transportation Builders Association (FTBA), the Reconstructing Lives Foundation and ACE Mentorship of Palm Beach and Martin Counties. In addition, the individual members of the firm are members of various legal based construction organizations, including the American Bar Association Forum on the Construction Industry and

Construction Law subcommittee of the Florida Bar Real Property, Probate & Trust Law Section and Palm Beach County Bar Association Construction Law Committee.

Both Mr. Linkhorst and Mr. Hockin have frequently lectured on various construction law topics for construction trade groups, educational organizations, and legal organizations, including the Broward County Bar Association, the Florida Bar and Florida International University's Construction Management Department. The topics of their lectures included construction lien law and payment bond issues, understanding and negotiating construction contracts, bid protests, delay and scheduling claims, licensing requirements, and alternative dispute resolution and various other issues in construction law.

## ATTORNEY RESUMES

**ADAM C. LINKHORST, ESQUIRE**, is the managing partner of Linkhorst & Hockin, P.A. He was among the first class of attorneys in the State of Florida to become Board Certified by the Florida Bar in the area of Construction Law in 2005, when that specialty area first became recognized by the Florida Bar. He maintains an AV Preeminent Rating pursuant to the Martindale-Hubbell rating system. He has focused his practice on construction law since being admitted to the Florida Bar in 1995. Mr. Linkhorst has represented various parties in construction issues, including residential and commercial owners, general contractors, subcontractors, design professionals, material suppliers, equipment rental companies and sureties in all types of disputes, including bid protests, construction lien foreclosure and defect actions, payment and performance bond claims, contract disputes and all other areas of construction litigation, arbitration and mediation. In addition, Mr. Linkhorst has significant experience in the transactional area of construction law and has drafted, reviewed and negotiated numerous construction contracts for both public and private projects.

Mr. Linkhorst received a Bachelor of Arts degree in economics from The State University of New York at Albany in 1991 and a Juris Doctorate from Nova Southeastern University in 1995. He is admitted to practice before all state courts in Florida as well as the United States District Courts for the Southern and Northern Districts of Florida, the United States Circuit Court of Appeals for the Fourth, Eleventh and Federal Circuits and the United States Court for Federal Claims. In law school, Mr. Linkhorst was a member of the Nova Law Review and Moot Court Society and also served as Chief Justice on the Honor Court.

Mr. Linkhorst previously served as the chairperson of the Broward County Bar Association Construction Law Committee and has lectured for the Florida Bar, Florida International University's Construction Management Program, the Broward County Bar Association, and various Continuing Legal Education providers and trade organizations on construction law topics.

Mr. Linkhorst is an active member of several trade organizations including the Associated General Contractors of America (AGC) (Florida East Coast Chapter – board member and general counsel), Associated Builders and Contractors Association (ABC) American Bar Association Forum on the Construction Industry, Construction Law subcommittee of the Florida Bar Real Property Probate & Trust Law Section, Underground Contractors Association of South Florida (UCA), Engineering Contractors Association of South Florida (ECA), Construction Financial Management Association (CFMA) (past board member of the South Florida Chapter), Construction Association of South Florida (CASF), Florida Transportation Builders Association (FTBA), and Florida Surety Association (FSA).

In 2009, Chambers and Partners (international attorney rating service) stated that: "Adam Linkhorst has set up a remarkable construction practice with Linkhorst & Hockin in Palm Beach. Appreciated for his dynamism and his ability to reach favorable settlements for his clients, he is one of the most promising lawyers in Florida." Mr. Linkhorst was identified as a Super Lawyer for 2009 by SuperLawyers.com.

2

Mr. Linkhorst was also honored by the Palm Beach County Legal Aid Society by being awarded the 2009 Construction Law Pro Bono Award for Palm Beach County. This honor was bestowed on Mr. Linkhorst during the Legal Aid Society's Annual Dinner, which was attended by over 700 people. The Award was given to recognize Mr. Linkhorst and Linkhorst & Hockin, P.A.'s volunteer representation of a severely disabled client whose home was subject of a foreclosure action by a contractor who had performed shoddy work.

