**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | ) | |
|       DRYWALL PRODUCTS | ) | MDL NO. 2047 |
|       LIABILITY LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | SECTION: L |
| | ) | |
| *Hobbie, et al. v.* | ) | JUDGE FALLON |
| *RCR Holdings II, LLC, et al.,* | ) | |
| | ) | |
| No. 10-1113 | ) | |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

**NOTICE OF SUBMISSION**

TAKE NOTICE that Plaintiffs in the action styled *Hobbie, et al. v. RCR Holdings II, LLC, et al.*, No. 10-1113 (E.D. La.) (Fallon, J.) (the "*Hobbie*" matter), on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), and Defendant/Third-Party Plaintiff, RCR HOLDINGS II, LLC ("RCR"), by and through their undersigned counsel, hereby submit the following Joint Motion of Plaintiffs and Defendant RCR Holdings II, LLC for an Order: (1) Granting Final Approval of the RCR Settlement; (2) Certifying the Settlement Class; and (3) Appointing Class Representative and Class Counsel for consideration on October 31, 2012 at 9:00 a.m.

Date: October 10, 2012                    WHITFIELD BRYSON & MASON LLP

                                                              /s/ Gary E. Mason
                                                              Gary E. Mason
                                                              Donna F. Solen
                                                              1625 Massachusetts Ave., NW, Suite 605
                                                              Washington, D.C.  20036
                                                              Tel. (202) 429-2290
                                                              Fax. (202) 429-2294

                                                              Daniel K. Bryson
                                                              900 W. Morgan Street

Raleigh, NC 27603
Tel. (919) 600-5000
Fax. (919) 981-0199

Adam C. Linkhorst
LINKHORST & HOCKIN P.A.
4495 Military Trail, Suite 106
Jupiter, Florida 33458
Tel. (561) 626-8880 / (954) 776-5990
Fax. (561) 626-8885

Joel R. Rhine
RHINE LAW FIRM, PC
314 Walnut Street, Suite 1000
Wilmington, NC  28401
Tel. (910) 772-9960
Fax. (910) 772-9062

Chris Coffin
PENDLEY BAUDIN & COFFIN, LP
Post Office Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Tel. (225) 687-6396

Stephen Mullins
LUCKEY & MULLINS
2016 Bienville Blvd
P.O. Box 990
Ocean Springs, MS 39564
Tel. (228) 875-3175
Fax. (228) 872-4719

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 10th day of October, 2012.

/s/ Gary E. Mason
Gary E. Mason