UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: RICHARD and CONSTANCE ALMEROTH, et al. vs. TAISHAN GYPSUM CO., LTD., et al Case No. 12-0498 | * * * * * * * | JUDGE FALLON (L)<br><br><br><br>MAG. WILKINSON (4) |

## DEFENDANT ALVIAN HOMES, INC.'S MOTION TO DISMISS

NOW INTO COURT, through special appearance of undersigned counsel appearing only for the purpose of this Motion to Dismiss, comes defendant, Alvian Homes, Inc. ("Alvian Homes"), who moves this Court for an order dismissing plaintiffs' Omnibus Complaint and action against Alvian Homes for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6), or, alternatively, to transfer venue to the Middle District of Florida pursuant to 28 U.S.C. § 1406(a) and 28 U.S.C. § 1404.

WHEREFORE, Alvian Homes, Inc. prays that its Motion to Dismiss pursuant to FED. R. CIV. PRO. R. 12 be granted, and this Court dismiss Plaintiffs' claims against Alvian Homes, Inc., or alternatively transfer venue to the Middle District of Florida.

KREBS, FARLEY & PELLETERI, P.L.L.C.

/s/ Charles B. Long
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone:   504-299-3570
E-mail:   clong@kfplaw.com
E-mail:   tpeyton@kfplaw.com
ATTORNEYS FOR DEFENDANT
ALVIAN HOMES, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of October, 2012, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/Charles B. Long
CHARLES B. LONG