UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: RICHARD and CONSTANCE ALMEROTH, et al. vs. TAISHAN GYPSUM CO., LTD., et al Case No. 12-0498 | * * * * * * | JUDGE FALLON (L) <br><br><br><br>MAG. WILKINSON (4) |

### DEFENDANT R. MOSSEL CONSTRUCTION, INC.'S
### MOTION TO EXCEED PAGE LIMITATION

Defendant R. Mossel Construction, Inc. ("R. Mossel"), pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.8.1E, hereby files this Motion to Exceed Page Limitation for its Motion to Dismiss (the "Motion"), and respectfully requests that this Court enter an Order allowing R. Mossel to exceed the twenty-five (25) page limitation for its Motion for the reasons set forth in the attached Memorandum of Law filed in support of this Motion.

WHEREFORE, Defendant R. Mossel Construction, Inc. respectfully requests that the instant Motion be granted and that an Order be entered permitting R. Mossel's Motion to exceed the twenty-five (25) page limitation, together with such other and further relief that the Court deems just and proper under the circumstances.

        KREBS, FARLEY & PELLETERI, P.L.L.C.

        */s/ Charles B. Long*
        CHARLES B. LONG (#22824)
        THOMAS H. PEYTON (#32635)
        400 Poydras Street, Suite 2500
        New Orleans, Louisiana 70130
        Telephone: 504-299-3570
        E-mail: clong@kfplaw.com
        E-mail: tpeyton@kfplaw.com

        ATTORNEYS FOR DEFENDANT
        R. MOSSEL CONSTRUCTION, INC.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 11th day of October, 2012, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

        */s/Charles B. Long*
        CHARLES B. LONG