UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE -MANUFACTURED       *     MDL No. 2047
DRYWALL PRODUCTS LIABILITY         *
LITIGATION                         *
                                   *
THIS DOCUMENT RELATES TO:          *     JUDGE FALLON
                                   *
ALL CASES                          *
                                   *
                                   *     MAGISTRATE WILKINSON

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

ROLAND S. MOSSEL

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President for R. Mossel Construction, Inc. ("R. Mossel Construction"), and as such, has personal knowledge of the following based on his review of records maintained by R. Mossel Construction in the regular course of business.

2. R. Mossel Construction is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Okeechobee, Florida.

3. R. Mossel Construction is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.

4. R. Mossel Construction has never built a residence in the State of Louisiana or had any contracts or subcontracts with companies located in Louisiana.



EXHIBIT "A"

5. R. Mossel Construction has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. R. Mossel Construction does not have an agent for service of process in Louisiana.

7. R. Mossel Construction does not have any bank accounts in Louisiana or own any property in Louisiana.

8. R. Mossel Construction does not solicit business in Louisiana and has never transacted business in Louisiana.

9. R. Mossel Construction has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. R. Mossel Construction does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. R. Mossel Construction has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, R. Mossel Construction never anticipated it would be haled into court in Louisiana.

*[signature]*
ROLAND S. MOSSEL

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 11th DAY OF Aug, 2012.

*[signature]*
NOTARY PUBLIC

YOGITA DESAI
Notary Public, State of Florida
Commission# DD969491
My comm. expires Mar. 9, 2014

2