UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Benoit, et al. v. LaFarge, S.A.,et. al.*, Case No. 11-1893 (E.D.La.)<br><br>*Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG*, Case No. 11-2349 (E.D.La.)<br><br>*Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No. 11-3023 (E.D.La.)<br><br>*Almeroth, et. al. v. Taishan Gypsum Co., et al.*, Case No. 12-0498 (E.D.La.) | |

## SECOND AMENDED ERRATA TO PLAINTIFFS' SECOND OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT

On July 18, 2012, Plaintiffs filed their second omnibus motion for preliminary default judgement. *See* document # 15412. As a result of this motion, certain defendants became aware of their default status and, with Plaintiffs' consent, made appropriate efforts to cure their defaults. In addition, Plaintiffs have been advised that certain defendants were inadvertently included in the second omnibus motion for preliminary default. The instant filing by Plaintiffs is designed to remove those defendants who were inadvertently included in the motion for default as well as those defendants who have cured their default status from the second omnibus motion for preliminary default judgment.

Based on these changed circumstances, plaintiffs are providing the Court with an amended list of Defaulting Defendants. *See* Second Amended Exhibit A hereto. For the

convenience of the parties and the Court, Plaintiffs are also appending hereto a list of all defendants who have been removed from the second omnibus motion for preliminary default judgment as originally filed. *See* Second Amended Exhibit "B" hereto. Plaintiffs are also appending hereto a revised proposed form of order.

Respectfully submitted,

Dated: October 12, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431

dkb@lewis-roberts.com


Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Second Amended Errata to Plaintiffs' Second Omnibus Motion for Preliminary Default Judgment was served on Defendants' Liaison Counsel, Kerry Miller, and Home Builders and Installers Liaison Counsel, Phillip Wittmann, via email and United States first class mail, and upon all represented parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this on this 12th day of October, 2012.

      I further certify that service on all Defaulting Defendants who are impacted by the Plaintiffs' Second Omnibus Motion for Preliminary Default Judgement was made by United States first class mail.

      /s/ Leonard A. Davis
      Leonard A. Davis, Esquire
      Herman, Herman & Katz, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      Ldavis@hhkc.com
      Plaintiffs' Liaison Counsel
      MDL 2047

      *Co-counsel for Plaintiffs*

# Second Amended Exhibit "A"

| RICHARD AND CAROL BENOIT, ET AL V. LAFARGE S.A., ET AL<br>CIVIL ACTION NO. 11-1893 ||
|---|---|
| **DEFENDANTS IN DEFAULT** ||
| **DEFENDANT** | **SERVED** |
| Haven Properties, Inc. | 10/14/11 |
| Kimball Hill Homes Florida, Inc. | 10/6/11 |
| L.J.&L. Enterprises, Inc. | 10/18/11 |
| Restoration Of The Palm Beaches, Inc. | 10/8/11 |
| Steve Corbett, Incorporated | 10/5/11 |
| West Lakes Estates, Inc. | 10/6/11 |
| Wood Nation, Inc. | 10/26/11 |

| *ARNDT, ET AL V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL*<br>11-2349<br><br>DEFENDANTS IN DEFAULT ||
|---|---|
| DEFENDANT | SERVED |
| Ameritek Homes Co. f/k/a Dulcie and Company, Inc. | 10/26/11 |
| ASAP Drywall | 10/30/11 |
| Bay Town Builders, LLC | 10/26/11 |
| Canino Construction, Inc. | 10/13/11 |
| Carmen P Pacinelli Drywall Inc. | 10/28/11 |
| Dave Johnson Construction, Inc. | 11/18/11 |
| Drywall & Framing Investment Group, Inc. | 10/18/11 |
| Foster Home Builders, Inc. | 10/18/11 |
| Grande Valley Homes, LLC d/b/a Casa Linda Homes | 10/14/11 |
| Jon A. Wilder, Inc. | 10/14/11 |
| Merrick Homes, LLC | 10/17/11 |
| Orchid Grove, LLC | 10/19/11 |
| Paramount Quality Homes Corp. | 10/22/11 |
| Sampson Construction Company, L.L.C. | 11/4/11 |
| Santa Barbara Estates, Inc. | 10/18/11 |
| Supreme Builders, Ltd. | 10/15/11 |
| Supreme Homes Ltd. | 10/15/11 |
| U/C Universal Construction, Inc. | 10/17/11 |
| Wolfman Construction Company | 10/28/11 |

