UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Benoit, et al. v. LaFarge, S.A., et. al.*, Case No. 11-1893 (E.D.La.)<br><br>*Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG*, Case No. 11-2349 (E.D.La.)<br><br>*Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No. 11-3023 (E.D.La.)<br><br>*Almeroth, et. al. v. Taishan Gypsum Co., et al.*, Case No. 12-0498 (E.D.La.) | |

### ORDER

UPON APPLICATION OF PLAINTIFFS and upon Declaration that the defendants listed in the Second Amended Exhibit A have failed to plead or otherwise defend the action,

IT IS HEREBY ORDERED that preliminary default be and the same is hereby entered against these defendants in the above numbered and captioned actions.

By the Court,

_____
J.

# Second Amended Exhibit "A"

| *RICHARD AND CAROL BENOIT, ET AL V. LAFARGE S.A., ET AL* ||
|---|---|
| *CIVIL ACTION NO. 11-1893* ||
| **DEFENDANTS IN DEFAULT** ||
| **DEFENDANT** | **SERVED** |
| Haven Properties, Inc. | 10/14/11 |
| Kimball Hill Homes Florida, Inc. | 10/6/11 |
| L.J.&L. Enterprises, Inc. | 10/18/11 |
| Restoration Of The Palm Beaches, Inc. | 10/8/11 |
| Steve Corbett, Incorporated | 10/5/11 |
| West Lakes Estates, Inc. | 10/6/11 |
| Wood Nation, Inc. | 10/26/11 |

| *ARNDT, ET AL V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL* 11-2349 ||
|---|---|
| **DEFENDANTS IN DEFAULT** ||
| **DEFENDANT** | **SERVED** |
| Ameritek Homes Co. f/k/a Dulcie and Company, Inc. | 10/26/11 |
| ASAP Drywall | 10/30/11 |
| Bay Town Builders, LLC | 10/26/11 |
| Canino Construction, Inc. | 10/13/11 |
| Carmen P Pacinelli Drywall Inc. | 10/28/11 |
| Dave Johnson Construction, Inc. | 11/18/11 |
| Drywall & Framing Investment Group, Inc. | 10/18/11 |
| Foster Home Builders, Inc. | 10/18/11 |
| Grande Valley Homes, LLC d/b/a Casa Linda Homes | 10/14/11 |
| Jon A. Wilder, Inc. | 10/14/11 |
| Merrick Homes, LLC | 10/17/11 |
| Orchid Grove, LLC | 10/19/11 |
| Paramount Quality Homes Corp. | 10/22/11 |
| Sampson Construction Company, L.L.C. | 11/4/11 |
| Santa Barbara Estates, Inc. | 10/18/11 |
| Supreme Builders, Ltd. | 10/15/11 |
| Supreme Homes Ltd. | 10/15/11 |
| U/C Universal Construction, Inc. | 10/17/11 |
| Wolfman Construction Company | 10/28/11 |

| ***ALMEROTH, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO., LTD, ET AL*** **12-0498** ||
|---|---|
| **DEFENDANTS IN DEFAULT** ||
| **DEFENDANT** | **SERVED** |
| Andrea Varuso Corne and Scott M. Corne | 4/3/12 |
| B & B Stucco, Inc. | 4/4/12 |
| Barney Core | 4/4/12 |
| Boutwell Drywall | 4/4/12 |
| BTR Exteriors f/k/a Gulf Eagle Supply, Inc. | 4/6/12 |
| C.H. Builders, LLC | 4/5/12 |
| Cabba, Inc. | 4/5/12 |
| Cape Cement and Supply, Inc. | 4/4/12 |
| Central Drywall Contractors Inc. | 4/16/12 |
| D & K GCB, Inc. | 5/28/12 |
| Dewey Leonard | 4/10/12 |
| E.B. Developers, Inc. | 4/3/12 |
| Eagle Bay Construction & Development, Inc. | 4/3/12 |
| Eagle Creek Remodeling, Inc. | 4/6/12 |
| Ebbtide Investment Group, LLC | 4/18/12 |
| Edward Pierre | 4/5/12 |
| Florida Walls Inc. | 4/3/12 |
| Fly System, Inc. | 4/12/12 |
| Grand Orleans Properties, L.L.C. | 4/3/12 |
| Highland Holdings, Inc. | 4/5/12 |
| J&H Sheetrock | 4/18/12 |
| LCA Lumbermen's | 4/3/12 |
| Lonnie Goddard d/b/a Custom Interiors, LLC | 4/3/12 |
| Mariner Village Townhomes, Inc. | 4/10/12 |
| Martinez Drywall & Painting, LLC | 4/7/12 |
| Meeks Drywall & Stucco, Inc. | 4/12/12 |

