AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Eduardo and Carmen Amorin, et. al. | ) | |
| _____ | ) | |
| *Plaintiff* | ) | Civil Action No.  1:11-cv-22408-MGC |
| v. | ) | |
| Taishan Gypsum Co., Ltd., f/k/a Syhandong Taihe | ) | |
| Dongxin Co., Ltd., et. al. | ) | |
| _____ | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CNBM USA Corp
17800 Castleton Street, Ste. 558
City of Industry, CA 91748

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ervin A. Gonzalez
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
(305) 476-7400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Steven M. Larimore

Date:  7/7/11                                    _____
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-27-12 @ 3:40pm |
| NAME OF SERVER *(PRINT)*   T. Capps | TITLE   Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's ~~dwelling house or~~ usual place of ~~abode~~ with a person of suitable age and
     Business
     discretion ~~then residing~~ therein.
     Name of person with whom the summons and complaint were left:  Sandy Chen, Secretary

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL   $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10-2-12
          Date                 *Signature of Server*

            PO Box 1309 - ORANGE CA 97809
                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.