# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Eduardo and Carmen Amorin, et. al. ) <br> ) <br> _Plaintiff_ ) <br> v. ) <br> Taishan Gypsum Co., Ltd., f/k/a Syhandong Taihe ) <br> Dongxin Co., Ltd., et. al. ) <br> _Defendant_ ) | Civil Action No. 1:11-cv-22408-MGC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United Suntech Craft, Inc.
7813 NW 67th Street
Miami, FL 33166 2703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ervin A. Gonzalez
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
(305) 476-7400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Steven M. Larimore

Date: JUL 07 2011

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9-27-12 @ 3:20 pm |
| NAME OF SERVER (PRINT) | TITLE |
| G. Sanchez | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling ~~house or~~ usual place of ~~abode~~ business with a person of suitable age and discretion ~~then residing~~ therein.

Name of person with whom the summons and complaint were left: Dorothy Lin, CPA / Authorized

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-2-'12
             Date

Signature of Server

PO Box 2309, Orange CA 92859
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.