AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Norfolk Division

ORIGINAL

| | |
|---|---|
| Eduardo and Carmen Amorin, et al (see attached sheet for complete list of plaintiffs) <br> *Plaintiff* <br> v. <br> Taishan Gypsum Co., Ltd. et al (see attached sheet for complete list of defendants) <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 2:11-cv-377 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United Suntech Craft, Inc.
7813 NW 67th Street
Miami, FL 33166-2703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard J. Serpe, Esquire
580 E. Main St. Suite 310
Norfolk, VA 23510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo
CLERK OF COURT

Date: JUL 14 2011

*Signature of Clerk or Deputy Clerk*
R. Simmons

CIVIL ACTION NO. 2:11-CV-377

PLAINTIFFS

EDUARDO AND CARMEN AMORIN; KENNETH ABEL; ARLEDYS GALLARDO; CHARMAINE FONG; PERRY AND CASSANDRA FONTENOT; JULIANNE AND JOSHUA FRANKZE; BRYON HAND; LAURA HAYA, DANIEL HAYA AND IRENE HAYA; ROBERT POPOVITCH; JASON PURSE; JOSEPH QUARTARARO; FRANK AND YVONNE TOPF; CATHY PARKER VAPY; HUGH AND TRACY VEST; AND KENNETH AND BARBARA WILTZ

Defendants

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD. A/K/A QINHUANG DAO TAISHAN BUILDING; MATERIALS CO., LTD.; BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO.; CHINA NATIONAL BUILDING MATERIAL CO., LTD.; BEIJING NEW BUILDING MATERIALS (GROUP) CO., LTD.; CHINA NATIONAL BUILDING MATERIALS GROUP CO.; CNBM USA CORP.; BNBM OF AMERICA, INC.; BNBM USA; UNITED SUNTECH CRAFT, INC.; CNBMI CO., LTD.; CHANGZHOU YINHE WOOD INDUSTRY CO., LTD.; FUXIN TAISHAN GYPSUM AND BUILDING MATERIAL CO., LTD.; HUBEI TAISHAN BUILDING MATERIAL CO., LTD.; JINAN RUN & FLY NEW MATERIALS CO., LTD.; NANHAI SILK IMP. & EXP. CORPORATION; PINGYI BAIER BUILDING MATERIALS CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIAL CO., LTD.; SHANGHAI YU YUAN IMP & EXP CO., LTD.; SINKIANG TIANSHAN BUILDING MATERIAL AND GYPSUM PRODUCT CO., LTD.; SUNRISE BUILDING MATERIALS LTD.; TAI'AN JINDUN BUILDING MATERIAL CO., LTD.; TAISHAN GYPSUM CO., LTD. LUCHENG BRANCH; TAISHAN GYPSUM (BAOTOU) CO., LTD.; TAISHAN GYPSUM (CHONGQING) CO., LTD.; TAISHAN GYPSUM (HENAN) CO., LTD.; TAISHAN GYPSUM (PINGSHAN) CO., LTD.; TAISHAN GYPSUM (PIZHOU) CO., LTD.; TAISHAN GYPSUM (TONGLING) CO., LTD.; TAISHAN GYPSUM (XIANGTAN) CO. LTD.; YUNAN TAISHAN GYPSUM AND BUILDING MATERIAL CO., LTD.; SHAANXI TAISHAN GYPSUM CO., LTD.; TAISHAN GYPSUM (HENGSHUI) CO., LTD.; TAISHAN GYPSUM (JIANGYIN) CO., LTD.; TAISHAN GYPSUM (WENZHOU) CO., LTD.; BEIJING NEW MATERIAL INCUBATOR CO., LTD.; QINGDAO YILIE INTERNATIONAL TRADE CO., LTD.; SHANGHAI EAST BEST ARTS & CRAFTS CO., LTD.; SIIC SHANGHAI INTERNATIONAL TRADE (GROUP) CO., LTD.; TIANJIN TIANBAO CENTURY DEVELOPMENT CO., LTD.; SHANDONG ORIENTAL INTERNATIONAL TRADING CORP.; LIANYUNGANG YUNTAI INTERNATIONAL TRADE CO., LTD.; SHANGHAI YUYUAN MARKET IMPORT & EXPORT CO., LTD.; ORIENT INTERNATIONAL HOLDING SHANGHAI FOREIGN TRADE CO., LTD.; QINGDAO AONI DECORATION BOARD AND MATERIALS CO., LTD.; BEIJING BUILDING MATERIALS IMPORT & EXPORT CO., LTD.; TAIAN TAIGAO TRADING CO., LTD.; NANTONG ECONOMIC AND TECHNOLOGICAL DEVELOPMENT ZONE CORPORATION; QINGDAO KANGHONG IMPORT AND EXPORT CO., LTD.; ZHEJIANG PROVINCIAL SECOND LIGHT INDUSTRY ENTERPRISES GROUP IMP. & EXP. CO., LTD.; SIIC SHANGHAI INTERNATIONAL TRADE GROUP PUDONG CO., LTD.; JIANGSU SAINTY INTERNATIONAL ECONOMIC & TECHNICAL COOPERATION CO., LTD.; ZIBO INTERNTIONAL ECONOMIC AND TECHNICAL COOPERATION CORPORATION; SHANGHAI KAIDUN DEVELOPMENT CO., LTD.; SHANGHAI YUJIN INDUSTRY CO., LTD.; HANGZHOU GREAT IMPORT AND EXPORT CO., LTD.; XUZHOU HANBANG GLOBAL TRADE CO., LTD.; CHINA XUZHOU INTERNATIONAL ECONOMIC & TECHNOLOGICAL COOPERATION CO., LTD.; JIANGSU EASTHIGH GROUP IMPORT & EXPORT CO., LTD.; AND QINGDAO JOY INDUSTRIAL & DEVELOPMENT CO., LTD.,

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:11-cv-377

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __United Suntech Craft Inc.__
was received by me on *(date)* __9-27-12__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Dorothy Lin, CPA/ Authorized__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __United Suntech Craft Inc.__
__2555 Huntington Dr. Ste F, San Marino, CA 91108__ on *(date)* __9-27-12 @ 3:20pm__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __10-2-12__

*Server's signature*

__G. Sanchez  Process Server__
*Printed name and title*

__PO Box 2304  Orange, CA 92859__
*Server's address*

Additional information regarding attempted service, etc: