UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

SUPPLEMENTAL NOTICE OF FILING BY
CLASS COUNSEL (RE: TIMELY OPT-OUTS)

PLEASE TAKE NOTICE that pursuant to the various settlement agreements that were preliminarily approved by the Court, class counsel hereby submit the attached opt-outs that were timely served on class counsel, as follows:

A. **Banner Settlement**–See attached chart and Exhibit A

B. **Global**–See attached chart and Exhibit B

C. **KPT Settlement**–See attached chart and Exhibit C

D. **Recisions of Opt-Outs**–See attached chart and Exhibit D

Respectfully submitted,

Dated: October 12, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*

        Arnold Levin
        Fred S. Longer
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        Phone: (215) 592-1500
        Fax: (215) 592-4663
        Alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel in MDL 2047*

### CLASS COUNSEL

### CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of October, 2012.

        /s/ Leonard A. Davis
        Leonard A. Davis, Esquire
        HERMAN, HERMAN, KATZ & COTLAR, LLP
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        Ldavis@hhkc.com
        *Plaintiffs' Liaison Counsel in MDL 2047*
        *Co-counsel for Plaintiffs*

## IN RE CHINESE DRYWALL LITIGATION

## SETTLEMENT EXCLUSIONS

|   | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| | **A. BANNER** | | |
| 1. | Ziegler, William Bart | Jeremy Springhart Broad and Cassel | Banner |
| | **B. GLOBAL** | | |
| 1. | Alvarez Homes, Inc. | Valerie Greenberg Akerman Senterfitt | Global |
| 2. | Stewart, Gloria W. a/k/a Obeying His Commandments Holyness Church, Inc. | | Global |
| | **C. KNAUF** | | |
| 1. | Ziegler, William Bart | Jeremy Springhart Broad and Cassel | Knauf |
| | **D. RECISIONS** | | |
| 1. | Everette Avenue Townhomes, LLC | Ty G. Thompson Mills Paskert Divers | Global (21 properties) |
| 2. | Haindel, Mary V. | Salvadore Christina Becnel Law Firm | Global |
| 3. | Staton, Lori A. | Salvadore Christina Becnel Law Firm | Global |
| 4. | Staub, Marc and Dana | Salvadore Christina Becnel Law Firm | Global |