# EXHIBIT A

REQUEST FOR EXCLUSION ("OPT-OUT")
BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER
SETTLEMENT CLASS, THE KNAUF SETTLEMENT AGREEMENT
AND BANNER SETTLEMENT AGREEMENT
RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class, the Knauf Settlement Agreement and the Banner Settlement Agreement in the Chinese Drywall Action.

Name: William       Bart       Ziegler
      First        Middle     Last

Current Address:  119 Lucina Drive, Hypoluxo, Florida 33462

Property Address: 119 Lucina Drive, Hypoluxo, Florida 33462

Executed by: *[signature]*                   Date: 9/22/12

Printed Name: W.B. ZIEGLER

To the best of my knowledge, the identities of every supplier, installer, builder, developer and its/their insurers/ I/we intend to pursue are:
   West Construction, Inc. (Indian Harbor Insurance Company and XL Insurance Company)

To:   Arnold Levin, Esquire
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      510 Walnut Street, Suite 500 Philadelphia, PA 19106

      Russ Herman, Esquire
      HERMAN HERMAN & KATZ, LLP
      820 O'Keefe Avenue
      New Orleans, LA 70113