# EXHIBIT B

## NOTICE OF OPT OUT
### FROM SETTLEMENT OF CLASS ACTION AGAINST BUILDERS, INSTALLERS, SUPPLIERS, AND PARTICIPATING INSURERS ("GLOBAL SETTLEMENT")

**The undersigned hereby opts out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.**

Name of Class Member Opting Out:  **Alvarez Homes, Inc.**

Current Address of Class Member:  **3617 Hudson Lane, Tampa, Florida 33618**

Address of property: **3125 Christopher Watch Lane, Ruskin, Florida 33570**

To the best of my knowledge, the identities of every purchaser, supplier, marketer, installer, builder, developer and its/their insurers, and any other Participating Defendant and Participating Insurer against which Alvarez Homes, Inc. may pursue its claims:

**All Florida Drywall Supplies, Inc.**
**FCCI Insurance Co.**
**Harrell's Drywall, Inc.**
**Amerisure Insurance Company**
**Taian Taishan Plasterboard Co.**
**Taishan Gypsum, Co.**
Tampa Port Authority
Manatee Port Authority
To (by First Class Mail):

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

and

Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Signature: _____
Name: Fernando Socias
Title:  Vice President

Date: _____ 9/27/2012 _____

## Opt-Out Form

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   In Re: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Easter District of Louisiana
Opt Out Notice for Global Settlement in MDL 2047

Dear Counselors:

Pursuant to the Notice of Pendency of Proposed Settlement of Class Action Against Builders, Installers, Suppliers and Participating Insurers (the "Global Settlement"), dated May 31, 2012, please consider this notice of our intention to *opt out* of the Global Settlement. My/Our address of the property damaged by the Chinese Drywall is: Obeying His Commandments Holiness Chench, Inc.

7216 6th Street          Mobile          AL   36608

Address                          City                      State       Zip

I/We understand that I/we *will not* be entitled to share in the benefits of this Global Settlement *nor* will I/we benefit or be bound by further orders or judgments in the Litigation concerning the Global Settlement, if any.

Gloria W Stewart

Signature                          Printed Name                  Date

_____        Gloria W Stewart        _____

Signature                          Printed Name                  Date

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.