# EXHIBIT D



# Mills Paskert Divers
ATTORNEYS AT LAW
TAMPA • ATLANTA

100 North Tampa Street
Suite 3700
Tampa, Florida 33602

Telephone: 813-229-3500
Facsimile: 813-229-3502
www.mpdlegal.com

October 10, 2012

*Via Fedex Overnight Delivery*
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

*Via Fedex Overnight Delivery*
Russ M. Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: *In Re: Chinese-Manufactured Drywall Products Liability Litigation*
United States District Court, Easter District of Louisiana
Rescission of Opt Out Notice for Global Settlement in MDL 2047
MPD File No. 111033

Dear Messrs. Levin and Herman:

We represent Everette Avenue Townhomes, LLC ("Everette"), the developer of certain residential properties in Hillsborough County, Florida. Pursuant to Article 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Suppliers, Installers and Participating Insurers (the "Settlement Agreement"), please accept this correspondence as Everette's rescission of its September 25, 2012 opt-out notice. Everette's current address is 7001 Post Road, Suite 110, Dublin, Ohio 43016. A list of the properties' addresses damaged by the Chinese Drywall is attached hereto as Exhibit A. All of the properties are located in Tampa, Florida.

Except as set forth herein, Everette maintains any and all claims in the matter styled *Everette Avenue Townhomes, LLC v. Theta Development, LLC, Rojo Architecture, LLC, et al.*, Case No. 10-CA-010232, in and for Hillsborough County, Florida and *Everette Avenue Townhomes, LLC v. Arrow Terminals, Inc.*, Case No. 10-CA-24020, in

Messrs. Levin and Herman
October 10, 2012
Page 2 of 2

and for Hillsborough County, Florida. Everette intends to continue pursuing claims against Arrow Terminals, Inc., and Pingyi Zhonzing Paper-Faced Plasterboard Company, Ltd. f/k/a Shandong Chenzlang Building Materials Company, Ltd., on account of the Chinese Drywall, including, without limitation, their insurers.

The undersigned hereby rescinds its opt-out of from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

EVERETTE AVENUE TOWNHOMES, LLC

By: _____
Bill Sumser, as Manager of Ohio Holdings, LLC, Manager of Everette Avenue Townhomes, LLC

Date: 10-10-12

Thank you for your attention to this matter. Please contact me directly if you have any questions.

Best regards,

MILLS PASKERT DIVERS

Ty G. Thompson, Esq.
Board Certified Construction Attorney

TGT/heh
cc:    Client
       H. Minor Pipes, III

Everette Avenue Townhomes, LLC
Units Found To Have Chinese Drywall

| | |
|---|---|
| 4 | 3629 Bay Heights Way |
| 5 | 3627 Bay Heights Way |
| 6 | 3625 Bay Heights Way |
| 13 | 3605 Bay Heights Way |
| 14 | 3603 Bay Heights Way |
| 15 | 3601 Bay Heights Way |
| 16 | 6512 Biscayne Shore Ln |
| 17 | 6514 Biscayne Shore Ln |
| 18 | 6516 Biscayne Shore Ln |
| 20 | 6522 Biscayne Shore Ln |
| 22 | 6528 Biscayne Shore Ln |
| 23 | 6530 Biscayne Shore Ln |
| 24 | 6532 Biscayne Shore Ln |
| 25 | 3615 Everett Avenue |
| 26 | 3617 Everett Avenue |
| 27 | 3619 Everett Avenue ** |
| 28 | 3623 Everett Avenue |
| 29 | 3625 Everett Avenue |
| 30 | 3629 Everett Avenue |
| 31 | 3631 Everett Avenue |
| 32 | 3633 Everett Avenue |



EXHIBIT A

## ELECTION TO OPT-IN OF BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION

The undersigned hereby revoke my opt out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Litigation and elect to re-enter into the settlement.

Name: MARY V. HAINDEL (print)

Current Address: 2117 VETERANS MEMORIAL BLVD. #402
MET. LA 70002

Affected Property Address: 1224 MAGNOLIA ALLEY MANDEVILLE LA 70471

Purchaser: _____

Supplier: INEX _____

Marketer: _____

Installer: _____

Builder: LEROY LAPORTE, SOUTHERN STAR CONSTRUCTION, LAPORTE FAMILY PROPERTY CHINCHUBA CREEK GARDEN HILLS

Developer: LEROY LAPORTE, LAPORTE FAMILY PROPERTIES, SOUTHERN STAR CONSTRUCTION, CHINCHUBA CREEK GARDEN HILLS

Insurance Company: _____

Other participating defendant: _____

Mary V. Haindel                    10-8-12
Signature                          Date

## ELECTION TO OPT-IN OF BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION

The undersigned hereby revoke my opt out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Litigation and elect to re-enter into the settlement.

Name: LORI A. STATON (print)

Current Address: 3433 HWY. 190 PMB 359 MANDEVILLE, LA 70471

Affected Property Address: 1216 MAGNOLIA ALLEY, MANDEVILLE, LA 70471

Purchaser: _____

Supplier: INEX

Marketer: _____

Installer: _____

Builder: SOUTHERN STAR CONSTRUCTION CO. INC., CHINCHUBA CREEK GARDEN HOMES, LLC AND LAPORTE FAMILY PROPERTIES, LLC — LEROY J. LAPORTE, JR.

Developer: SOUTHERN STAR CONSTRUCTION CO. INC, CHINCHUBA CREEK GARDEN HOMES, LLC AND LAPORTE FAMILY PROPERTIES, LLC — LEROY J. LAPORTE, JR.

Insurance Company: _____

Other participating defendant: _____

Signature: /s/ Lori A. Staton

Date: 10/10/12

ELECTION TO OPT-IN OF BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION

The undersigned hereby revoke my opt out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Litigation and elect to re-enter into the settlement.

Name: MARC AND DANA STAUB    (print)

Current Address: POST OFFICE BOX 6616, METAIRIE, LA 70009

Affected Property Address: 1208 MAGNOLIA ALLEY, MANDEVILLE LA

Purchaser: MARC AND DANA STAUB

Supplier: _____

Marketer: _____

Installer: INEX _____

Builder: _____LaPorte

Developer: __Chinchuba Creek / LaPorte

Insurance Company: ___

Other participating defendant: _____

_____     10/9/12
Marc G Staub                   Date

_____
Dana Staub