# EXHIBIT A

REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

To:    Arnold Levin                              Michael A. Sexton
       Levin, Fishbein, Sedran & Berman          Weinberg, Wheeler, Hudgins,
       510 Walnut Street, Suite 500              Gunn & Dial, LLC
       Philadelphia, PA 19106                    3344 Peachtree Road, NE
                                                 Suite 2400
       Todd R. Ehrenreich                        Atlanta, GA 30326
       Weinberg, Wheeler, Hudgins
       Gunn & Dial, LLC                          Dorothy Wimberly
       2601 South Bayshore Dr., Suite 1500       Stone, Pigman, Walther,
       Miami, FL 33133                           Wittman, LLC
                                                 546 Carondelet Street
       Michael P. Peterson                       New Orleans, LA 70130
       Peterson & Espino, P.A.
       10631 S.W. 88th St. Suite 220
       Miami, FL 33186

       The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

       To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

       In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: _Bauhaus Solutions aka Bauhaus Inc._

Address: _(chinese drywall address: 1100 Valencia, Coral Gables, FL)_
         1100 Valencia v. Bauhaus Inc & Bauhaus Solutions.

Executed by: _Isabel Guell, Counsel for Defendant_

5245207.1