UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| *Payton, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-07628 (E.D. La.) | |
| *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.*<br>Case No. 1:09-cv-00361 (E.D. La.) | |
| *Gross, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:10-cv-00362 (E.D. La.) | |
| *Amato, et. al. v. Liberty Mutual Ins. Co., et. al.*<br>Case No. 2:10-cv-00932 | |
| *Hernandez, et. al. v. AAA Insurance, et. al.*<br>Case No. 2:10-cv-3070 (E.D. La.) | |
| *Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-00080 (E.D. La.) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 2:110cv000252 (E.D. La.) | |
| *Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-01077 (E.D. La.) | |
| *Vikers, et. al. v. Knauf Gips KG, et. al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | |

## MOTION TO EXPEDITE HEARING ON OBJECTOR'S MOTION TO MODIFY DISCOVERY PROCEDURES

Objectors, Jan Petrus, Saul Soto, SHS Construction, Ronnie Garcia, Bay Area Contracting & Construction, Inc., and Ernest Vitela, E and E Construction Co file this Motion for Expedited Hearing in connection with their Motion to Modify Discovery Procedures. Due to upcoming Fairness Hearing on November 13, 2012, Objectors respectfully request an expedited hearing on their motion.

Dated: October 12, 2012

                                          Respectfully submitted,

                              By:       /s/ Christopher A. Bandas
                                          Christopher A. Bandas
                                          State Bar No. 00787637
                                          Southern Bar No. 17509
                                          BANDAS LAW FIRM, P.C.
                                          500 North Shoreline Blvd., Suite 1020
                                          Corpus Christi, Texas 78401-0353
                                          T: (361) 698-5200
                                          F: (361) 698-5222

                                          R. Joshua Koch, Jr.
                                          State Bar No. 2492
                                          Koch & Schmidt, LLC
                                          650 Poydras St., Suite 2415
                                          New Orleans, LA 70130
                                          T: (504) 208-9040
                                          F: (504) 208-9041

                                          Counsel for Objectors Jan Petrus; Saul Soto, SHS Construction; Ronnie Garcia, Bay Area Contracting Construction, Inc. and Ernest Vitela, E and E Construction Co.

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October 2012 a true and correct copy of the above and foregoing was served on the following as indicated below as well as all counsel of record via the Court's CM/ECF system.

Arnold Levin
Levin, Fishein, Sedran & Berman
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Plaintiffs' Lead Counsel

Leonard A. Davis
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70013
Defendants' Counsel

                                        /s/ Christopher A. Bandas
                                        Christopher A. Bandas