# EXHIBIT 1

By First Class Mail
Arnold Levin
Settlement Class Counsel
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman
Settlement Class Counsel
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller
Knauf Defendants Counsel
Frilot L.L.C.
1100 Poydras Stteet
Suite 3700
New Orleans, Louisiana 70163

   Re: *In re Chinese-Manufactured Drywall Products Liability Litigation,*
    MDL. No. 2047

Dear Sirs:

  The undersigned hereby opt out of the Knauf Settlement Class in the Chinese Drywall Action.

      William Elliott
      Mary Ann Frye
      2926 N.E. 2nd Drive
      Homestead, Florida 33033

Sincerely,

5/3/12
Date

William Elliott

5/3/12
Date

Mary Ann Frye