# EXHIBIT 2

By First Class Mail
Arnold Levin
Settlement Class Counsel
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, Pennsylvania 19106

Russ M. Herman
Settlement Class Counsel
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Kerry Miller
Knauf Defendants Counsel
Frilot L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163

   Re: *In re Chinese-Manufactured Drywall Products Liability Litigation,*
    MDL. No. 2047

Dear Sirs:

  The undersigned hereby reaffirm opt out of the Knauf Settlement Class in the Chinese Drywall Action.

         William Elliott
         Mary Ann Frye
         2926 N.E. 2nd Drive
         Homestead, Florida 33033

         Sincerely,

9/5/12
Date

         William Elliott

9-5-12
Date

         Mary Ann Frye