# EXHIBIT 3

## Opt-Out Form

*VIA FAX: 215-592-4663*
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

*VIA FAX: 504-561-6024*
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re: In Re: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Easter District of Louisiana
Opt Out Notice for Global Settlement in MDL 2047

Dear Counselors:

Pursuant to the Notice of Pendency of Proposed Settlement of Class Action Against Builders, Installers, Suppliers and Participating Insurers (the "Global Settlement"), dated May 31, 2012, please consider this notice of our intention to *opt out* of the Global Settlement. My/Our address of the property damaged by the Chinese Drywall is:

2926 NE 2nd Drive, Homestead, Florida 33033
Address                              City            State       Zip

Lennar Homes is our builder and a Participating Defendant. I/we understand that I/we *will not* be entitled to share in the benefits of this Global Settlement *nor* will I/we benefit or be bound by further orders or judgments in the Litigation concerning the Global Settlement, if any.

_William J. Elliott Jr._     William J. Elliott, Jr.     10/13/12
Signature                    Printed Name                Date

_Mary A. Frye_               Mary A. Fryc                10/14/12
Signature                    Printed Name                Date

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.