# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| *Payton, et al., v. Knauf Gips KG, et al.*,<br>Case No. 2:09-cv-07628-EEF-JCW<br>_____ | ) ) ) ) | |

## NOTICE OF SUBMISSION

TAKE NOTICE that Plaintiffs William Elliott and Mary Ann Fryc, in the action styled *Payton, et al., v. Knauf Gips KG, et al.*, No. 09-7628 (E.D. La.) (Fallon, J.) (the "*Payton*" matter), by and through their undersigned counsel, hereby submit the following Motion for Leave to File Late Opt Out Notice for consideration on October 31, 2012 at 9:00.

Date: October 15, 2012                                WHITFIELD BRYSON & MASON LLP

/s/ Gary E. Mason
Gary E. Mason
Donna F. Solen
1625 Massachusetts Ave., NW, Suite 605
Washington, D.C. 20036
Tel. (202) 429-2290
Fax. (202) 429-2294

Daniel K. Bryson
900 W. Morgan Street
Raleigh, NC 27603
Tel. (919) 600-5000
Fax. (919) 981-0199

Adam C. Linkhorst
LINKHORST & HOCKIN P.A.
4495 Military Trail, Suite 106
Jupiter, Florida 33458
Tel. (561) 626-8880 / (954) 776-5990
Fax. (561) 626-8885

Joel R. Rhine
RHINE LAW FIRM, PC
314 Walnut Street, Suite 1000
Wilmington, NC  28401
Tel. (910) 772-9960
Fax. (910) 772-9062

Chris Coffin
PENDLEY BAUDIN & COFFIN, LP
Post Office Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Tel. (225) 687-6396

Stephen Mullins
LUCKEY & MULLINS
2016 Bienville Blvd
P.O. Box 990
Ocean Springs, MS 39564
Tel. (228) 875-3175
Fax. (228) 872-4719

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 15th day of October, 2012.

/s/ Gary E. Mason
Gary E. Mason