UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES AND *Silva, et al. v. Interior Exterior Building Supply, LP, et al.* Case No. 09-08030 (E.D. La.) *Silva, et al. v. Arch Insurance Company, et al.* Case No. 09-08034 (E.D. La.) *Payton, et al. v. Knauf Gips, KG, et al.* Case No. 2:09-cv-07628 (E.D. La.) *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Case No. 2:10-cv-00361 (E.D. La.) *Gross, et al. v. Knauf Gips, KG, et al.* Case No. 2:09-cv-06690 (E.D. La.) *Rogers, et al. v. Knauf Gips, KG, et al.* Case No. 2:10-cv-00362 (E.D. La.) *Amato, et al. v. Liberty Mutual Ins. Co., et al.* Case No. 2:10-cv-00932 (E.D. La.) *Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* Case No. 2:11-cv-00080 (E.D. La.) *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* Case No. 2:11-cv-00252 (E.D. La.) | |

**ORDER CONSIDERING THE JOINT MOTION FOR PRELIMINARY AND FINAL APPROVAL OF THE SECOND AMENDMENT TO THE AMENDED INEX AND KNAUF CLASS SETTLEMENTS AND FOR JUDICIAL RECOGNITION OF EXHAUSTION AND THE MEMORANDUM IN SUPPORT THEREOF**

**ORDER**

Having considered the Joint Motion For Preliminary And Final Approval Of The Second Amendment To The Amended InEx and Knauf Class Settlements And For Judicial Recognition Of Exhaustion And The Memorandum In Support Thereof:

1.

IT IS ORDERED, that the Second Amendment to the InEx and Knauf Class Settlement is hereby preliminarily approved in that time is of the essence because InEx is threatened with harm by its Excess Carriers' unjustifiable delay in reasonably settling InEx's potential liability; and,

2.

That, this matter be set for final approval at the Fairness Hearing scheduled on November 13-14, 2012.

New Orleans, Louisiana this ____ day of _____, 2012.

_____
HONORABLE GLENN E. FALLON
U.S. DISTRICT JUDGE