**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MOTION FOR EXPEDITED HEARING ON THE JOINT MOTION FOR PRELIMINARY AND FINAL APPROVAL OF THE SECOND AMENDMENT TO THE AMENDED INEX AND KNAUF CLASS SETTLEMENTS AND FOR JUDICIAL RECOGNITION OF EXHAUSTION**

Counsel for Interior/Exterior Building Supply, L.P. ("InEx") files this Motion for Expedited Hearing in connection with the Joint Motion For Preliminary And Final Approval Of The Second Amendment To The Amended InEx And Knauf Class Settlements And For Judicial Recognition Of Exhaustion.  Due to the impending November 6, 2012 deadline for the Knauf Defendants to exercise their right of termination with respect to Participating Class Members of or who are eligible to participate in the InEx Class Settlement, InEx respectfully requests an expedited hearing on this motion.

Respectfully submitted,

Dated: October 16, 2012 /s/ Richard G. Duplantier
Richard G. Duplantier
Galloway Johnson Tomkins Burr and Smith
701 Poydras Street, 40th Floor
New Orleans, LA 70139
Phone: (504) 525-6802
Fax: (504) 525-2456
rduplantier@gjtbs.com
*Counsel for Interior/Exterior Building Supply, L.P.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 16th day of October, 2012.

/s/ Richard G. Duplantier
Richard G. Duplantier
Galloway Johnson Tomkins Burr and Smith
701 Poydras Street, 40th Floor
New Orleans, LA 70139
Phone: (504) 525-6802
Fax: (504) 525-2456
rduplantier@gjtbs.com
*Counsel for Interior/Exterior Building Supply, L.P.*