## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### ORDER

Considering the Motion for Expedited Hearing in connection with the parties' Joint Motion For Preliminary And Final Approval Of The Second Amendment To The Amended InEx And Knauf Class Settlements And For Judicial Recognition Of Exhaustion;

**IT IS ORDERED** that a hearing on the parties' Joint Motion For Preliminary And Final Approval Of The Second Amendment To The Amended InEx And Knauf Class Settlements And For Judicial Recognition Of Exhaustion be held on an expedited basis on the ____ day of October, 2012, at _____ o'clock ____.m.

**IT IS FURTHER ORDERED** that any responses to the motion should be filed on or before the ____ day of October, 2012.

New Orleans, Louisiana, this ____ day of _____, 2012.

_____
**Honorable Eldon E. Fallon**
**U.S. District Court Judge**