UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO: 2047** |
| | **SECTION: L** |
| **This Document Relates to: 11-2349 (Arndt)** | **JUDGE FALLON** |
| | **MAG. JUDGE WILKINSON** |

## NOTICE OF APPEARANCE OF COUNSEL

Scott G. Wolfe, Jr., Seth J. Smiley, Bradley J. Aldrich and Sean P. Sullivan of Wolfe Law Group, L.L.C., hereby file their Notice of Appearance as counsel of record for "Wolfman Construction Company" ("Wolfman") who was named as a Defendant in the above captioned complaint. Wolfman reserves all rights to object to jurisdiction, venue or service and preserves all possible defenses. Undersigned counsel requests that copies of all pleadings served in this case be served upon the undersigned and the following office and email address.

Respectfully Submitted,

/s Seth J. Smiley
WOLFE LAW GROUP, LLC
Scott G Wolfe Jr. (30122)
Seth J. Smiley (32693)
Bradley Aldrich (32316)
Sean P. Sullivan (33398)
4821 Prytania Street
New Orleans, LA 70115
504-894-9653 * Fax: 866-761-8934
Email: ssmiley@wolfelaw.com
Attorneys for Wolfman Construction

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of October 2012, this document was served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Counsel Kerry Miller by U.S. Mail and email and email upon all parties by electronically uploading same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with eh procedures established in MDL 2047.

/s Seth J. Smiley
Seth J. Smiley (32693)