# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES AND**<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:09-cv-07628 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:09-cv-06690 (E.D. La.)**<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:10-cv-00362 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Ins. Co.*<br>**Case No. 2:10-cv-00932 (E.D. La.)**<br><br>*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 2:11-cv-00252 (E.D. La.)**<br><br>*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-1363 (E.D. La.)**<br><br>*Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-2349 (E.D. La.)**<br><br>*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-3023 (E.D. La.)**<br><br>*Vickers, et al. v. Knauf Gips KG, et al.*<br>**Case No. 2:09-cv-04117 (E.D. La.)** | |

## AMENDED NOTICE OF ORAL AND VIDEOTAPED DEPOSITION
## OF WAYNE KAPLAN

TO:     ALL COUNSEL

**PLEASE TAKE NOTICE** that the Class Counsel in the MDL will take the oral and/or videotaped deposition of **Wayne Kaplan** on Monday, **October 29, 2012** beginning at **9:00 o'clock a.m. ET** at the offices of C. David Durkee, Esq., ***ROBERTS & DURKEE***, 121 Alhambra Plaza, Suite 1603, Coral Gables, FL 33134, **,** or at another location mutually agreed upon by the parties.

**If you are an attorney of record, please email cdw@golkow.com 48 hours prior to the deposition should you desire to participate by stream to view video/text so you may receive a username and password.**

| | |
|---|---|
| Primary Examiner: | Class Counsel or its designee |
| Videotaped Deposition: | Yes |
| Call-In Number: | **888-337-8218** |
| | **Participant Code:  769758** |

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

You are invited to attend and examine the witness if you so desire.

Class Counsel reserves the right to record the deposition stenographically, as well as by videotape, audiotape, and live note, and it will be transcribed.  The deposition is being taken for the purposes of discovery or for all other purposes as are permitted under the Federal Rules of Civil Procedure.

2

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows. This brief explanation is with full reservation of all rights by the noticing party and is not intended to limit in any way the scope of the deposition noticed herein. Counsel should be aware that all matters may be discovered in the deposition beyond the following and that the following explanation is made solely in accordance with the directives provided at the status conference. This is an MDL "common" deposition of a fact witness who has objected to at least one settlement.

                                                            Respectfully submitted,

Dated: October 17, 2012                   /s/ Leonard A. Davis
                                                            Russ M. Herman, Esquire
                                                            Leonard A. Davis, Esquire
                                                            HERMAN, HERMAN & KATZ, L.L.C.
                                                            820 O'Keefe Avenue
                                                            New Orleans, Louisiana 70113
                                                            Phone: (504) 581-4892
                                                            Fax: (504) 561-6024
                                                           Ldavis@hhklawfirm.com
                                                           *Plaintiffs' Class Counsel*
                                                           *MDL 2047*

                                                           Arnold Levin, Esquire
                                                           Fred S. Longer, Esquire
                                                           Sandra Duggan, Esquire
                                                           Matthew Gaughan, Esq.
                                                           Levin, Fishbein, Sedran & Berman
                                                           510 Walnut Street, Suite 500
                                                           Philadelphia, PA 19106
                                                           215-592-1500 (phone)
                                                           215-592-4663 (fax)
                                                           Alevin@lfsblaw.com
                                                           *Plaintiffs' Class Counsel*
                                                           *MDL 2047*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Amended Notice of Oral and Videotaped Deposition has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of October, 2012.

                                  /s/ Leonard A. Davis  
                                  Leonard A. Davis  
                                  Herman, Herman & Katz, L.L.C.  
                                  820 O'Keefe Ave.  
                                  New Orleans, LA 70113  
                                  PH: (504) 581-4892  
                                  Fax: (504) 561-6024  
                                  ldavis@hhklawfirm.com

W:\! DRYWALL\27687 MDL\Discovery\CLASS COUNSEL TO PETRUSE AND KAPLAN\Notices of Depos\Amended Notice of Deposition of Wayne Kaplan set Oct 29 2012.wpd

4