# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 11-cv-080 (E.D. La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 12-cv-0498 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, **Case No. 2:10-cv-00932 (E.D.La.)**<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>**Case No. 2:09-cv-06687 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>**Case No. 09-cv-6690 (E.D. La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>**Case No. 11-cv-1077 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>**Case No. 10-cv-361 (E.D. La.)** | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## **ORDER**

Considering the Proposed Class Counsel's Motion for Leave of Court to Exceed Page Limit;

IT IS ORDERED BY THE COURT that Proposed Class Counsel is granted leave of court to file its Memorandum of Law in Support of Motion for an Order: (1) preliminarily approving each of the three Settlement Agreements (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, and Tobin Trading and Installers

Settlement Agreement) in MDL No. 2047 Regarding Claims Against Participating Defendants Including Builders, Installers, Suppliers and Participating Insurers Relating to Virginia and Certain Other Remaining Claims; (2) conditionally certifying each of the three settlement classes; (3) approving the form Notice to Class Members; (4) scheduling a Joint Fairness Hearing; and (5) staying claims against Participating Defendants including builders, installers, suppliers, and Participating Insurers which is in excess of the page limits directed by the Court, and the attached Motion, Memorandum in Support and Exhibits are filed into the record.

    New Orleans, Louisiana this _____ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge