# EXHIBIT A

September 27, 2012

Russ Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut St., Suite 500
Philadelphia, PA 19106

    RE: Builder, Installer, Supplier and Participating Insurer Settlement Class
      in the Chinese Drywall Action

Gentlemen:

  In compliance with the class action notice, Bobbi McCullough Bramlett, 80 Crim Drive, Calera, AL 35040, who owns a house containing Chinese Drywall located at 194 Holloway Hill Drive, Montevallo, AL 35115, both individually and on behalf of next friend, Brianna Dixon, a minor, states as follows:

  The undersigned hereby **rescinds** her previous opt out from the Builder, Installer, Supplier and Participating Insurer Settlement class in the Chinese Drywall Action. The named parties in my lawsuit are Mazer's Discount Home Centers, Inc. and Devon International Industries, Inc. f/k/a Devon International Group, Inc. It is also intended to include the insurers of the named parties that provided coverage for the applicable periods and claims, including but not limited to all those insurers identified on "Exhibit 2 – Participating Insurers."

  It is the undersigned's desire to remain a member of the settlement class.

           Sincerely yours,

          *Bobbi McCullough Bramlett*

          Bobbi McCullough Bramlett
    Individually and as next friend of Brianna Dixon, a minor

ELECTION TO OPT-IN OF BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION

The undersigned hereby revoke my opt out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Litigation and elect to re-enter into the settlement.

Name: Ariane Conrad (print)

Current Address: 5321 Alpaca Dr., Marrero, LA 70072

Affected Property Address: 2921 Monica Ln., Marrero, LA 70072

Purchaser: _____

Supplier: _____

Marketer: _____

Installer: _____

Builder: LA Homes, Inc.

Developer: _____

Insurance Company: _____

Other participating defendant: _____

_____    10/12/2012
Signature                     Date

## ELECTION TO OPT-IN OF BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION

The undersigned hereby revoke my opt out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Litigation and elect to re-enter into the settlement.

Name: Craig Domingue (print)

Current Address: 119 Melody Ln, Slidell, LA

Affected Property Address: 205 Thistledown Ct, Pearl River, LA

Purchaser: _____

Supplier: Bradford Lumber

Marketer: _____

Installer: _____

Builder: _____

Developer: _____

Insurance Company: _____

Other participating defendant: _____

Signature: Craig A Domingue

Date: 10-18-12

Mr. & Mrs. Thomas Mc Ateer
10 Monroe Blvd. Apt. 6F
Long Beach, NY 11561-4355

Oct 8, 2012

H. Minor Pipes III
Barrasso Usdin Kupperman, et al
909 Poydras Street, Suite 2400
New Orleans, La 70112

Dear Sir,

This is to advise you that we withdraw our opt out submission Re Chinese Manufactured Drywall Product Liability Litigation MDL no: 2047

Sincerely,
Lynne McAteer
Thomas McAteer

cc: Neil Sivyer
SunTrust Financial Center
401 E. Jackson Street
Suite 2225
Tampa, FL 33606

October 8, 2012

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697

Russ Herman, Esq.
Herman, Herman & Katz, L.L.C.
Herman Gerel, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: Chinese Drywall Global Settlement Opt Out

Dear Sirs:

We, Fred and Susan Shehadi, do hereby voluntarily rescind our Opt Out/Exclusion form served and filed on or about September 28, 2012, and do hereby state that we wish to remain in the Class-Action Global Settlement. Please take whatever action is necessary to withdraw or rescind our exclusion form from that settlement immediately.

Signed this 8th day of October, 2012, by Fred and Susan Shehadi.

Fred Shehadi: _[signature]_
Susan Shehadi: _[signature]_