# EXHIBIT B

*VIA FAX: 215-592-4663*
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

*VIA FAX: 504-561-6024*
Russ M. Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re: In Re: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Easter District of Louisiana

**Notice of Rescission of Opt-Out**

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"), please consider this notice of our desire to *rescind* our opt-out as to Defendant Interior Exterior "INEX". My/Our address of the property damaged by the Chinese Drywall is:

| 14488 Windmill Cove | Gulfport | MS | 39503 |
|---|---|---|---|
| Address | City | State | Zip |

| Signature | Printed Name: JAMIE BROUILLETTE | Date: 10/19/12 |
|---|---|---|
| Signature | Printed Name: LISA BROUILLETTE | Date: 10/19/2012 |

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

Sincerely,

Jamie and Lisa Brouillette