# Third Amended Exhibit "B"

| *Richard and carol Benoit, et al v. LaFarge S.A., et al*<br>*Civil Action No. 11-1893*<br><br>**DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT** ||
|---|---|
| **Defendant** | **Served** |
| Diamond Court Homes, Inc. | 10/10/11 |

| *A*RNDT, *ET AL V.* G*EBRUEDER* K*NAUF* V*ERWALTUNGSGESELLSCHAFT,* KG, *ET AL* 11-2349 |||
|---|---|
| **DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT** |||
| **D**EFENDANT | **S**ERVED |
| AW Independent, Inc. | 10/13/11 |
| Best Homes of SW Florida, Inc. a/k/a Legend Custom Builders, Inc. | 10/18/11 |
| C.M. Duncan Contracting, Inc. | 10/19/11 |
| Gulfstream Development Group, LLC | 10/24/11 |
| JVP Drywall & Finish, Inc. | 11/11/11 |
| Metropolitan Design Group, Inc. | 12/30/11 |
| United Homes International, Inc. | 10/18/11 |
| Vincent Montalto Construction, Inc. | 10/26/11 |
| Wolfman Construction Company | 10/28/11 |
| Woodland Construction of SW FL, Inc. | 10/18/11 |

*ALMEROTH, ET AL v. TAISHAN GYPSUM CO., LTD f/k/a SHANDONG TAIHE DONGXIN CO., LTD, ET AL* **12-0498**

**DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT**

| DEFENDANT | SERVED |
|---|---|
| Antonieta Torres | 4/18/12 |
| Arif Parupia | 4/10/12 |
| Best Homes of S.W. Florida, Inc. | 4/3/12 |
| BMD, Inc. | 4/3/12 |
| Boasso Construction, L.L.C. | 4/3/12 |
| Coastal Construction of South Florida, Inc | 4/9/12 |
| Coastal Construction of South Florida, Inc. d/b/a Coastal Condominiums | 4/9/12 |
| Cornerstone Group Construction, Inc. | 4/5/12 |
| Cornerstone Group Development Corp. | 4/5/12 |
| Creative Home Builders, L.L.C. d/b/a Clipper Construction | 4/21/12 |
| Deangelis Diamond Construction, Inc. | 4/4/12 |
| Devon Building Products | 4/4/12 |
| Diamond Corp. Construction Company | 4/10/12 |
| Diamond Court Homes, Inc. | 4/10/12 |
| Florida Style Services of Southwest Florida, Inc. | 4/3/12 |
| Gulfstream Development Group, LLC | 4/4/12 |
| Highland Holdings, Inc. | 4/5/12 |
| Hollis Developers, LLC | 4/17/12 |
| Hollywood Dixie Associates, LLC | 4/12/12 |
| Horvath & Horvath Drywall, Inc. | 4/2/12 |
| JVP Drywall & Finish, Inc. | 4/10/12 |
| Maranatha Construction, Inc. | 4/14/12 |
| Milton Construction Company | 4/12/12 |
| Preserve Development, LLC | 5/19/12 |

| *ALMEROTH*, ET AL v. TAISHAN GYPSUM CO., LTD f/k/a SHANDONG TAIHE DONGXIN CO., LTD, ET AL **12-0498**<br><br>**DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT** ||
| --- | --- |
| **DEFENDANT** | **SERVED** |
| R. Mossel Construction, Inc. | 4/4/12 |
| Rebuilding Together, Inc. | 4/3/12 |
| Riverside Bank of the Gulf Coast | 4/9/12 |
| Rottlund Homes of Florida, Inc. | 4/19/12 |
| Spires Commercial Flooring, Inc. | 4/14/12 |
| Touchstone at Rapallo, Inc. | 4/6/12 |
| United Homes International, Inc. | 4/10/12 |
| W.B. Construction | 4/4/12 |
| Wermers Development, LLC | 5/19/12 |
| Woods Restoration Services, LLC | 4/6/12 |

| *Cassidy, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al* 11-3023  DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT | | |
|---|---|---|
| **Defendant** | **Original Served** | **Amended Served** |
| Antilles Vero Beach, LLC | 2/23/12 | 2/23/12 |
| BMD, Inc. | 2/23/12 | 2/23/12 |
| Coastal Construction of South Florida, Inc. | 2/23/12 | 2/23/12 |
| Gulfstream Development Group | 3/6/12 | 3/6/12 |
| Gulfstream Development Group, LLC | 3/6/12 | 3/6/12 |
| H & S Drywall, Inc. | 2/25/12 | 2/25/12 |
| Home Team d/b/a Great Southern Homes | 2/29/12 | 2/29/12 |
| United Homes International, Inc. | 2/22/12 | 2/22/12 |
| Waterways Joint Ventures IV, LLC | 2/24/12 | 2/24/12 |