# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | ) ) | |
| Case No.09-06690<br>David Gross et al v. Knauf Gips KG et al | ) ) | MAG. JUDGE WILKINSON |
| Case No.10-03070<br>Hernandez et. al. v. AAA Insurance et. al. | ) ) ) | |

*******************************************

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

Pursuant to Local Rule 83.2.11, Scott George, of the firm of Seeger Weiss LLP, counsel of record for Plaintiff Mary Butler hereby files this Motion to Withdraw as counsel for Plaintiff Mary Butler.

Plaintiff's counsel, the law firm of Seeger Weiss LLP has encountered irreconcilable differences with Plaintiff on issues involving the case. Plaintiff has been provided the opportunity to seek substitution in advance of the filing of this motion, but has not so notified Counsel of any substitution.

WHEREFORE the law firm of Seeger Weiss LLP requests this Honorable Court to allow them to withdraw as counsel of record for the Plaintiff Mary Butler in the above captioned cases.

Respectfully submitted,
s/ Scott A. George
Seeger Weiss LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax:    (212) 584-0799

sgeorge@seegerweiss.com  
NY Bar No. 804424

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, e-mail, or by hand delivery and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of October, 2012. I further certify that the above and foregoing has been served on Plaintiff Mary Butler, 2100 Constantine Drive, Marrero, LA 70072, along with notification of all pending deadlines and court appearances in this litigation, via certified mail and regular U.S. Mail.

s/ Scott A. George  
Seeger Weiss LLP  
77 Water Street  
New York, NY 10005  
Phone: (212) 584-0700  
Fax:    (212) 584-0799  
sgeorge@seegerweiss.com  
NY Bar No. 804424

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| Case No.09-06690 | ) | |
| David Gross et al v. Knauf Gips KG et al | ) | MAG. JUDGE WILKINSON |
| | ) | |
| Case No.10-03070 | ) | |
| Hernandez et. al. v. AAA Insurance et. al. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM OF LAW IN SUPPORT OF
## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

Pursuant to Local Rule 83.2.11, Scott George, of the firm of Seeger Weiss LLP, counsel of record for Plaintiff Mary Butler hereby files this Memorandum of Law in Support of the Motion to Withdraw as Counsel Without Substitution for the Plaintiff Mary Butler. In support thereof, Movant states as follows:

Plaintiff's counsel, the law firm of Seeger Weiss LLP has encountered irreconcilable differences with Plaintiffs on issues involving the case. Under the circumstances, it is requested that the law firm of Seeger Weiss LLP be granted leave to withdraw as counsel for Plaintiff. Plaintiff has been notified of counsel's intent to withdraw as counsel and of all pending deadlines and court appearances in this litigation. Plaintiffs has been provided the opportunity to seek substitution in advance of the filing of this motion, but has not so notified Counsel of any substitution.

Plaintiff Mary Bulter's present address is 2100 Constantine Drive, Marrero, LA 70072.

This motion is made in good faith and will not prejudice any party. None of the parties will suffer any prejudice if the law firm of Seeger Weiss LLP withdraws from this case.

WHEREFORE the law firm of Seeger Weiss LLP, request this Honorable Court to allow them to withdraw as counsel of record for the Plaintiff Mary Butler in the above captioned cases.

> Respectfully submitted,
> s/ Scott A. George
> Seeger Weiss LLP
> 77 Water Street
> New York, NY 10005
> Phone: (212) 584-0700
> Fax:     (212) 584-0799
> sgeorge@seegerweiss.com
> NY Bar No. 804424

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, e-mail, or by hand delivery and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047,on this 22nd day of October, 2012. I further certify that the above and foregoing has been served on Plaintiff Mary Butler, 2100 Constantine Drive, Marrero, LA 70072, along with notification of all pending deadlines and court appearances in this litigation, via certified mail, and regular U.S. Mail.

> Respectfully submitted,
> s/ Scott A. George
> Seeger Weiss LLP
> 77 Water Street
> New York, NY 10005
> Phone: (212) 584-0700
> Fax:     (212) 584-0799
> sgeorge@seegerweiss.com
> NY Bar No. 804424

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br><br>Case No.09-06690<br>David Gross et al v. Knauf Gips KG et al<br><br>Case No.10-03070<br>Hernandez et. al. v. AAA Insurance et. al. | ) ) ) ) ) ) ) | <br><br><br>MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER GRANTING SEEGER WEISS LLP MOTION TO WITHDRAW AS COUNSEL FOR MARY BUTLER

Considering the law firm Seeger Weiss LLP's Motion to Withdraw as Counsel for Plaintiff MARY BUTLER and the Court having considered the Motion and Supporting Memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm Seeger Weiss LLP's Motion to Withdraw as Counsel for Plaintiff **MARY BUTLER** is GRANTED and that the law firm Seeger Weiss LLP is discharged from any further obligation and relieved of any further appearance in these cases on behalf of **MARY BUTLER**. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiff Mary Butler, 2100 Constantine Drive, Marrero, LA 70072.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge