# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| Case No.09-06690 | ) | |
| David Gross et al v. Knauf Gips KG et al | ) | MAG. JUDGE WILKINSON |
| | ) | |
| Case No.10-03070 | ) | |
| Hernandez et. al. v. AAA Insurance et. al. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER GRANTING SEEGER WEISS LLP MOTION TO WITHDRAW AS COUNSEL FOR MARY BUTLER

Considering the law firm Seeger Weiss LLP's Motion to Withdraw as Counsel for

Plaintiff MARY BUTLER and the Court having considered the Motion and Supporting

Memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm Seeger Weiss LLP's Motion to Withdraw as Counsel

for Plaintiff **MARY BUTLER** is GRANTED and that the law firm Seeger Weiss LLP is

discharged from any further obligation and relieved of any further appearance in these cases

on behalf of **MARY BUTLER**. Until such time as a Notice of Appearance is filed by

new counsel, all pleadings shall be served on Plaintiff Mary Butler, 2100 Constantine Drive,

Marrero, LA 70072.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____

Eldon E. Fallon

United States District Court Judge