UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## ORDER

      AND NOW, on this _____ Day of _____, 2012, upon consideration of the Plaintiffs' Steering Committee's Motion to Sever Certain Plaintiffs from Omni Complaints, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

      IT IS FURTHER ORDERED that, pursuant to Federal Rule of Civil Procedure 21, Certain Plaintiffs whose claims may not be determined until after November 5, 2012 shall be identified by the PSC and their claims shall be DROPPED from any OMNI Complaint in this litigation as follows:

      (1) dropped plaintiffs have thirty (30) days from the date of the PSC's filing identifying them as being subject to this Order to file a new complaint, in a proper venue, containing the claims that they pled in their original complaints;

      (2) for the application of statutes of limitations, laches, or other time bar laws, the filing date of a newly filed action pursuant to this Order shall be deemed to relate back to the date that any dropped plaintiff originally filed his or her complaint in so far as the new complaint alleges only the claims alleged in the original complaint and joins only the defendants named (or fewer) in the original complaint or the successors of such original defendants;

(3) Counsel for any plaintiff identified in the PSC's filing shall inform their clients that they are being dropped and must file their own complaint because of their conduct in pursuing their opt outs.

By the Court,

_____
HONORABLE ELDON E. FALLON