UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2047 <br><br> SECTION: (L) <br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE (4) <br> JOSEPH C. WILKINSON, JR. |
| THIS DOCUMENT RELATES TO: <br> RICHARD AND CONSTANCE ALMEROTH, ET AL. <br><br> VS. <br><br> TAISHAN GYPSUM CO., LTD., ET AL | * * * * * * * | <br><br> CASE NO. 12-0498 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANT DAIGLE HOME IMPROVEMENTS, LLC

NOW INTO COURT, comes Thomas M. Benjamin with the firm of Breazeale, Sachse & Wilson, L.L.P., who hereby files this Notice of Appearance as Counsel on behalf of defendant Daigle Home Improvements, LLC.  It is respectfully requested that all pleadings, documents, and correspondence be served upon the undersigned counsel in connection with this case.

                              BREAZEALE, SACHSE & WILSON, L.L.P.

            By:      /s/ Thomas M. Benjamin
                     Thomas M. Benjamin (#18562)
                     909 Poydras Street, Suite 1500
                     New Orleans, LA 70112
                     Telephone:  504-584-5464
                     Facsimile: 504-584-5452
                     e-mail:  thomas.benjamin@bswllp.com

                     Attorney for Daigle Home Improvements, LLC

181159.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance of Counsel on behalf of defendant Daigle Home Improvements, LLC has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, LA 70113, by U.S. Mail and e-mail rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, LA 70163, by U.S. Mail and e-mail kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 22nd day of October, 2012.

/s/ Thomas M. Benjamin

181159.1