UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL : PRODUCT LIABILITY LITIGATION : | MDL NO. 2047, SECTION: L |
| THIS DOCUMENT RELATES TO : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| Lien Mai : CASE NO.: 09-3422 (Lien Mai, *et. al*) : | |

## NOTICE OF REMEDIATION

NOW INTO COURT, through undersigned counsel, comes Lien Mai who wishes to inform the parties, that Plaintiffs wish to start remediating their home located at 4921 Friar Tuck St., New Orleans, LA 70128. Plaintiffs allege that their drywall was manufactured by Taishan, and was supplied by Bradford Lumber & Supply.

Respectfully Submitted:

_____
Mekel S. Alvarez (LA Bar Roll 22157)
Morris Bart, LLC
909 Poydras St., Suite 2000
New Orleans, LA 70112
Telephone:   504.599.3385
Facsimile:    504-599.3392
Email: malvarez@morrisbart.com

Salvadore Christina, Jr. (LA Bar Roll 27198)
Becnel Law Firm
P.O. Drawer H
Reserve, LA 70084
Phone: 985.536.1186
Fax: 985.536.6445
Email: schristina@becnellaw.com

## CERTIFICATE OF SERVICE

A copy of this pleading has been served on all counsel on this ___23___ day of October, 2012 via LexisNexis File & Serve.

_____
Mekel S. Alvarez