# EXHIBIT 1

**From:** Philip D. Nizialek [mailto:nizialek@carverdarden.com]
**Sent:** Thursday, October 18, 2012 6:09 AM
**To:** 'krisley@thompsoncoe.com' (krisley@thompsoncoe.com)
**Cc:** Glickstein, Steven; 'ALevin@lfsblaw.com' (ALevin@lfsblaw.com)
**Subject:** Joint Motion/InEx second Amendment
**Importance:** High

Kevin,

Rick forwarded to me a copy of your email of yesterday to the Court regarding the referenced and the related Motion to Expedite Hearing. I called you to discuss this, but haven't heard back from you. We are amenable to discuss a timetable for a hearing on the Joint Motion. Please give me a call to discuss, or provide me with North River's suggested timetable for our consideration.

Regards,

Nizialek

**CARVER, DARDEN,
KORETZKY, TESSIER, FINN,
BLOSSMAN & AREAUX LLC**

NEW ORLEANS   PENSACOLA

**Philip D. Nizialek**
Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC
Energy Centre - 1100 Poydras Street - Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3820 - Fax: (504) 585-3801
nizialek@carverdarden.com - www.carverdarden.com           **Confidentiality Statement:** This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you are not the intended recipient, please refer to our disclaimer and other information located at www.carverdarden.com/disclaimer.asp for further handling. **IRS Circular 230 Disclosure:** This document was not intended or written to be used and it cannot be used by you or anyone else for the purpose of avoiding tax penalties that may be imposed on the taxpayer. For more information, see the disclaimer referenced above.