# EXHIBIT 3

**From:** Spatz, Mark
**Sent:** Friday, August 24, 2012 3:34 PM
**To:** 'Lexy_Butler@laed.uscourts.gov'
**Cc:** Arnold Levin; 'Debbie Murphy'; Gonzalez, Ervin; Fred Longer; 'Joyce Romano'; 'ldavis@hhkc.com'; 'Lillian Flemming'; 'RHERMAN@hhkc.com'; Wallance, Gregory; Glickstein, Steven; kmiller; kspaulding; Vicari, Angela
**Subject:** Bi-Weekly Pilot Program Status Report (For Settlement Purposes Only)

Lexy,

This is the bi-weekly status report on the progress, as of August 23, 2012, made by the Pilot Program established by the Demonstration Remediation Agreement in remediating homes, and in readying other homes for remediation.

<u>Homes in the Pilot Program</u>

**Homes Progressing Through the Pilot Program.** Currently, 2,279 homes* are progressing through the Program. Homes progressing through the Program are homes that at minimum (i) have met the qualification of all or substantially all KPT as required by Paragraph II (A) of the Demonstration Remediation Agreement and (ii) Moss (or another contractor) has begun the process of working with the homeowner to prepare the home for remediation. The 2,279 homes include both remediated homes ( *i.e.* , a certificate of occupancy has been issued) and homes undergoing remediation.**

**Inspections.** The Knauf Entities have been working with plaintiffs' counsel to identify homes that could be included in the Pilot Program. To that end, in addition to the above 2,279 homes that have been turned over to Moss, as a result of ongoing submissions by plaintiffs' counsel, the Knauf Entities have turned over an additional 207 homes to its inspectors to determine whether such homes are eligible for the Program.

**Remediated Homes/Homes in Remediation.** Work is complete on 421 homes, which have received certificates of occupancy. Moss is engaged in remediating an additional 393 homes, 276 of which have already received an environmental certification that the drywall odors and contamination have been removed. By the end of August, Moss is scheduled to begin remediation work on at least 40 additional homes for a total of 854 homes either remediated or in remediation by the end of this month. In addition, if all documentation is in place, Moss could begin work on an additional 280 homes (109 of which are scheduled) in September and 618 in October.

<u>Work Authorizations</u>

To date, Moss has sent out 1,736 Work Authorizations to homeowners, 1,302 of which have been executed.

---

\* As the Court is aware, to date InEx's excess insurer, North River, has declined to participate in the potential global resolution of Chinese Drywall litigation. The Knauf Entities have advised the Court that, in light of their right to terminate the InEx portion of the settlement absent a satisfactory settlement with North River, they are not enrolling new applicants for InEx supplied homes into the Pilot Program. While not reflected in this report, the numbers in future reports may be adjusted downward to reflect

this decision.

\*\* The 2,279 homes does not include 29 homes owned by clients of Roberts & Durkee, P.A. and Milstein Adelman LLP that are progressing through the Program but have not yet received Work Authorization agreements. Those homes have been put on hold pending resolution of issues stemming from those counsel's clients opting out of the Banner and Knauf settlements.

Mark Spatz

425 Park Avenue | New York, New York 10022
T: +1 212.836.8343 | F: +1 212.836.6577
Mark.Spatz@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8343) and delete the message, along with any attachments, from your computer. Thank you.

 Moss Remediation Commencement Report (2012-08-23).pdf