# EXHIBIT 4

**From:** Glickstein, Steven [mailto:SGlickstein@kayescholer.com]
**Sent:** Thursday, March 29, 2012 3:33 PM
**To:** Risley, Kevin; Martin, Brian
**Subject:** Chinese Drywall

Kevin and Brian,

I just left a voice mail for Kevin to call me, but perhaps it is best if we arrange a particular time for a call.

Having read page 4 of your brief to lift the stay against Knauf, and having heard a similar statement at a prior status conference, I believe you are under a misconception about whether Knauf has agreed to fund a settlement of plaintiff's claims against INEX involving KPT drywall without North River's participation. I'd like to walk you through the settlement agreement and show you why you are mistaken.

Do you have any time this afternoon or tomorrow morning to discuss? Alternatively, Monday.

**Steven Glickstein**

**Kaye Scholer LLP**

**425 Park Avenue • New York, New York 10022**

Phone: 212.836.8485 · Fax: 212.836.6485

sglickstein@kayescholer.com

www.kayescholer.com