# EXHIBIT 5

**From:** Glickstein, Steven
**Sent:** Wednesday, August 08, 2012 9:13 AM
**To:** dbecnel@becnellaw.com
**Cc:** schristina@becnellaw.com; Spatz, Mark; kmiller; kspaulding; Wallance, Gregory
**Subject:** Pilot Program

SETTLEMENT COMMUNICATION
PROTECTED BY FED R EVID 408

Danny,

      I am writing in response to your inquiry regarding Knauf's decision to suspend the acceptance of new applicants into the Pilot Program whose homes were supplied by InEx.

      The Knauf Class Settlement Agreement is contingent on Knauf reaching a satisfactory resolution with InEx and its insurers, including its excess carrier North River. In other words, if InEx and/or its insurers do not make a satisfactory contribution to offset Knauf's costs under the Class Settlement Agreement, Knauf has the right to terminate the settlement with respect to homes supplied by InEx.

      Unfortunately, North River is not willing to settle on reasonable terms. North River has provided as one reason for its refusal to settle on reasonable terms that it believes that Knauf will continue to remediate homes supplied by InEx without a settlement contribution from them. North River is mistaken in this assumption; Knauf is not willing to continue to remediate InEx supplied homes without a settlement with North River.

      For this reason, InEx has elected to suspend acceptance of new applicants to the Pilot Program whose homes were supplied by InEx until there is a satisfactory agreement with North River.

      This decision will **not** affect any plaintiffs who have already signed work authorizations to repair their homes, or any plaintiffs who have already received work authorizations but not yet signed, so long as they sign in a reasonable amount of time. Knauf will honor its commitment to repair those homes under the terms of the Pilot Program.

I am hopeful that North River will reconsider its position and make the continued expansion of the Pilot Program possible. In the meantime, they leave us with no choice.

Please do not hesitate to contact me if you have any questions.

P.S. Please note that in this email, for convenience only, we use "Knauf" to mean all of the Knauf defendants.

**Steven Glickstein**
KAYE SCHOLER LLP

425 PARK AVENUE * NEW YORK, NEW YORK 10022
PHONE: 212.836.8485 · FAX: 212.836.6485
SGLICKSTEIN@KAYESCHOLER.COM
WWW.KAYESCHOLER.COM