UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND | JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |
| *Payton, et. al. v. Knauf Gips, KG, et. al.* <br> Case No. 2:09-cv-07628 (E.D. La.) | |
| *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.* <br> Case No. 1:09-cv-00361 (E.D. La.) | |
| *Gross, et. al. v. Knauf Gips, KG, et. al.* <br> Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.* <br> Case No. 2:10-cv-00362 (E.D. La.) | |
| *Amato, et. al. v. Liberty Mutual Ins. Co., et. al.* <br> Case No. 2:10-cv-00932 | |
| *Hernandez, et. al. v. AAA Insurance, et. al.* <br> Case No. 2:10-cv-3070 (E.D. La.) | |
| *Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.* <br> Case No. 2:11-cv-00080 (E.D. La.) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* <br> Case No. 2:110cv000252 (E.D. La.) | |
| *Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.* <br> Case No. 2:11-cv-01077 (E.D. La.) | |
| *Vikers, et. al. v. Knauf Gips KG, et. al.* <br> Case No. 2:09-cv-04117 (E.D. La.) | |

## ERNEST VITELA'S MOTION TO DISMISS OBJECTION

Objector, by his undersigned counsel of record, submits this motion to dismiss, with prejudice, pursuant to Federal Rule of Civil Procedure 23(e)(5).

Ernest Vitela wishes to dismiss his objection in the above-captioned case. This request is made for personal reasons. Mr. Vitela has not received any compensation of any kind in return for this dismissal.

This request shall not affect the objections of Saul Soto, SHS Construction, Ronnie Garcia and Bay Area Contracting & Construction, Inc.

Dated: October 24, 2012

                 Respectfully submitted,

             By:   /s/ Christopher A. Bandas
                 Christopher A. Bandas
                 State Bar No. 00787637
                 Southern Bar No. 17509
                 BANDAS LAW FIRM, P.C.
                 500 North Shoreline Blvd., Suite 1020
                 Corpus Christi, Texas 78401-0353
                 T: (361) 698-5200
                 F: (361) 698-5222

                 R. Joshua Koch, Jr.
                 State Bar No. 2492
                 Koch & Schmidt, LLC
                 650 Poydras St., Suite 2415
                 New Orleans, LA 70130
                 T: (504) 208-9040
                 F: (504) 208-9041

                 Counsel for Objectors Saul Soto, SHS Construction; Ronnie Garcia, Bay Area Contracting Construction, Inc. and Ernest Vitela, E and E Construction Co.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND<br><br>*Payton, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-07628 (E.D. La.)<br><br>*Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.*<br>Case No. 1:09-cv-00361 (E.D. La.)<br><br>*Gross, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-06690 (E.D. La.)<br><br>*Rogers, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:10-cv-00362 (E.D. La.)<br><br>*Amato, et. al. v. Liberty Mutual Ins. Co., et. al.*<br>Case No. 2:10-cv-00932<br><br>*Hernandez, et. al. v. AAA Insurance, et. al.*<br>Case No. 2:10-cv-3070 (E.D. La.)<br><br>*Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-00080 (E.D. La.)<br><br>*Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 2:110cv000252 (E.D. La.)<br><br>*Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-01077 (E.D. La.)<br><br>*Vikers, et. al. v. Knauf Gips KG, et. al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## MEMORANDUM IN SUPPORT

Rule 23(e) of the Federal Rules of Civil Procedure provides, in pertinent part, as follows:

> Any class member may object to the proposal if it requires court approval under this subdivision (e); the objection may be withdrawn only with the court's approval.

Ernest Vitela no longer wishes to pursue his objection and respectfully requests that his motion to dismiss be granted.

Dated: October 24, 2012

                          Respectfully submitted,

                By:     /s/ Christopher A. Bandas
                      Christopher A. Bandas
                      State Bar No. 00787637
                      Southern Bar No. 17509
                      BANDAS LAW FIRM, P.C.
                      500 North Shoreline Blvd., Suite 1020
                      Corpus Christi, Texas 78401-0353
                      T: (361) 698-5200
                      F: (361) 698-5222

                      R. Joshua Koch, Jr.
                      State Bar No. 2492
                      Koch & Schmidt, LLC
                      650 Poydras St., Suite 2415
                      New Orleans, LA 70130
                      T: (504) 208-9040
                      F: (504) 208-9041

                      Counsel for Objectors Saul Soto, SHS Construction;
                      Ronnie Garcia, Bay Area Contracting Construction,
                      Inc. and Ernest Vitela, E and E Construction Co.

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October 2012 a true and correct copy of the above and foregoing was served on the following via the Court's CM/ECF system.

Arnold Levin
Levin, Fishein, Sedran & Berman
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Plaintiffs' Lead Counsel

Leonard A. Davis
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70013
Defendants' Counsel

    /s/ Christopher A. Bandas
    Christopher A. Bandas