UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| *Payton, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-07628 (E.D. La.) | |
| *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.*<br>Case No. 1:09-cv-00361 (E.D. La.) | |
| *Gross, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:10-cv-00362 (E.D. La.) | |
| *Amato, et. al. v. Liberty Mutual Ins. Co., et. al.*<br>Case No. 2:10-cv-00932 | |
| *Hernandez, et. al. v. AAA Insurance, et. al.*<br>Case No. 2:10-cv-3070 (E.D. La.) | |
| *Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-00080 (E.D. La.) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 2:110cv000252 (E.D. La.) | |
| *Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-01077 (E.D. La.) | |
| *Vikers, et. al. v. Knauf Gips KG, et. al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | |

# ERNEST VITELA'S NOTICE OF SUBMISSION OF MOTION TO DISMISS OBJECTION

Objector, by his undersigned counsel of record, submits this motion to dismiss, with prejudice, pursuant to Federal Rule of Civil Procedure 23(e)(5).  Ernest Vitela's Motion to Dismiss and Proposed Order, filed herewith, shall be submitted for decision in front of the Honorable, Judge Eldon E. Fallon of the United States District Court, Eastern District of Louisiana or at such time as set by the Court.

Dated:  October 24, 2012

                                          Respectfully submitted,

                  By:      /s/ Christopher A. Bandas
                          Christopher A. Bandas
                          State Bar No. 00787637
                          Southern Bar No. 17509
                          BANDAS LAW FIRM, P.C.
                          500 North Shoreline Blvd., Suite 1020
                          Corpus Christi, Texas 78401-0353
                          T:  (361) 698-5200
                          F:  (361) 698-5222

                          R. Joshua Koch, Jr.
                          State Bar No. 2492
                          Koch & Schmidt, LLC
                          650 Poydras St., Suite 2415
                          New Orleans, LA 70130
                          T: (504) 208-9040
                          F: (504) 208-9041

                          Counsel for Objectors Saul Soto, SHS Construction; Ronnie Garcia, Bay Area Contracting Construction, Inc. and Ernest Vitela, E and E Construction Co.

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October 2012 a true and correct copy of the above and foregoing was served on the following via the Court's CM/ECF system.

Arnold Levin
Levin, Fishein, Sedran & Berman
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Plaintiffs' Lead Counsel

Leonard A. Davis
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70013
Defendants' Counsel

                                          /s/ Christopher A. Bandas
                                          Christopher A. Bandas