# EXHIBIT A

**A trial law firm for the injured**

Call for a FREE Consultation **(361) 698-5200**
**(866) 849-5200**

HOME    ABOUT US    ATTORNEYS & STAFF    PRACTICE AREAS    NEWS & INFO    CONTACT US

Like | Tweet | Share

Home > Attorneys & Staff > Jan Petrus

# Jan Petrus

Jan's focus is on serious personal injury and assists in all aspects of preparing a case for trial, working with experts and is responsible for coordinating the clients' needs and keeping our client up to date on case progress.

## Legal Assistant



jpetrus@bandaslawfirm.com
Download VCard

Phone: 361.698.5200
Fax: 361.698.5222

500 N. Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78471

Jan was born and raised in South Texas where her legal career began in 1969. After 30 years of dedicated service to her past employer, Jan began practicing with Chris Bandas in February 2000. Jan has significant experience in a variety of legal matters and her focus is on serious personal injury matters boasting 40 years of experience. Today, Jan is the office manager and legal assistant at Bandas Law Firm, P.C. and assists in all aspects of preparing a case for trial. She assists in client intake, fact investigation, calendaring, medical workups, discovery, document production, coordinating depositions, working with experts and is responsible for coordinating the clients' needs and keeping them updated on a regular basis.

### Education

After graduating in 1968, Jan completed several courses at South Texas Business School and has trained in numerous paralegal programs throughout her legal career.

### Experience

**1969 – 1970** – personal/catastrophic injury, wrongful death, maritime, corporate, real estate, divorce, Wills and probate.

**1970-2000** – worker's compensation, personal/catastrophic injury, wrongful death, products liability, maritime, divorce, real estate, Wills and probate.

**2000 to date** – personal/catastrophic injury, wrongful death, products liability, corporate.

### Memberships

Member American Trial Lawyers Association Paralegal Organization

### Born

Aransas Pass, Texas, August 21, 1950

## FREE Case Review
Fill out the form below.

First Name

Last Name

Phone Number

Email Address

Briefly Describe Your Case

Accept Terms ☑

**Call for a FREE Consultation
(361) 698-5200
No Fee Without Recovery**

### Christoper Bandas - Partner



A native Texan, Chris's legal skills have been called on across the state and across the nation. Chris successfully puts his experience to work for plaintiffs, consistently obtaining substantial recoveries against big business. Bandas speaks fluent Spanish and has a reputation for keeping his clients informed and empowered.

Learn more about Christoper Bandas

### Robert J. Sigler



Robert Sigler is a board certified personal injury trial lawyer by the Texas Board of Legal Specialization and has been with the Bandas Law Firm for several years. Before joining our law firm, Robert worked with the Meredith Donnell and Abernathy, where he was a partner for many years and a member of the firms management committee.

Learn more about Robert Sigler

     

STATE BAR of TEXAS

## Bandas Law Firm, P.C.

600 N. Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78471

P. (361) 698-5200
F: (361) 698-5222

Copyright © 2012. All Rights Reserved

Home | About Us | Attorneys & Staff | Practice Areas | Contact Us | Site Map

Call for a FREE Consultation (361) 698-5200
(866) 849-5200

Corpus Christi Trial Attorneys Representing Victims of Negligence in Law suits.
Privacy Policy | Search Marketing by Reardon