# EXHIBIT B

IN THE CIRCUIT COURT FOR THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND, ILLINOIS
ENERAL DIVISION

| LISA BROWN, CYNTHIA CAMP, an Illinois resident, and JOSEPH STANFIELD, an Illinois resident, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-v-<br><br>WAL-MART STORES, INC., a Delaware corporation, d/b/a WAL-MART Discount Stores, WAL-MART Supercenters and SAM's CLUB operating segments,<br><br>Defendant. | Case No. 01 L 85<br><br>FILED in the CIRCUIT COURT OF ROCK ISLAND COUNTY GENERAL DIVISION<br><br>OCT 2 9 2009<br><br>*Joach Dunn*<br>Clerk of the Circuit Court |

## ORDER DENYING OBJECTIONS TO THE SETTLEMENT AND FEES AND THE MOTION TO INTERVENE AND FOR PRO HAC VICE ADMISSION

At the October 29, 2009 Fairness Hearing, this Court reviewed the five objections

to the proposed Settlement filed with the Court. One of the objectors has also moved to

intervene and her counsel has moved for admission *pro hac vice.*

The Court has considered the objections filed by Shyniea Smothers, Paul Haasz,

Edward D. Heath, II, and Debra Jackson and finds them to be without merit for the

reasons set forth in Plaintiffs' submissions in support of the Settlement.

The remaining objection (hereinafter, the "Bandas Objection") was filed by Ms.

Jill Carlson, by attorney Alan Barinholtz. His co-counsel, Christopher Bandas (who has

moved for admission pro hac vice), is a Texas lawyer well known for his practice of

routinely filing objections in class action settlements across the country. See Appendix

filed by Class Plaintiffs as part of their submission in support of the proposed Settlement

and the application for counsel fees and expenses ("Appendix") at Tabs 13-30.

The Court finds that out of 291,266 class members, there were only five objections timely filed with the Court. The Bandas Objection filed on behalf of Ms. Carlson is a generic boilerplate objection prepared and filed by attorneys working for their own personal benefit and not for the benefit of this Class or for those lawyers' client. The record before the Court demonstrates that Bandas is a professional objector who is improperly attempting to "hijack" the settlement of this case from deserving class members and dedicated, hard working counsel, solely to coerce ill-gotten, inappropriate and unspecified "legal fees." Bandas has filed virtually identical, frivolous objections in South Carolina, Iowa, Missouri and Florida in settlements of similar wage and hour class actions against Wal-Mart.

In South Carolina, Bandas filed an objection and motion to intervene on behalf of a class member with the assistance of local counsel named Gasper Barr, III. Bandas represented to the court there that he had a pending motion for admission *pro hac vice* when, in fact, no such motion had been or ever was filed. Neither Bandas, Mr. Barr nor their client objector appeared at the South Carolina final fairness hearing. Judge Perry Buckner denied the objection and motion to intervene filed by Bandas and found that Bandas filed an untimely notice of appeal while still failing to file a *pro hac vice* motion. Appendix, Tab 15.

In Missouri, Bandas' local counsel appeared at the final fairness hearing but only to withdraw as counsel due to the fact that he could not in "good conscience....continue to work toward the strategic objectives outlined...by Mr. Bandas." Judge Midkiff entered separate orders nullifying the Bandas objection and denying his motion for

admission *pro hac vice*. Appendix, Tab 19. This did not dissuade Bandas from filing a Notice of Appeal (with new local counsel) on July 2, 2009.

Most recently, in Iowa, Bandas and his co-counsel solicited a class member, Terry Healy, to object to the class settlement and application for attorneys' fees and expenses and to move to intervene in papers substantially similar to those filed here in Illinois. *See Mussmann et al. v. Wal-Mart Stores, Inc. et al.*, No. LACV-27486, Iowa District Court, Clinton County, Order Regarding Terry Healy's Objection and Motion to Intervene, at ¶¶ 2, 13 and 6-13 (Appendix, Tab 25). At his deposition held on October 2, 2009, Mr. Healy learned about Bandas' objections to the Wal-Mart class actions across the nation for the first time. *Id.* at ¶¶ 14-16. As a result, Mr. Healy voluntarily withdrew his objection with prejudice. *Id.* at ¶¶ 16-17. Bandas failed to appear at the hearing on his "client's" motion to intervene. By order dated October 13, 2009, the Iowa court found that Bandas' objection in that case was withdrawn or otherwise denied or struck, and that the motion to intervene was deemed moot or otherwise denied or struck for failure to comply with the requirements of the Iowa Rules of Civil Procedure governing motions to intervene. Neither Bandas nor his client appeared at the final fairness hearing. Bandas' co-counsel is being referred by the Iowa court to the Iowa Supreme Court's disciplinary committee.

In Florida, in *Ouelette v. Wal-Mart Stores, Inc.*, File No. 67-01-CA-326, Bandas was one of a group of professional objectors that the Florida court found were "working through collusion for their own benefit and not for the benefit of this class or their clients." The Florida court further found that all of the objectors' counsel — including

Bandas — were engaged "in an effort to extort money from the class and/or class counsel. Appendix, Tab 27.

Apart from these Wal-Mart cases, Bandas has a history as a professional objector in other class actions cases:

- In *In re: Dynamic Random Access Memory Antitrust Litigation* filed in the Northern District of California, Bandas withdrew his objection after "further investigation," which revealed that Bandas wholly failed to adhere to his Rule 11 obligations to thoroughly investigate his client's claims. Appendix, Tab 29, Ex. A.

- In Miller County, Arkansas, attorney Bandas filed a canned objection in *Lane's Gifts and Collectibles, LLC v. Yahoo! Inc.* The court denied the objection. Attorney Bandas then appealed, but he withdrew the appeal 48 hours later. Appendix, Tab 29, Ex. B-D.

- In *Conroy v. 3M Corp.* in the U.S. District Court for the Northern District of California, Bandas submitted an objection that was "unfounded, and . . . unlikely to succeed." No. C 00-2810 CW, 2006 U.S. Dist. LEXIS 96169, at *10-11 (N.D. Cal. Aug. 10, 2006) (Tab 16). Further, the "objections were patently frivolous . . . [and] bore no particular relationship to the circumstances of the settlement . . . ." *Id.* at *11. As a result, the court ordered Bandas to post a $431,000 bond to pursue an appeal of the objection. *Id.* Not surprisingly, Bandas abandoned the appeal. Appendix, Tab 29, Ex. F.

