# EXHIBIT J

APP-002

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jan L. Petrus, Doris Saint, Aaron Petrus<br>120 Woodhaven, Ingleside on the Bay, Texas 78362<br>TELEPHONE NO: (361) 776-7918  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): N/A-Pro Se | **FILED**<br>San Francisco County Superior Court<br>JUL 16 2009<br>GORDON PARK-LI, Clerk<br>BY: _____ Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister Street, Room 103 San Francisco,
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, California 94102-4514
BRANCH NAME:

PLAINTIFF/PETITIONER: Rhonda J. Closson

DEFENDANT/RESPONDENT: Bank of America N.A., et. al.

| ☑ NOTICE OF APPEAL   ☐ CROSS-APPEAL<br>(UNLIMITED CIVIL CASE) | CASE NUMBER:<br>CGC-04-436877 |
|---|---|

Notice: Please read *Information on Appeal Procedures for Unlimited Civil Cases* (Judicial Council form APP-001) before completing this form. This form must be filed in the superior court, not in the Court of Appeal.

1. NOTICE IS HEREBY GIVEN that (name): Jan Petrus, Doris Saint, Aaron Petrus
   appeals from the following judgment or order in this case, which was entered on (date):
   ☐ Judgment after jury trial
   ☐ Judgment after court trial
   ☐ Default judgment
   ☐ Judgment after an order granting a summary judgment motion
   ☐ Judgment of dismissal under Code of Civil Procedure sections 581d, 583.250, 583.360, or 583.430
   ☐ Judgment of dismissal after an order sustaining a demurrer
   ☐ An order after judgment under Code of Civil Procedure section 904.1(a)(2)
   ☐ An order of judgment under Code of Civil Procedure section 904.1(a)(3)–(13)
   ☑ Other (describe and specify code section that authorizes this appeal):
   All orders and judgments signed or entered on or after June 16, 2009. See attached.

2. For cross-appeals only:
   a. Date notice of appeal was filed in original appeal:
   b. Date superior court clerk mailed notice of original appeal:
   c. Court of Appeal case number (if known): 1st Dist. Crt of App

Date: July 15, 2009

Jan L. Petrus, Doris Saint, Aaron Petrus
(TYPE OR PRINT NAME)

▶ _____ (SIGNATURE OF PARTY OR ATTORNEY)

(margin notation: $100-SC B380971 7A001  $655-COA CR#4821)

Page 1 of 2
Form Approved for Optional Use
Judicial Council of California
APP-002 [Rev January 1, 2007]

NOTICE OF APPEAL/CROSS-APPEAL (UNLIMITED CIVIL CASE)
(Appellate)

Cal. Rules of Court, rule 8.100
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

APP-002

| CASE NAME: | CASE NUMBER: |
|---|---|
| Rhonda J. Closson v. Bank of America, N.A. et. al. | CGC-04-436877 |

NOTICE TO PARTIES: A copy of this document must be mailed or personally delivered to the other party or parties to this appeal. A PARTY TO THE APPEAL MAY NOT PERFORM THE MAILING OR DELIVERY HIMSELF OR HERSELF. A person who is at least 18 years old and is not a party to this appeal must complete the information below and mail (by first-class mail, postage prepaid) or personally deliver the front and back of this document. When the front and back of this document have been completed and a copy mailed or personally delivered, the original may then be filed with the court.

## PROOF OF SERVICE
[✓] Mail   [ ] Personal Service

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My residence or business address is (specify):

   120 Woodhaven, Ingleside on the Bay, Texas 78362

3. I mailed or personally delivered a copy of the Notice of Appeal/Cross-Appeal (Unlimited Civil Case) as follows (complete either a or b):

   a. [✓] Mail. I am a resident of or employed in the county where the mailing occurred.

      (1) I enclosed a copy in an envelope and

         (a) [✓] deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

         (b) [ ] placed the envelope for collection and mailing on the date and at the place shown in items below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

      (2) The envelope was addressed and mailed as follows:

         (a) Name of person served: See attached service list incorporated herein for all purposes.

         (b) Address on envelope:

         (c) Date of mailing:

         (d) Place of mailing (city and state):

   b. [ ] Personal delivery. I personally delivered a copy as follows:

      (1) Name of person served:

      (2) Address where delivered:

      (3) Date delivered:

      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Jan L. Petrus, Doris Saint, Aaron Petrus          ▶
(TYPE OR PRINT NAME)                                    (SIGNATURE OF DECLARANT)

APP-002 [Rev. January 1, 2007]   NOTICE OF APPEAL/CROSS-APPEAL (UNLIMITED CIVIL CASE)   Page 2 of 2
(Appellate)

1. Notice is hereby given that Jan Petrus, Doris Saint and Aaron Petrus appeals from the following judgment or order in this case, which was entered on:

   Other: All orders and judgments signed or entered on or after June 16, 2009, including but not limited to any order or judgment approving the proposed settlement and/or attorneys' fees and/or expenses.

## PROOF OF SERVICE

Re: Rhonda J. Closson et. al. v. Bank of America N.A. et. al.; Case #: CGC-04-436877; Objectors/Appellants: Jan L. Petrus, Doris Saint and Aaron Petrus

On July 15, 2009, I mailed one true and correct copy of the document(s) described as: Notice of Appeal (form APP-002) on all interested parties/attorneys to this action, addressed below, by Certified Mail-RRR:

cc: **CM-RRR**
Mitchell M. Breit
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, New York 10036
(212) 447-7095
**CLASS COUNSEL**

**CM-RRR**
Laurence J. Hutt
Arnold & Porter, LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
(213) 243-4132
**DEFENSE COUNSEL**
**ATTORNEYS FOR DEFENDANTS BANK OF AMERICA, ET. AL**

**CM-RRR**
Elizabeth Lawrence
Davis, Cowell & Bowe, LLP
595 Market Street, Ste. 1400
San Francisco, CA 94105
(415) 597-7200
**ATTORNEYS FOR PLAINTIFFS' COUNSEL CLASS**

**CM-RRR**
Milberg Weiss, LLP
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300
**PLAINTIFFS' COUNSEL**

**CM-RRR**
Strook & Strook & Lavan, LLP
2029 Century Park East
Los Angeles, CA 90067-3086
(310) 556-5873
ATTORNEYS FOR DEFENDANTS CITIGROUP, ET. AL.

**CM-RRR**
Covington & Burling, LLP
One Front Street
San Francisco, CA 94111
(415) 591-7072
ATTORNEYS FOR DEFENDANTS WELLS FARGO & CO., ET. AL.

**CM-RRR**
Richard D. McCune
McCune & Wright, LLP
2068 Orange Tree Lane, Ste. 216
Redlands, CA 92374
(909) 557-5498
ATTORNEYS FOR PLAINTIFFS CLOSSON CLASS

**CM-RRR**
The Consumer Law Group
9466 Black Mountain Road, Ste. 225
San Diego, CA 92126
(619) 308-5034
ATTORNEYS FOR CLOSSON PLAINTIFF

Sincerely,

Jan L. Petrus

Doris Saint

Aaron Petrus