# EXHIBIT L

JAN L. PETRUS
120 Woodhaven Drive
Ingleside, Texas 78362
(361) 776-7918


May 27, 2011


Clerk of Superior Court
P.O. Box 2145
100 10th Street, 2nd Floor
Columbus, GA 31902

RE: Case No. *SU10-CV-2267B; Glen Vereen v. Lowe's Home Centers, Inc.*


My name, address, telephone number are as follows:

Jan L. Petrus
120 Woodhaven Drive
Ingleside, Texas 78362
(361) 776-7918


I am a class member according to the class definition in the class notice.

I object to the proposed amended settlement. I will not attend the fairness hearing either in person or though counsel, but ask that this objection be considered and decided by the court at the fairness hearing. I intend to rely on all documents in the court's file and all documents filed with the court.

The class notice is inadequate and violates due process to the extent the settlement website (www.drywallsettlement.info) was down. Class counsel should be required to disclose whether the site was down and to what extent it was down prior to the objection deadline. I was not able to access the site during some periods of time, and I do not know if that affected other class members.

The proposed settlement is not fair, adequate and reasonable, and the proponents of the settlement have not discharged their burden of proof on the settlement. The bulk of the settlement consideration is in the form of Lowe's gift cards. These gift cards are not worth their face amount and should not be considered to be worth their face amount. Lowe's marks up the prices on the products and, even more important, someone with a

gift card will likely go to Lowe's and spend more than the face amount of the gift card in order to "use it up." The gift cards are nothing more than a clever marketing campaign that benefits Lowe's, and not the class members.

The aggregate settlement amount is inadequate. And the claims procedure is not reasonable, especially when considering how class members must submit larger claims. In addition, the $100,000 is arbitrary and too low.

Attorneys' fees are excessive under either a lodestar or percentage of recovery analysis.

Very truly yours,

Jan L. Petrus

cc:     Don Barrett
        Don Barrett, PA
        404 Court Square
        P.O. Box 927
        Lexington, MS  39095
        **Counsel for Class**

        William B Gaudet
        Adams & Reese, LLP
        701 Poydras Street
        New Orleans, LA  70139
        **Counsel for Lowe's**

        Lowe's Drywall
        Objections
        P.O. Box 869066
        Plano, Tx  75086
        **Administrator**

Jan L. Petrus
120 Woodhaven Drive
Ingleside, Texas 78362

US POSTAGE
$ 00.44



Mailed From 78471
05/27/2011
031A 000231309091

730654308446

Lowe's Drywall Objections
P.O. Box 869066
Plano, Texas 75086