# EXHIBIT M



IN THE SUPERIOR COURT OF MUSCOGEE COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| JAN L. PETRUS, | * | |
| Objector and Appellant, | * | |
| And | * | CIVIL ACTION FILE NO.: SU10CV2267B |
| GLEN VEREEN, on behalf of himself and all others similarly situated, | * | |
| Plaintiffs, | * | |
| v. | * | |
| LOWE'S HOME CENTERS, INC. | * | |
| Defendant. | * | |

FILED IN OFFICE
2012 APR 13 AM 8: 47
LINDA PIERCE
MUSCOGEE COUNTY
SUPERIOR COURT

## DISMISSAL OF NOTICE OF APPEAL

COMES NOW, Jan L. Petrus, who files this Dismissal of Notice of Appeal, consents to the Final Order and Judgment filed on January 12, 2012, and no longer wishes to pursue an appeal. It is requested that the Clerk cease the preparation of the record for Appeal.

Respectfully submitted this 2nd day of April, 2012.

_____
Jan L. Petrus
120 Woodhaven Drive
Ingleside, Texas 78362
(361) 776-7918
Objector and Appellant

## CERTIFICATE OF SERVICE

This is to certify that I have this date served opposing counsel with a copy of the foregoing Dismissal of Notice of Appeal by hand delivery or depositing a copy of the same in the United States Mail addressed as follows:

Austin Gower
1425 Wynnton Road
P.O. Box 5509
Columbus, GA 31906

Patrick W. Pendley
Pendley, Baudin & Coffin, LLO
P.O. Box 71
Plaquemine, LA 70765

Robert D. Gary
Gary, Naegele & Theado
446 Broadway Avenue
Lorain, Ohio 44052-1740

Neal J. Callahan
Waldrep, Mullin & Callahan, LLC
105 13th Street, Suite B
P.O. Box 351
Columbus, Georgia 31902

Don Barrett, PA
404 Court Square
P.O. Box 927
Lexington, MC 39095

Dewitt Lovelace
Lovelace Law Firm, PA
12870 US Hwy. 98 West
Miramar Beach, FL 32550

Gregory S. Weiss
Leopold~Kuvin
2925 PGA Blvd, Suite 200
Palm Beach Gardens, FL 33410

William B. Gaudet
Francis V. Liantonio, Jr.
Adams and Reese, LLC
701 Poydras Street
One Shell Square, Suite 4500
New Orleans, LA 70139

Respectfully submitted this 2nd day of April, 2012.

Jan L. Petrus
120 Woodhaven Drive
Ingleside, Texas 78362
(361) 776-7918
Objector and Appellant

CERTIFICATION OF DOCUMENT

IN THE SUPERIOR COURT OF MUSCOGEE COUNTY
STATE OF GEORGIA

I certify the within and foregoing is a true and correct copy of the document as it appears on the original, on file and record in the office of the Clerk of Superior Court.

DISMISSAL
For
Case # SU-10-CV-2267

April 17, 2012

Heather Burgess
Deputy Clerk, Superior Court

M. Linda Pierce
Clerk of Superior Court
P O BOX 2145
Muscogee County
Columbus, Georgia