# EXHIBIT N

# BANDAS LAW FIRM, P.C.
Attorneys at Law

CHRISTOPHER A. BANDAS

500 N. Shoreline, Suite 1020
Corpus Christi, Texas 78401
(361) 698-5200 Office
(361) 698-5222 Fax

October 9, 2012

Arnold Levin
Levin, Fishein, Sedran & Berman
510 Walnut Street, Ste. 500
Philadelphia, PA 19106

Leonard A. Davis
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70013

Re:   MDL No. 2047; *In Re: Chinese-Manufactured Drywall Products Liability Litigation*

Dear Counsel:

I will be out of the country on a trip that has been scheduled for many months between and including October 19, 2012 and October 28, 2012. Other than a modest request to accommodate this trip, we will agree to conduct reasonable discovery, including depositions of objectors.

Objectors will agree to serve their objections, responses and/or answers to the written discovery within 15 days of service of same so long as the due date of such matters does not occur during the period Objectors' counsel is out of the country or within three business days thereafter. Moreover, if class counsel will serve its written discovery by October 10, 2012, Objectors will provide their objections, responses and/or answers to the written discovery earlier than 15 days, or on or before October 18, 2012. Objectors will be offered for deposition in Corpus Christi, Texas on a single day on either October 16, 17 or 18, 2012.

In light of this request, please let me know as soon as possible if we can avoid taking up the Court's time on this matter.

Sincerely,

Christopher A. Bandas

CAB/mv

```
***************************
*** FAX MULTI TX REPORT ***
***************************

JOB NO.              1840
DEPT. ID             1234
PGS.                 2
TX IMCOMPLETE        -----
TRANSACTION OK       12155924663
                     15045616024
ERROR                -----
```



# BANDAS
## LAW FIRM, P.C.

500 North Shoreline, Suite 1020
Corpus Christi, Texas 78401-0353
Telephone 361-698-5200
Facsimile 361-698-5222

# FAX

| To: | Mr. Arnold Levin | Fax: | 215-592-4663 |
|---|---|---|---|
|  | Mr. Leonard A. Davis |  | 504-561-6024 |
| From: | Christopher A. Bandas | Page(s): | 2 (including cover page) |
| RE: | MDL NO. 2047; In Re: Chinese-Manufactured Drywall Products Liability Litigation | Date: | October 9, 2012 |
| Operator: | Margot |  |  |

**MESSAGE:**

**Please see attached.**



# BANDAS
## LAW FIRM, P.C.

500 North Shoreline, Suite 1020
Corpus Christi, Texas 78401-0353
Telephone 361-698-5200
Facsimile 361-698-5222



| To: | Mr. Arnold Levin | Fax: | 215-592-4663 |
|---|---|---|---|
|  | Mr. Leonard A. Davis |  | 504-561-6024 |
| From: | Christopher A. Bandas | Page(s): | 2 (including cover page) |
| RE: | MDL NO. 2047; In Re: Chinese-Manufactured Drywall Products Liability Litigation | Date: | October 9, 2012 |
| Operator: | Margot |  |  |

**MESSAGE:**

**Please see attached.**

This information contained in this facsimile is attorney privilege and confidential information intended only for the use of the individual or the entity named above. If the reader of this message is not the intended recipient, or an agent or employee thereof, you are hereby notified to that the dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.