# EXHIBIT O



**HERMAN HERMAN & KATZ**
L.L.C.
ATTORNEYS AT LAW
Est. 1942

820 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: (504) 581-4892
f: (504) 561-6024
e: info@hhklawfirm.com

hhklawfirm.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

Jennifer J. Greene[2]
John S. Creevy
Jeremy S. Epstein[1]
Aaron Z. Ahlquist[3]
Craig M. Robinson
Carl A. Woods
Adam H. Weintraub[4]
Mikalia M. Kott[5]

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, MD, JD

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP

* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Arkansas
[3] Also Admitted in Tennessee
[4] Also Admitted in New Jersey & Pennsylvania
[5] Also Admitted in Colorado

October 9, 2012

Christopher A. Bandas
Bandas Law Firm, P.C.
500 N. Shoreline, Suite 1020
Corpus Christi, TX 78401

Re:   In Re: Chinese-Manufactured Drywall Products Liability Litigation

Dear Mr. Bandas:

I am in receipt of your letter dated October 9, 2012. This letter confirms our telephone call earlier today and expands upon your letter.

You have indicated to me that you do not object to the Motion for Expedited Discovery and that you will consent to respond in an expedited manner to the discovery requests issued by Class Counsel. I understand that you will be out of town from October 19 through October 28, 2012. In order to accommodate your client and your schedule we have agreed that discovery responses from all who were issued discovery by Class Counsel shall be provided on or before October 18, 2012. If there are any items in dispute following receipt of the responses we will request that Judge Fallon hear the disputes on an expedited basis. Furthermore we have agreed that depositions of all persons to whom notices have been issued will take place in Corpus Christi on November 1 or 2, 2012. You indicated that you wanted to confirm with your client these dates so that we could schedule all depositions on one date and you further agreed to advise me which date is acceptable. I look forward to hearing from you later today so that formal notices/amendments can be issued. Unless I hear an objection from you it is my intention to advise Judge Fallon tomorrow at the status conference regarding our agreement and I shall be providing the Court a copy of your letter dated October 9 together with a copy of this letter.

Sincerely,

LEONARD A. DAVIS

LAD:kad