# EXHIBIT P

# BANDAS LAW FIRM, P.C.
Attorneys at Law

CHRISTOPHER A. BANDAS

500 N. Shoreline, Suite 1020
Corpus Christi, Texas 78401
(361) 698-5200 Office
(361) 698-5222 Fax

October 22, 2012

Leonard A. Davis
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70013

Re:   MDL No. 2047; *In Re: Chinese-Manufactured Drywall Products Liability Litigation*

Dear Mr. Davis:

This letter is to inform you that the depositions of Mr. Saul Soto, Ernest Vitela and Ronnie Garcia will take place at Mr. Van Huseman's office located at 600 Leopard St., Suite 2100, Corpus Christi, Texas 78473, T: (361) 883-3563.F: (361)883-0210.

Mr. Saul Soto is available on either October 30th or 31st, but not on the date and time that was noticed in your deposition notice.

Sincerely,

Christopher A. Bandas

cc:   Arnold Levin
      Levin, Fishein, Sedran & Berman
      510 Walnut Street, Ste. 500
      Philadelphia, PA 19106

      Van Huseman
      Huseman, Dodson & Hummell
      600 Leopard St., Suite 2100
      Corpus Christi, Texas 78473
      T: (361) 883-3563
      F: (361) 883-0210