UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

Upon consideration of the Bandas Objectors' Motions to Dismiss Objection [Doc. Nos. 15957 and 15979] and Class Counsel's response thereto; and the Bandas Objectors' Motion for Leave to Conduct Discovery Regarding the Fairness of Proposed Class Action Settlement [Doc. No. 15968] and Class Counsel's response thereto it is hereby ORDERED that:

1. The Bandas Motions to Dismiss Objection are GRANTED. It is Further ORDERED that Ms. Petrus and Mr. Vitela shall fully respond (without objections) to the Class Counsel's First Set of Interrogatories and Requests for Production of Document and Second Set of Requests for Production of Documents within ten (10) days of this Order. Further, Ms. Petrus, Mr. Vitela and Mr. Bandas shall submit themselves to depositions as previously noticed by Class Counsel.

2. The Bandas Motion for Leave to Conduct Discovery Regarding the Fairness of Proposed Class Action Settlement is DENIED.

New Orleans, Louisiana, this ____ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge