UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## MOTION FOR EXPEDITED HEARING ON
## CLASS COUNSEL'S MOTION FOR SANCTIONS

Class Counsel, Russ M. Herman and Arnold Levin, file this Motion for Expedited Hearing in connection with their Motion for Sanctions.  Due to upcoming Fairness Hearing on November 13, 2012, Class Counsel respectfully requests an expedited hearing on their motion.

                                      Respectfully submitted,

Dated: October 24, 2012            /s/ Leonard A. Davis
                                      Russ M. Herman, Esquire
                                      Leonard A. Davis, Esquire
                                      HERMAN, HERMAN & KATZ, L.L.C.
                                      820 O'Keefe Avenue
                                      New Orleans, Louisiana 70113
                                      Phone: (504) 581-4892
                                      Fax: (504) 561-6024
                                      Ldavis@hhklawfirm.com
                                      *Plaintiffs' Class Counsel*
                                      *MDL 2047*

Arnold Levin, Esquire
Fred S. Longer, Esquire
Sandra Duggan, Esquire
Matthew Gaughan, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Class Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of October, 2012.

                                                  /s/ Leonard A. Davis  
                                                  Leonard A. Davis  
                                                  Herman, Herman & Katz, L.L.C.  
                                                  820 O'Keefe Ave.  
                                                  New Orleans, LA  70113  
                                                  PH:  (504) 581-4892  
                                                  Fax:  (504) 561-6024  
                                                  ldavis@hhklawfirm.com

3

W:\! DRYWALL\27687 MDL\Pld\Class Counsel Pleadings\Motion for Expedited Hearing\Motion for Expedited Hearing re Motion for Sanctions 2012-10-24.wpd