**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES** | |

## ORDER

Considering the Motion for Expedited Hearing in connection with Class Counsel's Motion for Sanctions;

IT IS ORDERED that a hearing on Class Counsel's Motion for Sanctions be held on an expedited basis on the _____ day of October, 2012, at _____ o'clock ____.m.

IT IS FURTHER ORDERED that any responses to the motion should be filed on or before the ____ day of _____, 2012.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge