UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 <br><br> SECTION: L |
| This Document Relates to All Cases AND: | JUDGE: FALLON |
| *Payton, et al. v. Knauf Gips, KG, et al.* <br> **Case No. 2:09-cv-07628 (E.D. La.)** | MAGISTRATE JUDGE WILKINSON |
| *Gross, et al. v. Knauf Gips, KG, et al.* <br> **Case No. 2:09-cv-06690 (E.D. La.)** | |
| *Rogers, et al. v. Knauf Gips, KG, et al.* <br> **Case No. 2:10-cv-00362 (E.D. La.)** | |
| *Amato, et al. v. Liberty Mutual Ins. Co.* <br> **Case No. 2:10-cv-00932 (E.D. La.)** | |
| *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* <br> **Case No. 2:11-cv-00252 (E.D. La.)** | |
| *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* <br> **Case No. 11-cv-1363 (E.D. La.)** | |
| *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* <br> **Case No. 11-cv-2349 (E.D. La.)** | |
| *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* <br> **Case No. 11-cv-3023 (E.D. La.)** | |
| *Vickers, et al. v. Knauf Gips KG, et al.* <br> **Case No. 2:09-cv-04117 (E.D. La.)** | |

******************************************

### SECOND AMENDED NOTICE OF ORAL AND VIDEOTAPED DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)

TO:   ALL COUNSEL

**PLEASE TAKE NOTICE** that pursuant to Rule 26 and 30(b)(6) of the Federal Rules of Civil Procedure, Class Counsel will take the deposition of Bay Area Contracting & Constructions, Inc. beginning on Thursday, November 1, 2012, starting at 1:30 p.m. (Central Time), at the office of Van Huseman, 600 Leopard Street, Suite 2100, Corpus Christi, TX 78473, PH:  (361) 883-3563, or at another location mutually agreed upon by the parties. Pursuant to Fed. R. Civ. P. 30(b)(6), Bay Area Contracting & Constructions, Inc. shall designate and produce a designated representative or representatives, as may be required, to testify on behalf of Bay Area Contracting & Constructions, Inc. concerning the topics identified in Schedule A attached hereto.

**If you are an attorney of record, please email cdw@golkow.com 48 hours prior to the deposition should you desire to participate by stream to view video/text so you may receive a username and password.**

Primary Examiners:   Class Counsel or its designee
Videotaped Deposition: Yes
Call-In Number:   **888-337-8218**
                               **Participant Code:  769758**

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows.  This brief explanation is with full reservation of all rights by the noticing party and is not intended to limit in any way the scope of the deposition noticed herein.  Counsel should be aware that all matters may be

discovered in the deposition beyond the following and that the following explanation is made solely in accordance with the directives provided at the status conference.  This is an MDL "common" deposition of a fact witness who has objected to at least one settlement.

                Respectfully submitted,

                /s/ Leonard A. Davis
                **Russ M. Herman** (Bar No. 6819)
                rherman@hhkc.com
                Leonard A. Davis (Bar No. 14190)
                ldavis@hhkc.com
                Stephen J. Herman (Bar No. 23129)
                sherman@hhkc.com
                **HERMAN, HERMAN & KATZ, L.L.C.**
                820 O'Keefe Avenue
                New Orleans, LA  70113
                PH:  (504) 581-4892
                FAX:  (504) 561-6024
                *Plaintiffs' Class Counsel  MDL 2047*

                Arnold Levin, Esquire
                Fred S. Longer, Esquire
                Levin, Fishbein, Sedran & Berman
                510 Walnut Street, Suite 500
                Philadelphia, PA 19106
                PH:  (215) 592-1500
                FAX:  (215)592-4663
                Alevin@lfsblaw.com
                *Plaintiffs' Class Counsel*
                *MDL 2047*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Second Amended Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of October, 2012.

    /s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman & Katz, L.L.C.
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhklawfirm.com

## SCHEDULE A

## DEPOSITION TOPICS

Pursuant to Rule 30(b)(6, You shall designate and produce for deposition one or more of Your partners, officers, directors, managing agents, or other persons who consent to testify on your behalf concerning the following subject matters:

1. Your objection to the settlement(s) in Chinese Drywall Litigation.

2. Your discovery responses in connection with Class Counsel discovery issued October 4, 2012.