UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                    MDL NO. 2047

                                                              SECTION: L

                                                              JUDGE FALLON
                                                              MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*CASES SET FOR TRIAL INVOLVING INTERIOR/*
*EXTERIOR AND NORTH RIVER*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering the foregoing motion,

IT IS ORDERED that the language and opinions highlighted in the attached expert report of October 5, 2012 from Dr. James Tompkins, specifically at pages 3, 4, 6, 7, and 10, be stricken from said report, and from the prospective testimony of Dr. Tompkins, for purposes of November 26, 2012 trial; and

IT IS FURTHER ORDERED that defendants Interior/Exterior and North River be precluded from offering any evidence or opinions at the above trial to the effect that drywall manufacturers were wholly or partially at fault for the alleged harm of trial plaintiffs.

THIS DONE the ____ day of _____, 2012, New Orleans, Louisiana.

_____
HONORABLE ELDON FALLON