UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*CASES SET FOR TRIAL INVOLVING INTERIOR/
EXTERIOR AND NORTH RIVER*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the PLAINTIFF-Intervenors' Motion *in Limine* to Exclude Defendants' Expert Opinion or Other Evidence, be set for hearing on an expedited basis on the _____ day of _____, 2012, at 9:00 a.m.

IT IS FURTHER ORDERED that any responses to the motion should be filed on or before the ____ day of _____, 2012.

THIS DONE the ___ day of _____, 2012, New Orleans, Louisiana.

_____
HONORABLE ELDON FALLON