UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | § |

### THIRD SUPPLEMENTAL NOTICE OF FILING BY CLASS COUNSEL (RE: RESCISSION OF TIMELY OPT-OUTS)

PLEASE TAKE NOTICE that pursuant to the various settlement agreements that were preliminarily approved by the Court, class counsel hereby submit the attached rescissions of opt-outs that were timely served on class counsel, as follows:

    A.    **Recisions of Opt-Outs**–See attached chart and Exhibit A

                                          Respectfully submitted,

Dated: October 26, 2012                /s/ Russ M. Herman
                                            Russ M. Herman, Esquire (Bar No. 6819)
                                            Leonard A. Davis, Esquire (Bar No. 14190)
                                            HERMAN, HERMAN & KATZ, LLP
                                            820 O'Keefe Avenue
                                            New Orleans, Louisiana 70113
                                            Phone: (504) 581-4892
                                            Fax: (504) 561-6024
                                            LDavis@hhkc.com
                                            *Plaintiffs' Liaison Counsel in MDL 2047*

        Arnold Levin
        Fred S. Longer
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        Phone: (215) 592-1500
        Fax: (215) 592-4663
        Alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel in MDL 2047*

**CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of October, 2012.

        /s/ Leonard A. Davis
        Leonard A. Davis, Esquire
        HERMAN, HERMAN, KATZ & COTLAR, LLP
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        Ldavis@hhkc.com
        *Plaintiffs' Liaison Counsel in MDL 2047*
        *Co-counsel for Plaintiffs*

# IN RE CHINESE DRYWALL LITIGATION

## RECISIONS OF SETTLEMENT EXCLUSIONS

|   | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
|   | **RECISIONS** | | |
| 1. | Adams, Marilyn and Richard | | Global |
| 2. | Cardinal, Michael and Suyon | | Global |
| 3. | Chapman, David and Denise | | Global |
| 4. | Erickson, William | Seeger Weiss | Global |
| 5. | Heath, John and Vicky | | Global |
| 6. | Ledford, Samuel | | Global |
| 7. | Levitan, Lev and Makarchuk, Rosaliya | C. David Durkee Roberts & Durkee | Global |
| 8. | Stewart, Gloria | | Global |
| 9. | Thompson, Clayton and Rose | | Global |