# EXHIBIT A

| VIA FAX: 215-592-4663 | VIA FAX: 504-561-6024 |
|---|---|
| Arnold Levin, Esq. | Russ M. Herman, Esq. |
| Levin, Fishbein, Sedran & Berman | Herman, Herman & Katz, LLP |
| 510 Walnut Street, Suite 500 | 820 O'Keefe Avenue |
| Philadelphia, PA 19106 | New Orleans, LA 70113 |

Re:    In Re: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Easter District of Louisiana

**Notice of Rescission of Opt-Out**

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"), please consider this notice of our desire to *rescind* our opt-out as to Defendant Banner Supply only. Our address of the property damaged by the Chinese Drywall is:

| 5748 Stay Sail Court | Cape Coral | FL | 33914 |
|---|---|---|---|
| Address | City | State | Zip |

| _Marilyn Adams_ | MARILYN ADAMS | 10/25/2012 |
|---|---|---|
| Signature | Printed Name | Date |
| _Richard Adams_ | Richard Adams | 10/25/2012 |
| Signature | Printed Name | Date |

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

Sincerely,

Richard and Marilyn Adams

| | |
|---|---|
| *VIA FAX: 215-592-4663*<br>Arnold Levin, Esq.<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106 | *VIA FAX: 504-561-6024*<br>Russ M. Herman, Esq.<br>Herman, Herman & Katz, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 |

Re:   In Re: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Easter District of Louisiana

**Notice of Rescission of Opt-Out**

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"), please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement. My/Our address of the property damaged by the Chinese Drywall is:

| | | | |
|---|---|---|---|
| 4883 Registry Lane | Kenneth | GA | 30152 |
| Address | City | State | Zip |

| | | |
|---|---|---|
| *Michael R. Cardinal* | MICHAEL R. CARDINAL | 10/19/2012 |
| Signature | Printed Name | Date |

| | | |
|---|---|---|
| *Suyon K. Cardinal* | SUYON F. CARDINAL | 10/19/2012 |
| Signature | Printed Name | Date |

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

Sincerely,

Michael and Suyon Cardinal

| | |
|---|---|
| *VIA FAX: 215-592-4663*<br>Arnold Levin, Esq.<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106 | *VIA FAX: 504-561-6024*<br>Russ M. Herman, Esq.<br>Herman, Herman & Katz, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 |

Re:     In Re: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Easter District of Louisiana

**Notice of Rescission of Opt-Out**

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"), please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement. My/Our address of the property damaged by the Chinese Drywall is:

| 60 Shelby Drive | Hayden | AL | 35079 |
|---|---|---|---|
| Address | City | State | Zip |

| | | |
|---|---|---|
| *Ddl Chapman*<br>Signature | David P. Chapman<br>Printed Name | 10.21.12<br>Date |
| *Denise Chapman*<br>Signature | Denise Chapman<br>Printed Name | 10.21.12<br>Date |

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

Sincerely,

David and Denise Chapman

Class Counsel
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut St., Suite 500
Philadelphia , PA 19106


Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Ave.
New Orleans, LA 70113


Re: Rescission of Opt-Out by William Erickson, 161 Partridge Street Lehigh Acres, FL

Gentlemen,

On September 25, 2012, I elected to opt out of the Settlement in In Re: Chinese -Manufactured Drywall Products Litigation, which included Knauf as well as certain Builders, Installers, etc.  My property which was impacted by Chinese Manufactured Drywall is at 161 Partridge Street Lehigh Acres, FL 33974.

As I have not identified any of the settling defendants as responsible for the Chinese Drywall installed in my property, I understand that any claims of mine going forward will not be prejudiced, including as against such defendants if they are later identified by me based on subsequently discovered facts.

Accordingly, I rescind my September 25, 2012 opt-out.


Sincerely,

William Erickson

DATED: 10/24/12

| *VIA FAX: 215-592-4663* | *VIA FAX: 504-561-6024* |
|---|---|
| Arnold Levin, Esq. | Russ M. Herman, Esq. |
| Levin, Fishbein, Sedran & Berman | Herman, Herman & Katz, LLP |
| 510 Walnut Street, Suite 500 | 820 O'Keefe Avenue |
| Philadelphia, PA 19106 | New Orleans, LA 70113 |

Re:  In Re: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Easter District of Louisiana

**Notice of Rescission of Opt-Out**

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"), please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement. My/Our address of the property damaged by the Chinese Drywall is:

| 47 Greenbriar Dr. | Gulf Port | MS | 39507 |
|---|---|---|---|
| Address | City | State | Zip |

| _____ | John S. Hoath | 10/21/12 |
|---|---|---|
| Signature | Printed Name | Date |

| _____ | Vicky G. Hoath | 10/21/12 |
|---|---|---|
| Signature | Printed Name | Date |

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

Sincerely,

John and Vicky Heath

| VIA FAX: 215-592-4663 | VIA FAX: 504-561-6024 |
|---|---|
| Arnold Levin, Esq. | Russ M. Herman, Esq. |
| Levin, Fishbein, Sedran & Berman | Herman, Herman & Katz, LLP |
| 510 Walnut Street, Suite 500 | 820 O'Keefe Avenue |
| Philadelphia, PA 19106 | New Orleans, LA 70113 |

