IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Case No.09-7628 Sean Payton, *et al*, v. Knauf Gips KG, et al., | MAG. JUDGE WILKINSON |
| Case No.11-01077 Haya et al v. Taiahan Gypsum Co. ltd | |

*******************************************

### ORDER GRANTING KRUPNICK CAMPBELL MALONE ET AL MOTION TO WITHDRAW AS COUNSEL FOR MICHAEL & JUDITH KOVACS

Considering the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiffs **MICHAEL & JUDITH KOVACS** and the Court having considered the Motion and Supporting Memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiffs **MICHAEL & JUDITH KOVACS** is GRANTED and that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee are discharged from any further obligation and relieved of any further appearance in these cases on behalf of **MICHAEL & JUDITH KOVACS**. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiff Michael & Judith Kovacs, 79 Jesse Court, Montville, New Jersey 07045

New Orleans, Louisiana, this 29th day of October, 2012.

Eldon E. Fallon
United States District Court Judge