IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Case No. 09-7628 Sean Payton, *et al,* v. Knauf Gips KG, et al., | MAG. JUDGE WILKINSON |
| Case No. 10-00361 Wiltz et al v. Beijing New Building Material Public Limited Company et al. | |

*********************************

## ORDER GRANTING KRUPNICK CAMPBELL MALONE ET AL MOTION TO WITHDRAW AS COUNSEL FOR BERESFORD & THERESA BERTRAM

Considering the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiffs **BERESFORD & THERESA BERTRAM** and the Court having considered the Motion and Supporting Memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiffs **BERESFORD & THERESA BERTRAM** is GRANTED and that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee are discharged from any further obligation and relieved of any further appearance in these cases on behalf of **BERESFORD & THERESA BERTRAM**. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiffs Beresford & Theresa Bertram, 1707 SW 81 Way, North Lauderdale, FL 33068.

New Orleans, Louisiana, this 26th day of October, 2012.

Eldon E. Fallon
United States District Court Judge