IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED )
DRYWALL PRODUCTS LIABILITY )        MDL NO. 2047
LITIGATION )
 )                                  SECTION L
THIS DOCUMENT RELATES TO: )
 )                                  JUDGE FALLON
Case No.09-7628 )
Sean Payton, *et al,* v. Knauf Gips KG, et al., )
 )                                  MAG. JUDGE WILKINSON
Case No.09-06690 )
Gross et al v. Knauf Gips KG )
 )
Case No. 11-01077 )
Haya et al v. Taishan Gypsum Co.Ltd. )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER GRANTING KRUPNICK CAMPBELL MALONE ET AL MOTION TO WITHDRAW AS COUNSEL FOR DOLORES FLORIO, JOYCE GOTTUNG and ESTATE OF DOUGLAS GOTTUNG

Considering the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman &

McKee's Motion to Withdraw as Counsel for Plaintiff DOLORES FLORIO, JOYCE GOTTUNG and

ESTATE OF DOUGLAS GOTTUNG and the Court having considered the Motion and Supporting

Memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Krupnick Campbell Malone Buser Slama Hancock

Liberman & McKee's Motion to Withdraw as Counsel for Plaintiffs DOLORES FLORIO, JOYCE

GOTTUNG and ESTATE OF DOUGLAS GOTTUNG is GRANTED  and that the law firm of

Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee are discharged from any

further obligation and relieved of any further appearance in these cases on behalf of DOLORES

FLORIO, JOYCE GOTTUNG and ESTATE OF DOUGLAS GOTTUNG.  Until such time as a Notice

of Appearance is filed by new counsel, all pleadings shall be served on Plaintiff Dolores Florio at

12151 SW Lockhaven Court, Port St Lucie, FL 34987 and Joyce Gottung and Estate of Douglas

Gottung, 1313 Central Avenue, Surf City, New Jersey 08008.

New Orleans, Louisiana, this 26th day of _____October_____, 2012.


_____
Eldon E. Fallon
United States District Court Judge