IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Case No.09-7628 Sean Payton, et al, v. Knauf Gips KG, et al., | MAG. JUDGE WILKINSON |
| Case No.09-06690 Gross et al v. Knauf Gips KG | |
| Case No.11-01077 Haya et al v. Taishan Gypsum Co. Ltd. | |

******************************************

## ORDER GRANTING KRUPNICK CAMPBELL MALONE ET AL MOTION TO WITHDRAW AS COUNSEL FOR EDGAR AND RITA ALFORD

Considering the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiffs Edgar and Rita Alford and the Court having considered the Motion and Supporting Memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiffs Edgar and Rita Alford is GRANTED and that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee is discharged from any further obligation and relieved of any further appearance in these cases on behalf of Edgar and Rita Alford. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiffs Edgar and Rita Alford, 2104 Sifield Greens Way,

Sun City Center, FL 33573.

    New Orleans, Louisiana, this <u>26th</u> day of <u>    October    </u>, 2012.

                                            _____
                                            Eldon E. Fallon
                                            United States District Court Judge