**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | CIVIL ACTION NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | JUDGE FALLON |
| _____ | ) | |
| This Document Relates to: | | MAGISTRATE WILKINSON |
| ALL CASES | | |

**INTERIOR EXTERIOR'S MOTION TO QUASH**
**AND FOR PROTECTIVE ORDER**

NOW INTO COURT, through undersigned counsel, comes defendants, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. ("Interior Exterior") who move this Honorable Court for an order to quash Plaintiffs' Subpoena and for a protective order for documents directed toward United States Gypsum Company and Peter Lindh of Gibson Robb & Lindh for the expert report of Dr. Timothy Tonyan and Dr. Tonyan's reliance materials, deposition transcripts, and trial testimony in the *Dayton Superior Corporation vs. United States Gypsum Company*, Case No. RG-08-378152, Superior Court of California, County of Alameda. The subpoena request seeks information that is wholly irrelevant to the limited trial issue at hand; contains privileged trademark and product secrets of USG; and further, experts are not required to provide all reports and testimony in all cases they have testified or been retained in.

Peter Lindh and United States Gypsum Company respectfully join in this motion.

Respectfully submitted,

_Richard G. Duplantier, Jr.   /s/_
Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Benjamin R. Grau (#26307)
Carlina C. Eiselen, (# 28524)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gjtbs.com /jhassinger@gjtbs.com
bgrau@gjtbs.com / ceiselen@gjtbs.com
_Counsel for Defendant, Interior Exterior Building Supply,_
_L.P. and Interior Exterior Enterprises, LLC_

### Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 26th day of October, 2012.

_Richard G. Duplantier, Jr.   /s/_
RICHARD G. DUPLANTIER, JR.