DANIEL J. SMITH, SBN 132748
PARRIS H. SCHMIDT, SBN 183999
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, California 95110
Telephone No.: (408) 279-5393
Facsimile No.: (408) 279-5845

Attorneys for Plaintiff
DAYTON SUPERIOR CORPORATION

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| DAYTON SUPERIOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES GYPSUM COMPANY, Delaware corporation, and Does 1 to 50,<br><br>Defendants. | Case No. RG08378152<br><br>**STIPULATION AMENDING CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**<br><br>Assigned for all purposes to Hon. Patrick J. Zika<br>Department 24 |

Plaintiff Dayton Superior Corporation (hereinafter, "DSC") and Defendant United States Gypsum Company (hereinafter, "USG") possess certain confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than this litigation would be warranted. As the disclosure of such information would necessarily result in serious harm to DSC and/or USG, the parties executed a Stipulated Confidentiality Agreement and Protective Order which was signed by the Court and filed on December 17, 2008 (hereafter called the "Protective Order").

D:\Documents and Settings\pschmidt\Local Settings\Temporary Internet Files\OLK27\100628 Addendum to Stipulated Protective Order.DOC

STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER

As disclosure of certain "Confidential" information to certain employees of the parties could possibly result in serious harm to DSC and/or USG, the parties, through this addendum, hereby agree to modify Section 3. (a) (1) of the Protective Order so that it reads as follows:

> Access to such material shall be restricted to the parties to this action, their respective counsel and their legal and clerical staff, provided, however, if the "Confidential" information involves research or analysis performed by a party related to the design, formulation, development or testing of a product at issue in this litigation, access to the material shall be further restricted to preclude disclosure or dissemination to party employees who are involved in any way with product research, formulation development and testing.

Except for the change to the Protective Order provided for above, the remaining terms of the Protective Order remained unchanged.

This stipulation amending the Protective Order may be signed in counterparts.

DATED: 8/23/10

BOWMAN AND BROOKE LLP

By: _____
DANIEL J. SMITH
PARRIS H. SCHMIDT
Attorneys for Plaintiff
DAYTON SUPERIOR CORPORATION

DATED: 8/24/10

GIBSON ROBB & LINDH LLP

By: _____
PETER A. LINDH
MICHAEL J. Cummins
Attorneys for Defendant
UNITED STATES GYPSUM COMPANY

D:\Documents and Settings\pschmidt\Local Settings\Temporary Internet Files\OLK27\100628 Addendum to Stipulated Protective Order.DOC

STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER