-1-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | CIVIL ACTION NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | JUDGE FALLON |
| _____ | ) | |
| **This Document Relates to:** | | MAGISTRATE WILKINSON |
| ALL CASES | | |

### PROPOSED ORDER

Having considered the Motion to Quash and for Protective Order:

**IT IS FURTHER ORDERED BY THE COURT** that a hearing on Interior Building Supply, L.P., Peter Lindh, and USG's Motion to Quash and for Protective Order will be heard on Monday, October 29, 2012 at 10:00 a.m. (CT).

New Orleans, Louisiana this _____ day of _____, 2012.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT JUDGE

-1-