# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION NO. 09-2047<br><br>JUDGE FALLON |
| This Document Relates to:<br>ALL CASES | ) | MAGISTRATE WILKINSON |

## ORDER

Considering the Motion for Expedited Hearing in connection with Interior Building Supply, L.P., Peter Lindh, and USG's Joint Motion for Expedited Hearing in connection with the Motion to Quash and for Protective Order.

**IT IS ORDERED** that a hearing on Interior Building Supply, L.P., Peter Lindh, and USG's Joint Motion for Expedited Hearing in connection with the Motion to Quash and for Protective Order shall be held on an expedited basis on the Monday, October 29 2012, at 10:00 a.m.

New Orleans, Louisiana this _____ day of _____, 2012.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT JUDGE