IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047 SECTION L |
| THIS DOCUMENT RELATES TO: ) ) | JUDGE FALLON |
| Case No.09-7628 Sean Payton, *et al*, v. Knauf Gips KG, et al., ) ) ) | MAG. JUDGE WILKINSON |
| Case No. 12-00498 Almeroth et al v. Taishan Gypsum Co. Ltd. et al ) ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING KRUPNICK CAMPBELL MALONE ET AL MOTION TO WITHDRAW AS COUNSEL FOR JESUS & AMY ADANIEL

Considering the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiffs JESUS & AMY ADANIEL and the Court having considered the Motion and Supporting Memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiffs JESUS & AMY ADANIEL is GRANTED and that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee is discharged from any further obligation and relieved of any further appearance in these cases on behalf of JESUS & AMY ADANIEL. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiff Jesus & Amy Adaniel, 14000 Military Trail, Suite 206 A, Delray Beach, FL 33484.

New Orleans, Louisiana, this 26th day of October, 2012.

Eldon E. Fallon
United States District Court Judge