IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Case No. 11-02349 Arndt v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al | MAG. JUDGE WILKINSON |

*******************************************

## ORDER GRANTING KRUPNICK CAMPBELL MALONE ET AL MOTION TO WITHDRAW AS COUNSEL FOR LAYLA INES SFEIR AND GEORGE SALIBA

Considering the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiffs **LAYLA INES SFEIR AND GEORGE SALIBA** and the Court having considered the Motion and Supporting Memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiffs **LAYLA INES SFEIR AND GEORGE SALIBA** is GRANTED and that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee are discharged from any further obligation and relieved of any further appearance in these cases on behalf of **LAYLA INES SFEIR AND GEORGE SALIBA**. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiff Layla Ines Sfeir and George Saliba, 9626 Kenley Court, Parkland, FL 33067.

New Orleans, Louisiana, this 26th day of October, 2012.

Eldon E. Fallon
United States District Court Judge