IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE**:** CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Case No.09-7628 Sean Payton, *et al,* v. Knauf Gips KG, et al., | ) ) ) | MAG. JUDGE WILKINSON |
| Case No.09-06690 Gross et al v. Knauf Gips KG | ) ) | |

*****************************************

### ORDER GRANTING KRUPNICK CAMPBELL MALONE ET AL MOTION TO WITHDRAW AS COUNSEL FOR CALMAN & CHARLEEN PRUSCHA

Considering the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiff Calman & Charleen Pruscha and the Court having considered the Motion and Supporting Memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiff Calman & Charleen Pruscha is GRANTED and that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee are discharged from any further obligation and relieved of any further appearance in these cases on behalf of Calman & Charleen Pruscha. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiff Calman & Charleen Pruscha, 1419 Emerald Dunes Drive, Sun City Center, FL 33573 and 721 Clearlake Point, Seneca, South Carolina 29672.

New Orleans, Louisiana, this __26th__ day of ___October___, 2012.

_____
Eldon E. Fallon
United States District Court Judge