IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE**:** CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Case No.10-00362 Rogers et al v Knauf Gips KG et al | ) ) ) | MAG. JUDGE WILKINSON |

*****************************************

### ORDER GRANTING KRUPNICK CAMPBELL MALONE ET AL MOTION TO WITHDRAW AS COUNSEL FOR CHARLEY FLORES & CARMENZA RODRIGUEZ

Considering the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiff **CHARLEY FLORES & CARMENZA RODRIGUEZ** and the Court having considered the Motion and Supporting Memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiff **CHARLEY FLORES & CARMENZA RODRIGUEZ** is GRANTED and that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee are discharged from any further obligation and relieved of any further appearance in these cases on behalf of **CHARLEY FLORES & CARMENZA RODRIGUEZ**. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiff Charley Flores & Carmenza Rodriguez, 703 SW 147 Avenue, Pembroke Pines FL 33025

New Orleans, Louisiana, this 26th day of October, 2012.

_____
Eldon E. Fallon
United States District Court Judge