IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE**:** CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Case No.09-7628<br>Sean Payton, *et al,* v. Knauf Gips KG, et al., | MAG. JUDGE WILKINSON |
| Case No.09-06690<br>Gross et al v. Knauf Gips KG | |

*****************************************

### ORDER GRANTING KRUPNICK CAMPBELL MALONE ET AL MOTION TO WITHDRAW AS COUNSEL FOR GUSTAVO & MARIA SOSA

Considering the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiffs **GUSTAVO & MARIA SOSA** and the Court having considered the Motion and Supporting Memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee's Motion to Withdraw as Counsel for Plaintiffs **GUSTAVO & MARIA SOSA** is GRANTED and that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee is discharged from any further obligation and relieved of any further appearance in these cases on behalf of **GUSTAVO & MARIA SOSA**. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiffs Gustavo & Maria SoSa, 14728 SW 5 Street, Pembroke Pines, FL 33027.

New Orleans, Louisiana, this 26th day of October, 2012.

_____
Eldon E. Fallon
United States District Court Judge