**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| =============================== | x | ============================= |
|---|---|---|
| | x | |
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | x | SECTION: L |
| LITIGATION | x | JUDGE FALLON |
| | x | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL | x | |
| CASES | | |
| =============================== | x | ============================= |

**PLAINTIFFS' RESPONSE TO INTERIOR EXTERIOR'S**
**MOTION TO QUASH AND FOR PROTECTIVE ORDER**

Counsel for the Plaintiffs' Steering Committee ("PSC") hereby files this in response to a Motion to Quash and for Protective Order filed by Interior/Exterior Building Supply, L.P. ("INEX"). For the reasons set below, the PSC respectfully requests the Court to deny INEX's motion.

BACKGROUND

Dr. Timothy G. Tonyan's deposition is noticed for November 2, 2012. After several attempts to obtain Mr. Tonyan's prior testimony without compelled production, on October 25, 2012, Plaintiffs subpoenaed Dr. Tonyan's expert report, reliance materials, deposition transcripts, and trial testimony, if any, from *Dayton Superior Corporation vs. United States Gypsum Company*, Case No. RG-08-378152, Superior Court of California, County of Alameda from United States Gypsum Company (the party on behalf of whom Dr. Tonyan's prior testimony as offered) and Peter Lindh of Gibson Robb Lindh (counsel for that party). On October 26, 2012, INEX filed a Motion to Quash and for Protective Order.

ARGUMENT

INEX's first assertion is that Plaintiffs' subpoena request is improper because it seeks opinions offered that are unrelated to the limited issue at trial. Dr. Tonyan's opinions in the *Dayton* trial may be relevant as his opinions relate to construction materials and building materials. While Plaintiffs do not know the full nature of the defect and notice at issue in the *Dayton* case, the *Dayton* case involves Duracal and VO Patch, both are building and construction materials. Similarly, Dr. Tonyan has been retained as an expert in this Chinese Manufactured Drywall litigation to opine on issues pertaining to construction materials and building materials, specifically Chinese Manufactured Drywall.

To the extent INEX is correct, it appears that Dr. Tonyan's opinion in the upcoming trial may be outside of his expertise. His patents, education, work and publications are in developing high-end cement technologies, and not in gypsum board or observations made by an importer or distributor during the import of gypsum board. In the case before this Court, he is offering opinions about what an importer and distributor knew or should have known about its gypsum board. Plaintiffs have a right to know whether Dr. Tonyan has any experience in the matters presented to this Court, and the *Dayton* testimony may be as close as he comes. It is best to let Plaintiffs review the subpoenaed materials to determine what may or may not be useful.

Second, INEX asserts that the subpoenaed materials may contain privileged matter and trademark and product secrets as to USG, but not to INEX. No absolute privilege for confidential information or trade secrets exists. Cmedia, LLC v. LifeKey Healthcare, LLC, 216 F.R.D. 387, 390 (N.D. Tex. 2003). Rule 45 provides that a court may place conditions upon the production of documents where the request requires disclosure of a trade secret or other confidential commercial information and the party seeking discovery shows a substantial need

for the material that cannot otherwise be met without undue hardship. Fed. R. Civ. P. 45(c)(3)(B). The moving party has the burden to establish that the information sought is a trade secret and that its disclosure might be harmful. *Id.* at 390-91.  INEX only claim that the subpoenaed materials "may" include privileged materials and trademark and product secrets as to USG.  (See Memorandum In Support of Interior Exterior's Motion to Quash and for Protective Order, 3).  INEX seeks a motion to quash and for protective order but did not meet their burden to establish that the information sought contains privileged materials and trademark and product secrets, that if disclosed, would be harmful.  Indeed, INEX might not even have standing to seek such protections on behalf of the third party USG.

Similarly, INEX claims that a release of subpoenaed materials will violate the Superior Court of the State of California's Protective Order ("Protective Order").  The submitted Stipulated Confidentiality Agreement and Protective Order applies to "Confidential" information.  (See Stipulation Amending Confidentiality Agreement and Protective Order, 2). INEX has not established that the subpoenaed documents and the entirety of the testimony were designated as Confidential and subject to the Protective Order.  Therefore production of the requested documents will not violate the Protective Order.  Additionally, the current Chinese Drywall litigation has a Confidentiality Agreement that would apply to the subpoenaed documents.  Production of the subpoenaed documents is not a violation of the Protective Order and will be protected by the Confidentiality Agreement in this Chinese Drywall litigation. Moreover, there is an equally robust protective order in place in this litigation. Plaintiffs are more than happy to extend such protections to any information that may warrant such protections.

CONCLUSION

Based on the foregoing, Plaintiffs respectfully request that INEX's Motion to Quash and for Protective Order be denied.

Dated: October 29, 2012

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.WSuite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony Irpino
Irpino Law Firm
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 29th day of October, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047