UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: *Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 11-cv-080 (E.D. La.) *Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 12-cv-0498 (E.D. La.) *Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.) *Germano et al. v. Taishan Gypsum Co., Ltd. et al.* Case No. 2:09-cv-06687 (E.D. La.) *Gross, et al. v. Knauf Gips, KG, et al* Case No. 09-cv-6690 (E.D. La.) *Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al* Case No. 11-cv-1077 (E.D. La.) *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al* Case No. 10-cv-361 (E.D. La.) | JUDGE FALLON MAG. JUDGE WILKINSON |

**PROPOSED ORDER**

Upon Consideration of MOTION FOR LEAVE TO AMEND PROPOSED CLASS

COUNSEL'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR AN ORDER: (1)

PRELIMINARILY APPROVING EACH OF THE THREE SETTLEMENT AGREEMENTS

(NATIONWIDE INSUREDS SETTLEMENT AGREEMENT, PORTER-BLAINE/VENTURE

SUPPLY SETTLEMENT AGREEMENT, TOBIN TRADING AND INSTALLERS

SETTLEMENT AGREEMENT) IN MDL NO. 2047 REGARDING CLAIMS AGAINST

PARTICIPATING DEFENDANTS INCLUDING BUILDERS, INSTALLERS, SUPPLIERS

AND PARTICIPATING INSURERS RELATING TO VIRGINIA AND CERTAIN OTHER

REMAINING CLAIMS; (2) CONDITIONALLY CERTIFYING EACH OF THE THREE

SETTLEMENT CLASSES; (3) APPROVING THE FORM NOTICE TO CLASS MEMBERS;

(4) SCHEDULING A JOINT FAIRNESS HEARING; AND (5) STAYING CLAIMS AGAINST

PARTICIPATING DEFENDANTS INCLUDING BUILDERS, INSTALLERS, SUPPLIERS,

AND PARTICIPATING INSURERS (DOCUMENT 15969-1); AND SUBSTITUTE FOR

EXHIBIT E-1 (DOCUMENT 15969-9) AND EXHIBIT E-2 (DOCUMENT 15969-10); and any

response thereto, the Motion is GRANTED.

New Orleans, Louisiana this 26th day of October, 2012.


_____
ELDON E. FALLON
United States District Court Judge