UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
|---|---|
| THIS DOCUMENT RELATES TO: ALL CASES | |

### ORDER

Considering the Motion for Expedited Hearing in connection with Class Counsel's Motion for Sanctions;

IT IS ORDERED that a hearing on Class Counsel's Motion for Sanctions be held on an expedited basis on the 7th day of November, 2012, at 10:30 o'clock a.m.

IT IS FURTHER ORDERED that any responses to the motion should be filed on or before the 1st day of November, 2012.

New Orleans, Louisiana, this 26th day of October, 2012.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge