UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                          MDL NO. 2047
                                                    SECTION: L

                                                    JUDGE FALLON
                                                    MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*CASES SET FOR TRIAL INVOLVING INTERIOR/
EXTERIOR AND NORTH RIVER*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the PLAINTIFF-Intervenors' Motion *in Limine* to Exclude Defendants' Expert Opinion or Other Evidence, be set for hearing on an expedited basis on the 13th day of November, 2012, at 8:30 a.m. immediately following the monthly status conference.

IT IS FURTHER ORDERED that any responses to the motion should be filed on or before the 6th day of November, 2012.

THIS DONE the 26th day of October, 2012, New Orleans, Louisiana.

_____
HONORABLE ELDON FALLON