IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | ) ) | |
| Case No.09-06690<br>David Gross et al v. Knauf Gips KG et al | ) ) | MAG. JUDGE WILKINSON |
| Case No.10-03070<br>Hernandez et. al. v. AAA Insurance et. al. | ) ) ) | |

*****************************************

### ORDER GRANTING SEEGER WEISS LLP MOTION TO WITHDRAW AS COUNSEL FOR MARY BUTLER

Considering the law firm Seeger Weiss LLP's Motion to Withdraw as Counsel for Plaintiff MARY BUTLER and the Court having considered the Motion and Supporting Memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm Seeger Weiss LLP's Motion to Withdraw as Counsel for Plaintiff **MARY BUTLER** is GRANTED and that the law firm Seeger Weiss LLP is discharged from any further obligation and relieved of any further appearance in these cases on behalf of **MARY BUTLER**. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiff Mary Butler, 2100 Constantine Drive, Marrero, LA 70072.

New Orleans, Louisiana, this 26th day of October, 2012.

_____
Eldon E. Fallon
United States District Court Judge