UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering Class Counsel's Motion for Sanctions (R. Doc. 15982), **IT IS ORDERED** that this Motion is set for hearing with oral argument before District Judge Eldon E. Fallon at 2:30 p.m. central time on October 31, 2012. Responses in opposition to this Motion are to be filed by 5:00 p.m. on October 30, 2012.

New Orleans, Louisiana this 30th day of October, 2012.

_____
United States District Judge