UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| This Document Relates to All Cases | : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Gordon E. Taub. **IT IS ORDERED** that this correspondence is to be filed into the record. **IT IS FURTHER ORDERED** that the Plaintiffs' Liaison Counsel investigate the issues raised in this correspondence and contact the Court to report their findings.

New Orleans, Louisiana, this 26th day of October 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Gordon E. Taub
808 Cole Court
Covington
LA 70433
gtaub18@gmail.com