*Gordon E. Taub*
*808 Cole Court*
*Covington, LA 70433*
gtaub18@gmail.com

RECEIVED

OCT 25 2012

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

The Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

Re: Chinese Drywall MDL 2047                                   October 24, 2012

Dear Judge Fallon:

Attached to this letter please find a home inspection from Healthy Home Solutions, LLC dated
April 19, 2012 documenting the presence of Knauf's Chinese drywall thought out my home.

I am writing because after several attempts I am unsuccessful in 1) becoming a part of the Knauf
Settlement class, 2) receiving relief from Knauf as an *orphan* because I am not a part of the
original Settlement class, or 3) becoming aware of any action or litigation initiated by a law firm
representing individuals with Knauf Chinese drywall throughout his/her home who are not a part
of the Settlement class.

The only information I have received is from Mr. Johnson's office wherein he stated that he is
aware of my situation, as well as others in the same situation (with Knauf Chinese drywall
throughout the home), and there is currently no effort on the part of the Court or defendant's
council to address homes which are not a part of the Settlement class.

I am writing in an attempt to bring to the Court's attention that I am one of many who have
Knauf Chinese drywall throughout the home who are not part of the Settlement class. We are
currently falling between the cracks and I respectfully request the Court to recognize the need for
individual's with homes containing Knauf Chinese drywall, who are not a part of the Settlement
class to 1) become part of the Kanuf Settlement class,  2) be recognized within the Settlement
Agreement as needing to receive relief from Knauf under a future agreement, or 3) any action
which the Court believes will have the effect of preserving my rights and the rights of others in a
similar situation to receive relief from Knauf.

Thank you for your time and consideration.

Sincerely,

Gordon E. Taub

cc: Russ Herman

*Gordon E. Taub*
*808 Cole Court*
*Covington, LA 70433*
*gtaub18@gmail.com*

Herman, Herman, & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA  70113


Kerry J. Miller
Frilot L.L.C.
Suite 3700
1100 Poydras Street
New Orleans, LA  70163


Robert M. Johnston
Law Offices of Robert M. Johnston, LLC
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130

# Property Screening Report

## 808 Cole Ct, Covington, LA 70433

Screening Date:
April 19, 2012

Prepared for:
Gordon Taub

Report Number:
HHS 11258

HHS Inspector(s):
Jacob Frich
David Barry





**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

April 22, 2012

Chinese Drywall Screening Report Number: HHS---DW---11258
Property:    808 Cole Ct.
             Covington, LA, 70433

Mr. Taub:

At your request, an inspection of the above property was performed on April 19, 2012. The building is a two-story single family home.

Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and not an exhaustive technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known affects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the above referenced property.

| MDL No. | Drywall Manufacturer Identifier | Markings on drywall | Location in home |
|---------|--------------------------------|--------------------|------------------|
| 1(old # 9) | Knauf Tianjin | KANAUF TIANJIN | Walls & Ceilings |

At approximately 2800 sf total with 9-foot ceilings, we estimate that there is approximately 11,200 sf of drywall in this house.

We trust that this report meets or exceeds your expectations. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber, CDDC
For Healthy Home Solutions, LLC

Enclosures

**Healthy Home Solutions, LLC**
• Phone:  (985) 288-5858 •
healthyhomesolutionsllc@gmail.com

2



HHS 11258 Taub - 325

HHS 11258 Taub - 326

HHS 11258 Taub - 327

HHS 11258 Taub - 328

HHS 11258 Taub - 329

HHS 11258 Taub - 001

HHS 11258 Taub - 002

HHS 11258 Taub - 003

HHS 11258 Taub - 004

HHS 11258 Taub - 005

HHS 11258 Taub - 006

HHS 11258 Taub - 007

  

HHS 11258 Taub - 008          HHS 11258 Taub - 009          HHS 11258 Taub - 010



HHS 11258 Taub - 011



## Scope of Work

The purpose of this inspection is to locate and identify damages consistent with Corrosive Drywall (CDW). The basis of this identification procedure is the report
REVISION 1 TO THE INTERIM GUIDANCE – IDENTIFICATION OF HOMES WITH CORROSION FROM PROBLEM DRYWALL, AUGUST 27, 2010, by the Consumer Product Safety Commission (CPSC), which specifies:

The identification process is two steps:
(1) an initial or threshold inspection to find visual signs of metal corrosion and evidence of drywall installation during the relevant time period, and
(2) the identification of corroborating evidence or characteristics.

