## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED   DRYWALL PRODUCTS   LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| Hobbie, et al. v. RCR Holdings II, LLC, et al., No. 10-1113 | ) ) ) ) ) ) | JUDGE FALLON  MAG. JUDGE WILKINSON |

### CONSENT MOTION TO SCHEDULE FINAL FAIRNESS HEARING ON THE RCR SETTLEMENT FOR NOVEMBER 13-14, 2012

The Settlement Agreement entered into by and between the Plaintiffs in the *Hobbie, et al. v. RCR Holdings II, LLC, et al.*, No. 10-1113 (E.D. La.) (Fallon, J.)("*Hobbie*") matter, and RCR Holdings II, LLC ("RCR") was preliminarily approved from the bench by the Court during the June 14, 2012 status conference. The Preliminary Approval Order, as well as the Class Notice, states that the final Fairness Hearing on the RCR Settlement shall be held on October 31, 2012 at 9:00 a.m. Central time. Through an inadvertent scheduling oversight, the Fairness Hearing is not on the Court's calendar for October 31, 2012.

As a result, the Settling Parties respectfully request that the Court schedule the final Fairness Hearing for the RCR Settlement on November 13-14, 2012, the same dates the Court has reserved for holding the Joint Final Fairness hearing on all class action settlements that have received preliminary approval from the Court. This will not result in prejudice to any party or class member since there no one opted out of the Settlement, no objections were filed, and no one indicted any intent to appear at the hearing.

WHEREFORE, the Plaintiffs and RCR respectfully request that the Court enter the Proposed Order, filed herewith, scheduling the final Fairness Hearing for the RCR Settlement on November 13-14, 2012.

Dated: October 30, 2012                     WHITFIELD BRYSON & MASON LLP

/s/ Daniel K. Bryson
Daniel K. Bryson
WHITIFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
Email: dan@wbmllp.com

Adam C. Linkhorst, Esq.
LINKHORST & HOCKIN P.A.
4495 Military Trail, Suite 106
Jupiter, Florida 33458
Email: acl@floridahardhatlaw.com
Tel.  561.626.8880  / 954.776.5990
Fax.  561.626.8885
Cell.  954.562.9199

Joel R. Rhine
RHINE LAW FIRM
314 Walnut Street, Suite 1000
Wilmington  NC  28401
Telephone:  (910) 772-9960
Facsimile:   (910) 772-9062

Daniel K. Bryson
WHITIFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035

Gary E. Mason
Donna F. Solen
1625 Massachusetts Avenue, NW
Suite 605
Washington, DC  20036
Telephone: (202) 429-2290

Chris Coffin
PENDLEY BAUDIN & COFFIN, LP
Post Office Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Telephone:  (225) 687-6396

Stephen Mullins
LUCKEY & MULLINS
2016 Bienville Blvd
P.O. Box 990
Ocean Springs, MS 39564
Telephone:  (228) 875-3175
Facsimile:   (228) 872-4719

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 30th day of October, 2012.

/s/ Daniel K. Bryson
Daniel K. Bryson