UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED<br>      DRYWALL PRODUCTS<br>      LIABILITY LITIGATION | )<br>)<br>)<br>) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | )<br>) | SECTION: L |
| Hobbie, et al. v.<br>RCR Holdings II, LLC, et al., | )<br>)<br>) | JUDGE FALLON |
| No. 10-1113 | )<br>)<br>) | MAG. JUDGE WILKINSON |

**[PROPOSED] ORDER**
**CONSENT MOTION TO SCHEDULE FINAL FAIRNESS HEARING ON**
**THE RCR SETTLEMENT FOR NOVEMBER 13-14, 2012**

The Court hereby GRANTS Plaintiffs' in the *Hobbie, et al. v. RCR Holdings II, LLC, et al.*, No. 10-1113 (E.D. La.) (Fallon, J.)("*Hobbie*") matter, and RCR Holdings II, LLC's ("RCR") Consent Motion to Schedule the Final Fairness Hearing on the RCR Settlement for November 13-14, 2012, the same dates the Court has reserved for holding the Joint Final Fairness hearing on all class action settlements that have received preliminary approval from the Court. This change in date for the Fairness Hearing on the RCR Settlement shall be indicated on the Court's website so that proper notice is provided to any interested parties.

IT IS SO ORDERED.

DATED: _____        _____
                                                                        Judge Eldon E. Fallon
                                                                        United States District Court Judge

1