UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering Class Counsel's Motion for Sanctions (R. Doc. 15982), the Court has determined that a status conference is appropriate.

Accordingly, **IT IS ORDERED** that a status conference shall take place in the Chambers of District Judge Eldon E. Fallon on Wednesday, October 31, 2012, at 2:30 p.m. central time. The following counsel shall attend: Christopher Bandas, Esq.; R. Joshua Koch, Esq.; Russ M. Herman, Esq.; Leonard A. Davis, Esq.; Arnold Levin, Esq.; and Fred Longer, Esq. Counsel shall be prepared to discuss both the pending Motion for Sanctions (R. Doc. 15982) and the status of discovery as described in counsel's correspondence. Out-of-town counsel who wish to participate by telephone shall contact the Court to obtain call-in information.

**IT IS FURTHER ORDERED** that the Court's previous Order (R. Doc. 16035) be and is hereby **AMENDED** to indicate that any response to Class Counsel's Motion for Sanctions (R. Doc. 15982) shall be filed before 9:30 a.m. central time on Wednesday, October 31, 2012. The remainder of the Order, including the setting of the Motion for hearing on an expedited basis at

10:30 a.m. central time on November 7, 2012, shall continue in full force and effect.

**IT IS FURTHER ORDERED** that the Court's previous Order (R. Doc. 16038) setting Class Counsel's Motion for Sanctions (R. Doc. 15982) for hearing with oral argument at 2:30 p.m. central time on October 31, 2012 be and is hereby **VACATED**.

New Orleans, Louisiana this 30th day of October, 2012.

UNITED STATES DISTRICT JUDGE