UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**CLASS COUNSEL'S RESPONSE
TO E AND E CONSTRUCTION'S MOTION TO DISMISS OBJECTION**

Class Counsel submit this response to the motion of E and E Construction to dismiss its objection [Rec. Doc. 16040]. For the reasons set forth in Class Counsel's Omnibus Response to the Bandas Objectors' Motion to Dismiss Objection [Rec. Doc.15981], which is incorporated herein by reference, the motion should be granted subject to the conditions set forth in Class Counsel's omnibus response.

                                               Respectfully submitted,

Dated: October 30, 2012                /s/ Russ M. Herman
                                               Russ M. Herman, Esquire (Bar No. 6819)
                                               Leonard A. Davis, Esquire (Bar No. 14190)
                                               Stephen J. Herman, Esquire (Bar No. 23129)
                                             HERMAN, HERMAN & KATZ, L.L.C.
                                             820 O'Keefe Avenue
                                             New Orleans, LA 70113
                                             Phone: (504) 581-4892
                                             Fax: (504) 561-6024
                                             Ldavis@hhklawfirm.com
                                             *Plaintiffs' Liaison Counsel in MDL 2047
                                             and Class Counsel*

        Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*
*and Class Counsel*

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Class Counsel's Omnibus Response to E and E Construction's Motion to Dismiss Objection has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 30th day of October, 2012.

             /s/ Leonard A. Davis
             Leonard A. Davis, Esquire
             Herman, Herman & Katz, L.L.C.
             820 O'Keefe Avenue
             New Orleans, Louisiana 70113
             Phone: (504) 581-4892
             Fax: (504) 561-6024
             Ldavis@hhklawfirm.com
             *Plaintiffs' Liaison Counsel*
             *MDL 2047*
             *Co-counsel for Plaintiffs*