UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

*Payton, et. al. v. Knauf Gips, KG, et. al.*
Case No. 2:09-cv-07628 (E.D. La.)

*Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.*
Case No. 1:09-cv-00361 (E.D. La.)

*Gross, et. al. v. Knauf Gips, KG, et. al.*
Case No. 2:09-cv-06690 (E.D. La.)

*Rogers, et. al. v. Knauf Gips, KG, et. al.*
Case No. 2:10-cv-00362 (E.D. La.)

*Amato, et. al. v. Liberty Mutual Ins. Co., et. al.*
Case No. 2:10-cv-00932

*Hernandez, et. al. v. AAA Insurance, et. al.*
Case No. 2:10-cv-3070 (E.D. La.)

*Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*
Case No. 2:11-cv-00080 (E.D. La.)

*Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*
Case No. 2:110cv000252 (E.D. La.)

*Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*
Case No. 2:11-cv-01077 (E.D. La.)

*Vikers, et. al. v. Knauf Gips KG, et. al.*
Case No. 2:09-cv-04117 (E.D. La.)

## OBJECTOR SAUL SOTO'S RESPONSES AND OBJECTIONS TO REQUESTS FOR PRODUCTION PROPOUNDED BY CLASS COUNSEL BY DEPOSITION SUBPOENA

COME NOW, Saul Soto and SHS CONSTRUCTION, Objectors in the above entitled and numbered cause of action and pursuant to the Federal Rules of Civil Procedure, serve the following Responses and Objections under Fed. R. Civ. P. 45 to Requests for Production Propounded by Class Counsel by Deposition Supoena.

### SPECIFIC OBJECTIONS AND RESPONSES TO ADDENDUM "A" TO SUBPOENA TO SAUL SOTO

**NO. 1:**

All documents that contain any information responsive to Interrogatories 1 thru 7 which were served on you on October 4, 2012.

**Response:**

Objection. Objector incorporates by reference Objector's objections to Interrogatories 1-7, and further objects that this request is vague, overly broad, and unduly burdensome.

**NO. 2:**

Communications between you and other litigants in Chinese Drywall Litigation.

**Response:**

Objection. This request is overly broad and seeks documents that are irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Subject to the foregoing objections, and limited to communications relating to the Chinese Drywall Litigation, Objector does not have any documents responsive to this request as he understands the question.

**NO. 3:**

Your plaintiff profile form.

**Response:**

Objector does not have any documents responsive to this request.

2

**NO. 4:**

Documents reflecting damages to your property that you allege are caused by Chinese Drywall.

**Response:**

Objector has searched and will continue to search to the extent required by the rules for documents responsive to his request. Any documents responsive to this request will be produced.

**NO. 5:**

All documents that you intend to submit for "other loss" claims as the term is identified in the Chinese Drywall Litigation.

**Response:**

Because the claims process has not been established, Objector does not know what documents will be required to make a "other loss" claim and, therefore, cannot state whether Objector has documents responsive to this request or not.

**NO. 6:**

All invoices of your purchases of Chinese Drywall.

**Response:**

Objector has searched and will continue to search to the extent required by the rules for documents responsive to his request. Any documents responsive to this request will be produced.

**NO. 7:**

For each company you own, all documents reflecting your ownership or articles of incorporation.

**Response:**

Objection. This request is overly broad, harassing, and seeks documents that are irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

## NO. 8:

For all Chinese Drywall that you or any company that you owned/purchased, all invoices purchase orders, sales slips or other paper reflecting the resale of Chinese Drywall.

**Response:**

Objector has searched and will continue to search to the extent required by the rules for documents responsive to his request. Any documents responsive to this request will be produced.

## NO. 9:

All expert reports and analysis of the settlement at issue.

**Response:**

Objector does not have any documents responsive to this request.

## NO. 10:

All documents you intend to offer or admit at the fairness hearing or in submissions prior to the fairness hearing.

**Response:**

Objector does not have any documents responsive to this request.

## NO. 11:

All affidavits you intend to submit at the fairness hearing or prior to the fairness hearing.

**Response:**

Objector does not have any documents responsive to this request.

## NO. 12:

All pleadings filed by your counsel with regard to prior objections to other class action settlements.

**Response:**

Objection. This request is overly broad, harassing, seeks documents that are irrelevant and not reasonably calculated to lead to the discovery of admissible evidence, and seeks documents that are not within Objector's possession, custody or control.

**NO. 13:**

All payments received by your counsel as attorneys fees or reimbursement of costs with regard to prior objections filed in other class action settlements.

**Response:**

Objection. This request is overly broad, harassing, seeks documents that are irrelevant and not reasonably calculated to lead to the discovery of admissible evidence, and seeks documents that are not within Objector's possession, custody or control.

                                       Respectfully submitted,

By:       /s/ Christopher A. Bandas
          Christopher A. Bandas
          State Bar No. 00787637
          Southern Bar No. 17509
          BANDAS LAW FIRM, P.C.
          500 North Shoreline Blvd., Suite 1020
          Corpus Christi, Texas 78401-0353
          (361) 698-5200 Telephone
          (361) 698-5222 Facsimile

          R. Joshua Koch, Jr.
          State Bar No. 2492
          Koch & Schmidt, LLC
          650 Poydras St., Suite 2415
          New Orleans, LA 70130
          T: (504) 208-9040
          F: (504) 208-9041

          Counsel for Objectors Saul Soto, SHS Construction; Ronnie Garcia, Bay Area Contracting Construction, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October 2012 a true and correct copy of the above and foregoing was served on the following as indicated below as well as all counsel of record via the Court's CM/ECF system.

Arnold Levin
Levin, Fishein, Sedran & Berman
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Plaintiffs' Lead Counsel

Leonard A. Davis
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70013
Defendants' Counsel

/s/ Christopher A. Bandas
Christopher A. Bandas