UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| *Payton, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-07628 (E.D. La.) | |
| *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.*<br>Case No. 1:09-cv-00361 (E.D. La.) | |
| *Gross, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:10-cv-00362 (E.D. La.) | |
| *Amato, et. al. v. Liberty Mutual Ins. Co., et. al.*<br>Case No. 2:10-cv-00932 | |
| *Hernandez, et. al. v. AAA Insurance, et. al.*<br>Case No. 2:10-cv-3070 (E.D. La.) | |
| *Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-00080 (E.D. La.) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 2:110cv000252 (E.D. La.) | |
| *Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-01077 (E.D. La.) | |
| *Vikers, et. al. v. Knauf Gips KG, et. al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | |

## JAN PETRUS'S AND CHRISTOPHER BANDAS'S
## MOTION TO QUASH AND FOR PROTECTIVE ORDER

Objector Jan Petrus and Non-Party Christopher Bandas (collectively referred to herein as "Movants") file this Motion To Quash and for Protective Order regarding the subpoenas addressed to them, issued by Class Counsel on October 19, 2012.

Based on the Court's directives at the Status Conference held October 31, 2012, Movants believe the subpoenas to Petrus and Bandas fall outside the limited scope of discovery allowed by the Court. In an abundance of caution, Movants respectfully move the Court for an order to quash the subpoenas dated October 19, 2012, and forbidding Class Counsel from taking or seeking their depositions or other discovery from Movants, for the reasons set forth in their Memorandum in Support of Motion To Quash and for Protective Order. Movants further move the Court for an order sustaining their objections to the production of documents requested by the subpoenas.

Dated: October 31, 2012

                                            Respectfully submitted,

By:     /s/ Christopher A. Bandas
         Christopher A. Bandas
         State Bar No. 00787637
         Southern Bar No. 17509
         BANDAS LAW FIRM, P.C.
         500 North Shoreline Blvd., Suite 1020
         Corpus Christi, Texas 78401-0353
         T: (361) 698-5200
         F: (361) 698-5222

         R. Joshua Koch, Jr.
         State Bar No. 2492
         Koch & Schmidt, LLC
         650 Poydras St., Suite 2415

New Orleans, LA 70130
T: (504) 208-9040
F: (504) 208-9041

Counsel for Objectors Saul Soto, SHS Construction, Ronnie Garcia, and Bay Area Contracting Construction, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October 2012 a true and correct copy of the above and foregoing was served on the following as indicated below as well as all counsel of record via the Court's CM/ECF system.

Arnold Levin
Levin, Fishein, Sedran & Berman
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Plaintiffs' Lead Counsel

Leonard A. Davis
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70013
Defendants' Counsel

/s/ Christopher A. Bandas
Christopher A. Bandas
