MINUTE ENTRY
FALLON, J.
OCTOBER 31, 2012

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:   Russ Herman, Esq., Arnold Levin, Esq., & Leonard Davis, Esq., for Plaintiffs
Josh Koch, Esq. For Objectors
Chris Bandas, Esq. for Objectors (by phone)
Billy Gaudet, Esq., for Lowe's
Fred Longer, Esq., for Plaintiffs (by phone)

Hearing on MOTION for Sanctions by Class Counsel (15982) and on Discovery Dispute Issues

After Argument - Order to be entered by the Court

JS10:   1:02