UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

This matter came on for hearing regarding a discovery dispute between certain objectors to the pending settlements and the Plaintiffs' Steering Committee. This discovery dispute is related to Class Counsel's Motion for Sanctions (R. Doc. 15982). The parties briefed the issue, and the Court conducted a hearing. For reasons stated orally during the hearing, the Court issues the following Order.

**IT IS ORDERED** that the scope of discovery in this matter is limited to two overarching issues, namely the standing of each objector and the basis of each objection, and the related issue of each objector's arrangement(s) or agreement(s) with counsel. Accordingly, the Court strikes interrogatories numbered 2 and 3 and enforces all others. For the same reasons, the Court strikes the requests for production numbered 12 and 13 and enforces all others.

**IT IS FURTHER ORDERED** that the answers to all interrogatories, except those

numbered 2 and 3, and the documents requested in the requests for production numbered 1 through 11 shall be produced prior to the relevant scheduled deposition.

New Orleans, Louisiana this 31st day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE