UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

*Payton, et. al. v. Knauf Gips, KG, et. al.*
Case No. 2:09-cv-07628 (E.D. La.)

*Wiltz, et. al. v. Beijing New Building Materials
Public Limited Co., et. al.*
Case No. 1:09-cv-00361 (E.D. La.)

*Gross, et. al. v. Knauf Gips, KG, et. al.*
Case No. 2:09-cv-06690 (E.D. La.)

*Rogers, et. al. v. Knauf Gips, KG, et. al.*
Case No. 2:10-cv-00362 (E.D. La.)

*Amato, et. al. v. Liberty Mutual Ins. Co., et. al.*
Case No. 2:10-cv-00932

*Hernandez, et. al. v. AAA Insurance, et. al.*
Case No. 2:10-cv-3070 (E.D. La.)

*Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a
Shandong Taihe Dongxin Co., Ltd., et. al.*
Case No. 2:11-cv-00080 (E.D. La.)

*Abreu, et. al. v. Gebrueder Knauf
Verwaltungsgesellschaft, KG, et. al.*
Case No. 2:110cv000252 (E.D. La.)

*Haya, et. al. v. Taishan Gypsum Co., Ltd.,
f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*
Case No. 2:11-cv-01077 (E.D. La.)

*Vikers, et. al. v. Knauf Gips KG, et. al.*
Case No. 2:09-cv-04117 (E.D. La.)

## SAUL SOTO'S MOTION
## TO LIMIT OR TERMINATE DEPOSITION

Saul Soto files this motion to limit or terminate his deposition in the above-styled and numbered cause.

1.	Saul Soto has objected to the proposed class settlement in *In re Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047, Section L, pending in the United States District Court for the Eastern District of Louisiana.

2.	Soto was being deposed Mr. Longer on October 31, 2012, following orders given orally by this Court on the proper scope of examination. The permissible scope of examination excluded inquiry into matters relating to Christopher Bandas as a "serial objector." Mr. Longer made attempts to inquire of Soto regarding his knowledge of allegations of Bandas as a serial objector. Counsel for Soto instructed him not to answer such questions. A representative excerpt is attached as Exhibit 1, which constitutes pages 36-40 of the rough draft of the 111 page deposition. The deposition continued for some time thereafter, and Mr. Longer finished the deposition. Following the deposition, the parties consulted regarding deposing counsel's wish to pursue the objectionable line of inquiry, and the parties were unable to come to an agreement on the matter.

3.	A deponent may move to terminate or limit a deposition if it is being conducted in bad faith or in a manner that unreasonably annoys, embarrasses, or oppresses the deponent or party. FED. R. CIV. P. 30(d)(3). An attorney may instruct a deponent not to answer when necessary to preserve a  privilege, to enforce a limitation ordered by the court, or to present a motion under Rule 30(d)(3).

4.	This deposition is being conducted in bad faith or to unreasonably annoy, embarrass, or oppress movant and is outside the scope of inquiry permitted by the Court.

5.      Telephonic conferencing is requested in the hope of expediting the resolution of these matters and to limit or avoid delay or other waste of resources. All counsel and Soto have agreed Soto will make himself available on Friday morning should the Court deny this motion; this would allow deposing counsel to avoid a separate trip to complete such a deposition. Waiver of the usual notice requirements is requested, consistent with respondents' rights to adequate notice of this motion and any hearing.

6.      This motion is OPPOSED.

WHEREFORE, Saul Soto prays that this motion be granted and that the Court confirm the termination of his deposition.

Dated:  November 1, 2012

Respectfully submitted,


By:        /s/ Christopher A. Bandas
           Christopher A. Bandas
           State Bar No. 00787637
           Southern Bar No. 17509
           BANDAS LAW FIRM, P.C.
           500 North Shoreline Blvd., Suite 1020
           Corpus Christi, Texas 78401-0353
           T:  (361) 698-5200
           F:  (361) 698-5222

           R. Joshua Koch, Jr.
           State Bar No. 2492
           Koch & Schmidt, LLC
           650 Poydras St., Suite 2415
           New Orleans, LA 70130
           T: (504) 208-9040
           F: (504) 208-9041

           Counsel for Objectors Saul Soto, SHS Construction,
           Ronnie Garcia, and Bay Area Contracting
           Construction, Inc.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 1st day of November 2012 a true and correct copy of  the above and foregoing was served on the following as indicated below as well as all counsel of record via the Court's CM/ECF system.

Arnold Levin
Levin, Fishein, Sedran & Berman
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Plaintiffs' Lead Counsel

Leonard A. Davis
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70013
Defendants' Counsel

     /s/ Christopher A. Bandas     
Christopher A. Bandas
