UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Payton, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:09-cv-07628 (E.D. La.) | |
| *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.* Case No. 1:09-cv-00361 (E.D. La.) | |
| *Gross, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:10-cv-00362 (E.D. La.) | |
| *Amato, et. al. v. Liberty Mutual Ins. Co., et. al.* Case No. 2:10-cv-00932 | |
| *Hernandez, et. al. v. AAA Insurance, et. al.* Case No. 2:10-cv-3070 (E.D. La.) | |
| *Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.* Case No. 2:11-cv-00080 (E.D. La.) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 2:110cv000252 (E.D. La.) | |
| *Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.* Case No. 2:11-cv-01077 (E.D. La.) | |
| *Vikers, et. al. v. Knauf Gips KG, et. al.* Case No. 2:09-cv-04117 (E.D. La.) | |

## NOTICE OF SUBMISSION OF SAUL SOTO'S MOTION
## TO LIMIT OR TERMINATE DEPOSITION
## Y

Objector, by his undersigned counsel of record, submits Saul Soto's Motion to Limit or Terminate Deposition. Objectors' Motion and Proposed Order, filed herewith, shall be submitted for decision in front of the Honorable, Judge Eldon E. Fallon of the United States District Court, Eastern District of Louisiana or at such time as set by the Court.

Dated: November 1, 2012

        Respectfully submitted,

    By:  /s/ Christopher A. Bandas
      Christopher A. Bandas
      State Bar No. 00787637
      Southern Bar No. 17509
      BANDAS LAW FIRM, P.C.
      500 North Shoreline Blvd., Suite 1020
      Corpus Christi, Texas 78401-0353
      T: (361) 698-5200
      F: (361) 698-5222

      R. Joshua Koch, Jr.
      State Bar No. 2492
      Koch & Schmidt, LLC
      650 Poydras St., Suite 2415
      New Orleans, LA 70130
      T: (504) 208-9040
      F: (504) 208-9041

      Counsel for Objectors Saul Soto, SHS Construction; Ronnie Garcia, Bay Area Contracting Construction, Inc..

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November 2012 a true and correct copy of the above and foregoing was served on the following as indicated below as well as all counsel of record via the Court's CM/ECF system.

Arnold Levin
Levin, Fishein, Sedran & Berman
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Plaintiffs' Lead Counsel

Leonard A. Davis
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70013
Defendants' Counsel

    /s/ Christopher A. Bandas
    Christopher A. Bandas