UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| *Payton, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-07628 (E.D. La.) | |
| *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.*<br>Case No. 1:09-cv-00361 (E.D. La.) | |
| *Gross, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:10-cv-00362 (E.D. La.) | |
| *Amato, et. al. v. Liberty Mutual Ins. Co., et. al.*<br>Case No. 2:10-cv-00932 | |
| *Hernandez, et. al. v. AAA Insurance, et. al.*<br>Case No. 2:10-cv-3070 (E.D. La.) | |
| *Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-00080 (E.D. La.) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 2:110cv000252 (E.D. La.) | |
| *Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-01077 (E.D. La.) | |
| *Vikers, et. al. v. Knauf Gips KG, et. al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | |

## MEMORANDUM IN SUPPORT

Pursuant to Rule 30(b) of the Federal Rules of Civil Procedure provides, Notice of the Deposition; Other Formal Requirements in pertinent part, Saul Soto files the Motion to Limit or Terminate Deposition and exhibits incorporated herein for all purposes.

Dated: November 1, 2012

                                                           Respectfully submitted,

                                    By:      /s/ Christopher A. Bandas
                                             Christopher A. Bandas
                                             State Bar No. 00787637
                                             Southern Bar No. 17509
                                             BANDAS LAW FIRM, P.C.
                                             500 North Shoreline Blvd., Suite 1020
                                             Corpus Christi, Texas 78401-0353
                                             T:  (361) 698-5200
                                             F:  (361) 698-5222

                                             R. Joshua Koch, Jr.
                                             State Bar No. 2492
                                             Koch & Schmidt, LLC
                                             650 Poydras St., Suite 2415
                                             New Orleans, LA 70130
                                             T: (504) 208-9040
                                             F: (504) 208-9041

                                             Counsel for Objectors Saul Soto, SHS Construction;
                                             Ronnie Garcia, Bay Area Contracting Construction,
                                             Inc. and E and E Construction Co.

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November 2012 a true and correct copy of the above and foregoing was served on the following via the Court's CM/ECF system.

Arnold Levin
Levin, Fishein, Sedran & Berman
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Plaintiffs' Lead Counsel

Leonard A. Davis
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70013
Defendants' Counsel

    /s/ Christopher A. Bandas
    Christopher A. Bandas