IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047 |
| | SECTION L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | MAG. JUDGE WILKINSON |

### NOTICE OF THE NORTH RIVER INSURANCE COMPANY OF INTENT TO BE HEARD AT JOINT FAIRNESS HEARING

Defendant The North River Insurance Company ("North River") hereby advises the Court and Settlement Class Counsel that North River intends to speak in support of its previously-filed objections to the proposed INEX and Knauf Settlements.[1] North River does not intend to introduce any exhibits or copies of documents at the hearing. This Notice is being given pursuant to Paragraph 4 of the Order (1) Setting Consolidated Fairness Hearing, (2) Establishing Coordinated Opt Out, Objection and Briefing Deadlines, and (3) Entering Litigation Stay in Favor of Settling Parties (Document 14566).

Respectfully submitted,

THOMPSON COE COUSINS & IRONS LLP

_/s Eric B. Berger_
BRIAN S. MARTIN, ESQ.
KEVIN RISLEY, ESQ.
RODRIGO "DIEGO" GARCIA, JR., ESQ.

---

[1] See the Objections of The North River Insurance Company to the Request for Certification of an INEX Settlement Class previously filed by North River [Doc. No. 8683]; the Objections of The North River Insurance Company to the Proposed Knauf Settlement [Doc. No. 12088]; and Objections And Response Of The North River Insurance Company To The Motion Of The Plaintiffs' Steering Committee For An Order Approving Class Settlements [Doc. No. 15851].

1

>One Riverway, Suite 1600
>Houston, Texas 77056
>Phone: (713) 403-8206
>Fax:  (713) 403-8299
>bmartin@thompsoncoe.com
>
>LOBMAN CARNAHAN BATT ANGELLE & NADER
>
>SIDNEY J. ANGELLE, ESQ.
>La. Bar No. 1002
>ERIC B. BERGER, ESQ.
>La. Bar No. 26196
>400 Poydras Street, Suite 2300
>New Orleans, Louisiana 70130
>Phone: (504) 586-9292
>Fax:   (504) 586-1290
>sja@lcba-law.com
>ebb@lcba-law.com
>
>ATTORNEYS FOR THE NORTH RIVER INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on November 1, 2012.

>    /s Eric B. Berger    
>ERIC B. BERGER

2