UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF REQUEST TO BE HEARD REGARDING
## OBJECTION TO APPROVAL OF SETTLEMENT TERMS

John and Lori Willis, individually and on behalf of their minor son, Brannon Willis, by and through the undersigned counsel, hereby files this their Request to be Heard regarding their Objection filed on September 28, 2012, and states as follows in support thereof:

1. On September 28, 2012, Plaintiffs herein submitted an Objection to Approval of Settlement Terms to Liaison Counsel, which was subsequently filed on October 4, 2012. [D.E. 15881, Exhibit 1 to Exhibit A.]  The filed objection is incorporated herein as if fully restated.

2. Pursuant to the Court's October 16, 2012 Order, Plaintiffs hereby advise the Court and Settlement Class Counsel of their desire to be heard at the Joint Fairness Hearing scheduled to begin November 13, 2012.

3. Plaintiff, John Willis, is a practicing attorney admitted to practice by the State of Florida, Bar number 10006, and is also admitted to practice by the State of New York, the U.S.

Supreme Court, the 11th Circuit Court of Appeals, and the United States District Court for the Southern, Middle and Northern Districts of Florida and would like to address the Court.

/s/ Michael J. Ryan
Michael J. Ryan, Esquire
Bar No. 957990
Krupnick, Campbell, Malone, et al.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
Phone: (954) 763-8181
FAX (954) 763-8292
pleadings-mjr@krupnicklaw.com
Attorney for Plaintiff, Willis

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing Notice of Request to be Heard Regarding Objection to Approval of Settlement Terms to counsel of record by electronically uploading the same to LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of November, 2012

/s/ Michael J. Ryan
Michael J. Ryan, Esquire
Bar No. 957990
Krupnick, Campbell, Malone, et al.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL 33301
Phone: (954) 763-8181
FAX (954) 763-8292
pleadings-mjr@krupnicklaw.com
Attorney for Plaintiff Willis