UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 ) ) ) SECTION: L ) |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) ) |

## NOTICE OF INTENTION TO APPEAR AND DESIRE TO BE HEARD AT THE JOINT FAIRNESS HEARING

COMES NOW Wayne Kaplan ("Objector"), by and through his undersigned counsel, files this Notice Of Intention To Appear And Desire To Be Heard At The Joint Fairness Hearing. Objector requests that he be allowed to appear through his counsel at the Joint Fairness Hearing to talk about Objector's Objections To The Proposed Settlement Of Class Action Against Builders, Installers, Suppliers And Participating Insurers.

Respectfully submitted,

Dated: November 1, 2012

[signature]

ROBERTS & DURKEE, P.A.
Alhambra Towers
Penthouse 1 – Suite 1603
121 Alhambra Plaza
Coral Gables, FL 33134
Phone: (305) 442-1700
Fax: (305) 442-2559

durkee@rdlawnet.com
*Counsel for* Wayne Kaplan

Mark Milstein, Esq.
Paul D. Stevens, Esq.
Allison R. Willett, Esq.
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Phone: (310) 396-9600
Fax: (310) 396-9635
*Counsel for* Wayne Kaplan

By: _____
Wayne Kaplan