UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | CIVIL ACTION NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | JUDGE FALLON |
| _____ | ) | |
| This Document Relates to: | | MAGISTRATE WILKINSON |
| ALL CASES | | |

### MEMORANDUM IN SUPPORT OF INTERIOR EXTERIOR'S MOTION TO CONTINUE THE BELLWETHER TRIAL SCHEDULED FOR NOVEMBER 26, 2012

MAY IT PLEASE THE COURT:

Defendants, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. ("Interior Exterior") move this Court for an order an order continuing the bellwether trial against Interior Exterior on Plaintiffs redhibition claims scheduled to commence on November 26, 2012. Interior Exterior seeks to continue the trial in light of numerous discovery delays caused by Hurricanes Issac and Sandy; pending knee surgery by one of Interior Exterior's experts; and the short proximity of the trial to the scheduled settlement fairness hearing.

The parties have worked vigorously to complete the necessary discovery for the bellwether trial on an extremely expedited basis. In just 3 months, the expedited discovery completed has included: inspections of eights homes, exchange of voluminous written discovery responses and over 50,000 pages of documents, depositions of 12 homeowners, the corporate deposition of the New Orleans Area Habitat for Humanity, over 30 fact witnesses, and the exchange of 10 expert reports and expansive reliance materials. With just 4 weeks till the trial, the parties are still in the process of completing expert depositions.

Despite these near Herculean efforts by all trial teams for all parties involved, there is still a host of pre-trail tasks to be completed. These include the following: thousands of documents

-1-

still need to be reviewed and culled for the exchange of exhibits; numerous pre-trial *limine* and Daubert motions need to be briefed, filed, and heard; deposition designations need to be prepared; the Pre-Trial Order needs to be filed; objections to designations/exhibits need to be resolved or briefed; and lastly final trial preparations need to be completed.

Completion of all this discovery has been, and is currently being, delayed as a result of an unusual occurrence of hurricanes effecting the Gulf Coast and the Northeast. First, in late August/early September, Hurricane Isaac struck the Gulf Coast and delayed the depositions of the homeowners and exchange of documents by over a week. The parties have been scrambling to catch-up ever since. Then, just this week Hurricane Sandy struck the Northeast, causing a delay in the scheduled depositions of several experts. This latest delay will further exacerbate the difficulties in preparing *limine* motions and preparing for trial by the current deadlines.

Moreover, one of Interior Exterior's experts, Jim Tompkins, just learned that he must undergo knee surgery that will make his travel to New Orleans for his deposition and trial difficult.

Lastly, the trial is scheduled to commence a mere two weeks after the scheduled fairness hearing for the Interior Exterior and Knauf settlements. Depending on the outcome of that hearing, the tenor and make-up of the bellwether trial will be radically altered and it will create additional procedural hurdles. If these procedural challenges are not addressed, the validity of the trial and its value to the parties will be compromised.

In light of these delays, issues, and concerns, Interior Exterior respectfully requests that the trial be delayed until March or April of 2013. This delay will allow the parties to complete the remaining discovery, motion practice, and pre-trial preparations in an orderly, fair, and

accommodating manner.  Most importantly, this delay will allow sufficient time to address any procedural issues created as a result of the fairness hearing.

                                      Respectfully submitted,

                                      *Richard G. Duplantier, Jr.   /s/*
                                      Richard G. Duplantier, Jr. (# 18874)
                                      Lambert J. Hassinger, Jr. (# 21683)
                                      Benjamin R. Grau (#26307)
                                      Carlina C. Eiselen, (# 28524)
                                      GALLOWAY, JOHNSON, TOMPKINS,
                                      BURR & SMITH
                                      701 Poydras Street, 40th Floor
                                      New Orleans, Louisiana 70139
                                      Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
                                      rduplantier@gjtbs.com /jhassinger@gjtbs.com
                                      bgrau@gjtbs.com / ceiselen@gjtbs.com
                                      *Counsel for Defendant, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC*

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 1st day of Novemeber, 2012.

                                      *Richard G. Duplantier, Jr.   /s/*
                                      RICHARD G. DUPLANTIER, JR.