# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED ) | CIVIL ACTION NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY ) | |
| LITIGATION ) | JUDGE FALLON |
| _____ ) | |
| **This Document Relates to:** | MAGISTRATE WILKINSON |
| **ALL CASES** | |

## NOTICE OF SUBMISSION

Please take note that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, for a Motion to Continue the Trial currently set for November 26, 2012

    Respectfully submitted,

    *Richard G. Duplantier, Jr.   /s/*
    Richard G. Duplantier, Jr. (# 18874)
    Lambert J. Hassinger, Jr. (# 21683)
    Benjamin R. Grau (#26307)
    Carlina C. Eiselen, (# 28524)
    GALLOWAY, JOHNSON, TOMPKINS,
    BURR & SMITH
    701 Poydras Street, 40th Floor
    New Orleans, Louisiana 70139
    Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
    rduplantier@gjtbs.com /jhassinger@gjtbs.com
    bgrau@gjtbs.com / ceiselen@gjtbs.com
    *Counsel for Defendant, Interior Exterior Building Supply,*
    *L.P. and Interior Exterior Enterprises, LLC*

## Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 1st day of November, 2012.

*Richard G. Duplantier, Jr.   /s/*
RICHARD G. DUPLANTIER, JR.