UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Before the Court are Interior Exterior's Motion to Continue the Bellwether Trial Scheduled for November 26, 2012 (R. Docs. 16061, 16065) and Interior Exterior's corresponding Motion for Expedited Hearing (R. Docs. 16063, 16066). The Court has reviewed the submitted memoranda and applicable law and now issues this Order.

**IT IS ORDERED** that Interior Exterior's Motion for Expedited Hearing be and is hereby **GRANTED. IT IS FURTHER ORDERED** that Interior Exterior's Motion to Continue the Bellwether Trial Scheduled for November 26, 2012 be and is hereby **DENIED.**

New Orleans, Louisiana this 2nd day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE