UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>THIS DOCUMENT RELATES TO: ALL CASES AND<br>Stephen and Isis Silva, et al<br>No. 2:09-cv-08034,<br><br>　　　　　Defendants. | CIVIL ACTION<br><br>NO. MDL 2047<br>SECTION "L"<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF REQUEST TO BE HEARD AT FAIRNESS HEARING

NOW COMES Landmark American Insurance Company ("Landmark") who submits this request to be heard with respect to the November 13, 2012 joint fairness hearing scheduled in the referenced matter.

1.

The Court Order issued on October 16th, ECF R. Doc. No. 15951, states that those who desire to be heard at the joint final fairness hearing are to advise the Court as well as settlement class counsel by November 2, 2012.

2.

Landmark would like to be heard at the hearing. As the Court likely recalls, Landmark is a second layer excess insurer for Interior Exterior Building Supply, Inc. It is Landmark's understanding that it is released in the Second Amended Settlement Agreement but that release is accomplished by describing Landmark and not by including Landmark's name in the agreement.

3.

Landmark filed a Response to Class Counsel's Motion for Final Approval as to this topic.

4.

For this reason and the reasons discussed in Landmark's Response, Landmark respectfully requests that it be permitted to address the Court at the Final Fairness Hearings in connection with the INEX Settlement.

5.

Landmark does not raise any issues with respect to the Global Settlement, in which it is a participant, and Landmark does not anticipate that its comments will require any more than ten minutes.

Respectfully submitted,

*/s/ Melissa M. Lessell*

Judy L. Burnthorn (#17496)
James W. Hailey, III (#23111)
Melissa M. Lessell (#32710)
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Facsimile:  (504) 566-1201
jburnthorn@dkslaw.com
jhailey@dkslaw.com
mlessell@dkslaw.com
Attorneys for Landmark American Insurance Company

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Request To Be Heard At Fairness Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of November, 2012.

___/s/ Melissa M. Lessell_____
MELISSA M. LESSELL