**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | x | |

# O R D E R

Considering the Plaintiffs' Steering Committee's Motion *in Limine* to exclude certain testimony regarding New Orleans Area Habitat for Humanity's ("NOAHH") purchase, testing, distribution and sale of drywall;

IT IS ORDERED BY THE COURT that testimony regarding NOAHH's purchase, testing, distribution and sale of drywall except as relates to the homes is precluded and is not to be presented to the jury in the November 26, 2012 bellwether trial.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge

1