# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) CIVIL ACTION NO. 09-2047 ) ) JUDGE FALLON |
| This Document Relates to: ALL CASES | ) ) MAGISTRATE WILKINSON |

## INTERIOR EXTERIOR'S PROPOSED JURY VERDICT FORM

**NOW INTO COURT**, through undersigned counsel, come defendants, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. ("Interior Exterior"), who respectfully submit the following jury verdict form and requests that it be used at the trial of this matter.

Respectfully submitted,

*Richard G. Duplantier, Jr.   /s/*
Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Benjamin R. Grau (#26307)
Carlina C. Eiselen, (# 28524)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gjtbs.com /jhassinger@gjtbs.com
bgrau@gjtbs.com / ceiselen@gjtbs.com
*Counsel for Defendant, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC*

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 2nd day of November, 2012.

*Richard G. Duplantier, Jr. /s/*
RICHARD G. DUPLANTIER, JR.

## INTERIOR EXTERIOR'S PROPOSED JURY VERDICT FORM

1. Do you find that defendant Interior Exterior knew of the redhibitory defect in the drywall manufactured by Knauf Tianjin Plasterboard at the time the drywall was sold to Plaintiffs?

   _____ YES        _____ NO

   [NOTE: Proceed to Question No. 2.]

2. Do you find that defendant Interior Exterior had constructive knowledge of the redhibitory defect in the drywall manufactured by Knauf Tianjin Plasterboard at the time the drywall was sold to Plaintiffs?

   _____ YES        _____ NO

   [NOTE: Proceed to Question No. 3.]

3. Do you find that defendant Interior Exterior knew of the redhibitory defect in the drywall manufactured by Taian Taishan Plasterboard at the time the drywall was sold to Plaintiffs?

   _____ YES        _____ NO

   [NOTE: Proceed to Question No. 4]

4. Do you find that defendant Interior Exterior had constructive knowledge of the redhibitory defect in the drywall manufactured by Taian Taishan Plasterboard at the time the drywall was sold to Plaintiffs?

   _____ YES        _____ NO

**PLEASE DATE AND SIGN THE FORM AND NOTIFY THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.**

New Orleans, Louisiana, this \_\_\_ day of December, 2012.

_____
JURY FOREPERSON