UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### CLASS COUNSEL'S MOTION TO COMPEL AND FOR SANCTIONS, AND ALTERNATIVELY, RESPONSE TO JAN PETRUS'S AND CHRISTOPHER BANDAS'S MOTION TO QUASH AND FOR PROTECTIVE ORDER [REC. DOC. 16053]

NOW COMES, Class Counsel, who respectfully moves this Court for an Order requiring that Objectors and their counsel comply with discovery requests issued by Class Counsel and Orders of this Court. This Court has previously issued Orders requiring expedited discovery and in order to prepare for the Fairness Hearing scheduled on November 13, 2012, Class Counsel should not be delayed any further by Objectors. Objectors and their counsel should be ordered to comply with the

1

Court's Orders as more fully requested in the memorandum in support of this motion, incorporated herein.

                              Respectfully submitted,

Dated: November 2, 2012         /s/ Russ M. Herman
                              Russ M. Herman, Esquire (Bar No. 6819)
                              Leonard A. Davis, Esquire (Bar No. 14190)
                              Stephen J. Herman, Esquire (Bar No. 23129)
                              HERMAN, HERMAN & KATZ, LLP
                              820 O'Keefe Avenue
                              New Orleans, LA 70113
                              Phone: (504) 581-4892
                              Fax: (504) 561-6024
                              Ldavis@hhklawfirm.com
                              *Plaintiffs' Liaison Counsel in MDL 2047*
                              *and Class Counsel*

                              Arnold Levin
                              Fred S. Longer
                              Sandra L. Duggan
                              Matthew C. Gaughan
                              LEVIN, FISHBEIN, SEDRAN & BERMAN
                              510 Walnut Street, Suite 500
                              Philadelphia, PA 19106
                              Phone: (215) 592-1500
                              Fax: (215) 592-4663
                              Alevin@lfsblaw.com
                              *Plaintiffs' Lead Counsel in MDL 2047*
                              *and Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 2nd day of November, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*
*Co-counsel for Plaintiffs*