UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

# EXHIBIT "B" – TRANSCRIPT OF OCTOBER 31, 2012 HEARING TO BE SUPPLEMENTED WHEN RECEIVED FROM COURT REPORTER