IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | MAG. JUDGE WILKINSON |

MOTION IN LIMINE OF THE NORTH RIVER
INSURANCE COMPANY CONCERNING STANDARD FOR
GOOD FAITH SELLER'S KNOWLEDGE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant The North River Insurance Company ("North River") before trial, voir dire examination of the jury, and receipt of any evidence in this cause, submits this Motion in Limine. By this motion, North River moves the Court to instruct all parties, including their respective counsel and witnesses, from seeking to enter into evidence, mentioning or divulging, directly or indirectly, through argument, oral testimony, or exhibits, that Interior/Exterior Building Supply ("INEX") "should have known" that the Chinese-manufactured drywall sold by INEX contained sulfur that could offgas or contained any other defect.

The determination of whether or not a seller is in good faith depends on whether the seller "knows" or "did not know" of the defect at the time of the sale of the product. La. Civ. Code articles 2545, 2531. That explicit language requires actual knowledge and is not satisfied by evidence that might suggest that a seller "should have known" of the defect. The Plaintiffs' Steering Committee has indicated that it intends to assert at trial that INEX "should have known" about the alleged defects in Chinese-manufactured drywall. Any evidence based on a "should have known" standard would be inconsistent with Louisiana law and inadmissible.

North River is filing a Memorandum of Law in support of this Motion in Limine.

            Respectfully submitted,

            THOMPSON COE COUSINS & IRONS LLP

              /s Eric B. Berger
            BRIAN S. MARTIN, ESQ.
            KEVIN RISLEY, ESQ.
            RODRIGO "DIEGO" GARCIA, JR., ESQ.
            One Riverway, Suite 1600
            Houston, Texas 77056
            Phone: (713) 403-8206
            Fax:  (713) 403-8299
            bmartin@thompsoncoe.com

            LOBMAN CARNAHAN BATT ANGELLE & NADER

            SIDNEY J. ANGELLE, ESQ.
            La. Bar No. 1002
            ERIC B. BERGER, ESQ.
            La. Bar No. 26196
            400 Poydras Street, Suite 2300
            New Orleans, Louisiana 70130
            Phone: (504) 586-9292
            Fax:   (504) 586-1290
            sja@lcba-law.com
            ebb@lcba-law.com

            ATTORNEYS FOR THE NORTH RIVER INSURANCE COMPANY

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on November 2, 2012.

              /s Eric B. Berger