IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047 |
| | SECTION L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO THE CASE SET BY THE COURT FOR TRIAL INVOLVING NORTH RIVER | MAG. JUDGE WILKINSON |

**NOTICE OF SUBMISSION**

Please take notice that Defendant, The NorthRiver Insurance Company will bring forth for hearing its Motion In Limine Of The North River Insurance Company Concerning Standard For Good Faith Seller's Knowledge on the 16th day of November, 2012, at 9:00 o'clock a.m., per the specification of this Court's Amended Scheduling Order [No. 15865] before the Honorable Eldon Fallon in the United States District Court, Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana 70130.

Respectfully submitted,

THOMPSON COE COUSINS & IRONS LLP

By:   _____/s Eric B. Berger_____
         BRIAN S. MARTIN, ESQ.
         KEVIN RISLEY, ESQ.
         RODRIGO "DIEGO" GARCIA, JR., ESQ.
         One Riverway, Suite 1600
         Houston, Texas 77056
         Phone: (713) 403-8206
         Fax:  (713) 403-8299
         bmartin@thompsoncoe.com

         -AND-

         LOBMAN CARNAHAN BATT ANGELLE
         & NADER, PLC

                                        SIDNEY J. ANGELLE, ESQ.
                                        La. Bar No. 1002
                                        ERIC B. BERGER, ESQ.
                                        La. Bar No. 26196
                                        400 Poydras Street, Suite 2300
                                        New Orleans, Louisiana 70130
                                        Phone: (504) 586-9292
                                        Fax:   (504) 586-1290
                                        sja@lcba-law.com
                                        ebb@lcba-law.com

                                        ATTORNEYS FOR THE NORTH RIVER
                                        INSURANCE COMPANY

### **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on November 2, 2012.

                                        _____*/s Eric B. Berger*_____
                                        ERIC B. BERGER