UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION NO. 09-2047  JUDGE FALLON |
| **This Document Relates to:** **ALL CASES** | | MAGISTRATE WILKINSON |

**INTERIOR EXTERIOR'S EXHIBIT LIST**
**FOR NOVEMBER 26, 2012 TRIAL**

**NOW INTO COURT,** through undersigned counsel, comes Defendants, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. ("Interior Exterior") who provide the following list of exhibits they may use at trial.

| Exhibit No.: | Bates Label: | Description: |
|---|---|---|
| 1 | | Sample – Knauf Tianjin Drywall |
| 2 | | Sample – Taishan Drywall |
| 3 | | Sample – U.S. Gypsum Drywall |
| 4 | | Sample – National Gypsum Drywall |
| 5 | INT/EXT 6038 | Color photograph of Taishan Drywall |
| 6 | INT/EXT 2439 | Color photograph of Knauf Drywall |
| 7 | In Globo Exhibit: INT/EXT 558-564; 511; 504-508; 513-519; 221-231; 210-220. | Commercial Invoice and Certificates of Warranties for Knauf Tianjin purchases |
| 8 | In Globo Exhibit: INT/EXT 957; 959-994; 1025-1054; 995-1024; 1077-1024; 1055-1126. | Sales Contract, Letter of Credit, Certificates, Commercial Invoices for Taishan Drywall from Metro Resources |

| | | |
|---|---|---|
| 9a | | ASTM C1396 (06); ASTM C1396 (04) |
| 9b | | ASTM C 36 (99) |
| 9c | | ASTM C1264 (99) |
| 9d | | ASTM C1264 (05) |
| 9e | | ASTM C 473 (03) |
| 10 | INT/EXT 59-61 | Knauf Tianjin's Material Safety Data Sheet |
| 11 | INT/EXT 5907;1180-1182 | Email concerning Taishan's C1396 compliance |
| 12 | INT/EXT 35572-37077 | INEX Purchase Orders for sale of 4x12x1/2 drywall |
| 13 | INT/EXT 17424-33426 | INEX Invoices |
| 14 | INT/EXT 695 | Davis Construction Supply, LLC's Flyer for drywall. |
| 15 | INT/EXT 696 | PABCO Gypsum Physical Sheet for sale of drywall |
| 16 | INT/EXT 692-694 | Clay Geary's records and notes concerning possible imported board. |
| 17 | INT/EXT 887-939 | World Trade Brokers document |
| 18 | INT/EXT 2374 | Email from & to Clay Geary re: Imported Board |
| 19 | INT/EXT 707 | COMEX International drywall advertisement |
| 20 | INT/EXT 942-943; 946 | UNI-PAC, LTD drywall advertisement |
| 21 | INT/EXT 2285 | Email from Robert McCay to Clay Geary re: cheap sheetrock. |
| 22 | INT/EXT 940 | DestinAsia Material, LLC's gypsum board price sheet. |
| 23 | INT/EXT 2293-2294 | Email from Jim Geary to Clay Geary re: Sheetrock; Crescent City Gypsum. |
| 24 | KI 8-9 | Email from Jeff Brisely to Kurt Heider re: Wallboard requirements for Knauf USA Customers. |

| | | |
|---|---|---|
| 25 | INT/EXT 954-956 | Email from Jeff Brisley to Kurt Heider re: Knauf Wallboard Costs INEX. |
| 26 | INT/EXT 678-679 | Email from John Davis to Clay Geary re: Plasterboard to New Orleans. |
| 27 | INT/EXT 635-62937 | Email from John Davis to Clay Geary re: "made in china". |
| 28 | INT/EXT 623 | Email from John Davis to Clay Geary re: USA Wallboard. |
| 29 | INT/EXT 632 | Email from John Davis to Clay Geary re: New Contact. |
| 30 | INT/EXT 609 | Email from Cecilia Wang to Clay Geary re: Knauf Contract and L/C confirmation. |
| 31 | INT/EXT 527-549 | Letter of Credit for Knauf Tainjin board |
| 32 | KI 12 | Email from Clay Geary to Jeff Brisley re: Knauf Drywall. |
| 33 | INT/EXT 608; 293-294; 278-282 | Clay Geary's notes concerning drywall |
| 34 | INT/EXT 661 | Fax from William App to INEX re: wallboard |
| 35 | INT/EXT 605-606 | Email from Cecilia Wang to Clay Geary re: Additional Gypsum Board. |
| 36 | INT/EXT 604 | Standing Order from INEX to Knauf Tianjin |
| 37 | INT/EXT 602 | Fax from Knauf Tainjin to INEX re: order |
| 38 | INT/EXT 4064 | Email from William App to Clay Geary re: order |
| 39 | INT/EXT 594 | Email from William App to Clay Geary re: Wallboard Business – Continuation |
| 40 | INT/EXT 2393-2394 | Email from Russell Wahl to Clay Geary re: gypsum board in container |
| 41 | INT/EXT 1275 -1281 | Fax from William App to INEX re: 3898 MT Wallboard |
| 42 | INT/EXT 589-593 | Email from Jerry Becnel to Clay Geary re: Customs POA, Terms & Conditions |

