IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | MAG. JUDGE WILKINSON |

THE NORTH RIVER INSURANCE COMPANY's
TRIAL EXHIBIT LIST
FOR NOVEMBER 2012 BELLWETHER TRIAL

NOW INTO COURT, through undersigned counsel, comes Defendant, The North River Insurance Company ("North River"), and for providing a list of exhibits that may be used at the trial of this matter, respectfully avers as follows:

1 – 86    North River hereby adopts and incorporates in full the Exhibit List, items 1 – 86 with subparts, filed by Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. ("Interior Exterior") for the November 2012 Bellwether Trial [Doc. No. 16080].

87.    Herman, Herman & Katz, LLC keychain.

Respectfully submitted,

THOMPSON COE COUSINS & IRONS LLP

By:    /s Eric B. Berger
BRIAN S. MARTIN, ESQ.
KEVIN RISLEY, ESQ.
RODRIGO "DIEGO" GARCIA, JR., ESQ.
One Riverway, Suite 1600
Houston, Texas 77056
Phone: (713) 403-8206
Fax:  (713) 403-8299
bmartin@thompsoncoe.com

-AND-

            LOBMAN CARNAHAN BATT ANGELLE & NADER

            SIDNEY J. ANGELLE, ESQ.
            La. Bar No. 1002
            ERIC B. BERGER, ESQ.
            La. Bar No. 26196
            400 Poydras Street, Suite 2300
            New Orleans, Louisiana 70130
            Phone: (504) 586-9292
            Fax:   (504) 586-1290
            sja@lcba-law.com
            ebb@lcba-law.com

            ATTORNEYS FOR THE NORTH RIVER INSURANCE COMPANY

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on November 2, 2012.

            __/s Eric B. Berger_____
            ERIC B. BERGER