1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    * * * * * * * * * * * * * * * * * * *
                                        *   Docket 09-MD-2047
5    IN RE: CHINESE MANUFACTURED DRYWALL    *
          PRODUCTS LIABILITY LITIGATION   *   Section L
6                                         *
                                        *   New Orleans, Louisiana
7    THIS DOCUMENT RELATES TO ALL CASES   *
                                        *   October 31, 2012
8    * * * * * * * * * * * * * * * * * * *

9

10              STATUS CONFERENCE BEFORE THE
                HONORABLE ELDON E. FALLON
11              UNITED STATES DISTRICT JUDGE

12

13   Appearances:

14   For the PSC:              Herman Herman & Katz, LLC
                              BY:  RUSS M. HERMAN, ESQ.
15                                 LEONARD A. DAVIS, ESQ.
                              820 O'Keefe Avenue
16                            New Orleans, Louisiana 70113

17

18   For the PSC:              Levin Fishbein Sedran & Berman
                              BY:  ARNOLD LEVIN, ESQ.
19                                 FRED S. LONGER, ESQ.
                              510 Walnut Street, Suite 500
20                            Philadelphia, Pennsylvania 19106

21   For Objectors Saul Soto,  Bandas Law Firm, PC
     SHS Construction,         BY:  CHRISTOPHER A. BANDAS, ESQ.
22   Ronnie Garcia, and        500 North Shoreline Boulevard
     Bay Area Contracting      Suite 1020
23   Construction, Inc.:       Corpus Christi, Texas 78401

24

25

<u>Appearances</u>:


For Objectors Saul Soto,      Koch & Schmidt, LLC
SHS Construction,             BY:  R. JOSHUA KOCH JR., ESQ.
Ronnie Garcia, and           650 Poydras Street, Suite 2415
Bay Area Contracting         New Orleans, Louisiana 70130
Construction, Inc.:


Official Court Reporter:      Toni Doyle Tusa, CCR, FCRR
                             500 Poydras Street, Room HB-406
                             New Orleans, Louisiana 70130
                             (504) 589-7778
                             Toni_Tusa@laed.uscourts.gov




Proceedings recorded by mechanical stenography using
computer-aided transcription software.

<u>**PROCEEDINGS**</u>

**(October 31, 2012)**

(The following proceedings were held in open court.)

**THE COURT:**  Be seated, please.  Good afternoon, ladies and gentlemen.

Call the case.

**THE DEPUTY CLERK:**  MDL 2047, In Re: Chinese Manufactured Drywall Products Liability Litigation.

**THE COURT:**  Counsel present, introduce themselves for the record.

**MR. KOCH:**  Josh Koch for the objectors, Your Honor.

**MR. BANDAS:**  Your Honor, Chris Bandas on the telephone for objectors.

**MR. HERMAN:**  May it please the Court.  Good afternoon, Judge Fallon.  Russ Herman, Leonard Davis, and Arnold Levin for the plaintiffs' steering committee in Chinese Drywall.

**THE COURT:**  We have a number of people on the phone, so please use the microphones, if you will.

We are here today on a discovery issue which --

**MR. GAUDET:**  Your Honor --

**THE COURT:**  Yes?

**MR. GAUDET:**  -- Billy Gaudet.  I represent Lowe's, and I just came here just in case the Court has any questions.

**THE COURT:**  Fine.  Thank you for being here.

```
 1          MR. LONGER:  Your Honor, Fred Longer is on the phone
 2    call as well.
 3          THE COURT:  Fine.  I have a list of the people who
 4    are on the phone.  I know we have a number of them.
 5               We are here today, as I was saying, on a
 6    discovery issue which has arisen in this Chinese Drywall
 7    litigation.  Let me say a word or two about the background.
 8               This Court has been designated as the transferee
 9    Court in the Chinese Drywall MDL.  After a period of rapid
10    discovery in which thousands of documents were exchanged and
11    several hundred depositions taken, I proceeded with some
12    bellwether trials.  After the bellwether trials were finished,
13    the parties -- at least the PSC, representing the plaintiffs'
14    committee, and the Knauf interests -- and by "Knauf interests,"
15    I mean Knauf is a major manufacturer of the drywall.  There is
16    another group of manufacturers which we have been referring to
17    as the "Chinese entities."  Of course, Knauf wholly owns a
18    Chinese subsidiary.
19               In any event, after discovery and a number of
20    bellwether trials, the Knauf entities -- their downstream
21    entities, as well as Knauf, as well as their respective
22    insurers -- and the plaintiffs' committee felt they were
23    informed enough to at least begin considering some amicable
24    resolution in this case.  The parties began conducting serious
25    discussions, they were able to arrive at some common ground,
```

1   and a proposed class settlement regarding the Knauf entities

2   was reached.

3           The Court granted preliminary approval, after

4   studying the material and making some changes to it, and set

5   the final fairness hearing for November 13, 2012.  During the

6   process a period for objections, as is customary in these

7   matters, was set and several objectors came forward and made

8   their objections known.

9           We are here today because of a discovery dispute

10  that has occurred between the plaintiffs' committee and counsel

11  for several objectors that he indicates that he represents.

12  I'll hear from the parties as to the nature of the dispute.

13           Anything from the plaintiffs?

14       MR. LEVIN:  Yes.  I guess I'm a moving party and

15  nonmoving party, Your Honor, but I am a party.

16           Your Honor, this aspect of the litigation has

17  occurred as of September 28, the last day for filing

18  objections, when suddenly Mr. Bandas and his clients appeared

19  in this litigation.  We know from limited discovery that they

20  retained Mr. Bandas on September 28.

21           Mr. Bandas is not new to objecting to

22  settlements.  There is a plethora of settlements in state and

23  federal courts where they have referred to him -- and these are

24  not my words, although I will accept them -- as engaging in

25  extortion in class settlements.  Judges have even said that he

1   withdraws his objections for a fee to go away.

2          Now, I am not going to repeat all of those cases

3   for Your Honor, but they are all set forth in our brief and

4   there are many more.  The objections that he files are form,

5   boilerplate objections -- and the case law established by other

6   judges certainly establishes that -- and he pops in.  Well,

7   let's see who he popped in with here.

8          He popped in with Ms. Petrus, who is an employee

9   of his law firm; I believe his office manager, paralegal, and

10   utility objector.  She has been objecting in other cases.  Her

11   son has objected in other cases.  It is established in the

12   jurisprudence that you cannot have an employee of your class as

13   a designated plaintiff with a fiduciary obligation in a class

14   action.  I cite to you *Kramer v. Scientific*, a Third Circuit

15   case.

16          And why?  Because Mr. Bandas's interest, even if

17   it's a legitimate interest, is an interest that class counsel

18   has also for a fee.  So he has to be separate and distinct from

19   his particular objectors.  When she is his office manager, she

20   isn't.

21          Now, as soon as subpoenas were flying down in

22   Corpus Christi, Texas, Ms. Petrus suddenly files a motion to

23   withdraw.  That's okay with me, but that's only half the story

24   because she's withdrawing for personal reasons.  Part of this

25   litigation now at this point, with this particular aspect of

the case, it becomes very relevant why she withdrew and for what were the personal reasons.

Another of the objectors, Mr. Vitela and his corporation, as soon as subpoenas were flying and his wife was lying and saying he would be at some place at 8:00 and he left at 7:30, he didn't go home, suddenly he withdrew for personal reasons and the corporation withdrew for personal reasons.

Now, I know that some think that a corporation is a person, but I don't think a corporation can have personal reasons. We would like to know what those personal reasons are because we think this whole thing is being orchestrated by Mr. Bandas to do what he has done in so many other cases.

Now, presently in Corpus Christi Mr. Longer is waiting to take the depositions of two of the objectors. Now, who are these objectors? First of all, to be an objector, you have to have standing. We have absolutely no knowledge of how they are even connected to Chinese Drywall. Ms. Petrus and others said they purchased from Lowe's. Well, this Court is aware that the Lowe's settlement occurred in a state court in Georgia, and she didn't opt out of that settlement. True to form, she objected to that settlement. Then she discharged herself from that settlement, with Mr. Bandas as her attorney, for a confidential agreement.

Wouldn't it be nice to know what that confidential agreement is? There are confidential agreements

1   with capital C's and confidential agreements that diminish with

2   small C's.  If there's fraud involved on the Court and on the

3   system and on Rule 23 and Rule 23's jurisprudence, it would be

4   nice to know if there was a payment made there.  This is our

5   position.  They suddenly went away.  They forgot that they

6   objected and collected money when they put her in as an

7   objector in this case.

8            Now, who are the other objectors?  They are

9   repairmen who purchased drywall that they think is Chinese

10  drywall.  They don't know.  One of them has produced documents.

11  The other has not.  None of them have made a complete

12  production.  And it says purchased drywall from Home Depot.

13  Lowe's is completely out of the case because that settlement is

14  over.

15           Lowe's Depot [*sic*], Your Honor -- we have

16  contacted Lowe's Depot [*sic*] through our liaison insurance

17  counsel, Minor Pipes.  The evidence will establish that

18  Home Depot is not aware of any customer that purchased Chinese

19  drywall from Home Depot.  There was no Chinese drywall sold in

20  the state of Texas.  Home Depot is not aware of claims against

21  it by customers in Texas.  Home Depot did not knowingly sell

22  any Chinese drywall to any customer.  It's not aware of any

23  invoices, records, or other documents indicating Chinese

24  drywall was sold by Home Depot.  Home Depot is not aware of

25  invoices, records, or other documents which identify a specific

instance of the installation of drywall.

Home Depot knows one thing.  They bought from L&W, a subsidiary of USG.  Now, we are aware of that.  We are also aware that L&W, a subsidiary of USG, did sell Knauf, but they haven't identified Knauf drywall here.  They said "made in China."  That's the way they are going to insert themselves in this litigation.

What are their damages?  Their tools have rusted, or because they read that air conditioners are affected by it, and their reputation in the community has been impaired.  There's no evidence of that.  They haven't produced any evidence.  And they have sniffles as a result of it.  They think that this is enough to give them standing to come into this Court and attempt to upset a train that is pulling out of the station, where thousands of homes in Louisiana, Florida, and Virginia are being restored, restored after Katrina in Louisiana, over this concoction of facts to give them standing for Mr. Bandas.

Now, today not only did Mr. Bandas drop into the suit, but he now has an expert from the class action fairness committee, whatever that is, who looks at the pleadings and says, "Well, Mr. Bandas didn't do a good job.  Obviously, it was a boilerplate pleading.  He didn't know he was doing, but I do.  I'm saying there's something there, you know.  This is a violation of *Amchem*."  If you are in a class action fairness

1    hearing, the first thing you do is throw the red flag that it's
2    *Amchem*.
3                    Your Honor, these individuals, counsel and
4    clients, are obstreperous.  They are meddling into the affairs
5    of thousands of home owners and trying to stop a train that
6    this Court has worked on with counsel for insurance industries,
7    builders, installers, and manufacturers to gain relief for a
8    community that has been badly hurt.  It's not a coupon
9    settlement Mr. Bandas has this time.
10                   Now, what does he want and what do we want?  He
11   wants to take all our depositions, and he wants to take
12   discovery of how much money we made in other cases.  That's
13   vexatious and that's a violation of -- I believe it's 1927.  We
14   have never said that we were forcing a Rule 11 motion.  We have
15   a fairness hearing coming.  We understand the 21-day safe
16   harbor period, but the Court can sua sponte hold a Rule 11
17   hearing.  I suggest, Your Honor, respectfully suggest, that
18   Mr. Bandas is in violation of Rule 11.
19                   Now, we need a lot of information because we
20   have got a fairness hearing coming up in two weeks, when he
21   dropped in on September 28, and so far he hasn't given us the
22   discovery that we want and that we need, and this discovery is
23   very relevant.
24                   We want the retainer agreements that he has with
25   his clients.  They are not protected by attorney-client

 1    privilege.  *United States v. Davis*, 636 F.2d 1028, and other

 2    cases.

 3                We want all documents constituting the pleadings

 4    of the other cases where Mr. Bandas has appeared and

 5    represented defendants because that will scratch the surface of

 6    the bona fides of this particular objection to the settlement.

 7                We can obtain the information of counsel through

 8    their clients in discovery because when a client answers

 9    discovery, it also answers the counsel's knowledge.  All you

10    have to do is remember that there is such a thing as contention

11    interrogatories, and the client can't say, "I'm not a lawyer, I

12    don't know what that's about, and I won't answer it."  You can

13    get that information.

14                We want to know whether he has split fees.  We

15    want to know whether all of the documents are being produced

16    today that we have requested because we have a deposition

17    scheduled in Corpus Christi at 5:00 tonight and one in the

18    morning.

19                We need the damage documents that Mr. Bandas

20    says his clients have sustained.  We don't have any damage

21    documents.  No documents have been produced to that effect.

22                We want to know any documentation he has in

23    connection with the Lowe's settlement because, after all,

24    Petrus was the objector in that settlement and was present in

25    this courtroom through these proceedings for a short period of

1  time until she withdraw for personal reasons.

2           We want the articles of incorporation of what we

3  believe to be phantom corporations.  We know that there is --

4  strike that.

5           We attempted service in Corpus Christi, Texas,

6  and we have found that driver's licenses have addresses on them

7  of buildings that are vacant where Mr. Garcia, one of the

8  objectors, purports to conduct his business.

