**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** **SECTION: L** **JUDGE FALLON** **MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO: ALL CASES** | |

<u>**ORDER**</u>

AND NOW, on this _____ day of _____, 2012, upon consideration of

Class Counsel's Motion to Strike the Objection of Saul Soto, SHS Construction, Ronnie Garcia

and Bay Area Contracting & Construction, Inc. and any response thereto; it is hereby Ordered

that Class Counsel's Motion to Strike is Granted.


By the Court,


_____
HONORABLE ELDON E. FALLON

1