UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION NO. 09-2047  JUDGE FALLON |
| _____ | ) | |
| This Document Relates to: ALL CASES | | MAGISTRATE WILKINSON |

### INTERIOR EXTERIOR'S SECOND MOTION *IN LIMINE* REGARDING IRRELEVANT AND/OR PREJUDICIAL EVIDENCE

**NOW INTO COURT** through undersigned counsel, come Defendants, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. ("Interior Exterior"), who move this Honorable Court for an order *in limine* instructing all parties and all of their witnesses not to mention, refer to, interrogate, or attempt to convey to the jury in any manner, either directly or indirectly, any of the below-mentioned evidence without first obtaining permission of the Court outside the presence and hearing of the jury on the grounds that such evidence is not relevant and, thus, inadmissible under Rules 401 and 402 of the Federal Rules of Evidence or its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury under Rule 403 of the Federal Rules of Evidence. The specific evidence sought to be excluded is outlined below and in the memorandum in support filed contemporaneously herewith:

1. Any evidence or argument relating to Interior Exterior as an "importer" of CDW;

2. Any evidence or argument that Interior Exterior had any duty to inspect or test the CDW prior to sale;

3. Any evidence or argument regarding Interior Exterior's quality control procedures;

4. Any evidence or argument that the CDW was heavier or more brittle than domestic drywall;

5. Any evidence or argument of any customer expressed a brand or country of origin preference or aversion;

6. Any evidence or argument of reports of problems with other products manufactured in China;

7. Any evidence or argument that any of the CDW failed to comply with any ASTM or building code labeling standards;

8. Any evidence or argument concerning Interior Exterior's actions following the sale of CDW;

9. Any evidence or argument that Interior Exterior did not have a formal complaint department;

10. Any reference to articles that may have appeared in trade journals concerning CDW that appeared after INEX stopped selling CDW;

11. Any mention or discussion of phosphogypsym.

12. Any evidence or argument relating remediation of Plaintiff's homes for CDW;

13. Any evidence or argument relating to physical or bodily injury alleged to be caused by CDW;

14. Any evidence or argument of any settlements relating to CDW claims; and

15. Any evidence or argument concerning any jurisdictional issues as it relates to Knauf, Tiashan, or any party or putative party to any CDW litigation.

WHEREFORE, Interior Exterior, respectfully requests that the Court grant this Second Motion *in Limine*.

Respectfully submitted,

*Richard G. Duplantier, Jr.   /s/*
Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Benjamin R. Grau (#26307)
Carlina C. Eiselen, (# 28524)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gjtbs.com /jhassinger@gjtbs.com
bgrau@gjtbs.com / ceiselen@gjtbs.com
*Counsel for Defendant, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC*

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 5th day of November, 2012.

*Richard G. Duplantier, Jr.   /s/*
RICHARD G. DUPLANTIER, JR.