UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## MOTION FOR LEAVE OF COURT TO SUBSTITUTE EXHIBIT

NOW COMES, Class Counsel, who respectfully requests leave of court to substitute Exhibit "B" attached to the Motion to Compel and for Sanctions, and Alternatively, Response to Jan Petrus's and Christopher Bandas's Motion to Quash and for Protective Order filed on November 2, 2012 [Rec. Doc. 16073]. The transcript was not available at the time of filing and was received by the court reporter on November 3, 2012. Accordingly, Class Counsel respectfully requests that this attached Exhibit "B" be substituted in place of the "holding page" of Exhibit "B" which was filed

1

with the motion on November 2, 2012.

                                                Respectfully submitted,

Dated: November 5, 2012             /s/ Russ M. Herman
                                                Russ M. Herman, Esquire (Bar No. 6819)
                                                Leonard A. Davis, Esquire (Bar No. 14190)
                                                Stephen J. Herman, Esquire (Bar No. 23129)
                                                HERMAN, HERMAN & KATZ, LLP
                                                820 O'Keefe Avenue
                                                New Orleans, LA 70113
                                                Phone: (504) 581-4892
                                                Fax: (504) 561-6024
                                                Ldavis@hhklawfirm.com
                                                *Plaintiffs' Liaison Counsel in MDL 2047*
                                                *and Class Counsel*

                                                Arnold Levin
                                                Fred S. Longer
                                                Sandra L. Duggan
                                                Matthew C. Gaughan
                                                LEVIN, FISHBEIN, SEDRAN & BERMAN
                                                510 Walnut Street, Suite 500
                                                Philadelphia, PA 19106
                                                Phone: (215) 592-1500
                                                Fax: (215) 592-4663
                                                Alevin@lfsblaw.com
                                                *Plaintiffs' Lead Counsel in MDL 2047*
                                                *and Class Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of November, 2012.

                        /s/ Leonard A. Davis
                        Leonard A. Davis, Esquire
                        Herman, Herman & Katz, L.L.C.
                        820 O'Keefe Avenue
                        New Orleans, Louisiana 70113
                        Phone: (504) 581-4892
                        Fax: (504) 561-6024
                        Ldavis@hhklawfirm.com
                        *Plaintiffs' Liaison Counsel*
                        *MDL 2047*
                        *Co-counsel for Plaintiffs*