UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

Considering the Motion for Leave of Court to Substitute Exhibit filed by Class Counsel;

IT IS ORDERED BY THE COURT that the attached Exhibit "B" be substituted in place of the holding page for Exhibit "B" filed with Class Counsel's Motion to Compel and for Sanctions, and Alternatively, Response to Jan Petrus's and Christopher Bandas's Motion to Quash and for Protective Order filed on November 2, 2012 [Rec. Doc. 16073].

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge