**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES AND**<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:09-cv-07628 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:09-cv-06690 (E.D. La.)**<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:10-cv-00362 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Ins. Co.*<br>**Case No. 2:10-cv-00932 (E.D. La.)**<br><br>*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 2:11-cv-00252 (E.D. La.)**<br><br>*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-1363 (E.D. La.)**<br><br>*Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-2349 (E.D. La.)**<br><br>*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-3023 (E.D. La.)**<br><br>*Vickers, et al. v. Knauf Gips KG, et al.*<br>**Case No. 2:09-cv-04117 (E.D. La.)** | |

## NOTICE OF CONTINUATION OF ORAL AND VIDEOTAPED DEPOSITION OF SAUL SOTO

TO:     ALL COUNSEL

**PLEASE TAKE NOTICE** that the Class Counsel in the MDL, will continue to take the oral and/or videotaped deposition of **Saul Soto** on Friday, **November 9, 2012** beginning at **9:00 o'clock a.m. CT** at the office of **Huseman Dodson & Hummell, 615 N. Upper Broadway, Suite 2000, Corpus Christi, TX 78401, PH: (361) 883-3563**, or at another location mutually agreed upon by the parties.

**If you are an attorney of record, please email cdw@golkow.com 48 hours prior to the deposition should you desire to participate by stream to view video/text so you may receive a username and password.**

|  |  |
|---|---|
| Primary Examiner: | Class Counsel or its designee |
| Videotaped Deposition: | Yes |
| Call-In Number: | **888-337-8218** |
|  | **Participant Code:  769758** |

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

You are invited to attend and examine the witness if you so desire.

Class Counsel reserves the right to record the deposition stenographically, as well as by videotape, audiotape, and live note, and it will be transcribed.  The deposition is being taken for the purposes of discovery or for all other purposes as are permitted under the Federal Rules of Civil Procedure.

2

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows. This brief explanation is with full reservation of all rights by the noticing party and is not intended to limit in any way the scope of the deposition noticed herein. Counsel should be aware that all matters may be discovered in the deposition beyond the following and that the following explanation is made solely in accordance with the directives provided at the status conference. This is an MDL "common" deposition of a fact witness who has objected to at least one settlement.

                              Respectfully submitted,

Dated: November 5, 2012           /s/ Leonard A. Davis
                                      Russ M. Herman, Esquire
                                      Leonard A. Davis, Esquire
                                      HERMAN, HERMAN & KATZ, L.L.C.
                                      820 O'Keefe Avenue
                                      New Orleans, Louisiana 70113
                                      Phone: (504) 581-4892
                                      Fax: (504) 561-6024
                                      Ldavis@hhklawfirm.com
                                      *Plaintiffs' Class Counsel*
                                      *MDL 2047*

                                      Arnold Levin, Esquire
                                      Fred S. Longer, Esquire
                                      Sandra Duggan, Esquire
                                      Matthew Gaughan, Esq.
                                      Levin, Fishbein, Sedran & Berman
                                      510 Walnut Street, Suite 500
                                      Philadelphia, PA 19106
                                      215-592-1500 (phone)
                                      215-592-4663 (fax)
                                      Alevin@lfsblaw.com
                                      *Plaintiffs' Class Counsel*
                                      *MDL 2047*

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing Re-Notice of Oral and Videotaped Deposition has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of November, 2012.

              <u>/s/ Leonard A. Davis     </u>
              Leonard A. Davis
              Herman, Herman & Katz, L.L.C.
              820 O'Keefe Ave.
              New Orleans, LA  70113
              PH:  (504) 581-4892
              Fax:  (504) 561-6024
              ldavis@hhklawfirm.com

4

W:\! DRYWALL\27687 MDL\Discovery\CLASS COUNSEL TO PETRUSE AND KAPLAN\@Notices of Depos\Notice of Continuation of Deposition of Saul Soto set Nov. 8.wpd