MINUTE ENTRY
FALLON, J.
NOVEMBER 5, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED        MDL NO. 2047
       DRYWALL PRODUCTS
       LIABILITY LITIGATION        SECTION: L

THIS DOCUMENT RELATES TO:        JUDGE FALLON
ALL CASES        MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:    Russ Herman, Esq. & Leonard Davis, Esq., for Plaintiffs
            Arnold Levin, Esq., for Plaintiffs (by phone)
            Josh Koch, Esq. For Objectors
            Chris Bandas, Esq. for Objectors
            Jay Mayesh, Esq. for Objectors (by phone)
            Paul Dodson, Esq. for Objectors (by phone)

1. Hearing on Motion to Quash Depositions of Jan Petrus and Christopher A. Bandas and For a Protective Order by Jan Petrus and Christopher Bandas (16053)

2. Class Counsel's Motion to Compel for Sanctions   (16073)

After argument - Order to be issued by the Court

JS10:    1:01