UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*CASES SET FOR TRIAL INVOLVING INTERIOR/*
*EXTERIOR AND NORTH RIVER*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' PROPOSED JURY VERDICT FORM

1. Do you find by a preponderance of the evidence that the defendant Interior Exterior knew or should have known of the defectiveness of the Chinese drywall sold by the defendant on or about September 7, 2006 and installed in the home of the plaintiff Thomas Mora.

    Yes____    No____

2. Do you find by a preponderance of the evidence that the defendant Interior Exterior knew or should have known of the defectiveness of the Chinese drywall sold by the defendant on or about September 15, 2006 and installed in the home of the plaintiffs David and Cheryl Gross.

    Yes____    No____

3. Do you find by a preponderance of the evidence that the defendant Interior Exterior knew or should have known of the defectiveness of the Chinese drywall sold by the defendant on or about November 7, 2006 and installed in the home of the plaintiff Beryl Mundee.

    Yes____    No____

4.  Do you find by a preponderance of the evidence that the defendant Interior Exterior knew or should have known of the defectiveness of the Chinese drywall sold by the defendant on or about November 8, 2006 and installed in the home of the plaintiffs Johnny and Rachelle Blue.

    Yes____     No____

5.  Do you find by a preponderance of the evidence that the defendant Interior Exterior knew or should have known of the defectiveness of the Chinese drywall sold by the defendant on or about August 25, 2006 to plaintiff The New Orleans Habitat for Humanity, and installed in the home of the plaintiff Ricardo Crespo.

    Yes____     No____

6.  Do you find by a preponderance of the evidence that the defendant Interior Exterior knew or should have known of the defectiveness of the Chinese drywall sold by the defendant on or about August 25, 2006 to plaintiff The New Orleans Habitat for Humanity, and installed in the home of the plaintiff Rogchelle Morgan.

    Yes____     No____

DATE_____          _____
                                  JURY FOREPERSON