UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Before the Court are several Motions relating to a discovery dispute between certain objectors to the pending settlements and the Plaintiffs' Steering Committee.  The pending Motions include Class Counsel's Motion for Sanctions (R. Doc. 15982), Christopher Bandas's Motion to Quash Depositions of Jan Petrus and Christopher A. Bandas (R. Doc. 16053), Saul Soto's Motion to Limit or Terminate Deposition (R. Doc. 16059), and Class Counsel's Motion to Compel and for Sanctions (R. Doc. 16073).  The Court finds that a hearing with oral argument on this matter is appropriate.

Accordingly, **IT IS ORDERED** that a hearing with oral argument on the above Motions shall take place in the Chambers of District Judge Eldon E. Fallon on Monday, November 5, 2012 at 9:00 a.m. central standard time.  Out-of-town counsel who wish to participate by telephone shall contact the Court to seek permission and to obtain call-in information.

New Orleans, Louisiana this 5th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE