## In Re: Chinese-Manufactured Drywall Products Liability Litigation
## CDW Learned Treatises
## Exhibit C

| MDL EXH # | BegBates# | DESCRIPTION |
|---|---|---|
| LT 0005 | LT 0005-0001 | Shusterman, Dennis (Jan./Feb. 1992), Critical Review: The Health Significance of Environmental Odor Pollution, 47 Archives Env. Health 76 |
| LT 0013 | LT 0013-0001 | Burdack-Freitag, Andrea, et al. (Feb. 17, 2009), Identification of Odor-Active Organic Sulfur Compounds in Gypsum Products, 37(6) Clean J. 459 |
| LT 0021 | LT 0021-0001 | Nimmermark, Sven (2004), Odour Influence on Well-Being and Health with Specific Focus on Animal Production Emissions, 11 Ann. Agric. Environ. Med. 163 |
| LT 0044 | LT 0044-0001 | Pellegrino, Russell (Nov. 2009), CHINESE DRYWALL: Air and Headspace Analysis; The Importance of Sampling Media and Environmental Conditions During Sampling and Analysis, monograph poster |
| LT 0049 | LT 0049-0001 | Chawla, Sandeep Kumar (May 20, 1990), Film formation on copper in moist air-sulfur dioxide, Ph.D. thesis submitted to Dept. Mat. Sci. & Eng., Case Western Reserve Univ. |
| LT 0062 | LT 0062-0001 | Ren, YongLin et al. (2000), The necessity of using pure carbonyl sulfide to prevent corrosion on copper (Vermeidung von Korrosion an Kupfer durch den Einsatz von reinem Carbonylsulfid), 52 Nachrichtenbl. Deut. Pflanzenschulzd. S277-79 |
| LT 0066 | LT 0066-0001 | Lillard, Scott, Relationships Between Pitting Corrosion and Crystallographic Orientation, An Historical Perspective, J. Electrochem. Soc., available at http://www.electrochem.org/dl/ma/201/pdfs/0302.pdf |
| LT 0067 | LT 0067-0001 | Singh, Prabjit, et al. (2009), Particulate and Gaseous Contamination: Effect on Computer Reliability and Monitoring, 115 ASHRAE Trans. part 1 (preprint) |
| LT 0069 | LT 0069-0001 | First Environmental Laboratories (Sept. 5, 2008), Standard Operating Procedure: Volatile Organic Compounds By Gas Chromatography/Mass Spectrometry (GC/MS), internal operating procedure |
| LT 0070 | LT 0070-0001 | Freeman, G. B. et al. (2009), Chinese Wallboard -- The Corrosion Challenges, monograph |
| LT 0075 | LT 0075-0001 | Fiaud, C. et al. (1984), Identification of the corrosion products formed on copper in sulfur containing environments, 35 Werkstoffe und Korrosion 361 |

