# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D. La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## SETTLING DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

The Participating Defendants and Participating Insurers in the "Settlement Agreement in MDL No.2047 Regarding Chinese Drywall Claims Against Tobin Trading, Inc.; Builders Plaster & Drywall, LLC; JMM Drywall Co., LLC, and Participating Insurers" hereby give notice of their

compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715.

1. Pursuant to 28 U.S.C. § 1715(b), each defendant participating in the proposed settlement of a class action "shall serve upon the appropriate State official of each State in which a class member resides and the appropriate Federal official, a notice of the proposed settlement."

2. Defendants have prepared a "CAFA Notice Pursuant To 28 U.S.C. § 1715" (the "Notice") for the above-captioned matter that complies with 28 U.S.C. § 1715, and disseminated it as required by the statute. A copy of this Notice is Exhibit A hereto.

3. On November 5, 2012, on behalf of the Participating Defendants and Participating Insurers in the "Settlement Agreement in MDL No.2047 Regarding Chinese Drywall Claims Against Tobin Trading, Inc.; Builders Plaster & Drywall, LLC; JMM Drywall Co., LLC, and Participating Insurers," the undersigned Thomas W. Curvin of Sutherland, Asbill & Brennan, LLP caused a copy of the Notice appended hereto as Exhibit A to be served by certified mail, return receipt requested, on the Attorney General for the United States, the Attorneys General and Commissioners of Insurance for the fifty states, the District of Columbia and the U.S. Territories, and other appropriate state officials. The list of recipients, including the addresses to which the Notice was sent, is Exhibit B hereto. Each recipient received a transmittal letter, a copy of the Notice, and a CD containing electronic copies of the Notice and all of its Exhibits.[1]

---

[1] Identical CDs containing copies of the Notice and all of its Exhibits were distributed to each recipient. A copy of this CD will be furnished to the Court upon request.

The body of the transmittal letter disseminated with the Notice was identical for all recipients, and a representative copy of that letter is Exhibit C hereto.

                                                    Respectfully,

                                                   ALL PARTICIPATING DEFENDANTS
                                                   AND ALL PARTICIPATING INSURERS

                                                   By their agreed representative for this Notice:

                                                 /s/ Adrianne L. Baumgartner
                                               _____
                                               Adrianne L. Baumgartner, T.A.  LSBA #2861
                                               Emily S. Morrison LSBA #18351
                                               PORTEOUS, HAINKEL & JOHNSON, LLP
                                               408 North Columbia Street
                                               Covington, Louisiana  70434
                                               Telephone: (985) 893-4790
                                               abaumgartner@phjlaw.com
                                               emorrison@phjlaw.com

                                               Thomas W. Curvin, Ga. 202740
                                               Amy K. Averill, Ga. 029359
                                               SUTHERLAND ASBILL & BRENNAN LLP
                                               999 Peachtree Street, N.E.
                                               Atlanta, Georgia  30309-3996
                                               Telephone:  (404) 853-8000
                                               tom.curvin@sutherland.com
                                               amy.averill@sutherland.com

**<u>Exhibits</u>**

A. CAFA Notice Pursuant to 28 U.S.C. § 1715
B. List of CAFA Notice Recipients
C. Transmittal Letter

**CERTIFICATE OF SERVICE**

       The undersigned certifies that the foregoing **SETTLING DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 6th day of November, 2012.

       /s/ Adrianne L. Baumgartner
       _____
       Adrianne L. Baumgartner, T.A.  LSBA #2861
       Emily S. Morrison LSBA #18351
       PORTEOUS, HAINKEL & JOHNSON, LLP
       408 North Columbia Street
       Covington, Louisiana  70434
       Telephone: (985) 893-4790
       abaumgartner@phjlaw.com
       emorrison@phjlaw.com

       Thomas W. Curvin, Ga. 202740
       Amy K. Averill, Ga. 029359
       SUTHERLAND ASBILL & BRENNAN LLP
       999 Peachtree Street, N.E.
       Atlanta, Georgia  30309-3996
       Telephone:  (404) 853-8000
       tom.curvin@sutherland.com
       amy.averill@sutherland.com