UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D. La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**
**PURSUANT TO 28 U.S.C. § 1715**

   On behalf of the Participating Defendants identified on the attached **Exhibit A** and the Participating Insurers identified on **Exhibit B**, the undersigned hereby provides this Notice of a proposed class action settlement pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA").  The information contained herein relates to a proposed class action settlement involving claims against Tobin Trading, Inc.; Builders Plaster & Drywall, LLC; JMM Drywall Co., LLC; and Participating Insurers in the above-captioned litigation.

On November 13, 2012, at 8:30 a.m., Central Standard Time, the Honorable Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana (the "Court") will conduct a Preliminary Approval hearing regarding the Settlement Agreement in MDL No. 2047 Regarding Chinese Drywall Claims Against Tobin Trading, Inc.; Builders Plaster & Drywall, LLC; JMM Drywall Co., LLC; and Participating Insurers (the "Settlement Agreement").

In accordance with the notice requirements of 28 U.S.C. § 1715(b), this Notice includes the following documents, which are contained (along with a copy of this Notice) on the computer disk enclosed with this Notice:[1]

**I.    Copies of the complaints and attached materials:**

**Exhibit C**: The Plaintiffs' following Omnibus Class Action and Related Complaints:

1.  *Amato v. Liberty Mutual Ins. Co., et al.*, Case No. 10-932 (E.D. La.) (Omni V) and any Instructions and/or Amendments to this Omni Complaint;

2.  *Sean and Beth Payton, et al. v. Knauf Gips KG, et al.*, Case No. 09-07628 (E.D. La.) (Omni I) and any Instructions and/or Amendments to this Omni Complaint;

3.  *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Case No. 10-361 (E.D. La.) (Omni II) and any Instructions and/or Amendments to this Omni Complaint;

4.  *Gross, et al. v. Knauf Gips, K.G., et al.,* Complaint In Intervention, *Mary Anne Benes, et al. v. Knauf Gips, K.G., et al.*, Case No. 09-6690 (E.D. La.) (Omni III) and any Instructions and/or Amendments to this Omni Complaint;

5.  *Joyce W. Rogers, et al. v. Knauf Gips, K.G., et al.*, Case No. 10-362 (E.D. La.) (Omni IV) and any Instructions and/or Amendments to this Omni Complaint;

6.  *Kenneth Abel v. Taishan Gypsum Co., Ltd., et al.*, Case No. 11-080 (Omni VII) and any Instructions and/or Amendments to this Omni Complaint;

7.  *Daniel Abreu v. Gerbrueder Knauf, et al.*, Case No. 11-252 (Omni VIII) and any Instructions and/or Amendments to this Omni Complaint;

8.  *Laura Haya, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 11-107 (Omni IX) and any Instructions and/or Amendments to this Omni Complaint;

9.  *Block v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*, Case No. 11-1363 (Omni X) and any Instructions and/or Amendments to this Omni Complaint;

---

[1]  Due to the length of the documents and their attachments, they are being provided in electronic format on the attached disk as a matter of convenience. If hard copies of the documents are desired, they will be provided by undersigned counsel upon request. These documents also are available on PACER at https://ecf.laed.uscourts.gov/cgi-bin/login.pl.

10. *Benoit, et al. v. Lafarge, S.A., et al.*, Case No. 11-1893 (Omni XI) and any Instructions and/or Amendments to this Omni Complaint;

11. *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, Case No. 11-2349 (Omni XII) and any Instructions and/or Amendments to this Omni Complaint;

12. *Richard and Constance Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 12-0498 (Omni XIII) and any Instructions and/or Amendments to this Omni Complaint;

13. *Jessica Cassidy, et al. v. Gebrueder Knauf Vewaltungsgesellschaft, KG, et al.*, Case No. 11-3023 (Omni XIV) and any Instructions and/or Amendments to this Omni Complaint;

14. *Germano, et al., v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Civil Action No. 2:09-cv-202, U.S. Dist. Ct., Eastern District of Virginia;

15. *Hinkley, et al., v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co. Ltd., et al*., Civil Action No. 2:09-cv-00025-FL, U.S. Dist. Ct., Eastern District of North Carolina.

