**EXHIBIT B**

**List of CAFA Notice Recipients**

| | |
|---|---|
| Mr. Eric H. Holder, Jr.<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530-0001 | Mr. Jim L. Ridling<br>Commissioner<br>Alabama Department of Insurance<br>P.O. Box 303351<br>Montgomery, AL  36130-3351 |
| Ms. Linda S. Hall, Director<br>State of Alaska<br>Dept. of Commerce, Community &<br>  Economic Development<br>Division of Insurance<br>P.O. Box 110805<br>550 West 7th Avenue, Suite 1560<br>Anchorage, AK  99501-3567 | Mr. Aoomalo Manupo Turituri<br>Insurance Commissioner<br>Office of the Governor<br>American Samoa Government<br>Pago Pago, American Samoa  96799 |
| Ms. Christina Urias<br>Director<br>Arizona Department of Insurance<br>2910 North 44th Street, Suite 210<br>Phoenix, AZ  85018-7269 | Mr. Jay Bradford<br>Commissioner<br>Arkansas Insurance Department<br>1200 West Third Street<br>Little Rock, AR  72201-1904 |
| Mr. Dave Jones<br>Commissioner<br>California Department of Insurance<br>300 Capitol Mall, Suite 1700<br>Sacramento, CA  95814 | Mr. Jim Riesberg<br>Commissioner<br>Colorado Dept. of Regulatory Agencies<br>Division of Insurance<br>1560 Broadway, Suite 850<br>Denver, CO  80202 |
| Mr. Thomas B. Leonardi<br>Commissioner<br>Connecticut Insurance Department<br>P.O. Box 816<br>Hartford, CT  06142-0816 | Ms. Karen Weldin Stewart<br>Commissioner<br>Delaware Insurance Department<br>841 Silver Lake Boulevard<br>Dover, DE  19904 |
| Mr. William P. White<br>Commissioner<br>Government of the District of Columbia<br>Department of Insurance, Securities,<br>  and Banking<br>810 First Street, N.E., Suite 701<br>Washington, DC  20002 | Mr. Kevin M. McCarty<br>Commissioner<br>Office of Insurance Regulation<br>The Larson Building<br>200 E. Gaines Street<br>Tallahassee, FL  32399-0305 |

| | |
|---|---|
| Mr. Ralph T. Hudgens<br>Commissioner<br>Office of Insurance and Fire Safety<br>Two Martin Luther King, Jr. Dr.<br>West Tower, Suite 704<br>Atlanta, GA  30334 | Mr. Artemio B. Ilagan<br>Banking Insurance Commissioner<br>Department of Revenue & Taxation<br>Regulatory Division<br>P.O. Box 23607<br>GMF Barrigada, Guam  96921 |
| Mr. Gordon I. Ito, Commissioner<br>Department of Commerce and Consumer<br>   Affairs (DCCA)<br>Insurance Division<br>P.O. Box 3614<br>Honolulu, HI  96811-3614 | Mr. William W. Deal<br>Director<br>Idaho Department of Insurance<br>P.O. Box 83720<br>Boise, ID  83720-0043 |
| Mr. Andrew Booron<br>Director<br>Illinois Department of Insurance<br>320 W. Washington Street<br>Springfield, IL  62767-0001 | Mr. Stephen W. Robertson<br>Commissioner<br>Indiana Department of Insurance<br>311 W. Washington Street, Suite 300<br>Indianapolis, IN  46204-2787 |
| Ms. Susan E. Voss<br>Commissioner<br>Iowa Insurance Division<br>330 Maple Street<br>Des Moines, IA  50319-0065 | Ms. Sandy Praeger<br>Commissioner<br>Kansas Insurance Department<br>420 SW 9th Street<br>Topeka, KS  66612-1678 |
| Ms. Sharon P. Clark<br>Commissioner<br>Kentucky Department of Insurance<br>P.O. Box 517<br>Frankfort, KY  40602-0517 | Mr. James J. Donelon<br>Commissioner<br>Louisiana Department of Insurance<br>P.O. Box 94214<br>Baton Rouge, LA  70804-9214 |
| Mr. Eric A. Cioppa<br>Acting Superintendent<br>Department of Professional & Financial<br>   Regulation<br>Maine Bureau of Insurance<br>34 State House Station<br>Augusta, ME  04333-0034 | Ms. Therese M. Goldsmith<br>Commissioner<br>Maryland Insurance Administration<br>200 St. Paul Place, Suite 2700<br>Baltimore, MD  21202 |
| Mr. Joseph G. Murphy, Commissioner<br>Office of Consumer Affairs and Business<br>   Regulation (OCABR)<br>Massachusetts Division of Insurance<br>1000 Washington Street, 8th Floor<br>Boston, MA  02118-6200 | Mr. R. Kevin Clinton, Commissioner<br>Office of Financial and Insurance<br>   Regulation (OFIR)<br>ATTN: Office of the Commissioner<br>P.O. Box 30220<br>Lansing, MI  48909-7720 |

