

SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996
404.853.8000  Fax 404.853.8806
www.sutherland.com

**THOMAS W. CURVIN**
DIRECT LINE: 404.853.8314
E-mail: tom.curvin@sutherland.com

November 5, 2012

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Mr. Eric H. Holder, Jr.
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re:   CAFA Notice Pursuant to 28 U.S.C. § 1715
      *In re Chinese Manufactured Drywall Products Liability Litigation*, MDL 2047
      United States District Court for the Eastern District of Louisiana
      Proposed Class Action Settlement Involving Tobin Trading, Inc.; Builders Plaster &
      Drywall, LLC; JMM Drywall Co., LLC; and Participating Insurers

Dear Mr. Holder, Jr.:

  Enclosed please find a CAFA Notice Pursuant to 28 U.S.C. § 1715 (the "Notice"), which is being provided to you on behalf of Settling Defendants Tobin Trading, Inc.; Builders Plaster & Drywall, LLC; JMM Drywall Co., LLC, and their Participating Insurers. This Notice is being submitted to you to discharge these parties' obligations under 28 U.S.C. § 1715. If you need any additional information or have any questions regarding this Notice, please contact the undersigned.

               Sincerely,

               Thomas W. Curvin

TWC/rmc

Enclosures (CAFA Notice and Attachments on Disk)