UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | ) ) ) ) MDL No. 09-2047 |
| ------------------------------------------------- | ) |
| This Document Relates to: | ) SECTION: L ) ) DISTRICT JUDGE FALLON |
| Richard BENOIT et al., v. LAFARGE S.A., et al. Case No. 11-1893 (Omni XI) | ) MAGISTRATE JUDGE WILKINSON ) ) |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to the Court's Pretrial Order Nos. 1 (¶ 12), 1F, and 6, and Local Rule 11.2, Tyler Jay Lory, William P. Pistorius, and Celeste A. Hill of Clausen Miller P.C., hereby enter their appearance in the above-captioned matter as counsel of record for Lafarge S.A., and request that all notices, pleadings, and orders entered in this matter be sent to them.

Dated:  November 6, 2012

Respectfully submitted,

/s/ Tyler Jay Lory
Tyler Jay Lory  (NY Bar #2267409)
CLAUSEN MILLER P.C.
One Chase Manhattan Plaza
39th Floor
New York, New York 10005
Tel:  212-805-3900
Fax:  212-805-3939

/s/ William P. Pistorius
William P. Pistorius  (Ill Bar #6196117)
Celeste A. Hill  (Ill Bar #6193985)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603
Tel:  312-855-1010
Fax:  312-606-7777

*Attorneys for Defendant Lafarge S.A.*

1430512.1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Appearance of Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of November, 2012.

                                                              /s/ Tyler Jay Lory

1430512.1