**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO )
ALL CASES AND )
)
*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a* )
*Shandong Taihe Dongxin Co., Ltd., et al.* )
Case No. 11-cv-080 (E.D. La.) )
)
*Almeroth, et al. v. Taishan Gypsum Co., Ltd.,* )
*f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* )
Case No. 12-cv-0498 (E.D. La.) )
)
*Amato, et al. v. Liberty Mutual Insurance* )
*Company*, Case No. 2:10-cv-00932 (E.D. La.) )
)
*Germano, et al. v. Taishan Gypsum Co., Ltd.,* )
*et al.*, Case No. 2:09-cv-06687 (E.D. La.) )
)
*Gross, et al. v. Knauf Gips, KG, et al.* )
Case No. 09-cv-6690 (E.D. La.) )
)
*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a* )
*Shandong Taihe Dongxin Co., Ltd., et al.* )
Case No. 11-cv-1077 (E.D. La.) )
)
*Wiltz, et al. v. Beijing New Building Materials* )

*Public Limited Co., et al.*                                    )
<u>**Case No. 10-cv-361 (E.D. La.)**</u>                       )

<u>**SETTLING DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**</u>

The Participating Defendants and Participating Insurers in the Settlement Agreement in MDL No.2047 Regarding Chinese Drywall Claims Against The Porter-Blaine Corp. and Venture Supply, Inc., and Certain of Their Insurers hereby give notice of their compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA Statute").

1.      Pursuant to subsection (b) of the CAFA Statute, each defendant participating in the proposed settlement of a class action lawsuit "shall serve upon the appropriate State official of each State in which a class member resides and the appropriate Federal official, a notice of the proposed settlement."

2.      The Participating Defendants and Participating Insurers have prepared a "CAFA Notice Pursuant to 28 U.S.C. § 1715" ("Notice") for the above-captioned matter that complies with the CAFA Statute.  The Participating Defendants and Participating Insurers have disseminated this Notice as required by the CAFA Statute.  A copy of this Notice is attached, marked <u>Exhibit A</u>.

3.      On November 5, 2012, on behalf of the Participating Defendants and Participating Insurers, the undersigned John P. Malloy of Robinson & Cole, LLP caused a copy of the Notice appended hereto as <u>Exhibit A</u> to be served by certified mail on the Attorney General of the United States; the attorneys general and commissioners of insurance for the fifty states, District of Columbia, and Territories of the United States; and other appropriate state and federal officials.  The list of recipients, which includes the

addresses to which the Notice was sent, is attached, marked <u>Exhibit B</u>.  Each recipient received a transmittal letter, a copy of the Notice, and a compact disc containing electronic copies of the Notice and all of its exhibits.[1]

---

[1] A copy of an identical compact disc will be furnished to the Court upon request.

Respectfully,

ALL PARTICIPATING DEFENDANTS AND ALL PARTICIPATING INSURERS

By their agreed representative for this Notice:

_____/s_____
John P. Malloy
ROBINSON & COLE, LLP
280 Trumbull Street
Hartford, CT 06103
Phone:  (860) 275-8200
Fax:  (860) 275-8299

Dated:  November 5, 2012

**Exhibits**

A.    CAFA Notice Pursuant to 28 U.S.C. § 1715

B.    List of CAFA Notice Recipients