**EXHIBIT B**

**List of CAFA Notice Recipients**

| | |
|---|---|
| Eric H. Holder, Jr.<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Jim L. Ridling<br>Commissioner<br>Alabama Department of Insurance<br>Post Office Box 303351<br>Montgomery, AL 36130-3351 |
| Linda S. Hall, Director<br>State of Alaska<br>Dept. of Commerce, Community &<br>Economic Development<br>Division of Insurance<br>Post Office Box 110805<br>550 West 7th Avenue, Suite 1560<br>Anchorage, AK 99501-3567 | Aoomalo Manupo Turituri<br>Insurance Commissioner<br>Office of the Governor<br>American Samoa Government<br>Pago Pago, American Samoa 96799 |
| Christina Urias<br>Director<br>Arizona Department of Insurance<br>2910 North 44th Street, Suite 210<br>Phoenix, AZ 85018-7269 | Jay Bradford<br>Commissioner<br>Arkansas Insurance Department<br>1200 West Third Street<br>Little Rock, AR 72201-1904 |
| Dave Jones<br>Commissioner<br>California Department of Insurance<br>300 Capitol Mall, Suite 1700<br>Sacramento, CA 95814 | Jim Riesberg<br>Commissioner<br>Colorado Dept. of Regulatory Agencies<br>Division of Insurance<br>1560 Broadway, Suite 850<br>Denver, CO 80202 |

| | |
|---|---|
| Thomas B. Leonardi<br>Commissioner<br>Connecticut Insurance Department<br>Post Office Box 816<br>Hartford, CT  06142-0816 | Karen Weldin Stewart<br>Commissioner<br>Delaware Insurance Department<br>841 Silver Lake Boulevard<br>Dover, DE  19904 |
| William P. White<br>Commissioner<br>Government of the District of Columbia<br>Department of Insurance, Securities, and Banking<br>810 First Street, NE, Suite 701<br>Washington, DC  20002 | Kevin M. McCarty<br>Commissioner<br>Office of Insurance Regulation<br>The Larson Building<br>200 East Gaines Street<br>Tallahassee, FL  32399-0305 |
| Ralph T. Hudgens<br>Commissioner<br>Office of Insurance and Safety Fire Commissioner<br>Two Martin Luther King, Jr. Drive<br>West Tower, Suite 704<br>Atlanta, GA  30334 | Artemio B. Ilagan<br>Banking Insurance Commissioner<br>Department of Revenue & Taxation<br>Regulatory Division<br>Post Office Box 23607<br>GMF Barrigada, Guam  96921 |
| Gordon I. Ito, Commissioner<br>Department of Commerce and Consumer Affairs (DCCA)<br>Insurance Division<br>Post Office Box 3614<br>Honolulu, HI  96811-3614 | William W. Deal<br>Director<br>Idaho Department of Insurance<br>Post Office Box 83720<br>Boise, ID  83720-0043 |

| | |
|---|---|
| Andrew Booron<br>Director<br>Illinois Department of Insurance<br>320 West Washington Street<br>Springfield, IL  62767-0001 | Stephen W. Robertson<br>Commissioner<br>Indiana Department of Insurance<br>311 West Washington Street, Suite 300<br>Indianapolis, IN  46204-2787 |
| Susan E. Voss<br>Commissioner<br>Iowa Insurance Division<br>330 Maple Street<br>Des Moines, IA  50319-0065 | Sandy Praeger<br>Commissioner<br>Kansas Insurance Department<br>420 SW 9th Street<br>Topeka, KS  66612-1678 |
| Sharon P. Clark<br>Commissioner<br>Kentucky Department of Insurance<br>Post Office Box 517<br>Frankfort, KY  40602-0517 | James J. Donelon<br>Commissioner<br>Louisiana Department of Insurance<br>Post Office Box 94214<br>Baton Rouge, LA  70804-9214 |
| Eric A. Cioppa<br>Acting Superintendent<br>Department of Professional & Financial Regulation<br>Maine Bureau of Insurance<br>34 State House Station<br>Augusta, ME  04333-0034 | Therese M. Goldsmith<br>Commissioner<br>Maryland Insurance Administration<br>200 St. Paul Place, Suite 2700<br>Baltimore, MD  21202 |
| Joseph G. Murphy, Commissioner<br>Office of Consumer Affairs and Business Regulation (OCABR)<br>Massachusetts Division of Insurance<br>1000 Washington Street, 8th Floor<br>Boston, MA  02118-6200 | R. Kevin Clinton, Commissioner<br>Office of Financial and Insurance Regulation (OFIR)<br>ATTN: Office of the Commissioner<br>PO Box 30220<br>Lansing, MI  48909-7720 |

