# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 |
| | * * | SECTION:   L |
| RELATES TO: | * * | JUDGE FALLON |
| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al* Case No. 10-361 | * * | MAG. JUDGE WILKINSON |

***************************************************************

## MOTION TO WITHDRAW COUNSEL

**NOW INTO COURT**, comes Counsel for Plaintiffs, Hugh P. Lambert of The Lambert Firm, PLC, 701 Magazine Street, New Orleans, Louisiana 70130, who requests that this Honorable Court allow him to withdraw Candice C. Sirmon as counsel in the above-referenced matter.  Candice C. Sirmon is no longer with The Lambert Firm, PLC.  Hugh P. Lambert will continue as counsel of record.

This withdrawal will not delay the progress of this case.  Further, Hugh P. Lambert prays that Candice C. Sirmon be withdrawn from the above related cases.

                                        Respectfully submitted,

                                         /s/Hugh P. Lambert
                                        HUGH P. LAMBERT (LA Bar #7933)
                                        CAYCE C. PETERSON (LA Bar #32217)
                                        LAMBERT & NELSON, PLC
                                        701 Magazine Street
                                        New Orleans, Louisiana 70130
                                        Telephone: (504) 581-1750
                                        Facsimile: (504) 529-2931
                                        hlambert@lamnel.com

## CERTIFICATE OF SERVICE

I HEREBY BY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 6th day of November, 2012.

/s/Hugh P. Lambert
HUGH P. LAMBERT, ESQ.