## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION** | * * * * | **MDL NO. 2047** |
| | | **SECTION:   L** |
| **RELATES TO:** | * | **JUDGE FALLON** |
| | * | |
| ***Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al* Case No. 10-361** | * * | **MAG. JUDGE WILKINSON** |

*************************************************************

## ORDER

Considering the above and foregoing Motion to Withdraw:

**IT IS HEREBY ORDERED** that Candice C. Sirmon of The Lambert Firm, PLC, 701

Magazine Street, New Orleans, Louisiana 70130 is hereby withdrawn as counsel in the

above-related cases.   Hugh P. Lambert will remain as counsel of record.

Thus done and signed this ___ day of _____, 2012 in New Orleans, Louisiana.

 

HONORABLE JUDGE ELDON FALLON
UNITED STATES DISTRICT JUDGE