UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

### ORDER

Before the Court are several Motions relating to a discovery dispute between certain objectors to the pending settlements and the Plaintiffs' Steering Committee. The pending Motions include Class Counsel's Motion for Sanctions (R. Doc. 15982). The Court has held two hearings in this matter and finds that further hearings are inappropriate at this time.

Accordingly, **IT IS ORDERED** that the Court's previous Orders (R. Docs. 16035 and 16042) be and are hereby **AMENDED** to indicate that Class Counsel's Motion for Sanctions (R. Doc. 15982), which is currently set for hearing on an expedited basis at 10:30 a.m. central time on November 7, 2012, will on that date be taken under submission without oral argument.

New Orleans, Louisiana this 5th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE