**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

================================  x  ============================
                                 x
IN RE: CHINESE-MANUFACTURED      x  MDL NO. 2047
DRYWALL PRODUCTS LIABILITY       x  SECTION: L
LITIGATION                       x  JUDGE FALLON
                                 x  MAG. JUDGE WILKINSON
                                 x
THIS DOCUMENT RELATES TO         x
ALL CASES                        x
                                 x
                                 x
================================  x  ============================

**THE PLAINTIFFS' STEERING COMMITTEE'S
MOTION TO SUBSTITUTE EXHIBIT**

Considering the Motion to Substitute Exhibit filed by the Plaintiffs' Steering Committee

("PSC");

IT IS ORDERED BY THE COURT that the attached Amended Exhibit "A" be

substituted in place of Exhibit "A" filed on November 5, 2012 with Plaintiffs' Trial Exhibit List

[Rec. Doc. 16101-1].

New Orleans, Louisiana, this _____ day of _____, 2012.


_____
Eldon E. Fallon
United States District Court Judge