# EXHIBIT 17

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES AND<br><br>*Payton, et al. v. Knauf Gips, KG, et al.* Case No. 09-cv-07628 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.* Case No. 2:09-cv-06690 (E.D. La.)<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.* Case No. 2:10-cv-00362 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D. La.)<br><br>*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* Case No. 2:11-00252 (E.D. La.)<br><br>*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* Case No. 11-cv-1363 (E.D. La.)<br><br>*Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* Case No. 11-cv-2349 (E.D. La.)<br><br>*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* Case No. 11-cv-3023 (E.D. La.)<br><br>*Vickers, et al. v. Knauf Gips, KG, et al.* Case No. 2:09-cv-04117 (E.D. La.) | JUDGE FALLON MAG. JUDGE WILKONSON |

**SUPPLEMENTAL DECLARATION OF BELINDA MACAULEY REGARDING IMPLEMENTATION OF NOTICE PROGRAM IN GLOBAL SETTLEMENT**

I, Belinda Macauley, hereby declare as follows:

1.  I am a Vice President of Kinsella Media, LLC ("KM"), an advertising and legal notification firm in Washington, D.C. specializing in the design and implementation of notification programs to reach unidentified putative class members primarily in consumer and antitrust class actions and claimants in bankruptcy and mass tort litigation. My business address is 2120 L Street, NW, Suite 860, Washington, D.C. 20037. My telephone number is (202) 686-4111.

2.  I previously submitted a declaration on August 31, 2012 outlining the implementation of the Paid Media Program in the *Chinese Drywall Litigation* to inform Global Settlement Class Members of the Settlement via print, television, and Internet advertising.

3.  I submit this Supplemental Declaration to a) submit a final implementation report on the Program and b) provide final reach and frequency numbers that were not available until this month.

4.  An updated and final Implementation Report for the Paid Media Program is attached as Exhibit 1 and confirms that the Paid Media program was implemented as designed, with one exception, detailed below. The report details the following:

    a)  Each print publication and the date and page number on which the Publication Notice appeared.

    b)  The number of Internet impressions received as part of the Internet banner advertising.

    c)  The number of Gross Rating Points ("GRPs")[1] expected to be delivered for the

---

[1] GRPs represent the percentage of households or persons in the target audience who are exposed to the television and radio commercial messages in the schedule.

television advertising.

d)  Confirmation that KM has received a true and correct copy of each print advertisement, or "tearsheet," from each publication.

5.  The exception to the Paid Media Program that was submitted and approved by the court is that an advertisement did not run in the *Informe* newspaper as planned.  Attached as Exhibit 2 is an affidavit executed by Rudy Saintonge, Director of Operations for re:fuel, a media-buying firm that was used for purchasing ads in ethnic newspapers for the Paid Media Program.  This affidavit states that an advertisement could not be placed in *Informe* on August 17, 2012 as scheduled, as the paper was no longer in business.  KM was not made aware of this fact in time to run a replacement ad.  However, since *Informe* is a Hispanic newspaper, KM is unable to measure the reach and frequency of the paper, so this exception to the Program did not affect the reach and frequency estimates reported below.

6.  The comprehensive paid media program, which included print, television, and Internet advertising delivered the following reach and frequency measurements:

a)  Nationally, an estimated 85.8% of Adults 18+ were reached with an average estimated frequency of 2.82 times.

b)  Each market delivered a different reach[2] and frequency[3]. The reach goal for markets with 500+ claims[4] was a minimum 90% and markets with 20-499 claims, as well as other Florida markets for which we didn't have claims data, was a minimum 87%.  Estimated reach and frequency against Adults 35+ in those individual markets are as follows:

---

[2] The estimated percentage of a target audience reached one or more times by a media vehicle.
[3] The estimated average number of opportunities the audience member has to see the notice.
[4] Based on claims already filed for damage caused by Chinese Drywall.

| 90% Reach Markets | | |
|---|---|---|
| **DMA** | **Reach** | **Frequency** |
| Birmingham (AL) | 90.3% | 2.9 |
| Mobile-Pensacola (AL-FL) | 91.3% | 3.2 |
| Ft. Myers-Naples (FL) | 90.9% | 2.9 |
| Jacksonville (FL) | 92.7% | 3.4 |
| Miami-Ft. Lauderdale (FL) | 90.3% | 3.4 |
| Tampa-St. Petersburg (FL) | 90.8% | 3.1 |
| West Palm Beach (FL) | 90.5% | 2.9 |
| New Orleans (LA) | 94.5% | 3.8 |
| Biloxi-Gulfport (MS) | 93.9% | 3.4 |
| 87% Reach Markets | | |
| Baton Rouge (LA) | 92.1% | 2.9 |
| Houston (TX) | 87.8% | 2.9 |
| Huntsville-Decatur (AL) | 87.6% | 2.7 |
| Gainesville (FL) | 96.3% | 3.8 |
| Orlando-Daytona (FL) | 89.2% | 2.8 |
| Panama City (FL) | 88.6% | 2.8 |
| Tallahassee (FL) | 89.2% | 3.0 |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 26, 2012.

