# EXHIBIT 18

## INDEX OF OBJECTORS TO CLASS SETTLEMENTS

**A.   BANNER SETTLEMENT**

1. John and Lori Willis Objections by Michael Ryan, Esq.
2. James and Joanne Haseltine Objections by James and Joanne Haseltine

**B.   GLOBAL SETTLEMENT**

1. John and Lori Willis Objections by Michael Ryan, Esq.
2. Perry Homes, LLC Objections by Andrew K. York, Esq.
3. Wayne Kaplan Objections by David Durkee, Esq.
4. Daniel C. Ladner Objections by K. Edward Sexton, II, Esq.
5. James Berretta Objections by James Berretta
6. Trevis Amerson Objections by Eric D. Hoaglund, Esq.
7. Delbert Hopper Objections by Eric D. Hoaglund, Esq.
8. Jan Petrus Objections by Christopher A. Bandas, Esq.

**C.   INEX SETTLEMENT**

1. The North River Insurance Company Objections by Brian Martin, Esq.
2. Perry Homes, LLC Objections by Andrew K. York, Esq.
3. Daniel C. Ladner Objections by K. Edward Sexton, II, Esq.
4. Trevis Amerson Objections by Eric D. Hoaglund, Esq.
5. Delbert Hopper Objections by Eric D. Hoaglund, Esq.

**D.   KPT SETTLEMENT**

1. John and Lori Willis Objections by Michael Ryan, Esq.
2. The North River Insurance Company Objections by Brian Martin, Esq.
3. Perry Homes, LLC Objections by Andrew K. York, Esq.
4. Monica Smith and Thomas Bolden Objections by Sal Christina, Esq.
5. Ovila and Ruth Panneton Objections by Sal Christina, Esq.
6. Gregory Friedlander, Esq. Objections by Gregory Friedlander, Esq.
7. Therese Sekellick Objections by Therese Sekellick
8. Daniel C. Ladner Objections by K. Edward Sexton, II, Esq.
9. Gerard Kinler Objections by Sal Christina, Esq.
10. Trevis Amerson Objections by Eric D. Hoaglund, Esq.
11. Delbert Hopper Objections by Eric D. Hoaglund, Esq.

**E.   L&W SETTLEMENT**

No objections