# EXHIBIT  19

**CHINESE DRYWALL CLASS SETTLEMENTS**

**OPT-OUTS REPRESENTED BY ROBERTS & DURKEE, P.A.
AND MILSTEIN, ADELMAN, & KREGER, LLP**

|     | PLAINTIFFS | ADDRESS | CLASS SETTLEMENT | OMNI COMPLAINT |
| --- | --- | --- | --- | --- |
| 1. | Charles Allen Puckett Sandra Carmen Puckett | 32051 SW 204th Court Homestead, FL 33030 | Banner | IV |
| 2. | William and Melanie Ford | 12702 SW 26th Street Davie, FL 33325 | Banner, Knauf | I |
| 3. | Joseph and Patricia Pensabene | 12732 SW 26th Street Davie FL 33325 | Banner, Knauf | I |
| 4. | Adelky Pena | 3021 SW 130 Ave. Miami, FL 33175 | Banner | |
| 5. | Wayne Kaplan and Judith Stichter | 17866 Lake Azura Way Boca Raton, FL 33486 | Banner | |
| 6. | Armando and Ileana Costoya | 8203 S.W. 190 Terrace Cutler Bay, FL 33157 | Banner | |
| 7. | Jeannette Calvo and Tyrone Martinez | 8220 S.W. 190 Terrace Cutler Bay, FL 33157 | Banner | I |
| 8. | Ricardo and Aliuska Dabalsa | 351 NW 125 Ave. Miami, FL 33182 | Banner | I |
| 9. | Felix and Julia Carapaica | 4422 Rainbow Ave. Weston, FL 33332 | Banner | |
| 10. | Nino and Doreen Federico | 2421 NE 65th Street Unit 602 Ft. Lauderdale, FL 33308 | Banner | |
| 11. | Richard A. Hamburg | 2421 NE 65th Street Unit 217 Ft. Lauderdale, FL 33308 | Banner, Knauf | |
| 12. | Richard A. Hamburg | 2421 NE 65th Street Unit 603 Ft. Lauderdale, FL 33308 | Banner, Knauf | |

| | PLAINTIFFS | ADDRESS | CLASS SETTLEMENT | OMNI COMPLAINT |
|---|---|---|---|---|
| 13. | Evelyn and Julius Scrop | 2421 NE 65th Street<br>Unit 410<br>Ft. Lauderdale, FL 33308 | Banner | |
| 14. | Paul and Sharon Stratford | 25 Valleyfield Street<br>Lexington, MA 02421 | Banner | |
| 15. | Richard and Ursula Volion | 2421 NE 65th Street<br>Unit 2-301<br>Ft. Lauderdale, FL 33308 | Banner | |
| 16. | John and Sandra Conroy | 1750 NW 24th Place<br>Cape Coral, FL 33993 | Banner | IX |
| 17. | Gladys M. Arriola | 3000 SW 145 Ct.<br>Miami, FL 33175 | Banner | |
| 18. | Daniel Avello and Isbel Basulto | 19871 NW 77 Ct.<br>Hialeah, FL 33015 | Banner | I |
| 19. | Jesus Alberto Daza | 1521 NW 82nd Ave.<br>Doral, FL 33126 | Banner | |
| 20. | William M. DeLeon | 11291 NW 84th Street<br>Doral, FL 33178 | Banner | IV |
| 21. | Rodrigo Xavier Encalada, Miriam Victoria Encalada | 355 NE 30th Avenue<br>Homestead, FL 33033 | Banner | X |
| 22. | Jose and Lissett Fernandez | 4332 SE Cove Lake Cir.<br>Apt. 202<br>Stuart, FL 34997 | Banner | I |
| 23. | Alberto Gonzalez and Yarenis Diaz | 10101 SW 68 Street<br>Miami, FL 33173 | Banner | IV |
| 24. | Luis Alberto Gonzalez | 2944 NE 3rd Dr.<br>Homestead, FL 33033 | Banner | I |
| 25. | Roberto Gonzalez and Maria Rivera | 11281 NW 84 Street<br>Doral, FL 33178 | Banner | I |
| 26. | Victor Gonzalez and Yelene Socarras | 19851 NW 77 Ct.<br>Hialeah, FL 33005 | Banner | I |

