# EXHIBIT 25



## Call Center and Registration Statistics
## CHINESE-MANUFACTURED DRYWALL PRODUCTS GLOBAL SETTLEMENT
### As of October 25, 2012

### CALL CENTER AND REGISTRIATION STATISTICS

| CSR Call Statistics | Nbr of Calls | Nbr of Calls Transferred to CSR | Nbr of Callers Registered thru CSR | Nbr of Callers Registered thru IVR | Nbr of Callers Registered thru Website | Nbr of Callers Represented by Counsel on Chart | Nbr of Callers Requesting Call Back by Counsel thru IVR |
|---|---|---|---|---|---|---|---|
| June Totals | 0 | 0 | 0 | 5 | 7 | 0 | 0 |
| July Totals | 2,587 | 484 | 218 | 340 | 926 | 6 | 45 |
| August Totals | 1,420 | 379 | 191 | 106 | 883 | 4 | 30 |
| September Totals | 503 | 0 | 0 | 74 | 346 | 0 | 82 |
| Total Wk of 09/30/12 | 46 | 0 | 0 | 36 | 34 | 0 | 38 |
| Total Wk of 10/07/12 | 35 | 0 | 0 | 15 | 26 | 0 | 14 |
| Total Wk of 10/14/12 | 49 | 0 | 0 | 10 | 12 | 0 | 7 |
| Total Wk of 10/21/12 | 25 | 0 | 0 | 6 | 12 | 0 | 2 |
| October Totals | 151 | 0 | 0 | 67 | 80 | 0 | 61 |
| Project Total | 4,661 | 863 | 409 | 592 | 2,242 | 10 | 218 |

*Live Customer Support ended on 8/24/12