# EXHIBIT 26 INTENTIONALLY LEFT BLANK