# EXHIBIT 27

Civil Action Number: MDL 2047

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF TEXAS
IN RE: CHINESE-MANUFACTURED DRYWALL PROD.LIAB. LIT.

## AFFIDAVIT OF ATTEMPTS

This is to affirm that Civil Process was attempted to **ERNEST VITELA**, person/individual named to receive service. This service was attempted at **1404 Madrid Circle, Portland, Texas 78374** on the date(s) & time(s) listed below. After due search by **Billy D. Deel**, process server for Texas Civil Process, Inc., 1650 S. Brownlee Blvd., Corpus Christi, Texas 78404 who performed careful inquiry and diligent attempts at the address(es) listed above and has been unable to effect process upon the person being served because of the following reasons:

October 24, 2012 @ 8:20 pm: Checked address, 1404 Madrid Circle. Found no one at home.
October 25, 2012 @ 5:30 pm: Talked with wife who has not been home for a couple of days and she did not know when he would return. Left my business and asked her to tell him to call me.
October 26, 2012 @ 11:00 am: Arrived at address, van was present. Talked with his son, Eric who said his dad was not home. He did not know when he would return. Left business card with him to ask his dad to call.
October 26, 2012 @ 11:30 am: Received a call from Ernest Vitela who informed me he had talked with Margo with Bandas Law Firm and they had decided to dismiss him as a witness from the case as he knew nothing about faulty materials or anything about the case.

*Billy D. Deel*
Billy D. Deel (SCH408)
Expiration Date: July 31, 2014

**State of Texas**
**County of Nueces**

Before me, personally appeared the above named process server, who being first duly sworn, stated the above stated facts are true and correct, and subscribed before me on this 1st day of November, 2012.

*Rosanne Ayala*
Notary Public Signature

ROSANNE AYALA
MY COMMISSION EXPIRES
July 19, 2015