**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRY WALL** | * | **MDL NO. 2047** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION:   L** |
| | * | |
| **RELATES TO:** | * | **JUDGE FALLON** |
| | * | |
| ***Wiltz, et al v. Beijing New Building Materials*** | * | **MAG. JUDGE WILKINSON** |
| ***Public Limited Co., et al* Case No. 10-361** | * | |

*************************************************************

**ORDER**

Considering the above and foregoing Motion to Withdraw:

**IT IS HEREBY ORDERED** that Candice C. Sirmon of The Lambert Firm, PLC, 701

Magazine Street, New Orleans, Louisiana 70130 is hereby withdrawn as counsel in the

above-related cases.   Hugh P. Lambert will remain as counsel of record.

Thus done and signed this 6th day of November, 2012 in New Orleans, Louisiana.

HONORABLE JUDGE ELDON FALLON
UNITED STATES DISTRICT JUDGE