UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

This matter came on for hearing regarding a discovery dispute between certain objectors to the pending settlements and the Plaintiffs' Steering Committee. This discovery dispute is related to Class Counsel's Motion for Sanctions (R. Doc. 15982). The parties briefed the issue, and on October 31, 2012 the Court conducted a hearing. The Court then issued an Order defining the proper scope of discovery in this matter. (R. Doc. 16056). After the parties advised the Court of continuing discovery disputes, the Court reviewed further Motions and submissions and conducted a second hearing. For reasons stated orally at the hearing, the Court now issues the following Order.

**IT IS ORDERED** that Class Counsel organize and review all produced documents while maintaining a record of their time and expenses.

**IT IS FURTHER ORDERED** that counsel for all parties refrain from instructing deponents not to answer a question based on objections to the relevance of the question. In accordance with the relevant discovery rules, counsel may instruct a deponent not to answer only when counsel asserts the existence of a privilege.

**IT IS FURTHER ORDERED** that all noticed depositions for which valid service has

been effected shall proceed, and all validly served deponents shall appear.

    New Orleans, Louisiana this 7th day of November, 2012.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE