UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * ** * * * * * * * ** * * * * * * *
**THIS DOCUMENT RELATES TO ALL CASES**

# ORDER
## ANNOUNCING STATUS CONFERENCE RE: NOVEMBER 26, 2012 NORTH RIVER BELLWETHER TRIAL

The Court has presently scheduled a bellwether trial beginning November 26, 2012 at 8:30 a.m. involving certain claims relating to Interior Exterior Building Supply, LP and North River Insurance Company. The Court finds that a status conference is appropriate.

Accordingly, **IT IS ORDERED** that a telephone status conference shall take place with District Judge Eldon E. Fallon on Thursday, November 8, 2012 at 2:30 p.m. central standard time. Parties shall use the following call-in information: (877) 336-1839; Access code: 4227405; Security code: 110812.

**IT IS FURTHER ORDERED** that an in-person status conference shall take place in the

Chambers of District Judge Eldon E. Fallon on Thursday, November 15, 2012 at 9:00 a.m. central standard time. At this conference, counsel will have the opportunity to review submitted jury questionnaires.

      New Orleans, Louisiana, this 7th day of November, 2012.

_____
Eldon E. Fallon
United States District Court Judge