IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| ============================= | x | ============================ |
|---|---|---|
| | x | |
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | x | SECTION: L |
| LITIGATION | x | JUDGE FALLON |
| | x | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO | x | |
| ALL CASES | x | |
| | x | |
| | x | |
| ============================= | x | ============================ |

**<u>ORDER</u>**

Considering the Motion to Substitute Exhibit filed by the Plaintiffs' Steering Committee ("PSC");

IT IS ORDERED BY THE COURT that the attached Amended Exhibit "A" be substituted in place of Exhibit "A" filed on November 5, 2012 with Plaintiffs' Trial Exhibit List [Rec. Doc. 16101-1].

New Orleans, Louisiana, this  7th  day of   November         , 2012.

_____
Eldon E. Fallon
United States District Court Judge