**EXHIBIT A**

effective date?

(what years?) → look for / deposition time & Date....?

how to ~~so~~ respond...      I don't know...
                                                            Submit
ask questions... ~~&~~ reword the question.
don't say yes...
leading question.
gameplan... don't let him force you out of it.

Better for me to understand it.
~~didn't answer~~ than to answer
Answer question & shut up..... (hurt us / learn about us / waste time!)
not a social conversation...
...think like dad.....
   Same answer every time 100 times question / 100 same answer
 ★ take your time and you don't screw
   ↳ up as much.
   ↳ take breaks on a frequent time period...
      if you stay too long / loose focus
      ~~so~~ thinking it's easy...
   30 min ~~be~~ then break
       courteous. nice / not hostile..... cute or smart
 ★    no cute or creative                                    Alert
      no need to argue or explain...
      yes objection of class...                              sit up
      hands front / back of chair / still...                 right
      (think)...

```
  3330
+  250
──────
  3,580
-   600
──────
  2980
-  500
──────
  2480
-  400
──────
  2080
-   90
──────
  1990
-  230
──────
  1,760
   150
──────
  1,600
```

```
  1600
- 1160
──────
  0,440
    275
──────
    715
```

```
  520
  440
──────
  960
+ 200
──────
 1160
```

→ written objection.
→ dont agree how much lawyers are getting paid on a ~~class~~ class that I am part of.

here is a copy of my objections, some I will know more about than others.

had to talk to a lawyer

complicated & tricky...