## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES AND**<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:09-cv-07628 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>**Case No. 2:10-cv-00361 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:09-cv-06690 (E.D. La.)**<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:10-cv-00362 (E.D. La.)**<br><br>*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 2:11-cv-00252 (E.D. La.)**<br><br>*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-1363 (E.D. La.)**<br><br>*Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-2349 (E.D. La.)**<br><br>*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-3023 (E.D. La.)**<br><br>*Vickers, et al. v. Knauf Gips KG, et al.*<br>**Case No. 2:09-cv-04117 (E.D. La.)**<br><br>*Silva, et al. v. Interior Exterior Building Supply, LP, et al.*<br>**Case No. 09-08030 (E.D. La.)**<br><br>*Silva, et al. v. Arch Insurance Company, et al.*<br>**Case No. 09-08034 (E.D. La.)** | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

*Amato, et al. v. Liberty Mutual Ins. Co.*
**Case No. 2:10-cv-00932 (E.D. La.)**

*Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd.,*
*f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*
**Case No. 2:11-080 (E.D. La)**

*Hernandez, et al. v. AAA Insurance, et al.*
**Case No. 2:10-cv-03070 (E.D. La.)**

*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a*
*Shandong Taihe Dongxin Co., Ltd., et al.*
**Case No. 2:11-cv-01077 (E.D. La.)**

# O R D E R

Considering the Motion of the Plaintiffs' Steering Committee ("PSC") and Settlement Class

Counsel for Leave of Court to Exceed Page Limit;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee (the "PSC") and

Settlement Class Counsel are granted leave of Court to file their Reply Memorandum of Law in

Support of the Motion of the Plaintiffs' Steering Committee and Settlement Class Counsel for an

Order: (1) Certifying the INEX, Banner, Knauf, L&W, and Global Settlement Classes; and (2)

Granting Final Approval to the INEX, Banner, Knauf, L&W, and Global Settlements, which is in

excess of the page limits directed by the Court, and the attached Reply Memorandum and Exhibits

are filed into the record.

New Orleans, Louisiana, this 7th day of        November        , 2012.

_____
Eldon E. Fallon
United States District Court Judge