# EXHIBIT 20

# ROBERTS & DURKEE, P.A.
ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

August 14, 2012

**Via U.S. Mail**

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael A. Sexton
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Re:   **CHINESE DRYWALL LITIGATION**
MDL NO. 2047
Chinese drywall property located at: 3318 NE 3rd Drive, Homestead, FL 33033

To whom it may concern:

This letter serves to formally withdraw the opt-out previously filed in the Banner Settlement Class for my client, Stratton & Susan Jamison, with property located at 3318 NE 3rd Drive, Homestead, FL 33033.

If you have any questions regarding the above, please do not hesitate to contact me.

Very truly yours,

C. David Durkee, Esq.

# ROBERTS & DURKEE, P.A.

ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

August 14, 2012

**Via U.S. Mail**

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael A. Sexton
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Re:   **CHINESE DRYWALL LITIGATION**
      MDL NO. 2047
      Chinese drywall property located at: 8186 NW 114th Place, Doral, FL 33909

To whom it may concern:

This letter serves to formally withdraw the opt-out previously filed in the Banner Settlement Class for my client, Juan M. Marcario, with property located at 8186 NW 114th Place, Doral, FL 33909.

If you have any questions regarding the above, please do not hesitate to contact me.

Very truly yours,

C. David Durkee, Esq.

# ROBERTS & DURKEE, P.A.
ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

August 14, 2012

**Via U.S. Mail**

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael A. Sexton
Weinberg Wheeler Hudgins Gunn & Dial LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Re: **CHINESE DRYWALL LITIGATION**
MDL NO. 2047
Chinese drywall property located at: 2964 NE 3rd Drive, Homestead, FL 33033

To whom it may concern:

This letter serves to formally withdraw the opt-out previously filed in the Banner Settlement Class for my client, Rafael & Ana Segundo, with property located at 2964 NE 3rd Drive, Homestead, FL 33033.

If you have any questions regarding the above, please do not hesitate to contact me.

Very truly yours,

C. David Durkee, Esq.