# EXHIBIT  21

| | | Clients represented by Roberts & Durkee in Chinese Drywall Litigation | | | | |
|---|---|---|---|---|---|---|
| Row | Claim ID Number | Homeowner Names | Property Address | City, State, Zip | Primary Counsel | Complaint |
| 1. | 103620 | Acosta Jose ; Acosta Sofia | 319 Broward Avenue | Lehigh Acres, Florida, 33974 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IV |
| 2. | 103718 | Albano Carol A | 1401 NW 36th Way | Lauderhill, Florida, 33311 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 3. | 103722 | Albert James ; Albert Mariamma | 2670 Amber Lake Drive | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 4. | 103627 | Ammons Dana ; Rick Nevia Ammons | 2581 Sawgrass Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 5. | 103633 | Arbelo Luis ; Arbelo Fatima | 107 SW Sea Lion Road | Port St. Lucie, Florida, 34953 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 6. | 103753 | Architectural Alliance Holdings Inc ; Ebersole Maria | 11001 Gulf Reflections Drive | Fort Myers, Florida, 33908 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |
| 7. | 101581 | Arellano Raulin Carlo; Arellano Karla ; Arellano Brianna | 2273 SW 88th Path | Cutler Bay, Florida, 33190 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IV |
| 8. | 101859 | Arias Evelyn | 3601 Malagrotta Circle | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |
| 9. | 101847 | Auerbach Suely | 3598 NW 14th Court | Lauderhill, Florida, 33311 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 10. | 101614 | Avello Daniel ; Basulto Isbel | 19871 NW 77 Court | Hialeah, Florida, 33015 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 11. | 101838 | Bailey Gary ; Bailey Kristi | 2529 Deerfield Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 12. | 101627 | Bailey Georgia ; Bailey William | 314 NE 10th Street | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 13. | 103675 | Banks Jeremy ; Banks Carla | 8705 Pegasus Drive | Lehigh Acres, Florida, 33971 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 14. | 103796 | Barcia Aurora | 6119 NW Densaw Terrace | Port St. Lucie, Florida, 34986 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |
| 15. | 103797 | Barragan Fernando ; Barragan Barbara ; Barragan Bella ; Barragan Luke | 8935 SW 228th Lane | Cutler Bay, Florida, 33190 | Roberts & Durkee / Milstein, Adelman, & Kreger LLP | Omni I; Omni IX |
| 16. | 103707 | Batra Vinod | 2565 Deerfield Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 17. | 103725 | Beauvilet Jean Louis | 1942 SE Floresta Drive | Port St Lucie, Florida, 34983 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 18. | 103836 | Bell Gerald ; Bell Helen | 2660 Hackney Road | Weston, Florida, 33331 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 19. | 103685 | Bissoon Suresh ; Bissoon Oma | 1056 NW Leonardo Circle | Port St. Lucie, Florida, 34986 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 20. | 101819 | Boog Vernon G. | 1844 Atlantic Drive | Ruskin, Florida, 33570 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IV |
| 21. | 101634 | Borgardt David ; Borgardt Kathy | 2160 NW 23rd Avenue | Cape Coral, Florida, 33993 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |
| 22. | 103717 | Boucher Gordon ; Boucher Nancy | 11001 Gulf Reflections Drive | Fort Myers, Florida, 33908 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 23. | 101807 | Braithwaite Judy | 3513 NW 14th Court | Lauderhill, Florida, 33311 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 24. | 101778 | Brown Habdon ; Brown Carla Joseph ; Brown Jr. Habdon ; Brown Habdon C; Brown Onika | 2576 Sawgrass Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger LLP | Omni I |
| 25. | 103724 | Brumbaugh Carol ; Brumbaugh Jr. Russell R. | 232 SE 15th Terrace | Cape Coral, Florida, 33990 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 26. | 101649 | Callahan Donald ; Callahan Joanna | 2545 Deerfield Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 27. | 103727 | Cambric Shannon | 8585 Athena Court | Lehigh Acres, Florida, 33971 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 28. | 107197 | Carraway Ricky ; Carraway Shannon | 2091 SW Grant Ave | Port St. Lucie, Florida, 34953 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni X |
