# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

----------------------------------------------------------------x
| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO. 2047<br>: SECTION:  L<br>: |

----------------------------------------------------------------x

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |
| *Payton, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-07628 (E.D. La.) | : |
| *Gross, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-06690 (E.D. La.) | : |
| *Rogers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.) | : |
| *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*<br>Case No. 2:11-cv-00252 (E.D. La.) | : |
| *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*<br>Case No. 11-cv-1363 (E.D. La.) | : |
| *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*<br>Case No. 11-cv-2349 (E.D. La.) | : |
| *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*<br>Case No. 11-cv-3023 (E.D. La.) | : |
| *Vickers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | : |

----------------------------------------------------------------x

# ORDER
## [SETTING STATUS CONFERENCE REGARDING NOVEMBER 13-14 FAIRNESS HEARING]

Before the Court are several objections to the proposed settlements, some of which include requests to appear at the Fairness Hearing currently scheduled to begin on November 13, 2012. The Court finds that a status conference attended by counsel for the settlement proponents and counsel for the objectors is appropriate.

Accordingly, **IT IS ORDERED** that an in-person status conference shall take place in the Chambers of District Judge Eldon E. Fallon on Friday, November 9, 2012 at 10:00 a.m. central standard time. The following counsel shall attend:

| | |
|---|---|
| Richard Duplantier | Arnold Levin |
| Hugh Scott | Russ Herman |
| Russell Holwadel | Fred Longer |
| Phil Nizialek | Leonard Davis |
| David Conner | Hilarie Bass |
| Nick Panayotopoulos | Dorothy Wimberly |
| Jane Byrne | Robert Fitzsimmons |
| Mike Peterson | Mike Ryan |
| Mike Sexton | David Durkee |
| Minor Pipes | Mark Milstein |
| Warren Lutz | Christopher A. Bandas |
| Joe Hinkhouse | Eric Berger |
| Kerry Miller | Brian Martin |
| Steve Glickstein | Melissa Lessell |

Out-of-town counsel who wish to participate by telephone shall contact the Court to

request permission and to obtain call-in information.

      New Orleans, Louisiana, this 7th day of November, 2012

                                      ELDON E. FALLON
                                      United States District Judge