From: Jim Pate [mailto:jimp@habitat-nola.org]
To: 'Wright, Bill'; 'Chimene Connor'; guywilliams@gulfbank.com; mflores@gcr1.com; 'Crosby, Katie' <lisaf@habitat-nola.org>
CC: gbeuerman@e-bmf.com; aleist@habitat-nola.org; lisaf@habitat-nola.org; 'Elizabeth Lisle'
Sent: 5/18/2010 4:23:22 PM
Subject: Curiouser & Curiouser

Attachments:



Hello, All!

This is an update on our Chinese drywall situation. There is good news, bad news that is (in a perverse way) kind of good news and then one piece of good news that is (in a perverse way) further bad news. I have updated Bill on part of this; but, there have been some additional developments. Let me address the bad news/sort of good news first:

As you know, Aaron Kessler of the Sarasota Times Herald (I have previously misidentified his newspaper as the Miami Herald) wrote an article about us and our Chinese drywall that came out in his paper on December 29, 2009. At best, the tone of the article was condescending (at worse, intentionally implying ineptitude and, possibly, deception on our part). He showed up on the 7th of this month in the company of Joaquin Sapien of Pro Publica, a non-profit "investigative reporting organization" which purports to provide additional research and reporting resources to journalists who have a good story but inadequate resources. In fact, Sapien made the appointment with Aleis without disclosing that he would have Kessler with him. Aleis handled them very well and shared with them the fact that we still had no verified or credible claims of problems with our drywall. In addition, since Kessler's original article noted that we had only done air-bag tests in the beginning (which was the procedure recommended by the best available science at that time and by our environmental experts), Aleis further shared with them the results of our multiple combustion chamber tests (a three different test protocol that is the current state-of-the-art) on our warehoused drywall material. They asked many questions and Aleis handled them with her usual professionalism and aplomb. Once again, we were open and transparent with them. Nonetheless, Kessler and Sapien went to the Musicians' Village core site on Tuesday or Wednesday (the 11th or 12th – AFTER their interview with Aleis) and left a letter (dated May 3rd, but, as noted, delivered on the 11th or 12th) outlining some indicators of corrosive drywall and a copy of Kessler's original 12/29/09 article with no elaboration about the information Aleis had given them about our later, extensive testing. I would note that only about half of the MV houses have our drywall; the other half have drywall from local distributors either before we got our drywall or after we made the decision not to use it anymore. They also left their cell-phone numbers. The letter also contains the statement that they were trying to ascertain "the truth" as to whether there was any problem with our Chinese drywall. Ricardo Crespo, a homeowner on Alvar in one of the houses that did not have our Chinese drywall, called them with some questions, made no complaints or further comments (according to him) and then called us to check out his house. We were, basically, not worried because the drywall had come from INEX – the area's largest distributor of drywall – and we had obtained a letter from them on National Gypsum letterhead stating that National Gypsum was an American-made product and that they had never dealt in Chinese drywall; verbally, they (INEX) assured our staff that they only used National Gypsum and implied that they had secured the letter from National Gypsum to share with their customers. Thus comes the bad news: When Aleis and Dann of our staff and Eddie Freeman our electrician went by Ricardo's house, they were stunned to find out (by inspection of the back of the drywall in the HVAC closet) that it was clearly marked with "Product of China". They also found one outlet that showed signs of possible drywall corrosion and several that did not. As you know, we have been extremely pro-active in testing and monitoring any houses with our Chinese drywall; on the other hand, we had not worried too much about houses with local distributor drywall – especially in the case of INEX (who had provided the letter). Aleis and the team took a sample and we Fed-Exed it to our lab on Friday. I will elaborate on further steps we have taken at the end of this memorandum. The perverse "good news" is that IT IS NOT our Chinese drywall.

As we have reported, we have yet to have credible or verified evidence of a problem with our Chinese drywall. At this point, let me note that we received 120,000 sheets of drywall (100,000 purchased and 20,000 donated). All of this was in one transaction and was in one location at purchase (and some of it remains there); we have not moved the stock nor have we mixed it up with other drywall in the warehouse setting and, on our houses, at our job sites. Of this drywall, we used it in three ways: We used it in some of our Habitat houses; we donated some of it to other non-profits for their use (the largest ones being ReBuilding Together, Catholic Charities, St. Bernard Project and Common Ground); and, we sold a small amount through our ReStore. All non-profits participating in the donated drywall program received the earlier test results (as did our families) and we asked them to report any suspicious indicators to us. Until about ten days or so ago, we have had no reports from any of them and few from any of our homeowners that were not immediately investigated and found to have no indications of a problem. About ten days to two weeks ago, we received a call from Catholic Charities that they had a house which appeared to have some corrosion issues. We discussed this with their Construction manager and it developed that there were two sources of drywall in the house – ours and another source. Both had markings indicating Chinese drywall; but, since they did not know which one (if either) was the problem (or if, in fact, they had a problem), they advised that they had sent off a sample of each to a lab for testing. We asked them to keep us informed. Last Wednesday (the 12th), we received a call from the Executive Director of ReBuilding Together stating that they had three houses which apparently had corrosive drywall-related issues. Further discussions revealed that they were alerted to a possible problem by one of their construction staff who had "obtained" some of our drywall (we have no record of him having purchased it through the ReStore and we have kept pretty good records of the purchasers) and that, upon attempting to sell the house, the home inspector had indicated some "corrosion consistent with Chinese drywall". They then tracked down two other houses that had our drywall through the donated drywall program and that had gotten the drywall about the same time as their staff member. One is occupied and one is unoccupied. Again, Aleis, Dann and Eddie inspected the unoccupied house (ReBuilding Together did not want us to go to the occupied house and

