UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION NO. 09-2047 JUDGE FALLON |
| **This Document Relates to:** ALL CASES | | MAGISTRATE WILKINSON |

## INTERIOR EXTERIOR BUILDING SUPPLY DEPOSITION EXCERPTS REGARDING THE NOVEMBER 26, 2012 TRIAL

Please find attached the relevant deposition excerpts to be introduced on behalf of Interior Exterior Building Supply at the November 26, 2012 trial in this matter. Excerpts of the following depositions are included as follows:

        Exhibit A:    Jeffery R. Brisley – September 27, 2010

        Exhibit B:    Mark Patrick Norris – November 11, 2010

        Exhibit C:    Mark Patrick Norris Vol. II – November 12, 2010

        Exhibit D:    John Mezzenga – October 4, 2012

        Exhibit E:    Isabel Corinna Knauf – Vol. I – December 7, 2010

        Exhibit F:    Isabel Corinna Knauf – Vol. II – December 8, 2010

        Exhibit G:    Richard Kostal

        Exhibit H:    John Bush

        Exhibit I:    Glen Lemm

        Exhibit J:    Scott Shewmaker

Respectfully submitted,

*Richard G. Duplantier, Jr.   /s/*
Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Benjamin R. Grau (#26307)
Carlina C. Eiselen, (# 28524)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gjtbs.com /jhassinger@gjtbs.com
bgrau@gjtbs.com / ceiselen@gjtbs.com
*Counsel for Defendant, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC*

## Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 7th day of November, 2012.

*Richard G. Duplantier, Jr.   /s/*
RICHARD G. DUPLANTIER, JR.