# EXHIBIT A
## Jeffrey R. Brisley - September 27, 2010

| Page | Line | Page | Line |
|---|---|---|---|
| Page 32 | Line 6 - 13 | Page 142 | Line 18 – 24 |
| Page 42 | Line 1 - 7 | Page 143 | Line 1 – 24 |
|  | Line 16 - 24 |  |  |
| Page 43 | Line 1 - 24 | Page 144 | Line 1 – 24 |
| Page 44 | Line 1 - 24 | Page 145 | Line 1 |
|  |  |  | Line 6 – 8 |
|  |  |  | Line 15 – 24 |
| Page 45 | Line 1 - 14 | Page 146 | Line 1 – 3 |
|  |  |  | Line 5 – 24 |
| Page 46 | Line 8 - 24 | Page 147 | Line 1 – 18 |
| Page 47 | Line 1 - 19 | Page 148 | Line 11 - 22 |
| Page 48 | Line 6 - 24 | Page 149 | Line 14 – 20 |
|  |  |  | Line 22 – 24 |
| Page 49 | Line 1 - 24 | Page 150 | Line 1 – 5 |
| Page 50 | Line 1 - 3 | Page 164 | Line 1 – 24 |
| Page 51 | Line 2 - 24 | Page 165 | Line 1 – 24 |
| Page 52 | Line 1 - 9 | Page 168 | Line 1 – 24 |
| Page 61 | Line 6 - 24 | Page 169 | Line 1 – 24 |
| Page 62 | Line 1 – 5 | Page 170 | Line 1 – 4 |
|  | Line 23 – 24 |  |  |
| Page 63 | Line 1 – 10 | Page 178 | Line 13 – 24 |
| Page 66 | Line 1 - 15 | Page 179 | Line 1 – 3 |
|  |  |  | Line 15 – 24 |
| Page 79 | Line 24 | Page 180 | Line 1 – 24 |
| Page 80 | Line 1 –14 | Page 181 | Line 1 – 24 |
| Page 81 | Line 4 – 7 | Page 182 | Line 1 – 13 |
| Page 82 | Line 17 – 24 | Page 184 | Line 15 – 22 |
| Page 83 | Line 1 | Page 188 | Line 6 – 24 |
| Page 91 | Line 20 | Page 189 | Line 1 – 15 |
|  | Line 23 – 24 |  | Line 19 – 24 |
| Page 92 | Line 1 – 4 | Page 190 | Line 1 - 24 |
| Page 96 | Line 22 - 24 | Page 191 | Line 1 – 5 |
|  |  |  | Line 7 – 20 |
| Page 97 | Line 1 – 15 | Page 192 | Line 6 – 24 |
|  | Line 18 – 24 |  |  |
| Page 98 | Line 1 – 7 | Page 193 | Line 1 – 3 |
|  | Line 14 - 24 |  | Line 21 – 24 |
| Page 99 | Line 1 - 24 | Page 194 | Line 1 – 4 |
| Page 100 | Line 1 - 24 | Page 198 | Line 10 – 20 |
| Page 101 | Line 1 - 24 | Page 201 | Line 7 – 24 |
| Page 102 | Line 1 – 15 | Page 202 | Line 1 |
| Page 106 | Line 6 – 24 | Page 203 | Line 7 – 24 |
| Page 107 | Line 1 – 19 | Page 204 | Line 1 – 11 |
| Page 108 | Line 4 – 13 | Page 206 | Line 18 – 24 |
| Page 111 | Line 17 – 24 | Page 207 | Line 1 – 24 |
| Page 112 | Line 1- 5 | Page 208 | Line 1 – 14 |
|  |  |  | Line 19 – 24 |

| | | | |
|---|---|---|---|
| Page 209 | Line  1 - 24 | Page 310 | Line  1 |
| | | | Line  3 – 7 |
| | | | Line  9 – 12 |
| | | | Line  14 – 24 |
| Page 210 | Line  1 | Page 311 | Line  1 |
| | | | Line  15 – 21 |
| | | | Line  23 – 24 |
| Page 217 | Line  16 – 24 | Page 312 | Line  1 – 5 |
| Page 218 | Line  1 – 8 | Page 313 | Line  11 – 13 |
| Page 219 | Line  1 - 24 | Page 314 | Line  2 – 24 |
| Page 220 | Line  1 – 3 | Page 315 | Line  1 – 24 |
| Page 222 | Line  8 – 24 | Page 316 | Line  1 – 24 |
| Page 223 | Line  1 – 16 | Page 317 | Line  1 – 13 |
| Page 224 | Line  13 – 24 | Page 326 | Line  6 – 15 |
| Page 225 | Line  1 – 24 | Page 331 | Line  17 – 24 |
| Page 226 | Line  1 – 3 | Page 332 | Line  1 – 7 |
| Page 231 | Line  4 – 24 | Page 333 | Line  1 – 16 |
| Page 232 | Line  1 – 24 | Page 335 | Line  8 – 22 |
| Page 233 | Line  1 – 8 | Page 344 | Line  22 – 24 |
| Page 238 | Line  1 – 3 | Page 345 | Line  1 – 3 |
| | Line   5 – 15 | | Line  12 – 22 |
| Page 239 | Line  13 – 21 | Page 346 | Line  10 – 24 |
| Page 247 | Line  19 – 24 | Page 347 | Line  1 – 12 |
| Page 248 | Line  1 – 8 | Page 348 | Line  4 – 24 |
| | Line  14 – 18 | | |
| | Line  20 – 22 | | |
| Page 249 | Line  19 – 24 | Page 384 | Line  2 – 15 |
| Page 250 | Line  1 – 7 | Page 385 | Line  2 – 11 |
| Page 251 | Line  1 – 8 | Page 501 | Line  4 – 24 |
| | Line  22 – 24 | | |
| Page 252 | Line  1 – 12 | Page 502 | Line  1 |
| | Line  22 – 24 | | Line  14 – 24 |
| Page 253 | Line  1 – 24 | Page 503 | Line  1 – 5 |
| Page 254 | Line  1 – 16 | Page 515 | Line  10 – 17 |
| | | | Line  22 – 24 |
| Page 269 | Line  9 – 24 | Page 516 | Line  1 – 12 |
| Page 270 | Line  1 – 24 | | |
| Page 271 | Line  1 – 10 | | |
| Page 280 | Line  24 | | |
| Page 281 | Line  1 – 24 | | |
| Page 282 | Line  1 - 24 | | |
| Page 283 | Line  1 – 2 | | |
| Page 285 | Line  13 – 24 | | |
| Page 286 | Line  1 – 14 | | |
| | Line  18 – 21 | | |
| Page 288 | Line  13 – 24 | | |
| Page 289 | Line  1 – 8 | | |
| Page 309 | Line  21 – 24 | | |