**EXHIBIT B**
**Mark Patrick Norris – November 11, 2010**

| | | | |
|---|---|---|---|
| Page 34 | Line  19 - 24 | Page 167 | Line  19 - 24 |
| Page 35 | Line  1 | Page 168 | Line  1 – 24 |
| Page 46 | Line  15 - 24 | Page 169 | Line  1 – 24 |
| Page 47 | Line  17 - 24 | Page 170 | Line  1 – 24 |
| Page 49 | Line  24 | Page 171 | Line  1 – 24 |
| Page 50 | Line  1 - 3 | Page 172 | Line  1 – 24 |
| Page 96 | Line  21 – 24 | Page 191 | Line  3 - 23 |
| Page 97 | Line  1 – 6 | Page 201 | Line  10 - 24 |
| | Line  20 -24 | | |
| Page 98 | Line  1 | Page 202 | Line  1 - 24 |
| Page 105 | Line  18 - 24 | Page 203 | Line  1 – 10 |
| | | | Line  11 - 24 |
| Page 106 | Line  1 - 21 | Page 204 | Line  20 - 24 |
| Page 109 | Line  3 - 16 | Page 209 | Line  1 - 24 |
| Page 127 | Line  13 – 24 | Page 210 | Line  1 – 24 |
| Page 128 | Line  1 – 7 | Page 211 | Line  1 - 24 |
| Page 140 | Line  3 - 24 | Page 212 | Line  1 – 8 |
| Page 141 | Line  1 – 24 | Page 242 | Line  3 – 23 |
| Page 142 | Line  1 – 24 | Page 268 | Line  23 – 24 |
| Page 143 | Line  1 – 24 | Page 269 | Line  1 – 2 |
| Page 144 | Line  1 – 24 | Page 303 | Line  21 – 24 |
| Page 146 | Line  4 - 24 | Page 304 | Line  1 – 5 |
| Page 147 | Line  1 – 17 | Page 307 | Line  10 - 24 |
| Page 148 | Line  20 – 24 | Page 308 | Line  1 - 12 |
| Page 149 | Line  1 – 24 | Page 322 | Line  22 - 24 |
| Page 158 | Line  21 - 24 | Page 323 | Line  1 – 5 |
| Page 159 | Line  1 - 24 | Page 326 | Line  12 – 24 |
| Page 160 | Line  1 – 24 | Page 327 | Line  1 - 16 |
| Page 161 | Line  1 – 24 | Page 330 | Line  11 - 24 |
| Page 162 | Line  1 – 24 | Page 331 | Line  1 – 24 |
| Page 163 | Line  1 – 24 | Page 336 | Line  19 – 24 |
| Page 164 | Line  1 – 24 | Page 345 | Line  21 – 24 |
| | | Page 346 | Line  1 - 24 |