## EXHIBIT C

## Mark Patrick Norris VII – November 12, 2010

Page 702     Line  14 -
Page 731     Line 23