# EXHIBIT D

## John Mezzenga – October 4, 2012

| | | | |
|---|---|---|---|
| Page 5  | Line 18-19         | Page 24 | Line 9-10, 13-25     |
| Page 7  | Line 6-11          | Page 25 | Line 1-2, 9-18, 20-25|
| Page 8  | Line 15-25         | Page 26 | Line 1-25            |
| Page 9  | Line 1-11, 21-25   | Page 27 | Line 1-3, 23-25      |
| Page 10 | Line 1-25          | Page 28 | Line 1-7, 10-25      |
| Page 11 | Line 1-25          | Page 29 | Line 1-25            |
| Page 12 | Line 1-14, 22-24   | Page 30 | Line 1-2, 6-25       |
| Page 13 | Line 2-18, 21-25   | Page 31 | Line 1-17            |
| Page 14 | Line 9-25          | Page 32 | Line 22-25           |
| Page 15 | Line 1-25          | Page 33 | Line 1-25            |
| Page 16 | Line 1, 4-25       | Page 34 | Line 1-25            |
| Page 17 | Line 1-22          | Page 35 | Line 1-25            |
| Page 18 | Line 1-17          | Page 36 | Line 1-25            |
| Page 19 | Line 7-25          | Page 37 | Line 1-25            |
| Page 20 | Line 1             | Page 38 | Line 1-7             |
| Page 39 | Line 5-18, 21-24   | Page 54 | Line 1-25            |
| Page 40 | Line 1-4, 9-25     | Page 55 | Line 1-25            |
| Page 41 | Line 1-2           | Page 56 | Line 1-9             |
| Page 42 | Line 2-25          | Page 63 | Line 1-7             |
| Page 43 | Line 1-23          | Page 77 | Line 4-8             |
| Page 44 | Line 1-25          | Page 79 | Line 4-6             |
| Page 45 | Line 1-25          | Page 82 | Line 18-25           |
| Page 46 | Line 1-11          | Page 83 | Line 1-25            |
| Page 47 | Line 19-25         | Page 84 | Line 1-18            |
| Page 48 | Line 1-24          | Page 85 | Line 10-25           |
| Page 49 | Line 7-15, 18-23   | Page 86 | Line 1-3, 6-7        |
| Page 50 | Line 23-25         | | |
| Page 51 | Line 1-2           | | |
| Page 52 | Line 3-25          | | |
| Page 53 | Line 1-25          | | |