**EXHIBIT E**

**ISABEL CORINNA KNAUF – VOL I – DECEMBER 7, 2010**

| | | | |
|---|---|---|---|
| Page 22 | Line 13 - 24 | Page 309 | Line 22 – 24 |
| Page 23 | Line 21 - 24 | Page 310 | Line 1 – 2 |
| Page 24 | Line 1 - 20 | Page 315 | Line 7 – 9 |
| | | | Line 16 – 19 |
| Page 29 | Line 10 - 11 | Page 316 | Line 6 - 16 |
| Page 30 | Line 3 - 14 | Page 321 | Line 17 – 24 |
| Page 36 | Line 3 - 24 | Page 322 | Line 1 |
| Page 37 | Line 6 – 7 | Page 329 | Line 3 – 9 |
| | Lien 17 - 22 | | Line 19 - 24 |
| Page 38 | Line 2 - 15 | Page 330 | Line 1 - 7 |
| Page 43 | Line 11 - 23 | Page 331 | Line 19 - 24 |
| Page 80 | Line 19 - 24 | Page 332 | Line 1 – 8 |
| | | | Line 12 – 24 |
| Page 81 | Line 10 – 17 | Page 333 | Line 1 - 6 |
| Page 208 | Line 4 – 17 | Page 340 | Line 21 - 24 |
| Page 209 | Line 6 - 15 | Page 341 | Line 1 - 13 |
| Page 210 | Line 7 - 24 | | |
| Page 211 | Line 1 - 2 | | |
| Page 214 | Line 16 - 24 | | |
| Page 215 | Line 1 - 13 | | |
| Page 265 | Line 24 | | |
| Page 266 | Line 1 - 20 | | |
| Page 267 | Line 16 - 24 | | |
| Page 268 | Line 1 - 9 | | |
| Page 269 | Line 7 - 24 | | |
| Page 277 | Line 3 - 9 | | |
| Page 278 | Line 6 - 17 | | |
| Page 281 | Line 1 - 3 | | |
| Page 285 | Line 8 - 24 | | |
| Page 286 | Line 1 - 5 | | |
| Page 297 | Line 23 - 24 | | |
| Page 298 | Line 1 - 24 | | |
| Page 299 | Line 1 – 8 | | |
| | Line 18 - 24 | | |
| Page 300 | Line 1 - 5 | | |