# EXHIBIT F

## Isabel Corinna Knauf Vol. II – December 8, 2010

| | | | |
|---|---|---|---|
| Page 576 | Line 21-24 | Page 783 | Line 23-24 |
| Page 577 | Line 1-3, 14-17 | Page 784 | Line 1-5, 10-19 |
| Page 578 | Line 1-5 | Page 785 | Line 3-24 |
| Page 579 | Line 2-20 | Page 786 | Line 1-3, |
| Page 580 | Line 23-24 | | |
| Page 581 | Line 1-24 | | |
| Page 582 | Line 1-2, 8-16 | | |
| Page 585 | Line 13-24 | | |
| Page 586 | Line 1-7, 17-24 | | |
| Page 587 | Line 1-13 | | |
| Page 740 | Line 22-24 | | |
| Page 741 | Line 1-5 | | |
| Page 749 | Line 7-24 | | |
| Page 755 | Line 21-24 | | |
| Page 756 | Line 1-18 | | |
| Page 757 | Line 2-24 | | |
| Page 758 | Line 1-24 | | |
| Page 759 | Line 1-17, 24 | | |
| Page 760 | Line 1-11 | | |
| Page 772 | Line 7-24 | | |
| Page 773 | Line 1-11 | | |
| Page 774 | Line 7-16, 19-24 | | |
| Page 775 | Line 1-24 | | |
| Page 776 | Line 1-24 | | |
| Page 777 | Line 1-17 | | |
| Page 778 | Line 16-22 | | |
| Page 779 | Line 7-12, 19-24 | | |
| Page 780 | Line 1-15 | | |
| Page 781 | Line 11-24 | | |
| Page 782 | Line 1-13 | | |