# EXHIBIT G

# RICHARD KOSTAL

Page 7: Line 12-16

Page 7: Line 19- Page 8: Line 21

Page 9: Line 21- Page 11: Line 02

Page 11: Line 12- Page 12: Line 17

Page 14: Line 16-23

Page 16: Line 06- Page 17: Line 15

Page 17: Line 24- Page 18: Line 20

Page 18: Line 25- Page 19: Line 15

Page 20: Line 06-16

Page 20: Line 24-Page 21: Line 23

Page 22: Line 08-12

Page 22: Line 16- Page 25: Line 14

Page 26: Line 15- Page 27: Line 05

Page 38: Line 25- Page 40: Line 12