# EXHIBIT H
# JOHN BUSH

Page 11: Line 07- Page 13: Line 13

Page 13: Line 23- Page 14: Line 17

Page 16: Line 07- Page 18: Line 16

Page 19: Line 04- Page 20: Line 04

Page 21: Line 01- Page 23: Line 08

Page 23: Line 17- Page 24: Line 23

Page 25: Line 15- Page 26: Line 24

Page 28: Line 07- Page 29: Line 17

Page 31: Line 15-18

Page 32: Line 12- Page 33: Line 08

Page 47: Line 12- Page 48: Line 16