# EXHIBIT I

# GLENN LEMM

Page 08: Line 12-14

Page 09: Line 13-18

Page 10: Line 04-10

Page 10: Line 23- Page 11: Line 09

Page 12: Line 23- Page 13: Line 03

Page 14: Line 08- Page 15: Line 16

Page 15: Line 21- Page 16: Line 16

Page 17: Line 06-24

Page 18: Line 07-13

Page 18: Line 16- Page 21: Line 08

Page 22: Line 13- Page 25: Line 15