# EXHIBIT J

# SCOTT SHEWMAKE

Page 08: Line 08-10

Page 09: Line 09- Page 10: Line 09

Page 11: Line 01-17

Page 12: Line 04- Page 13: Line 15

Page 13: Line 21- Page 15: Line 15

Page 22: Line 02-07

Page 28: Line 02- Page 29: Line 01

Page 30: Line 22- Page 34: Line 20

Page 51: Line 09-12

Page 54: Line 06-17

Page 63: Line 15- Page 64: Line 04

Page 65: Line 05-09

Page 66: Line 08-22

Page 67: Line 06-22

Page 68: Line 02-03

Page 68: Line 08-11

Page 68: Line 15-19

Page 69: Line 23- Page 70: Line 05

Page 177: Line 17-22