IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED              MDL NO. 09-2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                                SECTION L

                                          JUDGE FALLON

THIS DOCUMENT RELATES TO
ALL CASES                                 MAG. JUDGE WILKINSON


THE NORTH RIVER INSURANCE COMPANY's
DEPOSITION DESIGNATIONS FOR
NOVEMBER 26, 2012 TRIAL


NOW INTO COURT, through undersigned counsel, comes Defendant, The North River

Insurance Company ("North River"), and for providing designations of depositions to be used in

lieu of live testimony and introduced into evidence at the trial of this matter, herein makes the

following designations contained in Exhibits A – M:

Exhibit A: Jeffery R. Brisley – September 27, 2010

Exhibit B: Mark Patrick Norris – November 11, 2010

Exhibit C: Mark Patrick Norris Vol. II – November 12, 2010

Exhibit D: John Mezzenga – October 4, 2012

Exhibit E: Isabel Corinna Knauf – Vol. I – December 7, 2010

Exhibit F: Isabel Corinna Knauf – Vol. II – December 8, 2010

Exhibit G: Richard Kostal – October 17, 2012

Exhibit H: John Bush – October 16, 2012

Exhibit I: Glen Lemm – October 24, 2012

Exhibit J: Scott Shewmake – November 9, 2010

Exhibit K: Hans Ulrich Hummel Vol. I – October 19, 2010

Exhibit L: Hans Ulrich Hummel Vol. II – October 20, 2010

Exhibit M: Hans Ulrich Hummel Vol. I – June 29, 2011

North River reserves the right to amend these designations based on the Court's rulings on Motions in Limine or other rulings on admissibility or the scope of the November 2012 trial.

Respectfully submitted,

THOMPSON COE COUSINS & IRONS LLP


By:      /s Eric B. Berger_____

BRIAN S. MARTIN, ESQ.
KEVIN RISLEY, ESQ.
RODRIGO "DIEGO" GARCIA, JR., ESQ.
One Riverway, Suite 1600
Houston, Texas 77056
Phone: (713) 403-8206
Fax:  (713) 403-8299
bmartin@thompsoncoe.com

-AND-

LOBMAN CARNAHAN BATT ANGELLE
& NADER

SIDNEY J. ANGELLE, ESQ.
La. Bar No. 1002
ERIC B. BERGER, ESQ.
La. Bar No. 26196
400 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Phone: (504) 586-9292
Fax:   (504) 586-1290
sja@lcba-law.com
ebb@lcba-law.com

ATTORNEYS FOR THE NORTH RIVER
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on November 7, 2012.

_/s Eric B. Berger_____
ERIC B. BERGER