# EXHIBIT A
### Jeffrey R. Brisley - September 27, 2010

| | | | |
|---|---|---|---|
| Page 32  | Line  6 - 13 | Page 142 | Line  18 – 24 |
| Page 42  | Line  1 - 7  | Page 143 | Line  1 – 24 |
|          | Line  16 - 24 | | |
| Page 43  | Line  1 - 24 | Page 144 | Line  1 – 24 |
| Page 44  | Line  1 - 24 | Page 145 | Line  1 |
|          |              |          | Line  6 – 8 |
|          |              |          | Line  15 – 24 |
| Page 45  | Line  1 - 14 | Page 146 | Line  1 – 3 |
|          |              |          | Line  5 – 24 |
| Page 46  | Line  8 - 24 | Page 147 | Line  1 – 18 |
| Page 47  | Line  1 - 19 | Page 148 | Line  11 - 22 |
| Page 48  | Line  6 - 24 | Page 149 | Line  14 – 20 |
|          |              |          | Line  22 – 24 |
| Page 49  | Line  1 - 24 | Page 150 | Line  1 – 5 |
| Page 50  | Line  1 - 3  | Page 164 | Line  1 – 24 |
| Page 51  | Line  2 - 24 | Page 165 | Line  1 – 24 |
| Page 52  | Line  1 - 9  | Page 168 | Line  1 – 24 |
| Page 61  | Line  6 - 24 | Page 169 | Line  1 – 24 |
| Page 62  | Line  1 – 5  | Page 170 | Line  1 – 4 |
|          | Line  23 – 24 | | |
| Page 63  | Line  1 – 10 | Page 178 | Line  13 – 24 |
| Page 66  | Line  1 - 15 | Page 179 | Line  1 – 3 |
|          |              |          | Line  15 – 24 |
| Page 79  | Line 24      | Page 180 | Line  1 – 24 |
| Page 80  | Line  1 –14  | Page 181 | Line  1 – 24 |
| Page 81  | Line  4 – 7  | Page 182 | Line  1 – 13 |
| Page 82  | Line  17 – 24 | Page 184 | Line  15 – 22 |
| Page 83  | Line  1      | Page 188 | Line  6 – 24 |
| Page 91  | Line  20     | Page 189 | Line  1 – 15 |
|          | Line  23 – 24 |         | Line  19 – 24 |
| Page 92  | Line  1 – 4  | Page 190 | Line  1 - 24 |
| Page 96  | Line  22 - 24 | Page 191 | Line  1 – 5 |
|          |              |          | Line  7 – 20 |
| Page 97  | Line  1 – 15 | Page 192 | Line  6 – 24 |
|          | Line  18 – 24 | | |
| Page 98  | Line  1 – 7  | Page 193 | Line  1 – 3 |
|          | Line  14 - 24 |         | Line  21 – 24 |
| Page 99  | Line  1 - 24 | Page 194 | Line  1 – 4 |
| Page 100 | Line  1 - 24 | Page 198 | Line  10 – 20 |
| Page 101 | Line  1 - 24 | Page 201 | Line  7 – 24 |
| Page 102 | Line  1 – 15 | Page 202 | Line  1 |
| Page 106 | Line  6 – 24 | Page 203 | Line  7 – 24 |
| Page 107 | Line  1 – 19 | Page 204 | Line  1 – 11 |
| Page 108 | Line  4 – 13 | Page 206 | Line  18 – 24 |
| Page 111 | Line  17 – 24 | Page 207 | Line  1 – 24 |
| Page 112 | Line  1- 5   | Page 208 | Line  1 – 14 |
|          |              |          | Line  19 – 24 |

