**EXHIBIT K**

**HANS HUMMEL VOL. I – OCTOBER 19, 2010**

Page 37 : Line 06-16

Page 38 : Line 18 – Page 39 : Line 02

Page 46 : Line 11-21

Page 61 : Line 18-23

Page 256 : Line 17 – Page 257 : Line 03

**EXHIBIT L**

**HANS HUMMEL VOL. II – OCTOBER 20, 2010**

Page 335 : Line 21 – Page 336 : Line 09

Page 340 : Line 15 – Page 341 : Line 02

# EXHIBIT M

## HANS HUMMEL VOL. III – JUNE 29, 2011

Page 969 : Line 17-23

Page 1052 : Line 02-10

Page 1054 : Line 01-11

Page 1055 : Line 04-08

Page 1107 : Line 15 – Page 1108 : Line 01