UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| *Payton, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-07628 (E.D. La.) | |
| *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.*<br>Case No. 1:09-cv-00361 (E.D. La.) | |
| *Gross, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:10-cv-00362 (E.D. La.) | |
| *Amato, et. al. v. Liberty Mutual Ins. Co., et. al.*<br>Case No. 2:10-cv-00932 | |
| *Hernandez, et. al. v. AAA Insurance, et. al.*<br>Case No. 2:10-cv-3070 (E.D. La.) | |
| *Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-00080 (E.D. La.) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 2:110cv000252 (E.D. La.) | |
| *Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-01077 (E.D. La.) | |
| *Vikers, et. al. v. Knauf Gips KG, et. al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | |

### OBJECTOR SAUL SOTO'S EMERGENCY
### MOTION TO SEAL OR, IN THE ALTERNATIVE, TO STRIKE,
### MOTION TO STAY, AND MOTION FOR RECONSIDERATION

Objector Saul Soto files this Emergency Motion To Seal or, in the Alternative, To Strike, Motion To Stay, and Motion for Reconsideration, requesting the Court to immediately order that the notes attached to its Order dated November 7, 2012 (Doc. No. 16127) be placed under seal pursuant to Local Rule 5.6 and Rule 6 of the Court's Administrative Procedures for Electronic Case Filing, that the notes be removed from the PACER/ECF system, that all parties and their counsel who received a copy of the Order be ordered to return or destroy all copies of the notes, that the Court's Orders dated November 7, 2012 (Doc. No. 16122 and Doc. No. 16127) be stayed while Soto petitions the United States Court of Appeals for the Fifth Circuit for a writ of mandamus, and that no witness be questioned regarding the notes or their contents during the stay. In the alternative, Objector Soto moves the Court to immediately strike the notes from its Order dated November 7, 2012. Objector Soto also requests the Court to reconsider its order that the notes in question are not privileged.

Objector Soto refers to his Memorandum in Support of this motion, also filed today.

Dated: November 8, 2012

                Respectfully submitted,

By:      /s/ Christopher A. Bandas
       Christopher A. Bandas
       State Bar No. 00787637
       Southern Bar No. 17509
       BANDAS LAW FIRM, P.C.
       500 North Shoreline Blvd., Suite 1020
       Corpus Christi, Texas 78401-0353
       T: (361) 698-5200

F: (361) 698-5222

R. Joshua Koch, Jr.
State Bar No. 2492
Koch & Schmidt, LLC
650 Poydras St., Suite 2415
New Orleans, LA 70130
T: (504) 208-9040
F: (504) 208-9041

Counsel for Objector Saul Soto

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2012 a true and correct copy of the above and foregoing was served on the following as indicated below as well as all counsel of record via the Court's CM/ECF system.

Arnold Levin
Levin, Fishein, Sedran & Berman
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Plaintiffs' Lead Counsel

Leonard A. Davis
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70013
Defendants' Counsel

                /s/ Christopher A. Bandas
                Christopher A. Bandas