UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND<br><br>*Payton, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-07628 (E.D. La.)<br><br>*Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.*<br>Case No. 1:09-cv-00361 (E.D. La.)<br><br>*Gross, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-06690 (E.D. La.)<br><br>*Rogers, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:10-cv-00362 (E.D. La.)<br><br>*Amato, et. al. v. Liberty Mutual Ins. Co., et. al.*<br>Case No. 2:10-cv-00932<br><br>*Hernandez, et. al. v. AAA Insurance, et. al.*<br>Case No. 2:10-cv-3070 (E.D. La.)<br><br>*Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-00080 (E.D. La.)<br><br>*Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 2:110cv000252 (E.D. La.)<br><br>*Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-01077 (E.D. La.)<br><br>*Vikers, et. al. v. Knauf Gips KG, et. al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

# **ORDER**

Came on to be heard Objector Saul Soto's Emergency Motion To Strike or, in the Alternative, To Seal, Motion To Stay, and Motion for Reconsideration. Considering the Motion and other supporting evidence deemed necessary, the COURT will GRANT the motion.

IT IS ORDERED that the notes attached to the Court's Order dated November 7, 2012 (Doc. No. 16127), are immediately SEALED and removed from the Court's PACER/ECF system.

IT IS FURTHER ORDERED that all parties and their counsel who received a copy of the notes shall immediately destroy them or return them to Soto's counsel.

IT IS FURTHER ORDERED that the Court's Order dated November 7, 2012 (Doc. No. 16127) is stayed while Soto seeks mandamus relief from the United States Court of Appeals for the Fifth Circuit, and no witness may be examined about the notes or their contents during the stay.

IT IS FURTHER ORDERED that the Court's Order dated November 7, 2012 (Doc. No. 16122) is stayed while Soto seeks mandamus relief from the United States Court of Appeals for the Fifth Circuit, insofar as the Order forbids counsel from instructing a deponent not to answer a question to present a motion under Rule 30(d).

Dated this the _____ day of November, 2012.

                                                    JUDGE PRESIDING