UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND | JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |
| *Payton, et. al. v. Knauf Gips, KG, et. al.* <br> Case No. 2:09-cv-07628 (E.D. La.) | |
| *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.* <br> Case No. 1:09-cv-00361 (E.D. La.) | |
| *Gross, et. al. v. Knauf Gips, KG, et. al.* <br> Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.* <br> Case No. 2:10-cv-00362 (E.D. La.) | |
| *Amato, et. al. v. Liberty Mutual Ins. Co., et. al.* <br> Case No. 2:10-cv-00932 | |
| *Hernandez, et. al. v. AAA Insurance, et. al.* <br> Case No. 2:10-cv-3070 (E.D. La.) | |
| *Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.* <br> Case No. 2:11-cv-00080 (E.D. La.) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* <br> Case No. 2:110cv000252 (E.D. La.) | |
| *Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.* <br> Case No. 2:11-cv-01077 (E.D. La.) | |
| *Vikers, et. al. v. Knauf Gips KG, et. al.* <br> Case No. 2:09-cv-04117 (E.D. La.) | |

**OBJECTOR SAUL SOTO'S MOTION FOR EXPEDITED
HEARING ON HIS EMERGENCY
MOTION TO SEAL OR, IN THE ALTERNATIVE, TO STRIKE,
MOTION TO STAY, AND MOTION FOR RECONSIDERATION**

Objector Saul Soto files this Motion for Expedited Hearing on his Emergency Motion To Seal or, in the Alternative, To Strike, Motion To Stay, and Motion for Reconsideration.  The motions relate to depositions that are scheduled to continue this afternoon, and to additional matters that may be raised before the upcoming Fairness Hearing on November 13, 2012. Further, Soto intends to petition the United States Court of Appeals for the Fifth Circuit for mandamus review, and Soto's motions are necessary to preserve the appellate court's ability to provide effective relief.  Accordingly, Objector Soto respectfully requests an expedited hearing on his motions.

Dated:  November 8, 2012

                Respectfully submitted,

           By:   /s/ Christopher A. Bandas
                Christopher A. Bandas
                State Bar No. 00787637
                Southern Bar No. 17509
                BANDAS LAW FIRM, P.C.
                500 North Shoreline Blvd., Suite 1020
                Corpus Christi, Texas 78401-0353
                T:  (361) 698-5200
                F:  (361) 698-5222

                R. Joshua Koch, Jr.
                State Bar No. 2492
                Koch & Schmidt, LLC
                650 Poydras St., Suite 2415
                New Orleans, LA 70130
                T: (504) 208-9040
                F: (504) 208-9041

                Counsel for Objector Saul Soto

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2012 a true and correct copy of the above and foregoing was served on the following as indicated below as well as all counsel of record via the Court's CM/ECF system.

Arnold Levin
Levin, Fishein, Sedran & Berman
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Plaintiffs' Lead Counsel

Leonard A. Davis
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70013
Defendants' Counsel

                                                                          /s/ Christopher A. Bandas
                                                                          Christopher A. Bandas