UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Before the Court are two Motions relating to an ongoing discovery dispute between certain objectors to the pending settlements and the Plaintiffs' Steering Committee. Both Motions were filed by attorney Christopher A. Bandas on behalf of objector Saul Soto. The first is styled as Objector Saul Soto's Emergency Motion to Seal or, in the Alternative, to Strike, Motion to Stay, and Motion for Reconsideration. (R. Doc. 16135). The second is a Motion for Expedited Hearing on the first Motion. (R. Doc. 16136). The Court has reviewed the submitted memoranda and applicable law and now issues this Order.

**IT IS ORDERED** that Objector Sal Soto's Motion for Expedited Hearing on Emergency Motion to Seal or, in the Alternative, to Strike, Motion to Stay, and Motion for Reconsideration (R. Doc. 16136) be and is hereby **GRANTED**. **IT IS FURTHER ORDERED** that Objector Saul Soto's Emergency Motion to Seal or, in the Alternative, to Strike, Motion to Stay, and Motion for Reconsideration (R. Doc. 16135) be and is hereby **DENIED**.

New Orleans, Louisiana this 8th day of November, 2012.

*[signature]*
UNITED STATES DISTRICT JUDGE