UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 SECTION: L |
| This Document Relates to All Cases | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Victoria L. Rosso.

**IT IS ORDERED** that this correspondence be filed into the record. **IT IS FURTHER**

**ORDERED** that the Plaintiffs' Liaison Counsel and Pro Se Curator contact Mrs. Rosso,

investigate the issues raised in this correspondence, and contact the Court to report their findings.

New Orleans, Louisiana, this 7th day of November, 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Victoria L. Rosso
3027 Langmaid Avenue SE
Palm Bay
FL 32909