November 1, 2012

Honorable Eldon E. Fallon
500 Poydras Street, Room C-456
New Orleans, LA 70130
RE:    Chinese Dry Wall

Dear Judge:

      As the time is drawing near, I guess for the end of this Chinese Dry Wall Situation, I want you to know that I am involved with this too.

      With my dying mothers money I purchased a beautiful home and asked the real estate agent if the home had CDW. She assured me it did not and handed me an inspection report that claimed there was no CDW. Exhibit "A"

      I moved into the home officially on December 1, 2010 and on December 23, 2010 my air conditioning went out. I called and found an A/C company who came out and removed my A/C coils and went to a local dealer for another coil. I didn't know what to look for as to CDW. When they came back they pulled me aside and told me that I had Chinese Dry Wall and would not do anything further for me.

      I was new to the neighborhood and noticed that the man across the street was an A/C man and I called him over. He told me not to worry and took the BLACK coils back to the A/C parts store and got me a new coil with a warranty. He used the inspection report from the realtor as proof that I didn't have CDW. Exhibit "B"

      Since then I have had several inspections, water tests, x-ray tests and not one person except one has come out and said, yes I do have CDW. In the almost two years I have been at this house I have experienced the following:

1. Young dog gone blind
2. Young dog with two cancers taken out
3. Mysterious rashes
4. Runny eyes and burning eyes
5. Sneezing and coughing
6. Constant sinus infections
7. Lights going out of one room or another for no reason
8. Going through multiple cable boxes
9. Can't keep light bulbs or batteries due to corrosion
10. Bathroom fixtures are all corroded
11. Hard to breath at times and I was put on a nebulizer
12. diarrhea
13. Headaches
14. Trouble seeing

15. Nausea
16. Black Ground Wires in walls
17. No energy
18. Argumentative
19. Aches and pains more severe than the injuries should be
20. Nose Bleeds
21. Sore Throat
22. Front of Oven corrosion
23. Gastrointestinal problems
24. Allergies
25. Dizziness

The supplier for the wall board is Atlantic Building Supplier K/N/A Allied Building Supplier as I have a Renar Home and that supplier was the one that supplied Renar with the Dry Wall. Exhibit "E"

Allied came out twice and did extensive tests and told me I had contaminated water. I had three different water tests and the last one was Brevard County, Florida test my water, said "No way could my water cause CDW. Exhibit "C"

I had the Dept. Of Health for the State of Florida tell me to get out of the house. I spent all my money and paid cash for the house. I have no where to go and I am almost 70 years old. I have asked for help and no one will help me. Exhibit "F"

I had a contract to sell my home in July 2012, the buyers inspector looked in three places and said NO, the house has CDW. Then in October 2012 I had another offer and the person backed out because of suspected CDW. I have asked for help with HUD and many of the internet  Exhibit "D"

At the suggestion of the "Chinesedrywallcomplaintcenter.com/indications" Case ID number with Consumer Complaints: 971031039, I hired an attorney, W. Brian Collins of Collins & Horsley, PC and was in touch with their Paralegal "Bonnie" and then the communications stopped. Then I get an e-mail from Brian saying to me "If you have CDW you will experience this. . . . etc." I just don't know where to turn. Exhibit "H" - "G"

What really upset me was the list from your document 1595. My attorney isn't on the list and I don't want to be closed out. I need help and help with either finding another home or renovating this home so we can live in it.

Please your Honor, put me on your list, don't count me out. Thank you for your time.
Sincerely,

*Victoria L. Rosso* (signature)

Victoria L. Rosso
3027 Langmaid Avenue SE
Palm Bay, Florida 32909 (321) 327-3277

R579356A  Customer Display
3027 SE LANGMAID AVE  PALM BAY FL 32909  $78,900

| | | | |
|---|---|---|---|
| Area: | 343 SE Palm Bay | County: | Brevard |
| Subdiv/Condo: | PORT MALABAR UNIT 25 | Map Coord: | R60 |
| Res Type: | Single Family Detached | Bedrooms: | 3 |
| Waterfront: | No | Baths: | 2 |
| Waterfrnt Type: | | Half Baths: | 0 |
| Lot Dim: | X | Split Bed: | No |
| Acreage: | .23 | Year Built: | 2006 |
| Furnishings: | | Home Warranty: | No |
| Parking: | 2 Car Garage | Fireplace: | No |
| Living SqFt: | 1612 | Pool: | No |
| Total SqFt: | 2081 | Pool Type: | |

