UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | CIVIL ACTION NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | JUDGE FALLON |
| _____ | ) | |
| **This Document Relates to:** | | **MAGISTRATE WILKINSON** |
| ALL CASES | | |

**INTERIOR EXTERIOR'S MOTION TO STRIKE PLAINTIFFS' EXHIBIT LIST
FOR THE BELLWETHER TRIAL SCHEDULED FOR NOVEMBER 26, 2012**

NOW INTO COURT, through undersigned counsel, comes defendants, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. ("Interior Exterior") who move this Honorable Court for an order striking plaintiffs' exhibit list as untimely of which is dilatory and obstructionist in nature and overly broad and unreasonable to the limited issue at trial – that is whether or not Interior Exterior knew that the Chinese manufactured drywall it re-sold contained a latent defect under redhibition.

Respectfully submitted,

*Richard G. Duplantier, Jr.   /s/*
Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Benjamin R. Grau (#26307)
Carlina C. Eiselen, (# 28524)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gjtbs.com /jhassinger@gjtbs.com
bgrau@gjtbs.com / ceiselen@gjtbs.com
*Counsel for Defendant, Interior Exterior Building Supply,
L.P. and Interior Exterior Enterprises, LLC*

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 8th day of November, 2012.

                                                                         *Richard G. Duplantier, Jr.  /s/*
                                                                         RICHARD G. DUPLANTIER, JR.