UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CIVIL ACTION NO. 09-2047  JUDGE FALLON |
| **This Document Relates to:** ALL CASES | | MAGISTRATE WILKINSON |

### MOTION FOR EXPEDITED HEARING ON INTERIOR EXTERIOR'S MOTION STRIKE PLAINTIFFS' EXHIBITS AND TH EXHIBIT LIST FOR THE BELLWETHER TRIAL SCHEDULED FOR NOVEMBER 26, 2012

Counsel for Interior/Exterior Building Supply, L.P. ("Interior Exterior") files this Motion for Expedited Hearing in connection with Interior Building Supply, L.P.'s Motion to Strike Plaintiffs' Exhibit List. Due to the impending trial date and other deadlines, Interior Exterior respectfully requests an expedited hearing on this motion.

Respectfully submitted,

*Richard G. Duplantier, Jr.   /s/*
Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Benjamin R. Grau (#26307)
Carlina C. Eiselen, (# 28524)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gjtbs.com /jhassinger@gjtbs.com
bgrau@gjtbs.com / ceiselen@gjtbs.com
*Counsel for Defendant, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC*

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 8th day of November, 2012.

                                                *Richard G. Duplantier, Jr.   /s/*
                                                RICHARD G. DUPLANTIER, JR.