**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION NO. 09-2047<br><br>JUDGE FALLON |
| **This Document Relates to:**<br>ALL CASES | ) | MAGISTRATE WILKINSON |

## ORDER

Considering the Motion to Strike Plaintiffs' Exhibit List for the Bellwether Trial Scheduled for November 26, 2012 filed by Interior Exterior Building Supply, L.P.,

**IT IS ORDERED** that a hearing on Interior Building Supply, L.P.'s, Motion to Strike Plaintiffs' Exhibit List for the Bellwether Trial Scheduled for November 26, 2012, shall be held on an expedited basis on the Friday, November 9, 2012, at 10:00 a.m.

New Orleans, Louisiana this ____ day of _____, 2012.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT JUDGE