UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-------------------------------------------------------------x
IN RE: CHINESE-MANUFACTURED           :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY            :   SECTION: L
LITIGATION                            :
                                      :
-------------------------------------------------------------x
THIS DOCUMENT RELATES TO:             :   JUDGE FALLON
ALL CASES AND                         :   MAG. JUDGE WILKINSON
                                      :
Payton, et al. v. Knauf Gips KG, et al.   :
Case No. 2:09-cv-07628 (E.D. La.)     :
                                      :
Gross, et al. v. Knauf Gips KG, et al.    :
Case No. 2:09-cv-06690 (E.D. La.)     :
                                      :
Rogers, et al. v. Knauf Gips KG, et al.   :
Case No. 2:10-cv-00362 (E.D. La.)     :
                                      :
Abreu, et al. v. Gebrueder Knauf      :
Verwaltungsgesellschaft KG, et al.    :
Case No. 2:11-cv-00252 (E.D. La.)     :
                                      :
Block, et al. v. Gebrueder Knauf      :
Verwaltungsgesellschaft KG, et al.    :
Case No. 11-cv-1363 (E.D. La.)        :
                                      :
Arndt, et al. v. Gebrueder Knauf      :
Verwaltungsgesellschaft KG, et al.    :
Case No. 11-cv-2349 (E.D. La.)        :
                                      :
Cassidy, et al. v. Gebrueder Knauf    :
Verwaltungsgesellschaft KG, et al.    :
Case No. 11-cv-3023 (E.D. La.)        :
                                      :
Vickers, et al. v. Knauf Gips KG, et al.  :
Case No. 2:09-cv-04117 (E.D. La.)     :
-------------------------------------------------------------x
```

**REVISED SCHEDULING ORDER REGARDING FAIRNESS HEARING**

1. In light of the pending motions and briefs that have been filed related to the Fairness Hearing, which the Court has taken under advisement, the Scheduling Order Regarding November 13-14 Fairness Hearing [Rec. Doc. 15951] is revised as follows:

2. The rights of Settling Defendants (other than Banner and its insurers) to terminate the respective Settlements, or for Participating Defendants or Participating Insurers to withdraw from the Global Settlement is extended until three days after the conclusion of the Fairness Hearing. Any such termination or withdrawal shall be delivered to Liaison and Lead Counsel for the PSC by facsimile, email or hand delivery so that it is received by 4 p.m. Central Time on the due date.

   a. A Settling Defendant, Participating Defendant or Participating Insurer (other than Banner and its insurers) that does not exercise its termination right by three days after the conclusion of the Fairness Hearing will be bound by its Settlement if all other Settling Defendants, Participating Defendants or Participating Insurers also do not exercise their termination or withdrawal rights by that date.

   b. A Settling Defendant, Participating Defendant or Participating Insurer (other than Banner and its insurers) that does not exercise its termination or withdrawal right by three days after the conclusion of the Fairness Hearing may nonetheless terminate its Settlement by six days after the conclusion of the Fairness Hearing if both (a) any other Settling Defendant, Participating Defendant or Participating Insurer has exercised its termination or withdrawal right by three days after the conclusion of the Fairness Hearing, and (b) the conditions entitling the Settling Defendant, Participating Defendant or Participating Insurer to terminate or withdraw are satisfied. Any such termination or withdrawal shall be delivered to Liaison and Lead Counsel

for the PSC by facsimile, email or hand delivery so that it is received on or before 12 p.m. Central Time on the due date.

        c.     The rights of Banner and its insurers to terminate the Banner Settlement shall be governed by their existing Settlement. Banner shall deliver any termination notice to Liaison and Lead Counsel for the PSC by facsimile, email or hand delivery so that it is received on or before 4 p.m. Central Time on the date specified in the Banner Settlement; however if Banner terminates, all other Settling Defendants, Participating Defendants and Participating Insurers shall have three business days from the date of Banner's notice to terminate or withdraw from their respective Settlements by providing a termination notice to Liaison and Lead Counsel for the PSC by facsimile, email or hand delivery so that it is received on or before 4 p.m. Central Time on the due date.

3.     Except as provided in this Order, all other provisions of the Scheduling Order Regarding November 13-14 Fairness Hearing [Rec. Doc. 15951] remain in effect.

New Orleans, Louisiana, this 8th day of November, 2012

_____
ELDON E. FALLON
United States District Judge