# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D. La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715 BY NATIONWIDE MUTUAL INSURANCE COMPANY AND BY THE OTHER PARTICIPATING DEFENDANTS AND PARTICIPATING INSURERS

For itself and on behalf of the additional Participating Defendants and the Participating Insurers in the Settlement Agreement in MDL No. 2047 Regarding Chinese Drywall Claims Against Non-Manufacturing Defendants Insured By Nationwide, Nationwide Mutual Insurance Company ("Nationwide") hereby gives notice of its and their compliance with the notice

requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"). The Participating Defendants and Participating Insurers, including Nationwide, are listed in **Exhibit 1** hereto.

1. Pursuant to subsection (b) of CAFA, each defendant participating in the proposed settlement of a class action lawsuit "shall serve upon the appropriate State official of each State in which a class member resides and the appropriate Federal official, a notice of the proposed settlement."

2. On behalf of the Participating Defendants and the Participating Insurers, Nationwide prepared a Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715 (the "Notice") for the above-captioned matter that complies with CAFA. A copy of this Notice is attached hereto as **Exhibit 2**.

3. On November 5, 2012, on behalf of the Participating Defendants and the Participating Insurers, the undersigned Catherine M. Colinvaux of Zelle Hofmann Voelbel & Mason LLP caused a copy of the Notice appended hereto as **Exhibit 2** to be served by certified mail on the Attorney General for the United States, the Attorney Generals for the fifty states, the District of Columbia and the U.S. Territories, the Virginia Commissioner of Insurance, the Director of the Ohio Department of Insurance, and the Director of the Virginia Department of Professional and Occupational Regulation. The list of recipients, including the addresses to which the Notice was sent, is attached hereto as **Exhibit 3**. Each recipient received a transmittal letter, a copy of the Notice, and a CD containing electronic copies of all of the Notice's

-3-

Exhibits.[1] The body text of the transmittal letter was identical for all recipients, and a representative copy of that letter is attached hereto as **Exhibit 4**.

                                                NATIONWIDE MUTUAL INSURANCE COMPANY

                                                */s/ Catherine M. Colinvaux*
Catherine M. Colinvaux (Mass. Bar No. 557935)
Seth V. Jackson (Mass. Bar No. 658669)
Zelle Hofmann Voelbel & Mason LLP
950 Winter Street, Suite 1300
Waltham, MA 02450
Telephone: (781) 466-0700
Fax: (781) 466-0701
**ccolinvaux@zelle.com**
**sjackson@zelle.com**

Dated:  November 8, 2012

---

[1] Identical CDs containing copies of the Notice and all of its exhibits were distributed to each recipient. A copy of this CD will be furnished to the Court upon request.

## **Exhibits**

1. List of Participating Defendants and Participating Insurers, including Nationwide
2. Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715
3. List of Notice Recipients
4. Transmittal Letter

- 5 -

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing **Notice of Compliance with 28 U.S.C. §§ 1715 by Nationwide Mutual Insurance Company and by the Other Participating Defendants and Participating Insurers** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery, and by e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of November, 2012.

                            */s/ Catherine M. Colinvaux*
                         Catherine M. Colinvaux (Mass. Bar No. 557935)