# *EXHIBIT 1*

# PARTICIPATING DEFENDANTS and PARTICIPATING INSURERS

| Participating Defendants/Insurers | Counsel |
|---|---|
| AHJV, LLC | J. Brian Slaughter, Esq.<br>McKenry, Dancigers, Dawson & Lake, P.C.<br>192 Ballard Court, Suite 400<br>Virginia Beach, VA  23462<br>757-461-2500<br>jbslaughter@va-law.org |
| Ainslie Group Inc. | J. Brian Slaughter, Esq. (*see above*) |
| Ainslie Widener, Inc. | J. Brian Slaughter, Esq. (*see above*) |
| American Eastern, Inc. | J. Brian Slaughter, Esq. (*see above*) |
| Area Builders of Tidewater, Inc. (n/k/a ABT Custom Homes, LLC) | J. Brian Slaughter, Esq. (*see above*) |
| Atlantic Homes, LLC | J. Brian Slaughter, Esq. (*see above*) |
| Case Handyman & Remodeling Servs. | J. Brian Slaughter, Esq. (*see above*) |
| CG Stony Point Townhomes, LLC | John Janey Rasmussen, Esq.<br>Insurance Recovery Law Group PLC<br>P.O. Box 8049<br>3015 East Broad St.<br>Richmond, VA  23223<br>804-308-1359<br>jjr@insurance-recovery.com |
| Clarke-Whitehill Enterprises, Inc. | J. Brian Slaughter, Esq. (*see above*) |
| DSG Construction, Inc. | J. Brian Slaughter, Esq. (*see above*) |
| Fabian Franco Perez | Allan S. Reynolds, Jr., Esq.<br>Fraim & Fiorella, P.C.<br>Town Point Center<br>150 Bousch St., Suite 601<br>Norfolk, VA  23510-1633<br>757-227-5900<br>areynolds@ff-legal.com |
| Franciscus Homes, Inc. | Allan S. Reynolds, Jr., Esq. (*see above*) |
| Greensprings Condominiums, LLC | Allan S. Reynolds, Jr., Esq. (*see above*) |

| | |
|---|---|
| Greensprings Plantation, Inc. | J. Brian Slaughter, Esq. (*see above*) |
| HHJV, LLC | J. Brian Slaughter, Esq. (*see above*) |
| Lazaro Miranda dba Work Company, Drywall & Plaster (a/k/a Lazaro Morales dba Work Company, Drywall & Plaster) | Allan S. Reynolds, Jr., Esq. (*see above*) |
| Nationwide Mutual Insurance Company[*] | Catherine M. Colinvaux, Esq.<br>Zelle Hofmann Voelbel & Mason LLP<br>950 Winter St., Suite 1300<br>Waltham, MA 02543<br>781-466-0704<br>ccolinvaux@zelle.com |
| Nationwide Mutual Fire Insurance Company | Catherine M. Colinvaux, Esq. (*see above*) |
| Nationwide Property & Casualty Insurance Company | Catherine M. Colinvaux, Esq. (*see above*) |
| Next Level Group, LLC | J. Brian Slaughter, Esq. (*see above*) |
| Nicholas Vandergrift, dba Nicholas & Co. Construction, LLC | J. Brian Slaughter, Esq. (*see above*) |
| Overlook Point, LLC | J. Brian Slaughter, Esq. (*see above*) |
| Peak Building Corporation | J. Brian Slaughter, Esq. (*see above*) |
| Plantation Group LLC | J. Brian Slaughter, Esq. (*see above*) |
| Preserve Development LLC | John Franklin III, Esq.<br>Taylor Walker P.C.<br>555 E. Main St., Suite 1300<br>P.O. Box 3490<br>Norfolk, VA  23510<br>757-625-7300<br>jfranklin@taylorwalkerlaw.com |
| Residential Concepts, Ltd. | J. Brian Slaughter, Esq. (*see above*) |
| Robert Hodgson | J. Brian Slaughter, Esq. (*see above*) |

---

[*] The Nationwide entities are Participating Defendants solely in connection with any and all alleged direct, non-insurance liabilities (such as those alleged in *Caburian v. Dees Constr. Co.*, Case No. CL-12-287 (Va. Cir. Ct., Norfolk) (filed Jan. 12, 2012)).

| | |
|---|---|
| Rose & Womble Realty Co. | J. Brian Slaughter, Esq. (*see above*) |
| Scott Taylor Plastering, Inc. | J. Brian Slaughter, Esq. (*see above*) |
| The Classic Group, Inc. | J. David Crain, Esq.<br>Willcox Savage<br>Wells Fargo Center<br>440 Monticello Ave., Suite 2200<br>Norfolk, VA  23510<br>757-628-5500<br>dcrain@wilsav.com |
| The Overlook LLC | J. Brian Slaughter, Esq. (*see* above) and<br><br>John Janey Rasmussen, Esq. (*see above*) |
| Wellington LLC | J. Brian Slaughter, Esq. (*see above*) |
| Work Company, Drywall & Plaster | Allan S. Reynolds, Jr., Esq. (*see above*) |
| Wyndham LLC | J. Brian Slaughter, Esq. (*see above*) |
| Wyndwil LLC | J. Brian Slaughter, Esq. (*see above*) |
| Any other person or entity which may be alleged to be liable for conduct occurring on or before the Effective Date with respect to Chinese Drywall at Affected Properties in the Commonwealth of Virginia, solely to the extent of any insurance provided by or alleged to have been provided by Nationwide (whether or not such parties have been named in any CDW-Related Action) ||