*EXHIBIT 2*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D. La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT PURSUANT TO 28 U.S.C. § 1715

For itself and on behalf of the additional Participating Defendants identified on the attached **Exhibit A** and the additional Participating Insurers identified on **Exhibit B**, Nationwide Mutual Insurance Company hereby submits this Notice pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"). The information contained herein relates to a proposed class action settlement involving claims against the Participating Defendants and certain of the Participating Insurers in the above-captioned litigation.

On November 13, 2012, at 8:30 a.m., the Honorable Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana (the "Court") will conduct a Preliminary Approval Hearing in connection with the Settlement Agreement in MDL No. 2047 Regarding Chinese Drywall Claims Against Non-Manufacturing Defendants Insured By Nationwide (the

"Settlement Agreement"). At the November 13, 2012 hearing, the Court will be asked to grant preliminary approval of the proposed class action settlement and to set dates for class notice, opt-outs, objections, and a final fairness hearing concerning the proposed class action settlement.

In accordance with the notice requirements of 28 U.S.C. § 1715(b), this Notice includes copies of the following documents[1]:

**I.     Copies of the complaints and attached materials.**

**Exhibit C** contains the following relevant complaints:

1. *Kenneth Abel v. Taishan Gypsum Co., Ltd., et al.,* Case No. 11-080 (Omni VII) and any motions to amend and/or amendments to this Omni Complaint;

2. *Richard and Constance Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al.,* Case No. 12-0498 (Omni XIII) and any motions to amend and/or amendments to this Omni Complaint;

3. *Amato v. Liberty Mutual Ins. Co., et al., Case No. 10-932* (Omni V) and any motions to amend and/or amendments to this Omni Complaint;

4. *Germano et al, v. Taishan Gypsum Co., Ltd. et al., Case No. 2:09-cv-6687* and any motions to amend and/or amendments to this Complaint;

5. See also *Gross, et al. v. Knauf Gips, K.G., et al.,* Complaint In Intervention, *Mary Anne Benes, et al. v. Knauf Gips, K.G., et al.,* Case No. 09-6690 (Omni III) and any motions to amend and/or amendments to this Omni Complaint;

6. *Laura Haya, et al. v. Taishan Gypsum Co., Ltd., et al.* Case No. 11-107 (Omni IX) and any motions to amend and/or amendments to this Omni Complaint; and

7. *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.,* Complaint In Intervention, *Eduardo and Carmen Amorin v. Beijing New Building Materials Public Limited Co., et al.,* Complaint In Intervention, *Kenneth and Cynthia Burke v. Beijing New Building Materials Public Limited Co., et al.,* Case No. 10-361 (Omni II) and any motions to amend and/or amendments to this Omni Complaint.

In addition, if approved, the Settlement Agreement will have the effect of resolving similar or identical claims set forth in numerous other pending complaints, including complaints filed in the courts of the Commonwealth of Virginia and complaints which have been consolidated under the caption *In re All Pending Chinese Drywall Cases* (Va. Cir. Ct., City of Norfolk). These complaints are very numerous. Copies will be provided if requested. An exemplar of these complaints, the case styled *Phillip Allen, et al., v. Venture Supply Inc., et al.* (Va. Cir. Ct. City of Norfolk), is included.

---

[1] Due to the length of the documents and their attachments, they are being provided in electronic format on the attached CD as a matter of convenience. If hard copies of the documents are desired, they will be provided upon request.

## II. Notice of scheduled judicial hearing.

The Court will hold a hearing concerning preliminary approval of the class action settlement on November 13, 2012, at 8:30 a.m. in Courtroom C-456 of the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana. The following documents provide information relating to this hearing:

**Exhibit D**: Order dated October 26, 2012 setting preliminary approval hearing [Document #16032].

**Exhibit E**: Proposed Amended Summary Notice Of Each Of Three Class Action Settlement Agreements (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, and Tobin Trading and Installers Settlement Agreement) in MDL No. 2047 Regarding Claims Against Participating Defendants Including Builders, Installers, Suppliers and Participating Insurers Relating to Virginia and Certain Other Remaining Claims, which will be (i) forwarded by first class mail, postage prepaid, to the last-known address of all Class Members who are identifiable, (ii) published in local newspapers, periodicals and community newspapers; (iii) published in television spots; and (iv) posted online in Court-approved websites [Document #15993-4].

