*EXHIBIT 3*

**EXHIBIT 3**

**List of Notice Recipients**

| | |
|---|---|
| Mr. Eric H. Holder, Jr.<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530-0001 | Ms. Mary Taylor<br>Lt. Governor/Director<br>Ohio Department of Insurance<br>50 West Town Street<br>Third Floor, Suite 300<br>Columbus, OH  43215 |
| Ms. Jacqueline K. Cunningham<br>Commissioner<br>Virginia State Corporation Commission<br>Bureau of Insurance<br>P.O. Box 1157<br>Richmond, VA  23218-1157 | Mr. Luther Strange<br>Alabama Attorney General<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 |
| Mr. Michael C. Geraghty<br>Alaska Attorney General<br>P.O. Box 110300<br>Juneau, AK 99811-0300 | Mr. Fepulea'l A. "AFA" Ripley, Jr.<br>American Samoa Attorney General<br>American Samoa Gov't<br>Exec. Ofc. Bldg.<br>Utulei, Territory of American Samoa<br>Pago Pago, AS 96799 |
| Mr. Tom Horne<br>Arizona Attorney General<br>1275 W. Washington St.<br>Phoenix, AZ 85007-2926 | Mr. Dustin McDaniel<br>Arkansas Attorney General<br>323 Center St., Suite 200<br>Little Rock, AR 72201 |

| | |
|---|---|
| CAFA Coordinator<br>Office of the California Attorney General<br>Consumer Law Section<br>110 W. "A" St., Suite 1100<br>San Diego, CA  92186-5266 | Mr. John W. Suthers<br>Colorado Attorney General<br>1525 Sherman St.<br>Denver, CO 80203 |
| Mr. George Jepsen<br>Connecticut Attorney General<br>55 Elm St.<br>Hartford, CT 06106 | Mr. Joseph R. "Beau" Biden, III<br>Delaware Attorney General<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington, DE 19801 |
| Mr. Irvin B. Nathan<br>District of Columbia Attorney General<br>One Judiciary Square<br>441 4th St., NW, Suite 1145S<br>Washington, DC  20001 | Ms. Pam Bondi<br>Florida Attorney General<br>The Capitol PL 01<br>Tallahassee, FL 32399-1050 |
| Mr. Sam Olens<br>Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 | Mr. Leonardo M.  Rapadas<br>Guam Attorney General<br>287 West O'Brien Dr.<br>Hagatna, Guam 96910 |
| Mr. David M. Louie<br>Hawaii Attorney General<br>425 Queen St.<br>Honolulu, HI 96813 | Mr. Lawrence G. Wasden<br>Idaho Attorney General<br>700 W. Jefferson St., Suite 210<br>P. O. Box 83720<br>Boise, ID  83720-0010 |

| | |
|---|---|
| Ms. Lisa Madigan<br>Illinois Attorney General<br>100 West Randolph Street<br>Chicago, IL 60601 | Mr. Greg Zoeller<br>Indiana Attorney General<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204 |
| Mr. Tom Miller<br>Iowa Attorney General<br>1305 E. Walnut Street<br>Des Moines, IA 50319 | Mr. Derek Schmidt<br>Kansas Attorney General<br>120 SW 10th Ave., 2nd Fl.<br>Topeka, KS 66612 |
| Mr. Jack Conway<br>Kentucky Attorney General<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY 40601 | Mr. James D. "Buddy" Caldwell<br>Louisiana Attorney General<br>P.O. Box 94005<br>Baton Rouge, LA 70804-9005 |
| Mr. William J. Schneider<br>Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333 | Mr. Douglas F. Gansler<br>Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202 |
| Ms. Martha Coakley<br>Massachusetts Attorney General<br>One Ashburton Place<br>Boston, MA 02108-1518 | Mr. Bill Schuette<br>Michigan Attorney General<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing, MI 48909 |
| Ms. Loris Swanson<br>Minnesota Attorney General<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN  55101 | Mr. Jim Hood<br>Mississippi Attorney General<br>Department of Justice<br>P. O. Box 220<br>Jackson, MS 39205 |

