# *EXHIBIT 4*



**ZELLE HOFMANN**
ZELLE HOFMANN VOELBEL & MASON LLP

950 WINTER STREET - SUITE 1300
WALTHAM, MASSACHUSETTS 02451
781-466-0700 MAIN    781-466-0701 FAX

CATHERINE M. COLINVAUX
ccolinvaux@zelle.com
(781) 466-0704

November 5, 2012

**<u>Via Certified Mail, Return Receipt Requested</u>**

Mr. Eric H. Holder, Jr.
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

> **RE: Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715 – Settlement Agreement in MDL No. 2047 Regarding Chinese Drywall Claims Against Non-Manufacturing Defendants Insured By Nationwide**

Dear Mr. Holder:

Enclosed please find a Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715 (the "Notice"), which is being submitted to you on behalf of all settling defendants in the described settlement (*viz.*, both the Participating Defendants and the Participating Insurers).

The enclosed Notice is being submitted to you to discharge these parties' obligations under Section 1715. If you need any additional information or have any questions, please contact the undersigned.

Very truly yours,

Catherine M. Colinvaux
Counsel for the Participating Insurers

CMC/ds
Enclosure (CAFA Notice and attachments/CD)