**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**FOURTH SUPPLEMENTAL NOTICE OF FILING BY**
**CLASS COUNSEL (RE: RESCISSION OF TIMELY OPT-OUTS)**

PLEASE TAKE NOTICE that pursuant to the various settlement agreements that were

preliminarily approved by the Court, class counsel hereby submit the attached rescissions of opt-

outs that were timely served on class counsel, as follows:

     A.     **Recisions of Opt-Outs**–See attached chart and Exhibit A

     Respectfully submitted,

Dated: November 8, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin
Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

**CLASS COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 8th day of November, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*

# IN RE CHINESE DRYWALL LITIGATION

## RESCISSIONS OF SETTLEMENT EXCLUSIONS

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
|  | RESCISSIONS | |  |
| 1. | Arzillo, Richard And Gretchen | Mark A. Salky Greenberg Traurig | Global |
| 2. | Belyshev, Nina and Vladimir |  | L&W, Knauf |
| 3. | Booker, Joseph and Brenda | McCallum Hoaglund Eric Hoaglund | Global, Knauf, InEx |
| 4. | Carlin, Charles and Yvonne | W. Brian Collins Collins & Horsley | Global, Knauf, InEx |
| 5. | Demedicis, Jan and Jack | McCallum Hoaglund Eric Hoaglund | Global, InEx |
| 6. | Ellis, Ray and Kristin | Gentle, Turner Sexton K. Edward Sexon | Global, Knauf, InEx |
| 7. | Federico, Nino and Doreen | C. David Durkee Roberts & Durkee | Banner, Global, Knauf |
| 8. | Gant, Jon Thomas | Gentle, Turner Sexton K. Edward Sexon | Global, Knauf, InEx |
| 9. | Garcia, Jose and Elizabeth | Victor Diaz | Banner, Global, Knauf |
| 10. | GL Homes | Mark A. Salky Greenberg Traurig | Banner |
| 11. | Havard, Michael and Cecila | Gentle, Turner Sexton K. Edward Sexon | Global, Knauf, InEx |
| 12. | Hayes, Brian | W. Brian Collins Collins & Horsley | Global, Knauf, InEx |
| 13. | Hovstone Properties Florida, | Gene Polyak | Global |

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
| --- | --- | --- | --- |
|     | LLC | Gilzin Sumberg | (14 properties) |
| 14. | Juliano, Jasper | Gentle, Turner Sexton<br>K. Edward Sexon | Global, Knauf, InEx |
| 15. | K. Hovnanian Development of New Jersey, Inc. | Gene Polyak<br>Gilzin Sumberg | InEx<br>(26 properties) |
| 16. | K. Hovnanian Developments of Texas, Inc. | Gene Polyak<br>Gilzin Sumberg | InEx<br>(26 properties) |
| 17. | K. Hovnanian First Homes, LLC | Gene Polyak<br>Gilzin Sumberg | Global<br>(6 properties) |
| 18. | K. Hovnanian Homes of Houston, LLC | Gene Polyak<br>Gilzin Sumberg | InEx |
| 19. | K. Hovnanian of Houston, II, LLC | Gene Polyak<br>Gilzin Sumberg | InEx |
| 20. | K. Hovnanian T&C Homes at Florida, LLC | Gene Polyak<br>Gilzin Sumberg | Global<br>(14 properties) |
| 21. | K. Hovnanian Windward Homes, LLC | Gene Polyak<br>Gilzin Sumberg | Global<br>(3 properties) |
| 22. | Leggett, Nona Due | McCallum Hoaglund<br>Eric Hoaglund | Global, InEx |
| 23. | Madden, Michael and Ashley | Eric D. Hoaglund<br>McCallum Hoaglund | Global, Knauf, InEx |
| 24. | Moore, Victor | Eric D. Hoaglund<br>McCallum Hoaglund | Global, Knauf, InEx |
| 25. | Nabors, Jason and Rhonda | McCallum Hoaglund<br>Eric Hoaglund | Global, Knauf, InEx |
| 26. | Niswonger, Mary | Tom W. Thornhill | InEx |
| 27. | Orlowski, David | David Bierman<br>Florida Advocates | Banner |
| 28. | Pena, Adelky | C. David Durkee<br>Roberts & Durkee | Banner |

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
| --- | --- | --- | --- |
| 29. | Ranelli, Frank and Rosalind | W. Brian Collins Collins & Horsley | Global, Knauf, InEx |
| 30. | Richardson, Keith and Cherie | McCallum Hoaglund Eric Hoaglund | Global, Knauf, InEx |
| 31. | Ridley, Arnold and Rada | McCallum Hoaglund Eric Hoaglund | Global, Knauf, InEx |
| 32. | Saintil, Ducasse and Mercegrace[1] | | InEx |
| 33. | Savarese, Michael | | Knauf |
| 34. | Skair, Kevin and Skair, Fabiola Torres | Pete V. Albanis Morgan & Morgan | Global |
| 35. | Stovall, Virginia and Daniel | Tom W. Thornhill | Knauf |
| 36. | Torres, Ramiro Barajas and Noel | Daniel Bryson Whitfield Bryson & Mason, LLP | Global |

1.An Original opt-out was never received.