# EXHIBIT A

Nov.

~~October~~ **2**, 2012

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:     Election to Rescind Opt-Out from Builder, Installer, Supplier and
        Participating Insurer Settlement Class in the Chinese Drywall Action

The undersigned hereby rescind their opt out from the Builder, Installer, Supplier
and Participating Insurer Settlement Class in the Chinese Drywall Action.

Affected Property Address:     3935 Rollingsford Circle, Lakeland, Florida 33810

_____        _____
Richard Arzillo                ~~Joanna Arzillo~~
                               Gretchen

11-2-12                        11-2-12
Date                           Date

3935 Rollingsford Cir          Lakeland, FL 33810
Current Address                Current Address

**Nina Belyshev and Vladimir Belyshev**
**133 Lennys Way**
**West Springfield, MA 01089**

November 1, 2012

Levin, Fishbein, Sedran & Berman
L&W Class Counsel, Mr. Arnold Levin
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Herman, Herman, Katz & Cotlar, LLP
Mr. Russ M. Herman
820 O'Keefe Avenue
New Orleans, LA 70113

Haynsworth Sinkler Boyd, P.A.
Mr. W. David Conner
P.O. Box 2048
Greenville, SC 29602

Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

   In Re: *Chinese Manufactured Drywall Products Liability*
          *Litigation – U.S.D.C. Eastern District of Louisiana*
   Case No.: *MDL NO. 2047*
   *OPT-BACK IN*

Dear Sirs:

We are Nina Belyshev and Vladimir Belyshev. Our current

residence is 133 Lennys Way, West Springfield, MA 01089. We are

opting back into the settlement reached in the above referenced

action. This concerns our home located at 107 Beryl Drive,

Rotonda, Florida, which was damaged by Chinese Drywall.

The undersigned hereby opts back into the L&W Class in the Chinese Drywall Action and acknowledges that the undersigned wish to receive benefits under the L&W Settlement or the Knauf Class Settlement. Our opt-out notice to you is hereby rescinded.

Sincerely,

_Nina Belyshev_

Nina Belyshev

_Vladimir Belyshev_

Vladimir Belyshev

H. Minor Pipes, III
Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC
909 Poydras St., Ste. 2400
New Orleans, LA 70112


RE:   Booker & Brenda Joseph

We, Booker Joseph, who reside at 1041 Edgewater Lane, Chelsea, Alabama 35043, hereby
rescind our opt outs from the Knauf Settlement, the InEx Settlement and the Global Builder
Settlement previously filed on September 27, 2012.

_____
Booker Joseph

_____
Brenda Joseph


Date: _10_|_31_|_12_

VIA FAX: 215-592-4663                        VIA FAX: 504-561-6024
Arnold Levin, Esq.                           Russ M. Herman, Esq.
Levin, Fishbein, Sedran, & Berman            Herman, Herman & Katz, L.L.P.
510 Walnut Street, Suite 500                 820 O'Keefe Avenue
Philadelphia, PA 19106                       New Orleans, LA 70113

Re: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Easter District of Louisiana

**Notice of Rescission of Opt-Out**

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers ( the "Global Settlement"), please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement.

Please consider this notice of our desire to rescind our opt-outs as to the Knauf Plasterboard Tianjin (KPT) Settlement.

Please consider this notice of our desire to rescind our opt-out as to the Interior/Exterior (INEX) Settlement.

My/Our address of the property damaged by the Chinese Drywall is:

2395 ARBOR Glenn, Hover AL 35244
Address          City          State          Zip

_Charles E Carlin_          CHARLES E. CARLIN          11/05/12
Signature                   Printed Name               Date

_Yvonne V Carlin_          Yvonne V. Carlin          11/05/12
Signature                   Printed Name               Date

Counsel for the above homeowners: _____
                         W. Brian Collins, COLLINS & HORSLEY, P.C.

H. Minor Pipes, III
Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC
909 Poydras St., Ste. 2400
New Orleans, LA 70112

RE:    Jan and Jack Demedicis

We, Jan and Jack Demedicis, who resides at 5812 Chestnut Trace, Birmingham, Alabama 35244, hereby rescind our opt outs from the InEx Settlement and the Global Builder Settlement previously filed on September 27, 2012.

Jan Demedicis

Jack Demedicis

Date: 11-01-12

H. Minor Pipes, III
Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC
909 Poydras St., Ste. 2400
New Orleans, LA 70112

RE:   Ray and Kristin Ellis

We, Ray and Kristin Ellis, who reside at 1045 Riviera Drive, Calera, Alabama 35040
hereby rescind our opt outs from the Knauf Settlement, the InEx Settlement and the
Global Builder Settlement previously filed on September 27, 2012.

_____
Ray Ellis

_____
Kristin Ellis

Date: _11-1-12_

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

November 5, 2012

**Via Certified U.S. Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Re:   **CHINESE DRYWALL LITIGATION**
        MDL NO. 2047

Dear Sirs:

This letter shall serve as a formal request on behalf of my client, Nino Federico,  with property at 2421 NE 65th Street, #602, Fort Lauderdale, FL 33308, to withdraw any prior opt out forms filed on his behalf to the Knauf Settlement, Banner Settlement and Builder, Installer, Supplier and Participating Insurer Settlement.

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office.  Thank you.

Very truly yours,

C. David Durkee

H. Minor Pipes, III
Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC
909 Poydras St., Ste. 2400
New Orleans, LA 70112

RE:   Jon Thomas Gant, Jr.

I, Jon Thomas Gant, Jr., who resides at 2401 Chalybe Trail, Hoover, Alabama 35226
hereby rescind my opt out from the Knauf Settlement, the InEx Settlement and the
Global Builder Settlement previously filed on September 27, 2012.

Jon Thomas Gant, Jr.

Date: 10/31/12



## REVOCATION/WITHDRAWL OF PRIOR REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS
### CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby **revokes/withdraws** the prior opt out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Jose_____ _I_____ _Garcia_____
       First         Middle         Last

Current
Address: _____9345 Balada St_____
        Street Address
_____Coral Gables FL 33156_____
        City, State, Zip

Effected
Property
Address: _____9345 Balada St_____
        Street Address
_____Coral Gables, FL 33156_____
        City, State, Zip

Executed by: _____  __11/1/12__
        Signature                   Date

To:    Arnold Levin, Esq.
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106

        Todd R. Ehrenreich, Esq.
        WEINBERG        WHEELER
        HUDGINS GUNN & DIAL LLC.
        2601 South Bayshore Drive, Suite 1500
        Miami, Fl 33133

        Michael P. Peterson, Esq.
        PETERSON & ESPINO, P.A.
        10631 SW 88th Street, Suite 220
        Miami, Fl 33186

        Dorothy Wimberly, Esq.
        STONE PIGMAN WALTHER WITTMAN LLC
        546 Carondelet Street
        New Orleans, LA 70130

        Michael A. Sexton, Esq.
        WEINBERG     WHEELER     HUDGINS GUNN & DIAL LLC.
        3344 Peachtree Road, NE Suite 2400
        Atlanta, GA 30326

## REVOCATION/WITHDRAWL OF PRIOR REQUEST FOR EXCLUSION ("OPT OUT")
### KNAUF SETTLEMENT CLASS
CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby **revokes/withdraws** the prior opt out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _Jose_ _I_ _Garcia_
      First        Middle        Last

Current
Address: _9345 Balada St_
      Street Address
_Coral Gables, FL 33156_
      City, State, Zip

Effected
Property
Address: _9345 Balada St_
      Street Address
_Coral Gables, FL_
      City, State, Zip

Executed by: _(signature)_      _11/1/12_
      Signature        Date

To:  **Arnold Levin, Esq.**
    LEVIN, FISHBEIN, ET., AL.
    510 Walnut Street, Suite 500
    Philadelphia, PA 19106

    **Kerry Miller, Esq.**
    FRILOT, LLC
    1100 Poydras Street, Suite 3700
    New Orleans, LA 70163

**Russ Herman, Esq.**
HERMAN, HERMAN, KATZ, ET., AL.
820 O'Keefe Avenue
New Orleans, LA 70113

# REVOCATION/WITHDRAWL OF PRIOR REQUEST FOR EXCLUSION ("OPT OUT")
## BUILDER, INSTALLER, SUPPLIER
## & PARTICIPATING INSURER SETTLEMENT CLASS
### CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby **revokes/withdraws** the prior opt out from the Builder, Installer, Supplier & Participating Insurer Settlement Class (as to Participating Defendant Mandy's Drywall) in the Chinese Drywall Action.

Name: _Jose_____ _I_____ _Garcia_____
      First      Middle      Last

Current
Address: _9345 Balada St_____
      Street Address
      _Coral Gables FL 33156_____
      City, State, Zip

Effected
Property
Address: _9345 Balada St_____
      Street Address
      _Coral Gables FL 33156_____
      City, State, Zip

Executed by: _____   _11/1/12_____
      Signature             Date

To:  **Arnold Levin, Esq.**      **Russ Herman, Esq.**
    LEVIN, FISHBEIN, ET., AL.    HERMAN, HERMAN, KATZ, ET., AL.
    510 Walnut Street, Suite 500   820 O'Keefe Avenue
    Philadelphia, PA 19106      New Orleans, LA 70113

# GLHOMES®

1600 Sawgrass Corporate Parkway
Suite 400
Sunrise, Florida 33323
Tel 954-753-1730
Fax 954-753-4509
www.glhomes.com

*Heather C. Keith*
*(954) 603-0383 – direct dial*
*(954) 575-5383 – direct fax*
heather.keith@glhomes.com

November 5, 2012

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esq.
Peterson & Espino, P.A.
10631 S.W. 88th Street
Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esq.
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:    **Election to Rescind Opt-Out from Banner Settlement Class in the Chinese Drywall Action**

The undersigned hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall Action, for the following affected property:

<u>Affected Property Address:</u>    17683 SW 47th Street, Miramar, FL 33029 (Sunset Falls - Lot 89)[1]

**Miramar Associates IV, LLLP**
**1600 Sawgrass Corporate Parkway**
**Suite 400**
**Sunrise, Florida 33323**

Signature:    *Heather C Keith*

Print Name:    Heather C. Keith

Title:    Assistant General Counsel

Date:    November 5, 2012

---

[1]    The installer of the defective Chinese-manufactured drywall in this home was Beta Drywall, LLC.  The supplier of the drywall was Banner Supply Co. and/or Banner Supply Company Pompano LLC.  The manufacturer of the defective Chinese-manufactured drywall in this home was Knauf Plasterboard (Tianjin) Co. Ltd. and/or Knauf Gips KG.

H. Minor Pipes, III
Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC
909 Poydras St., Ste. 2400
New Orleans, LA 70112

RE:   Michael and Cecila Havard

We, Michael and Cecila Havard, who reside at 16322 County Road 9, Summerdale, Alabama 36580   hereby rescind our opt outs from the Knauf Settlement, the InEx Settlement and the Global Builder Settlement previously filed on September 27, 2012.

Michael  Havard

Cecila  Havard

D a t e :   _11-5-12_ _ _ _ _ _ _ _ _

VIA FAX: 215-592-4663
Arnold Levin, Esq.
Levin, Fishbein, Sedran, & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

VIA FAX: 504-561-6024
Russ M. Herman, Esq.
Herman, Herman & Katz, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Re: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Easter District of Louisiana

**Notice of Rescission of Opt-Outs for the Global, KPT and INEX settlements**

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers ( the "Global Settlement"), please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement.

Please consider this notice of our desire to rescind our opt-outs as to the Knauf Plasterboard Tianjin (KPT) Settlement.

Please consider this notice of our desire to rescind our opt-out as to the Interior/Exterior (INEX) Settlement.

My/Our address of the property damaged by the Chinese Drywall is:

_1031 Morgauna Rd._    _Cahera_    _Al_    _35040_
Address                City        State   Zip

_BDH_                  _Brian D. Hayes_    _11/5/12_
Signature              Printed Name        Date

_____          _____       _____
Signature              Printed Name        Date

Counsel for the above homeowners: _____
W. Brian Collins, COLLINS & HORSLEY, P.C.

