UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering the Third Motion for Disbursement of Funds From the MDL 2047 PSC Shared Costs Fund (For Expenses) filed by The Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that Russ M. Herman, Plaintiffs' Liaison Counsel, be and he is hereby authorized to disburse from the Shared Costs Fund the amount of $500,000.00 to be utilized towards expenses that will be incurred and handled in accordance with Pre-Trial Order No. 9.

New Orleans, Louisiana, this ___ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge