UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL   MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

_____

**NOTICE OF WITHDRAWAL OF REQUEST TO BE HEARD
REGARDING OBJECTION TO APPROVAL OF SETTLEMENT TERMS**

John and Lori Willis, individually and on behalf of their minor son, Brannon Willis, by and through the undersigned counsel, hereby file this Notice of Withdrawal of Request to be Heard regarding their Objection to Approval of Settlement Terms, and state:

1.  On November 1, 2012, Plaintiffs filed a Notice of Request to Be Heard Regarding Objection to Approval of Settlement Terms. [D.E. 16062]

2.  Plaintiffs hereby withdraw that Request to Be Heard and do not intend to appear at the hearing.

DATED this 9th day of November, 2012.

/s/ Michael J. Ryan_____
Michael J. Ryan, Esquire
Bar No. 957990
Krupnick, Campbell, Malone, et al.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
Phone: (954) 763-8181
FAX (954) 763-8292
pleadings-mjr@krupnicklaw.com
Attorney for Plaintiff, Willis

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing Notice of Withdrawal of Request to be Heard Regarding Objection to Approval of Settlement Terms to counsel of record by electronically uploading the same to LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 9th day of November, 2012.

/s/ Michael J. Ryan
Michael J. Ryan, Esquire
Bar No. 957990
Krupnick, Campbell, Malone, et al.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
Phone: (954) 763-8181
FAX (954) 763-8292
pleadings-mjr@krupnicklaw.com
mryan@krupnicklaw.com
Attorney for Plaintiff Willis