MINUTE ENTRY
FALLON, J.
NOVEMBER 9, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

      A telephonic conference was held on this date in the Chambers of District Judge Eldon E. Fallon to address the upcoming Fairness Hearing, which is scheduled to begin at 9:00 a.m. central time on Tuesday, November 13, 2012.  The conference was transcribed by Arlene Movahed, Official Court Reporter.  Ms. Movahed can be reached at 504-589-7777.  After counsel for the parties, including counsel for objectors, described their proposals for the hearing, the Court announced its intention to begin the Fairness Hearing promptly at 9:00 a.m. central time with the presentations of counsel for the proponents of each Settlement, and to conclude all such presentations before the lunch break.  The Court also announced its intention to begin immediately following the lunch break with the presentations by counsel for objectors, to be followed by rebuttal by counsel for the proponents.

JS10(00:35)