UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

NO: 09-2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
DEAN and DAWN AMATO V. LIBERTY MUTUAL INSURANCE CO.,ET AL,
CASE NO. 092047

## MOTION TO SUBSTITUTE COUNSEL AND ENROLL ADDITIONAL COUNSEL FOR MAZER'S DISCOUNT HOME CENTERS, INC.

**NOW INTO COURT,** through undersigned counsel, comes Mazer's Home Discount Center ("Mazer's), which respectfully moves this Court for an order substituting counsel as follows:

Mover respectfully requests an order permitting the withdrawal of John Fraley and the law firm of Haskell, Slaughter, Young & Rediker, LLC, as counsel of record for Mazer's and substituting in his place Edward F. Rudiger, Jr., and the law firm of Galloway, Johnson, Tompkins, Burr, and Smith in the above-entitled matter.

Pursuant to LR 83.2.12, previously-enrolled counsel for Mazer's Discount Home Center, Christopher A. Bottcher and Larry S. Logsdon, do hereby consent to the appearance and enrollment of Edward F. Rudiger, Jr. as additional counsel of record for Mazer's Home Discount Center. It is respectfully requested that all pleadings and filings regarding this case continue to be served upon counsel of record for Mazer's, including Mr. Rudiger.

Respectfully submitted,

/s/ Christopher A. Bottcher
Christopher A. Bottcher
Mary Blanche Hankey
Sirote & Permutt, P.C.
Post Office Box 55727
Birmingham, AL 35255-5727
Telephone: (205) 930-5100
Facsimile: (205) 930-5101
cbottcher@sirote.com
mhankey@sirote.com

/s/ Edward F. Rudiger, Jr.
Lambert J. Hassinger, Jr.
Edward F. Rudiger, Jr.
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
jhassinger@gjtbs.com
erudiger@gjtbs.com
*Enrolling as Counsel for Mazer's Discount Home Centers, Inc.*

/s/ Larry S. Logsdon
Larry S. Logsdon
Wallace, Jordan, Ratliff & Brandt, L.L.C.
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209
Telephone: (205) 874-0341
Facsimile: (205) 871-7534
llogsdon@wallacejordan.com

/s/ John M. Fraley
John M. Fraley
Vincent J.Graffeo
Haskell, Slaughter, Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
Telephone: (205) 521-1000
Facsimile: (205) 324-1133
jmf@hsy.com
vjg@hsy.com
*Withdrawing as Counsel for Mazer's Discount Home Centers, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of November, 2012.

/s/ Edward F. Rudiger, Jr. .