UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.,  Case No. 2:11-cv-1673 (E.D.La.) | |

## ORDER

Considering Plaintiffs' Motion to Intervene, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.  The clerk is hereby directed to enter of record Plaintiffs', Robert and Anne Bailey, *et. al.*, Omnibus Class Action Complaint in Intervention (XVII), Exhibit "A" to Plaintiffs' Motion to Intervene.

The Intervening Plaintiffs identified in the Complaint in Intervention, are parties to the proceedings in *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*, Case No. 2:11-cv-1673 (E.D.La.).  Intervening Plaintiffs shall be deemed members of the class set forth in the *Amorin* complaint.

New Orleans, Louisiana, this  9th  day of ____November____, 2012.

_____
Eldon E. Fallon
United States District Court Judge

1