UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*CASES SET FOR TRIAL INVOLVING INTERIOR/EXTERIOR AND NORTH RIVER* | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

On October 26, 2012, this Court entered an Order setting for hearing on an expedited basis Plaintiff-Intervenors' Motion in Limine to Exclude Defendants' Expert Opinion or Other Evidence (R. Doc. 16036) on the 13th day of November, 2012, at 8:30 a.m. immediately following the monthly status conference. Because this Motion in Limine relates to other pre-trial Motions set for hearing on Friday, the 16th day of November, 2012 at 9:00 a.m., this Court finds it appropriate to hear this Motion at the same time as the others.

Accordingly, **IT IS ORDERED** that the hearing on Plaintiff-Intervenors' Motion in Limine to Exclude Defendants' Expert Opinion or Other Evidence (R. Doc. 16036) be and is hereby **CONTINUED** until Friday, the 16th day of November, 2012 at 9:00 a.m. central standard time.

New Orleans, Louisiana this 9th day of November, 2012.

Eldon E. Fallon
United States District Judge