IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047 |
| | SECTION L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | MAG. JUDGE WILKINSON |

### MOTION OF THE NORTH RIVER INSURANCE COMPANY
### TO EXCLUDE OR LIMIT THE TESTIMONY
### OF DR. LORI STREIT

NOW INTO COURT, through undersigned counsel, comes Defendant The North River Insurance Company ("North River"), and moves the Court to limit the testimony of Dr. Lori Streit that will be offered on behalf of Plaintiffs at the trial of this case scheduled to begin on November 26, 2012.  The rebuttal opinions of Dr. Streit are not admissible under FED. R. EVID. 702 and 703.  For these reasons and the reasons stated in the attached Memorandum in Support, the Motion must be granted.

Respectfully submitted,

THOMPSON COE COUSINS & IRONS LLP

By: _____/s Eric B. Berger_____
BRIAN S. MARTIN, ESQ.
KEVIN RISLEY, ESQ.
RODRIGO "DIEGO" GARCIA, JR., ESQ.
One Riverway, Suite 1600
Houston, Texas 77056
Phone: (713) 403-8206
Fax:  (713) 403-8299
bmartin@thompsoncoe.com

-AND-

1

        LOBMAN CARNAHAN BATT ANGELLE
        & NADER, PLC

        SIDNEY J. ANGELLE, ESQ.
        La. Bar No. 1002
        ERIC B. BERGER, ESQ.
        La. Bar No. 26196
        400 Poydras Street, Suite 2300
        New Orleans, Louisiana 70130
        Phone: (504) 586-9292
        Fax:   (504) 586-1290
        sja@lcba-law.com
        ebb@lcba-law.com

        ATTORNEYS FOR THE NORTH RIVER
        INSURANCE COMPANY

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on November 9, 2012.

          /s Eric B. Berger
        ERIC B. BERGER