IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO THE CASE SET BY THE COURT FOR TRIAL INVOLVING NORTH RIVER | MAG. JUDGE WILKINSON |

## NOTICE OF SUBMISSION

Please take notice that Defendant, The North River Insurance Company will bring forth for hearing its Motion Of The North River Insurance Company to Limit the Testimony of Dean Rutila on the 16th day of November, 2012, at 9:00 o'clock a.m., per the specification of this Court's Amended Scheduling Order [No. 15865] before the Honorable Eldon Fallon in the United States District Court, Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana 70130.

Respectfully submitted,

THOMPSON COE COUSINS & IRONS LLP

By:     /s Eric B. Berger
BRIAN S. MARTIN, ESQ.
KEVIN RISLEY, ESQ.
RODRIGO "DIEGO" GARCIA, JR., ESQ.
One Riveryway, Suite 1600
Houston, Texas 77056
Phone: (713) 403-8206
Fax:  (713) 403-8299
bmartin@thompsoncoe.com

-AND-

LOBMAN CARNAHAN BATT ANGELLE
& NADER, PLC

_____
PAGE 1

SIDNEY J. ANGELLE, ESQ.
La. Bar No. 1002
ERIC B. BERGER, ESQ.
La. Bar No. 26196
400 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Phone: (504) 586-9292
Fax:    (504) 586-1290
sja@lcba-law.com
ebb@lcba-law.com

ATTORNEYS FOR THE NORTH RIVER
INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on November 9, 2012.

          /s Eric B. Berger_____
ERIC B. BERGER