# NOTICE RELATED CALLS TO HERMAN, HERMAN KATZ

| Tab | Name |
| --- | --- |
| 1 | Adams, Marilyn |
| 2 | Arzillo, Richard |
| 3 | Balise, Ervin |
| 4 | Baptiste, Judy |
| 5 | Barretta, James |
| 6 | Bertram, Beresford |
| 7 | Bowman, Lois |
| 8 | Boyle, Alice |
| 9 | Brand, Marilyn |
| 10 | Brenneman, Marguerite |
| 11 | Brown, Erin |
| 12 | Butler, Mary |
| 13 | Byrd, Princetta |
| 14 | Cabrera, Louis |
| 15 | Celfort, Angela |
| 16 | Cooper, David |
| 17 | Evans, Janet |
| 18 | Flores Shirley, Hermalinda |
| 19 | Foote, Joan |
| 20 | Ford, Rhonda |
| 21 | Foreman, Jerome |
| 22 | Frank, Peter |
| 23 | Friedman, L |
| 24 | Goffe, Phyllis |
| 25 | Golden, Leonard |
| 26 | Gundorf, John obo Hazel Gundorf |
| 27 | Harris, Aaron |
| 28 | Hicks, Leslie |
| 29 | Howard, Joyce |
| 30 | Johnson, Al |
| 31 | Jones, Frankie Mae |
| 32 | Joseph, Annette |
| 33 | Katsouris, Ruth |
| 34 | King, Mercedes |
| 35 | Kowal, R.T. |
| 36 | Landrum, Alton |
| 37 | Little, Diges |
| 38 | Mack, Pamela obo Thomas Mack, deceased |
| 39 | Magee, Hileigh |
| 40 | Mai, Kim |
| 41 | Malhotra, Taruna |
| 42 | Marshall, Gregory |
| 43 | Martin, Fredrick |
| 44 | McKay, Roy |
| 45 | McNeely, Rhonda |
| 46 | Micken, Gail |

# NOTICE RELATED CALLS
## TO HERMAN, HERMAN KATZ

| # | Name |
|---|---|
| 47 | Mohamadi, Masoud (Dr.) |
| 48 | Palumbo, Sandra |
| 49 | Pennington, Dorothy |
| 50 | Perez, Jorge |
| 51 | Porsche, Deborah |
| 52 | Pratts, Norberto |
| 53 | Rashad, Michael |
| 54 | Reynes, Marilu |
| 55 | Rodriguez, Raymond |
| 56 | Rondon, Nancy |
| 57 | Rubin, Robert |
| 58 | Sabatino, Paul |
| 59 | Saliba, George |
| 60 | Santiago, Alecia |
| 61 | Scott, Pearl |
| 62 | Seals, Ralph |
| 63 | Sherrod, Valerie |
| 64 | Smith, Sabrina |
| 65 | Stewart, Wellington |
| 66 | Sutton, Johnie |
| 67 | Taylor, Gerraldine |
| 68 | Thomas, Elnora |
| 69 | Toles, Pervis |
| 70 | Torres, Jose |
| 71 | Turner, Sherlyn |
| 72 | Vescio, Angelo |
| 73 | Villas at Carmel Community Association, Inc. |
| 74 | White, Ronald |
| 75 | Williams, Dorothy |