IN RE: CHINESE DRYWALL LITIGATION

LOG OF PHONE CALLS RECEIVED AT LFSB

| DATE | ADDRESS/PHONE | SUMMARY OF CALL |
|---|---|---|
| 7/16/12 | | Telephone call from Gary Spieler re: remediation agreements. No telephone number or address provided. Mr. Spieler had general questions about the settlement agreements in place. |
| | | Telephone call from Mrs. Milford re: Global settlement agreements. No telephone number or address provided. Mrs. Milford had general questions about the settlement agreements. |
| | | Telephone call from John Brown. Mr. Brown did not provide a telephone number or a home address. Mr. Brown had general questions about the settlement agreements. |
| | | Telephone call from Doug Goldman regarding the settlement agreements. No telephone number or address provided. Mr. Goldman had general questions about the settlements. |
| | | Telephone call from Petra Hills regarding Chinese Drywall settlements. Ms. Hills had very general questions about the settlements. No telephone number or address provided. |
| | | Telephone call from Caroline Clark. No telephone number or address provided. Ms. Clark had very general questions about the settlements. |
| 7/17/12 | | Telephone call from Mr. Beef regarding the settlements. No telephone number or address provided. Mr. Beef had general questions about the settlement. |
| 7/19/12 | | Telephone call from Monica Victores regarding settlements. No address or phone number provided. Ms. Victores had very general questions regarding the settlements. |

| | | |
|---|---|---|
| 7/20/12 | | Telephone call from Irv Stone regarding settlements. No address or telephone number provided. Mr. Stone had very general questions about the settlements |
| 7/20/12 | 813-312-1434 | Telephone call from Derrick Tombs regarding the settlement agreements. No address provided. Mr. Tombs remediated his home with KB Homes. His daughter has apparently suffered injuries due to her exposure to the Chinese drywall. Mr. Tombs had questions about whether he could submit a claim for his daughter's personal injuries. |
| | | Telephone call from Joyce Stewart regarding settlement agreements. No phone number or address was provided. Ms. Stewart had very general questions regarding the settlement agreements. |
| 7/23/12 | | Telephone call from Pervis Toles regarding settlement agreements. No telephone number or mailing address provided. Mr. Toles had general questions regarding the settlement agreements. |
| 7/24/12 | | Telephone call from Gene He regarding settlement agreements. No telephone number or mailing address provided. Mr. He had general questions regarding the settlement agreements. |
| | | Telephone call from Victor Dalval regarding settlement agreements. No telephone number or mailing address provided. Mr. Dalval had general questions regarding the settlement agreements. |
| | | Telephone call from Rolland Kawal regarding settlement agreements. Mr. Kawal had general questions regarding the settlement agreements. No mailing address or telephone number provided. |
| | | Telephone call from Joyce Rodgers regarding settlement agreements. No telephone number or address provided. Ms. Rodgers had general questions regarding the settlement agreements. |

|  |  | Telephone call from Margie Lemley regarding settlement agreements. Ms. Lemley had general questions regarding the settlement agreements. No address or telephone number was provided. |
|---|---|---|
| 7/25/12 | 726-459-8184 | Telephone call from Masoudi Mahamadi regarding settlement agreements. Mr. Mahamadi had general questions regarding the settlement agreements. He also advised that his home was inspected by Lennar and that Lennar claims there is no Chinese drywall on the property. Mr. Mahamadi contends there are symptoms of Chinese drywall in his home. He was advised to retain counsel. |
|  | 941-321-9447 | Telephone call from Ricky Wiggs regarding settlement agreements. Mr. Wiggs had very general questions regarding the settlement agreements. Mr. Wiggs advised that he has remediated home with his builder. |
|  | 267-897-0652 | Telephone call from Maria Kahn regarding settlement agreements. Ms. Kahn's home is in foreclosure proceedings. |
|  | 404-788-7895 | Telephone call from Gary Hill regarding settlement agreements. Mr. Hill is not sure whether he has Chinese drywall in his home. He was advised to retain counsel. |
|  | 610-275-7762 | Telephone call from Debra Niles regarding the settlement agreements. Ms. Niles is a Pennsylvania home owner and her home was built in 2009. |
| 7/26/12 | 504-234-3348 or 504-452-5196 | Telephone call from Clarence Barrow regarding the settlement agreements. Mr. Barrow had questions about the L&W settlement agreement. Mr. Barrow is very difficult to understand. |
| 7/27/12 | 713-319-4113<br><br>2115 Rebecca Hill Court<br>Richmond, TX 77406 | Telephone call from Lenol Zeno regarding the settlement agreements. Ms. Zeno wanted an explanation of benefits available under the settlements. Ms. Zeno also complained about an inspection performed by Knauf. |

