# NOTICE RELATED CALLS FROM RUST CONSULTING, INC.

| Tab | Name |
|---|---|
| 1 | Abab, America |
| 2 | Abney, James |
| 3 | Adair, Lisa |
| 4 | Adams, Anthony |
| 5 | Agular, Arnold |
| 6 | Alber, Aloma |
| 7 | Alvarez, Lorenzo |
| 8 | Andrews, Tom |
| 9 | Baker, Annie |
| 10 | Barnes, Precious |
| 11 | Batra, Ricci |
| 12 | Bax, Charlene |
| 13 | Beamn, Doris |
| 14 | Berretta, James |
| 15 | Bevard, Martha |
| 16 | Billman, Rodney |
| 17 | Blanchard, Neil |
| 18 | Blankenship, Charlotte |
| 19 | Brasseur, Dino |
| 20 | Brown, Al |
| 21 | Brown, Robert |
| 22 | Buckley, Katie |
| 23 | Burns, Donell |
| 24 | Camacho, Linda |
| 25 | Canfield, David |
| 26 | Carter, Maggie |
| 27 | Chandler, Tall |
| 28 | Chara, Charles |
| 29 | Chase, Larry |
| 30 | Christian, Lena |
| 31 | Ciarletta, Edith |
| 32 | Clayton, Michael |
| 33 | Coke, Alvan |
| 34 | Cole, Brenda |
| 35 | Coleman, Jess |
| 36 | Cook, James |
| 37 | Crews, Patricia |
| 38 | Crocetti, Rose |
| 39 | Daniels, Joseph POA for Sarah Daniels, mother |
| 40 | Davis, Linda |
| 41 | Day, Donna |
| 42 | Di Pronio, Richard |
| 43 | Dillon, Jennifer |

**NOTICE RELATED CALLS FROM RUST CONSULTING, INC.**

| | |
|---|---|
| 44 | Dixon, Clara |
| 45 | Doggett, Patricia |
| 46 | Downing, Marion |
| 47 | Dunmore, Arvette |
| 48 | Ealaezotto, Michelle |
| 49 | Edgil, Pamela |
| 50 | Eichler, Marilyn |
| 51 | Estelle, Rose |
| 52 | Evans, Ronald |
| 53 | Fisher, Joseph |
| 54 | Frame, Roger |
| 55 | Garner, Carolyn |
| 56 | Garvey, Karen |
| 57 | Gian, Richelle |
| 58 | Goldberg, Donald |
| 59 | Golden, Leonard |
| 60 | Green, Gerard |
| 61 | Green, Henry Lee |
| 62 | Grullon, Maria |
| 63 | Gwynn, Michael |
| 64 | Haft, Bowma |
| 65 | Hancock, Gigi |
| 66 | Hanzlik, Will |
| 67 | Harris, Anthony |
| 68 | Harris, Ricky |
| 69 | Havard, Michael |
| 70 | Hazelwood, Sharon & Frank |
| 71 | Headley, Irvin |
| 72 | Hearns, Ingrid |
| 73 | Herrington, Joseph |
| 74 | Hicks, Willie |
| 75 | Holloway, Delphine |
| 76 | Holtclaw, Carolyn |
| 77 | Humphrey, Henry |
| 78 | Hunter, Douglas |
| 79 | Ingram, Raymond |
| 80 | Jack, Marissa |
| 81 | Jackson Armstrong, Toshonia |
| 82 | Jackson, Annie |
| 83 | Jackson, Fred |
| 84 | Jackson, Melvin |
| 85 | Jackson, Ricky |
| 86 | Jackson, Sandra |
| 87 | James, Jessica |

NOTICE RELATED CALLS
FROM RUST CONSULTING, INC.

