UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL   )   MDL No. 2047
                                       )
                                       )   SECTION:  L
                                       )
**THIS DOCUMENT RELATES TO ALL CASES**  )   JUDGE FALLON
                                       )   MAG. JUDGE WILKINSON
                                       )

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE
## BY JULIO PINELLA AND EVANGELINA ESPINO

     Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Julio Pinella and Evangelina Espino hereby give notice of their intention to dispose of the physical evidence that they were previously preserving pursuant to the requirements of Pretrial Order No. 1B.  Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Julio Pinella and Evangelina Espino by contacting:  Michael Ryan by telephone at (954) 763-8181 or by email at pleadings-mjr@krupnicklaw.com.  Upon the expiration of the thirty (30) day period, Julio Pinella and Evangelina Espino may dispose of such physical evidence.

     Dated: November 12, 2012.

                              Respectfully submitted,

                              */s/ Michael J. Ryan*
                              Michael J. Ryan
                              Florida Bar No. 975990
                              Krupnick, Campbell, Malone, Buser, Slama,
                              Hancock, Liberman & McKee, P.A.
                              Attorneys for Plaintiff
                              12 S.E. 7 Street, Suite 801
                              Ft. Lauderdale, FL  33301
                              (954) 763-8181
                              FAX (954) 763-8292
                              mryan@krupnicklaw.com
                              pleadings-mjr@krupnicklaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Disposal of Physical Evidence has been served by U.S. Mail and email to: Russ Herman, Esquire, Plaintiffs' Liaison Counsel, Herman, Herman, Katz & Cotlar, L.L.P., 820 O'Keefe Avenue, New Orleans, LA 70113 (drywall@hhkc.com); Kerry Miller, Esquire, Defendants' Liaison Counsel, Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 (kmiller@frilot.com); Dorothy Wimberly, Esquire, Homebuilders' Liaison Counsel, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130 (dwimberly@stonepigman.com); and Judy Y Barrasso, Esquire, Insurance Liaison Counsel, Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC, 909 Poydras Street, 24th Floor, New Orleans, LA 70112 (cdwinsurance@barrassousdin.com) and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of November, 2012.

/s/ Michael J. Ryan
Michael J. Ryan
Florida Bar No. 975990
Krupnick, Campbell, Malone, Buser, Slama,
Hancock, Liberman & McKee, P.A.
Attorneys for Plaintiff
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL 33301
(954) 763-8181
FAX (954) 763-8292
mryan@krupnicklaw.com
pleadings-mjr@krupnicklaw.com