# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## CLASS COUNSEL'S MOTION TO DISMISS CERTAIN OBJECTIONS

Class Counsel, Russ Herman and Arnold Levin, move to dismiss the objections of certain objectors who have requested that their objections be dismissed. John and Lori Willis, Perry Homes, LLC, Daniel C. Ladner, Trevis Amerson and Delbert Hopper have each advised Class Counsel that their objections have been resolved without any payment of funds by or to Class Counsel.[1] Accordingly, pursuant to Federal Rule of Civil Procedure 23(e)(5), Class Counsel respectfully requests that these objections be dismissed.

Respectfully submitted,

Dated: November 12, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
and Class Counsel*

---

[1] Attached hereto as Exhibit A are the Requests to Withdraw Objections by Mr. and Mrs. Willis, Mr. Ladner, Mr. Amerson and Mr. Hopper. Perry Homes' Requests to Withdraw Objection will be provided on receipt. It should be noted, however, that Perry Homes has been opted out of the settlement nullifying its objection in any event.

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Sandra L. Duggan (On the Brief)
Matthew C. Gaughan (On the Brief)
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047 and Class Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Class Counsel's Motion to Dismiss Certain Objections and Memorandum of Law in support thereof has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of November, 2012.

        /s/ Leonard A. Davis
        Leonard A. Davis, Esquire
        Herman, Herman & Katz, L.L.C.
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        Ldavis@hhklawfirm.com
        *Plaintiffs' Liaison Counsel*
        *MDL 2047*
        *Co-counsel for Plaintiffs*