# EXHIBIT A

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia PA 19106

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Richard Duplantier, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

H. Minor Pipes, III
Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC
909 Poydras St., Ste. 2400
New Orleans, LA 70112

RE: Trevis Amerson

I, Trevis Amerson, currently reside at 3415 Jeanne Lane, Hueytown, Alabama 35023, hereby give notice to the Court and parties that the objections I raised in this action to the KPT Settlement, the Interior Exterior Building Supply, LLP, Settlement and the Global Builders and Insurance Settlement are hereby withdrawn.

Trevis Amerson, Homeowner

11-05-12
Date

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 walnut Street, Suite 500
Philadelphia PA 19106

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Richard Duplantier, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras street, 40th Floor
New Orleans, LA 70139

H. Minor Pipes, III
Barrasso, Usdin, Kupperman, freeman & Sarver, LLC
909 Poydras St., Ste. 2400
New Orleans, LA 70112

RE:   Delbert Hopper

I, Delbert Hopper, currently reside at 355 Cobblestone Way, Oxford, Alabama, and previously resided at 160 Blairs Circle, Pell City, Alabama 35180, hereby give notice to the Court and parties that the objections I raised in this action to the KPT Settlement, the Interior Exterior Building Supply, LLP, Settlement and the Global Builders and Insurance Settlement are hereby withdrawn.

*Delbert Hopper*
Delbert Hopper, Homeowner

11/5/2012
Date

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia PA 19106

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Richard Duplantier, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th. Floor
New Orleans, LA 70139

Kerry J. Miller, Esq.
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Gentlemen:

I, Daniel C. Ladner, currently reside at, 42 Audubon Place, Picayune, Mississippi 39466, hereby give notice to the Court and parties that the objections I raised in this action to the KPT Settlement, the Interior Exterior Building Supply, LLP, Global Builders and Insurance Settlement are hereby withdrawn.

_____
Daniel C. Ladner - Homeowner

Date: 11-2-12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL    MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

**NOTICE OF WITHDRAWAL OF OBJECTION
TO APPROVAL OF SETTLEMENT TERMS**

John and Lori Willis, individually and on behalf of their minor Son, Brannon, by and through the undersigned counsel, hereby files this Notice of Withdrawal of Objection to Amended Settlement Agreement Regarding Claims Against Knauf Defendants, Banner Class Settlement, and Insurer Class Settlement, and states:

1. On September 28, 2012, Plaintiffs herein submitted an Objection to Approval of Settlement Terms to Liaison Counsel, which was subsequently filed on October 4, 2012. [D.E. 15881, Exhibit 1 to Exhibit A.]

2. Plaintiffs hereby withdraw their Objection to Approval of Settlement Terms.

Dated this 9th day of November, 2012.

Michael J. Ryan, Esquire
Krupnick, Campbell, Malone, et al.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL 33301
(954) 763-8181
FAX (954) 763-8292
pleadings-mjr@krupnicklaw.com
mryan@krupnicklaw.com

I hereby certify that a true and correct copy of this Withdrawal of Objection has been furnished by Fed Ex and regular U.S. mail to: Arnold Levin, Esquire, Plaintiff's Lead Counsel, Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106; Russ Herman, Esquire, Herman, Herman & Katz, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113, and Kerry Miller, Esquire, Knauf Defendants' Counsel, Frilot, LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163, this 9th day of November, 2012.

Michael J. Ryan, Esquire
Krupnick, Campbell, Malone, et al.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL 33301
(954) 763-8181
FAX (954) 763-8292
pleadings-mjr@krupnicklaw.com
mryan@krupnicklaw.com