UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF FILING

PLEASE TAKE NOTICE that Class Counsel are hereby placing into the record the following exhibits identifying opt-outs from the five inter-related settlements:[1]

| | |
|---|---|
| Exhibit A | Chart of All Settlement Exclusions as of November 9, 2012 |
| Exhibit B | Chart of Conditional Opt-Outs as of November 9, 2012 |
| Exhibit C | Chart of Global Settlement Exclusions as of November 9, 2012 |
| Exhibit D | Chart of Banner Settlement Exclusions as of November 9, 2012 |
| Exhibit E | Chart of InEx Settlement Exclusions of November 9, 2012 |
| Exhibit F | Chart of Knauf Settlement Exclusions as of November 9, 2012 |
| Exhibit G | Chart of L&W Settlement Exclusions as of November 9, 2012 |
| Exhibit H | Chart of Untimely Settlement Exclusions as of November 9, 2012 |

Exhibits A - H are summary charts based upon information filed with the Court or uploaded to Lexis/Nexis in the following documents: Notice of Filing by Class Counsel [Rec No.

---

[1] These summary charts in some instances reflect overlapping and/or exclusive numbers which makes cumulative counting inappropriate. There were 388 total requests for exclusion and, as of November 9, 2012, there were 294 opt-outs after recissions. Class Counsel anticipate receiving even more recissions prior to the Fairness Hearing.

15916]; Notice of Filing by Class Counsel [Rec No. 15917]; Supplemental Notice of Filing by Class Counsel (Re: Timely Opt-outs)[Rec. No. 15941]; Supplemental Notice of Filing by Class Counsel (Re: Untimely Opt-outs)[Rec. No. 15942]; Second Supplemental Notice of Filing by Class Counsel (Re: Rescission of Timely Opt-outs) [Rec. No. 15970]; Second Supplemental Notice of Filing by Class Counsel (Re: Untimely Opt-outs) [Rec. No. 15971]; Third Supplemental Notice of Filing by Class Counsel (Re: Rescission of Untimely Opt-outs) [Rec. No. 15994]; Third Supplemental Notice of Filing by Class Counsel (Re: Rescission of Timely Opt-outs) [Rec. No. 15995]; Fourth Supplemental Notice of Filing by Class Counsel (Re: Rescission of Timely Opt-outs) [Rec. No. 16143]; Fourth Supplemental Notice of Filing by Class Counsel (Re: Untimely Opt-outs) [Rec. No. 16144]; Notice of Filing [Lexis/Nexis 46443072]; Notice of Opt-Out [Lexis/Nexis46504883]; Notice of Opt-Out [Lexis/Nexis 46547983]; Notice of Opt-Out [Lexis/Nexis 46577814]; Fifth Notice of Opt-Out [Lexis/Nexis 46610422]; Sixth Notice of Opt-Out [Lexis/Nexis 46637702]; Seventh Notice of Opt-Out [Lexis/Nexis 46688109]; Eighth Notice of Opt-Out [Lexis/Nexis 46713255]; Ninth Notice of Opt-Out [Lexis/Nexis 46741878]; Tenth Notice of Opt-Out [Lexis/Nexis 46762107]; and Eleventh Notice of Opt-Out [Lexis/Nexis 46792290].

        Respectfully submitted,

Dated: November 12, 2012        /s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
L<small>EVIN</small>, F<small>ISHBEIN</small>, S<small>EDRAN</small> & B<small>ERMAN</small>
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

**CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Filing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of November, 2012.

    /s/ Leonard A. Davis
    Leonard A. Davis, Esquire
    Herman, Herman & Katz, LLP
    820 O'Keefe Avenue
    New Orleans, Louisiana 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    Ldavis@hhklawfirm.com
    *Plaintiffs' Liaison Counsel*
    *MDL 2047*
    *Co-counsel for Plaintiffs*