# EXHIBIT B

# IN RE CHINESE DRYWALL LITIGATION, MDL 2047

## CONDITIONAL OPT-OUTS[1]

## November 9, 2012

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 1. | 1st Choice Construction, Inc. | P.O. Box 367149<br>Bonita Springs, FL 34136 | Hinshaw & Culberston<br>Ronald Kammer | Banner | |
| 2. | 1st Drywall, LLC | c/o Mr. Nicholas J. LeFevre<br>SHS Group<br>3900 Centennial Dr.<br>Suite C<br>Midland, MI 48462 | Plauche, Smith<br>H. David Vaughan | InEx, Banner | |
| 3. | ACI Supply, Inc. | 6504 NW 77th Court<br>Miami, FL 33166 | Irwin Fritchie<br>Gus Fritchie | Banner | |
| 4. | Advantage Builders of America d/b/a Advantage Builders of SW Florida | 11796-C Metro Parkway<br>Ft. Myers,FL 33966 | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner | |

[1]Shaded entries denotes a rescinded opt-out.

1

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 5. | AHS Construction Group, Inc.; AH Salce Construction Group, Inc. | 3415 Radio Road Suite 109 Naples, FL 34104 | Hinshaw & Culberston Ronald Kammer | Banner | |
| 6. | Albanese-Popkin the Oaks Development Group, L.P. and Albanese-Popkin Development Group, LLC | 1200 S. Rogers Circle #11 Boca Raton, FL 33487 | Paxton & Smith Michele Nelson | Banner | |
| 7. | Alvian Homes, Inc. d/b/a Stones & More | 1624 NE 10th Terrace Cape Coral, FL 33909 | Krebs, Farley & Pelleteri Charles Long | Banner | |
| 8. | American's First Homes of Southwest Florida, LLP | 4218 Cleveland Ave. Ft. Myers, FL 33901 | Plauche, Smith H. David Vaughan | InEx, Banner | |
| 9. | American Gallery Development, LLC; and American Gallery Development Group, LLC | 3930 Chiquita Blvd. S. Cape Coral, FL 33914 | Hinshaw & Culberston Ronald Kammer | Banner | |
| 10. | Amerisouth, Inc. | 2248 First Street Ft. Myers, FL 33901 | Krebs, Farley & Pelleteri Charles Long | Banner | |
| 11. | Aranda Homes, Inc. | 917 NE 7th Street | Akerman Senterfitt | Banner | |

|  | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
|  |  | Cape Coral, FL 33991 | Valerie Greenberg | (4 properties) |  |
| 12. | ARM Structural, Inc. | 3616 SW 108th Ave. Miami, FL 33165 | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |  |
| 13. | Ashton Houston Residential LLC | 11375 W. Sam Houston Parkway South, Ste. 100 Houston, TX 77031 | Carlton Fields Jaret Fuente | InEx (4 properties) |  |
| 14. | Ashton Tampa Residential LLC | 2450 Maitland Center Parkway, Suite 301 Maitland, FL 32751 | Carlton Fields Jaret Fuente | InEx |  |
| 15. | Associated Builders and Developers, Inc. | 1817 SE Deming Ave. Port St. Lucie, FL 34952 | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |  |
| 16. | ATCO Int. Corp. | 13870 S.W. 157th Lane Miami, FL 33186 | Perez & Rodriguez Carlos H. Gamez | Banner |  |
| 17. | Aubuchon Homes, Inc. | 4707 S.E. 9th Place Cape Coral, FL 33904 | Krebs, Farley & Pelleteri | Banner |  |
| 18. | Avalon Building Corporation of Tampa Bay | 905 Martin Luther King, Jr, Drive Suite 250 Tarpon Springs, FL | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |  |

3

|  | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
|  |  | 34689 |  |  |  |
| 19. | B & B Stucco, Inc. | 12244 Treeline Ave. Suite 10 Ft.Myers, FL 33913 | Paxton & Smith, P.A. Michele Nelson | Banner |  |
| 20. | Barony Homes, Inc. | 2508 Del Prado Blvd. S. Cape Coral, FL 33904 | Hinshaw & Culberston Ronald Kammer | Banner |  |
| 21. | Bayswater Brokerage Florida, LLC | 2229 Falls Circle Vero Beach, FL 32967 |  | Banner |  |
| 22. | Baywood Construction, Inc. | 3515 Del Prado Blvd. #107 Cape Coral, FL 33904 | Krebs, Farley & Pelleteri  Charles Long | Banner |  |
| 23. | Beazer Homes Corp. | 1000 Abernathy Road Suite 260 Atlanta, Georgia 30328 | King & Spalding J. Kevin Buster | Banner |  |
| 24. | Bella Builders, Inc. | 2579 Sawgrass Lake Court Cape Coral, FL 33909 | Akerman Senterfitt Valerie Greenberg | Banner |  |
| 25. | Bender Construction & Development | 740 17th St., S.W. Naples, FL 34117 | Krebs, Farley & Pelleteri  Charles Long | Banner |  |

