# EXHIBIT C

# IN RE CHINESE DRYWALL LITIGATION, MDL 2047

## GLOBAL SETTLEMENT EXCLUSIONS[1]

### November 9, 2012

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 1. | Adams, Richard and Marilyn | 5748 Stay Sail Ct. Cape Coral, FL 33914 | Daniel K. Bryson Lewis & Roberts | Global | |
| 2. | Alvarez Homes, Inc. | 3617 Hudson Lane Tampa, FL 33618 <br><br> Property addresses: 12217 Broadwater Loop Thonotosassa, FL 33592 <br><br> 3125 Christopher Watch Lane Ruskin, FL 33570 | Unknown | Global (2 properties) | |
| 3. | Ammons, Rick and Dana | 2951 Maple Grove Lane, W Powhatan, VA 23139 | C. David Durkee Roberts & Durkee | Global | |

[1]Shaded entries denotes a rescinded opt-out.

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Property address:<br>2581 Sawgrass Lake Ct.<br>Cape Coral, FL 33909 | | | |
| 4. | Arias, Mirtha | 1536 Amsterdam Ave.<br>New York, NY 10031<br><br>Property address:<br>8266 NW 124th Terrace<br>Parkland, FL 33076 | | Global | |
| 5. | Arzillo, Richard and Gretchen | 3935 Rollingsford Ct.<br>Lakeland, FL 33810 | Mark A. Salky<br>Greenberg Traurig | Global | 11/5/12 |
| 6. | Avner, Wendy and Brett | 18020 Via Bellamare<br>Lane<br>Miromar Lakes, FL<br>33913 | Parker Waichman<br>April Goodwin | Global | |
| 7. | B4P Investments | 175 SW 7th Street<br>Suite 2101<br>Miami, FL 33130<br><br>Property address:<br>185 SW 7th Street<br>Miami, FL 33130<br>Apt. 3408 | | Global | |
| 8. | Bailey, Kristi & Gary | 1915 NW 28th Pl | C. David Durkee | Global | |

