# EXHIBIT D

# IN RE CHINESE DRYWALL LITIGATION, MDL 2047

## BANNER SETTLEMENT EXCLUSIONS[1]

### November 9, 2012

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 1. | Alvarez Homes, Inc. | 3617 Hudson Lane Tampa, FL 33618 <br><br> Property addresses: 12217 Broadwater Loop Thonotosassa, FL 33592 <br><br> 3125 Christopher Watch Lane Ruskin, FL 33570 | Unknown | Banner | |
| 2. | Ammons, Rick and Dana | 2951 Maple Grove Lane, W Powhatan, VA 23139 <br><br> Property address: 2581 Sawgrass Lake Ct. | C. David Durkee Roberts & Durkee | Banner | |

[1]Shaded entries denotes a rescinded opt-out.

Page 1 of 23

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Cape Coral, FL 33909 | | | |
| 3. | Arias, Mirtha | 1536 Amsterdam Ave. New York, NY 10031  Property address: 8266 NW 124th Terrace Parkland, FL 33076 | | Banner | |
| 4. | Armelo, Aracelys Mejia, Luis G. | 1461 SW 145 Place Miami, FL 33184 | Victor Diaz | Banner | 10/1/12 |
| 5. | Arriola, Gladys M. | 3000 SW 145 CT Miami, FL 33175 | C. David Durkee Roberts & Durkee | Banner | |
| 6. | Asad, Issa and Noha | 12767 Equestrian Trail Davie, FL 33330 | Daniel Rosenbaum Rosenbaum, Mollengarden, Janssen & Siracusa | Banner | |
| 7. | Avello, Daniel and Isbel Basulto | 19871 NW 77 Ct. Hialeah, FL 33015 | C. David Durkee Roberts & Durkee | Banner | |
| 8. | Barcia, Juan Fernandez, Maria | 6119 Densaw Terrace Port St. Lucie, FL 34986 | C. David Durkee Roberts & Durkee | Banner | |
| 9. | Barreto, Rodney and Riera-Gomez, Eliseo | 235 Catalonia Avenue Coral Gables, FL 33134  Property address: | Victor Diaz | Banner | |

|  | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
|  |  | 1100 Valencia<br>Coral Gables, FL 33134 |  |  |  |
| 10. | Bekirov, Aksel H. | Magnolia Gardens II LLC<br>3408 SE 6th Street<br>Pompano Beach, FL 33062 | C. David Durkee<br>Roberts & Durkee | Banner |  |
| 11. | Bekirov, Aksel H. | Magnolia Gardens II LLC<br>3406 SE 6th Street<br>Pompano Beach, FL 33062 | C. David Durkee<br>Roberts & Durkee | Banner |  |
| 12. | Bell, Gerald and Helen | 2660 Hackney Road<br>Weston, FL 33331 | C. David Durkee<br>Roberts & Durkee | Banner | 11/4/11 |
| 13. | Bertoni, Rebello and Joan | 4426 Spruce St.<br>Whitehall, PA 18052<br><br>Property address:<br>Gulf Reflections<br>1101 Gulf Reflection Drive, #230<br>Ft. Myers, FL 33908 | C. David Durkee<br>Roberts & Durkee | Banner |  |
| 14. | Borgardt, David Frederick Sr. | 2160 NW 23rd Ave. | C. David Durkee | Banner |  |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | and Kathy Ann | Cape Coral, FL 33993 | Roberts & Durkee | | |
| 15. | Boucher, Gordon and Nancy | 13216 Ivy Street<br>Becker, MN 55308<br><br>PROPERTY ADDRESS<br>11001 Gulf Reflections<br>Drive Unit A208<br>Ft. Myers, FL 33908 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 16. | Brown, Dorene | 200 East Palmetto Park<br>Rd #811<br>Boca Raton, FL 33432<br><br>Property address:<br>17946 Lake Azure Way<br>Boca Raton, FL 33496 | | Banner | |
| 17. | Brumbaugh, Russell and Carol | 232 SE 15th Terrace<br>Cape Coral, FL 33990 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 18. | Bullock, Craig | 12688 S. Stonebrook<br>Circle<br>Davie, FL 33330 | Victor Diaz | Banner | 9/27/12 |
| 19. | Calvo, Jeannette and Tyrone Martinez | 8220 S.W. 190 Terrace<br>Cutler Bay, FL 33157 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 20. | Cambric, Shannon | 8585 Athena Court | C. David Durkee | Banner | |

