# EXHIBIT E

# IN RE CHINESE DRYWALL LITIGATION, MDL 2047

## INEX SETTLEMENT EXCLUSIONS[1]

### November 9, 2012

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 1. | Allbritton, Felecia; Rowe, Javier; Allbritton, Betty; Stevenson, Edward | 701 Hinson Avenue Prichard, AL 36610 | Richard Holston Holston Vaughan, LLC | InEx | |
| | Avila, Judith | 2040 Dundee Loop N Abita Springs, LA 70420 | | InEx | |
| 2. | Ballard, James and Suzanne | 101 Linden Lane Birmingham, AL 35242 | Collins & Horsley W. Brian Collins | InEx | |
| 3. | Banks, Ja'Myia, individually mother Davion Barnes and Banks, Jazemine and Banks, Valerie, individually mother Shannon Banks | 2500 Dauphinwood Drive Apartment 144 Mobile, AL 36606 | Shellie E. Brooks Holston & Vaughan | InEx | |
| 4. | Booker, Joseph and Brenda | 1041 Edgewater Lane Chelsea, AL 35043 | McCallum Hoaglund Eric Hoaglund | InEx | 10/31/12 |

[1] Shaded entries denotes a rescinded opt-out.

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 5. | Boyce, Gary and Chris | 17230 Oyster Bay Road Gulf Shores, AL 36542 | | InEx | |
| 6. | Campbell, Scott and Mary | 171 Silo Hill Rd. Madison, AL 35758 | Collins & Horsley W. Brian Collins | InEx | |
| 7. | Carlin, Charles and Yvonne | 2395 Harbor Glenn Hoover, AL 35249 | Collins & Horsley W. Brian Collins | InEx | 11/5/12 |
| 8. | Clark, Marilyn and Parlow, Frances | 6465 Apelehama Road Diamondhead, MS 39525 | Wayne E. Ferrell, Jr. John Hunter | InEx | 5/3/12 |
| 9. | Conway, Von and Radcliff, Samone | 607 Charleston Street Mobile, AL 36610 | Shellie E. Brooks Holston & Vaughan | InEx | |
| 10. | CRS Building Corporation | 100 Second Ave., South Suite 301-S St. Petersburg, FL 33701  Property address: Harrison Ranch Community 5755 Harrison Ranch Blvd. Bradenton, FL 34219 | Johnson, Pope Ryan C. Griffin | InEx | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 11. | DeBruin, James II DeBruin, Candice | 18519 Point Lookout Nassau Bay, TX 77058 Property address: 501 Falcon Lake Drive Friendswood, TX 77546 | Carl Dawson Ryan & Dawson | InEx | |
| 12. | Demedicis, Jan and Jack | 5812 Chestnut Trace Birmingham, AL 35244 | McCallum Hoaglund Eric Hoaglund | InEx | 11/1/12 |
| 13. | Ellis, Kristin and Ray | 1045 Riviera Drive Calera, AL 35040 | Gentle, Turner Sexton K. Edward Sexton | InEx | 11/1/12 |
| 14. | Farley, Raymond P. and Amelia J. | 11A Legion Place North Arlington, NJ 07031 Property address: 3756 Summerwind Circle Bradenton, FL 34209 | David Maglich Fergeson Skipper | InEx | |
| 15. | Forbes, William and Mary | 100 Linden Lane Birmingham, AL 35242 | Collins & Horsley W. Brian Collins | InEx | |
| 16. | Gant, Jon Thomas | 2401 Chalybe Trail Hoover, AL 35226 | Gentle, Turner Sexton K. Edward Sexton | InEx | 10/31/12 |

