# EXHIBIT F

# IN RE CHINESE DRYWALL LITIGATION, MDL 2047

## KNAUF SETTLEMENT EXCLUSIONS[1]

**November 9, 2012**

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 1. | Allbritton, Felecia; Rowe, Javier; Allbritton, Betty; Stevenson, Edward | 701 Hinson Avenue<br>Prichard, AL 36610 | Richard Holston<br>Holston Vaughan, LLC | Knauf | |
| 2. | Ammons, Rick and Dana | 2951 Maple Grove Lane, W<br>Powhatan, VA 23139<br><br>Property address:<br>2581 Sawgrass Lake Ct.<br>Cape Coral, FL 33909 | C. David Durkee<br>Roberts & Durkee | Knauf | |
| 3. | Arias, Mirtha | 1536 Amsterdam Ave.<br>New York, NY 10031<br><br>Property address:<br>8266 NW 124th Terrace | | Knauf | |

[1]Shaded entries denotes a rescinded opt-out.

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Parkland, FL 33076 | | | |
| 4. | Asad, Issa and Noha | 12767 Equestrian Trail<br>Davie, FL 33330 | Daniel Rosenbaum<br>Rosenbaum, Mollengarden, Janssen & Siracusa | Knauf | |
| 5. | Ballard, James and Suzanne | 101 Linden Lane<br>Birmingham, AL 35242 | Collins & Horsley<br>W. Brian Collins | Knauf | |
| 6. | Banks, Ja'Myia, individually mother Davion Barnes and Banks, Jazemine and Banks, Valerie, individually mother Shannon Banks | 2500 Dauphinwood Drive<br>Apartment 144<br>Mobile, AL 36606 | Shellie E. Brooks<br>Holston & Vaughan | Knauf | |
| 7. | Barreto, Rodney and Riera-Gomez, Eliseo | 235 Catalonia Avenue<br>Coral Gables, FL 33134<br><br>Property address:<br>1100 Valencia<br>Coral Gables, FL 33134 | Victor Diaz | Knauf | |
| 8. | Belyshev, Nina and Vladimir | 133 Lennys Way<br>West Springfield, MA 01089<br><br>Property address:<br>107 Beryl Drive | | Knauf | 11/1/12 |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Rotonda, FL | | | |
| 9. | Bertoni, Rebello and Joan | 4426 Spruce St.<br>Whitehall, PA 18052<br><br>Property address:<br>Gulf Reflections<br>1101 Gulf Reflection Drive, #230<br>Ft. Myers, FL 33908 | C. David Durkee<br>Roberts & Durkee | Knauf | |
| 10. | Booker, Joseph and Brenda | 1041 Edgewater Lane<br>Chelsea, AL 35043 | McCallum Hoaglund<br>Eric Hoaglund | Knauf | 10/31/12 |
| 11. | Brown, Dorene | 200 East Palmetto Park Rd #811<br>Boca Raton, FL 33432<br><br>Property address:<br>17946 Lake Azure Way<br>Boca Raton, FL 33496 | | Knauf | |
| 12. | Campbell, Scott and Mary | 171 Silo Hill Rd.<br>Madison, AL 35758 | Collins & Horsley<br>W. Brian Collins | Knauf | |
| 13. | Camposano, Francisco and Maria Del Pilar | 5721 SW 84th Street<br>Miami, FL 33143 | Ervin Gonzales<br>Colson Hicks | Knauf | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 14. | Carlin, Charles and Yvonne | 2395 Harbor Glenn<br>Hoover, AL 35249 | Collins & Horsley<br>W. Brian Collins | Knauf | 11/5/12 |
| 15. | Conway, Von and Radcliff, Samone | 607 Charleston Street<br>Mobile, AL 36610 | Shellie E. Brooks<br>Holston & Vaughan | Knauf | |
| 16. | CRS Building Corporation | 100 Second Ave., South<br>Suite 301-S<br>St. Petersburg, FL 33701<br><br>Property address:<br>Harrison Ranch Community<br>5755 Harrison Ranch Blvd.<br>Bradenton, FL 34219 | Johnson, Pope<br>Ryan C. Griffin | Knauf | |
