# EXHIBIT G

# IN RE CHINESE DRYWALL LITIGATION, MDL 2047

## L&W SETTLEMENT EXCLUSIONS[1]

### November 9, 2012

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| 1. | Belyshev, Nina and Vladimir | 133 Lennys Way West Springfield, MA 01089 Property address: 107 Beryl Drive Rotonda, FL | | L&W | 11/1/12 |
| 2. | CRS Building Corporation | 100 Second Ave., South Suite 301-S St. Petersburg, FL 33701 Property address: Harrison Ranch Community 5755 Harrison Ranch Blvd. | Johnson, Pope Ryan C. Griffin | L&W | |

---

[1] Shaded entries denotes a rescinded opt-out.

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Bradenton, FL 34219 | | | |
| 3. | Farley, Raymond P. and Amelia J. | 11A Legion Place North Arlington, NJ 07031<br><br>Property address:<br>3756 Summerwind Circle<br>Bradenton, FL 34209 | David Maglich Fergeson Skipper | L&W | |
| 4. | Hummer, Charles A. | 2617 Jaylene Road North Port, FL 34288 | not listed | L&W | |
| 5. | Levy, Jeffrey and Karen | 2394 Saddleback Drive Danville, CA 94506<br><br>Property address:<br>13962 Clubhouse Dr.<br>Tampa, FL 33618 | Trenam Kemker Patrick J. Poff | L&W | |
| 6. | State of Louisiana | James D. Caldwell Attorney General 1885 North Third Street Baton Rouge, LA 70802 | | L&W | |
| 7. | Weller, Jeff and Diane | 20455 NW 13th St. Dunnellon, FL 34431 | | L&W | |