# EXHIBIT H

# IN RE CHINESE DRYWALL LITIGATION

## UNTIMELY SETTLEMENT EXCLUSIONS[1]

November 9, 2012

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OMNI | OPT-IN |
|---|---|---|---|---|---|---|
| 1. | Bauhaus Solutions aka Bauhaus Inc. | Property address: 1100 Valencia Coral Gables, FL. | Isabel Guell | Banner | | |
| 2. | Baystate Drywall, Inc. | 14420 SW 23rd Street Davie, FL 33325 | Peterson & Bernard | Banner | | |
| 3. | Jamie and Lisa Brouillette | 14488 Windmill Cove Gulfport, MS 39503 | Not listed | Global | | 10/19/12 |
| 4. | William J. Elliott, Jr. and Mary A. Frye | 2926 NE 2nd Drive Homestead, FL 33033 | Gary Mason Whitfield Bryson & Mason | Global | | |
| 5. | Global Home Builders | 3813 SW LaFleur St. Port St. Lucie, FL 34953 | Peterson & Bernard | Banner | | |
| 6. | Carne and Curt Hansen | 25 Quail Ridge Lane McHenry MS 39561 | | Global | | |
| 7. | Oakbrook Building and | 7227 Clint Moore Rd. | Sachs Sax Caplan | Banner, Knauf | | |

---

[1] Shaded entries denotes a rescinded opt-out.

1

| PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OMNI | OPT-IN |
|---|---|---|---|---|---|
| | Design, Inc., Stonybrook Estates, Ltd., Stonebrook Homes, LLC and Viking V, Inc. | Boca Raton, FL 33495 | Jill G. Weiss | | | |
| 8. | Randy and Elizabeth Wilson | 9055 Hillside Road Biloxi, MS 39532 | Not listed | Global | | 10/22/12 |

2