IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | MAG. JUDGE WILKINSON |

### DEFENDANT THE NORTH RIVER INSURANCE COMPANY'S OBJECTIONS TO PSC DESIGNATIONS OF DEPOSITIONS TO USE AT NOVEMBER 26, 2012 TRIAL

Defendant The North River Insurance Company ("North River") files its Objections to Plaintiff Steering Committee's ("PSC") Deposition Designations for the November 26, 2012 trial.

The PSC has designated deposition testimony of Keith Fournier and Kurt Heider. Both of these individuals live in Louisiana (*See* Dep. of Keith Fournier at 07:25-0802; Dep. of Kurt Heider at 8:20-21.) Accordingly, these two witnesses are not "unavailable" as required by Federal Rules of Evidence 804 and therefore, North River objects to the designations of the depositions of Keith Fournier and Kurt Heider in their entirety as hearsay.

In addition, North River objects as follows, to the designations of the depositions of Glenn Lemm, taken on October 24, 2012 and John Bush, taken on October 16, 2012, but without waiving objections under Federal Rules of Evidence 401 and 403.

North River objects to the following designations of the deposition of Glenn Lemm, taken on October 24, 2012:

| Deposition Excerpt | Objection |
|---|---|
| 27:8-16 | Irrelevant |
| 28:06-29:03 | Irrelevant |
| | Unduly Prejudicial |
| 29:12-32:01 | Irrelevant |
| | Lack of foundation |
| | Calls for speculation |
| 29:17-22; 30:05-16; 30:18-09 | Objection of counsel |
| 32:12-33:01 | Lack of foundation |
| 32:12-15; 32:19-24 | Objection of counsel |
| 34:22-38:12 | Hearsay |
| | Irrelevant |
| | Objections of counsel |
| 39:01-39:20 | Irrelevant |
| | Hearsay |
| | Objections of Counsel |
| 40:13-41:10 | Hearsay |
| | Question/Statement of Counsel without an answer |
| 42:22-44:11 | Irrelevant |
| | Best Evidence Rule |
| | Hearsay |
| | Calls for speculation |
| 43:18-22; 4:02-06 | Objections of Counsel |
| 44:23-47:04 | Irrelevant |
| | Hearsay |
| | Calls for speculation |
| 46:12-18 | Objection of Counsel |
| 47:13-48:21 | Irrelevant |
| | Hearsay |
| | Calls for speculation |
| 47:24-48:21 | Objections of Counsel |
| 51:15-24 | Question without Answer |
| 54:19-57:01 | Irrelevant |
| | Hearsay |

North River objects to the following designations of the deposition of John Bush, taken on October 16, 2012:

| **Deposition Excerpt** | **Objection** |
|---|---|
| 15:02 | Includes last line of previous answer, designation should begin at 15:03 |
| 33:23-37:01 | Irrelevant |
| | Hearsay |
| | Lack of Foundation |
| | Calls for Speculation |
| 33:23-34:13 | Objection of Counsel |
| 38:08-43:17 | Irrelevant |
| | Hearsay |
| | Unduly prejudicial |
| 44:07-45:18 | Irrelevant |
| | Hearsay |

Respectfully submitted,

THOMPSON COE COUSINS & IRONS LLP

_____/s Eric B. Berger_____
BRIAN S. MARTIN, ESQ.
KEVIN RISLEY, ESQ.
RODRIGO "DIEGO" GARCIA, JR., ESQ.
One Riverway, Suite 1600
Houston, Texas 77056
Phone: (713) 403-8206
Fax:  (713) 403-8299
bmartin@thompsoncoe.com


LOBMAN CARNAHAN BATT ANGELLE
& NADER

SIDNEY J. ANGELLE, ESQ.
La. Bar No. 1002
ERIC B. BERGER, ESQ.
La. Bar No. 26196
400 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Phone: (504) 586-9292

Fax: (504) 586-1290
sja@lcba-law.com

ATTORNEYS FOR THE NORTH RIVER
INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on November 12, 2012.

                */s Eric B. Berger*
                ERIC B. BERGER

1792317V1
05060-545