| Analytical Parameter | Analytical Method | Estimated Limit of Detection[1] | Lot Blanks[2] | Ambient Air Samples[3] | Collocated Samples[4] | Trip Blanks[5] | Breakthrough[6] | PE Samples[7] | Data Category[8] |
|---|---|---|---|---|---|---|---|---|---|
| VOCs | MultiRAE | 0.1 ppm | NA | NA | NA | NA | NA | NA | SD |
| $H_2S$ | SPM | 1 ppb | NA | NA | NA | NA | NA | NA | SD |
| $SO_2$ | SPM | 0.2 ppm | NA | NA | NA | NA | NA | NA | SD |
| $SO_2$ | MultiRAE | 0.1 ppm | NA | NA | NA | NA | NA | NA | SD |
| $H_2SO_4$ | SPM | 26 ppb | NA | NA | NA | NA | NA | NA | SD |
| CO | Grey Wolf | 1 ppm | NA | NA | NA | NA | NA | NA | SD |
| $CO_2$ | Grey Wolf | 1 ppm | NA | NA | NA | NA | NA | NA | SD |
| Temperature | Grey Wolf | 15°F | NA | NA | NA | NA | NA | NA | SD |
| Humidity | Grey Wolf | 1% | NA | NA | NA | NA | NA | NA | SD |

NOTES: DD = Definitive Data, VOCs = Volatile Organic Compounds, $H_2S$ = Hydrogen sulfide, $SO_2$ = Sulfur Dioxide, $H_2SO_4$ = Sulfuric Acid, $CS_2$ = Carbon disulfide, COS = Carbonyl sulfide, DMS = Dimethylsulfide, DMDS = Dimethyldisulfide, CO = Carbon monoxide, $CO_2$ = Carbon Dioxide

1. To be determined by the person arranging the analysis. Should be equal to or less than the action level.

19

2. Required for all data categories at a minimum rate of 10 percent of the total sample or one per sampling event per lot.
3. Mandatory for Definitive Data at a minimum rate of 5 percent of the total sample or one per sampling event. Certain methods may require a greater frequency.
4. Required for all data categories at a minimum rate of 5 percent of the total sample or one per sampling event.
5. Optional for SD/DC and mandatory for DD at a minimum rate of 5 percent of the total sample or one per sampling event.
6. Recommended for SD/DC and DD. Rate is method dependent. Requirement for use is based on deviations from accepted protocol and atmospheric conditions.
7. Performance evaluation samples are optional for SD/DC and DD at one per parameter per matrix. For SD, enter "NA."
8. Enter QA objective desired: SD, SD/DC, DD

20

# Appendix E

## EPA/ERT Quality Assurance/Quality Control Considerations

Air samples were collected in Florida and Louisiana as stipulated in quality assurance project plan (QAPP) of June 1, 2009 (Appendix H). Appropriate duplicate samples and trip blank samples were collected and were sent to the predetermined laboratories for analysis with the chain of custody records. These samples were analyzed by Lakeland Laboratories (ASTM D5504-8), Columbia Analytical Services, a National Environmental Laboratory Accreditation Committee (NELAC) certified laboratory (TO-11, TO-10A NIOSH 7903, 2010, 2002), the ERT/REAC laboratory, a NELAC certified laboratory (NIOSH 1500, 1501, 1003, 5515 and TO-15) and Veritas laboratory (OSHA ID 186). Data were verified and validated in accordance with the National Functional Guidelines for Data Review modified for NIOSH, ASTM and OSHA methodologies by the ERT/REAC contractor. The objective was to establish guidance to evaluate, and validate data generated by the ERT/REAC Laboratory as well as data generated by outside laboratories.

A library search was performed for non-target compounds present in the method blank and the samples for the purpose of tentative identification. Substances with responses less than 10% of the nearest internal standard are typically not searched; however, for this project, the 30 largest peaks were searched since this was an investigative process to determine the type of compounds that may be causing the homeowners' concerns. Tentatively identified compounds are the best estimate based on what these compounds may be and should be treated as such. Professional judgment is used in deciding whether a library search result for a TIC represents a reasonable identification. When there is a lack of isomer specificity, the TIC result is reported as a nonspecific isomer result. If a sample TIC match is poor, but other samples have a TIC with a valid library match, similar relative retention times, and the same ions, identification is inferred from the other sample TIC results. In order to confirm the compounds and concentrations, one must obtain the standards to verify.

### *Florida Sampling Events*

For the aldehydes analysis by EPA Method TO-11A, breakthrough of the 2,4-dinitrophenylhydrazine (DNPH)-coated cartridges occurred during the sampling events. Results with breakthrough greater than 10% and less than 50% should be regarded as estimated concentrations. Results with greater than 50% breakthrough should be used with caution since this is indicative of aldehyde loss (concentrations are biased low). The highest breakthrough was observed for acetaldehyde ranging from approximately 30 to 180% and butyraldehyde ranging from 11 to 120%. It should be noted that there was only one sample that had evidence of breakthrough at 11% for formaldehyde, just above the acceptance criterion.

