Confidential - Subject to Further Confidentiality Review

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  CHINESE-MANUFACTURED    :  MDL NO. 2047
     DRYWALL PRODUCTS LIABILITY      :
 5   LITIGATION                      :  SECTION:  L
                                     :
 6   -------------------------------- :  JUDGE FALLON
     This Document Relates to:       :
 7   ALL CASES                       :  MAG. JUDGE
                                     :  WILKINSON
 8
 9
10            CONFIDENTIAL - SUBJECT TO FURTHER
11               CONFIDENTIALITY REVIEW
12
13            TUESDAY, OCTOBER 30, 2012
14
                        - - -
15
16            Videotaped deposition of ROSEMARY A.
     COATES, held at the Law Offices of Herman, Herman &
17   Katz, L.L.C., 820 O'Keefe Avenue, New Orleans,
     Louisiana, commencing at 9:52 a.m., on the above
18   date, before Leslie B. Doyle, Certified Court
     Reporter (LA), Registered Diplomate Reporter,
19   Certified LiveNote Reporter.
20
21
22                      - - -
23            GOLKOW TECHNOLOGIES, INC.
24      877.370.3377 ph | 917.591.5672 fax
25            deps@golkow.com
```

EXHIBIT
1

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

```
 1    A P P E A R A N C E S:
 2
 3    APPEARING ON BEHALF OF THE PLAINTIFFS' STEERING
 4    COMMITTEE:
 5        GERALD E. MEUNIER, ESQUIRE
              Email:  Gmeunier@gainsben.com
 6            Phone:  (504) 522-2304
          GAINSBURGH, BENJAMIN, DAVID, MEUNIER &
 7            WARSHAUER, LLC
          2800 Energy Centre
 8        1100 Poydras Street
          New Orleans, Louisiana  70163
 9
10        HUGH P. LAMBERT, ESQUIRE (VIA TELEPHONE)
              Email:  Hlambert@lambertandnelson.com
11            Phone:  (504) 581-1750
          LAMBERT & NELSON, PLC
12        701 Magazine Street
          New Orleans, Louisiana  70130
13
14        DAWN M. BARRIOS, ESQUIRE (VIA TELEPHONE)
              Email:  Barrios@bkc-law.com
15            Phone:  (504) 524-3300
          BARRIOS, KINGSDORF & CASTEIX, LLP
16        701 Poydras Street, Suite 3650
          New Orleans, Louisiana  70139-3650
17
18    APPEARING ON BEHALF OF INTERIOR/EXTERIOR BUILDING
19    SUPPLY, L.L.C.:
20        RICHARD G. DUPLANTIER, JR., ESQUIRE
              Email:  Rduplantier@gjtbs.com
21        CARLINA C. EISELEN, ESQUIRE
              Email:  Ceiselen@gjtbs.com
22            Phone:  (504) 525-6802
          GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, PLC
23        One Shell Square
          701 Poydras Street, 40th Floor
24        New Orleans, Louisiana  70139
25
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (CONTINUED):

 2

 3    APPEARING ON BEHALF OF NORTH RIVER INSURANCE

 4    COMPANY:

 5         KEVIN F. RISLEY, ESQUIRE

              Email:  Krisley@thompsoncoe.com

 6         Phone:  (713) 403-8210

           THOMPSON, COE, COUSINS & IRONS, L.L.P.

 7         One Riverway, Suite 1600

           Houston, Texas  77056

 8

 9    APPEARING ON BEHALF OF LANDMARK AMERICAN INSURANCE

10    COMPANY:

11    (VIA TELEPHONE)

12         MELISSA M. LESSELL, ESQUIRE

              Email:  Mlessell@dkslaw.com

13         Phone:  (504) 593-0689

           DEUTSCH, KERRIGAN & STILES, LLP

14         755 Magazine Street

           New Orleans, Louisiana  70130

15

16    VIDEOGRAPHER:

17         MELISSA BARDWELL

           Golkow Technologies, Inc.

18

19                     ---

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                   INDEX OF EXAMINATIONS

 2    EXAMINATION

 3       BY MR. DUPLANTIER.........................6

 4       BY MR. RISLEY..........................147

 5    ACKNOWLEDGMENT OF DEPONENT..................183

 6    ERRATA.....................................184

 7    LAWYER'S NOTES.............................185

 8    CERTIFICATE................................186

 9                        * * *

10

11                   INDEX OF EXHIBITS

12    EXHIBIT 1....................................8

13       CURRICULUM VITAE

14    EXHIBIT 2..................................139

15       REPORT OF ROSEMARY A. COATES

16    EXHIBIT 3..................................144

17       REBUTTAL REPORT OF ROSEMARY A. COATES

18    EXHIBIT 4..................................177

19       KEY CHAIN

20

21                        * * *

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                    PROCEEDINGS
 2              THE VIDEOGRAPHER:  We are now going on
 3         the record.  The date today is
 4         October 30th, 2012.  The time now is
 5         approximately 9:52 a.m.
 6              This is the videotaped deposition of
 7         Ms. Rosemary Coates taken in reference to
 8         the Chinese-Manufactured Drywall Products
 9         Liability Litigation.  The deposition is
10         being held in New Orleans, Louisiana.
11              My name is Melissa Bardwell,
12         videographer, and the court reporter today
13         is Leslie Doyle.
14              Would counsel present please introduce
15         themselves and state their affiliations
16         for the record?
17              MR. MEUNIER:  Gerry Meunier for the
18         plaintiffs.
19              MR. DUPLANTIER:  Richard Duplantier
20         for Interior/Exterior Building Supply.
21              MS. EISELEN:  Carlina Eiselen on
22         behalf of Interior/Exterior Building
23         Supply.
24              THE VIDEOGRAPHER:  And would the court
25         reporter --
```

Confidential - Subject to Further Confidentiality Review

1          MR. RISLEY:  Kevin Risley for the

2       North River Insurance Company.  Thank you.

3          THE VIDEOGRAPHER:  And would the court

4       reporter please swear in the witness.

5                    * * *

6             ROSEMARY A. COATES,

7    having been first duly sworn, was examined and

8             testified as follows:

9                    * * *

10                 EXAMINATION

11   BY MR. DUPLANTIER:

12       Q.   Good morning, Ms. Coates.  My name is

13   Richard Duplantier, as I indicated earlier.  I

14   represent Interior/Exterior Building Supply.

15          Can you give us your name and your current

16   business address for the record?

17       A.   Yes.  Rosemary Coates.  My business

18   address is Post Office Box 760, Los Gatos,

19   California, 95031.

20       Q.   Do you have a physical address, as well?

21       A.   I do.  My home address, which is 220 Los

22   Miradas Drive, M-I-R-A-D-A-S, Drive, Los Gatos,

23   California, 95032.

24       Q.   Have you ever given a deposition before?

25       A.   I have.

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    How many times?

 2        A.    Five, six, something like that.

 3        Q.    Can you tell me which case -- how many of

 4   those were as an expert?

 5        A.    All of them.

 6        Q.    Okay.  Can you tell me the names of the

 7   cases where you've given a deposition?

 8        A.    Yes.  I can tell you generally.  They're

 9   attached also to my expert report in the end, so the

10   official case names are there.

11        Q.    And that's fine.  If you can -- I didn't

12   see --

13        A.    You want me to read those to you?

14        Q.    Yeah.

15        A.    Okay.

16        Q.    They're on this list?  They're on this

17   list, then?

18        A.    They are, yes.

19        Q.    Okay.  Then we're going to go through that

20   list anyway.

21        A.    Okay.

22        Q.    So as long as they're all on this list, --

23        A.    Yeah.

24        Q.    -- then we're fine.

25              You do understand the process, I would
```

Confidential - Subject to Further Confidentiality Review

```
 1    assume, then?  I don't have to go into much detail

 2    with that.  But I'm here to ask you some questions

 3    about your involvement as an expert in the

 4    Chinese-Manufactured Drywall Litigation.  We need

 5    you to answer the questions out loud.  If you don't

 6    understand my question, please let me know, and I'll

 7    try and rephrase it; otherwise, we're going to

 8    assume that you understand it and you're answering

 9    it completely and truthfully.  If you need to take a

10    break at any point, please feel free to do that.

11              With that being said, let's -- let's talk

12    about your curriculum vitae which has been attached

13    to your deposition, and here's --

14              MR. DUPLANTIER:  Do you have a copy

15          with you, Gerry?

16              MR. MEUNIER:  Yeah.

17              MR. DUPLANTIER:  Here's a copy of the

18          one that's been provided, and we'll attach

19          that Exhibit 1 to this deposition.

20         (Deposition Exhibit 1 was marked for

21                  identification.)

22    BY MR. DUPLANTIER:

23       Q.   And I'll give you the copy that we have

24    so --

25       A.   Okay.
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.    -- that we're working from the same one.
 2                Is this a current curriculum vitae for
 3     you?
 4          A.    Yes.
 5          Q.    Are there any changes or additions to this
 6     curriculum vitae that have taken place since you
 7     issued it?
 8          A.    No, nothing significant.
 9          Q.    Well, is there anything?  Significance is
10     my providence.
11          A.    I understand.  No.  I -- no.
12          Q.    Any additional publications?
13          A.    Not yet.  I have a few things that are in
14     the process right now but have not been published
15     yet.
16          Q.    And what are the subject matters of the
17     things that are in process?
18          A.    One is a book on procurement negotiation.
19          Q.    Okay.
20          A.    The other is a book on field service.
21          Q.    And when you say, "field service," what
22     area of expertise would you consider -- would you --
23     how would you explain field service?
24          A.    Field service is the process of spares and
25     repairs for manufacturers that have equipment in the
```

Confidential - Subject to Further Confidentiality Review

```
 1    field.  The Maytag repairman is a good example.  So

 2    running field service organizations essentially for

 3    companies.

 4          Q.   Anything else?

 5          A.   I have a few articles started but nothing

 6    that's going to be published in the near future.

 7          Q.   Anything related to Chinese drywall?

 8          A.   Not to drywall, no.

 9          Q.   Anything related to any building material

10    manufactured in China?

11          A.   Not specifically about that industry,

12    although I have worked with other building

13    manufacturers, so sometimes I refer to examples.

14          Q.   Okay.  And we'll get into that, but

15    there's nothing specific about the business supply

16    or business material specific; is that correct?

17          A.   I'm sorry?  Would you --

18          Q.   Strike that.  Let me try again.

19               You have nothing in process right now that

20    relates to the manufacturing of building material in

21    China?

22          A.   Nothing specific, no.

23          Q.   All right.  Can you explain in layman's

24    terms what you -- how you would explain supply

25    chain management and what you do in that
```

Confidential - Subject to Further Confidentiality Review

```
 1    field?
 2        A.    Yes.  So supply chain management is the
 3    process of operations within a company.  It includes
 4    from forecasting and planning through production
 5    planning, manufacturing, warehousing, logistics,
 6    shipping; and then externally the process of
 7    shipping items from the manufacturer to the ultimate
 8    customer and all the various entities and businesses
 9    that are involved along the way.
10        Q.    But in layman's terms, what do you
11    do in -- with regard to those processes?
12        A.    Primarily, I'm a consultant, so I help
13    companies design their supply chain strategy.
14    Sometimes that means reengineering a specific
15    component of the supply chain, for example,
16    reengineering the manufacturing line or process
17    that's going on in manufacturing, implementing
18    systems that are related and supportive to that, so
19    maybe a warehouse system, helping companies
20    negotiate with logistics carriers, so all of the
21    components.  And then at other times, I do big
22    global supply chain strategy work, which is maybe
23    redesigning the way companies distribute where they
24    manufacture, how they approach global distribution.
25        Q.    Your services as a consultant typically
```

Confidential - Subject to Further Confidentiality Review

 1   are provided to the -- on the manufacturing side; is

 2   that correct?

 3       A.   I would say probably 80 or 90 percent of

 4   the time it's manufacturing, but I also work with

 5   transportation carriers.  I've worked with other

 6   business providers, freight forwarders, customs

 7   brokers.

 8       Q.   What about with distributors, the people

 9   who are on the purchasing side?  What percentage of

10   your services would be working directly for the

11   distribution side once it's purchased?

12       A.   Can you clarify that a little bit?  What

13   are you talking about, once it's purchased?

14       Q.   Well, once a distributor such as

15   Interior/Exterior, --

16       A.   Uh-huh.

17       Q.   -- a company who is a distributor of a

18   product, how often are you working as a consultant

19   for that side of the equation?

20       A.   As it comes up.  Earlier this year I

21   worked on a project for three months at Lumber

22   Liquidators, which is a -- in the same regard, a

23   distributor and retailer of building supplies.

24       Q.   Okay.  How about prior to the last 12

25   months?  Can you give me the name of any company

1    that you've consulted with on the distribution side?

2         A.    Yes.   I mean, as you defined that, then I

3    would say there are a number of retailers.   Chicos,

4    for example, is a distributor.   You could also look

5    at it from a combined company business.   Microsoft,

6    for example, is also my client, and while they

7    manufacture their own software, they also buy

8    products from various manufacturers.   They don't

9    manufacture their own mice or keyboards, but they

10   resell those, so, you know, that's a similar kind of

11   process in supply chain.

12        Q.    Well, how about a classic middleman

13   distributor such as Interior/Exterior, which is a

14   distributor buys a product and distributes it to the

15   company that's going to use it; how many of those

16   have you ever consulted with?

17        A.    So -- I don't know in terms of numbers,

18   but I can give you an example.   Corning is a good

19   example.   Making glass, and so that's a -- they're a

20   wholesaler of glass, so they're buying from

21   manufacturing plants and then wholesale that glass

22   to retailers.

23        Q.    Correct.   And when did you consult with

24   Corning?

25        A.    About 18 months ago.

1      Q.    Okay.  How many other classic distributors

2    have you consulted with?

3      A.    You know, I can't tell you the exact

4    number.  I have worked with over 80 clients during

5    my career, so how many of them are in that -- would

6    be defined that way is a little difficult to say.  I

7    don't know.

8      Q.    Percentage-wise, how many would you define

9    that way?

10     A.    Maybe 15, 20 percent have some

11   relationship to that scenario.

12     Q.    So 15 to 20 percent of your 80 clients are

13   classic distributors that are purchasers or they --

14   they perform that function in some capacity?

15     A.    As I said before, the -- it's not -- most

16   businesses are not clearly in one camp or another,

17   so a lot of companies like Corning, for example,

18   Sysco is another good example, they manufacture some

19   of their goods, but they also buy some of their

20   goods.  So they are a combination of supply chain,

21   so sometimes they're direct manufacturers,

22   distributors and retailers.

23          In other cases, they are buying from a

24   source.  They are wholesalers to retailers.  So, you

25   know, businesses aren't normally specifically

Confidential - Subject to Further Confidentiality Review

```
 1   defined in one section or another, especially large

 2   businesses have various components to what they're

 3   doing.

 4        Q.   You would agree with me, though, that

 5   Interior/Exterior is a specific type of business and

 6   that they're a classic distributor; they don't

 7   manufacture any products that you're aware of, do

 8   they?

 9        A.   Not that I'm aware of.  They purchase

10   everything, I believe.

11        Q.   So from a classic distributor perspective,

12   where it's a company that purchases certain products

13   and then sells them to the wholesale market or to --

14   and users, how many of those have you ever worked

15   for, a classic distributor?

16        A.   Well, once again, I don't know the numbers

17   off the top of my head, but there are --

18   particularly in the retail space, there are many of

19   those kind of -- those kind of businesses.  Apparel

20   and footwear is another good example.  So as I

21   mentioned, I've worked for Chicos.  They are an

22   importer.  They buy from various manufacturers.

23   I've worked for Limited Brands, which is Victoria's

24   Secret and Limited and Bath and Body Works, so

25   they're buying from retailers and then
```

Confidential - Subject to Further Confidentiality Review

```
 1   redistributing in various locations.  So --
 2        Q.   Well, they're not redistributing --
 3             MR. RISLEY:  Objection; nonresponsive.
 4   BY MR. DUPLANTIER:
 5        Q.   They're not -- the two examples that you
 6   just gave me, Chicos and the other one, they're
 7   actually a retail operation, isn't that correct?
 8        A.   Part of what they do is retail, but, yes,
 9   in some cases, like Limited Brands redistributes
10   through other retailers, so they're a wholesaler in
11   that regard.
12        Q.   But they do both?
13        A.   They do both, correct.
14        Q.   What about from a building products or
15   building material perspective?  How many of your
16   clients have been in that business?
17        A.   How would you define building materials?
18        Q.   Something used in the -- in the building
19   of either commercial or residential property.
20        A.   Okay.  You know, once again, that's really
21   difficult for me to give you a number, but I
22   would -- I would definitely characterize Lumber
23   Liquidators as being in that category, certainly
24   Corning.  I've worked with a number of freight
25   forwarding companies such as Bax Global, who
```

Confidential - Subject to Further Confidentiality Review

```
 1   distributes all kinds of products on behalf of all

 2   kinds of importers, including building material

 3   companies.  I've worked with Pacific Gas and

 4   Electric doing electric power, you know.  That would

 5   certainly be residential and commercial related

 6   businesses.  It's really difficult to specifically

 7   define what you're asking for because most

 8   companies, as I mentioned, are combination

 9   businesses.

10        Q.   Well, let's talk about Lumber Liquidators.

11   What did you do for Lumber Liquidators?

12        A.    It was a global supply chain strategy

13   project, so I helped them define their approach to

14   sourcing in China.  They have 18 manufacturers in

15   China they deal with.  Their distribution through

16   Shanghai and their ability to get the right products

17   to their stores across North America, about 275

18   stores in North America.

19        Q.   Did you visit the manufacturing sites for

20   Lumber Liquidators.

21        A.   In Pudong, China, yes.

22        Q.   How many of those manufacturing sites have

23   you visited?

24        A.   Just the Pudong distribution center.

25        Q.   How about the actual manufacturing sites?
```

Confidential - Subject to Further Confidentiality Review

```
 1          A.   Not for Lumber Liquidators, I didn't -- I
 2     didn't visit them.
 3          Q.   How about for Corning?  What did you do
 4     for Corning?
 5          A.   None of the -- none of the distribution
 6     sites in China, no.
 7          Q.   But what was your task with Corning?
 8          A.   Corning was looking at competitive
 9     marketing, market advantages in North America versus
10     Chinese competitive marketing.  So products that
11     were coming in from China that were competitive with
12     their products.
13          Q.   And what was your specific task for them?
14          A.   To help them with that analysis,
15     understand who the competitors were in China, how
16     they were working and so forth.
17          Q.   Did you visit any of the manufacturing
18     sites for Corning?
19          A.   Not in China, no.
20          Q.   Is Lumber Liquidators currently importing
21     goods from China?
22          A.   Yes.
23          Q.   Do you know how many of the
24     manufacturing sites a representative for Lumber
25     Liquidators has actually visited?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.    I'm sorry?

 2        Q.    Do you know how many of the manufacturing

 3   sites Lumber Liquidators has actually visited?

 4        A.    How many they have visited?

 5        Q.    Yes.

 6        A.    Oh, all of them.

 7        Q.    Okay.

 8        A.    All of them regularly, yes.

 9        Q.    And who from Lumber Liquidators performs

10   that function?

11        A.    They have a quality group and a

12   procurement group, both, and they both source and

13   evaluate the quality of those manufacturers.

14        Q.    But you haven't visited any of those

15   sites?

16        A.    I was not asked to do that on that

17   particular consulting engagement, right.

18        Q.    How about for Corning?  Were you asked to

19   do that for Corning, as well?

20        A.    No.

21        Q.    The freight forwarders that you worked

22   for, what typically is the role that you perform?

23        A.    Well, it depends on the consulting project

24   that I'm asked to work on.  At Bax Global, we -- I

25   had a team of 23 people that implemented a huge
```

Confidential - Subject to Further Confidentiality Review

1   system, software system, and in the process of that,

2   we redesigned almost all of their processes.

3        Q.    Are you visiting manufacturing sites for

4   Bax Global or any of the freight forwarders?

5        A.    Not for Bax Global.

6        Q.    How about any building material

7   manufacturing site in China?  Have you visited any

8   of those?

9        A.    Well, it sort of depends on how you

10  characterize building materials.  Right now I'm

11  working on a project for an automotive supplier, and

12  they produce quality and evaluation systems for

13  automotive manufacturing.  They help in the design,

14  construction and implementation of test equipment at

15  manufacturing sites.  So I spend two weeks a month

16  in China working for them.

17            MR. RISLEY:  Objection; nonresponsive.

18  BY MR. DUPLANTIER:

19       Q.    Yeah.  Let me make sure that you

20  understand what we're talking about.

21       A.    Okay.

22       Q.    We're talking about a product here in the

23  form of drywall that is used in the building of

24  residential and/or commercial construction.  You

25  understand that?

Confidential - Subject to Further Confidentiality Review

```
 1         A.    Yes.
 2         Q.    Okay.  What I'm trying to find out is if
 3    you ever visited any manufacturing site in China
 4    that actually produces a product used in building --
 5    or used in construction.
 6         A.    Yes.  I just said that.
 7         Q.    Okay.
 8         A.    For the company I'm working on now
 9    produces items that are used in construction of
10    manufacturing sites.
11         Q.    What do they produce?
12         A.    They produce test systems and test
13    configurations, test cells for automotive
14    manufacturing.
15         Q.    But they also happen to produce a building
16    material?  I'm a little confused as to what this --
17    what product they're actually manufacturing that
18    you're referencing.
19         A.    They make test systems for automotive
20    manufacturing, so environmental tests, performance
21    testing, that sort of thing.  But in the process of
22    that, they produce equipment, software, and they
23    build test cells within a manufacturing environment.
24    So they're actually doing construction within a
25    manufacturing environment.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    Have you ever visited a manufacturing site
 2   that makes drywall?
 3        A.    No.
 4        Q.    Have you ever built -- visited a
 5   manufacturing site in China that builds screws?
 6        A.    Yes.
 7        Q.    Okay.  Which site was that?
 8        A.    The company was called -- I want to say
 9   Behai, I think it's B-E-H-A-I, Beijing Behai
10   Manufacturing.  It's a machine -- it's a machine
11   shop outside of Beijing.
12        Q.    Any other building product like that that
13   is actually used in the actual construction that you
14   visited?
15        A.    I'm sorry.  Can you say that again?
16        Q.    Any other manufacturing site that
17   manufactures a product that's actually used in
18   construction.  I'm just -- I'm not sure what's
19   confusing.  Tell me what's confusing.  Explain to me
20   why you're confused by the question.  What don't --
21   part don't you understand?
22        A.    Well, I think it's not as simple as what
23   you're asking about.  So company -- a company like a
24   machine shop is building all kinds of things.  They
25   may be bending metal.  They may be making cabinets,
```

Confidential - Subject to Further Confidentiality Review

1    screws, you know, that sort of thing.  So you're

2    asking me about construction material, and some of

3    these companies build -- some of the things that

4    they do is construction material.

5          Q.   Has your job ever been to visit those

6    plants to assess their manufacturing of the

7    construction materials?

8          A.   Yes.  The process.  Right.  Yes.

9          Q.   Okay.  When you mean the process, what do

10   you mean?

