*COMPETITIVE REPORT*

**Distribution:**

| | | |
|---|---|---|
| Plant Manager | 151-EGP Lab | Product:    1/2" 4 X 12 |
| Board Manager | 143-1 Tech Services | Tested at:  USG # 396 |
| Mill Manager | 147- Product Manager | Report No:   0206 |
| AQM | Regional Mktg Manager | Date:        4/5/2006 |
| VP/Manufacturing | | |

| | | |
|---|---|---|
| Brand | Knauff | Sheetrock |
| Manufacturer | Knauff | U. S. Gypsum |
| Manufacturing Location | China | New Orleans #396 |
| Dealer Location | Harahan, LA. | Harahan, LA. |
| Kind of Sample | 1/2" 4 x 12 | 1/2" 4' x 8' |
| Code Marking | 5/12/2012 18:06 | 3/17/06 LM 16:04 396 |
| Date of mfg. | ? | 3/17/06 |

**FOR INTERNAL USE ONLY, Under No Condition is this Report to be Copied,**
**Distributed or Shown to Anyone Outside of the Company.**

| MANUFACTURER | DATE OF MFG | WEIGHT LBS.MSF | | AVERAGE THICKNESS | AVERAGE NAIL PULL |
|---|---|---|---|---|---|
| USG | 3/17/2006 | | 1488 | 0.504 | 81.68 |
| Knuaff | No Date | | 1820 | 0.492 | 75.49 |

**Knauff:**
Minor deficiencies in Nail Pull below ASTM spec.
    Some back end split.
    Both taper widths below spec.
    Heavy board weight of 1820 lbs/msf.
    Low core and rehyd.purity.

**USG:**
Minor deficiencies in edge hardness below spec.
    Some back endsplit.
    ASTM Transverse strength parallel f.u. below spec.


EXHIBIT
3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          LA IW MDL 031015

| | | | Knauff | USG | USG SPEC. |
|---|---|---|---|---|---|
| PRODUCT | | | 1/2" 4 X 12 | 1/2" SHEETROCK | |
| WEIGHT (LBS/MSF) | | | 1820 | 1488 | |
| ASTM DIMENSIONS | | Length | 144" | 96" | +0' - 1/8" |
| | | Width | - 1/32 | -1/16 | +0" - 3/32" |
| | | Square | OK | OK | 1/16" Max. |
| THICKNESS (ASTM) | | Max. | 0.509 | 0.508 | 0.51 |
| | | Min. | 0.486 | 0.5 | 0.49 |
| | | Avg. | 0.492 | 0.504 | 0.5 |
| ASTM TRANSVERSE STRENGTH | | | | | |
| | ACROSS | FU | 109 | 114 | 107 Min. |
| | ACROSS | FD | 119 | 125 | 107 Min. |
| | PARALLEL | FU | 52.7 | 35.5 | 36 Min. |
| | PARALLEL | FD | 49.4 | 45.5 | 36 Min. |
| FIELD HARDNESS | | | | | |
| | GAUGE | Max. | 26 | 22 | 30 Max. |
| | | Min. | 22 | 19 | |
| | | Avg. | 24 | 21 | 16 Min. |
| | ASTM | Max. | 26 | 21 | |
| | | Min. | 25 | 22 | 11 Min. |
| | | Avg. | 26 | 22 | |
| EDGE HARDNESS | | | | | |
| | GAUGE | Max. | 33 | 18 | |
| | | Min. | 29 | 16 | 16 Min. |
| | | Avg. | 31 | 17 | 20 Min. |
| | ASTM | Max. | 40 | 19 | |
| | | Min. | 33 | 21 | 11 Min. |
| | | Avg. | 37 | 20 | |
| ASTM END HARDNESS | | | | | |
| | | Max. | 30 | 20 | |
| | | Min. | 28 | 21 | |
| | | Avg. | 26 | 23 | 11 Min. |
| ASTM DEFLECTION | | | 0.047 | 0.078 | 10/8" Max. |
| NAIL PULL (lbs.) | | | 75.49 | 81.68 | 77 lbs. Min. |

| | | | Knauff | USG | USG SPEC |
|---|---|---|---|---|---|
| BOND (3 hour humidified) | FACE | % Failure | 0 | 0 | |
| | | Load | 19.2 | 13.7 | |
| | Back | % Failure | 0 | 0 | |
| | | Load | 19.7 | 10.6 | |
| TAPER FORMATION ASTM | | | | | 2 1/4-2 3/4 |
| | Code Taper Width | | 2" | 2 3/8" | .045-.075 |
| | Code Taper Depth | | 0.063 | 0.072 | +.005 -.010 |
| | Code- Amount of Shoulder | | 0.009 | -0.006 | 2 1/4-2 3/4 |
| | Non-Code Taper Width | | 1 7/8 | 2 7/16" | .045-.075 |
| | Non-Code Taper Depth | | 0.062 | 0.086 | +.005 -.010 |
| | Non-Code- Amount of Shoulder | | 0.003 | -0.005 | |
| BOND AS RECEIVED | | | 0 | 0 | 2 Max |
| End Split Lead (1/16") | | Face | 16 | 16 | 2 Max |
| | | Back | 0 | 0 | 2 Max |
| End Split Trail (1/16") | | Face | 0 | 12 | 2 Max |
| | | Back | 32 | | Square |
| Edge Formation | | Coded | OK | OK | Square |
| | | Non-Code | OK | OK | |
| SURFACE APPEARANCE | | | | | 10 is the Smoothest |
| Texture Rating (1-10) | | | 6 | 6 | |
| Fiber Type | | | Unknown | Reclaim | |
| Scoring & Breaking | | | Jagged | Good | |
| BOARD CORE PURITY | | | 84.1 | 91.6 | |
| REHYD. GYPSUM PURITY | | | 85.6 | 95.2 | |

ONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

*COMPETITIVE REPORT*

Distribution:

| | | | |
|---|---|---|---|
| Plant Manager | 151-EGP Lab | Product: | 1/2" |
| Board Manager | 143-1 Tech Services | Tested at: | New Orleans #396 |
| Mill Manager | 147- Product Manager | Report No: | 04-06 |
| AQM | Regional Mktg Manager | Date: | 7/21/2006 |
| VP/Manufacturing | | | |

| | |
|---|---|
| Brand | |
| Manufacturer | Knauff |
| Manufacturing Location | China |
| Dealer Location | New Orleans |
| Kind of Sample | 1/2"x4'x12' |
| Code Marking | 06-01-12 06.46 |
| Date of mfg. | ? |

**FOR INTERNAL USE ONLY, Under No Condition is this Report to be Copied, Distributed or Shown to Anyone Outside of the Company.**

| *MANUFACTURER* | DATE OF MFG | WEIGHT LBS.MSF | AVERAGE THICKNESS | AVERAGE NAIL PULL |
|---|---|---|---|---|
| Knauff | ? | n/a | 0.494 | 68.52 |

**Knauff**

Major deficiency  Nail pull 8.48 lbs below spec.

Minor deficiencies  Gauge edge hardness below spec.
100 % failure on humidified bond on face.
4.13 lbs. load on humidified bond on face.
Both taper widths below spec.
Low core purity.

| | | | Knauff | USG SPEC. |
|---|---|---|---|---|
| PRODUCT | | | 1/2" | |
| WEIGHT (LBS/MSF) | | | n/a | |
| ASTM DIMENSIONS | | Length | 144" | +0' - 1/8" |
| | | Width | -1/32" | +0" - 3/32" |
| | | Square | ok | 1/16" Max. |
| THICKNESS (ASTM) | | Max. | 0.499 | 0.51 |
| | | Min. | 0.49 | 0.49 |
| | | Avg. | 0.494 | 0.5 |
| ASTM TRANSVERSE STRENGTH | | | | |
| | ACROSS | FU | 112.8 | 107 Min. |
| | ACROSS | FD | 118.13 | 107 Min. |
| | PARALLEL | FU | 53.13 | 36 Min. |
| | PARALLEL | FD | 52.9 | 36 Min. |
| FIELD HARDNESS | | | | |
| | GAUGE | Max. | 20 | 30 Max. |
| | | Min. | 18 | |
| | | Avg. | 19 | 16 Min. |
| | ASTM | Max. | 28.53 | |
| | | Min. | 21.06 | 11 Min. |
| | | Avg. | 24.96 | |
| EDGE HARDNESS | | | | |
| | GAUGE | Max. | 16 | |
| | | Min. | 13 | 16 Min. |
| | | Avg. | 15 | 20 Min. |
| | ASTM | Max. | 33.98 | |
| | | Min. | 23.98 | 11 Min. |
| | | Avg. | 29.44 | |
| ASTM END HARDNESS | | | | |
| | | Max. | 26.02 | |
| | | Min. | 25.98 | |
| | | Avg. | 26 | 11 Min. |
| ASTM DEFLECTION | | | 1/12" | 10/8" Max. |
| NAIL PULL (lbs.) | | | 68.52 | 77 lbs. Min. |

| | | | knauff | USG SPEC |
|---|---|---|---|---|
| BOND (3 hour humidified) | | | | |
| | FACE | % | | |
| | | Failure | 39 | |
| | | Load | 11.62 | |
| | Back | % | | |
| | | Failure | 100 | |
| | | Load | 4.13 | |
| TAPER FORMATION ASTM | | | 7.5; 88 | |
| | Code Taper Width | | 1 7/8"= 1.88 | 2 1/4-2 3/4 |
| | Code Taper Depth | | 0.059 | .045-.075 |
| | Code- Amount of Shoulder | | 0.003 | +.005 -.010 |
| | Non-Code Taper Width | | 1 5/8" | 2 1/4-2 3/4 |
| | Non-Code Taper Depth | | 0.055 | .045-.075 |
| | Non-Code- Amount of Shoulder | | 0.002 | +.005 -.010 |
| BOND AS RECEIVED | | | | |
| End Split Lead (1/16") | | Face | 0 | 2 Max |
| | | Back | 4 | 2 Max |
| End Split Trail (1/16") | | Face | 0 | 2 Max |
| | | Back | 4 | 2 Max |
| Edge Formation | | Coded | square | Square |
| | | Non-Code | square | Square |
| SURFACE APPEARANCE | | | | 10 is the |
| Texture Rating (1-10) | | | 6 | Smoothest |
| Fiber Type | | | n/a | |
| Scoring & Breaking | | | jagged core | |
| BOARD CORE PURITY | | | 81.89 | |
| REHYD. GYPSUM PURITY | | | 80.94 | |