Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE:  CHINESE-MANUFACTURED      :   MDL NO. 2047
      DRYWALL PRODUCTS LIABILITY        :
 5    LITIGATION                        :   SECTION:   L
                                        :
 6    --------------------------------  :   JUDGE FALLON
      This Document Relates to:         :
 7    ALL CASES                         :   MAG. JUDGE
                                        :   WILKINSON
 8
 9
10           CONFIDENTIAL - SUBJECT TO FURTHER
11                 CONFIDENTIALITY REVIEW
12
13             MONDAY, OCTOBER 15, 2012
14
                         - - -
15
16
17          Videotaped deposition of RAY STOLTZ, held
      at Dufrene Building Materials, Inc., 2108 Engineers
18    Road, Belle Chasse, Louisiana, commencing at 12:58
      p.m., on the above date, before Leslie B. Doyle,
19    Certified Court Reporter (LA), Registered Diplomate
      Reporter, Certified LiveNote Reporter.
20
21
22                       - - -
23            GOLKOW TECHNOLOGIES, INC.
24        877.370.3377 ph | 917.591.5672 fax
25              deps@golkow.com
```

EXHIBIT

4

Confidential - Subject to Further Confidentiality Review

```
 1    issues with.  That's why -- I mean, I didn't want

 2    any import board, period.  Now, they've always -- as

 3    far as I know, they always pretty much dealt with an

 4    import board unless, you know, things got better

 5    here at the market to where they could buy domestic

 6    board cheaper.

 7         Q.   All right.  You said that they were

 8    dealing with an import board before.  What time

 9    period were you talking about?

10         A.   In 2000, during the time of McCoy's.

11    2000 -- '99, '98 to 2000, somewhere up in there.

12         Q.   Okay.  And you said you had problems with

13    that board?

14         A.   Yes.

15         Q.   Was that while you were with --

16         A.   McCoy's.

17         Q.   -- McCoy's?  Okay.

18              What problems did you have with that

19    board?

20         A.   The board was -- the hangers wouldn't hang

21    it because it was too hard and heavy.  They had

22    issues.  They -- I had issues with INEX.  INEX was

23    delivering the board.  It would show up on the job

24    site.  The hangers would show up, and the hangers

25    would walk out of the house.  They wouldn't hang the
```

Confidential - Subject to Further Confidentiality Review

```
 1   board.

 2            And during -- you know, St. Tammany Parish

 3   has always had a good housing market on up to the

 4   downfall of the housing market.  You would have --

 5   if a hanger walked out, you needed to get a hanger,

 6   it would take you a week, two weeks to get another

 7   hanger, you know.  So when a hanger walks out,

 8   you're shutting down everything for two weeks.  You

 9   know, it kind of -- you got money sitting out there

10   just tacking up interest; you're waiting for a

11   hanger.

12            So, you know, we pretty much -- that's

13   when -- I had them walk out on that one house, and

14   that's when we said just -- I said, no more import

15   board; there's too many issues with it.

16        Q.   Okay.  Do you recall there just being one

17   occasion where you had hangers walk out?

18        A.   That one, two occasions, and I had another

19   one.

20        Q.   Hold on.  There were two occasions when

21   hangers walked out?

22        A.   Yes.

23        Q.   Okay.

24        A.   Go ahead.

25        Q.   You said -- and then you had another one?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.    Well, that one -- two.

 2        Q.    Okay.  You were describing one time --

 3        A.    One and then another one, yes.

 4        Q.    Got you.  Okay.

 5              So just so we're clear, two times back in

 6   '99, 2000, when you were with McCoy's where you had

 7   hangers walk out after receiving import board from

 8   Interior/Exterior?

 9        A.    Correct.

10        Q.    And their complaint was that the board was

11   too heavy and too hard to hang?

12        A.    Hard.

13        Q.    Too hard?

14        A.    It was hard as -- when they were cutting

15   it, --

16        Q.    Uh-huh.

17        A.    -- it was just too hard to cut.  It was

18   dulling their knives.

19        Q.    Do you recall who the manufacturer of that

20   board was?

21        A.    No, but they called it Elephant Board.

22        Q.    Do you know where it came from?

23        A.    I'm not 100 percent certain.  Asia.

24        Q.    Did you hear of any other complaints about

25   the Elephant Board?
```

Confidential - Subject to Further Confidentiality Review

```
 1       A.   No.

 2       Q.   Any complaints about it smelling?

 3       A.   No.

 4       Q.   No odors?

 5       A.   (Shakes head.)

 6       Q.   No?

 7       A.   No.

 8       Q.   Any complaints about anyone who may have

 9  used it and it causing any corrosion in their homes?

10       A.   No.

11       Q.   Okay.  So when did you become aware that

12  Interior/Exterior was bringing in drywall from

13  China?

14       A.   I don't recall.  I don't recall when they

15  brought it in.

16       Q.   Do you recall any discussions with any

17  representatives of Interior/Exterior after Hurricane

18  Katrina where you told them you didn't want any

19  drywall from China?

20       A.   I mean, I can't recall a specific time and

21  date where I sat them down, no.

22       Q.   Now, back in '99 or 2000, when you had

23  these issues come up with the Elephant Board and the

24  two complaints, did you talk to Interior/Exterior

25  about it?
```

Confidential - Subject to Further Confidentiality Review

1          A.    Yes.

2          Q.    Who did you talk to?

3          A.    Russell Wall.

4          Q.    What did you tell Russell?

5          A.    Told Russell we had the issue, the hangers

6    walked out, and we wanted the board picked up and

7    swapped out, and we also -- we didn't want any more

8    import board on any of our jobs.

9          Q.    Did INEX swap out the board on this job?

10         A.    Yes.

11         Q.    To your knowledge, did INEX send you any

12   more import board on any other jobs?

13         A.    Not to my knowledge, no.

14         Q.    Now, you switched over right after this or

15   shortly after this from McCoy's to Louisiana Lumber,

16   right?

17         A.    Uh-huh.

18         Q.    Yes?

19         A.    Yes.

20         Q.    Okay.  Did you deal with the same person

21   at INEX when you made that move?

22         A.    Yes.

23         Q.    That was Russell?

24         A.    Russell.

25         Q.    Okay.  Did you tell Russell once you were