**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | ) | **CIVIL ACTION NO. 09-2047** |
| **DRYWALL PRODUCTS LIABILITY** | ) | |
| **LITIGATION** | ) | **JUDGE FALLON** |
| _____ | ) | |
| **This Document Relates to:** | | **MAGISTRATE WILKINSON** |
| **ALL CASES** | | |

## ORDER

Considering the Fifth  Motion *in Limine* Regarding Rosemary Coates filed by Interior

Exterior Building Supply, L.P., and Interior Exterior Enterprises, LLC's;

**IT IS ORDERED** that a hearing on Interior Building Supply, L.P.'s and Interior Exterior

Enterprises, LLC's Fifth Motion *in Limine* Regarding Rosemary Coates, shall be held on an

expedited basis on Friday, November 16, 2012, at 9:00 a.m.


New Orleans, Louisiana this _____ day of November, 2012.


_____

HONORABLE ELDON E. FALLON
U.S. DISTRICT JUDGE