UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | CIVIL ACTION NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | JUDGE FALLON |
| _____ | ) | |
| This Document Relates to: | | MAGISTRATE WILKINSON |
| ALL CASES | | |

### INTERIOR EXTERIOR'S FOURTH MOTION *IN LIMINE* REGARDING LORI STREIT

NOW INTO COURT, through undersigned counsel, comes defendants, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. ("Interior Exterior") who move this Honorable Court for an order *in limine* prohibiting the plaintiffs from presenting any opinion testimony of Lori Streit that: (1) if Interior Exterior had visited the gypsum mine in China, they would have noted that hydrogen sulfide levels were a concern at the mine; (2) if Interior Exterior had visited the manufacturing plant, they would have been aware that a sulfur odor was emanating from the drywall and the raw gypsum (3) if Interior Exterior had visited a gypsum testing laboratory, they would have been aware that a sulfur odor was emanating from the drywall; (4) if Interior Exterior had contracted with a third party testing and monitoring entity, the sulfur smell associated with the drywall would have been detected; and (5) Interior Exterior did not review certain ASTM testing results that showed the Chinese manufactured drywall was in compliance with ASTM standards. Ms. Streit is: (1) not qualified to render any such opinions by her knowledge, skill, experience, training, or education; and (2) her opinions are not reliable pursuant to the doctrines set forth in *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and Rule 703 of the Federal Rules of Evidence.

Case 2:09-md-02047-EEF-MBN   Document 16198   Filed 11/12/12   Page 2 of 2

Respectfully submitted,

*Richard G. Duplantier, Jr.   /s/*
Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Benjamin R. Grau (#26307)
Carlina C. Eiselen, (# 28524)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802 / Fax: (504) 525-2456
rduplantier@gjtbs.com / jhassinger@gjtbs.com
bgrau@gjtbs.com / ceiselen@gjtbs.com
*Counsel for Defendant, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC*

### Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 12th day of November, 2012.

*Richard G. Duplantier, Jr.   /s/*
RICHARD G. DUPLANTIER, JR.