Confidential - Subject to Further Confidentiality Review

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  CHINESE-MANUFACTURED      :  MDL NO. 2047
DRYWALL PRODUCTS LIABILITY        :
LITIGATION                        :  SECTION:  L
                                  :
------------------------------    :  JUDGE FALLON
This Document Relates to:         :
ALL CASES                         :  MAG. JUDGE
                                  :  WILKINSON


CONFIDENTIAL - SUBJECT TO FURTHER

CONFIDENTIALITY REVIEW


THURSDAY, NOVEMBER 1, 2012


- - -


        Videotaped deposition of LORI A. STREIT,
PH.D., held at the Law Offices of Herman, Herman &
Katz, L.L.C., 820 O'Keefe Avenue, New Orleans,
Louisiana, commencing at 8:09 a.m., on the above
date, before Leslie B. Doyle, Certified Court
Reporter (LA), Registered Diplomate Reporter,
Certified LiveNote Reporter.


- - -


GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com


Exhibit A

Confidential - Subject to Further Confidentiality Review

## Page 2

1  A P P E A R A N C E S:
2
3  APPEARING ON BEHALF OF THE PLAINTIFFS' STEERING
4  COMMITTEE:
5     SCOTT ALAN GEORGE, ESQUIRE
         Email: Sgeorge@seegerweiss.com
6     Phone: (215) 553-7982
      SEEGER WEISS, LLP
7     1515 Market Street, Suite 1380
      Philadelphia, Pennsylvania 19102
8
9     DANIEL K. BRYSON, ESQUIRE
         Email: Dan@wbmllp.com
10    Phone: (919) 600-5000
      WHITFIELD, BRYSON & MASON, LLP
11    900 W. Morgan Street
      Raleigh, North Carolina 27603
12
13    HUGH P. LAMBERT, ESQUIRE
         Email: Hlambert@lambertandnelson.com
14    CAYCE C. PETERSON, ESQUIRE
         Email: Cpeterson@lambertandnelson.com
15    Phone: (504) 581-1750
      LAMBERT & NELSON, PLC
16    701 Magazine Street
      New Orleans, Louisiana 70130
17
18  APPEARING ON BEHALF OF INTERIOR/EXTERIOR BUILDING
19  SUPPLY, L.L.C.:
20    BENJAMIN R. GRAU, ESQUIRE
         Email: Bgrau@gjtbs.com
21    CARLINA C. EISELEN, ESQUIRE
         Email: Ceiselen@gjtbs.com
22    Phone: (504) 525-6802
      GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, PLC
23    One Shell Square
      701 Poydras Street, 40th Floor
24    New Orleans, Louisiana 70139
25

## Page 3

1  APPEARANCES (CONTINUED):
2
3  APPEARING ON BEHALF OF NORTH RIVER INSURANCE
4  COMPANY:
5     SUZANNE M. PATRICK, ESQUIRE
         Email: Spatrick@thompsoncoe.com
6     Phone: (713) 403-8210
      THOMPSON, COE, COUSINS & IRONS, L.L.P.
7     One Riverway, Suite 1600
      Houston, Texas 77056
8
9  APPEARING ON BEHALF OF LANDMARK AMERICAN INSURANCE
10  COMPANY:
11  (VIA TELEPHONE)
12    MELISSA M. LESSELL, ESQUIRE
         Email: Mlessell@dkslaw.com
13    Phone: (504) 593-0689
      DEUTSCH, KERRIGAN & STILES, LLP
14    755 Magazine Street
      New Orleans, Louisiana 70130
15
16  VIDEOGRAPHER:
17    TANYA NORGRESS
      Golkow Technologies, Inc.
18
19        ---
20
21
22
23
24
25

## Page 4

1           INDEX OF EXAMINATIONS
2  EXAMINATION
3     BY MR. GRAU.................................7
4     BY MS. PATRICK.........................169
5  ACKNOWLEDGMENT OF DEPONENT.................173
6  ERRATA...........................................174
7  LAWYER'S NOTES............................175
8  CERTIFICATE................................176
9              * * *
10
11          INDEX OF EXHIBITS
12  EXHIBIT 1.......................................28
13    9/20/12 REPORT OF LORI STREIT
14  EXHIBIT 2.......................................31
15    TEST REPORT (INT/EXT00873 - INT/EXT00874)
16  EXHIBIT 3.......................................60
17    COMPETITIVE REPORTS
18    (L&W MDL 031012 - L&W MDL 031017)
19  EXHIBIT 4.......................................75
20    11/29/06 CTEH SUMMARY OF AIR SAMPLING
21    RESULTS (CDW-0421-0001 - CDW-0421-0003)
22  EXHIBIT 5.......................................81
23    4/10/09 EASI LABORATORY REPORT
24    (NOAHH-0014676 - NOAHH-0014684)
25

## Page 5

1  EXHIBITS (CONTINUED):
2
3  EXHIBIT 6.....................................102
4    10/17/12 REBUTTAL REPORT OF LORI STREIT
5    (CDW-0506-0001 - CDW-0506-0003)
6  EXHIBIT 7.....................................107
7    VISIT REPORT TO LUNENG GYPSUM MINE ON
8    12/6/06
9    (KNAUFGIPS0000892 - KNAUFGIPS0000896)
10  EXHIBIT 8.....................................129
11    INSPECTION REQUEST APPLICATION
12    (INT/EXT00733 - INT/EXT00735)
13  EXHIBIT 9.....................................141
14    CHINESE DRYWALL EXPERT ANALYSIS PREPARED
15    BY LYDIA LUCKEVICH 10/17/12
16  EXHIBIT 10....................................142
17    ARTICLE - "THE SCIENCE OF SMELL PART 1:
18    ODOR PERCEPTION AND PHYSIOLOGICAL RESPONSE
19    (LT-264-0001 - LT-264-0004)
20              * * *
21
22
23
24
25

Golkow Technologies, Inc. - 1.877.370.DEPS

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

| Page 6 | Page 8 |
|---|---|
| 1        PROCEEDINGS | 1  do my best not to do that, and if you can do your |
| 2      THE VIDEOGRAPHER: We're on the | 2  best to let me finish the question before you start |
| 3  record. My name is Tanya Norgress. I'm | 3  to answer it, I appreciate it. |
| 4  here for Golkow Technologies today. The | 4    A. I will do that. |
| 5  date is November 1st, 2012. The time now | 5    Q. Obviously, at any point if you need to |
| 6  is approximately 8:09 a.m. | 6  take a break, please do so. I will ask, unless it's |
| 7      The video deposition is being held in | 7  an emergency, let's finish the question that's posed |
| 8  New Orleans, Louisiana, in the matter of | 8  before we take a break, finish your answer. Okay? |
| 9  In Re: Chinese-Manufactured Drywall | 9    A. That's fair enough. |
| 10  Products Liability Litigation for the U.S. | 10    Q. Great. What is your address, Dr. Streit? |
| 11  District Court, Eastern District of | 11    A. Home or business? |
| 12  Louisiana. MDL number is 2047, Section L. | 12    Q. Both, please. |
| 13  The deponent today is Dr. Lori Streit. | 13    A. Home is 4951 Vermette Circle -- it's |
| 14      Will counsel please identify | 14  V-E-R-M-E-T-T-E -- in Plainfield, Illinois. And the |
| 15  yourselves for the record? | 15  business address for Unified Engineering is 3056 |
| 16    MR. BRYSON: Dan Bryson for the PSC. | 16  Weber Drive, with one "B," in Aurora, Illinois. |
| 17    MR. GEORGE: Scott George for the PSC. | 17    Q. You're a retained expert in this matter; |
| 18    MR. LAMBERT: Hugh Lambert for PSC. | 18  is that correct? |
| 19    MR. GRAU: Ben Grau for | 19    A. I am. |
| 20  Interior/Exterior. | 20    Q. What is your hourly rate? |
| 21    MS. EISELEN: Carlina Eiselen for | 21    A. 260 an hour. |
| 22  Interior/Exterior. | 22    Q. You've been retained on behalf of the |
| 23    MS. PATRICK: Suzanne Patrick for the | 23  Plaintiff Steering Committee in relation to Chinese |
| 24  North River Insurance Company. | 24  drywall litigation for some time now; is that |
| 25    THE VIDEOGRAPHER: The court reporter | 25  correct? |

| Page 7 | Page 9 |
|---|---|
| 1  today is Leslie Doyle. She will now swear | 1    A. Yes. |
| 2  in the doctor. | 2    Q. Do you recall when it was that you were |
| 3      * * * | 3  initially retained? |
| 4      LORI A. STREIT, PH.D., | 4    A. I believe it was in the fall of 2009. |
| 5  having been first duly sworn, was examined and | 5    Q. Do you know how many reports you've |
| 6  testified as follows: | 6  prepared on behalf of the PSC or plaintiffs in the |
| 7      * * * | 7  Chinese drywall litigation? |
| 8      EXAMINATION | 8    A. Exactly, no. I'm going to say less than |
| 9  BY MR. GRAU: | 9  ten. |
| 10    Q. Good morning, Dr. Streit. How are you? | 10    Q. Okay. Can you give me a more than, |
| 11    A. My stomach is a little odd, but I think | 11  between? |
| 12  I'll be okay. | 12    A. Well, I guess the reason I'm struggling is |
| 13    Q. Okay. Obviously, you've given depositions | 13  I prepared a report in Germano, and then I prepared |
| 14  before. Let me just go over a couple of | 14  a report in Hernandez, and I believe that there were |
| 15  ground rules just to refresh you on that. | 15  a couple of supplements in there, too. So if you're |
| 16    If you don't understand any of the | 16  talking about everything, I'm not quite sure. |
| 17  questions I ask because it's a poor question on my | 17    Q. Okay. |
| 18  part or for whatever reason, please ask me to | 18    A. But those are the main ones. |
| 19  clarify or rephrase the question. If you answer my | 19    Q. So a Germano report, a Hernandez report, |
| 20  question, I'm going to assume that you understood | 20  and then, of course, a report for this |
| 21  it. Is that fair? | 21  Interior/Exterior matter? |
| 22    A. Absolutely. | 22    A. That's correct. |
| 23    Q. Obviously, answer everything out loud. I | 23    Q. And there may be supplements. Like, in |
| 24  have a bad tendency of trying to jump in with my | 24  this case, you've got, I think, three reports that |
| 25  next question before you finish your answer. I'll | 25  you've prepared. |

3 (Pages 6 to 9)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 10

1    A.  I think there's actually four.
2    Q.  Four.  Okay.
3         Can you tell me approximately how much
4    you've been -- you've billed the Plaintiff Steering
5    Committee for your work in Chinese drywall
6    litigation?
7    A.  I have no idea.
8    Q.  Can you give me an estimate of what that
9    is?
10   A.  No, I couldn't.
11   Q.  None whatsoever?
12   A.  I couldn't.
13   Q.  Okay.  Do you know how many hours you've
14   worked in relation to preparing your report and
15   preparing for your deposition today as respects to
16   the Interior/Exterior portion of the Chinese drywall
17   litigation?
18   A.  I have my file if you want to see it on
19   this particular project.
20   Q.  Okay.  Maybe when we get to a break or
21   something like that, we can look at it.  I don't
22   really need to go through it completely.
23   A.  That's fine.  I haven't --
24   Q.  I'm just trying to get a rough estimate
25   for the amount of time you've spent on this matter.

Page 11

1    A.  Fair enough.  I just don't know off the
2    top of my head.
3    Q.  Okay.  I'll save those questions so maybe
4    we can take a break and look at that, and then
5    we'll -- I may have a few more questions related to
6    that issue.
7         What is your area of expertise?
8    A.  I have a Ph.D. in chemistry, materials
9    analysis and testing.
10   Q.  I've seen where you've referred to
11   yourself as a forensic investigator; is that right?
12   A.  I would consider myself a forensic
13   investigator, just not in the biological end of the
14   forensic game.
15   Q.  On the chemistry side of the forensic
16   game; is that right?
17   A.  Yeah, physical side, physical chemical
18   side.  I try to stay away from the biological fluids
19   if I can avoid it.
20   Q.  So no blood analysis or that sort of
21   stuff; is that right?
22   A.  No.  I have colleagues that I pass that
23   off to.
24   Q.  Okay.  What -- as you use that term, what
25   is a forensic investigator?

Page 12

1    A.  I use it as a term meaning when there's an
2    issue of -- regarding a product where there's a
3    problem.  In other words, if there's a contamination
4    or there's a problem with a product breaking or
5    the -- it's not made of the right materials or, you
6    know, things of that nature; there's a failure out
7    in the field; there's a chemical exposure.  That's
8    how I use the term "forensic."  I go out and I do an
9    investigation as it relates to a problem which would
10   involve chemistry or materials analysis.
11   Q.  Is there a process or methodology that you
12   follow to complete that investigation?
13   A.  It's different really for every single
14   project.  I mean, there may be protocols that I
15   develop to look at smoke detectors.  There are
16   protocols developed to do certain types of testing.
17   There are existing standards.  It just really varies
18   from project to project, depending on what the
19   subject matter is.
20   Q.  Okay.  And I appreciate that for any
21   specific project and investigation, there's going to
22   be a specific protocol, depending on exactly the
23   testing and those sort of things that will be done,
24   but it sounds like things like testing as a general
25   concept would be part of your typical methodology as

Page 13

1    part of an investigation; is that right?
2    A.  Yeah.  There are -- for example, there are
3    ASTM standards for collecting samples and
4    preservation of evidence which, of course, we always
5    follow.  And so, you know, in general, that's
6    something that I would follow always; if I'm taking
7    samples, proper chain of custody, you know, letting
8    the other parties know that there's testing that's
9    going on and so on.
10   Q.  What I'm looking for is maybe just a
11   little bit more of a big picture sense of what steps
12   do you take to complete a -- typically take to
13   complete a forensic investigation, things like
14   collect samples, perform tests, review materials.
15   Can you give me some description of that type of big
16   picture methodology?
17   A.  Again, that's so -- it's so specific to
18   the problem at hand.  I mean, there's always -- you
19   have to start somewhere, so someone comes in and
20   says, would you investigate this; I have a problem
21   that I need you to look at.  You talk with that
22   person, you find out what the issues are, and then
23   you begin to develop a thought pattern as to how
24   you're going to go about solving that problem, and
25   that can include review of materials.  It can

4 (Pages 10 to 13)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 14

1 include site visits. It can include sampling. It
2 can include laboratory testing. I mean, and
3 eventually you take all of that material together
4 and you form your -- your opinion.
5     Q. Is it your goal as a forensic investigator
6 to perform your investigation of materials in a
7 vacuum? And by that, I mean, are you just looking
8 at the science of the material and the problem and
9 correlating the two, or are you concerned with
10 external factors?
11     MR. BRYSON: Objection to form.
12     A. I'm -- honestly don't know if I understand
13 your question.
14 BY MR. GRAU:
15     Q. Okay. I have seen in your work in
16 relation to Chinese drywall where you've performed
17 testing, blind testing, --
18     A. Yes.
19     Q. -- right? What is blind testing?
20     A. Blind testing is where you don't
21 necessarily know where the samples come from, and
22 you do the tests, and then you report them to the
23 entity, and they determine what the results are,
24 based on what you find.
25     Q. Is blind testing the preferred method as a

Page 15

1 forensic investigator?
2     A. No, not necessarily. I think it's just
3 one tool in the arsenal that may be available if
4 it's appropriate.
5     Q. As a forensic investigator with a
6 specialty in material analysis -- is that right?
7     A. Uh-huh. And testing.
8     Q. Okay. And testing. Are you concerned
9 with how a product becomes -- is manufactured or
10 produced in such a way to create the defect, if you
11 will, or are you concerned with just whether the
12 product has the defect which is causing the problem
13 you're investigating?
14     A. That completely depends on the scope of
15 the project.
16     Q. Well, then, let me be specific with
17 respect to your investigation relating to Chinese
18 drywall. Has the focus of your investigation been
19 determining whether the drywall material contains a
20 defect which results in this corrosion, or has the
21 focus of your investigation been determining how the
22 product became defective?
23     MR. BRYSON: Object to the form.
24 BY MR. GRAU:
25     Q. And to be fair, or some combination of

Page 16

1 that?
2     MR. BRYSON: Same objection.
3     A. Can you repeat the question, please? I'm
4 sorry.
5     COURT REPORTER: "Well, then, let me
6     be specific with respect to your
7     investigation relating to Chinese drywall.
8     Has the focus of your investigation been
9     determining whether the drywall material
10     contains a defect which results in this
11     corrosion, or has the focus of your
12     investigation been determining how the
13     product became defective?"
14     A. Let me answer it this way, because I'm not
15 absolutely clear what you mean by how it became
16 defective. The initial start of the Chinese drywall
17 for me was an engagement with the State of Florida.
18 And, initially, the question was very broad, what
19 can you tell me about these products that I've sent
20 you. And then it morphed into discussions with the
21 State of Florida and the CPSC and the EPA, and I
22 think Department of Housing into how to -- what's
23 going on; we're seeing these different -- different
24 features in the drywall; we're getting this horrific
25 odor; it's corroding metal in people's homes. And

Page 17

1 we began to see differences between the drywall.
2 And, at that point, the question then was, okay,
3 what's causing the odor. And so there was an
4 enormous effort by not only myself and those
5 entities that I've already mentioned, but other
6 investigators and domestic suppliers and so on to
7 try to find out what was going on.
8     So it kind of, I think, all goes hand in
9 hand. You know, there is -- there is testing done
10 specifically now per CPSC guidelines to determine
11 whether specific pieces within a residence or a
12 structure are considered defective, meet the
13 criteria. But all of that was premised on work that
14 was done prior to that where there were -- first,
15 there was a question of the strontium content, and
16 then it moved to elemental sulfur, and there were,
17 you know, all kinds of investigations going on in
18 parallel paths. You can take all that altogether.
19 You really can't isolate information one from the
20 other. The investigation has been quite large, as
21 you well know.
22     So I don't know if that answers your
23 question.
24 BY MR. GRAU:
25     Q. As I appreciate it, that investigation has

5 (Pages 14 to 17)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 18

1  focused on simply taking drywall samples and
2  determining the chemical composition of those
3  samples to find out what may be in there that's
4  causing this corrosion problem; is that correct?
5       MR. BRYSON: Objection to form.
6       A.  Well, I don't want to limit it to that,
7  because there were discussions in regard to what was
8  going on with material that was coming out of the
9  mine; could there have been a manufacturing process.
10  All of those things had been discussed.
11      But, ultimately, my role has moved more
12  now towards specific testing of the residences and
13  has really gotten away from the initial kind of, I
14  don't know, idea building, if you will, where
15  everyone was, you know, trying to find out as much
16  as they could as quick as they could to help the
17  homeowners.
18  BY MR. GRAU:
19      Q.  And I appreciate that you've been part of
20  larger discussion groups with, I presume, other
21  experts; is that correct?
22      A.  Yes.
23      Q.  Okay.  What I want to focus on, though, is
24  your role in those discussions and what your focus
25  has been.  And so is it fair to say that your focus

Page 19

1  has been on the drywall product itself in
2  determining the chemical composition of that product
3  as it relates to what is causing the corrosion in
4  the homes?
5       A.  I think that's part of it.  I do a lot of
6  site investigations, and so I can't just say all I
7  do is testing.  I go and I visit homes.  I talk to
8  homeowners.  I take my own samples from time to
9  time, you know, have them tested and then, you know,
10  obviously produce a report.  I don't get involved in
11  questions regarding any of the other areas at this
12  time.  Most of what I'm doing now is focused
13  specifically on the actual investigation of
14  particular sites.
15      Q.  Okay.  And by "particular sites," you're
16  referring to homes, correct?
17      A.  Yes, building structures.
18      Q.  Building structures that are using the
19  drywall or have used the drywall product; is that
20  correct?
21      A.  That's correct.
22      Q.  You have not made any visits of any
23  manufacturing facilities, correct?
24      A.  I have not.
25      Q.  You've not made any visits of any raw

Page 20

1  material mines or other facilities; is that correct?
2       A.  No, I have not.
3       MR. BRYSON:  You mean gypsum or
4  drywall related?
5       A.  Gypsum mine.
6  BY MR. GRAU:
7       Q.  Yeah.  I mean, I'm focused on --
8       A.  I've been to coal mines, but I've never
9  been to a gypsum mine.
10      Q.  I'm focused on Chinese drywall right now.
11      A.  That's fine.
12      Q.  Okay.  So with respect to Chinese drywall,
13  you have not visited any of the manufacturing
14  facilities?
15      A.  That is correct.
16      Q.  And you haven't visited the gypsum mine or
17  other raw material facilities for the gypsum drywall
18  product?
19      A.  I have not.  That's right.
20      Q.  Okay.  And you haven't focused on
21  investigating the manufacturing side of the Chinese
22  drywall issue; is that correct?
23      A.  Not since the initial, you know, what
24  could be the problem.  In other words, initially, I
25  did have some involvement in that.  And we were

Page 21

1  talking about, could it be the ore, could it be the
2  water used in the process, you know, what could be
3  the problem.  But at this point now, I've
4  transitioned more toward site-specific testing.
5       Q.  And with respect to those initial
6  discussions that may have taken place, were you --
7  it sounds like what you're describing is sort of a
8  brainstorming session or a series of brainstorming
9  sessions where you're talking with others about
10  potential issues; is that right?
11      A.  Well, I think even more importantly, I was
12  making recommendations to the State and to the EPA
13  as to what they should look for, which involved
14  getting samples of the mine.  I requested samples of
15  the mine and never, obviously, got them.  I talked
16  about manufacturing and asked, you know,
17  specifically, can we -- can we try to find out what
18  the water source is; what's going on within the
19  manufacturing process.  So all of those were
20  recommendations that I had made, not just a
21  brainstorming session.
22      Q.  You mentioned samples from the mine.  You
23  never received samples from any mines --
24      A.  I did not.
25      Q.  -- in relation to Chinese drywall?

