

**Unified Engineering Inc.**

3056 Weber Drive
Aurora, Illinois 60502

Phone: 630/851-4214
Fax: 630/851-5957

www.unified-eng.com

Writer's direct dial: 630/851-5363
e-mail: streit@unified-eng.com

## Lori A. Streit, Ph.D.
### Chemical and Environmental Science

Dr. Streit is a scientist with education and experience in the areas of surface analysis, microanalysis, materials characterization, chemistry, chemical analysis, materials analysis, material flammability, environmental science, and chemical safety and health. She has experience in the analysis and characterization of many substances, some of which are chemicals, metals, alloys, semiconductors, plastic, rubber, glass, ceramics, polymers, paper, textiles, minerals, composites, soot, soil, water, and air.

**Employment**
| | |
|---|---|
| 1995-Present | Principal, Unified Engineering, Inc., Lombard, IL |
| 1990-1995 | Manager, Chemical and Environmental Science, Packer Engineering, Inc., Naperville, IL |
| 1990-1995 | Safety Director, Packer Engineering, Inc. Naperville, IL |
| 1987-1990 | Research Scientist, McCrone Associates, Inc., Westmont, IL |
| 1988 | Adjunct Professor of Chemistry, Elmhurst College, Elmhurst, IL |
| 1985-1987 | Research Assistant, Arizona State University, Tempe, AZ |
| 1983-1985 | Teaching Assistant, Arizona State University, Tempe, AZ |
| 1982-1983 | Research Technician, FMC Corp., Princeton, NJ |
| 1982 | Research Technician, Mobil Oil Corp., Trenton, NJ |

**Education**
| | |
|---|---|
| 1987 | Ph.D. in Analytical Chemistry/Surface Analysis, Arizona State University, Tempe, AZ |
| 1983 | B.S. in Chemistry, Trenton State College, Trenton, NJ |

**Continuing Education**
| | |
|---|---|
| 2001 | Indoor Air Quality, Identification of Fungal Spores, McCrone Research Institute |
| 1996 | OSHA 10-hour Occupational Safety & Health Course |
| 1993 | ASM Material Testing Methods |
| 1990, 1991 | Asbestos Worker Certification |
| 1990 | Fire Investigation Techniques, SIAAI |
| 1987 | Polarized Light Microscopy, McCrone Research Institute |

Exhibit B

**Professional Societies**
American Chemical Society: Analytical Chemistry Division, Chemical Safety Division
American Society of Materials International (ASM)
Microbeam Analysis Society (MAS)
National Environmental Health Association (NEHA)
National Fire Protection Association (NFPA)

**Associations**
| | |
|---|---|
| 1993-1997 | Arizona State University Alumni Association Board of Directors |
| 1992-1999 | Illinois School District 203, Business/Education Advisory Board |
| 1991-1998 | Congressman Fawell's Education Advisory Committee |
| 1994-1995 | Packer Engineering, Inc. Board of Directors |
| 1991-1993 | American Vacuum Society, Illinois Chapter, Board of Directors |

**Awards**
| | |
|---|---|
| 2001 | William M. Carey Award, Best Paper, NFPA Fire Protection Research Foundation Meeting, Orlando, 2001. |
| 1987 | J. Kocoyanakis Analytical Chemistry Award, ASU |
| 1987 | AVS Arizona Chapter Student Poster Award |
| 1986 | AVS National Student Award |
| 1986 | MAS Distinguished Scholar Award |
| 1986 | ASU Superior Teaching Assistant Award |
| 1985 | Arizona Board of Regents Graduate Academic Scholarship |