## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED  )  CIVIL ACTION NO. 09-2047
DRYWALL PRODUCTS LIABILITY  )
LITIGATION        )  JUDGE FALLON
_____ )
This Document Relates to:      MAGISTRATE WILKINSON
ALL CASES

## ORDER

Considering the Fourth Motion *in Limine* Regarding Lori Streit filed by Interior Exterior Building Supply, L.P., and Interior Exterior Enterprises, LLC's;

**IT IS ORDERED** that a hearing on Interior Building Supply, L.P.'s and Interior Exterior Enterprises, LLC's Third Motion *in Limine* Regarding Dean Rutila, shall be held on an expedited basis on Friday, November 16, 2012, at 9:00 a.m.

New Orleans, Louisiana this _____ day of November, 2012.

_____

HONORABLE ELDON E. FALLON
U.S. DISTRICT JUDGE