UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CIVIL ACTION NO. 09-2047 <br><br> JUDGE FALLON |
| _____ <br> **This Document Relates to:** <br> ALL CASES | | MAGISTRATE WILKINSON |

## INTERIOR EXTERIOR'S THIRD MOTION *IN LIMINE* REGARDING DEAN RUTILA

NOW INTO COURT, through undersigned counsel, comes defendants, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. ("Interior Exterior") who move this Honorable Court for an order *in limine* prohibiting the Plaintiffs from presenting any opinion testimony of Dean Rutila on the grounds that (1) he was not designated as an expert witness; (2) he has no firsthand knowledge of the existence of Chinese-manufactured drywall in plaintiffs' homes; (3) he has no firsthand knowledge of the labeling of the Chinese-manufactured drywall in plaintiffs' homes; (4) he has no firsthand knowledge of the physical characteristics of the Chinese-manufactured drywall in plaintiffs' homes; (5) he is not familiar with the ASTM standards applicable to drywall; and (6) his opinions are not reliable pursuant to the doctrines set forth in *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) or Rule 701 of the Federal Rules of Evidence.

Respectfully submitted,

*Richard G. Duplantier, Jr.   /s/*
Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Benjamin R. Grau (#26307)
Carlina C. Eiselen, (# 28524)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gjtbs.com /jhassinger@gjtbs.com
bgrau@gjtbs.com / ceiselen@gjtbs.com
*Counsel for Defendant, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC*

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 12$^h$ day of November, 2012.

*Richard G. Duplantier, Jr.   /s/*
RICHARD G. DUPLANTIER, JR.