

**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

# Dean A. Rutila, P.E.

Senior Principal, Safety Director
781-907-9243
darutila@sgh.com

**Registrations**
  **Engineer**
  Alabama (P.E)
  Connecticut (P.E.)
  District of Columbia (P.E.)
  Florida (P.E.)
  Georgia (P.E.)
  Illinois (P.E.)
  Louisiana (P.E., Civil)
  Maine (P.E.)
  Maryland (P.E.)
  Massachusetts (P.E., Structural)
  Michigan (P.E.)
  Mississippi (P.E.)
  New Hampshire (P.E.)
  New Jersey (P.E.)
  New York (P.E.)
  North Carolina (P.E.)
  Ohio (P.E.)
  Pennsylvania (P.E.)
  Rhode Island (P.E., Civil)
  South Carolina (P.E.)
  South Dakota (P.E., Civil)
  Vermont (P.E., Structural)
  Virginia (P.E.)
  West Virginia (P.E.)
  Wisconsin (P.E.)

  **Other Registrations**
  NCEES

  OSHA Training Institute qualified instructor
  for 10-Hour and 30-Hour  courses in
  Occupational Safety and Health Standards
  for the Construction Industry

**Education**
  University of Michigan, Ann Arbor, MI
    M.S. in Civil Engineering, 1979
    B.S. in Civil Engineering, 1978

Dean Rutila joined SGH in 1987 and has extensive experience in the design and investigation of building envelope systems.  He has led major design projects involving roofing and waterproofing for buildings of all types.  Prior to joining SGH, Mr. Rutila practiced structural engineering for over eight years and worked with general contractors.

**Experience**
- Giffels Associates, Southfield, MI:  May 1979 to Feb 1987
- Spalding Dedecker Associates, Rochester Hills, MI:  May 1978 to Sept 1978

**Investigation**
*Structural*
- Patrick Henry Middle School, Woodhaven, MI (masonry distress from interaction with the structural frame)
- Dilboy Field Stadium, Somerville, MA (movement of precast concrete structural elements)
- Newton Falls Wine Company, Newton, MA (plaster ceiling collapse)
- Grove City College, Memorial Dormitory, Grove City, PA (survey of structural framing)
- University of Alabama, Indoor Practice Facility, Tuscaloosa, AL (roof deck and purlin failure)
- Tyson's Corner Center Shopping Mall, McLean, VA (collapse of precast concrete T-beams during construction)
- Tyson's Corner Center Shopping Mall, McLean, VA (partial collapse of cantilevered walkway during construction)
- Church Street Fire Station, Newton, MA (evaluation of existing bar joists for added roof loads)
- Hooks Drugs Warehouse, Pawtucket, RI (condition survey of mill buildings built between 1910 and 1930)

*Curtain Wall / Window / Cladding*
- First Church of Christ, Scientist, Mary Baker Eddy Library, Boston, MA (thermal and moisture analysis to address humidity issues; restoration of bronze windows and interior storm windows to address condensation; roofing rehabilitation)
- University of Massachusetts Medical Center, Campus Modernization Project, Worcester, MA (new cladding, double curtain walls, steel-framed additions, new entrance lobbies, and canopies and construction administration)
- Brown University, John Carter Brown Library, Providence, RI (limestone and granite cracking)
- First Union Financial Center, Miami, FL (granite strength and weathering)
- Southwinds at Sandestin, Destin, FL (stucco and window leakage)
- Children's Hospital of Philadelphia, Philadelphia, PA (aluminum and glass curtain wall leakage)
- Omni New Haven Hotel, New Haven, CT (aluminum and glass curtain wall anchorage and leakage)
- Post Village Apartments, Tampa, FL (siding deterioration)

**SIMPSON GUMPERTZ & HEGER INC.**
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000   fax: 781.907.9009

www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

<span style="color:red">Exhbit A</span>

CDW-0340-0079

- St. Andrews at Westwood, Orlando, FL (garden style apartment siding and balcony deterioration, and window leakage)
- Lenox Marriott, Atlanta, GA (granite veneer anchorage and window leakage)
- Franklin County Courthouse, Columbus, OH (precast concrete and metal window frame leakage on twenty-seven-story tower)
- Champion International Building, Hamilton, OH (thin marble and granite cladding failure)
- West Avenue Office Building, Norwalk, CT (masonry leakage)
- Best Western Hotel, Lead, SD (stucco cladding and roofing leakage and condensation)
- Imperial Polk County Justice Complex, Bartow, FL (masonry cracking and attachment)
- Harvard University, Mather House, Cambridge, MA (roofing reconstruction and precast concrete wall panel waterproofing)
- Three Washington Circle Condominiums, Washington, DC (masonry leakage, deterioration, attachment, and flashing)
- Apple Hill Office Building, Tewksbury, MA (masonry leakage and relieving angles)
- University of Massachusetts, Fine Arts Center, Amherst, MA (window and skylight leakage)
- University of Alabama, Football Building, Tuscaloosa (glass curtain wall leakage)
- Atlantic Palace Condominium, Atlantic City, NJ (precast concrete wall panel and window leakage)
- Northern Canal Apartments, Lowell, MA (condensation and wall leakage)

*Plaza Waterproofing*
- New Cominsky Park, Chicago, IL (concourse and seating area leakage)
- Hawthorne Place, Boston, MA (garage deck leakage)
- Salem Hospital, Salem, MA (tunnel and storage tank).
- The Office Center at Short Hills, Millburn, NJ (plaza leakage, evaluation of structural deterioration)
- Cabot Estate Condominium, Boston, MA (patio deck leakage)
- Copley Square Park, Boston, MA (fountain leakage)
- Hampton Place Condominium, Newton, MA (plaza leakage)
- Atlantic Palace Condominium, Atlantic City, NJ (plaza leakage)

*Roofing*
- Harvard University, Leverett Dining Hall, Cambridge, MA (built-up-roofing leakage)
- Southwinds at Sandestin, Destin, FL (metal-roofing leakage and framing corrosion)
- Royal Foods Distribution Center, North East, MD (condensation and insulation instability)
- Hadley Center, Lead, SD (pool condensation and envelope leakage)
- Fuller Pond Condominiums, Middleton, MA (asphalt shingle splitting)
- Roberts School, Cambridge, MA (failure of liquid-applied deck coating)
- Hewlett-Packard Office Building, Billerica, MA (built-up roofing damaged by building creep)
- The Meadows Condominiums, Sarasota, FL (sliding of tile roofing)
- Imperial Polk County Justice Complex, Bartow, FL (tile roofing leakage)
- Junior High School and High School Buildings, Maynard, MA (built-up-roofing leakage)
- Regional Transit Garage, Ottawa, Ontario (built-up-roofing attachment and leakage)
- 25 Braggs Lane, Barnstable, MA – (accident evaluation, shingle roofing)
- 40-42 Mt. Vernon Street, Boston, MA (slate roofing condition assessment)

CDW-0340-0080

- George Robert White Health Fund Center, Hyde Park, MA – (precast, reinforced concrete tiles deterioration)
- CED Construction, FL, GA, SC, and MI (shingle and tile roofing leakage)
- Brier Creek Country Club, Raleigh, NC (shingle roofing leakage)
- Edgewood Retirement Community, North Andover, MA (shingle and membrane roofing leakage)
- Solstice Townhouses, Stratton Mountain, VT (shingle roofing and siding leakage)
- C & D Farms Horse Barn, Cornwall, CT (slate shingle leakage and condensation)
- Welsch Residence, North Andover, MA (metal roofing leakage and condensation)
- NAVCC, Library of Congress, Culpeper, VA (cold process built-up roofing/waterproofing)
- Hangar 19, Andrews Air Force Base, MD (white EPDM, urethane foam adhesive wind failure)
- Water Filtration Facility, Rutland, VT (adhered IRMA roofing leakage)
- Airside 4, Orlando International Airport, Orlando, FL (modified bitumen built-up roofing hurricane loss)
- Symphony Hall, Boston, MA, (copper and built-up roofing)
- Marriott Custom House, Boston, MA (granite roofing evaluation)
- Hartford Convention Center, Hartford, CT (adhered PVC roofing wind failure)
- Glenn Residence, Winter Haven, FL (tile roofing)
- Santa Rosa County Jail, Milton, FL (adhered EPDM roofing hurricane loss)

