## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CIVIL ACTION NO. 09-2047 JUDGE FALLON |
| **This Document Relates to:** ALL CASES | | MAGISTRATE WILKINSON |

### NOTICE OF SUBMISSION

Please take note that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, on Friday, November 16, 2012 at 9:00 a.m., for an order on Interior Building Supply, L.P.'s and Interior Exterior Enterprises, LLC's Third Motion *in Limine* Regarding Dean Rutila and for such other further relief as the Court may deem just and appropriate.

                                                 Respectfully submitted,

                                               *Richard G. Duplantier, Jr.   /s/*
                                               Richard G. Duplantier, Jr. (# 18874)
                                               Lambert J. Hassinger, Jr. (# 21683)
                                               Benjamin R. Grau (#26307)
                                               Carlina C. Eiselen, (# 28524)
                                               GALLOWAY, JOHNSON, TOMPKINS,
                                               BURR & SMITH
                                               701 Poydras Street, 40th Floor
                                               New Orleans, Louisiana 70139
                                               Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
                                               rduplantier@gjtbs.com /jhassinger@gjtbs.com
                                               bgrau@gjtbs.com / ceiselen@gjtbs.com
                                               *Counsel for Defendant, Interior Exterior Building Supply,*
                                               *L.P. and Interior Exterior Enterprises, LLC*

-2-

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 12th day of November, 2012.

*Richard G. Duplantier, Jr.  /s/*
RICHARD G. DUPLANTIER, JR.