UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION NO. 09-2047 JUDGE FALLON |
| This Document Relates to: ALL CASES | ) | MAGISTRATE WILKINSON |

## ORDER

Considering the Third Motion *in Limine* Regarding Dean Rutila filed by Interior Exterior Building Supply, L.P., and Interior Exterior Enterprises, LLC's;

**IT IS ORDERED** that a hearing on Interior Building Supply, L.P.'s and Interior Exterior Enterprises, LLC's Third Motion *in Limine* Regarding Dean Rutila, shall be held on an expedited basis on Friday, November 16, 2012, at 9:00 a.m.

New Orleans, Louisiana this _____ day of November, 2012.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT JUDGE