**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

================================ x ============================
                                    x

IN RE: CHINESE-MANUFACTURED    x   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY     x   SECTION: L
LITIGATION                               x   JUDGE FALLON
                                        x   MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO ALL    x
CASES

================================ x ============================

**O R D E R**

Considering the Motion for Leave of Court to File Exhibits Under Seal filed the

Plaintiff's Steering Committee ("PSC") and the Plaintiffs in the upcoming trial against Interior

Exterior Building Supply, L.P. ("INEX") and North River Insurance Company ("North River");

IT IS ORDERED BY THE COURT that the motion is granted and Exhibits "B", "F" and

"G" attached to the Motion to Exclude The Expert Report and Testimony of Dr. Timothy Tonyan

be and are hereby FILED UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2012.


_____
Eldon E. Fallon
United States District Court Judge