

October 5, 2012

Richard G. Duplantier
Galloway, Johnson, Tompkins, Burr & Smith, PLC
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA  70139

Dear Mr. Duplantier:

CTLGroup has been retained by Galloway, Johnson, Tompkins, Burr and Smith to study the Chinese-manufactured Drywall Products Litigation and the actions of Interior Exterior Drywall (INEX) related to importation of Chinese-manufactured gypsum drywall. Some of the imported Chinese-manufactured gypsum drywall is alleged to have been defective. The alleged defects are an outgassing of sulfur compounds from the gypsum core of the drywall that in some cases caused an odor and corrosion of copper and silver. The focus of this study is to investigate if INEX exercised a reasonable standard of care for determining if the Chinese-manufactured gypsum was acceptable for use, with respect to the alleged defects.

Dr. Timothy D. Tonyan is the project manager on this case and all work has been done under his supervision. Dr. Tonyan's billing rate is $300/hour.

## PROFESSIONAL QUALIFICATIONS

Dr. Timothy D. Tonyan is the Vice President and Manager of Materials Consulting at CTLGroup.

Dr. Tonyan consults on gypsum and cement-based materials, concrete and building systems performance, as well as construction project management. He is a named inventor on over 15 patents related to cement and gypsum-based materials and building systems. His consulting and research include characterizing the microstructure of cementitious and gypsum-based composite materials. Dr. Tonyan has over 20 years of experience in building materials research and construction project management throughout the U.S. and internationally.

Prior to joining CTLGroup, Dr. Tonyan directed materials and building-systems research laboratories for a multi-national building materials manufacturer and distributor. He was responsible for directing and executing research programs on gypsum-based building materials. Dr. Tonyan was the principal in charge on a major DOE project involving constituent materials characterization and concrete mixture proportioning. He has also directed investigations of performance problems with building façades on projects in Illinois, Virginia and Michigan. Causes of the failures were identified and solutions developed.

Austin, TX • Chicago, IL • Washington, DC
Corporate Office:  5400 Old Orchard Road, Skokie, IL 60077-1030  P: 847-965-7500  F: 847-965-6541  www.CTLGroup.com
CTLGroup is a registered d/b/a of Construction Technology Laboratories, Inc.

Case 2:09-md-02047-EEF-MBN   Document 16202-4   Filed 11/12/12   Page 2 of 7

Mr. Richard Duplantier  
Interior Exterior Drywall (INEX), Chinese-manufactured Drywall Products Litigation  
CTLGroup Project No. 055035

Page 2 of 7  
October 5, 2012

As the manager of systems development for a multi-national building materials manufacturer, Dr. Tonyan designed and executed testing programs characterizing the structural, fire and acoustical performance of gypsum and cement-based floor and wall systems. Results of the testing led to commercialization of a new product platform and recognition by national codes. Working with national regulatory agencies and testing laboratories, Dr. Tonyan obtained regulatory approval for a new structural panel product and floor system launched in 2006. Testing and evaluation programs were developed and executed to verify compliance with regulatory requirements. Obtaining UL designs and an ICC-ES Report led to a year over year tripling of sales for the new structural panel.

Dr. Tonyan earned his B.S. in Building Construction from Georgia Institute of Technology in 1977. He earned his M.S. in Civil Engineering from Massachusetts Institute of Technology in 1987. He also earned his Ph.D. in Civil Engineering from Massachusetts Institute of Technology in 1991.

Dr. Tonyan is a member of American Concrete Institute (ACI) and a member of the Working Group on Materials, ACI 359 - Concrete Components for Nuclear Reactors.

