## Jim Geary

**From:** David Zhang [dzhang@metroresourcescorp.com]
**Sent:** Friday, May 26, 2006 1:51 PM
**To:** jgeary@interiorexterior.net
**Cc:** lliang@metroresourcescorp.com
**Subject:** D&B

Jim:

Metro Resources Corp.(MRC) was registered on August 2000 in Ontario. Recycling, Mining and Environment R&D are our main business. We recycle used carpet and research how to use carpet backing into building materials. Soon or later we will enter into building material industry. Because of shortage, it is opportunity for us to bring Chinese drywall into US market, we know Chinese each gypsum drywall manufacturer, know shipping companies well and all these Chinese gypsum drywall loading ports, good financing, that's why we don't need any deposit and prepayment, just bank guarantee payment once our cargo arriving to port or commercial L/Cs.

Our Dun & Bradstreet is #253627301
MRC is Chinese Government licensed recycling and exporting company which number is A124042146.
MRC is AWCI member.
MRC in US is new registered company

Hopeful above information is helpful.

Once I receive your draft L/C, I need only 30 minute for reviewing and then you ask bank to issue original L/Cs.

Thanks!
David
Cell: 248 863-8562