**ORIGINAL**

**MRC**

**Metro Resources Corporation**
430 Pelissier St.
Windsor, Ontario N9A 4K9
Tel: (519) 977-1661 Fax:(519) 977-1426

Date: June 20, 2006

To: Interior/Exterior Building Supply, L.P.
P. O. Box 4002
New Orleans, LA 70178

RE: L/C CM52182 Required Documents – Beneficiary Statement

To Whom It May Concern:

This letter of credit No. CM52182 stating as follows:
We hereby certify that:
- A) The gypsum boards (goods) shipped were properly palletized, wrapped, sealed to protect them against damage in shipment, and
- B) The gypsum boards have end tape and tapered edges.
- C) That each sheet marked on back "Made In China" and "Meet or Exceed ASTMC1396- 04 Standard"
- D) All gypsum board are non-defective

Sincerely,

Beneficiary – Metro Resources Corporation
430 Pelissier St. Windsor, Ontario N9A 4K9

_____
Authorized Signature

INT/EXT00966