**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

```
================================  x  ============================
                                   x
IN RE: CHINESE-MANUFACTURED        x  MDL NO. 2047
DRYWALL PRODUCTS LIABILITY         x  SECTION: L
LITIGATION                         x  JUDGE FALLON
                                   x  MAG. JUDGE WILKINSON
THIS DOCUMENT RELATES TO ALL       x
CASES                              x
================================  x  ============================
```

## O R D E R

Considering the Motion *in Limine* to Exclude the Expert Report and Testimony of Dr. Timothy Tonyan filed by the Plaintiff's Steering Committee ("PSC") and the Plaintiffs in the upcoming trial against Interior Exterior Building Supply, L.P. ("INEX") and North River Insurance Company ("North River");

IT IS ORDERED BY THE COURT that the motion is granted and the report and testimony of Dr. Timothy Tonyan is excluded from the November 26, 2012 trial.

New Orleans, Louisiana, this ___ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge

1