

OBJ000146



OBJ000150

OBJ000193



OBJ000194



OBJ000195



OBJ000196



OBJ000197



OBJ000198





OBJ000200



OBJ000201



OBJ000202



OBJ000203



OBJ000204



OBJ000208



OBJ000209



OBJ000211



OBJ000212



OBJ000213



OBJ000214

OBJ000215



OBJ000216

OBJ000217



OBJ000218



OBJ000220



OBJ000221



OBJ000222



OBJ000223



OBJ000224



OBJ000225



OBJ000226



OBJ000412

OBJ000413



OBJ000414



OBJ000415





THE HOME DEPOT





SUBTOTAL
SALES TAX
TOTAL

RETURN POLICY DEFINITION
POLICY ID   DAYS   POLICY EXPIRES ON

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORE FOR
DETAILS.

GET SPECIAL DEFERRED FINANCING ON
PURCHASES OF $299 OR MORE WITH THE HOME
DEPOT CONSUMER CREDIT CARD.
************************************************

**ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!**

Your Opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepotopinion.com

**¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!**

¡Su Opinion Cuenta! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepotopinion.com

**User ID:
64095  57509**

**Password:
7512  57511**

Entries must be entered by 11/11/2007.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

OBJ000417



OBJ000418



OBJ000420



OBJ000423



OBJ000424



OBJ000426



OBJ000503



OBJ000504



OBJ000505

THE HOME DEPOT
6708 NE ZAC LENTZ
VICTORIA, TX 77904

6587 00000

SALE



017601775R

SALE
TOTAL
XXXXXXXXXXXX9811 MASTER
AUTH CODE 649126/



RETURN POLICY
POLICY IN   DAYS

THE HOME DEPOT RETURN
LIMIT   DAY RETURNS
RETURN POLICY SIGN
DETAILS

GET SPECIAL DEFERRED
PURCHASES OF $299 OR MORE WITH THE
DEPOT CONSUMER CREDIT CARD
*************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! Complete
the brief survey about your
and enter for a chance to

www.homedepotopinion.com

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE
DE $5,000!

¡Su Opinion Cuenta! Complete la breve
encuesta sobre su visita a la tienda
tenga la oportunidad de

www.homedepotopinion.com

User ID:
133232  126704

Password:
7576  126646

Entries must be entered by 12/29
Entrants must be 18 or older
See complete rules on website
purchase necessary



OBJ000507



OBJ000508



OBJ000509



OBJ000510



OBJ000511



OBJ000512



OBJ000513



OBJ000514



OBJ000572

OBJ000573

OBJ000574

OBJ000575

OBJ000576

OBJ000577



LOWE'S

1/2 COPPER

ELL COPPER

SUBTOTAL

INVOICE TOTAL

OBJ000578

OBJ000579

OBJ000580



OBJ000581



Cell No. 13802090223

Email: susan@tsn.weidafreight.com

----- Original Message -----
**From:** Rudy Remont
**To:** susan@tsn.weidafreight.com
**Cc:** William S. App, Jr. ; VICTOR WEI
**Sent:** Thursday, December 29, 2005 11:03 AM
**Subject:** RE: gypsum wall board market in China.

Susan,

Please clarify about Shandon Tai He Tongxing Ltd Co., and them not having license for ASTM C36?  Are they not registered and approved to sell this product in USA?
I did not understand about statement of "
**"-ASTMC36 hv not got the license"**

**Thanks**

Regards,
Rudy.
**J.W. ALLEN & CO., INC.**
Rudy J. Remont
Executive Vice President
200 Crofton Rd., Box 34
Bldg. 7D, Suite 800
Kenner, Louisiana 70065
(NEW ORLEANS, LOUISIANA, USA)
Phone: 504-464-0181 x 119
Fax:    504-464-0182
E Mail: rudy@jwallen.com

Web:   www.jwallen.com
If you are unable to view any attached files, please download Adobe Acrobat Reader
at:<<http://www.adobe.com/products/acrobat/readstep2.html>>

----- Original Message -----
**From:** susan@tsn.weidafreight.com
**To:** rudy
**Cc:** William S. App, Jr. ; VICTOR WEI ; susan@tsn.weidafreight.com
**Sent:** Tuesday, December 27, 2005 2:06 PM
**Subject:** gypsum wall board market in China.

P-NR/INEX-0344-0001
INT/EXT05719

Dear Rudy,

when I got agency confirmation, I studied gypsum wall board market in China immediately.

the quality factory are :-

1. Beijing New Building Material Company Ltd(BNBMCL) in Beijing
the factory is in Beijing
**-ASTMC36 hv been approved in USA**
**-USD 4.912/pcs FAS Xingang and will be increased on USD 5.8/pcs**
**DIM 12' X4'X 1/2"(3660 X 1220 X12.7 MM)**
**payment : 50% T/T and 50% LC**
it is because that:
they hv received a very large order about 1.5 million pcs (1,500,000 pcs) ex XGG to Miami in 2006.
heard that the buyer is Florida State Government.
therefore, they hv not producing time and can not accept fm another.

2. Shandon Tai He Tongxing Ltd Co.,
factory is in Taian of Shandon Province
Division of BNBMCL
**-ASTMC36 hv not got the license**
**-USD 3.72/pcs FAS Lianyungang or Rizhao port**
**DIM 12' X4'X 1/2"(3660 X 1220 X12.7 MM)**
**payment : 50% T/T and 50% LC**
**quantity: 100.000pcs with in 30-35 days supply when 50% T/T receivable.**
**quality: suggestion SGS inspection necessary**

the factory is very aggressive and would like to further discuss.
pls contact with IEBS and if they are interesting we will go to the factory .

pls comment with thanks.

Best Regards

Susan Li GM
WEIDA FREIGHT SYSTEM (TIANJIN) CO.,LTD.
ROOM 907, TIANXING RIVERFRONT SQUARE,
81 SHIYIJING ROAD, TIANJIN, CHINA 300171
TEL: 022-2410-9888
FAX: 022-2410-9848
Cell No. 13802090223
Email: susan@tsn.weidafreight.com

P-NR/INEX-0344-0002
INT/EXT05720

THE HOME
6703 NE
VICTORIA, TX

SALE



07681-21 1/2 FOLDING RULE SA-
SALES TAX
TOTAL
XXXXXXXXXXXXX9911 MASTERCARD
AUTH CODE 0940924/501192

RETURN POLICY DEFINITION
POLICY ID        DAYS   POLICY EXPIRES ON
A        1        90       04/08/2008

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORE FOR
DETAILS.

GET SPECIAL DEFERRED FINANCING ON
PURCHASES OF $299 OR MORE WITH THE HOME
DEPOT CONSUMER CREDIT CARD - EVERY TIME!

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepotopinion.com

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

Su Opinion Cuenta! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepotopinion.com

User ID:
190410  1838881

Password:
7610  1838823

Entries must be entered by 03/25/2008
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

OBJ000584



OBJ000585

OBJ000586