

OBJ000587





SUBTOTAL
SALES TAX
TOTAL

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES
A      1        90      [illegible]

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GET SPECIAL DEFERRED FINANCING ON
PURCHASES OF $299 OR MORE WITH THE HOME
DEPOT CONSUMER CREDIT CARD - FOR A LIMIT

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your opinion counts! Complete
the brief survey about your store visit
and enter for a chance to win an

www.homedepot.com

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

Su opinion cuenta! Complete la breve
encuesta sobre su visita a la tienda
tenga la oportunidad de ganar un

www.homedepot.com/opinion

User ID
101439 100969

Password
7606 100915

Entries must be entered by [illegible]
Entrants must be 18 or older to enter.
See complete rules on website. No



OBJ000589



OBJ000590



OBJ000591



OBJ000592

**MONTGOMERY-HILL, Inc**

1181

Saul Soto                                 Home Depot Installations.              12/19/2007              547.75

Montgomery-Hill, Inc   Invoice 27654                                                                    547.75

OBJ000623

12/04/2007 12:20 FAX 817 784 1662        WAGNER'S INSTALLATIONS                    ☑ 003/005

No Rotation | 1024x768 | Draw

RedBaron Installation Manager        Thu 29 Nov 2007 11:34:30 AM CST              Page 6 of 6

NOV-29-2007 11:17AM    FROM-Home Depot/6366/Sugar Land                    T-112  P 004/004  F-901



THE HOME DEPOT USA

### INSTALLED SALES CHARGEBACK FORM

This form is to be used for installed/consumer TYPE a chargeback ONLY.
(To chargeback a merchandise supplier (Type 1), refer to the SEARS RTV system.)

NOTE: DO NOT markdown merchandise. For any future, segregated item only and refund to store.
Do not markdown merchandise to refund customer or labor issues.

PLEASE PRINT CLEARLY

1. Chargeback Submission Date: 11/29/07

2. CHARGEBACK (circle one): Labor Only    Merchandise Only    Merchandise & Labor



OBJ000702



OBJ000708

THE HOME DEPOT 6584
4014 SOUTH PORT AVENUE
CORPUS CHRISTI, TX 78415 (361)993-9110

```
         6584 00002 97176     05/15/08
SALE            72 70M226    10:42 AM
```



```
715487087704 2X4 12 SYP *A*
    503.86                          19.30
028877561258 DW48XX *A*             24.00
076174308549 25'FRAC TAPE *A*
    208.99                          17.96
641817001820 SAFETY GLASS *A*
    409.97                          49.48
              SUBTOTAL             101.07
              SALES TAX              8.42
              TOTAL               1110.31
XXXXXXXXXXX8079 MASTERCARD         110.34
AUTH CODE 758590/5021860             1A
P.O.#/JOB NAME. ZAMORA
```



```
6584 02 97176 05/15/2008 9995
```

RETURN POLICY DEFINITIONS
POLICY ID    DAYS   POLICY EXPIRES ON
A       1      90        08/13/2008

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

NOBODY BEATS OUR PRICES. GUARANTEED
SEE STORE FOR 10% PRICE GUARANTEE
DETAILS.

************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepotopinion.com

OBJ000759

THE HOME DEPOT 0526
5041 S. PADRE ISLAND DRIVE
CORPUS CHRISTI, TX 78411 (361)993-1400

0526 00001 26839    05/27/08
SALE            61 NXR154    08:59 AM



7613023253839 3/4-8 BIT <A>        24.95
607821 ROTA HAMMER <A>            199.00
081999104528 11/32 40C ~A>
15018.88                            282.20
        SUBTOTAL                    506.75
        SALES TAX                    41.81
        TOTAL                      $548.56
XXXXXXXXXXXXX9023 HOME DEPOT        548.56
AUTH CODE 027343<3D10767              1A



0526 01 26839 05/27/2008 6908

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A      1      90        08/25/2008

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

NOBODY BEATS OUR PRICES...GUARANTEED
SEE STORE FOR 10% PRICE GUARANTEE
DETAILS.
*************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepotopinion.com

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

Para dejarnos saber su opinión,
por favor, complete la breve
encuesta sobre su visita a la tienda y
entre para ser incluido en ganar un:

www.homedepotopinion.com

User ID:
54493 53968

Password:
8277 53967

Entries must be entered by 06/26/2008.
Entrants must be 18 or older to enter.
See legal details on website. No
purchase necessary.

OBJ000760

THE HOME DEPOT 0526
5041 S. PADRE ISLAND DRIVE
CORPUS CHRISTI, TX 78411 (361)993-1400

           0526 00024 10660      06/03/08
RETURN          22 DH06JH    08:45 AM

          ** REFUND **

* ORIG REC: 0526 001 26839 05/27/08 TA *

081999104528 11/32 40C
    4.00000-75.52/4.0000           -75.52

              SUBTOTAL        -75.52
              SALES TAX        -6.23
              TOTAL          -$81.75
XXXXXXXXXXXXX9323 HOME DEPOT    -81.75
INVOICE  6243570                    TA


          ** REFUND **

       CUSTOMER COPY

NOBODY BEATS OUR PRICES...GUARANTEED.
  SEE STORE FOR 10% PRICE GUARANTEE
              DETAILS.
***************************************

    ENTER FOR A CHANCE
    TO WIN A $5,000
    HOME DEPOT GIFT
         CARD!

