



RETURN POLICY DEFINITIONS
POLICY ID   DAYS    POLICY EXPIRES ON
A      1      90        07/28/2008

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

NOBODY BEATS OUR PRICES...GUARANTEED
SEE STORE FOR 10% PRICE GUARANTEE
DETAILS.
*******************************

## ENTER FOR A CHANCE
## TO WIN A $5,000
## HOME DEPOT GIFT
## CARD!

Your Opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepotopinion.com

## ¡PARTICIPE EN UNA
## OPORTUNIDAD DE GANAR
## UNA TARJETA DE
## REGALO DE THD
## DE $5,000?

Su Opinión Cuenta! Complete la breve
encuesta sobre su visita a la tienda y
entre la oportunidad de ganar en:

www.homedepotopinion.com

## User ID:
## H5V1923  1514455

## Password:
## 8229  151397

Entries must be entered by 05/29/2008.
Entrants must be 18 or older to enter.
See complete rules on website. No

OBJ000935

THE HOME DEPOT 0526
5041 S. PADRE ISLAND DRIVE
CORPUS CHRISTI, TX 78411 (361)993-1400

```
           0526 00001 28058   05/27/08
SALE             61 CRP12V   04:45 PM
```



```
091069083028 30LB FELT <A>
  2015.65                        31.30
715487087757 2X4-10 SYP <A>       3.43
              SUBTOTAL           34.73
              SALES TAX           2.87
              TOTAL             $37.60
XXXXXXXXXXXX8979 MASTERCARD      37.60
AUTH CODE 969850/3010809            TA
P.O.#/JOB NAME: ANGEL
```



0526 01 28058 05/27/2008 6908

```
        RETURN POLICY DEFINITIONS
    POLICY ID   DAYS   POLICY EXPIRES ON
A       1        90        08/25/2008
```

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

NOBODY BEATS OUR PRICES...GUARANTEED.
SEE STORE FOR 10% PRICE GUARANTEE
DETAILS.
**********************************

### ENTER FOR A CHANCE
### TO WIN A $5,000
### HOME DEPOT GIFT
### CARD!

Your Opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepotopinion.com

### ¡PARTICIPE EN UNA
### OPORTUNIDAD DE GANAR
### UNA TARJETA DE
### REGALO DE THD
### DE $5,000!

¡Su Opinión Cuenta! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepotopinion.com

### User ID:
### 56931 56406

### Password:
### 8277 56405

Entries must be entered by 06/26/2008.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

OBJ000939

THE HOME DEPOT 6584-9
4014 SOUTH PORT AVENUE
CORPUS CHRISTI, TX 78415 (361)853-9173

6584 00056 00861    06/12/08
SALE                14 SC0156    09:41 AM



027557528115 DD3WDMRW/PLW <A>        29.97
034481193418 CEILING BOX <A>          1.92
035781019361 HOLE SAW <A>            16.97
                  SUBTOTAL           48.86
                  SALES TAX           4.03
                  TOTAL            $52.89
XXXXXXXXXXXX8979 MASTERCARD          52.89
AUTH CODE 267881/7562648               1A
P.O.#/JOB NAME: ZAMORA



6584 56 00861 06/12/2008 3167

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A     1      90       09/10/2008

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

NOBODY BEATS OUR PRICES...GUARANTEED.
SEE STORE FOR 10% PRICE GUARANTEE
DETAILS.
************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win an

www.homedepotopinion.com

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Su Opinión Cuenta! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepotopinion.com

User ID:
8595 2067

Password:
83112  2011

Entries must be entered by 07/12/2008.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

