# FAIRNESS HEARING FACTS

**39**          **Status Conferences**

**234**         **Depositions**
                 **(Hong Kong, Germany, London, New York, Virginia, Louisiana, Florida & Other Locations)**

**5,200**       **Plaintiffs Allege KPT Drywall (December 2012)**

# CHRONOLOGY

## GERMANO

| | |
|---|---|
| May 1, 2009 | Complaint Filed |
| February 19-22, 2010 | Hearing |
| April 8, 2010 | Finding of Facts & Conclusion of Law |

### Plaintiffs (7):

- Morgan, William & Deborah
- Baldwin, Jerry & Inez
- Leach, Joseph & Cathy
- Orlando, Bob & Lisa
- Michaux, Frederick & Vanessa
- McKellar, Preston & Rachel
- Heischober, Steven & Elizabeth

# CHRONOLOGY

## HERNANDEZ

| | |
|---|---|
| September 1, 2009 | Complaint Filed |
| March 5 – 19, 2010 | Trial |
| April 27, 2010 | Finding of Facts & Conclusion of Law |
| May 10, 2010 | Judgment |

Plaintiffs:   Hernandez, Tatum & Charlene

## PILOT PROGRAM

| | |
|---|---|
| October 14, 2010 | Announced by Judge Fallon |

# CHRONOLOGY

## CPSC

January 23, 2010        11 Deaths Reported Not Related to CDW
September 15, 2011    Remediation Guidance
September 15, 2011    No Long Term Health Study Needed

## SETTLEMENTS

April 25, 2011           INEX
August 11, 2011         BANNER
December 20, 2011    KNAUF
March 19, 2012          L & W
May 18, 2012             GLOBAL