UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

NO: 09-2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
DEAN and DAWN AMATO V. LIBERTY MUTUAL INSURANCE CO., ET AL,
CASE NO. 092047

## ORDER

Considering the foregoing Motion to Substitute Counsel and Enroll Additional Counsel,

**IT IS ORDERED** that the Motion to Substitute Counsel and Enroll Additional Counsel is GRANTED;

**IT IS FURTHER ORDERED** that Edward F. Rudiger, Jr. be enrolled as additional counsel for Mazer's Discount Home Center's.

New Orleans, Louisiana on this 12th day of November, 2012.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE