AO 88 (Rev.07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.   all matters re:  2:09 –md – 02047

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Casey LeBlanc

was received by me on *(date)*   11-6-12  .

☒ I served the subpoena by delivering a copy to the named person as follows:   XWW
1909 Alvar St, NOLA                                                    CASEY LeBLANC
                                                on *(date)*                      ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   45.10   .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:  11-10-2012

*Server's signature*   Carrall Farmer

*Printed name and title*   CARROLL FARMER

*Server's address*   P.O. Box 74275, Met. LA 70033-4275

Additional information regarding attempted service, etc:
① Cheryl Lebeure -1909 Alvar St. NOLA; 11-6-12 - 15:45Hw Not Home

OAO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | Louisiana |

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

Case No: *This document relates to: all matters in 2:09 –md – 02047*

### SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION

TO: Casey LeBlanc, 1909 Alvar Street, New Orleans, LA 70117

[X] YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States Eastern District Court, Section L Judge Eldon E. Fallon, 500 Poydras Street New Orleans, Louisiana 70130 | C468 |
| | DATE AND TIME |
| | Nov. 26, 2012 – Dec. 7, 2012 at 8:30am |

[ ] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Counsel for Interior Exterior Building Supply | 11/06/2012 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Richard G. Duplantier, Jr., Esq., Galloway, Johnson, Tompkins, Burr & Smith, 701 Poydras Street, Ste. 4040, New Orleans, LA 70139, (504) 525-6802 rduplantier@gjtbs.com

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)