# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 12-31133

MD 09-2047-L

In Re: SAUL SOTO,

Petitioner

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  NOV − 9 2012

LORETTA G. WHYTE
CLERK

Petition for a Writ of Mandamus to the
Eastern District of Louisiana, New Orleans

Before SMITH, and PRADO, Circuit Judges.*

PER CURIAM:

IT IS ORDERED that the petition for writ of mandamus is DENIED.

IT IS FURTHER ORDERED that the motion to stay district court proceedings pending ruling on petition for writ of mandamus is DENIED.

IT IS FURTHER ORDERED that the motion to seal exhibit E to the petition for writ of mandamus is GRANTED.

*This order is being entered by a quorum of this court pursuant to 28 U.S.C. Section 46(d).

___ Fee_____
___ Process___
_X_ Dktd_____
___ CRmDep___
___ Doc. No.___

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit
By ___Shea E. Pertuit___
Deputy
New Orleans, Louisiana  NOV 08 2012

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 08, 2012

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

      No. 12-31133,  In re: Saul Soto
           USDC No. 2:09-MD-2047

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: *Shea E. Pertuit*
                              Shea E. Pertuit, Deputy Clerk
                              504-310-7666

cc w/encl:
      Mr. Christopher Andres Bandas
      Mr. Leonard Arthur Davis
      Honorable Eldon E. Fallon
      Mr. Russ M. Herman
      Mr. Robert Joshua Koch Jr.
      Mr. Arnold Levin