AO 88 (Rev.07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.  all matters re:  2:09 –md – 02047

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*  Dwayne Gref

was received by me on *(date)*  11-6-2012.

☐ I served the subpoena by delivering a copy to the named person as follows: X  [signature]
1107 Perrin Dr. Arabi 70032
on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 47.14 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

[signature]
*Server's signature*

Gervais John Joubert
*Printed name and title*

P.O. Box 74275; Metairie LA 70003-4275
*Server's address*

Additional information regarding attempted service, etc:

OAO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | Louisiana |
|---|---|---|

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | | Case No: | *This document relates to: all matters in 2:09 —md — 02047* |
|---|---|---|---|

### SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION

TO:  Dwayne Gref, 1107 Perrin Drive, Arabi, LA 70032

**X**  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| **United States Eastern District Court, Section L** <br> **Judge Eldon E. Fallon, 500 Poydras Street** <br> **New Orleans, Louisiana 70130** | **C468** |
| | DATE AND TIME |
| | **Nov. 26, 2012 – Dec. 7, 2012 at 8:30am** |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]  **Counsel for Interior Exterior Building Supply** | 11/06/2012 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

**Richard G. Duplantier, Jr., Esq., Galloway, Johnson, Tompkins, Burr & Smith, 701 Poydras Street, Ste. 4040, New Orleans, LA 70139, (504) 525-6802 rduplantier@gjtbs.com**

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)