AO 88 (Rev.07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. all matters re: 2:09 –md – 02047

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Rogchelle Morgan
was received by me on *(date)* 11-6-12 .

☒ I served the subpoena by delivering a copy to the named person as follows: X B. Stewart
1935 alvar St. NOLA       G. Stewart
on *(date)* 11-6-12    ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$    45.10    .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: 11-6-12

_Carroll Farmer_
Server's signature

CARROLL FARMER
Printed name and title

P.O. Box 74275 Met, LA 70033-4275
Server's address

Additional information regarding attempted service, etc:

OAO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | Louisiana |

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

Case No: *This document relates to: all matters in 2:09 –md – 02047*

### SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

TO: Rogchelle Morgan, 1925 Alvar Street, New Orleans, LA 70117

**X** YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States Eastern District Court, Section L Judge Eldon E. Fallon, 500 Poydras Street New Orleans, Louisiana 70130 | C468 |
| | DATE AND TIME |
| | Nov. 26, 2012 – Dec. 7, 2012 at 8:30am |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] **Counsel for Interior Exterior Building Supply** | 11/06/2012 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Richard G. Duplantier, Jr., Esq., Galloway, Johnson, Tompkins, Burr & Smith, 701 Poydras Street, Ste. 4040, New Orleans, LA 70139, (504) 525-6802 rduplantier@gjtbs.com

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)