AO 88  (Rev.07/10)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.  2:09 mdl - 02047

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Russell Wahl

was received by me on *(date)*   11-9-12   .

☒ I served the subpoena by delivering a copy to the named person as follows:

133 Oakleaf Dr. Slidell

on *(date)*   11-10-12   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$      75.70      .

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:   11-10-12

_____
Server's signature

SHELLY    CROVATTO
Printed name and title

P.O. Box 74275  Metairie, La. 70033-4275
Server's address

Additional information regarding attempted service, etc:

OAO88 (Rev. 12/06) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | Louisiana |
|---|---|---|

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | | Case No: | *This document relates to: all matters in 2:09 –md – 02047* |
|---|---|---|---|

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

TO: **Russell Wahl, 133 Oakleaf Drive, Slidell, Louisiana 70461**

| X | YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case. |
|---|---|

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| **United States Eastern District Court, Section L** **Judge Eldon E. Fallon, 500 Poydras Street** **New Orleans, Louisiana 70130** | **C468** |
| | DATE AND TIME |
| | **Nov. 26, 2012 – Dec. 7, 2012 at 8:30am** |

| | YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): |
|---|---|

| PLACE | DATE AND TIME |
|---|---|
| | |

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| **Counsel for Interior Exterior Building Supply** | **11/06/2012** |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

**Richard G. Duplantier, Jr., Esq., Galloway, Johnson, Tompkins, Burr & Smith, 701 Poydras Street, Ste. 4040, New Orleans, LA 70139, (504) 525-6802 rduplantier@gjtbs.com**

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)