| |
|---|
| **AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 2:11-CV-1672**<br><br>**EXHIBIT "B"–PRO SE/ PLAINTIFFS' COUNSEL INFORMATION IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XV)** |
| **FIRM** |
| Allison Grant, Esquire<br>Allison Grant, P.A.<br>730 S. Federal Highway<br>Lake Worth, Florida  33460<br>Phone: (561) 994-9646<br>Fax: (561) 431-4627<br>agrant@allisongrantpa.com |
| Jeremy Alters, Esquire<br>Alters Law Firm<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8558<br>jeremy@abbrclaw.com |
| Spencer Aronfeld<br>Aronfeld Trial Attorneys PA<br>3132 Ponce de Leon Boulevard<br>Coral Gables, FL 33134<br>Phone: (305) 441-0440<br>Fax: (305) 441-0198<br>aronfeld@aronfeld.com |
| Bruce Steckler<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX  75219-4281<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>hflowers@baronbudd.com |
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com |

| |
|---|
| **AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 2:11-CV-1672**<br><br>**EXHIBIT "B"–PRO SE/ PLAINTIFFS' COUNSEL INFORMATION IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XV)** |
| **FIRM** |
| Daniel Becnel<br>Becnel Law Firm<br>P.O. Drawer H<br>Reserve, LA 70084<br>Phone: (985) 536-1186<br>Fax: (985) 536-6445<br>dbecnel@becnellaw.com |
| Raul R. Bencomo<br>Bencomo & Associates<br>639 Loyola Avenue #2110<br>New Orleans, LA  70113<br>Phone:  (504) 529-2929<br>Fax:  (504) 529-2018<br>ben_law@bellsouth.net |
| Jeffrey P. Berniard<br>Berniard Law Firm<br>643 Magazine Street, Suite 402<br>New Orleans, LA 70130<br>Phone: (504) 527-6225<br>Fax: (504) 617-6300<br>Jeffberniard@laclaim.com |
| E. John Litchfield<br>Matthew P. Chenevert<br>Berrigan, Litchfield, Schonekas,<br> Mann & Traina, LLC<br>201 St. Charles Avenue, Suite 4204<br>New Orleans, LA 70170<br>Phone: (504) 568-0541<br>Fax: (504) 561-8655<br>mchenevert@berriganlaw.net |
| Joseph M. Bruno<br>Bruno & Bruno<br>855 Baronne Street<br>New Orleans, LA 70113<br>Phone: (504) 525-1335<br>Fax: (504) 561-6775<br>www.brunobrunolaw.com |

| **AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 2:11-CV-1672**<br><br>**EXHIBIT "B"–PRO SE/ PLAINTIFFS' COUNSEL INFORMATION IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XV)** |
|---|
| **FIRM** |
| C.S. Chiepalich<br>C.S. Chiepalich, P.C.<br>1860 Government St.<br>Mobile, AL  36606<br>Phone:  (251) 478-1666<br>Fax:  (251) 478-1683<br>charris15@birch.net |
| Carey Danis & Lowe<br>8235 Forsytha Boulevard<br>Suite 1100<br>St. Louis, MO  63105<br>Phone:  (314) 725-7700<br>Fax:  (314) 721-0905<br>hcarey@careydanis.com |
| Carol A. Newman APLC<br>813 S. Carrollton Avenue<br>New Orleans, LA 70118-1011<br>Phone: (504) 861-0008<br>Fax: (504) 861-0014<br>carol@carolanewmanlawfirm.com |
| Kristin Demers-Crowell<br>Chrisopther N. Ligori & Associates<br>117 S. Willow Avenue, Ste. 100<br>Tampa, FL  33606<br>Phone:  (813) 223-2929<br>Fax:  (813) 251-6853<br>kdemers-crowell@ligorilaw.com |
| Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson<br>  Matthews, Martinez, Gonzales,<br>  Kalbac & Kane<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Ervin@colson.com |