Mr. Linkhorst is also on the board of directors of Reconstructing Lives, a foundation dedicated to seeking out individuals from the construction industry who have been dealt a hand that has created unexpected needs in their home – needs which they are incapable of meeting on their own. Whether a tragic accident has left the individual wheelchair bound, a natural disaster has devastated their home or an illness has created a specialized need. Reconstructing Lives and its partners are devoted to making the life transition easier.

Mr. Linkhorst is also on the Board of Directors of ACE Mentorship of Palm Beach and Martin Counties. ACE stands for *Architecture, Construction and Engineering* and is a mentorship program established to provide high school students exposure to the integrated construction industry and scholarship opportunities to further the students' educational endeavors.

**JOHN A. HOCKIN, ESQUIRE**, is a partner in the firm of Linkhorst & Hockin, P.A. He was among the first class of attorneys in the State of Florida to become Board Certified by the Florida Bar in the area of Construction Law in 2005, when that specialty area first became recognized by the Florida Bar. Mr. Hockin graduated *cum laude* from the University of Scranton in 1996 with a bachelor of science in political science and history and a minor in Spanish and *cum laude* from the University of Miami - School of Law in 1999. Mr. Hockin is certified to practice law in all state courts in Florida and Georgia, as well as the United States District Court for the Southern District of Florida.

Mr. Hockin has represented various public owners in construction disputes, including the City of Delray Beach, Florida, the School Board of Broward County, Florida, the School District of Palm Beach County, Florida and the Town of Golden Beach, Florida. In addition, Mr. Hockin has represented various other parties in construction disputes, including private owners, general contractors, subcontractors, material suppliers, design professionals and sureties in construction disputes, including bid protests, lien foreclosure issues, payment and performance bond issues, construction defect litigation and other related issues. In addition, Mr. Hockin has significant experience in drafting and reviewing construction contracts, on both public and private projects.

Mr. Hockin is an active member of several trade organizations, including the Treasure Coast Builders Association (TCBA), where he serves as a special advisor to the board of directors. In addition, Mr. Hockin is a frequent lecturer on construction law issues for various Continuing Legal Education panels, such as Lorman and Sterling Educational Services. The topics upon which Mr. Hockin has lectured include bid protests, payment and performance bond issues, construction defect law and other related issues.

**RYAN V. KADYSZEWSKI, ESQUIRE**, is an associate in the firm of Linkhorst & Hockin, P.A. He graduated from Florida Atlantic University in May, 2000, with a Bachelor of Science in sociology and from the University of Florida - Levin College of Law in 2003. Mr. Kadyszewski is certified to practice law in all state courts of Florida. In 2011, Mr. Kadyszewski became Board Certified by the Florida Bar in the area of Construction Law and thus the Florida Bar recognizes Mr. Kadyszewski as an expert in Construction Law.

Prior to his employment with Linkhorst & Hockin, Mr. Kadyszewski served as general counsel for Southwind Construction & Homes, Inc. While acting in such capacity, Mr. Kadyszewski gained a significant amount of experience in negotiating construction contracts and mediating disputes with

3

subcontractors and other parties. In addition, while acting as general counsel for Southwind Construction & Homes, Mr. Kadyszewski regularly negotiated construction contracts with both owners and subcontractors and advised Southwind regarding various legal issues.

**JASON P. BLEVINS, ESQUIRE,** is an associate in the firm of Linkhorst & Hockin, P.A. He graduated, *summa cum laude*, from West Virginia University (WVU) with a Bachelor of Arts degree in Psychology with minors in Political Science and Philosophy in 1997. While at WVU, Mr. Blevins obtained numerous honors and awards for academic excellence including Golden Key National Honor Society, *Phi Beta Kappa, Phi Kappa Phi* and *Psi Chi*, the National Honor Society in Psychology. Mr. Blevins obtained his Doctor of Jurisprudence from WVU in 2000.