### ALMEROTH, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO., LTD, ET AL 12-0498

#### DEFENDANTS IN DEFAULT

| DEFENDANT | SERVED |
|---|---|
| Andrea Varuso Corne and Scott M. Corne | 4/3/12 |
| B & B Stucco, Inc. | 4/4/12 |
| Barney Core | 4/4/12 |
| Boutwell Drywall | 4/4/12 |
| BTR Exteriors f/k/a Gulf Eagle Supply, Inc. | 4/6/12 |
| C.H. Builders, LLC | 4/5/12 |
| Cabba, Inc. | 4/5/12 |
| Cape Cement and Supply, Inc. | 4/4/12 |
| Central Drywall Contractors Inc. | 4/16/12 |
| D & K GCB, Inc. | 5/28/12 |
| Dewey Leonard | 4/10/12 |
| E.B. Developers, Inc. | 4/3/12 |
| Eagle Bay Construction & Development, Inc. | 4/3/12 |
| Eagle Creek Remodeling, Inc. | 4/6/12 |
| Ebbtide Investment Group, LLC | 4/18/12 |
| Edward Pierre | 4/5/12 |
| Florida Walls Inc. | 4/3/12 |
| Fly System, Inc. | 4/12/12 |
| Grand Orleans Properties, L.L.C. | 4/3/12 |
| Highland Holdings, Inc. | 4/5/12 |
| J&H Sheetrock | 4/18/12 |
| LCA Lumbermen's | 4/3/12 |
| Lonnie Goddard d/b/a Custom Interiors, LLC | 4/3/12 |
| Mariner Village Townhomes, Inc. | 4/10/12 |
| Martinez Drywall & Painting, LLC | 4/7/12 |
| Meeks Drywall & Stucco, Inc. | 4/12/12 |

| ***ALMEROTH, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO., LTD, ET AL* 12-0498** | |
|---|---|
| **DEFENDANTS IN DEFAULT** | |
| **DEFENDANT** | **SERVED** |
| Millennium Trading, Inc. | 4/3/12 |
| Mitchell Homes, Inc. | 4/2/12 |
| Molleda Corp. | 4/3/12 |
| New Millenial, LLC | 4/5/12 |
| NICO Development, Inc. | 4/5/12 |
| Phillip Eric Price | 4/9/12 |
| Premier Southern Builders, L.L.C. | 4/3/12 |
| Price-Built Homes | 4/10/12 |
| Prime Homebuilders, Inc. | 4/3/12 |
| Promenade at Doral, LLC | 4/3/12 |
| R.L. Stockett & Associates, LLC | 4/24/12 |
| Rebuilding Together, Inc. | 4/3/12 |
| Rickey Pittman | 4/9/12 |
| Robert Nicholas d/b/a Robert Nicholas Drywall | 5/9/12 |
| S & D Custom Built Homes, LLC | 4/16/12 |
| Santa Fe, LLC | 4/11/12 |
| Simpson-Davis Development, LLC | 4/24/12 |
| Southern Community Homes Inc. | 4/9/12 |
| Stoughton Homes, Inc. | 4/4/12 |
| Strauch Builders, LLC | 4/3/12 |
| Talmadge Drywall, Inc. | 4/11/12 |
| United Homes, Inc. | 4/10/12 |
| WCS Construction, Inc. | 6/19/12 |
| West Florida Construction Group, Inc. | 4/7/12 |
| Wilfredo Medina Guzman | 4/17/12 |
| William D. Smyly | 4/6/12 |

| CASSIDY, ET AL V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG ET AL, 11-3023 |||
|---|---|---|
| **DEFENDANTS IN DEFAULT** |||
| DEFENDANT | ORIGINAL SERVED | AMENDED SERVED |
| B & W Drywall, Inc. | 2/23/12 | 2/23/12 |
| Blue Line Builders, Inc. | 2/25/12 | 2/25/12 |
| Carmen P Pacinelli Drywall Inc. | 2/28/12 | 2/28/12 |
| CGF Construction Corp. | 2/29/12 | 2/29/12 |
| Cornerstone Construction, Inc. | 2/29/12 | 2/29/12 |
| Coscan Home Builders, LLC | 2/24/12 | 2/24/12 |
| DCT Investment Group, Inc. | 2/29/12 | 2/29/12 |
| Design Stucco, Inc. | 4/5/12 | 4/5/12 |
| Distinctive Drywall, LLC | 2/22/12 | 2/22/12 |
| Grande Valley Homes, L.L.C. | 2/23/12 | 2/23/12 |
| Mariner Village Townhomes, Inc. | 2/22/12 | 2/22/12 |
| Master Builders of South Florida, Inc. | 2/24/12 | 2/24/12 |
| Medimart Investment, Inc. | 3/13/12 | 3/13/12 |
| Prestigious Homes, LLC | 2/27/12 | 2/27/12 |
| Santa Barbara Estates, Inc. | 2/22/12 | 2/22/12 |
| Stonecrest Home Builders, LLC | 3/12/12 | 3/12/12 |
| Strauch Builders, LLC | 3/6/12 | 3/6/12 |
| Supreme Builders, Ltd. | 2/22/12 | 2/22/12 |
| United Homes, Inc. | 2/22/12 | 2/22/12 |