| *ALMEROTH, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO., LTD, ET AL* **12-0498** ||
|---|---|
| **DEFENDANTS IN DEFAULT** ||
| **DEFENDANT** | **SERVED** |
| Millennium Trading, Inc. | 4/3/12 |
| Mitchell Homes, Inc. | 4/2/12 |
| Molleda Corp. | 4/3/12 |
| New Millenial, LLC | 4/5/12 |
| NICO Development, Inc. | 4/5/12 |
| Phillip Eric Price | 4/9/12 |
| Premier Southern Builders, L.L.C. | 4/3/12 |
| Price-Built Homes | 4/10/12 |
| Prime Homebuilders, Inc. | 4/3/12 |
| Promenade at Doral, LLC | 4/3/12 |
| R.L. Stockett & Associates, LLC | 4/24/12 |
| Rebuilding Together, Inc. | 4/3/12 |
| Rickey Pittman | 4/9/12 |
| Robert Nicholas d/b/a Robert Nicholas Drywall | 5/9/12 |
| S & D Custom Built Homes, LLC | 4/16/12 |
| Santa Fe, LLC | 4/11/12 |
| Simpson-Davis Development, LLC | 4/24/12 |
| Southern Community Homes Inc. | 4/9/12 |
| Stoughton Homes, Inc. | 4/4/12 |
| Strauch Builders, LLC | 4/3/12 |
| Talmadge Drywall, Inc. | 4/11/12 |
| United Homes, Inc. | 4/10/12 |
| WCS Construction, Inc. | 6/19/12 |
| West Florida Construction Group, Inc. | 4/7/12 |
| Wilfredo Medina Guzman | 4/17/12 |
| William D. Smyly | 4/6/12 |

| CASSIDY, ET AL V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG ET AL, 11-3023 ||| 
|---|---|---|
| **DEFENDANTS IN DEFAULT** |||
| DEFENDANT | ORIGINAL SERVED | AMENDED SERVED |
| B & W Drywall, Inc. | 2/23/12 | 2/23/12 |
| Blue Line Builders, Inc. | 2/25/12 | 2/25/12 |
| Carmen P Pacinelli Drywall Inc. | 2/28/12 | 2/28/12 |
| CGF Construction Corp. | 2/29/12 | 2/29/12 |
| Cornerstone Construction, Inc. | 2/29/12 | 2/29/12 |
| Coscan Home Builders, LLC | 2/24/12 | 2/24/12 |
| DCT Investment Group, Inc. | 2/29/12 | 2/29/12 |
| Design Stucco, Inc. | 4/5/12 | 4/5/12 |
| Distinctive Drywall, LLC | 2/22/12 | 2/22/12 |
| Grande Valley Homes, L.L.C. | 2/23/12 | 2/23/12 |
| Mariner Village Townhomes, Inc. | 2/22/12 | 2/22/12 |
| Master Builders of South Florida, Inc. | 2/24/12 | 2/24/12 |
| Medimart Investment, Inc. | 3/13/12 | 3/13/12 |
| Prestigious Homes, LLC | 2/27/12 | 2/27/12 |
| Santa Barbara Estates, Inc. | 2/22/12 | 2/22/12 |
| Stonecrest Home Builders, LLC | 3/12/12 | 3/12/12 |
| Strauch Builders, LLC | 3/6/12 | 3/6/12 |
| Supreme Builders, Ltd. | 2/22/12 | 2/22/12 |
| United Homes, Inc. | 2/22/12 | 2/22/12 |