- Most recently, in March 2009, Bandas withdrew an objection to a proposed settlement he filed in a class action pending in Oklahoma, *Sacket v. Great Plains*

*Pipeline Co, et al.*  The withdrawal came only after counsel for the class vehemently opposed the objection, highlighting Bandas' history of filing canned objections at the last moment in an effort to extort attorneys' fees.  Appendix, Tab 30.

The Court finds that a lack of involvement and participation by Ms. Carlson and her counsel, combined with their attempt to inject themselves at the last minute into this eight year litigation constitutes an effort to extort money from the Class and/or Class Counsel. Though filed by two lawyers, the Bandas Objection offers nothing in the way of specific criticisms of the proposed Settlement.  The content of the Bandas Objection demonstrates that neither Ms. Carlson nor her counsel has ever visited the settlement website or read the Stipulation of Settlement in this case.  The Bandas Objection ignores the terms of the proposed Settlement before the court.  The Bandas Objection offers no legal or factual support for its assertion that the claims deadline is "brief" or that the claims process is difficult.  The Class Settlement Amount and the Floor are clearly laid out in the Stipulation of Settlement and in the Class Notice.  Bandas' assertions regarding dissemination of Class Notice are also unfounded.  The Stipulation of Settlement and the Preliminary Approval Order signed by the Court on July 1, 2009, lay out the form and method of notice and the Mulholland Declaration submitted by Class Counsel confirms that notice was effectuated in a manner that more than satisfies due process and the Illinois rules.

The Bandas Objection's complaints about "other" Wal-Mart settlements are irrelevant to the matter before this Court and the Bandas Objection offers no rationale or basis to the contrary.  Each of the settlements to which he refers has been finally

approved by the trial court before which such case was pending and, in virtually each such instance, Bandas' "objections" have been rejected.

In short, the Bandas Objection does not appear to be an effort to enhance the value of the settlement. It is short on specifics, is wholly devoid of evidence or controlling authority, and fails to comply with the procedures ordered the Court for properly objecting to the Settlement. Moreover, it is clear that neither the objector nor her counsel reviewed the Settlement Agreement or any of the voluminous pleadings and appellate briefing that clearly reflect the complexities of this case, and the enormous efforts expanded by Class Counsel on behalf of the Class over the last eight years.[1]

The Court therefore strikes the Bandas Objection for failure of proof, and failure to demonstrate that the objector is acting on behalf of the Class.

For the reasons set forth in Plaintiffs' submissions in opposition to the Carlson motion to intervene and for the reasons set out in the record before this Court at the Fairness Hearing, the Carlson motion to intervene and the Bandas motion for *pro hac vice* admission are both denied.

Dated:    October 22, 2009

Honorable Mark VandeWiele

---

[1] In support of the objection, Bandas attached several documents that pertain exclusively to *Salvas v. Wal-Mart Stores, Inc.*, Supreme Judicial Court, Commonwealth of Massachusetts, SJC No. 10108. Bandas does not even attempt to explain the relevance of these documents in the motion to intervene and objection he filed with this Court.

IN THE CIRCUIT COURT FOR THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND, ILLINOIS
GENERAL DIVISION

LISA BROWN, CYNTHIA CAMP, an Illinois )      Case No. 01 L 85
resident, and JOSEPH STANFIELD, an      )
Illinois resident, on behalf of        )
themselves and all others similarly    )
situated,                              )
                                       )
                        Plaintiffs,    )
                                       )
            -v-                        )          FILED in the CIRCUIT COURT
                                       )          of ROCK ISLAND, COUNTY
WAL-MART STORES, INC., a Delaware      )              GENERAL DIVISION
corporation, d/b/a WAL-MART Discount   )
Stores, WAL-MART Supercenters and      )             OCT 29 2009
SAM's CLUB operating segments,         )
                                       )          _Lisa L. Dunn_
                        Defendant.     )          Clerk of the Circuit Court
                                       )

**FINAL ORDER APPROVING SETTLEMENT**

This matter having come before the Court for hearing pursuant to the Court's Preliminary Approval Order dated July 1, 2009, on the application of Class Plaintiffs for approval of the Settlement set forth in the Stipulation and Agreement of Settlement between Class Members and Wal-Mart dated June 30, 2009 (the "Stipulation" or the "Settlement"), and due and adequate notice having been given to the Class as required in the Preliminary Approval Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.   This Order incorporates by reference the definitions in the Stipulation, and all capitalized terms used herein have the same meanings as set forth in the Stipulation.

2.   This Court has jurisdiction over the subject matter of the Class Action and over all members of the Class.

3.   This Court finds that for purposes of settlement only, a sufficient showing has been made to warrant final certification of the Settlement Class under the terms of Section 2-801 *et seq.* of Illinois Code of Civil Procedure, 735 ILCS 5/2-801 *et seq.*

4.   The notice given to the Class of the proposed Settlement and the other matters set forth in the Stipulation was the best notice practicable under the circumstances, including individual notice to all members of the Class who could be identified through reasonable effort.   Said notice provided due and adequate notice of these proceedings and of the matters set forth in the Stipulation, including the proposed Settlement, to all persons entitled to such notice, and said notice fully satisfied the requirements of Rule 2-803 of the Illinois Code of Civil Procedure and due process.   Members of the class have been offered a full opportunity to object to the proposed Settlement and to participate in the hearing thereon. Thus, it is hereby determined that all members of the Class who did not elect to exclude themselves by proper written communication postmarked or delivered by hand to the Claims Administrator on or before September 28, 2009, as required per the Notice, Summary Notice and the Preliminary Approval Order, are bound by this Order.   Only those persons listed on Exhibit A to this Order properly opted out of this Class Action and are not bound by this Order.

5.   The Settlement is approved as fair, reasonable and adequate, within the meaning of Rule 2-806 of the Illinois Code of Civil Procedure, and in the best interests of the Class.   The

Parties are directed to consummate the Settlement in accordance with the terms and provisions of the Stipulation.

6. The Class Action, the Amended Complaint, and the claims asserted therein by Class Members are hereby resolved pursuant to the terms of the Settlement in their entirety on the merits and with prejudice, in full and final discharge of any and all claims which were or could have been asserted therein, as against Wal-Mart.