Re:   In Re: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Easter District of Louisiana

**Notice of Rescission of Opt-Out**

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"), please consider this notice of my desire to *rescind* my opt-out as to Defendant Jim Walter Homes. My address of the property damaged by the Chinese Drywall is:

| 10308 Renfroe Rd | Alpine | AL | 35014 |
|---|---|---|---|
| Address | City | State | Zip |

| Samuel R Ledford | SAmuel R Ledford | 10-19 2012 |
|---|---|---|
| Signature | Printed Name | Date |

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

Sincerely,

Samuel Ledford

## NOTICE TO RESCIND OPT OUT FROM THE BUILDER, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT

The undersigned, Lev Levitan and Rosaliya Makarchuk, who currently reside at, 74 Rymshaw Drive Palm Coast, Florida 32164,  and own property which  is allegedly damaged by Chinese Drywall located at,  81 Port Royal Drive, Palm Coast, Florida, hereby rescinds its opt-out form from the Builder, Installer, Supplier and Participating Insurer Settlement which was previously submitted.   (See copies of previously submitted Opt-Out forms attached hereto as Exhibit "A").

As a result the undersigned specifically accepts the terms of the Global Settlement Agreement, specifically as to:  Home Tech, LLC., and Independent Drywall Distributors, LLC f/k/a China Drywall Funding Partners.

Dated: 10/22/12

R Makaroh

ROSALIYA MAKARCHUK

# EXHIBIT "A"

September 28, 2012
Lev Levitan
74 Rymeshaw Dr
Palm Coast. FL 32164

OPT-OUT NOTICE TO THE GLOBAL SETTCEMENT CLASS

To whom it may concern:
I, Lev Levitan, currently residing out 74 Rymeshaw
Dr. Palm Coast, FL 32164 eleeding to opt-out
of GLOBALL SETTLEMET CLASS.
I used to live out 81 Port Royal Dr Palm Coast
FL 32164, which was damaged by CHINESE
DRYWACL. To the best of my knollage
Home-Teck LLC and INDEPENDENT DRYWALL DISTRI
BUTORS LLC are participating defendents and
I am not sure about builder INTER COASTAC
CONSTRACTION COMPANY.
I am not sure who else was participating
in the construction of my house out 81
Port Royal Dr, Palm Coast, FL 32164, which
was build with CHINESE DRYWAU.
Sincerely,

Lev Levitan

September 28, 2012
Rosaliya Matarchuk
74 Rymshaw Dr.
Palm Coast, FL 32164

## OPT-OUT NOTICE TO THE
## GLOBAL SETTLEMT CLASS

To whom it may concern:

I, Rosaliya Matarchuk, currently residing at 74 Rymshaw Dr. Palm Coast, FL 32164 electing to opt-out of Globall settlement class.

I used to live at 81 Port Royal Dr Palm Coast, FL 32164, which was damaged by CHINESE drywall. To the best of my knollege Hometech LLC and Independent Drywall Distributors LLC are participating defendents and I'm not sure about beuilder intercostal construction Company, I'm not sure who else was participating in the construction of my house at 84 Port Royal Dr. Palm Coast, FL 32164, which was build with CHinese Drywall.

Sincerely, R. Matar____

Rosaliya Matarchuk

*VIA FAX: 215-592-4663*
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

*VIA FAX: 504-561-6024*
Russ M. Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   In Re: Chinese-Manufactured Drywall Products Liability Litigation
      United States District Court, Easter District of Louisiana

**Notice of Rescission of Opt-Out**

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"), please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement. My/Our address of the property damaged by the Chinese Drywall is:

| 7612 6th Street | Mobile | AL | 36608 |
|---|---|---|---|
| Address | City | State | Zip |

We understand that we *will be* entitled to share in the benefits of this Global Settlement and *will* benefit or be bound by further orders or judgments in the Litigation concerning the Global Settlement, if any. The undersigned hereby rescinds its opt-out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action:

| Signature | Gloria Stewart | 10-19-12 |
|---|---|---|
| Signature | Printed Name | Date |

| | | |
|---|---|---|
| Signature | Printed Name | Date |

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

Sincerely,

Obeying His Commandments Holiness Church

*VIA FAX: 215-592-4663*
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

*VIA FAX: 504-561-6024*
Russ M. Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   In Re: Chinese-Manufactured Drywall Products Liability Litigation
      United States District Court, Easter District of Louisiana

      **Notice of Rescission of Opt-Out**

Dear Counselors:

     Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"), please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement. My/Our address of the property damaged by the Chinese Drywall is:

| 510 Sears Avenue | Waveland | MS | 39576 |
|---|---|---|---|
| Address | City | State | Zip |

| *Clayton Thompson* | CLAYTON THOMPSON | 10/19/12 |
|---|---|---|
| Signature | Printed Name | Date |

| *Rose Thompson* | Rose Thompson | 10/19/12 |
|---|---|---|
| Signature | Printed Name | Date |

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

     Sincerely,

     Clayton and Rose Thompson