### Step 1: Threshold Inspection

Visual inspection must show:
(a) Blackening of copper electrical wiring and/or air-conditioning evaporator coils; and
(b) The installation of new drywall (for new construction or renovations) between 2001 and 2008. A positive result for this step (including both criteria) is a prerequisite to any further consideration.

### Step 2: Corroborating Evidence

Because it is possible that corrosion of metal in homes can occur for other reasons, it is important to obtain additional corroborating evidence of problem drywall. Homes with the characteristic metal corrosion problems must also have at least two of these corroborating conditions if the new drywall was installed between 2005 and 2008. For installations between 2001 and 2004, at least four of the following conditions must be met. Collecting evidence of these corroborating conditions will in some cases require professional assessors and/or testing by analytical laboratories.
(a) Elemental sulfur levels in samples of drywall core found in the home exceeding 10 ppm;
(b) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of two weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air-conditioning coils; origin for drywall in the home;
(c) Confirmed markings of Chinese origin for drywall in the home.
(d) Elevated levels of hydrogen sulfide, carbonyl sulfide, and/or carbon disulfide emitted from samples of drywall from the home when placed in test chambers using ASTM Standard Test Method D5504-08 or similar chamber or headspace testing;
(e) Corrosion of copper metal to form copper sulfide when copper is placed in test chambers with drywall samples taken from the home.

If Step 1 is not found to be true than it is not appropriate to move on to Step 2.

Taub
HHS 11258 DW

**Healthy Home Solutions, LLC**
• **Phone: (985) 288-5858** •
healthyhomesolutionsllc@gmail.com

3



Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property



Figure 2: Address as seen from street

 Healthy Home Solutions, LLC

## Photo Exhibit-Indicia



Figure 3: Tianjin label found on wall in 1st floor HVAC closet



Figure 4: KNAUF TIANJIN markings on two walls

Taub
HHS 11258 DW



Healthy Home Solutions, LLC

## Photo Exhibit- Indicia



Figure 5: Domestic drywall markings as visible from attic



Figure 6: "K" markings on front of unfinished drywall in garage.

 

## Photo Exhibit- Damages



Figure 7: AC on 1st floor shows heavy black deposits and discoloration consistent with the presence of CDW



Figure 8: AC on 2nd floor shows heavy black deposits and discoloration consistent with the presence of CDW

 

## Photo Exhibit-Damages



Figure 9: Exposed copper in breaker panel shows heavy blackening



Figure 10: Copper at water heater showed sporadic blackening

 

## Photo Exhibit- Damages



Figure 11: Exposed copper ground wire at Switch on 1st floor shows heavy blackening



Figure 12: Outlet on 1st floor showed heavy blackening





**Photo Exhibit-Damages**



Figure 13: Plumbing fixtures showed heavy pitting



Figure 14: Copper at thermostat showed discoloration and blackening



## Photo Exhibit-Finishes



Figure 15: Cabinets have crown molding and tile backsplash



Figure 16: Custom mantel and tile fireplace surround





## Photo Exhibit-Finishes



Figure 17: Custom built in bookshelves



Figure 18: Multiple wire shelves in master bath closet



Healthy Home Solutions, LLC

## Photo Exhibit-Finishes



Figure 19: Stair railing to second floor with custom trim



Figure 20: 3 ¼" baseboard



## Photo Exhibit-Finishes



Figure 21: Custom built shelving



Figure 22: Garage is fire taped only



Healthy Home Solutions, LLC

## Photo Exhibit-Finishes



Figure 23: Cultured marble shower enclosure with glass door



Figure 24: Cultured marble tub surround.