| | | |
|---|---|---|
| 43 | INT/EXT 6011-6012 | Email from Rudy Remont to William App re: Knauf Tianjin photos |
| 44 | INT/EXT 5959-5962 | Email from William App to Jim Geary re: MV Mystras |
| 45 | INT/EXT 489-491 | Fixture Note |
| 46 | INT/EXT 6007; 6005; 6002; 5965 | Emails from Susan Li re: loading pictures |
| 47 | INT/EXT 4021 | Email from Jerry Becnel to Clay Geary re: Mystras Customs Clearance. |
| 48 | INT/EXT 4020 | Email from William App to Victor Wei re: MV Mystras |
| 49 | INT/EXT 555-556 | J.W. Allen & Company's Invoice re: Mystras |
| 50 | INT/EXT 79 | Prime Maritime Agency's Arrival Notice |
| 51 | INT/EXT 91-97 | Survey Order – MV Alexander Gracht |
| 52 | INT/EXT 38-41 | Email from William App to Jesse Weisman re: pallet weights- imported board |
| 53 | INT/EXT 180; 126; 127; 124; 121; 77-78; 80-81; 83-89 | Contract and Certificates of Warranties with Knauf Wuhu |
| 54 | INT/EXT 879-881 | Email from William App to Clay Geary re: IEBS Container Business Ex Knauf Wuhu |
| 55 | INT/EXT 882 | Email from William App to Clay Geary re: Change in Terms of Sale from FAS Shanghai o FOB Wuhu |
| 56 | INT/EXT 2379 | Email from Rudy Redmont to Clay Geary re: Sheetrock |
| 57 | INT/EXT 1150-1152 | Email from David Zhang to Jim Geary re: Draft Contract |
| 58 | INT/EXT 5908-5909 | Email from David Zhang to Jim Geary re: letter of credit |
| 59 | INT/EXT 1192-1194 | Email from David Zhang to Jim Geary re: letter of credit |
| 60 | INT/EXT 1176-1179 | Dun and Bradstreet Report on Metro Resources Corp. |

| | | |
|---|---|---|
| 61 | INT/EXT 5897 | Email from David Zhang to Jim Geary re: Dun & Bradstreet |
| 62 | INT/EXT 5868-5869 | Email from David Zhang to Jim Geary re: drywall |
| 63 | INT/EXT 1157 | Email from David Zhang to Lydia Alvarez re: L/C CM52182 |
| 64 | INT/EXT 1127-1138 | Letter of Credit re: Metro Resources |
| 65 | INT/EXT 30647; 30648; L&W-MDL 031015-031017; 031012-031014 | USG's purchase of Knauf Tianjin drywall from INEX and test results thereof. |
| 66 | In Globo Exhibit; INEX 1551-1979 | J. W. Allen's Delivery Tickets |
| 67 | KPT 74169-74173 | Correspondence from Knauf Tianjin to Salomon Adabi re: test results from CTEH. |
| 68 | KNAUFGIPS 892-896 | Visit report to Luneng Gypsum Mine |
| 69 | INT/EXT 8691-8692 | Wall Street Journal Article entitled "Chinese Drywall Cited in Building Woes." |
| 70 | INT/EXT 37078-37084 | Sample INEX Invoices evidencing customer preferences prior to purchase of Chinese drywall |
| 71 | INT/EXT 6168; 5059; 5087 | Photographs of loading of Knauf Tianjin board |
| 72 | NOAHH 15547-15557 | Columbia Analytical Services Lab Result |
| 73 | NOAHH 14676-14684 | EASI's Lab Results |
| 74 | | CPSC Press Statement Regarding Drywall and Phosphogypsum |
| 75 | | USCPSC's Summary of Contractor's Indoor Air Quality Assessment of Homes Containing Chinese Drywall |
| 76 | NOAHH 15461-15462 | Email from Jim Pate to Frank Vardeman re: Chinese Drywall Issue |
| 77 | NOAHH 2849-2855 | NOAHH Sales from 7/1/2006-9/30/2009 |
| 78 | NOAHH 9004-9005 | Fly System, Inc. correspondence to NOAHH |

| | | |
|---|---|---|
| 79 | NOAHH 3435 | NOAHH Drywall Timeline (July 14, 2010) |
| 80 | NOAHH 15468 | Email from Jim Pate to Bob Mayre re: Sheetrock |
| 81 | NOAHH 2282 | Email from Jim Pate to dkoehler re: Chinese drywall |
| 82 | NOAHH 14571-14573 | NOAHH Memorandum |
| 83 | NOAHH 7723-7724 | Email from Jim Pate to Bill Wright |
| 84 | KNAUFGIPS 927-928 | Knauf's memo concerning odor issue from drywall |
| 85 | | James A. Tompkins, Ph.D.'s CV |
| 86 | | Dr. Timothy D. Tonyan's CV |

Respectfully submitted,

*Richard G. Duplantier, Jr.   /s/*
Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Benjamin R. Grau (#26307)
Carlina C. Eiselen, (# 28524)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gjtbs.com /jhassinger@gjtbs.com
bgrau@gjtbs.com / ceiselen@gjtbs.com
*Counsel for Defendant, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC*

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for

the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 2nd day of November, 2012.

                                                        *Richard G. Duplantier, Jr.  /s/*
                                                        RICHARD G. DUPLANTIER, JR.