9           We want to know about any payments to Bandas of

10  counsel fees to go away from the litigation in any cases that

11  he previously had.

12           We want the documents related to the resale of

13  the product that these individuals, installers or handymen,

14  purport to have obtained from places like Home Depot and the

15  like, Lowe's being one of them.  Lowe's and Home Depot.  We

16  don't have any of that, nothing that substantiates Chinese

17  drywall at issue, nothing that substantiates any documents

18  showing resale, nothing that substantiates any personal injury

19  claim that they have, nothing that substantiates any damage to

20  their tools that they say have been damaged as a result of the

21  drywall.  This is a made-up case and it's not been made up very

22  good, Your Honor.  It's disgraceful what's going on here.

23           Now, what kind of relief do we want?  Well,

24  first of all, we think that the discovery against us is

25  improper.  We also think that our discovery against the

1  objectors is proper because we want to make out a case that

2  they have absolutely no standing, they sustained no damages,

3  and they just floated into this litigation for their own

4  personal reasons.  We want to know why Ms. Petrus and Mr.

5  Vitela and his corporation have asked to be relieved of the

6  obligation of being deposed in this case and producing

7  discovery as a condition for withdrawing their objections.

8  Rule 23(e) requires that those withdrawals have to be approved

9  by court order so that there's no abuse to the process.

10              Now, this cottage industry of objections has

11  gained the attention of Justice Scalia and we cite his case in

12  our brief.  That's *Devlin v. Scarledetti*, 536 U.S. 123, Note 5.

13  The Supreme Court is aware of what's going on and the abuse of

14  Rule 23.

15              If this expert, Mr. Frank, is so concerned with

16  class action fairness, he should be concerned with the conduct

17  of the attorney that engaged him in this particular case to do

18  what they have done.

19              Does Your Honor have any questions?

20         **MR. HERMAN:**  If I might, Your Honor.  Excuse me,

21  Your Honor.  I do want to supplement what learned counsel has

22  said.  I think this matter is extraordinarily important.  I

23  would like to make sure that the record is clear, and I won't

24  take much time to do it.

25              There are five matters that your appointed

1   committee is involved in:  Pursuing Taishan; an InEx case

2   that's set for trial; a pilot program which is ongoing, which

3   we are monitoring, that has served and is serving approximately

4   1,600 to 2,000 of 5,000 home owners; resolving non-opt-out

5   issues and appearing in various forums to answer legitimate

6   questions; and a collateral issue in California with Cataphora.

7           It would be easy to say that learned counsel

8   opposite's foray into this forum has vexed and wasted the time

9   of your appointed plaintiffs' committee, which has labored and

10  will continue to labor, particularly hopefully that Your Honor

11  will approve the settlement with Knauf, but we still have half

12  of these folks to serve.  The real emphasis should be here on

13  the legitimate claims of clients, not on the burden of lawyers

14  that Your Honor has appointed.

15          This type of action interferes with the rights

16  of legitimate claimants, and at some point this issue has to be

17  met.  I think that in a case where you have nothing but

18  innocent claimants, this is the proper case and the proper

19  forum.

20          Ms. Petrus is a legal assistant or an office

21  manager.  Mr. Garcia and Mr. Vitela can't be served.  Indeed,

22  as learned counsel has indicated, lead counsel has indicated,

23  these are for the most part, as far as we can determine, empty

24  corporate structures.

25          The issue of "made in China" has been raised

1   without proof.  But even were there proof, we know from all the

2   evidence and from nine trials that have been conducted that

3   "made in China" is Taishan and not Knauf drywall.

4                I don't understand why the *Marathon* case is even

5   involved here.  I don't know whether it was picked up from some

6   other complaint or what the purpose of citing *Marathon* is, but

7   it certainly has nothing to do with this case.  The legal fees

8   allegedly in *Marathon* have nothing to do with this case.

9                Now, in seven different cases, Mr. Bandas --

10  that we have proof on so far -- has filed these last-minute

11  attempts to object to a class action settlement and in an

12  attempt to claim fees and has been so criticized not just

13  generally by Justice Scalia of the U.S. Supreme Court but

14  indeed by other forums on the record.

15               Then there's a claim somehow that there are

16  personal injuries without any allegation of personal injuries

17  and, therefore, the settlement should be overturned by late

18  objectors because personal injuries cannot be the subject of a

19  legitimate class action.

20               In addition to that, there's this sort of

21  amorphous allegation Mr. Bandas sets forth that there's been no

22  due process.  I think merely a reading of the file in the

23  clerk's office, with the number of hearings, the number of

24  motions, the number of status conferences, the number of

25  depositions will speak volumes as to why this attack is

 1  frivolous, and it's unwarranted and extraordinarily disruptive.

 2            The Prophet Amos said, in effect, advocates

 3  should represent the oppressed, take the cause of the

 4  fatherless, and plead the cause of the widow.  Litigation in

 5  this Court is serious.  In this particular case, to take

 6  actions which are not only counterproductive but which border

 7  on unethical, and if not unethical are certainly

 8  unprofessional, we believe is beyond the fair scope of any

 9  reasonable advocacy.

10            So learned counsel, lead counsel, Mr. Levin has

11  set forth the relief we want is to have the discovery which is

12  leveled at us for no reason that we can discern, at least for

13  the present, be enjoined if not dismissed, and that we be

14  allowed to go forward and investigate fully the Bandas

15  allegations and statements until we are able to present to the

16  Court the truth.

17            If discovery is the search for a truth, then it

18  has to be a relevant truth.  In this case, Your Honor,

19  particularly two weeks before a fairness hearing, we ask that

20  we be allowed to go forward.  We thank you for the opportunity

21  to appear before you this afternoon.

22            **THE COURT:**  Josh, do you have anything?

23            **MR. KOCH:**  Your Honor, I may have, but I think

24  Mr. Bandas would probably like to --

25            **THE COURT:**  You want to speak after Mr. Bandas?

1        **MR. KOCH:**  After Mr. Bandas, yes.

2        **THE COURT:**  Mr. Bandas, do you have anything to say?

3        **MR. BANDAS:**  I do, Your Honor.  Thank you for the

4    opportunity to appear by phone.  I appreciate the convenience

5    of that.

6        **THE COURT:**  Okay.

7        **MR. BANDAS:**  Counsel starts with the premise that

8    there is not standing for any of the individuals who made

9    objections to object.  Class counsel -- who no one is saying

10   hasn't worked hard on the case, there is obviously a lot of

11   work that has been done -- they took an active role, as the

12   Court knows, in defining the metes and bounds, so to speak, of

13   what the settlement agreement was going to release, the claims

14   that were going to be released, defining the class, and by

15   extension defining who it is that does and does not have

16   standing to either make a claim or present an objection in this

17   case under the *Devlin v. Scarledetti* analysis which the

18   Supreme Court has addressed, and the standing issue is simply

19   anybody that has a claim that is being released or affected by

20   the proposed class action settlement.

21            There is a very serious *Amchem* problem in this

22   case.  This settlement, Your Honor, releases personal injury

23   claims, whether they are known or unknown, whether they have

24   arisen or may arise in the future, ranging from anywhere

25   involving medical monitoring to wrongful death.

1              I am not aware, Your Honor, of any published

2     case in this country where wrongful death claims based on

3     illnesses and symptoms that have yet to present themselves,

4     that may present themselves sometime in the future, are

5     released.  I think that is unprecedented, and I think that

6     those of us who believe that class actions ought to be

7     extraordinarily specific, ought to serve the purposes of all

8     class members, not just some or just the interests of the

9     lawyers representing them -- these issues are fantastically

10    important.  They have to be addressed.

11             My clients, Your Honor, have detailed in form

12    responses to interrogatories and answers to discovery that they

13    have, in fact, suffered precisely the types of claims that are

14    specifically and expressly being released in paragraph 5.5 of

15    the settlement agreement, Your Honor.  So for class counsel to

16    say that those damages are insignificant, that they are slight,

17    that they somehow don't measure up with the more serious

18    damages, that's not the legal analysis, Your Honor, about

19    whether or not these claimants have standing.

20             Now, with respect to Chinese drywall, the class

21    definition says any drywall whose origin is unknown is for

22    purposes of this settlement, and by extension the release of

23    any and all possible claims that these claimants may ever have

24    if it turns out in the future they do have serious medical

25    problems, things that may lead to wrongful death or other forms

1  of serious illness -- the class definition that class counsel

2  themselves, I assume, actively participated in drafting,

3  specifically says that for purposes of the settlement it will,

4  in fact, be considered Chinese drywall and it will, in fact, be

5  included and released in this settlement.

6          That is, Your Honor, among other things,

7  objectors' other principal complaint.  It is objectively, with

8  all due respect to Your Honor and all of those who have worked

9  hard on trying to get this deal finalized, I would suggest,

10 nevertheless, a matter of law, Your Honor.  It is objectively

11 impossible to understand and tell who is truly a member of this

12 class or may be a member of this class in understanding what

13 claims are being released and not being released.

14         The settlement agreement has a very extensive

15 list of everything and anything that could possibly be

16 released.  I would submit, Your Honor, it's a matter of simple

17 black letter law that any class member who fits or may have one

18 of the released claims, based on the definition of who is in

19 the class and what is Chinese drywall, has standing.

20         I do not believe, Your Honor, that there is any

21 legitimate basis whatsoever to dispute the standing of anybody

22 who has filed an objection in this case, including Ms. Petrus

23 and Mr. Vitela, who have withdrawn their motions or withdrawn

24 their objections for personal reasons, but nevertheless those

25 claims and objections are no different than the two that are

1   remaining, Your Honor.

2           So, nevertheless, we are happy to produce all of

3   the documents that are in our possession.  If the documents

4   don't exist, that will be explained at deposition.  We are not

5   withholding any documents other than those that we may believe

6   are privileged, and I will address class counsel's attempts and

7   the propriety of seeking discovery against me as a lawyer, not

8   a party, which has been specifically addressed by other courts

9   in similar contexts much to the contrary position that class

10  counsel is taking in this case.

11          Nevertheless, Your Honor, we are happy to

12  produce any and all documents that we have.  We are happy to

13  give testimony and explain the basis of the claims that we

14  believe our clients have that are being released by this

15  particular case and the basis thereof.

16          We don't believe there's any legitimate purpose

17  in taking the depositions because the standing has been

18  conclusively already submitted to this Court.  But in the

19  interest of cooperation, we are going to go forward, and we

20  haven't contested that.

21          What we have contested, Your Honor, is class

22  counsel has attempted -- and, again, there's no Federal Rule of

23  Civil Procedure that countenances their approach -- has

24  attempted, through my clients, to serve me with discovery about

25  other cases that I have, in fact, been involved in representing

1    objectors in this particular role, a role that, as the Court

2    knows, is defined by Rule 23.  The authors of Rule 23 obviously

3    thought that this particular role was an important one.  I

4    understand it is an unpopular one, particularly with class

5    counsel.

6                Nevertheless, Your Honor, we believe in the

7    merits and the justification of what we are doing.  We think

8    it's incredibly important to the process.  What they are, I

9    think, trying to do, Your Honor, is they are trying to focus

10   the Court, and maybe ultimately the Fifth Circuit, not on the

11   merits -- and, I think, the black letter is a matter of law

12   defect in the proposed class action settlement that I would

13   respectfully submit could not and would not pass muster under

14   any legal standard in any circuit, much less the Fifth Circuit

15   today -- to paint the picture that somehow you have to judge

16   the merits of the objections not by the factual legal basis but

17   by the person who is representing them.

18                I don't believe that's proper.  We have

19   submitted in our papers, Your Honor, briefing that specifically

20   addresses this issue, including the *True v. American Honda* case

21   where this specific issue was resolved and addressed.  Class

22   counsel in that case ended up being sanctioned $100,000 for

23   making exactly these discovery requests, which that court

24   considered to be abusive, harassing, and patently frivolous.

25                We are not bringing a motion for sanctions and I

 1   don't intend to.  I understand why class counsel is upset.
 2   They know that they are releasing wrongful death claims in the
 3   Fifth Circuit.  It cannot happen, Your Honor.
 4              Nevertheless, we oppose any request for
 5   discovery from me, don't believe it's relevant, other courts do
 6   not believe it's relevant; but just to be sure, Your Honor,
 7   that my motives are not an issue at all in this case, we
 8   submitted to the Court in our pleadings today an offer of
 9   stipulation, and that offer is this.
10              If class counsel asks Your Honor to ensure that
11   we never settle this case, whether it's in the Fifth Circuit or
12   the U.S. Supreme Court, without Your Honor's approval and full
13   review, I'd stipulate to that.  I will agree to and I am tying
14   myself to the mast of the ship, Your Honor, because I believe
15   what we are doing is absolutely correct and it is sanctioned by
16   the law, and the law strongly supports the position we are
17   taking.
18              We have filed an expert report in that regard.
19   Ted Frank is the president of the 501(c)(3) the Center for
20   Class Action Fairness.  He has unprecedented success -- and has
21   had as a matter of public works, not profit -- challenging
22   class action settlements where the terms of the settlement are
23   abusive or unfair in some regard or another.  We have retained
24   him, Your Honor, to express to this Court his opinion from a
25   credible expert that the objective criteria for good faith has

 1   been more than met in this particular case with respect to our

 2   objection.