11/5/2012 5:57 PM

## In Re: Chinese-Manufactured Drywall Products Liability Litigation
## CDW Learned Treatises
### Exhibit C

| MDL EXH # | BegBates# | DESCRIPTION |
|---|---|---|
| LT 0076 | LT 0076-0001 | Graedel, T.E. et al. (1983), The Corrosion of Copper by Atmospheric Sulphurous Gases, 23 Corrosion Sci. 1141 |
| LT 0077 | LT 0077-0001 | Graedel, T.E. et al. (Jul. 1987), The Atmospheric Sulfidation of Copper Single Crystals, 134 J. Electrochem. Soc. 1632 |
| LT 0080 | LT 0080-0001 | Chawla, S.K. et al. (1992), An X-Ray Photo-Electron Spectroscopic Investigation of the Air-Formed Film on Copper, 33 Corrosion Sci. 1617 |
| LT 0082 | LT 0082-0001 | Franey, J. P. and Davis, M.E. (1987), Metallographic Studies of the Copper Patina Formed in the Atmosphere, 27 Corrosion Sci. 659 |
| LT 0083 | LT 0083-0001 | Graedel, T. E. et al. (1987), Copper Patinas Formed in the Atmosphere--I. Introduction, 27 Corrosion Sci. 639 |
| LT 0084 | LT 0084-0001 | Graedel, T. E. (1987), Copper Patinas Formed in the Atmosphere--II. A Qualitative Assessment of Mechanisms, 27 Corrosion Sci. 721 |
| LT 0085 | LT 0085-0001 | Jacobsen, Einar and Sawyer, Donald (1967), Electrochemical Reduction of Sulfur Dioxide at a Mercury Electrode, 15 J. Electroanal. Chem. 181 |
| LT 0086 | LT 0086-0001 | Kammlott, G.W., et al. (Mar. 1984), Atmospheric Sulfidation of Copper Alloys, II. Alloys with Nickel and Tin, 131 J. Electrochem. Soc. 511 |
| LT 0087 | LT 0087-0001 | Muller, Amy and McCrory-Joy, Carolyn (1987), Chromatographic Analysis of Copper Patinas Formed in the Atmosphere, 27 Corrosion Sci. 695 |
| LT 0088 | LT 0088-0001 | Nassau, K. et al. (1987), The Characterization of Patina Components by X-Ray Diffraction and Evolved Gas Analysis, 27 Corrosion Sci. 669 |
| LT 0089 | LT 0089-0001 | Opila, R.L. (1987), Copper Patinas; An Investigation by Auger Electron Spectroscopy, 27 Corrosion Sci. 685 |
| LT 0091 | LT 0091-0001 | Worthan, Tony (Nov. 2009), Chemical Emissions, Including Sulfur Compounds, from Chinese Produced Drywall, presented at the Technical Symposium on Corrosive Imported Drywall, Tampa |
| LT 0093 | LT 0093-0001 | DeMott, Robert (Environ) (Nov. 2009), Corrosive Imported Wallboard: Investigation Emissions, presented at the Technical Symposium on Corrosive Imported Drywall, Tampa |
| LT 0095 | LT 0095-0001 | Gauthier, Thomas et al. (Environ) (Nov. 2009), Proposed Mechanism for the Release of Reduced Sulfur Compounds from Corrosive Imported Drywall, presented at the Technical Symposium on Corrosive Imported Drywall, Tampa |

11/5/2012 5:57 PM

**In Re: Chinese-Manufactured Drywall Products Liability Litigation**
**CDW Learned Treatises**
**Exhibit C**

| MDL EXH # | BegBates# | DESCRIPTION |
|---|---|---|
| LT 0096 | LT 0096-0001 | Krause, David et al. (2009), Results of Indoor Air Testing in Two Homes Experiencing Copper Corrosion Associated with Corrosive Imported Drywall, presented at the Technical Symposium on Corrosive Imported Drywall, Tampa |
| LT 0097 | LT 0097-0001 | Mason, Stephany I. et al. (Nov. 2009), Environmental Chamber Test Protocol for Measuring Chemical Emissions, Including Sulfur Compounds from Drywall with Preliminary Results, presented at the Technical Symposium on Corrosive Imported Drywall, Tampa |
| LT 0098 | LT 0098-0001 | DeMott, Robert P. et al. (Nov. 2009), Elemental Sulfur and Trace Metal Content in Chinese and Domestic Brands of Gypsum Wallboard, presented at the Technical Symposium on Corrosive Imported Drywall, Tampa |
| LT 0099 | LT 0099-0001 | Krause, David et al. (Nov. 2009), Comparison of Methods Utilized by Commercial Laboratories for Analyses of Bulk Drywall Samples, poster presented at the Technical Symposium on Corrosive Imported Drywall, Tampa symposium (Nov. 2009) |
| LT 0100 | LT 0100-0001 | Zhou, Peide, et al. (1983), Tarnishing of Ion Implanted Copper in Hydrogren Sulphide Containing Atmospheres, 209 Nuclear Instruments and Methods 841 |
| LT 0101 | LT 0101-0001 | Vernon, W. H. J. (1931), A Laboratory Study of the Atmospheric Corrosion of Metals, Part I.--The Corrosion of Copper in Certain Synthetic Atmospheres, With Particular Reference to the Influence of Sulphur Dioxide in Air of Various Relative Humidities, 27 Trans. Faraday Soc. 255 |
| LT 0102 | LT 0102-0001 | Sharma, S. P. (Sept./Oct. 1979), Adsorption of water on copper and cuprous oxide, 16(5) J. Vacuum Sci. Tech. 1557 |
| LT 0103 | LT 0103-0001 | Sharma, S. P. (Jan. 1980), Reaction of Copper and Copper Oxide with H2S, 127 J. Electrochem. Soc. 21 |
| LT 0104 | LT 0104-0001 | Rice, D.W. et al. (Feb. 1981), Atmospheric Corrosion of Copper and Silver, 128 J. Electrochem. Soc. 275 |
| LT 0105 | LT 0105-0001 | Rice, D.W. et al. (Apr. 1980), Indoor Corrosion of Metals, 127 J. Electrochem. Soc. 891 |
| LT 0106 | LT 0106-0001 | Zakipour, S. and Leygraf, C. (Jan. 1986), Evaluation of Laboratory Tests to Simulate Indoor Corrosion of Electrical Contact Materials, 133 J. Electrochem. Soc. 21 |