In addition, if approved, the Settlement Agreement will have the effect of resolving similar or identical claims set forth in numerous other pending complaints, including complaints filed in the courts of the Commonwealth of Virginia, which claims have been consolidated under the caption *In re All Pending Chinese Drywall Cases* (Va. Cir. Ct., City of Norfolk). These complaints are very numerous. Copies will be provided if requested. An exemplar of these complaints, in the case styled *Phillip Allen, et al., v. Venture Supply Inc., et al.* (Va. Cir. Ct. City of Norfolk), is contained on **Exhibit C**.

## II. Notice of scheduled judicial hearing:

The Court will hold a preliminary approval hearing regarding the Settlement Agreement on November 13, 2012, at 8:30 a.m., Central Standard Time, in the courtroom of U.S. District Judge Eldon Fallon, in the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana. The following documents, included on the enclosed computer disk, provide information regarding the November 13, 2012 preliminary approval hearing and the Settlement Agreement:

**Exhibit D**: Order dated October 26, 2012 setting preliminary approval hearing [document # 16032].

**Exhibit E**: Proposed Amended Summary Notice Of Each Three Class Action Settlement Agreements (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, and Tobin Trading and Installers Settlement Agreement) in MDL

No. 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers Relating to Virginia and Certain Other Remaining Claims (the "Amended Summary Notice"), which will be (i) forwarded by first class mail, postage prepaid, to the last-known address of all Class Members who are identifiable, (ii) published in local newspapers, periodicals and community newspapers; (iii) published in television spots; and (iv) posted online in Court-approved websites [Document #15993-4].

**Exhibit F**:  Amended Notice Of Pendency And Proposed Settlements Agreement Of Three Class Actions (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, and Tobin Trading and Installers Settlement Agreement) in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers Relating to Virginia and Certain Other Remaining Claims  (the "Amended Notice of Pendency") [Document #15993-3].

### III. Notification to class members of proposed class action settlement and the members' rights to request exclusion from the class:

The Amended Summary Notice (**Exhibit E**) and the Amended Notice Of Pendency (**Exhibit F**) each provide notice to class members of the proposed national class action settlement and the members' rights to exclude themselves from the class.  The Settlement Agreement (**Exhibit G**) requires direct mailings of notices to identified class members or their counsel. The Settlement Agreement also requires publication notice in various newspapers, notice by online media, and notice on various websites (including the Court's website at http://www.laed.uscourts.gov/drywall/Settlements.htm and at www.ChineseDrywall Class.com; the CPSC website at http://www.cpsc.gov/info/drywall/index.html; and the Virginia Department of Health website at http://www.vdh.state.va.us/), and posting notices at courthouses in which Chinese Drywall related actions are pending.  These notices will be mailed and published as described in Section II above and in Section 8 of the Settlement Agreement (**Exhibit G**).

### IV. The Class Action Settlement:

The final Settlement Agreement with all exhibits is **Exhibit G**.

### V. Any settlement or other agreement contemporaneously made between class counsel and counsel for the defendants:

No such document other than **Exhibit G** exists.

### VI.     Any final judgment or notice of dismissal:

Section 1.15 of the Settlement Agreement (**Exhibit G**) describes the provisions to be included in the final "Order and Judgment" to be entered by the Court upon final approval of the class action settlement.  Section 12 of the Settlement Agreement describes the dismissals to be entered after final approval of the class action settlement.  Section 13 of the Settlement Agreement describes the bar order to be entered as part of the final "Order and Judgment" to be entered by the Court upon final approval of the class action settlement.