| | |
|---|---|
| Mr. Mike Rothman, Commissioner<br>Minnesota Department of Commerce<br>85 7th Place East, Suite 500<br>St. Paul, MN  55101 | Mr. Mike Chaney<br>Commissioner<br>Mississippi Insurance Department<br>P.O. Box 79<br>Jackson, MS  39205-0079 |
| Mr. John M. Huff, Director<br>Missouri Department of Insurance,<br>Financial Institutions and Professional<br>Registration (DIFP)<br>P.O. Box 690<br>Jefferson, MO  65102-0690 | Ms. Monica J. Lindeen<br>Commissioner of Securities and Insurance<br>Montana Office of the Commissioner of<br>   Securities and Insurance<br>840 Helena Avenue<br>Helena, MT  59601 |
| Mr. Bruce R. Ramge<br>Director<br>Nebraska Department of Insurance<br>P.O. Box 82089<br>Lincoln, NE  68501-2089 | Mr. Brett J. Barratt<br>Commissioner<br>Nevada Dept. of Business & Industry<br>Division of Insurance<br>1818 East College Pkwy, Suite 103<br>Carson City, NV  89706 |
| Mr. Roger A. Sevigny<br>Commissioner<br>New Hampshire Insurance Department<br>21 South Fruit Street, Suite 14<br>Concord, NH  03301 | Mr. Kenneth E. Kobylowski, Acting<br>Commissioner<br>State of New Jersey<br>Department of Banking and Insurance<br>20 West State Street<br>P.O. Box 325<br>Trenton, NJ  08625-0325 |
| Mr. John G. Franchini<br>Superintendent<br>New Mexico Public Regulation Commission<br>Division of Insurance<br>P.O. Box 1269<br>Santa Fe, NM  87504-1269 | Mr. Benjamin M. Lawsky<br>Superintendent of Financial Services<br>New York State Department of<br>   Financial  Service<br>One State Street<br>New York, NY  10004-1511 |
| Mr. Wayne Goodwin<br>Commissioner<br>North Carolina Department of Insurance<br>1201 Mail Service Center<br>Raleigh, NC  27699-1201 | Mr. Adam Hamm, Commissioner<br>North Dakota Insurance Department<br>State Capitol, Fifth Floor<br>600 E. Boulevard Avenue<br>Bismarck, ND  58505-0320 |

| | |
|---|---|
| Mr. Sixto K. Igisomar<br>Acting Insurance Commissioner<br>Commonwealth of the N Mariana Islands<br>Department of Commerce<br>Office of the Insurance Commissioner<br>Caller Box 10007<br>Saipan, MP  96950 | Ms. Mary Taylor<br>Lt. Governor/Director<br>Ohio Department of Insurance<br>50 West Town Street<br>Third Floor, Suite 300<br>Columbus, OH  43215 |
| Mr. John D. Doak<br>Commissioner<br>Oklahoma Insurance Department<br>P.O. Box 53408<br>Oklahoma City, OK  73152-3408 | Mr. Louis D. Savage<br>Insurance Division Administrator<br>Oregon Dept. of Consumer & Bus. Services<br>Insurance Division<br>P.O. Box 14480<br>Salem, OR  97309-0405 |
| Mr. Michael F. Consedine<br>Commissioner<br>Pennsylvania Insurance Department<br>1326 Strawberry Square<br>Harrisburg, PA  17120 | Mr. Ramón Cruz-Colón, Commissioner<br>Office of the Commissioner of Insurance<br>B5 Calle Tabonuco<br>Suite 216 PMB356<br>Guaynabo, Puerto Rico  00968-3029 |
| Mr. Joseph Torti III, Superintendent<br>State of Rhode Island<br>Department of Business Regulation<br>Division of Insurance<br>1511 Pontiac Avenue, Building 69-2<br>Cranston, RI  02920 | Ms. Gwendolyn Fuller McGriff, Acting Director<br>South Carolina Department of Insurance<br>P.O. Box 100105<br>Columbia, SC  29202-3105 |
| Mr. Merle D. Scheiber, Director<br>South Dakota Department of Revenue &<br>Regulation, Division of Insurance<br>445 East Capitol Avenue<br>Pierre, SD  57501-3185 | Ms. Julie Mix McPeak, Commissioner<br>Tennessee Department of Commerce &<br>   Insurance (TDCI)<br>Insurance Division<br>Davy Crockett Tower<br>500 James Robertson Parkway<br>Nashville, TN  37243-0565 |
| Ms. Eleanor Kitzman<br>Insurance Commissioner<br>Texas Department of Insurance<br>P.O. Box 149104<br>Austin, TX  78714-9104 | Mr. Neal T. Gooch<br>Commissioner<br>Utah Insurance Department<br>State Office Building Room 3110<br>Salt Lake City, UT  84114-6901 |