| | |
|---|---|
| Mike Rothman, Commissioner<br>Minnesota Department of Commerce<br>85 7th Place East, Suite 500<br>St. Paul, MN  55101 | Mike Chaney<br>Commissioner<br>Mississippi Insurance Department<br>Post Office Box 79<br>Jackson, MS  39205-0079 |
| John M. Huff, Director<br>Missouri Department of Insurance,<br>Financial Institutions and Professional<br>Registration (DIFP)<br>Post Office Box 690<br>Jefferson, MO  65102-0690 | Monica J. Lindeen<br>Commissioner of Securities and Insurance<br>Montana Office of the Commissioner of<br>Securities and Insurance<br>840 Helena Avenue<br>Helena, MT  59601 |
| Bruce R. Ramge<br>Director<br>Nebraska Department of Insurance<br>Post Office Box 82089<br>Lincoln, NE  68501-2089 | Brett J. Barratt<br>Commissioner<br>Nevada Dept. of Business & Industry<br>Division of Insurance<br>1818 East College Pkwy, Suite 103<br>Carson City, NV  89706 |
| Roger A. Sevigny<br>Commissioner<br>New Hampshire Insurance Department<br>21 South Fruit Street, Suite 14<br>Concord, NH  03301 | Kenneth E. Kobylowski, Acting Commissioner<br>State of New Jersey<br>Department of Banking and Insurance<br>20 West State Street<br>Post Office Box 325<br>Trenton, NJ  08625-0325 |
| John G. Franchini<br>Superintendent<br>New Mexico Public Regulation Commission<br>Division of Insurance<br>Post Office Box 1269<br>Santa Fe, NM  87504-1269 | Benjamin M. Lawsky<br>Superintendent of Financial Services<br>New York State Department of Financial<br>Service<br>One State Street<br>New York, NY  10004-1511 |

| | |
|---|---|
| Wayne Goodwin<br>Commissioner<br>North Carolina Department of Insurance<br>1201 Mail Service Center<br>Raleigh, NC  27699-1201 | Adam Hamm, Commissioner<br>North Dakota Insurance Department<br>State Capitol, Fifth Floor<br>600 East Boulevard Avenue<br>Bismarck, ND  58505-0320 |
| Sixto K. Igisomar<br>Acting Insurance Commissioner<br>Commonwealth of the N Mariana Islands<br>Department of Commerce<br>Office of the Insurance Commissioner<br>Caller Box 10007<br>Saipan, MP  96950 | Mary Taylor<br>Lt. Governor/Director<br>Ohio Department of Insurance<br>50 West Town Street<br>Third Floor, Suite 300<br>Columbus, OH  43215 |
| John D. Doak<br>Commissioner<br>Oklahoma Insurance Department<br>Post Office Box 53408<br>Oklahoma City, OK  73152-3408 | Louis D. Savage<br>Insurance Division Administrator<br>Oregon Dept. of Consumer & Bus Srvcs<br>Insurance Division<br>Post Office Box 14480<br>Salem, OR  97309-0405 |
| Michael F. Consedine<br>Commissioner<br>Pennsylvania Insurance Department<br>1326 Strawberry Square<br>Harrisburg, PA  17120 | Ramón Cruz-Colón, Commissioner<br>Office of the Commissioner of Insurance<br>B5 Calle Tabonuco<br>Suite 216 PMB356<br>Guaynabo, Puerto Rico  00968-3029 |
| Joseph Torti III, Superintendent<br>State of Rhode Island<br>Department of Business Regulation<br>Division of Insurance<br>1511 Pontiac Avenue, Building 69-2<br>Cranston, RI  02920 | Gwendolyn Fuller McGriff, Acting Director<br>South Carolina Department of Insurance<br>Post Office Box 100105<br>Columbia, SC  29202-3105 |