Belinda Macauley

# EXHIBIT 1

*In re Chinese-Manufactured Drywall Products*

## Implementation Report

10/11/2012



---

### Print Media Components of Notice Program

| Print Media | Unit Type/Size | Date Ad(s) Ran | Page # of Ad |
|---|---|---|---|
| **Magazine(s)** | | | |
| Better Homes & Gardens | 2/3 Page (4.75" x 10") | 8/21/2012 | 217 |
| National Geographic | Full Page (5.75" x 9") | 8/28/2012 | 147 |
| People | Full Page (7" x 10") | 7/27/2012 | 61 |
| People | Full Page (7" x 10") | 8/3/2012 | 97 |
| Reader's Digest | Full Page (4.687" x 6.75") | 8/14/2012 | 196 |
| Sports Illustrated | 2/3 Page (4.5" x 10") | 8/8/2012 | 83 |
| **Newspaper(s)** | | | |
| African American News & Issues | 9.75" x 5.0" | 8/13/2012 | 11 |
| Alexandria News Weekly | 6.25" x 7" | 8/16/2012 | 5 |
| Baton Rouge Advocate | 1/6 Page (5.5" x 7") | 8/22/2012 | 5A |
| Baton Rouge Advocate - Sunday | 1/6 Page (5.5" x 7") | 8/19/2012 | 12A |
| Baton Rouge Weekly Press | 5.5" x 7" | 8/16/2012 | 5 |
| Biloxi-Gulfport Sun Herald | 1/6 Page (4.889" x 7") | 8/22/2012 | 5A |
| Biloxi-Gulfport Sun Herald - Sunday | 1/6 Page (4.889" x 7") | 8/19/2012 | 8A |
| Birmingham News | 1/6 Page (4.88" x 7") | 8/22/2012 | 4A |
| Birmingham News - Sunday | 1/6 Page (4.88" x 7") | 8/19/2012 | 7A |
| Birmingham Times | 1/6 Page (5.75" x 7") | 8/18/20012 | A8 |
| Capital Outlook (Tallahasee, FL) | 5" x 7" | 8/16/2012 | 2 |
| Central Florida Advocate | 6.31" x 7" | 8/17/2012 | 5 |
| Data News Weekly (New Orleans, LA) | 6.63" x 7" | 8/18/2012 | 3 |
| Daytona Times | 6.63" x 7" | 8/16/2012 | 7 |
| Diario Las Americas (Miami/Ft. Lauderdale) | 1/4 Page (5.88" x 10.5") | 8/16/2012 | 8A |
| El Clarin (Miami, FL) | 1/2 Page (10.25" x 8") | 8/16/2012 | 35 |
| El Especialito (Miami Edition) | 7.38" (3C) x 10.5" | 8/17/2012 | 10 |
| El Nuevo Herald (Miami/Ft. Lauderdale, FL) | 5.04" x 10.5" | 8/16/2012 | 7A |
| El Sentinel (Ft. Lauderdale/Miami) | 1/4 Page (4.915" x 10.5") | 8/18/2012 | 4 |
| El Sentinel (Orlando, FL) | 1/4 Page (4.915" x 10.5") | 8/18/2012 | 12 |
| Florida Courier (Central Florida Zone) | 6.63" x 7" | 8/17/2012 | B5 |
| Florida Courier (North Florida Zone) | 6.63" x 7" | 8/17/2012 | B5 |
| Florida Courier (South Florida Zone) | 6.63" x 7" | 8/17/2012 | B5 |
| Florida Sun | 5'" x 7" | 8/16/2012 | 10 |
| Florida Times-Union (Jacksonville) | 1/6 Page (5" x 7") | 8/22/2012 | A8 |
| Florida Times-Union (Jacksonville)- Sunday | 1/6 Page (5" x 7") | 8/19/2012 | A9 |
| Fort Myers News-Press | 1/6 Page (4.94" x 7") | 8/22/2012 | A6 |
| Fort Myers News-Press - Sunday | 1/6 Page (4.94" x 7") | 8/19/2012 | A15 |
| Forward Times | 1/6th (6.44" x 7") | 8/15/2012 | 5A |
| Gainesville Sun | 1/6 Page (4.938" x 7") | 8/22/2012 | 5A |
| Gainesville Sun - Sunday | 1/6 Page (4.938" X 7") | 8/19/2012 | 4A |
| Houston Chronicle | 1/6 Page (4.9028" x 7") | 8/22/2012 | A8 |
| Houston Chronicle - Sunday | 1/6 Page (4.9028" x 7") | 8/19/2012 | A19 |
| Huntsville Times | 1/6 Page (4.88" x 7") | 8/22/2012 | A10 |
| Huntsville Times - Sunday | 1/6 Page (4.88" x 7") | 8/19/2012 | A9 |
| Informe (Miami/Ft. Lauderdale) | 1/2 Page (4.88" x 12.12") | 8/19/2012 | DNR |
| Jackson Advocate | 5.5" x 7" | 8/16/2012 | 10A |
| Jacksonville Free Press | 6.25" x 7" | 8/16/2012 | 5 |
| La Informacion (Houston, TX) | 5" x 10.5" | 8/16/2012 | 6 |
| La Prensa (Orlando) | 4.728" x 11" | 8/16/2012 | 21 |
| La Prensa de Houston | 5" x 10.5" | 8/16/2012 | 5 |
| La Subasta Houston - 4 Zones (Houston, TX) | 6.66" x 10.5" | 8/16/2012 | 8 |
| La Voz De Houston | 6.58" x 10.5" | 8/19/2012 | V17 |
| Louisiana Weekly (New Orleans, LA) | 6.17" x 7" | 8/20/2012 | 2 |
| Memphis Silver Star News | 5.5" x 7" | 8/15/2012 | 4 |