| | PLAINTIFFS | ADDRESS | CLASS SETTLEMENT | OMNI COMPLAINT |
|---|---|---|---|---|
| 27. | Ngon Ho and Tram Do | 362 NE 30 Ave. Homestead, FL 33033 | Banner | X |
| 28. | Osualdo A. Izquierdo | 323 NE 30 Ave. Homestead, FL 33016 | Banner | X |
| 29. | Stratton Jamison and Susan Jamison | 108 Palo De Oro Dr. Islamorado, FL 33036 | Banner | |
| 30. | Juan Manuel Macario and Vanessa House | 789 Lavender Cir. Weston, FL 33327 | Banner | I |
| 31. | Jorge Marcano and Waleska Del Rio | 3335 NE 4 Street Homestead, FL 33033 | Banner | IX |
| 32. | Jose Morales and Wendy Morales | 32052 SW 204 Ct. Miami, FL 33030 | Banner | II, X |
| 33. | Jorge Perez and Rosa Perez | 19941 NW 77 Ct. Miami, FL 33015 | Banner | I |
| 34. | Rafael Segundo and Ana Segundo | 2964 NE 3rd Dr. Homestead, FL 33033 | Banner | I |
| 35. | Frank James Webster | 20367 SW 87th Place Cutler Bay, FL 33189 | Banner | IV |
| 36. | Diamelis and Leonel Leal | 3060 SW 145 Ct. Miami, FL 33175 | Banner | |
| 37. | Edwin Grove and Linda Grove | 20307 SW 324th Street Homestead, FL 33030 | Banner | X |
| 38. | James and Maria Ivory | 3236 Monarch Ct. Ft. Collins, CO 80525 | Banner | I, IX |
| 39. | Thomas Edward Simonian and Barbara Ruth Petty | 10833 Quail Creek Lane Manassas, VA 20112 | Banner | III |
| 40. | Shannon Cambric | 8585 Athena Ct. Lehigh Acres, FL 33971 | Banner | III, IX |
| 41. | David Frederick Borgardt, Sr. and Kathy Ann Borgardt | 2160 NW 23rd Ave. Cape Coral, FL 33993 | Banner | I, IX |

| | PLAINTIFFS | ADDRESS | CLASS SETTLEMENT | OMNI COMPLAINT |
|---|---|---|---|---|
| 42. | Vincent and Joan Geraci | 420 NW 38th Ave. Cape Coral, FL 33993 | Banner | IX |
| 43. | John and Barbara Shaw | 827 SW 17th Street Cape Coral, FL 33991 | Banner | IX |
| 44. | Sieglinde Saeks | 2810 NW 14th Terrace Cape Coral, FL | Banner | I, IX |
| 45. | Norma Edwards | 1050 NW Leonardo Cir. Port S. Lucie, FL 34986 | Banner | IX |
| 46. | Peter Robinson and James Snyder | P.O. Box 761 293 Great Fields Rd. Brewster, MA | Banner | |
| 47. | Reed Reilly and Victoria Reilly | 10850 S. Troy Chicago, IL 60655 | Banner | III, IX |
| 48. | Helene and Christina Kranz | 286 Bay 10th Street Brooklyn, NY 11228 | Banner | III, IX |
| 49. | Randy and Connie Fry | 434 N.E 3rd Ave. Cape Coral, FL 33909 | Banner | |
| 50. | Han-Yu Chen | 2825 NW 21st Ave. Cape Coral, FL 33993 | Banner | |
| 51. | Juan Barcia Maria Fernandez | 6119 Densaw Terrace Port St. Lucie, FL 34986 | Banner | I, IX |
| 52. | Russell and Carol Brumbaugh | 232 SE 15th Terrace Cape Coral, FL 33990 | Banner | III, IX |
| 53. | Maria and Gerald Detweiler | 1548 Birch Lane Perkasie, PA 18944 Property address: 11501 Hammocks Glade Dr. Riverview, FL 33569 | Banner | |
| 54. | Richard and Olga Griffith | 142 SW Covington Rd. Port St. Lucie, FL 34953 | Banner | IX |

| | PLAINTIFFS | ADDRESS | CLASS SETTLEMENT | OMNI COMPLAINT |
|---|---|---|---|---|
| 55. | Angelic and Bryan Kirkconnell | 449 Scanlon Rd. SW Palm Bay, FL 32908 | Banner | |
| 56. | Belkis Madera | 1301 SW Parma Ave. Port St. Lucie, FL 34953 | Banner | IX |
| 57. | Richard and Charlotte Menz | 8663 Maplelawn Dr. Boston, NY 14025<br><br>Property address: 112 SW 35 Ave. Cape Coral, FL 33991 | Banner | IX |
| 58. | Kenneth Meyer | 6754 Bonnie Bay Cir. Pinellas Park, FL 33781<br><br>Property address: 120 SE 4th Terrace Cape Coral, FL | Banner | IX |
| 59. | Anthony Patti and Debra Desroche | 8716 Pegasus Dr. Lehigh Acres, FL 33971 | Banner | III, IX |
| 60. | Yssel and Esdras Perez | 1835 SW Dalmation Ave. Port St. Lucie, FL 34953 | Banner | IX |
| 61. | Mohammad and Ruth Serrajuddowla | 8710 Pegasus Dr. Lehigh Acres, FL 33971 | Banner | III, IX |
| 62. | Santos & Martha Sierra | 8719 Pegasus Dr. Lehigh Acres, FL 33971 | Banner | III, IX |
| 63. | Thomas J. Talerico | 367 Kattelville Rd. Binghamton, NY 13901<br><br>Property address: 240 SE 29th Street Cape Coral, FL 33904 | Banner | III, IX |
| 64. | Omar Thomas and Nordia Nelson | 1913 Louis Ave. Lehigh Acres, FL 33972 | Banner | IX |
| 65. | Mohammad and Safia Javed | 8961 N.W. 8th Street Pembroke Pines, FL 33024 | Banner | |