| 29. | 103838 | Carvajalino Carlos | 738 SW Estate Avenue | Port St. Lucie, Florida, 34953 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 30. | 108211 | Cegielski Boguslaw ; Cegielski Ning | 246 SW 26th Street | Cape Coral, Florida, 33993 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IX |
| 31. | 103720 | Ceminsky Gerald ; Ceminsky Margaret | 2572 Keystone Lake Drive | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |
| 32. | 103840 | Chrusz Ryan ; Chrusz Kelli | 3035 Lake Manatee Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 33. | 103750 | Cohen Carol | 15586 Fiorenza Circle | Delray Beach, Florida, 33446 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni XI |
| 34. | 104763 | Cole John ; Cole Star | 2766 Blue Cypress Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 35. | 103751 | Conroy John ; Conroy Sandra | 1750 NW 24th Place | Cape Coral, Florida, 33993 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |
| 36. | 101660 | Conte Margaret Ann ; Conte Mario | 11001 Gulf Reflections Drive | Fort Myers, Florida, 33908 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 37. | 101675 | Corell Robert ; Corell Angela | 11416 Dutch Iris Drive | Riverview, Florida, 33578 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 38. | 101712 | Costoya Armando ; Costoya Ileana | 8203 SW 190 Terrace | Cutler Bay, Florida, 33157 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 39. | 101685 | Craig Bill ; Craig Jill ; Craig Tyler ; Craig Ian | 4143 Wildstar Circle | Wesley Chapel, Florida, 33544 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |
| 40. | 101701 | Crawford Monique ; Shand Elaine | 3609 NW 14th Court | Lauderhill, Florida, 33311 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 41. | 101694 | Crispino Peter ; Crispino Mary Ann | 3024 Lake Manatee Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 42. | 108133 | Cruz Eduardo | 4304 21st Street SW | Lehigh Acres, Florida, 33976 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IX |
| 43. | 103845 | Cuddapah Prabhakara ; Cuddapah Ramathilakam | 3317 Ceitus Parkway | Cape Coral, Florida, 33991 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 44. | 103795 | Cummings Barrington ; Brown Annmarie | 1112 Amber Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 45. | 103732 | Cummins Rolland ; Cummins Charlene | 11001 Gulf Reflections Drive | Fort Myers, Florida, 33908 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 46. | 103624 | Curbelo Anika ; Williams Albert | 3526 NW 14th Court | Fort Lauderdale, Florida, 33311 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IV |
| 47. | 103798 | Dabalsa Ricardo ; Dabalsa Aliuska | 351 NW 125th Avenue | Miami, Florida, 33182 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 48. | 103847 | De Los Santos Rosibel ; De Los Santos Brian ; De Los Santos Chaze ; De Los Santos Cruz ; De Los Santos | 973 NW Leonardo Circle | Port St. Lucie, Florida, 34986 | Roberts & Durkee / Milstein, Adelman, & Kreger LLP | Omni I |

| Row | Claim ID Number | Homeowner Names | Property Address | City, State, Zip | Primary Counsel | Complaint |
|---|---|---|---|---|---|---|
| 49. | 103800 | DeCambre Nadine ; DeCambre Pansy Bell | 5238 NW Jake Court | Port St Lucie, Florida, 34986 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 50. | 103625 | DeLeon William ; DeLeon Zully | 11291 NW 84th Street | Doral, Florida, 33178 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IV |
| 51. | 103802 | Dolinsky Chanel ; Wainstein Victor | 39 SE 3rd Avenue | Hallandale, Florida, 33009 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 52. | 103804 | Dowdy Alfred ; Dowdy Joyce | 2553 Deerfield Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |
| 53. | 104409 | Edwards Norma | 1050 NW Leonardo Circle | Port St. Lucie, Florida, 34986 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IX |
| 54. | 103849 | Efries Nathan ; Efries Patricia | 1728 SW 2nd Place | Cape Coral, Florida, 33991 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 55. | 107198 | Encalada Rodrigo ; Encalada Miriam | 355 NE 30th Avenue | Homestead, Florida, 33030 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni X |
| 56. | 103806 | Epstein Kim | 2556 Keystone Lake Drive | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IX |
| 57. | 103626 | Ervin Ronnie ; Ervin Rodella ; Ervin Camerron ; Ervin February ; Ervin Toria ; Ervin Sharonnie | 2186 SW Devon Avenue | Port St. Lucie, Florida, 34953 | Roberts & Durkee / Milstein, Adelman, & Kreger LLP | Omni IV |