the staff person's house was not offered for inspection). The inspection by our team DID NOT find evidence of corrosion – merely normal copper patina (note, the wires were exposed for several weeks and maybe months until ReBuilding Together put up the drywall). Our team took samples and they, too, have been sent to our California lab for combustion chamber testing. You will recall that we have had one other case of alleged corrosion in a non-Habitat house (on Napoleon). In that house, the person had purchased drywall from our ReStore (and we have a record of the purchase). It is commingled with drywall from one and, possibly, two other sources. Our team noted evidence of no corrosion in several places identified by the home inspector and possible evidence of corrosion in one outlet (that backs up to a bathroom). In this house, which was rehabbed for sale, an August, 2009, inspection passed but the sale fell through due to purchaser financing issues. However, a December, 2009, home inspector noted "corrosion consistent with Chinese drywall" and the sale fell through. Interestingly, the Napoleon house suffered substantial rain and water damage through the roof in early December just about two weeks prior to the inspection; our team found evidence of significant water damage and even of mold forming on the insulation in the house. The "home inspector" in both the Rebuilding Together staff person's house and the Napoleon house was the same person.

Let me review our test results briefly: All of our early air sample tests came back negative (actually, "no detectable trace") at parts per billion. We have done several more combustion chamber tests (the current recommended testing protocol) in which every sample from the warehouse and some field samples have come back negative. However, we have had two positive results – the Napoleon sample came back with a very low level of sulfur compound and then a field sample from one of our Musicians' Village duplexes came back with a clear positive test. This had been completely baffling to us. The Napoleon house sample with the low reading could have easily been contaminated by the leak or by bacteria or mold growing due to the leak; but, we had no explanation for the duplex's result. In summary, we still had no credible issue with any of our Habitat homes with our Chinese drywall and we had every test – save one – of our Chinese drywall from both the field and the warehouse come back with negative results. Now, due to our discovery of Chinese drywall from a local distributor in Ricardo's house on Alvar, we begin checking all of our records to determine the source of the drywall in every one of our houses. In the course of this review, Lisa discovered something new. By way of background (which I have shared with you before), when the issue of corrosive Chinese drywall first appeared in February or March of 2009, we did our first round of testing; however, we also put in place a two to three week moratorium on usage, distribution or sale of our Chinese drywall until we got our test results (which were all negative). Lisa discovered that, probably during that moratorium (based on the date of our Purchase Order), we had received drywall from another local distributor for use in the last three duplexes. So, in fact, the one clearly positive test result that we had (and that we thought was from our Chinese drywall) is, in fact, not our drywall at all. (Greg, this is something we just found out today after our meeting with you). That's the further good news that is a perverse piece of bad news.

So, it increasingly appears that our Chinese drywall is probably good and non-corrosive. That would be good news to us and to those who either bought some drywall through the ReStore or received it through the donated drywall program. The bad news is that we may have bad, corrosive drywall in some of our houses that came from local distributors – but, it's not OUR Chinese drywall (so take that, Kessler). Ironically, we may have the only proven and tested batch of non-corrosive Chinese drywall in the area. By the way, I have groused (to put it mildly) about the failure of the media to note that NOT ALL Chinese drywall is bad (and we have the tests to prove it) and about engaging in a "media frenzy", so I want to duly note the fact that not all Chinese drywall is bad myself.

Here are some of the steps we are taking: Aleis and Billy (her assistant) are visiting every house on Alvar to do a visual inspection to ascertain if there is Chinese drywall in the houses and for a first-cut visual inspection for corrosion. Incidentally, the response of the residents has been calm and warm. Lisa is reviewing our records to determine the source and date of delivery of drywall at all of our houses. Aleis and various appropriate attendees will continue to visit all homes that might have corrosive drywall in them. We requested a meeting with Greg Beuerman (past Board member, marketing and PR person with great expertise in "crisis management"). Greg graciously met with us this morning to review our actions to date (all of which he approved, I believe) and to advise on our continuing actions and media response (if any becomes needed); Greg also offered to serve as an on-going advisor on this matter. We are very grateful for his time and expertise! Incidentally, Greg already has some intimate knowledge of the entire Chinese drywall situation through his representation of some other clients. Greg is also checking on some factual matters on our behalf concerning the timing of the distribution of Chinese drywall by various local distributors. Aleis has also had the good advice and counsel of Chimene Conner on some of these issues and actions. Thanks, Chimene! Finally, I want to note the outstanding job that Aleis has done and continues to do on this entire trying and complex matter. Aleis is also maintaining a continuing dialogue with our California testing expert. We will probably need to decide what, if any, legal action we want to take (such as joining the multi-district federal lawsuit insofar as the manufacturers and distributors only). By the way, we received a subpoena to produce some documents about our Chinese drywall by one of the attorneys in the multi-district lawsuit; but, we have no idea why (since we are not a party as either a plaintiff or defendant) nor whom he represents.

I apologize for this lengthy memo. I believe that we continue to be pro-active, responsive and ahead of the curve on this situation. We do not want to contribute to any frenzy, we do not want to unduly concern or frighten any homeowner and, as always, we will put the interests of our partner families ahead of everything else. I ask that you keep this memo in confidence for the time being.

Jim

NOAHH-0007724