| | | | |
|---|---|---|---|
| Page 209 | Line 1 - 24 | Page 310 | Line 1 |
| | | | Line 3 – 7 |
| | | | Line 9 – 12 |
| | | | Line 14 – 24 |
| Page 210 | Line 1 | Page 311 | Line 1 |
| | | | Line 15 – 21 |
| | | | Line 23 – 24 |
| Page 217 | Line 16 – 24 | Page 312 | Line 1 – 5 |
| Page 218 | Line 1 – 8 | Page 313 | Line 11 – 13 |
| Page 219 | Line 1 - 24 | Page 314 | Line 2 – 24 |
| Page 220 | Line 1 – 3 | Page 315 | Line 1 – 24 |
| Page 222 | Line 8 – 24 | Page 316 | Line 1 – 24 |
| Page 223 | Line 1 – 16 | Page 317 | Line 1 – 13 |
| Page 224 | Line 13 – 24 | Page 326 | Line 6 – 15 |
| Page 225 | Line 1 – 24 | Page 331 | Line 17 – 24 |
| Page 226 | Line 1 – 3 | Page 332 | Line 1 – 7 |
| Page 231 | Line 4 – 24 | Page 333 | Line 1 – 16 |
| Page 232 | Line 1 – 24 | Page 335 | Line 8 – 22 |
| Page 233 | Line 1 – 8 | Page 344 | Line 22 – 24 |
| Page 238 | Line 1 – 3 | Page 345 | Line 1 – 3 |
| | Line 5 – 15 | | Line 12 – 22 |
| Page 239 | Line 13 – 21 | Page 346 | Line 10 – 24 |
| Page 247 | Line 19 – 24 | Page 347 | Line 1 – 12 |
| Page 248 | Line 1 – 8 | Page 348 | Line 4 – 24 |
| | Line 14 – 18 | | |
| | Line 20 – 22 | | |
| Page 249 | Line 19 – 24 | Page 384 | Line 2 – 15 |
| Page 250 | Line 1 – 7 | Page 385 | Line 2 – 11 |
| Page 251 | Line 1 – 8 | Page 501 | Line 4 – 24 |
| | Line 22 – 24 | | |
| Page 252 | Line 1 – 12 | Page 502 | Line 1 |
| | Line 22 – 24 | | Line 14 – 24 |
| Page 253 | Line 1 – 24 | Page 503 | Line 1 – 5 |
| Page 254 | Line 1 – 16 | Page 515 | Line 10 – 17 |
| | | | Line 22 – 24 |
| Page 269 | Line 9 – 24 | Page 516 | Line 1 – 12 |
| Page 270 | Line 1 – 24 | | |
| Page 271 | Line 1 – 10 | | |
| Page 280 | Line 24 | | |
| Page 281 | Line 1 – 24 | | |
| Page 282 | Line 1 - 24 | | |
| Page 283 | Line 1 – 2 | | |
| Page 285 | Line 13 – 24 | | |
| Page 286 | Line 1 – 14 | | |
| | Line 18 – 21 | | |
| Page 288 | Line 13 – 24 | | |
| Page 289 | Line 1 – 8 | | |
| Page 309 | Line 21 – 24 | | |

Case 2:09-md-02047-EEF-JCW  Document 16132-1  Filed 11/07/12  Page 3 of 13

3

**EXHIBIT B**
**Mark Patrick Norris – November 11, 2010**

| | | | |
|---|---|---|---|
| Page 34 | Line 19 - 24 | Page 167 | Line 19 - 24 |
| Page 35 | Line 1 | Page 168 | Line 1 – 24 |
| Page 46 | Line 15 - 24 | Page 169 | Line 1 – 24 |
| Page 47 | Line 17 - 24 | Page 170 | Line 1 – 24 |
| Page 49 | Line 24 | Page 171 | Line 1 – 24 |
| Page 50 | Line 1 - 3 | Page 172 | Line 1 – 24 |
| Page 96 | Line 21 – 24 | Page 191 | Line 3 - 23 |
| Page 97 | Line 1 – 6 | Page 201 | Line 10 - 24 |
| | Line 20 -24 | | |
| Page 98 | Line 1 | Page 202 | Line 1 - 24 |
| Page 105 | Line 18 - 24 | Page 203 | Line 1 – 10 |
| | | | Line 11 - 24 |
| Page 106 | Line 1 - 21 | Page 204 | Line 20 - 24 |
| Page 109 | Line 3 - 16 | Page 209 | Line 1 - 24 |
| Page 127 | Line 13 – 24 | Page 210 | Line 1 – 24 |
| Page 128 | Line 1 – 7 | Page 211 | Line 1 - 24 |
| Page 140 | Line 3 - 24 | Page 212 | Line 1 – 8 |
| Page 141 | Line 1 – 24 | Page 242 | Line 3 – 23 |
| Page 142 | Line 1 – 24 | Page 268 | Line 23 – 24 |
| Page 143 | Line 1 – 24 | Page 269 | Line 1 – 2 |
| Page 144 | Line 1 – 24 | Page 303 | Line 21 – 24 |
| Page 146 | Line 4 - 24 | Page 304 | Line 1 – 5 |
| Page 147 | Line 1 – 17 | Page 307 | Line 10 - 24 |
| Page 148 | Line 20 – 24 | Page 308 | Line 1 - 12 |
| Page 149 | Line 1 – 24 | Page 322 | Line 22 - 24 |
| Page 158 | Line 21 - 24 | Page 323 | Line 1 – 5 |
| Page 159 | Line 1 - 24 | Page 326 | Line 12 – 24 |
| Page 160 | Line 1 – 24 | Page 327 | Line 1 - 16 |
| Page 161 | Line 1 – 24 | Page 330 | Line 11 - 24 |
| Page 162 | Line 1 – 24 | Page 331 | Line 1 – 24 |
| Page 163 | Line 1 – 24 | Page 336 | Line 19 – 24 |
| Page 164 | Line 1 – 24 | Page 345 | Line 21 – 24 |
| | | Page 346 | Line 1 - 24 |