**Narrative:** Wonderful newly renovated home! NO CHINESE DRYWALL, inspection report is attached! Great open floor plan with brand new tile floors in living, dining, kitchen & eat-in area plus family room. Freshly painted and new landscape. Brand new wter treatment system. This is a super deal so hurry

**Directions:** South on San Filippo to west on Fountain Blue to north behind big 2 story house to west on Langmaid, first house on north side

**Measurements:** Tax Rolls  Approx Dimensions

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Living Rm: | 13 X 12 | Pool Size: | | | | | |
| Master Bedrm: | 13 X 10 | Family Rm: | 14 X 12 | Dining Rm: | 13 X 10 | Kitchen: | 10 X 07 |
| Other Rm: | 6 X 4 | Bedroom 2: | 10 X 9 | Bedroom 3: | 11 X 9 | Bedroom 4: | X |
| | | Other Rm Desc: | Utility ro | Porch Size: | | Patio Size: | |

| | | | | | |
|---|---|---|---|---|---|
| Map Page: | | Unit/Add'n: | | Front Door Faces: | S |
| Equitable Interest: | | Bank Owned: | No | Assumable: | |
| 55+ Community: | No | Gated Community: | No | Home Ownrs Assc: | No |
| Assessment: | | Corp Owned: | No | Other Fees: | |
| Short Sale: | No | | | | |

Deed Rest:
P.U.D:
HOA$/Term: /
Other Fees$/Term: /

**Features**
Int Features: Breakfast Bar, Ceiling-Cathedral/Vaulted, Closet- Walk Ins, Formal Dining Room, Formal Living Room, Kitchen-Eat In, Open Floor Plan, Window Treatments, Family Room
Ext Features:
Utilities: Cooling-Central, Cooling-Electric, Fuel-Electric, Heating-Central, Heating-Electric, Hot Water-Electric, Utilities-Septic Sys, Utilities-Telephone, Utilities-Well Water
Equip/Appl: Dishwasher, Range-Electric, Water Treatment System
Construction: Concrete Block
Floor: Carpet, Tile, Vinyl
Location: Lot-City, Unpaved Street, Sold As Is
Add'n Rooms: Utility
Water Desc:
Comm Amen:
Assoc Fee Inc:
Security/Safe:
Mgmnt:
Owner Consider: Cash, Conventional
Possess: Closing

Ext Finish: Stucco
Roof: Shingle-Asphalt
Master Bath: Shower, Walk-in Closet
Pool:
Pets:
Dwell Style: 1 Story
Dwell View:
Restrictions:
Docs on File:

Closed Date:

| | | | | | |
|---|---|---|---|---|---|
| Taxes: | $2185.91 | Tax Year: | 2011 | Tax Acct: | 2947562 |
| Plat Book #: | 0016 | Plat Book Pg: | 0068 | Homestead: | No |
| Legal: | LOT 18 BLK 1294 | | | | |

Tax ID: 29-37-31-GV-01294.0-0018.00
Zoning:

Prepared by: Gigi Lynch
RE/MAX Abacus Realty
4160 Minton Road
Melbourne, FL 32904

Email: glynch1realtor@hotmail.com
Off. Ph#: (321) 674-6161
Agt. Ph#: (321) 258-6955
Cell Ph#: (321) 258-6955

RE/MAX ABACUS

Information herein deemed reliable but not guaranteed Copyright 2010 Brevard MLS 10/29/2010 05:34 PM

[handwritten: FTHB1v  359  0269  11/19/10 PM]

Market Value  $ 85,360
2009  104,580

Security First Title

REMAX Abacus

R565975WU  Not For Public Distribution - Members Only  $74,000*

3027 SE LANGMAID AVE , PALM BAY, FL 32909



| | | | |
|---|---|---|---|
| Area: | 343 SE Palm Bay | County: | Brevard |
| Subdiv/Condo: | PORT MALABAR UNIT 25 | Map Coord: | R60 |
| Res Type: | Single Family Detached | Bedrooms: | 3 |
| Waterfront: | No | Baths: | 2 |
| Wtrfnt Type: | | Half Baths: | 0 |
| Lot Dim: | 80 X 125 | Split Bed: | Yes |
| Acreage: | .23 | Year Built: | 2006 |
| Furnishings: | None | Home Warranty: | No |
| Parking: | 2 Car Garage | Fireplace: | No |
| Living SqFt: | 1612 | Pool: | No |
| Total SqFt: | | Pool Type: | |