**Exhibit F**: Proposed Amended Notice Of Pendency Of Proposed Settlements Of Each Of Three Class Actions (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, and Tobin Trading and Installers Settlement Agreement) in MDL No. 2047 Against Participating Defendants, Including Builders, Installers, Suppliers and Participating Insurers Relating to Virginia and Certain Other Remaining Claims [Document #15993-3].

## III. Notification to class members of proposed class action settlement and the members' rights to request exclusion from the class.

The Proposed Amended Summary Notice Of Each Of Three Class Action Settlement Agreements (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, and Tobin Trading and Installers Settlement Agreement) in MDL No. 2047 Regarding Claims Against Participating Defendants Including Builders, Installers, Suppliers and Participating Insurers Relating to Virginia and Certain Other Remaining Claims (**Exhibit E**) and Proposed Amended Notice Of Pendency Of Proposed Settlements Of Each Of Three Class Actions (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, and Tobin Trading and Installers Settlement Agreement) in MDL No. 2047 Against Participating Defendants, Including Builders, Installers, Suppliers and Participating Insurers Relating to Virginia and Certain Other Remaining Claims (**Exhibit F**) each will provide notice to Class Members of the proposed national class action settlement and the members' rights to exclude themselves from the class. The Settlement Agreement (**Exhibit G**) requires direct mailings of notices to Class Members or their counsel. The Settlement Agreement also require publication notice in various newspapers, notice by online media, and notice on various websites (including the Court's web site at

http://www.laed.uscourts.gov/drywall/Settlements.htm and at http://www.Chinese DrywallClass.com; the CPSC web site at http://www.cpsc.gov/info/drywall/index.html; and the Virginia Department of Health website at http://www.vdh.state.va.us/), and posting notices at courthouses in which Chinese Drywall related actions are pending. Section 8 of the Settlement Agreement (**Exhibit G**) specifically states that the following notice will occur:

1. Publication in newspapers to include:
   - Bristol Herald Courier
   - Charlottesville Daily Progress
   - Culpeper Star-Exponent
   - Daily News Leader (Staunton, VA)
   - Danville Register & Bee
   - Fredericksburg Free Lance-Star
   - Harrisonburg Daily News-Record
   - Martinsville Bulletin
   - Navy Times
   - Newport News Daily Press
   - Newport News Daily Press – Sunday
   - Norfolk Flagship
   - Norfolk Jet Observer
   - Northern Virginia Daily
   - Progress-index (Petersburg, VA)
   - Richmond Times-Dispatch
   - Roanoke Times
   - Suffolk News – Herald
   - Virginian Pilot
   - Virginian Pilot – Sunday
   - Washington Post
   - Winchester Star

2. Publication in periodicals to include: Newsweek

3. Providing a press release to include national press release distribution, video distribution of TV spot, print ad, and web ad distribution;

4. Publication on 30 second television spots for two to three weeks in Virginia;

5. Publication in on-line media including 24/7 Media;

6. Providing a copy of the Notice and requesting that it be posted at the United States District Court, Eastern District of Louisiana;

7. Providing a copy of the Notice and requesting that it be posted at each courthouse in which the CDW-Related Actions are pending, including the United States District Court for the Eastern District of Virginia (Norfolk, Portsmouth and Richmond Divisions), the United States District

Court for the Eastern District of North Carolina, the Norfolk Circuit Court, the Virginia Beach Circuit Court, the Suffolk Circuit Court, the York County Circuit Court, and the Williamsburg/James City County Circuit Court;

8. Providing a copy of the Notice and requesting that it be posted on the Court's Chinese Drywall MDL website, the CPSC website, and the Virginia Department of Health website;

9. Providing a copy of the Notice and requesting that it be posted at such other public places as may be ordered by the Court or by request of the Parties; and

### IV. The Class Action Settlement.

The final Settlement Agreement with all exhibits is attached as **Exhibit G**.