| | |
|---|---|
| Mr. Chris Koster<br>Missouri Attorney General<br>Supreme Ct. Bldg.<br>207 W. High St.<br>P.O. Box 899<br>Jefferson City, MO 65102 | Mr. Steve Bullock<br>Montana Attorney General<br>Department of Justice<br>P.O. Box 201401<br>Helena, MT 59620-1401 |
| Mr. Jon Bruning<br>Nebraska Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509 | Ms. Catherine Cortez Masto<br>Nevada Attorney General<br>Old Supreme Ct. Bldg.<br>100 North Carson Street<br>Carson City, NV 89701-4717 |
| Mr. Michael Delaney<br>New Hampshire Attorney General<br>33 Capitol St.<br>Concord, NH 03301 | Mr. Jeffrey S. Chiesa<br>New Jersey Attorney General<br>P.O. Box 080<br>Trenton, NJ 08625-0080 |
| Mr. Gary King<br>New Mexico Attorney General<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | Mr. Eric T. Schneiderman<br>New York Attorney General<br>Albany, NY 12224-0341 |
| Mr. Roy Cooper<br>North Carolina Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 | Mr. Wayne Stenehjem<br>North Dakota Attorney General<br>600 E. Boulevard Ave.<br>Dept. 125<br>Bismarck, ND 58505 |

| | |
|---|---|
| Mr. Viola Alepuyo<br>Northern Mariana Islands Acting Attorney General<br>Juan A. Saplan Memorial Building, 2nd Fl.<br>Caller Box 10007<br>Capitol Hill<br>Saipan MP 96950-5148 | Mr. Mike DeWine<br>Ohio Attorney General<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215 |
| Mr. E. Scott Pruitt<br>Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | Ms. Ellen F. Rosenblum<br>Oregon Attorney General<br>1162 Court St., NE<br>Salem, OR 97301-4096 |
| Ms. Linda L. Kelly<br>Pennsylvania Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 | Mr. Guillermo A. Somoza-Colombani<br>Puerto Rico Attorney General<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 |
| Mr. Peter Kilmartin<br>Rhode Island Attorney General<br>150 South Main St.<br>Providence, RI 02903 | The Honorable Alan Wilson<br>South Carolina Attorney General<br>P.O. Box 11549<br>Columbia, SC 29211 |
| Mr. Marty J. Jackley<br>South Dakota Attorney General<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501-8501 | Mr. Robert E. Cooper, Jr.<br>Tennessee Attorney General<br>P. O. Box 20207<br>Nashville, TN 37202-0207 |
| Mr. Greg Abbott<br>Texas Attorney General<br>Capitol Station<br>P. O. Box 12548<br>Austin, TX 78711-2548 | Mr. Mark Shurtleff<br>Utah Attorney General<br>Utah State Capitol Complex<br>350 North State St., Suite 230<br>Salt Lake City, UT  84114-2320 |

| | |
|---|---|
| Mr. William H. Sorrell<br>Vermont Attorney General<br>109 State St.<br>Montpelier, VT 05609-1001 | Mr. Vincent F. Frazer<br>Virgin Islands Attorney General<br>34-38 Kronprinsdens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, VI 00802 |
| Mr. Kenneth T. Cuccinelli, II<br>Virginia Attorney General<br>900 East Main St.<br>Richmond, VA 23219 | Mr. Rob McKenna<br>Washington Attorney General<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 |
| Mr. Darrell V. McGraw, Jr.<br>West Virginia Attorney General<br>State Capitol Complex<br>Bldg. 1, Room E-26<br>Charleston, WV 25305 | Mr. J.B. Van Hollen<br>Wisconsin Attorney General<br>P.O. Box 7857<br>Madison, WI 53707-7857 |
| Mr. Gregory A. Phillips<br>Wyoming Attorney General<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne, WY 82002 | Department of Professional and Occupational Regulation<br>9960 Mayland Drive<br>Suite 400<br>Richmond, Virginia 23233-1463 |