## NOTICE OF RESCISSION OF CLASS MEMBER OPT OUT FROM GLOBAL SETTLEMENT

**VIA FIRST-CLASS MAIL**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suit 500
Philadelphia, PA 19106

**VIA FIRST-CLASS MAIL**
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   In Re: Chinese Manufactured Drywall Products Liability Litigation, Rescission of Opt Out from Global Settlement

The undersigned hereby rescinds its opt out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

**The full name and current address of the person seeking to rescind the opt out:**

Hovstone Properties Florida, LLC., 110 West Front Street, Red Bank, NJ 07701.

**The address of the property:**

8718 Tally Ho Lane
Royal Palm Beach, FL  33411

8695 Tally Ho Lane
Royal Palm Beach, FL  33411

8639 Tally Ho Lane
Royal Palm Beach, FL  33411

8781 Tally Ho Lane
Royal Palm Beach, FL  33411

8662 Tally Ho Lane
Royal Palm Beach, FL  33411

8694 Tally Ho Lane
Royal Palm Beach, FL  33411

8773 Tally Ho Lane
Royal Palm Beach, FL  33411

8647 Tally Ho Lane
Royal Palm Beach, FL  33411

1

140 Belle Grove Lane
Royal Palm Beach, FL  33411

184 Belle Grove Lane
Royal Palm Beach, FL  33411

8638 Tally Ho Lane
Royal Palm Beach, FL  33411

8774 Tally Ho Lane
Royal Palm Beach, FL  33411

160 Belle Grove Lane
Royal Palm Beach, FL  33411

92 Belle Grove Lane
Royal Palm Beach, FL  33411


**Hovstone Properties Florida, LLC**

By:_____

Name:_____
        Michael Discafani
        Vice President

Title:_____

Date:____10 - 25 - 2012_____

MIAMI 3366375.1 78603/33069

2

<u>NOTICE OF RESCISSION OF CLASS MEMBER OPT OUT FROM GLOBAL SETTLEMENT</u>

**VIA FIRST-CLASS MAIL**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suit 500
Philadelphia, PA 19106

**VIA FIRST-CLASS MAIL**
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

> Re:   In Re: Chinese Manufactured Drywall Products Liability Litigation, Rescission of Opt Out from Global Settlement

The undersigned hereby rescinds its opt out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

**The full name and current address of the person seeking to rescind the opt out:**

Hovstone Properties Florida, LLC., 110 West Front Street, Red Bank, NJ 07701.

**The address of the property:**

8718 Tally Ho Lane
Royal Palm Beach, FL  33411

8695 Tally Ho Lane
Royal Palm Beach, FL  33411

8639 Tally Ho Lane
Royal Palm Beach, FL  33411

8781 Tally Ho Lane
Royal Palm Beach, FL  33411

8662 Tally Ho Lane
Royal Palm Beach, FL  33411

8694 Tally Ho Lane
Royal Palm Beach, FL  33411

8773 Tally Ho Lane
Royal Palm Beach, FL  33411

8647 Tally Ho Lane
Royal Palm Beach, FL  33411

1

140 Belle Grove Lane
Royal Palm Beach, FL  33411

184 Belle Grove Lane
Royal Palm Beach, FL  33411

8638 Tally Ho Lane
Royal Palm Beach, FL  33411

8774 Tally Ho Lane
Royal Palm Beach, FL  33411

160 Belle Grove Lane
Royal Palm Beach, FL  33411

92 Belle Grove Lane
Royal Palm Beach, FL  33411

**Hovstone Properties Florida, LLC**

By: _____

Name: ____Michael Discafani_____
____Vice President____

Title: _____

Date: ____10-25-2012_____

H. Minor Pipes, III
Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC
909 Poydras St., Ste. 2400
New Orleans, LA 70112

RE:   Jasper C. Juliano

I, Jasper C. Juliano, who resides at 5816 Water Point Lane, Hoover, Alabama 35244
hereby rescind my opt out from the Knauf Settlement, the InEx Settlement and the
Global Builder Settlement previously filed on September 27, 2012.

Jasper C. Juliano

Date: 11/1/12

## NOTICE OF RESCISSION OF OPT OUT FROM InEx SETTLEMENT

**VIA FIRST-CLASS MAIL**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suit 500
Philadelphia, PA 19106

**VIA FIRST-CLASS MAIL**
Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Re:     **In Re: Chinese Manufactured Drywall Products Liability Litigation,
         Rescission of Opt Out from InEx Settlement**

The undersigned hereby rescinds the opt out from the InEx Settlement Class in the Chinese Drywall Action attached hereto as Exhibit A.

K. Hovnanian Developments of New Jersey, Inc.

By:

Name:      Michael Discafani
            Vice President

Title:

Date:      10-25-2012

MIAMI 3366595.1 78603/33069

## NOTICE OF OPT OUT FROM InEx SETTLEMENT

**VIA FIRST-CLASS MAIL**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suit 500
Philadelphia, PA 19106

**VIA FIRST-CLASS MAIL**
Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Re:     In Re: Chinese Manufactured Drywall Products Liability Litigation, Opt Out
        Notice from InEx Settlement

The undersigned hereby opts out from the InEx Settlement Class in the Chinese Drywall Action.

The full name and current address of the person electing to opt out:

K. Hovnanian Developments of New Jersey, Inc., 110 Fieldcrest Avenue, Edison, NJ 08818.

The address of the properties:

| | | | |
|---|---|---|---|
| 5503 SILVER CANYON LN | Rosharon | TX | 77583 |
| 19506 GREENCHASE LN | Houston | TX | 77073 |
| 1011 GRASSYVIEW DRIVE | Houston | TX | 77073 |
| 19923 CYPRESSWOOD SQUARE | Spring | TX | 77373 |
| 11927 LONGWOOD GARDEN WAY | Houston | TX | 77047 |
| 5516 MOSS HILL LN | Rosharon | TX | 77583 |
| 6412 LARRY CREST DRIVE | Pearland | TX | 77684 |
| 1673 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 1063 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 19314 AQUATIC DRIVE | Humble | TX | 77346 |
| 11913 SANSPEREIL DRIVE | Houston | TX | 77047 |
| 5609 SAVANNAH WOODS LANE | Rosharon | TX | 77583 |
| 512 FALCON LAKE DRIVE | Friendswood | TX | 77546 |
| 1047 VERDE TRAILS LN | Houston | TX | 77073 |
| 2001 CARDINAL RIDGE CIRCLE | Friendswood | TX | 77546 |
| 165 PALCIO REAL DRIVE | Houston | TX | 77047 |
| 6309 LARRYCREST DRIVE | Pearland | TX | 77684 |
| 1673 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 1055 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 1667 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 1079 VERDE TRAILS DRIVE | Houston | TX | 77073 |

1



EXHIBIT
A

| | | | |
|---|---|---|---|
| 1661 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 6509 HILLOCK LN | Pearland | TX | 77584 |
| 1071 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 2008 SPARROW CIRCLE | Friendswood | TX | 77546 |
| 11829 LONGWOOD GARDEN WAY | Houston | TX | 77047 |

To the best of the Class Member's knowledge, the identities of every purchaser, supplier, marketer, installer, builder, developer and its/their insurers, and any other Participating Defendant and Participating Insurer against which the Class Member intends to pursue its claims:

Interior/Exterior Building Supply, L.P., Arch Insurance Company, Liberty Insurance Company, North River Insurance Company, and any other insurance company with applicable coverage. Additionally, the Knauf entities and their insurers.

K. Hovnanian Developments of New Jersey, Inc.

By: _____

Name: __Michael Discenza__
Vice President

Title: _____

Date: __9-28-2012__

MIAMI 3335084.3 78603/33069

2

<u>NOTICE OF RESCISSION OF OPT OUT FROM InEx SETTLEMENT</u>

**VIA FIRST-CLASS MAIL**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suit 500
Philadelphia, PA 19106

**VIA FIRST-CLASS MAIL**
Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Re:     In Re: Chinese Manufactured Drywall Products Liability Litigation,
Rescission of Opt Out from InEx Settlement

The undersigned hereby rescinds the opt out from the InEx Settlement Class in the Chinese Drywall Action attached hereto as <u>Exhibit A.</u>

K. Hovnanian Developments of Texas, Inc.

By: _____

Name: _____
Michael DiscaFani,
Vice-President

Title: _____

Date: _10-25-2012_____

MIAMI 3366592.1 78603/33069

## NOTICE OF OPT OUT FROM InEx SETTLEMENT

**VIA FIRST-CLASS MAIL**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suit 500
Philadelphia, PA 19106

**VIA FIRST-CLASS MAIL**
Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Re:   In Re: Chinese Manufactured Drywall Products Liability Litigation, Opt Out
Notice from InEx Settlement

The undersigned hereby opts out from the InEx Settlement Class in the Chinese Drywall Action.

**The full name and current address of the person electing to opt out:**

K. Hovnanian Developments of Texas, Inc., 13111 Northwest Freeway, Suite 310, Houston, Texas 77040

**The address of the properties:**

| | | | |
|---|---|---|---|
| 5503 SILVER CANYON LN | Rosharon | TX | 77583 |
| 19506 GREENCHASE LN | Houston | TX | 77073 |
| 1011 GRASSYVIEW DRIVE | Houston | TX | 77073 |
| 19923 CYPRESSWOOD SQUARE | Spring | TX | 77373 |
| 11927 LONGWOOD GARDEN WAY | Houston | TX | 77047 |
| 5516 MOSS HILL LN | Rosharon | TX | 77583 |
| 6412 LARRY CREST DRIVE | Pearland | TX | 77584 |
| 1673 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 1063 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 19314 AQUATIC DR | Humble | TX | 77346 |
| 11913 SANSPEREIL DRIVE | Houston | TX | 77047 |
| 5609 SAVANNAH WOODS LANE | Rosharon | TX | 77583 |
| 512 FALCON LAKE DRIVE | Friendswood | TX | 77546 |
| 1047 VERDE TRAILS LN | Houston | TX | 77073 |
| 2001 CARDINAL RIDGE CIRCLE | Friendswood | TX | 77546 |
| 165 PALCIO REAL DRIVE | Houston | TX | 77047 |
| 6309 LARRYCREST DRIVE | Pearland | TX | 77584 |
| 1673 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 1055 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 1657 NICHOLE WOODS DRIVE | Houston | TX | 77047 |



EXHIBIT

A

1

| 1079 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 1661 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 6609 HILLOCK LN    Pearland | | TX | 77584 |
| 1071 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 2008 SPARROW CIRCLE | Friendswood | TX | 77546 |
| 11629 LONGWOOD GARDEN WAY | Houston | TX | 77047 |

To the best of the Class Member's knowledge, the identities of every purchaser, supplier, marketer, installer, builder, developer and its/their insurers, and any other Participating Defendant and Participating Insurer against which the Class Member intends to pursue its claims:

Interior/Exterior Building Supply, L.P., Arch Insurance Company, Liberty Insurance Company, North River Insurance Company, and any other insurance company with applicable coverage. Additionally, the Knauf entities and their insurers.