3

|  | 616-322-3967<br><br>19441 West Lake Drive<br>Gulf Port, MS 39503 | Telephone call from Ralph Sloterbeek regarding the settlement agreements.  Mr. Sloterbeek had questions regarding the various settlement agreements.  He complained that his home is not eligible for the Knauf settlement agreement.  Mr. Sloterbeek also had questions about whether he should go forward with a short sale of his home.  Mr. Sloterbeek was advised to discuss these matters with his counsel.<br><br>7/31/12 Correspondence was sent to Mr. Sloterbeek regarding the settlement agreements |
|---|---|---|
| 7/30/12 | 239-282-9658<br><br>2310 SW 19th Street<br>Cape Coral, FL 33991 | Telephone call from Mike Bishop regarding the settlement agreements.  Mr. Bishop had general questions regarding the settlement agreements. |
|  | 207-252-1214<br><br>39 Honeywell Road<br>Scarborough, MA 04074 | Telephone call from Mark Bernstein regarding the settlement agreements.  Mr. Bernstein advised that he lost his property to the bank after his tenant moved out. |
|  | 228-233-7176<br><br>1912 12th Street<br>Pascagoula, MS 39567 | Telephone call from Gregory Marshall regarding the settlement agreements.  Mr. Marshall complained that there had been inconsistent testing of his home for the presence of Chinese drywall. |
| 7/31/12 | 985-718-7760<br><br>68 Burdy Drive<br>Slidell, LA 70460 | Telephone call from Alison Bowers regarding the settlements.  Ms. Bowers had questions about whether she can receive benefits under the settlements as a renter. |
| 8/1/12 | 561-305-9344<br><br>9626 Kenley Court<br>Parkland, FL 33076 | Telephone call from George Salida.  Mr. Salida had questions about the scope of the settlement agreements. |
| 8/2/12 | 863-843-0599<br><br>9258 Summeral Road<br>Lavelle, FL 33935 | We received a correspondence from Harriett Smith who had questions about whether her property would be eligible to receive any benefits under the global settlement agreement.  She is no longer residing in the property and is currently involved in divorce proceedings.  Ms. Smith was advised to contact the lawyer representing her in the divorce proceedings to discuss her legal rights. |

| 8/6/12 | 863-875-3081<br><br>9502 Waterford Oaks Blvd. Winter Haven, FL 33884 | Telephone call from Maura D'Angelo regarding the settlement agreements.  Mr. D'Angelo had general questions regarding the settlement agreements. |
|---|---|---|
|  | 727-631-3968<br><br>1985 Searay Shore Drive Clearwater, FL  33763-2164 | Telephone call from Georgiann Jones regarding the settlement agreements.  Ms. Jones remediated her home with KB Homes and believes she has suffered personal injuries related to her exposure to Chinese drywall.  She was advised to retain counsel. |
| 8/14/12 | 305-781-4356<br><br>2115 NW 68 Terrace Miami, FL 33147 | Telephone call from Lowanda Owens regarding the settlements.  Ms. Owens purchased her home from Habitat for Humanity.  Ms. Owens advised that Habitat is remediating her home.  She was advised of her rights under the settlement agreements. |
|  | 520-455-7089<br><br>4620 West Juniper Ave. Coolidge, AZ 85128 | Telephone call from Ursula Younger. Ms. Younger suspects that she may have CDW in her home.  She was advised of the various settlements and encouraged to retain counsel. |
| 8/22/12 | 504-333-2948<br><br>7760 Scottwood Dr. New Orleans, LA 70016 | Telephone call from Ronald White regarding the settlement agreements.  Mr. White remediated his home which contained Taishan brand drywall.  Mr. White is currently represented by the Huricane Legal Center. |
| 8/22/12 | 228-233-7176<br><br>1912 12th Street Pascagoula, MS 39567 | Telephone call from Greg Marshall regarding the settlement agreements.  Mr. Marshall's home tested negative for CDW, however, he believes there is CDW in his property. He was advised to retain counsel. |
| 8/22/12 | 205-821-3859<br><br>904 Woodbrick Road Birmingham, AL 35215 | I Telephone call from Michael Franklin.  Mr. Franklin had very general questions about the settlements. |
| 9/4/12 | 954-445-9704<br><br>7691 SE Heritage Blvd. Hobe Sound, FL 33455 | Telephone call from Kory Loyd.  Mr. Loyd's builder remediated his property.  Mr. Loyd had questions about whether he is eligible to receive benefits under the settlement agreements. |

| 9/4/12 | 251-634-8168<br><br>P.O. Box 851142<br>Mobile, AL 33685 | Telephone call from Daffney Lesley. Ms. Lesley wanted to know if she is eligible to participate in the drywall settlements. She is currently unrepresented and was advised to retain counsel. |
|---|---|---|
| 9/13/12 | 813-532-2769<br><br>113 Montera Drive<br>Sefner, FL 33584 | Telephone call from Marguerite Brenneman. Ms. Brenneman is considering opting out since she is concerned about the long term health consequences associated with Chinese drywall. |
| 9/21/12 | 734-904-2218<br><br>11573 Wellington Court<br>Starwood, MI 49436 | Telephone call from Avis Gerber regarding the settlements. Mr. Gerber had general questions about the settlements. |
| 9/21/12 | 281-781-6520<br><br>13915 Bravo Place Ct.<br>Houston, TX 77014 | Telephone call from Alisha Robertson regarding the settlement agreements. Ms. Robertson advised that her counsel told her to opt out of the settlements. |
| 9/24/12 | 734-904-2218<br><br>11573 Wellington Court<br>Starwood, MI 49436 | Telephone call from Avis Gerber regarding the settlement agreements. Mr. Gerber had general questions about the settlement agreements. |
| 9/27/12 | 954-649-0820<br><br>1201 Pontstaloyne Drive<br>Ft. Lauderdale, FL 33316 | Telephone call from Ian Diaz and Katherine Macri regarding the settlement agreements. Knauf is inspecting their home. They were advised to retain counsel. |
| 9/27/12 | 727-741-2195<br><br>2580 Seawind Way<br>Clearwater, FL 33763 | Telephone call from Jim Berretta regarding the settlement agreements. KB Homes remediated Mr. Berretta's property. Mr. Berretta is worried about possible long term personal injuries. |
| 9/28/12 | 985-626-0820<br>504-578-0052<br><br>1343 Franklin Street<br>Mandeville, LA 70448 | Telephone call from Rhonda McNealy regarding the settlement agreements. Ms. McNealy indicated that she wants to become a class member in the Chinese drywall litigation. She was advised to retain counsel. |