| | |
|---|---|
| 88 | James, Kevin |
| 89 | Janci, John & Carol |
| 90 | Johnson, Charles 229 |
| 91 | Johnson, Charles |
| 92 | Johnson, Daniel |
| 93 | Johnson, Jennifer |
| 94 | Johnson, Linda |
| 95 | Johnston, Diane |
| 96 | Jones, Karen |
| 97 | Jones, Laura |
| 98 | Jones, Vanda |
| 99 | Kayea, Raymond--Charles Kayea |
| 100 | Kelly, Charlotte |
| 101 | Kildall, Darlene |
| 102 | King, Rose |
| 103 | Kirincich, Mark |
| 104 | Koepsell, Larry |
| 105 | Landon, Arllie |
| 106 | Landry, Janelle |
| 107 | Laughlin, Kevin |
| 108 | Leighton, Nora |
| 109 | Lewis, Jessica |
| 110 | Lohenick, John |
| 111 | Lohfink, Jennifer |
| 112 | Long, Cleon |
| 113 | Long, Thomas |
| 114 | Lopez, Mr |
| 115 | Lutfi, Mohammed |
| 116 | Malloy, Brad |
| 117 | Manus, Chad |
| 118 | Marshall, Geri |
| 119 | Martinez, Gloria |
| 120 | Mason, Barry |
| 121 | Matthews, Donald |
| 122 | McGuire, Natasha |
| 123 | McKeague, Mary Anne |
| 124 | McNeil, Priscilla |
| 125 | McPartland, Gene |
| 126 | Mich, Becky |
| 127 | Millet, Aimee |
| 128 | Mirfield, Jeannie |
| 129 | Mirza, Suleman |
| 130 | Monzon, Evelyn |
| 131 | Moore, Diane |

**NOTICE RELATED CALLS FROM RUST CONSULTING, INC.**

| | |
|---|---|
| 132 | Moore, Gertrude |
| 133 | Mtyez, Mele |
| 134 | Murray, Gloria |
| 135 | Myers, Darwin |
| 136 | Nimmo, Calvin |
| 137 | Niro, Nick |
| 138 | Nunez, Yolanda |
| 139 | Paterick, Roger |
| 140 | Patron, Earnest |
| 141 | Payne, Kevin |
| 142 | People, April |
| 143 | Popkins, Mini |
| 144 | Puronen, Barbara |
| 145 | Randall, Lisa |
| 146 | Rankins, Roxanne |
| 147 | Reed, Belinda |
| 148 | Reed, Tony |
| 149 | Reese, Elaine |
| 150 | Rice, Annette |
| 151 | Riley, Wanda |
| 152 | Robertson, Alicia |
| 153 | Salcines, Kathy |
| 154 | Sanderson, Patty |
| 155 | Sauk, William |
| 156 | Senrgaur, Edward |
| 157 | Sern, Alan |
| 158 | Sexton, Michael |
| 159 | Simmons, Glen |
| 160 | Sims, Harmmon |
| 161 | Skowvron, Joseph |
| 162 | Slaby, Joyce |
| 163 | Smith, Lorraine |
| 164 | Sobas, Paul |
| 165 | Sohrabian, Sophia |
| 166 | Spinks, James |
| 167 | Stern, Michael |
| 168 | Stevens, John |
| 169 | Stimpfle, Geraldine |
| 170 | Stocker, Anthony |
| 171 | Struhur, Frank |
| 172 | Susan |
| 173 | Swain, Johnnie |
| 174 | Tartanella, Peter |
| 175 | Tatum, Sylvia |

## NOTICE RELATED CALLS FROM RUST CONSULTING, INC.

| # | Name |
|---|---|
| 176 | Taylor, Catherine |
| 177 | Taylor, Levi |
| 178 | Thompson, William |
| 179 | Tirado, Ligia |
| 180 | Tomkins, Rose |
| 181 | Townsend, Bryan |
| 182 | Trigs, Danelle |
| 183 | Trusser, Geniva |
| 184 | Tweel, Katherine |
| 185 | Ulrick, Kathy |
| 186 | Varieur, James |
| 187 | Vaughn, Michael |
| 188 | Vital, Elizabeth |
| 189 | Vukajlovic, Dusan |
| 190 | Wagner, Richard |
| 191 | Wallace, Eulyn |
| 192 | Wallin, Caroline |
| 193 | Warrick, Linda |
| 194 | Weatherby, Ester |
| 195 | Weaver, Nancy |
| 196 | Welch, Mary |
| 197 | Welch, Walter |
| 198 | Willdigg, Jon |
| 199 | Williams, Barbara |
| 200 | Williams, Dorothy |
| 201 | Willis, Marilyn |
| 202 | Wilson, Paul |
| 203 | Wolfe, Iva |
| 204 | Woodson, Gregory |
| 205 | Zeiler, Keri |
| 206 | Zeis, Jeanette |