4

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 26. | BMD, Inc. | 6163 Joe Jeff Streett North Port, FL 34286 | Yeslow & Koeppel. P.A. | Banner | |
| 27. | Boulanger Drywall Corp. | 5229 N. Hiatus Rd. Sunrise, FL 33351 | Fulmer, LeRoy, Albee, Baumann | Banner | |
| 28. | Boynton Village. LLC | 2100 Hollywood Blvd. Hollywood, FL 33020 | Broad and Cassel | Banner | |
| 29. | Bradford Plastering, Inc. | 2208 N.E. 22nd Place Cape Coral, FL 33909 | Rumberger, Kirk & Caldwell Robert Fitzsimmons | Banner | |
| 30. | Breakwater Custom Homes, Inc. | 677 South Reeve Road Saint Helena Island, SC 29920 | Akerman Senterfitt Valerie Greenberg | Banner (2 properties) | |
| 31. | Brent Garrod Drywall, Inc. | 4271 James Street Port Charlotte, FL 33980 | Yeslow & Koeppel. P.A. | Banner | |
| 32. | Briella Townhomes, LLC | 825 Coral Ridge Dr. Coral Springs, FL 33071 | Broad and Cassel | Banner | |
| 33. | BurMon Properties, LLC | 205 Lefleur Drive Slidell, LA 70460 | Krebs, Farley & Pelleteri Charles Long | InEx | |
| 34. | By George, Inc. | 10877 NW 52 St. Suite 2 | Rumberger, Kirk & Caldwell | Banner | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Sunrise, FL 33351 | Robert Fitzsimmons | | |
| 35. | C.A. Steelman, Inc. | 2271 Bruner Lane Suite 6 Ft. Myers, FL 33912 | Rumberger, Kirk & Caldwell Robert Fitzsimmons | Banner | |
| 36. | Carew Construction, Inc. | 15291 Briarcrest Circle Ft. Myers, FL 33912 | Yeslow & Koeppel. P.A. | Banner | |
| 37. | Carillon Lakes, LLC | 4798 South Florida Ave. Suite 316 Lakeland, FL 33813 | Akerman Senterfitt Stacy Bercun Bohm | Banner | |
| 38. | CastleRock Communities, L.P. | 7670 Woodway Drive Suite 300 Houston, TX 77063 | David W. Medack Heard & Medack, P.C. | InEx | |
| 39. | Centerline Homes At Georgetown, LLC | 825 Coral Ridge Dr. Coral Springs, FL 33071 | Broad and Cassel | Banner | |
| 40. | Centerline Homes at Tradition, LLC n/k/a Completed Communities II, LLC | 825 Coral Ridge Dr. Coral Springs, FL 33071 | Broad and Cassel | Banner | |
| 41. | Centerline Homes Construction, Inc. | 825 Coral Ridge Dr. Coral Springs, FL 33071 | Broad and Cassel | Banner | |
| 42. | Centerline Homes, Inc. | 825 Coral Ridge Dr. Coral Springs, FL 33071 | Broad and Cassel | Banner | |

|    | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|----|-----------|---------|----------|------------|--------|
| 43. | Centerline Homes Signature Series, Inc. | 825 Coral Ridge Dr. Coral Springs, FL 33071 | Broad and Cassel | Banner | |
| 44. | Centerline Port St. Lucie, Ltd., n/k/a Completed Communities II, LLC | 825 Coral Ridge Dr. Coral Springs, FL 33071 | Broad and Cassel | Banner | |
| 45. | Central Florida Finshers Inc. | 735 Duncan Ave. Kissimmee, FL 34744 | Leo H. Meirose, Jr. Meirose & Friscia, P.A.  Conditional opt out from Hinshaw & Culbertson | Banner | |
| 46. | Chabot Enterprises, Inc. | 5135 SE Manatee Stuart, FL 34997 | Hinshaw & Culberston Ronald Kammer | Banner | |
| 47. | CL Architects & Contractors | 9840 SW 148 Terrace Miami, FL 33176 | Krebs, Farley & Pelleteri  Charles Long | Banner | |
| 48. | Cloutier Brothers, Inc. | 14248 Equestidian Way Wellington, FL 33414 | Krebs, Farley & Pelleteri  Charles Long | Banner | |

|  | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 49. | CM Duncan Contracting, Inc. | 12690 NW South River Dr. Medley, FL 33178 | Hinshaw & Culbertson Ronald Kammer | Banner | |
| 50. | Cockerham Construction, LLC | 18211 North Sheridane Court Greenwell Springs, LA 70739<br><br>Property address:<br>6857 Micah's Way Greenwell Springs, LA 70739<br><br>4031 Monte Vista Dr. Addis, LA 70710 | Pajares & Schexnaydre Raymond Pajares | InEx (2 properties) | |
| 51. | Connors Brother Construction Corp. | 3842 West 16th Ave. Hialeah, FL 33012 | Bice Cole Law Firm | Global (2 properties)<br><br>Banner (2 properties) | |
| 52. | Continental Drywall | 10809 SW 143rd Ct. Miami, FL 33186 | Perez & Rodriguez Carlos H. Gamez | Banner | |
| 53. | Coral Plastering and Wall Systems, Inc. | 3801 Sand Road Cape Coral, FL 33933 | Yeslow & Koeppel. P.A. | Banner | |

8

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 54. | Core Construction Group, LTD | 866 North Main Street Morton IL 61550 | Mintzer, Sarowitz, Zeris Brian Eves | Banner | 11/9/12 |
| 55. | Cornerstone Construction of SW Florida, Inc. | c/o Rumberger, Kirk & Caldwell, P.A. 80 SW 8 Street Suite 3000 Miami, FL 33130 | Rumberger, Kirk & Caldwell Robert Fitzsimmons | Banner | |
| 56. | Cornerstone Group Construction, Inc. f/k/a Alliance Construction, Inc. | 2100 Hollywood Blvd. Hollywood, FL 33020 | Broad and Cassel | Banner | |
| 57. | Courtside Development, Inc. | 2700 U.S. Highway 280 Suite 425 Birmingham, AL 35223 | | InEx | |
| 58. | D & A Construction | | Porteous Hainkel and Johnson Glenn B. Adams | InEx, Banner | |
| 59. | D & W Drywall, Inc. | 12445 Prospero Drive Pensacola, FL 32506 | Brian Reboul & Assoc. | Banner | |
| 60. | Daly Construction, Inc. | 27554 Tarpon Way Bonita Springs, FL 34134 | Rumberger, Kirk & Caldwell Robert Fitzsimmons | Banner | |
| 61. | Danal Homes Development | 1112 Weston Road | Krebs, Farley & | Banner | |