|  | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
|  |  | Cape Coral, FL 33993<br><br>Property address:<br>2529 Deerfield Lake Ct.<br>Cape Coral, FL 33993 | Roberts & Durkee |  |  |
| 9. | Ballard, James and Suzanne | 101 Linden Lane<br>Birmingham, AL 35242 | Collins & Horsley<br>W. Brian Collins | Global |  |
| 10. | Barajas, Ramiro Torres and Torres, Noel | 1031 SW College Park Rd<br>Port St. Lucie, FL 34953 |  | Global | 11/8/12 |
| 11. | Barker, John | 358 Baker Rd.<br>Apt. 10<br>Satsuma, AL 36572 | Holston & Vaughan<br>John Teague | Global |  |
|  | Barker, Angela | 24 S. Bethal Forest Dr.<br>Saraland, AL 36571<br><br>Property address:<br>807 Shelton Beach Rd.<br>Unit #16<br>Saraland, AL 36571 |  |  |  |
| 12. | Barnes, Lonetta and Vashun | 216 Berwyn Drive West<br>Apt. 42<br>Mobile, AL 36608 | Holston & Vaughan<br>John Teague | Global |  |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Property address:<br>807 Shelton Beach Rd.<br>Unit #13<br>Saraland, AL 36571 | | | |
| 13. | Barragan, Fernando and Barbara | 16400 Collins Ave., #2145<br>Sunny Isles Beach, FL 33160<br><br>Property address:<br>8935 SW 228th Lane<br>Miami, FL 33190 | C. David Durkee<br>Roberts & Durkee | Global | |
| 14. | Barreto, Rodney and Riera-Gomez, Eliseo | 235 Catalonia Avenue<br>Coral Gables, FL 33134<br><br>Property address:<br>1100 Valencia<br>Coral Gables, FL 33134 | Victor Diaz | Global | |
| 15. | Batra, Vinod K. | 5914 Kirkwynd<br>Commons Dr.<br>Charlotte, NC 28378<br><br>Property address:<br>2565 Deerfield Lake<br>Cape Coral, FL 33909 | C. David Durkee<br>Roberts & Durkee | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 16. | Bell, Thomas E. | 180 Tessa Circle Albertville, AL 35950 | | Global | |
| 17. | Bertoni, Rebello and Joan | 4426 Spruce St. Whitehall, PA 18052<br><br>Property address: Gulf Reflections 1101 Gulf Reflection Drive, #230 Ft. Myers, FL 33908 | C. David Durkee Roberts & Durkee | Global | |
| 18. | Blanco, Rafael | 175 SW 7th Street Suite 2101 Miami, FL 33130<br><br>Property address: 185 SW 7th Street Miami, FL 33130 Apt. 2908 | | Global | |
| 19. | Booker, Joseph and Brenda | 1041 Edgewater Lane Chelsea, AL 35043 | McCallum Hoaglund Eric Hoaglund | Global | 10/31/12 |
| 20. | Boucher, Gordon and Nancy | 13216 Ivy Street Becker, MN 55308<br><br>PROPERTY ADDRESS | C. David Durkee Roberts & Durkee | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | 11001 Gulf Reflections Drive Unit A208 Ft. Myers, FL 33908 | | | |
| 21. | Bramlett, Bobbi McCullough | 80 Crim Drive Calera, AL 35040 | | Global | 9/27/12 |
| 22. | Breland, Brandon and Christie | 213 Second Avenue Saraland, AL 36571 Property address: 807 Shelton Beach Rd. Unit #32 Saraland, AL 36571 | Holston & Vaughan John Teague | Global | |
| 23. | Brewer, S. Danielle Brewer, Nicholas | 2779 Highway 80 Vicksburg, MS 39180 1218 Mississippi St. Tallulah, LA 71282 Property address: 807 Shelton Beach Rd. Unit 8 Saraland, AL 36571 | Holston & Vaughan John Teague | Global | |
| 24. | Broussard, Julius T. | 12680 Woodland Circle D'Iberville, MS 39540 | | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 25. | Brown, Dorene | 200 East Palmetto Park Rd #811 Boca Raton, FL 33432 Property address: 17946 Lake Azure Way Boca Raton, FL 33496 | | Global | |
| 26. | Burch, Joseph and Paula | 4670 County Road 200 Danville, AL 35619 | | Global | |
| 27. | Burden, Jorina and Pruitt, Edward | 10027 Buttercream Drive South Mobile, AL 36695 Property address: 807 Shelton Beach Rd. Unit 31 Saraland, AL 36571 | Holston & Vaughan John Teague | Global | |
| 28. | Cacinelli, Sergio | 175 SW 7th Street Suite 2101 Miami, FL 33130 Property address: 185 SW 7th Street Miami, FL 33130 Apt. 2712 | | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 29. | Callahan, Donald and Joanna | 2545 Deerfield Lake Court<br>Cape Coral, FL 33909 | C. David Durkee<br>Roberts & Durkee | Global | |
| 30. | Cambric, Shannon | 8585 Athena Court<br>Lehigh Acres, FL 33971 | C. David Durkee<br>Roberts & Durkee | Global | |
| 31. | Campbell, Scott and Mary | 171 Silo Hill Rd.<br>Madison, AL 35758 | Collins & Horsley<br>W. Brian Collins | Global | |
| 32. | Camposano, Francisco and Maria Del Pilar | 5721 SW 84th Street<br>Miami, FL 33143 | Ervin Gonzales<br>Colson Hicks | Global | |
| 33. | Carbone, Vincent and Kathleen | 20271 Chapel Trace<br>Estero, FL 33928 | | Global | |
| 34. | Cardinal, Michael and Suyon | 4883 Registry Lane<br>Kennesaw, GA 30152 | | Global | 10/19/12 |
| 35. | Carlin, Charles and Yvonne | 2395 Harbor Glenn<br>Hoover, AL 35249 | Collins & Horsley<br>W. Brian Collins | Global | 11/5/12 |
| 36. | CATA Investments, Inc. | 175 SW 7th Street<br>Suite 2101<br>Miami, FL 33130<br><br>Property address:<br>185 SW 7th Street | | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 37. | Ceminsky, Margaret | Miami, FL 33130 Apt. 2007 | | | |
| | | 29291 Henderson Station Rd. Le Sueur, MN 56058 | C. David Durkee Roberts & Durkee | Global | |
| | | Property address: 2572 Keystone Lake Dr Cape Coral, FL 33909 | | | |
| 38. | Chapman, David and Denise | 60 Shelby Drive Hayden, AL 35079 | | Global | 10/21/12 |
| 39. | Chrusz, Kelli Elizabeth Chrusz, Ryan Christopher | 11252 Running Pine Dr. Riverview, FL 33569 | C. David Durkee Roberts & Durkee | Global | |
| | | Property address: 3035 Lake Manatee Ct. Cape Coral, FL 33909 | | | |
| 40. | Cohen, Carol | 15586 Fiorenza Circle Delray Beach, FL 33446 | C. David Durkee Roberts & Durkee | Global | |
| 41. | Cole, John and Star | 2766 Blue Cypress Lake Court Cape Coral, FL 33909 | C. David Durkee Roberts & Durkee | Global | |
| 42. | Collins, Kerrie and Braxton | 10720 Highway 614 | | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Moss Point, MS 39562 | | | |
| 43. | Conrad, Ariane | 5321 Alpaca Drive Marrero, LA 70072<br><br>Property address: 2921 Monica Lane Marrero, LA 70072 | Becnel Law Firm Salvadore Christina | Global | 10/12/12 |