Page 4 of 23

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Lehigh Acres, FL 33971 | Roberts & Durkee | | |
| 21. | Carapaica, Felix and Julia | 4422 Rainbow Ave. Weston, FL 33332 | C. David Durkee Roberts & Durkee | Banner | |
| 22. | Cegielski, Boguslaw and Ning | 1414 50th St., SE Auburn, WA 98092<br><br>Property address:<br>246 SW 26 Street<br>Cape Coral, FL 33914 | C. David Durkee Roberts & Durkee | Banner | |
| 23. | Chen, Han-Yu | 2825 NW 21st Ave Cape Coral, FL 33993 | C. David Durkee Roberts & Durkee | Banner | |
| 24. | Chrusz, Kelli Elizabeth Chrusz, Ryan Christopher | 11252 Running Pine Dr. Riverview, FL 33569<br><br>Property address:<br>3035 Lake Manatee Ct. Cape Coral, FL 33909 | C. David Durkee Roberts & Durkee | Banner | |
| 25. | Coastal Construction of South Florida, Inc. d/b/a Coastal Condominums | 5959 Blue Lagoon Drive Suite 200 Miami, FL 33126 | Mintzer, Sarowitz, Zeris Brian Eves | Banner | |
| 26. | Cole, John and Star | 2766 Blue Cypress Lake Court Cape Coral, FL 33909 | C. David Durkee Roberts & Durkee | Banner | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 27. | Conroy, John and Sandra | 1750 NW 24th Place Cape Coral, FL 33993 | C. David Durkee Roberts & Durkee | Banner | |
| 28. | Costoya, Armando and Ileana | 8203 S.W. 190 Terrace Cutler Bay, FL 33157 | C. David Durkee Roberts & Durkee | Banner | |
| 29. | Cothern Construction Co. | 3476 Harbour Boulevard Port Charlotte, FL 33952 | Leo H. Meirose, Jr. Meirose & Friscia, P.A. | Banner | |
| 30. | CRS Building Corporation | 100 Second Ave, South Suite 301-S St. Petersburg, FL 33701

Property address: Harrison Ranch Community 5755 Harrison Ranch Blvd. Bradenton, FL 34219 | Johnson, Pope Ryan C. Griffin | Banner | |
| 31. | Dabalsa, Ricardo and Aliuska | 351 NW 125 Ave. Miami, FL 33182 | C. David Durkee Roberts & Durkee | Banner | |
| 32. | Daza, Jesus Alberto | 1521 NW 82nd Ave Doral, FL 33126 | C. David Durkee Roberts & Durkee | Banner | |
| 33. | DeLeon, William M. | 11291 NW 84th Street Doral, FL 33178 | C. David Durkee Roberts & Durkee | Banner | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 34. | Detweiler, Maria and Gerald | 1548 Birch Lane Perkasie, PA 18944<br><br>Property address:<br>11501 Hammocks Glade Dr.<br>Riverview, FL 33569 | C. David Durkee Roberts & Durkee | Banner | |
| 35. | Diaz, Nelisbet | 20441 SW 317 Street Homestead, FL 33030 | Victor Diaz | Banner | 10/1/12 |
| 36. | Ebersole, Maria on behalf of Architectural Alliance Holdings, Inc. | 612 SW 4th Ave. Ft. Lauderdale, FL 33315<br><br>Property address:<br>11001 Gulf Reflections Drive Unit A405<br>Ft. Myers, FL 33908 | C. David Durkee Roberts & Durkee | Banner | |
| 37. | Echevarria, Joel and Moraima | 18611 SW 122 St. Miami, FL 33196 | Victor Diaz | Banner | |
| 38. | Echeverri, Monica | 1481 SW 145th Place Miami, FL 33184 | Victor Diaz | Banner | |
| 39. | Edelman, Michael and Francine | 11 Martime Ave. Penthouse White Plains, NY 10606 | | Banner | |