Page 3 of 13

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 17. | Gorman, Thomas N. and Gorman Construction, LLC | | Corey E. Dunbar Pivach, Pivach, Hufft & Thriffiley, LLC | InEx | 9/25/12 |
| 18. | Green, Desmond | 3758 Preston Place New Orleans, LA 70131 | | InEx | 8/13/12 |
| 19. | Grove, Tiffany, individually mother, friend Trevoris Grove and Trevin Grove | 1801 Holt Road, Apt. 508 Mobile, Alabama 36617 | Shellie E. Brooks Holston & Vaughan | InEx | |
| 20. | Haas, Albert and Anne | 62 Marston Lane Mobile, AL 36608 | Yance Law Firm R. Tucker Yance | InEx | |
| 21. | Havard, Michael and Cecila | 16322 County Road 9 Summerdale, AL 36580 | Gentle, Turner, Sexton K. Edward Sexton | InEx | 11/5/12 |
| 22. | Hawkins, Robert and Melissa | 1007 Taylors Circle Moody, AL 35004 | Collins & Horsley W. Brian Collins | InEx | |
| 23. | Hayes, Brian | 1031 Maryanna Rd. Calera, AL 35040 | Collins & Horsley W. Brian Collins | InEx | 11/5/12 |
| 24. | Henderson, Robert and Taffiany Rodgers, individually and parents friends Lebarron Rodgers and Mahogany Henderson | 2603 Esau Avenue Mobile, Alabama 36617 | Shellie E. Brooks Holston & Vaughan | InEx | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 25. | Hensley, Donna | 5387 Quail Ridge Road | Collins & Horsley W. Brian Collins | InEx | |
| 26. | Hicks, Stephen and Anne | 4291 Boulder Lake Cir. Vestana Hills, AL | Collins & Horsley W. Brian Collins | InEx | |
| 27. | Hillery, Gennies, individually and as mother of Corinthia Hillery | 802 Marsha S. Ratchford Street Prichard, Alabama 36610 | Richard Holston Holston Vaughan, LLC | InEx | |
| 28. | Juliano, Jasper C. | 5816 Water Point Lane Hoover, AL 35244 | Gentle, Turner Sexton K. Edward Sexton | InEx | 11/1/12 |
| 29. | Junior, Tyrone and Karen, individually mother Shawnterrica Jr., Alexandria Jr., Ebonie Jr. | 2861 S. Sherwood Drive Mobile, Alabama 36606 | Shellie E. Brooks Holston & Vaughan | InEx | |
| 30. | K. Hovnanian Developments of New Jersey, Inc. | 110 Fieldcrest Ave. Edison, NJ 08818 | Bilzin Sumberg | InEx (26 properties) | 10/25/12 |
| 31. | K. Hovnanian Developments of Texas, Inc. | 13111 Northwest Freeway Suite 310 Houston, TX 77040 | Bilzin Sumberg | InEx (26 properties) | 10/25/12 |
| 32. | K. Hovnanian of Houston, LLC | 13111 Northwest Freeway Suite 310 Houston, TX 77040 | Bilzin Sumberg | InEx (numerous properties) | 10/25/12 |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 33. | K. Hovnanian of Houston II, LLC | 13111 Northwest Freeway Suite 310 Houston, TX 77040 | Bilzin Sumberg | InEx (numerous properties) | 10/25/12 |
| 34. | Kahn, Lewis and Chillon | 108 Mulberry Drive Metairie, LA 70005 | | InEx | |
| 35. | Ladner, Shea & Desiree | 10824 Koloa Court Dimondhead, MS 29525 | Wayne E. Ferrell, Jr. John Hunter | InEx | 5/3/12 |
| 36. | Leggett, Nona Sue | 5319 Creekside Place Birmingham, AL | McCallum Hoaglund Eric Hoaglund | InEx | 10/31/12 |
| 37. | Leland, Jerome and Audra Washington, individually and parents, friends Jalexis Washington, Jermesia Washington, Timothy Washington and Lekeno Washington | 828 Marsha S. Ratchford Street Prichard, Alabama 36610 | Shellie E. Brooks Holston & Vaughan | InEx | |