| 17. | Dabalsa, Ricardo and Aliuska | 351 NW 125 Ave.<br>Miami, FL 33182 | C. David Durkee<br>Roberts & Durkee | Knauf | |
| 18. | DeBruin, James II<br>DeBruin, Candice | 18519 Point Lookout<br>Nassau Bay, TX 77058<br><br>Property address:<br>501 Falcon Lake Drive<br>Friendswood, TX 77546 | Carl Dawson<br>Ryan & Dawson | Knauf | |
| 19. | Echevarria, Joel and Moraima | 18611 SW 122 St. | Victor Diaz | Knauf | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Miami, FL 33196 | | | |
| 20. | Echeverri, Monica | 1481 SW 145th Place<br>Miami, FL 33184 | Victor Diaz | Knauf | |
| 21. | Edelman, Michael and Francine | 11 Martime Ave.<br>Penthouse<br>White Plains, NY 10606<br><br>Property address:<br>9401 Scarborough Ct.<br>Port St. Lucie, FL 34986 | | Knauf | |
| 22. | Elliott, William and Frye, Mary Ann Frye | 2926 N.E. 2nd Drive<br>Homestead, FL 33033 | Gary Mason<br>Whitfield Bryson & Mason | Knauf | |
| 23. | Ellis, Kristin and Ray | 1045 Riviera Drive<br>Calera, AL 35040 | Gentle, Turner Sexton<br>K. Edward Sexon | Knauf | 11/1/12 |
| 24. | Encalada, Rodrigo Xavier and Miriam Victoria | 355 NE 30th Avenue<br>Homestead, FL 33033 | C. David Durkee<br>Roberts & Durkee | Knauf | |
| 25. | Etter, Steven and Cathy | 18894 SE Jupiter Inlet Way<br>Tequesta, FL 33469 | Mark A. Greenberg | Knauf | |
| 26. | Farley, Raymond P. and Amelia J. | 11A Legion Place<br>North Arlington, NJ | David Maglich<br>Fergeson Skipper | Knauf | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | 07031<br><br>Property address:<br>3756 Summerwind Circle<br>Bradenton, FL 34209 | | | |
| 27. | Federico, Nino and Doreen | 2421 NE 65th Street<br>Unit 602<br>Ft. Lauderdale, FL 33308 | C. David Durkee<br>Roberts & Durkee | Knauf | 11/5/12 |
| 28. | Forbes, William and Mary | 100 Linden Lane<br>Birmingham, AL 35242 | Collins & Horsley<br>W. Brian Collins | Knauf | |
| 29. | Ford, William and Melanie | 12702 SW 26th Street<br>Davie, FL 33325 | C. David Durkee<br>Roberts & Durkee | Knauf | |
| 30. | Friedlander, Gregory M. | 11 S. Florida St.<br>Mobile, AL 36606 | | Knauf | |
| 31. | Gant, Jon Thomas | 2401 Chalybe Trail<br>Hoover, AL 35226 | Gentle, Turner Sexton<br>K. Edward Sexon | Knauf | 10/31/12 |
| 32. | Garcia, Jose and Elizabeth | 9345 Balada Street<br>Coral Gables, FL 33156 | Victor Diaz | Knauf | 11/1/12 |
| 33. | Grove, Tiffany, individually mother, friend Trevoris Grove and Trevin Grove | 1801 Holt Road, Apt. 508<br>Mobile, Alabama 36617 | Shellie E. Brooks<br>Holston & Vaughan | Knauf | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 34. | Haas, Albert and Anne | 62 Marston Lane<br>Mobile, AL 36608 | Yance Law Firm<br>R. Tucker Yance | Knauf | |
| 35. | Hamburg, Richard | 2421 NE 65th Street, #603<br>Ft. Lauderdale, FL 33308 | C. David Durkee<br>Roberts & Durkee, P.A. | Knauf | |
| 36. | Hamburg, Richard | 2421 NE 65th Street, #217<br>Ft. Lauderdale, FL 33308 | C. David Durkee<br>Roberts & Durkee, P.A. | Knauf | |