Carbon disulfide was also observed in blank samples at an estimated concentration up to 2.44 ppbv during the Night 1 sampling event.

*Louisiana Sampling Events*

For the aldehydes analysis by EPA Method TO-11A, a greater percentage of breakthrough of the 2,4-dinitrophenylhydrazine (DNPH)-coated cartridges was observed for the sampling events. As stated above, results with breakthrough greater than 10% and less than 50%, should be regarded as estimated concentrations. Results with greater than 50% breakthrough should be used with caution since this is indicative of aldehyde loss (concentrations are biased low). Breakthrough was greater for the Louisiana samples as compared to the Florida samples .The highest breakthrough was observed in unit 202 for acetaldehyde ranging from approximately 35% to 2000%, butyraldehyde ranging from 23 to 980%, and formaldehyde in ten out 0f 25 samples collected in unit 202, ranging from 14% to 30% .

The capacity of DNPH-coated silica gel samplers varies with relative humidity (RH). For consistency, the same sampling volumes and the same sampling trains were used. A loss of carbonyl-DNPH derivative due to the reaction of atmospheric ozone on DNPH-coated silica gel cartridges may have also occurred while sampling ambient air. For future sampling events, it is recommended that an ozone scrubber in-line with the cartridge in addition to lowering the sample volume be adjusted to reduce breakthrough.

## Appendix F

**Mean and maximum** concentrations in Test homes during EPA/ERT and FDOH sampling and associated health-based screening guidelines, odor characteristics and common sources.*

| Compound | Maximum Concentration ($ug/m^3$) AC Off | Maximum Concentration ($ug/m^3$) AC On | Mean concentration ($ug/m^3$) | Health-based Inhalation Screening Guidelines ($ug/m^3$) | Odor threshold & characteristic ($ug/m^3$) | Uses/Sources |
|---|---|---|---|---|---|---|
| 1,1-Biphenyl | | 1.1 | | 7873 | 5.0, pleasant | fungicide |
| 1-Butanol | | 12.7 | 9.7 | 151,329 | $91.0^{fd}$ | solvent, paint remover |
| 1-Butanol, 2-ethyl | | 0.4 | 0.11 | | | |
| 2-Butanone (MEK) (J) | | 6.8 | 2.6 | 5,000 RfC | $736^{fd}$, pungent | nail polish remover |
| 2-Butoxy ethanol | 5.55 | BDL | 3.05 | 25,000ppb $TLV^j$ | $339ppb^h$ | |
| 4-tert-Butylcyclohexyl acetate (Vertenex) | | 5.9 | 4.54 | | | |
| (+)-Camphene | | 1.7 | 1.2 | | | |
| 2-Cyclohexen-1-one, 4-(1-methylethyl)- | | 2.1 | 0.82 | | | |
| 1-Decanol | 18.8 | BDL | 7.97 | | $9,179^{2d}$, sweet | alcohol |
| 1,2-Dichloroethane (irritant) | 12.5ppb, 50.6 | 8.33ppb | 16.03ppb | 2,430 $ug/m^3$ MRL | $24,295^d$, sweet | Adhesives, cleaners |
| 2,2-Dimethyl-1-isopropyl-1,3-propanediol monoisobutyrate | | 7.8 | 3.7 | | | |
| 2,6-Di-tert-butyl-4-methyl… | | 0.5 | | 6,000 | | cosmetics |
| 1-Dodecene | | 4.0 | 2.71 | | | |
| 1,2-Ethanediol (Ethylene glycol) | | 3.0 | 1.0 | | | |
| 2-Ethyl hexanol | 18.7 | | 12.1 | 106,339 | $1276^1$ | |
| 2(3H)-Furanone, dihydro | | 1.7 | 1.36 | 6,015 | pleasant | ink jet printing |
| 1-Heptanol | | 6.2 | 4.21 | | $3ppb^l$ | |
| 2-Heptanone | 7.13 | | 4.88 | | $839^2$, sweet, mushroom | |
| 4-Heptanone | | 17.1 | 1.4 | | | |
| 2-Hexanone | | 2.1 | 1.83 | | $12,270^{fd}$ | |
| 3-Hexanone, 2-methyl | | 16.0 | 4.8 | | | |
| 1-Hexanol, 2-ethyl | | 9.1 | 8.1 | | $32^{fd}$ | |

*EPA/ERT sampled with air conditioning on and with air conditioning off.