11         A.   Well, I'm a manufacturing expert, so I

12   look at the processes of manufacturing.  I may not

13   know the chemistry of it.  I may not know the

14   specific --

15         Q.   That's all right.  Go ahead.  Go ahead.

16         A.   I may not know the specific requirements.

17   I may have to rely on experts to help me with the

18   chemistry part of it.

19         Q.   Right.

20         A.   But I can observe and evaluate and audit

21   the manufacturing process, so I look at production

22   lines, the people, the records that are kept, the

23   safety requirements.  So I'm capable of doing a

24   factory audit, yes.

25         Q.   How about from a source perspective of the

1    material that's used in the manufacturing process,

2    such as what we've referred to here as the mine --

3    the gypsum mines that are at issue in this case?

4    How many of those source sites have you visited?

5        A.   Well, I've been to many raw material

6    sites.  I have not visited a mine, not a gypsum

7    mine, but raw material is typically part of the

8    sourcing evaluation that you would do if I'm asked

9    to do a plant evaluation.

10       Q.   Have you ever visited any raw material

11   site for a product that's used in construction?

12       A.   I can't think of any off the top of my

13   head.  I don't know if I have or haven't over the

14   years.

15       Q.   Okay.  Tell me what role you have

16   performed for your clients who -- strike that.

17            Tell me what responsibilities you've taken

18   on as a consultant for a client once a product has

19   been sourced and imported.

20       A.   Sorry.  Could I get a napkin?  I kind of

21   spilled some water.

22       Q.   Sure.

23   (Off the record.)

24            MR. RISLEY:  Gerry, before we go on,

25            can we agree that objection by one is

1          objection for both?

2                    MR. MEUNIER:  Yes.

3                    MR. RISLEY:  Thank you.

4     BY MR. DUPLANTIER:

5          Q.  Can you tell me what role you performed

6     for your clients who, once a product has been

7     sourced and imported, have you performed a role at

8     that function -- at that point for any client?

9          A.   Once a product has been sourced and

10    imported into the U.S.?

11         Q.   It's sourced, it's manufactured, it's

12    brought into the U.S.  Have you -- what role have

13    you ever played for a client from that perspective?

14         A.   Well, nearly every client, I have a role

15    in that regard.  So, first of all, I'm a licensed

16    U.S. customs broker, so I'm very often asked to

17    evaluate the process of importing into the U.S.

18    Then I often help my clients with logistics, with

19    not only the process of clearing customs, but then

20    ultimate delivery to wherever it is that it's going

21    to; sometimes it requires something special to

22    happen; and then the process of receiving raw

23    materials, putting them away, checking, so forth.

24         Q.   I'm not sure that I completely understand

25    what role you play in that regard.  You talked about

Confidential - Subject to Further Confidentiality Review

1    the receiving of raw materials?

2       A.   Uh-huh.

3       Q.   I'm talking about a product that's

4    actually been purchased, manufactured and imported.

5    Once that has been complete -- that task has been

6    completed, have you ever performed a function beyond

7    logistics for a customer?

8       A.   Beyond logistics, so once it's delivered

9    to the man -- to the site?

10       Q.   Yes.

11       A.   Oh, sure.  Yes.  So that's the initial

12    incoming part of the procurement process, when

13    companies are procuring either products for resale

14    or raw materials that go into their own

15    manufacturing site.  So, yes, I do process design,

16    sometimes systems implementation.  When I was a

17    Hewlett Packard employee, I ran two incoming

18    warehouses.  So, yes, all of that is part of my

19    experience.

20       Q.   What was your function at that warehouse?

21       A.   At Hewlett Packard?

22       Q.   Yes.

23       A.   The first warehouse I worked at I was in

24    charge of logistics, so I had a team that was

25    responsible for all of the incoming products and the

Confidential - Subject to Further Confidentiality Review

```
 1    outgoing products.  That was at the Hewlett Packard

 2    direct marketing division, which shipped all of the

 3    consumables for HP goods, like printer cartridges

 4    and ink, and then at a later time, a couple years

 5    later, I was the executive at the Literature

 6    Distribution Center, the Global Literature

 7    Distribution Center for Hewlett Packard, so I ran

 8    the warehouse, all aspects of the warehouse.

 9        Q.    One of the things that's not on your

10    curriculum vitae is kind of a -- is the timing of

11    these functions that you've played.

12        A.    Uh-huh.

13        Q.    So let's talk about Blue Silk Consulting.

14    How long have you been operating that company?

15        A.    About five years.

16        Q.    So what year did you begin operating that

17    company?

18        A.    2007.

19        Q.    Prior to beginning the company, where were

20    you?

21        A.    At SAP America.

22        Q.    And what was your job at SAP America?

23        A.    I was a managing director in business

24    consulting.

25        Q.    And what did you do for them specifically?
```

Confidential - Subject to Further Confidentiality Review

1       A.   SAP is a global software company.

2       Q.   Sure.

3       A.   And so I ran the business consulting in

4    the west, and so I had a team of consultants that

5    did process design, as well as helping companies

6    evaluate additional features or functions, or buying

7    the system, additional software that they might

8    purchase from SAP and implement.

9       Q.   Buying -- so you were in the process --

10   you were in -- strike that.

11            Your responsibility was in assisting SAP

12   in selling their software?

13      A.   You can put it that way.

14      Q.   Well, how would you put it?  I'm trying --

15   we need to speak to a jury, Ms. Coates, and so I'm

16   trying to get in layman's terms what you're doing,

17   and you're --

18      A.   Okay.

19      Q.   There's a lot of business speak, processes

20   and things like that that I may understand, but I'm

21   trying to get it into layman's terms what --

22      A.   Okay.

23      Q.   -- you were actually doing for SAP.

24      A.   Okay.  Let me give you an example.

25      Q.   Sure.

Confidential - Subject to Further Confidentiality Review

```
1        A.    So Chevron was my client -- one of my

2    clients at SAP, and they were deploying a

3    $750 million upgrade to SAP software worldwide.  So

4    they were paying SAP for the software.  My role was

5    to manage the team that went in and designed their

6    production planning processes, so how were they

7    planning in the refineries for what products were

8    they going to produce, how were they aligning that

9    with the forecast, how were they going to deploy the

10   software that would be used in that regard.  Does

11   that make sense?

12       Q.    It does.

13       A.    So in a way, we would go in and assist the

14   sales staff, because the salespeople were trying to

15   sell the software.  The business consultants would

16   come in and say, this is the way you could use the

17   software, here's the return on investment, and so

18   forth.

19       Q.    So you were helping on the implementation

20   side after they -- either in the process of making

21   the decision of what software to buy or after they

22   decided to purchase the software, the process of

23   implementation by the customer of SAP?

24       A.    Yes, I did both of those roles.  So on the

25   front end when we were selling, on the process
```

Confidential - Subject to Further Confidentiality Review

1    design during the implementation, and I also ran

2    implementation projects, yes.

3        Q.   Did SAP sell anything besides software?

4        A.   Services.

5        Q.   Right.  Related to the software?

6        A.   Yes.

7        Q.   Services related to the software.  They

8    didn't sell anything or manufacture anything besides

9    either software or provide services related to the

10   implementation of their software?

11       A.   Correct.

12       Q.   Okay.  And how long were you at SAP?

13       A.   About four years.

14       Q.   So from 2003 until 2007?

15       A.   Uh-huh.

16       Q.   What was your role with regard to -- did

17   they have operations -- strike that.

18            Did they have operations in China that you

19   were engaged as part of that process?

20       A.   SAP has a large operation in China.  The

21   projects that I worked on did not involve China,

22   although I did go to Asia quite often, to Japan and

23   Korea, Singapore.

24       Q.   But not China?

25       A.   Not China in that role, right.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.    When did you begin your -- development of
 2    your consulting services with regard to China?
 3          A.    Oh, gee, I've always had an affinity for
 4    China, and over the years, I've worked throughout
 5    Asia and in China on various projects.  So in supply
 6    chain, you know, about 35 to 40 percent of the
 7    world's production is in China, and if you're not
 8    familiar and are not experienced with respect to
 9    China, there's a big chunk missing of your knowledge
10    in supply chain, so you really have to understand
11    the Chinese market in that regard.
12                So when did I start?  I've been fascinated
13    with China since I was a child, so probably my whole
14    career.
15          Q.    Well, when did you actually perform any
16    consulting or other services related to Chinese
17    manufacturing?  When was the first time?
18          A.    Probably my first job out of college would
19    have been 1979.
20          Q.    And what did you do?
21          A.    That was -- the company was Solar
22    Turbines.  They were in the gas turbine engine
23    manufacturing business, and they had distributed
24    product all over the world, including China.  So I
25    was part of the distribution team.
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.   And what was your role?
 2          A.   I negotiated freight rates, deliveries,
 3     importing into China, all kinds of things related to
 4     the delivery of goods into China.
 5          Q.   How about from the manufacturing side?
 6     When was the first time you became involved in
 7     assessment of the manufacturing process in China?
 8          A.   Probably in the early '90s, when I was
 9     employed at Hewlett Packard, I had -- I was a
10     regional logistics manager, and I had two divisions
11     that were manufacturing in China.  And I assisted
12     them --
13          Q.   And what was your function?
14          A.   We had various projects related to those
15     China projects, so shipping, manufacturing equipment
16     there, the customs regulations, logistics-related
17     activities on various projects.
18          Q.   How about the process of manufacturing in
19     China?  When was the first time you got involved in
20     that process?
21          A.   Well, those two divisions had
22     manufacturing in China so probably the early '90s.
23     You know, I just have to tell you that since the
24     early '90s, almost every client that I've worked
25     with has some kind of connection to China, whether
```

Confidential - Subject to Further Confidentiality Review

1   it's manufacturing or distribution there or

2   something or another, so...

3       Q.   I understand, but I'm trying to assess

4   what your expertise is --

5       A.   Okay.

6       Q.   -- and when it began, when your expertise

7   in Chinese -- in the manufacturing by Chinese

8   companies or companies in China manufacturing a

9   product in China, and that's what I'm trying to

10  understand, what your role has been over the years

11  and when did it begin and what it has been.

12      A.   Well, I still would say the early '90s

13  with Hewlett Packard that was doing major sourcing

14  in China.

15      Q.   And what was your role?

16      A.   I was a -- at the time, a region logistics

17  manager, so I would have been project manager,

18  evaluating, reviewing, assisting in any way the

19  various projects that were going on in the different

20  divisions at Hewlett Packard.

21      Q.   Were you retained at any point in time to

22  assess the quality control of any Chinese

23  manufacturing plant?

24      A.   Well, yes.   I mean, quality control is

25  always a part of -- when you're dealing with

Confidential - Subject to Further Confidentiality Review

```
 1    manufacturing, it's always a consideration,

 2    something you would always pay attention to.

 3                 MR. RISLEY:  Objection; nonresponsive.

 4    BY MR. DUPLANTIER:

 5       Q.   Yeah.  Let me be very specific.

 6    Have you ever been retained by any customer or any

 7    employer to assess the quality control at a Chinese

 8    manufacturing plant?

 9       A.   Are you asking me just that piece alone,

10    just to go and look at only quality?

11       Q.   Or where that was a specific component of

12    your job.

13       A.   Yes.

14       Q.   Okay.  Which manufacturing sites in China

15    have you actually performed assessment of their

16    quality control process?

17       A.   So as part of the overall audit -- and I'm

18    sorry.  That's the only way I can tell you, because

19    it's not -- you don't -- they're -- they're parts of

20    the same pie.  They're not like one thing and

21    then -- they're not two different pies.  They're the

22    same thing.  So part of the manufacturing review, so

23    I've done that at a machine tool company that I told

24    you about previously, Peak Plastics in China, JC

25    Toys in Shantou.  They're in Shantou.  Peak Plastics
```

Confidential - Subject to Further Confidentiality Review

```
 1     is in Shenzhen.  Let's see.  Sysco, Shenzhen,
 2     Guangdong.  Done all of the quality reviews on the
 3     suppliers for Lumber Liquidators, so I've been
 4     through the process for each plant with them.  I
 5     don't know.  There's dozens.
 6          Q.   But you haven't visited the Lumber
 7     Liquidator plants yourself, have you?
 8          A.   I didn't visit the plants, but reviewed
 9     the manufacturing and quality processes with them,
10     yes.  But I did not visit those plants.  The other
11     plants, yes, I visited.
12          Q.   So Sysco -- the Sysco plant, when did you
13     visit that?
14          A.   2010, I worked on that project.
15          Q.   How about JC Toys?
16          A.   I think that was maybe October of 2009 or
17     '10, maybe.
18          Q.   Okay.
19          A.   I don't remember.
20          Q.   Peak Plastics, when did you visit that
21     plant?
22          A.   I don't recall exactly, but I think it was
23     2008.  Don't remember.
24          Q.   How about the machine tool company whose
25     name you can't recall?
```

Confidential - Subject to Further Confidentiality Review

1        A.    Oh, I was there just about a month ago.

2        Q.    How about prior to 2007?  Had you been to

3     any manufacturing facility to assess its quality

4     control?

5        A.    Yes.

6        Q.    Which one?

7        A.    I did a large project for Samsung in Korea

8     and evaluated all of their manufacturing sites.

9        Q.    How about in China?

10       A.    In China.  I don't recall off the top of

11    my head.  I'm sorry.  But over the years I've been

12    all over Asia, so --

13       Q.    Right.  I understand.  From reading your

14    book, 42 Rules, you have explained, I think, to some

15    detail that the processes in China are a constantly

16    evolving process, is that right, of manufacturing?

17       A.    That's correct, yes.

18       Q.    And so things change and evolve every

19    year; is that correct?

20       A.    Correct.

21       Q.    You are aware that the products at issue

22    in this case were not -- were manufactured in 2005

23    and 2006; do you understand that?

24       A.    Yes.

25       Q.    What I'm trying to get is your experience

Confidential - Subject to Further Confidentiality Review

```
 1    at that -- either during that time period or prior
 2    to that with the assessment of Chinese
 3    manufacturing.  So that's my question.  Prior to
 4    2007, had you visited any Chinese manufacturing
 5    sites?
 6        A.    Yes.  Yes.
 7        Q.    Which one or ones?
 8        A.    I visited a Samsung White Goods
 9    manufacturing site, and I believe it was in Tianjin,
10    and that would have been about 2000, maybe.
11        Q.    And what was your function at that time
12    for that visit?
13        A.    In that case, I was working on a supply
14    chain strategy project, and we were looking at
15    global distribution of products.
16        Q.    Did you do any assessment of their quality
17    control of the manufacturing process?
18        A.    Well, I did an audit of the plant there,
19    but -- and quality was part of it, but not
20    specifically -- it wasn't specifically a quality
21    project.
22        Q.    When you do an audit of a plant, what are
23    you talking about?  What do you perform?  What
24    functions do you perform?
25        A.    Well, it depends on what the client wants,
```

Confidential - Subject to Further Confidentiality Review

```
 1    but, essentially, when you do an audit of a plant,

 2    there's -- the process is to do a fairly significant

 3    amount of planning ahead of time, so going through

 4    what it is that you're looking for, what you're

 5    trying to do.  When you visit the on-site facility,

 6    you usually spend a day or two looking at the

 7    production of whatever it is that the company's

 8    products are.  So you might go and see a machine --

 9    machine shop, but you're looking for the specific

10    production of your client's goods.

11             So you want to go there and look at that

12    production.  You would look at the process flow.

13    You would look at the safety requirements.  You

14    would look at how they documented the production

15    line, when they had engineering releases, drawing

16    releases, how they determined quality inspections

17    along the way.  So, usually, manufacturers will

18    inspect quality at various stages in the

19    manufacturing process.  How they determined final

20    quality, how they package the goods and make them

21    available for shipping, how they record labor hours,

22    how they determine if the people are complying with

23    labor laws, are they working the proper amount of

24    hours, being paid overtime, are there safety things

25    in place in the plant, for example, fire
```

Confidential - Subject to Further Confidentiality Review

1    extinguishers, are the windows and doors open so

2    they can leave if there's a fire, how do they deal

3    with garbage on the line.  So, you know, there's a

4    whole -- there's probably a list of 30 or 40 general

5    categories of things that I would look for during an

6    audit.

7           Q.   How many times have you been retained to

8    assess the cause of a product in China being

9    manufactured -- strike that.

10           How many times have you been retained to

11    assess the cause of a defective product that was

12    manufactured in China, other than this case?

13           A.   When you say, "retained," can you define

14    what you mean by that?

15           Q.   Have you ever worked for a company or an

16    employer or a lawyer or someone else -- have you

17    ever worked for anybody where you've been asked to

18    assess why a product was manufactured in China and

19    it turned out to be defective?

20           A.   Many times, yes.

21           Q.   Okay.

22           A.   When you say, "retained," I don't know if

23    you mean paid for that, also, because I get asked a

24    lot of general questions, so...

25           Q.   Yeah.  I want to talk about when you've

Confidential - Subject to Further Confidentiality Review

```
 1    been paid to perform those functions.

 2         A.   Okay.

 3         Q.   How many times have you been paid to

 4    perform those functions?

 5         A.   I don't know the number off the top of my

 6    head.  Dozens.

 7         Q.   Are they all listed on this CV?

 8         A.   Every single client?  No.

 9         Q.   Well, have you ever been retained -- and

10    by that, I mean paid.

11         A.   Okay.

12         Q.   Have you ever been paid to assess why a

13    building product was defective?

14         A.   No.  This is the first time.

15         Q.   All right.  We were talking about the

16    timing.  So you were at SAP from 2003 to 2007, and

17    then you were at Answer Think.  What is Answer

18    Think?

19         A.   Answer Think is a -- well, it's now called

20    Hackett Group.  It was a consulting group that was a

21    mutiny, I guess you would say, from KPMG Peat

22    Marwick, so 50 of us left and started a kind of

23    high-end consulting group, and we did process design

24    and systems implementation.

25         Q.   For what type of clients?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   All kinds of clients.  My role was supply

 2   chain, so I dealt with manufacturing clients.

 3        Q.   And what kind of manufacturing clients?

 4        A.   Oh, global manufacturing clients.  Do you

 5   want me to name some?  Is that what you're asking?

 6        Q.   How about any in China?  Name the ones in

 7   China.

 8        A.   Okay.  The ones that I dealt with in

 9   China.  Okay.  So, well, Bax Global was my largest

10   client, and they had a big operation there.  I dealt

11   with Expediters International, also in China.  I'm

12   drawing a blank because it was a while ago.  What

13   are my other big clients?  Let's see.  I had some

14   Telecom companies.  I had Intel.  Hewlett Packard

15   was my client there.

16        Q.   What years did you work with Answer Think

17   or the Hackett Group?

18        A.   So we started Answer Think in 1997, and I

19   worked there through about 2002.  I left and did

20   some consulting in the meantime before I went to

21   work for SAP.

22        Q.   Did you operate a consulting company or

23   did you work --

24        A.   I did have my own company.  It just wasn't

25   called Blue Silk at the time.  It was Coates &
```

Confidential - Subject to Further Confidentiality Review

 1    Associates.

 2        Q.    And why did you stop doing that?

 3        A.    Well, I had a former employee from Answer

 4    Think that went to work at SAP, and she recruited me

 5    to come and work at SAP.

 6        Q.    And what years were you at KPMG?

 7        A.    From 1993 to '07.

 8        Q.    And how about at Hewlett Packard?  What

 9    years were you at Hewlett Packard?

10        A.    1989 to '93.

11        Q.    When did you get your Bachelor of Science

12    in logistics?

13        A.    '79.

14        Q.    Did you immediately go and get your MBA,

15    or did you --

16        A.    No.

17        Q.    So what did you do --

18        A.    MBA is 1989.

19        Q.    What did you do in the intervening years

20    between getting your bachelor and your MBA?

21        A.    In 1979, I went to work for Solar Turbines

22    in San Diego, and then in 1982, I went to work for

23    Cubic Corporation, also in San Diego, and worked

24    there until I was recruited by Hewlett Packard.

25        Q.    What was Cubic Corporation?  What did they

1   do?

2          A.    Defense contractor.   And they also make

3   revenue equipment for subways, mass transit,

4   including the Hong Kong subway.

5          Q.    Let's go to page 2 of your curriculum

6   vitae, and let's talk about your publications.   It

7   appears to me that everything -- all your

8   publications took place prior -- I mean after 2007.

9   Is that correct?

10         A.    Yes.   The biggest body of what I've

11  published has taken place since then, yes.   I think

12  if you look on page 27, there's a better list.

13         Q.    Okay.   So page 27 is a comprehensive list?

14         A.    Yes.

15         Q.    And so let's talk about anything that was

16  published prior to 2007.   Where would I find that?

17         A.    I don't believe I had anything published,

18  although I was interviewed for a few magazines, but

19  nothing that I had specifically written prior to

20  that, that was published.

21         Q.    Have you authored any articles specific as

22  to the distribution side of the process?

23         A.    Yes.   The second article down is Nine

24  Rules for Logistics in China.   It was in the China

25  Business Review magazine in April, which was an

Confidential - Subject to Further Confidentiality Review

```
1    extensive article about distribution inside of

2    China.

3         Q.    How about distribution once the product

4    has been imported?  Have you written any articles in

5    that regard?

6         A.    Into the U.S.?

7         Q.    Yes.

8         A.    No.

9         Q.    The Nine Rules for Logistics in China is

10   distribution within China; is that correct?

11        A.    Correct.

12        Q.    Right.  It has nothing to do with the U.S.

13   market and the distribution of Chinese products in

14   the U.S. market?

15        A.    Correct.

16        Q.    Have you ever written any articles about

17   the distribution of Chinese products in the United

18   States?

19        A.    No.

20        Q.    Have you ever done any consulting about

21   the distribution of Chinese products in the United

22   States?

23        A.    Yes.

24        Q.    For who?

25        A.    Lumber Liquidators.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    Okay.  Anybody else?

 2        A.    Probably.  Let me think.

 3        Q.    Lumber Liquidators was in the last eight

 4   months, you said; is that correct?

 5        A.    January to March of 2012.

 6              Other Chinese products into the U.S.

 7   Well, you know, once again, it's this issue -- when

 8   I look at supply chain, I think of it in chain

 9   terms, and the distribution are the last links.  So

10   whenever I'm dealing with any company, whether it's

11   Chicos or Limited Brands or Sysco or Hewlett

12   Packard, it always has a component of it that's the

13   last mile distribution.

14              MR. RISLEY:  Objection; nonresponsive.

15              THE WITNESS:  Sorry.  It's just hard

16         for me to explain it in other terms.

17              MR. MEUNIER:  That's okay.  He's

18         making objections for the record, but you

19         continue to answer the question.

20   BY MR. DUPLANTIER:

21        Q.    And my question is very specific, and

22   that's what I'm trying to understand.  What has been

23   your particular experience with regard to the

24   distribution of the products here in the United

25   States?
```

Confidential - Subject to Further Confidentiality Review

```
 1                    MR. MEUNIER:  Objection; asked and

 2               answered.

 3    BY MR. DUPLANTIER:

 4         Q.   You can answer it again.

 5         A.   Okay.  Well, every time I deal with an

 6    import into the United States, which is almost every

 7    one of my customers, it has the distribution

 8    component to it.