6 (Pages 18 to 21)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 22

1    A.   That's correct.
2    Q.   Are you a drywall expert?
3    A.   In what respect?
4    Q.   In any respect.
5    A.   Yes.
6    Q.   Okay.  What respects?
7    A.   I consider myself an expert in the
8 analysis of the drywall, the testing of the drywall,
9 the chemistry of the drywall, including what goes on
10 in the manufacturing process.
11    Q.   Do you consider yourself to be an expert
12 in the manufacturing process for drywall?
13    A.   Not -- I wouldn't say that I'm -- I am an
14 expert in chemistry, and I understand the chemical
15 processes and certainly consider myself more than
16 competent in that area.
17         When it comes to the proprietary processes
18 that they use and how much foam is injected and how
19 much starch and different fibrous glass and so on
20 that's put in, I'm not going to say I sit here and
21 know everything there is to know about -- about all
22 of the different aspects of the process, but I do
23 have a chemical understanding of what's happening in
24 the process.
25    Q.   Prior to your involvement in the Chinese

Page 23

1 drywall litigation, had you ever been involved in
2 any matters relating to drywall?
3    A.   Yes.
4    Q.   How many?
5    A.   Well, I don't know -- I don't know if I
6 would be -- I would say probably maybe five,
7 something along those lines.  They're all
8 investigations that either a drywall manufacturer or
9 civil engineers and so on would bring a sample to me
10 and we'd have issues with certain aspects of the
11 drywall; they'd want an analysis.
12    Q.   What issues did you investigate for
13 drywall manufacturers or engineers?
14    A.   There was -- the ones I recall, there was
15 a question of paper delaminating from the surface.
16 There was an issue with respect to fibrous glass,
17 whether it was clumping, how it was oriented within
18 the material.  There was an issue of impurities,
19 what were they, size of the inclusions, how many,
20 and I think I did that -- I've done that one on
21 multiple occasions.  Those are the three that I --
22 that stick out in my head.
23    Q.   What drywall manufacturers have you worked
24 for?
25    A.   Well, I've gotten samples indirectly, so

Page 24

1 through the consultant, I've done work for USG and
2 National -- and Temple.  I'm sorry.
3    Q.   All three or --
4    A.   (Nods head.)
5    Q.   Okay.
6    A.   All three, different projects.
7    Q.   Got you.  I wasn't sure if you were taking
8 one of the ones out.
9         So you've done work for USG, National and
10 Temple?
11    A.   Yes.
12    Q.   But through a consultant?
13    A.   Right.
14    Q.   Okay.  Who was the consultant that you
15 were working for?  Was it the same one?
16    A.   No.  And, in fact, I think one of them may
17 have come from Tim Tonyan.  I worked for Tage
18 Carlson at Packer Engineering, who sent me samples,
19 and Inland Temple sent me samples -- I'm sorry --
20 Temple sent me samples directly.
21    Q.   Do you recall what matter you may have
22 worked with or for Mr. Tonyan?
23    A.   Again, it would be, he would have sent
24 me -- given me samples to do.
25    Q.   Okay.  On behalf of USG?

Page 25

1    A.   I believe that's who he was working for.
2    Q.   Do you recall the nature of the issue you
3 were investigating?
4    A.   It would have been one of those.  I don't
5 remember which one.
6    Q.   You don't remember which one, if it was
7 the paper issue or if it was the --
8    A.   It's been a while.  I just don't remember.
9    Q.   What opinions do you intend to present at
10 trial in this matter?
11    A.   I intend to present the opinions that are
12 covered in my report.
13    Q.   Okay.  With respect to the opinions that
14 are presented in your initial report dated
15 September 20, 2012, do you intend to offer all of
16 the opinions presented?
17    A.   Yes.
18    Q.   Okay.  Has there been any discussion that
19 you've engaged in with respect to the stipulations
20 the parties have entered into in this case and the
21 necessity for your opinions?
22    A.   I'm not sure I know what all the
23 stipulations are.
24    Q.   Okay.  Are you aware that the parties have
25 stipulated that the drywall contains a off-gassing

Golkow Technologies, Inc. - 1.877.370.DEPS

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 26

1  defect?
2      A.  I believe that's true.
3      Q.  Are you aware that the parties have
4  stipulated that that off-gassing defect results in
5  corrosion of metals in the plaintiffs' homes in this
6  case?
7      A.  I believe that's true, also.
8      Q.  Okay.  I guess in light of those
9  stipulations, what opinion do you plan to
10 offer to the Court on those issues?
11         MR. BRYSON:  Objection.
12     A.  I'm not --
13 BY MR. GRAU:
14     Q.  I guess, what more do you have to add to
15 that issue?
16         MR. BRYSON:  Objection to form.
17     A.  I'm not sure I understand your -- because
18 I -- I mean, that's a -- those are legal questions.
19 I mean, I've offered the opinion that's in my
20 report, and then there were reports prepared by the
21 defense experts, and I have looked into those
22 matters, as well, which have come up on other
23 opinions.  But those are the initial opinions that I
24 proffered to show that, in fact, the material
25 involved in this particular case doesn't fall within

Page 27

1  the criteria of being defective.
2  BY MR. GRAU:
3      Q.  Okay.  So your opinion is based upon
4  testing that you've performed from a chemical
5  analysis standpoint, the Chinese-manufactured
6  drywall contains a defect in that it off-gases
7  volatile sulfur compounds; is that right?
8      A.  That's correct.
9      Q.  And the parties have stipulated to that;
10 is that your understanding?
11     A.  It is now.
12     Q.  Okay.  Now because I just told that to
13 you, or now because you knew that before today's
14 deposition?
15     A.  You know, it seems to me that I've heard
16 it somewhere, but it may have been in review
17 yesterday.  It may -- I don't know.  I've heard
18 something about you've stipulated to certain things,
19 and I can't say that I'm clear on what it is.
20     Q.  Okay.  Fair enough.
21     A.  The legal end of it, quite frankly, that's
22 your game, not mine.
23     Q.  Okay.  And your -- you also are of the
24 opinion that those -- the off-gasing of the
25 volatile sulfur compounds results in corrosion of

Page 28

1  certain metals in the homes, correct?
2      A.  Absolutely.
3      Q.  And, again, you're aware that the parties
4  have entered into a stipulation to that effect, as
5  well, correct?
6      A.  I understand that.
7      Q.  Okay.  I'm going to mark as Exhibit 1 a
8  copy of your report dated September 20, 2012.
9         (Deposition Exhibit 1 was marked for
10            identification.)
11         MR. GRAU:  Does anyone need a copy?
12         MR. GEORGE:  No.  Thank you, though.
13         THE WITNESS:  Excuse me one second.
14     I'm going to grab my glasses.
15         MR. GRAU:  Sure thing.  I'm sorry.
16         THE WITNESS:  When you're over 50,
17     you're done in, guys, let me tell you.
18         MR. BRYSON:  I'm there already.
19         THE WITNESS:  I'm fighting the
20     bifocals.
21 BY MR. GRAU:
22     Q.  If you could just take a moment to look at
23 this and let me know if you can identify this as
24 your initial report in this matter.
25     A.  (Reviewing Document.)  It appears to be

Page 29

1  complete, yes, sir.
2      Q.  Okay.  Great.
3         You had mentioned that the opinions that
4  you intend or may present at trial, I'll say that,
5  are contained in this initial report.  Are those the
6  opinions set forth in Section 7?
7      A.  Yes.
8      Q.  Okay.  And as I understand it, I know
9  you've done a supplemental or rebuttal report.
10 There are additional opinions contained in that
11 rebuttal report, as well, correct?
12     A.  Yes, that is correct.
13     Q.  Okay.  Are there any other opinions that
14 you may present at trial other than those outlined
15 in Section 7 of your initial report and those which
16 may be contained in your rebuttal report?
17     A.  In review of documents yesterday, it
18 became apparent to me that there were some issues
19 with the documents that I basically saw yesterday,
20 and I saw a couple of things that I hadn't seen
21 before in regard to the questions of the fact that
22 the representatives from INEX were aware of issues
23 regarding board that was coming out of one factory
24 versus another, and one that was ASTM certified and
25 one that wasn't.

8 (Pages 26 to 29)

6c421977-d164-40f2-be9a-26b3c2909a14

And when I go back and I check the certification page that was provided to me, it doesn't tell me which factory that board comes from. And so it's unclear to me that the material that was actually supplied to INEX was, in fact -- came from the plant which was known to be ASTM certified, as opposed to the one which admittedly didn't meet certification.

So I think that that's something that's kind of important and should be brought out with respect to the testing.

Q. What documents were you reviewing yesterday that led you to this conclusion?
A. It's a -- excuse me. I'm going to take my mic off for a second.
Q. Sure.
A. One of them is listed in my reference materials. And I think one of them is in -- I don't know.

THE WITNESS: Do you have that document, Scott, or not, the one that talks about -- it's a memo from one of the Cleary [sic] brothers which talks about how one of the mines is acceptable and one is not? I can dig it out.

A. Well, one of them is Interior/Exterior 873, 874. And if you look at this document, there are a couple of things that I thought stood out to me. One of them is the sampling site is not filled in. The second one is there's no traceable number for the shipment. The third one is apparently this document was, according to the fax, sent October 24th, 2004, but the testing was done in 2006. That's odd.

BY MR. GRAU:
Q. I'm going to mark as Exhibit 2 the document I believe you're referring to, INEX 873 and 874.
A. Right.

(Deposition Exhibit 2 was marked for identification.)

MR. BRYSON: Do you have an extra copy, Ben?

A. And then there's a string of e-mails which is -- they're probably my highlights, actually.

MR. LAMBERT: Mic, please.

THE WITNESS: Oh, I'm sorry.

A. Interior/Exterior 5714 to 5717. And it's actually 5717, it's the last page, which says that the Beijing factory has been approved for ASTM and

that the Taihe factory does not have ASTM approval. And since I can't tell from this document, 873, what's being presented as to which plant the material came from, I can't make that connection because that date is missing.

The other thing it tells me is, if you go based on just the fact that the boards are marked Taihe, then this document tells me that they're not ASTM certified.

BY MR. GRAU:
Q. Okay. Hold on. Let's first start with Exhibit 2 and make sure --
A. Okay.
Q. -- that that's the document that you referred to earlier.
A. Okay.
Q. Is that correct? Is that the document?
A. This is it.
Q. That's the test report that you were talking about?
A. Right.
Q. And I believe you indicated there were issues with respect to when the tests were performed based upon the fax header date? Is that what you were saying?

A. Well, all I'm -- all I'm saying is there's a discrepancy. The fax is dated like a year and a half before the test date is, which seems odd to me. So I'm just saying that should have perhaps said, hey, check into this a little bit more because this is odd.
Q. Well, the report indicates when the test took place, correct?
A. There's a date there, yes.
Q. And that would indicate that the testing took place in February of 2006, correct?

MR. BRYSON: Objection to form.

A. That's what the document says.

BY MR. GRAU:
Q. Right. That's all I'm asking is the document says that the testing would have taken place in February of 2006, correct?
A. That's what it says.
Q. And this document was provided to the Gearys; is that correct? Is that your understanding?

MR. BRYSON: Objection to form.

A. That is my understanding, yes.

BY MR. GRAU:
Q. You have that understanding?

Confidential - Subject to Further Confidentiality Review

Page 34

1    A.  That is my understanding.
2    Q.  Okay.  The Gearys would obviously know
3  when they received this document, correct?
4    A.  I'm not saying when they received it.  I'm
5  saying it was sent -- according to this, this
6  document at some point was sent somewhere on
7  October 25th, 2004.
8    Q.  Well, there's a header that was dated -- a
9  fax header that was dated October of 2004, correct?
10   A.  Right.  So all I'm saying is the dates are
11  odd.  I just think that warrants a little bit
12  more -- when the -- if this is what the Gearys are
13  relying on, then I think there are a couple of
14  glaring issues.  One of them is the dates are weird.
15  The other one is the sampling site is not filled in,
16  so they don't know where it's from.  And the third
17  one is what shipment does this pertain to.
18   Q.  Okay.  And I'll get to those second two
19  issues.  I'm just focused on the date issue right
20  now.
21   A.  Okay.
22   Q.  And that issue is odd to you because you
23  didn't contemporaneously receive this document; is
24  that correct?  You're only looking at it now; is
25  that right?

Page 35

1       MR. BRYSON:  Objection to form.
2    A.  That's right.  I didn't receive it in
3  2006.
4  BY MR. GRAU:
5    Q.  But the Gearys would have received it in
6  2006; that's your understanding, correct?
7    A.  Yes.
8    Q.  Okay.  So a fax header that may have a
9  wrong date on there, why would that raise any
10  suspicions for them?
11   A.  Because on the document, it has a date of
12  2004, that it was transmitted.  This document was
13  transmitted somewhere.  Okay?  How can that be if
14  the document testing did not occur until 2006?
15  That's all I'm saying.  It's odd.  It should -- it
16  should have -- if they were reviewing it, I find it
17  odd more that the information is not filled in and
18  that didn't draw, you know, hello, what are you
19  sending me.  But if you start really looking at the
20  document, the dates don't match, and that just seems
21  odd to me.
22   Q.  Now, you've indicated that there's
23  information missing from the form.  Specifically,
24  what information are you referring to?
25   A.  The sampling site on page 873.  Where are

Page 36

1  the actual sample -- what is it?  Did it come from
2  the Beijing mine?  Did it come from the Taihe mine?
3  Did it come -- I think they have one other mine.  I
4  don't know.  I don't know what they sampled.
5       There's no -- there's also -- they call it
6  a cardinal number.  I'm not sure exactly what that
7  means, to tell you the truth, but I see no
8  indication of shipment.  How do I trace it?  I don't
9  understand what this document means because it's not
10  specific to a certain shipment, and the ASTM
11  standard says you have to measure each shipment.
12   Q.  What expertise do you have in ASTM
13  standard testing for drywall?
14   A.  I use ASTM standards routinely to -- and
15  review them to find out -- to test materials, to see
16  if they were tested according to the standard.  I've
17  been -- I haven't been on ASTM committees, but I've
18  been on ANSI committees.  I mean, I'm very familiar
19  with how these things are used.  We use them all the
20  time in investigations.
21   Q.  My question is specific to drywall.  What
22  expertise do you have with respect to ASTM testing
23  for drywall?
24   A.  Well, again, I -- my expertise is in
25  testing, and so reviewing the document as it

Page 37

1  pertains to testing of the drywall to see if it
2  meets the ASTM standard.  I do that all the time for
3  many products.
4    Q.  I'm going to object to the responsiveness
5  of your answer.
6       My question is specific to the ASTM
7  testing for drywall.  What expertise do you have in
8  that particular testing?
9    A.  Again, I'm going to give you the --
10      MR. BRYSON:  Asked and answered.
11   A.  I'm going to give you the same answer.
12  The ASTM standards are tools by which to determine
13  if the drywall meets a certain criteria, and part of
14  my expertise as a chemist and an analyst is to
15  review the standards and review the results of
16  standards to see if they're in compliance.
17  BY MR. GRAU:
18   Q.  Are you -- do you consider yourself to
19  have an expertise in all ASTM testing?
20   A.  I have an expertise in reviewing the test
21  protocols and in looking at test data as they
22  pertain to the standards.
23   Q.  To any ASTM testing?
24   A.  Well, I do -- I do them in response to
25  questions in which it's a chemical or a physical

10  (Pages 34 to 37)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 38

1  test. There are ASTM standards that, quite frankly,
2  don't fall into that category, and then I don't hold
3  myself out to be someone who would understand those.
4  But these tests I completely understand.
5      Q.  So which category of ASTM testing do you
6  consider yourself to be an expert in?
7          MR. BRYSON: Objection; asked and
8      answered.
9      A.  I'll just say it again.  In areas which
10 result in a question of chemistry or physical
11 testing.
12 BY MR. GRAU:
13     Q.  Okay.  So both chemistry and physical
14 testing, you consider yourself to be an expert in?
15     A.  If it's part of a materials analysis, then
16 I would consider it within my expertise.
17     Q.  And it's your understanding that there are
18 ASTM testing that fall outside of the area of
19 material analysis?
20     A.  Yes.
21     Q.  And you don't consider yourself to be an
22 expert in that testing?
23     A.  If it doesn't fall within my expertise, I
24 don't consider myself to be an expert, and I will
25 tell you such.

Page 39

1      Q.  Okay.  What chemical analysis testing is
2  done as part of the ASTM testing for drywall?
3      A.  These tests actually, I think, fall more
4  towards the physical testing aspects, as opposed to
5  pure chemistry.  But the physical testing aspects
6  are physical tests that I actually have done, not
7  necessarily on drywall, more on steels and metals
8  and plastics and things, but I'm very familiar with
9  those tests.
10     Q.  So the answer to my question is none?
11 There are no ASTM tests for drywall, for chemical
12 analysis of drywall; is that correct?
13         MR. BRYSON: Objection to form.
14     A.  My understanding is that there are
15 chemical tests for the ore for gypsum itself, but
16 not necessarily for the wallboard.  If you're
17 calling chemistry and you're talking about the --
18 anything other than the physical testing, as far as
19 pure chemistry tests, I'm not aware of any.
20 BY MR. GRAU:
21     Q.  Finished wallboard gypsum product, ASTM
22 does not call for any chemical analysis of that
23 product; is that correct?
24     A.  That's my understanding.
25     Q.  Okay.  So the three issues that you had

Page 40

1  with the ASTM report were the date issue with
2  respect to the header, the blanks on the form, and
3  what was the third issue?
4      A.  There's the actual sample -- in other
5  words, the manufacturing plant that the board came
6  from is not filled in.  The shipping number is not
7  filled in.  There's also a blank for sampling
8  authority.  So who did the sampling, that's not
9  filled in either.
10     Q.  Okay.  So blanks.  I thought we had
11 already talked about that issue.  I thought you said
12 there were three issues with respect to the form.
13     A.  No, just the inconsistent dates and the
14 blanks.  You know, according to this document, it
15 appears that all the values meet the criteria.  I
16 don't have a problem with that.  What I don't
17 understand is what is it.  I don't -- I don't -- I
18 have no idea what this is correlated to because the
19 ASTM standard for 1396 specifies that you have to do
20 so many boards within a shipment, and then you take
21 the average value of all those boards.  And so I
22 don't know what this is.  I don't know which plant
23 it came from, and I don't know what shipment it is.
24 I don't even know if this is the shipment that
25 went -- probably not, because the documents I saw,

Page 41

1  they didn't actually buy from Taihe until, I think,
2  it was later.  Like, mid-2006 is when they finally
3  got all that -- all that in gear, and this one is
4  for February.  So this can't apply to their
5  shipment.
6      Q.  What documents did you review that would
7  show you when they bought from Taihe?
8      A.  There was a memo that I saw yesterday.
9  Can I pop through there?  (Reviewing Document.)
10 This appears to be it.  It's the agreement to supply
11 board between Interior/Exterior and Metro.
12     Q.  Dr. Streit, it appears that you've
13 reviewed a number of documents since you prepared
14 your rebuttal report; is that correct?
15     A.  I did see a bunch of documents yesterday,
16 yes.
17     Q.  Okay.  Why don't we take a break at this
18 point in the deposition and have you provide to me,
19 or your counsel provide to me, all the documents
20 that you reviewed yesterday.
21     A.  Okay.
22     Q.  Great.
23         THE VIDEOGRAPHER: Okay.  We're off
24     the record at 8:53.
25 (Recess.)

11 (Pages 38 to 41)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 42

1      THE VIDEOGRAPHER: We're back on the
2  record. The time is 9:03 a.m.
3  BY MR. GRAU:
4      Q. Dr. Streit, we're having some copies made
5  of the documents we were just talking about that you
6  reviewed. So in the meantime, we'll move on and
7  we'll come back to that subject.
8      Do you intend to offer any opinions on
9  what Interior/Exterior should have done as a
10  distributor of drywall?
11     A. I think the opinion that I intend to offer
12  is what I basically say in my rebuttal report, and
13  the materials that I reviewed yesterday really just
14  speak to that. There seemed to be some
15  understanding that there may have been a problem,
16  depending on where the material came from, and, you
17  know, I just think that had a visit to either the
18  mine or the manufacturing process -- certainly, the
19  manufacturing process in certain stages in the
20  process, the smell really should have been pretty
21  bad. And if someone had gone -- an agent or a
22  representative or someone had gone to vet that out,
23  I think that probably would have detected the
24  problem ahead of time.
25     Q. Let me start with this, then: Is it your

Page 43

1  understanding that no one on behalf of
2  Interior/Exterior actually went to the manufacturing
3  facility or the gypsum mine?
4      A. That's my understanding, yes.
5      Q. So they did not go and smell or not smell
6  any of the things that you think they would have
7  smelled; that's correct?
8      A. That's my understanding.
9      Q. Okay. So what you're basing your opinion
10  on is the fact that, had they gone, these are the
11  things that they might have or would have seen or
12  smelled; is that correct?
13     A. I would have expected them to smell them
14  at various stages in the process, yes.
15     Q. What I'd like to focus first on is whether
16  you are of the opinion and intend to offer the
17  opinion at trial that they should have gone or
18  should have sent an agent to the manufacturing
19  facility, the testing facility or the mine.
20     A. I think that if there's a question about
21  the supply, in other words, what are you getting,
22  something should have happened to vet that out
23  before you bring it in. And, in fact, there are ISO
24  standards that talk about people who purchase things
25  should vet their suppliers.