**Design**

*Design and Project Administration*
- First Church of Christ, Scientist, Mary Baker Eddy Library, Boston, MA (exterior restoration design consulting)
- University of Massachusetts Medical Center, Campus Modernization Project, Worcester, MA (new cladding, double curtain walls, steel-framed additions, new entrance lobbies, and canopies and construction administration)
- Sterling Memorial Law School, Yale University, New Haven, CT (slate roofing, steel-framed windows, leaded glass, and brick, granite, and limestone masonry reconstruction)
- Sterling Memorial Library, Yale University, New Haven, CT (book stack environmental modifications, envelope restoration, window replacement, and main reading roof, masonry and leaded glass window reconstruction)
- Harbor Apartments at Lake Howell, Orlando, FL (siding, stucco, and balcony repairs)
- St. Andrews at Westwood, Orlando, FL (siding replacement, and balcony, roofing, and window repairs)
- Pentagon Basement and River Terrace Reconstruction, Washington, DC (basement slab and terrace waterproofing),
- Mission Park, Boston, MA (plaza-waterproofing reconstruction and foundation repair)
- Imperial Polk County Justice Complex, Bartow, FL (roofing and curtain wall replacement, and structural repairs)
- Cabarrus Plant Expansion, Philip Morris Company, Concord, NC (courtyard waterproofing)
- Central Library Addition, Cornell University, Ithaca, NY (below-grade waterproofing)
- Mullins Memorial Center, University of Massachusetts, Amherst, MA (sports center courtyard waterproofing)
- Cabot Estate Condominium, Boston, MA (patio waterproofing, shingle roofing, and wood siding)
- Lakeville State Hospital, Lakeville, MA (EPDM roofing)

- 285 Beacon Street Condominiums, Boston, MA (solaria, roofing, and waterproofing replacement)
- Honeywell Bull, Building One, Billerica, MA (built-up roofing)
- Leverett Dining Hall, Harvard University, Cambridge, MA (terrace waterproofing and built-up roofing)
- Mather House Master's House, Harvard University, Cambridge, MA   (built-up roofing, IRMA neoprene roofing, windows, skylights, and new structural roof framing)
- Mather House Commons, Harvard University, Cambridge, MA   (IRMA neoprene roofing and replacement windows)
- Fogg Art Museum, Harvard University, Cambridge, MA  (PVC roofing, skylights, and doors)
- Mather House Dormitory, Harvard University, Cambridge, MA  (built-up roofing)
- Mather House Tower, Harvard University, Cambridge, MA (wall panel perimeter sealant)
- 157 Pleasant Street, Cambridge, MA (shingle and EPDM roofing, cement board siding, and below-grade waterproofing design and construction phase consulting).
- Butler Library, Columbia University, New York, NY (built-up roofing investigation, reconstruction)
- Stowe Mountain Lodge Resort, Stowe, VT (shingle and PVC roofing)

**Professional Activities**
- American Concrete Institute:  Member
- American Society of Civil Engineers:  Member

**Presentations**
- Rutila, D.A., "Review of State-of-the-Art Below-Grade Waterproofing," International Concrete Repair Institute, New England Chapter, Braintree, MA, 14 September 2010 (AIA accredited)
- Rutila, D.A. "Structural Issues Related to Curtain Walls," Perkins + Will Building Science Forum, Boston, MA, 28 April 2009
- Rutila, D.A. "Plaza & Below Grade Waterproofing," Daniel O'Connell's Construction Education Program, Springfield, MA, 13 April 2009
- Rutila, D.A., "Facade Cladding Failures and Remedial Solutions", ICRI – Metro New York Chapter Technical Meeting, New York, NY, 22 January 2009
- Rutila, D.A., "SGH Green:  How Engineers and Architects can Apply the Green Principles to Their Work", Simpson Gumpertz & Heger Inc., San Francisco, CA, 27 July 2007, Rockville, MD; 27 Nov 2007, Los Angeles, CA, Waltham, MA, Jan 2008 (AIA accredited)
- Rutila, D.A., "Structural Issues Related to Curtain Walls" and "Thin Stone Veneers," presented at the Symposium on How to Avoid Building Envelope Problems, Harvard Design School, Harvard University, Cambridge, MA, Jul 1996, 1997, 1998, 1999, 3-4 Aug 2000, 14 – 15 Jun 2001, 8 – 9 Jul 2002, Jun 2003, Jun 2004, and Jun 2005, Jul 2006, Jul 2007, Jul 2008, Jul 2009
- Rutila, D.A., "Effective Below-Grade and Plaza Deck Waterproofing – Slab On Ground Vapor Control," College of Engineering, University of Wisconsin – Madison, WI, Feb 2002, Mar 2003, Feb 2004, Mar 2005, Mar 2006, and Mar 2007, Mar 2008, Mar 2009, Mar 2010
- Rutila, D.A., "Building Technology Design Practice," "Below-Grade Waterproofing Basics," and "Safety," Building Technology Boot Camp, Simpson Gumpertz & Heger Inc., 12 Dec 2006, Dec 2007, Dec 2008, Sept 2009
- Rutila, D.A., "Low-Slope Roofing", Turner Construction Company, Milford, CT, 30 Nov 2006 (AIA accredited)

CDW-0340-0082

- Rutila, D.A., "State of the Industry for Sub-Grade Waterproofing:  Design Strategies & Installation Techniques", W.R. Grace Company, Cambridge, MA, 20 Nov  2006 (AIA accredited)
- Rutila, D.A., "Roofing and Waterproofing", Building Science & Technology Symposium, New York, NY 19 May 2006 (AIA accredited)
- Rutila, D.A., "Below-Ground Waterproofing," "Design Practice," and "General Site Safety," Building Technology Boot Camp, Simpson Gumpertz & Heger Inc., 8 Dec 2005
- Rutila, D.A., "Safety Review for Managers," Company Retreat, Simpson Gumpertz & Heger Inc., 8 Dec 2005
- Rutila, D.A., "Subgrade Waterproofing:  Design Strategies and Installation Techniques," Continuing Education Course, American Institute of Architects Connecticut Branch, 18 Oct 2005
- Rutila, D.A., "Cladding Curtain Wall Materials and Design, Expression of Skin Studio," Boston Architectural Center, 17 Oct 2005 and 14 Nov 2005
- Rutila, D.A., "Thin Stone Veneers and Structural Issues Related to Curtain Walls, Payette Associates, Inc. – Young Designers, Boston, MA, 29 Apr 2003
- Rutila, D.A. "Building Deck Waterproofing – Principles and Experiences, International Concrete Repair Institute, Vancouver, BC, 27 Mar 2003
- Rutila, D.A., "Effective Below-Grade and Plaza Deck Waterproofing," College of Engineering, University of Wisconsin – Madison, Aug 1996 and 1997, Nov 1998, Nov 1999, Mar 2000 (Las Vegas), and Feb 2001
- Rutila, D.A., Panel Presentation, "The Top Ten Ways to Prevent Screw ups", 2001 SMACNA Convention, Boca Raton, FL, 23 Oct 2001
- Rutila, D.A., "Common Problems with Below-Grade Waterproofing Design Documents (The most common problems, Looking for them, and pre-construction view and resolution), Sealant and Waterproofing Institute (SWRI) Convention, San Juan, PR, 19 Feb 2001
- Rutila, D.A., "Modified Asphalt Sheet Waterproofing," presentation to the Boston Society of Architects, Building Envelope Committee, 2000
- Rutila, D.A., "Building Durability – Know What You Know or Let's Use The Knowledge We Already Have Before We Improve Upon It," Eighth International Conf. on Durability of Building Materials and Components (Service Life), Vancouver, BC, Canada, 30 May-3 Jun 1999
- Rutila, D.A., "Masonry Prevention Maintenance," moderator of panel discussion, Community Associations Institute – New England Chapter, Oct 1998
- Rutila, D.A., "Contract Administration Lessons Illustrated by Building Envelope Problems," CSI 42nd Annual Convention and Exhibit, Jun 1998
- Rutila, D.A., "Avoiding Curtain Wall Waterproofing Problems," RCI Symposium, Newark, NJ, January 1998
- Rutila, D.A., "Masonry, Leaded Glass Window, and Slate Roofing Evaluation and Restoration at Yale University," AIA Conference on Managing Historic Educational Facilities, New Haven, CT, Jun 1997
- Rutila, D.A., and N.W. Vigener, "Investigation and Repair of Water Leakage through Masonry Barrier Walls in a Gothic Collegiate Building," Proceedings of the Seventh North American Masonry Conference, The Masonry Society, 1996
- Rutila, D.A., "Investigation and Repair of Leakage in Recently Constructed Curtain Walls," ASTM Symposium on Water Leakage through Building Facades, Orlando, FL, Mar 1996
- Rutila, D.A., "Below-Grade and Plaza Waterproofing," International Concrete Repair Institute, New England Meeting, Feb 1994

**Publications**
- Rutila, D.A., "Black vs. White Roofing", Buildings, Dec 2009.
- Rutila, D.A., "Plaza Waterproofing Basics," The Applicator, Vol. 22, No. 1, winter 2000.