## DOCUMENTS REVIEWED

Omnibus Knauf Complaint – Dec9 – Final (00808410)

Jeffrey Brisley Deposition, September 27, 2010

Kelly Burke Deposition, April 6, 2011

Aprille Casey Deposition, April 6, 2011

Robert Claxton, September 28, 2012

Rebecca Galleon Deposition, March 21, 2011

Clayton and James Geary Deposition, February 5, 2010

David Gregory Depositions, September 13-14, 2011

Dr. Hans Hummel Deposition, October 19-20, 2010 and June 29, 2011

Isabel Knauf Deposition, December 7-8, 2010

Gary Meade Deposition, April 5, 2011

Mark Norris Deposition, August 10, 2011

Jim Pate Deposition, September 18, 2012

Michael Anthony Robson Deposition, November 17, 2010

Brandyn Smith Deposition, April 5, 2010



Case 2:09-md-02047-EEF-MBN   Document 16202-4   Filed 11/12/12   Page 3 of 7

Mr. Richard Duplantier
Interior Exterior Drywall (INEX), Chinese-manufactured Drywall Products Litigation
CTLGroup Project No. 055035

Page 3 of 7
October 5, 2012

CDW-364 – Streit Expert Report (NR-INEX)

CDW-365 – Galler, Donald Expert Report (NR-INEX) – 9-21-12

CDW-366 – Krantz, Brad Expert Report (NR-INEX) – 9-17-12

CDW-367 – Coates, Rosemary Expert Report (NR-INEX) – 9-21-12

CDW-368 – Rutila, Dean Expert Report (NR-INEX) – 9-21-12

USG Test Result, April 5, 2006, L&W-MDL 031015-031017

USG Test Result, July 21, 2006, L&W-MDL 031012-031014

NOAHH Document Production 001 & 002

Submittal Form: Temple-Inland Regular Gypsum Board

Submittal: National Gypsum Gold Bond® Brand Gypsum Board

Submittal Sheet: USG Imperial® Gypsum Base Regular Core

Submittal Sheet: USG Sheetrock® Gypsum Panels

ASTM C36/36M-03e1: Standard Specification for Gypsum Wallboard

ASTM C1264-05: Standard Specification for Sampling, Inspection, Rejection, Certification, Packaging, Marking, Shipping, Handling, and Storage of Gypsum Board

ASTM C1396/1396M-04: Standard Specification for Gypsum Board

International Residential Code (IRC) for One- and Two- Family Dwellings – 2003 (R702.3)

## ISSUES INVESTIGATED

### General Industry Conditions

Housing and construction industry activity were at high levels during the 2005-2006 time period in the United States. Following Hurricane Katrina in August 2005, reconstruction activities in the southeast region along the Gulf coast created additional demand for gypsum drywall. North American gypsum drywall producers had difficulty meeting the demand with domestically produced product. As a result, shortages of gypsum wallboard developed within certain regions of the U.S. The New Orleans area was one of these regions. To meet the needs of its customers, INEX sought out reliable sources of gypsum wallboard from international suppliers in 2005. Reputable sources of supply were identified as Knauf Plasterboard Tianjin Co., Ltd. and Metro Resources Corporation of Windsor, Ontario, Canada. The Chinese drywall manufacturer for Metro Resources Corporation was Taian Taishan Plasterboard Co. Ltd.



Case 2:09-md-02047-EEF-MBN   Document 16202-4   Filed 11/12/12   Page 4 of 7

Mr. Richard Duplantier
Interior Exterior Drywall (INEX), Chinese-manufactured Drywall Products Litigation
CTLGroup Project No. 055035

Page 4 of 7
October 5, 2012

Gypsum Board Sources

Knauf Plasterboard Tianjin Co. Ltd.:

The Knauf Group is a leading global manufacturer and supplier of gypsum wallboard products. Knauf Group is respected internationally as a reliable supplier of gypsum wallboard. Knauf USA imported the board into the United States from Knauf Plasterboard Tianjin Co., Ltd.

Metro Resources Corporation:

Metro Resources Corporation is a reputable distributor of drywall products located in Windsor, Ontario, Canada. Metro Resources supplied Chinese-manufactured gypsum board produced by Taian Taishan Plasterboard Co. Ltd.