      Your Opinion Counts! Complete
   the brief survey about your store visit
     and enter for a chance to win at:

        www.homedepotopinion.com

     ¡PARTICIPE EN UNA
  OPORTUNIDAD DE GANAR
     UNA TARJETA DE
     REGALO DE THD
       DE $5,000!

  ¡Su Opinion Cuenta! Complete la breve
 encuesta sobre su visita a la tienda y
    tenga la oportunidad de ganar en:

        www.homedepotopinion.com

        User ID:
      22135 21633

        Password:
       8303 21609

  Entries must be entered by 07/03/2008.
  Entrants must be 18 or older to enter.
   See complete rules on website. No
         purchase necessary.

OBJ000761

HOME DEPOT 0526
0041 S. PADRE ISLAND DRIVE
CHRISTI, TX 78411  (361)993-1400

0526 00001 21889   05/22/08
SALE        61 NXR154   03:03 PM



715487087818 2X6-12 SYP <A>
  3005.87                    176.10
          SALES TAX           14.53
          TOTAL             $190.63
XXXXXXXXXXXX8979 MASTERCARD  190.63
AUTH CODE 876624/8010613         TA
P.O.#/JOB NAME: ANGEL



0526 01 21889 05/22/2008 4133

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A     1       90        08/20/2008

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

NOBODY BEATS OUR PRICES...GUARANTEED.
SEE STORE FOR 10% PRICE GUARANTEE
DETAILS.
**********************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepotopinion.com

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Su Opinión Cuenta! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepotopinion.com

User ID:
44593 44068

Password:
8272 44067

Entries must be entered by 06/21/2008.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

THE HOME DEPOT #0564
1232 FORMAN STREET
GREAT GRELL, TX 76010-467 342-0042

0564 00057 41905        04/17/08.
SALE              14 SC0157       12:07 PM



03-E005355946 HOME BUCKET -A-        4.98
          SALES TAX                   0.41
          TOTAL                      $5.39
XXXXXXXXXXXX08979 MASTERCARD          5.39
AUTH CODE 202539/3571461               TA
P.O./JOB NAME: 1



0564 57 41905 04/17/2008 2608

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A      1      90         07/16/2008

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

NOBODY BEATS OUR PRICES...GUARANTEED.
SEE STORE FOR 10% PRICE GUARANTEE
DETAILS.
*********************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepotopinion.com

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Su Opinion Cuenta! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepotopinion.com

User ID:
90663 84156

Password:
8217 84099

Entries must be entered by 05/17/2008.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

OBJ000763

```
                                        9.73
                                        4.98
                          SUBTOTAL      14.70
                          SALES TAX      1.22
                          TOTAL         15.98
XXXXXXXXXXXX5979 MASTERCARD            15.98
AUTH CODE 107910/557417                  TA
P.O.# BB NAME: RAMIREZ
```

```
      0564 57 40576 04/15/2008 99.99

          RETURN POLICY DEFINITION:
      POLICY ID   DAYS   POLICY EXPIRATION
    A      1       90       07/14/2008

     THE HOME DEPOT RESERVES THE RIGHT TO
     LIMIT / DENY RETURNS. PLEASE SEE THE
     RETURN POLICY SIGN IN STORES FOR
                   DETAILS.

     NOBODY BEATS OUR PRICES... GUARANTEED
     SEE STORE FOR 10% PRICE GUARANTEE
                   DETAILS
*****************************************

        ENTER FOR A CHANCE
        TO WIN A $5,000
        HOME DEPOT GIFT
             CARD!

       Your Opinion Counts! Complete
    the brief survey about your store visit
       and enter for a chance to win at:

          www.homedepotopinion.com

        ¡PARTICIPE EN UNA
     OPORTUNIDAD DE GANAR
        UNA TARJETA DE
        REGALO DE THD
          DE $5,000!

    ¡Su Opinión Cuenta! Complete la breve
    encuesta sobre su visita a la tienda y
       tenga la oportunidad de ganar en:

          www.homedepotopinion.com

            User ID:
          88005 81498

           Password:
           8215 81441

   Entries must be entered by 05/15/2008
   Entrants must be 18 or older to enter.
     See complete rules on website. No
             purchase necessary.
```

OBJ000764

THE HOME DEPOT 0509
4144 SOUTH PORT AVENUE
CORPUS CHRISTI, TX 78415 (361)853-9173

6584 00001 76800    05/13/08
61 MAP17N    04:53 PM

GYPSUM BD 280 25 5100 <A>
3X12 (5)                              77.90
INST-INSTL DECORWRL 1 L 4
640.99                                  .98
              SUBTOTAL               84.34
              TAX                     ___
XXXXXXXXXXX9 SOFTWARE MRI           $84.36
AUTH/DOC /6829700252                    TA
P.O. NO. TRN: CANW4

║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║
0509 01 76800 05/13/2008 5563

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A      1      90      08/11/2008

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

NOBODY BEATS OUR PRICES...GUARANTEED.
SEE STORE FOR 10% PRICE GUARANTEE
DETAILS.
*************************************

DID WE NAIL IT? GIVE US YOUR
OPINION WITH A CHANCE OF WINNING
A $5000 HOME DEPOT GIFT
CARD!