OBJ000942



OBJ000947

```
THE  HOME  DEPOT  6584
        4014 SOUTH PORT AVENUE
CORPUS CHRISTI, TX 78415 (361)853-9173

         6584 00001 27613    06/20/08
SALE           61 VAY312   10:25 AM
```




```
081090026782 4X8 MLD TUF <A>
   409.98                        39.92
081088000270 4X8 DRYWALL <A>
   1406.15                       86.10
038753114579 H FLASH <A>
                                 4.15
081725208919 3X8 11 OZ. <A>
   758B3820X4X8 PVC40 PEPIPE <A>  4.14
   301.68                        5.07
75482620X4X8 DWV PIPE <A>
   305.79                       17.17
75482620X441 DWV PIPE <A>
   204.39                        8.73
012871623417 2 PVC EL90 <A>
   401.80                        7.20
026613134345 ANGLEVALVE <A>
   408.98                       35.92
012871624810 1/2 PVCCROSS <A>
   201.07                        2.14
012871623318 1/2 PVC 90EL <A>
   900.24                        2.16
012871624971 1/2 PVC CPLG <A>
   600.17                        1.02
012871628240 1/2 PVC CAP <A>    0.29
012871957921 FITTING <A>        1.28
012871958764 FITTING <A>        0.74
012871557558 FITTING <A>        1.50
081834100518 HDXFPMXLLK <A>
   400.39                        1.56
018578000356 FLEX CPLG <A>
   303.96                       11.88
038753807558 PURPL PRIMER <A>   2.72
038753311296 CPVC CEMENT <A>    4.87
                    SUBTOTAL   238.81
                   SALES TAX    19.70
                       TOTAL  $258.51
XXXXXXXXXXX8979 MASTERCARD     258.51
AUTH CODE 421299/9016085          TA
P.O.#/JOB NAME: ZAMORA
```



```
6584 01 27613 06/20/2008 8044
```

```
          RETURN POLICY DEFINITIONS
   POLICY ID    DAYS    POLICY EXPIRES ON
      A          90        09/18/2008

   THE HOME DEPOT RESERVES THE RIGHT TO
   LIMIT / DENY RETURNS. PLEASE SEE THE
     RETURN POLICY SIGN IN STORES FOR
                 DETAILS.

           NEED IT INSTALLED??
            1-800-HOMEDEPOT
         WWW.HOMEDEPOT.COM/INSTALL
*****************************************
    ENTER  FOR  A  CHANCE
    TO  WIN  A  $5,000
      HOME  DEPOT  GIFT
            CARD!

   Your Opinion Counts! Complete
  the brief survey about your store visit
    and enter for a chance to win at:

        www.homedepot.com/opinion

   ¡PARTICIPE  EN  UNA
  OPORTUNIDAD  DE  GANAR
     UNA  TARJETA  DE
      REGALO  DE  THD
        DE  $5,000!

   ... Opinión Cuenta! Complete la breve
   ...... sobre su visita a la tienda y
   ...... oportunidad de ganar en:

       www.homedepot.com/opinion

        User ID:
         G2099 55516

       Password:
         8320 55515

 Entries must be ente...
 Entrants must be 18 o...
   See complete rule...
      purchase...
```

LOWE'S

52.30-

INU: 2607

24.80-

INU: 2607

**- REFUND TRANSACTION -**
**- REFUND TRANSACTION -**

**SUBTOTAL:**     77.10-
**TAX:**      6.36-
**TOTAL RETURN :**    83.46-

83.46-

83.46

83.46

OBJ000950

OBJ000951



LOWE'S HOME CENTERS, INC
1538 AIRLINE ROAD
CORPUS CHRISTI, TX 78412
(361)673-9000
-SALE-
SALES #: 81825002 94 5844     06-17-05

43951 1 GAL TYPE 1 MASTIC          21.92
                  2 @   10.96

SUBTOTAL

INVOICE 00004  TOTAL:

BEGIN BAL     TRANSACTION AMT
  56.05              56.05

THANK YOU
FOR SHOPPING LOWE'S



THANK YOU FOR SHOPPING LOWE'S
RECEIPT REQUIRED FOR CASH REFUND.
CHECK PURCHASE REFUNDS REQUIRE
15 DAY WAIT PERIOD FOR CASH BACK.

OBJ000953



OBJ000954

LOWE'S

STORE CODE: 29060-4190B-02295

OBJ000955

OBJ000956

OBJ000957

OBJ000958



OBJ000959



OBJ000960

OBJ000961

# LOWE'S

REFUND TRANSACTION
REFUND TRANSACTION

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| TOTAL REFUND | |

STORE CODE: 16250-90700-02995

OBJ000962



OBJ000963



**LOWE'S**

LOWE'S HOME CENTERS, INC.
1530 AIRLINE ROAD
CORPUS CHRISTI, TX 78412
(361)573-9000
-RETURN 18215-
SALES #:R S1825YC1 1146996   10-08-07

150239 PLASTIC STAPLE 1/2 V 225     5.94-
ORIG.STORE:1825 DATE:031407  INV:14380
49470 4X12 FLOOR DECO VENETIAN      3.98-
ORIG.STORE:1825 DATE:032007  INV:1049
47326 2X2 WSL RUSSET WEDDINGTON    11.88-
        4 @     2.97-
ORIG.STORE:1825 DATE:092107  INV:1298
502 4X4 MATTE BISCUIT FIELD $       2.80-
        20 @     0.14-
ORIG.STORE:1825 DATE:092107  INV:1298
3567 2X6 MUDCAP BISCUIT A420N       4.85-
        5 @     0.97-
ORIG.STORE:1825 DATE:092107  INV:1298
- REFUND TRANSACTION -
- REFUND TRANSACTION -

        SUBTOTAL      29.45-
        TAX 1.375      2.40-
        TOTAL RETURN  31.86-

        BALANCE DUE:  31.00-

        CASH          25.03-
        MTC:           6.03-

MTC XXXXXXXXXXXXX6278
ACCOUNT #:

POS TERMINAL ID: 10/08/07 10:45:17

RECEIPT REQUIRED FOR CASH REFUND
CHECK PURCHASE REFUNDS REQUIRE
10 DAY WAIT PERIOD FOR CASH BACK

HAVE A COMMENT OR FEEDBACK?
LET US KNOW AT:
WWW.LOWES.COM/FEEDBACK

STORE CODE: 18261-00807-18215

OBJ000964



YOUR OPINIONS COUNT

REGISTER TO WIN A $2,500 LOWE'S GIFT CARD!