| **AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 2:11-CV-1672**<br><br>**EXHIBIT "B"–PRO SE/ PLAINTIFFS' COUNSEL INFORMATION IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XV)** |
|---|
| **FIRM** |
| Charles J. LaDuca<br>Cuneo, Gilbert & LaDuca, LLP<br>507 C Street, NE<br>Washington, DC 20002<br>Phone: (202) 789-3960<br>Fax: (202) 789-1813<br>wanderson@cuneolaw.com |
| David A. Busby, Esquire<br>Daniell, Upton & Perry, P.C.<br>P.O. Box 1800<br>Daphne, AL 36526<br>Phone: (251) 625-0046<br>Fax: (251) 625-0464<br>debby@dupm.com |
| Joshua M. Palmintier<br>deGravelles, Palmintier, Holthaus & Fruge, LLC<br>618 Main Street<br>Baton Rouge, LA 70801<br>Phone: (225) 344-3735<br>Fax: (225) 336-1146 |
| Laura L. Catlett<br>Diliberto & Kirin<br>3636 S. I-10 Service Road West<br>Suite 210<br>Metairie, AL 70001<br>Phone: (504) 828-1600<br>Fax: (504) 828-1555<br>catlett@attorneys-louisiana.com |
| Don Barrett, P.A.<br>Lovelace Law Firm<br>404 Court Square North<br>P.O. Box 927<br>Lexington, MS 39095<br>Phone: (662) 834-2488<br>Fax: (662) 834-2628<br>ptaylor@barrettlawoffice.com |

| **AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 2:11-CV-1672**<br><br>**EXHIBIT "B"–PRO SE/ PLAINTIFFS' COUNSEL INFORMATION IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XV)** |
|---|
| **FIRM** |
| Jimmy Doyle, Esquire<br>Doyle Law Firm, PC<br>P.O. Box 36445<br>Birmingham, AL 35236<br>Phone:  (205) 533-9500<br>Fax: (205) 332-1362<br>jvdoyle2@yahoo.com |
| Elizabeth Borne<br>Dysart & Tabary, LLP<br>3 Courthouse Square<br>Chalmette, LA 70043<br>Phone: (504) 271-8011<br>Fax: (504) 648-0255<br>LisaB@dst-law.com |
| F. Page Gamble, PC<br>300 Vestavia Parkway, Suite 2300<br>Birmingham, AL 35216<br>Phone: (205) 795-2078<br>Fax: (205) 795-2079<br>page@gamblelaw.net |
| F.A. Branscomb Beavers<br>3118 Bellwood Drive, Suite 110<br>P.O. Box 43521<br>Birmingham, AL 35243<br>Phone: (205) 967-0399<br>Fax: (205) 967-8178<br>branscombbeavers@att.net |
| Gerald E. Meunier<br>Gainsburgh, Benjamin, David, Meunier<br> & Warshauer, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com |

| **AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 2:11-CV-1672**<br><br>**EXHIBIT "B"–PRO SE/ PLAINTIFFS' COUNSEL INFORMATION IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XV)** |
|---|
| **FIRM** |
| Scott M. Galante<br>Galante & Bivalacqua, LLC<br>650 Poydras Street<br>Suite 2015<br>New Orleans, LA 70130<br>Phone: (504) 648-1858<br>Fax: (504) 561-0559<br>scott@gb-lawfirm.com |
| Eric J. O'Bell<br>Gauthier, Houghtaling & Williams<br>3500 N. Hullen Street<br>Metairie, LA 70002<br>Phone: (504) 456-8600<br>Fax: (504) 456-8624<br>kim@ghwlegal.com |
| K. Edward Sexton, II, Esquire<br>Gentle, Turner & Sexton<br>501 Riverchase Parkway East, Suite 100<br>Hoover, AL 35244<br>Phone: (205) 716-3000<br>Fax: (205) 716-3010<br>esexton@gtandslaw.com |
| Brian J. Connelly<br>Jason L. Odom<br>Gould Cooksey Fennell, P.A.<br>979 Beachland Blvd.<br>Vero Beach, FL 32963<br>Phone: (772) 231-1100<br>Fax: (772) 231-2020<br>nlr@gouldcooksey.com |
| Gregory Dileo<br>300 Lafayette Street, Suite 101<br>New Orleans, LA 70130<br>Phone: (504) 522-3456<br>Fax: (504) 522-3888<br>jjochumnola@gmail.com |