Mr. Blevins is admitted to practice in the Florida Supreme Court (includes all Florida State courts), the United States District Court for the Southern District of Florida and the United States District Court for the Middle District of Florida. Mr. Blevins is a member of the Florida Bar, Palm Beach County Bar Association, American Association for Justice (formerly known as the Association of Trial Lawyers of America) and the American Bar Association.

Mr. Blevins has substantial litigation experience including first chair trial experience. Mr. Blevins has practiced in various areas of civil litigation including construction litigation, commercial litigation and insurance disputes including complex bad faith matters. Additionally, Mr. Blevins has experience litigating personal injury and wrongful death matters.

Mr. Blevins is also actively involved in community organizations. He works with the March of Dimes through their Walk America program to raise money for premature babies. Mr. Blevins has also provided pro bono legal services to the poor through the Legal Aid Society of Palm Beach program.

**JARED S. GILLMAN, ESQUIRE,** is an associate in the firm of Linkhorst & Hockin, P.A. He graduated from the University of Miami with a Bachelors of Business Administration in Business Management and a minor in Music Business in 2005. He obtained his Doctor of Jurisprudence from St. Mary's University School of Law in San Antonio, Texas, in 2008. He is certified to practice law in all state courts of Florida as well as the United States District Court for the Southern District of Florida.

Prior to his employment at Linkhorst & Hockin, P.A., Mr. Gillman was an Assistant State Attorney for 19th Judicial Circuit State Attorney's Office. While at the State Attorney's Office, Mr. Gillman participated in excess of 20 jury trials, ranging from jury selection to verdict, and was responsible for managing over 120 felony cases. Mr. Gillman was honored as an Outstanding Prosecutor in 2009 by Mothers Against Drunk Driving (MADD), one of only four selected in the State of Florida.

Mr. Gillman is a member of the Martin County Bar Association and the Justice Major Harding American Inns of Court.



# FIRM RESUME

## *Rhine Law Firm, PC*

**Rhine Law Firm, P.C.** enjoys a national reputation from its principal location in Southeastern North Carolina. The firm's practice is extremely varied and our civil litigation attorneys focus on large cases. For example, Mr. Rhine's team handles catastrophic personal injury and wrongful death cases, defective product litigation cases, construction law (including construction accidents, construction defect cases, lien law, construction contracting and more), mass torts, class action litigation, insurance litigation, business torts, corporate litigation and transactional assistance, and real estate litigation.

# Joel R. Rhine

Joel Rhine leads Rhine Law Firm's complex civil litigation team. In addition to overseeing the practice, Mr. Rhine stays "in the trenches" and personally handles most of the firm's largest and most complex cases. Mr. Rhine has tried multi-million dollar cases to verdict and has obtained millions of dollars in recoveries for his clients, either through trial, arbitration, settlement or alternative dispute resolution. Mr. Rhine is an experienced trial attorney, who has attained an AV rating by Martindale-Hubbell, has been named a "Super Lawyer" and has repeatedly been selected to Business North Carolina magazine's "Legal Elite." Rhine is a frequent speaker at Continuing Education Seminars for attorneys, real estate professionals, property management groups and builders. Mr. Rhine has twenty-three (23) years of legal experience.

Since 1988, Mr. Rhine's practice has focused on construction litigation and particularly construction defect litigation. His cases have concerned almost every conceivable type of structure and construction project, from 2 nuclear power plants, commercial buildings, clubhouses and amenities, infrastructure, multi-family housing, modular homes, mobile homes and single family residences. He has represented thousands of owners in these cases and has prosecuted claims against nearly every conceivable defendant, including manufacturers, general contractors, subcontractors, insurance agents, insurance companies (both first party claims and third party claims) engineers, architects, property managers, building inspectors, repair contractors, sellers, and more. Mr. Rhine has obtained numerous multi-million dollar awards and settlements in Federal and State Courts and arbitrations. Mr. Rhine was co-lead counsel and made Plaintiff's final closing argument in the Norfolk, Va. case of *Bay Point Condos v. Dryvit et al.*, 54 Va. Cir. 422 (Va.Cir.Ct. 2001) where he obtained the first verdict (multi-million dollar) against an EIFS manufacturer.