# Second Amended Exhibit "B"

| *RICHARD AND CAROL BENOIT, ET AL V. LAFARGE S.A., ET AL* <br> *CIVIL ACTION NO. 11-1893* ||
|---|---|
| **DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT** ||
| **DEFENDANT** | **SERVED** |
| Diamond Court Homes, Inc. | 10/10/11 |

| \par *ARNDT, ET AL V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL* 11-2349 \par **DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT** ||
|---|---|
| **DEFENDANT** | **SERVED** |
| AW Independent, Inc. | 10/13/11 |
| Best Homes of SW Florida, Inc. a/k/a Legend Custom Builders, Inc. | 10/18/11 |
| C.M. Duncan Contracting, Inc. | 10/19/11 |
| Gulfstream Development Group, LLC | 10/24/11 |
| JVP Drywall & Finish, Inc. | 11/11/11 |
| Metropolitan Design Group, Inc. | 12/30/11 |
| United Homes International, Inc. | 10/18/11 |
| Vincent Montalto Construction, Inc. | 10/26/11 |
| Woodland Construction of SW FL, Inc. | 10/18/11 |

### ALMEROTH, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO., LTD, ET AL 12-0498

### DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT | SERVED |
|---|---|
| Antonieta Torres | 4/18/12 |
| Arif Parupia | 4/10/12 |
| Best Homes of S.W. Florida, Inc. | 4/3/12 |
| BMD, Inc. | 4/3/12 |
| Boasso Construction, L.L.C. | 4/3/12 |
| Coastal Construction of South Florida, Inc | 4/9/12 |
| Coastal Construction of South Florida, Inc. d/b/a Coastal Condominiums | 4/9/12 |
| Cornerstone Group Construction, Inc. | 4/5/12 |
| Cornerstone Group Development Corp. | 4/5/12 |
| Creative Home Builders, L.L.C. d/b/a Clipper Construction | 4/21/12 |
| Deangelis Diamond Construction, Inc. | 4/4/12 |
| Devon Building Products | 4/4/12 |
| Diamond Corp. Construction Company | 4/10/12 |
| Diamond Court Homes, Inc. | 4/10/12 |
| Florida Style Services of Southwest Florida, Inc. | 4/3/12 |
| Gulfstream Development Group, LLC | 4/4/12 |
| Hollis Developers, LLC | 4/17/12 |
| Hollywood Dixie Associates, LLC | 4/12/12 |
| Horvath & Horvath Drywall, Inc. | 4/2/12 |
| JVP Drywall & Finish, Inc. | 4/10/12 |
| Maranatha Construction, Inc. | 4/14/12 |
| Milton Construction Company | 4/12/12 |
| Preserve Development, LLC | 5/19/12 |
| R. Mossel Construction, Inc. | 4/4/12 |

| ALMEROTH, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO., LTD, ET AL 12-0498 ||
|---|---|
| **DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT** ||
| **DEFENDANT** | **SERVED** |
| Riverside Bank of the Gulf Coast | 4/9/12 |
| Rottlund Homes of Florida, Inc. | 4/19/12 |
| Spires Commercial Flooring, Inc. | 4/14/12 |
| Touchstone at Rapallo, Inc. | 4/6/12 |
| United Homes International, Inc. | 4/10/12 |
| W.B. Construction | 4/4/12 |
| Wermers Development, LLC | 5/19/12 |
| Woods Restoration Services, LLC | 4/6/12 |

| ***CASSIDY, ET AL V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG ET AL***<br>11-3023<br><br>**DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT** |||
|---|---|---|
| **DEFENDANT** | **ORIGINAL SERVED** | **AMENDED SERVED** |
| Antilles Vero Beach, LLC | 2/23/12 | 2/23/12 |
| BMD, Inc. | 2/23/12 | 2/23/12 |
| Coastal Construction of South Florida, Inc. | 2/23/12 | 2/23/12 |
| Gulfstream Development Group | 3/6/12 | 3/6/12 |
| Gulfstream Development Group, LLC | 3/6/12 | 3/6/12 |
| H & S Drywall, Inc. | 2/25/12 | 2/25/12 |
| Home Team d/b/a Great Southern Homes | 2/29/12 | 2/29/12 |
| United Homes International, Inc. | 2/22/12 | 2/22/12 |
| Waterways Joint Ventures IV, LLC | 2/24/12 | 2/24/12 |