7. The Named Plaintiffs and other Class Members are hereby permanently barred and enjoined from instituting, commencing or prosecuting, either directly or in any other capacity, in this Class Action or any other action or proceeding, including in any federal or state court, or in any other court, arbitration proceeding, administrative proceeding, or other tribunal or forum in the United States or elsewhere, any Released Claim against Wal-Mart, regardless of whether any such Named Plaintiff and/or other Class Member ever seeks or obtains any distribution from the Settlement by any means, including, without limitation, by submitting a Claim Form.

8. In consideration of the Class Settlement Amount, and for other good and valuable consideration as set forth in the Stipulation, upon entry of this Order each of the Releasing Class Members shall, by operation of this judgment, have fully, finally and forever released, relinquished, and discharged with

3

prejudice and on the merits, without costs to any party (except as provided in the Settlement), all Released Claims against Wal-Mart in accordance with Paragraphs 27-28 of the Stipulation, shall have covenanted not to sue Wal-Mart with respect to such Released Claims, and shall be permanently barred and enjoined from instituting, commencing, prosecuting or asserting any such Released Claim against Wal-Mart.

9.     Neither the Stipulation nor the Settlement, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the Settlement, including the certification of the settlement class for settlement purposes: (i) is or may be deemed to be or may be used as an admission or evidence of the validity of any Released Claim or of any wrongdoing or liability of Wal-Mart; or (ii) is or may be deemed to be or may be used as an admission or evidence of any liability, fault or omission of Wal-Mart or for any other purpose, in any civil, criminal or administrative proceeding in any court, arbitration proceeding, administrative agency or other forum or tribunal, other than in such proceedings as may be necessary to consummate or enforce the Stipulation, the Settlement or the Order.

10. Without affecting the finality of this Order in any way, this Court retains continuing and exclusive jurisdiction over the Parties for all matters relating to this Class Action,

4

including (a) the implementation of the Settlement; (b) any award from the Settlement, including interest earned thereon; and (c) all further proceedings concerning the administration, consummation and enforcement of the Stipulation, the Settlement and this Order.

11.   There shall be no distribution of the Settlement to any Class Member until the occurrence of the Settlement Effective Date or the issuance of an order by this Court pursuant to Paragraph 37 of the Stipulation, whichever is later.

12.   To the extent that any monies distributed to Approved Claimants or in the Second Distribution to Class Members remain unclaimed with the QSF after one (1) year from the date the check was mailed to such Class Member at the address on file with the Claims Administrator, the Court shall appoint an "eligible organization," as defined by Section 807 of the Illinois Code of Civil Procedure and proposed by Class Counsel, to which such monies will be distributed.

13.   In the event that the Settlement Effective Date does not occur, this Order shall be rendered null and void and shall be vacated *nunc pro tunc*, and the provisions of paragraphs 52 and 53 of the Stipulation shall apply.

14.   The Court finds that Class Plaintiffs and Class Counsel adequately represented the Class for purposes of negotiating, entering into, and implementing the Settlement.

5

15.  This Order is a final Order in the Class Action as to all claims among the Parties.

16.  The Court finds that the Incentive Awards to each of the Named Plaintiffs in the amount of $15,000 are fair reasonable and adequate and approves their award.

17.  The Court approves Class Counsel's application for attorneys' fees in the amount of $8,250,000 and expenses in the amount of up to $ *507,000* as fair and reasonable. The Court finds that no attorneys have asserted any attorney liens as to the attorneys' fees and costs awarded by the Court and that any liens previously asserted as to the attorneys' fees and costs awarded in this litigation have been withdrawn.  In accordance with the Stipulation, the Court orders Wal-Mart to fund the fees and expenses herein awarded to the Brown QSF. An Order transferring the fees and expenses from the Brown QSF to Class Counsel in specific amounts will follow.

18.  Nothing in this Order shall preclude any action to enforce the terms of the Stipulation or this Order.

19.  Without further order of the Court, the Parties may agree to reasonable extensions of time to carry out any of the provisions of the Stipulation.

Dated:    October *27*, 2009

_____
Honorable Mark VandeWiele

6

| ID | First | Last | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| 100022402 | VICKI | CASE | 5323 S MONITOR AVE | CHICAGO | IL | 60638-2715 |
| 101212790 | MARK | CASE | 110 S WALNUT ST | ONARGA | IL | 60955-1142 |
| 102907470 | STEPHANIE | LORTON | 589 JANSEN TRL | POCAHONTAS | AR | 72455-4749 |
| 103453379 | ANNA | MALKOWSKI | 723 E 3RD ST | CENTRALIA | IL | 62801 |
| 212732292 | SHELBY | MLYNIEC | 2827 BLUFF RIDGE DRIVE | QUINCY | IL | 62305-1391 |
| 103225878 | SANDRA | COPLEA | 1505 N HERSHEY RD APT I | BLOOMINGTON | IL | 61704-2474 |
| 104554748 | JENNIFER | HAYS | 701 SAVANNA SPRINGS DRIVE | LAKE VILLA | IL | 60046-6646 |
| 100065232 | PATRICIA | VITTETOW | 38450 PARADISE WAY | CATHEDRAL CITY | CA | 92234-2243 |
| 210896038 | BRIAN | MCGEE | 422 GLENWOOD DRIVE | BELVIDERE | IL | 61008-5928 |
| 105046613 | NICHOLAS | MARTIN | 808 N 19TH | MATTOON | IL | 61938-2808 |
| 108878741 | DAVID | LOOK | 2110 TROY ST. | MADISON | IL | 62060-1649 |
| 105787282 | LORI | MCGEE | 422 GLENWOOD DR | BELVIDERE | IL | 61008-5928 |
| 103789278 | GEORGE | SCHANZ | 917 W EASTWOOD AVE APT 110 | CHICAGO | IL | 60640-6635 |
| 105330034 | JACOB | KUERTH | 7405 PRESTON DR | SPRINGFIELD | IL | 62711-4307 |
| 210210286 | SHARON | GONZALEZ | 902 PARK ST. | SOUTH ROXANA | IL | 62087-1518 |
| 103004925 | GLORIA | STANFIELD | 1240 HIGHLAND AVE | BENTON HARBOR | MI | 49022-3734 |
| 211011517 | GARY | SIMPSON | 708 ABEND ST | BELLEVILLE | IL | 62220-3512 |
| 100064083 | VIOLA | BOSCHELLI | 150 PARKVIEW DR | TRENTON | IL | 62293-1700 |
| 212838105 | EVA | OSBORN | 627 W. PIPER | MACOMB | IL | 61455-2062 |
| 109615821 | MARTHA | PILAND | 865 LACOUNT RD. | GALATIA | IL | 62935-2348 |
| 104732737 | FERN | CALHOUN | 1525 ADAMS | CHARLESTON | IL | 61920-1646 |
| 105457242 | PAULA | HICKS | P.O. BOX 40 DAYTON AVE | HARRISBURG | IL | 62946-0040 |
| 105288920 | STEPHEN | ESTILL | P.O. BOX 176 | NEW HOLLAND | IL | 62671-0176 |
| 100015317 | BILLIE | SCHISLER | 425 HICKORY PT # 1 | QUINCY | IL | 62305-8449 |
| 100219602 | CAROLYN | DUMAS | PO BOX 82 | LELAND | MI | 49654-0082 |
| 102168922 | LINDERMAN | MILLER | 2017 EDGEWOOD DR | NAVARRE | FL | 32566-8201 |
| 102096968 | NORMAN | FUNDERBURK | 149 S 3RD AVE # 1 | KANKAKEE | IL | 60901-3701 |
| 211445133 | ANTHONY | FLETCHER | 14251 LISTER RD | MORRISON | IL | 61270-9658 |
| 106099079 | MARY | HENDERSON | 410 ROOSEVELT CIRCLE | EAST PEORIA | IL | 61611-4221 |