## Photo Exhibit-Finishes



Figure 25: Laminated countertops and tile backsplash



Figure 26: Custom tile backsplash.



# Case Narrative

### Information Summary (Obtained from Client):

Building Info:
    **Renovator/Builder:** Southern Homes **Drywall Supplier:** unknown by client
    **Year built:** 2006 **Renovated:** n/a
    **Square Footage:** 2800   **Ceiling Height:** 9'
    **Framing Material:** wood
    **Number of HVAC units:** 2 (1 per floor)
    **Number of Water Heaters:** 1

Building/Renovation/Addition History (Drywall)
    Home built new shortly after Hurricane Katrina

Reason for Screening
    Document CDW in home.

Known issues include, but are not limited to:
    CDW has been found in neighboring homes built at same time.

A/C age and repair history:
    Owner reports coils were tarnished.

Primary complaints related to the home include, but are not limited to:
    None reported.

Primary complaints related to personal property within the home include, but are not limited to:
    None reported.





# Inspector's Observations:

Odor associated with reactive drywall:

Though it has been reported that reactive drywall has a "rotten egg" odor, it is more often recognized as a "burnt match" or "fireworks" smell.

*Inspector did detect an odor consistent with CDW at arrival and during the inspection.*

Visual observations of the effects typical in homes with reactive "Chinese" drywall:

The Report on Study of Electrical Component Corrosion Related to Problem Drywall by Sandia National Laboratories for the CPSC describes "the accumulation of copper sulfide corrosion was evident visually on metal surfaces that were exposed to homes in which problem drywall was installed." The report continues with "the copper sulfide was friable and displaced readily by scraping." The copper sulfide (appearing as black deposits) commonly associated with reactive drywall is often observed on the ground wires, copper plumbing and/or the copper components of the HVAC system.

- *Discoloration and black deposits were observed on the evaporated coils for HVAC unit on first floor, along with the copper water lines on the water heater and both breaker panel and outlets/switches.*
- *The breaker panel and water heater had major discoloration/*
- *1st floor HVAC unit coolant line had visible damage, but coils were coated with protective paint that was hard to access.*
- *2nd floor HVAC coil was coated with corrosive resistant. Coolant line showed heavy blackening*

Taub
HHS 11258 DW



Healthy Home Solutions, LLC

Label Identification:

The Multi-District Litigation #2047 has identified at least 30 different brand identifiers and published documents with corresponding numbers. As part of a visual inspection HHS, LLC's practice is to look for and if possible, identify the brands that are found in a home.

- *KNAUF TIANJIN labels found in multiple locations on walls*
- *National Gypsum found in 2nd floor ceiling.*
- *No Chinese brands identified other than KNAUF TIANJIN (capital letters)*

X-Ray Fluorescence Instrument (XRF) Readings:

A portable x-ray fluorescence (XRF) analyzer was utilized to obtain strontium (Sr) readings throughout the home in a random pattern.  The CPSC has recognized a threshold of 1200 ppm indicating a correlation with problematic "Chinese Drywall."

Often the finishes on the walls can interfere with the devices ability to get adequate readings by preventing the return of the x-ray. This may cause false negative readings and as a rule HHS, LLC calculates "Finish Factors" to account for this.

Finish factors are calculated based on measurements taken on raw gypsum and comparing the readings from an area with wall finish located immediately adjacent to the location of the raw gypsum measured.  These readings are averaged to develop a drywall finish factor. That factor is then applied to each XRF reading. The use of a Finish Factor will be indicated on the report.

Some domestic & imported brands show elevated levels of Strontium. High Strontium is helpful in identifying different batches and brands. It is not considered to be corroborating evidence. There for an inspector must be careful to confirm labels and/or additional indicators of reactive drywall when readings are high.