 3                 He has also addressed the issue with respect to

 4   the stipulation that we have presented to the Court that we

 5   absolutely will not under any circumstances settle this case

 6   for money, attempt to settle this case for money.  And by the

 7   way -- I don't think class counsel will dispute this -- there

 8   has not been any claim for money, fees, anything to the

 9   clients.  We have so far and intend to only pursue the merits

10   of our objection and pursue ultimately, Your Honor, in the

11   court of appeals if necessary, what we believe are the legal

12   limits of what can be released in any class action settlement.

13                 With respect to the discovery against class

14   counsel, we have withdrawn that motion.  We have notified the

15   Court of that in our pleadings today.

16                 With respect to the introduction of the *Marathon*

17   case in this Court, although I'm embarrassed to say it, it was

18   just the wrong pleading that was uploaded by someone in my

19   office who was filing it on ECF.  But in the interest of time

20   and knowing that there's a fairness hearing on November 13,

21   even though we otherwise believe that the request for discovery

22   is fair in defining whether or not 32 percent of a near mega

23   fund cash settlement in the Fifth Circuit is completely

24   relevant and in good faith, I believe, Your Honor, that issue

25   is not on the table.  We have withdrawn it in the interest of

1   time, and we are prepared to stand on the record that we have
2   developed and are developing.
3               We think, again, that the fees relative to the
4   total amount of money changing hands is also a matter of law
5   issue in the Fifth Circuit.  25 percent is the upper benchmark
6   in most common fund cases.  Mega fund cases, the percentage
7   goes down.  So we are prepared to stand on the record as it's
8   developed before the Court and at the fairness hearing.
9               With respect to why Mr. Vitela and Ms. Petrus
10  withdrew their objections, again, I cannot think of any
11  relevant legitimate purpose in taking their depositions other
12  than to simply punish and harass objectors' counsel for the
13  temerity of standing up to very well-trained, very successful
14  lawyers in challenging what I think, Your Honor, and what my
15  clients think needs to be challenged in this particular case.
16              The reasons, Your Honor, for withdrawing are as
17  simple as set forth in the motion.  Mr. Vitela is a working
18  man.  He understands that class counsel is breathing fire and
19  wants to take his deposition and he simply doesn't want
20  anything to do with it anymore.  He is intimidated.  He is
21  scared.  Ms. Petrus, her owns reasons are not dissimilar.
22              That doesn't speak to the merits of the
23  objection, which we have already addressed before, Your Honor,
24  but it speaks to why they don't want to go forward anymore.  In
25  any event, the bases of their objections are identical to and

1   no different than the two remaining objectors.  We submit,

2   Your Honor, that for the reasons I have discussed here and for

3   those contained in the pleadings, as well, there is no

4   legitimate basis for sanctions in this case, and we ask the

5   Court to deny class counsel's request.

6           **THE COURT:**  Anything further?

7           **MR. KOCH:**  Your Honor, I just have a couple brief

8   comments.  I'm Josh Koch for the objector.

9           Your Honor, there are really only two issues in

10   this case with respect to the objections:  One, do the

11   objectors have standing; and, two, if they have standing, are

12   the objections that have been raised valid objections.

13           Now, we have heard from class counsel all of

14   these different reasons why these objections are improper and

15   should be thrown out.  The fact of the matter is, Your Honor,

16   that they are taking the depositions of the two objectors today

17   and tomorrow.  Once those depositions have been completed, they

18   then should be in a position to evaluate whether, in fact,

19   under the plan, under the settlement agreement, they have

20   standing.

21           The next question becomes are the objections

22   that have been raised valid.  Those objections have been

23   raised.  But, Your Honor, I sat here and I listened to class

24   counsel just go on at some length and not once did I hear a

25   defense of the objections that have been raised.

1          Now, today's hearing, as I understood it,

2   Your Honor, was for the purposes of resolving some discovery

3   issues.  Those discovery issues, as I understood them, one was

4   with respect to a motion to take discovery by the objectors,

5   which has been withdrawn, so that seems to be off the table.

6   The other relates to, I presume, the relevant issues that

7   remain.

8          Now, the only relevant issue as respects the two

9   objectors is standing; do they have standing or do they not.

10  That is all that is relevant.  Whether or not Mr. Bandas

11  previously represented objectors in other cases has nothing to

12  do with the question of whether or not these objectors have

13  standing under this settlement agreement or whether or not the

14  objections that have been raised, committed to paper, and filed

15  with this Court are valid.

16         Who can blame objectors for coming in like

17  Mr. Bandas, as has been decried by the class counsel, and

18  filing objections at the last minute?  Who in their right mind

19  would want to be subject to the brutality of the attacks of

20  class counsel on objectors any longer than absolutely

21  necessary?  We heard from counsel that they have tracked down

22  the driver's licenses that have been produced.  They have gone

23  to those buildings.  They have contacted Lowe's to find out

24  whether or not the drywall in this particular store may have

25  been sold to this particular individual.  And that's just

1  what's been disclosed.

2              Who in the world wants to be an objector?  Who

3  in the world has the stomach to be an objector?  But yet,

4  Judge, they are invited; they are invited to appear before this

5  Court.  Page 24 of the settlement agreement:  "Any class member

6  who has any objection to certification of the class or to

7  approval of this settlement or any terms thereof or to the

8  approval process must make that objection by the following

9  process."  That's captioned objections, and the process that is

10 set forth here is exactly what was done.  These objectors, the

11 fact that they are represented by Mr. Bandas, heck, they could

12 be represented by Mr. Herman.

13             **MR. HERMAN:**  I don't think so.

14             **MR. KOCH:**  Not in this particular case.  My point,

15 Judge, is they could be represented by anybody, any competent

16 counsel, and any competent counsel would do exactly the same as

17 was done here from the standpoint of producing those objectors,

18 establishing that they have standing, and setting forth in the

19 course of the objection process those valid objections as a

20 matter of law.  That's all that Mr. Bandas has done -- nothing

21 more, nothing less -- and yet he has been crucified and

22 pillored because he has had the willingness to come before this

23 Court on behalf of these objectors and make the objections.

24             The purpose of the objections, at the end of the

25 day, should do nothing more than benefit the class members.  It

1    should improve the settlement.  There's nothing that's been

2    suggested by Mr. Bandas or in any of the filings that in any

3    way suggests a detriment to the ultimate approval of the plan.

4    Rather, it has come forward in an attempt to try to highlight

5    those areas that appear to be potentially deficient in an

6    effort to correct them, in an effort to strengthen the

7    settlement agreement, Judge.  Thank you, Your Honor.

8                **THE COURT:**  Thank you very much.

9                     I do understand the issue, but if you need to

10   respond --

11               **MR. LEVIN:**  Briefly, Your Honor.

12               **THE COURT:**  All right.

13               **MR. LEVIN:**  We haven't addressed the merits of

14   Mr. Bandas's objection, but when he talks about 32 percent for

15   a common benefit fee, he doesn't understand the litigation.

16   His clients are not in the omni complaint.  They have never

17   brought suit.  They have never come forward and gone through

18   what the plaintiffs in this litigation have gone through, not

19   only by the common benefit attorneys but by their own retained

20   attorneys.  That number of 32 percent, which was approved in

21   the *Vioxx* case under similar circumstances, takes care of

22   private counsel as well.  The problem with Mr. Bandas is he

23   jumps in and doesn't know the facts.

24                     As to the personal injury aspects of this case,

25   to close the circle, we have done a lot of investigation with

regard to the PI, and *Amchem* is not the sole solution to a PI
case.  That was a rambling class.  There have been classes on a
settlement basis, where there is no manageability problem,
certified for settlement purposes.  Let them look to *Diet Drugs*
and he will see that.

Today, Mr. Longer is in Corpus Christi.  He has
a deposition at 5:00 tonight and one tomorrow morning.  We
don't have our discovery for that deposition and we need it.
We need all the documentation for both of those deponents
dealing with their personal injury aspects, their treatment
records, the complaints that they have made, their purchase
orders, their sale orders where they have resold the product,
their articles of incorporation, the retainer agreements that
Mr. Bandas has that the Texas ethics law requires to be in
writing.

We have got to know what happened with
Ms. Petrus, represented by Mr. Bandas in Georgia in the Lowe's
litigation, where he had the confidential settlement agreement.
This is not some case someplace else.  This involved Lowe's and
Chinese drywall and there's a confidential settlement
agreement.  We believe that he got paid off to go away.  And
not only did he get paid off in Georgia, but then he used the
same plaintiff objector to come in this court and lodge an
objection, forgetting that he had already released her claim.
That's why we want to take the deposition of Ms. Petrus because

1    this whole issue smells, the whole objection smells, and he
2    ought to be ashamed of himself.
3         **THE COURT:**  Okay.  This is the way I see it.  First
4    of all, with regard to the fee, any fee that is set for common
5    benefit will have to be approved by me.  What was said in the
6    settlement agreement is that all fees will not exceed the
7    32 percent.  What that means is all fees.  I also have a right
8    to massage that situation.  It's not a common benefit fee
9    that's 32 percent, it's everything that's 32 percent, including
10   the fees of the attorneys with their clients who are not doing
11   common benefit work.  So out of that pot will come a common
12   benefit fee which will be decided by the Court.
13        The issues that are before me are discovery
14   issues.  I don't see this as an opportunity to express myself
15   on the validity or nature and extent of the objections.  We are
16   here today because of a discovery dispute.
17        With regard to discovery, we all know that
18   Federal Rule of Civil Procedure 30(a)(1) permits a party to
19   depose any person, including a party, without leave of court,
20   and states that the deponent's attendance may be compelled by
21   subpoena pursuant to Rule 45.
22        Now, the scope of the discovery sought by
23   subpoena or otherwise is ultimately governed by another federal
24   rule, Federal Rule 26(b), which permits the discovery of any
25   nonprivileged material, as the rule says, "relevant to the

1    claim or defense of any party," even if inadmissible, as long

2    as it "appears reasonably calculated to lead to the discovery

3    of admissible evidence."  Now, we all know, also, who till

4    these fields, that the question of relevance is very broadly

5    construed, at least in the discovery aspect of the case.  So I

6    don't have any problem with the parties discovering the nature

7    and extent of the objectors.

8              This is what I see the scope of the discovery

9    limited to:  One, the alleged standing of the settlement class

10   member to assert the objection; two, the underlying basis for

11   the objection; three, his relationship with professional or

12   serial objector counsel that the plaintiff counsel believes

13   instigated his objection to the settlement.  That's part of the

14   picture.

15             However, I don't see this discovery as a

16   discovery of the attorneys from either side.  I don't see the

17   plaintiffs taking objectors' counsel and asking him questions

18   nor do I see the reverse.  The depositions, therefore, will

19   focus on the objectors and not counsel for the objectors.

20             I should, however, make some comments about the

21   situation.  I look at cases and I see what other courts have

22   noted in these class actions.  By way of general comment, the

23   courts indicate that professional objectors can levy what is

24   effectively a tax on class action settlements, a tax that has

25   no benefit to anyone other than to the objectors.

1          Literally, nothing is gained from the costs,

2    settlements are not restructured, and the class on whose

3    benefit the appeal is purportedly raised gains nothing.  That's

4    the *Checking Account Overdraft Litigation* one of my colleagues

5    is handling in the Florida area.

6          I look at the specifics.  I'm concerned about

7    the objectors' counsel in this particular case because other

8    cases have had some experience.  Other colleagues of mine have

9    expressed their view of it.  In *Brown v. Wal-Mart*, the court

10   there stated:

11          "Mr. Bandas is a professional objector who is

12   improperly attempting to hijack the settlement of this case

13   from deserving class members and dedicated, hardworking counsel

14   solely to coerce ill-gotten, inappropriate, and unspecified

15   legal fees.  Bandas and his clients' attempt to inject

16   themselves at the last minute into this eight-year litigation

17   constitutes an effort to extort money from the class or class

18   counsel."

19          Another one of my counsel in *Brown v. Wal-Mart*

20   *Stores* made that comment.  However, I don't think that that's

21   relevant to the issue that's before me; namely, the discovery

22   of this particular matter.  It just seems to me that that's too

23   far afield.  I do feel that the objectors should be deposed and

24   that they are to present information.

25          I have before me interrogatories in which

1  questions have been raised.  I don't have any problem with

2  interrogatory 1, 4, 5, 6, or 7.  I do have a problem with

3  interrogatory 2 and 3 and I will strike those.

4              Number 2 says identify the total number of

5  persons your counsel represents in connection with this Chinese

6  litigation.  The deponent may not know that information.  I

7  don't see any benefit from that information.  Number 3,

8  identify the number of clients your counsel is representing in

9  connection with Chinese drywall that have objected to the

10  settlement, I'll know that.  I don't see any reason for that.

11  So I strike 2 and 3.

12              With regard to the requests, I don't have any

13  problem with the requests other than with 2 and 3.  So all

14  documents that contain any information responsive to

15  interrogatories 1, 4, 5, 6, and 7 are appropriate and the other

16  requests for production with the exception of request 12 and

17  13.

18              Requests 12 and 13 are stricken:  All pleadings

19  filed by your counsel with regard to prior objections to other

20  class action settlements, I don't feel the need for that;

21  request 13, all payments received by your counsel as attorneys'

22  fees for reimbursement and costs, prior objections filed in

23  other class actions.

24              Now, having said that, I am going to strike that

25  information presently.  I may have to revisit that because it

1   may become relevant for credibility purposes or other purposes,

2   but now I don't see those matters either relevant or leading to

3   relevant information.