**In Re: Chinese-Manufactured Drywall Products Liability Litigation**
**CDW Learned Treatises**
**Exhibit C**

| MDL EXH # | BegBates# | DESCRIPTION |
|---|---|---|
| LT 0107 | LT 0107-0001 | Vedel, J. and Soubeyrand, M. (Aug. 1980), Electrochemical Analysis of Copper Oxides Present in Cuprous Sulfide, 127 J. Electrochem. Soc. 1730 |
| LT 0110 | LT 0110-0001 | Chawla, S. et al. (1992), Formation of Copper Sulfide in Moist Air-Sulfur Dioxide, printed in ASTM STP 1148, Corrosion of Electronic and Magnetic Materials, at 21 |
| LT 0111 | LT 0111-0001 | Rickett, B. I. and Payer, J. H. (Nov. 1995), Composition of Copper Tarnish Products Formed in Moist Air with Trace Levels of Pollutant Gas: Hydrogen Sulfide and Sulfur Dioxide/Hydrogen Sulfide, 142 J. Electrochem. Soc. 3724 |
| LT 0112 | LT 0112-0001 | Rickett, B. I. and Payer, J. H. (Nov. 1995), Composition of Copper Tarnish Products Formed in Moist Air with Trace Levels of Pollutant Gas: Sulfur Dioxide and Sulfur Dioxide/Nitrogen Dioxide, 142 J. Electrochem. Soc. 3713 |
| LT 0113 | LT 0113-0001 | Payer, J.H. et al. (1995), Role of Transport Properties in Corrosion Product Growth, A198 Mat. Sci. & Eng. A 91, reprint |
| LT 0114 | LT 0114-0001 | Chawla, S. K. and Payer, J. H. (Apr. 1990), Thermodynamic Perspective of Indoor Atmospheric Corrosion, manuscript, paper number 226 presented at National Association of Corrosion Engineers' Corrosion 90 conference |
| LT 0116 | LT 0116-0001 | Persson, Dan and Leygraf, Christofer (May 1995), Metal Carboxylate Formation during Indoor Atmospheric Corrosion of Cu, Zn and Ni, 142 J. Electrochem. Soc. 1468 |
| LT 0117 | LT 0117-0001 | Persson, Dan and Leygraf, Christofer (May 1995), Initial Interaction of Sulfur Dioxide with Water Covered Metal Surfaces: An *In Situ* IRAS Study, 142 J. Electrochem. Soc. 1459 |
| LT 0118 | LT 0118-0001 | Kammlott, G.W. et al. (Mar. 1984), Atmospheric Sulfidation of Copper Alloys with Brass and Bronze, 131 J. Electrochem. Soc. 505 |
| LT 0119 | LT 0119-0001 | Moran, J. J. et al. (Apr. 1961), Behavior of Stainless Steels and Other Engineering Alloys in Hot Ammonia Atmospheres, 17 Corrosion 115 |
| LT 0120 | LT 0120-0001 | Xiong, Jianyin et al. (2009), An Improvement for Dynamic Twin Chamber Method to Measure VOC Diffusion Coefficient and Partition Coefficient, 115 ASHRAE Trans., preprint |
| LT 0121 | LT 0121-0001 | Deng, Qinqin et al. (2009), The Validation of a VOC Diffusion Sink Model Based on Full-Scale Chamber Test, 115 ASHRAE Trans., preprint |