### VII.    Names and estimated proportional share of claims of class members by State:

Exhibit H is a copy of the current mailing list for the notice being provided to class members who have asserted claims against Participating Defendants and/or Participating Insurers in the litigation.  It is believed that the overwhelming majority of homeowners with claims against the Participating Defendants or the Participating Insurers are existing plaintiffs on the mailing list and that the mailing list accurately reflects the residency of these homeowners.  Based on this mailing list, it is estimated that the residency of class members and their estimated proportional share of claims breaks down as follows:

> Virginia – approximately 82% of the class;
>
> North Carolina – approximately 5% of the class
>
> Florida – approximately 3% of the class
>
> Other States and APO addresses – collectively approximately 10% of the class, with no other single state or APO address exceeding 1% of the class

### VIII.   Pertinent judicial opinions:

The only pertinent judicial opinion related to the materials described in Sections III—VI is the Order dated October 26, 2012 setting preliminary approval hearing, enclosed as **Exhibit D**.

- 6 -

                Respectfully,

                ALL PARTICIPATING DEFENDANTS
                AND ALL PARTICIPATING INSURERS

                By their agreed representative for this Notice:

                /s/ Thomas W. Curvin
                Thomas W. Curvin (GA Bar No. 202740)
                Amy K. Averill (GA Bar No. 029359)
                SUTHERLAND ASBILL & BRENNAN LLP
                999 Peachtree Street, N.E.
                Atlanta, Georgia  30309-3996
                Telephone:  (404) 853-8000
                tom.curvin@sutherland.com
                amy.averill@sutherland.com

                Adrianne L. Baumgartner, T.A. 2861
                PORTEOUS, HAINKEL & JOHNSON, LLP
                408 North Columbia Street
                Covington, Louisiana  70434
                Telephone: (985) 893-4790
                abaumgartner@phjlaw.com

Dated:  November 5, 2012

## Exhibits to CAFA Notice

A.     List of Participating Defendants
B.     List of Participating Insurers
C.     Plaintiffs' Omnibus Class Action Complaints and Related Complaints
D.     Order of October 26, 2012 Setting Preliminary Approval Hearing
E.     Amended Summary Notice Of A Class Action Settlement About Chinese Drywall
F.     Amended Notice Of Pendency And Proposed Settlement
G.     Settlement Agreement With Exhibits
H.     Mailing List For Notice To The Class

**EXHIBIT A**

**To CAFA Notice Pursuant to 28 U.S.C. § 1715**

| Participating Defendants | Counsel |
|---|---|
| Builders Plaster & Drywall, LLC | Jayne A. Pemberton<br><br>Thompson McMullan<br>100 Shockoe Slip<br>Richmond, VA  23219<br>jpemberton@t-mlaw.com |
| JMM Drywall Co., LLC | Jayne A. Pemberton<br><br>Thompson McMullan<br>100 Shockoe Slip<br>Richmond, VA  23219<br>jpemberton@t-mlaw.com |
| Tobin Trading, Inc. | Theodore I. Brenner<br>Brenner, Evans & Millman, P.C.<br>411 E. Franklin St. Suite 200<br>P.O. Box 470<br>Richmond Va. 23218<br>tbrenner@beylaw.com |
| Phillip Perry | Theodore I. Brenner<br>Brenner, Evans & Millman, P.C.<br>411 E. Franklin St. Suite 200<br>P.O. Box 470<br>Richmond Va. 23218<br>tbrenner@beylaw.com |

- 9 -

# EXHIBIT B

## To CAFA Notice Pursuant to 28 U.S.C. § 1715

| **Participating Insurers** | **Counsel** |
|---|---|
| State Farm Florida Insurance Company | Thomas W. Curvin<br>Sutherland Asbill & Brennan LLP<br>999 Peachtree St. NE<br>Atlanta, Georgia 30309<br>tom.curvin@sutherland.com |
| State Farm Fire and Casualty Company | Thomas W. Curvin<br>Sutherland Asbill & Brennan LLP<br>999 Peachtree St. NE<br>Atlanta, Georgia 30309<br>tom.curvin@sutherland.com |