| | |
|---|---|
| Mr. Steve Kimbell, Commissioner<br>Department of Banking, Insurance,<br>   Securities, and Health Care Administration<br>Insurance Division<br>89 Main Street<br>Montpelier, VT  05620-3101 | Mr. Gregory R. Francis<br>Lt. Governor/Commissioner<br>Office of the Lieutenant Governor<br>Division of Banking & Insurance<br>#18 Kongens Gade<br>St. Thomas, Virgin Islands  00802 |
| Ms. Jacqueline K. Cunningham<br>Commissioner<br>Virginia State Corporation Commission<br>Bureau of Insurance<br>P.O. Box 1157<br>Richmond, VA  23218 | Mr. Mike Kreidler<br>Commissioner<br>Washington State<br>Office of the Insurance Commissioner<br>P.O. Box 40256<br>Olympia, WA  98504-0256 |
| Mr. Michael D. Riley<br>Commissioner<br>West Virginia Offices of the<br>Insurance Commissioner<br>P.O. Box 50540<br>Charleston, WV  25305-0540 | Mr. Ted Nickel<br>Commissioner<br>State of Wisconsin<br>Office of the Commissioner of Insurance<br>P.O. Box 7873<br>Madison, WI  53707-7873 |
| Mr. Tom S. Hirsig<br>Insurance Commissioner<br>Wyoming Insurance Department<br>106 East 6th Avenue<br>Cheyenne, WY  82002-0440 | Mr. John Burns<br>Alaska Attorney General<br>P.O. Box 110300<br>Diamond Courthouse<br>Juneau, AK 99811-0300 |
| Mr. Luther Strange<br>Alabama Attorney General<br>501 Washington Ave.<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | Mr. Tom Horne<br>Arizona Attorney General<br>1275 W. Washington St.<br>Phoenix, AZ 85007 |
| Mr. Fepulea'l A. "AFA" Ripley, Jr.<br>American Samoa Attorney General<br>American Samoa Gov't<br>Exec. Ofc. Bldg.<br>Utulei, Territory of American Samoa<br>Pago Pago, AS 96799 | CAFA Coordinator<br>Office of the California Attorney General<br>Consumer Law Section<br>110 W. "A" St., Suite 1100<br>San Diego, CA  92186-5266 |
| Mr. Dustin McDaniel<br>Arkansas Attorney General<br>200 Tower Bldg.<br>323 Center St.<br>Little Rock, AR 72201-2610 | Mr. George Jepsen<br>Connecticut Attorney General<br>55 Elm St.<br>Hartford, CT 06141-0120 |

| | |
|---|---|
| Mr. John Suthers<br>Colorado Attorney General<br>1525 Sherman St.<br>Denver, CO 80203 | Office of the District of Columbia Attorney General<br>One Judiciary Square<br>441 4th St., NW, Suite 1145S<br>Washington, DC 20001 |
| Mr. Joseph R. "Beau" Biden, III<br>Delaware Attorney General<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington, DE 19801 | Mr. Sam Olens<br>Georgia Attorney General<br>40 Capital Square, SW<br>Atlanta, GA 30334-1300 |
| Ms. Pam Bondi<br>Florida Attorney General<br>The Capitol<br>PL 01<br>Tallahassee, FL 32399-1050 | Mr. David Louie<br>Hawaii Attorney General<br>425 Queen St.<br>Honolulu, HI 96813 |
| Mr. Lenny Rapadas<br>Guam Attorney General<br>287 West O'Brien Dr.<br>Hagatna, Guam 96910 | Ms. Lisa Madigan<br>Illinois Attorney General<br>James R. Thompson Ctr.<br>100 W. Randolph St.<br>Chicago, IL 60601 |
| Office of the Idaho Attorney General<br>700 W. Jefferson St., Suite 210<br>P.O. Box 83720<br>Boise, ID 83720 | Mr. Tom Miller<br>Iowa Attorney General<br>Hoover State Office Bldg.<br>1305 E. Walnut<br>Des Moines, IA 50319 |
| Mr. Greg Zoeller<br>Indiana Attorney General<br>Indiana Government Center South, 5th Fl.<br>302 West Washington St.<br>Indianapolis, IN 46204 | Mr. Jack Conway<br>Kentucky Attorney General<br>700 Capitol Ave.<br>Capitol Bldg., Ste. 118<br>Frankfort, KY 40601 |
| Mr. Derek Schmidt<br>Kansas Attorney General<br>120 S.W. 10th Ave., 2nd Fl.<br>Topeka, KS 66612-1597 | Mr. William J. Schneider<br>Maine Attorney General<br>State House Station 6<br>Augusta, ME 04333 |
| Mr. James D. "Buddy" Caldwell<br>Louisiana Attorney General<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | Ms. Martha Coakley<br>Massachusetts Attorney General<br>1 Ashburton Place<br>Boston, MA 02108-1698 |