| | |
|---|---|
| Merle D. Scheiber, Director<br>South Dakota Department of Revenue &<br>Regulation, Division of Insurance<br>445 East Capitol Avenue<br>Pierre, SD  57501-3185 | Julie Mix McPeak, Commissioner<br>Tennessee Department of Commerce &<br>Insurance (TDCI)<br>Insurance Division<br>Davy Crockett Tower<br>500 James Robertson Parkway<br>Nashville, TN  37243-0565 |
| Eleanor Kitzman<br>Insurance Commissioner<br>Texas Department of Insurance<br>Post Office Box 149104<br>Austin, TX  78714-9104 | Neal T. Gooch<br>Commissioner<br>Utah Insurance Department<br>State Office Building Room 3110<br>Salt Lake City, UT  84114-6901 |
| Steve Kimbell, Commissioner<br>Department of Banking, Insurance,<br>Securities, and Health Care Administration<br>Insurance Division<br>89 Main Street<br>Montpelier, VT  05620-3101 | Gregory R. Francis<br>Lt. Governor/Commissioner<br>Office of the Lieutenant Governor<br>Division of Banking & Insurance<br>#18 Kongens Gade<br>St. Thomas, Virgin Islands  00802 |
| Jacqueline K. Cunningham<br>Commissioner<br>Virginia State Corporation Commission<br>Bureau of Insurance<br>Post Office Box 1157<br>Richmond, VA  23218 | Mike Kreidler<br>Commissioner<br>Washington State<br>Office of the Insurance Commissioner<br>Post Office Box 40256<br>Olympia, WA  98504-0256 |

| | |
|---|---|
| Michael D. Riley<br>Commissioner<br>West Virginia Offices of the<br>Insurance Commissioner<br>Post Office Box 50540<br>Charleston, WV  25305-0540 | Ted Nickel<br>Commissioner<br>State of Wisconsin<br>Office of the Commissioner of Insurance<br>Post Office Box 7873<br>Madison, WI  53707-7873 |
| Tom S. Hirsig<br>Insurance Commissioner<br>Wyoming Insurance Department<br>106 East 6th Avenue<br>Cheyenne, WY  82002-0440 | |
| Mr. Luther Strange<br>Alabama Attorney General<br>501 Washington Ave.<br>Post Office Box 300152<br>Montgomery, AL 36130-0152 | Mr. John Burns<br>Alaska Attorney General<br>Post Office Box 110300<br>Diamond Courthouse<br>Juneau, AK 99811-0300 |
| Mr. Fepulea'l A. "AFA" Ripley, Jr.<br>American Samoa Attorney General<br>American Samoa Gov't<br>Executive Office Building<br>Utulei, Territory of American Samoa<br>Pago Pago, AS 96799 | Mr. Tom Horne<br>Arizona Attorney General<br>1275 West Washington Street<br>Phoenix, AZ 85007 |
| Mr. Dustin McDaniel<br>Arkansas Attorney General<br>200 Tower Building<br>323 Center Street<br>Little Rock, AR 72201-2610 | CAFA Coordinator<br>Office of the California Attorney General<br>Consumer Law Section<br>110 West "A" Street, Suite 1100<br>San Diego, CA  92186-5266 |
| Mr. John Suthers | Mr. George Jepsen |

| | |
|---|---|
| Colorado Attorney General<br>1525 Sherman Street<br>Denver, CO 80203 | Connecticut Attorney General<br>55 Elm Street<br>Hartford, CT 06141-0120 |
| Mr. Joseph R. "Beau" Biden, III<br>Delaware Attorney General<br>Carvel State Office Bldg.<br>820 North French St.<br>Wilmington, DE 19801 | Office of the District of Columbia Attorney General<br>One Judiciary Square<br>441 4th Street, NW, Suite 1145S<br>Washington, DC 20001 |
| Ms. Pam Bondi<br>Florida Attorney General<br>The Capitol<br>PL 01<br>Tallahassee, FL 32399-1050 | Mr. Sam Olens<br>Georgia Attorney General<br>40 Capital Square, SW<br>Atlanta, GA 30334-1300 |
| Mr. Lenny Rapadas<br>Guam Attorney General<br>287 West O'Brien Drive<br>Hagatna, Guam 96910 | Mr. David Louie<br>Hawaii Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| Office of the Idaho Attorney General<br>700 West Jefferson Street, Suite 210<br>Post Office Box 83720<br>Boise, ID 83720 | Ms. Lisa Madigan<br>James R. Thompson Ctr.<br>100 West Randolph Street<br>Chicago, IL 60601 |
| Mr. Greg Zoeller<br>Indiana Government Center South, 5th Fl.<br>302 West Washington Street<br>Indianapolis, IN 46204 | Mr. Tom Miller<br>Hoover State Office Bldg.<br>1305 East Walnut<br>Des Moines, IA 50319 |
| Mr. Derek Schmidt<br>120 S.W. 10th Ave., 2nd Floor | Mr. Jack Conway<br>700 Capitol Avenue |