## Newspaper(s) cont'd

| | Unit Type/Size | Date Ad(s) Ran | Page # of Ad |
|---|---|---|---|
| *Miami Herald* | 1/6 Page (5.04" x 7") | 8/22/2012 | 7A |
| *Miami Herald- Sunday* | 1/6 Page (5.04" x 7") | 8/19/2012 | 10A |
| *Miami Times* | 6.63" x 7" | 8/15/2012 | 9D |
| *Mississippi Link* | 5.75" x 7" | 8/16/2012 | A8 |
| *Mobile Beacon* | 5.25" x 7" | 8/15/2012 | 5 |
| *Mobile Press-Register* | 1/6 Page (4.88" x 7") | 8/22/2012 | 4A |
| *Mobile Press-Register - Sunday* | 1/6 Page (4.88" x 7") | 8/19/2012 | 6A |
| *Monroe Dispatch (Monroe, LA)* | 5.5" x 7" | 8/16/2012 | 11 |
| *Monroe Free Press (Monroe, LA)* | 1/6th (6.44" x 7") | 8/18/2012 | 15 |
| *Montgomery-Tuskegee Times* | 1/6th (6.44" x 7") | 8/16/2012 | 11 |
| *New Orleans Times-Picayune* | 1/6 Page (5.75" x 7") | 8/22/2012 | A8 |
| *New Orleans Times-Picayune - Sunday* | 1/6 Page (5.75" x 7") | 8/19/2012 | A23 |
| *Orlando Sentinel* | 1/6 Page (4.915" x 7") | 8/22/2012 | A14 |
| *Orlando Sentinel- Sunday* | 1/6 Page (4.915" x 7") | 8/19/2012 | A19 |
| *Orlando Times* | 6.63" x 7" | 8/16/2012 | A5 |
| *Palm Beach Post* | 1/6 Page (5.188" x 7") | 8/22/2012 | 2B |
| *Palm Beach Post- Sunday* | 1/6 Page (5.188" x 7") | 8/19/2012 | 7B |
| *Panama City News Herald* | 1/6 Page (4.89" x 7") | 8/22/2012 | A4 |
| *Panama City News Herald - Sunday* | 1/6 Page (4.89" x 7") | 8/19/2012 | A6 |
| *Pensacola Voice* | 5.88" x 7" | 8/16/2012 | 5 |
| *Rolling Out Birmingham* | 1/3 Page (3.25" x 12.75") | 8/16/2012 | 3 |
| *Rolling Out Houston* | 3.25" x 12.75" | 8/16/2012 | 10 |
| *Rolling Out Memphis* | 3.25" x 12.75" | 8/16/2012 | 3 |
| *Rolling Out Miami* | 3.25" x 12.75" | 8/16/2012 | 3 |
| *Rolling Out New Orleans* | 3.25" 12.75" | 8/16/2012 | 10 |
| *Rumbo (Houston, TX)* | 4.79" x 11.5" | 8/17/2012 | 6 |
| *Semana (Houston, TX)* | 5.83" x 13" | 8/19/2012 | 10 |
| *Shreveport Sun* | 5.75" x 7" | 8/16/2012 | 2 |
| *South Florida Times (Miami, FL)* | 5.06" x 7" | 8/16/2012 | 2A |
| *Speakin Out News (Huntsville, AL)* | 5.88" x 7" | 8/15/2012 | 5 |
| *Tallahassee Democrat* | 1/6 Page (4.99" X 7") | 8/22/2012 | 6A |
| *Tallahassee Democrat - Sunday* | 1/6 Page (4.99" x 7") | 8/19/2012 | 5A |
| *Tampa Bay Times (Formerly St. Petersburg* | 1/6 Page (5.5" x 7") | 8/22/2012 | 9A |
| *Tampa Bay Times- Sunday (Formerly St.* | 1/6 Page (5.5" x 7") | 8/18/2012 | 13A |
| *Tri-State Defender (Memphis, TN)* | 5.75" x 7" | 8/16/2012 | 5 |
| *Westside Gazette (Miami, FL)* | 1/6th (6.44" x 7") | 8/16/2012 | 12 |