5

| | PLAINTIFFS | ADDRESS | CLASS SETTLEMENT | OMNI COMPLAINT |
|---|---|---|---|---|
| 66. | Boguslaw and Ning Cegielski | 1414 50th St., SE<br>Auburn, WA 98092<br><br>Property address:<br>246 SW 26 Street<br>Cape Coral, FL 33914 | Banner | IX |
| 67. | John and Star Cole | 2766 Blue Cypress Lake Ct.<br>Cape Coral, FL 33909 | Banner | I, IX |
| 68. | Eric and Svetlana Grassel | 3033 Lake Manatee Ct.<br>Cape Coral, FL 33909 | Banner | III, IX |
| 69. | Thomas and Kathleen Mullen | 142 Lake Rd.<br>Morristown, NJ 07960<br><br>Property address:<br>1130 Bari Street<br>Lehigh Acres, FL 33996 | Banner | I, IX |
| 70. | Margarita C. Nunez | 2650 Amber Lake Dr.<br>Cape Coral, FL 33909 | Banner | IX |
| 71. | Michael and Suki Packard | 1349 Piney Rd<br>N. Ft. Myers, FL 33903<br><br>Property address:<br>3028 Lake Manatee Ct.<br>Cape Coral, FL 33909 | Banner | III, IX |
| 72. | Aksel H. Bekirov | Magnolia Gardens II LLC<br>3406 SE 6th Street<br>Pompano Beach, FL 33062 | Banner | |
| 73. | Aksel H. Bekirov | Magnolia Gardens II LLC<br>3408 SE 6th Street<br>Pompano Beach, FL 33062 | Banner | |
| 74. | Paul and Susan Wethman | 1725 SW 17th Place<br>Cape Coral, FL 3 3991 | Banner | |
| 75. | Michael Zamora | 3044 Lake Manatee Dr.<br>Cape Coral, FL 33909 | Banner | III, IX |

6

| | PLAINTIFFS | ADDRESS | CLASS SETTLEMENT | OMNI COMPLAINT |
|---|---|---|---|---|
| 76. | Gordon and Nancy Boucher | 13216 Ivy Street<br>Becker, MN 55308<br><br>Property address:<br>11001 Gulf Reflections Dr.<br>Ft. Myers, FL 33908 | Banner | III, IX |
| 77. | Maria Ebersole on behalf of Architectural Alliance Holdings, Inc. | 612 SW 4th Ave.<br>Ft. Lauderdale, FL 33315<br><br>Property address:<br>11001 Gulf Reflections Dr.<br>Unit A405<br>Ft. Myers, FL 33908 | Banner | I, IX |
| 78. | Barry and Rebecca Katz | 22059 Martella Ave.<br>Boca Raton, FL 33433<br><br>Property address:<br>11001 Gulf Reflections Dr.<br>Unit A406<br>Ft. Myers, FL 33908 | Banner | III |
| 79. | JoEllen Mantuo | 11001 Gulf Reflections Dr.<br>Unit A308<br>Ft. Myers, FL 33908 | Banner | III, IX |
| 80. | Jill and Vincent White | 11001 Gulf Reflections Dr.<br>Unit A304<br>Ft. Myers, FL 33908 | Banner | III |
| 81. | Richard and MaryJo Tedeman | 4622 Hammock Cir.<br>Delray Beach, FL 33445<br><br>Property address:<br>11001 Gulf Reflections Dr.<br>Unit A402<br>Ft. Myers, FL 33908 | Banner | |
| 82. | Robert J. Kirby | 11001 Gulf Reflections Dr.<br>Building "A" Unit 407<br>Ft. Myers, FL 33908 | Banner | III |

| | PLAINTIFFS | ADDRESS | CLASS SETTLEMENT | OMNI COMPLAINT |
|---|---|---|---|---|
| 83. | Donna M. Naustdal<br>Oscar Naustdal (deceased) | 2576 Keystone Lake Dr.<br>Cape Coral, FL 33909 | Banner | IX |
| 84. | Edgar P. Faroh | 8155 NW 108 Ave.<br>Miami, FL 33178 | Banner | III, IX |
| 85. | Kelli Elizabeth Chrusz<br>Ryan Christopher Chrusz | 3035 Lake Manatee Ct.<br>Cape Coral, FL 33909 | Banner | I |
| 86. | Kinh Hong Nguyen<br>Christina Phuong Truong | 8557 Pegasus Dr.<br>Lehigh Acres, FL 33971 | Banner | IV |
| 87. | Juan M. Marcario | 8186 NW 114th Place<br>Doral, FL 33909 | Banner | I |