| 58. | 103799 | Fallmann James ; Fallmann Barbara | 11063 Pacifica Street | Wellington, Florida, 33449 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni XI |
| 59. | 103808 | Feler Svyatoslav ; Smolyanskaya Yelena | 10150 Bayou Grande Avenue | Seminole, Florida, 33772 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 60. | 103810 | Fernandez Jose ; Fernandez Lissette ; Disla Kasey Brook | 19911 NW 77th Court | Hialeah, Florida, 33015 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 61. | 103812 | Ferri Albert ; Ferri Francine | 2555 Sawgrass Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 62. | 103758 | Fischer Dirk ; Fisher Svetlana ; Fischer Leon | 424 NW 38th Avenue | Cape Coral, Florida, 33993 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |
| 63. | 103851 | FMY Ventures, LLC | 11001 Gulf Reflections Drive | Fort Myers, Florida, 33908 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 64. | 101749 | Fogle James ; Fogle Tecquinette | 2819 21st Street West | Lehigh Acres, Florida, 33971 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 65. | 103814 | Ford William ; Ford Melanie ; Ford Sydney ; Ford | 12702 SW 26th Street | Davie, Florida, 33325 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 66. | 103742 | Gauthier Paul ; Gauthier Patricia | 2583 Keystone Lake Drive | Coral Lakes, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 67. | 103801 | Gay Diana | 105 Twin Lake Circle | Umatilla, Florida, 32784 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni XI |
| 68. | 103761 | Geraci Vincet ; Geraci Joan | 420 NW 38th Avenue | Cape Coral, Florida, 33933 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |
| 69. | 103853 | Gillard Rudean | 2566 Sawgrass Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 70. | 103628 | Gonzalez Alberto ; Diaz Yarenis | 10101 SW 68 Street | Miami, Florida, 33173 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IV |
| 71. | 103855 | Gonzalez Luis ; Gonzalez Caridad | 2944 NE 3rd Drive | Homestead, Florida, 33033 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 72. | 103857 | Gonzalez Roberto ; Rivera Fernanda | 11281 NW 84th Street | Doral, Florida, 33178 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 73. | 103817 | Gonzalez Victor ; Socarras Yelene ; Gonzalez Jaylen ; Gonzalez Jaden | 19851 NW 77th Court | Hialeah, Florida, 33015 | Roberts & Durkee / Milstein, Adelman, & Kreger LLP | Omni I |
| 74. | 103818 | Graham Marlene ; Graham Jay Russell ; Raftis (contact) Dave ; The Sanctuary at Blue Heron, Inc. | 8217 Sanctuary Drive #1 | Naples, Florida, 34104 | Roberts & Durkee / Milstein, Adelman, & Kreger LLP | Omni I; Omni IA; Omni IIIA; Omni XIV |
| 75. | 103666 | Graham Stephanie Rainer; Graham Wayne ; Crosdale Rajchede | 3602 NW 14th Court | Lauderhill, Florida, 33311 | Roberts & Durkee / Milstein, Adelman, & Kreger LLP | Omni IV |
| 76. | 103820 | Grasmeier John ; Grasmeier Marie ; Grasmeier Annabelle | 8635 Pegasus Drive | Lehigh Acres, Florida, 33971 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 77. | 103745 | Grassel Svetlana ; Grassel Eric ; Grassel Kevin | 3033 Lake Manatee Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 78. | 103778 | Griffith Richard ; Griffith Olga | 142 SW Covington Road | Port St Lucie, Florida, 34953 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 79. | 107200 | Grove Edwin ; Grove Casey ; Grove Carli ; Robins Amanda ; Robins Audrey ; Grove Paityn | 20307 SW 324th Street | Homestead, Florida, 33030 | Roberts & Durkee / Milstein, Adelman, & Kreger LLP | Omni X |
| 80. | 105367 | Grunsted Tamarra | 10410 Ruden Road, N. | North Fort Myers, Florida, 33917 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III |
| 81. | 103629 | Guilhempe Edmund | 335 SW 24th Street | Cape Coral, Florida, 33991 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IV |
| 82. | 103763 | Gulf Reflections Condo Association Clubhouse | 11031 Gulf Reflections Drive | Fort Myers, Florida, 33908 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 83. | 108209 | Gulf Reflections Condominium | 12650 Whitehall Drive | Fort Myers, Florida, 33907 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IX |
| 84. | 103823 | Gumpert Melvin ; Gumpert Shirley | 2592 Sawgrass Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 85. | 103859 | Hafeez Muneer ; Hafeez Khalida | 2542 Sawgrass Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 86. | 105403 | Hamwee Mark | 2557 Deerfield Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni II; Omni IX |