# EXHIBIT C

## Mark Patrick Norris VII – November 12, 2010

Page 702       Line 14 -
Page 731       Line 23

# EXHIBIT D

## John Mezzenga – October 4, 2012

| | | | |
|---|---|---|---|
| Page 5 | Line 18-19 | Page 24 | Line 9-10, 13-25 |
| Page 7 | Line 6-11 | Page 25 | Line 1-2, 9-18, 20-25 |
| Page 8 | Line 15-25 | Page 26 | Line 1-25 |
| Page 9 | Line 1-11, 21-25 | Page 27 | Line 1-3, 23-25 |
| Page 10 | Line 1-25 | Page 28 | Line 1-7, 10-25 |
| Page 11 | Line 1-25 | Page 29 | Line 1-25 |
| Page 12 | Line 1-14, 22-24 | Page 30 | Line 1-2, 6-25 |
| Page 13 | Line 2-18, 21-25 | Page 31 | Line 1-17 |
| Page 14 | Line 9-25 | Page 32 | Line 22-25 |
| Page 15 | Line 1-25 | Page 33 | Line 1-25 |
| Page 16 | Line 1, 4-25 | Page 34 | Line 1-25 |
| Page 17 | Line 1-22 | Page 35 | Line 1-25 |
| Page 18 | Line 1-17 | Page 36 | Line 1-25 |
| Page 19 | Line 7-25 | Page 37 | Line 1-25 |
| Page 20 | Line 1 | Page 38 | Line 1-7 |
| Page 39 | Line 5-18, 21-24 | Page 54 | Line 1-25 |
| Page 40 | Line 1-4, 9-25 | Page 55 | Line 1-25 |
| Page 41 | Line 1-2 | Page 56 | Line 1-9 |
| Page 42 | Line 2-25 | Page 63 | Line 1-7 |
| Page 43 | Line 1-23 | Page 77 | Line 4-8 |
| Page 44 | Line 1-25 | Page 79 | Line 4-6 |
| Page 45 | Line 1-25 | Page 82 | Line 18-25 |
| Page 46 | Line 1-11 | Page 83 | Line 1-25 |
| Page 47 | Line 19-25 | Page 84 | Line 1-18 |
| Page 48 | Line 1-24 | Page 85 | Line 10-25 |
| Page 49 | Line 7-15, 18-23 | Page 86 | Line 1-3, 6-7 |
| Page 50 | Line 23-25 | | |
| Page 51 | Line 1-2 | | |
| Page 52 | Line 3-25 | | |
| Page 53 | Line 1-25 | | |

# EXHIBIT E

## ISABEL CORINNA KNAUF – VOL I – DECEMBER 7, 2010

| | | | |
|---|---|---|---|
| Page 22 | Line 13 - 24 | Page 309 | Line 22 – 24 |
| Page 23 | Line 21 - 24 | Page 310 | Line 1 – 2 |
| Page 24 | Line 1 - 20 | Page 315 | Line 7 – 9 |
| | | | Line 16 – 19 |
| Page 29 | Line 10 - 11 | Page 316 | Line 6 - 16 |
| Page 30 | Line 3 - 14 | Page 321 | Line 17 – 24 |
| Page 36 | Line 3 - 24 | Page 322 | Line 1 |
| Page 37 | Line 6 – 7 | Page 329 | Line 3 – 9 |
| | Lien 17 - 22 | | Line 19 - 24 |
| Page 38 | Line 2 - 15 | Page 330 | Line 1 - 7 |
| Page 43 | Line 11 - 23 | Page 331 | Line 19 - 24 |
| Page 80 | Line 19 - 24 | Page 332 | Line 1 – 8 |
| | | | Line 12 – 24 |
| Page 81 | Line 10 – 17 | Page 333 | Line 1 - 6 |
| Page 208 | Line 4 – 17 | Page 340 | Line 21 - 24 |
| Page 209 | Line 6 - 15 | Page 341 | Line 1 - 13 |
| Page 210 | Line 7 - 24 | | |
| Page 211 | Line 1 - 2 | | |
| Page 214 | Line 16 - 24 | | |
| Page 215 | Line 1 - 13 | | |
| Page 265 | Line 24 | | |
| Page 266 | Line 1 - 20 | | |
| Page 267 | Line 16 - 24 | | |
| Page 268 | Line 1 - 9 | | |
| Page 269 | Line 7 - 24 | | |
| Page 277 | Line 3 - 9 | | |
| Page 278 | Line 6 - 17 | | |
| Page 281 | Line 1 - 3 | | |
| Page 285 | Line 8 - 24 | | |
| Page 286 | Line 1 - 5 | | |
| Page 297 | Line 23 - 24 | | |
| Page 298 | Line 1 - 24 | | |
| Page 299 | Line 1 – 8 | | |
| | Line 18 - 24 | | |
| Page 300 | Line 1 - 5 | | |