3 Bedrooms  2 Baths  0 Half Baths
1612 Living SqFt

**Narrative:** SHORT SALE - BANK APPROVED PRICE-RESPONSES IN 48 HOURS OR LESS. BANK WANTS OFFERS! QUICK CLOSING AVAILABLE. THE HOME FEATURES 3 BEDROOMS & 2 BATHROOMS, FORMAL LIVING & DINING ROOM & BREAKFAST NOOK. THE HOME IS LOCATED IN A VERY NICE AREA JUST OFF SAN FILIPPO DR. WITH LOTS OF PRIVACY FOR PEACEFUL ENJOYMENT. POSSIBILITY OF CHINESE DRY WALL EXISTING.

**Directions:** SAN FILIPPO TO LOWRY BLVD, S TO TINLEY, W TO LANGMAID, S TO 1ST HOME ON LEFT

| Measurements: | Agt Measure | Pool Size: | | | | | |
|---|---|---|---|---|---|---|---|
| Living Rm: | 12 X 13 | Family Rm: | X | Dining Rm: | 10 X 11 | Kitchen: | 6 X 9 |
| Master Bedrm: | 10 X 13 | Bedroom 2: | 9 X 10 | Bedroom 3: | 9 X 10 | Bedroom 4: | X |
| Other Rm: | X | Other Rm Desc: | | Porch Size: | | Patio Size: | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Map Page: | | Unit/Add'n: | | Front Door Faces: | W | Deed Rest: | |
| Equitable Interest: | | Bank Owned: | No | Assumable: | | P.U.D: | |
| 55+ Community: | No | Gated Community: | No | Home Ownrs Assc: | No | HOA$/Term: | / |
| Assessment: | | Corp Owned: | No | Short Sale: | Yes | Auction Y/N: | |
| Other Fees: | | Other Fees$/Term: | / | Auction Date: | | Auction Time: | |

**Int Features:** Ceiling-Cathedral/Vaulted , Formal Dining Room , Formal Living Room , Kitchen-Eat In
**Ext Features:**
**Utilities:** Cooling-Central , Cooling-Electric , Heating-Central , Heating-Electric
**Equip/Appl:** Dishwasher , Disposal , Laundry Hook Up , Refrigerator , Range with Oven

| Construction: | Concrete Block | | |
|---|---|---|---|
| Floor: | Carpet | Ext Finish: | Painted |
| Location: | Lot-County | Roof: | Shingle-Asphalt |
| Pool: | | Master Bath: | |
| Water Desc: | | Add'n Rooms: | Utility |
| Dwell View: | | Pets: | |
| Assoc Fee Inc: | | Dwell Style: | |
| Comm Amen: | | | |
| Security/Safe: | | | |
| Mgmnt: | | Restrictions: | |
| Showing: | Appointment Required , Call List Office | Docs on File: | |
| | | Owner Consider: | Cash , Conventional , Short Sale-See Agt Remrks |
| Possess: | Closing | Free and Clear: | |

| Taxes: | $1,914.83 | Tax Year: | 2009 | Tax Acct: | 2947562 | Tax ID: | 29-37-31-GV-01294.0-0018.00 |
|---|---|---|---|---|---|---|---|
| Plat Book #: | 0016 | Plat Book Pg: | 0068 | Zoning: | RES | Homestead: | No |

**Legal:** LOT 18 BLK 1294

| List Off: | RE/MAX Crown Realty | | | Lockbox Serial #: | |
|---|---|---|---|---|---|
| Firm/Office: | 0321/ 0 | List Agt: | John King | Agent#: | 3080258 |
| Phone/Fax: | (772) 589-3054 / (772) 589-7557 | Phone: | (772) 589-3054 | Cell: | (772) 473-6081 |
| Email: | | Email: | jeking@realtyking.com | | |
| | | Co LAgt: | | Agent#: | |