### V. Any settlement or other agreement contemporaneously made between class counsel and counsel for the defendants.

No such other settlement or agreement exists.

### VI. Any final judgment or notice of dismissal.

Section 1.15 (p. 5) of the Settlement Agreement (**Exhibit G**) describes the provisions to be included in the final "Order and Judgment" to be entered by the Court upon final approval of the class action settlement. Section 12 (p. 22) of the Settlement Agreement describes the dismissals to be entered after final approval of the class action settlement. Section 13 (pp. 22-23) of the Settlement Agreement describes the bar order to be entered as part of the "Order and Judgment."

### VII. Names and estimated proportional share of claims of class members by State.

**Exhibit H** is a copy of the mailing list for the notice being provided to Class Members who have asserted claims against Participating Defendants and/or Participating Insurers in this litigation. Although the mailing list does not account for all absent Class Members, it is believed that the overwhelming majority of homeowners with claims against the Participating Defendants and/or the Participating Insurers are existing plaintiffs on the mailing list and that the mailing list accurately reflects the residency of these homeowners. Based on this mailing list, it is estimated that the residency of Class Members and their estimated proportional share of claims breaks down as follows:

**Maryland** - 3 Class Members or 2% of the projected Class;

**North Carolina** - 3 Class Members or 2% of the projected Class;

**Virginia** - 140 Class Members or 87% of the projected Class; and

**Other** - 15 Class Members or 9% of the projected Class for the following jurisdictions: Arizona (2), Connecticut (1), Florida (2), New Jersey (2), Nevada (1), Ohio (1), South Carolina (1), Tennessee (1), Texas (1) and Wisconsin (1). Additionally, there are two class members believed to be currently serving in the Armed Forces with military addresses.

## VIII. Pertinent judicial opinions:

The only pertinent judicial opinion related to the materials described in Sections III—VI is the Order dated October 26, 2012 setting preliminary approval hearing, enclosed as **Exhibit D**. All publicly available documents, including judicial opinions, are available on the Court's web site at http://www.laed.uscourts.gov/Drywall/Drywall.htm.

For additional information about the settlement, please feel free to contact the undersigned.

Respectfully,

NATIONWIDE MUTUAL INSURANCE COMPANY

Catherine M. Colinvaux
Zelle Hofmann Voelbel & Mason LLP
950 Winter Street, Suite 1300
Waltham, MA 02450
Telephone: (781) 466-0700
Fax: (781) 466-0701
**ccolinvaux@zelle.com**

Dated: November 5, 2012

## Exhibits to CAFA Notice

A. List of Participating Defendants

B. List of Participating Insurers

C. Complaints and Attached Materials

D. Order dated October 26, 2012 setting Preliminary Approval Hearing for November 13, 2012

E. Proposed Amended Summary Notice Of Each Of Three Class Action Settlement Agreements (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, and Tobin Trading and Installers Settlement Agreement) in MDL No. 2047 Regarding Claims Against Participating Defendants Including Builders, Installers, Suppliers and Participating Insurers Relating to Virginia and Certain Other Remaining Claims

F. Proposed Amended Notice Of Pendency Of Proposed Settlements Of Each Of Three Class Actions (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, and Tobin Trading and Installers Settlement Agreement) in MDL No. 2047 Against Participating Defendants, Including Builders, Installers, Suppliers and Participating Insurers Relating to Virginia and Certain Other Remaining Claims

G. Settlement Agreement With Exhibits

H. Mailing List For Notice To Class Members