K. Hovnanian Developments of Texas, Inc.

By: _____

Name: Michael Dieterich
         Vice President

Title: _____

Date: 9-28-2012

MIAMI 3331627.4 78603/33069

2

## NOTICE OF RESCISSION OF CLASS MEMBER OPT OUT FROM GLOBAL SETTLEMENT

**VIA FIRST-CLASS MAIL**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suit 500
Philadelphia, PA 19106

**VIA FIRST-CLASS MAIL**
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:  In Re: Chinese Manufactured Drywall Products Liability Litigation, Rescission of Opt Out from Global Settlement

The undersigned hereby rescinds its opt out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

The full name and current address of the person seeking to rescind the opt out:

K. Hovnanian First Homes, LLC., 5439 Beaumont Center Boulevard, Suite 1010, Tampa, FL 33634.

The address of the property:

4319 NW 36th Ave
Cape Coral, FL  33993

173 Meadow Road
Lehigh Acres, FL  33971

409 NW Juanita Court
Cape Coral, FL  33993

2511 56th St SW
Lehigh Acres, FL  33971

2013 NE 33rd Lane
Cape Coral, FL  33909

1908 NE 4th Ave
Cape Coral, FL

1

**K. Hovnanian First Homes, LLC.**

By: _____

Name: _____
Michael Disparani
Vice President

Title: _____

Date: _____ 10-25-2012 _____

MIAMI 3366386.1 78603/33069

2

## NOTICE OF RESCISSION OF CLASS MEMBER OPT OUT FROM GLOBAL SETTLEMENT

**VIA FIRST-CLASS MAIL**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suit 500
Philadelphia, PA 19106

**VIA FIRST-CLASS MAIL**
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   **In Re: Chinese Manufactured Drywall Products Liability Litigation, Rescission of Opt Out from Global Settlement**

The undersigned hereby rescinds its opt out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

**The full name and current address of the person seeking to rescind the opt out:**

K. Hovnanian First Homes, LLC., 5439 Beaumont Center Boulevard, Suite 1010, Tampa, FL 33634.

**The address of the property:**

4319 NW 36th Ave
Cape Coral, FL  33993

173 Meadow Road
Lehigh Acres, FL  33971

409 NW Juanita Court
Cape Coral, FL  33993

2511 56th St SW
Lehigh Acres, FL  33971

2013 NE 33rd Lane
Cape Coral, FL  33909

1908 NE 4th Ave
Cape Coral, FL

1

**K. Hovnanian First Homes, LLC.**

By: _____

Name: _____
          Michael Discefani
          Vice President

Title: _____

Date: _____10 - 25 - 2012_____

MIAMI 3366386.1 78603/33069

2

### NOTICE OF RESCISSION OF OPT OUT FROM InEx SETTLEMENT

**VIA FIRST-CLASS MAIL**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suit 500
Philadelphia, PA 19106

**VIA FIRST-CLASS MAIL**
Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

          Re:    In Re: Chinese Manufactured Drywall Products Liability Litigation,
                Rescission of Opt Out from InEx Settlement

       The undersigned hereby rescinds the opt out from the InEx Settlement Class in the Chinese Drywall Action attached hereto as Exhibit A.

K. Hovnanian Homes of Houston, LLC

By: _____

Name:   Michael Discafani
          Vice President

Title: _____

Date:   _10 - 25 - 2012_

MIAMI 3366584.1 78603/33069

1

## NOTICE OF OPT OUT FROM InEx SETTLEMENT

**VIA FIRST-CLASS MAIL**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suit 500
Philadelphia, PA 19106

**VIA FIRST-CLASS MAIL**
Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

     Re:    In Re: Chinese Manufactured Drywall Products Liability Litigation, Opt Out
           Notice from InEx Settlement

      The undersigned hereby opts out from the InEx Settlement Class in the Chinese Drywall
Action.

The full name and current address of the person electing to opt out:

K. Hovnanian Homes of Houston, LLC, formerly known as K. Hovnanian of Houston, LP d/b/a
Parkside Homes, 13111 Northwest Freeway, Suite 200, Houston, Texas 77040

The address of the properties:

| | | | |
|---|---|---|---|
| 20014 Rustic Lake Lane | Cypress | TX | 77433 |
| 20018 Rustic Lake Lane | Cypress | TX | 77433 |
| 20022 Rustic Lake Lane | Cypress | TX | 77433 |
| 20026 Rustic Lake Lane | Cypress | TX | 77433 |
| 19810 Lindenwick Court | Cypress | TX | 77433 |
| 19814 Lindenwick Court | Cypress | TX | 77433 |
| 7706 Galleon Field Lane | Cypress | TX | 77433 |
| 1708 Leafhopper Lane | Conroe | TX | 77301 |
| 1714 Leafhopper Lane | Conroe | TX | 77301 |
| 1719 Katydid Court | Conroe | TX | 77301 |
| 1721 Katydid Court | Conroe | TX | 77301 |
| 800 Belvedere Drive | Conroe | TX | 77301 |
| 800 Lightningbug Lane | Conroe | TX | 77301 |
| 802 Belvedere Drive | Conroe | TX | 77301 |
| 802 Lightningbug Lane | Conroe | TX | 77301 |
| 803 Dragonfly Drive | Conroe | TX | 77301 |
| 804 Lightningbug Lane | Conroe | TX | 77301 |

1



| | | | |
|---|---|---|---|
| 805 Dragonfly Drive | Conroe | TX | 77301 |
| 806 Lightningbug Lane | Conroe | TX | 77301 |
| 807 Dragonfly Drive | Conroe | TX | 77301 |
| 808 Lightningbug Lane | Conroe | TX | 77301 |
| 809 Dragonfly Drive | Conroe | TX | 77301 |
| 811 Dragonfly Drive | Conroe | TX | 77301 |
| 812 Dragonfly Drive | Conroe | TX | 77301 |
| 813 Dragonfly Drive | Conroe | TX | 77301 |
| 814 Dragonfly Drive | Conroe | TX | 77301 |
| 815 Dragonfly Drive | Conroe | TX | 77301 |
| 816 Dragonfly Drive | Conroe | TX | 77301 |
| 817 Dragonfly Drive | Conroe | TX | 77301 |
| 818 Dragonfly Drive | Conroe | TX | 77301 |
| 819 Dragonfly Drive | Conroe | TX | 77301 |
| 821 Dragonfly Drive | Conroe | TX | 77301 |
| 823 Dragonfly Drive | Conroe | TX | 77301 |
| 824 Lightningbug Lane | Conroe | TX | 77301 |
| 825 Dragonfly Drive | Conroe | TX | 77301 |
| 826 Lightningbug Lane | Conroe | TX | 77301 |
| 827 Dragonfly Drive | Conroe | TX | 77301 |
| 828 Lightningbug Lane | Conroe | TX | 77301 |
| 829 Dragonfly Drive | Conroe | TX | 77301 |
| 830 Lightningbug Lane | Conroe | TX | 77301 |
| 831 Dragonfly Drive | Conroe | TX | 77301 |
| 832 Belvedere Drive | Conroe | TX | 77301 |
| 832 Lightningbug Lane | Conroe | TX | 77301 |
| 833 Dragonfly Drive | Conroe | TX | 77301 |
| 10800 SouthLake Mist Lane | Willis | TX | 77318 |
| 10801 SouthLake Mist Lane | Willis | TX | 77318 |
| 10804 SouthLake Mist Lane | Willis | TX | 77318 |
| 10805 SouthLake Mist Lane | Willis | TX | 77318 |
| 10808 SouthLake Mist Lane | Willis | TX | 77318 |
| 10809 SouthLake Mist Lane | Willis | TX | 77318 |
| 10812 SouthLake Mist Lane | Willis | TX | 77318 |
| 10813 SouthLake Mist Lane | Willis | TX | 77318 |
| 10816 SouthLake Mist Lane | Willis | TX | 77318 |
| 10817 SouthLake Mist Lane | Willis | TX | 77318 |
| 10820 SouthLake Mist Lane | Willis | TX | 77318 |
| 10823 SouthLake Mist Lane | Willis | TX | 77318 |
| 10824 SouthLake Mist Lane | Willis | TX | 77318 |
| 10828 SouthLake Mist Lane | Willis | TX | 77318 |
| 10831 SouthLake Mist Lane | Willis | TX | 77318 |

| | | | |
|---|---|---|---|
| 10836 SouthLake Mist Lane | Willis | TX | 77318 |
| 10837 SouthLake Mist Lane | Willis | TX | 77318 |
| 10843 SouthLake Mist Lane | Willis | TX | 77318 |
| 10844 SouthLake Mist Lane | Willis | TX | 77318 |
| 10847 SouthLake Mist Lane | Willis | TX | 77318 |
| 10848 SouthLake Mist Lane | Willis | TX | 77318 |
| 10860 SouthLake Mist Lane | Willis | TX | 77318 |
| 10893 SouthLake Mist Lane | Willis | TX | 77318 |
| 10897 SouthLake Mist Lane | Willis | TX | 77318 |
| 16130 DuckTail Lane | Hockley | TX | 77447 |
| 16134 DuckTail Lane | Hockley | TX | 77447 |
| 26802 Mottled DuckCourt Lan | Hockley | TX | 77447 |
| 26810 Mottled DuckCourt Lan | Hockley | TX | 77447 |
| 26814 Mottled DuckCourt Lan | Hockley | TX | 77447 |
| 26906 WildDuck Lane | Hockley | TX | 77447 |
| 26910 WildDuck Lane | Hockley | TX | 77447 |
| 26914 WildDuck Lane | Hockley | TX | 77447 |
| 26915 WildDuck Lane | Hockley | TX | 77447 |
| 26918 WildDuck Lane | Hockley | TX | 77447 |
| 26922 WildDuck Lane | Hockley | TX | 77447 |
| 4010 MountEverestWay | Hockley | TX | 77447 |
| 4014 MountEverestWay | Hockley | TX | 77447 |
| 21802 Grassy Hill Lane | Spring | TX | 77388 |
| 21803 Grassy Hill Lane | Spring | TX | 77388 |
| 21810 Grassy Hill Lane | Spring | TX | 77388 |
| 21811 Grassy Hill Lane | Spring | TX | 77388 |
| 21814 MossyField Lane | Spring | TX | 77388 |
| 21818 MossyField Lane | Spring | TX | 77388 |
| 21819 Grassy Hill Lane | Spring | TX | 77388 |
| 21823 Grassy Hill Lane | Spring | TX | 77388 |
| 21838 MossyField Lane | Spring | TX | 77388 |
| 21839 Grassy Hill Lane | Spring | TX | 77388 |
| 21842 Grassy Hill Lane | Spring | TX | 77388 |
| 21850 MossyField Lane | Spring | TX | 77388 |
| 21858 MossyField Lane | Spring | TX | 77388 |
| 3902 MossyPlace Lane | Spring | TX | 77388 |
| 3906 MossyPlace Lane | Spring | TX | 77388 |
| 3910 MossyPlace Lane | Spring | TX | 77388 |
| 3914 MossyPlace Lane | Spring | TX | 77388 |
| 3918 MossyPlace Lane | Spring | TX | 77388 |
| 3922 MossyPlace Lane | Spring | TX | 77388 |
| 3926 MossyPlace Lane | Spring | TX | 77388 |

3

| | | | |
|---|---|---|---|
| 3930 MossyPlace Lane | Spring | TX | 77388 |
| 3934 MossyPlace Lane | Spring | TX | 77388 |
| 3938 MossyPlace Lane | Spring | TX | 77388 |
| 3942 MossyPlace Lane | Spring | TX | 77388 |
| 3946 MossyPlace Lane | Spring | TX | 77388 |
| 3950 MossyPlace Lane | Spring | TX | 77388 |
| 3954 MossyPlace Lane | Spring | TX | 77388 |
| 3958 MossyPlace Lane | Spring | TX | 77388 |
| 8974 MossyPlace Lane | Spring | TX | 77388 |
| 3978 MossyPlace Lane | Spring | TX | 77388 |
| 4006 MossyPlace Lane | Spring | TX | 77388 |
| 6603 Morningsage Lane | Houston | TX | 77088 |
| 6611 Morningsage Lane | Houston | TX | 77088 |
| 9647 Tell Meadow Lane | Houston | TX | 77088 |
| 20903 Torrence Falls Circle | Katy | TX | 77449 |
| 20906 HallColony Court | Katy | TX | 77449 |
| 20907 Torrence Falls Circle | Katy | TX | 77449 |
| 20910 HallColony Court | Katy | TX | 77449 |
| 20911 Torrence Falls Circle | Katy | TX | 77449 |
| 6210 Settlers LakeCircle We | Katy | TX | 77449 |
| 20803 Settlers LakeCircleN | Katy | TX | 77449 |
| 20827 Settlers LakeCircle N | Katy | TX | 77449 |
| 20502 Providence Point Dr. | Katy | TX | 77449 |
| 20707 Settlers LakeCircle N | Katy | TX | 77449 |
| 20715 Settlers LakeCircle N | Katy | TX | 77449 |
| 20739 Settlers LakeCircle N | Katy | TX | 77449 |
| 20747 Settlers LakeCircle N | Katy | TX | 77449 |
| 20755 Settlers LakeCircle N | Katy | TX | 77449 |
| 6202 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6203 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6206 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6207 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6210 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6215 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6218 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6219 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6242 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6243 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6247 Settlers LakeCircle E. | Katy | TX | 77449 |
| 6251 Settlers LakeCircle E. | Katy | TX | 77449 |
| 20502 Patriot ParkLane | Katy | TX | 77449 |
| 20504 Patriot ParkLane | Katy | TX | 77449 |