9

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | #264<br>Weston, FL 33326 | Pelleteri<br><br>Charles Long | | |
| 62. | DeAngelis Diamond Construction, Inc.<br>DeAngelis Diamond Homes, Inc. | 6635 Willow Park Drive<br>Naples, FL 34109 | Plauche, Smith<br>H. David Vaughan | InEx, Banner | |
| 63. | Delacruz Drywall Plastering & Stucco, Inc. | c/o Rumberger, Kirk & Caldwell, P.A.<br>80 SW 8 Street<br>Suite 3000<br>Miami, FL 33130 | Rumberger, Kirk & Caldwell<br>Robert Fitzsimmons | Banner | |
| 64. | Derouen Homes, LLC | | Porteous Hainkel and Johnson<br>Glenn B. Adams | InEx, Banner | |
| 65. | Design Drywall of South Florida LLC | 4444 SW 71st Ave.<br>Suite 107<br>Miami, FL 33155 | Shields Mott Lund<br>Elizabeth Gordon<br><br>Paxton & Smith<br>Michele Nelson | Banner | |
| 66. | Devonshire Properties, Inc. | 3412 Bay to Bay Blvd.<br>Tampa, FL 33629 | Krebs, Farley & Pelleteri<br>Charles Long | Banner<br>(2 properties) | |

10

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 67. | Daelen of Tangipahoa, LLC | 22 Walnut Place Covington, LA 70433 | | InEx | |
| 68. | David E. Diggs, LLC David E. Diggs | 500 Magnolia Ridge Ct. Mandeville, LA 70447 | | InEx | |
| 69. | Distinctive Finishes, Inc. | 703 Tarpon Bay Rd. Suite B Sanibel, FL 33957 | Hinshaw & Culberston Ronald Kammer | Banner | |
| 70. | Diversified General Contractors, Inc. | 5400 65th St. Vero Beach, FL 32967 | Krebs, Farley & Pelleteri  Charles Long | Banner | |
| 71. | DMH Development. Co. | | Porteous Hainkel and Johnson Glenn B. Adams | InEx, Banner | |
| 72. | Douglas B. Francis, Inc./ Douglas B. Francis | 6940 Deep Lagoon Ln Ft. Myers, FL 33919 | Yeslow & Koeppel. P.A. | Banner | |
| 73. | Drywall Experts, Inc | 5695 52nd Drive South Lake Work, FL 33463 | Shields Mott Lund Elizabeth Gordon | Banner | |
| 74. | Du Pont Builders, Inc. | 2120 McGregor Blvd. Ft. Myers, FL 33901 | Krebs, Farley & Pelleteri  Charles Long | Banner | |

11

|     | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|-----|-----------|---------|----------|-----------|--------|
| 75. | Dunnavant Place, LLC | 2700 U.S. Highway 280 Suite 425 Birmingham, AL 35223 | | InEx | |
| 76. | Eastern Construction Group | P.O. 565038 Miami, FL 33256 | Krebs, Farley & Pelleteri Charles Long | Banner | |
| 77. | Eastmond Enterprises, Inc. | 314 Gunnery St. South Lehigh Acres, FL 33971 | Krebs, Farley & Pelleteri Charles Long | Banner | |
| 78. | Eddleman Homes, LLC | 2700 U.S. Highway 280 Suite 425 Birmingham, AL 35223 | | InEx | |
| 79. | Eddleman Properties, Inc. | 2700 U.S. Highway 280 Suite 425 Birmingham, AL 35223 | | InEx | |
| 80. | F. Vicino Entities F. Vicino Drywall, Inc.; F. Vicino Drywall II, Inc. F. Vicino & Company, Inc. | 15 N.E. 2nd Ave. Deerfield Beach, FL 33441 | Rumberger, Kirk & Caldwell Robert Fitzsimmons | Banner | |
| 81. | Florida Home Partnership, Inc. | P.O. Box 760 201 14th Ave, SE | Carlton Fields Jaret Fuente | Banner | |

12

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Suite "H"<br>Ruskin, FL 33575 | | | |
| 82. | Florida Leisure Communities, Corp. | 146 Horizon Ct.<br>Lakeland, FL 33813 | Akerman Senterfitt<br>Stacy Bercun Bohm | Banner | |
| 83. | Florida Style Services, Inc. | c/o Rumberger, Kirk &<br>Caldwell, P.A.<br>80 SW 8 Street<br>Suite 3000<br>Miami, FL 33130 | Rumberger, Kirk &<br>Caldwell<br>Robert Fitzsimmons | Banner | |
| 84. | Forester Homes, Inc. | 974 Campbell Road<br>Ste. 204<br>Houston, TX 77024 | Krebs, Farley &<br>Pelleteri<br><br>Charles Long | InEx | |
| 85. | Freemar Homes, Inc. | P.O. Box 1737<br>Valrico, FL 33595 | Hinshaw &<br>Culberston<br>Ronald Kammer | Banner | |
| 86. | Freund, Richard<br>Brooks & Freund, LLC | 5661 Independence<br>Circle, Suite 1<br>Ft. Myers, FL 33912 | | Banner | |
| 87. | G. Drywall Corp.; and G.<br>Drywalls Corporation | 12951 SW 124th St.<br>Miami, FL 33186 | Hinshaw &<br>Culberston<br>Ronald Kammer | Banner | |
| 88. | Gant & Shivers Homes, LLC | 1811 26th Ave. | | InEx | |