| 44. | Conroy, John and Sandra | 1750 NW 24th Place Cape Coral, FL 33993 | C. David Durkee Roberts & Durkee | Global | |
| 45. | CRS Building Corporation | 100 Second Ave, South Suite 301-S St. Petersburg, FL 33701<br><br>Property address: Harrison Ranch Community 5755 Harrison Ranch Blvd. Bradenton, FL 34219 | Johnson, Pope Ryan C. Griffin | Global | |
| 46. | Cruz, Eduardo Manuel | 4304 21st SW Lehigh Acres, FL 33976 | C. David Durke Roberts & Durkee | Global | |
| 47. | D.R. Horton, Inc. | 1245 South Military Trail, Suite 100 Deerfield Beach, FL | Taylor, Porter, Brooks & Phillips Erick Miyagi | Global (3 properties) | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | 33442 | | | |
| 48. | DeJesus, Anna Tataris and Roy | 3325 Bayshore Blvd., Unit A24 Tampa, FL 33629<br><br>Property address 4842 Tuscan Loon Dr. Tampa, FL 33619 | Colson Hicks Ervin Gonzalez | Global | |
| 49. | DeMagistris, Massimo | Corso Sempione 32A 20159 Milano Italy<br><br>Property address: 140 South Dixie Hwy Hollywood, FL 33020 | C. David Durkee Roberts & Durkee | Global | |
| 50. | Demedicis, Jan and Jack | 5812 Chestnut Trace Birmingham, AL 35244 | McCallum Hoaglund Eric Hoaglund | Global | 11/1/12 |
| 51. | Domingue, Craig | 119 Melody Ln. Slidell, LA 70458<br><br>Property address: 205 Thistledown Ct. Pearl River, LA | Becnel Law Firm Salvadore Christina | Global | 10/18/12 |
| 52. | Dowdy, Joyce and Alfred | 2553 Deerfield Lake Ct. Cape Coral, FL 33909 | C. David Durkee Roberts & Durkee | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 53. | Duke, Barry and Marlene | 20241 Chapen Trace Estero, FL 33928 | | Global | |
| 54. | Echevarria, Joel and Moraima | 18611 SW 122 St. Miami, FL 33196 | Victor Diaz | Global | |
| 55. | Echeverri, Monica | 1481 SW 145th Place Miami, FL 33184 | Victor Diaz | Global | |
| 56. | Edelman, Michael and Francine | 11 Martime Ave. Penthouse White Plains, NY 10606  Property address: 9401 Scarborough Ct. Port St. Lucie, FL 34986 | | Global | |
| 57. | Edwards, Norma | 1050 NW Leonardo Circle Port S. Lucie, FL 34986 | C. David Durkee Roberts & Durkee | Global | |
| 58. | Ellis, Kristin and Ray | 1045 Riviera Drive Calera, AL 35040 | Gentle, Turner Sexton K. Edward Sexon | Global | 11/1/12 |
| 59. | Epstein, Kim Williams | 9447 Dowden Road #13306 Orlando, FL 32832 | C. David Durkee Roberts & Durkee | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Property address: 2556 Keystone Lake Dr. Cape Coral, FL 33909 | | | |
| 60. | Erickson, William | 611 West Lafayette St. Parry, FL 32347 <br><br> Property Address: 161 Partridge St. Lehigh Acres, FL 33974 | Seeger Weiss | Global | 10/24/12 |
| 61. | Etter, Steven and Cathy | 18894 SE Jupiter Inlet Way Tequesta, FL 33469 | Mark A. Greenberg | Global | |
| 62. | Everette Avenue Townhomes 21 properties | 7001 Post Road Suite 110 Dublin, OH 43016 | Mills Paskert Divers Ty G. Thompson | Global (21 properties) | 10/10/12 |
| 63. | Fallmann, James and Barbara | 11063 Pacifica Street Wellington, FL 33449 | C. David Durkee Roberts & Durkee | Global | |
| 64. | Farley, Raymond P. and Amelia J. | 11A Legion Place North Arlington, NJ 07031 <br><br> Property address: 3756 Summerwind | David Maglich Fergeson Skipper | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Circle Bradenton, FL 34209 | | | |
| 65. | Faroh, Edgar P. | 3500 Paddock Road Weston, FL 33331 Property Address: 8155 NW 108 Ave. Miami, FL 33178 | C. David Durkee Roberts & Durkee | Global | |
| 66. | Federico, Nino and Doreen | 2421 NE 65th Street Unit 602 Ft. Lauderdale, FL 33308 | C. David Durkee Roberts & Durkee | Global | 11/5/12 |
| 67. | Fincher, Nathan and Megan | 146 Oak Lane Arley, AL 35541 Property address: 1700 County Road 3949 Arley, AL 35541 | | Global | |
| 68. | Finger, Simon and Rebecca | 1844 State Street New Orleans, LA 7011 | Kanner & Whiteley, LLC | Global | |
| 69. | First Baptist Church of Seminole, Alabama, Inc. a/k/a Seminole Baptist Church | 32619 Browns Landing Road Seminole, AL 36574 | Daniell, Upton & Perry Jonathon Law | Global | |
| 70. | Flores, David and Monica | 4881 NW 111th Ave. | C. David Durkee | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Miami, LF 33178<br><br>Property address:<br>8936 SW 228th Lane<br>Miami, FL 33190 | Roberts & Durkee | | |
| 71. | Forbes, William and Mary | 100 Linden Lane<br>Birmingham, AL 35242 | Collins & Horsley<br>W. Brian Collins | Global | |
| 72. | Friedrich, Dirk and Annette | 2368 Harrison Dr.<br>Dunedin, FL 34698<br><br>Property address:<br>12482 Countrywide Circle<br>Tampa, FL | Pilka & Assocs.<br>Daniel F. Pilka | Global | |
| 73. | Fry, Josh and Megan | 1210 SE 3rd Ave.<br>Cape Coral, FL 33909 | C. David Durkee<br>Roberts & Durkee | Global | |
| 74. | Fry, Randy and Connie | 434 N.E. 3rd Ave.<br>Cape Coral, FL 33909<br><br>Property address:<br>1508 SE 12th Terr<br>Cape Coral, FL 33990 | C. David Durkee<br>Roberts & Durkee | Global | |
| 75. | Gant, Jon Thomas | 2401 Chalybe Trail | Gentle, Turner | Global | 10/31/12 |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Hoover, AL 35226 | Sexton<br>K. Edward Sexton | | |
| 76. | Garcia, Jose and Elizabeth | 9345 Balada Street<br>Coral Gables, FL 33156 | Victor Diaz | Global | 11/1/12 |
| 77. | George, Barbara and William;<br>Maddux, Cheryl | 2253 Imperial Golf<br>Course Blvd.<br>Naples, FL 34110<br><br>Property address:<br>16158 Caldera Lane<br>Naples, FL 34110 | Kubicki Draper<br>Michelle Krone | Global | |
| 78. | Geraci, Vincent and Joan | 12088 Irish Mist Rd, NE<br>Alburquerquey, NM<br>87122<br><br>Property Address:<br>420 NW 38th Ave.<br>Cape Coral, FL 33993 | C. David Durkee<br>Roberts & Durkee | Global | |
| 79. | Grassel, Eric and Svetlana | 3033 Lake Manatee Ct.<br>Cape Coral, FL 33909 | C. David Durkee<br>Roberts & Durkee | Global | |
| 80. | Groenewold, Dareen and<br>Hugh Johnson | 612 SW 4 Ave<br>Ft. Lauderdale, FL 33315<br><br>Property address: | C. David Durkee<br>Roberts & Durkee | Global | |