Page 7 of 23

Case 2:09-md-02047-EEF-MBN Document 16191-4 Filed 11/12/12 Page 9 of 24

|  | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
|  |  | Property address:<br>9401 Scarborough Ct.<br>Port St. Lucie, FL 34986 |  |  |  |
| 40. | Edwards, Norma | 1050 NW Leonardo Circle<br>Port S. Lucie, FL 34986 | C. David Durkee<br>Roberts & Durkee | Banner |  |
| 41. | Encalada, Rodrigo Xavier and Miriam Victoria | 355 NE 30th Avenue<br>Homestead, FL 33033 | C. David Durkee<br>Roberts & Durkee | Banner |  |
| 42. | Etter, Steven and Cathy | 18894 SE Jupiter Inlet Way<br>Tequesta, FL 33469 | Mark A. Greenberg |  |  |
| 43. | Excel Construction of SW Florida | 2217 SW 43rd Street<br>Cape Coral, FL 33914 | Adams and Reese<br>David Coons | Banner |  |
| 44. | Farley, Raymond P. and Amelia J. | 11A Legion Place<br>North Arlington, NJ 07031<br><br>Property address:<br>3756 Summerwind Circle<br>Bradenton, FL 34209 | David Maglich<br>Fergeson Skipper | Banner |  |
| 45. | Faroh, Edgar P. | 3500 Paddock Road<br>Weston, FL 33331 | C. David Durkee<br>Roberts & Durkee | Banner |  |

Page 8 of 23

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Property Address:<br>8155 NW 108 Ave.<br>Miami, FL 33178 | | | |
| 46. | Federico, Nino and Doreen | 2421 NE 65th Street<br>Unit 602<br>Ft. Lauderdale, FL 33308 | C. David Durkee<br>Roberts & Durkee | Banner | 11/5/12 |
| 47. | Fernandez, Jose and Lissett | 4332 SE Cove Lake<br>Circle, Apt. 202<br>Stuart, FL 34997 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 48. | Ford, William and Melanie | 12702 SW 26th Street<br>Davie, FL 33325 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 49. | Fry, Randy and Connie | 434 N.E. 3rd Ave.<br>Cape Coral, FL 33909<br><br>Property address:<br>1508 SE 12th Terr<br>Cape Coral, FL 33990 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 50. | Garcia, Jose and Elizabeth | 9345 Balada Street<br>Coral Gables, FL 33156 | Victor Diaz | Banner | 11/1/12 |
| 51. | Geraci, Vincent and Joan | 12088 Irish Mist Rd, NE<br>Alburquerquey, NM<br>87122 | C. David Durkee<br>Roberts & Durkee | Banner | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Property Address:<br>420 NW 38th Ave.<br>Cape Coral, FL 33993 | | | |
| 52. | Gonzalez, Alberto and Diaz, Yarenis | 10101 SW 68 Street<br>Miami, FL 33173 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 53. | Gonzalez, Luis Alberto | 2944 NE 3rd Drive<br>Homestead, FL 33033 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 54. | Gonzalez, Roberto and Rivera, Maria | 11281 NW 84Street<br>Doral, FL 33178 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 55. | Gonzalez, Victor and Socarras, Yelene | 19851 NW 77 Ct.<br>Hialeah, FL 33005 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 56. | Grassel, Eric and Svetlana | 3033 Lake Manatee Ct.<br>Cape Coral, FL 33909 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 57. | Griffith, Richard and Olga | 142 SW Covington Rd.<br>Port St. Lucie, FL 34953 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 58. | Grove, Edwin and Linda | 20307 SW 324th Street<br>Homestead, FL 33030 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 59. | Hamburg, Richard | 2421 NE 65th Street,<br>#603<br>Ft. Lauderdale, FL 33308 | C. David Durkee<br>Roberts & Durkee,<br>P.A. | Banner | |
| 60. | Hamburg, Richard | 2421 NE 65th Street,<br>#217 | C. David Durkee<br>Roberts & Durkee, | Banner | |