| 38. | Levy, Jeffrey and Karen | 2394 Saddleback Drive Danville, CA 94506  Property address: 13962 Clubhouse Dr. Tampa, FL 33618 | Trenam Kemker Patrick J. Poff | InEx | |
| 39. | Liberty Park Joint Vnture, | Property addresses | Starns Davis Florie | InEx | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | LLP's | 701 Hampden Place Circle Birmingham, AL ; 746 Hampden Place Circle, Birmingham, AL; 747 Hampden Place circle, Birmingham AL 765 Hampden Place Circle Birmingham, AL ; | Philip G. Piggott | | |
| 40. | Little, Diges E., individually and as mother of Devante Williams, Doryan Williams, Desiree Perry | 816 Marsha S. Ratchford Street Prichard, Alabama 36610 | Shellie E. Brooks Holston & Vaughan LLC | InEx | |
| 41. | Madden, Michael and Ashley | 2359 Chalybe Trail Birmingham, AL 35226 | McCallum Hoaglund Eric Hoaglund | InEx | 10/24/12 |
| 42. | Marsh, Veronica, individually and as mother Devin Marsh, Ricki Marsh, Jeremy Marsh | 199 Spring Run Road Apt. 149 Fairhope, Alabama 36532 | Shellie E. Brooks Holston & Vaughan | InEx | |
| 43. | McClure, Paul and Tamla | 4113 Milner Circle | Leitman Siegel | InEx | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Birmingham, AL 35242 Property address: 2014 Springhill Ct. Birmingham, AL 35242 | Jason Smith | | |
| 44. | Moore, Victor | 1004 Maryanna Road Calera, AL 35040 | McCallum Hoaglund Eric Hoaglund | InEx | 11/1/12 |
| 45. | Nabors, Jason and Rhonda | 773 Hampden Place Circle Birmingham, AL 35242 | McCallum Hoaglund Eric Hoaglund | InEx | 11/1/12 |
| 46. | Nearing, Wayne and Virginia | 1025 Kings Way Birmingham, AL 35242 | Collins & Horsley W. Brian Collins | InEx | |
| 47. | New Millennium Construction LLC | 3173 Terrace Avenue East, Slidell, LA 70458 | David A. Kaufmann (same address) | InEx | |
| 48. | Newman, Denise and Kyle | 7333 Ahi Drive Diamondhead, MS 39525 | Wayne E. Ferrell, Jr. John Hunter | InEx | 5/3/12 |
| 49. | Niswonger, Mary McLain | 77451 N. Fitzmorris Rd., Ext Covington, LA 70435 | Tom W. Thornhill | InEx | 11/2/12 |
| 50. | Payne, Melvin, individually father Tyja Agnew AND Prim, Mollie Payne, | 865 Welworth Street Mobile, Alabama 36610 | Shellie E. Brooks Holston & Vaughan | InEx | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | individually mother friend Tyangelo Cummings, guardian of Tyja Agnew | | | | |
| 51. | Penala, Sadanandam and Suram, Neeraja | 2364 Chalybe Trl. Hoover, AL 35226 | Collins & Horsley W. Brian Collins | InEx | |
| 52. | Perkins, Charleen P. a/k/a Charleen P. Henderson, individually mother Chandrea J. Stewart | 2909 Billy Williams Dr. Whistler, Alabama 36612 | Richard Holston Holston Vaughan, LLC | InEx | |
| 53. | Poole, Sam M. III and Valerie Lejeune | | Corey E. Dunbar Pivach, Pivach, Hufft & Thriffley, LLC | InEx | 9/25/12 |
| 54. | Porcher, Deborah, individually and as mother Khrysaunda Lett and Christopher Lett | 510 Sergeant Harrison Brown Street Prichard, AL 36610 | Shellie E. Brooks Holston & Vaughan | InEx | |
| 55. | Porcher, Tiffany, individually and mother of Delantonio Porcher | 1685 Warbler Drive Mobile, AL 36605 | Shellie E. Brooks Holston & Vaughan | InEx | |
| 56. | Pruitt, Natalia, individually mother Christopher Douglas, Christi Douglas and Pruitt, Yolanda, individually | 7380 Hitt Road Apt. 807 Mobile, AL 36695 | Shellie E. Brooks Holston & Vaughan | InEx | |