| 37. | Havard, Michael and Cecila | 16322 County Road 9<br>Summerdale, AL 36580 | Gentle, Turner Sexton<br>K. Edward Sexon | Knauf | 11/5/12 |
| 38. | Hawkins, Robert and Melissa | 1007 Taylors Circle<br>Moody, AL 35004 | Collins & Horsley<br>W. Brian Collins | Knauf | |
| 39. | Hayes, Brian | 1031 Maryanna Rd.<br>Calera, AL 35040 | Collins & Horsley<br>W. Brian Collins | Knauf | 11/5/12 |
| 40. | Henderson, Robert and Taffiany Rodgers, individually and parents friends Lebarron Rodgers and Mahogany Henderson | 2603 Esau Avenue<br>Mobile, Alabama 36617 | Shellie E. Brooks<br>Holston & Vaughan | Knauf | |
| 41. | Hensley, Donna | 5387 Quail Ridge Road | Collins & Horsley<br>W. Brian Collins | Knauf | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 42. | Hershoff, Jay and Nancy | 148 Severino Drive<br>Islamorada, FL 33036<br><br>Property address:<br>28527 Chianti Terrace<br>Bonita Springs, FL 34135 | Colson Hicks<br>Ervin Gonzalez | Knauf | |
| 43. | Hicks, Stephen and Anne | 4291 Boulder Lake Cir.<br>Vestana Hills, AL | Collins & Horsley<br>W. Brian Collins | Knauf | |
| 44. | Hillery, Gennies, individually and as mother of Corinthia Hillery | 802 Marsha S. Ratchford Street<br>Prichard, Alabama 36610 | Richard Holston<br>Holston Vaughan, LLC | Knauf | |
| 45. | Hummer, Charles A. | 2617 Jaylene Road<br>North Port, FL 34288 | not listed | Knauf | |
| 46. | Jagdeosingh, Adrian and Kerry | 12887 Equestrian Trial<br>Davie, FL 33330 | Daniel Rosenbaum<br>Rosenbaum, Mollengarden, Janssen & Siracusa | Knauf | |
| 47. | Johnson, Paul and Caron | 12708 Equestrian Trail<br>Davie, FL 33330 | Daniel Rosenbaum<br>Rosenbaum, Mollengarden, Janssen & Siracusa | Knauf | |
| 48. | Juliano, Jasper C. | 5816 Water Point Lane | Gentle, Turner | Knauf | 11/1/12 |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Hoover, AL 35244 | Sexton<br>K. Edward Sexon | | |
| 49. | Junior, Tyrone and Karen, individually mother Shawnterrica Jr., Alexandria Jr., Ebonie Jr. | 2861 S. Sherwood Drive<br>Mobile, Alabama 36606 | Shellie E. Brooks<br>Holston & Vaughan | Knauf | |
| 50. | Kirby, Jay T.<br><br>Nina Leone | 55 Bayview Dr.<br>Brick, NJ 08723<br><br>P.O. Box 1213<br>Brick, NJ 08724<br><br>Property address:<br>11001 Gulf Reflections<br>Unit 202 | C. David Durkee<br>Roberts & Durkee | Knauf | |
| 51. | Leland, Jerome and Audra Washington, individually and parents, friends Jalexis Washington, Jermesia Washington, Timothy Washington and Lekeno Washington | 828 Marsha S. Ratchford Street<br>Prichard, Alabama 36610 | Shellie E. Brooks<br>Holston & Vaughan | Knauf | |
| 52. | Levy, Jeffrey and Karen | 2394 Saddleback Drive<br>Danville, CA 94506 | Trenam Kemker<br>Patrick J. Poff | Knauf | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Property address:<br>13962 Clubhouse Dr.<br>Tampa, FL 33618 | | | |
| 53. | Little, Diges E., individually and as mother of Devante Williams, Doryan Willians, Desiree Perry | 816 Marsha S. Ratchford Street<br>Prichard, Alabama 36610 | Shellie E. Brooks<br>Holston & Vaughan LLC | Knauf | |