Mean and maximum concentrations in Test homes during EPA/ERT and FDOH sampling and associated health-based screening guidelines, odor characteristics and common sources.

| Compound | Maximum Concentration ($ug/m^3$) | | Mean concentration ($ug/m^3$) | Health-based Inhalation Screening Guidelines ($ug/m^3$) | Odor threshold & characteristic ($ug/m^3$) | Uses/Sources |
|---|---|---|---|---|---|---|
| | AC Off | AC On | | | | |
| (S)-2-Hydroxypropanoic acid | | 6.8 | 2.6 | | 736[fd] | |
| 4,7-Methano-1H-indene,3a,4,7,7a-tetrahydro | | 1.3 | 1.06 | 54 | 16[fd], acrid | insecticides, flame retardant |
| 1-Methoxy-2-propyl acetate | | 3.9 | 2.8 | | | |
| 1-Methoxy-4-(2-propenyl) benzene | 6.12 | 3.6 | 2.55 | | | |
| 2-Nonanone/ethyl ketone xylene isomer | 5.13 | | 1.91 | | | |
| 1,6-Octadiene,7-methyl-3-methylene (Myrcene) | | 2.6 | 2.1 | | | |
| 1-Octanol | | 4.0 | 3.5 | | 2605[fd] | |
| 7-Octen-2-ol, 2,6-dimethyl | | 3.4 | 2.8 | | | |
| 2,2-Oxybisethanol | 8.43 | 2.34 | 6.47 | | | |
| 1-Pentanol | | 8.1 | 7.09 | | | |
| 2-Pentanone | | 0.9 | 0.8 | | 61ppm[l] | |
| 2-Pentanone, 4-methyl (Methyl isobutyl ketone, MIBK) | | 4.0 | 1.9 | | | |
| 3-Pentanone, 2,4-dimethyl | | 18.3 | 6.7 | | | |
| 3-Penten-2-one,4-methyl | | 0.5 | | 100,205 | 38,098, pungent, honey-like | paint remover, insect repellant |
| 1-Pentene | 5.1 | 1.6 | 3.2 | | 190ppb[l] | |
| 1,2-Propanediol (Propylene glycol) | | 4.5 | 2.1 | | | |
| 2-Propanol (Isopropanol) | | 3.2 | 1.0 | | | |
| 2-Propanol, 1-(1-methylethoxy) | | 3.7 | 3.1 | | | |
| 2-Propanol, 1-butoxy | | 3.3 | 2.7 | | | |
| 2-Propanol, 1-chloro | | 5.8 | 4.78 | | | |
| 1-Propanol, 2-chloro- | | 1.6 | 1.31 | | | |
| 1-Propanol, 2-methyl | | 4.9 | 2.7 | 73,620 | 2518[fd], pungent | |
| 1,1,2,2-Tetrachloroethene | 0.174ppb, 1.2 | 1.5 | 1.02 | 271-1358 | 13,579[d], etherish | paints, cleaners, wax |

Mean and maximum concentrations in Test homes during EPA/ERT and FDOH sampling and associated health-based screening guidelines, odor characteristics and common sources.

| Compound | Maximum Concentration (ug/m$^3$) | | Mean concentration (ug/m$^3$) | Health-based Inhalation Screening Guidelines (ug/m$^3$) | Odor threshold & characteristic (ug/m$^3$) | Uses/Sources |
|---|---|---|---|---|---|---|
| | AC Off | AC On | | | | |
| 1,1,1-Trichloroethane | 65.8 | 60.9 | 25.21 | 3,810 ug/m$^3$ MRL[i] | 87,035[d], sweet, etherish | varnish, paint, cleaners |
| 2,2,4-Trimethyl-1,3-pentanediol monoisobutyrate I | | 16.4 | 7.6 | | 78ppb[h] | |
| 1-Undecene | | 2.9 | 1.3 | | | |
| Acetaldehyde – I | 16 | 2.7 | 6.61 | 9 RfC | 336[1], pungent, fruity | wood products, tobacco, auto exhaust |
| Acetic acid - I | 1450 | | 1105 | 18,037[a] | 1001, pungent, sour | |
| Acetic acid, butyl ester | 3.9 | 4.2 | 3.42 | 24,581 NIOSH REL | 176-712[2d] | wood products |
| Acetic acid, 2-methylpropyl ester (Isobutyl acetate) | | 1.4 | 1.13 | | | |
| Acetic acid, phenylmethyl | 9.28 | | 7.1 | | | |
| Acetic acid, propyl ester | | 1.4 | | 834,356 TWA | 1001, pleasant | fragrance |
| Acetone - I | 254 | | 208.44 | 421 MRL[e] | 951-190,000[2d], sweet, fruity | nail polish remover, paints |
| Acetophenone | 6.48 | | 4.92 | 177[a] | | |
| Benzaldehyde | 22.1 | | 17.6 | 8,671TWA | 182[fd] | food additive, fragrance, detergent |
| Benzene | 5.0 | | 3.4 | 30 MRL[a] | 2,492[2d], aromatic, sweet | Solvents, paints, cosmetics |
| Benzene, 1,2,3,5-tetramethyl | | 1.8 | 1.0 | | | |
| Benzene, 1,2,4,5-tetramethyl | | 3.2 | 2.3 | | | |
| Benzene, 1,3,5-trimethyl (Mesitylene) | | 5.3 | 1.86 | | 27ppb[f] | |
| Benzene, 1-chloro-4-(trifluoromethyl)- | | 15.0 | 14.16 | | | |
| Benzene, 1-ethyl-4-methyl (4-Ethyltoluene) | | 4.6 | 3.48 | | | |
| Benzothiazole | | 2.1 | 1.53 | | | |
| Bicyclo[2.2.1]hept-2-ene, 1,7,7-trimethyl | | 4.3 | 1.8 | | | |
| Bicyclo[2.2.1]heptan-2-ol, 1,3,3-trimethyl | | 1.7 | 1.3 | | | |