 9         Q.   What is your role in the distribution

10    component?

11         A.   Sometimes it's process design.  Sometimes

12    it's addressing problems or issues.  Sometimes it is

13    systems implementation.

14         Q.   What types of problems or issues do you

15    get involved in?

16         A.   So let's take Lumber Liquidators as an

17    example.  They have very heavy product, and in order

18    to distribute it to their warehouses, they have to

19    have a truck permitting process.  They pay for extra

20    weight and permits to go over the road.  They can

21    only import it through deep water ports.  It can't

22    just be imported in any port.  So looking at those

23    kind of issues and making recommendations, doing

24    process design regarding what they should be doing.

25         Q.   But that's not a distribution issue;
```

1    that's an import issue; isn't that correct?

2         A.   Well, it's certainly distribution from the

3    port to the warehouse.  Are you talking about from

4    the warehouse to the -- to the customer?

5         Q.   Correct.

6         A.   That, too.  So, again, at Lumber

7    Liquidators, we looked at direct deliveries from

8    warehouses to customers.

9         Q.   And what was your role in -- what did you

10   look at in that regard?

11        A.   The process, the truck rates, the flows,

12   the patterns, evaluated the optimization routines,

13   where was -- what was the best route to take the

14   trucks.

15        Q.   What besides -- strike that.

16             Besides Lumber Liquidators, can you give

17   me another customer where you've been involved in

18   that side?  Because we're talking about a situation

19   that happened just in the last year.

20        A.   I understand.  Okay.  So let's take

21   Chevron, a good example.  Client -- actually, they

22   have a refinery here near New Orleans that makes

23   chemicals, so it's Chevron Oronite.  Their -- they

24   have chemical production in five countries, and we

25   looked at how those chemicals are distributed in

Confidential - Subject to Further Confidentiality Review

1  regional areas, as well as imported and distributed

2  into the United States.

3     Q.   You're not a chemist, are you?

4     A.   I am not.

5     Q.   You don't have any training in chemistry

6  or chemical engineering, do you?

7     A.   I do not.

8     Q.   You do not hold yourself out as an

9  expert in the field of chemistry or chemical

10 analysis of any product, do you?

11    A.   I do not.  I rely on other experts for

12 that information.

13    Q.   You cannot -- you're not qualified to

14 assess the accuracy of the opinions of a chemist,

15 are you?

16    A.   The accuracy.  Well, once an expert has

17 established themselves as an expert in that area, I

18 rely on their reports.

19    Q.   All right.  But you can't make an

20 assessment of the validity of their report, can you?

21    A.   No.

22    Q.   You're not qualified or trained to do --

23 to perform any type of chemical testing, are you?

24    A.   No.

25    Q.   You can't actually perform any chemical

Confidential - Subject to Further Confidentiality Review

1    testing, can you?

2        A.    No.

3        Q.    Or any testing of the makeup of a

4    product; is that correct?

5        A.    Correct.

6        Q.    You -- so if an expert is incorrect about

7    something that you're relying upon, you cannot tell

8    us whether -- what they're incorrect -- strike that.

9             If the expert that you're relying upon in

10   the field of chemistry, for example, is -- makes an

11   inaccurate statement, you don't -- you can't tell

12   whether it's correct or not; is that right?

13       A.    That's correct.

14       Q.    You have to simply rely upon the expert

15   completely in their opinions?

16       A.    Yes.

17       Q.    You can't make any independent analysis of

18   that expert, can you?

19             MR. MEUNIER:  Objection; asked and

20             answered.

21             MR. DUPLANTIER:  That's fine.

22   BY MR. DUPLANTIER:

23       Q.    You can answer.

24       A.    Well, I can't make an independent analysis

25   of their chemistry.

Confidential - Subject to Further Confidentiality Review

1        Q.    Right.

2        A.    No.

3        Q.    Okay.  Can you make an independent

4    analysis of the qualifications of that expert?

5                    MR. MEUNIER:  Objection; asked and

6              answered.

7                    MR. DUPLANTIER:  No, no.  How has that

8              been asked and answered?  About the

9              qualifications of a person?  I did not ask

10             her that.

11   BY MR. DUPLANTIER:

12       Q.    Let me make sure -- let me make sure I

13   understand.  I'll ask it a different way.

14             Can you assess the qualifications of an

15   expert in the field of chemistry?

16       A.    No.  But I'm not sure that's much

17   different from looking at an OB-GYN versus a general

18   practitioner.  I mean, you make a reasonable

19   judgment about the qualifications of a person based

20   on their background and experience.  The same thing

21   would be true in supply chain.  I depend on experts

22   in various areas to make a judgment.

23       Q.    So you would have to rely on an expert in

24   the field of building materials to know whether or

25   not a product is manufactured properly; is that

Confidential - Subject to Further Confidentiality Review

1   correct?

2       A.   Not the process of it, so I could evaluate

3   the process of it, but the component parts, the

4   chemistry of it, I would rely on an expert, correct.

5       Q.   You cannot make an independent assessment

6   of the propriety of the component parts of a product

7   manufactured in China?

8       A.   Can you define "propriety" for me?  You

9   mean --

10      Q.   On the -- strike that.  I'll ask it a

11  different way.

12           You cannot assess independently the proper

13  makeup of a product that's being manufactured in

14  China based on just an assessment of the raw

15  materials?

16      A.   You're talking about the chemistry of it?

17      Q.   Yes.

18      A.   Correct.

19      Q.   Tell me what process, then, you went

20  through -- let me make sure I get it right.

21           What process did you go through in

22  assessing the qualifications of Lydia Luckevich?

23      A.   I did not vet her.  I was just told she

24  was the expert.

25      Q.   So you made no independent assessment of

Confidential - Subject to Further Confidentiality Review

1    the qualifications of Lydia Luckevich?

2         A.   I did not.

3         Q.   Did you consider anyone besides

4    Ms. Luckevich in the field of chemistry before

5    relying upon her opinions?

6         A.   I did not.

7         Q.   Do you even know what her qualifications

8    are?

9         A.   I've read her background and

10   qualifications, but that's all I know about her.

11        Q.   Have you read any of her publications?

12        A.   No, just her expert reports.

13        Q.   Have you discussed her qualifications

14   with anyone other than counsel?

15        A.   Only counsel.

16        Q.   Have you asked anyone else in the

17   field of chemistry about her qualifications?

18        A.   No.

19        Q.   Have you ever performed any services for a

20   drywall manufacturer; domestic, foreign, anybody?

21        A.    Not that I know of directly, but as I

22   mentioned before, the companies I deal with in

23   supply chain deal with other people in the

24   construction industry, so indirectly, probably.

25        Q.   Have you ever been retained to assess the

Confidential - Subject to Further Confidentiality Review

```
 1    drywall manufacturing process?

 2         A.    No.

 3         Q.    Have you ever actually observed the

 4    drywall manufacturing process?

 5         A.    No.

 6         Q.    Have you ever been to a plant where

 7    drywall is manufactured?

 8         A.    Not that I remember, no.

 9         Q.    Other than what you've been told about the

10    drywall manufacturing process in this particular

11    case, did you -- do you have any other information

12    about the drywall manufacturing process at all?

13         A.    Do I have any other information?  Well,

14    you mean have I searched online or researched it in

15    any way or --

16         Q.    Yes.

17         A.    Yeah.  You know, I did some online reading

18    about drywall at the beginning of the case, various

19    websites and so forth.

20         Q.    Do you have any source material that you

21    can provide us today?

22         A.    I don't.  Sorry.  I didn't really -- it

23    was just general research.

24         Q.    You don't -- can you tell me whether

25    drywall manufactured in the United States by U.S.
```

Confidential - Subject to Further Confidentiality Review

 1    Gypsum is different than drywall manufactured by

 2    National Gypsum in the United States?

 3         A.   No.

 4         Q.   Do you know what the component parts are

 5    for drywall?

 6         A.   Yes, I believe so.

 7         Q.   Which -- what are they?

 8         A.   Well, the -- there's paper on both sides

 9    of the drywall are part of the manufacturing

10    process, and then the center part is a gypsum

11    compound, which is mined as part of raw materials,

12    and then there are also additives occasionally, I

13    understand, to strengthen or make it lighter.

14         Q.   And where does your knowledge come from as

15    to what's the component parts of gypsum -- drywall?

16    Sorry.

17         A.   Primarily from Ms. Luckevich's background

18    and her expert reports, as well as I've probably

19    read some stuff online.  I've looked at ASTM

20    standards.  You know, there are various depositions

21    that have talked about drywall that I've read and

22    reviewed.

23         Q.   All in this case, though?

24         A.   In this case, yes.

25         Q.   And, in fact, you didn't see

Confidential - Subject to Further Confidentiality Review

```
 1    Ms. Luckevich's report until after your initial

 2    report was issued; is that correct?

 3         A.   That's correct.

 4         Q.   You didn't know anything about the

 5    manufacturing process really until you issued your

 6    first report then -- strike that.

 7              The ASTM standards, where did you look at

 8    those?

 9         A.   When?

10         Q.   Where?

11         A.   Where?  I believe at the ASTM website.

12         Q.   Really?

13         A.   And then -- yes, and I think I bought a

14    copy of it during the first case about a year ago.

15         Q.   Which version did you buy?

16         A.   I don't know.

17         Q.   Well, do you know if it was applicable to

18    the years when this product was manufactured?

19         A.   I don't know off the top of my head.

20         Q.   Do you have a copy of that ASTM standard

21    that you bought?

22         A.   I'm sure I do somewhere.

23         Q.   Did you bring it with you today?

24         A.   No.

25         Q.   Okay.
```

Confidential - Subject to Further Confidentiality Review

```
1              MR. DUPLANTIER:  Gerry, we need that

2         produced.

3              MR. MEUNIER:  Let's make sure we

4         understand what we're asking for.  The

5         ASTM standard --

6              MR. DUPLANTIER:  That Ms. Coates has

7         reviewed.

8              THE WITNESS:  Okay.

9              MR. MEUNIER:  I thought we were

10        talking about something you bought and

11        reviewed.

12             THE WITNESS:  Yeah.  Yeah, it's a

13        standard that you buy off the website.

14             MR. DUPLANTIER:  Right.

15             MR. MEUNIER:  So you purchased off the

16        website some standard?

17             MR. DUPLANTIER:  Correct.

18             THE WITNESS:  Yeah.  But it was a year

19        ago, at least.

20             MR. MEUNIER:  Well, we'll have to

21        reconstruct it.

22             THE WITNESS:  So I'm sure it's

23        somewhere.

24   BY MR. DUPLANTIER:

25        Q.   Do you know what standards you looked at,
```

Confidential - Subject to Further Confidentiality Review

1    the number?

2        A.   I want to say -- you might have to help me

3    here -- 13 -- is it 1398?  I'm sorry.  I can't

4    remember the number.

5        Q.   Sure.

6        A.   It's the standard for manufacturing.  Then

7    there's one for labeling, also, --

8        Q.   Correct.

9        A.   -- which is 12 something.

10       Q.   And you bought both of those?

11       A.   I don't remember.  I'm sorry.

12       Q.   Do you still have copies of the ones that

13   you purchased?

14       A.   Probably, yeah.

15       Q.   I'm going to ask your counsel to get --

16       A.   Okay.

17       Q.   -- copies of those for you.

18            MR. DUPLANTIER:  And I'm going to

19            actually hold her deposition open, Gerry,

20            and there's a reason for that with regard

21            to that issue.

22   BY MR. DUPLANTIER:

23       Q.   I'm trying to find out what year --

24       A.   Okay.

25       Q.   Are you aware -- strike that.

Confidential - Subject to Further Confidentiality Review

1           Are you aware that the ASTM standards are

2    revised on a regular basis?

3        A.    Yes.

4        Q.    Do you know if you actually reviewed the

5    ASTM standards that were applicable to the

6    manufacturing of drywall in 2006 or from a year ago?

7        A.    I don't know.  I just don't know.  It was

8    a long time ago when I -- when I bought that off the

9    website, so I'm not sure.

10           MR. MEUNIER:  I do want to remind the

11           witness, you can refer to your report if

12           you need to refresh your recollection

13           about things.

14           THE WITNESS:  Oh, thank you.

15           MR. MEUNIER:  And there is a

16           discussion in here about ASTM.  So it's

17           not a memory test that we're having.

18           MR. DUPLANTIER:  I'm not trying to

19           make it one.  I'm just trying to --

20           MR. MEUNIER:  So you asked her which

21           standard.  It's written in her report.

22           THE WITNESS:  Yeah, thank you.

23           MR. MEUNIER:  I wanted her to know

24           she's free to do that.

25           MR. DUPLANTIER:  I understand that

Confidential - Subject to Further Confidentiality Review

1        it's written in her report.

2            MR. MEUNIER:  In terms of which

3        standard she --

4            MR. DUPLANTIER:  I'm trying to find

5        out the year --

6            MR. MEUNIER:  Right, I know.

7            MR. DUPLANTIER:  -- because those

8        standards have changed, so...

9            MR. MEUNIER:  I understand.

10   BY MR. DUPLANTIER:

11       Q.   I want to make sure that you know that you

12   are actually referring to the correct standards.

13       A.   Okay.

14       Q.   And so do you know if you actually

15   reviewed the standards that were applicable to the

16   manufacturing of drywall in 2006?

17       A.   I don't know.

18       Q.   Were you aware that there has been a

19   revision specific to the ASTM standards from 2006 to

20   2009?

21       A.   Not that I recall.

22       Q.   Have you ever looked at ASTM standards

23   before this litigation?

24       A.   Yes.

25       Q.   In which case?  In which context?

Confidential - Subject to Further Confidentiality Review

```
 1        A.   ASTM standards are used very commonly
 2   throughout manufacturing processes, so almost every
 3   manufacturer has some kind of referral to ASTM or
 4   ISO standards, CE standards in Europe.  So, yeah,
 5   very frequently, uh-huh.
 6        Q.   So you should be aware of the process of
 7   the revisions in ASTM standards?
 8        A.   Yes.
 9        Q.   And you should be aware that you can
10   determine from looking at that standard when there
11   were revisions that took place?
12        A.   I'm sorry?
13        Q.   You can -- you know that when you read the
14   standard that you download from ASTM or you purchase
15   from ASTM, you can determine from looking at that
16   standard and reading it that it's applicable to a
17   certain time period.  You understand that process?
18        A.   Or it has some revision date on it, yes.
19        Q.   Correct.
20        A.   Uh-huh.
21        Q.   You know that there could be changes to
22   ASTM standards from one year to the next?
23        A.   Yes.
24        Q.   And so you know that you need to look --
25   if you're talking about manufacturing that took
```

Confidential - Subject to Further Confidentiality Review

1    place in 2006, you kind of need to rely upon the

2    standards that were applicable in 2006 and not when

3    you wrote your report in 2010?

4        A.    Yes.

5        Q.    All right.  Do you know what the

6    standards -- what changes took place from the

7    standards from 2005 to 2009?

8        A.    I don't recall at this time.  Sorry.

9        Q.    That's okay.  Hold on one second.

10           There is -- we were talking earlier about

11   the qualifications of Ms. Luckevich, and as I

12   understand it, you have to some extent rejected the

13   opinions of Mr. Tonyan, who has rendered a report in

14   this case.  Do you recall that from your report?

15       A.    Yes.

16       Q.    And why would you rely upon Ms. Luckevich

17   as opposed to Mr. Tonyan's expertise in chemistry?

18   Why did you make a distinction, on what basis?

19       A.    I believe in my report, I stated that he

20   did not establish himself as a gypsum expert, and

21   Ms. Luckevich clearly has established herself that

22   way.

23       Q.    And what did he not have, from an

24   expertise perspective, that caused you to reject his

25   opinions?

Confidential - Subject to Further Confidentiality Review

```
 1        A.   He didn't establish himself as a gypsum

 2   chemist, having worked in a gypsum plant,

 3   understanding the process of gypsum manufacturing.

 4   None of that was evidence in his report.

 5        Q.   Did you do any research into his

 6   background?

 7        A.   I believe I looked at his Linkedin

 8   profile.

 9        Q.   Anything else?

10        A.   Maybe the Tompkins website, and some of

11   the things that he's written have a little

12   background on him.

13        Q.   How about Ms. Luckevich?  Did you --

14             MR. MEUNIER:  You said Tompkins

15             website.  I don't know if you were talking

16             about -- you're asking about Tonyan?

17             MR. DUPLANTIER:  Correct.

18             THE WITNESS:  Oh, I'm sorry.

19             MR. MEUNIER:  Yeah.

20             THE WITNESS:  I was thinking Tompkins.

21             Good, I'm glad you clarified that.  No,

22             I'm sorry.  I was thinking about

23             Mr. Tompkins.

24   BY MR. DUPLANTIER:

25        Q.   My question was as to Mr. Tonyan.
```

Confidential - Subject to Further Confidentiality Review

1        A.    Tonyan, okay.

2              MR. MEUNIER:  So you may want to

3        revisit your questions.

4   BY MR. DUPLANTIER:

5        Q.    Tell me why you believe Ms. Luckevich is

6   more qualified than Mr. Tonyan.

7        A.    Oh, Mr. Tonyan.  Okay.  Yes.  So his

8   report -- he is a chemist, I believe, and I would

9   assume that they are -- they both have chemistry

10  backgrounds.  They're probably both capable of

11  rendering an opinion.

12             I thought -- I'm sorry.  I got totally

13  miss -- off track there.  I thought you were talking

14  about Tompkins.  Okay.

15       Q.    So you believe that Mr. Tonyan and

16  Ms. Luckevich are equally qualified in the field of

17  chemistry?

18       A.    Oh, I don't know how to make that

19  distinction.

20       Q.    Because you're not qualified to make that

21  distinction?

22       A.    I -- correct.

23       Q.    Tell me what experience you have with the

24  IRC.

25       A.    The IRC?

Confidential - Subject to Further Confidentiality Review

1          Q.    Yeah.

2          A.    I'm sorry.  I don't know your --

3          Q.    If you don't know what it stands for,

4     that's fine.  Okay.

5                How about your experience with ISO

6     standards?

7          A.    ISO standards are used commonly in

8     manufacturing environments.  They are a way of

9     documenting certain processes within a company.  So

10    they're standards by which you document process.

11    You have revisions to process.  You look at things

12    so they're not -- they don't give you -- ASTM gives

13    you criteria about a product.  ISO manages the

14    process or documents the process.

15         Q.    But we would have to rely on ASTM

16    standards for the criteria with regard to a product?

17         A.    Correct.

18               MR. DUPLANTIER:  Can we take a break

19               for a couple minutes?

20               MR. MEUNIER:  Sure.

21               THE VIDEOGRAPHER:  The time now is

22               11:05 a.m., and we are off the record.

23    (Recess.)

24               THE VIDEOGRAPHER:  This begins tape 2

25               of today's deposition.  The time now is

Confidential - Subject to Further Confidentiality Review

```
 1              11:19 a.m.  We are back on the record.
 2                  THE WITNESS:  Rick, could I clarify
 3          the comment that I made earlier about IRC?
 4   BY MR. DUPLANTIER:
 5       Q.   Yes.
 6       A.   So I didn't recognize that acronym, but in
 7   reviewing back to my report, I see that it means the
 8   International Residential Code, and it's related to
 9   the AST standards.  So the AST standards are -- or
10   the IRC relate -- references the ASTM standards.
11   1396 was the number I was trying to remember for
12   ASTM, and then 1264, which is the labeling standard.
13       Q.   Have you ever analyzed the IRC codes
14   before this litigation?
15       A.   No.
16       Q.   Have you ever had any experience in
17   interpreting the IRC standards before this
18   litigation?
19       A.   No.
20       Q.   So your experience with regard to the IRC
21   codes is solely related to your analysis in this
22   case?
23       A.   Correct.
24       Q.   Let's go to -- back to your CV.  Starting
25   at what is numbered as page 25, but I've separated
```

Confidential - Subject to Further Confidentiality Review

```
 1    out your CV from your report.  So let's talk about

 2    your case list, which starts on page 25 of

 3    Exhibit 1.

 4         A.    Okay.

 5         Q.    Is this an exhaustive list?

 6         A.    Of the cases I worked on, yes.

 7         Q.    Okay.  Let's start with -- backwards and

 8    work our way up.

 9         A.    Okay.

10         Q.    Why don't you go to page 26, and we'll

11    talk about Bax Global versus Descartes Systems

12    Group.  What was your involvement in that

13    litigation?

14         A.    Bax Global sued Descartes for promises

15    that were made with respect to their software.  I

16    wrote an expert report and then also testified in

17    the arbitration hearing.

18         Q.    What was your role?  What did you write a

19    report about?

20         A.    About the software components and the

21    processes they said would be enabled by the software

22    that were not.

23         Q.    Was that expertise in global supply chain

24    or in software application?

25         A.    Oh, that's an interesting question.  So
```

Confidential - Subject to Further Confidentiality Review

```
 1    Descartes Systems does dispatch software for

 2    trucking companies, so it's expertise in the

 3    functions with respect to dispatch for trucks.

 4          Q.    Okay.

 5          A.    But it's a software application.

 6          Q.    And your report and your testimony was

 7    related to the application of the actual software?

 8          A.    Yes.

 9          Q.    Okay.

10          A.    Yes.

11          Q.    From 2002 until 2008, I see no testimony

12    as an expert.  Did you perform any services as an

13    expert --

14          A.    No.

15          Q.    -- in those intervening years?

16          A.    No.

17          Q.    In 2008, U.S. Tobacco versus State of

18    California, what was your role in that case?

19          A.    I testified in trial -- wrote an expert

20    report and testified at a trial.  That was a cost

21    accounting issue with respect to inventory, taxation

22    on inventories.

23          Q.    How about American KUSA Corp versus

24    Advantus Corporation?  What was your -- what was

25    that case about?
```

Confidential - Subject to Further Confidentiality Review

1        A.    That case was regarding a pen manufacturer

2    in Japan and their distribution through Staples.  So

3    it was a distribution case, who had rights and could

4    claim profits based on distribution reselling in the

5    supply chain channel.

6        Q.    And your expertise was in simply who had

7    the right to distribution of a particular product?

8        A.    The distribution channel, yes.

9        Q.    All right.  Go back to the prior page,

10   Advance Research Corporation versus Imation.

11       A.    All right.

12       Q.    What was that case about?

13       A.    I wrote an expert report there and did

14   research, and that was with respect to forecasting

15   and planning with suppliers.

16       Q.    And, specifically, what was the issue?

17       A.    Suppliers went off and built a plant based

18   on what they thought was a forecast, and Imation did

19   not validate that that was a true forecast.

20       Q.    So the supplier had incurred expenses in

21   developing a manufacturing site; Imation did

22   not provide -- strike that.

23             Somebody had developed a manufacturing

24   site based on forecasting for Imation, and it turned

25   out to be incorrect, the forecast?

Confidential - Subject to Further Confidentiality Review

```
1      A.   That was the essential issue, but it was
2    the processes regarding sourcing and dealing with
3    sources of supply.
4      Q.   Okay.  Well, what was the issue with --
5    how --
6      A.   Yes.  The supplier built a manufacturing
7    plant, and that was based on what they thought was a
8    forecast from Imation.
9      Q.   All right.  How about the Rafter versus
10   Sojitz Corporation, the one before that?
11     A.   That was an individual who had been
12   injured on a ladder that was manufactured by a
13   Korean company.
14     Q.   And what was your role?
15     A.   To evaluate the manufacturing process and
16   the quality issues with respect to how those items
17   were characterized, manufactured and then
18   distributed in the U.S.
19     Q.   And, specifically, what was your report
20   addressing?
21     A.   The manufacturing processes.
22     Q.   Right.  Did you find a problem in the
23   manufacturing process?
24     A.   I don't recall the specifics, but, yes,
25   there were issues with the manufacturing process.
```

Confidential - Subject to Further Confidentiality Review

```
1        Q.   Did you actually observe the manufacturing

2    process in that case?