Page 44

1      Q. What -- so what I'm interested in, then,
2  is what expertise do you have to render opinions
3  about what Interior/Exterior should have done as a
4  distributor of drywall?
5      A. Again, my opinion is based on the chemical
6  aspects, given the questions that were raised by the
7  two defense experts' reports, and when they say,
8  there's no way that INEX would have ever seen this,
9  I think that that's wrong. I think that if they had
10  gone to the plant, they would have smelled that.
11     Q. I appreciate that's your opinion, and
12  we're going to talk at some length about that aspect
13  of the opinion as it relates to the chemical
14  components and whether they could have detected this
15  or not. My question is: Before we get to that
16  step, what expertise do you have to render that
17  opinion that, as a distributor of drywall,
18  Interior/Exterior should have gone and done this
19  investigation?
20     A. I think that they're a part of the supply
21  chain. They're a responsible party and that
22  material was coming directly from them into the
23  U.S., and so, as someone who has looked at and done
24  projects on materials that have come from China and
25  other places for other manufacturers, this is what's

Page 45

1  commonly done. They look at raw materials. You
2  look at the manufacturing process from a chemical
3  perspective to make sure that everything meets the
4  criteria for the product that they're eventually
5  going to distribute in the U.S. So I'm looking at
6  it from the chemical perspective.
7      Q. I appreciate you looking at it from the
8  chemical perspective, but you obviously intend to
9  offer the opinion that Interior/Exterior should have
10  done something, they should have gone and completed
11  an investigation, and I'm trying to understand what
12  is it in your background that qualifies you as a
13  expert to offer the opinion that Interior/Exterior
14  should have gone and done some type of
15  investigation.
16     A. I think that my background as a chemist
17  and the issues at hand with respect to the chemistry
18  of this product is what qualifies me.
19     Q. Okay. You have not worked for a
20  distributor of products, have you?
21     A. In what regard? I mean, I have been given
22  samples of materials from distributors, yes.
23     Q. My question is, you have not actually
24  worked -- been employed by a distributor; is that
25  correct?

Golkow Technologies, Inc. - 1.877.370.DEPS

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 46

1     A.  I have not been employed by a distributor.
2  I think that would be correct.
3     Q.  You haven't worked in the import
4  business, have you?
5     A.  From the business perspective?  No.
6     Q.  Right, from the business perspective.
7        Your chemical background -- or let me ask
8  it -- strike that.
9        Your education is not in business or sales
10 of products, correct?
11    A.  Oddly enough, I do have a minor in
12 business, but I'm not offering that in this case.
13 I'm looking at it solely from the perspective of if
14 you're a manufacturer and you manufacture a product
15 which potentially could require chemical testing or
16 some type of testing, that's where I'm coming from.
17 Okay.  From the business perspective, obviously,
18 I -- I'm not a contract expert or anything like
19 that.
20    Q.  Do you have any expertise in what
21 importers of products typically do as far as testing
22 of those products are concerned?
23    A.  From -- from the chemical and testing
24 perspective, yes.
25    Q.  You have expertise as to what tests could

Page 47

1  be performed, correct?
2     A.  And what tests potentially should have
3  been performed on certain products that came in that
4  could have detected a fault before it got to a final
5  product.
6     Q.  But you do not have any expertise in what
7  an importer should do as a prudent importer of that
8  product; is that correct?
9        MR. BRYSON:  Objection to form; asked
10       and answered.
11    A.  I guess I keep going back to the question
12 of how do you know -- how do you know what you're
13 getting when -- if you're relying on one document
14 that's not even complete.  To me, that says, you
15 know, you really should have gone and checked this
16 out.  And that's the perspective that I'm coming
17 from, and that's the perspective that I come from
18 with clients when I am asked to look at the
19 chemistry and so on of the product, whether that's
20 an importer or not.
21       To me, it's all in the chain.  Somewhere
22 in the chain, someone has got to take some
23 responsibility, and my understanding is that this
24 material came from China to INEX, and then they
25 distributed it.  So at some point, they should be

Page 48

1  responsible for making sure that what comes into
2  their hands and they pass on meets the criteria from
3  a chemistry physical testing perspective.
4  BY MR. GRAU:
5     Q.  And it's your opinion that that
6  responsibility requires them to perform testing of
7  the product?
8     A.  It's clear they were aware that the
9  product had to be tested, as well.
10    Q.  I appreciate that.  But I'm asking -- you
11 seem to be saying that they should have performed
12 their own investigation and performed their own
13 testing of this product; is that correct?
14    A.  I -- it is my opinion that someone should
15 have done a more thorough investigation.  That is
16 correct.
17    Q.  I'm not asking about someone.  I'm asking
18 about Interior/Exterior.
19    A.  Well, whether it's Interior/Exterior or an
20 agent of theirs doesn't matter to me.  Someone --
21    Q.  On their behalf?
22    A.  -- on their behalf should have done that.
23    Q.  Okay.  Why is it not reasonable for
24 Interior/Exterior to rely upon testing in
25 certifications that are provided by the

Page 49

1  manufacturer?
2     A.  I think that it would be if the
3  certifications were proper and there was some
4  indication that the certification had been done
5  correctly.  In other words, there are procedures for
6  that.  There are records that have to be kept.  And
7  if this is what they received and they're basing it
8  on this, I think that's a problem.
9     Q.  "This" being Exhibit 2?
10    A.  Yes.  I'm sorry.
11    Q.  So you're of the opinion, then, that had
12 Interior/Exterior received what, in your view, would
13 have been satisfactory certifications of testing by
14 the manufacturer, that would have been sufficient?
15    A.  Show me your data.  Show me who's doing
16 your testing.  Show me that their instruments are
17 calibrated.  Show me -- if this is the only thing
18 that you're relying on, you're saying, I want to
19 know that it's ASTM certified, then you have to know
20 where the certification comes from, and the
21 certification has to be complete for the shipment
22 that's coming to you, and I just don't see that
23 information here.
24    Q.  Would the same be true for the purchase of
25 domestic drywall?

13 (Pages 46 to 49)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 50

1    A.  Yes.
2    Q.  Okay.  So, in your view, when you're
3  purchasing domestic drywall, the purchaser should
4  receive all of the test data from the manufacturer,
5  be it USG or National Gypsum, indicating all of the
6  ASTM testing that they did, the calibration of the
7  equipment they used to do that testing, et cetera?
8    A.  I think that it would be -- if it's not
9  done by an outside entity, then it's all within its
10  own system, and, you know, that's not very
11  scientifically objective.  If you send -- if they
12  were to send their sample to an outside entity, such
13  as -- oh, I don't know, there's a lab in Buffalo.
14  There's -- I think it's ATL in Indiana.  There are
15  testing -- I mean, there's a lot of different labs
16  that will do this testing -- from a certified
17  laboratory, an accredited laboratory, then I would
18  trust that.
19    I mean, I send my samples to ALS Columbia,
20  and I've been to their lab to make sure that they
21  were doing it properly, and I've seen their
22  certifications from an independent certifying body.
23  I just don't see that here.
24    Q.  My question is a distributor of drywall,
25  and I was focused on a distributor of domestic

Page 51

1  drywall.  Is it your opinion that a distributor of
2  domestic drywall should require a domestic
3  manufacturer to provide them with all of the test
4  data from their ASTM testing, all of the
5  certifications showing calibration of equipment in
6  whatever lab and test results they have for that
7  product?
8    A.  I think if there's any question or doubt
9  at all that the ASTM certification is not proper
10  because the paperwork is not proper or something
11  else sends a signal, I think the answer to that is
12  yes.
13    Q.  Do you know whether distributors of
14  domestic drywall even routinely receive test reports
15  at all for ASTM certification of drywall?
16    A.  I don't.
17    Q.  Would it surprise you to learn that USG,
18  for example, routinely does not provide test reports
19  for their ASTM certification of their drywall?
20        MR. BRYSON:  Objection to form.
21    A.  I don't know what USG does.
22  BY MR. GRAU:
23    Q.  What about National Gypsum?
24    A.  Same thing.  I mean, I'm not part of their
25  procurement system, so I don't know specifically

Page 52

1  what they do.  I'm telling you, as a scientist, if I
2  was looking at this report and this was sent to my
3  client, okay, and they looked at this report and
4  half of it is not filled in, I'd have some issues
5  with that.
6    Q.  My question is not as a scientist.  My
7  question is as a distributor, because you're
8  rendering opinions or intend to offer opinions as to
9  what a distributor should and should not do to
10  investigate their product.
11    A.  Okay.
12    Q.  So as a distributor of drywall, do you
13  have any opinion as to whether a distributor of
14  domestic drywall should receive ASTM
15  certifications -- test reports of ASTM
16  certifications?
17    A.  Again, I think there are circumstances
18  where they should, and I think it -- if you receive
19  a form that's half full, yeah, absolutely.
20    Q.  I'm asking you whether you know if
21  distributors of drywall receive any form, much less
22  a form that's half filled.
23    A.  Like I said, I've already said -- I don't
24  know.
25        MR. BRYSON:  Object to the form.  It's

Page 53

1    asking the same question over and over
2    again.
3  BY MR. GRAU:
4    Q.  Are you aware of who performed the ASTM
5  certification testing on the Taishan drywall?
6    A.  At the top of the page, it says Quality
7  Supervision and Inspection Center of National
8  Building Materials Industry for Decorating and
9  Finishing Building Materials.  I have no idea what
10  that is.
11    Q.  Were you privy to any of the
12  communications with Metro Resources with regard to
13  who would perform the ASTM testing on the Taishan
14  drywall?
15    A.  No.
16    Q.  Have you seen any of that documentation?
17    A.  I don't think so.
18    Q.  Do you know whether there is -- whether
19  the testing was performed by an agency of the
20  Chinese government?
21    A.  I haven't seen it, so I don't know.
22    Q.  So you don't know one way or the other?
23    A.  That's correct.
24    Q.  So you said one question you would have is
25  if the testing was done by an independent facility,

Golkow Technologies, Inc. - 1.877.370.DEPS

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 54

1  then you would accept that testing; isn't that
2  correct?
3       MR. BRYSON: Object to the form.
4       A.  Yes, except my understanding is that the
5  government owns a good portion of this particular
6  company.
7  BY MR. GRAU:
8       Q.  Where does that understanding come from?
9       A.  It comes from discussions with the
10 attorneys and discussions within the drywall
11 community when we were having that EPA kind of
12 group.
13      Q.  Discussions with whom?
14      A.  I'm sorry.  Excuse me.  I'll have to look
15 up her name because I can't remember, but she is one
16 of the head of the EPA who was investigating the
17 drywall.
18      Q.  What attorneys?
19      A.  And David Crouse from the State of
20 Florida.
21      Q.  What attorneys provided that information
22 to you?
23      A.  That was not attorney-provided.  That was
24 David and discussions with EPA and the CPSC that we
25 had already talked about.

Page 55

1       Q.  Okay.  Well, you said it also came from
2  discussions with the attorneys; is that correct?
3       A.  Yeah.  That would have been discussion
4  with counsel.
5       Q.  Who?
6       A.  I believe Cayce.
7       Q.  Cayce Peterson?
8       A.  Yes.
9       Q.  And what did Mr. Peterson tell you about
10 that?
11      A.  Just exactly what I had told you, that the
12 Chinese government has an ownership stake in this
13 company.
14      Q.  What tests do you believe
15 Interior/Exterior should have had performed on the
16 drywall that came from China?
17      A.  I think that they should have done their
18 own ASTM testing, or at least had an independent
19 agency do the ASTM testing.
20      Q.  Do you have any reason to believe, as you
21 sit here today, that the -- let's start with the
22 Knauf drywall distributor by Interior/Exterior --
23 did not meet the ASTM certifications?
24      A.  Yes.
25      Q.  Okay.  And what reason is that?

Page 56

1       A.  There is a document in that grouping of
2  testing that was done by USG which shows that the
3  nail resistance did not pass.
4       Q.  The nail resistance did not pass on the
5  specific board that was tested; is that correct?
6       A.  Well, yes.  And my understanding is that
7  that would be one of the boards that would be
8  representative of a shipment because all of the
9  boards are averaged into one value.
10      In other words, when you do an ASTM
11 testing, you're required -- according to the
12 standard, you're required to do, I think it's .25 or
13 .025 percent -- I'd have to look at the number -- of
14 the boards in the shipment, and then you take the
15 average value, and that's what you present on your
16 certification.  And so the board that they tested
17 was obviously part of a shipment which was presented
18 as being ASTM qualified.
19      Q.  Okay.  And so that one board that USG
20 tested did not pass on the nail pull test?
21      A.  Yes, that's right.
22      Q.  That doesn't mean that the entire sample
23 would have failed ASTM testing; is that correct?
24      A.  Well, the thing that's kind of interesting
25 about that is that the ASTM testing is premised on

Page 57

1  testing only a certain number of boards, so if one
2  of them isn't passing, that kind of sends up a flag
3  because there's only limited number of boards that
4  are tested.
5       Q.  Are you aware that at the same time USG
6  tested the Knauf board, they also tested a sample of
7  USG board?
8       A.  Yes.
9       Q.  Are you aware that that board also failed
10 one of the criteria for ASTM testing?
11      A.  No, I don't remember seeing that.
12      Q.  Did you review the deposition of
13 Mr. Fournier in regard to that testing?
14      A.  I did not.
15      Q.  The nail pull hardness test that was done
16 that you indicated the Knauf board did not pass, is
17 that test in any way indicative of the problem of
18 off-gassing volatile sulfur compounds?
19      A.  I think what it's indicative of is
20 potential impurities in the board.  I'm not going to
21 make a direct correlation between the amount of
22 sulfur that's in the board and, you know, saying
23 that caused the problem.  It's a problem with
24 impurities in general which causes the boards to
25 fail.

15 (Pages 54 to 57)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 58

1    Q.  So then if the USG board failed a strength
2  test, would that also be an indication of impurities
3  in the USG board?
4    A.  If the USG board failed -- if any board
5  fails, it would be an indication of impurities.
6    Q.  So let's say that Interior/Exterior had
7  performed their own ASTM testing and it had showed
8  that the Knauf board failed the nail pull hardness
9  test.  What should they have done about that?
10    A.  They should have gone back to the
11  manufacturer and said, you failed the test, what's
12  going on?  And I think that more testing should have
13  been done on that shipment to determine whether it
14  should have been put out for public consumption.
15    Q.  What testing would you recommend be
16  performed?
17    A.  Again, the ASTM testing.
18    Q.  Well, I understand that.  If it fails the
19  ASTM testing, is there additional testing you would
20  recommend be performed?
21    A.  Well, there's a couple of different things
22  you could do.  I think that you want to find out why
23  it failed.  Okay?  And this is completely from the
24  ASTM testing.  This is not a question now.  We're
25  not talking about odor or anything else.  That's a

Page 59

1  whole different set of tests.  Okay?
2      From the failure perspective of impurities
3  in the board, you can do testing to determine the
4  impurities that are in the gypsum product itself,
5  and the way you do that is basically the way you --
6  same way you would do gypsum mining, the core, which
7  is an ASTM standard.  So you just take the paper
8  off, and then you're looking at the gypsum itself,
9  and you can determine what the impurities are in the
10  board and what potentially may be causing the
11  problem.
12    Q.  What I'm trying to understand is how does
13  Interior/Exterior get from importing board from
14  China to knowledge of a defect in the board in that
15  it off-gases volatile sulfur compounds?
16    A.  I think --
17      MR. BRYSON:  Objection to form.
18    A.  I'm sorry.  I think the problem is that
19  there was not quality control done up front.  Had
20  there been quality control done up front of the
21  vendor, meaning they went to the processing plant,
22  it would have been detected there.  It's not
23  mistakeable.  In the -- in the processing itself,
24  the temperature is raised, the humidity is raised.
25  In the ASTM testing itself, there's a humidity test

Page 60

1  where the boards are put into a humidity chamber and
2  elevated in temperature and humidity.  When you open
3  the door to that chamber, the smell of the sulfur
4  would have smacked you right in the face.
5  BY MR. GRAU:
6    Q.  Did you note on the USG test result from
7  the ASTM testing that they performed on the Knauf
8  board any indication that a sulfur smell was
9  detected?
10    A.  I don't recall seeing a notation on that
11  piece of paper, no.
12    Q.  Let me show it to you to make sure that
13  we're sure one way or the other whether it's there.
14    A.  Okay.
15    Q.  Take a look at this, I'll mark as
16  Exhibit 3, if you don't mind.
17      (Deposition Exhibit 3 was marked for
18        identification.)
19    A.  Sure.
20    Q.  Thank you.
21      Confirm for me first that this is the test
22  results of the ASTM testing performed by USG on the
23  Knauf board.
24    A.  There appear to be tests on two different
25  days, but they both relate to USG and Knauf product.

Page 61

1    Q.  Okay.
2      MR. BRYSON:  This says "Confidential,
3    Subject to Protective Order."  How do you
4    want to address that?
5      MR. GRAU:  I think we've just been
6    noting it as confidential on the record,
7    and I think we've got a protective order
8    in place.
9      MR. BRYSON:  Okay.
10      MR. GRAU:  That's certainly how we
11    handled it in Mr. Fournier's deposition.
12      MR. BRYSON:  In other words, you've
13    taken care of it; there's no obligation on
14    the PSC to do anything?
15      MR. GRAU:  That's fine.
16      MS. EISELEN:  Just abide by the
17    protective order.
18  BY MR. GRAU:
19    Q.  Are these the test reports that you've
20  been referring to?
21    A.  Yes.
22    Q.  Okay.  Do you see any indication on these
23  reports that there was any sulfur smell that was
24  noted during the ASTM testing performed by USG?
25    A.  All I see is low core purity.  I don't see

16  (Pages 58 to 61)

Golkow Technologies, Inc. - 1.877.370.DEPS

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 62

1  anything specific to sulfur.
2      Q.  And you've indicated that there would be
3  an overwhelming odor of sulfur that would be
4  produced as part of these ASTM testings; is that
5  correct?
6      A.  Yeah, you would smell it, no doubt.
7      Q.  Would you expect that to be reported?
8      A.  I have no idea what they would have
9  reported.
10     Q.  Well, if they were comparing the USG
11 product to the Knauf product, wouldn't you expect,
12 if there was an overwhelming smell of odor generated
13 during the testing, that that would be reported?
14     A.  It looks to me like their notes are
15 completely with respect to the ASTM tests, and there
16 are no other notations with respect to other things
17 that they observed.
18     Q.  Well, on the first page of the report,
19 they've got a description of things that are
20 noted --
21     A.  Uh-huh.
22     Q.  -- on the Knauf board, correct?
23     A.  Yes.
24     Q.  And nowhere in that description does it
25 say anything about a sulfur odor being detected; is

Page 63

1  that right?
2      A.  Yeah, that's exactly right.
3      Q.  Okay.  Would you expect that to be noted?
4      A.  Well, that's what I was driving at.  I
5  don't see any notations of anything that doesn't
6  particularly pertain to an ASTM test.  So since
7  there's not an ASTM test specifically for sulfur, I
8  don't find that odd.
9      Q.  Well, there's no ASTM test for weight,
10 correct?
11     A.  Where do you see something about weight?
12     Q.  Well, if you look on the report for
13 April 5th, 2006, under Knauf, it notes the weight of
14 the board, correct?
15     A.  It does.  Heavy board weight.  I think
16 that relates to the purity issue, the problem with
17 the core.
18     Q.  That doesn't relate to an ASTM test,
19 correct?
20     A.  No, that's my -- that's correct.  There is
21 no understanding that I have that there's a test for
22 weight.
23     Q.  Is there an ASTM test for core purity?
24     A.  The core purity, again, goes back to the
25 fact that it doesn't pass the test, and when it

Page 64

1  doesn't pass the test, it's assumed that there's a
2  problem with the purity of the board.
3      Q.  Well, it's not just an assumption.  They
4  did a core purity test, didn't they?
5      A.  I don't see any data for core purity test.
6      Q.  Well, if you look at the last page, --
7      A.  Here it is, you're right.  I was looking
8  at the ASTM testing.  Let's see.  They also did
9  surface appearance and board purity.  There's no
10 mention of sulfur, though, you're right.
11     Q.  So there's lots of stuff that is noted
12 that isn't specific to the ASTM testing, correct?
13     A.  That's right.
14     Q.  But sulfur smell isn't noted, correct?
15     A.  That's correct.
16     Q.  The overwhelming sulfur smell that you say
17 they would smell isn't noted anywhere on there?
18     A.  They didn't put it on the report, that's
19 right.
20     Q.  Would you be surprised that a testing
21 facility would smell an overwhelming sulfur smell
22 and not note it on a report?
23     A.  Don't know what they would note.
24     Q.  But had Interior/Exterior performed that
25 same ASTM testing, you're certain that they would

Page 65

1  have smelled an overwhelming sulfur smell?
2      A.  I think that, yes, over and over again,
3  when you open the door, you would smell it, yes.
4          MR. BRYSON:  Do you know if this is
5      Dongguan or Wuhu?  Or do you know what
6      type of Knauf this is?  Natural board,
7      plasterboard?
8          MR. GRAU:  You can refer to
9      Mr. Fournier's deposition.
10 BY MR. GRAU:
11     Q.  What testing would need to be performed on
12 the drywall to determine whether it contained the
13 defect in that it off-gassed volatile sulfur
14 compounds?
15     A.  There are several tests that can be
16 performed on the drywall, one of them being
17 elemental sulfur, and other testing involving
18 volatile sulfur compounds that are given off.
19     Q.  And I wanted to get technical, but I'm
20 also going to get lost in the discussion, so bear
21 with me.  But I want to know specifically what tests
22 should have been performed or would need to be
23 performed to determine that the drywall contained
24 the defect of off-gassing volatile sulfur compounds?
25     A.  The volatile sulfur compounds are done by

Confidential - Subject to Further Confidentiality Review

Page 66

1  an ASTM standard.  I think it's 5504 is the actual
2  test method for the analysis, and then the sample
3  prep is really up to the person who's doing the
4  test.  And the -- you can do it as you receive it.
5  You can do it in a humidified environment, which I
6  typically do both, but that's not specified in the
7  standard.  The standard is just for the analysis.
8       The elemental sulfur test is a test that
9  was developed for -- specifically for drywall by
10 different laboratories, and now many of the
11 laboratories use an elemental sulfur test.  There's
12 not a specific method or standard per se, because it
13 can be done by different manners as far as
14 extraction of the sulfur goes.  Some people use
15 methylene chloride, some people use toluene, but the
16 testing is always done by a GC mass spec, which is a
17 standard method.
18      Q.  You said that's a test for elemental
19 sulfur that was developed specifically for drywall
20 by labs.  Is that a test that was developed after
21 the issue with the Chinese drywall became apparent?
22      A.  No.  With respect to how it's done in the
23 drywall?  Yes.  Elemental sulfur testing has been
24 around for quite a while, and it's done in minerals
25 and so on.  But with respect to how it's done in the

Page 67

1  drywall, in that you pulverize it and so on, take
2  the paper off and whatnot, those kinds of details
3  were really developed for the gypsum as a result of
4  this particular instance.  But elemental sulfur
5  testing has been around for a long time, and there
6  are standards on how to do that.
7       Q.  So then, at the time that
8  Interior/Exterior purchased the drywall, there would
9  not have been a acceptable testing methodology for
10 determining elemental sulfur in drywall?
11      A.  There are testing methods, but how you are
12 going to prepare the drywall sample was not
13 something that there was a standard for.
14      Q.  What about a standard for testing the
15 volatile sulfur compound, specifically in drywall?
16 Was there a methodology in place at the time that
17 Interior/Exterior purchased the drywall?
18      A.  It's the same response.  There are testing
19 methods for volatile sulfur that have been around
20 forever.  People do them for everything.  Same thing
21 with elemental sulfur.  They do them for all
22 different kinds of products.  But the particular,
23 how you're going to prepare the sample, is not a
24 standard.
25      Q.  And that's -- the standard that's in place

Page 68

1  now is something that was developed after the issues
2  with Chinese drywall became apparent?
3       A.  Maybe I'm not making myself clear.  The
4  standard itself for the analysis, 5504, is the
5  standard for how you do the analysis, and that's
6  been around for a very long time.  How you prepare
7  the sample, each lab has a procedure for how they're
8  going to do that with respect to drywall.  And so
9  those proprietary procedures are -- you know, they
10 can vary from lab to lab, and I know that a lot of
11 the work that ALS did was developed specifically for
12 the Chinese drywall as how they prep it, but the
13 analytical procedures have been around for quite a
14 while.
15      Q.  I appreciate that.  But the preparatory
16 procedures are critical to the end result; is that
17 correct?
18      A.  I think that the way you do the prep will
19 determine what you're going to see at the end.  In
20 other words, if you prep it as you receive it,
21 you're going to see hydrogen sulfide, but you're not
22 going to see probably at or very low levels the
23 other gases.  If you prep it so that you do it in a
24 humid environment, that method of prep will allow
25 the hydrogen sulfide to dissolve in the humidity, in

Page 69

1  the water, and so you tend not to see the hydrogen
2  sulfide in the wet prep, but the other gases then
3  are synthesized from the hydrogen sulfide, and so
4  those come out.
5       So what I'm saying is, you know, that the
6  methods to do the analysis have been around for a
7  really long time, but how you decide to do that for
8  a specific problem is procedures that are developed
9  by the laboratories.
10      Q.  Absent the knowledge that there is a
11 corrosion problem associated with the drywall,
12 depending on how you prep the drywall for testing,
13 you may or may not get results that would be
14 indicative of a problem -- a potential problem with
15 corrosion; is that correct?
16      A.  You're going to see different things
17 depending on how you prep the sample, that's right.
18      Q.  And the results you see, depending on how
19 you prep it, may not give you any indication that
20 there would be a problem with corrosion or may give
21 you a very clear indication that there is
22 potentially a problem with corrosion; is that
23 correct?
24      A.  I'm sorry.  Ask that question again, or
25 can you rephrase it?