- Rutila, D.A., "Brick Veneer Innovations – Do You Really Want to Do That?" The Construction Specifier, Oct 1998.
- Rutila, D.A., "Investigation and Repair of Leakage Problems in Recently Constructed Curtain Walls," Water Leakage Through Building Facades, ASTM STP1314, R.J. Kudder and J.I. Erdly, Eds., American Society for Testing and Materials, pp. 168-186, Philadelphia, 1997.
- Rutila, D.A., and S.S. Ruggiero, "Expansion Joints in Deck Waterproofing Systems," ASTM STP1254, American Society for Testing and Materials, Philadelphia, Jun 1994.
- Rutila, D.A., and S.S. Ruggiero, "Plaza Waterproofing – Design Fundamentals," The Construction Specifier, Jan 1991.
- Rutila, D.A., and S.S. Ruggiero, "Principles of Design and Installation of Building Deck Waterproofing," ASTM STP1084, 1990.

**Safety Training**
- Direct safety training at SGH since 1999
- Develop and present all required elements of OSHA 10-hour course periodically to SGH staff and direct this training by assistants
- Present SGH Respiratory Protection Program training to SGH staff and supervise remaining elements of the program (medical clearance and fit test)
- Oversee specialty training for Confined Spaces and Excavations to SGH staff

(04/11)

CDW-0340-0084



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

# Simon C. Bellemare, Ph.D., P.E.

Senior Staff II – Materials
781-907-9366
scbellemare@sgh.com

**Registrations**
**Professional Engineer**
District of Columbia (P.E., Metal)
Idaho (P.E., Metallurgical)
Louisiana (P.E., Metallurgial)
Massachusetts (P.E., Metallurgical)
Missouri (P.E.)
New York (P.E.)
Texas (P.E.)
Wyoming (P.E., Metallurgical)

**Education**
Massachusetts Institute of Technology,
Cambridge, MA
    Ph.D. in Materials Science and
    Engineering, 2006
École Polytechnique de Montréal, Montréal,
QC Canada
    M.App.Sci., 2002
    B.Eng. in Metallurgy, 2001

**Certification and Training**
American Welding Society, Certified Welding
Inspector, CWI QC1 (No. 08041201)

Federal Highway Administration, Certificate
of Training, NHI Course No. 130078,
Fracture Critical Inspection of Steel Bridges

National Academy for Corrosion Engineers
(NACE), Certificate of Training, designing for
Corrosion Control

Simon Bellemare, Ph.D., is in charge of metallurgy at SGH. He specializes in the design, rehabilitation, and service performance of metals and plastics. His expertise is applied to a wide variety of building structures, infrastructures, pipes, and fluid systems.

**Responsibility and Qualifications**
Dr. Bellemare performs condition assessment, laboratory testing, and analysis related to corrosion of metals and deterioration of plastics. Specific projects include field examination of welds, building components, piping, storage tanks, water systems, and drain systems.

**Work Experience**
- Simpson Gumpertz and Heger, July 2006 to present
- Independent Consultant, Oct 2004 to July 2006
- Schlumberger-Doll Research, June 2000 to Sept 2004
- Bombardier Aerospace, Aug to Dec 2000
- Materials Research Institute, National Research Council of Canada, May to Aug 1999

**Project Examples**

*Corrosion of Metal Pipes*
- Evaluation of corrosion failures and remedial actions for an underground hot water distribution system at a large state correction facility, Bridgewater, NJ
- Evaluation of corrosion and remedial plan for a vacuum drain system in a medical building, Boston, MA
- Recommendations to use stainless steel or aluminum bronze bolts to assemble an outdoor piping installation at a nuclear facility, Tonopah, AZ
- Evaluation of corrosion damage and water quality for a domestic water system, Las Vegas, NV
- Evaluation of corrosion extent for a steam piping system, New York, NY
- Evaluation of corrosion damage and remedial options for secondary condenser water with open-loop heat exchanger on a geothermal system, Whitinsville, MA
- Evaluation of corrosion damage and remedial options for secondary condenser water system with an open-loop heat exchanger, Boston, MA
- Evaluation of a domestic water copper pipe for corrosion damage, Boston, MA
- Determination of leak origin for an underground oil-supply line, Woonsocket, RI
- Evaluation of building cast iron sewer pipes for the extent of corrosion deterioration, Boston, MA

*Corrosion of Other Metal Components in Fluid Systems*
- Analysis and recommendation of materials for underground utility piping in an area with highly corrosive soil, Santa Clemente, CA
- Field inspection and remedial plan of action for pitting corrosion in stainless steel tanks, Weymouth, MA
- Design of corrosion protection for a well casing with fluctuating water level and aeration, Tonopah, AZ

**SIMPSON GUMPERTZ & HEGER INC.**
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000   fax: 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

- Investigation of the causes of failure submersible pumps for a potable water distribution system, East Warwick, RI
- Recommendations for stainless steel alloy and welding for corrosion design of a water reservoir, Blue Hills, MA
- Inspection of damaged feed tubes for centrifuge units of a water treatment plant, Fairfax County, VA
- Failure analysis for a steel underground storage tank that leaked due to corrosion, Collingswood, NJ
- Evaluation of a failed section of copper pipe buried in the soil for the risk of future leaks at other locations, Newton, MA
- Review of failure analysis of chiller barrels for a fluid circulation system with glycol for freeze protection, East Greenwich, RI
- Field evaluation of cracking and corrosion of a steel high pressure vessel with a corrosion resistant inner metallic coating, Waterford, NY
- Evaluation of the cause of leakage for soldered T-connections to a riser for domestic water, Boston, MA

*Corrosion of Building and Infrastructure Components*
- Remedial design for galvanized steel studs corroding locally, Thousand Oaks, CA
- Review of dissimilar metal compatibility for different elements of drainage systems, Cambridge, MA
- Field inspection and testing for the extent of corrosion damage to stainless steel and aluminum finishes at airport terminal, Miami, FL
- Evaluation of corrosion around fasteners and core holes in galvanized sheet metal, Denver, CO
- Review of specifications for applying a protective coating in rehabilitation of corroded steel columns of a parking garage, Boston, MA
- Evaluation of corroded steel screws for roof panel supports, Cambridge, MA
- Recommendation for cleaning of stainless steel adjacent to soldered joints, New York, NY
- Preparation of welding requirements for remedial action on a corroded pedestrian bridge, Portsmouth, NH
- Review of data on the corrosion behavior of buried steel piles and on corrosion rates to be expected for a 65 yr old levee by the Connecticut River, Hartford, CT
- Investigation of corrosion failure of galvanized anchor bolts of exterior light poles, Boston, MA
- Determination of welding procedure to minimize corrosion of a stainless steel roof, Boston, MA
- Prediction of corrosion resistance and evaluation of the welding process for an observatory roof exposed to ocean mist environment, Prospect-Verona, MA
- Evaluation of the corrosion of steel wire mesh buried in the soil for a retaining wall, Park City, UT
- Evaluation of staining corrosion to stainless steel finishes and development of remedial treatment solutions, East Hampton, NY
- Inspection of anchor bolts of an elevator to determine serviceability and the extent of damage due to periodical flooding at the foundation level, Wellesley, MA

*Plastic Pipes*
- Analysis of failure of sprinkler pipes for environmental effects on creep, Miami, FL
- Calculation of thermal stresses and joint capacity for a double-wall drain system, Boston, MA
- Failure analysis of plastic fitting in installation with soil settlement, Revere, MA
- Failure analysis of plastic pipe joint for a forced main sewer system, Peabody, MA
- Analysis of fracture of spiral seams of pipes that failed in service, Snyderville, VT

CDW-0340-0086

- Investigation of failure of tether supports for pipes of an aeration basin, Wallula, WA
- Testing of performance of sealant in threaded steel to cast iron joints for HVAC glycol piping, Lawrence, MA
- Examination and testing of a failed CPVC sprinkler pipe, Dorchester, MA
- Analysis of failure of CPVC sprinkler pipes assembled with solvent cement, Lexington, MA
- Evaluation of the effect of solvent cement on the failure CPVC plastic pipes for potable water in new condominium buildings, Watertown, MA
- Development of test procedures to evaluate the effect of exposure to gasoline content on fiber reinforced plastic (FRP) tanks, Kenova, WV

**Honors and Awards**

- John F. Elliott Fellowship, MIT, 2002
- Best Master Thesis Award, École Polytechnique de Montréal, 2002
- Ordre des Ingenieurs du Québec Research Award, 2001
- Light Metals Division Scholarship Award, TMS, 2000
- Iron and Steel Society Scholarship Award, 2000
- American Society for Materials Scholarship Award, 1999