Building Code

The applicable model building code at the time was the International Residential Code, 2003 (IRC, 2003). The applicable section of the code is R702.3, Gypsum Board. Section R702.3 requires that gypsum board materials conform to ASTM C36 or ASTM C1396.

Manufacturer Certifications

Knauf Plasterboard Co. Ltd. and Taian Taishan Co. Ltd. provided certifications that the gypsum wallboard supplied met the relevant industry standard for performance. Standards referenced include the Standard Specification for Gypsum Board, ASTM C36 and ASTM C1396-04. Both ASTM C36 and C1396-04 make reference to ASTM C1264-05, Standard Specification for Sampling, Inspection, Rejection, Certification, Packaging, Marking, Shipping, Handling and Storage of Gypsum Panel Products.

Timing of Events

The timing of events was investigated to determine if INEX had any knowledge regarding the odor or outgassing of Chinese-manufactured gypsum wallboard. INEX purchased the affected Chinese-manufactured drywall during the period from October 21, 2005 to July 30, 2006. INEX sold and distributed Chinese drywall until May 2007. Reports of problems with Chinese-manufactured drywall were not made public in the media until late 2008 to early 2009.

Gypsum Board Physical Characteristics

Visual appearance and physical characteristics of the gypsum board from Knauf Plasterboard Tianjin Co. Ltd. and Taian Taishan Plasterboard Co. Ltd. were investigated. The investigation was to determine if INEX exercised a reasonable standard of care with regard to determining if the Chinese-manufactured drywall was defective with respect to odor or outgassing.



Case 2:09-md-02047-EEF-MBN   Document 16202-4   Filed 11/12/12   Page 5 of 7

Mr. Richard Duplantier
Interior Exterior Drywall (INEX), Chinese-manufactured Drywall Products Litigation
CTLGroup Project No. 055035

Page 5 of 7
October 5, 2012

Based on information provided in the file documents, it appears the only complaints provided to INEX by installers of the Chinese-manufactured drywall was that it felt "heavy" or seemed "brittle."

Testing of the physical characteristics of Chinese-manufactured drywall was also conducted by United States Gypsum Company (USG). USG purchased Chinese-manufactured gypsum wallboard from INEX and tested it per industry standards.

## Opinions

1. INEX exercised a reasonable standard of care with respect to the importation of Chinese-manufactured gypsum drywall provided by Knauf Plasterboard Tianjin Co., Ltd. and Taian Taishan Plasterboard Co. Ltd.

    It is reasonable for the gypsum drywall distributor to rely on the gypsum drywall producer's mill certificates and test reports as the basis for conformance to appropriate performance criteria. This is consistent with the requirements of ASTM C1264-05, Section 5.1 Certification, which states: *When specified in the purchase agreement, a producer's or supplier's report shall be forwarded at the time of shipment certifying that the product is in compliance with the ASTM referencing this specification.*

    Knauf Plasterboard Tianjin Co. Ltd. and Taian Taishan Plasterboard Co. Ltd. provided certifications that the gypsum wallboard supplied met the relevant industry standard for performance. Standards referenced include the Standard Specification for Gypsum Board, ASTM C36 and ASTM C1396. It is customary in the industry for the distributor to rely on manufacturer certifications for conformance to product standards.

    Additionally, the Knauf Group is a recognized global leader in drywall production and INEX acted reasonably in relying on their product certifications.

    Regarding building code compliance, the applicable building code at the time was the International Residential Code, 2003 (IRC, 2003). The applicable section of the code is R702.3, Gypsum Board. Section R702.3 requires that gypsum board materials conform to ASTM C36 or ASTM C1396. Gypsum wallboard in conformance with ASTM C36 or ASTM C1396 is compliant with the applicable code. Knauf Plasterboard Tianjin Co. Ltd. and Taian Taishan Plasterboard Co. Ltd. certified that the gypsum board conformed to the applicable standard. It is reasonable and customary for INEX to have relied on that certification and accept the gypsum board as code compliant.