Opinion Counts! Complete
a survey about your store visit
and enter for a chance to win a

www.homedepotopinion.com

PARTICIPE EN UNA
ENCUESTA DE GANAR
UNA TARJETA DE
REGALO DE THD
$5,000!

Visítete la hoja
de la encuesta
para la oportunidad de ganar un

No. de Telefono: 1
Password: 10789

Entre dentro de 14 dias, 05/12/2008.
Debe completar la encuesta para entrar.
Tiene que visitar la website. N

```
                              5.47
              SALES TAX       0.45
              TOTAL          $5.92
                             $5.92
                               TA
XXXXXXXXXXXX8785
P O # THANK YOU!

0000 57 02006 04/17/2008 2006

         RETURN POLICY DEFINITIONS
   POLICY ID    DAYS    POLICY EXPIRES ON
     A     1      90         07/16/2008

   THE HOME DEPOT RESERVES THE RIGHT TO
   LIMIT / DENY RETURNS. PLEASE SEE THE
   RETURN POLICY SIGN IN STORE FOR
                DETAILS.

   NOBODY BEATS OUR PRICES... GUARANTEED.
     SEE STORE FOR LOW PRICE GUARANTEE
                 DETAIL


         ENTER FOR A CHANCE
         TO WIN A $5,000
         HOME DEPOT GIFT
                CARD!

       Your Opinion Counts! Complete
   the brief survey about your store visit
      and enter for a chance to win at:

         www.homedepotopinion.com

      ¡PARTICIPE EN UNA
   OPORTUNIDAD DE GANAR
       UNA TARJETA DE
       REGALO DE THD
          DE $5,000!

     ¡Su Opinion Cuenta! Complete la breve
    encuesta sobre su visita a la tienda y
      entre a la oportunidad de ganar en:

         www.homedepotopinion.com

            User ID:
           00925 84418

           Password:
           8217 84361

    Entries must be entered by 05/17/2008.
   Entrants must be 18 or older to enter.
     See complete rules on website. No
              purchase necessary.
```

OBJ000766

THE HOME DEPOT 0526
5041 S PADRE ISLAND DRIVE
CORPUS CHRISTI, TX 78411 (361)993-1400

```
      0526 00002 50654     05/22/08
SALE        61 RXF285   11:25 AM
```



```
400020001221 7/16 OSB <A>            15.88
    206.94
722571006099 LADDER <A>              39.00
              SUBTOTAL                52.88
              SALES TAX                4.36
              TOTAL                 $57.24
XXXXXXXXXXX8979 MASTERCARD           57.24
AUTH CODE 8/2968/8020170               1A
P.O.#/JOB NAME: 0
```



```
0526 02 50654 05/22/2008 2701
```

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A     1      90        08/20/2008

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

NOBODY BEATS OUR PRICES...GUARANTEED.
SEE STORE FOR 10% PRICE GUARANTEE
DETAILS.
*********************************



ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepotopinion.com

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Su Opinión Cuenta! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepotopinion.com

User ID:
102123 101599

Password:
8272 101597

Entries must be entered by 06/21/2008.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

OBJ000767

THE HOME DEPOT
4014 SOUTH PORT AVENUE
CORPUS CHRISTI, TX 78415



6584 00002 21630   12:03
SALE   32 DAY#07   01:30 PM

633712 12/2 NM 1 -A>
    1000.79                          7.90
081834103518 MDCRIPENCI BLK -A>
    400.39                           1.56
761542002600 2X4-96 STUD -A>
    202.19                           4.38
                    SUBTOTAL        13.84
                    SALES TAX        1.14
                    TOTAL          $14.98
XXXXXXXXXXXX8979 MASTERCARD        14.98
AUTH CODE 271313/7020266             TA
P.O.#/JOB NAME: ZAMORA



6584 02 21630 06/12/2008 9009

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A      1       90        09/10/2008

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

NOBODY BEATS OUR PRICES...GUARANTEED.
SEE STORE FOR 10% PRICE GUARANTEE
DETAILS
*********************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepotopinion.com

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000.

Su Opinion cuenta! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepotopinion.com

User ID:
H7HE08 43951

Password:
801 73549

This offer expires by 07/12/2008.
Participants must be 18 or older to enter
and complete survey on website. No
purchase necessary.