(REGISTRESE PARA GANAR UNA TARJETA DE REGALO LOWE'S CON
VALOR DE $2,500) (SE HABLA ESPANOL)

REGISTER ONLINE OR BY PHONE BY COMPLETING A LOWE'S
SATISFACTION SURVEY ANYTIME DURING THE NEXT 3 DAYS

PLEASE REGISTER ONLINE AT:

http://webview4.isacorp.com/lowes

OR

PLEASE CALL THE TOLL FREE AUTOMATED LINE USING A TOUCH
TONE PHONE AT: 1-877-254-4258

Y O U R   I D #  10215 1825 28

NO PURCHASE OF ANY KIND IS NECESSARY TO ENTER OR
ALTERNATE MAIL-IN ENTRY IS AVAILABLE. SEE LOWE'S
OFFICIAL RULES WHICH CAN BE OBTAINED AT:

http://webview4.isacorp.com/lowes/rules

WINNER OF THE $2,500 LOWE'S GIFT CARD WILL BE NOTIFIED
WITHIN 120 DAYS. SEE STORE FOR COMPLETE

THANK YOU FOR HELPING LOWE'S KNOW YOU BETTER

1825 TERMINAL: 18, 10/08/07 10:06:28

OBJ000965



LOWE'S HOME CENTERS, INC.
1550 AIRLINE ROAD
CORPUS CHRISTI TX 78412
(361)573-9000
-SALE-
SALES # 285 REG# 04 40601   09-14-07

444421 LW 2" SHORT BRUSH FF WD     3.98
38327 AT PREM EXT.FL.BSC5 73005    8.98
156239 PLASTIC STAPLE 1/2 W 225    5.94
238253 WHT 1 GANG FLAT COVER GRE   3.38
209866 54" THREADED MTL.HOLE.W/RE  3.97

                    SUBTOTAL:      26.25
              TAX  11375 :          2.17
        INVOICE 14380  TOTAL:      28.42


               BALANCE DUE:        28.42

          MERCH/GIFT CARDS :       12.93
                      M/C :        15.49


     MERCH/GIFT CARD  9776  AUTHCODE 000000


   BEGIN BAL    TRANSACTION AMT    ENDING BAL
     12.93          12.93            0.00
-----------------------------------------

     M/C  XXXXXXXXXXXX6779        392425
        AMOUNT:      15.49


-----------------------------------------
     1825 TERMINAL: 14  09/14/07 08:58:03

# OF ITEMS PURCHASED:              5
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

OBJ000966





**LOWE'S**

LOWE'S HOME CENTERS, INC.
1530 AIRLINE ROAD
CORPUS CHRISTI, TX 78412
(361)873-9000
SALE
SALES #: S1825JC2 945944    09-21-07

47326 2X2 MSC RUSSET WEDDINGTON      3.70
            10 @    2.97
421680 JW 16 OZ PSS T&T ULTRA WH     4.27
2373 VJI 4" CONTINUOUS RIN DIA      22.47
507 4X4 MATTE BISCUIT FIELD'S        5.04
            36 @    0.14
3567 2X6 HUOCAP BISCUIT A4200       26.19
            27 @    0.97

        SUBTOTAL:              87.67
        TAX (11375)             7.23
INVOICE 01288  TOTAL:          94.90


        BALANCE DUE:           94.90

        CHECK                  94.90

1825 TERMINAL: 01  09/21/07 10:20:31

**# OF ITEMS PURCHASED:    75**
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

OBJ000968

OBJ000969

OBJ000971



LOWE'S HOME CENTERS, INC.
1539 AIRLINE ROAD
CORPUS CHRISTI, TX 78412
(361)673-9000
-SALE-
SALES #: S1825KT1 1265723    04-08-08

6222 3/4  2X4  OAK              15.88
170294 QT IPSWICH PINE WOOD FINI  5.87
45868 QT GLOSS POLYURETHANE MIN   8.37
4922 SALTILLO GRT 2-1/2 TO 1 G   29.82
            3 @    9.94