| **AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 2:11-CV-1672**<br><br>**EXHIBIT "B"–PRO SE/ PLAINTIFFS' COUNSEL INFORMATION IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XV)** |
|---|
| **FIRM** |
| Michael D. Hausfeld<br>Richard S. Lewis<br>Hausfeld LLP<br>1700 K Street, N.W.<br>Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com |
| Edward Gibson<br>Hawkins, Stracener & Gibson, PLLC<br>544 Main Street<br>Bay St. Louis, MS 39520<br>Phone: (228) 469-0785<br>Fax: (228) 466-9233<br>Egibson@hsglawfirm.net |
| Russ M. Herman<br>Leonard A. Davis<br>Stephen J. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Ave., Suite 100<br>New Orleans, LA 70113<br>Phone: (504) 581-4892<br>Fax. (504) 561-6024<br>rherman@hhkc.com |
| K. Amanda Herndon, Esquire<br>Holston Vaughan, LLC<br>P.O. Box 195<br>Mobile, AL 36601<br>Phone: (251) 432-8883<br>Fax: (251) 432-8884<br>msjlaw@bellsouth.net |

| **AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 2:11-CV-1672**<br><br>**EXHIBIT "B"–PRO SE/ PLAINTIFFS' COUNSEL INFORMATION IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XV)** |
|---|
| **FIRM** |
| Jane Smitherman<br>Hubbard, Wiggins, McIllwain & Brakefield, P.C.<br>P.O. Box 2427<br>Tuscaloosa, AL 35403<br>Phone: (205) 345-6789<br>Fax: (205) 759-1195<br>jsmitherman@hubbardfirm.com |
| Hurricane Legal Center, LLC<br>600 Cardonelet Street, Suite 602<br>New Orleans, LA  70130<br>Phone: (504) 525-1944<br>jcrawford@hurricanelegl.com |
| Irpino Law Firm<br>2216 Magazine Street<br>New Orleans, LA  70130<br>Phone:  (504) 525-1500<br>Fax:  (504) 525-1501<br>airpino@irpinolaw.com |
| Christopher C. Casper<br>James, Hoyer, Newcomer, Smiljanich<br> & Yanchunis, P.A.<br>4830 West Kennedy Boulevard<br>Suite 550<br>Tampa, FL 33609<br>Phone: (813) 286-4100<br>Fax: (813) 286-4174<br>ccasper@jameshoyer.com |
| Alan Kanner<br>Kanner & Whiteley, L.L.C.<br>701 Camp Street<br>New Orleans, LA 70130<br>Phone: (504) 524-5777<br>Fax: (504) 524-5763 |

| **AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 2:11-CV-1672**<br><br>**EXHIBIT "B"–PRO SE/ PLAINTIFFS' COUNSEL INFORMATION IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XV)** |
|---|
| **FIRM** |
| Michael J. Ryan<br>Krupnick Campbell Malone Buser Slama<br>Hancock Liberman & McKee, P.A.<br>12 SE 7th Street, Suite 801<br>Ft. Lauderdale, FL 33301-3434<br>Phone: (954) 763-8181<br>Fax: (954) 763-8292<br>ksolares@krupnicklaw.com |
| Hugh P. Lambert<br>Lambert & Nelson, PLC<br>701 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>gerry@lambertandnelson.com |
| The Law Firm of Joseph Buffington<br>2021 Morris Avenue, Suite 200<br>Birmingham, AL 35203<br>Phone: (205) 324-1834<br>Fax: (205) 324-1846<br>www.collinshorsley.com |
| Richard Serpe<br>Law Offices of Richard J. Serpe<br>Crown Center, Suite 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455<br>rserpe@serpefirm.com |
| Sidney D. Torres, III<br>Roberta L. Burns<br>Law Offices of Sidney D. Torres, III<br>Torres Park Plaza, Suite 303<br>8301 West Judge Perez Dr.<br>Chalmette, LA 70043<br>Phone: (504) 271-8421<br>Fax: (504) 271-1961<br>Pmichon@torres-law.com |