Mr. Rhine has most recently been involved in three class actions dealing with defective products that are installed in structures and numerous individual lawsuits of significant size. He has vast experience in and understanding of building science and works extensively with experts in his cases.

Mr. Rhine is a frequent lecturer at national and regional seminars on this topic. He has made multiple presentations at Mass Torts Made Perfect. Mealeys, Lorman and other seminars on construction defect litigation.

# Joel R. Rhine

**Areas of Practice:**

Lead Attorney for Complex Civil Litigation Team
Catastrophic Personal Injury and Wrongful Death
Construction Accidents
Construction Law
Product Liability
Insurance Litigation
Business Torts
Corporate Litigation
Mass Torts and Class Actions
Wage and Hour (FLSA) litigation

**Biography:**

The following is a partial list of the Continuing Legal Education (CLE) classes, seminars and speaking engagements at which Mr. Rhine has made presentations:

North Carolina Bar Association, "Adding Tools to the Construction Lawyer's Tool Belt". Hot Topics in Construction Law. 2010 Construction Law Winter Program. *Issues Involving Chinese Drywall Litigation*
Raleigh, NC
February 25, 2010

Lorman CLE Seminar, "Condominium Construction Issues in North Carolina" (speaker)
Raleigh, NC
Jan. 23, 2008

"Contracts for Construction Lawyers: How to Get the Party Started" (speaker)
Greensboro, NC
Sept. 29, 2006

Construction Law Section CLE (speaker)
Grandover Resort
Greensboro, NC
Sept. 29-30, 2006

Mealy's Annual Convention, "Construction Defect & Mold Litigation Conference" (speaker)
Phoenix, AZ
Nov. 7, 2005

AEI-Brookings Joint Center Judicial Education Program (speaker)
Judicial Symposium on "Critical Issues in Construction Defects Litigation"
Washington, DC
Jan. 27-28, 2005

Mealy's Annual Convention, "Construction Defect & Mold Conference" (speaker)
Las Vegas, NV
Dec. 9-10, 2004

CAI's 25th Annual Community Association Law Seminar (speaker)
"Toxic Mold: A Legal Primer"
Las Vegas, NV
Feb. 20-21, 2004

Lorman, "Handling Toxic Mold Disputes: A Guide to Recent Developments and Effective Litigation Strategies" (speaker)
Raleigh, NC
Sept. 16, 2003

Lorman, "Solving Water Intrusion and Mold Problems in North Carolina" (speaker)
Raleigh, NC
July 23, 2003

Mass Torts Made Perfect, "Securities, Drug & Environmental Litigation" (speaker)
Chicago, IL
June 19-20, 2003

Harris Martin, "Harris Martin: Mold Litigation - Beyond the Basics II" (guest speaker)
New Orleans, LA
June 12-13, 2003

CAI's 52nd National Conference & Exposition (speaker)
Dallas, TX
May 1-3, 2003

Lorman, "Solving Water Intrusion and Mold Problems in North Carolina" (speaker)
Greenville, NC
Feb. 26, 2003

Lorman, "Advances in Environmental Mold Issues in North Carolina" (speaker)
Raleigh, NC
Feb. 20, 2003

Mass Torts Made Perfect, "Strategies on Water Intrusion and Mold Litigation for Plaintiffs' Firm Retreat" (speaker)
Las Vegas, NV
Jan. 16-18, 2003

Lorman, "Solving Water Intrusion and Mold Problems in North Carolina" (speaker)
Raleigh, NC
July 30, 2002

Synthetic Stucco: Trial and Beyond," NCBA, May 1999