| ID | First | Last | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| 103645753 | WARD | MILLER MC ALISTER SR. | 225 N LOCKWOOD AVE | CHICAGO | IL | 60644-2404 |
| 210823718 | ALLEN | | 1110 CHESTNUT | DIXON | IL | 61021-3809 |
| 106442159 | JENNIFER | HALFACRE | 512 ENTERPRISE AVE | IUKA | IL | 62849 |
| 103924645 | ETHEL | MEINERS | 2974 SHAMROCK CIR | ELGIN | IL | 60124-4354 |
| 105831401 | JOAN | KIRKPATRICK | 130 E. COOK AVE. #418 | LIBERTYVILLE | IL | 60048-2051 |
| 211816556 | WILLIAM | PITSENBARGER | 1226 N 2053 RD | GRAND RIDGE | IL | 61325-9404 |
| 106790431 | BECKIE | WEILMUENSTER | 3020 E. WALLCE AVE. | DECATUR | IL | 62526-5239 |
| 211233682 | MELVIN | STOBER | 611 LILA CT. | NEW BADEN | IL | 62265-1652 |
| 100070117 | DOROTHY | KOSTER | 8010 TUNNEL HILL RD | GOREVILLE | IL | 62939-2828 |
| 212156634 | CHARLES | CHAPMAN | 920 NORTHAMPTON | WOODSTOCK | IL | 60098-2931 |
| 108489706 | RYAN | RICHMOND | 209 DODGE AVE. | DEKALB | IL | 60115-3917 |
| 109532657 | MELISSA | MILLER | 527 S PENNSYLVANIA AVE. | BELLEVILLE | IL | 62220-3675 |
| 102230894 | BOBBIE | HELFER | 6125 N 2ND ST STE I | LOVES PARK | IL | 61111-4151 |
| 206797099 | PATRICIA | PATCHETT | 1510 VANDALIA RD. | HILLSBORO | IL | 62049-2039 |
| 210627490 | HEATHER | REVELL | PO BOX 66 | SWIFTON | AR | 72471-0066 |
| 104834240 | LINDA | BERNABEI | PO BOX 91 | SPRING VALLEY | IL | 61362-0091 |
| 103337039 | LINDA | MILLER | 104 S JEFFERSON ST | CENTRALIA | IL | 62801-8106 |
| 102884623 | TERRY | MIDLAND | PO BOX 152514 | LUFKIN | TX | 75915-2514 |
| 100045067 | IMOGENE | KUSTER | 860 102ND ST | PLEASANT PRAIRIE | WI | 53158-5436 |
| 101150769 | ROGER | GRISWOLD | 2164 303RD AVE | FORT MADISON | IA | 52627-9302 |
| 105782345 | VICKEY | HUGHES | 225 N. LOCUST APT A | GREENVILLE | IL | 62246 |
| 100172028 | FLORA | OSBORNE | 313 HANNAH DR | WATERLOO | IL | 62298-3260 |
| 103720140 | KIM | GUMMERSHEIMER | 19 S TRACE RD | GLEN CARBON | IL | 62034-2787 |
| 100917007 | FREDERICK JAY | KAISER | 302 N CHARLES ST | CARLINVILLE | IL | 62626-1333 |
| 100037613 | VELMA | CLARY | 19898 JONES CREEK RD | BARNETT | MO | 65011-3404 |
| 211925914 | DONALD | SHORT | R 1 BOX 473 | LAWRENCEVILLE | IL | 62439-9799 |
| 210889238 | NORMAN | GOETZ | 1341 15 STREET A | MOLINE | IL | 61265-4016 |
| 208965614 | DANNY | HONN | 1217 KOEHN | DANVILLE | IL | 61832-3461 |
| 108263570 | ALICIA | OAKLEY | PO BOX 2224 | CARBONDALE | IL | 62902-2224 |
| 210456337 | JEREMIAH | JOHNSON | PO BOX 2224 | CARBONDALE | IL | 62902-2224 |
| 102657443 | BRIGITTE | CURTIS | 1007 E MAIN ST | STREATOR | IL | 61364-3139 |
| 102573407 | BETTY | INTRONA | 3405 CALLE CUERVO NW APT 437 | ALBUQUERQUE | NM | 87114-9227 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 102252538 | RUTH | CANE | 1155 BROCKTON CT | AURORA | IL | 60504-8957 |
| 104921573 | PATRICIA | COOP | 507 VAN BUREN CIR | SHEBOYGAN | WI | 53083 |
| 208200997 | BONNIE | COOP | EVERGREEN DR | KIRKLAND | IL | 60146 |
| 211162394 | RYAN | ROESER | 112 W 7TH STREET | STERLING | IL | 61081-3522 |
| 210431613 | BRANDY | CRISMAN | 300 BROADWAY ST | MARSEILLES | IL | 61341-1981 |
| 102458864 | PAMMIE | REVELL | 714 W RIDGELAND AVE | WAUKEGAN | IL | 60085-2956 |
| 212071617 | JESSICA | BIRK | 124 WINDSOR PL | BETHALTO | IL | 62010-1737 |
| 109349732 | JEAN | WHEELER | 1526 GREENWOOD CEMETERY RD | DANVILLE | IL | 61832-7726 |
| 103438764 | CLARINCE | FOOTE | 700 HENNING DR APT 140 | SULPHUR | LA | 70663-6956 |
| 211165978 | ALBERT JR | BOUCHEZ | 1009 E JEFFERSON ST | PANA | IL | 62557-1218 |
| 211815883 | JEAN | DUENSING | 14145 FAULKNER CT | PLAINFIELD | IL | 60544-6105 |
| 100088796 | LOIS | CASSIDY | 214 BARNWOOD TRL | MCHENRY | IL | 60050-5407 |
| 104101587 | ROY | FROELICH | 1304 W BUSSE AVE | MOUNT PROSPECT | IL | 60056-2973 |
| 104172426 | DON | CONKLIN | 18 CALADIUM DR | ORMOND BEACH | FL | 32174-1442 |
| 103124781 | EARL | CHENIER | 5818 50TH AVE APT 14 | KENOSHA | WI | 53144-2454 |
| 212512542 | LAURA | BANASIK | 861 BLACKHAWK BLVD. | SOUTH BELOIT | IL | 61080-2201 |
| 100338565 | MICHELLE | RICHERSON | 1492 COUNTY ROAD 2400 N | THOMASBORO | IL | 61878-9636 |
| 104752737 | SUSAN | NORMAN | 115 S. SPRUCE ST. | WASHINGTON | IL | 61571-2736 |
| 210849248 | JUDITH | AINSWORTH | 5801 JUANITA VISTA | CRYSTAL LAKE | IL | 60014-4033 |
| 104151194 | MELVA | WINNIE | 13610 NUTWOOD RD | FIELDON | IL | 62031-1405 |
| 210133683 | SHELLEY | HUCK | 2001 WHITTIER AVE | SPRINGFIELD | IL | 62704-4647 |
| 106832649 | THERESA | POLLACK | 1201 PATTON AVE | LAKE IN THE HILLS | IL | 60156-3311 |
| 104728657 | NANCY | CRAIG | 1910 U.S. HWY 36 | NEWMAN | IL | 61942-8502 |
| 101056500 | HELEN | KLINGER | 5757 S FOX HOLLOW AVE | SPRINGFIELD | MO | 65810-2326 |
| 103853206 | DOROTHY | FREY | 17360 E WEST NEWELL RD | DANVILLE | IL | 61834-7450 |
| 102454086 | AUGUST | CHRISTOPHER | 1940 THEODORE DR | INDIANAPOLIS | IN | 46214-4208 |
| 100016072 | GLORIA | SMITH | 1325 ALPINE ST | LONGMONT | CO | 80504-3047 |
| 100377461 | VERONA | MURSEWICK | 322 N DELAWARE ST | MOUNDS | IL | 62964-1206 |
| 105391466 | TAISHA | WHITE | 9995 LISMORE RD | ROSCOE | IL | 61073-6424 |
| 208688697 | LARRY | MATTHEWS | 300 HICKORY LANE | LINCOLN | IL | 62656-2295 |
| 105726131 | MARY | GOETSCH | 808 5TH AVE | AURORA | IL | 60505-4907 |
| 206815527 | BENNIE | KELLEBREW | 429 NORTH EDWARDSVILLE ST | STAUNTON | IL | 62088-1333 |