- *XRF readings on the walls ranged from 900-748 and a low reading of 464 through texture and paint.*
- *XRF readings on the ceilings was on the kitchen ceiling with a high reading of 360 and a low reading of 111.*



Healthy Home Solutions, LLC

> • *XRF readings on the drywall in showing KPT markings was*
> *1085 ppm for Strontium.*

## Corrosion Testing

Corrosion testing is done in several ways. Using copper media, either as coupons or caps, air is made to pass over the media for a specified time. This can be done passively, by leaving the media in an area of concern for a length of time, usually a minimum of 7 days. This can also be done with air acceleration.

Using vacuum pumps or fans, air is accelerated over the media for a specified length of time. This is done for a minimum of 24 hours in the area of concern.

With both methods, at least one sample is exposed to the air outside. This is considered to be a control and will register outdoor levels of sulfur gasses for consideration. It is also common to maintain a "blank" (unexposed) sample to submit with the other samples.

These samples are then measured for Sulfur that has oxidized on the surface of the media. Indoor and outdoor samples are compared and conclusions can be drawn.

> *No corrosion testing was performed at this location.*

## Wipe Testing for Sulfur

From the Consumer Product Safety Commission's "Revision 1 to the Interim Guidance-Identification of Homes with Corrosion from Problem Drywall, August 27, 2010":
(b) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of two weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air-conditioning coils; origin for drywall in the home.

Ghost Wipe samples are collected from the discolored copper at the time of the inspection. Upon returning to the office an XRF specially calibrated to read low level Sulfur is used to determine the amount of Sulfur appearing in the black deposits on the wipe. The measurements are taken in $ug/cm^2$.

> *Samples collected from 1st floor HVAC return line: 3657.97 ug/cm² for*
> *Sulfur, Water heater: 2478.25 ug/cm², Attic HVAC return line: 542.98*



*ug/cm². This confirms the presence of Sulfur on the copper on the blackened copper.*

### Elemental Sulfur Testing (S8)

From the Consumer Product Safety Commission's "Revision 1 to the Interim Guidance-Identification of Homes with Corrosion from Problem Drywall, August 27, 2010":
The Task Force believes that the May 28, 2010 report has shown the use of elemental (orthorhombic) sulfur to be the marker most directly correlated with the reports of problem drywall in a home. Although the results of such testing are not as quickly available as the strontium screening, testing for elemental sulfur is commercially available and is a more accurate method, which provides greater assurances to interested parties. Samples are collected as 2"x2" samples, bagged and sent by mail to a laboratory, with a Chain of Custody document, for analysis.

*No samples were taken at the time of the inspection.*



# Conclusion

Based on our visual observations, personal experience and knowledge of the current state of the industry, Healthy Home Solutions, LLC is of the opinion that this house meets both the Threshold Inspection and two corroborating evidence requirements (B- Confirmed sulfur in the discoloration on copper from the house and C- Confirmed markings of Chinese origin for drywall in the home) indicating that reactive drywall commonly known, as "Chinese Drywall" **is present** in the subject property.

It is not uncommon to have mixed brands containing both reactive and non-reactive drywall in the same house and sometimes the same wall. Careful attention should be paid during dismantling to document the use of drywall not marked as "Made in China." Based on the outward signs of damage, the strong odor and the discovery of significant amounts of CDW in other areas, it is HHS conclusion that CDW is present.

Below is an opinion summary of the areas in regards to the presence of reactive "Chinese Drywall."

- CDW is present in walls
- No CDW brands other than KNAUF TIANJIN were identified during this inspection.

It is the intent of HHS to inform and empower the Client with enough knowledge to make a well-informed decision that is in the best interests of the Client.  Towards that end, we recommend that you contact an attorney to discuss your legal rights, including potential claims against your builder, along with the installer, supplier and manufacturer of the drywall.

If further information should become available concerning or relevant to the conclusions drawn herein, HHS reserves the right to review and amend this report, if appropriate.