4            So with that, I will issue an order requiring

5   those interrogatories be answered and those documents be

6   produced.  But from what I understand from Mr. Bandas, he has

7   that in the pipeline to do anyway.

8            MR. LEVIN:  May I approach, Your Honor?

9            THE COURT:  Yes.

10           MR. LEVIN:  I have heard you and understand

11   everything that you have said, as usual.

12           Request 8 requests invoices for resale of

13   Chinese drywall.  None were provided.  That forms the basis of

14   damages.  May we have that also?

15           THE COURT:  Yes, the requests 1, 2, 3, 4, 5, 6, 7, 8,

16   9, 10, 11.

17           MR. LEVIN:  Okay.

18           THE COURT:  I'm striking 12 and 13.

19           MR. LEVIN:  May we have this information from

20   Mr. Bandas to Mr. Longer, who is taking his clients'

21   deposition, at 5:00 this afternoon?

22           THE COURT:  It makes no sense to get it after.

23           MR. LEVIN:  It doesn't, Your Honor, so we will need

24   that.

25           THE COURT:  Let's get it before so that we don't have

1   to retake the deposition.

2            **MR. LEVIN:**  Thank you, Your Honor.

3            **THE COURT:**  Thank both of you all.  I know it has

4   been short notice, but I think it's important to deal with

5   these matters immediately.  Thank you very much.

6            Thank you, Mr. Bandas.

7            **MR. BANDAS:**  Thank you, Your Honor.

8            **THE COURT:**  Court will stand in recess.

9            **THE DEPUTY CLERK:**  All rise.

10           (Proceedings adjourned.)

11                              * * *

12                         <u>**CERTIFICATE**</u>

13           I, Toni Doyle Tusa, CCR, FCRR, Official Court

14   Reporter for the United States District Court, Eastern District

15   of Louisiana, do hereby certify that the foregoing is a true

16   and correct transcript, to the best of my ability and

17   understanding, from the record of the proceedings in the

18   above-entitled matter.

19

20

21                         *s/ Toni Doyle Tusa*
                             Toni Doyle Tusa, CCR, FCRR
22                           Official Court Reporter

23

24

25

**$**

$100,000 [1] 21/22

**0**

09-MD-2047 [1] 1/4

**1**

1,600 [1] 14/4
10 [1] 34/16
1020 [1] 1/22
1028 [1] 11/11
11 [4] 10/14 10/16 10/18 34/16
12 [3] 33/16 33/18 34/18
123 [1] 13/12
13 [6] 5/5 23/20 33/17 33/18 33/21 34/18
19106 [1] 1/19
1927 [1] 10/13

**2**

2,000 [1] 14/4
2012 [3] 1/7 3/2 5/5
2047 [2] 1/4 3/7
21-day [1] 10/15
23 [5] 8/3 13/8 13/14 21/2 21/2
23's [1] 8/3
24 [1] 27/5
2415 [1] 2/3
25 percent [1] 24/5
26 [1] 30/24
28 [3] 5/17 5/20 10/21

**3**

30 [1] 30/18
31 [2] 1/7 3/2
32 percent [6] 23/22 28/14 28/20 30/7 30/9 30/9

**4**

406 [1] 2/6
45 [1] 30/21

**5**

5,000 [1] 14/4
5.5 [1] 18/14
500 [3] 1/19 1/22 2/6
501 [1] 22/19
504 [1] 2/7
510 [1] 1/19
536 [1] 13/12
589-7778 [1] 2/7
5:00 [1] 34/21
5:00 tonight [2] 11/17 29/7

**6**

636 [1] 11/1
650 [1] 2/3

**7**

70113 [1] 1/16
70130 [2] 2/4 2/7
7778 [1] 2/7
78401 [1] 1/23
7:30 [1] 7/6

**8**

820 [1] 1/15
8:00 and [1] 7/5

**A**

ability [1] 35/16
able [2] 4/25 16/15
about [8] 4/7 11/12 12/9 18/18 20/24 28/14 31/20 32/6

above [1] 35/18
above-numbered [1] 35/18
absolutely [5] 7/16 13/2 22/15 23/5 26/20
abuse [2] 13/9 13/13
abusive [2] 21/24 22/23
accept [1] 5/24
Account [1] 32/4
action [14] 6/14 9/20 9/25 13/16 14/15 15/11 15/19 17/20 21/12 22/20 22/22 23/12 31/24 33/20
actions [4] 16/6 18/6 31/22 33/23
active [1] 17/11
actively [1] 19/2
addition [1] 15/20
address [1] 20/6
addressed [7] 17/18 18/10 20/8 21/21 23/3 24/23 28/13
addresses [2] 12/6 21/20
adjourned [1] 35/10
admissible [1] 31/3
advocacy [1] 16/9
advocates [1] 16/2
affairs [1] 10/4
affected [2] 9/9 17/19
afield [1] 32/23
after [9] 4/9 4/12 4/19 5/3 9/16 11/23 16/25 17/1 34/22
afternoon [4] 3/4 3/15 16/21 34/21
again [3] 20/22 24/3 24/10
against [5] 8/20 12/24 12/25 20/7 23/13
agree [2] 22/13
agreement [12] 7/23 7/25 17/13 18/15 19/14 25/19 26/13 27/5 28/7 29/18 29/21 30/6
agreements [4] 7/25 8/1 10/24 29/13
aided [1] 2/12
air [1] 9/9
all [33] 1/7 6/2 6/3 7/15 10/11 11/3 11/9 11/15 11/23 12/24 15/1 18/7 18/23 19/8 19/8 20/2 20/12 22/7 25/13 26/10 27/20 28/12 29/9 30/4 30/6 30/7 30/17 31/3 33/13 33/18 33/21 35/3 35/9
allegation [2] 15/16 15/21
allegations [1] 16/15
alleged [1] 31/9
allegedly [1] 15/8
allowed [2] 16/14 16/20
already [3] 20/18 24/23 29/24
also [9] 6/18 9/4 11/9 12/25 23/3 24/4 30/7 31/3 34/14
although [2] 5/24 23/17
am [5] 5/15 6/2 18/1 22/13 33/24
Amchem [4] 9/25 10/2 17/21 29/1
American [1] 21/20
amicable [1] 4/23
among [1] 19/6
amorphous [1] 15/21
Amos [1] 16/2
amount [1] 24/4
analysis [2] 17/17 18/18
another [5] 4/16 7/3 22/23 30/23 32/19
answer [2] 11/12 14/5
answered [1] 34/5
answers [3] 11/8 11/9 18/12
any [53]
anybody [3] 17/19 19/21 27/15
anymore [2] 24/20 24/24
anyone [1] 31/25
anything [7] 5/13 16/22 17/2 19/15 23/8 24/20 25/6
anyway [1] 34/7
anywhere [1] 17/24
appeal [1] 32/3

appeals [1] 23/11
appear [24] Appearances 27/4 28/5
Appearances [2] 1/12 2/1
appeared [2] 5/18 11/4
appearing [1] 14/5
appears [1] 31/2
appointed [3] 13/25 14/9 14/14
appreciate [1] 17/4
approach [2] 20/23 34/8
appropriate [1] 33/15
approval [5] 5/3 22/12 27/7 27/8 28/3
approve [1] 14/11
approved [2] 13/8 28/20 30/5
approximately [1] 14/3
are [84]
area [3] 1/22 2/4 32/5
areas [1] 28/5
arise [1] 17/24
arisen [2] 4/6 17/24
ARNOLD [2] 1/18 3/16
arrive [1] 4/25
articles [2] 12/2 29/13
as [50]
ashamed [1] 30/2
ask [2] 16/19 25/4
asked [1] 13/5
asking [1] 31/17
asks [1] 22/10
aspect [3] 5/16 6/25 31/5
aspects [2] 28/24 29/10
assert [1] 31/10
assistant [1] 14/20
assume [1] 19/2
at [25] 4/13 4/23 4/25 6/25 7/5 7/5 7/6 9/21 11/17 12/17 14/16 16/12 16/12 20/4 22/7 24/8 25/24 26/18 27/24 29/7 31/5 31/21 32/6 32/16 34/21
attack [1] 15/25
attacks [1] 26/19
attempt [5] 9/14 15/12 23/6 28/4 32/15
attempted [3] 12/5 20/22 20/24
attempting [1] 32/12
attempts [2] 15/11 20/6
attendance [1] 30/20
attention [1] 13/11
attorney [3] 7/22 10/25 13/17
attorney-client [1] 10/25
attorneys [4] 28/19 28/20 30/10 31/16
attorneys' [1] 33/21
authors [1] 21/2
Avenue [1] 1/15
aware [9] 7/19 8/18 8/20 8/22 8/24 9/3 9/4 13/13 18/1
away [4] 6/1 8/5 12/10 29/21

**B**

background [1] 4/7
badly [1] 10/8
Bandas [36]
Bandas's [2] 6/16 28/14
based [2] 18/2 19/18
bases [1] 24/25
basis [8] 19/21 20/13 20/15 21/16 25/4 29/3 31/10 34/13
Bay [2] 1/22 2/4
be [49]
because [20] 5/9 6/16 6/24 7/11 8/13 9/9 10/19 11/5 11/8 11/16 11/23 13/1 15/18 20/17 22/14 27/22 29/25 30/16 32/7 33/25
become [1] 34/1
becomes [2] 7/1 25/21
been [34] 4/8 4/16 6/10 9/10 10/8 11/21

**B**

been... [28] 12/20 12/21 14/25 15/2
15/12 15/21 17/11 20/8 20/17 20/25 23/7
23/8 25/12 25/17 25/22 25/22 25/25 26/5
26/14 26/17 26/22 26/25 27/1 27/21 28/1
29/2 33/1 35/4
before [11] 1/10 16/19 16/21 24/8 24/23
27/4 27/22 30/13 32/21 32/25 34/25
began [1] 4/24
begin [1] 4/23
behalf [1] 27/23
being [12] 3/25 7/11 9/16 11/15 12/15
13/6 17/19 18/14 19/13 19/13 20/14
21/22
believe [18] 6/9 10/13 12/3 16/8 18/6
19/20 20/5 20/14 20/16 21/6 21/18 22/5
22/6 22/14 23/11 23/21 23/24 29/21
believes [1] 31/12
bellwether [3] 4/12 4/12 4/20
benchmark [1] 24/5
benefit [10] 27/25 28/15 28/19 30/5 30/8
30/11 30/12 31/25 32/3 33/7
Berman [1] 1/17
best [1] 35/16
between [1] 5/10
beyond [1] 16/8
Billy [1] 3/23
black [2] 19/17 21/11
blame [1] 16/6
boilerplate [2] 6/5 9/23
bona [1] 11/6
border [1] 16/6
both [2] 29/9 35/3
bought [1] 9/2
Boulevard [1] 1/22
bounds [1] 17/12
breathing [1] 24/18
brief [3] 6/3 13/12 25/7
briefing [1] 21/19
Briefly [1] 28/11
bringing [1] 21/25
broadly [1] 31/4
brought [1] 28/17
Brown [2] 32/9 32/19
brutality [1] 26/19
builders [1] 10/7
buildings [2] 12/7 26/23
burden [1] 14/13
business [1] 12/8
but [30] 5/15 6/3 6/23 7/9 9/4 9/20 9/23
10/16 14/11 14/17 15/1 15/6 15/13 16/6
16/23 19/24 20/18 21/16 22/6 23/19
24/24 25/23 27/3 28/9 28/14 28/19 29/22
34/2 34/6 35/4

**C**

C's [2] 8/1 8/2
calculated [1] 31/2
California [1] 14/6
call [2] 3/6 4/2
came [2] 3/24 5/7
can [9] 7/9 10/16 11/7 11/12 14/23 16/12
23/12 26/16 31/23
can't [2] 11/11 14/21
cannot [4] 6/12 15/18 22/3 24/10
capital [1] 8/1
captioned [1] 27/9
care [1] 28/21
case [47]
cases [16] 1/7 6/2 6/10 6/11 7/12 10/12
11/2 11/4 12/10 15/9 20/25 24/6 24/6
26/11 31/21 32/8

cash [1] 23/23
catastrophe [1] 14/6
cause [2] 16/3 16/4
CCR [3] 2/6 35/13 35/21
Center [1] 22/19
certainly [3] 6/6 15/7 16/7
CERTIFICATE [1] 35/12
certification [1] 27/6
certified [1] 29/4
certify [1] 35/15
challenged [1] 24/15
challenging [2] 22/21 24/14
changes [1] 5/4
changing [1] 24/4
Checking [1] 32/4
China [3] 9/6 14/25 15/3
CHINESE [21] 1/5 3/7 3/17 4/6 4/9 4/17
4/18 7/17 8/9 8/18 8/19 8/22 8/23 12/16
18/20 19/4 19/19 29/20 33/5 33/9 34/13
Chinese Drywall [1] 3/17
Chris [1] 3/12
Christi [6] 1/23 6/22 7/13 11/17 12/5 29/6
CHRISTOPHER [1] 1/21
circle [1] 28/25
circuit [8] 6/14 21/10 21/14 21/14 22/3
22/11 23/23 24/5
circumstances [2] 23/5 28/21
cite [2] 6/14 13/11
citing [1] 15/6
Civil [2] 20/23 30/18
claim [8] 12/19 15/12 15/15 17/16 17/19
23/8 29/24 31/1
claimants [4] 14/16 14/18 18/19 18/23
claims [12] 8/20 14/13 17/13 17/23 18/2
18/13 18/23 19/13 19/18 19/25 20/13
22/2
class [55]
classes [1] 29/2
clear [1] 13/23
clerk's [1] 15/23
client [3] 10/25 11/8 11/11
clients [14] 5/18 10/4 10/25 11/8 11/20
14/13 18/11 20/14 20/24 23/9 24/15
28/16 30/10 33/8
clients' [2] 32/15 34/20
close [1] 28/25
coerce [1] 32/14
collateral [1] 14/6
colleagues [2] 32/4 32/8
collected [1] 8/6
come [6] 9/13 27/22 28/4 28/17 29/23
30/11
coming [1] 10/15 10/20 26/16
comment [2] 31/22 32/20
comments [1] 25/8 31/20
committed [1] 26/14
common [7] 3/16 4/14 4/22 5/10 9/21
14/1 14/9
common [8] 4/25 24/6 28/15 28/19 30/4
30/8 30/11 30/11
community [2] 9/10 10/8
compelled [1] 30/20
competent [1] 27/15 27/16
complaint [2] 15/6 19/7 28/16
complaints [1] 29/11
complete [1] 8/11
completed [1] 25/17
completely [2] 8/13 23/23
computer [1] 2/12
computer-aided [1] 2/12
concerned [2] 13/15 13/16 32/6
conclusively [1] 20/18
concoction [1] 9/17