**In Re: Chinese-Manufactured Drywall Products Liability Litigation**
**CDW Learned Treatises**
**Exhibit C**

| MDL EXH # | BegBates# | DESCRIPTION |
|---|---|---|
| LT 0124 | LT 0124-0001 | Graedel, T. E. (May 8, 1981), Carbonyl Sulfide: Potential Agent of Atmospheric Sulfur Corrosion, 212 Sci. 663 |
| LT 0126 | LT 0126-0001 | Reid, M. et al. (2007), Microstructural Development of Copper Sulfide on Copper Exposed to Humid H2S, 154 J. Electrochem. Soc. C209 |
| LT 0127 | LT 0127-0001 | Holm, R. and Mattsson, E. (1982), Atmospheric Corrosion Tests of Copper and Copper Alloys in Sweden--16-Year Results, book chapter in ASTM STP767-EB, Atmospheric Corrosion of Metals, at 85-105 |
| LT 0143 | LT 0143-0001 | Sakr, W. (Apr. 2006), The impact of sorption on perceived indoor air quality, 16 Indoor Air 98 |
| LT 0145 | LT 0145-0001 | Graedel, T.E. (Nov. 1977), The Homgenous Chemistry of Atmospheric Sulfur, 15 Rev. of Geophysics and Space Physics 421 |
| LT 0149 | LT 0149-0001 | Tichenor, Bruce (2004), Adsorption and Desorption of Pollutants to and from Indoor Surfaces, book chapter in Handbook of Environmental Chemistry Vol. 4, Part F, at 73-87 |
| LT 0151 | LT 0151-0001 | Tuday, Michael et al. (Nov. 5,2009), Measurement of Corrosive, Odorous and Potentially Harmful Gases from Imported and Domestic Wallboard, presented at the Technical Symposium on Corrosive Imported Drywall, Tampa |
| LT 0162 | LT 0162-0001 | Recht, Joel (Nov. 2009), Interagency Drywall Task Force Chamber Studies, presentation for Tampa symposium |
| LT 0165 | LT 0165-0001 | Wilder, Lynn (Nov. 2009), Imported Drywall: Joint State and Federal Evaluation of 10-home Indoor Air Investigation, presentation for Tampa symposium |
| LT 0166 | LT 0166-0001 | Krause, David (Nov. 2009), The Complexities of Evaluating Occupant Exposures in Homes with Drywall Associated Corrosion, presentation for Tampa symposium |
| LT 0171 | LT 0171-0001 | Poole, James L. (Nov. 2009), Key Considerations for the Repair of Structures With Defective Wallboard, presentation for Tampa symposium |
| LT 0175 | LT 0175-0001 | Schneider Electric USA (Sept. 2004), Electrical Equipment and Components in Adverse/Corrosive Environments, technical bulletin |
| LT 0176 | LT 0176-0001 | Finkel, Stewart et al. (2009), Quantifying Corrosion Potential From Gypsum Drywall Products -- Use of SPME And Amended ASTM Standard Test Method 130, presented at the Technical Symposium on Corrosive Imported Drywall, Tampa |

**In Re: Chinese-Manufactured Drywall Products Liability Litigation**
**CDW Learned Treatises**
**Exhibit C**

| MDL EXH # | BegBates# | DESCRIPTION |
|---|---|---|
| LT 0183 | LT 0183-0001 | Chawla S.K. et al. (1992), Diagnostic spectra for XPS analysis of Cu-O-S-H compounds, 61 J. Electron Spectroscopy and Related Phenomena 61 |
| LT 0186 | LT 0186-0001 | Cano, E. et al. (1999), Early corrosion failure of copper tubing used in air-conditioning units, 50 Mat. and Corrosion 103 |
| LT 0187 | LT 0187-0001 | Franey, John (1988), Degradation of Copper and Copper Alloys by Atmospheric Sulfur, in ASTM STP 965, Degradation of Metals in the Atmosphere, at 306-15 |
| LT 0188 | LT 0188-0001 | Lopez-Delgado, A. et al. (2001), A comparative study on copper corrosion originated by formic and acetic acid vapours, 36 J. Mat. Sci. 5203 |
| LT 0189 | LT 0189-0001 | Stanley, W. Brad M. and Muller, Christopher O., Advances in Reactivity Monitoring for Semiconductor Manufacturing |
| LT 0193 | LT 0193-0001 | Leygraf, Christofer and Graedel, Thomas (2000), Appendix A: Experimental Techniques in Atmospheric Corrosion, in Atmospheric Corrosion (book) |
| LT 0194 | LT 0194-0001 | Leygraf, Christofer and Graedel, Thomas (2000), Appendix E: The Atmospheric Corrosion of Copper, in Atmospheric Corrosion (book) |
| LT 0195 | LT 0195-0001 | Abbott, W. H. (1993), Atmospheric Corrosion of Control Equipment, MTI Publication No. 38 |
| LT 0196 | LT 0196-0001 | Leygraf, Christofer and Graedel, Thomas (2000), Chapter 4: Atmospheric Gases and Their Involvement in Corrosion, in Atmospheric Corrosion (book) |
| LT 0197 | LT 0197-0001 | Leygraf, Christofer and Graedel, Thomas (2000), Chapter 6: Corrosion in Laboratory Exposures, in Atmospheric Corrosion (book) |
| LT 0198 | LT 0198-0001 | Leygraf, Christofer and Graedel, Thomas (2000), Chapter 8: Corrosion in Indoor Exposures, in Atmospheric Corrosion (book) |
| LT 0199 | LT 0199-0001 | Leygraf, Christofer and Graedel, Thomas (2000), Chapter 11: Applied Atmospheric Corrosion: Electronic Devices, in Atmospheric Corrosion (book) |
| LT 0200 | LT 0200-0001 | Leygraf, Christofer and Graedel, Thomas (2000), Chapter 13: Scenarios for Atmospheric Corrosion in the 21st Century, in Atmospheric Corrosion (book) |