| | |
|---|---|
| Mr. Douglas F. Gansler<br>Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 | Office of the Minnesota Attorney General<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN 55101 |
| Mr. Bill Schuette<br>Michigan Attorney General<br>P.O. Box 30212<br>525 W. Ottawa St.<br>Lansing, MI 48909-0212 | Mr. Chris Koster<br>Missouri Attorney General<br>Supreme Ct. Bldg.<br>207 W. High St.<br>P.O. Box 889<br>Jefferson City, MO 65101 |
| Mr. Jim Hood<br>Attorney General of Mississippi<br>Department of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | Mr. Jon Bruning<br>Nebraska Attorney General<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 |
| Mr. Steve Bullock<br>Montana Attorney General<br>212 N. Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401 | Mr. Michael Delaney<br>New Hampshire Attorney General<br>State House Annex<br>33 Capitol St.<br>Concord, NH 03301-6397 |
| Ms. Catherine Cortez Masto<br>Nevada Attorney General<br>Old Supreme Ct. Bldg.<br>100 N. Carson St.<br>Carson City, NV 89701 | Mr. Gary King<br>New Mexico Attorney General<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| Ms. Paula T. Dow<br>New Jersey Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 080<br>Trenton, NJ 08625 | Office of the North Carolina Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| Mr. Eric Schneiderman<br>New York Attorney General<br>Dept. of Law – The Capitol, 2nd Fl.<br>Albany, NY 12224 | Office of the Attorney General<br>Commonwealth of Northern Mariana Islands<br>P.O. Box 10007<br>Saipan MP 96950-8907 |

| | |
|---|---|
| Mr. Wayne Stenehjem<br>North Dakota Attorney General<br>State Capitol<br>600 E. Boulevard Ave.<br>Bismarck, ND 58505-0040 | Mr. Scott Pruitt<br>Oklahoma Attorney General<br>313 NE 21st St.<br>Oklahoma City, OK 73105 |
| Mr. Mike Dewine<br>Ohio Attorney General<br>State Office Tower<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43266-0410 | Ms. Linda L. Kelly<br>Pennsylvania Attorney General<br>1600 Strawberry Square<br>Harrisburg, PA 17120 |
| Mr. John Kroger<br>Oregon Attorney General<br>Justice Bldg.<br>1162 Court St., NE<br>Salem, OR 97301 | Mr. Peter Kilmartin<br>Rhode Island Attorney General<br>150 S. Main St.<br>Providence, RI 02903 |
| Mr. Guillermo Somoza-Colombani<br>Attorney General of Puerto Rico<br>GPO Box 9020192<br>San Juan, PR 00902-0192 | Mr. Marty J. Jackley<br>South Dakota Attorney General<br>1302 East Highway 14, Ste. 1<br>Pierre, SD 57501-8501 |
| Mr. Alan Wilson<br>South Carolina Attorney General<br>Rembert C. Dennis Office Bldg.<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | Mr. Greg Abbott<br>Texas Attorney General<br>Capitol Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Mr. Robert E. Cooper, Jr.<br>Tennessee Attorney General<br>425 5th Avenue North<br>P.O. Box 20207<br>Nashville, TN 37243 | Mr. William H. Sorrell<br>Vermont Attorney General<br>109 State St.<br>Montpelier, VT 05609-1001 |
| Office of the Utah Attorney General<br>Utah State Capitol Complex<br>350 North State St., Suite 230<br>Salt Lake City, UT 84114-2320 | Mr. Ken Cuccinelli<br>Virginia Attorney General<br>900 East Main St.<br>Richmond, VA 23219 |
| Office of the Virgin Islands Attorney General<br>Department of Justice<br>34-38 Kronprinsdens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, VI  00802 | Office of the West Virginia Attorney General<br>State Capitol Complex<br>Bldg. 1, Room E-26<br>Charleston, WV  23505 |

| | |
|---|---|
| Mr. Rob McKenna<br>Washington Attorney General<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | Office of the Wyoming Attorney General<br>123 State Capitol Building<br>200 W. 24th Street<br>Cheyenne, WY 82002 |
| Mr. J.B. Van Hollen<br>Wisconsin Attorney General<br>State Capitol, Ste. 114 E.<br>P.O. Box 7857<br>Madison, WI 53707-7857 | Department of Professional and<br>   Occupational Regulation<br>9960 Mayland Drive, Suite 400<br>Richmond, Virginia  23233-1463 |