| | |
|---|---|
| Topeka, KS 66612-1597 | Capitol Building, Suite 118<br>Frankfort, KY 40601 |
| Mr. James D. "Buddy" Caldwell<br>Post Office Box 94095<br>Baton Rouge, LA 70804-4095 | Mr. William J. Schneider<br>State House Station 6<br>Augusta, ME 04333 |
| Mr. Douglas F. Gansler<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 | Ms. Martha Coakley<br>1 Ashburton Place<br>Boston, MA 02108-1698 |
| Mr. Bill Schuette<br>Post Office Box 30212<br>525 West Ottawa Street<br>Lansing, MI 48909-0212 | Office of the Minnesota Attorney General<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN  55101 |
| Mr. Jim Hood<br>Department of Justice<br>Post Office Box 220<br>Jackson, MS 39205 | Mr. Chris Koster<br>Supreme Court Building<br>207 West High Street<br>Post Office Box 889<br>Jefferson City, MO 65101 |
| Mr. Steve Bullock<br>Justice Building<br>212 North Sanders<br>Post Office Box 201401<br>Helena, MT 59620-1401 | Mr. Jon Bruning<br>State Capitol<br>Post Office Box 98920<br>Lincoln, NE 68509-8920 |
| Ms. Catherine Cortez Masto<br>Old Supreme Court Building<br>100 North Carson Street<br>Carson City, NV 89701 | Mr. Michael Delaney<br>State House Annex<br>33 Capitol Street<br>Concord, NH 03301-6397 |
| Ms. Paula T. Dow | Mr. Gary King |

| | |
|---|---|
| Richard J. Hughes Justice Complex<br>25 Market Street<br>Post Office Box 080<br>Trenton, NJ 08625 | Post Office Drawer 1508<br>Santa Fe, NM 87504-1508 |
| Mr. Eric Schneiderman<br>Dept. of Law – The Capitol, 2nd Floor<br>Albany, NY 12224 | Office of the North Carolina Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| Mr. Wayne Stenehjem<br>State Capitol<br>600 East Boulevard Avenue<br>Bismarck, ND 58505-0040 | Mr. Edward T. Buckingham<br>Administration Building<br>Post Office Box 10007<br>Saipan MP |
| Mr. Mike Dewine<br>State Office Tower<br>30 East Broad Street, 14th Floor<br>Columbus, OH 43266-0410 | Mr. Scott Pruitt<br>313 NE 21st Street<br>Oklahoma City, OK 73105 |
| Mr. John Kroger<br>Justice Building<br>1162 Court Street, NE<br>Salem, OR 97301 | Ms. Linda L. Kelly<br>1600 Strawberry Square<br>Harrisburg, PA 17120 |
| Mr. Guillermo Somoza-Colombani<br>GPO Box 9020192<br>San Juan, PR 00902-0192 | Mr. Peter Kilmartin<br>150 South Main Street<br>Providence, RI 02903 |
| Mr. Alan Wilson<br>Rembert C. Dennis Office Building<br>Post Office Box 11549<br>Columbia, SC 29211-1549 | Mr. Marty J. Jackley<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501-8501 |
| Mr. Robert E. Cooper, Jr. | Mr. Greg Abbott |

| | |
|---|---|
| 425 5th Avenue North<br>Post Office Box 20207<br>Nashville, TN 37243 | Capitol Station<br>Post Office Box 12548<br>Austin, TX 78711-2548 |
| Office of the Utah Attorney General<br>Utah State Capitol Complex<br>350 North State Street, Suite 230<br>Salt Lake City, UT  84114-2320 | Mr. William H. Sorrell<br>109 State Street<br>Montpelier, VT 05609-1001 |
| Office of the Virgin Islands Attorney General<br>Department of Justice<br>34-38 Kronprinsdens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, Virgin Islands  00802 | Mr. Ken Cuccinelli<br>900 East Main Street<br>Richmond, VA 23219 |
| Mr. Rob McKenna<br>1125 Washington Street, SE<br>Post Office Box 40100<br>Olympia, WA 98504-0100 | Office of the West Virginia Attorney General<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, WV  23505 |
| Mr. J.B. Van Hollen<br>State Capitol, Suite 114 E.<br>Post Office Box 7857<br>Madison, WI 53707-7857 | Office of the Wyoming Attorney General<br>123 State Capitol Building<br>200 West 24th Street<br>Cheyenne, WY 82002 |
| Office of the Northern Mariana Islands Attorney General<br>Juan A. Sablan Memorial Building<br>Capitol Hill<br>Call Box 10007<br>Saipan MP  96950 | Virginia Department of Health<br>Post Office Box 2448<br>Richmond, Virginia 23218-2448<br>109 Governor Street<br>Richmond, VA 23219 |
| Department of Professional and Occupational | North Carolina Licensing Board for General |

| | |
|---|---|
| Regulation<br>9960 Mayland Drive, Suite 400<br>Richmond, VA  23233-1463 | Contractors<br>Post Office Box 17187<br>Raleigh, NC  27619 |