## Newspaper Supplement(s)

| | Unit Type/Size | Date Ad(s) Ran | Page # of Ad |
|---|---|---|---|
| *Parade* | Half Page (5" x 7.75") | 8/12/2012 | 10 |
| *USA Weekend* | M Page (6.25" x 9") | 8/12/2012 | 15 |

## Broadcast Media

| | Est. GRPs (gross rating points) Adults 35+ | | Spot Length |
|---|---|---|---|

### TV

| | Est. GRPs (gross rating points) Adults 35+ | | Spot Length |
|---|---|---|---|
| *Broadcast Network/Cable* | 75,566,000 | 7/16/12 - 7/29/12 | 30 sec. |
| *Spot TV - 16 DMAs* | 11,374,000 | 7/16/12 - 7/29/12 | 30 sec. |
| *Baton Rouge, LA* | 201,000 | | |
| *Biloxi-Gulfport, MS* | 156,000 | | |
| *Birmingham, AL* | 589,000 | | |
| *Ft Myers-Naples, FL* | 409,000 | | |
| *Gainesville, FL* | 164,000 | | |
| *Houston, TX* | 1,739,000 | | |
| *Huntsville-Decatur, AL* | 308,000 | | |
| *Jacksonville, FL* | 914,000 | | |
| *Miami-Ft Lauderdale, FL* | 2,265,000 | | |
| *Mobile-Pensacola, AL-FL* | 420,000 | | |
| *New Orleans, LA* | 824,000 | | |
| *Orlando-Daytona Beach, FL* | 911,000 | | |
| *Panama City, FL* | 85,000 | | |
| *Tallahassee-Thomasville, FL* | 122,000 | | |
| *Tampa-St Petersburg, FL* | 1,535,000 | | |
| *West Palm Beach, FL* | 732,000 | | |

| **Online Media** | **Ad Type/Size** | **Estimated Impressions** |
|---|---|---|
| **Web** | | |
| *24/7 Network* | 728x90; 300x250; 160x600 | 87,372,000 |
| *Facebook.com* | 100x100 | 112,383,521 |
| *Quadrant One* | 728x90, 300x250, 160x600 | 10,000,000 |
| *Yahoo! Network* | 728x90 | 3,333,333 |
| *Yahoo! Network* | 300x250 | 5,904,762 |
| *Yahoo! Network* | 120x600 | 3,272,727 |

# EXHIBIT 2



## AFFIDAVIT

I, _Rudy Santonge_ , in my capacity and title of _Director of Operations_

at re:fuel, in the city of New York, in the state of NY, hereby certify that

the               ROP ☑          Preprinted Inserts ☐

For (*Advertiser*) _Kinsella Media_ "(*Headline*)" _Existe un acuerda ..._

re:fuel Insertion Order # _1029715_ , was not inserted in

the (newspaper name) _Informe_ in

(city/state) _Miami Florida_ on (date) _8/17/12. Newspaper_
_is no longer in business._

_Rudy Santonge_ (signature)
Signature of Person Making Affidavit

Subscribed and sworn to before me in the County of _New York_ in the State of
(County)

_New York_ , on this _24_ day of _SEPTEMBER_ , _2012_ .
(State)              (Date)        (Month)         (Year)

_Angelisa Almanzar_ (signature)
Notary Public Signature

Notary Public Seal:

ANGELISA ALMANZAR
Notary Public – State of New York
No. 01AL6265417
Qualified in New York County
My Commission Expires 7/9/2016

_7/9/2016_
Commission Expires