| 87. | 103752 | Hanzel Gary ; Security Source, Inc. | 16122 Via Solera Circle #105 | Fort Myers, Florida, 33908 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 88. | 103754 | Helmick Maria ; Helmick Timothy | 8931 SW 228th Lane | Cutler Bay, Florida, 33190 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 89. | 103861 | Henry Michael ; Henry Joanne | 5424 SW 16th Place | Cape Coral, Florida, 33914 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 90. | 103803 | Henson James ; Henson Meredith | 109 Twin Lakes Circle | Umatilla, Florida, 32784 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni XI |
| 91. | 103756 | Herbert Brian ; Castro Diana | 11001 Gulf Reflections Drive | Fort Myers, Florida, 33907 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III |
| 92. | 102079 | Hernandez Cynthia ; Hernandez Pedro | 1232 Madison Court | Immokalee, Florida, 34142 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 93. | 103805 | Hernandez Nicolbe ; Reid Sepia | 230 SW Lama Avenue | Port St. Lucie, Florida, 34953 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 94. | 107207 | Ho Ngon ; Ho Tram ; Ho Michael ; Ho Melissa ; Ho Michelle ; Ho Maria ; Ho Melina | 362 NE 30th Avenue | Homestead, Florida, 33033 | Roberts & Durkee / Milstein, Adelman, & Kreger LLP | Omni X |

| Row | Claim ID Number | Homeowner Names | Property Address | City, State, Zip | Primary Counsel | Complaint |
|---|---|---|---|---|---|---|
| 95. | 103744 | Holley Charles ; Holley Heidi | 13011 Sandy Key Bend #3 | North Fort Myers, Florida, 33903 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 96. | 103807 | Ivory James ; Ivory Mariamma | 16315 Maya Circle | Punta Gorda, Florida, 33955 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |
| 97. | 107201 | Izquierdo Osvaldo ; Colrea Luz ; Velazquez Daniela | 323 NE 30th Avenue | Homestead, Florida, 33033 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni X |
| 98. | 103830 | Jackson Stephen ; Jackson Garciela | 2577 Sawgrass Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 99. | 103832 | James Janelle | 3606 NW 14th Court | Lauderhill, Florida, 33311 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 100. | 103631 | Joseph Roderick ; Joseph Nadira | 3523 NW 14th Court | Lauderhill, Florida, 33311 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IV |
| 101. | 103809 | Kallas John ; Kallas Katherine | 1107 Dorothy Avenue N | Lehigh Acres, Florida, 33971 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 102. | 103757 | Katz Barry ; Katz Rebecca | 11001 Gulf Reflections Drive | Fort Myers, Florida, 33907 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III |
| 103. | 103759 | Katz Barry ; Katz Rebecca | 11001 Gulf Reflections Drive | Fort Myers, Florida, 33907 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III |
| 104. | 103811 | Kent T. Jack | 4960 N. Harrison | Mims, Florida, 32754 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 105. | 106662 | Khandwalla Hasmita ; Khandwalla Zulfiqar | 3534 NW 14th Court | Green Cove Springs, Florida, | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni X |
| 106. | 103841 | Kinelami, LLC ; McGee Tim | 3590 Lansing Loop #104 (Bldg. | Estero, Florida, 33928 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 107. | 103834 | Kingsnorth Bob ; Kingsnorth Grace ; Forth Tanya | 2556 Deerfield Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |
| 108. | 104266 | Kirby Jay ; Kirby Nina | 11001 Gulf Reflections Drive | Fort Myers, Florida, 33908 | Roberts & Durkee / Milstein, Adelman, & Kreger | Not Filed |
| 109. | 103760 | Kirby Robert | 11001 Gulf Reflections Drive | Fort Myers, Florida, 33908 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III |
| 110. | 103835 | Kosakowski Lawrence C; Wonderlick Diane Kelly | 1889 SW Clambake Avenue | Port St Lucie, Florida, 34953 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 111. | 103762 | Kranz Christina ; Kranz Helen | 8644 Athena Court | Lehigh Acres, Florida, 33971 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 112. | 101947 | Kroeger Jeffrey | 11001 Gulf Reflections Drive | Fort Myers, Florida, 33908 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IV |