# EXHIBIT F

## Isabel Corinna Knauf Vol. II – December 8, 2010

| | | | |
|---|---|---|---|
| Page 576 | Line 21-24 | Page 783 | Line 23-24 |
| Page 577 | Line 1-3, 14-17 | Page 784 | Line 1-5, 10-19 |
| Page 578 | Line 1-5 | Page 785 | Line 3-24 |
| Page 579 | Line 2-20 | Page 786 | Line 1-3, |
| Page 580 | Line 23-24 | | |
| Page 581 | Line 1-24 | | |
| Page 582 | Line 1-2, 8-16 | | |
| Page 585 | Line 13-24 | | |
| Page 586 | Line 1-7, 17-24 | | |
| Page 587 | Line 1-13 | | |
| Page 740 | Line 22-24 | | |
| Page 741 | Line 1-5 | | |
| Page 749 | Line 7-24 | | |
| Page 755 | Line 21-24 | | |
| Page 756 | Line 1-18 | | |
| Page 757 | Line 2-24 | | |
| Page 758 | Line 1-24 | | |
| Page 759 | Line 1-17, 24 | | |
| Page 760 | Line 1-11 | | |
| Page 772 | Line 7-24 | | |
| Page 773 | Line 1-11 | | |
| Page 774 | Line 7-16, 19-24 | | |
| Page 775 | Line 1-24 | | |
| Page 776 | Line 1-24 | | |
| Page 777 | Line 1-17 | | |
| Page 778 | Line 16-22 | | |
| Page 779 | Line 7-12, 19-24 | | |
| Page 780 | Line 1-15 | | |
| Page 781 | Line 11-24 | | |
| Page 782 | Line 1-13 | | |

# EXHIBIT G

# RICHARD KOSTAL

Page 7: Line 12-16

Page 7: Line 19- Page 8: Line 21

Page 9: Line 21- Page 11: Line 02

Page 11: Line 12- Page 12: Line 17

Page 14: Line 16-23

Page 16: Line 06- Page 17: Line 15

Page 17: Line 24- Page 18: Line 20

Page 18: Line 25- Page 19: Line 15

Page 20: Line 06-16

Page 20: Line 24-Page 21: Line 23

Page 22: Line 08-12

Page 22: Line 16- Page 25: Line 14

Page 26: Line 15- Page 27: Line 05

Page 38: Line 25- Page 40: Line 12

# EXHIBIT H
# JOHN BUSH

Page 11: Line 07- Page 13: Line 13

Page 13: Line 23- Page 14: Line 17

Page 16: Line 07- Page 18: Line 16

Page 19: Line 04- Page 20: Line 04

Page 21: Line 01- Page 23: Line 08

Page 23: Line 17- Page 24: Line 23

Page 25: Line 15- Page 26: Line 24

Page 28: Line 07- Page 29: Line 17

Page 31: Line 15-18

Page 32: Line 12- Page 33: Line 08

Page 47: Line 12- Page 48: Line 16

# EXHIBIT I

# GLENN LEMM

Page 08: Line 12-14

Page 09: Line 13-18

Page 10: Line 04-10

Page 10: Line 23- Page 11: Line 09

Page 12: Line 23- Page 13: Line 03

Page 14: Line 08- Page 15: Line 16

Page 15: Line 21- Page 16: Line 16

Page 17: Line 06-24

Page 18: Line 07-13

Page 18: Line 16- Page 21: Line 08

Page 22: Line 13- Page 25: Line 15

# EXHIBIT J

# SCOTT SHEWMAKE

Page 08: Line 08-10

Page 09: Line 09- Page 10: Line 09

Page 11: Line 01-17

Page 12: Line 04- Page 13: Line 15

Page 13: Line 21- Page 15: Line 15

Page 22: Line 02-07

Page 28: Line 02- Page 29: Line 01

Page 30: Line 22- Page 34: Line 20

Page 51: Line 09-12

Page 54: Line 06-17

Page 63: Line 15- Page 64: Line 04

Page 65: Line 05-09

Page 66: Line 08-22

Page 67: Line 06-22

Page 68: Line 02-03

Page 68: Line 08-11

Page 68: Line 15-19

Page 69: Line 23- Page 70: Line 05

Page 177: Line 17-22