**Agt Remarks:** HOME MAY CONTAIN CHINESE DRYWALL OFFER & COMMISSION SUBJECT TO 3RD PARTY APPROVAL IF COMMISSION IS DIFFERENT THE SPLIT WILL BE 50/50

| List Date: | 04/02/2010 | Buyer Agent: | 3% | Trans Agent: | 3% | Sub Agent: | 0% |
|---|---|---|---|---|---|---|---|
| Closed Date: | | Sold Price: | | Sold Terms: | | Non-Rep: | 3% |
| Cont Date: | | Orig List $: | $79,900 | DOM/CDOM: | 160 / 160 | Var Comm: | No |
| Contract Date: | | Pend Agt: | | Bonus: | No | | |
| Expire Date: | | List Type: | Exclusive Right full | Bonus Amt: | | Internet: | No |
| Withdrawn Dt: | 09/09/2010 | Type of Service: | | Cont Type: | | | |
| Svc Not Provided: | | | | | | | |
| Owner/Co-Owner: | SAHAI, YVETTE / | | | Contact: | Lst Agt | Appt: | Lst Office |
| Original List Agent: | John King | | | | | Appt Phone: | (772) 589-3054 |

— Information herein deemed reliable but not guaranteed —
Copyright 2011, The Multiple Listing Service of Brevard, Inc. and the Space Coast Association of REALTORS 08/15/2011 11:20 AM



8/15/2011

**Victoria Rosso**

| | |
|---|---|
| From: | <iShip_Services@iship.com> |
| To: | <VROSSO@CFL.RR.COM> |
| Sent: | Thursday, October 20, 2011 12:16 PM |
| Subject: | Delivery Notification |

The shipment to SOUTHERN ANALYTICAL LABS has been delivered.

*water test for STRONTIUM*

===========================================

## SHIPMENT SUMMARY
===========================================

**SENDER**
  VICTORIA ROSSO

  Palm Bay, FL 32909

**RECIPIENT**
  SOUTHERN ANALYTICAL LABS

  OLDSMAR, FL 34677-3128 US

**SHIPPED THROUGH**
  Staples #1057
  321-726-6922

**SHIPMENT INFORMATION**
  Other Packaging:   10.00 x   8.00 x   6.00 inches
  1.00 lbs (billed weight)

*EXHIBIT C*

**CARRIER & SERVICE**
  UPS

**SHIPMENT TRACKING & REFERENCE**
  Tracking No.: 1ZAT00140318230560
  Shipment ID: MAKTQ6890HKAF
  Reference 1:
  Reference 2:

10/20/2011

November 7, 2011

Joanne Ebanks
Division Of Regulations
400 West Robinson Street, Suite N802
Orlando, Florida 32801-1736

RE: Case No: 2011-05-2283, Shishilla, John
    Case No: 2011049931/Lynch, Gigi

Dear Ms. Ebanks:

I am enclosing a copy of a reply from Ed Lary from the office of the Attorney General regarding information given to him with all the evidence of fraud. As you can see he has focused on "As Is" which I asked prior to my purchasing the house. The real estate agent told me that it was due to the roads. There are NO roads, just patched dirt and what was blacktop. As the Mayor of Palm Bay told me; "There will never be any road work done as the City of Palm Bay is broke."

I am also enclosing a copy of a letter from Senator Bill Nelson who is suppose to be handling this problem in Florida. As you can see, nothing will ever be done for the people who were "Stung" by false inspection reports.

I am also enclosing a response from Lisa Liljegren of the Bureau Of Enforcement. As you can see by the evidence presented, Gigi Lynch knew about the previous listing and I wondered why she was so insistent that no other inspection would be required. I have witnesses to her statements.

Fraud is Fraud. In this case it involves multiple health issues, a dog going blind, electrical problems, failing computer problems, the constant smell of Freon at night for the past two months. I am under anti-biotics not for Walking Pneumonia. I am trying to get out of this house as soon as possible and even my Ortho. doctor told me to leave. I paid cash for this home and I don't even have a job due to my surgeries. I have tried to get help and I was going to borrow $700.00 to have another inspection. My own inspector when asked for a Channel 9 interview said it was my water from my contaminated well. I had two different test done on the water and neither of them came back heavy for Hydrogen Sulfide or Strontium. These test were done as the building material supplier informed me that their tests proved it is my water. Who do you trust with an honest inspection with a XRF analyzer?

Please, if you have any help for me, and I don't mean legal, HELP!