4

| | | | |
|---|---|---|---|
| 20506 Patriot ParkLane | Katy | TX | 77449 |
| 20508 Patriot ParkLane | Katy | TX | 77449 |
| 20510 Patriot ParkLane | Katy | TX | 77449 |
| 20512 Patriot ParkLane | Katy | TX | 77449 |
| 20514 Patriot ParkLane | Katy | TX | 77449 |
| 20516 Patriot ParkLane | Katy | TX | 77449 |
| 20519 Patriot ParkLane | Katy | TX | 77449 |
| 20521 Patriot ParkLane | Katy | TX | 77449 |
| 20523 Patriot ParkLane | Katy | TX | 77449 |
| 20527 Patriot ParkLane | Katy | TX | 77449 |
| 20529 Patriot ParkLane | Katy | TX | 77449 |
| 20595 Patriot ParkLane | Katy | TX | 77449 |
| 20537 Patriot ParkLane | Katy | TX | 77449 |
| 20539 Patriot ParkLane | Katy. | TX | 77449 |
| 20541 Patriot ParkLane | Katy | TX | 77449 |
| 20543 Patriot ParkLane | Katy | TX | 77449 |
| 20545 Patriot ParkLane | Katy | TX | 77449 |
| 6334 Provident Green Drive | Katy | TX | 77449 |
| 6335  Provident Green Drive | Katy | TX | 77449 |
| 6338 Provident Green Drive | Katy | TX | 77449 |
| 6339  Provident Green Drive | Katy | TX | 77449 |
| 6342 Provident Green·Drive | Katy | TX | 77449 |
| 6343 Provident Green Drive | Katy | TX | 77449 |
| 6346 Provident Green Drive | Katy | TX | 77449 |
| 6347 Provident Green Drive | Katy | TX | 77449 |
| 6350 Provident Green Drive | Katy | TX | 77449 |
| 6351 Provident Green Drive | Katy | TX | 77449 |
| 6354 Provident Green Drive | Katy | TX | 77449 |
| 6355 Provident Green Drive | Katy | TX | 77449 |
| 6358 Provident Green Drive | Katy | TX | 77449 |
| 6359 Provident Green Drive | Katy | TX | 77449 |
| 6362 Provident Green Drive | Katy | TX | 77449 |
| 6363 Provident Green Drive | Katy | TX | 77449 |
| 6402 Provident Green Drive | Katy | TX | 77449 |
| 6403 Provident Green Drive | Katy | TX | 77449 |
| 6406 Provident Green Drive | Katy | TX | 77449 |
| 6407 Provident Green Drive | Katy | TX | 77449 |
| 6410 Provident Green Drive | Katy | TX | 77449 |
| 6411 Provident Green Drive | Katy | TX | 77449 |
| 6414 Provident Green Drive | Katy | TX | 77449 |
| 6415 Provident Green Drive | Katy | TX | 77449 |
| 6418 Provident Green Drive | Katy | TX | 77449 |

| | | | |
|---|---|---|---|
| 6419 Provident Green Drive | Katy | TX | 77449 |
| 6422 Provident Green Drive | Katy | TX | 77449 |
| 6426 Provident Green Drive | Katy | TX | 77449 |
| 6427 Provident Green Drive | Katy | TX | 77449 |
| 6430 Provident Green Drive | Katy | TX | 77449 |
| 6431 Provident Green Drive | Katy | TX | 77449 |
| 6434 Provident Green Drive | Katy | TX | 77449 |
| 6438 Provident Green Drive | Katy | TX | 77449 |
| 6442 Provident Green Drive | Katy | TX | 77449 |
| 6446 Provident Green Drive | Katy | TX | 77449 |
| 6450 Provident Green Drive | Katy | TX | 77449 |
| 6454 Provident Green Drive | Katy | TX | 77449 |
| 6458 Provident Green Drive | Katy | TX | 77449 |
| 6462 Provident Green Drive | Katy | TX | 77449 |
| 20530 Sycamore Crest Lane | Katy | TX | 77449 |
| 20534 Sycamore Crest Lane | Katy | TX | 77449 |
| 20538 Sycamore Crest Lane | Katy | TX | 77449 |
| 20583 Sycamore Crest Lane | Katy | TX | 77449 |
| 20587 Sycamore Crest Lane | Katy | TX | 77449 |
| 20591 Sycamore Crest Lane | Katy | TX | 77449 |
| 20595 Sycamore Crest Lane | Katy | TX | 77449 |
| 20599 Sycamore Crest Lane | Katy | TX | 77449 |
| 20603 Sycamore Crest Lane | Katy | TX | 77449 |
| 20606 Sycamore Crest Lane | Katy | TX | 77449 |
| 20607 Sycamore Crest Lane | Katy | TX | 77449 |
| 20611 Sycamore Crest Lane | Katy | TX | 77449 |
| 20615 Sycamore Crest Lane | Katy | TX | 77449 |
| 20619 Sycamore Crest Lane | Katy | TX | 77449 |
| 20622 Sycamore Crest Lane | Katy | TX | 77449 |
| 20623 Sycamore Crest Lane | Katy | TX | 77449 |
| 20626 Sycamore Crest Lane | Katy | TX | 77449 |
| 20627 Sycamore Crest Lane | Katy | TX | 77449 |
| 20630 Sycamore Crest Lane | Katy | TX | 77449 |
| 20634 Sycamore Crest Lane | Katy | TX | 77449 |
| 20638 Sycamore Crest Lane | Katy | TX | 77449 |
| 20699 Sycamore Crest Lane | Katy | TX | 77449 |
| 20642 Sycamore Crest Lane | Katy | TX | 77449 |
| 20643 Sycamore Crest Lane | Katy | TX | 77449 |
| 20647 Sycamore Crest Lane | Katy | TX | 77449 |
| 20651 Sycamore Crest Lane | Katy | TX | 77449 |
| 20655 Sycamore Crest Lane | Katy | TX | 77449 |
| 20659 Sycamore Crest Lane | Katy | TX | 77449 |

| | | | |
|---|---|---|---|
| 20663 Sycamore Crest Lane | Katy | TX | 77449 |
| 6102 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6106 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6110 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6114 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6126 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6130 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6134 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6138 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6142 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6143 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6146 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6147 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6150 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6151 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6154 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6158 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6162 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6166 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6170 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 6174 Settlers LakeCircle Ea | Katy | TX | 77449 |
| 17818 PortO Call St | Crosby | TX | 77532 |
| 458 Fishawk | Crosby | TX | 77532 |
| 17007 Marlin SpikeWay | Crosby | TX | 77532 |
| 17039 Morning StarAvenue | Crosby | TX | 77532 |
| 16402 PortO Call Street | Crosby | TX | 77532 |
| 16894 Lighthouse Drive South | Crosby | TX | 77532 |
| 17003 Marlin SpikeWay | Crosby | TX | 77532 |
| 17038 PortO CallStreet | Crosby | TX | 77532 |
| 17130 PortO CallStreet | Crosby | TX | 77532 |
| 406 CompassRose Circle N | Crosby | TX | 77532 |
| 16227 PortO Call Street | Crosby | TX | 77532 |
| 402 N. Compass RoseCircle | Crosby | TX | 77532 |
| 17030 PortO Call Street | Crosby | TX | 77532 |
| 711 Yawl Ct | Crosby | TX | 77532 |
| 16702 Coxwain Ct. | Crosby | TX | 77532 |
| 411 CompassRose Circle N | Crosby | TX | 77532 |
| 607 DotsailWay | Crosby | TX | 77532 |
| 17414 PortO Call Street | Crosby | TX | 77532 |
| 17018 PortO Call St. | Crosby | TX | 77532 |
| 303 SquallCourt | Crosby | TX | 77532 |
| 403 CompassRose Circle Nort | Crosby | TX | 77532 |

7

| | | | |
|---|---|---|---|
| 17014 PortO Call Street | Crosby | TX | 77532 |
| 307 SquallCourt | Crosby | TX | 77532 |
| 302 Kings Port St | Crosby | TX | 77532 |
| 311 SquallCourt | Crosby | TX | 77532 |
| 16831 PortO Call Street | Crosby | TX | 77532 |
| 17019 Scuttle Way | Crosby | TX | 77532 |
| 611 Tarpaulin Way | Crosby | TX | 77532 |
| 16911 Lighthouse Drive South | Crosby | TX | 77532 |
| 17038 Pelorus Way | Crosby | TX | 77532 |
| 16131 PortO Call Street | Crosby | TX | 77532 |
| 606 BattenWay | Crosby | TX | 77532 |
| 610 BattenWay | Crosby | TX | 77532 |
| 17106 Coaming Ct. | Crosby | TX | 77532 |
| 310 Binnacle Way | Crosby | TX | 77532 |
| 16522 PortO Call Street | Crosby | TX | 77532 |
| 17107 PortO Call Street | Crosby | TX | 77532 |
| 619 Sea Anchor Way | Crosby | TX | 77532 |
| 17114 Scuttle Way | Crosby | TX | 77532 |
| 16915 Lacing Ct | Crosby | TX | 77532 |
| 16918 Lacing Court | Crosby | TX | 77532 |
| 16827 Marlin SpikeWay | Crosby | TX | 77532 |
| 17107 Coaming Ct. | Crosby | TX | 77532 |
| 17114 PortO Call Street | Crosby | TX | 77532 |
| 414 DorsalWay | Crosby | TX | 77532 |
| 426 Salt Wind Court | Crosby | TX | 77532 |
| 17035 Midships Way | Crosby | TX | 77532 |
| 17403 Steeve Court | Crosby | TX | 77532 |
| 17407 Steeve Court | Crosby | TX | 77532 |
| 17542 Monsoon Court | Crosby | TX | 77532 |
| 622 AweighDrive | Crosby | TX | 77532 |
| 16810 Lighthouse Drive South | Crosby | TX | 77532 |
| 17118 PortO Call Street | Crosby | TX | 77532 |
| 17711 Gimbals Way | Crosby | TX | 77532 |
| 17002 NorthLighthouse Drive | Crosby | TX | 77532 |
| 17154 PortO Call Street | Crosby | TX | 77532 |
| 17511 Morning StarAvenue | Crosby | TX | 77532 |
| 447 Vane Way | Crosby | TX | 77532 |
| 16506 PortO Call Street | Crosby | TX | 77532 |
| 16830 Marlin SpikeWay | Crosby | TX | 77532 |
| 17522 Compass RoseCircle S | Crosby | TX | 77532 |
| 17107 Morning StarAvenue | Crosby | TX | 77532 |
| 811 Dock Court | Crosby | TX | 77532 |