13

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Gulfport, MS 39501 | | | |
| 89. | George Fraker General Contractor | | Porteous Hainkel and Johnson<br>Glenn B. Adams | InEx, Banner | |
| 90. | GH Vero Beach Development | 4755 South Harbor Dr. Vero Beach, FL 32967<br><br>Property address:<br>4821 St. Margarets Dr. Vero Beach, FL 32967 | | Banner | |
| 91. | GL Building Corporation, et al. | 1600 Sawgrass Corporation Pkwy Suite 400 Sunrise, FL 33323 | | Banner | 11/5/12 |
| 92. | GMI Construction, Inc. | 1121 Avenue St. Germain Covington, LA 70433 | | InEx | |
| 93. | Gold Coast Homes of S.W. Florida Inc. | 2422 S.E. 28th St. Cape Coral, FL 33904 | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner | |
| 94. | Gomez's Interiors Corp., a/k/a Gomez Interiors, Inc. | 15530 SW 300 St. Homestead, FL 33033 | Hinshaw & Culberston | Banner | |

14

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | | Ronald Kammer | | |
| 95. | Grand Harbour Homes, Inc. | 4722 S.W. 29th Ave. Cape Coral, FL 33914 | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner | |
| 96. | Grays Bay Builders, Inc. | P.O. Box 377 Victoria, MN 55386 | Yeslow & Koeppel. P.A. | Banner | |
| 97. | Gregan Construction, Inc. | 4970 SW 72nd Ave. Suite 102 Miami, FL 33155 | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner | |
| 98. | Gregg Nieberg, Inc. | 155 Higgins Lane Greenville, KY 42345 | Flanagan & Maniotis, P.A.<br>Patrick Flanagan | Banner (3 properties) | |
| 99. | Gremillion Homes, Inc. | 706 Place St. Etienne Covington, LA 70433 | | InEx | |
| 100. | Groff Construction, Inc. | P.O. Box 1450 Lehigh Acres, FL 33971 | Hinshaw & Culberston<br>Ronald Kammer | Banner | |
| 101. | Grove Hammock Investments, LLC | P.O. Box 343574 Florida City, FL 33034 | Hinshaw & Culberston<br>Ronald Kammer | Banner | |

15

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 102. | Gulf Coast Drywall, LLC | 3232 Allegheny Avenue Columbus, OH 43209 | Plauche, Smith H. David Vaughan | InEx, Banner | |
| 103. | Gulfstream Development Group, LLC | 4037 Del Prado Blvd. S. Cape Coral, FL 33904 | Hinshaw & Culberston Ronald Kammer | Banner | |
| 104. | Gulfstream Homes, Inc. | 6646 Willow Park Dr. Naples, FL 34109 | Plauche, Smith H. David Vaughan | InEx, Banner | |
| 105. | Hammer Commercial Services | 1715 Cape Coral Parkway West, Suite 8 Cape Coral, FL 33914 | Krebs, Farley & Pelleteri  Charles Long | Banner | |
| 106. | Hammer Construction Services, LTD | c/o Hammer Commercial Services 1715 Cape Coral Parkway West Suite 8 Cape Coral, FL 33914 | Akerman Senterfitt Stacy Bercun Bohm | Banner | |
| 107. | Hanover Homes, Inc. | 482 SW Port St. Lucie Blvd. Port St. Lucie, FL 34953 | Hinshaw & Culberston Ronald Kammer | Banner | |
| 108. | Hansen Homes of South Florida, Inc. | 1436 SE 16th Place Cape Coral, FL 33990 | Krebs, Farley & Pelleteri Charles Long | Banner | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | | Paxton & Smith<br>Michele Nelson | | |
| 109. | Harbor Springs Construction and Development, LLC | 5611 Zip Drive<br>Unit 2<br>Ft. Myers, FL 33905 | Hinshaw &<br>Culberston<br>Ronald Kammer | Banner | |
| 110. | Heights Properties, LLC | 23421 Walden Center Drive, Ste. 300<br>Bonita Springs, FL 34134 | Krebs, Farley &<br>Pelleteri<br><br>Charles Long | Banner | |
| 111. | Heritage Builders of West Palm Beach, Inc. | 430 Toney Penna Dr.<br>Suite 5<br>Jupiter, FL 33458 | Akerman Senterfitt<br>Stacy Bercun Bohm | Banner | |
| 112. | Highland Lakes Homes, LLC | 2700 U.S. Highway 280<br>Suite 425<br>Birgmingham, AL 35223 | | InEx | |
| 113. | Hollywood Dixie Associates, LLC | 2100 Hollywood Blvd.<br>Hollywood, FL 33020 | Broad and Cassel | Banner | |
| 114. | Innovative Custom Builders, Inc. | 9679 Lakeview Dr.<br>New Port Richey, FL 34654 | Hinshaw &<br>Culberston<br>Ronald Kammer | Banner | |
| 115. | Island Coast Drywall & Stucco, Inc. | 17431 Alico Center Rd. #3<br>Ft. Myers, FL 33912 | Hinshaw &<br>Culberston<br>Ronald Kammer | Banner | |