|  | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
|  |  | 11001 Gulf Reflection Drive #405 Ft. Meyers, FL 33908 |  |  |  |
| 81. | Haas, Albert and Anne | 62 Marston Lane Mobile, AL 36608 | Yance Law Firm R. Tucker Yance | Global |  |
| 82. | Haindel, Mary | 2117 Veterans Memorial Blvd. #402 Mettaire LA 70002  Property address: 1224 Magnolia Alley Mandeville, LA 70471 | Becnel Law Firm Salvadore Chritina | Global | 10/8/12 |
| 83. | Hall, Laura | 418 E. Scott Drive Saraland, AL 36571  Property address: 807 Shelton Beach Rd. Unit 33 Saraland, AL 36571 | Holston & Vaughan John Teague | Global |  |
| 84. | Hamburg, Richard | 2421 NE 65th Street, #603 Ft. Lauderdale, FL 33308 | C. David Durkee Roberts & Durkee, P.A. | Global |  |
| 85. | Hamburg, Richard | 2421 NE 65th Street, #217 | C. David Durkee Roberts & Durkee, | Global |  |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Ft. Lauderdale, FL 33308 | P.A. | | |
| 86. | Hamwee, Mark | 2557 Deerfield Lake Ct. Cape Coral, FL 33909 | C. David Durkee Roberts & Durkee | Global | |
| 87. | Havard, Michael and Cecila | 16322 County Road 9 Summerdale, AL 36580 | Gentle, Turner Sexton K. Edward Sexon | Global | 11/5/12 |
| 88. | Hawkins, Robert and Melissa | 1007 Taylors Circle Moody, AL 35004 | Collins & Horsley W. Brian Collins | Global | |
| 89. | Hayes, Brian | 1031 Maryanna Rd. Calera, AL 35040 | Collins & Horsley W. Brian Collins | Global | 11/5/12 |
| 90. | Heath, John and Vicky | 47 Greenbriar Drive Gulfport, MS 39507 | | Global | 10/21/12 |
| 91. | Helmick, Timothy and Maria | 8931 SW 228 Lane Cutler Bay, FL 33190 | C. David Durkee Roberts & Durkee | Global | |
| 92. | Herrington, Jason and Cassie | 26975 Old Americus Rd. Lucedale, MS 39452 | | Global | |
| 93. | Hershoff, Jay and Nancy | 148 Severino Drive Islamorada, FL 33036 Property address: 28527 Chianti Terrace Bonita Springs, FL | Colson Hicks Ervin Gonzalez | Global | |