Page 10 of 23

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Ft. Lauderdale, FL 33308 | P.A. | | |
| 61. | Ho, Ngon and Do, Tram | 362 NE 30 Avenue Homestead, FL 33033 | C. David Durkee Roberts & Durkee | Banner | |
| 62. | Ivory, James and Maria | 3236 Monarch Ct. Ft. Collins, CO 80525 Property address: 16315 Maya Cir. Punta Gorda, FL 33955 | C. David Durkee Roberts & Durkee | Banner | |
| 63. | Izquierdo, Osualdo A. | 323 NE 30 Avenue Homestead, FL 33016 | C. David Durkee Roberts & Durkee | Banner | |
| 64. | Jagdeosingh, Adrian and Kerry | 12887 Equestrian Trial Davie, FL 33330 | Daniel Rosenbaum Rosenbaum, Mollengarden, Janssen & Siracusa | Banner | |
| 65. | Jamison, Stratton and Susan | 108 Palo De Oro Drive Islamorado, FL 33036 | C. David Durkee Roberts & Durkee | Banner | 8/14/12 |
| 66. | Jaspers, Petrus | 1490 SE 15th St. Units 101 and 103 Ft. Lauderdale, FL 33316 | Victor Diaz | Banner (2 units) | 10/3/12 |
| 67. | Javed, Mohammad and Safia | 8961 N.W. 8th Street Pembroke Pines, FL 33024 | C. David Durkee Roberts & Durkee | Banner | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 68. | Johnson, Paul and Caron | 12708 Equestrian Trail Davie, FL 33330 | Daniel Rosenbaum Rosenbaum, Mollengarden, Janssen & Siracusa | Banner | |
| 69. | Kaplan, Wayne and Judith Stichter | 17866 Lake Azura Way Boca Raton, FL 33486 | C. David Durkee Roberts & Durkee | Banner | |
| 70. | Katz, Barry and Rebecca | 22059 Martella Ave. Boca Raton, FL 33433  Property address: 11001 Gulf Reflections Dr. Unit A406 Ft. Myers, FL 33908 | C. David Durkee Roberts & Durkee | Banner | |
| 71. | Kirby, Jay T.  Nina Leone | 55 Bayview Dr. Brick, NJ 08723  P.O. Box 1213 Brick, NJ 08724  Property address: 11001 Gulf Reflections Unit 202 | C. David Durkee Roberts & Durkee | Banner | |
| 72. | Kirby, Robert J. | 11001 Gulf Reflections Drive Building "A" Unit 407 | C. David Durkee Roberts & Durkee | Banner | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Ft. Myers, FL 33908 | | | |
| 73. | Kirkconnell, Angelic and Bryan | 449 Scanlon Rd. SW Palm Bay, FL 32908 | C. David Durkee Roberts & Durkee | Banner | |
| 74. | Kranz, Helene and Christina | 286 Bay 10th Street Brooklyn, NY 11228  Property address: 8644 Athena Ct. Lehigh Acres, FL | C. David Durkee Roberts & Durkee | Banner | |
| 75. | Leal, Diamelis and Leonel | 3060 SW 145 Ct. Miami, FL 33175 | C. David Durkee Roberts & Durkee | Banner | |
| 76. | Levy, Jeffrey and Karen | 2394 Saddleback Drive Danville, CA 94506  Property address: 13962 Clubhouse Dr. Tampa, FL 33618 | Trenam Kemker Patrick J. Poff | Banner | |
| 77. | Macario, Juan Manuel and House, Vanessa | 789 Lavender Circle Weston, FL 33327 | C. David Durkee Roberts & Durkee | Banner | |
| 78. | Madera, Belkis | 1301 SW Parma Ave. Port St. Lucie, FL 34953 | C. David Durkee Roberts & Durkee | Banner | |
| 79. | Mantuo, JoEllen | 16630 Westwood Lane Weston, FL 33326 | C. David Durkee Roberts & Durkee | Banner | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Property Address:<br>11001 Gulf Reflections<br>Dr., Unit A308<br>Ft. Myers, FL 33908 | | | |
| 80. | Marcano, Jorge and Del Rio, Waleska | Calle 1, F-13, Prado Alto Guaynabo, Puerto Rico 00966 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 81. | Marcario, Juan M. | 8186 NW 114th Place Doral, FL 33909 | C. David Durkee<br>Roberts & Durkee | Banner | 8/14/12 |
| 82. | Menz, Richard and Charlotte | 8663 Maplelawn Dr. Boston, NY 14025<br><br>Property address:<br>112 SW 35 Ave.<br>Cape Coral, FL 33991 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 83. | Meyer, Kenneth | 6754 Bonnie Bay Circle Pinellas Park, FL 33781<br><br>Property address:<br>120 SE 4th Terrace<br>Cape Coral, FL | C. David Durkee<br>Roberts & Durkee | Banner | |
| 84. | Mid-State Drywall<br>Michael Mosley | 12135 Scott Drive Dade City FL 33525 | Christopher Irwin<br>Irwin, Fritchie<br>Urquhart & Moore | Banner | |