Case 2:09-md-02047-EEF-MBN Document 16191-5 Filed 11/12/12 Page 11 of 14

|  | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
|  | mother Spencer White |  |  |  |  |
| 57. | Pugh, Charles and Jessica, individually and as parents of Kaylin Holmes Holmes, Jackendrick | 822 Marsha S. Ratchford Street Prichard, AL 36610 | Shellie E. Brooks Holston & Vaughan | InEx |  |
| 58. | Ranelli, Frank and Rosalind | 2412 Arbor Glenn Birmingham, AL | Collins & Horsley W. Brian Collins | InEx | 11/5/12 |
| 59. | Richardson, Keith and Cherie | 115 Major Circle Riverside, AL 35135 | McCallum Hoaglund Eric Hoaglund | InEx | 11/4/12 |
| 60. | Ridley, Arnold and Rada | 1045 Edgewater Lane Chelsea, AL 35043 | McCallum Hoaglund Eric Hoaglund | InEx | 11/2/12 |
| 61. | Ross, Terrence M. and Rhonda B. | 316 Woodvine Avenue Metairie, LA 70005 | Kevin O'Bryon O'Bryon & Schnabel | InEx |  |
| 62. | Saintil, Ducasse and Mercegrace | 8720 Thornbrook Terrace Pt. Boynton Beach, FL 33473 |  | InEx | 11/1/12 |
| 63. | Sanderford, Anita, Wes and Jim | 6 Pecan Ridge Diamondhead, MS 39525 Prior address: 8331 Kahala Drive |  | InEx |  |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Diamondhead, MS 39525 | | | |
| 64. | Sanders, Telimea, individually mother Megan Sanders, Marcus Sanders, McKenzie Murphy | 1417 Azalea Road Apt. 8G Mobile, AL 36693 | Shellie E. Brooks Holston & Vaughan | InEx | |
| 65. | Seiler, Marie B. | 671 Solomon Drive Covington, LA 70433 | Lawrence J. Centola III Martzell & Bickford | InEx | 9/12/12 |
| 66. | Seymour, Edward and Doloris | 66392 Chris-Kennedy Road Pearl River, LA 70452 | | InEx | |
| 67. | Sherrell, Steven and Ashlei | 603 Trail Springs Ct. Kingwood, TX 77339 | Collins & Horsley W. Brian Collins | InEx | |
| 68. | Sitaras, Mindy and Steve | 15948 Fishhawk Creek Lane Lithia, FL 33547 | | InEx | 9/22/12 |
| 69. | Smith, Patrick and LeighAnn | 4295 Lexie Circle Trussville, AL 35173 | Collins & Horsley W. Brian Collins | InEx | |
| 70. | State of Louisiana | James D. Caldwell Attorney General 1885 North Third Street Baton Rouge, LA 70802 | | InEx | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 71. | Summers, Tyson and Beth | 2355 Chalybee Trail Hoover, AL 35226 | Collins & Horsley W. Brian Collins | InEx | |
| 72. | Sutherland, Holly and Health | 3608 Morgans Run Pkwy Bessner | Collins & Horsley W. Brian Collins | InEx | |
| 73. | Ung, Kim and Xiao, Cai | 9527 Dornoch Lane Foley, AL 36635 | Collins & Horsley W. Brian Collins | InEx | |
| 74. | Walla, Dorothy | 307 Burns Park Spring, TX 77373 | Collins & Horsley W. Brian Collins | InEx | |
| 75. | Washington, Letitia, individually and mother Torianna Washington, Makayla Washington, Malaisa Washington | 827 Marsha S. Ratchford Street Prichard, AL 36610 | Shellie E. Brooks Holston & Vaughan | InEx | |
| 76. | Webb, Micah and Tracy | 2008 Spanow Cir. Friendwood, TX 77546 | Collins & Horsley W. Brian Collins | InEx | |
| 77. | Whittington, Brenda and Charles | 2105 Governor's Pointe Drive Suffolk, VA 23436 | | InEx | |
| 78. | Wiegand, Kathleen M. | Villa's at Abita Springs 1101 Linda Lou Lane Lot #33 Abita Springs, LA 70420 | | InEx | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 79. | Williams, Morrisha, individually mother Hannah Williams and Justin Williams | 5608 Cottage Hill Road Mobile, AL 36609 | Shellie E. Brooks Holston & Vaughan | InEx | |
| 80. | Wylie, Patrick and Kim | 821 Vanessa Drive Trussville, AL 35173 | Collins & Horsley W. Brian Collins | InEx | |