| 54. | Madden, Michael and Ashley | 2359 Chalybe Trail<br>Birmingham, AL 35226 | McCallum Hoaglund<br>Eric Hoaglund | Knauf | 10/24/12 |
| 55. | Marcano, Jorge and Del Rio, Waleska | Calle 1, F-13, Prado Alto<br>Guaynabo, Puerto Rico<br>00966 | C. David Durkee<br>Roberts & Durkee | Knauf | |
| 56. | Marsh, Veronica, individually mother Devin Marsh, Ricki Marsh, Jeremy Marsh | 199 Spring Run Road<br>Apt. 149<br>Fairhope, Alabama<br>36532 | Shellie E. Brooks<br>Holston & Vaughan | Knauf | |
| 57. | McClure, Paul and Tamla | 4113 Milner Circle<br>Birmingham, AL 35242<br><br>Property address:<br>2014 Springhill Ct.<br>Birmingham, AL 35242 | Leitman Siegel<br>Jason Smith | Knauf | |
| 58. | Moore, Shanine and Algajuan | 1446 Scout Trace | | Knauf | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Birmingham, AL 35244 | | | |
| 59. | Moore, Victor | 1004 Maryanna Road<br>Calera, AL 35040 | McCallum Hoaglund<br>Eric Hoaglund | Knauf | 11/1/12 |
| 60. | Moses, William L. and Carolyn | 9861 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | | Knauf | 11/8/12 |
| 61. | Nabors, Jason and Rhonda | 773 Hampden Place Circle<br>Birmingham, AL 35242 | McCallum Hoaglund<br>Eric Hoaglund | Knauf | 11/1/12 |
| 62. | Nearing, Wayne and Virginia | 1025 Kings Way<br>Birmingham, AL 35242 | Collins & Horsley<br>W. Brian Collins | Knauf | |
| 63. | Payne, Melvin, individually father Tyja Agnew AND Prim, Mollie Payne, individually mother friend Tyangelo Cummings, guardian of Tyja Agnew | 865 Welworth Street<br>Mobile, Alabama 36610 | Shellie E. Brooks<br>Holston & Vaughan | Knauf | |
| 64. | Penala, Sadanandam and Suram, Neeraja | 2364 Chalybe Trl.<br>Hoover, AL 35226 | Collins & Horsley<br>W. Brian Collins | Knauf | |
| 65. | Peninsula II Developers, Inc. | c/o Momentis Property Group<br>11900 Biscayne Blvd. | | Knauf<br>(187 units) | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Suite 801<br>Miami, FL 33181 | | | |
| 66. | Pensabene, Joseph and Patricia | 12732 SW 26th Street<br>Davie FL 33325 | C. David Durkee<br>Roberts & Durkee | Knauf | |
| 67. | Pentecost, Mary Louise | 46417 Hyacinth Ave.<br>Baton Rouge, LA 70808 | | Knauf | |
| 68. | Perkins, Charleen P. a/k/a Charleen P. Henderson, individually mother Chandrea J. Stewart | 2909 Billy Williams Dr.<br>Whistler, Alabama 36612 | Richard Holston<br>Holston Vaughan, LLC | InEx, Knauf | |
| 69. | Peterson, Derrick Scott and Robin | 518 SW California Ave.<br>Stuart, FL 34994 | C. David Durkee<br>Roberts & Durkee | Knauf | |
| 70. | Pipkin, Andrew B. and Valerie K. | 415 Surtees Street<br>Fairhope, Alabama 36532 | Richard Holston<br>Holston Vaughan, LLC | Knauf | |
| 71. | Pisaris-Henderson, Craig<br><br>Henderson, Kelly | 14134 Reflection Lakes Drive<br>Ft. Myers, FL 33907<br><br>6909 Erin Marie Court<br>Ft. Myers, FL 33919<br><br>Property address: | Parker Waichman<br>April Goodwin | Knauf | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | 12720 Terabella Way<br>Ft. Myers, FL 33912 | | | |