**Mean and maximum** concentrations in Test homes during EPA/ERT and FDOH sampling and associated health-based screening guidelines, odor characteristics and common sources.

| Compound | Maximum Concentration ($ug/m^3$) | | Mean concentration ($ug/m^3$) | Health-based Inhalation Screening Guidelines ($ug/m^3$) | Odor threshold & characteristic ($ug/m^3$) | Uses/Sources |
|---|---|---|---|---|---|---|
| | AC Off | AC On | | | | |
| Bicyclo[2.2.1]heptan-2-one, 1,7,7-trimethyl-, (1S) | | 4.2 | 1.9 | | | |
| Bicyclo[3.1.1]hept-3-en-2-one, 4,6,6-trimethyl-, (1S)- | | 2.6 | 2.02 | | | |
| Bicyclo[4.1.0]heptane, 3,7,7-trimethyl-, ( 1à, 3à, 6à ) | | 4.5 | 0.85 | | | |
| L-borneol (Bicyclo[2.2.1]heptan-2-ol, 1,7,7-trimethyl-,(1S-endo)-) | | 3.3 | 1.5 | | | |
| Bromoform (J) - **I** | 2.0 | 1.7 | 1.86 | 5,174 TWA[a] | 19,681[2], sweet | |
| Butane | 2.3 | 2.1 | 1.07 | 595,000 TWA[a] | 2,999[2], natural gas | natural gas |
| Butanoic acid | | 1.3 | 1.1 | 664,620 | 4ppb[fd], fruity | fragrances |
| Butanoic acid, 3-methylbut-2-enyl ester | | 0.9 | 0.6 | | | |
| Butanol isomer - **I** | 8.3 | | 3.97 | 60,614 TWA[a] | 1,485ppb[1], rancid, sweet | alcohol |
| Butyraldehyde - **I** | 9.73 | | 6.7 | 73,722 TWA[a] | | gas, oils, wood |
| Butoxy ethanol isomer | 2.5 | | 1.15 | | | |
| Carbon disulfide - **I** | 19.6 | | | 700 ug/$m^3$ RfC | 299-654[1], sulfur, medicinal | |
| Carbon tetrachloride(J) | 7.0 | | 6.5 | 190 MRL[c] | 10,405[2d], sweet | dry cleaning |
| Carbonyl sulfide | 21.6 | | | 135 | | |
| d-Carene isomer | 17.4 | | 11.92 | 111,247 TWA[a] | | |
| Cedrene, à | | 5.7 | 0.93 | | | |
| Chlorodifluoromethane | 196 | 167 | 124.1 | 1,769,900 TWA[a] | | |
| Chloroform | 6.81 | 9.1 | 6.3 | 98 MRL[c] | 2,920[2d], sweet, suffocating | Chlorinated water |
| Chloromethane | 2.56 | 2.4 | 2.17 | 103 MRL[c] | >20,654[2], sweet, etherish | swimming pools, insulation |
| Cinnamic aldehyde (2-Propenal, 3-phenyl-) | | 3.2 | 2.03 | | | |
| Cyclohexane(J) | 3.5 | 1.5 | 1.21 | 6,000 RfC | 1,033,129, sweet, pungent | paint remover |

**Mean and maximum** concentrations in Test homes during EPA/ERT and FDOH sampling and associated health-based screening guidelines, odor characteristics and common sources.