3        A.   No.

4        Q.   What information did you have in that case

5    about the manufacturing process?

6        A.   I believe I relied on depositions,

7    testimony, other documents provided by the

8    attorneys.  And then it settled, so there wasn't

9    much.

10       Q.   Okay.  How about Sky Technologies versus

11   SAP America?  What was your role in that case?

12       A.   It was a patent case with respect to

13   software and the procurement functions.

14       Q.   Software and the procurement functions.

15   Okay.

16            The case before the Rafter case, was --

17   did you determine the ladder to be defective?

18       A.   I'm sorry.  You're talking -- oh, the

19   Rafter case?

20       Q.   Yeah.

21       A.   It wasn't my responsibility to determine

22   defects, just the process.

23       Q.   Okay.  The Johnson case versus Ella's Food

24   Mart, et al, what was that case about?

25       A.   It was a toy manufacturer in China and a
```

Confidential - Subject to Further Confidentiality Review

1    retailer/distributor in Houston who bought toys and

2    resold them to a family, and a baby swallowed one of

3    the batteries and so forth.

4         Q.   And what was your role in that case?

5         A.   I validated the manufacturing process and

6    went to China and evaluated the plant for how they

7    were manufacturing items, where they were doing it,

8    so forth.

9         Q.   Did you make a determination as to whether

10   there was a defective product being manufactured, or

11   was that not your role?

12        A.   My role was to validate the manufacturing

13   plant was up and running.

14        Q.   That it actually existed, you mean?

15        A.   Yes, yes.

16        Q.   And that's it?

17        A.   Yes, yes.

18        Q.   Well, I mean, did you make an assessment

19   as to whether or not they were manufacturing a

20   defective product, or was that simply --

21        A.   No.

22        Q.   -- not within the providence of your

23   expertise?

24        A.   That was not what I was asked to do.

25   Right.

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    So we have the drywall litigation, we know

 2    here.  How about Technology Associates versus

 3    Maximus?

 4        A.    That was a consultant -- consulting

 5    process for implementation of software in the Bay

 6    Area Rapid Transit System in California for

 7    maintenance parts, spares and repairs and a failed

 8    implementation.

 9        Q.    How about Asher Licensing Group versus

10    Rhinox; what was that case?

11        A.    That was a importer of jerseys and other

12    sporting equipment for -- under a World Cup logo,

13    and it was a dispute with their manufacturers in

14    China.

15        Q.    What was the dispute about?

16        A.    Pricing, the contract, mark-ups.

17        Q.    Did it have anything to do with a

18    defective product?

19        A.    No.

20        Q.    How about Woburn Retirement System versus

21    OmniVision?

22        A.    This is manufacturing of chips for

23    iPhones.

24        Q.    And what's your role in that case?

25        A.    Evaluating the manufacturing process, how
```

Confidential - Subject to Further Confidentiality Review

```
 1    long it takes, what the components are.  That case
 2    is -- was a preliminary submission to the SEC, so
 3    it's kind of in the works now.
 4         Q.    Okay.  And how about the last one at the
 5    top?
 6         A.    This is a manufacturer of bottles in China
 7    for a liqueur called TY KU, and it was a contract
 8    dispute between the importer and the manufacturers
 9    across China.
10         Q.    And what was your specific role?
11         A.    To -- to provide expertise regarding the
12    manufacturing process of glass and the distribution
13    process and the -- again, the forecasting process
14    for purchasing those items.
15         Q.    Have you ever been retained to assess the
16    -- strike that.
17               Have you ever been retained to determine
18    whether or not a product has been manufactured
19    defectively?
20         A.    A product is manufactured defectively?
21    You mean to evaluate whether there are defects in a
22    product --
23         Q.    Correct.
24         A.    Yes.  I did a small project for a cabinet
25    manufacturer that had computer-related equipment,
```

1    and they kept having problems with the surface of

2    the cabinets.

3        Q.    And what was your role in that particular

4    situation?

5        A.    Help them identify why they had -- they

6    were continuing to have problems and couldn't --

7    couldn't resolve them.   That was one.

8             I did another project for a medical device

9    manufacturer that was having issues with the housing

10   on a particular medical device.

11       Q.    And, specifically, what were you retained

12   to assess?   Let's talk about the cabinet

13   manufacturer first.

14       A.    Okay.

15       Q.    What were you retained to provide

16   expertise in, in what form or fashion?

17       A.    So I helped coach them through the reasons

18   why they couldn't get the quality to improve over

19   time.   So the way they were communicating and

20   addressing with their suppliers in China was at

21   issue, and so I helped them resolve that.

22       Q.    Did you make any assessment of whether the

23   product was defective or not?

24       A.    No.   I was told it was defective.

25       Q.    Okay.   How about with the medical device

Confidential - Subject to Further Confidentiality Review

1    manufacturer?  Did you make any assessment as to

2    whether or not the product was manufactured

3    .defectively or the -- or were you told that, as

4    well?

5        A.   Well, I was shown those products, and they

6    were brought into a conference room, and they said,

7    you know, we have this issue with these products,

8    help, you know, can you help us get this stuff

9    resolved.

10       Q.   And what was your role in that situation?

11       A.   In that case, it was a supplier -- again,

12   a supplier problem.  So my role was to help them

13   through the supplier relationship and to improve the

14   quality, to help with communications so the supplier

15   understood why there were quality issues.

16       Q.   You have never performed any

17   services as an expert in the field of -- strike

18   that.

19            You have never been retained to make a

20   determination as to whether or not a product is, in

21   fact, defective, have you?

22       A.   No, not -- not that I can recall.

23       Q.   And you're not qualified to make a

24   determination as to whether or not a product is, in

25   fact, defective, are you?

Confidential - Subject to Further Confidentiality Review

1       A.   No, not any -- just the processes around

2   it, not the product itself.

3       Q.   I understand that you can assess a

4   process, but you cannot make any -- strike that.

5            You cannot make a determination about

6   whether a product is defective or not, can you?

7       A.   I rely on experts for that.

8       Q.   You rely on others for that?

9       A.   Yes.

10      Q.   You just talk about the process?

11      A.   Yes.

12      Q.   Is that correct?

13      A.   Yes.

14      Q.   We know that you've issued what we believe

15  are two reports for this case.  Is that correct?

16      A.   Correct.

17      Q.   Did anyone assist you in preparing those

18  reports?

19      A.   What do you mean by "assist"?

20      Q.   Did anyone provide substantive information

21  that you relied upon in putting information into

22  your report?

23      A.   I have a research assistant that helped me

24  research some of the articles.

25      Q.   And what is that person's name?

Confidential - Subject to Further Confidentiality Review

```
 1        A.    Minh, M-I-N-H, Vo, V-O.

 2        Q.    And where is he located, or she located?

 3        A.    She, and she's in the Bay Area.

 4        Q.    And what articles did she provide to you,

 5   if you know?

 6        A.    Yes.  She found -- let me refer to my

 7   report.  She found The Dragon Roars, which is the

 8   timber industry magazine article.

 9        Q.    Okay.  Anything else?

10        A.    I -- I don't recall whether or not she

11   found the Journal of Commerce article or I found

12   that.  I'm not sure.  She did find some other

13   articles that I didn't refer to in the report, other

14   than to say they were general articles because they

15   were related to other products.

16        Q.    Do you have copies of those other

17   articles?

18        A.    Yes.

19        Q.    I'm going to ask you to provide those

20   other articles.  If you --

21        A.    Okay.

22        Q.    -- reviewed them in preparing your report,

23   I would like you to provide them to your counsel,

24   so...

25              Did you provide counsel drafts of
```

Confidential - Subject to Further Confidentiality Review

```
 1    any of the reports before they were put into
 2    final form?
 3         A.   Yes, I think we looked at a couple of
 4    drafts.
 5         Q.   Who -- when you say, "we," who is we?
 6         A.   Mr. Meunier and Mr. Irpino.
 7         Q.   Do you have copies of those drafts still?
 8              MR. MEUNIER:  Let me, for the record,
 9              raise this issue that I believe under the
10              Federal Rules that apply now, the drafts
11              of expert reports are no longer
12              discoverable.
13              MR. DUPLANTIER:  I didn't ask her to
14              produce them.  I asked if she still had
15              copies of them.
16              MR. MEUNIER:  Well, then I'll hold my
17              objection until you actually ask for some
18              kind of production of what you're asking
19              about in terms of existence.
20    BY MR. DUPLANTIER:
21         Q.   Go ahead.  You can answer the question
22    now.  Do you have copies of the drafts?
23         A.   I don't know, because I -- there were some
24    small edits that I made, so I don't know whether I
25    saved drafts or not.
```

```
 1        Q.   Besides counsel, have you discussed your

 2    testimony in this case with anyone?

 3        A.   No.

 4        Q.   Any out -- any other person in the field

 5    in which you hold yourself out as an expert, have

 6    you discussed this case with anyone else?

 7        A.   No.

 8        Q.   Have you discussed this case with

 9    Ms. Luckevich?

10        A.   Yes.

11        Q.   When did that take place?

12        A.   About two weeks ago on a conference call.

13    I think two weeks ago.

14        Q.   And who was on that conference call?

15        A.   Mr. Meunier, Mr. Irpino and me, and I

16    think -- I believe there was one other attorney on

17    the phone, but I don't recall who it was.

18        Q.   And what did you discuss with

19    Ms. Luckevich?

20        A.   We talked about her report.  I had some

21    questions for her, so I understood what she was

22    saying.

23        Q.   What were your questions?

24        A.   I don't recall specifically.

25        Q.   Well, what information did you need from
```

Confidential - Subject to Further Confidentiality Review

1    her?

2         A.   I don't remember.  I had read her report

3    and just was looking for clarification on some

4    things she had written.

5         Q.   Do you remember what clarification you

6    needed?

7         A.   I don't, no.

8         Q.   Did you discuss with her Mr. Tonyan and/or

9    Mr. Tompkins' opinions?

10        A.   I don't recall.  I don't recall.

11        Q.   Have you discussed Mr. Tompkins' report

12   with anyone, other than counsel?

13        A.   Mr. Tompkins?

14        Q.   Yeah.

15        A.   No.

16        Q.   How about Mr. Tonyan's report?

17        A.   No.

18        Q.   When did you first review Ms. Luckevich's

19   report?  How long ago?

20        A.   A few weeks.  I don't know exactly.

21        Q.   You did not have her report in preparing

22   your original expert opinion in this case, did you?

23        A.   I did not.

24        Q.   Have you reviewed any of the materials

25   that Ms. Luckevich relies upon?

Confidential - Subject to Further Confidentiality Review

1        A.    In her report?

2        Q.    Correct.

3        A.    No.

4        Q.    You have not done independent analysis of

5   the material that she relied upon, have you?

6        A.    Well, I think she refers to the ASTM

7   standards, so I guess you could say I did look at

8   those.

9        Q.    Well, do you know if you and Ms. Luckevich

10  were looking at the same ASTM standards?

11       A.    I don't know.

12       Q.    Do you know which version Ms. Luckevich

13  was relying upon?

14       A.    No.

15       Q.    Does she indicate in her report?

16       A.    Let me look.  (Reviewing Document.)  Well,

17  I can't find the ASTM standard referred to right

18  now, so I guess I can't really answer that question

19  for you.

20       Q.    Well, that's why I was a little confused,

21  actually.

22       A.    Okay.  Okay.

23       Q.    I'm trying to figure out which ASTM

24  standard you looked at that she relied upon.

25       A.    I don't know.

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   Does she -- did she even tell you which

 2   standards she's referring to in her report?

 3        A.   I don't know.

 4        Q.   I don't see a reference to a number.  Did

 5   you ever see one?

 6        A.   Well, I'm just looking through it now.  I

 7   don't -- in this cursory look, I don't see one.

 8        Q.   Well, you just testified, Ms. Coates, that

 9   you looked at her ASTM standards, and so that's the

10   one thing that you looked at that you relied upon.

11   So what I'm trying to find out is if you guys were

12   even looking at the same standards.

13        A.   I don't recall between what I read from

14   her report and the discussion I had with her on the

15   phone.  I don't recall.

16        Q.   Well, did you talk about the ASTM

17   standards on the phone?

18        A.   I don't know.  I don't remember.

19        Q.   You understand my conundrum here, though.

20   You're testifying that you're looking at the same

21   standards as Ms. Luckevich, but we don't know which

22   ones she's actually looking at, do we?

23        A.   I understand your conundrum.  I just -- I

24   just don't remember.  I'm sorry.

25        Q.   That's fine.
```

Confidential - Subject to Further Confidentiality Review

1            So it's not correct, then, that you looked

2    at the same standards as Ms. Luckevich; it's a

3    question mark, in fact; isn't that true?

4                MR. MEUNIER:  Object to form.

5        A.   I don't recall, as I said.

6    BY MR. DUPLANTIER:

7        Q.   And can you tell me what is the difference

8    between Chinese-manufactured drywall and

9    domestically-manufactured drywall?

10       A.   What is the difference in the process?

11       Q.   No.  The product.

12       A.   The product.  The product that we're

13   talking about in this case?

14       Q.   No.  I'm talking about

15   Chinese-manufactured drywall in general versus

16   domestically-manufactured drywall.

17       A.   I'm not sure you can make a general

18   statement about that.  You would have to look at the

19   individual production runs.

20       Q.   Have you looked at the individual

21   production runs for the drywall that's at issue in

22   this case?

23       A.   Well, we've talked about the drywall that

24   was imported and the production runs that are

25   related to that -- that production of drywall, yes.

Confidential - Subject to Further Confidentiality Review

```
1          Q.   Well, --
2               MR. RISLEY:  Objection; nonresponsive.
3    BY MR. DUPLANTIER:
4          Q.   You know, that's my question, though, is
5    have you looked at the production runs for the
6    drywall that's at issue in this litigation?
7          A.   Have I looked at it?
8          Q.   Yes.
9          A.   You mean was I there in the plant?
10         Q.   No.  Have you observed any documentation
11   of the process?
12         A.   No.
13         Q.   Have you asked for any?
14         A.   It's my understanding that no one reviewed
15   that process, and that's the issue here.
16              MR. RISLEY:  Objection; nonresponsive.
17   BY MR. DUPLANTIER:
18         Q.   Have you asked for those records, any
19   records related to the production process?
20         A.   I believe I noted in my rebuttal report
21   that Mr. Tompkins sent a team there and asked for
22   that information, and they were not given that
23   information.
24              MR. RISLEY:  Objection; nonresponsive.
25   BY MR. DUPLANTIER:
```

Confidential - Subject to Further Confidentiality Review

1        Q.   Can you tell me what is different about

2    the process of manufacturing drywall in China versus

3    drywall that's manufactured in the United States?

4        A.   No.

5        Q.   Do you know if there are any differences

6    between the processes used in China versus the

7    process used in the United States?

8        A.   I would tell you that my opinion is, my

9    expert opinion in understanding manufacturing in

10   China, the standards are somewhat different.

11       Q.   In what sense are they different?

12       A.   Well, ASTM, for example, relates to

13   primarily North America.  Chinese have their own

14   standards, if any.  European standards are somewhat

15   different.  So just different parts of the world in

16   approach to manufacturing may have different

17   standards.

18       Q.   May; is that correct?

19       A.   That's correct.

20       Q.   But can you actually point to any

21   differences in the manufacturing process between

22   Chinese drywall and domestically North

23   American-produced drywall?

24       A.   No.

25       Q.   You're not aware of any differences

Confidential - Subject to Further Confidentiality Review

1    between the two; is that correct?

2         A.   I did not evaluate that.

3         Q.   All right.  So you can't make a

4    distinction between drywall that's manufactured in

5    China versus drywall that's manufactured in the

6    United States, can you?

7                   MR. MEUNIER:  In terms of process?

8                   MR. DUPLANTIER:  In terms of anything.

9                   MR. MEUNIER:  That's a different

10             question.

11        A.   Well, sure.  The characteristics of it,

12   sure.  I mean, obviously, there were a lot of

13   differences in characteristics.

14   BY MR. DUPLANTIER:

15        Q.   What are the difference in characteristics

16   between Chinese-manufactured drywall and

17   domestically-manufactured drywall?  And I'm not

18   talking about the product necessarily in this case.

19   You know what?  Let me take a step back.

20             You're aware that there's been drywall

21   manufactured in China for many years; is that

22   correct?

23        A.   Correct.

24        Q.   You're aware of that; is that right?

25        A.   Yes.

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   And you're aware that some of the drywall
 2   manufactured in China that has been imported into
 3   the United States is not defective?  You do
 4   understand that, correct?
 5        A.   I don't -- I don't know.
 6        Q.   Do you know if all Chinese-manufactured
 7   drywall that was imported was defective or not?  Do
 8   you have any idea?
 9        A.   I don't know.
10        Q.   Have you asked that question?
11        A.   No.
12        Q.   Do you know why some drywall manufactured
13   in China would be defective and some not?
14        A.   My opinion is -- my expert opinion is that
15   it's because there are differences in either the raw
16   materials or the manufacturing process.
17        Q.   Well, which one is it?
18        A.   It could be both, one or the other or
19   both.
20        Q.   Well, could be is one thing, but I'm
21   trying to understand what your opinion is.  Where
22   is the difference in the process?
23        A.   Well, my opinion is in this case, the
24   difference was in the gypsum.
25        Q.   Okay.  And that's a mining issue, as far
```

1    as you can tell?

2         A.    It's, apparently, raw materials.  Whether

3    it's mining -- the process of mining or not, I don't

4    know.

5         Q.    You have no idea?

6         A.    I believe it has to do with the raw

7    material composition, not the process of mining.

8         Q.    Do you have any knowledge or information

9    that would suggest that the drywall that's at issue

10   in this case that you're offering an opinion on, if

11   it was tested according to ASTM standards, whether

12   it would have passed those standards?

13        A.    I don't know.  I don't know.

14        Q.    What -- in 2006, what tests could have

15   been performed on the drywall after it was

16   manufactured to determine that it was defective?

17        A.    Could have been a variety of tests.  It

18   could have been sent to a lab for testing for the

19   composition of it.  It could have been tested

20   against the ASTM standards.  There are eight or nine

21   of those characteristics, weight and -- there's all

22   kinds of different components to what -- things that

23   they would test.  They could have looked at the

24   chemistry of it.

25        Q.    Are you aware of any tests that existed in

Confidential - Subject to Further Confidentiality Review

1    2006 that would have discovered this defect?

2                    MR. MEUNIER:   What defect?

3    BY MR. DUPLANTIER:

4         Q.   The -- strike that.

5              What's your understanding of the defect in

6    the Chinese-manufactured drywall that's at issue in

7    this case?

8         A.   Well, the characteristics of the drywall

9    were different from U.S. manufactured goods, but I

10   believe it is related to the off-gassing of the

11   sulfur in the gypsum.

12        Q.   Right.  But what about the makeup of the

13   drywall makes it defective in this particular case?

14        A.   I suppose it depends on how you define

15   "defective."  So if the drywall was heavier and

16   crumbly and difficult to handle with the -- and that

17   would, you know, to a hanger, probably be defective.

18   You know, if it's too heavy to hang or -- you know,

19   there are issues with that in handling it.

20        Q.   Well, what information do you have that

21   the Chinese drywall was heavier than certain brands

22   of domestically-manufactured drywall?

23        A.   Oh, the testimony from a number of people

24   in this case, the depositions.

25        Q.   Who has said that it was heavier than all

Confidential - Subject to Further Confidentiality Review

1    domestically-manufactured drywall?

2         A.   Well, Ray Stoltz comes to mind.  He was

3    one person.  I'd have to -- let's see.  I'll -- can

4    I refer to my report?  Do you mind?

5         Q.   Sure.

6         A.   Because there were a number of people who

7    worked in the warehouse who said it was heavier and

8    more difficult to handle.  Ben Diano.  Let's see.

9    It was one other guy.  Mark Peterson referred to it

10   as having different physical differences.   So

11   several people in their depositions reported that

12   the drywall was heavier and caused problems in

13   delivery to customer sites, as well as handling

14   within the warehouse.

15        Q.   But my question is very specific.  Who

16   testified that the Chinese drywall was heavier than

17   all brands of domestic drywall?

18        A.   Ray Stoltz, Ben Diano, Mark Peterson.

19        Q.   Are you aware that certain brands of

20   domestic drywall can be heavier than others?

21        A.   I suppose.  I don't know --

22        Q.   You suppose or you know?

23        A.   I believe I have read somewhere --

24   somewhere in the case that there are parameters for

25   the weight of drywall, so it can be, you know,

1    certain weight or another within certain parameters.

2         Q.   And did the Chinese drywall at issue in

3    this case exceed those parameters?

4         A.   Yes, I believe so.

5         Q.   And who says that?

6         A.   It was based on the people who were

7    working in the warehouse, so the people I just

8    referenced.

9         Q.   Has any expert or any person opined that

10   the heaviness of the drywall exceeded the standards

11   that were applicable to domestically-manufactured

12   drywall?

13        A.   Yes, I believe that was the testimony from

14   each of these people, that it was heavier than

15   domestic drywall.

16        Q.   If --

17             MR. RISLEY:  Object to nonresponsive.

18   BY MR. DUPLANTIER:

19        Q.   If, hypothetically -- let me ask you a

20   hypothetical.

21        A.   Okay.

22        Q.   If these witnesses testified that there

23   are certain brands of drywall that are heavier than

24   others, could you disagree with them?

25        A.   No.

Confidential - Subject to Further Confidentiality Review

1       Q.   Can you tell me the weight of the drywall

2   imported from China in comparison to domestic brands

3   of drywall?

4       A.   No.

5       Q.   Can you tell me whether or not the

6   heaviness of the drywall made it defective?

7       A.   Not exactly.  I think it's -- I think that

8   is one of the characteristics indicating there were

9   issues with the drywall, but not specifically the

10  weight.

11      Q.   What about the heaviness made it

12  defective?

13              MR. MEUNIER:  Let me just interpose

14              this objection, and I'll make it

15              continuing.  When you use the word

16              "defective," as you know, there is a

17              specific definition that applies to

18              redhibition in this case, which you're not

19              repeating for this witness and has not

20              been made a matter of record.