18 (Pages 66 to 69)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 70

1     Q.  Sure.  Depending upon how you prepare the
2  sample, the results may give you no indication that
3  there may be a problem with corrosion, or they may
4  give you a very clear indication that there is
5  likely a problem with corrosion?
6     A.  That's true for any type of sample.
7     Q.  Right.  And so at the time that
8  Interior/Exterior purchased the drywall, given that
9  there were no standards for preparing drywall for
10  this type of elemental sulfur or volatile compound
11  sulfur compound testing, depending on how that
12  product was prepared, you may get test results to
13  indicate a potential problem or you may not; is that
14  correct?
15         MR. BRYSON:  Objection to form.
16         Misstates her prior testimony.
17     A.  Again, I think that -- I guess I'm really
18  not following your question.  Because from -- from
19  the perspective of doing the analysis, if you
20  suspect that there's sulfur in the drywall and
21  you're trying to find out what it is, you prepare it
22  in many different ways because you're trying to hone
23  in on what the problem is.  So I'm -- does that
24  answer your question?
25  BY MR. GRAU:

Page 71

1     Q.  Well, let me ask you this:  At the time
2  that Interior/Exterior purchased the drywall, did
3  they have any reason to believe that there was a
4  sulfur problem with the drywall?
5     A.  I don't think so.
6     Q.  Given that, had they performed testing at
7  that time, would they have any reason to test the
8  product to determine whether it was a problem with
9  sulfur?
10     A.  Again, I don't -- I don't think they had
11  any indication that there was a sulfur problem at
12  that time because they didn't go to the plant and
13  vet it out.
14     Q.  So really, then, any opinion you have
15  about what Interior/Exterior should have known about
16  the defect in the Chinese drywall relates to their
17  responsibility, in your view, to go and inspect the
18  facilities; is that correct?
19     A.  Yes.  And find out more about the data
20  that they were given that's incomplete.
21     Q.  Look at your initial report, opinion No. 7
22  on page 8 of that report.
23     A.  Yes.
24     Q.  "Tests performed for this report can be
25  performed by many analytical laboratories and were

Page 72

1  available when the drywall was purchased for
2  Louisiana homes."  With respect to that opinion, I
3  just want to be clear that the discussion we had a
4  few moments ago with respect to the preparatory
5  standards, specifically for drywall.  So that I'm
6  clear, that type of preparatory standards was not
7  available for the testing at the time that they
8  purchased it?
9     A.  It was available.  It just wasn't
10  something that I think was considered by people as
11  being -- elemental sulfur being a problem.
12     Q.  So what you mean by number -- in opinion
13  7, where you say the tests performed can be
14  performed by many labs and was available when the
15  drywall was purchased, you mean a GC mass spec test,
16  correct?
17     A.  I mean the entire thing.  I mean, anyone
18  can crush a drywall sample and then do the analysis,
19  so the whole thing would have been available.  All
20  of the prep methods were available.  It's just there
21  wasn't a prep method spec, to my knowledge,
22  specifically for that product.
23     Q.  Are you aware of tests that were performed
24  on the product near the time when Interior/Exterior
25  purchased the product that failed to show any

Page 73

1  problem with off-gassing?
2     A.  Say that again.
3     Q.  Are you aware of any tests that were
4  performed, let's say in 2006, that showed that
5  off-gassing was not a problem with the
6  Chinese-manufactured drywall?
7         MR. BRYSON:  Objection; form.
8     A.  I don't know of any off-gassing testing
9  that was done in 2006, until late in 2006, when
10  Knauf started to do it.  In other words, there was
11  testing done by Knauf in their laboratories, and the
12  date's unclear to me.  I think it was in 2006,
13  late -- late in the year.
14  BY MR. GRAU:
15     Q.  And are you aware of any testing that was
16  done at that time by Knauf that failed to show the
17  problem with off-gassing?
18     A.  I don't know -- I can't point specifically
19  to one, but it wouldn't surprise me if they found
20  some boards that didn't off-gas.
21     Q.  Why wouldn't that surprise you?
22     A.  Because I don't think every piece of board
23  is a problem.  I think everyone has shown that.
24     Q.  What gases does the Chinese-manufactured
25  drywall produce that causes the corrosion in homes?

19 (Pages 70 to 73)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 74

1    A.  The majority of the material, the volatile
2  sulfur gases, is hydrogen sulfide, carbonyl sulfide
3  and carbon disulfide.
4    Q.  Okay.  Hydrogen sulfide, carbonyl --
5    A.  Yes, C-A-R-B-O-N-Y-L.
6    Q.  Carbonyl sulfide, correct?  Carbonyl
7  sulfide is the full --
8    A.  Carbonyl sulfide.
9    Q.  Okay.  And then carbon disulfide?
10    A.  Correct.
11    Q.  Okay.  And as I understand it, both the
12  carbonyl sulfide and the carbon disulfide -- I'm not
13  going to have the technical word for it -- convert
14  into hydrogen sulfide; is that correct?
15    A.  That's correct.
16    Q.  Okay.  And so, ultimately, it's the
17  hydrogen sulfide that is causing the corrosion?
18    A.  I'm not going to isolate it.  It may be a
19  blend of all three.  Hydrogen sulfide certainly is
20  known to be a really bad reducing agent for
21  corrosion of metals.  The other ones, to a lesser
22  extent.  The hydrogen sulfide is probably the worst.
23    Q.  Okay.  I've marked as Exhibit 4 a report
24  from CTEH, which is a summary of air sample results
25  dated November 29th, 2006.

Page 75

1    (Deposition Exhibit 4 was marked for
2      identification.)
3    Have you seen this before?
4    A.  I have.
5    Q.  This is reports of samples of -- air
6  samples in relation to Knauf Taishan drywall in
7  Florida; is that correct?
8    MR. BRYSON:  Tianjin.  You said
9    Taishan.
10    MR. GRAU:  I'm sorry.
11    MR. BRYSON:  Just to make sure the
12    record is clear, it's not the Taishan
13    manufacturer, it's the --
14    MR. GRAU:  Tianjin.
15    MR. BRYSON:  -- Tianjin.
16  BY MR. GRAU:
17    Q.  KPT board.
18    A.  Yeah, that's what it appears to be.
19    Q.  Okay.  Does this test show any issues with
20  respect to off-gassing of the KTP board?
21    A.  You know, we'll have to take a break and
22  I'm going to have to read it again because I just
23  don't remember.
24    Q.  Okay.  Why don't we do that?
25    A.  Okay.

Page 76

1    THE VIDEOGRAPHER:  We're off the
2    record at 9:43.
3  (Recess.)
4    THE VIDEOGRAPHER:  This is the
5    beginning of tape No. 2.  We're back on
6    the record at 9:54 a.m.
7  BY MR. GRAU:
8    Q.  Dr. Streit, I think where we were was
9  looking at the tests from CTEH from November of 2006
10  with respect to whether the results of that testing
11  indicate a problem of off-gassing in the KTP board.
12  You've had a chance to review it?
13    A.  I have.
14    Q.  Okay.  And what do the test results show?
15    A.  I think their conclusion is that there is
16  off-gassing emitted from the Knauf product, but it's
17  not at levels which would be a health concern.
18    Q.  Does the report indicate whether there was
19  off-gassing from plasterboard manufactured by a U.S.
20  manufacturer?
21    MR. BRYSON:  We're not able to say
22    that this report speaks for itself as to
23    what it says?  I mean, is she able --
24    you're asking her opinions beyond just
25    what the words say?

Page 77

1    MR. GRAU:  You can make whatever
2    objection you want.
3    MR. BRYSON:  I'm not trying -- I'm not
4    trying to be obstructive.
5    MR. GRAU:  I understand.
6    A.  Well, since I don't have the data, I can
7  only go by what they're saying, but what it says
8  here is the data indicates that certainly
9  naturally-occurring sulfur-containing compounds can
10  be emitted from Knauf boards.  It doesn't say it can
11  be emitted from U.S. boards.
12  BY MR. GRAU:
13    Q.  Okay.  If you look at page 2 of 3, second
14  paragraph from the bottom with respect to hydrogen
15  sulfide.
16    A.  Yeah, okay.
17    Q.  Okay.  The report indicates that hydrogen
18  sulfide was detected in all of the samples collected
19  during the investigation at concentrations ranging
20  from 2.3 to 4.1 parts per billion.  Do you see that?
21    A.  Yes.
22    Q.  Okay.  And is it your understanding that
23  this test included testing not just of Knauf board
24  but also in homes with drywall manufactured
25  domestically?

Confidential - Subject to Further Confidentiality Review

Page 78

1     A.   The sentence says, "The next highest level
2  was obtained from a home with plasterboard product
3  from a U.S. manufacturer."
4     Q.   So there's an indication at least that
5  off-gassing of hydrogen sulfide at levels of 3.9
6  parts per billion was noted in
7  domestically-manufactured drywall; is that correct?
8     A.   Yeah.  What they turn around and say is
9  that there's also hydrogen sulfide outside.  And so,
10  basically, what they're saying is they don't know.
11     Q.   Right.  So what they're saying is they
12  don't know, so --
13     A.   Based on -- based on the air testing, I
14  don't think they can tell.
15     Q.   Okay.  So at least with respect to this
16  specific testing in November of 2006 that was
17  performed, the testing, while indicated -- while
18  indicating that there may be off-gassing of hydrogen
19  sulfide in KPT board, also indicates that that
20  problem may be present in the outside air and/or in
21  domestically-manufactured drywall?
22     A.   Yeah.  I think that what they're trying to
23  say is the air samples aren't very good, and
24  everybody agrees with that.  But it seems to me that
25  their conclusion with respect to emitting the Knauf

Page 79

1  is really more premised on what they found in the
2  bulk sample, which is now generally kind of --
3  that's not the issue.  Iron disulfide is not the
4  issue.  It's the elemental sulfur that's recognized
5  as being the issue.  So you're in the beginning of
6  this, I think, and that was the -- one of the
7  initial thoughts.  Strontium was an initial thought,
8  too, and that's been found to be not --
9     Q.   Right.  So in the beginning of this, there
10  was a potential issue with smells and corrosion, and
11  there was all sorts of tests thrown at that problem
12  to try and figure out what might be causing it,
13  right?
14        MR. BRYSON:  Object to form.
15     A.   Yeah.  People were trying to find out what
16  was going on.
17  BY MR. GRAU:
18     Q.   And to find out what was going on, people
19  were performing different types of tests, correct?
20     A.   Yes.
21     Q.   With different types of preparatory
22  procedures, correct?
23     A.   Yes.
24     Q.   And some of those tests were inconclusive
25  or indicated that there may not be a problem with --

Page 80

1  a specific problem with the drywall; is that
2  correct?
3     A.   I would agree with they are inconclusive.
4  I'm not sure that the tests indicate that there's
5  not a problem with the drywall.  What it indicates
6  is there's a problem with the testing.
7     Q.   Okay.  So --
8     A.   In other words, the air -- look, the air
9  sampling nobody relies on.  Okay?  It's been shown
10  to be completely unreliable for a multitude of
11  reasons.  And that's why ultimately, when the CPSC
12  put out their guidance, they make no mention of air
13  sampling, because it's not reliable.
14     Q.   Are you familiar with --
15        THE WITNESS:  I'm sad.  Everybody is
16     leaving the party.  I feel like --
17        MR. BRYSON:  I'll be back.
18        MR. GRAU:  Revolving chairs.
19  BY MR. GRAU:
20     Q.   Are you familiar with testing performed by
21  New Orleans Area -- or on behalf -- testing
22  performed on behalf of New Orleans Area Habitat for
23  Humanity in 2009, on board they purchased from
24  Taishan?
25        MR. GEORGE:  Objection to form.

Page 81

1     A.   I don't recall seeing anything like that.
2  BY MR. GRAU:
3     Q.   Okay.  I'm going to mark as Exhibit 5 --
4        (Deposition Exhibit 5 was marked for
5         identification.)
6        Do you know who New Orleans Area Habitat
7  for Humanity is?
8     A.   No.
9     Q.   Are you aware that they're a plaintiff in
10  this litigation?
11     A.   No.
12     Q.   Are you aware that they purchased 120,000
13  sheets of Taishan drywall?
14     A.   No.  I assume you want me to read through
15  this?
16     Q.   Well, I'd like you to just -- I guess,
17  first -- I think I asked you this already, but to be
18  clear, you have not seen this test report before,
19  having now looked at it; is that correct?
20     A.   I have not.
21     Q.   Okay.  Are you familiar with EASI?
22     A.   I don't think I know who they are, but in
23  looking through the data, it came from Columbia, who
24  I'm, obviously, very familiar with.
25     Q.   You're obviously very familiar with

21 (Pages 78 to 81)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 82

1 Columbia, correct?
2     A. So I assume that they took the job and
3 subcontracted it is what it looks like to me.
4     Q. Okay. If you can take a look at the last
5 three pages of this document, --
6     A. Uh-huh.
7     Q. -- which, for the record, are NOAHH
8 0014682 through 14684, and these are results of
9 analysis performed by Columbia Analytical Services,
10 correct?
11     A. Okay.
12     Q. And you see that these reports show that
13 there is no detectable level of hydrogen sulfide in
14 the samples taken for Habitat for Humanity?
15     A. That's what it appears to be, yeah.
16     Q. Okay. I guess having then reviewed this,
17 you can't tell me why they were unable to find
18 levels of hydrogen sulfide at that time?
19     A. I have no idea what was done or sampled or
20 anything.
21     Q. Would you expect them to have found
22 elevated levels of hydrogen sulfide if they were
23 testing Taishan drywall?
24     A. I guess my response to that is I've tested
25 some samples that show positive, and I've tested

Page 83

1 some samples that show negative from time to time.
2 Not all drywall is a problem, and we all know that.
3 So if they found a piece that was not a problem,
4 fine. In fact, my own data shows that. There was a
5 piece from the Gross residence that was taken that
6 came up negative, and then they took another board
7 and it came up positive.
8     Q. You simply don't know anything about
9 testing that Habitat had performed, then?
10     A. I'm sorry. I don't.
11     Q. Okay. Is it relevant to your opinions in
12 this case that Habitat, one of the plaintiffs in
13 this litigation, had testing performed of Taishan
14 board that failed to indicate there was a problem
15 with the board?
16     A. Well, again, I -- one of my own samples
17 show that there wasn't -- there was a board that
18 didn't have a problem in that small piece of test.
19 I think the thing you have to remember is the board
20 is not -- it's not homogeneous. There are some
21 areas that are going to show elemental sulfur and
22 there are some that you may sample may not. And so,
23 if you come up with a negative test, it doesn't
24 necessarily mean that that board is okay. I think
25 that's why multiple samples sometimes need to be

Page 84

1 done in homes.
2     Q. Are you aware that Habitat for Humanity
3 continued to use the drywall that they had -- the
4 Taishan drywall that they had purchased after there
5 were reports of problems with Chinese-manufactured
6 drywall?
7     A. I don't know anything about that report.
8 Okay? But if you go in a home and you do your
9 initial inspection criteria and you know what the
10 dates of construction are and you know that you're
11 getting blackening of the metal, something in that
12 home is not right. Okay? And that's when, if you
13 start looking more and you start testing different
14 boards, if there is a drywall problem, you should
15 find it. And so I don't know the circumstances
16 here. I don't know if they did the initial criteria
17 and found corrosion and then tested one board and
18 got nothing. Then I would say keep testing.
19     Q. Well, this is testing of boards that were
20 from the warehouse, that were stored in the
21 warehouse and hadn't been used in any homes?
22     MR. GEORGE: Objection to form. I
23         think you're misinterpreting what this
24         testing is.
25     MR. GRAU: No, I don't think I am,

Page 85

1 but --
2     A. Like I said, you know, I've never seen it.
3 I know nothing about it. I'm just telling you from
4 my perspective, when I take samples in a home, you
5 have to fit the initial criteria first in order to
6 assume that there's a problem with the board that's
7 in that particular home.
8 BY MR. GRAU:
9     Q. Okay. Assume for me that there is
10 knowledge of problems in some homes associated with
11 Chinese drywall, and New Orleans Area Habitat for
12 Humanity has a warehouse full of 100,000,
13 approximately, sheets of Chinese-manufactured
14 drywall, and they perform this specific testing
15 which shows that there's no detectable levels of
16 hydrogen sulfide. Can you say whether they were
17 prudent in continuing to use that drywall following
18 this test result?
19     A. I think that if there was a suspicion that
20 there were potentially problems, one test is
21 probably not enough to be representative of 100
22 boards. So probably they should have done more -- a
23 little bit more testing. In fact, even the ASTM
24 test says, I think, do, like, a certain number of
25 boards in a shipment. So if you kind of work that

22 (Pages 82 to 85)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 86

1  back, you know, they probably should have done more
2  than one board, especially if their thought was,
3  hey, this might be a problem.
4      Q.  How about if they did two sets of testing?
5  Would that be sufficient?
6      A.  Well, again, you know, like I said, I
7  don't know what the circumstances are.  Did they
8  smell odors in it that caused them to want the
9  testing?  Were they told that potentially Taihe is a
10  problem?  I have no idea.  So it's hard for me to
11  design a test protocol when I don't know what the
12  premises are.
13      Q.  You haven't reviewed the testimony of any
14  of the Habitat representatives?
15      A.  No.
16      Q.  You, then, aren't aware of any testimony
17  from those representatives as to whether there was
18  any odors detectable in the warehouse where they
19  were housing 100,000 sheets of drywall?
20      A.  I don't know anything about it.
21      Q.  But you would expect there to have been
22  odors; is that right?
23      A.  It depends on the storage conditions.  If
24  it's enclosed and it gets really hot in there and
25  humid, yeah, I would expect it.  If it's a situation

Page 87

1  where it's stored outside and there's air flow going
2  past it all the time, maybe not.
3      Q.  An enclosed warehouse on the Mississippi
4  River in New Orleans, would you expect there to be a
5  smell in the warehouse?
6      A.  I'd say there's a good probability that
7  you would smell something, yeah.
8      Q.  With 100,000 sheets of drywall.  That's a
9  lot of drywall, isn't it?
10      A.  Yeah, I would think so.
11      Q.  Have you seen 100,000 sheets of drywall
12  before?
13      A.  No, and I don't think I need to see
14  100,000 sheets of drywall.
15      Q.  Okay.  So you would expect there to be a
16  smell in that warehouse, then?
17      A.  Again, I would -- under that condition, if
18  it's all enclosed and the vapors are allowed to
19  build up and so on, yeah, I would think you'd smell
20  something.
21      Q.  How do you explain that none of the
22  Habitat representatives reported any smell of sulfur
23  in the warehouse where 100,000 sheets of drywall
24  were stored?
25      A.  I don't know anything about what they

Page 88

1  reported and what they didn't report or what they
2  saw or what they didn't see.  I know nothing about
3  the environment around the warehouse, whether there
4  are other smells that would overwhelm it.  I just
5  don't know.
6      Q.  Well, are you of the opinion that
7  representatives of Interior/Exterior should have
8  smelled a sulfur smell in their warehouse where they
9  were storing Chinese-manufactured drywall?
10      A.  Again, I would say the same thing.  I
11  don't -- I think you have to take that all -- I
12  mean, if you're stored right next to a petroleum
13  plant, where all you smell is petroleum, probably
14  not.  If you're stored right next to a swamp, where
15  there's hydrogen sulfide smells, and then you go
16  into the warehouse, probably not, because you become
17  sensitized to it, so it really depends on the
18  situation.
19      Q.  But you are of the opinion that had
20  Interior/Exterior or its representatives gone to
21  China and visited the warehouse, they would have
22  smelled sulfur?
23      A.  I'm not talking about their warehouse.
24  I'm talking about their processing plant where they
25  actually cook the material.  That's what I'm talking

Page 89

1  about, where the material is actually manufactured.
2      Q.  So you don't have an opinion as to whether
3  they would have smelled sulfur in the warehouse
4  before the drywall was placed on ships to be sent
5  overseas?
6      A.  Again, they may have.  It completely
7  depends on the environment around the warehouse, and
8  I -- there's nothing I can say about that.  I think
9  it's more likely that in the enclosed environment of
10  the processing plant where they're cooking it and
11  they're baking it and the vapors are being driven
12  off, that's where I would expect to smell it.
13      Q.  Have you ever been in a drywall
14  manufacturing facility?
15      A.  No.
16      Q.  Do you know what smells are commonly
17  associated with the manufacture of drywall?
18      A.  Well, other than just a discussion with
19  Lydia, because she's my reference for manufacturing
20  process because she's been doing that for 20 years
21  as a consultant to the manufacturers.  She tells me
22  that sulfur smells of that nature, reduced sulfur
23  smells, any type of reduced sulfur smells, whether
24  it's from bacteria, elemental sulfur, whatever it
25  is, would be noticeable.