**Professional Activities**

- International Journal of Solids and Structures:  Technical reviewer
- American Society for Materials:  Member, former executive committee officer
- American Welding Society:  Member
- National Academy for Corrosion Engineers:  Member

**Publications and Presentations**

- Bellemare, S.C., M. Dao and S. Suresh, "A New Method for Evaluating the Plastic Properties of Materials Through Instrumented Frictional Sliding Tests", *Acta Materialia*, Vol. 58, Issue 19, pp. 6385-6392, Nov. 2010.
- Sharff, P.A., S.C. Bellemare, and L.M. Witmer, "Building Knowledge from Failure Analysis of Plastic Pipe and Other Hydraulic Structures," *Symposium on Plastic Pipe and Fittings: Yesterday, Today, and Tomorrow*, American Society for Testing and Materials, Atlanta, GA, Nov. 2009.
- Bellemare, S.C., M. Dao, and S. Suresh, "Effects of Mechanical Properties and Surface Friction on Elasto-plastic Sliding Contact," *International Journal of Mechanics of Materials*, Vol. 40, 2008.
- Bellemare, S.C., M. Dao, and S. Suresh, "The Frictional Sliding Response of Elasto-plastic Materials," *International Journal of Solids and Structures*, Vol. 44, 2007.
- Bellemare, S.C., T. Hanon, M. Dao, and S. Suresh, "Fatigue and Cyclic Plastic Deformation of Nanostructured and Amorphous Metals and Alloys," presented at TMS Annual Meeting, San Antonio, TX, Mar. 2006.
- Bellemare, S.C., M. Dao, and S. Suresh, "Plastic Deformation in Frictional Sliding Contact of Nanocrystalline Materials," presented at MRS Fall Conference, Boston, MA, Dec. 2005.
- Bellemare, S.C., M. Dao, and S. Suresh, "Plastic Deformation in Frictional Sliding Contact of Nanocrystalline Materials," presented at MRS Spring Conference, San Francisco, CA, Mar. 2005
- Bellemare, S.C., M.N. Bureau, J. Denault, and J.I. Dickson, "Bulk Fatigue Damage Evolution in Polyamide-6 and Polyamide-6 Nanocomposites," *Polymer Composites*, Vol. 26, 2005.
- Bellemare, S.C., M.N. Bureau, J. Denault, and J.I. Dickson, "Fatigue Crack Initiation and Progagation in Polyamide-6 and Polyamide-6 Nanocomposites," *Polymer Composites*, Vol. 25, 2004.

- Bureau, M.N., J.I. Dickson, N.T. Boucher, F.P. Sarazin, S.C. Bellemere, and J. Denault, "Fatigue Fracture Behavior of Thermoplastic Polymers," *Proceedings of the 18th Polymers Processing Symposium*, Guimaraes, Portugal, June 2002.

- Bellemare, S.C., M.N. Bureau, J. Denault, and J.I. Dickson, "Fatigue Resistance of Polyamide-6 Nanocomposite," *Proceedings of ANTEC*, San Francisco, CA, May 2002.

- Bellemare, S.C., M.N. Bureau, J. Denault, and J.I. Dickson, "Fatigue-Induced Damage in Polyamide 6/Clay Nanocomposite," *Proceedings of Polymer Nanocomposites 2001*, Montreal, QC, Canada, Nov. 2001.

- Bouchard, D., F.G. Hamel, J.P. Nadeau, S.C. Bellemare, F. Dreneau, D.A. Tremblay, and D. Simard, "Effects of Substrate Surface Conditions on Heat Transfer and Shell Morphology in the Solidification of a Copper Alloy," *Metallurgical and Materials Transactions B*, Vol. 32B, 2001.



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

# Paul C. Scheiner, Ph.D.

Staff Consultant
781-907-9209
pcscheiner@sgh.com

**Registrations**

Chemist – Massachusetts Board of Fire
Prevention Regulations
Protective Coating Specialist, certified by
Society of Protective Coatings

**Education**

Boston University, Boston, MA
  M.B.A., 1991
Clarkson University, Potsdam, NY
  Ph.D. in Physical Chemistry, 1979
  M.S. in Chemistry, 1977
  B.S. in Biology, 1977
  B.S. in Physics, 1974

Dr. Scheiner is a chemist with more than twenty-five years of experience in polymers, chemical formulations, product development, laboratory management, and problem-solving in the chemical and construction industries.  His diverse background includes design of chemical admixtures for concrete, management of a quality-control laboratory, and oversight of commercial testing laboratories in construction, metallurgy, and microbiology.  His laboratory skills include chemical analysis, optical and electron microscopy, thermal analysis, and physical testing.  At SGH, he has investigated paint and coating failures, floor finish failures, trace contaminant analysis, thermal modeling, mechanical failures and event re-creation, concrete mix designs, wood degradation and metal corrosion, and moisture ingress.

**Experience**

- Simpson Gumpertz & Heger Inc. from 2002 to present
- Thielsch Engineering Inc. from 2001 to 2002
- Geo Specialty Chemicals from 2000 to 2001
- Dow Chemical Company (Hampshire Chemical Corp.) from 1995 to 1999
- W.R. Grace Company from 1979 to 1995

**Investigations**

*Concrete, Masonry, and Stone*

- Ammonia outgassing odor, interior concrete, Wilmington, DE
- Concrete anchor bolt failure, Anne Arundel Mall, Hanover, MD
- Slab concrete failures
  - Atlantic Plaza Fountain, Atlantic City, NJ
  - Pool deck concrete failure, Natomas, CA
- Reinforced concrete pipe failures
  - Bloomington, IL
  - Terre Haute, IN
  - TLOC PVC lined pipe, Phoenix, AZ
  - Pipe debris, Dewey Square, Boston, MA
  - Concrete mortar pipe lining failure, San Diego, CA
  - Cooling water concrete tunnel lining failure, Power plant, Tatum, TX
- Concrete pipe repair specifications, CO and CA
- Concrete soldier pile investigation, Weymouth, MA
- Concrete mix designs
  - Tremie concrete
    - Fall River, MA
    - Warwick, RI
  - NYC water tunnel
  - Dana Farber slurry walls, Boston, MA
  - Lake Champlain Bridge drilled shaft concrete, VT
  - Flow fill and concrete, Idaho Nuclear Waste Treatment Project, Idaho Falls, ID
  - Review of mix designs for numerous projects, MA
- Corrosion and concrete survey, MBTA Arlington Street T Station, Boston, MA

**SIMPSON GUMPERTZ & HEGER INC.**
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000   fax: 781.907.9009
**www.sgh.com**

Boston
Los Angeles
New York
San Francisco
Washington, DC

CDW-0340-0089

- Aggregate and stone deterioration
    - Alkali-carbonate rock reactions, KY
    - Pyrite expansion, black marble, NY
    - Alkali-silica reactions, HI, MA, and other locations
- Mortar, stucco, setting bed, and concrete chemical analyses; numerous locations
- Stucco cracking and coating failures, numerous investigations, CA
- Mortar bond failure analyses, numerous investigations
- Concrete retardation and strength investigations; numerous locations
- Concrete moisture testing, numerous locations
- Concrete additive analysis
    - Water repellent additive in CMU, NY and FL
    - Shrinkage reducing admixture content, Belmont, MA
    - Trace component analysis, Berylex mortar treatment, San Francisco, CA

*Fire-Retardant Coatings*
- Spray-applied fire retardant failures:
    - Harrisburg Airport, Harrisburg, PA
    - Stop & Shop, Coram, NY
    - IKEA, College Park, MD
    - IKEA, Woodbridge, VA
    - MBTA Railroad Service and Inspection Building, Boston, MA
    - Specialty Hospital, Washington, DC
    - Massachusetts Turnpike Tunnel Ceiling, Boston, MA
- Laboratory investigation, Spatterkote Application

*Walls and Ceilings*
- Interior paint failure, Purdue University, West Lafayette, IN
- Blind-side waterproofing membrane investigation
    - Logan Airport, Boston, MA
    - Cornell University specification
- Coating failure, CMU walls, ME and MA
- Renovation plaster coating failure, Boston Public Library, Boston, MA
- Lighthouse coating failure, Montauk Lighthouse, Montauk, NY
- Color analysis, Quantum Villas, Boynton Beach, FL
- Falmouth Waste Water Treatment Plant coatings, Falmouth, MA
- Interior coatings, Collicot-Cunningham School, Milton, MA
- Cement board failure, shower rooms, Boston Sports Clubs, MA
- Wallboard joint cracks, MIT, MA
- Tile delaminations, Central Artery Tunnel, Boston, MA
- Tile setting bed failure, Foxwoods, MA
- Slate tile debonding, Scottsdale, AZ
- Ceiling paint delamination, school auditorium, Lexington, MA
- Clapboard coating failures, Waltham and Bolton, MA
- Brick coating, Chatham, MA
- Coating design, parking garage, Abu Dhabi