2. At the time the Chinese-manufactured drywall was purchased by INEX, INEX was not aware and had no reasonable means of being aware that the drywall was defective in any way.

    With respect to timing related to knowledge of any defect, INEX purchased the affected Chinese-manufactured drywall during the period from October 21, 2005 to July 30, 2006.



Case 2:09-md-02047-EEF-MBN   Document 16202-4   Filed 11/12/12   Page 6 of 7

Mr. Richard Duplantier
Interior Exterior Drywall (INEX), Chinese-manufactured Drywall Products Litigation
CTLGroup Project No. 055035

Page 6 of 7
October 5, 2012

INEX sold and distributed Chinese drywall until May 2007. INEX had no knowledge of the defects and no access to knowledge regarding any defects in Chinese-manufactured drywall until late 2008 to early 2009, when reports of problems were made public in the media.

Furthermore, the potential for sulfur outgassing problems from drywall were not widely recognized by the gypsum industry during the 2005 to 2007 time period. It is unreasonable to expect that a distributor such as INEX could have known, or even remotely suspected, that this could be a potential problem

There was nothing in the physical characteristics of the gypsum board from Knauf Plasterboard Tianjin Co. Ltd. or from Taian Taishan Plasterboard Co. Ltd. that would indicate the boards were defective. The appearance, weight, and handling characteristics of Knauf Plasterboard Tianjin and Taian Taishan Plasterboard were within the range of what is typical for gypsum boards used in the United States. Consistency of the Chinese-manufactured gypsum drywall with typical physical characteristics is further demonstrated by results of testing from an independent third-party laboratory.

USG tested the board for attributes such as strength, hardness and deflection. These tests were presumably selected by USG because they felt they were important to board performance, and in many cases are required by the referenced ASTM standards. Results from the USG testing gave no indication of a gypsum board defect related to odor or sulfurous gas emission.

Although INEX may have received installer feedback that the Chinese-manufactured drywall felt heavy or seemed brittle, there was no reason for INEX to consider these comments unusual or to connect them to a potential defect. The referenced ASTM standards do not address a maximum board weight or stiffness, and hence even a heavier or more brittle board would not fall outside the building code requirements or the Knauf product certifications. Furthermore, minor variations in board weight and handling characteristics are common even among domestic drywall product. Since drywall is manufactured by numerous manufacturers at dozens of different plants, each may rely upon different raw material sources.



Case 2:09-md-02047-EEF-MBN   Document 16202-4   Filed 11/12/12   Page 7 of 7

Mr. Richard Duplantier  
Interior Exterior Drywall (INEX), Chinese-manufactured Drywall Products Litigation  
CTLGroup Project No. 055035

Page 7 of 7  
October 5, 2012

Identification of the cause of the sulfurous gas emitted by the drywall and, in some cases, related corrosion of copper and silver required complex chemical and metallurgical analysis by a multi-disciplinary team of highly trained scientists. The cause of the odor and corrosion was not obvious and required technical resources far beyond those at the disposal of INEX. Extensive chemical analysis and microstructural evaluation of the gypsum material, using analytical tools such as x-ray diffraction and scanning electron microscopy were required to identify the cause of the outgassing. The presence and cause of the outgassing problem would not have been identified with the typical tests employed to characterize gypsum wallboard conformance with building standards.

As the case is ongoing, I reserve the right to modify or supplement my statements in the future, particularly if I am provided with additional information that would impact my opinions.

Sincerely,

*[signature]*

Timothy D. Tonyan, PhD  
Vice President

TTonyan@CTLGroup.com  
Phone: (847) 972-3146

Attachments:  
Tonyan Resume  
Tonyan Publications  
Tonyan Patents  
Tonyan Testimony