THE HOME DEPOT
15202 LEOPARD STREET
CORPUS CHRISTI, TX 78410  (361) 241-0042

6564 03048 79895     04/21/08
SALE         14 SL0158    11:16 AM



078600884171 1 1x8d 12HP1 <A>        2.97
079804117137 578 BRAD <A>            2.29
079412023071 2"STEPDTYKNR <A>        4.98
          SUBTOTAL                  10.24
          SALES TAX                  0.84
          TOTAL                    $11.08
XXXXXXXXXXXX8979 MASTERCARD         11.08
AUTH CODE 271702/9582177              TA
P.O.#/JOB NAME: RENDON



6564 58 79895 04/21/2008 8075

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A      1      90       07/20/2008

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

NOBODY BEATS OUR PRICES. GUARANTEED.
SEE STORE FOR 10% PRICE GUARANTEE
DETAILS.
*****************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win at.

www.homedepotopinion.com

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Su Opinion Cuenta! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepotopinion.com

User ID:
166643 160137

Password:
8221 160079

Entries must be entered by 05/21/2008.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

OBJ000769



OBJ000772



OBJ000774



LOWE'S HOME CENTERS, INC.
1530 RIM ROCK ROAD
CORPUS CHRISTI, TX 78412
(361) 227-4000
RETURN 01206

REFUND TRANSACTION
REFUND TRANSACTION



YOUR OPINION'S COUNT !

REGISTER TO WIN A $5,000 LOWE'S GIFT CARD.

REGISTRESE PARA GANAR UNA TARJETA DE REGALO LOWE'S CON
VALOR DE $5,000 , EN MODA GRATIS!

REGISTER ONLINE OR BY PHONE BY COMPLETING A BRIEF
SATISFACTION SURVEY WITHIN THE NEXT 5 DAYS.

PLEASE REGISTER ONLINE AT:

https://survey4.foresee.com/5888

OR

PLEASE CALL THE TOLL FREE AUTOMATED LINE USING A TOUCH
TONE PHONE AT 1-800-201-8952

Y O U R   I D # : 01204 1635 072

NO PURCHASE OF ANY KIND IS NECESSARY TO ENTER OR WIN.
ALTERNATE WAY TO ENTRY IS AVAILABLE. SEE COMPLETE
OFFICIAL RULES WHICH CAN BE OBTAINED AT:

http://survey4.foresee.com/foseerules

FINAL DRAWING OF THE $5,000 LOWE'S GIFT CARD WILL BE WITHIN
WITHIN 120 DAYS. SEE STORE FOR COMPLETE RULES.

THANK YOU FOR VISITING LOWE'S ABOUT YOU SURVEY

1635 TERMINAL: 06 09:46 1503122







OBJ000784



OBJ000785

# THE HOME DEPOT 6584
4011 SOUTH PORT AVENUE
CORPUS CHRISTI, TX 78415 (361) 992-9917

6584 00005 06251    04/11/2008
SALE                11:03 AM

SA 6584A
TOTAL
CASH
CHANGE DUE

RETURN POLICY DEFINITION
POLICY ID    DAYS    POLICY EXPIRES
A      1      90      07-10-2008

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE
RETURN POLICY SIGN IN STORE FOR
DETAILS.

NOBODY BEATS OUR PRICES... GUARANTEED
SEE STORE FOR 10% PRICE GUARANTEE
DETAILS.

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! complete
the brief survey about your store visit
and enter for a chance to win a

www.homedepotopinion.com

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Su opinion cuenta! Complete la breve
encuesta sobre su visita a la tienda y
reciba la oportunidad de ganar un

www.homedepotopinion.com

User ID:
23439 16860

Password:
8211 16555

Purchase must be entered by 05/11/2008.
Entrant must be 18 years or older to enter.
See complete rules on website. No
purchase necessary.

OBJ000786



OBJ000787

THE HOME DEPOT 0594
4514 SOUTH PORT AVENUE
CORPUS CHRISTI TX 78411 (361)855-...

6584 00001 7451     ...-5/0:
SALE              07 AUG05  02:42 PM



7154603795  200-10 STP 4A
SKU 30                      16.70
       SUB-TOTAL            16.70
       SALES TAX              .38
       TOTAL              $18.08
XXXXXXXXXX8979 MASTERCARD    18.08
AUTH CODE 058260-700385       TA
P.O. NUMBER NAME: TAMARA



RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A    1       90       09/11/2008

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

MONEY BACK GUARANTEE GUARANTEED.

***************************************

**ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!**

Your Opinion Counts! Complete
this brief survey about your store visit
and enter for a chance to win at:

www.homedepot.opinion.com

**APARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THE
HOME DEPOT**

...  ...  ... complete la breve
...  ... en el sitio web de abajo y
... la oportunidad de ganar

www.homedepot.opinion.com

User ID:
H5982957H58332

Password:
82634H57311

Entries must be entered by 06/12/2008.
Entrants must be 18 or older to enter.
See complete rules...
purchase n...