            SUBTOTAL:    59.94
            TAX:          4.95
            TOTAL:       64.89

OBJ000973



OBJ000974



OBJ000975



OBJ000976

Purchases will be issued for an other reasons, with a store receipt.
Merchandise Credits will be issued for returns without valid
receipts upon presentation of a valid I.D. (State Driver's License,
State I.D. Card, or Military I.D.) We reserve the right to limit

LOWE'S



OBJ000978



REFUND TRANSACTION

SUBTOTAL:          73.76
TAX:                6.08
TOTAL RETURN :     79.84

BALANCE DUE:       79.84

MERCH/GIFT CARD    39.92

MERCH/GIFT CARD  2067  AUTHCODE 003992

BEGIN BAL     TRANSACTION AMT     ENDING BAL
0.00              39.92             39.92

M/C  XXXXXXXXXXXXX9979
     AMOUNT:      39.92



OBJ000980

THE HOME DEPOT 6564
13202 LEOPARD STREET
CORPUS CHRISTI, TX 78410 (361) 242-0642

6564 00058 71.01    04/11/08
SALE      14 SCOT58   04:21 PM



070/0831? ...? PPAINT WH <A>        13.20
070/0528110?  ?3/C ?08C 6PK <A>      9.97
051652100? ? OPSHO? <A>              4.29
081099008-007 46#READY MIX <A>       6.34
                 SUBTOTAL            33.80
                 SALES TAX            2.79
                 TOTAL              $36.59
XXXXXXXXXXXX8979 MASTERCARD          36.59
AUTH CODE 097619/9581948               TA
P O.#/JOB NAME: RAMIREZ



6564 58 71231 04/11/2008 2525

         RETURN POLICY DEFINITIONS
    POLICY ID   DAYS   POLICY EXPIRES ON
      A     1     90      07/10/2008

   THE HOME DEPOT RESERVES THE RIGHT TO
   LIMIT / DENY RETURNS. PLEASE SEE THE
    RETURN POLICY SIGN IN STORES FOR
               DETAILS.

   NOBODY BEATS OUR PRICES...GUARANTEED.
    SEE STORE FOR 10% PRICE GUARANTEE
               DETAILS.
*******************************************

OBJ000990



LOWE'S HOME CENTERS, INC.
1550 AIRLINE ROAD
CORPUS CHRISTI, TX 78412
(361)873-9000
-SALE-
SALES #: S1626H1 773045    07-08-08

67019 34 WHITE JAMB-UP WEATHER    14.98

SUBTOTAL:          14.98
TAX:            1.24
INVOICE 02318  TOTAL:          16.22


BALANCE DUE:      16.22

N/C:      16.22


N/C XXXXXXXXXXX8579      786023
AMOUNT:        16.22

1825 TERMINAL: 02  07/08/08 15:01:11

# OF ITEMS PURCHASED:          1
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU
FOR SHOPPING LOWE'S

RECEIPT REQUIRED FOR CASH REFUND.
CHECK PURCHASE REFUNDS REQUIRE
15 DAY WAIT PERIOD FOR CASH BACK.

OBJ000998



LOWE'S HOME CENTERS, INC.
1530 AIRLINE ROAD
CORPUS CHRISTI, TX 78412
(361)673-9000
-SALE-
SALES #: S1825GH1 773845      07-17-08

16143 16 OZ COLOR CHANGING TEXT      12.98

SUBTOTAL:      12.98
TAX:      1.07
INVOICE 02407  TOTAL:      14.05

BALANCE DUE:      14.05

M/C:      14.05

M/C  XXXXXXXXXXX8976      S21637
AMOUNT:      14.05



1825 TERMINAL: 02  07/17/06 09:57:56

# OF ITEMS PURCHASED:      7
EXCLUDES FEES, SERVICES AND SPECIAL PURCHASES

THANK YOU
FOR SHOPPING LOWE'S

RECEIPT REQUIRED FOR CASH REFUND
CHECK PURCHASE REFUNDS REQUIRE
15 DAY WAIT PERIOD FOR CASH BACK.

OBJ000999



LOWE'S HOME CENTERS, INC.
1530 AIRLINE ROAD
CORPUS CHRISTI, TX 78412
(361)673-9000
-SALE-
SALES #: S1825JC2 945944    07-22-08

161737 JH-NICKEL JAMB-UP WEATHER    15.84

SUBTOTAL:        15.84
TAX:         1.31
INVOICE 02746 TOTAL:        17.15

BALANCE DUE:        17.15

H/C:        17.15

H/C XXXXXXXXXXXX8979        015993
AMOUNT:        17.15

1825 TERMINAL: 02  07/22/08 08:04:20

# OF ITEMS PURCHASED:        1
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU
FOR SHOPPING LOWE'S

RECEIPT REQUIRED FOR CASH REFUND.
CHECK PURCHASE REFUNDS REQUIRE
15 DAY WAIT PERIOD FOR CASH BACK.