| **AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 2:11-CV-1672**<br><br>**EXHIBIT "B"–PRO SE/ PLAINTIFFS' COUNSEL INFORMATION IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XV)** |
|---|
| **FIRM** |
| Andrew A. Lemmon<br>Lemmon Law Firm<br>P.O. Box 904<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>tiffany@lemmonlawfirm.com |
| Theodore J. Leopold<br>Leopold-Kuvin, P.A.<br>2925 PGA Boulevard, Suite 200<br>Palm Beach Gardens, FL 33410<br>Phone: (561) 515-1400<br>Fax: (561) 515-1401<br>lmarks@leopoldkuvin.com |
| Arnold Levin<br>Fred S. Longer<br>Matthew Gaughan<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Phone: (215) 592-1500<br>Fax: (215) 592-4663<br>alevin@lfsblaw.com |
| Ben Gordon, Jr.<br>Levin, Papantonio, Thomas, Mitchell, Echsner & Protor, P.A.<br>316 S. Baylen Street<br>Pensacola, FL 32501<br>Phone: (850) 435-7087<br>Fax: (850) 436-6087<br>bgordon@levinlaw.com |
| Jospeh Lane, Esquire<br>Lowndes, Drosdick, Doster, Kantor & Reed, PA<br>450 South Orange Avenue, Ste. 800<br>Orlando, FL 32801<br>Phone: (407) 843-4600<br>Fax: (407) 843-4444<br>cynthia.doucette@lowndes-law.com |

| **AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 2:11-CV-1672**<br><br>**EXHIBIT "B"–PRO SE/ PLAINTIFFS' COUNSEL INFORMATION IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XV)** |
|---|
| **FIRM** |
| Rick Kriseman, Esquire<br>Lucas, Green & Magazine<br>2650 McCormick Drive, Suite 150<br>Clearwater, FL 33764<br>Phone: (727) 499-9900<br>Fax: (727) 499-9797<br>rick@lgmlawgroup.com |
| James Reeves<br>Lumpkin, Reeves & Mestayer, PLLC<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>info@lumpkinreeves.com |
| Scott R. Bickford<br>Larry J. Centola<br>Martzell & Bickford<br>338 Lafayette Street<br>New Orleans, LA 70130<br>Phone: (504) 581-9065<br>Fax: (504) 581-7635<br>ljc@mbfirm.com |
| David P. Matthews<br>Julie L. Rhoades<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Phone: (713) 535-7179<br>Fax: (713) 535-7184<br>lnielsen@dpmlawfirm.com |
| Eric Hoaglund<br>McCallum, Hoaglund, Cook & Irby, LLP<br>905 Montgomery Highway, Suite 201<br>Vestavia Hills, AL 35216<br>Phone: (205) 824-7767<br>Fax: (205) 824-7768<br>ehoaglund@mhcilaw.com |

| **AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 2:11-CV-1672**<br><br>**EXHIBIT "B"–PRO SE/ PLAINTIFFS' COUNSEL INFORMATION IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XV)** |
|---|
| **FIRM** |
| Douglas M. McIntosh<br>Manuel R. Comras<br>McIntosh, Sawran, Peltz & Cartaya, P.A.<br>1601 Forum Place<br>Suite 1110<br>West Palm Beach, FL 33401-4025<br>Phone: (561) 682-3202<br>Fax: (561) 682-3206<br>mcomras@mspcesq.com |
| Mark A. Milstein<br>Jason J. Rudolph<br>Milstein, Adelman and Kreger, LLP<br>2800 Donald Douglas Loop North<br>Santa Monica, CA 90405<br>Phone: (310) 396-9600<br>Fax: (310) 396-9635<br>eshipman@maklawyers.com |
| Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |
| Morris Bart<br>Morris Bart, LLC<br>909 Poydras St.<br>20th Floor<br>New Orleans, LA 70112<br>Phone: (504) 599-3224<br>morrisbart@morrisbart.com |
| Darren R. Inverso<br>Norton, Hammersley, Lopez & Skokos, P.A.<br>1819 Main Street, Suite 610<br>Sarasota, FL 34236<br>Phone: (941) 954-4691<br>Fax: (941) 954-2128<br>dinverso@nhlslaw.com |