| 100887023 | JANIS | KELLEBREW | 506 S GLOVER AVE UNIT A | URBANA | IL | 61802-4460 |
| 102336462 | CAMILLE | RAUCH | 8735 S TROY AVE | EVERGREEN PARK | IL | 60805-1032 |
| 100072445 | KATHLEEN | WORKMAN | 1197 CASTLEWOOD DR | CLARKSVILLE | TN | 37042-8650 |
| 103636221 | RUTH | VON GUERARD | 3416 W OAKCREST DR APT 3C | PEORIA | IL | 61604-8055 |
| 102545238 | SHIRLEY | RICE | 1044 WRENS GATE | MUNDELEIN | IL | 60060-1269 |
| 101086261 | ROSEMARY | HUTCHISON | 1271 KENMORE PL | NASHVILLE | TN | 37216-3201 |
| 210838671 | CHRISTOPHER | JAHNKE | 7771 FOX ST. APT. 1C | WOODRIDGE | IL | 60517-3250 |
| 103076446 | LINDA | WILSON | 2411 N DELAWARE ST | PEORIA | IL | 61603-2647 |
| 102044722 | JEANETTE | DUNN | 534 N 8TH ST | QUINCY | IL | 62301 |
| 100014468 | PHYLLIS | PLANK | 1725 ELF DR | SEBRING | FL | 33875-5543 |
| 105774139 | KAREN | MCGUIRE | 1531 FAIRWAY | RANTOUL | IL | 61866-3541 |
| 210325797 | VERNA | BRAWNER | PO BOX 2275 | EAST PEORIA | IL | 61611-0275 |
| 211917917 | KATHLEEN | SETTLES | 1876 WOODSONWINCHESTER RD | WINCHESTER | IL | 62694-3617 |
| 211254324 | JAMES | LEMARR | 101LINDWOOD DR | SALEM | IL | 62881 |
| 102592770 | ROSEMARY | WALLIN | 812 W ELM ST | OLNEY | IL | 62450-1125 |
| 106337190 | TERESA | BLAKE | 1571 E. 1293RD ROAD | BROCTON | IL | 61917-8073 |
| 104782123 | DARLENE | HANN | 421 18TH AVE | MOLINE | IL | 61265-3742 |
| 212136670 | MATTHEW | SOWERS | 2314 HOREB AVENUE | ZION | IL | 60099-2107 |
| 101062665 | SHIRLEY | TURPIN | 116 MARYKNOLL DR | MARYVILLE | IL | 62062-5727 |
| 208429229 | DIANE | PARKER | 1510 30TH STREET APT 201 | HIGHLAND | IL | 62249-2730 |
| 210539572 | MARCIA | KASSNER | 2019 N. MAIN ST. APT. 103 B | WHEATON | IL | 60187-3152 |
| 103158608 | RUTH | SMOCK | PO BOX 581 | SHELDON | IL | 60966-0581 |
| 106394345 | VICKI | SNYDER | 219 N OKLAHOMA | MORTON | IL | 61550-2334 |
| 106576632 | MARK | KUSTER | 223 S. BURR BLVD. | KEWANEE | IL | 61443-2942 |
| 106673837 | BRENDA | KUSTER | 223 S. BURR BLVD | KEWANEE | IL | 61443-2942 |
| 211618273 | AMANDA | MACSHANE | 211 CARRIAGE LANE ESTATES | STREATOR | IL | 61364-3995 |
| 102103194 | GINA | SCHRINER | 7521 MOUNTAIN OAK TRL | LIVE OAK | TX | 78233-3112 |
| 208831599 | MARY | POTTER | 23 WILSHIRE BLVD. | MACHESNEY PARK | IL | 61115-2356 |
| 211080967 | ANTHONY | FLEMING | 6202 TIMBER RIDGE DR | PINE BLUFF | AR | 71603 |
| 211517187 | BRIAN | LINDBERG | 2583 PACIFIC PKWY | ROCKFORD | IL | 61114-6419 |
| 105015432 | DEAN | BOGNER | 954 WESTERN RD | HENRY | IL | 61537-9498 |
| 213194738 | LAWRENCE | COLVIN | 9407 N. CROSS ST | PEORIA | IL | 61615-9735 |