condition [1] 13/7
conditions [1] 25/12
conduct [2] 12/8 13/16
conducted [1] 15/2
conducting [1] 4/24
CONFERENCE [1] 1/10
conferences [1] 15/24
confidential [6] 7/23 7/25 7/25 8/1 29/18
29/20
connected [1] 7/17
connection [3] 11/23 33/5 33/9
considered [2] 19/4 21/24
considering [1] 4/23
constitutes [1] 32/17
constituting [1] 11/3
Construction [4] 1/21 1/23 2/3 2/4
construed [1] 31/5
contacted [2] 8/16 26/23
contain [1] 33/14
contained [1] 25/3
contention [1] 11/10
contested [2] 20/20 20/21
contexts [1] 20/9
continue [1] 14/10
Contracting [2] 1/22 2/4
contrary [1] 20/9
convenience [1] 17/4
cooperation [1] 20/19
corporate [1] 14/24
corporation [5] 7/4 7/7 7/8 7/9 13/5
corporations [1] 12/3
Corpus [6] 1/23 6/22 7/13 11/17 12/5
29/6
Corpus Christi [5] 6/22 7/13 11/17 12/5
29/6
correct [3] 22/15 28/6 35/16
costs [2] 32/1 33/22
cottage [1] 13/10
could [4] 19/15 21/13 27/11 27/15
counsel [48]
counsel's [3] 11/9 20/6 25/5
countenances [1] 20/23
counterproductive [1] 16/6
country [1] 18/2
couple [1] 25/7
coupon [1] 10/8
course [2] 4/17 27/19
court [45]
courtroom [1] 11/25
courts [5] 5/23 20/8 22/5 31/21 31/23
credibility [1] 34/1
credible [1] 22/25
criteria [1] 22/25
criticized [1] 15/12
crucified [1] 27/21
customary [1] 5/6
customer [2] 8/18 8/22
customers [1] 8/21

**D**

damage [3] 11/19 11/20 12/19
damaged [1] 12/20
damages [5] 9/8 13/2 18/16 18/18 34/14
DAVIS [3] 1/15 3/15 11/1
day [3] 5/17 10/15 27/25
deal [2] 19/9 35/4
dealing [1] 29/10
death [4] 17/25 18/2 18/25 22/2
decided [1] 30/12
decried [1] 26/17
dedicated [1] 32/13
defect [1] 21/12
defendants [1] 11/5

defense [2]  25/25 31/1
deficient [1]  28/5
defined [1]  21/2
defining [4]  17/12 17/14 17/15 23/22
definition [3]  18/21 19/1 19/18
deny [1]  25/5
deponent [1]  33/6
deponent's [1]  30/20
deponents [1]  29/9
depose [1]  30/19
deposed [2]  13/6 32/23
deposition [8]  11/16 20/4 24/19 29/7 29/8
29/25 34/21 35/1
depositions [9]  4/11 7/14 10/11 15/25
20/17 24/11 25/16 25/17 31/18
Depot [12]  8/12 8/15 8/16 8/18 8/19 8/20
8/21 8/24 8/24 9/2 12/14 12/15
deserving [1]  32/13
designated [2]  4/8 6/13
detailed [1]  18/11
determine [1]  14/23
detriment [1]  28/3
developed [2]  24/2 24/8
developing [1]  24/2
Devlin [2]  13/12 17/17
did [5]  8/21 9/4 9/19 25/24 29/22
didn't [4]  7/6 7/20 9/22 9/23
Diet [1]  29/4
different [4]  15/9 19/25 25/1 25/14
diminish [1]  8/1
discern [1]  16/12
discharged [1]  7/21
disclosed [1]  27/1
discovering [1]  31/6
discovery [38]
discussed [1]  25/2
discussions [1]  4/25
disgraceful [1]  12/22
dismissed [1]  16/13
dispute [5]  5/9 5/12 19/21 23/7 30/16
disruptive [1]  16/1
dissimilar [1]  24/21
distinct [1]  6/18
DISTRICT [5]  1/1 1/2 1/11 35/14 35/14
do [32]  7/12 9/22 9/24 10/1 10/10 11/10
12/23 13/17 13/21 13/24 15/7 15/8 16/22
17/2 17/3 18/24 19/20 21/9 22/5 24/20
25/10 26/9 26/9 27/16 27/25 28/9
31/18 32/23 33/2 34/7 35/15
Docket [1]  1/4
DOCUMENT [1]  1/7
documentation [2]  11/22 29/9
documents [17]  4/10 8/10 8/23 8/25 11/3
11/15 11/19 11/21 11/21 12/12 12/17
20/3 20/3 20/5 20/12 33/14 34/5
does [4]  10/10 13/19 17/15 17/15
doesn't [5]  24/19 24/22 28/15 28/23
34/23
doing [4]  9/23 21/7 22/15 30/10
don't [29]  7/9 8/10 11/12 11/20 12/16
15/4 15/5 18/17 20/4 20/16 21/18 22/1
22/5 23/7 24/24 27/13 29/8 30/14 31/6
31/15 31/16 32/20 33/1 33/7 33/10 33/12
33/20 34/2 34/25
done [7]  7/12 13/18 17/11 27/10 27/17
27/20 28/25
down [3]  6/21 24/7 26/21
downstream [1]  4/20
Doyle [2]  6/35/13 35/21 35/21
drafting [1]  19/2
driver's [2]  12/6 26/22

drop [1]  9/19
dropped [2]  25/11 25/11
Drugs [1]  29/4
drywall [27]  1/5 3/8 3/17 4/6 4/9 4/15
7/17 8/9 8/10 8/12 8/19 8/19 8/22 8/24
9/1 9/5 12/17 12/21 15/3 18/20 18/21
19/4 19/19 26/24 29/20 33/9 34/13
due [2]  15/22 19/8
During [1]  5/5

E

EASTERN [2]  1/2 35/14
easy [1]  14/7
ECF [1]  23/19
effect [2]  11/21 16/2
effectively [1]  31/24
effort [3]  28/6 28/6 32/17
eight [1]  32/16
eight-year [1]  32/16
either [3]  17/16 31/16 34/2
ELDON [1]  1/10
else [1]  29/19
embarrassed [1]  23/17
emphasis [1]  14/12
employee [2]  6/8 6/12
empty [1]  14/23
end [1]  27/24
ended [1]  22/22
engaged [1]  13/17
engaging [1]  5/24
enjoined [1]  16/13
enough [2]  4/23 9/13
ensure [1]  10/10
entities [4]  4/17 4/20 4/21 5/1
entitled [1]  35/18
ESQ [6]  1/14 1/15 1/18 1/18 1/21 2/3
establish [1]  8/17
established [2]  6/5 6/11
establishes [1]  6/6
establishing [1]  27/18
ethics [1]  29/14
evaluate [1]  25/18
even [7]  5/25 6/16 7/17 15/1 15/4 23/21
31/1
event [2]  4/19 24/25
ever [1]  18/23
everything [3]  19/15 30/9 34/11
evidence [5]  8/17 9/11 9/12 15/2 31/3
exactly [1]  21/23 27/10 27/16
exceed [1]  30/6
exception [1]  33/16
exchanged [1]  4/10
Excuse [1]  13/20
exist [1]  20/4
experience [1]  32/8
expert [4]  9/20 13/15 22/18 22/25
explain [1]  20/13
explained [1]  20/4
express [2]  22/24 30/14
expressed [1]  32/9
expressly [1]  18/14
extension [2]  17/15 18/22
extensive [1]  19/14
extent [2]  30/15 31/7
extort [1]  32/17
extortion [1]  5/25
extraordinarily [3]  13/22 16/1 18/7

F

F.2d [1]  11/1
fact [7]  18/13 19/4 19/4 20/25 25/15
25/18 27/11
facts [2]  9/17 28/23

factual [1]  21/16
factually [1]  26/15
fairness [10]  5/5 9/20 9/25 10/15 10/20
13/16 16/19 22/20 23/20 24/8
faith [2]  22/25 23/24
FALLON [2]  1/10 3/15
fantastically [1]  18/9
far [5]  10/21 14/23 15/10 23/9 32/23
fatherless [1]  16/4
FCRR [3]  2/6 35/13 35/21
federal [5]  5/23 20/22 30/18 30/23 30/24
fee [7]  6/1 6/18 28/15 30/4 30/4 30/8
30/12
feel [2]  32/23 33/20
fees [11]  11/14 12/10 15/7 15/12 23/8
24/3 30/6 30/7 30/10 32/15 33/22
felt [1]  4/22
fides [1]  11/6
fiduciary [1]  6/13
fields [1]  31/4
Fifth [6]  21/10 21/14 22/3 22/11 23/23
24/5
Fifth Circuit [5]  21/10 22/3 22/11 23/23
24/5
file [1]  15/22
filed [6]  15/10 19/22 22/18 26/14 33/19
33/22
files [2]  6/4 6/22
filing [3]  5/17 23/19 26/18
filings [1]  28/2
final [1]  5/5
finalized [1]  19/9
find [1]  26/23
Fine [2]  3/25 4/3
finished [1]  4/12
fire [1]  24/18
firm [2]  1/21 6/9
first [4]  7/15 10/1 12/24 30/3
Fishbein [1]  1/17
fits [1]  19/17
five [1]  13/25
flag [1]  10/1
floated [1]  13/3
Florida [2]  9/15 32/5
flying [2]  6/21 7/4
focus [2]  21/9 31/19
folks [1]  14/12
following [2]  3/3 27/8
foray [1]  14/8
forcing [1]  10/14
foregoing [1]  35/15
forgetting [1]  29/24
forgot [1]  8/5
form [3]  6/4 7/21 18/11
forms [2]  18/25 34/13
forth [6]  6/3 15/21 16/11 24/17 27/10
27/18
forum [2]  14/8 14/19
forums [2]  14/5 15/14
forward [7]  5/7 16/14 16/20 20/19 24/24
28/4 28/17
found [1]  12/6
Frank [2]  13/15 22/19
fraud [1]  8/2
FRED [2]  1/18 4/1
frivolous [2]  16/1 21/24
full [1]  22/12
fully [1]  16/14
fund [3]  23/23 24/6 24/6
further [1]  25/6
future [3]  17/24 18/4 18/24

G

gain [1]  10/7

## G

gained [2] 13/11 32/1
gains [1] 32/3
Garcia [4] 1/22 2/3 12/7 14/21
Gaudet [1] 3/23
general [1] 31/22
generally [1] 15/13
gentlemen [1] 3/5
Georgia [3] 7/20 29/17 29/22
get [5] 11/13 19/9 29/22 34/22 34/25
give [3] 9/13 9/17 20/13
given [1] 10/21
go [9] 6/1 7/6 12/10 16/14 16/20 20/19 24/24 25/24 29/21
goes [1] 24/7
going [8] 6/2 9/6 12/22 13/13 17/13 17/14 20/19 33/24
gone [3] 26/22 28/17 28/18
good [6] 3/4 3/14 9/22 12/22 22/25 23/24
got [3] 10/20 29/16 29/21
gotten [1] 32/14
governed [1] 30/23
granted [1] 5/3
ground [1] 4/25
group [1] 4/16
guess [1] 5/14