## In Re: Chinese-Manufactured Drywall Products Liability Litigation
## CDW Learned Treatises
### Exhibit C

| MDL EXH # | BegBates# | DESCRIPTION |
|---|---|---|
| LT 0202 | LT 0202-0001 | Chudnovsky, Bella H. (May/June 2008), Corrosion of Electrical Conductors in Pulp and Paper Industrial Applications, 44 IEEE Trans. on Indus. Applications 932 (originally presented at 2007 IEEE Pulp Industry conference) |
| LT 0203 | LT 0203-0001 | Hillman, Craig et al., DFR Solutions (2007), Silver and Sulfur: Case Studies, Physics, and Possible Solutions, manuscript available at http://www.dfrsolutions.com/uploads/publications/2007_10_silver_and_sulfur.pdf |
| LT 0204 | LT 0204-0001 | Muller, C. O. (2000), Combination Corrosion Coupon Testing Needed for Today's Control Equipment, technical paper |
| LT 0205 | LT 0205-0001 | Tran, T.T.M. et al. (2003), The atmospheric corrosion of copper by hydrogen sulphide in underground conditions, 45 Corrosion Sci. 2787 |
| LT 0206 | LT 0206-0001 | Hejzlar, Zdenek et al. (Jul. 31, 2009), Problematic Drywall Impacts in U.S. Residential Construction: Investigating Problematic Drywall Issues, manuscript (July 31, 2009) |
| LT 0208 | LT 0208-0001 | Sinclair, J. D. (Jan. 1982), Tarnishing of Silver by Organic Sulfur Vapors: Rates and Film Characteristics, 129 J. Electrochem. Soc. 33 |
| LT 0209 | LT 0209-0001 | Reagor, B. T. (Mar. 1981), Tarnishing of Silver by Sulfur Vapors: Film Characteristics and Humidity Effects, 128 J. Electrochem. Soc. 701 |
| LT 0210 | LT 0210-0001 | Blanchard, Richard and Galler, Donald et al. (1999), Chapter 14: Failure Analysis of Printed Wiring Assemblies, in Electronic Failure Analysis Handbook (It is a book that we never received for branding) |
| LT 0211 | LT 0211-0001 | Slenski, George and Galler, Donald (1999), Chapter 15: Wires and Cables, in Electronic Failure Analysis Handbook |
| LT 0212 | LT 0212-0001 | Martin, Perry et al. (including Galler, Donald) (1999), Chapter 16: Switches and Relays, in Electronic Failure Analysis Handbook |
| LT 0213 | LT 0213-0001 | Galler, Donald et al. (1999), Chapter 18: Failure Analysis of Components, in Electronic Failure Analysis Handbook |
| LT 0218 | LT 0218-0001 | Reid, M. et al. (2008), Study of Mixed Flowing Gas Exposure of Copper, 155 J. Electrochem. Soc. C147 |
| LT 0220 | LT 0220-0001 | Schueller, Randy (Oct. 2007), Creep Corrosion on Lead-Free Printed Circuit Boards in High Sulfur Environments, SMTA Int'l Proceedings |
| LT 0221 | LT 0221-0001 | Mazurkiewicz, Paul (Nov. 2006), Accelerated Corrosion of Printed Circuit Boards due to High Levels of Reduced Sulfur Gasses in Industrial Environments, 32d Int'l Symposium for Testing and Failure Analysis |