| 113. | 103837 | LaDow Gilbert ; LaDow Dolores | 2561 Deerfield Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 114. | 108167 | Larrazabal Alejandro | 10902 NW 83rd Street #112 | Doral, Florida, 33178 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IX |
| 115. | 107203 | Larssen-Ping Nelly ; Pozna Jasna | 10200 Bayou Grande Avenue | Seminole, Florida, 33772 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni X |
| 116. | 103863 | Laudermilk Richard ; Laudermilk Jewelstine | 2520 Sawgrass Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 117. | 103729 | Levitan Lev ; Makarchuk Rosaliya | 81 Port Royal Drive | Palm Coast, Florida, 32164 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |
| 118. | 106588 | Lewis Donald ; Erlandson Sharon | 4110 SW 22nd Court | Cape Coral, Florida, 33914 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni X |
| 119. | 103839 | Litus Rodney ; Litus Suze | 2351 SW Freeman St | Port St Lucie, Florida, 34953 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 120. | 101640 | Llanes Cossette ; Bravo David | 1014 Greenwood Avenue | Lehigh Acres, Florida, 33972 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 121. | 103865 | Macario Juan | 8186 NW 114 Place | Doral, Florida, 33178 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 122. | 103815 | Mackoff Arlene ; Mackoff Charles | 15582 Fiorenza Circle | Delray Beach, Florida, 33446 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni XI |
| 123. | 108214 | Madera Eligio ; Madera Belkys | 1301 SW Parma Avenue | Port St. Lucie, Florida, 34953 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IX |
| 124. | 103764 | Mantuo Jo Ellen | 11001 Gulf Reflections Drive | Fort Myers, Florida, 33907 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 125. | 103736 | Marazul LLC  ; Faroh Edgar | 8155 NW 108 Avenue | Doral, 33178 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 126. | 108142 | Marcano Jorge ; Rodriguez Norma ; Hughes Robert ; Del Rio Waleska | 3335 NE 4th Street | Homestead, Florida, 33033 | Roberts & Durkee / Milstein, Adelman, & Kreger LLP | Omni IX |
| 127. | 103867 | Marcinkiewicz Michael ; Marcinkiewicz Lillian | 2528 Sawgrass Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 128. | 106589 | Marino Frank ; Gaudioso JoAnn | 1418 SE 13 Terrace | Cape Coral, Florida, 33993 | Roberts & Durkee / Milstein, Adelman, & Kreger | Not Filed |
| 129. | 101760 | Martinez Tyrone ; Calvo Jeannette | 8220 SW 190 Terrace | Cutler Bay, Florida, 33157 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 130. | 103765 | Masih Parveem | 2533 Deerfield Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 131. | 103816 | Masmela Bryan | 10902 NW 83rd Street #210 | Doral, Florida, 33178 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |
| 132. | 107206 | McCallister Sean ; McCallister Julia | 4686 SW Galaxie Street | Port St. Lucie, Florida, 34953 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni X |
| 133. | 103639 | Medlen Dianne | 9928 SW 56th Court | Ocala, Florida, 34476 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IV |
| 134. | 108212 | Menz Charlotte ; Menz Richard | 112 SW 35th Avenue | Cape Coral, Florida, 33991 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IX |
| 135. | 108176 | Meyer Ken | 120 SE 4th Terrace | Cape Coral, Florida, 33990 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IX |
| 136. | 103659 | Mihelich George ; Mihelich Mara ; Mihelich Connor ; Mihelich Alexander | 14015 SW 32nd Street | Miramar, Florida, 33027 | Roberts & Durkee / Milstein, Adelman, & Kreger LLP | Omni IV; Omni IX; Omni XI |
| 137. | 103819 | Miller Bradley ; Miller Tricia | 11134 Pacifica Street | Wellington, Florida, 33449 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni XI |
| 138. | 107628 | Miller Raphael ; Miller Jeanette | 15302 Fiorenza Circle | Delray Beach, Florida, 33446 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni XI |
| 139. | 104426 | Ming Suo Qi | 11503 Centaur Way | Lehigh Acres, Florida, 33971 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 140. | 107208 | Morales Jose ; Morales Wendy | 32052 SW 204 Court | Homestead, Florida, 33030 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni X |
| 141. | 102008 | Morgan Jetson ; Morgan Lee | 2561 52nd Avenue NE | Naples, Florida, 34120 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX; Omni XI |