Sincerely,

*Victoria L. Rosso*
Victoria L. Rosso
3027 Langmaid Avenue SE
Palm Bay, Florida 32909
(321) 327-3277 Home

EXHIBIT "F"

# Victoria Rosso

**From:** "Bonnie Costello" <bonnie@collinshorsley.com>
**To:** "'Victoria Rosso'" <vrosso@cfl.rr.com>
**Cc:** "Brian Collins" <brian@collinshorsley.com>; "David Horsley" <david@collinshorsley.com>
**Sent:** Monday, June 20, 2011 4:31 PM
**Subject:** RE: Water Test

Vicki,

Let me know about your water testing outcome. Just to assure you, your claim has been filed in the MDL Complaint. Brian and David have been extremely busy but I will see that you receive a call from one of them this week. I hope you are recovering well from your surgery. We will talk soon.

Thank you,
Bonnie

Bonnie Costellos
Assistant to W. Brian Collins
Collins & Horsley, P.C.
2021 Morris Avenue
Suite 200
Birmingham, Alabama 35203
(205)324-1834 Phone
(205)324-1846 Fax
bonnie@collinshorsley.com
www.collinshorsley.com

This electronic transmission contains information from the law firm of Collins & Horsley, P.C. that is subject to the attorney-client communication privilege, and/or is privileged as attorney work product. The information is intended for the use of the recipients within an electronic mail program, and which should appear above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please immediately notify us by telephone (205) 324-1834 or by electronic mail to: bonnie@collinshorsley.com. Thank you.

**From:** Victoria Rosso [mailto:vrosso@cfl.rr.com]
**Sent:** Monday, June 20, 2011 12:47 PM
**To:** Bonnie Costello
**Subject:** Re: Water Test

June 20, 2011

EXHIBIT "H"

Dear Bonnie:

Last week I took the water sample down and am waiting for the results.

Haven't heard from any attorney as of the above date.

Vicky Rosso

9/4/2011

# HVAC SERVICE ORDER INVOICE

**60358**

SOUTHERN AIRE OF CENTRAL FL INC.
STATE CERTIFIED CAC057635
LICENSED                      INSURED
4115 Palm Bay Rd. NE Ste 102E, Palm Bay, FL 32905

Beaches: 321-728-0277   Mainland: 321-725-0374
FAX: 321-728-6114

**BILL TO**

THIS WORK IS TO BE: ☒ C.O.D.   ☐ CHARGE   ☐ NO CHARGE

MAKE: BRYANT
MODEL: FY4ANF042
SERIAL NUMBER: 3606A83699

NAME: ROSSO VICKY
STREET: 3027 LANGMAID AVE SE
CITY: PALM BAY FL 32909
DATE: 12-23-10

TECHNICIAN: TED RYAN

| QTY. | MATERIALS & SERVICES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 6 | REFRIGERANT R-410 LBS. | | INC |
| 1 | NEW #200 T-STAT | | INC |
| 1 | FLOAT SWITCH | | INC |
| 2 | 3/4" FITTINGS | | INC |

**DESCRIPTION OF WORK PERFORMED:**
INSTALL NEW WARRANTY COIL & TXV VALVE. FOUND UNIT WITH RESTRICTION IN COPPER LINE. REPLACED BAD SECTION OF COPPER LINE. INSTALL NEW T-STAT AND FLOAT VALVE. SYSTEM RUNNING NORMAL AT THIS TIME.

| HRS. | LABOR | RATE | AMOUNT |
|---|---|---|---|
| 1 | INSTALL COIL & TXV | | 485 - |
| 1 | REPAIR COPPER PIPE | | 155 - |
| | TOTAL LABOR | | 620 - |

TERMS: PAID IN FULL CHK # 5505

EXHIBIT B

TOTAL LABOR: 620 -

**Electrical ground wire is corrode**

**Electrical ground wire is corrode**

**Electrical ground wire is corroding**

**Wall board in attic - National Gypsum**

**Wall board in attic - National Gypsum**

**Copper piping from AHU unit**

EXHIBIT "B"

mysafehome
INSPECTION







Electrical ground wire is corrode

Electrical ground wire is corrode

Electrical ground wire is corroding

Wall board in attic - National Gypsum

Wall board in attic - National Gypsum

Copper piping from AHU unit



mysafehome
INSPECTION

RE 2200 – Uniform Complaint Form – Real Estate

## STATE OF FLORIDA
## DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

Any investigation or administrative proceeding brought by the Department against the subject of your complaint will rely upon the information you provide to the Department. All allegations and supporting documentation **MUST** be provided to the Department at this time.