8

| | | | |
|---|---|---|---|
| 614 Aweigh Drive | Crosby | TX | 77532 |
| 19430 Fletcher Way Drive | Houston | TX | 77073 |
| 19434 Fletcher Way Drive | Houston | TX | 77073 |
| 707 Remington Heights Drive | Houston | TX | 77073 |
| 7911 Eastpoint Blvd | Baytown | TX | 77521 |
| 8002 Eastpoint Blvd | Baytown | TX | 77521 |
| 8003 Eastpoint Blvd | Baytown | TX | 77521 |
| 21803 MossyField Lane | Spring | TX | 77388 |
| 21807 Grassy Hill Lane | Spring | TX | 77388 |
| 21807 MossyField Lane | Spring | TX | 77388 |
| 21811 MossyField Lane | Spring | TX | 77388 |
| 21815 Grassy Hill Lane | Spring | TX | 77388 |
| 21815 MossyField Lane | Spring | TX | 77388 |
| 21819 MossyField Lane | Spring | TX | 77388 |
| 21823 MossyField Lane | Spring | TX | 77388 |
| 21826 MossyField Lane | Spring | TX | 77388 |
| 21827 MossyField Lane | Spring | TX | 77388 |
| 21831 Grassy Hill Lane | Spring | TX | 77388 |
| 21831 MossyField Lane | Spring | TX | 77388 |
| 21835 MossyField Lane | Spring | TX | 77388 |
| 21839 MossyField Lane | Spring | TX | 77388 |
| 21843 Grassy Hill Lane | Spring | TX | 77388 |
| 21843 MossyField Lane | Spring | TX | 77388 |
| 21847 MossyField Lane | Spring | TX | 77388 |
| 21851 MossyField Lane | Spring | TX | 77388 |
| 21855 MossyField Lane | Spring | TX | 77388 |
| 21859 MossyField Lane | Spring | TX | 77388 |
| 21863 MossyField Lane | Spring | TX | 77388 |
| 21867 MossyField Lane | Spring | TX | 77388 |
| 21871 MossyField Lane | Spring | TX | 77388 |
| 4070 MossyPlace Lane | Spring | TX | 77388 |
| 4074 MossyPlace Lane | Spring | TX | 77388 |
| 4078 MossyPlace Lane | Spring | TX | 77388 |
| 5922A Kansas Street | Houston | TX | 77007 |
| 5922B Kansas Street | Houston | TX | 77007 |
| 5924 KansasStreet | Houston | TX | 77007 |
| 5912B Kansas Street | Houston | TX | 77007 |
| 11915 Princess Garden Way | Houston | TX | 77047 |
| 1603 PalcioReal Drive | Houston | TX | 77047 |
| 1613 Nichole WoodsDrive | Houston | TX | 77047 |
| 11748 Jellcoe Drive | Houston | TX | 77047 |
| 11925 PriorPark Drive | Houston | TX | 77047 |

9

| | | | |
|---|---|---|---|
| 1619 Nichole Woods Drive | Houston | TX | 77047 |
| 1617 Nichole Woods Drive | Houston | TX | 77047 |
| 1615 Nichole Woods Drive | Houston | TX | 77047 |
| 1637 Nichole Woods Drive | Houston | TX | 77047 |
| 11936 Prior Park Drive | Houston | TX | 77047 |
| 1635 Nichole Woods Drive | Houston | TX | 77047 |
| 1633 Nichole Woods Drive | Houston | TX | 77047 |
| 11932 Prior Park Drive | Houston | TX | 77047 |
| 1631 Nichole Woods Drive | Houston | TX | 77047 |
| 1629 Nichole Woods Drive | Houston | TX | 77047 |
| 11928 Prior Park Drive | Houston | TX | 77047 |
| 1627 Nichole Woods Drive | Houston | TX | 77047 |
| 11926 Prior Park Drive | Houston | TX | 77047 |
| 1649 Nichole Woods Drive | Houston | TX | 77047 |
| 11764 Jellcoe Drive | Houston | TX | 77047 |
| 11913 Princess Garden Way | Houston | TX | 77047 |
| 1605 Palcio Real Drive | Houston | TX | 77047 |
| 1611 Nichole Woods Drive | Houston | TX | 77047 |
| 11924 Prior Park Drive | Houston | TX | 77047 |
| 1647 Nichole Woods Drive | Houston | TX | 77047 |
| 11922 Prior Park Drie | Houston | TX | 77047 |
| 1645 Nichole Woods Drive | Houston | TX | 77047 |
| 11920 Prior Park Drive | Houston | TX | 77047 |
| 1643 Nichole Woods Drive | Houston | TX | 77047 |
| 11918 Prior Park Drive | Houston | TX | 77047 |
| 1641 Nichole Woods Drive | Houston | TX | 77047 |
| 11916 Prior Park Drive | Houston | TX | 77047 |
| 1639 Nichole Woods Drive | Houston | TX | 77047 |
| 11914 Prior Park Drive | Houston | TX | 77047 |
| 1661 Nichole Woods Drive | Houston | TX | 77047 |
| 1659 Nichole Woods Drive | Houston | TX | 77047 |
| 11910 Prior Park Drive | Houston | TX | 77047 |
| 1657 Nichole Woods Drive | Houston | TX | 77047 |
| 1610 Palcio Real Drive | Houston | TX | 77047 |
| 1655 Nichole Woods Drive | Houston | TX | 77047 |
| 1608 Palcio Real Drive | Houston | TX | 77047 |
| 1653 Nichole Woods Drive | Houston | TX | 77047 |
| 11762 Jellcoe Drive | Houston | TX | 77047 |
| 11911 Princess Garden Way | Houston | TX | 77047 |
| 1607 Palcio Real Drive | Houston | TX | 77047 |
| 1609 Nichole Woods Drive | Houston | TX | 77047 |
| 1505 Nichole Woods Drive | Houston | TX | 77047 |

10

| | | | |
|---|---|---|---|
| 1606 PalcioReal Drive | Houston | TX | 77047 |
| 1651 Nichole WoodsDrive | Houston | TX | 77047 |
| 1673 Nichole WoodsDrive | Houston | TX | 77047 |
| 1509 Nichole WoodsDrive | Houston | TX | 77047 |
| 1602 PalcioReal Drive | Houston | TX | 77047 |
| 1671 Nichole WoodsDrive | Houston | TX | 77047 |
| 11926 Princess Garden Way | Houston | TX | 77047 |
| 1669 Nichole WoodsDrive | Houston | TX | 77047 |
| 11924 Princess Garden Way | Houston | TX | 77047 |
| 1667 Nichole WoodsDrive | Houston | TX | 77047 |
| 11922 Princess Garden Way | Houston | TX | 77047 |
| 1665 Nichole WoodsDrive | Houston | TX | 77047 |
| 11920 Princess Garden Way | Houston | TX | 77047 |
| 1606 RoyalChase Drive | Houston | TX | 77047 |
| 1663 Nichole WoodsDrive | Houston | TX | 77047 |
| 1604 RoyalChase Drive | Houston | TX | 77047 |
| 11916 Princess Garden Way | Houston | TX | 77047 |
| 1602 RoyalChase Drive | Houston | TX | 77047 |
| 11914 Princess Garden Way | Houston | TX | 77047 |
| 1681 Nichole WoodsDrive | Houston | TX | 77047 |
| 11760 Jellcoe Drive | Houston | TX | 77047 |
| 1607 Nichole WoodsDrive | Houston | TX | 77047 |
| 1609 PalcioReal Drive | Houston | TX | 77047 |
| 11917 Sansperell Drive | Houston | TX | 77047 |
| 1675 Nichole WoodsDrive | Houston | TX | 77047 |
| 11915 Sansperell Drive | Houston | TX | 77047 |
| 11715 Princess Garden Way | Houston | TX | 77047 |
| 11913 Sansperell Drive | Houston | TX | 77047 |
| 1695 Nichole WoodsDrive | Houston | TX | 77047 |
| 1691 Nichole WoodsDrive | Houston | TX | 77047 |
| 11902 Princess Garden Way | Houston | TX | 77047 |
| 1504 PalcioReal Drive | Houston | TX | 77047 |
| 1541 Nichole WoodsDrive | Houston | TX | 77047 |
| 1687 Nichole WoodsDrive | Houston | TX | 77047 |
| 1707 Nichole WoodsDrive | Houston | TX | 77047 |
| 11758 Jellcoe Drive | Houston | TX | 77047 |
| 1605 Nichole WoodsDrive | Houston | TX | 77047 |
| 1611 PalcioReal Drive | Houston | TX | 77047 |
| 11908 Princess Garden Way | Houston | TX | 77047 |
| 1510 PalcioReal Drive | Houston | TX | 77047 |
| 1705 Nichole WoodsDrive | Houston | TX | 77047 |
| 11910 Princess Garden Way | Houston | TX | 77047 |

11

| | | | |
|---|---|---|---|
| 1512 PalcioReal Drive | Houston | TX | 77047 |
| 1703 Nichole WoodsDrive | Houston | TX | 77047 |
| 11912 Princess Garden Way | Houston | TX | 77047 |
| 11927 Longwood Garden Way | Houston | TX | 77047 |
| 11821 Princess Garden Way | Houston | TX | 77047 |
| 11903 Princess Garden Way | Houston | TX | 77047 |
| 11919 Longwood Garden Way | Houston | TX | 77047 |
| 11917 Longwood Garden Way | Houston | TX | 77047 |
| 11915 Longwood Garden Way | Houston | TX | 77047 |
| 1603 Nichole WoodsDrive | Houston | TX | 77047 |
| 1619 PalcioReal Drive | Houston | TX | 77047 |
| 11907 Longwood Garden Way | Houston | TX | 77047 |
| 11831 Longwood Garden Way | Houston | TX | 77047 |
| 11829 Longwood Garden Way | Houston | TX | 77047 |
| 11754 Jelicoe Drive | Houston | TX | 77047 |
| 11918 Longwood Garden Way | Houston | TX | 77047 |
| 1615 PalcioReal Drive | Houston | TX | 77047 |
| 1625 Nichole WoodsDrive | Houston | TX | 77047 |
| 11930 Longwood Garden Way | Houston | TX | 77047 |
| 1617 PalcioReal Drive | Houston | TX | 77047 |
| 1623 Nichole WoodsDrive | Houston | TX | 77047 |
| 11923 PriorPark Drive | Houston | TX | 77047 |
| 1621 Nichole WoodsDrive | Houston | TX | 77047 |
| 1007 GrassyView Drive | Houston | TX | 77073 |
| 1011 GrassyView Drive | Houston | TX | 77073 |
| 1015 GrassyView Drive | Houston | TX | 77073 |
| 1019 GrassyView Drive | Houston | TX | 77073 |
| 1023 GrassyView Drive | Houston | TX | 77073 |
| 1026 GrassyView Drive | Houston | TX | 77073 |
| 1027 GrassyView Drive | Houston | TX | 77073 |
| 1030 GrassyView Drive | Houston | TX | 77073 |
| 1031 GrassyView Drive | Houston | TX | 77073 |
| 1031 VerdeTrails Drive | Houston | TX | 77073 |
| 1034 GrassyView Drive | Houston | TX | 77073 |
| 1035 VerdeTrails Drive | Houston | TX | 77073 |
| 1039 VerdeTrails Drive | Houston | TX | 77073 |
| 1043 VerdeTrails Drive | Houston | TX | 77073 |
| 1047 VerdeTrails Drive | Houston | TX | 77073 |
| 1051 VerdeTrails Drive | Houston | TX | 77073 |
| 1055 VerdeTrails Drive | Houston | TX | 77073 |
| 1059 VerdeTrails Drive | Houston | TX | 77073 |
| 1063 VerdeTrails Drive | Houston | TX | 77073 |

| 1067 VerdeTrails Drive | Houston | TX | 77073 |
|---|---|---|---|
| 1071 VerdeTrails Drive | Houston | TX | 77073 |
| 1075 VerdeTrails Drive | Houston | TX | 77073 |
| 1079 VerdeTrails Drive | Houston | TX | 77073 |
| 19506 GreenChase Lane | Houston | TX | 77073 |
| 19510 GreenChase Lane | Houston | TX | 77073 |
| 19511 GreenChase Lane | Houston | TX | 77073 |
| 19523 GreenChase Lane | Houston | TX | 77073 |
| 19527 GreenChase Lane | Houston | TX | 77073 |
| 19603 GreenChase Lane | Houston | TX | 77073 |
| 19611 GreenChase Lane | Houston | TX | 77073 |
| 5503 Silver Canyon Lane | Rosharon | TX | 77583 |
| 19923 Cypresswood Square | Spring | TX | 77373 |
| 5516 Moss Hill Lane | Rosharon | TX | 77583 |
| 6412 Larry Crest Drive | Pearland | TX | 77684 |
| 19314 Aquatic Drive | Humble | TX | 77346 |
| 5609 Savannah Woods Lane | Rosharon | TX | 77583 |
| 512 Falcon Lake Drive | Friendswood | TX | 77546 |
| 1047 VerdeTrails Lane | Houston | TX | 77073 |
| 2001 Cardinal Ridge Circle | Friendswood | TX | 77546 |
| 6309 Larrycrest Drive | Pearland | TX | 77584 |
| 6509 Hillock Lane | Pearland | TX | 77584 |
| 2008 Sparrow Circle | Friendswood | TX | 77546 |

**To the best of the Class Member's knowledge, the identities of every purchaser, supplier, marketer, installer, builder, developer and its/their insurers, and any other Participating Defendant and Participating Insurer against which the Class Member intends to pursue its claims:**

Interior/Exterior Building Supply, L.P., Arch Insurance Company, Liberty Insurance Company, North River Insurance Company, and any other insurance company with applicable coverage. Additionally, the Knauf entities and their insurers.