17

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 116. | J. Cherry & Sons, Inc. | 2212 SW Racquet Club Drive Palm City, FL 34990 | Hinshaw & Culberston Ronald Kammer | Banner | |
| 117. | The Jade Organization, Inc. | 2111 N. Commerce Parkway Weston, FL 33326 | Krebs, Farley & Pelleteri Charles Long | Banner | |
| 118. | JD Tillman Construction | | Porteous Hainkel and Johnson Glenn B. Adams | InEx, Banner | |
| 119. | J. Helm Construction, Inc. | 1025 W. Indiantown Rd. Suite 101 Jupiter, FL 33458 | Akerman Senterfitt Valerie Greenberg | Banner | |
| 120. | J.M.G. Drywall, Inc. | 2141 S.W. 113th Ave. Davie, FL 33325 | Perez & Rodriguez Carlos H. Gamez | Banner | |
| 121. | J.S.D. Builders, Inc. | 698 Carriage Hill Lane Boca Raton, FL 33486 | Krebs, Farley & Pelleteri Charles Long | Banner | |
| 122. | JSK Construction | | Porteous Hainkel and Johnson Glenn B. Adams | InEx, Banner | |

18

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 123. | Judson Construction Group, LLC | 11000 Metro Pkwy Suite 13 Ft. Myers, FL 33966 | Yeslow & Koeppel. P.A. | Banner | |
| 124. | J. W. Hodges, Drywall, Inc. | | Porteous Hainkel and Johnson Glenn B. Adams | InEx, Banner | |
| 125. | JWR Construction Services, Inc. | 1311 Newport Center Drive West, Ste. C Deerfield Beach, FL 33442 | Akerman Senterfitt Stacy Bercun Bohm | Banner (4 properties) | |
| 126. | Karr Drywall, Inc. | 3550 Work Drive Suite B-9 Ft. Myers, FL 33916 | Shields Mott Lund Elizabeth Gordon | Banner | |
| 127. | Kaye Homes, Inc. Custom Homes by Kaye, Inc. | 5979 Pine Ridge Rd. Naples, FL 34119 | Plauche, Smith H. David Vaughan | InEx, Banner | |
| 128. | KB Home, et al. | 10990 Wilshire Blvd. 7th Floor Los Angeles, CA 90024 | Carlton Fields Mark A. Smith | Banner | |
| 129. | Kelley Drywall | | Porteous Hainkel & Johnson Glenn Adams | Banner | |
| 130. | Kelley's Quality Drywall, Inc. | 1842 Piccadilly Circle Cape Coral, FL 33991 | Rumberger, Kirk & Caldwell | Banner | |

19

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | | Robert Fitzsimmons | | |
| 131. | Kemah Construction | | Porteous Hainkel and Johnson | Banner, InEx | |
| 132. | KT Drywall, Inc. | 17309 Castille Rd. Ft. Myers, FL 33967 | Hinshaw & Culberston Ronald Kammer | Banner | |
| 133. | L & J Builders | | Porteous Hainkel and Johnson Glenn B. Adams | InEx, Banner | |
| 134. | L.A. Homes, Inc. | 43170 Addisyn Dale Dr. Ponchatoula, LA 70454 | | InEx | |
| 135. | Lee Roy Jenkins,Inc. and Lee Roy Jenkins | 37 Spruce Drive Covington, LA 70433 | | InEx | |
| 136. | Lennar Corporation, Lennar Homes, LLC and U.S. Home Corporation | 700 Northwest 107th Ave. Miami, FL 33172 | | Banner (3 properties) | |
| 137. | Littles Construction of Central Florida, Inc. | 1190 Old Lake Alfred Rd. Auburndale, FL 33823 | Krebs, Farley & Pelleteri Charles Long | Banner | |
| 138. | LTL Construction, Inc. | 3225 S. MacDill Ave. | Leo H. Meirose, Jr. | Banner | |

20

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | #129260 Tampa, FL 33629 | Meirose & Friscia AND Krebs, Farley & Pelleteri | | |
| 139. | Louran Builders/Vincent Montalto Construction | | Porteous Hainkel and Johnson Glenn B. Adams | InEx, Banner | |
| 140. | Lucky Strike M.K., Inc. | 1100 Pine Ridge Road Naples, FL 34108 | Rumberger, Kirk & Caldwell Robert Fitzsimmons | Banner | |
| 141. | Luke & Sons Construction Inc. | c/o 3470 NW 82nd Ave. Suite 988 Doral, FL 33122 | Shoma Group Frank Silva | Banner | |
| 142. | MACC Construction, Inc. | 350 Jim Moran Blvd. Suite 100 Deerfield Beach, FL 33442 | Krebs, Farley & Pelleteri Charles Long | Banner | |
| 143. | MacGlen Builders, Inc. | P.O. Box 356 Macclenny, FL 32063 | Hinshaw & Culberston Ronald Kammer | Banner | |
| 144. | Management Services of Lee | 4524 SE 16th Place | Akerman Senterfitt | Banner | |