Page 18 of 48

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | 34135 | | | |
| 94. | Hicks, Stephen and Anne | 4291 Boulder Lake Cir. Vestana Hills, AL. | Collins & Horsley W. Brian Collins | Global | |
| 95. | Holifield, Kent and Laurie | 87 Red Holifield Rd. Laurel, MS 39443 | | Global | |
| 96. | Holt, Angela | 8445 Rosemary Rd. Eight Mile, AL 36613 Property Address: 807 Shelton Beach Road Unit #18 Saraland, AL 36571 | Holston & Vaughan John Teague | Global | |
| 97. | Howstone Properties Florida, LLC | 110 West Front Street Red Bank, NJ 07701 | Bilzin Sumberg | Global (14 properties) | 10/25/12 |
| 98. | Hunt, Walter and Catherine | 16095 Durban Fork Rd. Bay Minette, AL 36507 | | Global | |
| 99. | ISA Holdings, Inc. | 175 SW 7th Street Suite 2101 Miami, FL 33130 Property address: 185 SW 7th Street Miami, FL 33130 | | Global (2 properties) | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Apts. 2201 and 33130 | | | |
| 100. | Jagdeosingh, Adrian and Kerry | 12887 Equestrian Trial Davie, FL 33330 | Daniel Rosenbaum Rosenbaum, Mollengarden, Janssen & Siracusa | Global | |
| 101. | James, Rob and Jessica | 690 Poplar Springs Rd. Newton, MS 39345 | Deaton & Berry Joe S. Deaton | Global | |
| 102. | Jones, Frank and Peggy | 25264 County Rd. 38 Summerdale, AL 36580 | | Global | |
| 103. | Juliano, Jasper C. | 5816 Water Point Lane Hoover, AL 35244 | Gentle, Turner Sexton K. Edward Sexton | Global | 11/1/12 |
| 104. | K. Hovnanian First Homes, LLC | 5439 Beaumont Center Blvd. Suite 1010 Tampa, FL 33634 | Bilzin Sumberg | Global (6 properties) | 10/25/12 |
| 105. | K. Hovnanian T & C Homes of Florida, LLC | 110 West Front St Red Bank, NJ 07701 | Bilzin Sumberg | Global (14 properties) | |
| 106. | K. Hovnanian Windward Homes, LLC | 5439 Beaumont Center Blvd. Suite 1010 Tampa, FL 33634 | Bilzin Sumberg | Global (3 properties) | 10/25/12 |
| 107. | Kano, Samer | 407 Lincoln Road Suite 304 | | Global (2 properties) | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Miami Beach, FL 33139<br><br>Property address:<br>185 SW 7th Street<br>Units 2107 and 3309<br>Miami, FL 33130 | | | |
| 108. | Katz, Barry and Rebecca | 22059 Martella Ave.<br>Boca Raton, FL 33433<br><br>Property address:<br>11001 Gulf Reflections<br>Dr. Unit A406<br>Ft. Myers, FL 33908 | C. David Durkee<br>Roberts & Durkee | Global | |
| 109. | Kennedy, Kenny | 10720 Old Highway 43<br>Axis, AL 36505<br><br>Property address:<br>807 Shelton Beach Rd.<br>Unit #31<br>Saraland, AL 36571 | Holston & Vaughan<br>John Teague | Global | |
| 110. | Kingsnorth, Robert and Grace | 37 Johnston Rd.<br>N. Bay, on PIB8GI<br>Canada<br><br>Property address: | C. David Durkee<br>Roberts & Durkee | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | 2556 Deerfield Lake Ct. Cape Coral, FL 33909 | | | |
| 111. | Kirby, Jay T. | 55 Bayview Dr. Brick, NJ 08723 | C. David Durkee Roberts & Durkee | Global | |
| | Nina Leone | P.O. Box 1213 Brick, NJ 08724<br><br>Property address: 11001 Gulf Reflections Unit 202 | | | |
| 112. | Kranz, Helene and Christina | 286 Bay 10th Street Brooklyn, NY 11228<br><br>Property address: 8644 Athena Ct. Lehigh Acres, FL | C. David Durkee Roberts & Durkee | Global | |
| 113. | Kuhn, Jason | 17001 Candeleda de Avila, Tampa FL 33613<br><br>Property address: 1901 S. Oakmont St. Tampe, FL 33629 | | Global | |
| 114. | Ladner, Kerman Brian | 522 2nd Street Gulfport,MS 39507 | | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 115. | LaDow, Dolores & George | 2561 Deerfield Lake Ct. Cape Coral, FL 33909 | C. David Durkee Roberts & Durkee | Global | |
| 116. | Lai, Yen and Leong, Ling | 410 Canterwood Drive Mulberry, FL 33860  Property address: 3189 Kearns Rd. Mulberry, FL 33860 | Pilka & Assoc. Daniel F. Pilka | Global | |
| 117. | Larrazabal, Alejandro | 10902 NW 83rd Street #212 Doral, FL33178 | C. David Durkee Roberts & Durkee | Global | |
| 118. | Latitude 1409 LLC Camilo Nino, Manager | 175 SW 7th Street Suite 2101 Miami, FL 33130  Property address: 185 SW 7th Street Miami, FL 33130 Apts. 2303, 4001, 701, 1803, 3201, 2702 | | Global (6 properties) | |
| 119. | Latitude on the River Condominium Associates | 185 SW 7th Street Miami, FL 33130 | Siegfried, Rivera, et al  Helio De La Torre | Global (83 properties) | |
| 120. | Lazarus, Thomas J. and | 2612 Clipper Circle | | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | Patricia | West Palm Beach, FL 33411 | | | |
| 121. | Ledford, Samuel | 10308 Renfroe Rd. Alpine, AL 35014 | Daniel K. Bryson Lewis & Roberts | Global | 11/8/12 |
| 122. | Leggett, Nona Sue | 5319 Creekside Place Birmingham, AL | McCallum Hoaglund Eric Hoaglund | Global | 10/31/12 |
| 123. | Leviton, Lev and Makarchuk, Rosaliya | 74 Rymshaw Drive Palm Coast, FL 32164 | C. David Durkee Roberts & Durkee | Global | 10/22/12 |
| 124. | Levy, Jeffrey and Karen | 2394 Saddleback Drive Danville, CA 94506

Property address: 13962 Clubhouse Dr. Tampa, FL 33618 | Trenam Kemker Patrick J. Poff | Global | |
| 125. | Liberty Park Joint Vnture, LLP's | Property addresses

701 Hampden Place Circle Birmingham, AL ;

746 Hampden Place Circle, Birmingham, AL ;

747 Hampden Place | Starns Davis Florie Philip G. Piggott | Global | |

Page 24 of 48

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | circle, Birmingham AL. 765 Hampden Place Circle Birmingham, AL ; | | | |
| 126. | Lofton, Clarence and Hattie | 624 Highway 43 Blvd. S Apt. C Saraland, AL 36571 Property address: 807 Shelton Beach Rd. Unit #33 Saraland, AL 36571 | Holston & Vaughan John Teague | Global | |
| 127. | Lorenz, Brian and Rosemary | 45 Winding Ridge Road White Plains, NY 10603 Property address: 3470 Cypress Marsh Dr. Ft. Myers, FL 33905 | | Global | |
| 128. | Luis, Zoilo and Odalmi | 12469 Country White Circle Tampa, FL 33635 | | Global | |
| 129. | Mackoff, Charles and Arlene | 15582 Fiorenza Circle Delray Beach, FL 33446 | C. David Durkee Roberts & Durkee | Global | |