|   | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
|   | and<br><br>Mid State Drywall |   |   |   |   |
| 85. | Milton Construction Company | 3711 SW 27th Street Miami, FL 33134 | Fulmer, LeRoy, Albee, Baumann | Banner |   |
| 86. | Morales, Jose and Wendy | 32052 SW 204 Court Miami, FL 33030 | C. David Durkee Roberts & Durkee | Banner |   |
| 87. | Morgan, Jetson and Lee | 2260 County Rd., 243E Wildwood, FL 34785<br><br>Property address: 2561 52nd Ave., NE Naples, FL 34120 | C. David Durkee Roberts & Durkee | Banner |   |
| 88. | Moses, William L. and Carolyn | 9861 Cobblestone Creek Drive Boynton Beach, FL 33472 |   | Banner | 11/8/12 |
| 89. | Mullen, Thomas and Kathleen | 142 Lake Road Morristown, NJ 07960<br><br>Property address: 1130 Bari Street Lehigh Acres, FL 33996 | C. David Durkee Roberts & Durkee | Banner |   |

Page 15 of 23

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 90. | Naustdal, Donna M. Naustdal, Oscar (deceased) | 2633 Wilderness Ridge Circle, Lincoln NE 68512<br><br>Propery Address:<br>2576 Keystone Lake Drive<br>Cape Coral, FL 33909 | C. David Durkee Roberts & Durkee | Banner | |
| 91. | Nguyen, Kinh Hong Truong, Christina Phuong | 8557 Pegasus Dr. Lehigh Acres, FL 33971 | C. David Durkee Roberts & Durkee | Banner | |
| 92. | Nunez, Margarita C. | 2650 Amber Lake Drive Cape Coral, FL 33909 | C. David Durkee Roberts & Durkee | Banner | |
| 93. | Orlowski, David | 2722 SW 10th Avenue Cape Coral, FL 33914 | David Bierman Florida Advocates | Banner | 10/23/12 |
| 94. | Packard, Michael and Suki | 1349 Piney Rd N. Ft. Myers, FL 33903<br><br>Property address:<br>3028 Lake Manatee Ct. Cape Coral, FL 33909 | C. David Durkee Roberts & Durkee | Banner | |
| 95. | Palmer, William and Carroll, Anne | 8643 W 142nd Street Orland Parks, IL 60462 | C. David Durkee Roberts & Durkee. | Banner | |
| 96. | Patti, Anthony and Desroche, | 18 Colony Brook Lane | C. David Durkee | Banner | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | Debra | Derry, NH 03038<br><br>Property address:<br>8716 Pegasos Drive<br>Lehigh Acres, FL 33971 | Roberts & Durkee | | |
| 97. | Pena, Adelky | 3021 SW 130 Ave.<br>Miami, FL 33175 | C. David Durkee<br>Roberts & Durkee | Banner | 11/5/12 |
| 98. | Pensabene, Joseph and Patricia | 12732 SW 26th Street<br>Davie FL 33325 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 99. | Perez, Jorge and Rosa | 19941 NW 77 Ct.<br>Miami, FL 33015 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 100. | Perez, Yssel and Esdras | 1835 SW Dalmation Ave.<br>Port St. Lucie, FL 34953 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 101. | Peterson, Derrick Scott and Robin | 518 SW California Ave.<br>Stuart, FL 34994 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 102. | Pisaris-Henderson, Craig<br><br>Henderson, Kelly | 14134 Reflection Lakes Drive<br>Ft. Myers, FL 33907<br><br>6909 Erin Marie Court<br>Ft. Myers, FL 33919 | Parker Waichman<br>April Goodwin | Banner | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Property address:<br>12720 Terabella Way<br>Ft. Myers, FL 33912 | | | |
| 103. | Puckett, Charles Allen and Sandra Carmen | 32051 SW 204th Court<br>Homestead, FL 33030 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 104. | Reilly, Reed and Victoria | 10850 S. Troy<br>Chicago, IL 60655<br><br>Property address:<br>8648 Athena Ct.<br>Lehigh Acres, FL 33971 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 105. | Rivercrest, LLC | 133 S. WaterSound<br>Parkway<br>WaterSound, FL 32413 | Carlton Fields<br>Mark A. Smith | Banner | |