| 72. | Porcher, Deborah, individually and as mother Khrysaunda Lett and Christopher Lett | 510 Sergeant Harrison Brown Street<br>Prichard, AL 36610 | Shellie E. Brooks<br>Holston & Vaughan | Knauf | |
| 73. | Pruitt, Natalia, individually mother Christopher Douglas, Christi Douglas and<br>Pruitt, Yolanda, individually mother Spencer White | 7380 Hitt Road<br>Apt. 807<br>Mobile, AL 36695 | Shellie E. Brooks<br>Holston & Vaughan | Knauf | |
| 74. | Pugh, Charles and Jessica, individually and as parents of Kaylin Holmes<br>Holmes, Jackendrick | 822 Marsha S. Ratchford Street<br>Prichard, AL 36610 | Shellie E. Brooks<br>Holston & Vaughan | Knauf | |
| 75. | Raborn, Randy and Pamela | 31650 Tickfaw Acre Rd.<br>Holden, LA 70744 | | Knauf | |
| 76. | Ranelli, Frank and Rosalind | 2412 Arbor Glenn<br>Birmingham, AL | Collins & Horsley<br>W. Brian Collins | Knauf | 11/5/12 |
| 77. | Richardson, Keith and Cherie | 115 Major Circle<br>Riverside, AL 35135 | McCallum Hoaglund<br>Eric Hoaglund | Knauf | 11/4/12 |
| 78. | Ridley, Arnold and Rada | 1045 Edgewater Lane<br>Chelsea, AL 35043 | McCallum Hoaglund<br>Eric Hoaglund | Knauf | 11/2/12 |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 79. | Robin, Jeffrey and Elisa | 1060 Brickell Ave.<br>Apt. 4305<br>Miami, FL 33131<br><br>Property address:<br>3210 Crystal Court<br>Coconut Grove, FL 33133 | | Knauf | |
| 80. | Rodriguez, Leonardo and Nicole | 1010 Baltic Terrace<br>Marco Island, FL 34125<br><br>Property address:<br>8224 Santuary Drive #1<br>Naples, FL | C. David Durkee<br>Roberts & Durkee | Knauf | |
| 81. | Ross, Terrence M. and Rhonda B. | 316 Woodvine Avenue<br>Metairie, LA 70005 | Kevin O'Bryon<br>O'Bryon & Schnabel | Knauf | |
| 82. | Rossi, Richard and Joanna | 21218 St. Andrews Blvd.<br>Apt. 225<br>Boca Raton, FL 33433<br><br>Property address:<br>17935 Monte Vista Dr.<br>Boca Raton, FL 33496 | Colson Hicks<br>Ervin Gonzalez | Knauf | |
| 83. | Russo, Charles and Melinda | 1769 Westridge | Victor Diaz | Knauf | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Rochester Hills, MI 48306<br><br>Property address:<br>2520 N.E. 31 Court<br>Lighthouse Point, FL 33064-8139 | | | |
| 84. | Sampson, Patrick and Trista | 11416 Bridge Pine Dr.<br>Riverview, FL 33569 | C. David Durkee<br>Roberts & Durkee | Knauf | |
| 85. | Sanders, Telimea, individually mother Megan Sanders, Marcus Sanders, McKenzie Murphy | 1417 Azalea Road<br>Apt. 8G<br>Mobile, AL 36693 | Shellie E. Brooks<br>Holston & Vaughan | Knauf | |
| 86. | Savarese, Michael A | 10836 Tiberio Drive<br>Ft. Myers, FL 33913 | | Knauf | 11/1/12 |
| 87. | Scrop, Evelyn and Julius | 2421 NE 65th Street<br>Unit 410<br>Ft. Lauderdale, FL 33308 | C. David Durkee<br>Roberts & Durkee | Knauf | |
| 88. | Seiler, Marie B. | 671 Solomon Drive<br>Covington, LA 70433 | Lawrence J. Centola III<br>Martzell & Bickford | Knauf | 9/12/12 |
| 89. | Serrano, Jose and Diana | 7500 E Deer Valley<br>Unit 1 | C. David Durkee<br>Roberts & Durkee | Knauf | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Scottsdale, AZ 85255<br><br>Property address:<br>2654 Amber Lake Drive<br>Cape Coral, FL 33909 | | | |