| Compound | Maximum Concentration (ug/m$^3$) | | Mean concentration (ug/m$^3$) | Health-based Inhalation Screening Guidelines (ug/m$^3$) | Odor threshold & characteristic (ug/m$^3$) | Uses/Sources |
|---|---|---|---|---|---|---|
| | AC Off | AC On | | | | |
| Cyclohexane, 1,2,3-trimethyl | | 3.3 | 1.5 | | | |
| Cyclohexane, 1,3-dimethyl, trans | | 1.7 | 0.7 | | | |
| Cyclohexane, methyl | | 4.4 | 3.1 | | 601$^{fd}$ | |
| Cyclohexasiloxane, dodecamethyl | | 2.3 | 0.85 | | | |
| Cyclohexanone - I | 1.7 | BDL | 0.84 | 20,000ppb$^3$ | | |
| Cyclopentasiloxane, decamethyl | | 30.2 | 15.01 | | | |
| Cyclotetrasiloxane, octamethyl | | 14.8 | 11.88 | | | |
| Decahydro methanoazulene isomer | | 2.5 | 1.11 | | | |
| Decanal | | 4.1 | 2.51 | | 0.1ppb$^1$ | |
| Decane, 2,2-dimethyl | | 7.7 | 6.43 | | | |
| Decane, 2,6-dimethyl | | 11.0 | 6.51 | | | |
| Decane, 3,6-dimethyl | | 14.9 | 5.69 | | | |
| Decane, 3,7-dimethyl- | | 12.3 | 1.23 | | | |
| Decane, 3-methyl | | 28.6 | 10.72 | | | |
| Decane, 5-methyl | | 10.9 | 1.09 | | | |
| Dichlorofluoromethane | 2.0 | | 1.81 | 42,127 TWA$^a$ | odorless | coolants |
| Diethylene glycol (2,2'-oxybisethanol) | | 4.2 | 1.6 | | | |
| Diisopropyl disulfide(J) | 94.7 | | 11.9 | | | |
| Dimethyl cyclohexene isomer(J) | | 2.48 | 1.1 | | | |
| dimethyl decane isomer | 3.69 | | 1.74 | | | |
| Dimethylethylcyclohexanol isomer | 5.24 | 2.87 | 1.59 | | | |
| N-Dodecane | 4.2 | | 3.14 | | 14,184$^1$, metallic, ozonic | fragrance, gas |
| Estragole (4-Allylanisole) | | 5.6 | 3.96 | | | |

**Mean and maximum** concentrations in Test homes during EPA/ERT and FDOH sampling and associated health-based screening guidelines, odor characteristics and common sources.

| Compound | Maximum Concentration ($ug/m^3$) | | Mean Concentration ($ug/m^3$) | Health-based Inhalation Screening Guidelines ($ug/m^3$) | Odor threshold & characteristic ($ug/m^3$) | Uses/Sources |
|---|---|---|---|---|---|---|
| | AC Off | AC On | | | | |
| Ethanol - I | 21.1 | 9.9 | 15.32 | 94,274 TWA[a] | 18,855[hsdb], mild | lotion, cologne, fuel, fungicide |
| Ethanol, 2-ethoxy | | 1.1 | 1.0 | 55,215[a] | 3.2[fd] | |
| Ethanol, 2-ethoxy, acetate | | 1.1 | | 404,908[a] | 302, pleasant | |
| Ethylacetate - I | 11.9 | 12 | 11.2 | 1,441,309[a] | 23,061[2d] | nail polish remover |
| Ethylbenzene | 11.6 | 5.3 | 10.16 | 1000 RfC | 399-26,013[2], aromatic, oily | Solvent |
| Formaldehyde - I | 491 | | 398 | 100[5] | 1,068[1], pungent | wood products, disinfectant, textile, paints |
| Formic acid - I | 2879 | | 2540 | 9000 NIOSH[3], 0.15screening[4] | 4,188[2], sharp | paint remover, preservative, insecticide |
| Furan, 2-pentyl | 22.4 | BDL | 16.6 | | | |
| Furfural - I | 7.7 | | 5.74 | 7,861 TWA[a] | 7.9-2,500[2], pungent, almond | solvent, flavoring, auto exhaust |
| Heptanal (Heptaldehyde) | | 8.6 | 7.17 | 400,000ppb[3] | 3ppb[1] | |
| Heptane, 2,2,4,6,6-pentamethyl - I | | 19.0 | 15.79 | 400,000ppb[3] | | |
| Heptane, 2,2,6,6-tetramethyl- I | | 10.5 | 3.25 | 400,000ppb[3] | | |
| Heptane, 2,4-dimethyl- I | 3.4 | | 1.68 | 400,000ppb[3] | | |
| Heptane, 4-ethyl-2,2,6,6-tetramethyl- I | | 9.4 | 3.72 | 400,000ppb[3] | | |
| Heptane, 5-ethyl-2,2,3-trimethyl—I | | 40.8 | 34.0 | 400,000ppb[3] | | |
| Heptane, 2-methyl- I | | 1.9 | 1.5 | 400,000ppb[3] | | |
| Heptanol | 14.2 | BDL | 10.66 | 10,011 | 22.7[1], fragrant | paint, textiles, solvent |
| Hexanal - I | 301 | | 91.84 | | 57.3, grass, fruity | |
| Hexane - I | 2 | 1.2 | 1.7 | 700 RfC[e] | 458,323, faint, peculiar | adhesives, solvent |
| Hexane, 1-methoxy- I | | 1 | 0.41 | 500,000ppb TLV[3] | | |
| Hexane, 2-methyl- I | | 9.6 | 3.68 | 500,000ppb TLV[3] | | |
| Hexane, 3-methyl- I | | 14.0 | 4.12 | 500,000ppb TLV[3] | | |
| Hexanoic acid | 9.78 | | 7.56 | 14,992 | 61.7[1], goat-like | fragrance |

**Mean and maximum** concentrations in Test homes during EPA/ERT and FDOH sampling and associated health-based screening guidelines, odor characteristics and common sources.