21              So I just have an objection to the

22              extent you're failing to give the witness

23              the redhibition definition of "defect,"

24              which is the subject of a pending

25              stipulation and is going to govern what

Confidential - Subject to Further Confidentiality Review

| | |
|---|---|
| 1 | the jury hears in the case, and to the |
| 2 | extent you're not giving her that |
| 3 | definition and asking her about what is |
| 4 | and isn't defective, I object. |
| 5 | MR. DUPLANTIER:  I appreciate your |
| 6 | speaking objection, and I'm going to |
| 7 | politely ask you not to do it again. |
| 8 | MR. MEUNIER:  I want to be clear about |
| 9 | what I'm objecting to. |
| 10 | MR. DUPLANTIER:  If I ask for |
| 11 | clarification over your objection to the |
| 12 | form, I will -- you're allowed to do it, |
| 13 | but, Gerry, you're not allowed to do this. |
| 14 | MR. MEUNIER:  All right.  Let me |
| 15 | just -- |
| 16 | MR. DUPLANTIER:  And I have been |
| 17 | admonished by Mr. Davis and many PSC |
| 18 | members to stop doing that.  And I -- |
| 19 | MR. MEUNIER:  That's fine.  Let me |
| 20 | just say, then, I object prospectively, so |
| 21 | I don't have to keep interrupting you, to |
| 22 | every question that you ask that uses the |
| 23 | word, quote, defective without defining |
| 24 | it, and I'll say no more. |
| 25 | MR. DUPLANTIER:  That's fine. |

Confidential - Subject to Further Confidentiality Review

```
 1              MR. MEUNIER:  Every one of those

 2         questions, I object to.

 3    BY MR. DUPLANTIER:

 4         Q.   Let me ask you these questions,

 5    Ms. Coates.  Are you familiar with the law in

 6    Louisiana?

 7         A.   Which law?

 8         Q.   Any law.

 9         A.   Well, it depends on what you say "familiar

10    with."  I guess --

11         Q.   Do you know them?

12         A.   Well, I guess I've been learning about the

13    laws in this case, so...

14         Q.   Do you know what the law is applicable to

15    this case?

16         A.   The law with respect to what,

17    distribution, respect to --

18         Q.   The liability of my client,

19    Interior/Exterior Building Supply?

20         A.   I have a very cursory understanding.

21         Q.   You have not studied the law as it relates

22    to my client?

23         A.   I have not, no.

24         Q.   You do not know what the law is as it

25    relates to my client, do you?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   Well, that's a big question.  The law as

 2   it relates -- you mean in this case for --

 3        Q.   Correct.

 4        A.   -- what the case is based on?

 5        Q.   Correct.

 6        A.   No.  I couldn't articulate that.

 7        Q.   When I use the word "defective," how do

 8   you interpret whether a product is defective?

 9        A.   I think that's kind of a general term --

10        Q.   Okay.

11        A.   -- used to designate that there's some

12   issue with a product.  How do you define it?

13        Q.   I'll ask you some questions, so don't

14   worry.  We'll get to that, I promise you.

15        A.   Okay.

16        Q.   Well, if a product is heavy -- strike

17   that.

18             If drywall is heavy, does that make it

19   unfit for its use in construction?

20        A.   It may.  I guess that depends on how

21   they're using it in construction.

22        Q.   If --

23        A.   What do you mean by "defective"?  I guess

24   that's where I'm a little bit lost.

25             MR. MEUNIER:  He's not going to answer
```

```
 1              that, so --

 2                   THE WITNESS:  Okay.

 3                   MR. MEUNIER:  He, obviously, would

 4              prefer not to make it clear what the

 5              definition is, so just answer his

 6              question.

 7                   THE WITNESS:  Okay.

 8   BY MR. DUPLANTIER:

 9       Q.   I may make it clear at the appropriate

10   point when I want to ask the question.

11       A.   Okay.

12                   MR. MEUNIER:  After the questions,

13              he'll answer that.

14   BY MR. DUPLANTIER:

15       Q.   Does the fact that drywall may be brittle

16   cause it to be unfit for use in construction?

17       A.   Well, it may.  I mean, we certainly have

18   testimony from Ray Stoltz that his construction

19   people did not want to use it.

20       Q.   What about the brittleness makes it unfit

21   for use in construction, if you know?

22       A.   The testimony that I reviewed suggests

23   that when it's brittle, it's more difficult for the

24   hangers to handle and for scoring and other reasons,

25   it breaks and so forth.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    If it is -- strike that.

 2              Does the sulfur content -- let me start

 3   over.

 4              Is it your understanding that the problem

 5   with the Chinese drywall that's at issue in this

 6   case is that it's causing off-gassing?  Is that what

 7   you understand?

 8        A.    I understand that part of it, yes.

 9              MR. MEUNIER:  Objection to form.

10   BY MR. DUPLANTIER:

11        Q.    Do you -- have you been told by anyone

12   that if the drywall was too heavy, it needed to be

13   removed from a home after it was installed?

14        A.    I don't recall that being one of the

15   requirements, no.

16        Q.    Do you recall there being any problem with

17   the drywall having to be removed from a home because

18   it was too brittle after it was installed?

19        A.    Not for only that requirement.

20        Q.    Right.

21        A.    No.

22        Q.    What -- as you understand it, what causes

23   this particular drywall to have to be removed from a

24   home after it was used?

25        A.    I believe it's the off-gassing.
```

1        Q.   And what is causing the off-gassing, from

2    what your understanding is?

3        A.   My understanding is the off-gassing is

4    caused from sulfur content -- high sulfur content in

5    the gypsum.

6        Q.   Does the high sulfur content make the

7    Chinese drywall heavier than

8    domestically-manufactured drywall?

9        A.   You know, I'm not a specialist in that

10   area.  I can say that would be my opinion, and I

11   would make some assumptions about that, but I would

12   rely on experts to tell me that was the cause.

13       Q.   Has any expert opined that the sulfur

14   content is what caused the Chinese drywall to be

15   heavier?

16       A.   I don't recall if that was part of the

17   discussion with Ms. Luckevich or not.  I don't

18   recall.

19       Q.   Well, my --

20       A.   But that's my impression.

21       Q.   My -- but here's the issue, Ms. Coates,

22   and I'm trying to find out.  What's the basis of

23   this impression that the sulfur content is what made

24   the drywall from China heavier?

25       A.   I -- I don't know.

Confidential - Subject to Further Confidentiality Review

1      Q.   You haven't done any testing to confirm

2   that, have you?

3      A.   No.

4      Q.   You haven't seen any report to suggest

5   that is, in fact, accurate, have you?

6      A.   I don't recall if that's in

7   Ms. Luckevich's report or not.

8      Q.   Well, I'm going to take a break.

9      A.   Okay.

10      Q.   And I'm going to ask you to take a look at

11   whatever reliance material you have, whether it's

12   the material that you have or Ms. Luckevich's

13   report, and tell me if any report of any kind

14   indicates that the sulfur content made the Chinese

15   drywall more brittle or heavier --

16      A.   Okay.

17      Q.   -- while I take that break -- while I take

18   a break.

19            MR. MEUNIER:  Lunch break?

20            MR. DUPLANTIER:  Might as well.

21            MR. MEUNIER:  Yeah.

22            THE VIDEOGRAPHER:  The time now is

23        12:02 p.m., and we are off the record.

24   (Recess.)

25            THE VIDEOGRAPHER:  This begins tape 3

Confidential - Subject to Further Confidentiality Review

```
 1                of today's deposition.  The time now is
 2                12:59 p.m.  We're back on the record.
 3       BY MR. DUPLANTIER:
 4            Q.   Ms. Luckevich, when we took our lunch
 5       break, I had asked you to take --
 6            A.   I'm Ms. Coates.
 7            Q.   I'm sorry.  Ms. Coates.  I apologize.  Let
 8       me start over.
 9                Ms. Coates, when we took a lunch break, I
10       asked you to look at your reliance material to tell
11       me whether or not you saw any evidence that the
12       sulfur content that causes the off-gassing is what
13       caused this drywall to be heavier.  Did you find any
14       evidence of that?
15            A.   Not in the written report, but I know and
16       in discussions that it's one of the components of
17       gypsum that was evidence is different from domestic
18       drywall.
19            Q.   Right.  I understand that -- I
20       understand that the sulfur content makes it
21       different than domestic drywall.
22            A.   Uh-huh.
23            Q.   But here's -- my question was more
24       specific.  Does the sulfur content in the gypsum or
25       in this drywall, is that what caused it to be
```

```
 1    heavier than domestic drywall?

 2        A.   I don't know.

 3        Q.   Do you know if the sulfur content in the

 4    Chinese drywall, in the gypsum, caused it to be more

 5    brittle than domestic drywall?

 6        A.   I don't know.

 7        Q.   Are you aware of what causes drywall on

 8    occasion to be brittle?

 9        A.   Only from what I've read.

10        Q.   And what have you read?

11        A.   And discussed with Ms. Luckevich.  That

12    various components and composition of the gypsum

13    causes different characteristics.  In this case, we

14    know there were three, right?  So brittleness -- at

15    least three, so heaviness, brittleness and the

16    off-gassing.

17        Q.   I understand that.  Well, let me ask you

18    this:  I don't see any discussion in Ms. Luckevich's

19    report about brittleness of the drywall.  Where is

20    that?

21        A.   The brittleness is in a lot of the

22    testimony and the depositions.

23        Q.   Right.  But is that discussed at all in

24    Ms. Luckevich's report?

25        A.   Not that I recall.
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.    Okay.  Did you discuss that issue on the
 2    phone with her?
 3          A.    Possibly.  I'm sorry.  It was a couple
 4    weeks ago.  I just can't remember every detail of
 5    that conversation.
 6          Q.    I understand.  But I'm trying to find out
 7    how you formed your opinions about the brittleness
 8    having anything to do with a problem with this
 9    drywall.
10          A.    Well, the brittleness has to do with the
11    gypsum.
12          Q.    Okay.
13          A.    So the gypsum is what's related to the
14    heaviness, the brittleness and the off-gassing.
15          Q.    So what's your basis that the gypsum is
16    what caused this drywall to be heavier than domestic
17    drywall?
18          A.    What's my basis?
19          Q.    Yeah.
20          A.    The evidence that's described in the
21    depositions talked about it being heavier.  How
22    that's related to the manufacturing, I can't
23    articulate.
24          Q.    You don't know what's causing it to be
25    heavier; is that correct?
```

Confidential - Subject to Further Confidentiality Review

1      A.   It's the gypsum that causes it to be

2   heavier.

3      Q.   And where is that evidence?  I'm trying

4   to -- I'm confused as to how you know that.

5      A.   Okay.  Well, there are only two

6   components, as I understand, to drywall, the paper

7   and the gypsum.

8      Q.   Right.

9      A.   Paper is not contributing to the

10   heaviness.  It's the gypsum.

11      Q.   What about the gypsum causes it to be

12   heavier?

13      A.   I don't know.

14      Q.   Are you aware that the fact that if

15   drywall is baked for a longer period of time, it can

16   be heavier sometimes?

17      A.   I don't know.

18      Q.   Are you aware that sometimes the

19   manufacturing process itself can cause the drywall

20   to be more -- one brand of drywall to be more

21   brittle than the other?

22      A.   I don't know.

23      Q.   Are you aware that the manufacturing

24   process can make one brand of drywall heavier than

25   another?

Confidential - Subject to Further Confidentiality Review

1        A.    The manufacturing process?

2        Q.    Yes.

3        A.    I'm aware the components that go into

4    manufacturing, yes, can make it heavier or lighter.

5              MR. RISLEY:   Objection; nonresponsive.

6    BY MR. DUPLANTIER:

7        Q.    Let me make sure you understand my

8    question, because this is very important.

9        A.    Okay.

10       Q.    Because you're implying that the weight of

11   the drywall somehow made it unfit for its intended

12   purpose.

13       A.    Yes.

14       Q.    And tell me, where is the evidence that

15   the weight alone of the drywall had anything to do

16   with the performance and capacity of the drywall to

17   be used in construction?

18       A.    Well, to answer that question, I'd rely on

19   the testimony of Ray Stoltz, who said his drywall

20   installers walked off the job because the drywall

21   was too heavy and brittle.

22       Q.    Okay.  Did Mr. Stoltz say that the Chinese

23   drywall was heavier than all brands of domestic

24   drywall?

25       A.    I don't recall.  I'd have to look at the

Confidential - Subject to Further Confidentiality Review

1    deposition.

2         Q.   Did Mr. Stoltz testify that he returned

3    any of the drywall because it was too heavy?

4         A.   I believe his testimony was he used 20

5    sheets and then refused to take any further.

6         Q.   But he was able to use the drywall that

7    was too heavy?

8         A.   I don't know.

9         Q.   Do you have any evidence that any customer

10   returned the drywall because it was too heavy?

11        A.   That was not part of what I evaluated, no.

12        Q.   Do you have any evidence that any customer

13   returned the drywall because it was too brittle?

14        A.   That's not part of what I evaluated, no.

15        Q.   I understand.  But you're assessing the

16   process for Interior/Exterior's purchase of the

17   drywall; is that correct?

18        A.   Purchase of the drywall, yes.

19        Q.   And you opine in your report that INEX --

20   Interior/Exterior should have taken certain steps

21   during the purchasing process with regard to the

22   purchase of this Chinese drywall; is that correct?

23        A.   Yes.

24        Q.   In any of those steps, at what point in

25   the steps would Interior/Exterior have rejected the

Confidential - Subject to Further Confidentiality Review

1    drywall because it was too heavy?

2              MR. MEUNIER:  Objection to form.

3              MR. DUPLANTIER:  That's fine.

4    BY MR. DUPLANTIER:

5         Q.   You can answer it.

6         A.   I don't think objected -- or rejected it

7    is the point.  They were purchasing drywall.  They

8    had a lot of evidence that there were issues with

9    it.  It was different, and they took no action.  So

10   it wasn't a matter of rejection.  It was a matter of

11   not investigating further.

12        Q.   You rely in part on the prior experiences

13   of Interior/Exterior with regard to imported

14   drywall; is that correct?

15        A.   In part, yes.

16        Q.   And you specifically make references to

17   Elephant Board; is that correct?

18        A.   Correct.

19        Q.   Was the Elephant Board defective?

20             MR. MEUNIER:  Same objection.

21        A.   I -- I don't know -- how are you -- I

22   don't know what you're asking with respect to

23   defective.  Not usable?  I guess --

24   BY MR. DUPLANTIER:

25        Q.   Yeah.

Confidential - Subject to Further Confidentiality Review

```
 1        A.    Yeah.  So in this case, I think Mr. Stoltz

 2   testified that he would not use the Elephant Board

 3   in the prior case.

 4        Q.    Was he -- did he actually use the Elephant

 5   Board and install it in homes --

 6        A.    I don't know.

 7        Q.    -- on prior occasions?

 8        A.    I don't know.

 9        Q.    Did the Elephant Board have to be removed

10   from any home?

11        A.    I don't know.

12        Q.    The other issue that we -- I asked

13   you to look at was, you know, is there any

14   evidence that the sulfur content made this drywall

15   heavier.  Have you seen that evidence?

16        A.    I believe in discussions, what I've

17   learned is the sulfur content contributes to the

18   gypsum, and the gypsum had -- and there was evidence

19   that the gypsum was different, so sort of a related

20   issue.

21        Q.    Does the sulfur content in the gypsum make

22   the drywall heavier?

23        A.    Oh, I don't know.

24        Q.    So what's the problem with the weight of

25   the drywall?  I'm trying to understand what you're
```

Confidential - Subject to Further Confidentiality Review

1    suggesting is the problem with the weight of the

2    drywall.

3        A.   Well, I -- you know, once again, I think

4    there are three components, basically, to the -- to

5    the issue.  So three pieces of evidence, so there

6    was the weight, the brittleness and the sulphur, and

7    those are all related to the gypsum, so you can't

8    really separate them.  They're all part of the

9    gypsum, which is the main component of the drywall.

10       Q.   Are you aware that certain customers have

11   brand preferences among domestic drywall?

12       A.   Sure.

13       Q.   Do you know why customers have brand

14   preferences among drywall manufacturers in the

15   United States?

16       A.   I don't know for sure, but -- no, I don't

17   know.

18       Q.   Are you aware that certain customers

19   prefer heavier drywall?

20       A.   I'm not aware of that, no.

21       Q.   You've never heard that before?

22       A.   I don't believe so.

23       Q.   Are you aware that the -- it's the baking

24   process that causes certain batches of drywall to be

25   more brittle than others?

Confidential - Subject to Further Confidentiality Review

```
1              MR. MEUNIER:  Objection; asked and
2          answered.
3      A.   No.
4  BY MR. DUPLANTIER:
5      Q.   You haven't done any research in that
6  regard, have you?
7      A.   No.
8      Q.   Does the heaviness of the board contribute
9  to the off-gassing?
10             MR. MEUNIER:  Asked and answered;
11         objection.
12             MR. DUPLANTIER:  I don't think it has,
13         but you can answer it again.
14     A.   Okay.  Well, once again, I think the
15  pieces of evidence that we had are related to
16  gypsum, so the heaviness, the brittleness and the
17  off-gassing are all part of the components of the
18  gypsum.  So I don't know that you can separate them
19  or relate that without a chemical analysis.
20  BY MR. DUPLANTIER:
21     Q.   So we would have to rely on someone
22  besides you to provide that analysis?
23     A.   Or someone who would have toured the plant
24  in 2005 to determine that.
25     Q.   Or someone who has expertise in gypsum?
```

```
 1        A.   And provided it to that manufacturing site
 2   during that period of time, yes.
 3        Q.   Do you have any experience with gypsum at
 4   all?
 5             (Brief interruption.)
 6             MR. DUPLANTIER:  Whoever -- who's ever
 7             on the phone talking needs to mute their
 8             phone.
 9   BY MR. DUPLANTIER:
10        Q.   All right.  Go ahead.
11        A.   I'm sorry.  Can you ask the question
12   again?
13        Q.   Do you have any experience with gypsum?
14        A.   No.
15        Q.   Do you have any experience with gypsum
16   mining?
17        A.   No.
18        Q.   Are you aware of what the problems were
19   with the domestic supply of drywall in 2005 and
20   2006?
21        A.   Other than shortages, that's the only
22   thing I know.
23        Q.   Are you familiar with the allocation
24   program that was instituted by the drywall
25   manufacturers domestically in 2005?
```

Confidential - Subject to Further Confidentiality Review

1    A.   Not specifically drywall, but allocation

2  as a process, a lot of manufacturers go through when

3  there are shortages.

4    Q.   And how does that work?  What happens when

5  that occurs?

6    A.   Manufacturers make a determination on what

7  customers are going to receive what products by

8  loyalty, by importance, by strategy, by whatever

9  criteria they determine.

10    Q.   And they will control the supply to

11  particular customers and regions?

12    A.   Correct.

13    Q.   And that was, in fact, taking place with

14  regard to drywall in 2005 and 2006?

15    A.   That's my understanding, yes.

16    Q.   The drywall that had been imported

17  previously by Interior/Exterior, do you know where

18  that originated from?

19    A.   In 1999?

20    Q.   Yes.

21    A.   I believe it was Indonesia.

22    Q.   And can you tell me if there were any

23  occasions where that drywall could not be used in

24  the construction process?

25    A.   I don't know.

Confidential - Subject to Further Confidentiality Review

1       Q.   Have you seen any evidence that that

2   drywall that was imported in 1999 could not be used

3   in the construction process?

4       A.   I have not seen that evidence, no.

5       Q.   Do you know what percentage of the Chinese

6   drywall that was imported was defective?

7       A.   No.

8       Q.   Or not -- let's make sure that we come to

9   an understanding.  It's your understanding that the

10  drywall could not be used for various reasons, the

11  Chinese drywall; is that correct?  Should not have

12  been used for various reasons?

13      A.   I don't know that I made that

14  determination.  That's not my opinion.

15      Q.   That's fine.  What -- have you reached any

16  opinions about the quality of the Chinese drywall?

17      A.   Other than there were flags indicating

18  there were problems with the quality of it.  That's

19  my opinion.

20      Q.   And what were those flags?

21      A.   It was heavier.  It was brittle.

22  Customers asked not to -- not to have that drywall

23  delivered.

24      Q.   Anything else?

25      A.   It didn't score well.  It was difficult to

1    hang.

2         Q.   Anything else?

3         A.   That's all I can remember right now.

4         Q.   Okay.  Those -- in your opinion, those are

5    the flags that existed with regard to a suggestion

6    that there was a problem with the drywall?

7         A.   Yes.

8         Q.   But you've made no assessment as to

9    whether or not there was actually even a quality

10   problem with this drywall?

11        A.   My opinion is there was enough evidence

12   that action should have been taken to investigate

13   further.

14        Q.   And what action should have been taken

15   about -- as a result of these conditions?

16        A.   Well, most companies that are doing this

17   kind of sourcing that would find red flags like this

18   would do further investigation with the

19   manufacturer, either by going there or having the

20   products tested or sending someone to go there or,

21   you know, asking for some kind of help to go to the

22   manufacturing site to determine if there were

23   additional problems.

24        Q.   Were you aware that this drywall was, in

25   fact, tested?

Confidential - Subject to Further Confidentiality Review

1      A.    I don't believe it was tested.

2      Q.    You don't believe it was tested?

3      A.    I don't think so.

4      Q.    You haven't seen any test reports, then,

5    with regard to the drywall that was imported from

6    China?

7      A.    I think they gave some certificates, but I

8    don't know that there was any test results from

9    those certificates.

10     Q.    I understand that.  But after it was

11   imported during a period of time, were you aware

12   that this particular drywall bought by

13   Interior/Exterior was subjected to ASTM standard

14   testing?

15     A.    I believe I read somewhere that Habitat

16   for Humanity had tested it.

17     Q.    Okay.  Anything else?

18     A.    Not that I remember.

19     Q.    Okay.  If they -- if someone tested the

20   product and it passed ASTM standards, what else

21   should they have done?

22            MR. MEUNIER:  Objection to form.

23   BY MR. DUPLANTIER:

24     Q.    Okay.  You can answer it.

25     A.    So -- so you're giving me sort of a

Confidential - Subject to Further Confidentiality Review

```
 1    hypothetical?

 2         Q.   You can -- you can consider it a

 3    hypothetical.

 4         A.   Okay.

 5         Q.   Assume that this drywall that was imported

 6    from China was, in fact, subjected to ASTM standard

 7    testing and it passed.  What else should the company

 8    have done?

 9              MR. MEUNIER:  Objection to form.

10         A.   Well, I can give you my opinion.

11    BY MR. DUPLANTIER:

12         Q.   Okay.

13         A.   So if I were in a sourcing environment,

14    and I work in lots of sourcing environments, and,

15    you know, you recognize that there are a lot of red

16    flags with a product, you can send it through some

17    tests, and you have to make a judgment call whether

18    that's good enough.  If -- you know, if there are

19    other red flags that that testing isn't going to

20    address, you have to determine do I go further, do I

21    take more action, do I -- you know, is there a

22    danger here, you know, what's going on with that

23    product.

24         Q.   But that's a judgment call, in your

25    opinion; is that right?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   Yes, but it's based on experience.  And,

 2   you know, people that are buying nuts and bolts are

 3   going to know about nuts and bolts.  People who are

 4   in the drywall business are going to know about

 5   drywall.

 6        Q.   Right.  And you would agree with me that

 7   Interior/Exterior is in the drywall business?

 8        A.   Yes.

 9        Q.   And that they have -- you have not

10   suggested that they have a lack of expertise in the

11   drywall business, have you?

12        A.   No.

13        Q.   And so if they did not consider those red

14   flags to be of significance with regard to the

15   quality of this drywall, why would you question

16   their judgment?  What's the basis of that?

17        A.   That's exactly the question.

18             MR. MEUNIER:  Objection to form.

19             MR. DUPLANTIER:  That's fine.

20        A.   That is exactly the question.  Why didn't

21   they?

22   BY MR. DUPLANTIER:

23        Q.   Right.

24        A.   Or why didn't they pursue SGS, as an

25   example, to provide further testing or investigation
```

Confidential - Subject to Further Confidentiality Review

 1    of the plant?