23  (Pages 86 to 89)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 90

1    Q.  Okay.  You say Lydia.  That's
2 Ms. Luckevich?
3    A.  Yes.
4    Q.  When did you speak to Ms. Luckevich about
5 manufacturing of drywall?
6    A.  Probably started in the Germano case.
7    Q.  Okay.  Did you speak with her specifically
8 with respect to the opinions you're offering in this
9 Interior/Exterior litigation?
10    A.  I think that it's all continuous.  I've
11 been talking to her for several years.  We had a
12 long discussion because we had to drive from the
13 airport like three hours because we got deferred, so
14 we talked all about drywall and the processes of
15 drywall and what her background was and what my
16 background was and so on.
17       So I remember a lot of that conversation
18 from there, and I have since talked to her in
19 relation to this and kind of refreshed my
20 recollection.
21    Q.  How did you get connected with
22 Ms. Luckevich?
23    A.  As a part of the Germano litigation.
24    Q.  I don't know what that means, as a part of
25 the Germano litigation.

Page 91

1    A.  I'm sorry.  It was a MDL in Virginia.  We
2 had both gone to inspect several homes in the
3 Virginia area.
4    Q.  She was also retained by the PSC?
5    A.  I don't know if she was retained or she
6 was a consultant.  I don't know what her arrangement
7 was, but she was there.
8    Q.  What investigation have you done into her
9 background?
10    A.  I've talked to her specifically.  I mean,
11 I asked her what her background was.
12    Q.  Other than asking her what her background
13 was, have you done any investigation into her
14 background?
15    A.  No.  I just talked to her.
16    Q.  Why do you choose to use her as your
17 reference as opposed to some other expert on
18 manufacturing of drywall?
19    A.  Because she is the person that USG and
20 National and Temple and other people go to as an
21 independent consultant.
22    Q.  How do you know that?
23    A.  Because she told me.
24    Q.  Okay.  You have done anything to verify
25 that?

Page 92

1    A.  No.  I take her for her word.
2    Q.  Okay.  Is she published in the area of
3 drywall manufacture?
4    A.  You know, she holds a patent in drywall.
5 She may hold more than one.  Specifically, we were
6 talking about one which had to do with sag
7 resistance of the drywall.  She teaches regarding
8 drywall processes and chemistry, and I have seen her
9 preparations for that.  She has a publication that
10 she distributes to her students.  You know, maybe --
11 maybe more.  I don't know.  I've never really
12 reviewed a publications list or anything like that.
13    Q.  My initial question to you was:  Do you
14 know what smells are commonly associated with the
15 manufacture of drywall?
16    A.  Again, I would have to -- do I know every
17 smell that's -- I've never been in a plant.  Okay?
18 So do I know every smell?  No.  But I do know that a
19 smell coming from a sulfur source, a free sulfur
20 source, bacteria, elemental sulfur that's not bound
21 up in the sulfate of gypsum would have a different
22 odor and should have been noticeable.
23    Q.  Do you know whether a sulfur smell is
24 typically associated with the manufacture of
25 drywall?

Page 93

1    A.  Not that type of sulfur smell.  In other
2 words, gypsum has -- when you're processing it, I'm
3 sure, has some odor.
4    Q.  Right.
5    A.  But it's distinguishable from a reduced
6 sulfur odor.  It's bound up in the sulfate, so it
7 doesn't smell like a reduced sulfur particle would.
8 Just like -- just like H2S.  Okay.  When people
9 smell H2S, they think it's rotten eggs.  When you go
10 into these homes, it doesn't smell like rotten eggs.
11 It smells like a burnt fireworks kind of thing
12 because it's a blend of smells.  And so when you go
13 into a drywall plant, there is a certain odor, of
14 course.  You have wet paper.  I mean, you have all
15 kinds of stuff going on.  But it doesn't have that
16 reduced elemental sulfur smell.  It would be a
17 different smell that would send up a signal to them
18 that, you know, hey, we've got some impurities in
19 here that we need to deal with.
20    Q.  How do you know that?
21    A.  From discussion with Lydia.
22    Q.  So you rely on Lydia for that opinion?
23    A.  Yes.
24    Q.  Okay.  What is a reduced sulfur smell?
25    A.  Again, it's like the hydrogen sulfide,

24 (Pages 90 to 93)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

## Page 94

1  carbonyl sulfide, carbon disulfide, reduced sulfur
2  gases that come from bacteria, as well.  There's
3  a -- there's a distinct odor that's different from
4  the gypsum smell.
5       Q.  Can you describe the distinct odor for me?
6       A.  I think I just did.
7            MR. GEORGE:  Objection.
8  BY MR. GRAU:
9       Q.  Rotten eggs?
10      A.  Well, it's a blend.  I mean, if it's more
11 hydrogen sulfide, then you're going to smell more of
12 the rotten eggs.  If it's a blend of things like you
13 smell in the house, then it may smell more like
14 burnt fireworks.
15      Q.  Well, you're of the opinion that had
16 Interior/Exterior or its agent gone to the
17 manufacturing facility in China, they would have
18 smelled a sulfur odor.
19      A.  Yes.
20      Q.  What would they have smelled?
21      A.  Exactly that.  It would have been a
22 reduced sulfur gas odor, a strong sulfur odor that
23 would be different from what a normal processing of
24 gypsum would be.
25      Q.  I'm trying to appreciate what that would

## Page 95

1  smell like.  If I walked into that manufacturing
2  facility and they were manufacturing this defective
3  Chinese drywall, what would I smell?
4       A.  Have you been in a house?
5            MR. GEORGE:  Asked and answered.
6  BY MR. GRAU:
7       Q.  Yes.
8       A.  Have you smelled -- smelled what's in a
9  house?  That's what it's going to smell like.  I
10 mean, it's -- like I said, it's very
11 distinguishable.  It's an odor that, in some cases,
12 is suffocating.  I don't know how else to describe
13 it beyond how I've described it to you.
14      Q.  So I would just walk in and, as a
15 non-chemist, instinctively know that whatever I was
16 smelling was a reduced sulfur gas smell?
17      A.  No.  I think what you would do is you'd go
18 in there and say, what's that smell, and that would
19 send a, you know, kind of a signal, saying, what's
20 going on here, you know, why -- especially if you go
21 into a testing lab, which are typically isolated
22 because they don't want all the dust from the
23 processing, and you're doing the humidity test and
24 you open the doors, you're going to get an odor.
25 You shouldn't have an odor in the finished product

## Page 96

1  of the drywall.  There should not be an odor.
2       I am told by Lydia that with respect to
3  drywall processing, this would have come up as being
4  a distinctly different smell than what normal
5  processing would be, and I have to rely on her for
6  that because I have never been in a plant.
7       Q.  And you haven't done anything to test the
8  veracity of that statement by Lydia, have you?
9       A.  I have not been in a plant, so there's
10 nothing I can do other than rely on her.
11      Q.  You haven't been in a plant; you haven't
12 spoken with any other experts as to what they think
13 the smell might be, correct?
14      A.  That's correct.
15      Q.  You haven't read any publications or
16 articles or anything of the like regarding what the
17 smell would be like in one of these manufacturing
18 facilities, have you?
19      A.  No.  I'm relying on her expertise.
20      Q.  Exclusively, correct?
21      A.  Yes.
22      Q.  You're just simply, for lack of a better
23 word, parroting what she's told you?
24      A.  She is -- she is a recognized expert in
25 that area.  She is the expert that I went to.

## Page 97

1       Q.  And you're just parroting what she's told
2  you?
3            MR. GEORGE:  Objection.
4       A.  Again, I'm relying on her opinion as an
5  expert in that area.
6  BY MR. GRAU:
7       Q.  If she's incorrect in her opinion, then
8  your opinion is incorrect; is that right?
9       A.  Well, since I'm relying on her opinion,
10 then doesn't that follow?
11      Q.  I'm asking you whether it follows.
12      A.  Like I said, she's the recognized expert
13 in that area.  If she tells me that this is what's
14 going to happen, since I haven't been in a plant,
15 I'm going to believe her.
16      Q.  Do you think it's fair for you to rely
17 exclusively on what she has to say without
18 performing any independent investigation of that?
19      A.  I think that people do that all the time.
20 You know, what's the difference if I had gone to Tim
21 Tonyan and asked him to do that and relied
22 exclusively on him?
23      Q.  Did you do that?
24      A.  No.  Because I relied on Lydia.
25      Q.  Did you call up Tim Tonyan and say, hey,

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 98

1  what would I smell?
2      A.  Actually, let's go back, because the odd
3  thing about that is, when all of this started,
4  because I knew he had worked at USG, I actually did
5  call him.  And what he told me was that he didn't
6  work in wallboard, and so I said, okay, fine,
7  thanks, and went and looked for someone who did work
8  in wallboard.
9      Q.  You knew at the time that you rendered
10 your rebuttal report that Mr. Tonyan had offered
11 opinions with respect to the manufacturing of
12 drywall; is that correct?
13     A.  At the time I rendered my report, yes, in
14 this case.
15     Q.  Okay.  At that time, before you rendered
16 this rebuttal report on October 17th, 2012, you
17 didn't call Mr. Tonyan and ask him what his opinion
18 was about what you could smell if you went to the
19 manufacturing facility, did you?
20     A.  No.  Again, what I did a while back --
21 because we knew each other from Packard, so I've
22 worked with Tim.  I went to him because I knew him
23 and I knew he worked for USG, and I said, can you
24 help me.  And this is back in 2009.  And what he
25 told me was, I really don't -- don't work in

Page 99

1  wallboard.  He does work in gypsum products, but in
2  another aspect of the business.  And I said, fine,
3  and found someone who did work in wallboard, and
4  that was Lydia.
5      Q.  Object to the responsiveness of your
6  answer.
7          My question is:  After having reviewed his
8  report with respect to Chinese-manufactured drywall
9  in this litigation, but before you prepared your
10 October 17th, 2012 report, did you contact
11 Mr. Tonyan?
12     A.  No.  I think that's a little
13 inappropriate.
14     Q.  Why?
15     A.  Because he is an expert representing an
16 opposing party in this case, so I don't think it's
17 an appropriate thing for me to do.
18     Q.  But it's appropriate for you to contact an
19 expert that's been retained by the PSC?
20     A.  She -- well, for one, we're working for
21 the same entity, and she's an independent
22 consultant.  She's never been hired by USG.  She is
23 an independent consultant hired by many different
24 contractors.  She wasn't an employee of USG.
25     Q.  But in this case, she was specifically

Page 100

1  hired by the Plaintiff Steering Committee, correct?
2      A.  In some capacity, that's my understanding,
3  yes.
4      Q.  And she was compensated for the opinions
5  that she rendered on behalf of the Plaintiff
6  Steering Committee, correct?
7      A.  I assume so.
8      Q.  You would agree with me that she's not
9  really impartial when it comes to
10 Chinese-manufactured drywall, is she?
11     A.  No, I think you need to talk to her about
12 that.
13     Q.  Well, you don't have an opinion as to
14 whether she's impartial or not?
15     A.  I consider myself impartial, as well.  I'm
16 a scientist.  I'm -- all I'm saying is, from a
17 science perspective, here's what I found and here's
18 what I think should have been done.  And, really, it
19 doesn't matter to me whether it's the PSC or
20 somebody else.  I'm offering a scientific opinion.
21     Q.  Let's take a look -- I don't think I've
22 marked it yet.  You indicated, when we first
23 started, that you prepared four reports in this
24 matter, and we've looked at your initial report
25 dated September 20, 2012, correct?

Page 101

1      A.  Yes.
2      Q.  I know there's also a report dated
3  October, I believe, 9th, 2012?
4      A.  Yeah.  And then I think there's another
5  one dated the 19th.  They were all successive.
6  Tests were coming in because we had to redo the
7  Gross house --
8      Q.  Right.
9      A.  -- because the first one was negative.  We
10 obtained another sample and sent that in, and due to
11 the timeline, we were trying to present the results
12 as quickly as we could after I was getting them, and
13 the jar test, unfortunately, just takes a while.
14         So one of the reports is for the elemental
15 sulfur and volatile sulfur testing, and then the
16 third -- second supplemental, third report is the
17 corrosion jar test.
18     Q.  Okay.  Those two tests, the second and --
19 first supplemental and second supplemental, I guess,
20 reports --
21     A.  Right.
22     Q.  -- no new opinions laid out in those
23 reports; is that correct?
24     A.  No.  It's all just more supporting for the
25 homes that we were testing.

26 (Pages 98 to 101)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 102

1    Q.  Okay.  And then the additional opinions
2  that you offer are in your rebuttal report; is that
3  correct?
4    A.  Correct.
5    Q.  I'll mark as Exhibit 6 what I believe is
6  your rebuttal report.  Sorry.
7    (Deposition Exhibit 6 was marked for
8        identification.)
9    A.  That's okay.
10   Q.  Can you identify this for me as your
11 rebuttal report?
12   A.  Yes, it appears to be.
13   Q.  Okay.  And it looks like there are six
14 opinions -- I'm sorry -- five opinions set forth in
15 that report?
16   A.  Yes.
17   Q.  Okay.  The first opinion is, had INEX or
18 its agent visited the gypsum mine in China, they
19 should have noted that the hydrogen sulfide levels
20 in the mine were a concern as evidenced by the
21 periodic monitoring for hydrogen sulfide.
22   What's the basis for that opinion?
23   A.  There's a letter from Dr. Hummel, I
24 believe, to Isabel Knauf, which talks about his
25 visit to the mine, or a memo or something like that,

Page 103

1  where he makes a statement that there's a sign upon
2  entry that says, "We monitor hydrogen sulfide on
3  every shift."
4    Q.  Is it unusual for gypsum mines to monitor
5  hydrogen sulfide?
6    A.  I don't know if it's unusual or not.  The
7  standard procedure with respect to my understanding
8  is that there are core samples done in the mines and
9  they're kind of mapped out, and so that if there are
10 deposits which may be rich in hydrogen sulfide,
11 they're found typically in the core and they try to
12 avoid them.
13   In this case, you know, whether they did
14 that or not, I don't know.  But, apparently, there
15 was some major concern for hydrogen sulfide which
16 may not be a concern if they know they're not going
17 to hit hydrogen sulfide emitting because their core
18 samples indicate that.
19   Q.  I don't understand.  How do you get to a
20 major concern?  Where does that come from?
21   A.  Well, concern for the health of the
22 miners.  I mean, there's only -- there are very
23 strict limits for how much you can inhale before
24 you're going to get really sick.
25   Q.  So there is monitoring that was taking

Page 104

1  place at this one Chinese mine with respect to
2  hydrogen sulfide, correct?
3    A.  Right.  Apparently, he thought that was
4  odd.
5    Q.  Well, what makes you say he thought that
6  was odd?
7    A.  Because he noted it.  I mean, he says, I
8  think there may be a problem in this mine because I
9  see this.  Now, he works for Knauf.
10   Q.  He was there investigating following
11 reports of problems of Chinese-manufactured drywall,
12 correct?
13   A.  Right.
14   Q.  At the time that Interior/Exterior or its
15 agents would have performed this investigation,
16 there were no reports of problems with
17 Chinese-manufactured drywall; is that correct?
18   A.  What investigation are you talking about?
19   Q.  Well, you say here, had INEX or its agents
20 visited the mine.
21   A.  Right.
22   Q.  That, obviously, would be at a time when
23 they were purchasing the drywall, correct?
24   A.  Right.
25   Q.  Which is before any reports of any

Page 105

1  problems with Chinese-manufactured drywall; is that
2  correct?
3    A.  That's correct.
4    Q.  So at that time, not with the mindset of
5  I'm investigating a problem --
6    A.  Uh-huh.
7    Q.  -- but just visiting the mine, as you say
8  they should have done, why would the fact that there
9  was a sign saying, we're monitoring for hydrogen
10 sulfide, have been a concern to them?
11   A.  Because I think there are sulfide
12 emissions that are coming from that mine, and you
13 need to know where they are and what's causing them.
14   Q.  And so my question is:  Is it uncommon for
15 a gypsum mining facility to monitor for hydrogen
16 sulfide?
17   A.  I don't know if it's uncommon or not.
18   Q.  Okay.  So you can't tell us, then, whether
19 that sign would be of a concern; if it's done at
20 most or all gypsum mines, then it certainly wouldn't
21 be any concern, right?
22   MR. GEORGE:  Objection to form.
23   A.  I think that my thinking in this premise
24 is that people who work in that industry, Dr. Hummel
25 in particular, hired by Knauf seemed to think that

27 (Pages 102 to 105)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 106

1  it was worth noting in his report, which indicated
2  to me that it was outside the normal.
3  BY MR. GRAU:
4      Q.  But he's noting it at a time when he is
5  specifically investigating for hydrogen sulfide,
6  correct?
7      A.  Right, I understand.  But if he had gone
8  there and he -- let's say that wasn't there.  Okay?
9  Then I don't think he would have thought anything
10  about it.  In other words, there's no -- there's no
11  reason.  He didn't preface it in his report.  The
12  fact that he puts it in his report, what it said to
13  me was there's a reason why he did that.  If he
14  thought that was the norm, why would he do that?
15  He's pointing it out as something that he thought
16  was -- needed to be pointed out, and that tells me
17  in reading the report, hey, this might be -- this
18  might be a flag.
19      Q.  It's fair to say you're speculating on
20  what Dr. Hummel meant by and was concerned by?
21      A.  I'm telling you how I interpreted his
22  report.
23      Q.  You're interpreting an e-mail from him,
24  correct?
25      A.  Memo, whatever you want to call it.

Page 107

1      Q.  What memo were you talking about?
2      A.  Do we have that?  Oh, hang on.  I think I
3  have it in my --
4      Q.  I mean, you can tell me if it's one of
5  these items listed as your reliance materials.
6      A.  It is.
7      Q.  If you tell me which one, I probably have
8  it.
9      A.  I'm sure you do.  It's this one
10  (indicating).
11      Q.  I'm going to give you your copy back so we
12  don't lose it.
13      A.  Uh-huh.
14      Q.  And then I'm going to mark for the record
15  as Exhibit 7 a copy of the visit report to the
16  Luneng mine, which is KNAUFGIPS 892.
17          (Deposition Exhibit 7 was marked for
18              identification.)
19      A.  Is that how you pronounce that?  I thought
20  it was Luneng.
21      Q.  I have no idea.
22      A.  Oh, fair enough.
23      Q.  Luneng sounds good.
24      A.  My Chinese is kind of rusty, so...
25      Q.  Luneng mine sounds good to me.

Page 108

1      A.  Fair enough.
2      Q.  What's your understanding of this mine?
3  Is this where the Knauf drywall came from that
4  Interior/Exterior sold?
5      A.  My understanding is that -- obviously,
6  it's from the Knauf.  My understanding is that there
7  may -- this mine may provide gypsum for other
8  manufacturers, as well, including perhaps Taihe.  So
9  I'm not sure, based on this memo, clearly it's a
10  Knauf -- but in my discussions, as we were talking
11  about these, there seemed to be an indication that
12  there was one mine that was causing a problem.  That
13  was the gist I was getting from the conversation
14  that I had had with the State of Florida and the EPA
15  and that kind of general thing, that they had traced
16  it back to one mine.
17          So having that in the back of my head, and
18  I see this, I just -- it seems to me that, unless
19  I'm shown that there's a problem with another mine,
20  it seems to me that all of it seems to be coming
21  from this mining area, anyway.
22      Q.  Let me ask this:  Do you know whether the
23  Taishan drywall sold by Interior/Exterior was
24  manufactured with gypsum from this particular mine?
25      A.  Yeah, that's what I'm trying to say.  I

Page 109

1  don't know that -- I can't point to a document that
2  shows me that.  I can only tell you that it's my
3  understanding that as the U.S. regulatory bodies had
4  done their investigation, that it had gotten traced
5  back to one mine.  Now, whether that's been modified
6  or you can show me another document that shows me
7  that's not right, I'm certainly open to that, but I
8  don't -- at this point, that's the information I
9  have.
10      Q.  Okay.  Where in this report does
11  Dr. Hummel discuss this monitoring for hydrogen
12  sulfide?
13      A.  It's the -- under production on the first
14  page, the last sentence, according to this
15  instruction, carbon dioxide and hydrogen sulfide
16  will be checked every shift.  It was -- we found
17  some plates according to the management system for
18  safety and environment.
19      Q.  Okay.  Would the fact that they're
20  monitoring for carbon dioxide be of concern?
21      A.  I think, yeah, excess levels of carbon
22  dioxide can be a problem, as well.
23      Q.  No, I understand that.  But would that
24  have been a concern or raised the suspicion, I
25  guess, of Interior/Exterior or its agents if they

28 (Pages 106 to 109)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

## Page 110

1  had visited the gypsum mine?
2      A.  Well, it wouldn't have anything to do with
3  sulfur, so...
4      Q.  I appreciate that.  But, again, we've got
5  to put ourselves in the context of when
6  Interior/Exterior is performing this site visit, and
7  that's at a time before there was any problems
8  associated with Chinese-manufactured drywall,
9  correct?
10      A.  There -- let me say this:  In the raw
11  rock, there is testing in ASTM, I think it's C471,
12  which talks about the rock, and there are concerns,
13  at least with respect to the levels of CO2 in the
14  raw rock, because they actually go out of their way
15  to test for it, along with other things.  So it
16  draws -- basically, what he said is, hey, we
17  recognize that we have levels of these things; maybe
18  that's a problem; maybe it's not.  But to him, it
19  was, you know, okay, I need to look into this
20  further.
21      Q.  Right.  At the time that you believe
22  Interior/Exterior should have performed this visit
23  to the gypsum mine, should they have been concerned
24  if they had seen a sign that said, we're monitoring
25  for carbon dioxide levels?