CDW-0340-0090

*Metal and Metal Coatings, Corrosion*
- Review of metal fastener design, Facade Reclad Project, San Francisco, CA
- Remaining life survey, Blackhawk Bridge, Blackhawk, CA
- Exterior building panel corrosion and coating blisters, Novartis GNF, San Diego, CA
- Anodized aluminum window frame deterioration, Perrysburg, OH
- Zinc panel corrosion, MA
- Locker paint failure, RI
- Brick tie analysis, Sarabond admixture, Watertown, MA
- Lead flashing corrosion and repair, Amherst College, Amherst, MA
- Coating on galvanized ductwork, New Britain, CT
- Exterior coating failure on metal panels, Clorox Building, Oakland, CA
- Swimming pool fixture corrosion, MIT Natatorium, Cambridge, MA
- Stainless steel staining, Harvard University, Cambridge, MA
- Coating failure and corrosion, organic zinc primer on steel, Boston, MA
- Stainless steel nail corrosion, VA
- Metallurgy, wrought iron railing, The Breakers, Newport, RI
- Galvanized parking garage screens, University of Massachusetts, Lowell, MA
- Coating specification, Doubletree Hotel, Boston, MA
- Door frame coating failure, Norwood Police Station, Norwood, MA
- Lead contamination in magnesium photo plates, Revere Graphics, Plymouth, MA
- Galvanized nail corrosion, roof shakes, NJ
- Spray drier scrubber corrosion failure, FL
- Stainless steel swimming pool corrosion, Boston and Cambridge, MA
- Copper pipe pinhole corrosion, MA
- Stainless steel roof panel discoloration, MA
- Corrosion of domestic water piping, Phoenix, AZ and Las Vegas, NV
- Corrosion of fire protection piping, Phoenix, AZ and Las Vegas, NV
- Car-wash fixtures, Lexington, MA
- Heat exchanger corrosion, HVAC unit, Worcester, MA

*Roof and Roof Coatings*
- Concrete mansard roof tile discoloration, Greenville, SC
- Roofing felt chemical interaction with shakes
    - Cemwood roof shakes
    - MiraVista roof shakes
    - Terra roof shakes
    - Calshake roof shakes
- Roofing blister gas analysis, Almus Towers, Syracuse, NY
- Roofing membrane failure, McChord Air Force Base Hangers, Tacoma, WA
- Soy roof coating failure, Marlboro, MA

*Floor Coatings and Coverings*
- Pedestrian traffic coating failure, Portsmouth Naval Yard, NH
- Evaluation of liquid-applied floor coatings, Idaho National Laboratory, ID
- Carpet tile odor
    - Quincy, MA
    - Best Buy stores, MA, MD, ME
    - Symantec, OR

CDW-0340-0091

- Terrazzo floor blistering
  - UMass Medical Center, Worcester, MA
  - Loyola Blakefield School, Baltimore, MD
  - Philipsburg School, PA
- Sheet vinyl flooring failures
  - Cape Cod Hospital, Hyannis, MA
  - Intensive Care, Good Samaritan Hospital, Kearney, NE
  - Our Lady of Fatima Hospital, North Providence, RI
  - Southern New England Surgical Center, MA
  - Kaiser Hospitals, CA
- Ceramic tile debonding
  - Northeast School, Waltham, MA
  - Concord, CA
- Methacrylate and resin coating failures, multiple locations, MA
- Rubber flooring failures, CT, MA
- Artificial stone flooring tile failures, MA
- Epoxy mortar floor overlay failures, MI, MA, WA
- Drainage layer floor system overlay failure, RI
- Engineered wood flooring failure, Boston, MA
- Bamboo flooring failures, IL, MA, OR
- VCT flooring failures, multiple locations, MA, NH, CA
- Electrostatic floor tile failure, Englewood, CO
- Gymnasium flooring failures
  - Chapel Hill Chauncy Hall School, Waltham, MA
  - Gloucester Field House, Gloucester, MA
- Underlayment failures
  - 400,000 sq ft renovation, Bedford, MA
  - Apartment complex, Dublin, CA
  - Goodwin Technical High School, New Britain, CT
- Topically-applied moisture mitigation system failures, CT, WA, OR
- Concrete floor surface spalling, several locations
- Floor repair guide, Haartz, Acton, MA
- Slippery, sweating concrete floor and dusting, FL and CA
- Concrete floor finishing failure, ME
- Parking deck coating failures
  - Aggregate-filled coating, Honolulu, HI
  - Sand-slurry coating, Oxford Courts, Cambridge, MA
  - Tyson Foods, Augusta, ME
- Concrete floor clear sealer failures, MA, CA, NY

*Wood and Wood Coatings*
- Wood stains, interior wall panels, MA
- Paint failure, Alcott Village Condominiums, North Andover, MA
- Exterior paint failure, sand filled blisters, Hull, MA
- Cracking and delamination of wood laminate on glass, Logan Airport, Boston, MA
- Interior coating failure, log home, Wakefield, NH
- Plywood and track investigation, Gloucester Field House, Gloucester, MA
- Wood pile investigations, Boston, MA

CDW-0340-0092

- Bamboo floor investigation, Chicago, IL
- Interior coating failure, Lord and Taylor, Natick, MA

*Highway Pavements*
- Asphalt delamination, elevated roadways, Logan Airport, Boston, MA
- Polymer modified asphalt blisters, highway overlays, Baltimore, MD
- Concrete overlay, Chesapeake Bay Bridge, MD
- Bridge crack repair, Route 3, Chelmsford, MA
- Asphalt overlay rutting, Cambridge Street parking deck, Boston, MA

*Physics*
- Permafrost thermal calculations, freezer floor frost heaving, Guilderland, NY
- Energy calculations, tank explosion, Andover, MA
- Strap failure, elevator armature pick, Providence, RI
- Color analysis, Quantum Villas, Boynton Beach, FL

*Chemical Analysis*
- Fuel oil spill, concrete decks, East Norwalk, CT
- Drywall outgassing analysis of "Chinese drywall," numerous locations
- Glass
  - Haze on interior architectural glass, New York, NY
  - Delamination of blast-resistant glass, Key West, FL
- Contaminants and surface stains
  - Numerous and varied, examples include:
  - Soffit stains, Fox Hills, Rockaway, NJ
  - Curtain wall stains, New York City high rise apartments, NY
  - Wall stain and contaminant analysis, New York State Capital, Albany, NY
  - Glazed brick stains, Malden, MA
  - Granite stains, Boston, MA
  - Staining on exterior walls, Han Residence, CA
  - Tile stains, shower walls, MA

*Soil and water analysis*
- Buried pipe, Greybull, WY
- Jet grout, pier, Honolulu, HA
- Injected grout, First Church, Boston, MA
- Buried pipe, Fremont, CA
- Magnetic soil, San Francisco, CA
- Heaving soil, Dicks Sporting Goods, Pittsburgh, PA
- Heaving soil, University of Pittsburgh Medical Center, Pittsburgh, PA
- Buried pipe, Providence, RI

*Plastics and Polymer Foams*
- TLOC -PVC lined concrete sewer, Phoenix, AZ
- Isocyanurate insulation, RI
- Spray Urethane Foam insulation failures, NH, MA
- Resin Analysis, Bank of America Building, San Francisco, CA
- Construction joint sealant deterioration, Elevated railway, Hong Kong

CDW-0340-0093

- CPVC and PVC fitting failure, Sulfuric acid release, South Hadley, MA
- OIT analysis, PE pipe

**Depositions and Arbitrations**
*Depositions*
- Sealant durability, Ortega Reservoir, CA
- Sweating concrete slab investigation, Santa Rosa, CA
- Log cabin coating failure, NH
- Bacara stucco investigation, CA
- Coating failure, organic zinc primer, Huntington Avenue office tower, Boston, MA
- Alkali carbonate rock reaction analysis, KY
- VCT floor failure, East Longmeadow, MA

*Arbitrations*
- Norwood Police Station coating failure, Norwood, MA
- Sullivan Residence coating failure, Sudbury, MA