OBJ000788





OBJ000877





OBJ000879

OBJ000880



WELCOME BACK SPRING

# LOWE'S®

LOWE'S HOME CENTERS, INC.
1530 AIRLINE ROAD
CORPUS CHRISTI, TX 78412
(361)678-9000
*SALE*
SALES #: 01025VH1 93961      05-07-08

12130 REBAR 3/8" X 10' (#3)      13.80
       4 @    3.45

SUBTOTAL:      13.80
TAX:       .14
INVOICE 02860   TOTAL:      14.94

BALANCE DUE:      14.94

M/C:      14.94

M/C: XXXXXXXXXXXX8979
AMOUNT:

OF ITEMS PURCHASED
EXCLUDES FEES, SERVICES AND SPECIAL ORDERS

THANK YOU



YOUR OPINIONS COUNT !

REGISTER TO WIN A $2,500 LOVE'S GIFT CARD!

¡REGISTRESE PARA GANAR UNA TARJETA DE REGALO LOVE'S CON
VALOR DE $2,500! (Se habla español)

REGISTER ONLINE OR BY PHONE BY COMPLETING A GUEST
SATISFACTION SURVEY ANYTIME DURING THE NEXT 3 DAYS.

PLEASE REGISTER ONLINE AT:

http://webview4.isacorp.com/loves

OR

PLEASE CALL THE TOLL FREE AUTOMATED LINE USING A TOUCH
TONE PHONE AT: 1-877-251-4556

Y O U R  I D # 02860 1825 128

NO PURCHASE OF ANY KIND IS NECESSARY TO ENTER OR WIN.
ALTERNATE MAIL-IN ENTRY IS AVAILABLE. SEE COMPLETE
OFFICIAL RULES WHICH CAN BE OBTAINED AT:

http://webview4.isacorp.com/loves/rules

WINNER OF THE $2,500 LOVE'S GIFT CARD WILL BE NOTIFIED
WITHIN 120 DAYS. SEE STORE FOR COMPLETE RULES

THANK YOU FOR HELPING LOVE'S KNOW YOU BETTER!

1825 TERMINAL: 02  05/07/08 09:28:47

OBJ000882

OBJ000883



OBJ000884

CORPUS CHRISTI, TX 78412
(361)5673-9200
-SALE-
SALES #: STEVE #2 465431      04-22-06

SUBTOTAL:      49.97
TAX:            2.08

OBJ000886

OBJ000887

OBJ000888



OBJ000889

# ITEMS

# OF ITEMS PURCHASED

OBJ000890

OBJ000891

Lowe's

OBJ000892

OBJ000893



OBJ000894



OBJ000895



OBJ000896



OBJ000897





0684 59 43624 06/19/2008 1286

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A        1       90       09/17/2008

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

NOBODY BEATS OUR PRICES...GUARANTEED
SEE STORE FOR 10% PRICE GUARANTEE
DETAILS.

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Su Opinión Cuenta! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepot.com/opinion

User ID:
94521 87996

Password:
8319 87937

Entries must be entered by 07/19/2008.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

OBJ000899

THE HOME
and its

14 SC0196



045242082780 SAWZALL <A>
SALES TAX
TOTAL
XXXXXXXXXXXX8979 MASTERCARD
AUTH CODE 381512/1584320
P.O.#/JOB NAME: ZAMORA



6564 58 61877 06/18/2008 32:46

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXP
A       1      90         09-16

THE HOME DEPOT RESERVES
LIMIT / DENY RETURNS.
RETURN POLICY SIGN
DETAILS

NOBODY BEATS OUR PRICES
SEE STORE FOR 10% PRICE
DETAILS.

**********************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANA
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Su Opinión Cuenta! Complete la b
encuesta sobre su visita a la tienda
tenga la oportunidad de ganar en:

www.homedepot.com/opinion

User ID:
130627 124101

Password:
8318 124043

Entries must be entered by 07
Entrants must be 18 or older
See complete rules on website
purchase necessary

THE HOME DEPOT 6584
4014 SOUTH PORT AVENUE
CORPUS CHRISTI, TX 78415 (361)853-9173

       6584 00001 19487    06/18/08
SALE         61 VC7WR   11:55 AM



715487087795 2X6-8 SYP <A>
   3@4.12                      12.36
761542002609 2X4-96 STUD <A>
   6@2.19                      13.14
               SUBTOTAL        25.50
               SALES TAX        2.10
               TOTAL          $27.60
XXXXXXXXXXXX8979 MASTERCARD    27.60
AUTH CODE 383053/1015857         TA
P.O.#/JOB NAME: ZAMORA



6584 01 19487 06/18/2008 9092

      RETURN POLICY DEFINITIONS
    POLICY ID    DAYS    POLICY EXPIRES ON
    A     1       90        09/16/2008

   THE HOME DEPOT RESERVES THE RIGHT TO
   LIMIT / DENY RETURNS. PLEASE SEE THE
   RETURN POLICY SIGN IN STORES FOR
             DETAILS.