| **AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 2:11-CV-1672** |
|---|
| **EXHIBIT "B"–PRO SE/ PLAINTIFFS' COUNSEL INFORMATION IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XV)** |
| **FIRM** |
| Jerrold Parker<br>Jordan L. Chaikin<br>April S. Goodwin<br>Parker, Waichman, Alonso LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>Jchaikin@yourlawyer.com |
| Paul A. Lea, Jr.<br>Paul A. Lea, Jr., APLC<br>1978 N. Highway 190 Ste. B<br>Covington, LA 70433-5158<br>Phone: (985) 292-2300<br>Fax: (985) 292-3501<br>jean@paullea.com |
| Louis G. Paulson<br>Paulson & Paulson, P.L.C.<br>1432 N. Great Neck Road<br>Suite 101<br>Virginia Beach, VA 23454<br>Phone: (757) 481-6600<br>Fax: (757) 496-9063<br>office@paulsonlaw.net |
| H.K. Skip Pita<br>Pita, Del Prado & Munoz<br>9350 S. Dixie Hwy., Suite 1200<br>Miami, FL 33156<br>Phone:  (305) 670-8060<br>Fax:  (305) 670-6666<br>spita@pdfirm.com |

| |
|---|
| **AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 2:11-CV-1672**<br><br>**EXHIBIT "B"–PRO SE/ PLAINTIFFS' COUNSEL INFORMATION IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XV)** |
| **FIRM** |
| W. Lee Pittman<br>Booth Samuels<br>Pittman, Dutton, Kirby & Hellums, P.C.<br>1100 Park Place Tower<br>Birmingham, AL 35203<br>Phone: (205) 322-8880<br>Fax: (205) 328-2711<br>booths@pdkhlaw.com |
| Jordan Torry<br>Reich & Binstock, LLP<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br>Phone: (713) 622-7271<br>Fax: (713) 623-8724<br>dacevedo@reichandbinstock.com |
| H. Clay Roberts<br>Roberts & Durkee, PA<br>Alhambra Towers, Penthouse I<br>121 Alhambra Plaza, Suite 1603<br>Coral Gable, FL 33134<br>Phone: (305) 442-1700<br>Fax: (305) 442-2559<br>roberts@rdlawnet.com |
| Rick Kriseman<br>Saunders & Walker<br>3491 Gandy Blvd. North, Ste. 200<br>Pinellas Park, FL 33781<br>Phone: (727) 579-4500<br>Fax: (727) 577-9696<br>info@saunderslawyers.com |
| Christopher Seeger<br>Seeger Weiss, LLP<br>One William Street<br>New York, NY 10004<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com |

| **AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 2:11-CV-1672**<br><br>**EXHIBIT "B"–PRO SE/ PLAINTIFFS' COUNSEL INFORMATION IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XV)** |
|---|
| **FIRM** |
| Robert L. Redfearn, Jr.<br>Simon, Peragine, Smith & Redfearn, LLP<br>1100 Poydras Street, 30th Floor<br>New Orleans, LA 70163-3000<br>Phone: (504) 569-2030<br>Redfearnjr@sprsr-law.com |
| J.P. Strom<br>John R. Alphin<br>Strom Law Firm, L.L.C.<br>2110 Beltline Boulevard<br>Suite A<br>Columbia, SC 29204<br>Phone: (803) 252-4800<br>Faxz: (803) 252-4801<br>jalphin@stromlaw.com |
| T. Michael Brown<br>Bradley, Arrant, Boult, Cummings LLP<br>One Federal Place<br>1819 5th Avenue North<br>Birmingham, AL 35203<br>Phone: (205) 521-8000<br>Fax: (205) 521-8800<br>mbrown@babc.com |
| Richard Taylor<br>Taylor Martino Zarzaur PC<br>P.O. Box 894<br>Mobile, AL 36601<br>Phone: (251) 433-3131<br>Fax: (251) 405-5080<br>richartaylor@taylormartino.com |
| Kasie M. Braswell<br>The Braswell Firm, LLC<br>11838 Halcyon Loop<br>Daphne, AL  36526<br>Phone:  (251) 942-9486<br>kasie@thebraswellfirm.com |