| ID | First | Last | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| 213130551 | MERIELLE | CRONINGER | 338 W DECATUR ST. | DECATUR | IL | 62522-3309 |
| 211579690 | TRACY | GRUSHKA | 1132 DOVERCLIFF WAY | CRYSTAL LAKE | IL | 60014-1800 |
| 103030558 | TYRA | HOLLEY | 3227 LIBERTY DR | ROCKFORD | IL | 61101-3323 |
| 211832075 | PATRICIA | DOSS | 500 A W. BELLARMINE DR. | JOLIET | IL | 60436-1800 |
| 212095832 | CHARLOTTE | NICHOLS | 2614 WEST 26TH GRANITE CITY | GRANITE CITY | IL | 62040 |
| 100045738 | SHARON | SLOCUM | 901 N MAIN ST | NORMAL | IL | 61761-1501 |
| 211444213 | TERESA | SALAZAR | 3369 WESTERN AVE. | PARK FOREST | IL | 60466-1837 |
| 103204458 | DANNY | FINN | 18554 W POINT DR | TINLEY PARK | IL | 60477-4931 |
| 103137977 | STACEY | FINN | 519 S JEFFERSON ST | RIPLEY | TN | 38063-2017 |
| 104726176 | CYNTHIA | KLAWONN | 10483 W WINSOW | DURAND | IL | 61024 |
| 104147842 | RICHARD | HILLEBRAND III | 965 OAK CREST DRIVE | GARDNER | KS | 66030-9482 |
| 105994586 | MICHAEL | CRAFT | 812 TOMAHAWK TRAIL | ROUND LAKE HEIGHTS | IL | 60073-1130 |
| 100535217 | FRANK | ZWART | 2200 MARION AVE | MATTOON | IL | 61938-5120 |
| 101559108 | DORTHEY | JANES | 618 BRANDLI DR | WEST BURLINGTON | IA | 52655-1502 |
| 211728639 | BETTY | MCCAULEY | RRT 2 B58 | BEECHER CITY | IL | 62414 |
| 209030542 | VINCENT | GULISANO | 1108 1ST AVE. | STERLING | IL | 61081-2311 |
| 211987860 | JOAN | COTTO | 7215 MULLINSHIRE WAY | MACHESNEY PARK | IL | 61115-7606 |
| 208520876 | NORA | CONTARINO GULISANO | 1108 1ST AVENUE | STERLING | IL | 61081-2311 |
| 101245533 | SHANNON | WILLIAMS | 3 WESTMORLAND DRIVE | BELLA VISTA | AR | 72714-1823 |
| 210808046 | DONALD | DOUGLAS | 422 AUTUMN CT | COLUMBIA | IL | 62236-3315 |
| 102281996 | LISA | STINEHART | 317 ASH LN | EAST PEORIA | IL | 61611-7968 |
| 104142096 | RHONDA | ABEL | 2203 E 2ND ST | COAL VALLEY | IL | 61240 |
| 105447930 | MICHAL | SZCZERBA | 270 COTTONWOOD DR | ELK GROVE VILLAGE | IL | 60007-1805 |
| 100379305 | LISA | DUPOY | 9 BOZARTH EST | GEFF | IL | 62842-1008 |
| 102432227 | MICHELE | THOMPSON | 924 BLUERIDGE DR | DANVILLE | IL | 61832-1949 |
| 209019421 | BARBARA | GUTHRIE | 1601 GOLFVIEW RD | RANTOUL | IL | 61866-3548 |
| 106179689 | TANYA | GONZALEZ | 220 N RIGEMOOR AVE. | MUNDELINE | IL | 60060 |
| 210262869 | JONATHAN | SOLORIO | PO BOX 807 201 MARTANA ST | DEPUE | IL | 61322-0807 |
| 210537557 | STEFANY | WESTWOOD | 821 WASHINGTON AVE | MADISON | IL | 62060-1342 |
| 211451212 | MANILEEN | CABE | 480 JEANNE CT APT 4 | WOOD DALE | IL | 60191-2744 |
| 101320106 | SANDRA | GIOVANNUCCI | 1815 COUNTRY DR APT 304 | GRAYSLAKE | IL | 60030-3165 |
| 102422948 | JANICE | HUMPHREY | 718 OAK AVE | AURORA | IL | 60506-3114 |
| 112121707 | DAWN | TURNAGE | 1211 GARDEN DR APT B | DANVILLE | IL | 61832-2062 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 213066988 | CRAIG | SIDWELL | 15 N. 7TH CARROLLTON IL | CARROLLTON | IL | 62016 |
| 212897684 | JANE | WELCH | 908 BLUEGRASS LANE | PLANO | IL | 60545-2109 |
| 109454349 | LOWELL | MEDIN | 121 S LINDEN AVE | PALATINE | IL | 60074-6342 |
| 104842897 | PATRICIA | KALIPS | 1713 PRIMROSE | GRANITE CITY | IL | 62040-2346 |
| 210681761 | DEBRA | HEWLETT | 6501 GATERIDGE DR APT 206 | RALEIGH | NC | 27613 |
| 106021770 | MARY | LINDNER | 1642 US HIGHWAY 319 N LOT 14 | EAST DUBLIN | GA | 31027 |
| 103953703 | DOROTHY | AUSTIN | 3722 E MEADOWVIEW DR | GILBERT | AZ | 85298-4863 |
| 105949080 | RITA | VALENTINE | 1336 S DOUGLAS AVE APT 20 | MONTGOMERY | IL | 60538 |
| 104463396 | MARGARET | MCDONALD | 527 BROADWAY ST APT 810 | QUINCY | IL | 62301 |
| 102216317 | ANGELA M | MORGAN | 13280 FIELDON HOLLOW RD | FIELDON | IL | 62031-1309 |
| 101136891 | JENNIFER | GEE | 1525 N 11TH ST | HERRIN | IL | 62948-2855 |
| 103478449 | SUZANNE | LOWERY | 161 W UNION ST | SENECA | IL | 61360-9461 |
| 211125286 | ROSALYNM | THOMPSON | PO BOX 612 | SHERIDAN | IL | 60551-0612 |
| 105240922 | LAVERNE | THOMPSON | 2444 N 41ST RD | SHERIDAN | IL | 60551-9461 |
| 210945454 | JAMES | REYNOLDS | 319 N. JOHNSTON AV. | ROCKFORD | IL | 61101-5405 |
| 206672325 | LAURA | CHRIST | 3415 N ROCHELLE LN APT B10 | PEORIA | IL | 61604 |
| 106212124 | JANET | CARTER | 825 FRIENDSHIP SCHOOL RD | ANNA | IL | 62906 |
| 102326843 | MARY | SIMONSON | PO BOX 125 | LAWRENCEVILLE | IL | 62439-0125 |
| 208684768 | TIMOTHY | JONES | 310 W 5TH ST | BENTON | IL | 62812 |
| 105120963 | JACKIE | KELLEY | P O BOX 187 | HODGE | LA | 71247-0187 |
| 100315762 | RITA | HULL | 508 N 3RD ST | EFFINGHAM | IL | 62401-3328 |
| 100603862 | LINDA | SCHREIBER | 441 S STATE ST | MONTICELLO | IL | 61856-1929 |
| 106555579 | BRIAN | FAVIA | 33 SUNNYSIDE RD | WEST ORANGE | NJ | 07052 |
| 106250985 | KARL | RITTER | 105 N. HICKORY ST | DU QUOIN | IL | 62832-1728 |
| 211786519 | SASA | CVOROVIC | 276 SHOREWOOD DR | GLENDALE HTS | IL | 60139-3434 |
| 105119086 | BECKY | PHILLIPS | 29 WOODSCAPE CT. | PEKIN | IL | 61554-5301 |
| 100514108 | LORELIE | DELBY | 25673 W ARCADE DR S | LAKE VILLA | IL | 60046-7210 |
| 106591612 | ALLISON | SUMNER | P.O. BOX 256 | AVA | IL | 62907-0256 |
| 208966946 | TIMOTHY | KOSLOFSKI | 51 VILLANOVA DR | SPRINGFIELD | IL | 62703 |
| 207364105 | HELEN | MCNEAL | 73 MC MURTRY LANE | SPRINGFIELD | KY | 40059 |
| 207364170 | CHRISTINE | WIG | 404 PARKSIDE DRIVE | SYCAMORE | IL | 60178 |
| 102294734 | BONITA | LOCKE | 643 WINGPOINTE DR | AURORA | IL | 60506-8818 |
| 212631784 | NANCY | DEMOTTO | 488 LAUREL STREET | ELGIN | IL | 60120-6650 |