## H

had [6] 12/11 22/21 27/22 29/18 29/24 32/8
half [2] 6/23 14/11
handling [1] 32/5
handymen [1] 12/13
happen [1] 22/3
happened [1] 29/16
happy [3] 20/2 20/11 20/12
harass [1] 22/1
harassing [1] 21/24
harbor [1] 10/16
hard [2] 17/10 19/9
hardworking [1] 32/13
has [65]
hasn't [2] 10/21 17/10
have [118]
haven't [4] 9/5 9/11 20/20 28/13
having [1] 33/24
HB [1] 2/6
HB-406 [1] 2/6
he [46]
hear [2] 5/12 25/24
heard [3] 25/13 26/21 34/10
hearing [1] 5/5 10/1 10/15 10/17 10/20 16/19 23/20 24/8 26/1
hearings [1] 15/23
heck [1] 27/11
held [1] 3/3
her [5] 6/10 7/22 8/6 24/21 29/24
here [15] 3/20 3/24 3/25 4/5 5/9 6/7 9/5 12/22 14/12 15/5 25/2 25/23 27/10 27/17 30/16
hereby [1] 35/15
Herman [5] 1/14 1/14 1/14 3/15 27/12
herself [1] 7/22
highlight [1] 28/4
hijack [1] 32/12
him [4] 5/23 13/17 22/24 31/17
himself [1] 30/2
his [20] 5/18 6/1 6/9 6/19 6/19 7/3 7/4 10/25 11/20 12/8 13/5 13/11 22/24 24/19 28/16 31/11 31/13 32/15 34/20
hold [1] 10/16

home [13] 7/6 8/12 8/18 8/19 8/20 8/21 8/24 8/25 11/20 12/15 12/15 18/4 23/25
Home Depot [10] 8/12 8/18 8/19 8/20 8/21 8/24 8/24 9/12 12/14 12/15
homes [1] 9/15
Honda [1] 21/20
Honor [57]
Honor's [1] 22/12
HONORABLE [1] 1/10
hopefully [1] 14/10
how [2] 7/16 10/12
however [1] 31/15 31/20 32/20
hundred [1] 4/11
hurt [1] 10/8

## I

I'd [1] 22/13
I'll [2] 5/12 33/10
I'm [7] 5/14 9/24 11/11 23/17 25/8 32/6 34/18
identical [1] 24/25
identified [1] 9/5
identify [3] 8/25 33/4 33/8
if [17] 3/19 6/16 8/2 8/4 9/25 13/15 13/20 16/7 16/13 16/17 18/24 20/3 22/10 23/11 25/11 28/9 31/1
ill [1] 32/14
ill-gotten [1] 32/14
illness [1] 19/1
illnesses [1] 18/3
immediately [1] 35/5
impaired [1] 9/10
important [5] 13/22 18/10 21/3 21/8 35/4
impossible [1] 19/11
improper [2] 12/25 25/14
improperly [1] 32/12
improve [1] 28/1
in [164]
In Re [1] 3/7
inadmissible [1] 31/1
inappropriate [1] 32/14
Inc [2] 1/23 2/4
included [1] 19/5
including [4] 19/22 21/20 30/9 30/19
incorporation [2] 12/2 29/13
incredibly [1] 21/8
indeed [2] 14/21 15/14
indicate [1] 31/22
indicated [1] 14/22 14/22
indicates [1] 5/11
indicating [1] 8/23
individual [1] 26/25
individuals [3] 10/3 12/13 17/8
industries [1] 10/6
industry [1] 13/12
InEx [1] 14/1
information [10] 10/19 11/7 11/13 32/24 33/6 33/7 33/14 33/25 34/3 34/19
informed [1] 4/23
inject [1] 32/15
injuries [3] 15/16 15/16 15/18
injury [4] 12/18 17/22 28/24 29/10
innocent [1] 14/18
insert [1] 9/6
insignificant [1] 18/16
installation [1] 11/9
installers [2] 10/7 12/13
instance [1] 9/1
instigated [1] 31/13
insurance [2] 8/16 10/6
insurers [1] 4/22
intend [2] 22/1 23/9
interest [6] 6/16 6/17 6/17 20/19 23/19

23/25
interferes [1] 14/15
interrogatories [5] 11/11 18/12 32/25 33/15 34/5
interrogatory [2] 33/2 33/3
intimidated [1] 24/20
into [6] 9/13 9/19 10/4 13/3 14/8 32/16
introduce [1] 3/9
introduction [2] 23/16
investigate [1] 16/14
investigation [1] 28/25
invited [2] 27/4 27/4
invoices [3] 8/23 8/25 34/12
involved [5] 8/2 14/1 15/5 20/25 29/19
involving [1] 17/25
is [120]
isn't [1] 6/20
issue [26] 3/20 4/6 12/17 14/6 14/16 14/25 17/18 21/20 21/21 22/7 23/3 23/24 24/5 26/8 28/9 30/1 32/21 34/4
issues [8] 14/5 18/9 25/9 26/3 26/3 26/6 30/13 30/14
it [47]
it's [17] 6/17 8/22 10/1 10/8 10/13 12/21 12/22 16/11 16/16 21/8 22/5 22/6 22/11 24/7 30/8 30/9 35/4

## J

job [1] 9/22
Josh [3] 3/11 16/22 25/8
JOSHUA [1] 2/3
JR [1] 2/3
judge [6] 1/11 3/15 21/15 27/4 27/15 28/7
Judge Fallon [1] 3/15
judges [2] 5/25 6/6
jumps [1] 28/23
jurisprudence [2] 6/12 8/3
just [12] 3/24 3/24 13/3 15/12 18/8 18/8 22/6 23/18 25/7 25/24 26/25 32/22
Justice [2] 13/11 15/13
justification [1] 21/7

## K

Katrina [1] 9/16
Katz [1] 1/14
kind [1] 12/23
Knauf [11] 4/4 4/14 4/15 4/17 4/20 4/21 5/1 9/4 9/5 14/11 15/3
know [26] 4/4 5/19 7/8 7/10 7/24 8/4 8/10 9/23 9/24 11/12 11/14 11/15 11/22 12/3 12/9 13/4 15/1 15/5 22/2 28/23 29/16 30/17 31/3 33/6 33/10 35/3
knowing [1] 23/20
knowingly [1] 8/21
knowledge [2] 7/16 11/9
known [2] 5/8 17/23
knows [3] 9/2 17/12 21/2
Koch [4] 2/2 2/3 3/11 25/8
Kramer [1] 6/14

## L

labor [1] 14/10
labored [1] 14/9
ladies [1] 3/5
laed.uscourts.gov [1] 2/8
last [5] 5/17 15/10 26/18 32/16
last-minute [1] 15/10
late [1] 15/17
law [11] 1/21 6/5 6/9 9/10 19/17 21/11 22/16 22/16 24/4 27/20 29/14
lawyer [2] 11/11 20/7

**L**

lawyers [3] 14/13 18/9 24/14
lead [4] 14/22 16/10 18/25 31/2
leading [1] 34/2
learned [4] 13/21 14/7 14/22 16/10
least [4] 4/13 4/23 16/12 31/5
leave [1] 30/19
left [1] 7/5
legal [7] 14/20 15/7 18/18 21/14 21/16 23/11 32/15
legitimate [9] 6/17 14/5 14/13 14/16 15/19 19/21 20/16 24/11 25/4
length [1] 25/24
LEONARD [2] 1/15 3/15
less [2] 21/14 27/21
Let [2] 4/7 29/4
let's [2] 6/7 34/25
letter [2] 19/17 21/11
leveled [1] 16/12
Levin [4] 1/17 1/18 3/16 16/10
levy [1] 31/23
LIABILITY [2] 1/5 3/8
liaison [1] 8/16
licenses [2] 12/6 26/22
like [6] 7/10 12/14 12/15 13/23 16/24 26/16
limited [2] 5/19 31/9
limits [1] 23/12
list [2] 4/3 19/15
listened [1] 25/23
Literally [1] 32/1
litigation [16] 1/5 3/8 4/7 5/16 5/19 6/25 9/7 12/10 13/3 16/4 28/15 28/18 29/18 32/4 32/16 33/6
LLC [2] 1/14 2/2
lodge [1] 30/2
long [1] 31/1
longer [6] 1/18 4/1 7/13 26/20 29/6 34/20
look [3] 29/4 31/21 32/6
looks [1] 9/21
lot [3] 10/19 17/10 28/25
LOUISIANA [8] 1/2 1/6 1/16 2/4 2/7 9/15 9/17 35/15
Lowe's [12] 3/23 7/18 7/19 8/13 8/15 8/16 11/23 12/15 12/15 26/23 29/17 29/19
lying [1] 7/5

**M**

made [12] 5/7 8/4 8/11 9/5 10/12 12/21 12/21 14/25 15/3 17/8 29/11 32/20
made-up [1] 12/21
major [1] 4/15
make [6] 13/1 13/23 17/16 27/8 27/23 31/20
makes [1] 34/22
making [2] 5/4 21/23
man [1] 24/18
manageability [1] 29/3
manager [3] 6/9 6/19 14/21
MANUFACTURED [2] 1/5 3/8
manufacturer [1] 4/15
manufacturers [2] 4/16 10/7
many [2] 6/4 7/12
Marathon [4] 15/4 15/6 15/8 23/16
Mart [2] 32/9 32/19
massage [1] 30/8
mast [1] 22/14
material [2] 5/4 30/25
matter [10] 13/22 19/10 19/16 21/11 22/21 24/4 25/15 27/20 32/22 35/18
matters [4] 5/7 13/25 34/2 35/5

may [17] 3/14 16/23 17/24 18/4 18/23 19/25 20/4 27/2 30/24 31/23 33/9 33/11 33/25 34/1 34/8 34/14 34/19
maybe [1] 21/10
MD [1] 1/4
MDL [2] 3/7 4/9
me [11] 4/7 6/23 13/20 20/7 20/24 22/5 30/5 30/13 32/21 32/22 32/25
mean [1] 4/15
means [1] 30/7
measure [1] 18/17
mechanical [2] 2/11
meddling [1] 10/4
medical [2] 17/25 18/24
mega [2] 23/22 24/6
member [5] 19/11 19/12 19/17 27/5 31/10
members [3] 18/8 27/25 32/13
merely [1] 15/22
merits [6] 21/7 21/11 21/16 23/9 24/22 28/13
met [2] 14/17 23/1
metes [1] 17/12
microphones [1] 3/19
might [1] 13/20
mind [1] 26/18
mine [1] 32/8
Minor [1] 8/17
minute [3] 15/10 26/18 32/16
money [7] 8/6 10/12 23/6 23/6 23/8 24/4 32/17
monitoring [2] 14/3 17/25
more [5] 6/4 18/17 23/1 27/21 27/25
morning [2] 11/18 29/7
most [2] 14/23 24/6
motion [6] 6/22 10/14 21/25 23/14 24/17 26/4
motions [2] 15/24 19/23
motives [1] 22/7
moving [1] 5/14
Mr [2] 13/4 16/25
Mr. [44]
Mr. Bandas [29] 5/18 5/20 5/21 7/12 7/22 9/18 9/19 9/22 10/9 10/18 11/4 11/19 15/9 15/21 16/24 17/1 17/2 26/10 26/17 27/17 27/20 28/2 28/22 29/14 29/17 32/11 34/6 34/20 35/6
Mr. Bandas's [2] 6/16 28/14
Mr. Frank [1] 13/15
Mr. Garcia [2] 14/7 14/21
Mr. Herman [1] 27/12
Mr. Levin [1] 16/10
Mr. Longer [3] 7/13 29/6 34/20
Mr. Vitela [5] 7/3 14/21 19/23 24/9 24/17
Ms. [10] 6/8 6/22 7/17 13/4 14/20 19/22 24/9 24/21 29/17 29/25
Ms. Petrus [10] 6/8 6/22 7/17 13/4 14/20 19/22 24/9 24/21 29/17 29/25
much [6] 10/12 13/24 20/9 21/14 28/8 35/5
must [1] 27/8
muster [1] 21/13
my [10] 5/24 18/11 20/24 22/7 23/18 24/14 27/14 32/4 32/19 35/16
myself [2] 22/14 30/14

**N**

namely [1] 32/21
nature [3] 5/12 30/15 31/6
near [1] 23/22
necessary [2] 23/11 26/21
need [8] 10/19 10/22 11/19 28/9 29/8 29/9 33/20 34/23

needs [1] 24/15
nevertheless [6] 19/10 19/24 20/2 20/11 21/6 22/4
new [5] 1/6 1/16 2/4 2/7 5/21
next [1] 25/21
nice [2] 7/24 8/4
nine [1] 15/2
no [17] 7/16 8/19 9/11 11/21 13/2 13/2 13/9 15/21 16/12 17/9 19/25 20/22 25/1 25/3 29/3 31/25 34/22
non [1] 14/4
non-opt-out [1] 14/4
None [2] 8/11 34/13
nonmoving [1] 5/15
nonprivileged [1] 30/25
nor [1] 31/18
North [1] 1/22
not [61]
Note [1] 13/12
noted [1] 31/22
nothing [14] 12/16 12/17 12/18 12/19 14/17 15/7 15/8 26/11 27/20 27/21 27/25 28/1 32/1 32/3
notice [1] 35/4
notified [1] 23/14
November [2] 5/5 23/20
November 13 [2] 5/5 23/20
now [23] 6/2 6/21 6/25 7/8 7/13 7/14 8/8 9/3 9/19 9/20 10/10 10/19 12/23 13/10 15/9 18/20 25/13 26/1 26/8 30/22 31/3 33/24 34/2
number [12] 3/18 4/4 4/19 15/23 15/23 15/24 15/24 28/20 33/4 33/4 33/7 33/8