11/5/2012 5:57 PM

**In Re: Chinese-Manufactured Drywall Products Liability Litigation**
**CDW Learned Treatises**
**Exhibit C**

| MDL EXH # | BegBates# | DESCRIPTION |
|---|---|---|
| LT 0222 | LT 0222-0001 | Abbott, W. H., A review of flowing mixed gas test developments |
| LT 0223 | LT 0223-0001 | Abbott, W. H. (Jun. 1991), Comparison of Electronic Component Degradation in Field and Laboratory Environments, Environmental Effects 55 |
| LT 0224 | LT 0224-0001 | Knight, E. (1989), The Quest for an Environmental Gas Test Standard for Electrical Contacts, in Corrosion of Electrical Contacts 482 |
| LT 0225 | LT 0225-0001 | Abbott, W. H. (Dec. 28, 2009), private communication |
| LT 0226 | LT 0226-0001 | Comizzoli, R. B. et al. (Oct. 17, 1986), Corrosion of Electronic Materials and Devices, 234 Sci. 340 |
| LT 0227 | LT 0227-0001 | Smith, J. et al. (2006), The Electrochemistry of Copper in Aqueous Sulphide Solutions, Mat. Res. Soc. Symp. Proc. Vol. 932 |
| LT 0228 | LT 0228-0001 | Sinclair, J. D. (Dec. 1, 2004), Indoor Atmospheres, book chapter in Baboian, Robert, ed., Corrosion Tests and Standards: Application and Interpretation 2d ed., published by ASTM International |
| LT 0229 | LT 0229-0001 | Comizzoli, R.B. et al. (Jul. 1992), The Kuwait Environment and Its Effects on Electronic Materials and Components, 139 J. Electrochem. Soc. 2058 |
| LT 0230 | LT 0230-0001 | Watanabe, Masamitsu et al. (2001), Characterization of Corrosion Products Formed on Copper in Urban, Rural/Coastal, and Hot Spring Areas, 148 J. Electrochem. Soc. B522 |
| LT 0231 | LT 0231-0001 | Kato, C. et al. (June 1984), Effect of Sulfide on the Corrosion of Cu-9.4Ni-1.7Fe Alloy in Aqueous NaCl Solution, 131 J. Electrochem. Soc. 1225 |
| LT 0232 | LT 0232-0001 | Cong, Hongbo et al. (including Scully, John R.) (2009), Passivity and Pit Stability Behavior of Copper as a Function of Selected Water Chemistry Variables, 156 J. Electrochem. Soc. C16 |
| LT 0233 | LT 0233-0001 | Bindig, H., Tarnishing in Color Stable Copper-Base Alloys Compared to Commercial Copper, study abstract |
| LT 0234 | LT 0234-0001 | Ettling, Bruce V. (1982), Glowing Connections, 18 Fire Tech. J. 344 |
| LT 0235 | LT 0235-0001 | Simko, Steven J. et al. (1989), Film Formation on Silver-Based Switching Contacts, IEEE Holm Conf. on Electric Contacts, 167 |
| LT 0236 | LT 0236-0001 | Perkins, Allan (Dec. 1, 2004), Chapter 15: Industrial Applications, in Baboian, Robert, ed., Corrosion Tests and Standards: Application and Interpretation 2d ed., published by ASTM International |