| 142. | 103769 | Muenchen Jr. Stephen M. | 2537 Deerfield Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 143. | 103842 | Muenchen Sr Stephen W | 2565 Keystone Lake Drive | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III |
| 144. | 103747 | Mullen Thomas ; Mullen Kathleen | 1130 Bari Street | Lehigh Acres, Florida, 33936 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |

| Row | Claim ID Number | Homeowner Names | Property Address | City, State, Zip | Primary Counsel | Complaint |
|---|---|---|---|---|---|---|
| 145. | 103843 | Mullen Thomas A; Mullen Kathleen | 1132 Bari St E | Lehigh Acres, Florida, 33936 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 146. | 103844 | Mulligan Vincent ; Mulligan Virginia ; Dominquez Mizael | 3542 NW 14th Court | Lauderhill, Florida, 33311 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 147. | 103771 | Murphy Ronald | 11001 Gulf Reflections Drive | Fort Myers, Florida, 33907 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III |
| 148. | 103846 | Naustdal Oscar ; Naustdal Donna | 2576 Keystone Lake Drive | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IX |
| 149. | 103661 | Nguyen Kinh | 8557 Pegasus Drive | Lehigh Acres, Florida, 33971 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IV |
| 150. | 108158 | Nunez Carmela | 2650 Amber Lake Drive | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IX |
| 151. | 103869 | O'Brien William | 13011 Sandy Key Bend #5 | North Fort Myers, Florida, 33903 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 152. | 104076 | Orcutt Aaron ; Gallo Tracey ; Gallo Vito ; The Sanctuary at Blue Heron, Inc. ; Raftis (contact) Dave | 8224 Sanctuary Drive #2 | Naples, Florida, 34104 | Roberts & Durkee / Milstein, Adelman, & Kreger LLP | Omni I; Omni IA; Omni XIV |
| 153. | 103822 | Osterberg David ; Osterberg Andrea | 3404 W. Sevilla Street | Tampa, Florida, 33629 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |
| 154. | 103773 | Packard Michael ; Packard Suki | 3028 Lake Manatee Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 155. | 103781 | Palmer Olga B | 1233 Kendari Terrace | Naples, Florida, 34113 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IX |
| 156. | 103850 | Palmer William ; Palmer Anne ; The Sanctuary at Blue Heron, Inc. ; Raftis (contact) Dave | 8217 Sanctuary Drive #2 | Naples, Florida, 34104 | Roberts & Durkee / Milstein, Adelman, & Kreger LLP | Omni I; Omni IA; Omni III; Omni IIIA; Omni XIV |
| 157. | 103852 | Panessa Bart | 2672 SW Windship Way | Stuart, Florida, 34997 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 158. | 103775 | Parker David ; Parker Jennifer | 2559 Sawgrass Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III |
| 159. | 103776 | Patti Anthony J. | 8716 Pegasus Drive | Lehigh Acres, Florida, 33971 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 160. | 103871 | Pelland John ; Pelland Susan | 13011 Sandy Key Bend #4 | North Fort Myers, Florida, 33903 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 161. | 103854 | Pena Adelky | 3740 SW 130 Avenue | Miami, Florida, 33175 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 162. | 103856 | Pensabene Joseph ; Pensabene Patricia ; Pensabene Madelyne ; Pensabene Katylin | 12732 SW 26th Street | Davie, Florida, 33325 | Roberts & Durkee / Milstein, Adelman, & Kreger LLP | Omni I |
| 163. | 108206 | Perez Esdras ; Perez Yssel | 1835 SW Dalmation Avenue | Port St. Lucie, Florida, 34953 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IX |
| 164. | 103858 | Perez Jorge O; Perez Rosa M | 19941 NW 77th Court | Miami, Florida, 33015 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 165. | 103860 | Persaud Narayan ; Persaud Durpattie | 601 SW Duval Avenue | Port St Lucie, Florida, 34983 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 166. | 103735 | Persaud Thakur | 2815 Cabana Lane | Port St Lucie, Florida, 34952 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 167. | 103748 | Peterson Derrick ; Peterson Robin ; Peterson Austin | 518 SW California Avenue | Stuart, Florida, 34994 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni III |
| 168. | 103794 | Powell Laura Ann ; Powell Lindeerth | 8870 SW 229th Street | Cutler Bay, Florida, 33190 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 169. | 103777 | Prokopetz Jason ; Prokopetz Jerry ; Prokopetz Linda | 2548 Deerfield Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 170. | 103663 | Puckett Charles ; Puckett Sandra | 32051 SW 204th Court | Homestead, Florida, 33030 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IV |