Please submit to address on last page.

### TO ENSURE THE PROPER PROCESSING OF YOUR COMPLAINT, PLEASE CHECK THE APPLICABLE BOX:

- ☐ UNLICENSED ACTIVITY
- ☐ ESCROW DEPOSIT
- ☐ PROPERTY MANAGEMENT
- ☐ APPRAISAL
- ■ OTHER - FRAUDULENT SALE AND DISCLOSURE OF CHINESE DRY WALL

| Last Name: ROSSO | First: VICTORIA | Middle: L | Title: OWNER | Suffix: MS |

Your Company/Occupation: N/A

Street Address or P.O. Box: 3027 LANGMAID AVENUE SE

City: PALM BAY    State: FLORIDA    Zip Code (+4 optional): 32909
County (if Florida address): BREVARD    Country: UNITED STATES

Primary Phone Number: (321) 327-3274
Alternate Phone Number: (772) 359-9269 CELL
Primary E-Mail Address: VROSSO@CFL.RR.COM

Unlicensed Activity Complaint?   Yes ☐   No ■   Unknown ☐

I PURCHASED THE ABOVE PROPERTY WITH THE REAL EASTATE AGENT ASSURING ME THAT THERE WAS NO CHINESE DRY WALL. THE AGENT PRODUCED AN INSPECTION REPORT STATING THAT THERE WAS NO CHINESE DRY WALL. THERE WAS A PREVIOUS LISTING BY ANOTHER RE/MAX AGENT STATING THERE WAS CHINESE DRY WALL. I HAVE THE CHINESE DRY WALL PROBLEM AND AM SUFFERING WITH THE TOXIC WALLS. AGENT GIGI LYNCH SHOULD HAVE HER LICENSE REVOKED, I WANT MY MONEY BACK, THIS IS FRAUD, AND INTENT TO DO BODILY HARM TO MYSELF AND ANIMALS, AND MY FRIEND. SEE ENCLOSED DOCUMENTATION!

Attach additional sheets as necessary.

Rev 08/2011    RE-2200 Real Estate Uniform Complaint Form



# Florida Department of Health -

RSS Enabled Forums

Search... [Search]
Advanced search

If you wish to subscribe to email alerts from a forum you must be a registered user. Please register **HERE** - Then open the forum you wish to receive email alerts from and subscribe at the top of the forum page.

- Board index ‹ Chinese Drywall Events
- Change font size

- FAQ
- Register
- Login



EXHIBIT D

## Chinese Drywall Events

**Moderators:** reinholdwr, ericwm

Post a new topic
Search this forum... [Search]
17 topics • Page 1 of 1

- Topics
    Replies
    Views
    Last post

- Florida DOH website updates for January 28, 2010
  by ericwm » Thu Jan 28, 2010 4:55 pm
    0 Replies

**Chinese Drywall Inspection Report**

Victoria Rosso
3027 Langmaid Avenue SE
Palm Bay, Florida 32909

Inspected by Gregory Sprayberry

✓ Approved by Quality Assurance on Feb 23, 2011



My Safe Home Inspection
111 Enterprise Ave Ste 1
Palm Bay, FL 32909



## Chinese Drywall Report Summary

**Does this property meet case definition of corrosion possibly due to imported drywall from China?** Yes
*This property contains 7 out of 8 symptoms.*

**Symptoms**

| | |
|---|---|
| 1. Has Odor | Yes |
| 1. Exposed Metal Corrosion | Yes |
| 2. Electrical Plug Corrosion | Yes |
| 3. Electrical Panel Corrosion | Yes |
| 4. HVAC Corrosion | Yes |
| 5. History of HVAC Failures | Yes |
| 6. Drywall is from China | Unknown |
| 6b. Drywall Label | |
| 7. Drywall Install Date | Sep 1, 2006 |

*MY INSPECTOR EXHIBIT "E"* [handwritten]

* My Safe Home Inspection is a leading statewide Inspection Company and has inspected over 50,000 properties.
* All inspection reports are passed through our Quality Assurance team in order to ensure data accuracy across the board.
* Updates on Inspection Reports are emailed automaticall         Reports can be downloaded at anytime through our website.



http://www.MySafeHomeInspection.com