K. Hovnanian Homes of Houston, LLC

By: _____

Name: Michael Discafani
      Vice President

Title: _____

Date: 9-28-2012

MIAMI 3331133.3 78603/33069

13

## NOTICE OF RESCISSION OF OPT OUT FROM InEx SETTLEMENT

**VIA FIRST-CLASS MAIL**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suit 500
Philadelphia, PA 19106

**VIA FIRST-CLASS MAIL**
Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Re:    **In Re: Chinese Manufactured Drywall Products Liability Litigation,
Rescission of Opt Out from InEx Settlement**

The undersigned hereby rescinds the opt out from the InEx Settlement Class in the Chinese Drywall Action attached hereto as Exhibit A.

K. Hovnanian of Houston II, LLC

By: _____

Name: _____Michael Discafani_____
                     Vice President

Title: _____

Date: _____10-25-2012_____

MIAMI 3366590.2 78603/33069

1

## NOTICE OF OPT OUT FROM InEx SETTLEMENT

**VIA FIRST-CLASS MAIL**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suit 500
Philadelphia, PA 19106

**VIA FIRST-CLASS MAIL**
Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

      Re:    In Re: Chinese Manufactured Drywall Products Liability Litigation, Opt Out Notice from InEx Settlement

      The undersigned hereby opts out from the InEx Settlement Class in the Chinese Drywall Action.

**The full name and current address of the person electing to opt out:**

K. Hovnanian of Houston II, LLC formerly known as K. Hovnanian of Houston II, LP d/b/a Brighton Homes, 13111 Northwest Freeway, Suite 310, Houston, Texas 77040

**The address of the properties:**

|  |  |  |  |
|---|---|---|---|
| 19143 SPRINTERS DR | Humble | TX | 77346 |
| 18622 REGATTA RD | Humble | TX | 77346 |
| 19314 AQUATIC DR | Humble | TX | 77346 |
| 19306 AQUATIC DR | Humble | TX | 77346 |
| 8527 MALARDCREST DR | Humble | TX | 77346 |
| 20022 CYPRESSWOOD SQUARE | Spring | TX | 77373 |
| 20019 CYPRESSWOOD SQUARE | Spring | TX | 77373 |
| 20003 CYPRESSWOOD SQUARE | Spring | TX | 77373 |
| 19927 CYPRESSWOOD SQUARE | Spring | TX | 77373 |
| 19923 CYPRESSWOOD SQUARE | Spring | TX | 77373 |
| 24931 MORNING RAVEN LN | Katy | TX | 77494 |
| 2107 GREAT PRAIRIE LN | Katy | TX | 77494 |
| 24907 CACTUS SAGE TRAIL | Katy | TX | 77494 |
| 21110 GRANITE TRAIL LN | Richmond | TX | 77469 |
| 21106 GRANITE TRAIL LN | Richmond | TX | 77469 |
| 21139 GRANITE TRAIL LN | Richmond | TX | 77469 |
| 21143 GRANITE TRAIL LN | Richmond | TX | 77469 |

**EXHIBIT**
**A**

| | | | |
|---|---|---|---|
| 21134 GRANITE TRAIL LN | Richmond | TX | 77469 |
| 12022 ASPEN ST | Cypress | TX | 77429 |
| 12026 ASPEN ST | Cypress | TX | 77429 |
| 11910 VIA DAVINCI LN | Cypress | TX | 77429 |
| 7323 SUNSET BEND LN | Richmond | TX | 77469 |
| 7314 SUNSET BEND LN | Richmond | TX | 77469 |
| 20806 MANSFIELD BAY LN | Richmond | TX | 77469 |
| 7407 SUNSET BEND LN | Richmond | TX | 77469 |
| 20702 MANSFIELD BAY LN | Richmond | TX | 77469 |
| 20719 SHIFTING SAND LN | Richmond | TX | 77469 |
| 24639 COBBLE CANYON LN | Katy | TX | 77494 |
| 24635 COBBLE CANYON LN | Katy | TX | 77494 |
| 24631 COBBLE CANYON LN | Katy | TX | 77494 |
| 24623 COBBLE CANYON LN | Katy | TX | 77494 |
| 2206 CACTUS BLOOM LN | Katy | TX | 77494 |
| 2210 CACTUS BLOOM LN | Katy | TX | 77494 |
| 2222 CACTUS BLOOM LN | Katy | TX | 77494 |
| 2106 CACTUS BLOOM LN | Katy | TX | 77494 |
| 24514 COBBLE CANYON LN | Katy | TX | 77494 |
| 24510 COBBLE CANYON LN | Katy | TX | 77494 |
| 2502 CASCADE GLEN DR | Katy | TX | 77494 |
| 2214 CACTUS BLOOM LN | Katy | TX | 77494 |
| 24722 COBBLE CANYON LN | Katy | TX | 77494 |
| 24714 COBBLE CANYON LN | Katy | TX | 77494 |
| 24710 COBBLE CANYON LN | Katy | TX | 77494 |
| 24511 HAMILTON MILL CT | Katy | TX | 77494 |
| 2118 DOLAN HILLS CT | Katy | TX | 77494 |
| 18102 BARE BRANCH LN | Cypress | TX | 77433 |
| 8407 WINDY THICKET LN | Cypress | TX | 77433 |
| 8411 WINDY THICKET LN | Cypress | TX | 77433 |
| 8415 WINDY THICKET LN | Cypress | TX | 77433 |
| 18751 APPLETREE RIDGE RD | Cypress | TX | 77433 |
| 18747 APPLETREE RIDGE RD | Cypress | TX | 77433 |
| 18743 APPLETREE RIDGE RD | Cypress | TX | 77433 |
| 4611 COBBLE GROVE LN | Cypress | TX | 77433 |
| 4607 COBBLE GROVE LN | Cypress | TX | 77433 |
| 4603 COBBLE GROVE LN | Cypress | TX | 77433 |
| 7438 HOLLISTER SPRING | Houston | TX | 77040 |
| 7434 HOLLISTER SPRING | Houston | TX | 77040 |
| 7430 HOLLISTER SPRING | Houston | TX | 77040 |
| 7426 HOLLISTER SPRING | Houston | TX | 77040 |
| 7406 HOLLISTER SPRING | Houston | TX | 77040 |

2

| | | | |
|---|---|---|---|
| 7402 HOLLISTER SPRING | Houston | TX | 77040 |
| 7439 HOLLISTER SPRING | Houston | TX | 77040 |
| 7419 HOLLISTER SPRING | Houston | TX | 77040 |
| 7415 HOLLISTER SPRING | Houston | TX | 77040 |
| 11315 FAWN SPRINGS CT | Cypress | TX | 77433 |
| 11311 FAWN SPRINGS CT | Cypress | TX | 77433 |
| 27011 ROCKWOOD PARK LN | Cypress | TX | 77433 |
| 26814 GLENFIELD HOLLOW LN | Cypress | TX | 77433 |
| 2518 GREYTIP CT | Katy | TX | 77449 |
| 22014 GUSTON HALL LN | Katy | TX | 77449 |
| 22018 GUSTON HALL LN | Katy | TX | 77449 |
| 22022 GUSTON HALL LN | Katy | TX | 77449 |
| 22026 GUSTON HALL LN | Katy | TX | 77449 |
| 22111 GUSTON HALL LN | Katy | TX | 77449 |
| 22107 GUSTON HALL LN | Katy | TX | 77449 |
| 19307 HIKERS TRAIL DRIVE | Humble | TX | 77346 |
| 6338 WILSHIRE RIDGE | Houston | TX | 77040 |
| 6342 WILSHIRE RIDGE | Houston | TX | 77040 |
| 6346 WILSHIRE RIDGE | Houston | TX | 77040 |
| 6350 WILSHIRE RIDGE | Houston | TX | 77040 |
| 6354 WILSHIRE RIDGE | Houston | TX | 77040 |
| 6402 WILSHIRE RIDGE | Houston | TX | 77040 |
| 6530 WILSHIRE RIDGE | Houston | TX | 77040 |
| 6526 WILSHIRE RIDGE | Houston | TX | 77040 |
| 6039 SANDY CREEK DRIVE | Baytown | TX | 77520 |
| 6007 SANDY CREEK DRIVE | Baytown | TX | 77520 |
| 6023 SANDY CREEK DRIVE | Baytown | TX | 77520 |
| 6035 SANDY CREEK DRIVE | Baytown | TX | 77520 |
| 5907 SHADOW CREEK COURT | Baytown | TX | 77520 |
| 5910 SHADOW CREEK COURT | Baytown | TX | 77520 |
| 5910 SHADOW CREEK COURT | Baytown | TX | 77520 |
| 5918 SHADOW CREEK COURT | Baytown | TX | 77520 |
| 5922 SHADOW CREEK COURT | Baytown | TX | 77520 |
| 5926 SHADOW CREEK COURT | Baytown | TX | 77520 |
| 10319 DEVINWOOD DR | Baytown | TX | 77520 |
| 5911 SHADOW CREEK COURT | Baytown | TX | 77520 |
| 5930 SHADOW CREEK COURT | Baytown | TX | 77520 |
| 5934 SHADOW CREEK COURT | Baytown | TX | 77520 |
| 5926 SANDY CREEK DRIVE | Baytown | TX | 77520 |
| 10310 DEVINWOOD DR | Baytown | TX | 77520 |
| 10322 DEVINWOOD DR | Baytown | TX | 77520 |