21

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | County, Inc, f/k/a Paul Homes, Inc. | Suite 2C Cape Fcoral, FL 33904 | Stacy Bercun Bohm | | |
| 145. | Manclar Builders, Inc. | 12861 S.W. 74th Street Miami, FL 33183 | Perez & Rodriguez Carlos H. Gamez | Banner | |
| 146. | Mandalay Homes, Inc. | 10134 Perthshire Circle Land O'Lakes, FL 34638 | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner | |
| 147. | Mandy Drywall Inc., a/k/a Mandy Drywall & Stucco Co. | 13751 SW 143rd Ct. Bay 106 Miami, FL 33186 | Schwartz Law Group Steven G. Schwartz | Banner | |
| 148. | Marty's Drywall Service, Inc. | 4450 Parkbreeze Ct. Suite A Orlando, FL 32808 | Akerman Senterfitt Valerie Greenberg | Banner | |
| 149. | Mastercraft Homes, LLC | 500 South Florida Ave. Suite 800 Lakeland, FL 33801 | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner | |
| 150. | Mavied Corp. | 41 S.E. 5th St. Suite 805 Miami, FL 33131 | Perez & Rodriguez Carlos H. Gamez | Banner | |
| 151. | Medallion Homes Gulf Coast, Inc. | 2212 58th Ave., East Bradenton, FL 34203 | Krebs, Farley & Pelleteri | Banner | |

22

|  | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
|  |  |  | Charles Long |  |  |
| 152. | Mercado Enterprises, Inc. | 12690 NW South River Drive. Medley, FL 33178 | Hinshaw & Culberston Ronald Kammer | Banner |  |
| 153. | Meritage Homes of Florida, Inc. and Meritage Homes of Texas, LLC | 17851 N. 85th Street #300 Scottsdale, AZ 85255 |  | Banner, InEx |  |
| 154. | Metropolitan Design Group, Inc. | P.O. Box 272804 Houston, TX | Hinshaw & Culberston Ronald Kammer | Banner |  |
| 155. | MGB Construction, Inc. | 945 Fellsmere Road Suite 3 Sebastian, FL 32958 | Hinshaw & Culberston Ronald Kammer | Banner |  |
| 156. | M/I Homes | 3 Easton Oval Suite 500 Columbus, OH 43219 | Carlton Fields Jaret J. Fuente | Banner (5 properties) |  |
| 157. | Miami Riverfront Partners, LLC; Latitude One Partners, LLC; Latitude Retail Partners, LLC; Miami Riverwalk Investments, LLC; Dellbrook Manager, Inc.; and EAF Manager, Inc. (Latitude | 3842 West 16th Ave. Hialeah, FL 33012 |  | Global (12 properties) Banner (12 Properties) |  |

23

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | entities) | | | | |
| 158. | MJF Construction Corp. | 1805 Ponce De Leon Blvd., #110 Coral Cables, FL 33134 | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner | |
| 159. | M.K. Developers, Inc. | 1100 Pine Ridge Road Naples, FL 34108 | Rumberger, Kirk & Caldwell Robert Fitzsimmons | Banner | |
| 160. | Modern Construction Group, Inc. | 4630 S. Kirkman Rd. #706 Orlando, FL 32811 | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner | |
| 161. | MSC of NWF, Inc. | 1694 Champagne Ave. Gulf Breeze, FL 32563 | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner | |
| 162. | New Millennium Builders | 950 Peninsula Corp. Circle, Suite 1016 Boca Raton, FL 33487 | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner | |
| 163. | Nu-Way Drywall, LLC | 6730 W. Linebaugh Ave. Suite 101 Tampa, FL 33625 | Masten Peterson & Denbo, LLC | Banner | |

24

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 164. | O.C.D. of S. Florida Inc. | 3431 S.W. 11th Street Unit #1 Deerfield Beach, FL 33442 | Peterson Bernard | Banner | |
| 165. | O'Key Homes, Inc. | 525 36th St. Downers Grove, IL 60515 | Krebs, Farley & Pelleteri Charles Long | Banner | |
| 166. | Oyster Bay Homes, Inc. | 18291 Deep Passage Ln Ft. Myers Beach, FL 33931 | Krebs, Farley & Pelleteri Charles Long | Banner | |
| 167. | Palm Coast Construction, Inc. | 3845 Croydon St. Slidell, LA 70458 | | InEx | |
| 168. | Park Homes, LLC | 2700 U.S. Highway 280 Suite 425 Birmingham, AL 35223 | | InEx | |
| 169. | Parr-Self, Inc. | 3501 Del Prado Blvd. Suite 303 Cape Coral, FL 33904 | Krebs, Farley & Pelleteri Charles Long | Banner | |
| 170. | Pat's Construction, LLC | 6396 Citrus Avenue Ft. Pierce, FL 34982 | Krebs, Farley & Pelleteri | Banner | |

25

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | | Charles Long | | |
| 171. | P.D.C. Drywall Contractors, Inc. | 3458 SE Gran Park Way Stuart, FL 34997 | Shields Mott Lund Elizabeth Gordon | Banner | |
| 172. | Perry Homes, LLC and Perry Homes | P.O. Box 34306 Houston, TX 77234 | Looper Reed & McGraw Drew York | Global (13 properties) Inex (13 properties) Knauf (13 properties) | |
| 173. | Platinum Property Management, Inc. | 11098 Biscayne Blvd. First Floor, Suite 103 Miami, FL 33161 | Polenberg Cooper Mark Nichols | Global | |
| 174. | Portofino Homes, Inc. | 611 S.E. 11th Street Cape Coral, FL 33990 | Krebs, Farley & Pelleteri Charles Long | Banner | |
| 175. | Precision Drywall, Inc. | 601 North Congress Ave., Suite 501 Boyton Beach, FL 32259 | Shields Mott Lund Elizabeth Gordon | Banner | |
| 176. | Prestige Development, Inc. | 19849 Quail Creek Drive Fairhope, AL 36532 | Plauche, Smith H. David Vaughan | InEx, Banner | |