Page 25 of 48

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 130. | Madden, Michael and Ashley | 2359 Chalybe Trail Birmingham, AL 35226 | McCallum Hoaglund Eric Hoaglund | Global | 10/24/12 |
| 131. | Magruder, Ann Kelsey | 2534 Faulkner Ct. Ocean Springs, MS 39564 | | Global | |
| 132. | Malhotra, Taruna | 470 Cottagewood Ln. Royal Palm Beach, FL 33411 | | Global | |
| 133. | Mantuo, JoEllen | 16630 Westwood Lane Weston, FL 33326  Property Address: 11001 Gulf Reflections Dr., Unit A308 Ft. Myers, FL 33908 | C. David Durkee Roberts & Durkee | Global | |
| 134. | Marlinga, Don and Janice | 7937 Bridge Valley Clarkston, MI 48348  property address: 11697 Bald Eagle Way Naples,FL 34120 | Shaprio Blasi Wasserman Gora Thomas A. Conrad | Global | |
| 135. | Martin, Donald E. | 3705 Robertson Court Mobile, AL 36693 | Holston & Vaughan John Teague | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Property address:<br>807 Shelton Beach Rd.<br>Unit #12<br>Saraland, AL 36571 | | | |
| 136. | Masih, Parveen | 7 Ash Drive<br>Medford, NY 11762<br><br>Property address:<br>2533 Deerfield Lake Ct.<br>Cape Coral, FL 33909 | C. David Durkee<br>Roberts & Durkee | Global | |
| 137. | Masmela, Bryan | 9837 SW 117 Place<br>Miami, FL 33186<br><br>Property address:<br>10902 NW 83rd St.<br>Apt. 210<br>Doral, FL 33178 | C. David Durkee<br>Roberts & Durkee | Global | |
| 138. | McAteer, Thomas and Irene | 10 Monroe Blvd.<br>Apt. 6F<br>Long Beach, NY 11561-4355 | | Global | 10/8/12 |
| 139. | McKinley, Jacob and Brandi | 23 Hammock Rd.<br>Carriere, MS 39426 | | Global | |
| 140. | Medico, John and Ban | 12728 Daisy Place | David W. Wilcox | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Bradenton, FL 34212 | | | |
| 141. | Middleton, Troy B. | 150 9th Ave. Chickasaw, AL 36611<br><br>Property address: 807 Shelton Beach Rd. Unit #33 Saraland, AL 36571 | Holston & Vaughan John Teague | Global | |
| 142. | Miller, Bradley and Tricia | 11134 Pacifica St. Welington, FL 33449 | C. David Durkee Roberts & Durkee | Global | |
| 143. | Miller, Raphael and Jeannette | 15302 Fiorenza Circle Delray Beach, FL 33446 | C. David Durkee Roberts & Durkee | Global | |
| 144. | Mitchell, Jaimie | 416 N. Audubon Drive Satsuma, AL 36572<br><br>Property address: 807 Shelton Beach Rd. Unit #26 Saraland, AL 36571 | Holston & Vaughan John Teague | Global | |
| 145. | Moore, Shanine and Algajuan | 1446 Scout Trace Birmingham, AL 35244 | | Global | |
| 146. | Moore, Victor | 1004 Maryanna Road Calera, AL 35040 | McCallum Hoaglund Eric Hoaglund | Global | 11/1/12 |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 147. | Morales, Maria E. | 3837 NW 17 Ave. Apt. 2 Miami, FL 33142 | C. David Durkee Roberts & Durkee | Global | |
| 148. | Moses, William L. and Carolyn | 9861 Cobblestone Creek Drive Boynton Beach, FL 33472 | | Global | 11/8/12 |
| 149. | Muenchen, Stephen M. | 3676 Longhorn Dr. Hamilton, OH 45013 Property address: 2537 Deerfield Lake Ct. Cape Coral, FL 33909 | C. David Durkee Roberts & Durkee | Global | |
| 150. | Muenchen, Stephen William | 1760 Cornelius Ct. P.O. Box 236 Okeana OH 45053 Property address: 2565 Keystone Lake Dr. Cape Coral, FL 33909 | C. David Durkee Roberts & Durkee | Global | |
| 151. | Nabors, Jason and Rhonda | 773 Hampden Place Circle Birmingham, AL 35242 | McCallum Hoaglund Eric Hoaglund | Global | 11/1/12 |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 152. | Nahous, Christopher and Suzanne | 10854 NW 80th Circle Parkland, FL 33076<br><br>Property Address:<br>Heron Preserve<br>Unit 20D<br>6078 NW 116th Drive<br>Coral Springs, FL 33076 | | Global | |
| 153. | Naustdal, Donna M.<br>Naustdal, Oscar (deceased) | 2633 Wilderness Ridge Circle,<br>Lincoln NE 68512<br><br>Propery Address:<br>2576 Keystone Lake Drive<br>Cape Coral, FL 33909 | C. David Durkee<br>Roberts & Durkee | Global | |
| 154. | Nearing, Wayne and Virginia | 1025 Kings Way<br>Birmingham, AL 35242 | Collins & Horsley<br>W. Brian Collins | Global, InEx | |
| 155. | Nguyen, Kinh Hong<br>Truong, Christina Phuong | 8557 Pegasus Dr.<br>Lehigh Acres, FL 33971 | C. David Durkee<br>Roberts & Durkee | Global | |
| 156. | Osterberg, David and Andrea | 4904 Lyford Cay Rd.<br>Tampa, FL 33629 | C. David Durkee<br>Roberts & Durkee | Global | |
| 157. | Parker, Don | 9471 W. Oaklawn<br>Biloxi, MS 39532 | | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 158. | Patti, Anthony and Desroche, Debra | 18 Colony Brook Lane Derry, NH 03038<br><br>Property address:<br>8716 Pegasos Drive<br>Lehigh Acres, FL 33971 | C. David Durkee Roberts & Durkee | Global | |
| 159. | Peek, William and Stacey | 5823 Bowen Daniel Dr. #1602 Tampa, FL 33616<br><br>Property address:<br>11 Baffin Avenue<br>Tampa, FL | Colson, Hicks Ervin Gonzalez | Global | |
| 160. | Penala, Sadanandam and Suram, Neeraja | 2364 Chalybe Trl. Hoover, AL 35226 | Collins & Horsley W. Brian Collins | Global | |
| 161. | Peninsula II Developers, Inc. | c/o Momentis Property Group 11900 Biscayne Blvd. Suite 801 Miami, FL 33181 | | Global (187 units) | |
| 162. | Pereira, Ery and Funes, Flor | 341 9th St., Unit D Fairview, NJ 07022 | | Global | |
| 163. | Perez, Jorge, on behalf of himself and J.P. Real Estate | 10237 SW 159th Ct. Miami, FL 33196 | Colson Hicks Ervin Gonzalez | Global | |