| 106. | Robin, Jeffrey and Elisa | 1060 Brickell Ave.<br>Apt. 4305<br>Miami, FL 33131<br><br>Property address:<br>3210 Crystal Court<br>Coconut Grove, FL 33133 | | Banner | |
| 107. | Robinson, Peter and Snyder, James | P.O. Box 761<br>293 Great Fields Road | C. David Durkee<br>Roberts & Durkee | Banner | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Brewster, MA 02631 Property address: 8580 Athena Court Lehigh Acres, FL | | | |
| 108. | Rodriguez, Leonardo and Nicole | 1010 Baltic Terrace Marco Island, FL 34125 Property address: 8224 Santuary Drive #1 Naples, FL | C. David Durkee Roberts & Durkee | Banner | |
| 109. | Russo, Charles and Melinda | 1769 Westridge Rochester Hills, MI 48306 Property address: 2520 N.E. 31 Court Lighthouse Point, FL 33064-8139 | Victor Diaz | Banner | |
| 110. | Saeks, Sieglinde | 2810 NW 14th Terrace Cape Coral, FL | C. David Durkee Roberts & Durkee | Banner | |
| 111. | Sampedro, Manuel and Estella | 148060 SW 16th Street Miami, FL 33187 | C. David Durkee Roberts & Durkee | Banner | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 112. | Sampson, Patrick and Trista | 11416 Bridge Pine Dr. Riverview, FL 33569 | C. David Durkee Roberts & Durkee | Banner | |
| 113. | Scrop, Evelyn and Julius | 2421 NE 65th Street Unit 410 Ft. Lauderdale, FL 33308 | C. David Durkee Roberts & Durkee | Banner | |
| 114. | Segundo, Rafael and Ana | 2964 NE 3rd Drive Homestead FL 33033 | C. David Durkee Roberts & Durkee | Banner | 8/14/12 |
| 115. | Serrajuddowla, Mohammad and Ruth | 8710 Pegasus Drive Lehigh Acres, FL 33971 | C. David Durkee Roberts & Durkee | Banner | |
| 116. | Serrano, Jose and Diana | 7500 E Deer Valley Unit 1 Scottsdale, AZ 85255 Property address: 2654 Amber Lake Drive Cape Coral, FL 33909 | C. David Durkee Roberts & Durkee | Banner | |
| 117. | Shaw, John and Barbara | 827 SW 17th Street Cape Coral, FL 33991 | C. David Durkee Roberts & Durkee | Banner | |
| 118. | Shukow, Allen and Donna | 17538 Middlebrook Way Boca Raton, FL 33496 | C. David Durkee Roberts & Durkee | Banner | 11/8/12 |
| 119. | Siddiqui, Hassan & Frauke | 14 St. Catherine Drive Carrollton, VA 23314 | C. David Durkee Roberts & Durkee | Banner | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Property address:<br>11429 Laurel Brook Ct.<br>Riverview, FL 33569 | | | |
| 120. | Sierra, Santos & Martha | 8719 Pegasus Drive<br>Lehigh Acres, FL 33971 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 121. | Simonian, Thomas Edward<br>and Petty, Barbara Ruth | 8582 Athena Court,<br>Bldg. 4, Unit 210<br>Leigh Acres, FL 33971 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 122. | Skyline Systems, Inc. | 10700 N.W. 6th Court<br>Miami, FL 33168 | Ferencik, Libanoff,<br>ete al.<br>Sandra Kennedy | Banner | |
| 123. | Stratford, Paul and Sharon | 25 Valleyfield Street<br>Lexington, MA 02421 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 124. | Synalovski, Manuel and Lisa | 101 Holly Lane<br>Plantation, FL 33317 | Victor M. Diaz<br>Jorge D. Lorenzo | Banner | |
| 125. | Talerico, Thomas J. | 367 Kattelville Rd.<br>Binghamton, NY 13901<br><br>Property address:<br>240 SE 29th Street<br>Cape Coral, FL 33904 | C. David Durkee<br>Roberts & Durkee | Banner | |
| 126. | Tedeman, Richard and<br>MaryJo | 4622 Hammock Cir.<br>Delray Beach, FL 33445 | C. David Durkee<br>Roberts & Durkee | Banner | |