| 90. | Sherrell, Steven and Ashlei | 603 Trail Springs Ct.<br>Kingwood, TX 77339 | Collins & Horsley<br>W. Brian Collins | Knauf | |
| 91. | Shukow, Allen and Donna | 17538 Middlebrook Way<br>Boca Raton, FL 33496 | | Knauf | 11/8/12 |
| 92. | Siddiqui, Hassan & Frauke | 14 St. Catherine Drive<br>Carrollton, VA 23314<br><br>Property address:<br>11429 Laurel Brook Ct.<br>Riverview, FL 33569 | C. David Durkee<br>Roberts & Durkee | Knauf | |
| 93. | Smith, Patrick and LeighAnn | 4295 Lexie Circle<br>Trussville, AL 35173 | Collins & Horsley<br>W. Brian Collins | Knauf | |
| 94. | State of Louisiana | James D. Caldwell<br>Attorney General<br>1885 North Third Street<br>Baton Rouge, LA 70802 | | Knauf | |
| 95. | Stovall, Virginia and Daniel | 40901 Susan Drive<br>Punta Gorda, FL 33982 | Tom W. Thornhill | Knauf | 11/2/12 |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 96. | Summers, Tyson and Beth | 2355 Chalybee Trail<br>Hoover, AL 35226 | Collins & Horsley<br>W. Brian Collins | Knauf | |
| 97. | Sutherland, Holly and Health | 3608 Morgans Run Pkwy<br>Bessner | Collins & Horsley<br>W. Brian Collins | Knauf | |
| 98. | Tures, Matthew J. | 31276 Buckingham Blvd.<br>Spanish Fort, AL 36527 | | Knauf | |
| 99. | Ung, Kim and Xiao, Cai | 9527 Dornoch Lane<br>Foley, AL 36635 | Collins & Horsley<br>W. Brian Collins | Knauf | |
| 100. | Van Der Meulen, Barry E. and Ellen C. Smith | 421 Indies Drive<br>Vero Beach, FL 32963<br><br>affected property:<br>4821 Saint Margarets Dr.<br>Vero Beach, FL 32967 | John M. Stewart<br>Stewart, Evans , Stewart & Emmons | Knauf | |
| 101. | Volion, Richard and Ursula | 2421 NE 65th Street<br>Unit 2-301<br>Ft. Lauderdale, FL 33308 | C. David Durkee<br>Roberts & Durkee | Knauf | |
| 102. | Walla, Dorothy | 307 Burns Park<br>Spring, TX 77373 | Collins & Horsley<br>W. Brian Collins | Knauf | |
| 103. | Washington, Letitia, individually and mother Torianna Washington, | 827 Marsha S. Ratchford Street<br>Prichard, AL 36610 | Shellie E. Brooks<br>Holston & Vaughan | Knauf | |

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | Makayla Washington,<br>Malaisa Washington | | | | |
| 104. | Webb, Micah and Tracy | 2008 Spanow Cir.<br>Friendwood, TX 77546 | Collins & Horsley<br>W. Brian Collins | Knauf | |
| 105. | Wessin, Yerilin and Nain | 3310 NE 3rd Drive<br>Homestead, FL 33033 | Victor Diaz | Knauf | |
| 106. | White, Jill and Vincent | 20403 Via Botticelli<br>Northridge, CA 91326<br><br>Property address:<br>11001 Gulf Reflections Dr, Unit A304<br>Ft. Myers, FL 33908 | C. David Durkee<br>Roberts & Durkee | Knauf | |
| 107. | Williams, Morrisha, individually mother Hannah Williams and Justin Williams | 5608 Cottage Hill Road<br>Mobile, AL 36609 | Shellie E. Brooks<br>Holston & Vaughan | Knauf | |
| 108. | Wylie, Patrick and Kim | 821 Vanessa Drive<br>Trussville, AL 35173 | Collins & Horsley<br>W. Brian Collins | Knauf | |
| 109. | Ziegler, William Bart | 119 Lucina Drive<br>Hypoluxo, FL 33462 | Broad and Cassel<br>Jeremy Springhart | Knauf | |