| Compound | Maximum Concentration (ug/m$^3$) | | Mean Concentration (ug/m$^3$) | Health-based Inhalation Screening Guidelines (ug/m$^3$) | Odor threshold & characteristic (ug/m$^3$) | Uses/Sources |
|---|---|---|---|---|---|---|
| | AC Off | AC On | | | | |
| Hydrochloric acid – I | 0.07 | BDL | BDL | | 381-14,928$^2$, sharp | |
| Hydrogen sulfide – I | 8.0 | | 2.1 | 27.9 MRL$^i$ | 1.4-181$^{2d}$, rotten eggs | |
| Isobornyl acetate | 4.53 | 3.3 | 3.51 | | pine | flavorings |
| à-Isomethyl ionone | | 2.1 | 0.88 | | | |
| Isopropyl alcohol | 92.2 | 126.8 | 86.71 | 7,866 | 2,458-14,994$^{2d}$ | rubbing alcohol, candy, insect repellant |
| Limonene & isomers - I | 81.4 | 49 | 80.7 | 111,247 | 2,447$^1$, lemon, sweet | cleaners, paints, wood |
| Longifolene | | 2.8 | 1.7 | | | |
| Menthol | 31.2 | BDL | 6.89 | | | |
| Menthyl acetate | | 6.0 | 2.82 | | | |
| Methylene chloride - I | 9.1 | 13.6 | 8.13 | 1,042 MRL$^c$ | 4167-152,785$^2$ | paint stripper, mothballs |
| Methylcinnamic aldehyde (2-Propenal, 2-methyl-3-phenyl-) | | 2.8 | 1.74 | | | |
| Naphthalene (J) – I | 4.5 | 4.6 | 4.19 | 3.0 RfC | 78.5$^1$, tar, mothballs | Mothballs, shampoo, cleaners |
| Naphthalene, decahydro-1,6-dimethyl- | | 4.3 | 1.8 | | | |
| Nitric acid – I | BDL | | BDL | 5,153 TWA$^a$ | acrid, suffocating | |
| Nonanal | 84.2 | | 57.01 | | 12.8$^1$, rose-orange | cosmetics, flavorings |
| Nonane | | 2.1 | 1.77 | 1,050,000 TWA$^3$ | 650ppm$^1$ | |
| Nonane, 2,2,4,4,6,8,8-heptamethyl | | 0.6 | 0.18 | | | |
| Nonane, 3,7-dimethyl | | 19.6 | 15.76 | | | |
| Nonane, 3-methylene | | 2.7 | 2.0 | | | |
| Octanal - I | 56.0 | | 39.85 | 59,995$^a$ | 7.3$^1$, fruity | perfumes, flavorings |
| Octane, 2,3,6-trimethyl- I | | 2.7 | 0.98 | 300,000ppb TLV$^3$ | | |

**Mean and maximum** concentrations in Test homes during EPA/ERT and FDOH sampling and associated health-based screening guidelines, odor characteristics and common sources.

| Compound | Maximum Concentration (ug/m$^3$) | | Mean Concentration (ug/m$^3$) | Health-based Inhalation Screening Guidelines (ug/m$^3$) | Odor threshold & characteristic (ug/m$^3$) | Uses/Sources |
|---|---|---|---|---|---|---|
| | AC Off | AC On | | | | |
| Octane, 2,4,6-trimethyl- I | | 26.7 | 16.57 | 300,000ppb TLV$^3$ | | |
| Octane, 2,5,6-trimethyl- I | | 20.7 | 9.7 | 300,000ppb TLV$^3$ | | |
| Octane, 2,6-dimethyl- I | | 3.0 | 2.08 | 300,000ppb TLV$^3$ | | |
| Octane, 3-ethyl-2,7-dimethyl- I | | 11.5 | 7.46 | 300,000ppb TLV$^3$ | | |
| Octanol | 11.6 | | 8.68 | 265,849 TWA$^a$ | 30.8[1] | |
| Pentadecane(J) | 7.14 | BDL | 2.0 | | | |
| Pentanal | 23.5 | 17.6 | 13.46 | | 21.1[1] | flavorings, rubber |
| Pentane | 12.7 | 9.7 | 9.92 | 1,769,325$^a$ | 350,916[2] | |
| Phenol - I | 5.62 | 4.07 | 4.85 | 770 | 180-423[1], medicinal, acid | gas & diesel, tobacco smoke |
| Pinene & isomers | 669 | | 541 | 20,000ppb TLV$^3$ | 3,849[1], pine | solvent |
| Pinene, à (2,6,6-Trimethyl-bicyclo[3.1.1]hept-2-ene) | | 79.5 | 68.46 | | | |
| Pinene, á (6,6-Dimethyl-2-methylene-bicyclo[3.1.1]heptane) | | 39.5 | 31.54 | | | |
| Propanal, 2-methyl | | 10.1 | 7.1 | 216,796 | 6$^{fd}$, pungent | |
| Propanoic acid | | 2.6 | | 30,266 | 17 | preservative |
| Propanoic acid, 2-methyl-,2,2-dimethyl-1-(2-hydroxy-1-.... | 150 | | 110.15 | 64,622$^B$ | 595-6,462$^{2d}$, sharp, pungent | solvent |
| Propanoic acid, 2-hydroxy-, ethyl ester | | 7.0 | 1.54 | | | |
| Propanoic acid, 2-methyl | 167 | | 123.63 | | 5$^{fd}$ | flavoring, pesticide |
| Propanoic acid, 2-methyl anhydride | | | | 1,939 | 10 | perfumes, flavors |
| Propionaldehyde - I | 15.9 | | 10.24 | 47,526$^a$ | 64.2[1], acrid, pungent | tobacco, disinfectant |
| Siloxane compound | | 933 | 341 | | | |
| Styrene (J) - I | | 6.3 | 5.18 | 851$^c$ | 72-8,082, sharp, sweet | plastics, paints, rubber |