 2        Q.   Are you aware that complaints about the

 3    heaviness of drywall are common?

 4        A.   No.

 5        Q.   Are you aware that the complaints about

 6    brittleness with regard to drywall are common?

 7        A.   No.

 8        Q.   Are you aware that complaints about the

 9    heaviness of drywall happen with regard to domestic

10    drywall?

11        A.   No, I'm not aware of that.

12        Q.   Are you aware that there are often

13    complaints about the brittleness of

14    domestically-manufactured drywall?

15        A.   No.

16        Q.   So if -- let's assume that for the

17    purposes of my question, as a hypothetical, that

18    those are common issues that occur with regard to

19    domestically-manufactured drywall.  What else --

20    what were the other red flags about this Chinese

21    drywall that should have put Interior/Exterior on

22    notice?

23             MR. MEUNIER:  Objection to form.

24        A.   Well, in 2005 and 2006, there were all

25    kinds of news articles about Chinese products.  So,

Confidential - Subject to Further Confidentiality Review

```
 1    first of all, they should have had a mindset that
 2    they were looking for issues with respect to Chinese
 3    products.  Secondly, the components of the gypsum,
 4    so, once again, the brittleness, the heaviness and
 5    the difficulty in hanging it and customers'
 6    preferences should have all been things that came to
 7    the surface of the executives, who said, boy, I
 8    think we have a problem here.  That's very common in
 9    a sourcing environment, where buyers or executives
10    recognize these things and pursue them.
11    BY MR. DUPLANTIER:
12         Q.   I'm going to ask you my question again
13    because your answer incorporated the heaviness and
14    the brittleness of the drywall.  Assuming for the
15    purpose of my question that heaviness and
16    brittleness of drywall is a common issue --
17         A.   Okay.
18         Q.   -- even among domestically-manufactured
19    drywall, what else about this drywall should have
20    put Interior/Exterior on notice?
21         A.   Okay.  Well, in the time frame 2005 to
22    2006, and based on the testimony in the depositions
23    of the warehousemen and so forth, the Chinese
24    drywall was heavier and more brittle than the other
25    products they were dealing with.
```

Confidential - Subject to Further Confidentiality Review

1       Q.    Okay.  Again, I'm going to ask you my

2    hypothetical one more time.

3       A.    Okay.

4       Q.    Assuming for the purpose of my question

5    that the heaviness and the brittleness are common

6    issues with regard to domestically-manufactured

7    drywall, --

8       A.    Yes.

9       Q.    -- what else about this drywall should

10   have put Interior/Exterior on notice about the

11   potential for the off-gassing?

12      A.    Okay.  Well, in the hypothetical and from

13   2005 to 2006, in that time frame, --

14      Q.    Correct.

15      A.    -- it was different from domestic.  Okay?

16      Q.    How was it different from domestic?

17      A.    It was heavier, brittle; it didn't hang

18   well; it didn't score well; the warehousemen didn't

19   like using it; customers didn't want it.  These are

20   different from the domestic drywall at that time.

21      Q.    At what point in the sales process did

22   Interior/Exterior know about those complaints with

23   regard to Chinese drywall?

24      A.    Well, --

25                MR. MEUNIER:  Objection to form.

Confidential - Subject to Further Confidentiality Review

```
 1        A.    -- I know in -- from the testimony of Ray

 2   Stoltz, they knew about, at least imported drywall,

 3   in 1999.

 4   BY MR. DUPLANTIER:

 5        Q.    Okay.  The imported drywall in 1999, was

 6   it ever determined that it was unusable in the

 7   construction industry?

 8        A.    I don't know.

 9             MR. MEUNIER:  Objection; asked and

10             answered.

11             MR. DUPLANTIER:  I need to take a

12             restroom break, if you don't mind.  I'm

13             sorry.

14             THE VIDEOGRAPHER:  The time now is

15             1:21 p.m., and we are off the record.

16   (Recess.)

17             THE VIDEOGRAPHER:  The time now is

18             1:24 p.m.  We are back on the record.

19   BY MR. DUPLANTIER:

20        Q.    Ms. Coates, I'm trying to determine what

21   Ms. Luckevich -- you rely on Ms. Luckevich to

22   discuss what's the problem with this drywall; is

23   that correct?

24        A.    I relied on her to -- for me to understand

25   the chemistry of manufacturing drywall.
```

Confidential - Subject to Further Confidentiality Review

1        Q.    And you seem to be relying on Mr. Stoltz

2   to discuss the heaviness of the drywall.

3        A.    Yes.

4        Q.    And the brittleness of the drywall.

5        A.    Yes.

6        Q.    And you're aware that Mr. Stoltz actually

7   used some of the Chinese drywall; is that correct?

8               MR. MEUNIER:  Objection; asked and

9          answered.

10       A.    I'm not sure.

11  BY MR. DUPLANTIER:

12       Q.    Well, that would be important for us to

13  know; is that correct?

14       A.    I know he received 20 sheets of it, but

15  how they used it, I'm not sure.  If they put it in a

16  house or not, I don't know.

17       Q.    Okay.  The weight of the drywall did not

18  make it unusable by Mr. Stoltz, did it?

19       A.    Yes.  I think that is exactly the issue.

20  He did not want -- he did not want the installers to

21  use it or they refused to use heavy drywall.  It was

22  too difficult.

23       Q.    Do you know how many companies actually

24  imported the Chinese drywall that's at issue in this

25  litigation?

```
 1        A.   No.

 2        Q.   Do you know the company L&W?

 3        A.   No.

 4        Q.   Do you know who the company U.S. Gypsum

 5   is?

 6        A.   In general, yes.  I know they're a

 7   manufacturer, yes.

 8        Q.   Were you aware that L&W was a wholly-owned

 9   subsidiary of U.S. Gypsum?

10        A.   No.

11        Q.   You don't have any information --

12             MR. DUPLANTIER:  What's that?

13             MS. LESSELL:  Can I interrupt?  I

14        can't hear the witness at all.

15             MR. MEUNIER:  Are you -- is the mic

16        on?

17             THE VIDEOGRAPHER:  That microphone

18        doesn't have anything to do with that

19        conference call, though.

20             MR. MEUNIER:  Oh, I see.

21             THE WITNESS:  So you just want me to

22        speak up.

23             MR. DUPLANTIER:  Yeah, speak up.

24             We'll get her to speak up.

25             THE WITNESS:  Okay.
```

Confidential - Subject to Further Confidentiality Review

1          MS. LESSELL:  Okay.

2     BY MR. DUPLANTIER:

3          Q.   Do you know if any company that imported

4     the drywall actually visited the Chinese

5     manufacturing plants?

6          A.   I don't know.

7          Q.   And you've never visited a gypsum

8     manufact -- a drywall manufacturing plant, have you?

9               MR. MEUNIER:  Objection; asked and

10              answered.

11         A.   No.

12    BY MR. DUPLANTIER:

13         Q.   Are you aware as to whether or not this

14    particular problem with drywall has ever occurred

15    before?

16         A.   No.

17         Q.   Were you aware that this particular issue

18    with regard to the off-gassing is a unique problem

19    related to drywall?

20         A.   I don't know.

21              MR. MEUNIER:  Objection; form.

22    BY MR. DUPLANTIER:

23         Q.   Do you know at what point in the mining or

24    manufacturing process this problem with the sulfur

25    content occurred?

Confidential - Subject to Further Confidentiality Review

```
 1        A.   No.

 2        Q.   Do you know whether it was a production

 3   failure or a mining failure?

 4        A.   I don't know.

 5        Q.   Are you familiar with the Knauf companies?

 6        A.   Just generally as it relates to the case.

 7        Q.   Are you aware that Knauf is a worldwide

 8   manufacturer of drywall?

 9        A.   Yes.

10        Q.   Are you familiar with the Taishan drywall

11   manufacturing plant?

12        A.   Only as it relates to this case.

13        Q.   And how -- and what information do you

14   have about that particular plant?

15        A.   Well, I understand they were manufacturing

16   drywall that was eventually imported here.  I know

17   they're a Chinese manufacturing plant, chinese

18   state-owned enterprise.  I don't know.  What else do

19   you want to know?

20        Q.   Do you know if it's a quality

21   manufacturing facility or not?

22        A.   I --

23             MR. MEUNIER:  Objection; form.

24        A.   I don't have any idea.

25   BY MR. DUPLANTIER:
```

1        Q.    You don't have any information about the

2    quality of the plant that -- of the Taishan plant?

3        A.    Correct.  That's the reason why we

4    recommend and my opinion was INEX should have gone

5    or sent someone there to evaluate it.

6        Q.    If INEX had sent someone there to evaluate

7    the manufacturing process, could they have

8    discovered the problems with the drywall that are

9    the subject of this litigation?

10        A.    I believe so.

11        Q.    What would they have discovered?

12        A.    According to our expert, had they -- Lydia

13    Luckevich, had they toured the plant, they would

14    have smelled the sulfur, would have recognized the

15    deterioration of equipment around it.  They may have

16    discovered other manufacturing issues.  I don't

17    know.

18        Q.    What evidence do you have that the sulfur

19    smell would have been evident at the plant?

20        A.    Just what I was told by Ms. Luckevich.

21        Q.    What evidence that you -- do you have that

22    INEX would have been able to observe the

23    deterioration of the equipment?

24        A.    Only what I was told by Ms. Luckevich.

25        Q.    You have no independent information in

Confidential - Subject to Further Confidentiality Review

1    that regard, do you?

2         A.   You mean my own personal research?

3         Q.   Yes.

4         A.   I'm not a chemist, so, no, I don't --

5    couldn't opine in that.

6         Q.   But you haven't seen any evidence that

7    that sulfur would -- strike that.

8              You haven't seen any evidence, other than

9    the opinion of Ms. Luckevich, that the sulfur smell

10   would have been evident, have you?

11             MR. MEUNIER:  Objection; form.

12        A.   Only that -- only that report, yeah.

13   BY MR. DUPLANTIER:

14        Q.   Did Ms. Luckevich go to the plant?

15        A.   No.

16        Q.   Do you know what the basis of her opinions

17   are that the sulfur smell would have been evident?

18        A.   All I know is that I relied on her report.

19   She's a 20-year veteran of the industry.

20        Q.   Well, you didn't have her report when you

21   wrote the first report, did you?

22        A.   Correct.

23        Q.   So let's assume for the purposes of my

24   question that you don't have Ms. Luckevich's

25   opinion.

Confidential - Subject to Further Confidentiality Review

1       A.   Okay.

2       Q.   All right?  And you wrote your first

3   report.  What would INEX, based on that, have

4   discovered when they visited the plant?

5       A.   Well, --

6            MR. MEUNIER:  Objection; form.

7       A.   Well, that's really hypothetical.  That is

8   the point.  They should have gone to look at the

9   plant.

10  BY MR. DUPLANTIER:

11      Q.   Right.

12      A.   And they certainly would have discovered a

13  lot of -- I'm sure, a lot of Chinese manufacturing

14  situations that were different from what they would

15  ordinarily see in the U.S.

16      Q.   And you're basing that on what?

17      A.   On all of my experience in China.

18      Q.   But you have no experience with the gypsum

19  manufacturing process at all; is that right?

20      A.   Only manufacturing processes, not -- not

21  particularly gypsum; yes.

22      Q.   You have never observed the gypsum

23  manufacturing process in the United States?

24      A.   No, I have not.

25      Q.   Have you done any analysis of the

1    differences in the gypsum manufacturing process from

2    domestic manufacturers versus Chinese manufacturers?

3        A.    No.   That's not the focus of what I was

4    asked to do in this case.

5        Q.    I understand that.  But you're saying that

6    we -- Interior/Exterior would have observed

7    differences in the manufacturing process from

8    domestic manufacturers of drywall versus Chinese

9    manufacturers of drywall.

10       A.    Yes.

11       Q.    And I would like to know what those

12   differences are.

13       A.    That is my opinion.  So they would have

14   found in Chinese plants that there are not the same

15   safety standards.  There are not the same inhalation

16   standards.  If there were smells, they would have

17   recognized that.  There's not the same security.

18   There is not the same loading docks, trucking,

19   stacking, cleanliness, all kinds of things.

20       Q.    And that's based on your experience with

21   manufacturing process of other products, not

22   drywall?

23       A.    Generally, the manufacturing processes,

24   yes.

25       Q.    You would agree with me that the defect

1    that's at issue in this case is not observable from

2    a simple visual inspection of the drywall, is it?

3                    MR. MEUNIER:  Objection; form.

4        A.    The defect...

5    BY MR. DUPLANTIER:

6        Q.    The problems with the Chinese drywall that

7    was imported is not a condition that's discoverable

8    simply from a visual inspection of the drywall, is

9    it?

10                   MR. MEUNIER:  Objection; form.

11       A.    Well, it's my opinion that the -- that the

12   off-gassing is related to gypsum and so is the

13   brittleness and the heaviness, so you can observe

14   the brittleness and heaviness, and I don't think you

15   can really separate them.  I mean, it's related to

16   the gypsum, which is the guts of the drywall.

17   BY MR. DUPLANTIER:

18       Q.    I'm trying to -- I'm trying to understand

19   why you have formed a new opinion that I've never

20   seen before that the Chinese drywall is heavier than

21   all brands of domestic drywall.  I don't understand

22   where that's coming from.  Can you explain that to

23   me?

24                   MR. MEUNIER:  Objection; form.

25                   MR. DUPLANTIER:  That's fine.

Confidential - Subject to Further Confidentiality Review

```
 1         A.   I believe I didn't say that.  I think I

 2    said that during 2005 and 2006, during the period of

 3    this particular case, compared to the domestic

 4    drywall, the warehousemen and people that were

 5    handling the equipment said that it was heavier and

 6    more brittle than the domestic product.

 7    BY MR. DUPLANTIER:

 8         Q.   And did the fact that it was heavier make

 9    it -- strike that.

10              Was the fact that it had -- let me ask the

11    question this way:  Was -- does the heaviness of the

12    drywall cause the drywall to be corrosive to other

13    building material?

14         A.   Just the heaviness alone?

15         Q.   Yes.

16         A.   Well, the heaviness, as I said, is part of

17    the gypsum, and I don't -- I'm sorry.  I know I'm

18    probably frustrating you, but I don't see how I can

19    separate those attributes.

20         Q.   I understand that, but I'm trying to

21    figure out how you -- what's the basis of your

22    statement that the heaviness is related to the

23    gypsum.  I don't -- where is the reliance material

24    for that opinion?

25         A.   Well, isn't it obvious?  It's not related
```

Confidential - Subject to Further Confidentiality Review

1    to the paper.  It's heavier than the domestic

2    drywall at that particular time.  It --

3        Q.    Okay.

4        A.    The only thing it could possibly be

5    related to is the gypsum.

6        Q.    That's an assumption on your part, then?

7        A.    Well, I think it's pretty common knowledge

8    opinion, yeah.

9        Q.    All right.  How many sheets of this

10   drywall did Interior/Exterior sell?

11       A.    It seems to me I read they had 190,000

12   that they imported.  I don't know if they sold all

13   of those or not.

14       Q.    Okay.  Do you know how many individual

15   sales took place of the Chinese drywall?

16       A.    No.

17       Q.    In comparison, how many people complained

18   about the heaviness of the drywall, percentage-wise?

19       A.    I don't know.

20       Q.    Do you know what percentage of people

21   complained about the heaviness of the Chinese

22   drywall versus domestic drywall?

23       A.    I don't know.

24       Q.    How do you know, then, that the complaint

25   about brittleness is unique to Chinese drywall?

```
 1                    MR. MEUNIER:  Objection; form.

 2         A.   Well, I think I've answered this.  During

 3    the period of 2005 to 2006, when it was being

 4    handled by the INEX warehouse people, truckers and

 5    so forth, they testified that it was heavier and

 6    more brittle than the domestic brands they were

 7    handling at the time.

 8    BY MR. DUPLANTIER:

 9         Q.   Were you -- are you aware that certain

10    domestic manufacturers actually advertise that their

11    drywall is better because it's heavier?

12         A.   No.

13         Q.   Were you aware that the fact that drywall

14    manufactured domestically can oftentimes be brittle

15    as a result of the manufacturing process?

16         A.   No.

17         Q.   Were you aware that -- strike that.

18              Do you suggest that Interior/Exterior

19    should have not only visited the manufacturing site

20    but the mine, as well?

21         A.   Possibly.  Very often in sourcing

22    situations like this, the buyer will visit the

23    manufacturing site and the component or raw material

24    manufacturers.  In this case, it would be a mine.

25         Q.   And what would they have discovered at the
```

Confidential - Subject to Further Confidentiality Review

```
 1    mine?

 2         A.   I don't know.

 3         Q.   Do you know what core purity is?

 4         A.   No, not really.

 5         Q.   So you don't how core purity is defined?

 6         A.   I've read some things about that term,

 7    but, no, I don't know.

 8         Q.   Is low core purity an indicator of

 9    excessive sulfur or off-gassing?

10         A.   I don't know.

11         Q.   Do you know what ASTM 1264 certification

12    requires with regard to the manufacturing of

13    drywall?

14         A.   I believe so.  I just want to refer to my

15    report just to make sure I have the right number.

16              Yes.

17         Q.   Okay.  And did the drywall at issue in

18    this case meet 1264?

19         A.   It's my understanding it did not.

20         Q.   In what way did it not?

21         A.   It referred to the name of the drywall but

22    not the manufacturer.

23         Q.   If the manufacturer name was on the tape,

24    would that, in fact, have qualified -- or complied

25    with 1264?
```

1        A.    Yes.  I believe it has to be the

2    thickness, the name of the producer or supplier and

3    possibly the brand name.

4        Q.    That's what you're reading in 1264?

5        A.    Yes.

6        Q.    There are exceptions under 1264, though,

7    right?

8        A.    I don't know.

9        Q.    You're not aware of the exceptions to

10   1264?

11       A.    No.

12       Q.    Have you ever actually seen the Chinese

13   drywall?

14       A.    I've seen photographs of it.

15       Q.    Have you ever seen a piece of drywall --

16   of the Chinese drywall in person?

17       A.    Not that I know of.

18       Q.    Have you asked?

19       A.    No.

20       Q.    Have you actually ever seen uninstalled

21   domestically-manufactured drywall?

22       A.    Sure.

23       Q.    Where?

24       A.    At houses, in my own houses and --

25       Q.    No.  Uninstalled, not -- pre-installation,

```
 1    domestically --

 2         A.   Yeah.

 3         Q.   -- manufactured drywall, have you ever

 4    seen it?

 5         A.   Where it's stacked up to --

 6         Q.   Yeah.

 7         A.   -- ready to be installed, sure.  Building

 8    sites, yes.

 9         Q.   Do you know if you can tell a difference

10    between the Chinese drywall and the domestic drywall

11    before it was installed?

12         A.   Sure.  Because labeled.  U.S. import

13    requirements say it has to show the country of

14    origin.

15         Q.   And this drywall in this case, in fact,

16    indicated the country of origin?

17         A.   It did.

18         Q.   How about any other differences from a

19    visual inspection of the drywall, uninstalled?

20         A.   Well, I'm not a drywall expert, so I

21    probably wouldn't know, other than just general

22    layman terms.

23         Q.   You can't offer us any expertise in the

24    differences from a visual inspection of the drywall?

25         A.   Me, personally?
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    Yes.

 2        A.    Probably not.

 3        Q.    It is common for companies who are

 4   sourcing from China not to visit the factories;

 5   isn't that true?

 6        A.    Not true.  And, actually, I -- that's, you

 7   know, my area of expertise.  I would never, ever

 8   recommend to a client not to go.  They should always

 9   go.

10        Q.    How would Interior/Exterior have gotten

11   permission to visit the government-owned mine?

12        A.    Ask.

13        Q.    And the Chinese government would have

14   given them permission to visit the mine?

15        A.    Generally, it takes a while to get

16   permission, but yes.

17        Q.    How long is a while?

18        A.    It might be a couple of weeks.

19        Q.    What percentage of products out of China

20   in 2005 were found to be defective?

21        A.    I don't know the percentage.

22        Q.    Is it 5 percent, 10 percent, 50 percent?

23   Can you give me an estimate?

24        A.    I don't know.

25        Q.    Just the fact that a product is
```

 1    manufactured in China alone is not an indication

 2    that it's going to be defective, is it?

 3         A.    Not particularly an indication, but,

 4    certainly, you know, I would expect buyers to be

 5    more cautious in sourcing from China than other

 6    places.

 7         Q.    INEX did provide to both manufacturers,

 8    Knauf and Taishan, the required ASTM manufacturing

 9    standards; isn't that true?

10         A.    I believe so.

11         Q.    And they requested certification from both

12    Taishan and Knauf that the drywall that they were

13    purchasing was manufactured in accordance with ASTM

14    standards; isn't that correct?

15         A.    I believe so, yes.

16         Q.    And they, in fact, received those

17    certifications from both Taishan and Knauf; isn't

18    that true?

19         A.    They received paper certificates, yes.

20         Q.    Right.  I understand that.

21               What else should they have received?

22         A.    Well, people sourcing in China know that

23    Chinese manufacturers will write up anything you

24    want them to write up.  So if you say, give me a

25    piece of paper that says it meets these

1    specifications, that's what they do, but that

2    doesn't mean that it meets those specifications.   It

3    meets that they -- it means that they have given you

4    a piece of paper that says something.

5        Q.   And the only way that they could have

6    determined that it didn't meet those specifications

7    was to test the product; isn't that true?

8        A.   Well, they could have tested the problem.

9    They could have validated by going there.   They

10   could have sent a team of auditors there.   They

11   could have called them on the phone and gone through

12   a review.   There's many things that they could have

13   done to take -- to take reasonable action to ensure

14   the quality.

15       Q.   But they would had to have taken further

16   action; is that correct?

17       A.   Yes.

18       Q.   Are you aware that in 2005 that a majority

19   of the Taishan products were being manufactured for

20   the purposes of export?

21       A.   That's a good question.   I'm not sure

22   about that.   I know they're a state-owned

23   enterprise, which tells me they primarily

24   manufactured for the domestic market, and because

25   this was an opportunity to manufacture more, then,

Confidential - Subject to Further Confidentiality Review

1    you know, it would have been for this export

2    opportunity.