## Page 111

1      A.  Well, actually, I'm more concerned with
2  them going to the plant than I am with the mine.
3  Whether that would have drawn a flag with them or
4  not, I don't know.  I guess it depends who's doing
5  the inspection.  If you're at the entrance to the
6  mine and you see H2S, then you know there may be
7  gassing that could harm you.  You know, with respect
8  to Dr. Hummel, he realized that that has other
9  implications.  Okay?  If they had hired somebody
10  within the gypsum industry, that may have sent the
11  same signal.  I think it really depends who they
12  hire to do the inspection is what it comes down to;
13  hopefully, someone in the know.
14      Q.  Should they have gone and done the
15  inspection of the gypsum mine or should they have
16  hired some sort of drywall manufacturing expert to
17  do it?
18      A.  I think I would have gone with someone who
19  had some knowledge in the drywall manufacturing
20  business.
21      Q.  And you believe that that's a
22  responsibility or an obligation of a distributor of
23  drywall?
24      A.  Well, again, you're the first line of it
25  coming into this country, and based on the other

## Page 112

1  documents that we've already talked about and gone
2  over, I think that there are some gaps which
3  indicate that there may be a problem with the
4  quality here, and you should be checking it out.
5      Q.  And so if you're checking it out and you
6  see that they're monitoring for carbon dioxide,
7  should you be concerned about that?
8      A.  Well, again, that goes to the purity of
9  the rock.  Maybe that's a problem; maybe it isn't.
10      Q.  Would you expect there to be air
11  monitoring taking place at domestic gypsum mines?
12      A.  Yes.
13      Q.  Would you expect them to be monitoring for
14  CO2?
15      A.  I would expect them to be monitoring for
16  anything that they had detected when they did the
17  initial testing for the mine that they may think may
18  be harmful to the workers.
19      Q.  So if you were then visiting a mine, you
20  wouldn't be surprised to see a sign indicating they
21  were monitoring air quality, would you?
22      A.  Absolutely not.  I think it's a
23  requirement.
24      Q.  And so why is it that that would cause you
25  any concern about the product?

## Page 113

1      A.  Again, it goes back to the -- it goes back
2  to the question of, is there something with respect
3  to CO2 that could be in the rock which ultimately
4  gets to the board or in the sulfur gas that
5  ultimately gets to the board, could that cause a
6  problem.  Someone in the know that may cause a
7  problem, obviously, it meant something to him.
8      Q.  With respect to Dr. Hummel's report of the
9  mine, he ultimately concludes that the gypsum from
10  the Luneng is satisfied with Knauf's internal
11  standards; is that correct?
12      A.  Where are we?  Where are you reading from?
13  I'm sorry.
14      Q.  I'm reading from quality control of gypsum
15  on page 2.
16      A.  Okay.  I think, basically, what he's
17  saying is they measure the purity and it seems to be
18  within their specs, but the -- he does note the odor
19  and he believes it's coming from shale, and we now
20  know that's not -- not the case.  So when he saw the
21  shale, I think he jumped to a conclusion,
22  unfortunately, until further testing was done to
23  prove that his initial intuition was wrong.
24  That's -- based on his experience, I think that's
25  what he thought.

29  (Pages 110 to 113)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 114

1    Q.  But from a purity standpoint, the gypsum
2  was within Knauf's internal standards, correct?
3    A.  That's what he appears to say, yes.
4    Q.  What should Interior/Exterior or its agent
5  have done on the site visit to the mine?
6    A.  I think they should have done the same
7  thing he did.  I mean, I don't -- like I said, I'm
8  not -- the mine is not as a concern to me as the
9  processing plant.
10    Q.  Okay.  But you still intend to offer the
11  opinion that they should have visited the mine, and
12  had they done so and they seen this sign, they
13  should have been suspicious about the product; is
14  that right?
15    A.  Yeah.  I think you can smell -- you
16  probably could smell the sulfur in the raw -- in the
17  raw rock, which is what he smelled.  He thought it
18  was due to the shale.  It turns out it's not; it's
19  due to elemental sulfur.
20    Q.  And do you know whether sulfur smell is
21  uncommon at a gypsum mine?
22    A.  I think that -- I think that there are
23  sulfur smells at gypsum mines, and that they are
24  conscious of that, that that indicates that there's
25  an impurity in the rock, and that's something you

Page 115

1  need to be cognizant of.
2    Q.  The second opinion you offer is with
3  respect to a visit to the manufacturing facility,
4  correct?
5    A.  Yes.
6    Q.  And you indicate again that at this time
7  Interior/Exterior should have been aware of the
8  sulfur odor that was emanating from the raw gypsum
9  and the manufactured wallboard, right?
10    A.  Hang on.  Do I say raw -- yeah.  So when
11  the gypsum is crushed and initially calcined, it
12  should have been smelled there, and the -- and then
13  at the other end, when the gypsum is rehydrated and
14  baked so that it's drying, I would think you'd smell
15  it there, too.
16    Q.  Okay.  Have you seen any evidence to say
17  that anyone, in fact, smelled sulfur as part of the
18  manufacturing process for the Knauf or Taishan
19  drywall?
20    A.  I haven't seen any evidence of anyone
21  doing an inspection at the manufacturing plant.
22    Q.  You haven't seen any --
23    A.  So I haven't seen it.
24    Q.  You haven't seen any evidence from the
25  plant managers or anyone who worked in the plant

Page 116

1  where they said, yes, there was a sulfur smell?
2    A.  I haven't seen anything like that.
3    Q.  So this is just simply based upon what you
4  believe they should have been able to smell?
5    A.  As a chemist and knowing the process and
6  what I -- what I smell when I do testing, I think
7  they should have smelled it, yes.
8    Q.  And you don't know whether these types of
9  sulfur smells are commonly associated with the
10  manufacture of drywall?
11    A.  I think we've been through all that.  I
12  think that this is a distinct odor different from
13  the manufacturing process.
14    Q.  Okay.  Describe for me the odor that
15  normally is smelled during the manufacturing
16  process.
17    A.  We went through all this.  I'm relying on
18  my discussion with Lydia, who tells me that the
19  drywall that has the elemental sulfur in it should
20  have smelled different and would have been
21  noticeable as a difference from the usual smells
22  that are in the plant.
23    Q.  What did Lydia tell you was the usual
24  smells within the plant?
25    A.  She didn't say what the smell was.  She

Page 117

1  just told me that this would be different.
2    Q.  And based on your experience as a chemist,
3  you would expect those smells to be the smells
4  typically associated with reduced sulfur gases?
5    A.  The same as what you smell in the house,
6  yes.
7    Q.  Which is some sort of combination of
8  rotten eggs and --
9    A.  Smells more like burnt fireworks to me.
10    Q.  Have you seen any reports of sulfide
11  corrosion of any of the metal or electrical
12  components in the manufacturing facilities?
13    A.  That's kind of an interesting question,
14  because she had mentioned that, that she thought
15  there may be corrosion showing up in the test
16  equipment and so on.  I think the problem with that
17  is, you know, it depends on how clean the
18  environment is as to whether you're going -- there's
19  so much gypsum dust that's around and also how much
20  copper is exposed.  You know, I don't think that you
21  go necessarily looking for corrosion, but you may
22  have instrument failure and things like that, which
23  may then signal a problem.
24    But I thought the smells from a chemical
25  perspective would be more perceptible.  I didn't

Golkow Technologies, Inc. - 1.877.370.DEPS

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 118

1   feel that the corrosion would be something who was
2   walking through the plant may necessarily see unless
3   they're looking for corrosion, and, obviously, at
4   that time, nobody was thinking about it. I think
5   the smell would have tipped you off more than the
6   corrosion, but unless you were having instrument
7   failures, and then you have to investigate why
8   that's happening.
9        Q.  My question to you was whether you've seen
10  any reports of actual corrosion at the manufacturing
11  facilities.
12       A.  I have not. Do you have one? Because I
13  haven't seen them.
14       Q.  With respect to the smells, are there --
15  is there equipment used or that can be used in the
16  manufacturing process to eliminate smells?
17       A.  You know, Dr. Hummel in his deposition, I
18  think, talks about that, how difficult it would be
19  to try to eliminate the smell, and they were talking
20  about using Zeolite to absorb it and things, but I
21  don't think that there is anything that can be done
22  to absorb this particular odor.
23       Q.  You're talking about chemical additives
24  and the like to add to the drywall product, right?
25       A.  Right.

Page 119

1        Q.  I'm talking about smells in the factory
2   itself, in the manufacturing facility. Do they have
3   ventilators? Do they have different equipment that
4   would eliminate those types of smells?
5        A.  Yeah. We certainly don't want the
6   emissions from all of that stuff going directly into
7   the plant.
8        Q.  Right.
9        A.  So to some extent, you're going to have
10  some -- what do I want to say? I don't want to say
11  ventilation. I think what they're doing is they're
12  trying to collect the gases that are going and send
13  them out of the plant, and that's probably easy to
14  do at the calciner, which is a localized piece of
15  equipment. But when you're running it along a
16  manufacturing belt and it's cooling as it goes
17  along, so it's traveling down the plant, I don't
18  think that that's an easy thing to do. I really
19  think you'll smell it.
20       Q.  So what equipment -- ventilation equipment
21  or other procedures were in place at the Knauf and
22  Taishan manufacturing facilities in China?
23       A.  I don't know. I haven't been there.
24       Q.  So you can't say what ventilation they
25  would have had in place then?

Page 120

1        A.  I have no idea what's in the plant.
2        Q.  Ms. Luckevich doesn't know either, does
3   she?
4        A.  She does not.
5        Q.  So how can you say what smells there would
6   have been if you don't know what ventilation was at
7   the facility?
8        A.  I'm saying that an inspection would have
9   proved that out. If you had gone and seen what the
10  ventilation was like and actually done a plant
11  inspection, these are things that you would know,
12  and no one went to do that. This all comes back to,
13  you know, what do you do to ensure that your product
14  is manufactured properly.
15       Q.  Your opinion is, had they gone to the
16  facility, they would have smelled a sulfur smell,
17  but you don't know what ventilation equipment was in
18  place that would have possibly eliminated that
19  sulfur smell, correct?
20       A.  Like I said, you have a situation where
21  you probably do have some ventilation equipment,
22  okay, and you're trying to collect the gas and send
23  it out, but you are grinding and humidifying and
24  drying and pushing this stuff out throughout the
25  entire process, and it's my understanding that the

Page 121

1   entire process is typically not ventilated.
2        According to Lydia -- now, I'm not talking
3   specifically about this plant, because no one went
4   to see it. Okay? But under normal circumstances,
5   there are collection of gases at the calciner and
6   there may be collection of gases at one other point
7   in the process where it's all mixed together and
8   then goes out and gets pressed between the board.
9   At that point, she really thought that that would be
10  an obvious place where you would smell it, because
11  she doesn't believe that the ventilation there would
12  be good enough, that you would smell it, and that
13  was her opinion.
14       Q.  But she doesn't know if the ventilation
15  was good enough?
16       A.  Like I said, she is familiar with the
17  processing equipment. She actually tells me that
18  most of the processing equipment that is sold to
19  manufacturing plants all comes from the same place.
20  There's basically one large entity called GypTech
21  that supplies equipment to manufacturing facilities.
22       Q.  In China?
23       A.  Everywhere. They are -- it's kinds of
24  like, if you're going to buy brakes, okay, there's
25  one big brake manufacturer and everyone goes to

31 (Pages 118 to 121)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 122

1  them.  In gypsum, there's one person that is
2  skilled, one entity -- I shouldn't say person.
3  There's one company that is skilled at making the
4  components for a manufacturing plant for gypsum.
5      Q.  Just so we're clear, though, you don't
6  know what ventilation equipment was in place, and so
7  you cannot say what smells definitively would have
8  been smelled upon a visit to the manufacturing
9  facility?
10     A.  Again, I think we -- I think I've already
11 answered that.  I think that someone needed to go
12 there and there's a very strong possibility you
13 would have smelled it.  That's my opinion.
14     Q.  But you don't know what ventilation
15 equipment was there.
16     A.  That's exactly right, because someone had
17 to go and check it out.  Someone had to go to the
18 plant to make sure that it would actually pass the
19 ASTM specs, that everything was on snuff, that their
20 manufacturing was legitimate, and nobody did that.
21 Had they have gone, there's a very strong
22 possibility that they may have smelt.
23     Q.  That's all I'm focused on, is you say
24 there's a very strong possibility they would have
25 smelled it.  You render that opinion without knowing

Page 123

1  what ventilation equipment was in place at that
2  facility.
3      A.  Right.  What I said --
4          MR. GEORGE:  Objection to form.
5      A.  What I said is it's a very strong
6  possibility.  Okay?  Is it you're absolutely going
7  to smell it?  No.  I don't know that that's the
8  case.  All I'm saying is that you needed to go check
9  it out, and there's a strong possibility that you
10 would have smelt it if you did.
11 BY MR. GRAU:
12     Q.  Opinion No. 3, this is your opinion that
13 Interior/Exterior or its agents should have visited
14 the testing laboratory that performed the ASTM
15 certification.
16     A.  Yeah.  That's actually my biggest concern,
17 is the ASTM sheet that was provided is woefully
18 inadequate.  It's incomplete, and so that really
19 sends a signal, you know, what are you giving me.
20 You're not telling me where you're testing it.
21 You're not telling me anything.  As far as which
22 plant it came out of, which batch it came out of.
23 And so you're expecting me to say, oh, this is fine
24 and it passes the ASTM test when even that isn't
25 right.  And that sends up a signal to someone like

Page 124

1  me that says, well, you know, is the testing right?
2  Are the machines calibrated?  Are they keeping all
3  their documentation?  What makes you tell me that
4  your ASTM test is any good?
5          And so I think that if someone had gone
6  and checked it out, there's a good possibility if
7  they had actually watched the ASTM tests and were
8  present when the humidity test was done, when you
9  opened that chamber, it smells.  So if they happened
10 to be there at that time, that's a possible spot
11 where they would have smelled it.
12     Q.  I'm a little confused because you went on
13 about suspicions being raised with the ASTM testing
14 report, et cetera.  That opinion is not contained in
15 Item No. 3, is it?
16     A.  That -- I guess what I'm saying is that
17 I -- it's contained in Item No. 3 because it's part
18 of the background for me giving the opinion in Item
19 No. 3.
20     Q.  Well, the opinion in Item No. 3 --
21     A.  My opinion is you need to go and check.
22 You need to go and check the lab.
23     Q.  Well, that's not what your opinion is.
24 Your opinion is, had they gone and checked the lab,
25 they would have smelled sulfur odor.

Page 125

1      A.  Right.
2      Q.  Okay.
3      A.  Right.
4      Q.  So the opinion isn't whether they should
5  or should not have gone and inspected it.  The
6  opinion is, had they done so, they would have
7  smelled sulfur, correct?
8          MR. GEORGE:  Is that a question?
9  BY MR. GRAU:
10     Q.  Correct?
11     A.  Yes.
12     Q.  Okay.  And, again, you don't know what
13 ventilation equipment would have been in place at
14 the testing facility that may have eliminated sulfur
15 smells?
16     A.  No, I don't know what ventilation system
17 was there.
18     Q.  And we've at least seen a USG test report
19 of ASTM testing for Knauf board where there's no
20 notation of sulfur smell as part of that testing?
21     A.  They didn't note it, that's right.
22     Q.  What, then, is the basis for your opinion
23 that, had Interior/Exterior gone, they would have
24 noted a sulfur smell at the testing facility?
25     A.  Because when I do the sulfur test in a

32 (Pages 122 to 125)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 126

1   humidity environment and I open the chamber, it
2   reeks. That's my opinion.
3       Q.  Based upon what type of testing that
4   you're doing?
5       A.  Same type of thing they're doing,
6   humidifying a sample, in fact, a smaller sample, a
7   3-inch sample, not a 12 by 24-inch sample.  A 3-inch
8   sample in a humidity environment at pretty close to
9   the same -- we do it at -- excuse me -- 37 degrees C
10  as opposed to 90F -- it's pretty close, 95, 97 --
11  and we do it at about 80 percent humidity instead of
12  90.  So their conditions are even worse than ours,
13  and when you open that door, it smells.
14      Q.  You indicate as part of your reliance, I
15  guess, that you had personal communications with ALS
16  Lab?
17      A.  Yes.
18      Q.  Is that in relation to this opinion?
19      A.  Well, I just confirmed that what I was
20  smelling in my own test lab, I called them and say,
21  hey, when you run the test, what do you -- do you
22  smell anything?  And they confirmed exactly what I
23  said.  When you take your sample out of that
24  chamber, it smells really bad.
25      Q.  Who at ALS did you speak with?

Page 127

1       A.  Sue Anderson.
2       Q.  Who is Sue Anderson?
3       A.  She is a laboratory manager.
4       Q.  What type of testing is ALS doing on the
5   board?
6       A.  They're doing elemental sulfur, volatile
7   sulfur testing and corrosion jar testing.
8       Q.  Have you done ASTM testing on the drywall?
9       A.  Myself?  No.  I don't do testing in my
10  lab.
11      Q.  Have you had ASTM testing performed on the
12  drywall?
13      A.  Yes.
14      Q.  The ASTM testing, though, is different
15  than the testing that your -- you've identified in
16  your initial report, correct?
17      A.  Well, let's go back.  You're talking
18  about -- when I say, "ASTM testing," I'm talking
19  about ASTM D5504.
20      Q.  Okay.  Thank you for that clarification.
21  I'm talking about ASTM 1396.
22      A.  Oh, okay.  No, I don't do that test.  I
23  don't think I've ever had reason to do that.
24      Q.  So you've never had ASTM 1396 testing
25  performed on the drywall; is that correct?

Page 128

1       A.  No.
2       Q.  Okay.
3           THE WITNESS:  Do you mind if we just
4       take a real short break?
5           MR. GRAU:  Absolutely.
6           THE VIDEOGRAPHER:  We're off the
7       record at 10:48.
8   (Recess.)
9           THE VIDEOGRAPHER:  Okay.  We're back
10      on the record at 10:54.
11  BY MR. GRAU:
12      Q.  Your fourth opinion is with respect to
13  inspection services by SGS North America?
14      A.  Uh-huh.
15          THE VIDEOGRAPHER:  Your mic is not on.
16          MR. GRAU:  Sorry.
17  BY MR. GRAU:
18      Q.  What's the basis for this opinion?
19      A.  There's a document that shows that there
20  was a consideration to have an inspection done by
21  SGS, and then, for whatever reason, they decided not
22  to do it, and there are portions on there which do
23  talk about going to the plant and the testing and
24  that was not checked off, which I think would have
25  been a prudent thing to do.

Page 129

1       Q.  Okay.  Do you know whether
2   Interior/Exterior had any inspection performed of
3   any of the drywall that it purchased from China?
4           MR. GEORGE:  Objection.
5       A.  I think -- and I'm not sure who did it,
6   but I think there was, like, a count done, you know,
7   that type of an inspection.  But I think that was
8   the limit of it.
9   BY MR. GRAU:
10      Q.  How did that differ from the inspection
11  that you're talking about by SGS?
12      A.  The SGS was to go to the plant and --
13  excuse me -- and not only do the manufacturing
14  process but then follow that through to the shipping
15  and so on was my understanding.
16      Q.  What's that understanding based on?
17      A.  The SGS document.
18      Q.  Okay.  I'm going to show you what I'll
19  mark as Exhibit 8, which is the SGS document
20  referenced in your report.
21          (Deposition Exhibit 8 was marked for
22              identification.)
23          Is this the SGS document that you're
24  referring to that forms the basis of opinion No. 4?
25      A.  Yes.

33 (Pages 126 to 129)

Confidential - Subject to Further Confidentiality Review

Page 130

1    Q.  Okay.  This is an inspection request
2  application; is that right?
3    A.  Yes.
4    Q.  Who is SGS; do you know?
5    A.  They're an independent service, and they
6  do -- they not only -- they actually do elemental
7  sulfur testing, oddly enough.  They do testing.
8  They do inspections.  They're hired kind of as a
9  go-between.
10    Q.  And it's your understanding that this is
11  an application that was completed by representatives
12  of Interior/Exterior to have SGS perform certain
13  investigation?
14    A.  That's what it looks like to me.
15    Q.  Okay.  And on page 2 of this document
16  indicates the services that were requested; is that
17  right?
18    A.  Yes.
19    Q.  Okay.  And what services were requested at
20  that time?
21    A.  The ones that are marked at the top of the
22  page with an "X."
23    Q.  So that would be quantity verification?
24    A.  Right.
25    Q.  And then there would also be verification

Page 131

1  of export packing and shipping marks?
2    A.  Correct.
3    Q.  Loading or unloading witness and
4  verification?
5    A.  Yes.
6    Q.  And witness of container loading and
7  sealing with SGS seals?
8    A.  Right.
9    Q.  Okay.  Those are the only services that
10  were requested?
11    A.  Yes.  The other ones are available, but
12  they chose not to request them.
13    Q.  Okay.  How do you know they're available?
14    A.  They're right underneath.  You can do a
15  verification of equipment.  You can do performance
16  testing, product monitoring, laboratory testing,
17  product certification.  All of that is available.
18    Q.  Okay.  There's NA written next to all
19  those, right?
20    A.  Yeah.  I think that that's not applicable,
21  meaning they chose not to do that.
22    Q.  So you think that means that they chose
23  not to do it, not that SGS didn't offer it?
24    A.  That's -- otherwise, why would they put it
25  on their form?