*Mediations*
- Falmouth Waste Water Treatment Plant, Falmouth, MA

**Laboratory Management**
- Managed four chemical laboratories – microbiology, construction testing, metallurgy, and nondestructive evaluations
- Managed product development research, analytical support, and quality control of chemical plant producing polymeric dispersants, emulsions, wetting agents, esters, defoamers, surfactants, and specialty sulfonates for the construction, paper, photographic, dyestuffs, and lubricant industries
- Managed quality control laboratory for chemical manufacturing facility, consolidated chemical formulas, redesigned testing procedures to conform to ISO 9002, and eliminated duplicate procedures
- Designed new products; developed new markets; enhanced current production line; and managed customer technical support for applications in concrete, gypsum, clay, mining slurries, leather tanning, dyestuffs, ceramics, emulsion polymerization, and asphalt
- Formulated products, conducted field trials, and developed analytical techniques for the concrete additive industry
- Managed concrete testing and experiment design for multiple concurrent concrete laboratory projects, averaging forty to sixty concrete test batches per week
- Coordinated projects in microbiology, slurry stability, and dispersant optimizations
- Patented eight formulas covering viscosity control, slurry stability, and shrinkage for concrete additives
- Facilitated a multinational-laboratory project to better understand polymer absorption
- Developed method of densifying silica fume into free-flowing powder

**Patents**
- Hydraulic cement setting accelerators based on nitro alcohols, 1996, US 5531825
- Method for making bughole-free hardened cement structural units using bughole-reducing cement admixtures, 1995, US 5478521
- Low-shrinkage cement compositions, 1995, US 5389143
- Hydraulic Cement Bughole-Reducing Admixtures and Method for Using Same, 1994, PCT Int. Appl. WO 9405606
- Hydration Retarder, 1993, US 5215585

CDW-0340-0094

- Stabilized microsilica slurries for cement-containing mixes, 1993, US 5176752
- Microsilica slurries and method of preparations, 1987, EP 0246181
- Admixture for Hydraulic Cement Compositions, 1987, CA 1227505

**Professional Activities**

- American Chemical Society: Member
- American Institute of Steel Construction: Member
- Association for Preservation Technology, Northeast: Member
- National Association of Corrosion Engineers: Member
- Society of Protective Coatings: Member
- Massachusetts Board of Fire Prevention Regulations, Chairman of subcommittees for:  Hazardous Materials Processing, Furniture, and Wall Decorations

**Presentations**

- Scheiner, P., Minimizing Risks Associated with Floor Covering Failures on Concrete, ICRI, NY Chapter, 19 May 2010
- Zelada-Tumialan, G.A., P. Scheiner, and W.P. Konicki, "Developing Effective Specifications for Tremie-Concrete Placement in Drilled Shafts", 34th Annual Conference on Deep Foundations, Deep Foundations Institute (DFI), Kansas City, MO, 20-23 October 2009
- Scheiner, P. and D. Pinelle, "Concrete Subfloors:  Moisture Evaluation & Remediation", Paint and Coatings Exposition 2008, Los Angeles, CA, 29 Jan 2008
- Konicki, W.P. and P. Scheiner, "Tremie Concrete for Drilled Shaft Construction", North East Regional Meeting of the Association of Drilled Shaft Contractors, New York, NY, 14 Nov 2007
- Rickle, G.K., T.E. Fisk, and P. Scheiner, "Synthesis and Cement Superplasticizer Properties of Condensation Copolymers Based on Naphthalene Sulfonic Acid," 1st Annual Interfacial Science and Applications Symposium, Midland, MI, 13 Oct 1999
- Rickle, G.K., T.E. Fisk, P. Scheiner, and J.E. Lee, "Polysulfonate Dispersants as Superplasticizers in Cement," 10th Annual Dow Chemical Surfactants Symposium, Midland, MI, 15 Oct 1998
- Scheiner, P., "Naphthalene Sulfonate Dispersants for Concrete:  Characterization and Modification," 10th Annual Dow Chemical Surfactants Symposium, Midland, MI, 15 Oct 1998
- Scheiner, P. and P. Carbutt, "Recent Experiences with an Alternative Clay Enhancer," American Ceramic Society's Southwest Sectional Meeting, Kerrville, TX, 11 Jun 1998
- Scheiner, P. and P. Carbutt, "An Alternative Polymer System to Enhance Clay Body Properties," Ceramic Industry Manufacturing Conference, Columbus, OH, 24 Sept 1997
- Scheiner, P. and P. Carbutt, "Enhancing Clay Processing with an Alternative Dispersing Agent," American Ceramic Society's Southwest Sectional Meeting, Kingston, OK, 18 Jun 1997
- Scheiner, P., "Naphthalene Sulfonates as Clay Dispersants," invited paper for the Ceramic Manufacturing Conference, Jackson, TN, 15 Sept 1999

**Publications**

- Scali, M.J., P. Scheiner, W. Aquino, R. Ojdrovic, and M.S. Zarghamee, "Analysis and Performance of Prestressed Concrete Cylinder Pipe (PCCP) Mortar," Proceedings of the ASCE International Conference on Pipeline Engineering and Construction, Vol. II, Baltimore, MD, Jul 2003.
- Scheiner, P., P. Carbutt, and A.J. Frazier, "Enhancing the Processing of Clay Bodies with an Alternative Polymer," Brick and Clay Record, Ceramic Industry, Jul 1997

CDW-0340-0095

- Gartner, E.M., H. Koyata, and P. Scheiner, Influence of Aqueous Phase Composition on the Zeta Potential of Cement in the Presence of Water-Reducing Admixtures, Ceram. Trans., 40 (CEMENT TECHNOLOGY), 1994
- Roberts, L.R. and P. Scheiner, Air Void System and Frost Resistance of Concrete Containing Superplasticizers, American Concrete Institute, 1981.
- Roberts, L.R. and P. Scheiner, "Microprocessor-Based Linear Traverse Apparatus for Air-Void Distribution Analysis," Proceedings of the Third International Conference on Cement Microscopy, Houston, TX, 1981
- Scheiner, P., "Preparation and Optical Properties of Colloidal Ferric Hydrous Oxides," Dissertation Abstract International, Vol. B 40, No. 1, 1979
- Kerker, M., P. Scheiner, D.D. Cooke, and J.P. Kratohvil, "Absorption Index and Color of Colloidal Hematite," Journal of Colloid Interface Science, Vol. 71, No. 1, 1979
- Kerker, M. and P. Scheiner, "The Range of Validity of the Raleigh and Thomson Limits for Lorenz-Mie Scattering," Journal of the Optical Society of America, Vol. 68, 1978
- Matijevic, E., and P. Scheiner, "Ferric Hydrous Oxide Sols. III. Preparation of Uniform Particles by Hydrolysis of Iron(III) Chloride, -Nitrate, and -Perchlorate Solutions," Journal of Colloid Interface Science, Vol. 63, No. 3, 1978

8/10



SIMPSON GUMPERTZ & HEGER

Engineering of Structures
and Building Enclosures

# Mauro J. Scali
Staff Consultant/Petrographer
781-907-9342
mjscali@sgh.com

**Registrations**
   **Professional Geologist**
   Washington

**Education**
   Youngstown State University
   Youngstown, OH, 1972
      B.S. in Geology
   W.R. Grace Company
      Quality Management Program, 1995
      Executive Development Program, 1992
      McCrone Research Institute, 1982
   Portland Cement Association
      Cement and Clinker Microscopy Course,
      1981

Mauro Scali has been with SGH since 1997.  He is a geologist and concrete petrographer with more than three decades of experience.  He is a member of our laboratory team and serves on investigations involving the evaluation, testing, and repair of deteriorated and distressed concrete structures.  His responsibilities include condition appraisal, laboratory testing, and evaluation of materials using microscopy and chemical analytical techniques.  He has written and lectured frequently on the topic of concrete petrography and the long-term durability performance of concrete structures.  Mr. Scali is a member of the American Concrete Institute and serves on numerous subcommittees of ASTM International, including as Chair of C09.20-Concrete Aggregates, Past Chair (2003 -2009) of C09.65 – Concrete Petrography, and as former President of the Society of Concrete Petrographers (2007-2009).