   NOBODY BEATS OUR PRICES...GUARANTEED.
    SEE STORE FOR 10% PRICE GUARANTEE
             DETAILS.
*************************************

    ENTER FOR A CHANCE
     TO WIN A $5,000
    HOME DEPOT GIFT
         CARD!

    Your Opinion Counts! Complete
  the brief survey about your store visit
     and enter for a chance to win at:

       www.homedepot.com/opinion

   ¡PARTICIPE EN UNA
  OPORTUNIDAD DE GANAR
    UNA TARJETA DE
   REGALO DE THD
     DE $5,000!

   ¡Su Opinión Cuenta! Complete la en-
    cuesta sobre su visita a la tien-
    tenga la oportunidad de ganar en:

       www.homedepot.com/opinion

       User ID:
     45824 7 39264

     Password:
      3918  93263

  Entries must be entered by 6/18/2008.
  Entrants must be 18 or older to enter.
  No purchase of any kind on website or on
           purchase necessary.

OBJ000901

THE HOME DEPOT 6584
4014 SOUTH PORT AVENUE
CORPUS CHRISTI, TX 78415 (361)853-9173

6584 00059 41372      06/17/08
SALE                14 SC0159   06:41 PM



047569837982 15ASGLPLBRKR <A>        6.27
047569837999 SQ D BREAKER <A>
   406.27                          25.08
                    SUBTOTAL        31.35
                    SALES TAX        2.59
                    TOTAL          $33.94
XXXXXXXXXXXX8979 MASTERCARD        33.94
AUTH CODE 371069/2595039              TA
P.O.#/JOB NAME. GARCIA



6584 59 41372 06/17/2008 6440

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES
  A          1      90      09/15/2008

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

NOBODY BEATS OUR PRICES...GUARANTEED
SEE STORE FOR 10% PRICE GUARANTEE
DETAILS.
************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Su Opinión Cuenta! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepot.com/opinion

User ID:
89617 83092

Password:
8317 83033

Entries must be entered by 07/17/2008.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

OBJ000903

THE HOME DEPOT
4014 SOUTH PORT AVENUE
CORPUS CHRISTI, TX 78415 (361)

6584 00019 03335    06/17
SALE                22 SLA697   04:00 PM



073477151426 15A OUT WHT <A>
600.46
            SUBTOTAL
            SALES TAX
            TOTAL
XXXXXXXXXXX8979 MASTERCARD
AUTH CODE 368463/2195250
P.O.#/JOB NAME: ZAMORA



6584 19 03335 06/17/2008

      RETURN POLICY DEFINITI
   POLICY ID    DAYS    POLICY
      1          90        09

THE HOME DEPOT RESERVES THE RIGHT
   LIMIT / DENY RETURNS. PLEASE SEE THE
   RETURN POLICY SIGN IN STORES FOR
             DETAILS.

NOBODY BEATS OUR PRICES...GUARANTEED.
   SEE STORE FOR 10% PRICE GUARANTEE
             DETAILS.

ENTER FOR A CH
   TO WIN A $5,0
   HOME DEPOT GI
        CARD!

   Your Opinion Counts! Com
the brief survey about your
   and enter for a chance to

   www.homedepot.com/opin

¡PARTICIPE EN
OPORTUNIDAD DE
   UNA TARJETA
   REGALO DE THE
   DE $5,000!

¡Su Opinion Cuenta! Complete la breve
encuesta sobre su visita a la tienda
tenga la oportunidad de ganar en:

   www.homedepot.com/opinion

      User ID:
     13543 6978

     Password:
      8317 6959

Entries must be entered by 07/17
Entrants must be 18 or older
   See complete ru es on webs
       purchase necessary.

OBJ000904

HOME DEPOT 0558
3094 SOUTH PORT AVENUE
BRISTEL, IN 28419 (361) 883-9123



SALES TAX            5.94
TOTAL              $77.94
XXXXXXXXXXXX8979 MASTERCARD    77.94
AUTH CODE 345117/3584246        TA
P.O.#/JOB NAME: ZAMORA

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A      1     90      06.14.2008

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORE FOR
DETAILS.