| AMORIN, ET AL. v. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 2:11-CV-1672<br><br>**EXHIBIT "B"–PRO SE/ PLAINTIFFS' COUNSEL INFORMATION IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XV)** |
| --- |
| **FIRM** |
| Andrew A. Lemmon<br>Irma L. Netting<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>tiffany@lemmonlawfirm.com |
| Tom W. Thornhill<br>Thornhill Law Firm A PLC<br>1308 Ninth Street<br>Slidell, LA 70458<br>Phone: (985) 641-5010<br>Fax: (985) 641-5011<br>tom@thornhilllawfirm.com |
| Lauren Gulkus<br>Toxic Litigation Group, LLC<br>600 Carondelet Street, Ste. 602<br>New Orleans, LA 70130<br>Phone: (504) 529-1689<br>Fax: (504) 525-4121<br>lauren@law-tlg.com |
| Thomas Vaughn<br>Vaughn & Bowden, PA<br>P.O. Box 240<br>Gulfport, MS 39502<br>Phone: (228) 863-5656<br>Fax: (228) 863-8962 |
| Marcus Viles<br>Viles and Beckman, LLC<br>6350 Presidential Court<br>Fort Myers, FL 33919<br>Phone: (239) 334-3922<br>michael@vilesandbeckman.com<br>marcus@vilesandbeckman.com |

| |
|---|
| **AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 2:11-CV-1672**<br><br>**EXHIBIT "B"–PRO SE/ PLAINTIFFS' COUNSEL INFORMATION IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XV)** |
| **FIRM** |
| Victor Diaz<br>Jorge D. Lorenzo<br>VM Diaz & Partners, LLC<br>119 Washington Avenue, Suite 402<br>Miami Beach, FL 33139<br>Phone: (305) 704-3200<br>Fax: (305) 538-4928<br>jlorenzo@diazpartners.com |
| Ryan L. Thompson<br>Watts Hilliard, L.L.C.<br>2506 N. Port Avenue<br>Corpus Christi, TX  78401<br>Phone:  (877) 713-2166<br>gpalmer@wgclawfirm.com |
| Daniel K. Bryson<br>Whitfield, Bryson & Mason, LLP<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Phone: (919) 600-5000<br>Fax: (919) 600-5035<br>Daniel@wbmllp.com |
| Rick W. Sadorf<br>Wilkinson & Sadorf, PA<br>1744 North Belcher Raod, Suite 150<br>Clearwater, FL 33765<br>Phone: (727) 726-1514<br>Fax: (727) 726-9044<br>rsadorf@wspalaw.com |
| William P. Buckley<br>Willis & Buckley, APC<br>3723 Canal Street<br>New Orleans, LA 70119<br>Phone: (504) 488-6301<br>Fax: (504) 488-6302<br>billwblaw@bellsouth.net |

| |
|---|
| **AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 2:11-CV-1672**<br><br>**EXHIBIT "B"–PRO SE/ PLAINTIFFS' COUNSEL INFORMATION IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XV)** |
| **FIRM** |
| Scott G. Wolfe, Jr.<br>Wolfe Law Group<br>4821 Prytania St<br>New Orleans, LA 70115<br>Phone:  (504) 894-9653<br>Fax: (866) 761-8934<br>morgan@wolfelaw.com |
| Gordon Rudd<br>Zimmerman Reed, PLLP<br>651 Nicollet Maill, Suite 501<br>Minneapolis, MN 55402<br>Phone: (612) 341-0400<br>Fax: (612) 341-0844<br>Julianne.VanNorman@zimmreed.com |
| **PRO SE** |
| 2522 Cambronne Street, LLC<br>c/o Toso, Michael J. III<br>1215 Prytania Street, Suite 429<br>New Orleans, LA 70130<br>Phone: (504) 636-7497<br>Fax: (504) 636-7498<br>michael@michaeltoso.com |
| Mr. Jim Berretta<br>2580 Sea Wind Way<br>Clearwater, FL 33763<br>beatman@knology.net<br>Phone: (727) 741-2195 |
| Edward and Jacqueline Mayo<br>5803 Winchester Park Drive<br>New Orleans, Louisiana 70126 |
| Rhonda McNeely<br>1343 Franklin Street<br>Mandeville, LA<br>Phone: (985) 626-0820 |

| **AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 2:11-CV-1672** |
|---|
| **EXHIBIT "B"–PRO SE/ PLAINTIFFS' COUNSEL INFORMATION IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XV)** |
| **FIRM** |
| Symone McQueen Webley<br>12715 Saulston Place<br>Hudson, Florida 34669 |