| ID | First Name | Last Name | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| 106102214 | EMILY | HATTON | 864 COUNTY ROAD 950 N | CARMI | IL | 62821 |
| 210281951 | STEPHANIE | BRIGGS | 13006 FRIENDS CREEK PARK RD. | CISCO | IL | 61830-9417 |
| 105300986 | JEREMY | GASKINS | 2628 COUNTY ROAD 2100 E | GIFFORD | IL | 61847 |
| 106766371 | ARTHUR | GALLEGOS | 7731 S OKETO AVE | BRIDGEVIEW | IL | 60455-1340 |
| 101536519 | MARLENE | GALLEGOS | 612 1/2 E COLORADO AVE | URBANA | IL | 61801-5924 |
| 101971697 | MARILYN | RINALDI | 1401 E 18TH ST | STERLING | IL | 61081-1511 |
| 105251718 | SUK | CHOI | 309 MAPLE KNOLL DR | GARRETT | IN | 46738 |
| 208336455 | MARLENE | SELL | 333 S PROSPECT ST | ROCKFORD | IL | 61104-2427 |
| 212809399 | RITA | SEYLLER | 27793 E. 3000TH ST. | TAMPICO | IL | 61283-9303 |
| 208684343 | DORA | RICHARDS | 315 N COLES ST | VANDALIA | IL | 62471-2004 |
| 104925604 | SARISSA | COCHENET | 20 FURMAN RD. | HAMDEN | CT | 06514-4502 |
| 106586480 | SARAH | GILLIAM | 218 N THEOBALD ST | GREENVILLE | MS | 38701-3720 |
| 104855776 | RACHEL | MASLOVARIC | 3331 SUNNYSIDE AVE # 2 | BROOKFIELD | IL | 60513 |
| 106109591 | RYAN | KROLIKOWSKI | 15228 HUNTINGTON CT | ORLAND PARK | IL | 60462 |
| 102448257 | DEBBIE | ANDRADE | 12929 KYLER CT | MARION | IL | 62959-9307 |
| 100071952 | SANDRA | DUGAN | 1809 SEVEN PINES RD APT 8 | SPRINGFIELD | IL | 62704-5764 |
| 104260860 | PAUL | HANKINS | 1008 3RD | HENRY | IL | 61537-1453 |
| 102441062 | DEBRA | HANKINS | 11154 S HOMEWOOD AVE | CHICAGO | IL | 60643-4285 |
| 101571285 | DARLENE | BONE | 701 FISCHER RD TRLR 259 | CREVE COEUR | IL | 61610-5017 |
| 211893357 | ANDREW | HINTZ | 24466 HAHNAMAN RD. | TAMPICO | IL | 61283-9500 |
| 104638791 | ARTURO | MORENO | 200 PAMELA DRIVE | BOLINGBROOK | IL | 60440-1363 |
| 106446275 | DALE | ELLIS | 230 W. JOLIET HWY | NEW LENOX | IL | 60451-2112 |
| 211993043 | ALYSSA | ZELHART | 437 S. MITCHELL ST | BRACEVILLE | IL | 60407-9744 |
| 201712263 | YOLANDA | GUZMAN | 1515 W MINOOKA RD | MORRIS | IL | 60450-8576 |
| 102776913 | JAMIE | WHEAT | 1634 W OLIVE ST | BLOOMINGTON | IL | 61701-4759 |
| 103889230 | NATHAN | WHEAT | 211 N JACKSON AVE | POLO | IL | 61064-1512 |
| 105356412 | RACHEL | SMITH | RR 1 BOX 223D | GOLCONDA | IL | 62938-9755 |
| 108601168 | NICHOLAS | SMITH | RR1 BOX 223 D | GOLCONDA | IL | 62938-9755 |
| 105240893 | DAN | LE | 907 CIMMARON WAY | OTTAWA | IL | 61350 |
| 100769491 | PENNY | BREYMAN | 23963 STAUNTON RD | NEW DOUGLAS | IL | 62074 |
| 210359470 | ELAINE | MOORMAN | 11 LINDEN ROAD | XENIA | IL | 62899-2147 |
| 102396723 | RHEIANNON | GOODELL | 2665 KALIHI ST | HONOLULU | HI | 96819-2811 |
| 210544542 | DUSTIN | EDWARDS | 1470 HAMPSHIRE APT D | QUINCY | IL | 62301-3165 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 201713021 | TREY | MOWDER | 405 EAST EIGHTH STREET | DELAVAN | IL | 61734-7532 |