**O**

O'Keefe [1] 1/15
object [2] 15/11 17/9
objected [4] 6/11 7/21 8/6 33/9
objecting [2] 5/21 6/10
objection [15] 11/6 17/16 19/22 23/2 23/10 24/23 27/6 27/8 27/19 28/14 29/24 30/1 31/10 31/11 31/13
objections [30] 5/6 5/8 5/18 6/1 6/4 6/5 13/7 13/10 17/9 19/24 19/25 21/16 24/10 24/25 25/10 25/12 25/12 25/14 25/21 25/22 25/25 26/14 26/18 27/9 27/19 27/23 27/24 30/15 33/19 33/22
objective [1] 22/25
objectively [2] 19/7 19/10
objector [10] 6/10 7/15 8/7 11/24 25/8 27/2 27/3 29/23 31/12 32/11
objectors [33] 1/21 2/2 3/11 3/13 5/7 5/11 6/19 7/3 7/14 7/15 8/8 12/8 13/1 15/18 21/1 25/1 25/11 25/16 26/14 26/9 26/11 26/12 26/16 26/20 27/10 27/17 27/23 31/7 31/19 31/19 31/23 31/25 32/23
objectors' [4] 19/7 24/12 31/17 32/7
obligation [2] 6/13 13/6
obstreperous [1] 10/4
obtain [1] 11/7
obtained [2] 12/14
obviously [3] 9/22 17/10 21/2
occurred [3] 5/10 5/17 7/19
October [2] 1/7 3/2
off [3] 26/5 29/21 29/22
offer [2] 22/8 22/9
office [5] 6/9 6/19 14/20 15/23 23/19
Official [3] 2/6 35/13 35/22
okay [4] 6/23 17/6 30/3 34/17
omni [1] 28/16
on [38]

## O

once [2] 25/17 25/24
one [15] 8/10 9/2 11/17 12/7 12/15 17/9 19/17 21/3 21/4 25/10 26/3 29/7 31/9 32/4 32/19
ongoing [1] 14/2
only [8] 6/23 9/19 16/6 23/9 25/9 26/8 28/19 29/22
open [1] 3/3
opinion [1] 22/24
opportunity [3] 16/20 17/4 30/14
oppose [1] 22/4
opposite's [1] 14/8
oppressed [1] 16/3
opt [2] 7/20 14/4
or [39]
orchestrated [1] 7/11
order [2] 13/9 34/4
orders [2] 29/12 29/12
origin [1] 18/21
Orleans [4] 1/6 1/16 2/4 2/7
other [32] 6/5 6/10 6/11 7/12 8/8 8/11 8/23 8/25 10/12 11/1 11/4 15/6 15/14 18/25 19/6 19/7 20/5 20/8 20/25 22/5 24/11 26/6 26/11 31/21 31/25 32/7 32/8 33/13 33/15 33/19 33/23 34/1
others [1] 7/18
otherwise [2] 23/21 30/23
ought [3] 18/6 18/7 30/2
our [14] 6/3 8/4 8/16 10/11 12/25 13/12 20/3 20/14 21/19 22/8 23/1 23/10 23/15 29/8
out [9] 7/20 8/13 9/14 13/1 14/4 18/24 25/15 26/23 30/11
over [2] 8/14 9/17
Overdraft [1] 32/4
overturned [1] 15/17
own [2] 13/3 28/19
owners [2] 10/5 14/4
owns [2] 4/17 24/21

## P

Page [1] 27/5
paid [2] 29/21 29/22
paint [1] 21/15
paper [1] 26/14
papers [1] 21/19
paragraph [1] 18/14
paralegal [1] 6/9
part [3] 6/24 14/23 31/13
participated [1] 19/2
particular [15] 6/19 6/25 11/6 13/17 16/5 20/15 21/1 21/3 23/1 24/15 26/24 26/25 27/14 32/7 32/22
particularly [3] 14/10 16/19 21/4
parties [4] 4/13 4/24 5/12 31/6
party [7] 5/14 5/15 5/15 20/8 30/18 30/19 31/1
pass [1] 21/13
patently [1] 21/24
payment [1] 8/4
payments [2] 12/9 33/21
PC [1] 1/21
Pennsylvania [1] 1/19
people [2] 3/18 4/3
percent [7] 23/22 24/5 28/14 28/20 30/7 30/9 30/9
percentage [1] 24/6
period [4] 4/9 5/6 10/16 11/25
permits [2] 30/18 30/24
person [3] 7/9 21/17 30/19
personal [16] 6/24 7/2 7/6 7/7 7/9 7/10

12/1 12/18 13/4 15/16 15/16 15/18 17/22 18/19 24/10 29/16
persons [1] 33/5
Petrus [11] 6/8 6/22 7/17 11/24 13/4 14/20 19/22 24/9 24/21 29/17 29/25
phantom [1] 12/3
Philadelphia [1] 1/19
phone [4] 3/18 4/1 4/4 17/4
PI [2] 29/1 29/1
picked [1] 15/5
picture [2] 21/15 31/14
pillored [1] 27/22
pilot [1] 14/2
pipeline [1] 34/7
Pipes [1] 8/17
place [1] 7/5
places [1] 12/14
plaintiff [3] 6/13 29/23 31/12
plaintiffs [5] 5/13 28/18 31/17
plaintiffs' [5] 3/16 4/13 4/22 5/10 14/9
plan [2] 25/19 28/3
plead [1] 16/4
pleading [2] 9/23 23/18
pleadings [6] 9/21 11/3 22/8 23/15 25/3 33/18
please [3] 3/4 3/14 3/19
plethora [1] 5/22
point [3] 6/25 14/16 27/14
popped [2] 6/7 6/8
pops [1] 18/6
position [4] 8/5 20/9 22/16 25/18
possession [1] 20/3
possible [1] 18/23
possibly [1] 19/15
pot [1] 30/11
potentially [1] 28/5
Poydras [2] 2/3 2/6
precisely [1] 18/13
preliminary [1] 5/3
premise [1] 17/7
prepared [2] 24/1 24/7
present [8] 3/9 11/24 16/13 16/15 17/16 18/3 18/4 32/24
presented [1] 23/4
presently [2] 7/13 33/25
president [1] 22/19
presume [1] 26/6
previously [2] 12/11 26/11
principal [1] 19/7
prior [2] 33/19 33/22
private [1] 28/22
privilege [1] 11/1
privileged [1] 20/6
probably [1] 16/24
problem [7] 17/21 28/22 29/3 31/6 33/1 33/2 33/13
problems [1] 18/25
Procedure [2] 20/23 30/18
proceeded [1] 4/11
proceedings [6] 2/11 3/1 3/3 11/25 35/10 35/17
process [8] 5/6 13/9 15/22 21/8 27/8 27/9 27/9 27/19
produce [2] 20/2 20/12
produced [6] 8/10 9/11 11/15 11/21 26/22 34/6
producing [3] 13/6 27/17
product [2] 12/13 29/12
production [2] 8/12 33/16
PRODUCTS [2] 1/5 3/8
professional [3] 31/11 31/23 32/11
profit [1] 22/21
program [1] 14/2

proof [3] 15/1 15/1 15/10
Prophet [1] 16/2
proposed [3] 5/1 17/20 21/12
propriety [1] 20/7
protected [1] 10/25
provided [1] 34/13
PSC [3] 1/14 1/17 4/13
public [1] 22/21
published [1] 18/1
pulling [1] 9/14
punish [1] 24/12
purchase [1] 29/11
purchased [4] 7/18 8/9 8/12 8/18
purport [1] 12/14
purportedly [1] 32/3
purports [1] 12/8
purpose [4] 15/6 20/16 24/11 27/24
purposes [11] 18/7 18/22 19/3 26/2 29/4 34/1 34/1
pursuant [1] 30/21
pursue [2] 23/9 23/10
Pursuing [1] 14/1
put [1] 8/6

## Q

question [3] 25/21 26/12 31/4
questions [5] 3/24 13/19 14/6 31/17 33/1

## R

raised [8] 14/25 25/12 25/22 25/23 25/25 26/14 32/3 33/1
rambling [1] 29/2
ranging [1] 17/24
rapid [1] 4/9
Rather [1] 28/4
RE [2] 1/5 3/7
reached [1] 5/2
read [1] 9/9
reading [1] 15/22
real [1] 14/12
really [1] 25/9
reason [2] 16/12 33/10
reasonable [1] 16/9
reasonably [1] 31/2
reasons [13] 6/24 7/2 7/7 7/7 7/10 7/10 12/1 13/4 19/24 24/16 24/21 25/2 25/14
received [1] 33/21
recess [1] 35/8
record [3] 3/10 13/23 15/14 24/1 24/7 35/17
recorded [1] 2/11
records [3] 8/23 8/25 29/11
red [1] 10/1
referred [1] 5/23
referring [1] 4/16
regard [3] 22/18 22/23 29/1 30/4 30/17 33/12 33/19
regarding [1] 5/1
reimbursement [1] 33/22
related [1] 12/12
relates [2] 1/7 26/6
relationship [1] 31/11
relative [1] 24/3
release [2] 17/13 18/22
released [12] 17/14 17/19 18/5 18/14 19/5 19/13 19/13 19/16 19/18 20/14 23/12 29/24
releases [1] 17/22
releasing [1] 22/2
relevance [1] 31/4
relevant [15] 7/1 10/23 16/18 22/5 22/6 23/24 24/11 26/6 26/8 26/10 30/25 32/21

**R**

relevant... [3]  34/1 34/2 34/3
relief [3]  10/7 12/23 16/11
relieved [1]  13/5
remain [1]  26/7
remaining [2]  20/1 25/1
remember [1]  11/10
repairmen [1]  8/9
repeat [1]  6/2
report [1]  22/18
Reporter [3]  2/6 35/14 35/22
represent [2]  3/23 16/3
represented [6]  11/5 26/11 27/11 27/12 27/15 29/17
representing [5]  4/13 18/9 20/25 21/17 33/8
represents [2]  5/11 33/5
reputation [1]  9/10
request [6]  22/4 23/21 25/5 33/16 33/21 34/12
requested [1]  11/16
requests [7]  21/23 33/12 33/13 33/16 33/18 34/12 34/15
requires [2]  13/8 29/14
requiring [1]  34/4
resale [3]  12/12 12/18 34/12
resold [2]  29/12
resolution [1]  4/24
resolved [1]  21/21
resolving [2]  14/4 26/2
respect [9]  18/20 19/8 23/1 23/3 23/13 23/16 24/9 25/10 26/4
respectfully [2]  10/17 21/13
respective [1]  4/21
respects [1]  26/8
respond [1]  28/10
responses [1]  18/12
responsive [1]  33/14
restored [2]  9/16 9/16
restructured [1]  32/2
result [2]  9/12 12/20
retained [3]  5/20 22/23 28/19
retainer [2]  10/24 29/13
retake [1]  35/1
reverse [1]  31/18
review [1]  22/13
revisit [1]  33/25
right [3]  26/18 28/12 30/7
rights [1]  14/5
rise [1]  35/9
role [4]  17/11 21/1 21/1 21/3
Ronnie [2]  1/22 2/3
Room [1]  2/6
rule [15]  8/3 8/3 10/14 10/16 10/18 13/8 13/14 20/22 21/2 21/2 30/18 30/21 30/24 30/24 30/25
Rule 11 [3]  10/14 10/16 10/18
Rule 23 [5]  8/3 13/8 13/14 21/2 21/2
Rule 23's [1]  8/3
Rule 45 [1]  30/21
RUSS [2]  1/14 3/15
rusted [1]  9/9

**S**

safe [1]  10/15
said [9]  5/25 7/18 9/5 10/14 13/22 16/2 30/5 33/24 34/21
sale [3]  29/12
same [2]  27/16 29/23
sanctioned [2]  21/22 22/15
sanctions [2]  21/25 25/4
sat [1]  25/23

Saul [2]  1/21 2/2
saying [4]  4/5 7/5 9/24 17/9 23/17
says [7]  8/12 9/22 11/20 18/21 19/3 30/25 33/4
Scalia [2]  13/11 15/13
scared [1]  24/21
Scarledetti [2]  13/12 17/17
scheduled [1]  11/17
Schmidt [1]  2/2
Scientific [1]  6/14
scope [3]  16/8 30/22 31/8
scratch [1]  11/5
search [1]  16/17
seated [1]  3/4
Section [1]  1/5
Sedran [1]  1/17
see [12]  6/7 29/5 30/3 30/14 31/8 31/15 31/16 31/18 31/21 33/7 33/10 34/2
seeking [1]  20/7
seems [2]  26/5 32/22
sell [2]  8/21 9/4
sense [1]  6/18
separate [1]  6/18
September [3]  5/17 5/20 10/21
September 28 [3]  5/17 5/20 10/21
serial [1]  31/12
serious [6]  4/24 16/5 17/21 18/17 18/24 19/1
serve [3]  14/12 18/7 20/24
served [2]  14/3 14/21
service [1]  12/5
serving [1]  14/3
set [8]  5/4 5/7 6/3 14/2 16/11 24/17 27/10 30/4
sets [1]  15/21
setting [1]  27/18
settle [3]  22/11 23/5 23/6
settlement [40]
settlements [7]  5/22 5/22 5/25 22/22 31/24 32/2 33/20
seven [1]  15/9
several [3]  4/11 5/7 5/11
she [8]  6/10 6/19 6/19 7/1 7/20 7/21 7/21 12/1
she's [1]  6/24
ship [1]  22/14
Shoreline [1]  1/22
short [2]  11/25 35/4
should [10]  13/16 14/12 15/17 16/3 25/15 25/18 27/25 28/1 31/20 32/23
showing [1]  12/18
SHS [2]  1/21 2/3
sic [2]  8/15 8/16
side [1]  31/16
similar [2]  20/9 28/21
simple [2]  19/16 24/17
simply [1]  17/18 24/12 24/19
situation [2]  30/8 31/21
slight [1]  18/16
small [1]  8/2
smells [2]  30/1 30/1
sniffles [1]  9/12
so [23]  3/19 6/18 7/12 10/21 13/9 13/15 15/10 15/12 16/10 17/12 18/15 20/2 23/9 24/7 26/5 27/13 30/11 31/5 33/11 33/13 34/4 34/23 34/25
software [1]  2/12
sold [3]  8/19 8/24 26/25
sole [1]  29/1
solely [1]  32/14
solution [1]  29/1