**In Re: Chinese-Manufactured Drywall Products Liability Litigation**
**CDW Learned Treatises**
**Exhibit C**

| MDL EXH # | BegBates# | DESCRIPTION |
|---|---|---|
| LT 0237 | LT 0237-0001 | National Research Council of the National Academies (2009), Assessment of Corrosion Education |
| LT 0238 | LT 0238-0001 | Campbell, W. E. and Thomas, U. B. (Sept. 12, 1939), Tarnish Studies, The Electrolytic Reduction Method for the Analysis of Films on Metal Surfaces, presented at the Seventy-Sixth General Meeting in New York, pp. 303-328 |
| LT 0239 | LT 0239-0001 | Muller, Christopher O. (Purafil), Control of Corrosive Gases to Avoid Electrical Equipment Failure |
| LT 0240 | LT 0240-0001 | Kuntze, Richard A. (2009), Gypsum Connecting Science and Technology, book published by ASTM |
| LT 0241 | LT 0241-0001 | Jacobs, S. and Edwards, M (2000), Sulfide Scale Catalysis of Copper Corrosion, 24 Water Resources 2798 |
| LT 0242 | LT 0242-0001 | New York State Dept. of Health (Feb. 1, 2005), Indoor Air Sampling and Analysis Guidance, available at www.health.state.ny.us/environmental/indoors/air/guidance.htm |
| LT 0243 | LT 0243-0001 | Odencrantz, Joseph E. et al. (Jul. 2008), Residential Vapor Intrusion Evaluation: Long Duration Passive Sampling v. Short Duration Active Sampling, J. Remediation |
| LT 0244 | LT 0244-0001 | DeMott, Robert P. and Poole, James L. (Oct. 31, 2008), Memorandum to Florida county health departments, re: October 2, 2008 Meeting in Sarasota regarding sulfur compound emissions from imported gypsum board |
| LT 0245 | LT 0245-0001 | Abbott, W. H. (Mar. 1988), The Development and Performance Characteristics of Mixed Flowing Gas Test Environment, 11 IEEE Trans. Components, Hybrids, and Manuf. Tech. 22. |
| LT 0246 | LT 0246-0001 | Sharp, W. B. et al. (Oct. 1989), Corrosion Prevention in Electrical Control Rooms, Tappi Journal, Corrosion, at 143-145. |
| LT 0247 | LT 0247-0001 | Dean, S. W. (Dec. 1, 2004), Corrosion Monitoring for Industrial Processes, in Baboian, Robert, ed., Corrosion Tests and Standards: Application and Interpretation 2d ed., published by ASTM International. |
| LT 0248 | LT 0248-0001 | Halford, Bethany, (May 4, 2009), Wallboard Woes: Odors and Corrosion Raise Concern over Drywall Imported from China, 87 Sci. & Tech. 50 |
| LT 0249 | LT 0249-0001 | Megaw, E. D. (1979), Factors affecting visual inspection accuracy, 10.1 Applied Ergonomics 27 |

## In Re: Chinese-Manufactured Drywall Products Liability Litigation
## CDW Learned Treatises
### Exhibit C

| MDL EXH # | BegBates# | DESCRIPTION |
|---|---|---|
| LT 0250 | LT 0250-0001 | Excerpt from The Need to Use Purified Carbonyl Sulfide (COS) To Prevent Corrosion of Copper |
| LT 0251 | LT 0251-0001 | Heilman, William and Tammela, Viljo and Meyer, JA and Stannett, Vivian and Szwarc, Michael (April 1956), Permeability of Polymer Films to Hydrogen Sulfide Gas, Industrial and Engineering Chemistry, Vol.48, No.4 |
| LT 0252 | LT 0252-0001 | Graedel, TE and Franey, JP and Starnes, WH and Hische DC and Warren, PC (March 1978) The Interaction of Hydrogen Sulfide with Lead-and Barium-Cadnium-Zinc-Stabilized Poly(vinyl Chloride), Effects of H2S on Stabilized PVC |
| LT 0253 | LT 0253-0001 | Deroubaix, G and Marcus, P (1992) X-Ray Photoelectron Spectroscopy Analysis of Copper and Zinc Oxides and Sulphides, Surface and Interface Analysis, Vol. 18, 39-46 |
| LT 0254 | LT 0254-0001 | Graedel, TE and Franey, JP and Gaultieri, g and Kammlott, W and Malm, D (1985) On The Mechanism of silver and Copper Sulfidation by Atmospheric H2S and OCS, Corrosion Science, Vol.25, No.12, pp 1163-1180 |
| LT 0255 | LT 0255-0001 | Book by David Maloney, Jr. entitled Appraising Personal Property; Principles and Methodology |
| LT 0256 | LT 0256-0001 | Construction Dimensions (March,1992) Treatment and Disposal of Gypsum Board Waste (Industry Position Paper); (Contains part 1 and part 2 of the article on Gypsum Board Waste. The originals were developed as an "Industry Position Paper" by the Gypsum Association |
| LT 0257 | LT 0257-0001 | Colwell, Peter and Heller, John and Trefzger, Joseph (Summer 2009) Expert Testimony: Regression Analysis and Other Systematic Methodologies, The Appraisal Journal, Summer 2009, pp. 253-262 |
| LT 0258 | LT 0258-0001 | Federal Register, Vol. 58, No 10, Poposed Rules, Department of Commerce, National Oceanic Atmospheric Administration, Natural Resource Damage Assessments under the Oil Pollution Act of 1990 (1993), NOAA Panel Study |

11/5/2012 5:57 PM