| 171. | 104267 | Ramaskevicius Gintautas | 11001 Gulf Reflections Drive | Fort Myers, Florida, 33908 | Roberts & Durkee / Milstein, Adelman, & Kreger | Not Filed |
| 172. | 103864 | Reid Marvin | 3605 NW 14th Court | Lauderhill, Florida, 33311 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 173. | 103784 | Reilly Reed ; Reilly Victoria | 8648 Athena Court | Lehigh Acres, Florida, 33971 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 174. | 103825 | Restrepo Socorro | 8932 SW 228 Lane | Cutler Bay, Florida, 33190 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |
| 175. | 103866 | Rivas Hernandez Ramon L; Bermudez Nilda Vega | 3006 White Cedar Circle | Kissimmee, Florida, 34741 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni XI |
| 176. | 103826 | Rizzo Jack ; Rizzo Luz | 15578 Fiorenza Circle | Delray Beach, Florida, 33446 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni XI |
| 177. | 108164 | Robinson Patrick | 8580 Athena Court | Lehigh Acres, Florida, 33971 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IX |
| 178. | 103868 | Rodriguez Nicole ; Rodriguez Carrie ; The Sanctuary at Blue Heron, Inc. ; Raftis (contact) Dave | 8224 Sanctuary Drive #1 | Naples, Florida, 34104 | Roberts & Durkee / Milstein, Adelman, & Kreger LLP | Omni I; Omni IA; Omni IIIA; Omni XIV |
| 179. | 103873 | Rottau Erwin ; Coleren Mary Jane | 2607 NW 15th Street | Cape Coral, Florida, 33993 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 180. | 103670 | Rucki Mary Sue ; Rucki Thomas | 7584 Caloosa Drive | Bokeelia, Florida, 33922 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IV |
| 181. | 103766 | Saeks Sieglinde | 2810 NW 14th Terrace | Cape Coral, Florida, 33993 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |
| 182. | 103674 | Saroza Robert ; Saroza Martha | 3034 Lake Manatee Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IV |
| 183. | 103827 | Scarlett Perry ; Scarlett Stephanie | 221 SW Ridgecrest Drive | Port St. Lucie, Florida, 34953 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 184. | 103870 | Schlichte Henry ; Schlichte Cheryl | 3036 Lake Manatee Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 185. | 103785 | Schneider-Christians Verena ; Schneider-Christians | 2549 Deerfield Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III |
| 186. | 103872 | Seavers Jay L; Seavers Sandra A | 11520 Centaur Way | Lehigh Acres, Florida, 33971 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 187. | 103738 | Segundo Rafael ; Segundo Ana | 2964 NE 3rd Drive | Homestead, Florida, 33033 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 188. | 103829 | Semrau Terrance Scott ; Semrau Deborah | 15435 Fiorenza Circle | Delray Beach, Florida, 33446 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni XI |
| 189. | 103786 | Serajuddowla Mohammad ; Serajuddowla Ruth | 8710 Pegasus Drive | Lehigh Acres, Florida, 33971 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 190. | 103788 | Serrano Jose ; Serrano Diana | 2654 Amber Lake Drive | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III |
| 191. | 103767 | Shaw John ; Shaw Barbara | 827 SW 17th Street | Cape Coral, Florida, 33991 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |
| 192. | 103874 | Sica Donna | 2569 Sawgrass Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |

| Row | Claim ID Number | Homeowner Names | Property Address | City, State, Zip | Primary Counsel | Complaint |
|---|---|---|---|---|---|---|
| 193. | 103787 | Siddiqui Hassan ; Siddiqui Frauke | 11429 Laurel Brook Court | Riverview, Florida, 33569 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 194. | 103789 | Sierra Santos ; Sierra Martha | 8719 Pegasus Drive | Lehigh Acres, Florida, 33916 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 195. | 103875 | Silvestri Richard ; Silvestri Lorraine | 1612 NW 5th Street | Cape Coral, Florida, 33993 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 196. | 103780 | Simonian Thomas E.; Petty Simonian Barbara R. | 8582 Athena Court #210 (Bldg. 4) | Lehigh Acres, Florida, 33971 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 197. | 108138 | Singleton Krista ; Singleton Robert ; Singleton Katie | 5201 W. Neptune Way | Tampa, Florida, 33609 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IX |