| | | | |
|---|---|---|---|
| 22215 BOULDER SPRINGS LN | Tomball | TX | 77375 |
| 22414 BARREL SPRINGS LN | Tomball | TX | 77375 |
| 22418 BARREL SPRINGS LN | Tomball | TX | 77375 |
| 22415 SUNSET TRAIL LN | Tomball | TX | 77375 |
| 22411 SUNSET TRAIL LN | Tomball | TX | 77375 |
| 22407 SUNSET TRAIL LN | Tomball | TX | 77375 |
| 14718 BOLDERE LN | Houston | TX | 77049 |
| 6615 BRITTANY FERRY LN | Houston | TX | 77049 |
| 6631 BRITTANY FERRY LN | Houston | TX | 77049 |
| 6610 ROMSLEY LN | Houston | TX | 77049 |
| 6627 ROMSLEY LN | Houston | TX | 77049 |
| 6635 ROMSLEY LN | Houston | TX | 77049 |
| 6614 EASTLEIGH LN | Houston | TX | 77049 |
| 6606 EASTLEIGH LN | Houston | TX | 77049 |
| 6602 EASTLEIGH LN | Houston | TX | 77049 |
| 11526 SUNBURST FALLS DR | Humble | TX | 77396 |
| 14911 SIERRA RIDGE DR | Humble | TX | 77396 |
| 15003 SIERRA RIDGE DR | Humble | TX | 77396 |
| 2424 S VENICE DRIVE | Pearland | TX | 77581 |
| 2426 S VENICE DRIVE | Pearland | TX | 77581 |
| 2502 S VENICE DRIVE | Pearland | TX | 77581 |
| 2504 S VENICE DRIVE | Pearland | TX | 77581 |
| 2506 S VENICE DRIVE | Pearland | TX | 77581 |
| 2508 S VENICE DRIVE | Pearland | TX | 77581 |
| 2510 S VENICE DRIVE | Pearland | TX | 77581 |
| 1605 N PRIMAVERA DRIVE | Pearland | TX | 77581 |
| 1606 N PRIMAVERA DRIVE | Pearland | TX | 77581 |
| 1607 N PRIMAVERA DRIVE | Pearland | TX | 77581 |
| 1610 N PRIMAVERA DRIVE | Pearland | TX | 77581 |
| 2306 N LAGO VISTA DR | Pearland | TX | 77581 |
| 2308 N LAGO VISTA DR | Pearland | TX | 77581 |
| 2424 ALAMANNI DRIVE | Pearland | TX | 77581 |
| 2422 ALAMANNI DRIVE | Pearland | TX | 77581 |
| 2420 ALAMANNI DRIVE | Pearland | TX | 77581 |
| 2418 ALAMANNI DRIVE | Pearland | TX | 77581 |
| 2416 ALAMANNI DRIVE | Pearland | TX | 77581 |
| 2414 ALAMANNI DRIVE | Pearland | TX | 77581 |
| 5003 DRIPPING SPRINGS AVE | Baytown | TX | 77520 |
| 5007 DRIPPING SPRINGS AVE | Baytown | TX | 77520 |
| 5126 TIMBER CREEK AVENUE | Baytown | TX | 77520 |
| 5122 TIMBER CREEK AVENUE | Baytown | TX | 77520 |
| 5118 TIMBER CREEK AVENUE | Baytown | TX | 77520 |

| | | | |
|---|---|---|---|
| 5114 TIMBER CREEK AVENUE | Baytown | TX | 77520 |
| 5106 TIMBER CREEK AVENUE | Baytown | TX | 77520 |
| 21223 MAYBROOK MANOR LN | Richmond | TX | 77469 |
| 7703 CHADBOURNE TRACE CT | Richmond | TX | 77469 |
| 7731 STONEMONT GLEN LN | Richmond | TX | 77469 |
| 7711 CHADBOURNE TRACE CT | Richmond | TX | 77469 |
| 7707 CHADBOURNE TRACE CT | Richmond | TX | 77469 |
| 7718 WINDYLEA LANE | Richmond | TX | 77469 |
| 7723 STONEMONT GLEN LN | Richmond | TX | 77469 |
| 21103 MAYBROOK MANOR LN | Richmond | TX | 77469 |
| 21218 KNOLL BLOSSOM LN | Richmond | TX | 77469 |
| 21226 MAYBROOK MANOR LN | Richmond | TX | 77469 |
| 21107 CHADBOURNE TRACE LN | Richmond | TX | 77469 |
| 5503 SILVER CANYON LN | Rosharon | TX | 77583 |
| 19506 GREENCHASE LN | Houston | TX | 77073 |
| 1011 GRASSYVIEW DRIVE | Houston | TX | 77073 |
| 11927 LONGWOOD GARDEN WAY | Houston | TX | 77047 |
| 5516 MOSS HILL LN | Rosharon | TX | 77583 |
| 6412 LARRY CREST DRIVE | Pearland | TX | 77684 |
| 1673 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 1063 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 11913 SANSPEREIL DRIVE | Houston | TX | 77047 |
| 5609 SAVANNAH WOODS LN | Rosharon | TX | 77583 |
| 512 FALCON LAKE DRIVE | Friendswood | TX | 77546 |
| 1047 VERDETRAILS LN | Houston | TX | 77073 |
| 2001 CARDINAL RIDGE CIRCLE | Friendswood | TX | 77546 |
| 165 PALCIO REAL DRIVE | Houston | TX | 77047 |
| 6309 LARRYCREST DRIVE | Pearland | TX | 77584 |
| 1673 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 1055 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 1657 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 1079 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 1661 NICHOLE WOODS DRIVE | Houston | TX | 77047 |
| 6509 HILLOCK LN | Pearland | TX | 77584 |
| 1071 VERDE TRAILS DRIVE | Houston | TX | 77073 |
| 2008 SPARROW CIRCLE | Friendswood | TX | 77546 |
| 11829 LONGWOOD GARDEN WAY | Houston | TX | 77047 |

To the best of the Class Member's knowledge, the identities of every purchaser, supplier, marketer, installer, builder, developer and its/their insurers, and any other Participating Defendant and Participating Insurer against which the Class Member intends to pursue its claims:

Interior/Exterior Building Supply, L.P., Arch Insurance Company, Liberty Insurance Company, North River Insurance Company, and any other Insurance company with applicable coverage. Additionally, the Knauf entities and their insurers.

K. Hovnanian of Houston II, LLC

By: _____

Name: _____Michael Discafani_____
              Vice President

Title: _____

Date: ____9-28-2012_____

MIAMI 3331629.3 78603/33069

6

## NOTICE OF RESCISSION OF CLASS MEMBER OPT OUT FROM GLOBAL SETTLEMENT

**VIA FIRST-CLASS MAIL**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suit 500
Philadelphia, PA 19106

**VIA FIRST-CLASS MAIL**
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

**Re:    In Re: Chinese Manufactured Drywall Products Liability Litigation, Rescission of Opt Out from Global Settlement**

The undersigned hereby rescinds its opt out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

**The full name and current address of the person seeking to rescind the opt out:**

K. Hovnanian T & C Homes at Florida, LLC., 110 West Front Street, Red Bank, NJ 07701.

**The address of the property:**

8718 Tally Ho Lane
Royal Palm Beach, FL  33411

8695 Tally Ho Lane
Royal Palm Beach, FL  33411

8639 Tally Ho Lane
Royal Palm Beach, FL  33411

8781 Tally Ho Lane
Royal Palm Beach, FL  33411

8662 Tally Ho Lane
Royal Palm Beach, FL  33411

8694 Tally Ho Lane
Royal Palm Beach, FL  33411

8773 Tally Ho Lane
Royal Palm Beach, FL  33411

8647 Tally Ho Lane
Royal Palm Beach, FL  33411

1

140 Belle Grove Lane
Royal Palm Beach, FL  33411

184 Belle Grove Lane
Royal Palm Beach, FL  33411

8638 Tally Ho Lane
Royal Palm Beach, FL  33411

8774 Tally Ho Lane
Royal Palm Beach, FL  33411

160 Belle Grove Lane
Royal Palm Beach, FL  33411

92 Belle Grove Lane
Royal Palm Beach, FL  33411


**K. Hovnanian T & C Homes at Florida, LLC**

By: _____

Name: ____Michael Dicafani_____
            Vice President

Title: _____

Date: ____11/7/12_____

MIAMI 3395568.1 70000/60680

2

## NOTICE OF RESCISSION OF CLASS MEMBER OPT OUT FROM GLOBAL SETTLEMENT

**VIA FIRST-CLASS MAIL**
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suit 500
Philadelphia, PA 19106

**VIA FIRST-CLASS MAIL**
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   In Re: Chinese Manufactured Drywall Products Liability Litigation, Rescission of Opt Out from Global Settlement

The undersigned hereby rescinds its opt out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

**The full name and current address of the person seeking to rescind the opt out:**

K. Hovnanian Windward Homes, LLC., 5439 Beaumont Center Boulevard, Suite 1010, Tampa, FL 33634.

**The address of the property:**

5824 Wrenwater Drive
Lithia, FL 33547

5870 Wrenwater Drive
Lithia, FL 33547

16122 Palmetto Run Circle
Lithia, FL 33547

K. Hovnanian Windward Homes, LLC

By: _____

Name: _Michael Discafani_____
         Vice President

Title: _____

Date: _10-25-2012_____

MIAMI 3366215.1 78603/33069

1

H. Minor Pipes, III
Barasso, Usdin, Kupperman, Freeman & Sarver, LLC
909 Poydras St., Ste. 2400
New Orleans, LA 70112


RE:    Nona Sue Leggett

I, Nona Sue Leggett, who resides at 5319 Creekside Place, Birmingham, Alabama 35244, hereby
rescind my opt outs from the InEx Settlement and the Global Builder Settlement previously filed
on September 27, 2012.

Nona Sue Leggett

Date: 10/31/12

H. Minor Pipes, III
Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC
909 Poydras St., Ste. 2400
New Orleans, LA 70112

RE:    Michael & Ashley Madden

We, Michael & Ashley Madden, who reside at 2359 Chalybe Trail, Birmingham, Alabama
35226, hereby rescind our opt outs from the Knauf Settlement, the InEx Settlement and the
Global Builder Settlement previously filed on September 27, 2012.

_____
Michael Madden

_____
Ashley Madden

Date: 11-2-12

H. Minor Pipes, III
Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC
909 Poydras St., Ste. 2400
New Orleans, LA 70112

RE: Victor Moore

I, Victor Moore, who resides at 1004 Maryanna Road, Calera, Alabama 35040, hereby rescind my opt outs from the Knauf Settlement, the InEx Settlement and the Global Builder Settlement previously filed on September 27, 2012.

_____
Victor Moore

Date: 11-1-12

H. Minor Pipes, III
Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC
909 Poydras St., Ste. 2400
New Orleans, LA 70112

RE:    Jason & Rhonda Nabors

We, Jason & Rhonda Nabors, who reside at 773 Hampden Place Circle, Birmingham, Alabama
35242, hereby rescind our opt outs from the Knauf Settlement, the InEx Settlement and the
Global Builder Settlement previously filed on September 27, 2012.

_____
Jason Nabors

_____
Rhonda Nabors

Date: _November 1, 2012_

November 2, 2012

## RESCISSION OF TIMELY OPT-OUT NOTICE

## INTERIOR EXTERIOR BUILDING SUPPLY, L.P. PROPOSED CLASS SETTLEMENT

*VIA ELECTRONIC MAIL*
Mr. Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

*VIA ELECTRONIC MAIL*
Mr. Richard C. Duplantier, Jr.
GALLOWAY, JOHNSON,
 TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Re:    *In re: Chinese-Manufactured Drywall Products Liability Litigation,* MDL 2047 (E.D. La., The Honorable Eldon Fallon)

Dear Mr. Levin and Mr. Duplantier:

In accordance with the Court's Order (R. Doc. 15951) of October 16, 2012, I am writing to advise you that I am exercising my right to rescind my prior timely opt-out and to be included in the class settlement involving Interior Exterior Building Supply, L.P. and its insurers in the above-referenced action. I own and currently reside at property located at 77451 N. Fitzmorris Rd. Ext., Covington, LA 70435, which contains Chinese-manufactured drywall manufactured by Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin, Ltd. and was sold/distributed by Interior Exterior Building Supply, L.P., and for which I have filed a claim for damages in the above-referenced matter, and which I am a party to Omnibus Complaints 10-361, 11-1672, 11-1395 and 11-1673.

The undersigned hereby rescinds her prior timely opt out from the Interior Exterior Building Supply, L.P. Settlement Class in the Chinese Drywall Action and asks for inclusion in the Interior Exterior class settlement.