26

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 177. | R. Fry Builders, Inc. | 923 Del Prado Blvd. Suite 203 Cape Coral, FL 33990<br><br>Property address:<br>1508 SE 12th Terrace Cape Coral, FL<br><br>434 NE 3rd Avenue Cape Coral, FL 33909<br><br>1210 SE 3rd Avenue Cape Coral, FL 33904 | Akerman Senterfitt Satcy Bercun Bohm | Banner (3 properties) | |
| 178. | R. Mossel Construction, Inc. | 13632 NW 160th Street Okeechobee, FL 34972 | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner | |
| 179. | Radd Builders, Inc. | 3006 Via Siena St. Plant City, FL 33566 | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner | |
| 180. | RAH Of Texas, LP | 4350 South Monaco St. Denver, CO 80237 | | InEx | |
| 181. | Ramos Builders, Inc. | 1223 S.E. 47th Terrace Suite 3 | Krebs, Farley & Pelleteri | Banner | |

27

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Cape Coral, FL 33904 | Charles Long | | |
| 182. | Regatta Construction, LLC | | Porteous Hainkel and Johnson<br>Glenn B. Adams | InEx, Banner | |
| 183. | Regency Homes,Inc. | 2704 Boot Lane<br>Weston, FL 33331-3004 | Krebs, Farley & Pelleteri<br>Charles Long | Banner | |
| 184. | Regency Homes, LLC | 2060 Augusta Terrace<br>Coral Springs, FL 33071 | Paxton & Smith, P.A.<br>Michele Nelson | Banner, Knauf | |
| 185. | Residential Drywall, Inc. | P.O. Box 273449<br>Tampa, FL 33688 | Hinshaw & Culberston<br>Ronald Kammer | Banner | |
| 186. | RFC Homes, Inc. | 307 NW Treeline Terrace<br>Pt. St. Lucie, FL 34986 | Krebs, Farley & Pelleteri<br>Charles Long | Banner | |
| 187. | Richard Jones Construction Co. | 508 SW 12th Ave.<br>Deerfield Beach, FL 33442 | Krebs, Farley & Pelleteri | Banner | |
| 188. | Richmond Heights Community Development Corp. | P.O. Box 163434<br>Miami, FL 33116 | | Global<br>(2 properties) | |

28

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 189. | Rick Strawbridge, Inc. | 5120 S. Lakeland Drive Suite #2 Lakeland, FL 33813 | Akerman Senterfitt Valerie Greenberg | Banner | |
| 190. | Rightway Drywall/Ray Adams | | Porteous Hainkel and Johnson | Banner, InEx | |
| 191. | R.J.L. Drywall, Inc. | 8181 Bayshore Rd. Ft. Myers, FL 33917 | O'Connor & O'Connor, LLC | Banner | |
| 192. | Robert/Charles Builders, Inc. | 1180 S.W. 23rd Ave. Boynton Beach, FL 33426 | Akerman Senterfitt Valerie Greenberger | Banner | |
| 193. | San Remo Associates, Ltd. | 2100 Hollywood Blvd. Hollywood, FL 33020 | Broad and Cassel | Banner | |
| 194. | Schear Corporation | 5490 Lee Street Lehigh Acres, FL 33971 | Plauche, Smith H. David Vaughan | InEx, Banner | |
| 195. | Shoma Homes at Keys Cove Phase, II, Inc. | 3470 NW 82nd Ave. Suite 988 Doral, FL 33122 | Akerman Senterfitt Stacy Bercun Bohm | Banner | |
| 196. | Shoma Home Splendido, Inc. | 3470 NW 82nd Ave Suite 988 Doral, FL 33122 | Akerman Senterfitt Stacy Bercun Bohm | Banner | |
| 197. | Smith Enterprises, Inc., d/b/a Smith Drywall | 205 Complex Road Lakeland, FL 33801 | Hinshaw & Culberston | Banner | |

29

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | | Ronald Kammer | | |
| 198. | Solid Construction of the Gulf Coast, Inc. | P.O. Box 15715 Pensacola, FL 32514 | Hinshaw & Culberston Ronald Kammer | Banner | |
| 199. | South Florida Custom Trim | | Porteous, Hainkel & Johnson Glenn Adams | Banner | |
| 200. | South Florida Custom Trim, Inc. | 4860 Mahogany Ridge Drive Naples, FL 34119 | Fulmer, LeRoy, Albee, Baumann | Banner | |
| 201. | South Kendall Construction, Inc., a/k/a South Kendall Construction, LLC | 888 Kingman Road Homestead, FL 33035 | Hinshaw & Culberston Ronald Kammer | Banner | |
| 202. | Southern Bay Homes, Inc. | 9990 Coconut Rd. Suite 336 Bonita Springs, FL 34135 | Plauche, Smith H. David Vaughan | InEx, Banner | |
| 203. | Standard Pacific Corp. | 15360 Barranca Pkwy Irvine, CA 92618 | Hill, Ward & Henderson Rocco Cafaro | Banner | |
| 204. | Steven Sweet Drywall, LLC | P.O. Box 273902 Tampa, FL 33688 | Hinshaw & Culberston Ronald Kammer | Banner | |