|  | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
|  | Development Corp. | Property address: 10165 SW 171st Street Miami, FL 33157 |  |  |  |
| 164. | Perez, Jorge, on behalf of himself and J.P. Real Estate Development Corp. | 10237 SW 159th Ct. Miami, FL 33196<br><br>Property address: 10169 SW 171st Street Miami, FL 33157 | Colson Hicks Ervin Gonzalez | Global |  |
| 165. | Perez, Julio and Odays | 16170 Caldera Lane Naples, FL 34110 | C. David Durkee Roberts & Durkee | Global |  |
| 166. | Peterson, Derrick Scott and Robin | 518 SW California Ave. Stuart, FL 34994 | C. David Durkee Roberts & Durkee | Global |  |
| 167. | PF Collier, LLC | 308 Spider Lily Lane Naples, FL 34119<br>Property address: 16162 Caldera Lane Naples, FL 34110 | Kubicki Draper Michelle Krone | Global |  |
| 168. | Pisaris-Henderson, Craig | 14134 Reflection Lakes Drive Ft. Myers, FL 33907 | Parker Waichman April Goodwin | Global |  |
|  | Henderson, Kelly | 6909 Erin Marie Court Ft. Myers, FL 33919 |  |  |  |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Property address:<br>12720 Terabella Way<br>Ft. Myers, FL 33912 | | | |
| 169. | Plasencia, Yemili and Rivero, Rolando | 3837 NW 17th Ave.<br>Apt. 1D<br>Miami, FL 33142 | C. David Durkee<br>Roberts & Durkee | Global | |
| 170. | Poleo, Alberto | 175 SW 7th Street<br>Suite 2101<br>Miami, FL 33130<br><br>Property address:<br>185 SW 7th Street<br>Miami, FL 33130<br>Apts. 2711 and 3810 | | Global<br>(2 properties) | |
| 171. | Poleo, Edwardo | 175 SW 7th Street<br>Suite 2101<br>Miami, FL 33130<br><br>Property address:<br>185 SW 7th Street<br>Miami, FL 33130<br>Apt. 2411 | | Global | |
| 172. | Powell, Laura and Lindeerth | 8870 SW 229 Street<br>Cutler Bay, FL 33190 | C. David Durkee<br>Roberts & Durkee | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 173. | Prokopetz, Jason | 3626 NW 46th Place Cape Coral, FL 33993<br><br>Property address:<br>2548 Deerfield Lake Ct. Cape Coral, FL 33909 | C. David Durkee Roberts & Durkee | Global | |
| 174. | Ramirez, David | 9745 SW 110 Street Miami, FL 33176 | Daniel R. Vega Taylor Vega | Global | |
| 175. | Ranelli, Frank and Rosalind | 2412 Arbor Glenn Birmingham, AL | Collins & Horsley W. Brian Collins | Global | 11/5/12 |
| 176. | Reed, Clyde Stanley | P.O. Box 11133 Chickasaw, AL 36671<br><br>Property address:<br>807 Shelton Beach Rd. Unit #33 Saraland, AL 36571 | Holston & Vaughan John Teague | Global | |
| 177. | Reilly, Reed and Victoria | 10850 S. Troy Chicago, IL 60655<br><br>Property address:<br>8648 Athena Ct. Lehigh Acres, FL 33971 | C. David Durkee Roberts & Durkee | Global | |
| 178. | Restrepo, Socorro and | 8932 SW 228 Lane | C. David Durkee | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | Caporale, Alfred | Miami, FL 33190 | Roberts & Durkee | | |
| 179. | Richardson, George and Dara | 412 McKeough Ave. Saraland AL 36571<br><br>Property address:<br>807 Shelton Beach Rd.<br>Unit #23<br>Saraland, AL 36571 | Holston & Vaughan John Teague | Global | |
| 180. | Richardson, Keith and Cherie | 115 Major Circle Riverside, AL 35135 | McCallum Hoaglund Eric Hoaglund | Global | 11/4/12 |
| 181. | Ridgeout, Linda | 9783 Midship Way Unit 102 West Palm Beach, FL 33411-6341 | | Global | |
| 182. | Ridley, Arnold and Rada | 1045 Edgewater Lane Chelsea, AL 35043 | McCallum Hoaglund Eric Hoaglund | Global | 11/2/12 |
| 183. | Rizzo, Jack and Luz | 15578 Fiorenza Cir. Delray Beach, FL 33446 | C. David Durkee Roberts & Durkee | Global | |
| 184. | Robin, Jeffrey and Elisa | 1060 Brickell Ave. Apt. 4305 Miami, FL 33131<br><br>Property address: | | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | 3210 Crystal Court Coconut Grove, FL 33133 | | | |
| 185. | Robinson, Peter and Snyder, James | P.O. Box 761 293 Great Fields Road Brewster, MA 02631 Property address: 8580 Athena Court Lehigh Acres, FL | C. David Durkee Roberts & Durkee | Global | |
| 186. | Robinson, Quintus | P.O. Box 114 Satsuma, AL 36572 Property address: 807 Shelton Beach Rd. Unit 6 Saraland, AL 36571 | Holston & Vaughan John Teague | Global | |
| 187. | Rodriguez, Leonardo and Nicole | 1010 Baltic Terrace Marco Island, FL 34125 Property address: 8224 Santuary Drive #1 Naples, FL | C. David Durkee Roberts & Durkee | Global | |
| 188. | Rodriguez, Nely | 341 9th St, Unit A | | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Fairview NJ 07022 | | | |
| 189. | Ross, Terrence M. and Rhonda B. | 316 Woodvine Avenue Metairie, LA 70005 | Kevin O'Bryon O'Bryon & Schnabel | Global | |
| 190. | Rossi, Richard and Joanna | 21218 St. Andrews Blvd. Apt. 225 Boca Raton, FL 33433 | Colson Hicks Ervin Gonzalez | Global | |
| | | Property address: 17935 Monte Vista Dr. Boca Raton, FL 33496 | | | |
| 191. | Russo, Charles and Melinda | 1769 Westridge Rochester Hills, MI 48306 | Victor Diaz | Global | |
| | | Property address: 2520 N.E. 31 Court Lighthouse Point, FL 33064-8139 | | | |
| 192. | Sadove, Steve and Karin | 7 Hickory Pine Court Purchase, NY 10577 | | Global | |
| | | Property address 341 9th Street Unit B Fairview, NJ 07022 | | | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 193. | Saeks, Sieglinde | 2810 NW 14th Terrace Cape Coral, FL | C. David Durkee Roberts & Durkee | Global | |
| 194. | Schneider-Christians, Michael and Verena | 3306 SE 22nd Ave. Cape Coral, FL 33904<br><br>Property Address: 2549 Deerfield Lake Ct. Cape Coral, FL 33909 | C. David Durkee Roberts & Durkee | Global | |
| 195. | Scrop, Evelyn and Julius | 2421 NE 65th Street Unit 410 Ft. Lauderdale, FL 33308 | C. David Durkee Roberts & Durkee | Global | |
| 196. | Seals, Carl and Cheryl and Dwayne | 96 Grant Street Chickasaw, AL 36511<br><br>Property address: 807 Shelton Beach Rd. Unit #15 Saraland, AL 36571 | Holston & Vaughan John Teague | Global | |
| 197. | Semrau, Terrence and Deborah | 15435 Fiorenza Circle Delray Beach, FL 33446 | C. David Durkee Roberts & Durkee | Global | |
| 198. | Serrajuddowla, Mohammad and Ruth | 8710 Pegasus Drive Lehigh Acres, FL 33971 | C. David Durkee Roberts & Durkee | Global | |
| 199. | Serrano, Jose and Diana | 7500 E Deer Valley | C. David Durkee | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Unit 1<br>Scottsdale, AZ 85255<br><br>Property address:<br>2654 Amber Lake Drive<br>Cape Coral, FL 33909 | Roberts & Durkee | | |
| 200. | Shaw, John and Barbara | 827 SW 17th Street<br>Cape Coral, FL 33991 | C. David Durkee<br>Roberts & Durkee | Global | |
| 201. | Shehadi, Fred and Susan | 1423 Joseph Circle<br>Gulf Breeze, FL 32563 | Levin Papantonio-<br>Ben W. Gordon | Global | 10/8/12 |
| 202. | Shukow, Allen and Donna | 17538 Middlebrook Way<br>Boca Raton, FL 33496 | | Global | 11/8/12 |
| 203. | Siddiqui, Hassan & Frauke | 14 St. Catherine Drive<br>Carrollton, VA 23314<br><br>Property address:<br>11429 Laurel Brook Ct.<br>Riverview, FL 33569 | C. David Durkee<br>Roberts & Durkee | Global | |
| 204. | Sierra, Santos & Martha | 8719 Pegasus Drive<br>Lehigh Acres, FL 33971 | C. David Durkee<br>Roberts & Durkee | Global | |
| 205. | Simonian, Thomas Edward<br>and Petty, Barbara Ruth | 8582 Athena Court,<br>Bldg. 4, Unit 210<br>Lehigh Acres, FL 33971 | C. David Durkee<br>Roberts & Durkee | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 206. | Singer, Brad | 1019 N.E. 87th St. Miami, FL 33138 | C. David Durkee Roberts & Durkee | Global | |
| 207. | Singleton, Robert and Krista | 5201 W. Neptune Way Tampa, FL 33609 | C. David Durkee Roberts & Durkee | Global | |
| 208. | Slidell Property Management, LLC | P.O. Box 488 Wilton, CT 06897 | | Global (42 properties) | |
| 209. | Smith, Linda L. | 5001 N. Prieur Street New Orleans, LA 70117 | | Global | |
| 210. | Smith, Patrick and LeighAnn | 4295 Lexie Circle Trussville, AL 35173 | Collins & Horsley W. Brian Collins | Global | |
| 211. | Sobodash, Mark and Sylvia | 12467 Country White Circle Tampa, FL 33635 | Daniel F. Pilka | Global | |
| 212. | Spilotes, Jaime an behalf of the 341 9th Street Condominum Association, Inc. as their President | 341 9th Street Fairview, NJ 07022 | . | Global | |
| 213. | Spilotes, Jaime and James | 800 Boulevard East 3F North Bergen, NJ 07047