|  | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
|  |  | Property address:<br>11001 Gulf Reflections<br>Dr. Unit A402<br>Ft. Myers, FL 33908 |  |  |  |
| 127. | Thomas, Omar and Nelson, Nordia | 1913 Louis Ave.<br>Lehigh Acres, FL 33972 | C. David Durkee<br>Roberts & Durkee | Banner |  |
| 128. | Volion, Richard and Ursula | 2421 NE 65th Street<br>Unit 2-301<br>Ft. Lauderdale, FL 33308 | C. David Durkee<br>Roberts & Durkee | Banner |  |
| 129. | Webster, Frank James | 20367 SW 87th Place<br>Cutler Bay, FL 33189 | C. David Durkee<br>Roberts & Durkee | Banner |  |
| 130. | Werthman, Paul and Susan | 1725 SW 17th Place<br>Cape Coral, FL 3 3991 | C. David Durkee<br>Roberts & Durkee | Banner |  |
| 131. | Wessin, Yerilin and Nain | 3310 NE 3rd Drive<br>Homestead, FL 33033 | Victor Diaz | Banner |  |
| 132. | White, Jill and Vincent | 20403 Via Botticelli<br>Northridge, CA 91326<br><br>Property address:<br>11001 Gulf Reflections<br>Dr, Unit A304<br>Ft. Myers, FL 33908 | C. David Durkee<br>Roberts & Durkee | Banner |  |
| 133. | Zamora, Michael | 4390 W 12 Lane | C. David Durkee | Banner |  |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Hialeah FL 33012<br><br>Property address:<br>3044 Lake Manatee Dr.<br>Cape Coral, FL 33909 | Roberts & Durkee | | |
| 134. | Ziegler, William Bart | 119 Lucina Drive<br>Hypoluxo, FL 33462 | Broad and Cassel<br>Jeremy Springhart | Banner | |