**Mean and maximum** concentrations in Test homes during EPA/ERT and FDOH sampling and associated health-based screening guidelines, odor characteristics and common sources.

| Compound | Maximum Concentration (ug/m³) | | Mean Concentration (ug/m³) | Health-based Inhalation Screening Guidelines (ug/m³) | Odor threshold & characteristic (ug/m³) | Uses/Sources |
|---|---|---|---|---|---|---|
| | AC Off | AC On | | | | |
| Styrene, 2,4-dimethyl | | 1.7 | 0.8 | | | |
| Styrene, 2,5-dimethyl | | 2.6 | 1.7 | | | |
| Sulfur dioxide - I | 16.8 | (.2) | (.11)david's | 26.2 MRL[1] | 2,622, strong, suffocating | |
| Sulfuric acid - I | 0.05 mg/m3 | BDL | 0.18 | 200 | Odorless | |
| N-Tetradecane | 14.7 | | 6.09 | | | |
| Thiophene, 2-hexyl | | 3.7 | 2.46 | | | |
| Thujopsene | | 1.8 | 1.39 | | | |
| Toluene | | 15.4 | 12.49 | 5,000 RfC | 5,839[1], sour, burnt | Solvent, paints, dyes |
| Trichlorofluoroethane | 0.718ppb? | 0.767ppb? | 0.35ppb | | etherish, sweet | refrigerant, insulation |
| Trichlorofluoromethane | 11.9 | 12.6 | 6.01 | 5,063,272[a] | | Coolant |
| Trichloropropane isomer | | 42.81 | 2.05 | 300,000 TWA[3], 18[4] | | |
| Trimethyl benzene isomer | 10.5 | | 9.49 | 98,160 TWA[a] | 785-1,129[1] | |
| Trimethyl pentene isomer | | 1.67 | 0.84 | | | |
| TXIB (2,2,4-Trimethyl-1,3-pentanediol diisobutyrate) | | 2.1 | 1.3 | | 12[fd] | |
| Undecane | | 13.3 | 10.81 | 6,380 | 5,551[fd] | |
| Undecane, 2-methyl | | 7.4 | 1.34 | | | |
| Undecane, 4-methyl | | 8.7 | 1.61 | | | |
| Vinyl acetate | 8.52 | | 6.62 | 10ppb[i] | | |
| Xylene (para and/or meta) | | 20.3 | 16.69 | 100 RfC | 398ppb[h] | |
| Xylene, ortho | | 8.1 | 6.75 | 100 RfC | | |
| Xylene & isomers - I | 20.3 | 13.6 | 14.59 | 100 RfC | 100-1,387[1], sweet | Solvents, paints, cleaners |

**Health guidelines and Odor threshold:** [1]values represent 50% odor detection [Devos, 1990], [2]whether value represents odor detection or recognition thresholds not specified [AIHA, 1995], [2d]odor detection, [3]ACGIH 2009, [AIHA, 1990], MRLa=acute, MRLi=intermediate, MRLc=chronic, [dk]FDOH, [g]Weisel 2006, [h]Hodgson 2000, [i]ASTM1973, I = irritant, J = at method/quantitation limit in EPA/ERT data, [4]EPA regional ambient air screening level