3         Q.    But you don't know one way or the other

4    what the background of the Taishan drywall

5    manufacturing plant was, whether it was primarily

6    for export or not?

7         A.    I can only tell you what my opinion is

8    based on experience, and that's state-owned

9    enterprises are primarily domestic manufacturers

10   within China.

11        Q.    You would agree that state-owned entities

12   in China in 2005 had a global focus on their

13   manufacturing process; isn't that true?

14        A.    No.

15        Q.    Give me five minutes.  I may be close to

16   being done.

17             Let me do this first:  We'll attach your

18   two reports.  Let's first talk about report No. 1.

19   We'll attach the first report, original report, as

20   Exhibit No. 2 to the deposition.

21             (Deposition Exhibit 2 was marked for

22                      identification.)

23             MR. MEUNIER:  What's 1, the CV?

24             MR. DUPLANTIER:  Yeah.  1 was the CV.

25             THE WITNESS:  The water spilled on it.

Confidential - Subject to Further Confidentiality Review

```
 1              Sorry.
 2                  MR. DUPLANTIER:  Gerry, can you give
 3              me back -- that's all right.
 4                  THE WITNESS:  That's okay.  It's just
 5              water.
 6                  MR. DUPLANTIER:  It's not that big --
 7              it's just water.
 8                  MR. MEUNIER:  Okay.
 9                  THE WITNESS:  Yeah.
10      BY MR. DUPLANTIER:
11          Q.   Here, I'm going to give you your report.
12      I'm going to ask you a few questions about this.
13          A.   Yes.
14          Q.   Have you -- never mind.  Asked and
15      answered.
16                  MR. MEUNIER:  Thank you, Rick.
17      BY MR. DUPLANTIER:
18          Q.   On page 2?
19          A.   Yes.
20          Q.   You -- I'm looking at the wrong report.
21      Never mind.  Hold on.
22                  Let's go to page 4 of your report.
23          A.   Okay.
24          Q.   You reference during -- the period during
25      which they sold the Chinese drywall to their U.S.
```

Confidential - Subject to Further Confidentiality Review

1    customers.  Can you tell me what period of time you

2    studied?

3         A.   Which paragraph are you looking at?

4         Q.   12.

5         A.   I believe the -- we're talking about

6    procured products and selling the product, so it was

7    from late 2005, I believe, to about mid or fall of

8    2006, somewhere in there.  I don't know the exact

9    dates.

10        Q.   Okay.  On page 6, you reference -- when

11   you discussed post-marketing, you quote the CPSC's

12   Office of International Programs and Governmental

13   Affairs, and you address post-market testing.  What

14   test in 2005 would have revealed the sulfur defect

15   in this drywall?

16        A.   Well, that's one of the things I would

17   have expected them to do, is to further test the

18   drywall.  If they didn't go there, to, at least,

19   test it here by a lab.

20        Q.   Right.

21        A.   And they would have tested it based on

22   what they think are normal standards for drywall.

23        Q.   All right.  And is there any test in 2005

24   or 2006 that would have revealed the sulfur content?

25        A.   I'm sure.  If they tested for sulfur

```
 1    content, it would have revealed.

 2         Q.   They would have to specifically test for

 3    sulfur content?

 4         A.   I don't know how they would do the test

 5    going forward, but I would assume they'd say, test

 6    the gypsum, and it would have produced results that

 7    were different.

 8         Q.   Going to page 10 of your report, --

 9         A.   Okay.

10         Q.   -- in paragraph 24, you talk about there

11    was no evidence that INEX ever attempted to review

12    the capabilities of Knauf or Taishan via the

13    Internet or other means of public information.

14              Let me ask you this:  Was the Knauf

15    manufacturing plant in China capable of producing

16    quality drywall?

17         A.   How -- I don't know.

18         Q.   Well, have you done any research to

19    determine whether or not they were a quality

20    manufacturing facility or not?

21         A.   No.

22         Q.   How about Taishan?

23         A.   No.

24         Q.   So you can't attest to whether or not they

25    could, in fact, produce quality drywall for the U.S.
```

Confidential - Subject to Further Confidentiality Review

1    domestic market in 2005?

2        A.    I couldn't?

3        Q.    Yes.

4        A.    Well, if I had investigated it in 2005, I

5    probably would have had some clues.

6        Q.    Right.  And -- but you --

7        A.    But I -- in 2005, I did not, no.

8        Q.    Well, how about now?  Have you

9    investigated it -- their capacity now?

10       A.    You can get on line and read from their

11   websites information about them.  You can search

12   articles about all of these manufacturers.  You --

13   there's plenty of information out there now, yes.

14       Q.    All right.  Well, is the Taishan

15   manufacturing plant capable of producing quality

16   drywall for the U.S. domestic market now?

17       A.    I don't know.

18       Q.    Do you know if this particular sulfur

19   defect that's been discovered in this drywall has

20   ever happened either before or after this particular

21   manufacturing problem?

22            MR. MEUNIER:  Objection; asked and

23            answered.

24       A.    I don't know.

25   BY MR. DUPLANTIER:

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   All right.  Let me go to your rebuttal
 2    expert report.  We'll attach that as Exhibit 3.
 3            (Deposition Exhibit 3 was marked for
 4                    identification.)
 5            MR. DUPLANTIER:  Gerry, you want a
 6        copy of it?
 7            MR. MEUNIER:  I got it.
 8    BY MR. DUPLANTIER:
 9        Q.   This is the first time -- in preparation
10    of this report, this is the first time that you ever
11    saw Ms. Luckevich's report; is that correct?
12        A.   Yes.
13        Q.   You had not relied upon her information or
14    analysis in preparing your original report; isn't
15    that true?
16            MR. MEUNIER:  Objection; asked and
17        answered.
18        A.   Yes.
19    BY MR. DUPLANTIER:
20        Q.   Let's go to paragraph 6.
21        A.   Pages are at the top.
22        Q.   Oh, yeah.  Page 8, right above paragraph
23    7.  Well, at the bottom of page 7 and the top of
24    page 8, you talk about the Dragon Roars article
25    about the timber industry.
```

Confidential - Subject to Further Confidentiality Review

1      A.    Yes.

2      Q.    And the sourcing that took place with

3   regard to plywall.  Was there ever defective plywood

4   that was produced by a Chinese manufacturer?

5      A.    I don't know.

6      Q.    And you also reference the November 2006

7   article with regard to phosphogypsum.  Does

8   phosphogypsum have anything to do with the problems

9   with the Chinese drywall in this case?

10     A.    Well, this particular article is related

11  to health hazards for phosphogypsum.

12     Q.    Right.

13     A.    Which is part of -- potentially part of a

14  gypsum manufacturing process, and --

15     Q.    Do you know what --

16     A.    -- INEX was aware of it.

17     Q.    I'm sorry.  Do you know what phosphogypsum

18  is?

19     A.    Not sure.

20     Q.    Do you know if phosphogypsum has anything

21  to do with the problems with Chinese drywall?

22     A.    I understand that's part of the gypsum

23  manufacturing process, so --

24     Q.    It's --

25     A.    -- I don't know.

```
 1        Q.   It's necessarily part of the gypsum
 2   manufacturing process, or is it a potential issue
 3   with regard to the manufacturing process?
 4        A.   I don't know.
 5        Q.   You don't know what it is?
 6        A.   I don't know.  All I can tell you is that
 7   I understand they had this article.  It was related
 8   to health hazards of Chinese products, and it was in
 9   their files.
10             Are you done with this Exhibit?
11        Q.   For now, yeah.
12             MR. DUPLANTIER:  Give me ten minutes.
13             I may be close to being done.
14             MR. RISLEY:  I'm going to have a few
15             questions.
16             MR. DUPLANTIER:  Oh, I figured.
17             MR. MEUNIER:  Well, why don't we let
18             Kevin ask --
19             MR. DUPLANTIER:  Are you ready to go
20             now, Kevin?
21             MR. RISLEY:  Yeah.
22             MR. DUPLANTIER:  All right.
23             MR. RISLEY:  Do you want to take a
24             break before we continue?
25             THE WITNESS:  I'm fine.  Thanks.
```

Confidential - Subject to Further Confidentiality Review

```
1              MR. DUPLANTIER:  I'd like -- just give
2         me a second.  We've got to change anyway,
3         so...
4              THE VIDEOGRAPHER:  Okay.  The time now
5         is 1:58 p.m., and we are off the record.
6    (Recess.)
7              THE VIDEOGRAPHER:  This begins tape 4
8         of today's deposition.  The time now is
9         2:07 p.m.  We are back on the record.
10                       * * *
11                     EXAMINATION
12   BY MR. RISLEY:
13        Q.   Ms. Coates, are you ready to continue?
14        A.   Yes.
15        Q.   My name is Kevin Risley.  I represent the
16   North River Insurance Company in this matter, and
17   I've got a few things to follow up on.
18        A.   Okay.
19        Q.   Now, over the last few years, you've made
20   a successful part of your income from helping people
21   bring products into the United States from China,
22   correct?
23        A.   Correct.
24        Q.   But I heard some questions and some
25   answers earlier that suggested you shouldn't trust
```

Confidential - Subject to Further Confidentiality Review

```
 1    products coming in from China; is that your opinion?

 2         A.   Well, trust but verify is my opinion.

 3         Q.   Okay.  Is that true for every product

 4    brought in the United States from China?

 5         A.   Pretty much, yes.

 6         Q.   Okay.  And in your opinion, who is the

 7    person -- if there are products going to be brought

 8    in, who is responsible for the trust but

 9    verification work?

10         A.   Whoever is procuring the products

11    normally, so depending on, you know, how much time

12    they have in procuring with this producer, how often

13    they go there, how often they have a relationship

14    with them.

15         Q.   Are all Chinese products defective?

16         A.   No.

17         Q.   So just because a product has a sign on it

18    that says "Made in China" doesn't mean it's a bad

19    product, does it?

20         A.   No, it does not.

21         Q.   Now, you used the phrase "sourcing

22    environment" several times today.  What do you mean

23    by that?

24         A.   Sourcing is the process of finding and

25    qualifying suppliers and then actually purchasing
```

1    from them.  So it's procurement all together.

2         Q.    You were asked a couple of questions about

3    your book on 42 Rules on Doing Business in China,

4    and I've had a chance to look at that.  Would you

5    agree that the focus of that book is for people who

6    are trying to have things made in China to be

7    brought to the United States?

8         A.    Yes, primarily.

9         Q.    For example, you talked about doing some

10   work for Liquid Lumber -- I'm sorry -- Lumber

11   Liquidators.

12        A.    Lumber Liquidators, yes.

13        Q.    You've done some work for Lumber

14   Liquidators, correct?

15        A.    I have, yes.

16        Q.    Do they have an ongoing relationship with

17   Chinese manufacturers?

18        A.    Yes.

19        Q.    Do they buy a large portion of their

20   products from China?

21        A.    Yes, about 90 percent.

22        Q.    Is it your understanding that the Chinese

23   drywall that was brought into the United States in

24   2005 and 2006 was not part of the regular process of

25   sale of drywall in the United States?

Confidential - Subject to Further Confidentiality Review

```
 1                    MR. MEUNIER:  Objection; form.
 2    BY MR. RISLEY:
 3         Q.    Is that not a good question?
 4         A.    Not -- say again, please.
 5         Q.    For example, do you know that
 6    Interior/Exterior has been selling drywall for many
 7    years?
 8         A.    Yes.
 9         Q.    They normally don't bring in drywall from
10    outside the United States, do they?
11         A.    Not -- there was no evidence that they do,
12    correct.
13         Q.    Now, I think there's some evidence they
14    may have done so in 1999 or so with the board from
15    Indonesia and Thailand, correct?
16         A.    Yes.  Yes.
17         Q.    And then they brought some again in 2005
18    or 2006 from China, correct?
19         A.    Yes.
20         Q.    Do you know why they went outside their
21    normal supply lines to get imported drywall at those
22    times?
23         A.    Yes.  It was my understanding there was a
24    severe shortage after Katrina, yes.
25         Q.    Is it your understanding that they did not
```

Confidential - Subject to Further Confidentiality Review

1    intend to have an ongoing relationship with foreign

2    manufacturers once the shortage was over?

3        A.   I don't know.

4        Q.   Is it your opinion that different

5    standards apply to the -- someone who is having a

6    product made in China to bring in and someone who is

7    simply buying a product that was made in China?

8        A.   I'm --

9             MR. MEUNIER:  Objection; form.

10       A.   Yeah.  I'm not clear what you're asking

11   me.

12   BY MR. RISLEY:

13       Q.   Okay.  I think there are a lot of cell

14   phones in the United States that are made in China,

15   aren't there?

16       A.   Yes.

17       Q.   So if I'm going to a store to buy a

18   Chinese cell phone, do I have the same duty to

19   inquire into the manufacturing process and product

20   itself as someone who is arranging to have the

21   phones built in China so they can be brought to the

22   United States?

23       A.   No.  As an end product consumer, no.

24       Q.   And when you say, "end product consumer,"

25   what do you mean?

```
 1        A.    You're buying a cell phone.  You're not

 2   procuring cell phones from a Chinese manufacturer.

 3   You'd probably buy it from Verizon or AT&T or

 4   something.

 5        Q.    So is it your testimony that anyone who is

 6   procuring a product made in China should have it

 7   tested before it comes into the United States?

 8              MR. MEUNIER:  Objection; form.

 9        A.    Anyone?

10   BY MR. RISLEY:

11        Q.    Any person who's procuring a product --

12   and I think that's the term you used -- who is

13   arranging to have it made and brought to the United

14   States, should they test the product before they

15   sell it or give it away or whatever they're going to

16   do with it?

17        A.    Most -- most manufacturers or most people

18   that are sourcing in China test and have quality

19   oversight procedures of the manufacturers in China,

20   yes.

21        Q.    My question is a little bit different.

22        A.    Okay.

23        Q.    Is it your opinion that anyone who is

24   bringing -- having a product made from China to

25   bring to the United States should test the product
```

1    before it's sold or used?

2         A.   That depends on the product.

3         Q.   In what way?

4         A.   Well, for example, a previous client that

5    I worked on was bringing in World Cup jerseys that

6    had a World Cup logo on them.  They were just

7    T-shirts and jerseys.  I'm not sure that they would

8    have a need for testing those products.

9         Q.   Okay.  And why are you not sure whether

10   they might not have a need for testing those

11   products?

12        A.   If there's no issue -- they're cotton

13   T-shirts being brought in -- there isn't any

14   particular reason to test the product.  That doesn't

15   mean they would skip quality control.  You asked me

16   about testing.

17        Q.   Yes.  Okay.  In your opinion, what's the

18   difference between quality control of a product and

19   testing a product?

20        A.   Well, quality control is the parallel

21   process for manufacturing, so products, as they're

22   being manufactured on a line, would be tested at

23   various stages for size, for conformance to

24   expectations, for -- in engineered products, for

25   drawing revisions, you know, where they -- along the

Confidential - Subject to Further Confidentiality Review

1    way.  So there's usually five or six steps along the

2    way, as well as a final test at the end of

3    manufacturing.

4         Q.   Can you identify anyone for me anywhere in

5    the world who in 2005 and 2006, was testing drywall

6    for sulfur content?

7         A.   I don't know.

8         Q.   Can you identify for me any test accepted

9    as a reliable test in the drywall industry in 2005

10   and 2006, for testing for sulfur content of drywall?

11        A.   I don't know, no.

12        Q.   You talked about three issues with the

13   Chinese-manufactured drywall, weight, brittleness

14   and sulfur.  And I think you said the weight and the

15   brittleness are something you can see if you're

16   around the product to use it, correct?

17        A.   Yes.

18        Q.   That's not true of the sulfur content, is

19   it?

20        A.   Well, it's the gypsum.  I -- my answer

21   was, you can't separate these.  These are all part

22   of the gypsum.

23        Q.   And that's not the question I'm asking.  I

24   understand you think there's some connection there.

25   I'm not sure I understand what your basis is for it,

Confidential - Subject to Further Confidentiality Review

1    other than what you said was a common sense

2    approach, right?

3        A.   Yes.

4        Q.   Okay.  But I understand how, if I pick up

5    a piece of drywall, I can see that it's heavier than

6    other drywall.

7        A.   Uh-huh.

8        Q.   I understand how, if I try to install a

9    piece of drywall, it's brittle and doesn't cut as

10   well.  But how, from picking up or putting up a

11   piece of drywall, can I tell there's an elevated

12   sulfur content in it?

13       A.   Well, I think you're trying to separate

14   the three, and I'm not sure you can.  If the gypsum

15   is acting abnormally, right, so there are red flags

16   about the gypsum.  Whether you can piecemeal that

17   and say there's, you know, these different

18   components, I don't know.

19       Q.   Well, are you saying that all heavy,

20   brittle drywall has sulfur in it?

21       A.   No.

22       Q.   Okay.  So that's fine.  How do I know, if

23   I pick up a heavy, brittle piece of drywall, that's

24   one with high sulfur content or without high sulfur

25   content?

Confidential - Subject to Further Confidentiality Review

```
 1        A.    I don't know how you would know that.

 2        Q.    I understand you think the three are

 3   related, but from a visual inspection, you can't

 4   tell how much sulfur is in a piece of drywall, can

 5   you?

 6        A.    No.  I don't think so.

 7        Q.    In your mind, is there a difference

 8   between not being able to use a product for a

 9   certain use and not wanting to use a product for a

10   certain use because you don't like it as much as

11   other products?

12        A.    Not being able and not wanting to?

13        Q.    Yes.

14        A.    Being able may have to do with, I don't

15   know, how a drywaller -- how much muscle they have

16   or, you know, whether or not they have the strength

17   to pick it up or something like that.

18                   (Brief interruption.)

19                   THE WITNESS:  I'm sorry.  I lost my

20              train of thought.  Can you ask it again?

21                   MR. MEUNIER:  Why don't you ask the

22              question again?

23   BY MR. RISLEY:

24        Q.    Well, I want to ask some follow-ups on it,

25   because you talked about Mr. Stoltz, --
```

Confidential - Subject to Further Confidentiality Review

1      A.    Yeah.

2      Q.    -- who got the 20 sheets of Chinese

3   drywall.

4      A.    Right.

5      Q.    He used it, didn't he?

6      A.    You know, I don't remember.  I know he

7   said they tried it, but I don't know if they used it

8   all or pulled it out or what happened.  I don't

9   know.

10     Q.    All right.  And he didn't want to use any

11  more after that, did he?

12     A.    No.

13     Q.    Okay.  Do you have a preference in soft

14  drinks?

15     A.    I do.

16     Q.    What do you like?

17     A.    Diet Sierra Mist.

18     Q.    And why do you like that instead of Coke

19  or Pepsi?

20     A.    I just prefer the taste.

21     Q.    So if you call Coke or Pepsi and say, I

22  don't like your product because it doesn't taste as

23  good, should they go out and see what the problem

24  is?

25     A.    Yeah.  They do a lot of marketing

Confidential - Subject to Further Confidentiality Review

```
 1    research, probably, yes.
 2        Q.   I understand marketing, but that's a
 3    matter of preference, not a matter of suitability,
 4    correct?
 5        A.   I guess.  I don't know how to answer that
 6    question.  I guess.  They do a lot of marketing
 7    research that would try to pinpoint my preferences.
 8        Q.   Well, but marketing is about maximizing
 9    sales, right?
10        A.   No.  It's understanding consumer
11    preferences, I think.
12        Q.   Why do you want to understand consumer
13    preferences?  It's to sell more, isn't it?
14        A.   It's to sell more, correct.
15        Q.   Okay.  Well, if you called Coke and said,
16    your product doesn't taste as good to me as Diet
17    Sierra Mist, should they go test their product to
18    see if it's going to make people sick?
19        A.   Probably not, but I don't -- I don't know
20    how that's relevant.  Okay.
21        Q.   Well, because you kept talking about
22    people said the drywall -- you keep saying the
23    weight and the brittleness is a red flag.  All
24    right?
25        A.   Yes.
```

1     Q.   Is there an ASTM standard for brittleness

2 of drywall?

3     A.   I think one of the standards tests the

4 flexibility, which would be related to brittleness.

5     Q.   Okay.

6     A.   There's one component --

7          (Brief interruption.)

8 (Off the record.)

9 BY MR. RISLEY:

10    Q.   You've made some references to Elephant

11 Board that was brought in in 1999, correct?

12    A.   Yes.

13    Q.   Did that Elephant Board have elevated

14 sulfur content in it?

15    A.   I don't know.

16    Q.   Do you believe it was impossible to be

17 used as drywall in a house?

18    A.   I don't know.

19    Q.   You talked about -- you mentioned there

20 was an ASTM standard for flexibility of drywall, or

21 I forget -- rigidity, is that what you said?

22    A.   I think it's flexibility.  There's eight

23 or nine criteria on the checklist.  Yeah.

24    Q.   Does the Chinese drywall that

25 Interior/Exterior brought in from China meet that

Confidential - Subject to Further Confidentiality Review

1    ASTM standard?

2        A.    I don't know.

3        Q.    If it, in fact, does meet the standard, is

4    the fact that people complain about brittleness a

5    red flag to you?

6                MR. MEUNIER:   Objection; form.

7        A.    Yes, I think there were a lot of red

8    flags.

9    BY MR. RISLEY:

10       Q.    That's not my question.

11       A.    Yes.

12       Q.    If the drywall that Interior/Exterior

13   brought in meets the ASTM standard for flexibility,

14   rigidity, or whatever it is, does the fact that some

15   people thought the board was brittle raise a red

16   flag to you?

17       A.    Just the single item, it's brittle?

18       Q.    Yes.

19       A.    Well, I think it's one of other

20   characteristics that would have raised a red flag,

21   yes.

22       Q.    Well, --

23       A.    One of several.

24       Q.    Why is brittleness something that would be

25   one factor if it, in fact, complies with ASTM

1    standards?

2         A.   I mean, if you took it all by itself in a

3    little corner somewhere and said, gee, it's a little

4    more brittle, that would be one thing.  But, you

5    know, in the context of what was going on,

6    brittleness, heaviness, Chinese imports, customers

7    who didn't want it, I mean, there's a whole bunch of

8    things that were going on at the time.  So isolating

9    one fact, I don't think is really the approach to

10   understand during that period of time.

11        Q.   Well, do you know if there's an ASTM

12   standard for weight of drywall?

13        A.   I think there are ranges for weights.

14        Q.   You think there's ranges?

15        A.   I believe so.

16        Q.   Do you know what those ranges are, what

17   the ranges were that were in effect in 2005 and

18   2006?

19        A.   Not off the top of my head, no.

20        Q.   If the weight was within ASTM standards,

21   would that be a red flag to you?

22        A.   If it was within standards?

23        Q.   Yes.

24        A.   Taken as an individual item again, off in

25   a corner somewhere, probably not.  But that's not --

1    that's not what we were seeing.  That's not what the

2    evidence is.

3        Q.   You weren't seeing anything, then, were

4    you?  You didn't know about the drywall in 2005, did

5    you?

6        A.   I'm talking about what I was seeing in the

7    evidence, so no.

8        Q.   Okay.

9        A.   There are many things, many things that

10   were red flags.

11       Q.   Have you seen testimony that some people

12   who are customers of Interior/Exterior indicated

13   they would prefer not to have the Chinese drywall

14   because it was heavier and brittle, but would take

15   it if that was all that was available?

16       A.   I don't recall that.

17       Q.   You said earlier you're familiar with

18   customer preferences in certain industries, correct?

19       A.   Sure.

20       Q.   I'm trying to figure out how you can tell

21   when a customer preference stops being just a matter

22   of preference and becomes a warning signal that the

23   problem -- the product may be defective.

24       A.   Well, in my experience, I can tell you, in

25   a manufacturing environment, that -- that quality

Confidential - Subject to Further Confidentiality Review

1    personnel monitor things like that pretty closely,

2    and so from a statistical standpoint, they will

3    capture a customer feedback or issues that are

4    identified, and that's how they investigate, similar

5    to if you had a, you know, you had a food product

6    that was -- had E. coli, for example.  The number of

7    incidences of people getting sick from it would be a

8    trigger to go and investigate what happened, where

9    did it come from.

10        Q.   I understand a number of sicknesses, but

11   what if a number of people said, that just doesn't

12   taste good to me?

13        A.   I don't know.

14        Q.   I'm trying to figure out where your line

15   is here.  Because you said, first off, in a

16   manufacturing environment.

17        A.   Uh-huh.

18        Q.   Interior/Exterior was not involved in a

19   manufacturing environment, was it?

20        A.   End product environment.  No, correct.

21        Q.   It only bought the stuff and resold it,

22   and, as far as you know, they didn't make any

23   changes to it, did they?

24        A.   As far as I know, no.

25        Q.   And they did not intend to keep buying --

Confidential - Subject to Further Confidentiality Review

```
 1   assume with me that they did not intend to keep

 2   buying Chinese drywall --

 3        A.   Okay.

 4        Q.   -- once the shortage of American drywall

 5   went away.  Why would customer preferences be of

 6   importance to them at that point?