Page 132

1    Q.  Well, they might offer it for some
2  products in some circumstances but not for others,
3  correct?
4    A.  Well, I suppose that's possible, but
5  that's not the way I interpreted the form.
6    Q.  The truth is, though, you didn't speak
7  with anyone; you're just interpreting this form,
8  right?
9    A.  Yes.
10    Q.  You don't know what services SGS offered
11  or could have performed, do you?
12    A.  I did not talk to anyone from SGS.
13    Q.  And you haven't seen any indication from
14  anyone as to what services SGS could have performed,
15  do you?
16    A.  Other than the sheet which shows me
17  apparently what was available for SGS to check, or
18  it wouldn't be on the form.
19    Q.  Do you know whether Interior/Exterior used
20  anyone to verify the quantity of the board?
21    A.  Yeah.  I think I did see something in the
22  documents where they verified the shipment, but I
23  don't remember who it was.
24    Q.  What about verification for the packing,
25  shipping marks, damage to the product?

Page 133

1    A.  Again, I'd have to look.  I honestly don't
2  remember, as I sit here, because that really wasn't
3  a major concern for me.
4    Q.  So, basically, all you're saying is that
5  SGS or a company like SGS could have performed some
6  type of inspection of the manufacturing process or
7  independent testing on the drywall?
8    A.  Yes, it was available.
9    Q.  It was available out there if someone had
10  so chosen to do that?
11    A.  That's correct.
12    Q.  And it's your opinion that
13  Interior/Exterior should have chosen to have that
14  done?
15    A.  Yes.
16    Q.  As a prudent, I think is the word you
17  use -- that would have been prudent for them to do;
18  is that right?
19    A.  Yes; as a quality control mechanism, yes.
20    Q.  And why is it that you believe
21  Interior/Exterior should have had that performed?
22    A.  Because we go back to the question of the
23  document where they're saying, hey, we'll accept
24  this stuff based on the ASTM certification, but the
25  certification document doesn't tell me anything.

34 (Pages 130 to 133)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 134

1    Q.  Are you familiar with the line of credit
2  that was provided by Interior/Exterior -- or by the
3  bank on behalf of Interior/Exterior in this case?
4    A.  I read something about -- that said "line
5  of credit" across it, but I'm not into the financial
6  world, so I really didn't pay a lot of attention to
7  it.
8    Q.  Do you know what requirements were
9  contained in that line of credit with respect to
10  ASTM certification?
11    A.  No, I don't.
12    Q.  And I guess, again, you say here that, had
13  Interior/Exterior used a company like SGS and had
14  they gone and performed production monitoring and
15  lab testing, the sulfur smell associated with the
16  Chinese-manufactured drywall should have been
17  detected.  That last part of that opinion, that the
18  smell should have been detected, is that for the
19  same reasons we've already talked about if
20  Interior/Exterior had gone directly to the
21  production facility or to the testing laboratory?
22    A.  Or its agent, yes.
23    Q.  So there's nothing different about having
24  SGS do it versus having INEX or someone else go
25  directly?

Page 135

1    A.  Not in my mind.
2    Q.  Okay.  Opinion No. 5 relates to -- well,
3  it states that there's no evidence that's been
4  presented to indicate that INEX or its agents
5  reviewed ASTM 1396 or ASTM 473 test data taken on
6  Chinese-manufactured gypsum board for compliance
7  with the standards.
8        What's the basis for that opinion?
9    A.  All they -- was presented to me was a
10  certification.  The data behind all that numbers,
11  all the raw data and all the calibration data and
12  things like that, none of that was presented.
13    Q.  Well, the certification has data on it,
14  does it not?
15    A.  It has -- it doesn't have the raw data on
16  all the various sheets to see whether it was all in
17  compliance or not.  In other words, there is raw
18  data behind what's presented on the certificate, and
19  that's what I'm saying I don't see any evidence of.
20    Q.  So there is test data that's provided;
21  there's just not what you call raw data provided?
22    A.  Correct.
23    Q.  Okay.  Do you know whether that data is
24  typically provided by either foreign or domestic
25  manufacturers of drywall?

Page 136

1    A.  It's typically retained, and if it's asked
2  for, it will be provided.
3    Q.  Is it typically asked for?
4    A.  Well, that, I don't know the answer to.
5  All I know is it's retained on site, and if people
6  ask for it because they have an issue about whether
7  or not it actually met the spec, then it's
8  available.
9    Q.  Do you know whether data in this -- with
10  respect to the ASTM testing performed on the Taishan
11  drywall has been maintained?
12    A.  I have no idea.  I haven't seen it.
13  That's why I'm saying, I just haven't seen the data.
14  Nothing has been presented to me.
15    Q.  You believe that Interior/Exterior should
16  have asked for the raw data?
17    A.  Based on that sheet that I saw, yeah,
18  absolutely.
19    Q.  And, again, your two issues with the sheet
20  are the fax header date and there's some blanks on
21  the form?
22    A.  Well, I think the blanks on the form are
23  the big one.  There's no -- I don't know what it
24  represents.  It doesn't tell me which mine it came
25  from.  It doesn't tell me which shipment it came

Page 137

1  from.  It's just this blank, hey, we're okay, and I
2  have a problem with that.
3    Q.  In your supplemental report, you've
4  identified various materials that you've relied on,
5  some of which we've looked at already and talked
6  specifically about, but some of which we haven't
7  discussed yet.
8        So Item No. 1 is the ASTM 1396 standard.
9  You've reviewed that standard?
10    A.  Yeah.  I actually left out the 04.  I have
11  00, 04 and 06.
12    Q.  Okay.
13    A.  And that's just an oversight on my part.
14    Q.  What have you relied upon that ASTM 1396
15  standard for?
16    A.  The ASTM 1396 standard specifies that ASTM
17  473 should be followed, and that's the one that
18  talks about the material that's presented in the
19  ASTM certification sheet that INEX would have relied
20  on.
21    Q.  Okay.  So you've reviewed ASTM 473, as
22  well?
23    A.  Yes.
24    Q.  And you rely on that for the opinion that
25  the ASTM certification provided to INEX was

35 (Pages 134 to 137)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 138

1    incomplete or inadequate, in your view?
2       A.  Yes.
3       Q.  Do you rely on that for any other
4    opinions?
5       A.  Well, that one details what the
6    specifications are, so if you go back to the USG,
7    then you would know that the nail pull resistance
8    test doesn't meet that spec, so it's useful for
9    that, as well.
10      Q.  Item 3 is the competitive reports, which
11   are the USG test results, correct?
12      A.  Yes.
13      Q.  Okay.  We've already talked about those
14   test results, right?
15      A.  Yes.
16      Q.  Okay.  Item No. 4 is entitled, "Test
17   Reports for Gypsum Board."
18      A.  Yeah.  That's the ASTM spec, I think.
19      Q.  Okay.  That's the ASTM certification that
20   we've identified as an exhibit?
21      A.  Correct.
22      Q.  Item 5 are certain pages from Professor
23   Hummel's deposition.
24      A.  Yes.
25      Q.  What are you relying on that for?

Page 139

1       A.  I think that's where he -- let me find it.
2       Q.  Okay.
3          MR. BRYSON:  All these things were
4       provided.  Do y'all have a copy of it?
5          MR. GRAU:  I have a copy.
6          MR. BRYSON:  Okay.
7       A.  This is where he talks about the smell of
8    the rock and the fact that it's sulfur compounds.
9    And it talks about his visit of November 2006, which
10   we've already talked about, and that the smell was
11   not typical of gypsum.
12   BY MR. GRAU:
13      Q.  And that just forms, I guess, part of your
14   general basis of, had you performed investigations
15   at various points, you would have smelled these
16   sulfur smells?
17      A.  Yeah.  I think we've talked about that
18   already.
19      Q.  Okay.  The next item is the report -- the
20   visit report regarding the mine, which we've talked
21   about, correct?
22      A.  We've talked about that.
23      Q.  The next item, final report of problematic
24   nature of odors in Knauf Plasterboard in Tianjin.
25   What is that document?

Page 140

1       A.  That's this document.
2          MR. GRAU:  Dan, we can do it at a
3       break, but if you can get me a copy of
4       this.  This appears to be a translated
5       version of the original German version
6       that we've been provided with.
7          MR. BRYSON:  I'll get you a copy right
8       now, if you want.
9          MR. GRAU:  Okay.  It's fine.
10         MR. LAMBERT:  Give it to me.  I'll do
11      it.
12         MR. GRAU:  Thank you, Skip.
13   BY MR. GRAU:
14      Q.  I'll come back to Item 7.
15      A.  That's fine.
16      Q.  Item 8 we've talked about, which is the
17   SGS request --
18      A.  Yes.
19      Q.  -- application?
20         Items 9 and 10 are obviously the reports
21   of Dr. Tonyan and Tompkins?
22      A.  Yes.
23      Q.  Item 11 is the report by Ms. Luckevich; is
24   that right?
25      A.  Yes.

Page 141

1       Q.  Let me just confirm -- I'll go ahead and
2    mark as Exhibit 9 what I believe to be a copy of her
3    report, and if you can just identify that for me as
4    the report that you are, in fact, relying on.
5          (Deposition Exhibit 9 was marked for
6             identification.)
7       A.  Yes, I think that's it.
8       Q.  Okay.  Any other reports from
9    Ms. Luckevich that you're relying on?
10      A.  No.
11      Q.  Item 12 would be your personal
12   conversations with Ms. Luckevich.  That would be the
13   conversations we've already talked about, correct?
14      A.  Yes.
15      Q.  Item No. 13, hydrogen sulfide evaluation
16   of current California air quality standards?
17      A.  Yes.
18      Q.  What do you rely on that for?
19      A.  This one and actually the following one
20   are just general references with respect to the fact
21   that hydrogen sulfide can be detected at levels that
22   are below the levels that were detected in this --
23   in my report.  And so, you know, that people should
24   have smelled it is basically...
25      Q.  Okay.  And that's the same for item 14,

Confidential - Subject to Further Confidentiality Review

Page 142

1  which is the Iowa State article?
2      A.  Yes.  They're just -- they basically say
3  the same thing.
4      Q.  And then the last item is your discussions
5  with the ALS lab representative, Ms. Anderson, I
6  believe?
7      A.  Yes.  That's correct.
8      Q.  Take a look at this Iowa State article
9  I'll mark as Exhibit 10, titled "The Science of
10 Smell."
11     (Deposition Exhibit 10 was marked for
12         identification.)
13        MR. BRYSON:  Do you have an extra
14     copy?
15        MR. GRAU:  Yeah, I do.
16        MR. BRYSON:  That's what, Exhibit 10?
17        MR. GRAU:  This is Exhibit 10.
18 BY MR. GRAU:
19     Q.  This is a copy of the article that you
20 relied on; is that right?
21     A.  Yes.
22     Q.  Okay.  And you specifically -- as I
23 understood your testimony a moment ago, you're
24 specifically relying on this for, I guess, threshold
25 measurements for the detection of hydrogen sulfide?

Page 143

1      A.  Correct.
2      Q.  And is that the table on page 2 of this
3  document?
4      A.  Yes.
5      Q.  Okay.  What's the difference between an
6  odor threshold, detection threshold and recognition
7  threshold?
8      A.  I think they give those definitions in the
9  body of the article.
10     Q.  Okay.
11     A.  So I'd have to sit through and read them,
12 because they make some distinctions that -- in
13 between whether they're using them for human
14 response or animal response.
15     Q.  Okay.
16     A.  And so they make those distinctions.  I
17 can read them for you but, basically, I was just
18 looking at the numbers more than anything else to
19 make sure that we were within the right range for
20 recognition thresholds.
21     Q.  All right.  Well, for hydrogen sulfide,
22 for example, the table reports both an odor
23 threshold and a recognition threshold.
24     A.  Uh-huh.
25     Q.  And it's my understanding that the odor

Page 144

1  threshold represents the threshold at which
2  50 percent of the human population -- well,
3  actually, 50 percent of the animal population would
4  respond to the odor; is that right?
5      A.  Correct.
6      Q.  Okay.  And then it says that, most often,
7  however, odor threshold is used to mean detection
8  threshold, which is the concentration at which
9  50 percent of the human population can identify the
10 presence of an odor without characterizing the
11 stimulus.
12     A.  Right.
13     Q.  There's no number noted for detection
14 threshold for hydrogen sulfide on this table.
15     A.  Uh-huh.
16     Q.  What does that mean?  Does that mean the
17 odor threshold is the detection threshold?
18     A.  I think they just didn't measure it.
19     Q.  Okay.  So what is the -- what is the --
20 for hydrogen sulfide, what is the threshold at which
21 50 percent of the human population would be able to
22 detect an odor without being able to characterize
23 the stimulus?
24     A.  For the human threshold, it's 4.7 part per
25 billion.

Page 145

1      Q.  What column are you providing that number
2  from?
3      A.  The last column.
4      Q.  That's the recognition threshold, right?
5      A.  Right.
6      Q.  So that's the threshold at which --
7      A.  50 percent --
8      Q.  -- 50 percent of the population would both
9  detect an odor and be able to recognize what that
10 odor is?
11     A.  Correct.
12     Q.  Okay.  My question is:  What is the
13 threshold at which an odor is detected for hydrogen
14 sulfide but which it cannot be characterized?
15     A.  I understand.  The other article talks
16 about that.
17     Q.  Okay.  Do you have the other article?
18 Thank you.
19     A.  Okay.  It has a table which talks about
20 the ability to detect odor based on the part per
21 billion and the percentage of the people in the
22 population that can smell it, and so as the
23 percentage of parts per billion goes up, the
24 percentage goes up, which falls in line with this --
25 with the other surveys.

Confidential - Subject to Further Confidentiality Review

Page 146

1    Q.  Okay.
2    A.  So you're more than welcome to have that.
3        MR. BRYSON:  Is that article on your
4    list of materials?
5        THE WITNESS:  Yes.
6        MR. BRYSON:  Which one is it?
7        MR. GRAU:  Item No. 13.
8        THE WITNESS:  13.
9        MR. BRYSON:  13.  I see.
10   BY MR. GRAU:
11   Q.  Specifically, just so the record is clear,
12   you're referring to Table 1 on page 10?
13   A.  That's correct.
14   Q.  Okay.  And that is the detection
15   threshold; is that correct?
16   A.  That's correct.
17   Q.  Okay.  And then back to what we've marked
18   as Exhibit 10, the Iowa State article, there's a
19   detection -- a recognition threshold that's listed
20   for hydrogen sulfide, correct?
21   A.  Right, right.  Basically, what they're
22   saying is, you can detect it at a lower level, but
23   you might not know what it is.
24   Q.  It's a known odor, but you can't
25   characterize that?

Page 147

1    A.  It would be offensive, but it doesn't
2    make -- yeah, it doesn't...
3    Q.  Okay.  You converted for us a minute ago
4    very quickly the recognition threshold that's listed
5    on Table 1 from parts per million or parts per
6    billion, correct?
7    A.  Yes.
8    Q.  And it's 4.7 parts per billion?
9    A.  Billion.
10   Q.  Okay.  What -- how many parts per billion
11   did your test show the hydrogen sulfide level of
12   off-gassing to be?
13   A.  I think they're down in the -- well, I
14   don't think they got as high as 2.  They're below 2.
15   So they fall in the detectable odor, but may not be
16   recognized.
17   Q.  So your -- your testing showed parts per
18   billion less than the 4.7 parts per billion that
19   would be the recognition threshold?
20   A.  To actually be able to say, yeah, that's a
21   sulfur smell and identify it.
22   Q.  So your test shows that the off-gassing of
23   hydrogen sulfide would be detectable to 50 percent
24   of the human population, but would not be
25   recognizable to the -- 50 percent of the population?

Page 148

1    A.  Right.  Although, you have to be careful
2    because you're talking about testing a square this
3    big (indicating).  You're not talking about being in
4    a residence with sheets of drywall enclosed, where
5    the levels could transiently get higher than that.
6    And we know that that's the case because people can
7    say, hey, I can smell -- you can smell it when you
8    walk in the house.  I can smell it when I walk in
9    one of the homes.
10       So it has to be at a higher level at some
11   points in time.  It's just this particular test, it
12   shows me that it's there, but that's the amount off
13   of that volume of material.
14   Q.  Can you explain how plaintiffs in this
15   litigation who have lived in their houses for
16   extended periods of time with Chinese drywall don't
17   smell it in their homes?
18   A.  Yeah.  Sulfur smell, you become acclimated
19   to it, and so you get -- after a while, you just --
20   what do I want to say?  I guess that's the best way
21   to say it.  You become sensitized and your -- you
22   just don't smell it anymore, or you're covering it
23   up with candles and other things.  I mean, people go
24   through a lot of effort to make sure that they hide
25   the smell so they don't have to deal with it.

Page 149

1    Q.  That's a sensitizing process that takes
2    place over time, though, correct?
3    A.  Yes.
4    Q.  You should -- there should be an initial
5    time at which you smell it, correct?
6    A.  And there is.  When you walk into these
7    homes initially, you smell it.
8    Q.  How can you explain that plaintiffs in
9    this litigation have testified that they have never
10   smelled a sulfur smell in their home?
11       MR. GEORGE:  Objection; form.
12   A.  I don't know anything about that.
13   BY MR. GRAU:
14   Q.  Have you read the plaintiffs' depositions?
15   A.  No.
16   Q.  So you can't explain why Mr. Crespo, for
17   example, says he lived in his home with Chinese
18   drywall and he hasn't smelled sulfur in the home?
19   A.  That doesn't surprise me.  There are
20   people that don't smell it.  There are people that
21   can't smell it.  And there are people who, when
22   they're in their homes, leave their windows open,
23   have other reasons why they don't smell it.  I've
24   heard that complaint before.  It doesn't surprise
25   me.

38 (Pages 146 to 149)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 150

1    Q.   Yet had Interior/Exterior's agents gone to
2  the manufacturing facility, they, in your view,
3  certainly would have smelled it?
4    A.   You're talking about a continuous stream
5  in a manufacturing process where you're actually
6  going to push the material out artificially because
7  you're raising the temperature and humidity during
8  the manufacturing process, as opposed to being in a
9  home under a whole different set of circumstances.
10   Q.   Well, there certainly can be elevated
11 temperature and humidity in a home in New Orleans,
12 correct?
13   A.   There can be.
14   Q.   Explain to me how the parts per billion of
15 the hydrogen sulfide, I guess, changes in different
16 environments.
17       MR. BRYSON:  Objection to form.
18 BY MR. GRAU:
19   Q.   And that may be a poor question.  I guess,
20 what you described was that -- you were saying to me
21 about how the sample size was only this big,
22 3 inches or so, and for your test that showed parts
23 per billion of hydrogen sulfide to be less than the
24 recognition threshold, and then you said, but that's
25 just a small sample; if you had lots of board, you

Page 151

1  know, that would increase.
2    A.   Sure.
3    Q.   Explain for me the process.
4    A.   Well, think about that.  If I -- if I have
5  an enclosed area, okay, and I'm putting one small
6  piece of drywall in there, I get a number.  If I
7  double the amount of drywall that's in there, number
8  is going to be higher.  Whether it doubles or not, I
9  don't know, but it's going to be higher.
10   Q.   Why is it going to be higher?  And I don't
11 mean to interrupt you.
12   A.   Because there's more volume, so there's
13 more elemental sulfur present to off-gas.
14   Q.   But it's represented as a part per
15 billion, correct?
16   A.   Of the air within the -- of the
17 environment.
18   Q.   Okay.  So that's what I don't understand.
19 If I have one liter of air, the hydrogen sulfide
20 is -- and I take that liter and divide it up into a
21 billion little particles, right?
22   A.   Right.
23   Q.   Let's use 2 as an example.  Two parts of
24 that billion would be hydrogen sulfide, and the
25 other --

Page 152

1    A.   For that given piece of material.
2    Q.   Right.
3    A.   So if you put more material in, you're
4  going to emit more, so your parts per billion is
5  going to go up.
6    Q.   I'm doubling the volume, as well.
7    A.   Oh, I wasn't doubling the volume.
8    Q.   Okay.  So you're saying, if I keep the
9  volume the same and I just keep packing more
10 material in there, --
11   A.   It's going to go up.
12   Q.   -- my parts per billion will go up?
13   A.   Absolutely.
14   Q.   Don't all the other gases present go up,
15 as well?
16   A.   The carbon disulfide -- carbonyl sulfide
17 and the carbon disulfide should go up as well, sure.
18   Q.   But other, I guess, non-offensive gases
19 will go up, as well, correct?
20   A.   Well, you have the same -- if you have the
21 same volume of air, okay, but now you have something
22 that's artificially emitting other materials, so --
23 it's the same volume of air.  I don't under -- I
24 guess I don't understand your question.
25   Q.   I guess I'm trying to understand why it

Page 153

1  doesn't -- why it's not a ratio where the
2  percentages remain the same.
3    A.   If you double the volume, it would remain
4  the same.  In other words, it is a ratio.  If you're
5  going to do that, you're going to double the amount
6  of material, you double the volume, it's going to be
7  the same.
8        What I was talking about is, if you take
9  another piece of board and you put it in that
10 environment and you don't change anything else, then
11 you're going to get more material emitted because
12 the amount of elemental sulfur that's present is now
13 higher.  And so the amount of volatiles that can
14 come out of it is also higher, so your numbers are
15 going to go up.
16   Q.   Okay.  The EASI testing that was done for
17 New Orleans Area Habitat for Humanity, it showed
18 hydrogen sulfide levels below the recognition
19 threshold, correct?
20   A.   Yeah.  It's an air sample, by the way.
21   Q.   In an air sample.
22   A.   I'm sorry.  Because when we were talking
23 before, --
24   Q.   Yeah.
25   A.   -- I actually thought it was an actual

Golkow Technologies, Inc. - 1.877.370.DEPS

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 154

1  piece of drywall, and that's why we didn't see the
2  hydrogen. You know, I thought that was kind of odd.
3  If it was contaminated, you typically see them, but
4  not in an air sample.
5      Q.  Why is that?
6      A.  We've already gone through this. The air
7  samples are notoriously ineffective. No one relies
8  on them because it completely depends on the
9  ventilation rate. It depends on the emission rate,
10  the temperature, the humidity. I mean, they're all
11  different. When people tried to do air samples,
12  they couldn't even repeat one right after the other.
13  There was so much scatter, and that's why no one
14  relies on air samples anymore.
15      Q.  So the air sample test, as I understand
16  it, is they go in with, I guess, some type of vacuum
17  equipment and they essentially suck in some air at
18  the drywall; is that right?
19      A.  Yeah. It's a Summa -- it's called a Summa
20  canister. It's an evacuated cylinder or tank or
21  however big the air sample is going to be.
22  Basically, they suck everything out of it, and then
23  you take it into the environment, you open the
24  valves, and it sucks whatever, a liter, 2 liters, 5
25  liters, and you close it up and you send it to the

Page 155

1  lab as quick as you can because it deteriorates
2  almost instantly.
3      Q.  Okay. So --
4      A.  That's another problem with the air
5  sample.
6      Q.  So that sample is taking the air in the
7  environment where the drywall is being stored in
8  this warehouse and testing it for detectable levels
9  of hydrogen sulfide?
10      A.  Right.
11      Q.  Okay. Now, when someone walks into that
12  warehouse, that's the same air that they're going to
13  smell, correct?
14      A.  Correct.
15      Q.  They're not -- you're not suggesting that
16  someone should, for example, go to the manufacturing
17  facility, take a piece of drywall, grind it up and
18  shove it up in their nose to smell this sulfur
19  smell?
20      A.  No, I think that would be bad.
21      Q.  Okay. They should be able to just walk in
22  and smell the air and smell the sulfur? That's what
23  you're --
24      A.  If it's there in a high enough
25  concentration, yes.