**Prior Experience**
- W.R. Grace Company, Cambridge, MA:  Senior Research Petrographer from 1987 to 1997; Senior Petrographer from 1983 to 1987
- Wiss Janney Elstner Associates, Inc., Chicago, IL:  Engineer/Petrographer from 1975 to 1983

**Investigation**
*Concrete*
- Investigation and evaluation of alkali-carbonate reaction, multiple locations, Western Kentucky
- Investigation and testing to determine underlying cause of honeycombing of large-diameter concrete tremie concrete piles, Massachusetts
- Longfellow Bridge, Cambridge, MA (investigation including petrography and ASR concrete prism testing)
- Investigation and petrography to evaluate extent of ASR related distress in airport pavement, NV.
- Determination of cause of Surface Scaling, popouts, and cracking in multiple residential, commercial, and Highway/railway bridges, slabs, sidewalks and curbs, (multiple projects in Western MA, Boston, Connecticut, Rhode Island, and New Hampshire areas)
- Ford Island Bridge Structure, Honolulu, HI (long-term durability performance of precast concrete piles)
- Gillette Stadium, Foxboro, MA (long-term freeze-thaw durability of precast concrete elements)
- Support of installation of concrete repairs at antenna base, Kwajalein, Marshall Islands (conduct petrographic examinations)
- San Francisco International Airport, San Francisco, CA (parking garage slab repairs)
- Simplex Headquarters, Westminster, MA (linoleum failure analysis)
- Kaiser Building, San Francisco, CA (precast concrete wall panels surface popouts)
- Resurrection Lutheran Church Renovations, West Roxbury, MAconcrete cracking and durability)
- Jaworski Geotech, Raven Industries, Highgate, VT (floor slab cracking)
- Irving Schoolhouse Parking Garage Floor, Salt Lake City, UT (slab condition and durability)

**SIMPSON GUMPERTZ & HEGER INC.**
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000   fax: 781.907.9009
**www.sgh.com**

Boston
Los Angeles
New York
San Francisco
Washington, DC

- Casle Corporation Floor, Farmington, CT (slab surface delamination)
- Essroc, Philadelphia, PA (pumping station concrete low strength)
- Konover Construction, Stamford, CT (floor slab surface delamination)
- Home Depot, Leominster, MA (floor slab cracking)
- Manchester Ready Mix, Derry, NH (i-93 bridge repairs low strength)
- Cozy Harbor Seafood Plant, Portland, ME (dry-shake concrete floor slab pitting)
- Portsmouth Naval Shipyard, Portsmouth, NH (concrete durability)
- Upper Saucon Wastewater Treatment Plant, Saucon, PA (concrete durability and cracking)
- MacLellan, Lunenberg, MA (concrete low strength problem)
- School Street Bridge, Lowell, MA (durability and compressive strength investigation)
- Washington Street Bridge, Providence, RI (durability assessment)
- Blue Circle Cement, Winston County, ALsouthern ready mix concrete bridge-deck low strength)
- Logan International Airport Parking Garage, Boston, MA (concrete durability)
- World Trade Center, Boston, MA (elevated slab durability)
- University of New Hampshire, Dover, NHprecast concrete panels, cracking and long-term durability of building facade)
- Hartford County Waste Water Treatment Plant, Perryman, MD (cracking and finish defects)
- Monroc Ready Mix/Precast Concrete, Eagle, ID (hardened air analysis)
- Amtrak Electrification Project, Northeast Corridor (concrete pile cracking)
- Keeler Parking Garage, Rochester, NY (slab cracking and surface finish)
- Metropolitan District Commission, Lynn, MA (concrete seawall cracking)
- VA Hospital, Wall, Boston, MA (low strength, interior concrete)
- Vanguard Group Northsight Office Campus, Scottsdale, AZ (slate tile debonding)
- IBM Parking Garage, Cambridge, MA
- Anne Arundel Mall, Maryland (investigation of concrete anchor bolt failure)
- Freightliner Truck Plant Floor, Cleveland, NC (slab cracking)
- Railroad Tie Failure Investigation (petrography, delayed ettringite formation)
- O'Hare Airport Renovation and Expansion, Chicago, IL (deterioration and repair assessment, including petrography, corrosion potentials, cracking and delamination surveys)
- Skating Oval, 1980 Winter Olympics, Lake Placid, NY (petrography, surface scaling)
- Byron and Braidwood Nuclear Power Plants, IL (mix design, material evaluation, long–term creep and shrinkage study)
- Willow Island Cooling Tower Collapse, WV (field investigation and petrography)

*Building Stone/Aggregate Materials*
- 1800 Tysons Boulevard, McLean, VA (stone cladding scaling and discoloration investigation)
- Longfellow Bridge, Cambridge, MA, (petrographic examination of granite cladding blocks for assessment of anchorage)
- Portsmouth Naval Shipyard Bridge, Portsmouth, NH, (petrographic examination of granite cladding for assessment of distress and deterioration due to cyclic freeze/thaw and alkali-silica reactivity
- Notre Dame University, IN, (evaluation of physical properties and petrographic examination for assessment of the potential long-term durability of sandstone cladding panels)
- Pennsylvania State University, University Park, PA, (petrographic examination and testing of limestone and shale aggregate for assessment of pyrite oxidation and expansion)

CDW-0340-0098

- Pelican Hill Resort, Newport Coast, CA, (petrographic examination of limestone fountain capstones and pools to determine underlying cause(s) of surface pitting)
- Holy Cross College,  Worcester, MA, (petrographic examination of limestone stair treads to determine underlying cause(s) of scaling)
- St. Laurence University, Canton, NY, (petrographic examination of bluestone to determine underlying cause(s) of surface scaling and cracking)
- Private Residence, Los Angeles, CA, (petrographic examination of travertine floor tiles for determination of underlying cause(s) of surface pitting and discoloration.
- Hotel Marble Column Panel Cracking, Pittsburgh, PA (petrographic examination and testing of marble panels to determine underlying cause(s) of cracking.
- Private Residence, Wilton, CT, (petrographic examination of limestone pavers to determine underlying cause(s) of cracking and surface scaling)
- Private Residence, Amonk, NY, (petrographic examination of limestone façade cladding to determine underlying cause(s) of cracking, staining, and surface spalling)

**Research and Investigation**

- Bureau of Mines study to evaluate intensity and impact of ground vibration and noise levels of strip mine blasting operations (geology of rock strata, measurement and analysis of ground vibration)
- Laboratory Research (long-term creep and shrinkage, NCHRP study of surface sealers, masonry block efflorescence, temporary mine tunnel shoring as an alternative to pillar and post mining techniques, shrinkage and concrete curling reduction)
- Gillette Stadium Investigation of freeze-thaw durability of high strength concrete
- Cemwood cement based, fiber reinforced roofing tile failure, Characterization and determination of failure mechanisms
- Physical Testing (concrete and concrete aggregates, compressive strength, flexural strength, freeze-thaw, creep and shrinkage, sieve analysis, absorption, unit weight)
- Cement and Clinker Analysis (petrography, comparative analysis of microstructure vs. performance)
- Masonry Units (petrography, clay brick, concrete masonry block and pavers, stone, terra cotta)
- Deterioration Assessment (pre-construction surveys, corrosion potentials, delamination and cracking surveys)
- Commercial Parking Deck Structures (petrography, deterioration and repair assessment)
- Mine Construction and Repair Projects (petrography and inspection, gypsum and coal mine shaft deterioration and repair assessment)
- Residential Concrete Problems (petrography, cracking, surface scaling and discoloration)
- Industrial Floor Slabs (petrography, cracking and surface delamination)
- Concrete Fire Investigations (petrography, damage assessment vs. specification requirements)

**Professional Activities**

- American Concrete Institute:  Member
- ASTM International:  Chairman C09.65 (Petrography), Chairman C09.20 (Aggregates), and C09 Executive Committee
- International Cement Microscopy Association:  Member
- Society of Concrete Petrographers:  President and Founding Member

**Publications and Presentations**

- Craig, P., D. Pinelle, M. Scali, and M. Sherman, "NSAR in Concrete Slabs," *Concrete Construction*, Vol. 53, No. 5, Jun 2008.

Mauro J. Scali
Page 4

- Kelley, P.L., M.L. Brainerd, M. Vatovec, M.R. Sherman, M.J. Scali, C. McCabe, "Concrete A to Z" A full-day educational seminar on concrete as a material, sponsored by Lorman Education Services, Jan 2006

- Scali, M.J., P. Scheiner, W. Aquino, R. Ojdrovic, and M.S. Zarghamee, "Analysis and Performance of Prestressed Concrete Cylinder Pipe (PCCP) Mortar," Proceedings of the ASCE International Conference on Pipeline Engineering and Construction, Jul 2003, Baltimore, MD, Volume II, pp. 972-982.

- Scali, M.J., B. Suprenant, "Do Pan Floats Cause Blisters or Delaminations" Concrete Perspectives, Concrete Construction, Dec 2001, 3 pp.

- Olson, E.K., and M.J. Scali, "Problems in Precast Concrete Facades: Looking Past the Obvious," Concrete Repair Bulletin, May/Jun 1999, pp. 10-13

- Brainerd, M.L., M.J. Scali, and P.L. Kelley, "Specifying Air Entrainment," The Construction Specifier, Dec 1998, pp. 45-49

- Scali, M.J., "Troubleshooting Concrete Problems: The Role of Petrography," Section 3, Proceedings, Michigan State University Concrete Technology Seminar VI: Diagnosis and Cure of Concrete Problems, Mar 1992, 7 pp.