NOBODY BEATS OUR PRICES...GUARANTEED.
SEE STORE FOR 10% PRICE GUARANTEE
DETAILS.
***************************

### ENTER FOR A CHANCE TO WIN A $5,000 HOME DEPOT GIFT CARD!

Your Opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

### ¡PARTICIPE EN UNA OPORTUNIDAD DE GANAR UNA TARJETA DE REGALO DE THD DE $5,000!

¡Su Opinion Cuenta! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepot.com/opinion

### User ID:
125047  118521

### Password:
8316  118463

Entries must be entered by 07/16/2008.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

OBJ000907

THE HOME DEPOT 6584
4014 SOUTH PORT AVENUE
CORPUS CHRISTI, TX 78415 (361)853-9173

6584 00099 48787    06/12/08
SALE              11 MAP17N   02:41 PM



371918 18VXRP4COMBO <A>        499.00
  RSN: 2     NEW AMT 249.66 MKDN -249.34
        MAX REFUND VALUE $249.66
078477151426 15A OUT WHT <A>      0.46
046335810686 HANGER BARS <A>      2.92
                 SUBTOTAL        253.04
                 SALES TAX        20.88
                 TOTAL          $273.92
XXXXXXXXXXXX8979 MASTERCARD      273.92
AUTH CODE 272388/7994759            TA
P.O.#/JOB NAME: SAMORA



6584 99 48787 06/12/2008 6546

RETURN POLICY DEFINITIONS
  POLICY ID   DAYS   POLICY EXPIRES ON
   A    1     90         09/10/2008

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
  RETURN POLICY SIGN IN STORES FOR
           DETAILS.

NOBODY BEATS OUR PRICES...GUARANTEED.
 SEE STORE FOR 10% PRICE GUARANTEE
           DETAILS.
************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepotopinion.com

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Su Opinion Cuenta! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepotopinion.com

User ID:
104447 970622

Password:
8312 97863

Entries must be entered by 07/12/2008.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

THE HOME DEPOT #0584
4038 SOUTH PORT AVENUE
CORPUS CHRISTI, TX 78415 (361)643-9125

0584-00001 03721        07/20/06
SALE       61 VAY312    03:07 PM



0910098063028 .50LB FELT -A-              16.25
              SALES TAX                    1.29
              TOTAL                      $16.51
XXXXXXXXXXXX9058 VISA                      16.51
AUTH CODE 050641/0013174                    18

6584 01 03721 05/20/2002 1307

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRATION
    A         1       90      08/18/2006

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

MANAGE YOUR ACCOUNT. STAY UPDATED.
SEE STORE FOR THE HOME DEPOT CREDIT
DETAILS.

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your opinion counts! Complete a
short survey about your visit
and enter for a chance to win!

www.homedepotopinion.com

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Su Opinión Cuenta! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepotopinion.com

User ID:
14315 7732

Password:
8270 7731

Entries must be entered by 06/19/2006
Entrants must be 18 or older to enter
See complete rules on website. No
purchase necessary.

OBJ000918



THE HOME DEPOT #6584
4834 SOUTH PORT AVENUE
CORPUS CHRISTI, TX 78411 (361)883-6175

6584  01 72200       05/14/08
CWT          01 72012   12:21 PM



09106 0SS02 3CLB FELT <A>          45.75
  3615 25
71546 087818 2X6-12 SYP <A>         5.73
  704.95
71546 087801 2X6-10 SYP <A>        34.65
  784.94
71546 087757 2X4-10 SYP <A>        23.38
  783.04
85298 00100X TARP <A>              37.94
  2818.97
               SUBTOTAL           147.45
               SALES TAX           12.16
               TOTAL            $159.61
XXXXX XXXXX 8979 MASTERCARD       159.61
AUTH CODE 70603/6012514             TA
P.O.#/JOB NAME: ZAMORA



6584 01 73390 05/14/2008 5977

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A     1      90       08/12/2008

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

NOBODY BEATS OUR PRICES...GUARANTEED.
SEE STORE FOR 10% PRICE GUARANTEE
DETAILS.
*****************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepotopinion.com

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Su Opinión Cuenta! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepotopinion.com

User ID:
16156653  159070

Password:
8264  159069

Entries must be entered by 06/13/2008.
Entrants must be 18 or older to enter.
Complete rules on website. No

OBJ000921



THE HOME DEPOT 6584
4014 SOUTH PORT AVENUE
CORPUS CHRISTI, TX 78415 (361)853-9173

6584 00099 76093 06/20/08
SALE 11 MAP178 04:23 PM

012871556771 FITTING <A>
2@1.16 2.32
012871625077 2 PVC CPLG <A>
2@0.86 1.72
SUBTOTAL 4.04
SALES TAX 0.33
TOTAL $4.37
CASH 20.00
CHANGE DUE 15.63

6584 99 76093 06/20/2008 1268

RETURN POLICY DEFINITIONS
POLICY ID DAYS POLICY EXPIRES ON
A 1 90 09/18/2008

THE HOME DEPOT RESERVES THE RIGHT TO LIMIT / DENY RETURNS. PLEASE SEE THE RETURN POLICY SIGN IN STORES FOR DETAILS.

NEED IT INSTALLED?
1-800-HOMEDEPOT
WWW.HOMEDEPOT.COM/INSTALL

************************************

ENTER FOR A CHANCE TO WIN A $5,000 HOME DEPOT GIFT CARD!

Your Opinion Counts! Complete the brief survey about your store visit and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA OPORTUNIDAD DE GANAR UNA TARJETA DE REGALO DE THD DE $5,000!