| 104150307 | BECKY | LANDS | 110 PINEHILL LN | HARRISBURG | IL | 62946 |
| 108201537 | CINDY | WITTBRODT | 295 MUNROE | BETHEL HEIGHTS | AR | 72764-8311 |
| 106842037 | NANCY | YARBROUGH | 1006 EDGEWATER DR | MORRIS | IL | 60450 |
| 211085116 | JANE | PEAK | R 2, BOX 112A | RUSHVILLE | IL | 62681-9626 |
| 102648576 | RUSSELL | CARROLL | 325 SAUGET AVE | CAHOKIA | IL | 62206-1523 |
| 101065455 | MARIE | DOVIN | 220 DALE AVE | OGLESBY | IL | 61348-1538 |
| 105385927 | SCOTT | MERCER | 725 S HIGHLAND AVE | ARLINGTON HEIGH | IL | 60005 |
| 208958887 | BRYAN | KIRCHNER | 411 E WALNUT | WATSEKA | IL | 60970-1454 |
| 211918032 | KRYSTAL | ASAY | 411 E WALNUT | WATSEKA | IL | 60970-1454 |
| 103895626 | JUSTIN | LINDERMAN | 4328 NUTMEG LN APT 116 | LISLE | IL | 60532-1130 |
| 102449359 | WILLIAM | CRONE | 32200 45TH ST LOT 7 | BURLINGTON | WI | 53105-9320 |
| 106799436 | SONYA | MEYERS | 800 E MAIN ST APT 135 | SOMERSET | PA | 15501 |
| 103225874 | KENNETH | VOLK | 7382 E. ANTIOCH LANE | CLAREMONT | IL | 62421-2601 |
| 204207473 | DIANA | RAGSDALE | 227 COX MONUMENT AVE. | POCAHONTAS | IL | 62275-3327 |
| 210476248 | CHRSTOPHER | BROOKS | 420 JADE ROAD | INGRAHAM | IL | 62434-3033 |
| 106904229 | ANDREW | DEUERLING | 6345 S KOLIN | CHICAGO | IL | 60629-5029 |
| 211907535 | DANIEL | FESTEN | 350 GRANT APT. #312 | SYCAMORE | IL | 60178-1730 |
| 210541235 | RICHARD | TAYLOR | 510 E MORGAN ST | DIXON | IL | 61021-2254 |
| 206088532 | LEIGH | TAYLOR | 510 E. MORGAN | DIXON | IL | 61021-2254 |
| 211553304 | JOSEPHINE | MULEYA | 1742 PLUM ST | AURORA | IL | 60506-3460 |
| 100105026 | RENEE | HAM | 550 KENNEDY ST | MARENGO | IL | 60152-9045 |
| 102903187 | ADAM | PECK | PO BOX 752 | WALDPORT | OR | 97394-0752 |
| 106722360 | SEEMA | KHALID | 22099 DAVIDSON RD APT 201 | WAUKESHA | WI | 53186-4069 |
| 106366347 | BALIS | GILMORE | 307 W 4TH ST | BYRON | IL | 61010 |
| 208859462 | SUFIA | SULTANA | 1319 E TRUTLE CREEK APT B | PALATINE | IL | 60074-3125 |
| 109026821 | GARY | WALKER | 758 NORTH BELL SCHOOL ROAD | ROCKFORD | IL | 61107-5204 |
| 102787439 | ZELLINA | HAMPTON | 1213 HARMON ST | DANVILLE | IL | 61832-2972 |
| 103468099 | STACIE | DE WALL | 2716 CHEROKEE ST | SAINT LOUIS | MO | 63118-3036 |
| 106418142 | NOAH | STONE | 401 W SEMINOLE BLVD APT # 220 | SANFORD | FL | 32771-7803 |
| 105975076 | MATTHEW | CAES | 5206 BECKTON RD | AVE MARIA | FL | 34142 |
| 212024217 | TINA | LLOYD | 3118 PLEASURE AVE | WONDER LAKE | IL | 60097-8229 |
| 212623846 | ELYSABETH | YUBLOSKY | 1350 DEVONSHIRE | BUFFALO GROVE | IL | 60089-1157 |

| 108468327 | AMBER | RIGGS | 242 N ADAMS ST | SHEFFIELD | IL | 61361-9649 |
| 211276178 | SEAN | HARVEY | 308 W. WAUPANSIE ST. | DWIGHT | IL | 60420-1277 |
| 105155542 | GREGORY | ODOM | 1110 WASHINGTON AVE APT 3L | SAINT LOUIS | MO | 63101 |