some [15]  4/11 4/23 4/25 5/4 7/5 7/8 18/22 22/23 35/4
somehow [3]  15/15 18/17 21/15
someone [1]  23/18
someplace [1]  29/19
something [1]  9/24
sometime [1]  18/4
son [1]  6/11
soon [2]  6/21 7/4
sort [1]  15/20
Soto [2]  1/21 2/2
sought [1]  30/22
speak [4]  15/25 16/25 17/12 24/22
speaks [1]  24/24
specific [3]  8/25 18/7 21/21
specifically [4]  18/14 19/3 20/8 21/19
specifics [1]  32/6
split [1]  11/14
sponte [1]  10/16
stand [3]  24/1 24/7 35/8
standard [1]  21/14
standing [20]  7/16 9/13 9/17 13/2 17/8 17/16 17/18 18/19 19/19 19/21 20/17 24/13 25/11 25/11 25/20 26/9 26/9 26/13 27/18 31/9
standpoint [1]  27/17
starts [1]  17/7
state [3]  5/22 7/19 8/20
stated [1]  32/10
statements [1]  16/15
states [5]  1/1 1/11 11/1 30/20 35/14
station [1]  9/15
status [2]  1/10 15/24
steering [1]  3/16
stenography [1]  2/11
still [1]  14/11
stipulate [1]  22/13
stipulation [2]  22/9 23/4
stomach [1]  27/3
stop [1]  10/5
store [1]  26/24
Stores [1]  32/20
story [1]  6/23
Street [3]  1/19 2/3 2/6
strengthen [1]  28/6
stricken [1]  33/18
strike [4]  12/4 33/3 33/11 33/24
striking [1]  34/18
strongly [1]  22/16
structures [1]  14/24
studying [1]  5/4
sua [1]  10/16
subject [2]  15/18 26/19
submit [3]  19/16 21/13 28/19
submitted [3]  20/18 21/19 22/8
subpoena [2]  30/21 30/23
subpoenas [2]  6/21 7/4
subsidiary [3]  4/18 9/3 9/4
substantiates [4]  12/16 12/17 12/18 12/19
success [1]  22/20
successful [1]  24/13
such [1]  11/10
suddenly [4]  5/18 6/22 7/6 8/5
suffered [1]  18/13
suggest [3]  10/17 10/17 19/9
suggested [1]  28/2
suggests [1]  28/3
suit [2]  9/20 28/17
Suite [3]  1/19 1/22 2/3
supplement [1]  13/21
supports [1]  22/16

## S

Supreme [4]  13/13 15/13 17/18 22/12
Supreme Court [3]  13/13 15/13 17/18 22/12
sure [2]  13/23 22/6
surface [1]  11/5
sustained [2]  11/20 13/2
symptoms [1]  18/3
system [1]  8/3

## T

table [2]  23/25 26/5
Taishan [2]  14/1 15/3
take [9]  7/14 10/11 10/11 13/24 16/3 16/5 24/19 26/4 29/25
taken [1]  4/11
takes [1]  28/21
taking [7]  20/10 20/17 22/17 24/11 25/16 31/17 34/20
talks [1]  28/14
tax [2]  31/24 31/24
Ted [1]  22/19
telephone [1]  3/13
tell [1]  19/11
temerity [1]  24/13
terms [2]  22/22 27/7
testimony [1]  20/13
Texas [6]  1/23 6/22 8/20 8/21 12/5 29/14
than [9]  19/25 20/5 23/1 24/12 25/1 26/20 27/25 31/25 33/13
thank [10]  3/25 16/10 17/3 28/7 28/8 35/2 35/3 35/5 35/6 35/7
that [204]
that's [22]  6/23 6/23 9/6 10/12 10/13 11/12 13/12 14/2 18/18 21/18 26/25 27/9 27/20 28/1 29/25 30/9 30/9 31/13 32/3 32/20 32/21 32/22
their [25]  4/20 4/21 5/8 9/8 9/8 9/10 11/8 12/20 13/3 13/7 19/23 19/24 20/23 24/10 24/11 24/25 26/18 28/19 29/10 29/10 29/11 29/12 29/13 30/10 32/9
them [13]  4/4 5/24 8/10 8/11 9/13 9/17 12/6 12/15 18/9 21/17 26/3 26/8 29/6
themselves [6]  3/9 9/6 18/3 18/4 19/2 32/16
then [5]  7/21 15/15 16/17 25/18 29/22
there [23]  4/15 5/22 6/4 7/25 8/4 8/4 8/19 9/24 11/10 12/3 13/25 15/1 15/15 17/8 17/10 17/21 19/20 23/7 25/3 25/9 29/2 29/3 32/10
there's [12]  8/2 9/11 9/24 13/9 15/15 15/20 15/21 20/16 20/22 23/20 28/1 29/20
therefore [2]  15/17 31/18
thereof [2]  20/15 27/7
these [21]  5/6 5/23 7/15 10/3 11/25 12/13 14/12 14/23 15/10 18/9 18/19 18/23 21/23 25/14 25/14 26/12 27/10 27/23 31/4 31/22 35/5
they [63]
thing [4]  7/11 9/2 10/1 11/10
things [2]  18/25 19/6
think [24]  7/8 7/9 7/11 8/9 9/13 12/24 12/25 13/22 14/17 15/22 16/23 18/5 18/5 21/7 21/9 21/11 23/7 24/3 24/10 24/14 24/15 27/13 32/20 35/4
Third [1]  6/14
Third Circuit [1]  6/14
this [96]
those [6]  2/7 7/10 13/8 18/6 18/16 19/8 19/24 20/5 25/3 25/17 25/22 26/3 26/23 27/17 27/19 28/5 29/9 33/3 34/2 34/5

34/5
thought [1]  21/3
thousands [3]  4/10 9/15 10/5
three [1]  31/11
through [6]  8/16 11/7 11/25 20/24 28/17 28/18
throw [1]  10/1
thrown [1]  25/15
till [1]  31/3
time [6]  10/9 12/1 13/24 14/8 23/19 24/1
today [1]  3/20 4/5 5/9 9/19 11/16 21/15 22/8 23/15 25/16 29/6 30/16
today's [1]  26/1
tomorrow [2]  25/17 29/7
Toni [5]  2/6 2/8 35/13 35/21 35/21
tonight [2]  11/17 29/7
too [1]  32/22
took [1]  17/11
tools [2]  9/8 12/20
total [2]  24/4 33/4
tracked [1]  26/21
train [2]  9/14 10/5
trained [1]  24/13
transcript [1]  35/16
transcription [1]  2/12
transferee [1]  4/8
treatment [1]  29/10
trial [1]  14/2
trials [4]  4/12 4/12 4/20 15/2
true [3]  7/20 21/20 35/15
truly [1]  19/11
truth [3]  16/16 16/17 16/18
try [1]  28/4
trying [1]  10/5 19/9 21/9 21/9
turns [1]  18/24
Tusa [5]  2/6 2/8 35/13 35/21 35/21
two [14]  4/7 7/14 10/20 16/19 19/25 25/1 25/9 25/11 25/16 26/8 31/10
tying [1]  22/13
type [1]  14/15
types [1]  18/13

## U

U.S [3]  13/12 15/13 22/12
ultimate [1]  28/3
ultimately [3]  21/10 23/10 30/23
under [7]  17/17 21/13 23/5 25/19 25/19 26/13 28/21
underlying [1]  31/10
understand [9]  10/15 15/4 19/11 21/4 22/1 28/9 28/15 34/6 34/10
understanding [2]  19/12 35/17
understands [1]  24/18
understood [2]  26/1 26/3
unethical [2]  16/7 16/7
unfair [1]  22/23
UNITED [4]  1/1 1/11 11/1 35/14
United States [1]  11/1
unknown [2]  17/23 18/21
unpopular [1]  21/4
unprecedented [2]  18/5 22/20
unprofessional [1]  16/8
unspecified [1]  32/14
until [2]  12/1 16/15
unwarranted [1]  16/1
up [7]  10/20 12/21 12/21 15/5 18/17 21/22 24/13
uploaded [1]  23/18
upper [1]  24/5
upset [2]  9/14 22/1
us [4]  10/21 12/24 16/12 18/6
use [1]  3/19

used [1]  29/22
using [1]  2/11
usual [1]  34/11
utility [1]  6/10

## V

vacant [1]  12/7
valid [4]  25/12 25/22 26/15 27/19
validity [1]  30/15
various [1]  14/5
very [10]  7/1 10/23 12/21 17/21 19/14 24/13 24/13 28/8 31/4 35/5
vexatious [1]  10/13
vexed [1]  14/8
view [1]  32/9
violation [3]  9/25 10/13 10/18
Vioxx [1]  28/21
Virginia [1]  6/7
Vitela [6]  7/3 13/5 14/21 19/23 24/9 24/17
volumes [1]  15/25

## W

waiting [1]  7/14
Wal [2]  32/9 32/19
Wal-Mart [2]  32/9 32/19
Walnut [1]  1/19
want [21]  10/10 10/10 10/22 10/24 11/3 11/14 11/15 11/22 12/2 12/9 12/12 12/23 13/1 13/4 13/21 16/11 16/25 24/19 24/24 26/19 29/25
wants [4]  10/11 10/11 24/19 27/2
was [25]  4/5 5/2 5/7 7/4 8/4 8/19 8/24 9/23 9/23 11/24 11/24 15/5 17/13 21/3 21/21 23/17 23/18 23/19 26/2 26/3 27/10 27/17 28/20 29/2 30/5
wasted [1]  14/8
way [5]  9/6 23/7 28/3 30/3 31/22
we [115]
weeks [2]  10/20 16/19
well [10]  4/2 4/21 4/21 6/6 7/18 9/22 12/23 24/13 25/3 28/22
well-trained [1]  24/13
went [1]  8/5
were [23]  3/3 4/10 4/12 4/22 4/25 6/21 7/2 7/4 10/14 15/1 17/14 34/13
what [33]  7/2 7/10 7/12 7/24 9/8 10/10 10/10 11/12 12/2 12/23 13/18 13/21 15/6 17/13 19/12 19/19 20/21 21/7 21/8 22/15 23/11 23/12 24/14 24/14 27/10 28/18 29/16 30/5 30/7 31/8 31/21 31/23 34/6
what's [3]  12/22 13/13 27/1
whatever [1]  9/21
whatsoever [1]  19/21
when [6]  5/18 6/19 8/6 10/20 11/8 28/14
where [11]  5/23 9/15 11/4 12/7 14/17 18/2 21/21 22/22 29/3 29/12 29/18
whether [13]  11/14 11/15 15/5 17/23 17/23 18/19 22/11 23/22 25/18 26/10 26/12 26/13 26/24
which [20]  3/20 4/6 4/10 4/16 8/25 14/2 14/2 14/9 16/6 16/6 16/11 17/17 20/8 21/23 24/23 26/5 28/20 30/12 30/24 32/25
who [28]  4/3 6/7 6/8 7/15 8/8 8/9 9/21 17/8 17/9 17/15 18/6 19/8 19/11 19/17 19/18 19/22 19/23 21/17 23/19 26/16 26/18 27/2 27/2 27/6 30/10 31/3 32/11 34/20
whole [3]  7/11 30/1 30/1
wholly [1]  4/17
whose [2]  18/21 32/2

**W**

why [10]  6/16 7/1 13/4 15/4 15/25 22/1
 24/9 24/24 25/14 29/25
widow [1]  16/4
wife [1]  7/4
will [24]  3/19 5/24 8/17 11/5 14/10 14/11
 15/25 19/3 19/4 20/4 20/6 22/13 23/5
 23/7 29/5 30/5 30/6 30/11 30/12 31/18
 33/3 34/4 34/23 35/8
willingness [1]  27/22
withdraw [2]  6/23 12/1
withdrawals [1]  13/8
withdrawing [3]  6/24 13/7 24/16
withdrawn [5]  19/23 19/23 23/14 23/25
 26/5
withdraws [1]  6/1
withdrew [4]  7/1 7/6 7/7 24/10
withholding [1]  20/5
without [4]  15/1 15/16 22/12 30/19
won't [2]  11/12 13/23
word [1]  4/7
words [1]  5/24
work [2]  17/11 30/11
worked [3]  10/6 17/10 19/8
working [1]  24/17
works [1]  22/21
world [2]  27/2 27/3
would [12]  7/5 7/10 8/3 13/23 14/7 16/24
 19/9 19/16 21/12 21/13 26/19 27/16
Wouldn't [1]  7/24
writing [1]  29/15
wrong [1]  23/18
wrongful [4]  17/25 18/2 18/25 22/2

**Y**

year [1]  32/16
yes [5]  3/22 5/14 17/1 34/9 34/15
yet [3]  18/3 27/3 27/21
you [28]  3/19 3/25 6/12 6/14 7/15 9/24
 9/25 10/1 11/9 11/12 14/17 16/20 16/21
 16/22 16/25 17/2 17/3 21/15 28/7 28/8
 28/9 34/10 34/11 35/2 35/3 35/5 35/6
 35/7
your [65]
Your Honor [53]
Your Honor's [1]  22/12