| 198. | 103741 | Smith Michael ; Smith Tatiana | 3207 NE 14th Place | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 199. | 103877 | St. Cyr Randa ; St. Cyr Emmanuel | 3535 NW 14th Court | Lauderhill, Florida, 33311 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 200. | 103783 | Steed Max | 2580 Keystone Lake Drive | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 201. | 103768 | Suarez Humberto | 208 SE 6th Street | Cape Coral, Florida, 33990 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni II; Omni IX |
| 202. | 103881 | Surman Fred ; The Sanctuary at Blue Heron  ; Real Estate Resolutions Group  LLC  ; Raftis (contact) Dave | 8221 Sanctuary Drive #1 | Naples, Florida, 34104 | Roberts & Durkee / Milstein, Adelman, & Kreger LLP | Omni I; Omni IA; Omni IIIA; Omni XIV |
| 203. | 103790 | Talerico Michelle ; Talerico Tom ; Talerico Joseph | 240 SE 29th Street | Cape Coral, Florida, 33904 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 204. | 103684 | Taylor Rosa ; Taylor Charles | 3517 NW 14th Court | Lauderhill, Florida, 33311 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IV |
| 205. | 103831 | Teegarden Randy ; Teegarden Teresa | 4433 Fieldview Cricle | Wesley Chapel, Florida, 33545 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |
| 206. | 104013 | The Sanctuary at Blue Heron, Inc.  ; Surman Fred ; Real Estate Resolutions Group  LLC  ; Raftis (contact) Dave | 8221 Sanctuary Drive #2 | Naples, Florida, 34104 | Roberts & Durkee / Milstein, Adelman, & Kreger LLP | Omni I; Omni IA; Omni IIIA; Omni XIV |
| 207. | 103770 | Thomas Omar ; Nelson Nordia | 1913 Louis Avenue | Lehigh Acres, Florida, 33972 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |
| 208. | 103772 | Toledo Marcia | 3932 SW 52nd Avenue #3 | Pembroke Park, Florida, 33023 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni IX |
| 209. | 103791 | Torpy Terri ; Torpy Larry | 2569 Deerfield Lake Court | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 210. | 106652 | Torres Maritza ; Rodriguez Orlando | 317 NW 1st Street | Cape Coral, Florida, 33993 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni X |
| 211. | 103678 | Tucker Janice ; Robert Jarl | 1632 SW 19th Terrace | Cape Coral, Florida, 33991 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IV |
| 212. | 103833 | Tutin Barry ; Tutin Barbara | 15562 Fiorenza Circle | Delray Beach, Florida, 33446 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I; Omni XI |
| 213. | 108210 | Valentin Miguel ; Valentin Ahlan | 10902 NW 83rd Street #208 | Doral, Florida, 33178 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IX |
| 214. | 103739 | Vasquez Monica ; Flores David | 8936 SW 228th Lane | Miami, Florida, 33190 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III |
| 215. | 108130 | Victoria Lindsey ; Rosario Kianna ; Cilio Brian | 22768 SW 89 Path | Cutler Bay, Florida, 33190 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IX |
| 216. | 108208 | Vrchota Roy | 13300 68th Street North | West Palm Beach, Florida, 33412 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IX |
| 217. | 103882 | Watson Patrick ; Watson Paula | 978 NW Leonardo Circle | Port St. Lucie, Florida, 34986 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 218. | 103688 | Webster Frank | 20367 SW 87th Place | Cutler Bay, Florida, 33189 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni IV |
| 219. | 103749 | Werner Steve (Udo) H | 2014 NW 11th Court | Cape Coral, Florida, 33993 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 220. | 103880 | Whidden Tyler | 102 NW 29th Avenue | Cape Coral, Florida, 33993 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 221. | 103792 | White Vincent ; White Jill | 11001 Gulf Reflections Drive | Fort Myers, Florida, 33908 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III |
| 222. | 103878 | Williams Margaret A; Wakeland Nicholas | 967 NW Leonardo Circle | Port St. Lucie, Florida, 34986 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |
| 223. | 103793 | Zamora Michael | 3044 Lake Manatee Drive | Cape Coral, Florida, 33909 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni III; Omni IX |
| 224. | 103876 | Zheltkov Victor ; Zheltkov Lyudmila | 25 Essington Lane | Palm Coast, Florida, 32164 | Roberts & Durkee / Milstein, Adelman, & Kreger | Omni I |