_____    11-2-12
Mary McLain Niswonger                          Date

_____    11/2/12
Tom W. Thornhill                                        Date
*Counsel for Mary McLain Niswonger*

**REVOCATION/WITHDRAWL OF PRIOR REQUEST FOR EXCLUSION ("OPT OUT")**
**BANNER SETTLEMENT CLASS**
**CHINESE MANUFACTURED DRYWALL LITIGATION**

The undersigned hereby **revokes/withdraws** the prior opt out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _DAVID          Orlowski_____

       First             Middle            Last

Name: _____

       First              Middle            Last

Address: _2722   SW  10th Ave_____

         Street Address

_Cape Coral,  FL   33914_____

         City, State, Zip

Executed by: _____   _10/23/12_____

         Signature                      Date

Executed by: _____   _____

         Signature                      Date

To:    Arnold Levin, Esq.                Dorothy Wimberly, Esq.
      LEVIN, FISHBEIN, SEDRAN &    STONE PIGMAN WALTHER WITTMAN
      BERMAN                      LLC
      510 Walnut Street, Suite 500     546 Carondelet Street
      Philadelphia, PA 19106          New Orleans, LA 70130

      Todd R. Ehrenreich, Esq.
      WEINBERG          WHEELER      Michael A. Sexton, Esq.
      HUDGINS GUNN & DIAL LLC.      WEINBERG    WHEELER    HUDGINS
      2601 South Bayshore Drive, Suite   GUNN & DIAL LLC.
      1500                       3344 Peachtree Road, NE Suite 2400
      Miami, Fl 33133              Atlanta, GA 30326

      Michael P. Peterson, Esq.
      PETERSON & ESPINO, P.A.
      10631 SW 88th Street, Suite 220
      Miami, Fl 33186

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ADELKY PEÑA,

                Plaintiff,

vs.

BANNER SUPPLY CO., a Florida Corporation;
and MANDY DRYWALL INC., a Florida
Corporation,

            Defendants.

**CASE NO.: 10-05092 CA 42**

CHINESE DRY WALL DIVISION

Florida Bar No.: 998435

---

## NOTICE OF FILING NOTICE TO RESCIND OPT OUT FROM THE BANNER CLASS SETTLEMENT

**COMES NOW** the Plaintiffs, ADELKY PEÑA, by and through undersigned counsel, and gives notice of filing a copy of the executed Notice to Rescind Opt Out from the Banner Settlement Class.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by U.S. Mail this __5__ day of November, 2012 to: **Seth Alhadeff, Esq.,** Attorney for Banner Supply Co and Banner Supply Company Fort Myers LLC, 2601 South Bayshore Drive, Suite 1500, Miami, FL 33133 and **Steven G. Schwartz, Esq.,** 6751 N. Federal Highway, Suite 400, Boca Raton, FL 33487.

ROBERTS & DURKEE, P.A.
Attorneys for Plaintiff
Alhambra Towers, Penthouse I
121 Alhambra Plaza, Suite 1603
Coral Gables, Florida 33134
(305) 442-1700

BY: _____
             C. David Durkee

## NOTICE TO RESCIND BANNER SETTLEMENT OPT OUT FORM

The undersigned, Adelky Pena, who currently reside at, 3021 SW 130th Avenue, Miami, Florida 33175, and own property which is allegedly damaged by Chinese Drywall located at, 3740 SW 130th Avenue, Miami, Florida,  hereby rescinds its opt-out form from the Banner Settlement which was previously submitted.   (See copy of previously submitted Banner Opt-Out forms attached hereto as Exhibit "A").

Dated: 11/5/12

_____
ADELKY PENA

# EXHIBIT "A"

## REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _Adeley        Julio        Peña_

      First          Middle          Last

Name: _____

      First          Middle          Last

Address: _3021 SW 130 Ave_

        Street Address

      _Miami   FL  33175_

      City, State, Zip

Executed by _____       _9/19/11_

      Signature                Date

Executed by _____      _____

      Signature                Date

To:    Arnold Levin
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich
       WEINBERG WHEELER HUDGINS GUNN & DIAL
       2601 South Bayshore Drive, Suite 1500
       Miami, FL 33133

       Michael P. Peterson
       PETERSON & ESPINO, P.A.
       10631 S.W. 88th Street, Suite 220
       Miami, FL 33186

VIA FAX: 215-592-4663
Arnold Levin, Esq.
Levin, Fishbein, Sedran, & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

VIA FAX: 504-561-6024
Russ M. Herman, Esq.
Herman, Herman & Katz, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Re: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Easter District of Louisiana

**Notice of Rescission of Opt-Out**

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers ( the "Global Settlement"), please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement.

Please consider this notice of our desire to rescind our opt-outs as to the Knauf Plasterboard Tianjin (KPT) Settlement.

Please consider this notice of our desire to rescind our opt-out as to the Interior/Exterior (INEX) Settlement.

My/Our address of the property damaged by the Chinese Drywall is:

2412 ARBOR GLENN Birmingham, AL 35244
Address                    City              State          Zip

_Frank J. Zanelli_        FRANK J. Zanelli       11/05/12
Signature                  Print Name              Date

_Rosalind G. Zanelli_     Rosalind G. Zanelli    11/05/12
Signature                  Print Name              Date

Counsel for the above homeowners: _____
                    W. Brian Collins, COLLINS & HORSLEY, P.C.

H. Minor Pipes, III
Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC
909 Poydras St., Ste. 2400
New Orleans, LA 70112


RE:   Keith & Cherie Richardson

We, Keith & Cherie Richardson, who reside at 115 Major Circle, Riverside,  Alabama 35135,
hereby rescind our opt outs from the Knauf Settlement, the InEx Settlement and the Global
Builder Settlement previously filed on September 27, 2012.

_____
Keith Richardson

_____
Cherie Richardson

Date: 11/4/12

H. Minor Pipes, III
Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC
909 Poydras St., Ste. 2400
New Orleans, LA 70112


RE:    Keith & Cherie Richardson

We, Keith & Cherie Richardson, who reside at 115 Major Circle, Riverside, Alabama 35135, hereby rescind our opt outs from the Knauf Settlement, the InEx Settlement and the Global Builder Settlement previously filed on September 27, 2012.


Keith Richardson

*Cherie Richardson*
Cherie Richardson


Date: 11/4/12

H. Minor Pipes, III
Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC
909 Poydras St., Ste. 2400
New Orleans, LA 70112


RE:     Arnold Lee & Rada Ridley

We, Arnold Lee & Rada Ridley, who reside at 1045 Edgewater Lane, Chelsea,  Alabama 35043, hereby rescind our opt outs from the Knauf Settlement, the InEx Settlement and the Global Builder Settlement previously filed on September 27, 2012.

_____
Arnold Lee Ridley

_____
Rada Ridley


Date: _____

## Rescission of InEx Settlement Opt Out

Name:      Ducasse Saintil and Mercegrace Saintil
Address:   8720 Thornbrook Terrace Point
           Boynton Beach, FL 33473

Date:      11/01/2012

VIA FIRST CLASS U.S. MAIL

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

         Re:   In Re: Chinese-Manufactured Drywall Products Liability Litigation
               U.S. District Court, Eastern District of Louisiana, MDL 2047
               Rescission of InEx Settlement Opt Out

Dear Sirs:

     The undersigned hereby rescinds his opt out from the InEx Settlement in the
Chinese Drywall Action.

         Current address is:        8720 Thornbrook Terrace Point Boynton Beach, FL
                                     33473

         Subject Property address is:    8720 Thornbrook Terrace Point Boynton Beach, FL
                                         33473

_Ducasse Saintil, Mercegrace Saintil_
Signed

Ducasse Saintil
Mercegrace Saintil
_____
**Print Name**

11/01/2012
_____
**Date**

Mr. Michael Savarese
(Address) 10936  TIBERIO DRIVE
FT. MYERS, FL 33913-7104
November _1_, 2012

Mr. Russ Herman                         Mr. Arnold Levin
Herman, Herman & Katz, LLP              Levin, Fishbein, Sedran & Berman
820 O'Keefe Ave.                        510 Walnut St., Suite 500
New Orleans, LA 70113                   Philadelphia, PA 19106

Dear Mr. Herman and Mr. Levin:

Pursuant to the Court's October 16, 2012 Order, I hereby rescind the opt-out notice dated _____ that
I previously sent to you.

Sincerely,

Michael Savarese

Mr. Kevin Skair
1148 Ancient Futures Drive
Tampa, FL 33647

October 25, 2012

Mr. Russ Herman                          Mr. Arnold Levin
Herman, Herman & Katz, LLP               Levin, Fishbein, Sedran & Berman
820 O'Keefe Ave.                         510 Walnut St., Suite 500
New Orleans, LA 70113                    Philadelphia, PA 19106

Dear Mr. Herman and Mr. Levin:

Pursuant to the Court's October 16, 2012 Order, I hereby rescind the September 28, 2012 opt-out notice
that I previously sent to you.

I no longer want to opt out of the Global Settlement with Builders, Suppliers, and Installers.

Sincerely,

Kevin Skair

Ms. Fabiola Torres-Skair
1148 Ancient Futures Drive
Tampa, FL  33647

October 25, 2012

Mr. Russ Herman                         Mr. Arnold Levin
Herman, Herman & Katz, LLP              Levin, Fishbein, Sedran & Berman
820 O'Keefe Ave.                        510 Walnut St., Suite 500
New Orleans, LA 70113                   Philadelphia, PA 19106

Dear Mr. Herman and Mr. Levin:

Pursuant to the Court's October 16, 2012 Order, I hereby rescind the September 28, 2012 opt-out notice
that I previously sent to you.

I no longer want to opt out of the Global Settlement with Builders, Suppliers, and Installers.

                           Sincerely,

                           Fabiola Torres-Skair

November 2, 2012

## *RESCISSION OF TIMELY OPT-OUT NOTICE*

*VIA ELECTRONIC MAIL*
Mr. Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

*VIA ELECTRONIC MAIL*
Mr. Kerry Miller
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

*VIA ELECTRONIC MAIL*
Mr. Russ M. Herman
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   *In re: Chinese-Manufactured Drywall Products Liability*
      *Litigation,* MDL 2047 (E.D. La., The Honorable Eldon Fallon)

Dear Mr. Herman, Mr. Levin and Mr. Miller:

In accordance with the Court's Order (R. Doc. 15951) of October 16, 2012, we are writing to advise you that we are exercising our right to rescind our prior timely opt-out and to be included in the class settlement involving KPT in the above-referenced action. We owned property located at 40901 Susan Drive, Punta Gorda, FL 33982, which contained Chinese-manufactured drywall manufactured by Knauf Plasterboard (Tianjin), Ltd., and for which we have filed a claim for damages in the above-referenced matter as part of OC I (09-7628).

The undersigned hereby rescinds her prior timely opt out from the Knauf Settlement Class in the Chinese Drywall Action and ask for inclusion in the KPT class settlement.

_____          11 / 2 / 12
Virginia Ann Stovall, individually and on behalf          Date
of my minor child, Peyton Elizabeth Stovall

The undersigned hereby rescinds his prior timely opt out from the Knauf Settlement Class in the Chinese Drywall Action and ask for inclusion in the KPT class settlement.

_____          11 / 2 / 12
Daniel Eugene Stovall, individually and on behalf          Date
of my minor child, Peyton Elizabeth Stovall

_____  11 / 2 / 12
Tom W. Thornhill          Date
*Counsel for Virginia and Daniel Stovall*

November 8, 2012

*VIA FACSIMILE and CERTIFIED MAIL*

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Fax: 215-592-4663

Russ M. Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Fax: 504-561-6024

Re:   In Re: Chinese-Manufactured Drywall Products Liability Litigation
       United States District Court, Easter District of Louisiana

**Notice of Rescission of Opt-Out**

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"), please consider this notice of our desire to *rescind* our opt-out and our intention to *participate in* the Global Settlement. My/Our address of the property damaged by the Chinese Drywall is:

1031 SW College Park Rd.,          Port St. Lucie,          Florida          34953
Address                            City                     State            Zip

We understand that we *will be* entitled to share in the benefits of this Global Settlement and *will* benefit or be bound by further orders or judgments in the Litigation concerning the Global Settlement, if any. The undersigned hereby rescinds its opt-out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action:

_____   Ramiro Torres-Barajas   11·8·12
Signature          Printed Name             Date

_Noel Torres_                _11·8·12_
Signature          Printed Name          Date

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

Sincerely,

Ramiro Torres-Barajas
474 SW Sea Flower Terrace
Port St. Lucie, FL 34984

Noel Torres
15269 SW Fox St.
Indiantown, FL 34956

2