30

|  | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 205. | Suffolk Construction Co. | One Harvard Circle Suite 100 West Palm Beach, FL 33409 | | Banner | |
| 206. | Suntree Homes, Inc. | 13860 Wellington Trace #38 Wellington, FL 33414 | Hinshaw & Culberston Ronald Kammer | Banner | |
| 207. | Sweet Interiors, Inc. | 1805 SW 12th Ct. Cape Coral, FL 33991 | Yeslow & Koeppel. P.A. | Banner | |
| 208. | T & T Enterprises of SW Florida, Inc. | 9780 Silver Creek Ct. Estero, FL 33928 | Hinshaw & Culberston Ronald Kammer | Banner | |
| 209. | Tapia Construction LLC | 5143 South Lakeland Dr. Suite 1 Lakeland, FL 33813  Property address: 6757 Crescent Woods Circle Lakeland, FL 33813 | Akerman Senterfitt Stacy Bercun Bohm | Banner | |
| 210. | Taylor Morrison Services, Inc. f/k/a Morrison Homes,Inc., Taylor Morrison of Florida, Inc. and Taylor | on behalf of the Raymond and Amelia Farley property 3756 Summerwind | Sivyer, Barlow & Watson Neal Sivyer | Banner | |

31

|  | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
|  | Woodrow Homes-Southwest Florida Division LLC | Circle Bradenton, FL 34209 |  |  |  |
| 211. | Terry Mott Builders |  | Porteous Hainkel and Johnson Glenn B. Adams | InEx, Banner |  |
| 212. | Thomas F. Gray Construction |  | Porteous Hainkel and Johnson Glenn B. Adams | InEx, Banner |  |
| 213. | Timberline Builders, Inc. | 3618 Del Prado Blvd. S. Cape Coral, FL 33904 | Yeslow & Koeppel. P.A. | Banner |  |
| 214. | Toll Estero Limited Partnership | 250 Gibraltar Road Horsham, PA 19044 |  | Banner |  |
| 215. | Total Community Action, Inc. | 1420 S. Jefferson Davis Parkway New Orleans, LA 70125 | Rumberger, Kirk & Caldwell Robert Fitzsimmons | InEx |  |
| 216. | Total Drywall |  | Porteous Hainkel and Johnson Glenn B. Adams | InEx, Banner |  |
| 217. | Tousa, Inc., Tousa Homes Florida, LP | 4000 Hollywood Blvd. Ste 555-S Hollywood, FL 33021 |  | Banner (26 properties) |  |

32

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 218. | Triple Crown Homes, Inc. | 1740 E. Silver Springs Blvd. Ocala, FL 34470 | Krebs, Farley & Pelleteri Charles Long | Banner | |
| 219. | Triple M Drywall, Inc. | 2861 Marbill Road Palm Springs, FL 33406 | Brian Reboul | Banner | |
| 220. | United Dream Builders, Inc. | 12304 Twin Branch Acres Rd. Tampa, FL 33626 | Krebs, Farley & Pelleteri Charles Long | Banner | |
| 221. | United Homes International, Inc. | 7975 NW 154th St. #400 Miami Lakes, FL 33016 | Hinshaw & Culberston Ronald Kammer | Banner | |
| 222. | V & I Drywall & Stucco a/k/a V and I Drywall & Stucco, Inc. | 15530 SW 300 St. Homestead, FL 33033 | Hinshaw & Culberston Ronald Kammer | Banner | |
| 223. | Van Aller Construction, Inc. | 183 Northshore Place Gulf Shores, AL 36542 | Plauche, Smith H. David Vaughan | InEx, Banner | |
| 224. | Venetian Village, LLC | | Porteous Hainkel and Johnson Glenn B. Adams | InEx, Banner | |
| 225. | Vicinity Drywall, Inc. | 573 S.E. Brookside Terrace | Brian Reboul | Banner | |

33

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Port St. Lucie, FL 34983 | | | |
| 226. | Viking Homes of S.W. Florida, Inc. | 3305 S.E. 1st Ave. Cape Coral, FL 33904 | Plauche, Smith H. David Vaughan | InEx, Banner | |
| 227. | Villa Homes Development d/b/a Villa Homes of SW Florida | 4414-6 Del Prado Blvd. Cape Coral, FL 33994 | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner | |
| 228. | Vizcaya Custom Homes | 209 S. Gunlock Ave. Tampa, FL 33609 | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner | |
| 229. | Waterways Joint Venture IV, LLC | 15013 Summit Place Circle Naples, FL 34119 | Hinshaw & Culberston Ronald Kammer | Banner | |
| 230. | WB Construction, Inc. | 18465 Tulip Rd. Ft. Myers, FL 33912 | Hinshaw & Culberston Ronald Kammer | Banner | |
| 231. | West Coast Drywall Construction, Inc. | 1495 Rail Head Blvd. Unit 8 Naples, FL 34110 | Rumberger, Kirk & Caldwell Robert Fitzsimmons | Banner | |
| 232. | Wilson Heights Development, Inc. | 3842 West 16th Avenue Hialeah, FL 33012 | | Global (2 properties) | |

34

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | | | Banner (2 properties) | |
| 233. | Windship Homes of Florida, Inc. | 10627 Broadland Pass Thonotosassa, FL 33592 | Hinshaw & Culberston Ronald Kammer | Banner | |
| 234. | Woodland Enterprises, Inc. | 15592 Jupiter Farms Road Jupiter, FL 33478 | Akerman Senterfitt Stacy Bercun Bohm | Banner | |
| 235. | Wyman Stokes Builder, Inc. | 9340 College Parkway Ft. Myers,FL 33919 | Krebs, Farley & Pelleteri  Charles Long | Banner | |
| 236. | Zahn Luxury Homes, Inc. and Zahn Builders Florida, Inc. | 4628 N. Federal Hwy Lighthouse Point, FL 33064 | Paxton & Smith Michele Nelson | Banner, Knauf | |