Property address: 341 9th St, Unit C Fairview, NJ 07022 | | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 214. | Spiska, Peter and Olga | 4876 Sedgewood Lane Naples, FL 34112<br><br>Property address: 16166 Caldera Lane Naples, FL 34110 | Kubicki Draper Michelle Krone | Global | |
| 215. | Staggs, H. Bradley and Audrey L. | 12217   Broadwater Loop Thonotosassa, FL 33592 | | Global | |
| 216. | State of Louisiana | James D. Caldwell Attorney General 1885 North Third Street Baton Rouge, LA 70802 | | Global | |
| 217. | Staton, Lori | 3433 Hwy. 190 PMB 359 Mandeville, LA 70471<br><br>Property address: 1216 Magnolia Alley Mandeville, LA 70471 | Becnel Law Firm Salvadore Christina | Global | 10/10/12 |
| 218. | Staub, Marc & Dana | 1100 Poydras St. Suite 2100 New Orleans, LA 70163<br><br>Property address: | Becnel Law Firm Salvadore Christina | Global | 10/9/12 |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | 1208 Magnolia Alley, Mandeville, LA 70471 | | | |
| 219. | Steed, Max | 2580 Keystone Lake Drive Cape Coral, FL 33909 | C. David Durkee Roberts & Durkee | Global | |
| 220. | Steinke, Christina and Stalmach, Jerry | 4790 Wheeler Aveue Eight Mile, AL 36571  Property address: 807 Shelton Beach Rd. Unit #24 Saraland, AL 36571 | Holston & Vaughan John Teague | Global | |
| 221. | Stewart, Gloria a/k/a Obeying His Commandments Holyness Church, Inc. | 7216 6th Street Mobile, AL 36608 | | Global | 10/19/12 |
| 222. | Stiles, Sandra W. | 487 Scott Drive Saraland AL 36571  Property address: 807 Shelton Beach Rd. Unit #30 Saraland, AL 36571 | Holston & Vaughan John Teague | Global | |
| 223. | Stock, Wayne | 17858 Arbor Greene Dr. | Colson Hicks | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Tampa, FL 33647<br><br>Property address:<br>10604 Broadland<br>Pass, FL 33592 | Ervin A. Gonzalez | | |
| 224. | Suarez, Humberto | 231 Rose Street<br>N. Ft. Myers, FL 33903<br><br>Property address:<br>208 SE 6 Street<br>Cape Coral, FL 33990 | C. David Durkee<br>Roberts & Durkee | Global | |
| 225. | Sullivan, Barbara and John | 6757 Crescent Woods<br>Circle<br>Lakeland, FL 33813 | | Global | |
| 226. | Summers, Tyson and Beth | 2355 Chalybee Trail<br>Hoover, AL 35226 | Collins & Horsley<br>W. Brian Collins | Global | |
| 227. | Sutherland, Holly and Health | 3608 Morgans Run Pkwy<br>Bessner | Collins & Horsley<br>W. Brian Collins | Global | |
| 228. | Tamajon, Luis and Mayra | 4704 SW 166 Ct<br>Miami, FL 33185 | C. David Durkee<br>Roberts & Durkee | Global | |
| 229. | Taylor Morrison Services, Inc. f/k/a Morrison Homes,Inc., Taylor Morrison | 4900 N. Scottsdale Rd.<br>Suite 2000<br>Scottsdale AZ 85251 | Sivyer, Barlow &<br>Watson<br>Neal Sivyer | Global<br>(48 properties)<br>**NOT CLEAR** | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT WHETHER CONDITIONAL | OPT-IN |
|---|---|---|---|---|---|
| | of Florida, Inc. and Taylor Woodrow Homes-Southwest Florida Division LLC | On behalf of 48 properties | | | |
| 230. | Tedeman, Richard and MaryJo | 4622 Hammock Cir. Delray Beach, FL 33445  Property address: 11001 Gulf Reflections Dr. Unit A402 Ft. Myers, FL 33908 | C. David Durkee Roberts & Durkee | Global | |
| 231. | Thompson, Clayton and Rose | 510 Sears Ave. Waveland, MS 39576 | | Global | 10/19/12 |
| 232. | Torpy, Lawrence and Teresa | 103 S. 52 Omaha, NE 68132  Property Address: 2569 Deerfield Lake Ct. Cape Coral, FL 33909 | C. David Durkee Roberts & Durkee | Global | |
| 233. | Torres-Skair, Fabiola and Kevin | 11148 Ancient Futures Drives Tampa, FL 33647 | Pete V. Albanis Morgan & Morgan | Global | 10/25/12 |
| 234. | Turner, Misty M. | 4400 Wilmer Road Wilmer, AL 36587 | Holston & Vaughan John Teague | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Property address:<br>807 Shelton Beach Rd.<br>Unit 29<br>Saraland, AL 36571 | | | |
| 235. | Tutin, Barry and Barbara | 15562 Fiorenza Cir.<br>Delray Beach, FL 33446 | C. Roberts Durkee<br>Roberts & Durkee | Global | |
| 236. | Ung, Kim and Xiao, Cai | 9527 Dornoch Lane<br>Foley, AL 36635 | Collins & Horsley<br>W. Brian Collins | Global | |
| 237. | Valentin, Miguel and Ahlan | 10902 NW 83rd St.<br>Apt. 208<br>Doral, FL 33178 | C. Roberts Durkee<br>Roberts & Durkee | Global | |
| 238. | Van Der Meulen, Barry E.<br>and Ellen C. Smith | 421 Indies Drive<br>Vero Beach, FL 32963<br><br>affected property:<br>4821 Saint Margarets Dr.<br>Vero Beach, FL 32967 | John M. Stewart<br>Stewart, Evans ,<br>Stewart & Emmons | Global | |
| 239. | Victoria, Lindsey | 22768 SW 89 Path<br>Cutler Bay, FL 33190 | C. David Durkee<br>Roberts & Durkee | Global | |
| 240. | Vrchota, Roy Paul | 11131 Osprey Lake Lane<br>West Palm Beach, FL<br>33412 | C. David Durkee<br>Roberts & Durkee | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Property address:<br>13300 68 Street North<br>West Palm Beach FL<br>33412 | | | |
| 241. | Walla, Dorothy | 307 Burns Park<br>Spring, TX 77373 | Collins & Horsley<br>W. Brian Collins | Global | |
| 242. | Wease, Brandon and Tory | 4146 Granite Glen Loop<br>Wesley Chapel, FL<br>33544<br><br>Property address:<br>11110 Ancient Futures<br>Dr.<br>Tampa, FL 33647 | C. David Durkee<br>Roberts & Durkee | Global | |
| 243. | Webb, Micah and Tracy | 2008 Spanow Cir.<br>Friendwood, TX 77546 | Collins & Horsley<br>W. Brian Collins | Global | |
| 244. | Weiss, Stephen<br>Borowiec, Gary<br>Bucicwald, David | 711 SE 16th Court<br>Ft. Lauderdale, FL 33316 | | Global | |
| 245. | Weller, Jeff and Diane | 20455 NW 13th St.<br>Dunnellon, FL 34431 | | Global | |
| 246. | Wessin, Yerilin and Nain | 3310 NE 3rd Drive<br>Homestead, FL 33033 | Victor Diaz | Global | |
| 247. | White, Jill and Vincent | 20403 Via Botticelli | C. David Durkee | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Northridge, CA 91326<br><br>Property address:<br>11001 Gulf Reflections Dr, Unit A304<br>Ft. Myers, FL 33908 | Roberts & Durkee | | |
| 248. | Wiggins, Greg and Sherry | 1047 Well Rd.<br>Brewton, AL 36426 | | Global | |
| 249. | Willett, Keith and Tricia | 4418 West Vasconia Street<br>Tampa, FL 33629 | Colson Hicks<br>Ervin Gonzalez | Global | |
| 250. | Wilson David Boyette, Lisa and Patrick | 257 Normandy Lane<br>Chelsea, AL 35043 | | Global | |
| 251. | Wylie, Patrick and Kim | 821 Vanessa Drive<br>Trussville, AL 35173 | Collins & Horsley<br>W. Brian Collins | Global | |
| 252. | Wynn, Lawrence C. | 7309 Crepe Myrtle Ct.<br>Pt. St. John, FL 32927 | | Global | |
| 253. | Yarbrough, Leon and Karen | 202 Nichols Road<br>McIntosh, AL 36553<br><br>Property address:<br>807 Shelton Beach Rd.<br>Unit 30<br>Saraland, AL 36571 | Holston & Vaughan<br>John Teague | Global | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 254. | Zaman, Leetu, Qadeer, Jahan | 8985 Cypress Preserve Place<br>Ft. Myers, FL 33912<br><br>Property address:<br>16146 Caldera Lane<br>Naples, FL 34110 | Kubicki Draper<br>Michelle Krone | Global | |
| 255. | Zamora, Michael | 4390 W 12 Lane<br>Hialeah FL 33012<br><br>Property address:<br>3044 Lake Manatee Dr.<br>Cape Coral, FL 33909 | C. David Durkee<br>Roberts & Durkee | Global | |
| 256. | Ziegler, William Bart | 119 Lucina Drive<br>Hypoluxo, FL 33462 | Broad and Cassel<br>Jeremy Springhart | Global | |