# Appendix G

# Detectable Chemicals falling below the Quantitation limit

1,1'-Biphenyl
1,3-Butadiene, 2-methyl
1-Butanol, 2-ethyl
1-Butanol, 3-methyl
1H-Cycloprop[e]azulene, 1a,2,3,4,4a,5,6,7b-octahydro-1,1,4,7-tetramethyl-, [1aR-(1aà,4à,4aá,7bà)]
1-Nonadecene
1-Nonene
2,6-Di-tert-butyl-4-methylphenol (BHT)
2-Butene, 2-methyl
2-Cyclohexen-1-one, 3,5,5-trimethyl-
2-Pentanol, acetate
2-Pentene, 4,4-dimethyl, (E)
2-Propenal, 2-methyl
4-Phenylcyclohexene
Acetate, methyl (Acetic acid, methyl ester)
Acetic acid, 1,7,7-trimethyl-bicyclo[2.2.1]hept-2-yl ester
Acetic acid, propyl ester (Propyl acetate)
Benzene, 1-(1,1-dimethylethyl)-3-ethyl
Benzene, 1-ethyl-4-(1-methylethyl)
Benzene, 2-ethyl-1,4-dimethyl
Benzenepropanoic acid, ethyl ester
Butane, 1-chloro
Butanoic acid, 3-methylbut-2-enyl ester
Coumarin (2H-1-Benzopyran-2-one)
Cyclohexane, t-1,2-dimethyl
Cyclohexene, 3,3,5-trimethyl
Cyclopentane
Cyclopentane, methyl
Cyclopentanone, 3-methyl
Decahydro-4,4,8,9,10-pentamethylnaphthalene
Decyl disulfide
Ethane, 1,2-dichloro
Ethanol, 2-ethoxy
Ethene, 1,1,2,2-tetrachloro (Tetrachloroethylene)
Formic acid (Methanoic acid)
Furan, 2-ethyl
Furan, 2-methyl-
Heptadecane, 7-methyl-
Heptane, 2,4-dimethyl
Hexane, 2,4-dimethyl
Methyl sulfide (Methane, thiobis)
Naphthalene, 1,2,3,4-tetrahydro-1,4-dimethyl
Naphthalene, 1,2,3,4-tetrahydro-5-methyl
Naphthalene, 2-methyl

Naphthalene, decahydro-2-methyl
N-Nitroso-2-methyl-oxazolidine
Nonane, 2,2,4,4,6,8,8-heptamethyl
Octadecane, 2-methyl-
Octane, 2,3-dimethyl
Pentanal, 3-methyl
Pentane, 2,3-dimethyl
Pentane, 2,4-dimethyl
Pentane, 2-methyl
Phenol, m-tert-butyl
Phenyl isobutyrate
Propane, 1,3-dimethoxy-
Propanoic acid
Propanoic acid, 2-methyl-, anhydride (Isobutyric anhydride)
Pyrazine, methyl
Pyridine
Tetrahydro-1,3-oxazine-2-thione
Thiophene, 2-butyl
n-Tridecane

Appendix H
Summary of Statistical Data for Florida and Louisiana

**Statistical Methodologies**

Indoor air measurements were compared between Units and per analyte using non-parametric statistical analyses. Non-parametric tests were chosen due to the large number of non-detects and small sample sizes (ranging from N=3 to 16). The choice of which non-parametric test to be used was determined by the number of Units to be compared and the number of reporting limits for a given parameter (analyte). All statistical comparisons were run with alpha set to 0.05. If a reporting limit exceeded detected values for an analyte (i.e., estimated values under the reporting limit), a comparison could not be computed. Additionally, if greater than 80 percent of the measurements were non-detects (ND) for an analyte, no comparison was computed.

Indoor air measurements were collected from two Units when the air conditioning was 'on' and from three Units when the air conditioning was 'off', resulting in two sets of conditions. Replicate measurements were collected from Location 1 (except for TO 15 VOCs) in each Unit and a single measurement collected from Location 2 under both conditions. Computed means were weighted to ensure that Location 1 did not overly-influence the computations.

Comparisons made when the air conditioning was 'on' included the Wilcoxon-Rank-Sum (WRS) test, the Wilcoxon-Mann-Whitney test (WMW) and Gehan's test. The WRS and WMS tests are both non-parametric tests which compare the ranks of the data from two populations. These tests provide equivalent results and their use was based on the convenience of the software package being used at the time. SAS® employs the WRS test and ProUCL employs the WMW test. When multiple reporting limits were reported for a single analyte and non-detect measurements were reported for that analyte, Gehan's Test was computed using ProUCL version 4.0. Gehan's Test is a statistical method which accommodates multiple reporting limits.

When the air conditioning was off the Kruskal-Wallis test was used to determine if there was a statistically significant difference between the measurements from the three units (more than 2 populations). The Kruskal-Wallis test was computed using SAS®version 9.0 for Windows. If the resulting probability-value (p-value) was greater than 0.05 it can be assumed that there is no statistical difference between the measurements of the three Units. If the p-value was less than 0.05, additional follow-up testing was conducted to identify which Units were different from each other. Dunn's method was used for the follow-up comparisons of the medians. Units 100 and 102 were compared with 101.

A similar statistical methodology was followed when evaluating the tentatively identified compounds (TICs) data sets; however zeros were used in place of compounds which were not detected at a given location. Descriptive statistics and statistical comparisons for the TIC datasets should be viewed with caution given the unknown level of variability which was introduced by including zeros in these

analyses. Compilation of all data including minimum, maximum and average concentrations, probability values and conclusions for target and non-target compounds is presented in this Appendix. Statistical analysis was carried out using median values though means are expressed in the data tables.