 7        A.   Well, that was just one of the points, you

 8   know.  Once again, it's one of the many flags in the

 9   information that INEX should have been using to

10   understand and to make good decisions about how they

11   were sourcing, and I don't know that they said they

12   were never going to use it again either.  I mean, it

13   was a bargain, from what I understand.

14        Q.   Do you know how much profit

15   Interior/Exterior may have made on the Chinese

16   drywall as opposed to domestic drywall?

17        A.   I don't know.  I can quote you statistics

18   on the discount that you can get in China, but I

19   don't know what they were getting.

20        Q.   Can you quote me statistics on the

21   discounts they got on drywall in 2005 and 2006,

22   after shipment is factored in?

23        A.   No.

24        Q.   Okay.  I'm not trying to be too mean here,

25   but you don't know what the pricing and sales points
```

1    were for drywall in 2005, 2006, do you?

2        A.   I do not know.

3        Q.   Okay.  Is it your understanding that part

4    of the claims made against Interior/Exterior in this

5    case is that the drywall they sold was defective

6    because it was heavy?

7        A.   I'm sorry.  Say that again.  Part of --

8        Q.   Is it your understanding that part of the

9    claims against Interior/Exterior in this case is

10   that the drywall they sold was defective because it

11   was heavy?

12       A.   I think it was defective because of the

13   gypsum, which was part of the characteristics of the

14   heaviness.

15       Q.   Well, have you reviewed any of the

16   pleadings in this case?

17       A.   The pleadings?

18       Q.   Yes.

19       A.   So you mean the overview of the case?

20       Q.   I mean pleadings that have been filed by

21   parties in court where they state their positions,

22   what their claim is and what their defenses are.

23       A.   Yes, I believe I have seen that.

24       Q.   What pleadings have you read?

25       A.   I'd have to look to --

Confidential - Subject to Further Confidentiality Review

1      Q.    Okay.  Let's take a second and do that,

2    please.

3      A.    -- and find that.   (Reviewing Document.)

4    Well, I'm not sure from this list, because there are

5    exhibits and so forth referred to, so I'm not sure.

6    But I know when I worked on the first case, I did

7    review those pleadings at the beginning.  I can't

8    recall any details, though.

9      Q.    Well, was Interior/Exterior a party to

10   that first case?

11     A.    Yes.

12     Q.    Have you -- do you specifically recall

13   ever reviewing any pleadings making claims against

14   Interior/Exterior?

15     A.    I don't recall -- sorry -- at this time.

16     Q.    That's fine.  That's fine.

17           You mentioned a little bit ago you have

18   some relatives in West Virginia?

19     A.    I do.

20     Q.    I understand they're okay; they have not

21   been too adversely affected by the hurricane?

22     A.    Two feet of snow.  They said they're

23   inside and warm, so I think we're good.

24     Q.    Do you know if they have a preference in

25   soft drinks?

Confidential - Subject to Further Confidentiality Review

```
 1        A.    Yeah, I think they do.

 2        Q.    Did they go to the store to stock up on

 3   things before the storm hit?

 4        A.    I suspect they did, yes.

 5        Q.    What would they have done if their

 6   favorite soft drink wasn't there?

 7        A.    I don't know.  Gotten something else, I

 8   guess.

 9        Q.    Sometimes you can't always get your

10   preference, can you?

11        A.    That's true.

12        Q.    Okay.  I've got a couple of math questions

13   for you.

14        A.    Okay.

15        Q.    I understood earlier on you said that

16   about 80 to 90 percent of your customers in your

17   supply chain consulting work were manufacturers.

18        A.    Yes.

19        Q.    And you said most of the others then were

20   transportation freight, forwarders, that kind of

21   thing, correct?

22        A.    Yes.  Correct.

23        Q.    Then you said later on, though, that out

24   of your more than 80 clients, 15 to 20 percent were

25   in the distributor chain, correct?
```

Confidential - Subject to Further Confidentiality Review

1          A.    In the distributor chain.  How --

2          Q.    There was a question about a classic

3     distributor.

4          A.    Uh-huh.

5          Q.    And you were talking about people like

6     Chicos and Corning.

7          A.    Oh, well, yes.  So in some cases, they're

8     both, a manufacturer -- like, Corning is a

9     manufacturer, and they also resell.  Chicos controls

10    the manufacturing, and they have their own retail

11    outlets, as well.  Other companies like Limited

12    Brands do both.  They have retail outlets, and they

13    also resell in other -- in other retailers.

14         Q.    If you have up to 90 percent

15    manufacturers,  --

16         A.    Yeah.

17         Q.    -- up to 20 percent distributors, and then

18    an equal amount transportation, freight forwarders,

19    that's about 130 percent.

20         A.    Yeah.

21         Q.    Where am I not adding up correctly?

22         A.    I get you.  But some of them overlap, so

23    they do both things.

24         Q.    All right.  Have you ever been an expert

25    in a case where the dispute was between the seller

Confidential - Subject to Further Confidentiality Review

```
 1    of a good and a purchaser of a good prior to this
 2    case?
 3         A.   The seller and the purchaser?
 4         Q.   Yes.
 5         A.   Yes.  I think several of these are --
 6    several of the cases I've worked on are related to
 7    that buyer/seller environment.
 8         Q.   Okay.  And in those cases, were you giving
 9    your opinions on what duties the seller had?
10         A.   Yes.  I often give an opinion about the
11    situation, which would be -- include duties of the
12    buyers and the sellers.
13         Q.   In most of those cases, was the seller
14    also the manufacturer?
15         A.   I'd need to refer and just think about it
16    for a minute.
17         Q.   I appreciate that.  What I'm really
18    looking for, have you ever been an expert in a case
19    where the dispute was between a seller who was not a
20    manufacturer and the buyer of a good?
21         A.   A seller who was not the manufacturer?
22    Yes.  Yes.  Actually, Cal Pro Source is the one I
23    just worked on, yeah.  Manufacturers were on class
24    manufacturers in China.  Cal Pro Source was a
25    reseller.  Let's see.  Yes.  Takaira Johnson in the
```

Confidential - Subject to Further Confidentiality Review

1    JC Toys case, a buyer and a retailer, yeah.

2        Q.   Okay.

3        A.   Let's see.   The distributor -- yeah, so I

4    guess a few.   I'd have to think through all the

5    relationships, yeah.

6        Q.   Okay.   That's fine.

7             You mentioned that -- and I may have

8    written this down in shorthand -- but China does not

9    have ASTM standards?

10       A.   ASTM are North American standards, as I

11   understand it.

12       Q.   In your experience -- in your experience,

13   are Chinese manufacturers accustomed to building to

14   ASTM standards?

15       A.   Not necessarily.   I mean, they can be

16   asked to build to those standards.   You can address

17   quality issues and try to get them to build to those

18   standards, but they don't have to rely on them for

19   selling in the Chinese market.

20       Q.   But for certain products that they're

21   going to manufacture for sale in the U.S., they do

22   have to meet ASTM standards, don't they?

23       A.   Well, you ask them to.

24       Q.   Okay.

25       A.   Whether or not they do is, you know, up

1    for grabs --

2         Q.    Right.

3         A.    -- is a question.  Right.  And that's why

4    we advocate closely monitoring them.

5         Q.    You said that you thought, based upon your

6    experience, that the Taishan plant was primarily

7    geared toward the domestic market because it was

8    government-owned, correct?

9         A.    Correct.

10        Q.    Have you seen any of the marketing

11   materials used by Taishan in 2005 or 2006?

12        A.    No.

13        Q.    Have you seen their website in 2005 or

14   2006?

15        A.    No.

16        Q.    Have you seen Judge Fallon's opinion upon

17   the efforts made by Taishan in 2005 and 2006 to

18   serve the market in America and Louisiana?

19        A.    You know, I reviewed parts of Judge

20   Fallon's report, but I think it's, like, 140 pages.

21   I did not read the whole thing cover to cover.

22        Q.    Okay.  You also said at one point that you

23   had a cursory understanding of the law applicable to

24   the potential liability of Interior/Exterior.  Can

25   you tell me what that cursory understanding is?

Confidential - Subject to Further Confidentiality Review

 1       A.    Well, I have some kind of vague

 2   understanding, what has been explained to me with

 3   respect to building materials in Louisiana, what's

 4   required by the building codes.  I understand that

 5   INEX should have taken some reasonable care and

 6   responsibility, and that's related to the laws.  I

 7   don't know.  I just couldn't articulate what all of

 8   those individual legal aspects are.

 9       Q.    What's been the source of that information

10   for you?

11       A.    Primarily with the attorneys I'm working

12   with.

13       Q.    With the attorneys representing the

14   plaintiffs in this case?

15       A.    Yes.

16       Q.    Do you believe you're an expert in

17   Louisiana law applying to the duties of a seller?

18       A.    Oh, no.  I don't even know what that is.

19       Q.    Do you know what redhibition is?

20       A.    I've seen the definition of it, but I

21   couldn't articulate that.

22       Q.    Okay.

23       A.    No.

24       Q.    Do you have any understanding of what

25   Louisiana law is on the obligations, if any, of a

Confidential - Subject to Further Confidentiality Review

1    seller to inspect a product or test a product before

2    selling it?

3        A.   No.

4        Q.   Have you asked the lawyers you've been

5    working with to give you any of that information?

6        A.   I believe we discussed some things in

7    discussions so that I had context and understanding,

8    but I'm -- it's not my area of expertise, so it's

9    not what I focused on.

10       Q.   Okay.  So am I correct you've not made any

11   effort to ensure that your opinions are consistent

12   with Louisiana law that may apply to this case?

13       A.   I'm sorry.  Ask that again.  My --

14       Q.   Have you made any effort to determine

15   whether your opinions about what INEX should or

16   should not have done are consistent with what

17   Louisiana law is on that subject?

18            MR. MEUNIER:  Objection; form.

19       A.   Discussion with the attorneys about --

20   about that?

21   BY MR. RISLEY:

22       Q.   Or anything, not just that.

23       A.   My opinions were based on what should be

24   good practice in sourcing products from China.  So

25   those things are sort of peripheral to what I was

Confidential - Subject to Further Confidentiality Review

1    doing, so nothing in great detail, no.

2        Q.    But your opinions are based upon what

3    someone importing goods from China should be doing

4    from your perspective, correct?

5        A.    Correct.

6        Q.    Okay.  And as far as what Louisiana law

7    may or may not require, that's outside of your

8    expertise, correct?

9        A.    That's outside of my expertise, correct.

10       Q.    You made a couple mentions to the fact

11   that in 2005 and 2006, you said something about

12   issues with other Chinese products; do you remember

13   saying that?

14       A.    Yes.

15       Q.    What do you mean by that?

16       A.    During that period of time, there were a

17   number of news articles about defective Chinese

18   products coming into the U.S., toys, Razor scooters,

19   paint products.  There were several different

20   products that made national news that were related

21   to import products coming in.

22       Q.    Were there also news stories at that time

23   about defective products manufactured other places

24   than China and brought into the United States?

25       A.    Probably, but China was definitely what

Confidential - Subject to Further Confidentiality Review

1    the press picked up on.

2        Q.   Were there stories at that time about

3    domestic -- domestically-manufactured products,

4    products made in the U.S. that were defective?

5        A.   There are always stories about domestic

6    products manufactured, but somehow they aren't as

7    sensational and the press doesn't pick up on those

8    products very often, almost never.

9        Q.   We agree that the potential for a

10   defective product arises wherever it's manufactured?

11       A.   Yes.

12       Q.   Do you think that China is an especially

13   hazardous place from which to buy products?

14       A.   Can be, yes.

15       Q.   But your -- at least a large portion of

16   your work over the last five years has been to bring

17   those products into the United States, correct?

18       A.   Yes.  And helping my customers sort of

19   stay out of trouble by taking reasonable action to

20   monitor the quality of the products coming in.

21       Q.   Did any of those stories about Chinese

22   products in 2005 and 2006 have to do with building

23   products?

24       A.   Yes.

25       Q.   What were those?

Confidential - Subject to Further Confidentiality Review

1      A.    The one I referred to in my report, and I

2  can tell you what that is in just a moment.  The

3  Dragon Roars, 3 September, 2005, and that's the

4  timber and industry magazine.

5      Q.    And what was the defect with that product?

6      A.    They talk about the sourcing approach to

7  avoid defects in the product.

8      Q.    What defect was there in that product?

9      A.    I don't remember.

10      Q.    Is it possible there wasn't a defect in

11  the product?

12      A.    Well, I think they talked about the

13  process of avoiding defects, so I don't know if they

14  specifically named any of them.

15      Q.    Then let me ask the question again.  In

16  the 2005, 2006 time period, --

17      A.    Yes.

18      Q.    -- were there any stories in the news

19  about building products manufactured in China that

20  actually had a defect in it?

21      A.    Building products?

22      Q.    Yes.

23      A.    None that I've referenced in my report.

24      Q.    Okay.

25      A.    Whether or not there were some, I don't

Confidential - Subject to Further Confidentiality Review

 1    know.

 2        Q.    Now, you mentioned a couple minutes ago an

 3    issue about paint on some Chinese products?

 4        A.    Yes.

 5        Q.    What was that?

 6        A.    Well, the big one was Mattel toys with

 7    lead paint.

 8        Q.    So should someone who's bringing painted

 9    products into the United States from China have some

10    testing done to see about the paint content?

11        A.    Absolutely.  It's required now.  U.S. --

12    the United States Customs requires lead

13    certificates, yes.

14              MR. RISLEY:  I only have one copy, but

15          I think you've seen it.

16    BY MR. RISLEY:

17        Q.    I'm going to show you what's been marked

18    as Exhibit 4 to your deposition.

19          (Deposition Exhibit 4 was marked for

20                identification.)

21              MR. MEUNIER:  Everybody gets a free

22          one today.

23              THE WITNESS:  Oh, good.  Do we want

24          this?

25    BY MR. RISLEY:

1      Q.   Well, what does that look like to you?

2      A.   A key chain.

3      Q.   And what's the name on the key chain?

4      A.   Herman, Herman, Katz & Colter [sic].

5      Q.   And is that one of the law firms you've

6  been working with?

7      A.   Yeah, I know that name from somewhere.  I

8  can't remember where.

9      Q.   Okay.  And does that product indicate

10  where it was made?

11      A.   Yes.  There it is.  Made in China.

12      Q.   Should that product have been tested for

13  paint content before it was brought into the United

14  States?

15      A.   For lead content?

16      Q.   For lead content in the paint?

17      A.   It depends on when, because the new lead

18  standards didn't go into effect until a few years

19  ago.  But, yes, if it -- if it came within the last

20  year or so, it had to have come in with a U.S.

21  custom certificate.

22      Q.   If it came in before that time, should it

23  have been tested for lead content in the paint?

24      A.   Good practice would say yes.  Whether or

25  not they did, I don't know.

Confidential - Subject to Further Confidentiality Review

1      Q.   Okay.  And why would good practice have

2   said yes?

3      A.   Well, because you would have been

4   skeptical about products coming in from China.  So

5   importers, by and large, since about 1980 something,

6   in there, 1990, maybe, have taken positive steps to

7   make sure that products are tested before they leave

8   China or that there is some manufacturing review

9   going on before products are shipped.

10      Q.   What was it that happened in the '80s that

11   started that awareness?

12      A.   A lot of bad products coming in from

13   China.

14      Q.   Well, a lot of bad products or a lot of

15   bad products involving lead paint?

16      A.   No.  All kinds of quality issues, not just

17   lead paint.

18      Q.   Okay.

19      A.   In fact, that product probably has lead in

20   it, not just lead paint.

21      Q.   Is that because of the metal content?

22      A.   The metal content.

23      Q.   Okay.  So should the key ring itself, as

24   opposed to the paint, been tested?

25      A.   Probably both.

```
 1        Q.    Okay.  If you are importing a product, how
 2   do you know what to test for?
 3        A.    Well, certain things you're required to
 4   test for.  For example, I have a client in
 5   San Francisco that does girls' apparel, and they
 6   have to test all the buttons, all the buckles,
 7   anything that comes in on the apparel for lead
 8   because it's being worn by a child, so that's a new
 9   requirement.
10             If you are manufacturing products to
11   specifications, say, FDA requirements for medical
12   products -- almost all small medical products are
13   now made in China -- you have FDA regulations you
14   have to test to.  So it depends on what the product
15   is that you're manufacturing and how you would
16   approach that testing.
17        Q.    If it's not required by statute or
18   regulation, how do you know what to test for?
19        A.    You would test, as you normally would, in
20   a manufacturing environment, so you would test the
21   process along the way for specifications in size,
22   quality, consistency, all sort of things you would
23   test in the manufacturing.
24        Q.    If a particular risk associated with a
25   product had never been experienced before, how would
```

Confidential - Subject to Further Confidentiality Review

```
 1    someone who was going to bring in that type of

 2    product know to be testing for that potential?

 3        A.   Well, you wouldn't necessarily.  But, you

 4    know, in normal reasonable process of sourcing, you

 5    would do general quality testing.  You wouldn't

 6    necessarily be looking for one particular thing

 7    unless you had some idea that there was an issue

 8    with it.

 9        Q.   And how do you get an idea if there's an

10    issue with it?

11        A.   Well, in this case, I mean, clearly, you

12    know, there was lots of evidence and red flags that

13    there were problems with the gypsum.

14        Q.   Well, why do you say "problem"?

15        A.   Because there was brittleness, there was

16    heaviness, there was scoring problems, there were

17    complaints from customers.  There were a lot of red

18    flags that would indicate that there were issues

19    with this product, and there was no investigation

20    done with respect to this manufacturer.

21        Q.   To your knowledge, was anyone aware in

22    2005 and 2006 that drywall could contain excessive

23    amounts of sulfur that could cause off-gassing?

24        A.   I don't know.

25             MR. RISLEY:  That's all I have.  Thank
```

Confidential - Subject to Further Confidentiality Review

```
 1          you.

 2               THE WITNESS:  Thank you.

 3               THE VIDEOGRAPHER:  Anything else?

 4               MR. DUPLANTIER:  No.

 5               THE VIDEOGRAPHER:  The time now is

 6          2:46 p.m.  Today's deposition of

 7          Ms. Rosemary Coates, consisting of four

 8          tapes, is now concluded.

 9               (DEPOSITION CONCLUDED.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2

 3         I,_____, do hereby

 4    certify that I have read the foregoing pages and

 5    that the same is a correct transcription of the

 6    answers given by me to the questions therein

 7    propounded, except for the corrections or changes in

 8    form or substance, if any, noted in the attached

 9    Errata Sheet.

10         _____

11         ROSEMARY A. COATES           DATE

12

13    Subscribed and sworn to before me this

14    _____ day of _____, 20 _____.

15    My commission expires: _____

16

17    Notary Public

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

1                    - - - - - -

2                      ERRATA

3                    - - - - - -

4    PAGE   LINE   CHANGE/REASON

5    ____   ____   _____

6    ____   ____   _____

7    ____   ____   _____

8    ____   ____   _____

9    ____   ____   _____

10   ____   ____   _____

11   ____   ____   _____

12   ____   ____   _____

13   ____   ____   _____

14   ____   ____   _____

15   ____   ____   _____

16   ____   ____   _____

17   ____   ____   _____

18   ____   ____   _____

19   ____   ____   _____

20   ____   ____   _____

21   ____   ____   _____

22   ____   ____   _____

23   ____   ____   _____

24   ____   ____   _____

25   ____   ____   _____

Confidential - Subject to Further Confidentiality Review

```
1                    - - - - - -

2                   LAWYER'S NOTES

3                    - - - - - -

4     PAGE  LINE

5     ____  ____   _____

6     ____  ____   _____

7     ____  ____   _____

8     ____  ____   _____

9     ____  ____   _____

10    ____  ____   _____

11    ____  ____   _____

12    ____  ____   _____

13    ____  ____   _____

14    ____  ____   _____

15    ____  ____   _____

16    ____  ____   _____

17    ____  ____   _____

18    ____  ____   _____

19    ____  ____   _____

20    ____  ____   _____

21    ____  ____   _____

22    ____  ____   _____

23    ____  ____   _____

24    ____  ____   _____

25    ____  ____   _____
```

Confidential - Subject to Further Confidentiality Review

```
 1                     CERTIFICATE

 2           I, LESLIE B. DOYLE, Certified Court

 3    Reporter (LA), NCRA Registered Professional Reporter

 4    and Certified LiveNote™ Reporter, do hereby certify

 5    that prior to the commencement of the examination,

 6    ROSEMARY A. COATES was duly sworn by me to testify

 7    to the truth, the whole truth and nothing but the

 8    truth.

 9           I DO FURTHER CERTIFY that the foregoing is

10    a verbatim transcript of the testimony as taken

11    stenographically by and before me at the time, place

12    and on the date hereinbefore set forth, to the best

13    of my ability.

14           I DO FURTHER CERTIFY that I am neither a

15    relative nor employee nor attorney nor counsel of

16    any of the parties to this action, and that I am

17    neither a relative nor employee of such attorney or

18    counsel, and that I am not financially interested in

19    the action.

20           This 31st day of October, 2012.

21

22

23           _____

              LESLIE B. DOYLE, RMR, RDR

24            Certified Court Reporter (LA)

              Certified LiveNote™ Reporter

25
```