Page 156

1      Q.  Okay. The test results, at least for the
2  NOAHH drywall, is that they walked into a warehouse
3  where there were 100,000 sheets of this drywall,
4  sucked in the air that a normal person would smell
5  and found no detectable levels of hydrogen sulfide.
6      A.  Right. I understand that, and I think
7  we've already talked about the conditions of the
8  warehouse and what the ventilation is and so on. I
9  mean, we've already talked about that.
10      Q.  You have no way of comparing the
11  conditions in that warehouse where this test was
12  performed with the conditions in the warehouse where
13  the drywall would have been stored in China?
14      A.  That's right.
15      Q.  You have no way of comparing the
16  conditions in the warehouse where the NOAHH testing
17  was performed with the conditions in the
18  manufacturing facility?
19      A.  No.
20      Q.  No way to compare the dry -- the
21  conditions in the warehouse where the NOAHH tests
22  were performed with the conditions that would have
23  been present in the testing facility in China?
24      A.  Well, let's go back. Because the
25  manufacturing facility is that you're grinding it,

Page 157

1  you're artificially wetting it, and then you're
2  raising it to an even more extreme humidity and
3  temperature than in the warehouse. Okay. So I
4  would expect the smells to be maximum in the
5  processing plant.
6      Same thing with the -- with the
7  laboratory. You're putting a piece inside a box and
8  you're letting it sit there for 48 hours under very
9  high humidity and temperature in a very enclosed
10  volume. So when you open that door, you get a
11  strong smell, because you've artificially tried to
12  get -- to see if you can get it out. I mean, that's
13  the whole point of the test.
14      So, you know, what goes on in the
15  warehouse, again, that depends on the air flow
16  around the boards, whether it's got sides and so on.
17  I mean, you know, I don't know. All I know is
18  nobody believes in air sampling.
19      Q.  But the bottom line is, is that smelling
20  the sulfur smell is contingent upon a whole host of
21  environmental factors, correct?
22      MR. BRYSON:  Objection to form.
23      A.  Yeah. And this goes -- again, I think
24  we've gone over this many, many times. If someone
25  had gone, they would have observed what the

Golkow Technologies, Inc. - 1.877.370.DEPS

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 158

1    environmental factors were. The problem I have with
2    it is no one went.
3           THE VIDEOGRAPHER: You have 5 minutes.
4           MR. GRAU: Thank you.
5    BY MR. GRAU:
6        Q.   No one went and so no one can say what
7    would have been smelled; is that right?
8           MR. BRYSON: Objection to form.
9        A.   I think that there's a strong possibility
10   that you would have smelled it, had you gone.
11   BY MR. GRAU:
12       Q.   And you say that without knowing any of
13   those environmental factors that existed within the
14   manufacturing facility?
15          MR. BRYSON: Objection; form.
16       A.   Again, I think that someone needed to go
17   over there to check it out.
18   BY MR. GRAU:
19       Q.   I appreciate that. My question is, is
20   that you can say that there's a very high
21   probability that you would have been able to smell
22   sulfur without knowing any of the environmental
23   factors which you admit have a significant impact on
24   smells?
25          MR. BRYSON: Objection to form; asked

Page 159

1           and answered.
2        A.   If you're standing there where that pool
3    of gypsum and water is being slurried together at
4    those temperatures, and the humidity level,
5    obviously, is extremely high, because you've got
6    this wet slurry, it should stink. I don't care what
7    the ventilation is at that point. If you're
8    standing right there with all that stuff staring at
9    it, you should smell it.
10   BY MR. GRAU:
11       Q.   You don't know what other gases would be
12   escaping during that process, do you?
13       A.   I'm sure there are some carbon gases,
14   carbon dioxide, probably escaping.
15       Q.   What does that smell like?
16       A.   It doesn't have an odor.
17       Q.   Okay. Any other smells? Any other odors
18   would be released during that process?
19       A.   Again, there probably are, but they're not
20   the distinct smell that you would smell with the
21   reduced sulfur gases.
22       Q.   Could they be more distinct than reduced
23   sulfur gases, though? Could they overpower the
24   sulfur smell?
25       A.   Not according to Lydia.

Page 160

1        Q.   Okay. So you rely on Lydia for that. You
2    don't have any independent opinion as to whether
3    there could be other gases, smells released during
4    that slurry pool --
5           MR. LAMBERT: Versus -- I'm sorry.
6    BY MR. GRAU:
7        Q.   -- during that slurry pool process that
8    could overwhelm the sulfur smell?
9        A.   Again, I'm referring -- I am basing that
10   opinion on what she tells me, and my knowledge of
11   what the smell of the sulfur should be, someone
12   should have smelt it. If she tells me, based on her
13   knowledge of the manufacturing process, that someone
14   should have smelt it, I believe her.
15       Q.   There's sulfur, you mentioned earlier,
16   that naturally occurs in the gypsum, correct?
17       A.   Uh-huh.
18       Q.   Does that sulfur put off some kind of
19   smell?
20       A.   Not like the reduced sulfur smell, if any
21   at all.
22       Q.   What does -- I mean --
23       A.   It's a sulfate. I mean, it doesn't have a
24   distinct odor like the reduced sulfur gases do. It
25   would be -- it would be perceptible.

Page 161

1        Q.   Okay. So when people talk about a sulfur
2    smell, they're talking about reduced sulfur?
3        A.   Yes.
4        Q.   So, you know, there are manufacturing
5    plants all down the Mississippi River, some of which
6    smell like sulfur. That's a reduced sulfur smell
7    that I'm smelling?
8        A.   That's correct.
9        Q.   So if I just took a piece of sulfur
10   element -- it's rock, right?
11       A.   (Nods head.)
12       Q.   Okay. If I put a piece of sulfur on the
13   table, it wouldn't smell like anything?
14       A.   Stinks to high heaven.
15       Q.   Of what?
16       A.   Sulfur, reduced sulfur.
17       Q.   Because it's emitting those gases; is that
18   why?
19       A.   Yes. It has a vapor pressure that you
20   can -- emits those gases. You can smell that.
21       Q.   But the sulfur in -- the sulfur that
22   occurs naturally in gypsum doesn't smell like that?
23       A.   No, that's a sulfate. That's not a
24   reduced sulfur. It's a whole different chemistry.
25       Q.   Try and explain that for me, if you can.

41 (Pages 158 to 161)

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 162

1    A.  It's bound with oxygen.  It's a -- it's
2  bound to the calcium and it's bound to the -- let me
3  start again.
4        What you have is you have calcium bound to
5  sulfur bound to oxygen.  Okay.  And so that forms a
6  sulfate molecule.  When you have reduced sulfur, you
7  have elemental sulfur.  It's not bound to anything,
8  and so it's free to volatilize, and that's what you
9  smell is the reduced sulfur.
10   Q.  Okay.
11        THE VIDEOGRAPHER:  Can we take a short
12    break?
13        MR. GRAU:  Sure, yeah.  Thank you.
14        THE VIDEOGRAPHER:  This is the end of
15    tape No. 2.  We're off the record at
16    11:30 a.m.
17  (Recess.)
18        THE VIDEOGRAPHER:  Okay.  This is the
19    beginning of tape No. 3.  We're back on
20    the record.  It's 11:41 a.m.
21  BY MR. GRAU:
22   Q.  Dr. Streit, at the time that
23  Interior/Exterior sold the drywall in question, have
24  you seen any evidence to suggest that they knew of a
25  problem of off-gassing of volatile sulfur compounds?

Page 163

1    A.  No.
2    Q.  Based on your experience, are you aware of
3  any problems of drywall off-gassing volatile sulfur
4  compounds prior to the Chinese-manufactured drywall
5  in 2005, 2006?
6    A.  Yes.
7    Q.  What -- what knowledge of that do you
8  have?
9    A.  There are publications which show that
10  reduced sulfur bacteria can cause a problem.  So you
11  would smell sulfur in the drywall.
12   Q.  What publications are those?
13    A.  I'll have to look them up for you.  I can
14  get them to you.  I just don't -- I didn't think
15  that would be an issue, so...
16   Q.  Where did problems of off-gassing of
17  volatile sulfur compounds in drywall previously
18  occur?
19    A.  Oh, I think that's a problem anywhere you
20  have a mined situation because you have rotting
21  organic material.
22   Q.  I guess maybe I wasn't clear.  Are you
23  aware of any prior incidents where manufactured
24  drywall used in homes or businesses have emitted
25  volatile sulfur compounds resulting in corrosion in

Page 164

1  homes?
2    A.  Oh, not with that caveat, no.
3    Q.  Okay.  What you're aware of is that raw
4  gypsum -- that off-gassing of sulfur compounds may
5  occur in gypsum mines or raw gypsum?
6    A.  Right.
7    Q.  Okay.  You're not aware of that condition
8  of off-gassing ever making it into the manufactured
9  drywall product prior to this issue with
10  Chinese-manufactured drywall?
11    A.  Not that I'm aware of.
12    Q.  Okay.  Based on the evidence and the facts
13  that were known to Interior/Exterior at the time
14  that they purchased the drywall, do you believe that
15  they had reason to believe that the drywall was
16  defective in that it would off-gas volatile sulfur
17  compounds?
18        MR. BRYSON:  Objection to form.
19    A.  I think that they had reason to believe
20  that certain suppliers did not meet the ASTM specs.
21  Obviously, that doesn't agree with your caveat with
22  respect to sulfur.  But I think that there was
23  suspicions of poor quality of certain shipments
24  coming out of China that they were aware of.
25    Q.  In --

Page 165

1        MR. BRYSON:  Let her finish her
2    answer.
3        MR. GRAU:  I thought she was finished.
4    A.  Go ahead.
5  BY MR. GRAU:
6    Q.  Were you finished?
7    A.  Yeah.
8    Q.  Okay.  And you believe, as a result of
9  those suspicions, Interior/Exterior should have
10  performed certain investigations or had certain
11  investigations performed that would have led them to
12  evidence of a potential problem of the off-gassing
13  of sulfur?
14    A.  I think that's true.
15    Q.  Okay.  Absent that investigation, though,
16  you're not aware of any evidence presented to
17  Interior/Exterior at the time of the sale of this
18  drywall that suggested the drywall had a problem
19  with off-gassing volatile sulfur compounds?
20    A.  I would say that's true.
21    Q.  How long did it take to develop the
22  testing procedures to confirm the defect in the
23  Chinese-manufactured drywall?
24    A.  You mean with respect to crushing the rock
25  and sample rate and so on, --

Golkow Technologies, Inc. - 1.877.370.DEPS

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 166

1    Q.  Right.
2    A.  -- or you're talking about -- because the
3  ASTM specs have been there forever.
4    Q.  I understand.  That's sort of that
5  distinction we went through before with respect to
6  the ASTM test procedures on how to do the tests
7  versus the preparatory procedures.
8    A.  Uh-huh.
9    Q.  So what I'm asking is:  How long did it
10  take to develop a definitive methodology for testing
11  the Chinese-manufactured drywall to determine that
12  it did, in fact, have this defect?
13    A.  I would have to talk to ALS.  I don't
14  know.  I don't know what the time frame was.
15    Q.  Was it a matter of days, weeks, months,
16  years?
17    A.  I don't think it took very long at all.
18  It was just a matter -- lots of times procedures
19  have to be modified based on the sample structure,
20  and so you basically do a pilot.  And so it could
21  be -- for elemental sulfur, they may have done it,
22  ran it and said, that works well, and we're done.  I
23  just don't know.  You really have to talk to the
24  laboratory.
25    Q.  How long after reports of problems of

Page 167

1  problematic Chinese drywall became aware did the
2  CPSC develop a protocol for determining if drywall
3  was, in fact, defective?
4    A.  Their first -- boy, and I'm -- it's like a
5  memory check.  I think it's April -- I want to say
6  April of 2010 is when it first came out.  Is that
7  right?
8    MR. BRYSON:  Can we agree, though,
9      that whatever the date is speaks for
10      itself?
11    A.  It was, like, in the early 2010.  I can
12  look it up for you.  I just don't -- it's gone
13  through, I think, two iterations.  It went from the
14  initial to we're not going to use strontium anymore
15  to we're going to include dates.  And I think it
16  went from April to September of 2010, and then to
17  March of 2011, if my recollection is correct.
18  BY MR. GRAU:
19    Q.  And problems of -- potential problems with
20  Chinese drywall first -- when were those first
21  reported?
22    A.  To who?
23    Q.  When did they become known in the public?
24    A.  Okay.  Well, in the public.  When you say,
25  "public," I guess you're assuming, like, news

Page 168

1  articles and things like that?
2    Q.  News media, that kind of stuff, right.
3    A.  You know, I don't really know the absolute
4  dead drop first news article.  There were
5  indications of it in early 2009, and probably
6  earlier.  I know that -- well, obviously, it must
7  have been 2006, because people were reporting it to
8  Knauf, so some part of the public knew about it.  So
9  if that's how you want to define it, did someone in
10  the public have an issue, would have been in the
11  2006, I believe, time frame.
12    Q.  When did Interior/Exterior first become
13  aware that there were potential problems with
14  Chinese-manufactured drywall?
15    A.  I don't know.
16    Q.  Have you seen any evidence to suggest that
17  at the time in 2006, when Knauf may have first
18  become aware of potential problems with Chinese
19  drywall, that that information was provided to
20  Interior/Exterior?
21    A.  I haven't seen any indication of knowledge
22  one way or the other.
23    Q.  The test reports that were done by USG on
24  the Knauf drywall, do you know if those reports were
25  ever provided to Interior/Exterior?

Page 169

1    A.  I have no idea.
2    MR. GRAU:  That's all the questions I
3      have.
4    MS. PATRICK:  I have a couple of
5      questions.
6    MR. BRYSON:  Oh, I'm sorry.
7    MS. PATRICK:  Hungry?  I'll be fast, I
8      promise.
9  (Off the record.)
10    * * *
11    EXAMINATION
12  BY MS. PATRICK:
13    Q.  Hi, Dr. Streit.  I promise I'll be very
14  short.  My name is Suzanne Patrick, and I represent
15  the North River Insurance Company.
16    We've talked a lot about Chinese drywall
17  this morning.  Can you tell me what types of Chinese
18  drywall, manufacturers of Chinese drywall you're
19  familiar with?
20    A.  What do you mean by types?  You mean the
21  identity of the Chinese manufacturers?
22    Q.  Correct.
23    A.  The ones I'm most familiar with are Knauf,
24  Taishan, Taihe, BNBM.  Who am I missing?  I think
25  those are the ones I see most often.  I've done

Golkow Technologies, Inc. - 1.877.370.DEPS

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 170

1  samples of many others, but they're kind of spotty.
2      Q.  And within the Knauf, I guess, family, for
3  lack of a better word, what types of -- are you
4  familiar with different types of drywall within the
5  Knauf brand or family?
6      A.  Yeah.  There's drywall from the Tianjin
7  plant.  There's drywall from other Chinese plants
8  which are also marked but in lowercase letters, as
9  opposed to the capital letter ones, which is the one
10 that's typically associated with a problem.  There's
11 obviously German-based material.  I know I've run
12 across some material, I think it's from Mexico, but
13 I'm not sure if that's Knauf or not.
14     Q.  And of the Knauf -- or, I'm sorry -- of
15 the Chinese drywall that you're familiar with, does
16 all of it have problems where that it off-gases
17 sulfur?
18     A.  Of certain types, the overwhelming
19 majority does.  Like, when you test Knauf product,
20 it's pretty rare that you're going to get a
21 negative.  In fact, I don't know if I've ever gotten
22 a negative from a Knauf sample.  With the Taishan,
23 most of the time it's positive.  I obviously have
24 gotten a negative from time to time, and I got one
25 in this case.  So it kind of, you know, runs -- most

Page 171

1  of the time, if we find one that's on the government
2  list for known problems, it's typically positive.
3      Q.  Are you familiar with a Knauf product
4  which is referred to as Wuhu?
5      A.  I've heard the name.  I don't know if I've
6  ever seen a board from Wuhu.
7      Q.  Have you ever tested any of the Wuhu
8  board?
9      A.  You know, I'd have to go back.  I'd really
10 have to go back and look.  I do have -- at one time,
11 I was kind of keeping a running track of what I was
12 testing.  It's kind of outdated, and there may be
13 one in there, but it's not something that I see a
14 lot of.
15     Q.  Are you aware that the Knauf Wuhu board
16 does not off-gas sulfur?
17     A.  It doesn't surprise me.
18     Q.  And why do you say that?
19     A.  Because there -- depends on the region of
20 the mine that they're taking the material from.  So,
21 in other words, if they're mining material that
22 doesn't have an elemental sulfur vein in it, then
23 they're not going to have a problem.
24     MS. PATRICK:  That's all the questions
25     that I have.

Page 172

1      THE WITNESS:  Okay.
2  You can go now.
3      MR. BRYSON:  Off the record.
4      THE VIDEOGRAPHER:  Okay.  This
5  concludes the deposition of Dr. Streit on
6  November 1st, 2012.  The time now is
7  11:53 a.m.  We're off the record.
8      (DEPOSITION CONCLUDED.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 173

1      ACKNOWLEDGMENT OF DEPONENT
2
3      I,_____, do hereby
4  certify that I have read the foregoing pages and
5  that the same is a correct transcription of the
6  answers given by me to the questions therein
7  propounded, except for the corrections or changes in
8  form or substance, if any, noted in the attached
9  Errata Sheet.
10     _____
11     LORI A. STREIT, PH.D.     DATE
12
13 Subscribed and sworn to before me this
14 _____ day of _____, 20 _____.
15 My commission expires: _____
16
17 Notary Public
18
19
20
21
22
23
24
25

Golkow Technologies, Inc. - 1.877.370.DEPS

6c421977-d164-40f2-be9a-26b3c2909a14

Confidential - Subject to Further Confidentiality Review

Page 174

```
1        ------
2        ERRATA
3        ------
4  PAGE LINE CHANGE/REASON
5  ____ ____ _____
6  ____ ____ _____
7  ____ ____ _____
8  ____ ____ _____
9  ____ ____ _____
10 ____ ____ _____
11 ____ ____ _____
12 ____ ____ _____
13 ____ ____ _____
14 ____ ____ _____
15 ____ ____ _____
16 ____ ____ _____
17 ____ ____ _____
18 ____ ____ _____
19 ____ ____ _____
20 ____ ____ _____
21 ____ ____ _____
22 ____ ____ _____
23 ____ ____ _____
24 ____ ____ _____
25 ____ ____ _____
```

Page 176

```
1            CERTIFICATE
2       I, LESLIE B. DOYLE, Certified Court
3  Reporter (LA), NCRA Registered Professional Reporter
4  and Certified LiveNote™ Reporter, do hereby certify
5  that prior to the commencement of the examination,
6  LORI A. STREIT, PH.D. was duly sworn by me to
7  testify to the truth, the whole truth and nothing
8  but the truth.
9       I DO FURTHER CERTIFY that the foregoing is
10 a verbatim transcript of the testimony as taken
11 stenographically by and before me at the time, place
12 and on the date hereinbefore set forth, to the best
13 of my ability.
14      I DO FURTHER CERTIFY that I am neither a
15 relative nor employee nor attorney nor counsel of
16 any of the parties to this action, and that I am
17 neither a relative nor employee of such attorney or
18 counsel, and that I am not financially interested in
19 the action.
20      This 5th day of November, 2012.
21
22
23
   _____
24 LESLIE B. DOYLE, RMR, RDR
   Certified Court Reporter (LA)
   Certified LiveNote™ Reporter
25
```

Page 175

```
1        ------
2        LAWYER'S NOTES
3        ------
4  PAGE LINE
5  ____ ____ _____
6  ____ ____ _____
7  ____ ____ _____
8  ____ ____ _____
9  ____ ____ _____
10 ____ ____ _____
11 ____ ____ _____
12 ____ ____ _____
13 ____ ____ _____
14 ____ ____ _____
15 ____ ____ _____
16 ____ ____ _____
17 ____ ____ _____
18 ____ ____ _____
19 ____ ____ _____
20 ____ ____ _____
21 ____ ____ _____
22 ____ ____ _____
23 ____ ____ _____
24 ____ ____ _____
25 ____ ____ _____
```