- Scali, M.J., D. Chin, and N.S. Berke, "Effect of Microsilica and Fly Ash upon the Microstructure and Permeability of Concrete," Proceedings of the Ninth International Conference on Cement Microscopy, International Cement Microscopy Association, Apr 1987, pp. 375-397.

- Roberts, L.R., and M.J. Scali, "Factors Affecting Image Analysis for Measurement of Air Content in Hardened Concrete," Proceedings of the Sixth International Conference on Cement Microscopy, International Cement Microscopy Association, 1984, pp. 402-419.

- Pfeifer, D.W., and M.J. Scali, Concrete Sealers for Protection of Bridge Structures. Transportation Research Board, National Research Council. Report No. TRB/NCHRP/REP-244, Washington DC

- Pfeifer, D.W., S. Marusin, and M.J. Scali, "Laboratory Testing Support," Seminar on the Critical Examination of Building Exterior Walls & Enclosures as Required in Subsections 78-3 (e), 78-3 (f) & 78-3 (g), Building Exterior Walls and Enclosures, Published in Journal City Council, Chicago, 13 Sept 1978, pp. 8357-8358.

- Pfeifer, D.W., S. Marusin, and M.J. Scali, "Laboratory Support During the Evaluation of Building Facades," Seminar on the Critical Examination of Building Exterior Walls & Enclosures as Required in Subsections 78-3 (e), 78-3 (f) & 78-3 (g), Building Exterior Walls and Enclosures, Published in Journal City Council, Chicago, 13 Sept 1978, pp. 8357-8358.



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

# Scott A. Tomlinson, P.E.

Senior Staff II – Building Technology
781-907-9245
satomlinson@sgh.com

**Registrations**

**Engineer**
Florida (P.E.)
Georgia (P.E.)
Massachusetts (P.E., Structural)
Vermont (P.E., Structural)

**Other**
NCEES
Society of Professional Rope Access
Technicians (SPRAT):
    Worker level certification

**Education**
University of Vermont, Burlington, VT
    B.S. in Civil and Environmental
    Engineering, 2001
University of Wisconsin, Madison, WI
    Two-day course: Water Entry Prevention
    and Moisture Control in Buildings –
    Exterior Walls and Roofing

Scott Tomlinson has been with SGH since 2001. He has experience in the design and investigation of building envelope systems. He has worked on a variety of projects involving roofing and waterproofing for buildings of all types.

**Investigation / Condition Assessment**

*Investigation and assessment of building envelopes, materials, and systems, involving below- and above-grade waterproofing, wall cladding and roofing systems. Investigations and assessments include preparing reports of our observations, conclusions, and recommendations for remedial design or renovation.*

- Howard L. Collier Nursing & Allied Health Building, Medical College of Ohio, Toledo, OH (plaza leakage)
- Municipal Water Filtration Plant, Rutland, VT (plaza leakage)
- Snowbridge Condominiums, Stratton, VT (asphalt shingle roofing leakage)
- Solstice Townhouse Community, Stratton, VT (standing seam metal/asphalt shingle roofing leakage)
- Rising Bear Lodge and Hearthstone Lodge, Stratton, VT (asphalt shingle roofing leakage and balcony waterproofing leakage)
- Edgewood Retirement Community, N. Andover, MA (asphalt shingle roofing leakage)
- Ledgewood Hills Condominiums, Nashua, NH (asphalt shingle roofing leakage)
- Putnam Investments, Franklin, MA (BUR assessment)
- Swan Street Building, Albany, MA (coal tar pitch roofing assessment)
- Town of Ansonia Buildings, Ansonia, CT (masonry assessment)
- St. Patricks Building, Waterbury, CT (masonry assessment)
- U. of Massachusetts Medical Center, Worcester, MA (granite cladding assessment)
- Cultural Education Center, Albany, NY (thin marble panel assessment and removal)
- Museum Tower at Centennial Hill, Atlanta, GA (masonry/storefront glass leakage)
- Watertown Arsenal Property, Bldg. 97, Watertown, MA (masonry/roofing leakage)
- 1443 Beacon Street, Brookline, MA (metal flashing leakage)
- Arborwood Condominium, Burlington, MA (siding/roofing assessment)
- Masonite, Nationwide (siding product assessment)
- Delray Bay, Delray Beach, FL (stucco/window/door leakage)
- Quantum Lake Villas, Boynton Beach, FL (stucco/window/door leakage)
- Manatee Bay, Boynton Beach, FL (stucco/window/door leakage)

**Design/Consulting**

*Design of new and remedial designs to building envelopes, including below- and above-grade waterproofing, wall cladding and roofing systems. Designs include the preparation of drawings, specifications, contract documents, and engineering cost estimates. Consultation with design professionals and construction contractors regarding the designs of others and methods of construction.*

- 1443 Beacon Street, Brookline, MA (sheet membrane plaza waterproofing)
- Howard L. Collier Nursing & Allied Health Building, Medical College of Ohio, Toledo, OH (plaza waterproofing)
- Center for Classrooms of the Future, Medical College of Ohio, Toledo, OH (envelope – consulting)
- Swan Street Building, Albany, MA (rubberized asphalt / vegetated "green" roof)

**SIMPSON GUMPERTZ & HEGER INC.**
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000   fax: 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

- Lucas County Courthouse, Toledo, OH (below-grade waterproofing pedestrian tunnel – consulting)
- Wadsworth Laboratories, Albany, NY (plaza waterproofing repairs)
- Alterra Condominiums, N. Seattle, Washington (stucco repairs and planter waterproofing)
- Edgewood Retirement Community, N. Andover, MA (asphalt shingle roofing repairs)
- Solstice Townhouses, Stratton, VT (standing seam metal/asphalt shingle roofing repairs)
- Snowbridge Condominiums, Stratton, VT (asphalt shingle roofing repairs)
- Rising Bear Lodge and Hearthstone Lodge, Stratton, VT (asphalt shingle roofing leakage and balcony waterproofing repairs)
- Founders Lodge, Stratton Mt., VT (asphalt shingle roofing – consulting)
- Ledgewood Hills Condos, Nashua, NH (asphalt shingle/copper roofing repairs)
- Sentinel Data Center, Bedford, MA (EPDM roofing repairs)
- Vanderbilt Hall, Yale University, New Haven, CT (exterior masonry restoration)
- Cultural Education Center, Albany, NY (thin marble panel repair)
- 60 State Street, Boston, MA (thin granite panel repair)
- 1443 Beacon Street, Brookline, MA (metal flashing repair/replacement)
- Cultural Education Center, Albany, NY (marble cladding assessment and removal)

**Construction Monitoring / Contract Administration**
*Monitoring of construction and administration of the contract for owners. Monitoring includes periodic site visits to observe the construction and supervision of other on-site monitors. Administration of the contract includes submittal review, RFI response, and processing change orders and payment applications.*

- 1443 Beacon Street, Brookline, MA (sheet membrane plaza waterproofing)
- U. of Massachusetts Research Building, Worcester, MA (below-grade waterproofing)
- Edgewood Retirement Community, N. Andover, MA (asphalt shingle roofing)
- Ledgewood Hills Condominiums, Nashua, NH (asphalt shingle/copper roofing)
- Rising Bear Lodge and Hearthstone Lodge, Stratton, VT (asphalt shingle roofing leakage and balcony waterproofing)
- Solstice Townhouses, Stratton, VT (standing seam metal/asphalt shingle roofing)
- Old Rochester High School, Mattapoisett, MA (PVC roofing)
- Ten Post Office Square, Boston, MA (PVC roofing, replacement of stone cornice/balustrade with GFRP)
- Vanderbilt Hall, Yale University, New Haven, CT (exterior masonry restoration)
- 1309 Beacon Street, Brookline, MA (window replacement)
- 1443 Beacon Street, Brookline, MA (metal flashing repair/replacement)

**Special Access**
*Industrial Rope Access*
- University of Massachusetts Medical Center, Worcester, MA (granite cladding assessment)
- St. Patricks Building, Waterbury, CT (masonry assessment)
- 125 Summer Street, Boston, MA (facade inspection)
- 2 and 9 Hawthorne Place, Boston, MA (facade inspection)
- Westin Hotel, Providence, RI (precast panel/window/sealant joint assessment)

**Honors and Awards**
- Chi Epsilon, National Civil Engineering Society

(04/10)

CDW-0340-0102