¡Su Opinión Cuenta! Complete la breve encuesta sobre su visita a la tienda y tenga la oportunidad de ganar en:

www.homedepot.com/opinion

User ID:
159059 152574

Password:
8320 152475

Entries must be entered by 07/20/2008. Entrants must be 18 or older to enter. See complete rules on website. No purchase necessary.

```
THE              65384
CORPL

SALE

042805393956 BATH DRAIN <A>        44.89
012871558139 FITTING <A>            5.33
012871552229 FITTING <A>            3.37
012871557583 FITTING <A>
   201 67
041193056900 1 1/2IN CONN <A>       3.34
   202 43
041193053062 PVCPTRP11/2 <A>        4.86
   202 97
                                    5.94
051141918641 RESPIRATOR <A>        19.97
             SUBTOTAL                 0.
             SALES TAX               7.
             TOTAL                 $94.9
XXXXXXXXXX89/9 MASTERCARD          94.94
AUTH CODE 400335/0596108             1A
P.O.#/JOB NAME: ZAMORA
```



```
    6584 59 43477 06/19/2008 1286

         RETURN POLICY DEFINITIONS
    POLICY ID  DAYS  POLICY EXPIRES ON
    A     1     90        09/17/2008

    THE HOME DEPOT RESERVES THE RIGHT TO
    LIMIT / DENY RETURNS. PLEASE SEE THE
      RETURN POLICY SIGN IN STORES FOR
                 DETAILS.

    NOBODY BEATS OUR PRICES...GUARANTEED.
       SEE STORE FOR 10% PRICE GUARANTEE
                 DETAILS.
    *****************************************

        ENTER FOR A CHANCE
        TO WIN A $5,000
        HOME DEPOT GIFT
            CARD!

        Your Opinion Counts! Complete
    the brief survey about your store visit
       and enter for a chance to win at:

          www.homedepot.com/opinion

        ¡PARTICIPE EN UNA
    OPORTUNIDAD DE GANAR
       UNA TARJETA DE
        REGALO DE THD
          DE $5,000!

    ¡Su Opinión Cuenta! Complete la breve
    encuesta sobre su visita a la tienda y
       tenga la oportunidad de ganar en:

        www.homedepot.com/opinion

          User ID:
          93827 87302

         Password:
          8319 87243

    Entries must be entered by 07/19/2008.
    Entrants must be 18 or older to enter.
      See complete rules on website. No
            purchase necessary.
```

THE HOME DEPOT 6534
4014 SOUTH PORT AVENUE
CORPUS CHRISTI, TX 78415 (361)854-9173

6534 00001 03520      04/22/08
SALE          01 SLA697   08:52 AM





ADHESIVE 3/4 202 CARMEL      2.83
                SALES TAX    0.32
                  TOTAL     $4.15
XXXXXXXXXXXX8979 MASTERCARD   4.15
AUTH CODE 252074/ID0955        TA
P.O./JOB NAME: BANDED2

      5534 01 00520 04/22/2008 6846

RETURN POLICY DEFINITIONS
                DAYS   POLICY EXPIRES ON
   1     90           07/21/2008

NOBODY BEATS OUR PRICES, GUARANTEED.
SEE STORE FOR 10% PRICE GUARANTEE
               DETAILS.
*****************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! Complete
this brief survey about your store visit
and enter for a chance to win at:

www.homedepotopinion.com

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Su Opinión Cuenta! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en

www.homedepotopinion.com

User ID:
177913 171330

Password:
8222 171329

Entries must be entered by 05/22/2008.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

OBJ000928



715487067186 2X8-8' SYP =A=                 5.67
761542002609 2X4-96" STUD =A=
     16@2.19                                35.04
                            SUBTOTAL         40.71
                          SALES TAX           3.36
                             TOTAL          $44.07
XXXXXXXXXXXXX8979 MASTERCARD                 44.07
AUTH CODE 250850/802029U                       TA
P.O.#/JOB NAME: ZAMORA



6584 02 20236 06/11/2008 2612

RETURN POLICY DEFINITIONS
     POLICY ID   DAYS   POLICY EXPIRES ON
A        1        90         09/09/2008

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS

NOBODY BEATS OUR PRICES - GUARANTEED
SEE STORE FOR 10% PRICE GUARANTEE
DETAILS
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepotopinion.com

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Su Opinion cuenta! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepotopinion.com

User ID:
47345 40763

Password:
8311 40761

Entries must be entered by 07/11/2008
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

OBJ000929



SALE

## ENTER FOR A CHANCE TO WIN A $5,000 HOME DEPOT GIFT CARD!

Your Opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepotopinion.com

## ¡PARTICIPE EN UNA OPORTUNIDAD DE GANAR UNA TARJETA DE REGALO DE THD DE $5,000!

¡Su Opinion Cuenta! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepotopinion.com

### User ID:
130473 123967

### Password:
8202 123909

Entries must be entered by 05/02/2008.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

OBJ000931