# Investigation of Alleged Damage Due to Drywall, Nine Louisiana Homes

Plaintiff Steering Committee
MDL 2047
17 October 2012

SGH Project 090858.10



CDW-0509-0001

**PREPARED FOR:**

Plaintiff Steering Committee
Daniel K. Bryson, Esq
Whitfield Bryson & Mason LLP
900 W. Morgan St
Raleigh, NC  27603

**PREPARED BY:**

Dean A. Rutila, P.E.

Simpson Gumpertz & Heger Inc.
41 Seyon Street
Building 1, Suite 500
Waltham, MA  02453
Tel:    781.907.9000
Fax:    781.907.9009

Boston
Los Angeles
New York
San Francisco
Washington, DC

Design, Investigate, and Rehabilitate    www.sgh.com

**CDW-0509-0002**



17 October 2012

Plaintiff Steering Committee
Daniel K. Bryson, Esq.
Whitfield Bryson & Mason LLP
900 W. Morgan Street
Raleigh, NC  27603

Project 090858.10 –   Investigation of Alleged Damage Due to Drywall, Nine Louisiana Homes, MDL 2047

Dear Mr. Bryson:

Enclosed is our rebuttal report related to the purchase, testing and use of Chinese manufactured drywall by INEX.  It contains an executive summary, our methodology and materials reviewed, basis for opinions, and summary conclusions.

Sincerely yours,

Dean A. Rutila, P.E.
Senior Principal
Louisiana License No. PE.00035296

I:\BOS\Projects\2009\090858.10-BELL\WP\004DARutila-L-090858.10.kap.docx

Encls.

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000   fax: 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

CDW-0509-0003

# Table of Contents

Letter of Transmittal

**CONTENTS** **Page**

1. QUALIFICATIONS (APPENDIX A) 1
2. EXECUTIVE SUMMARY 2
3. METHODOLOGY AND MATERIALS REVIEWED 3
4. BASIS FOR OPINIONS 3
   4.1 Quality Comments Expressed to INEX during Purchasing 3
   4.2 Labels and Test Reports Don't Match 3
   4.3 Drywall Labels Don't Meet ASTM C1264 4
   4.4 INEX Negotiates Inspection without Testing 4
   4.5 Testing by United States Gypsum Company 5
5. SGH SUMMARY CONCLUSIONS 5

**APPENDIX**

APPENDIX A – Dean A. Rutila Resume
APPENDIX B – Document List

CDW-0509-0004

1. QUALIFICATIONS (APPENDIX A)

**Dean A. Rutila, P.E.**

I, Dean A. Rutila, Senior Principal with Simpson Gumpertz & Heger Inc. (SGH), have a B.S. and M.S. in Civil Engineering from the University of Michigan (1979). I have over 30 yrs experience in the design and construction of buildings including wood framed homes, and in the investigation and repair of deteriorated buildings with complex causes and multiple system failures. These failures include moisture and chemical related corrosion of iron and copper components, contaminated gypsum wallboard, soil and airborne chemical contaminants. Examples include copper roofing deterioration due to nearby combustion of high sulfur fuel, and phenolic acid induced corrosion of steel, corrosion of galvanized and resin-coated structural connectors and copper electrical components (routine requirement at leaking buildings), removal and replacement of gypsum wallboard with fungal contamination (e.g. Polk County Courthouse), and contaminated soil, and liquid and gas deterioration of membranes and building materials (common consideration for below-grade waterproofing and moisture vapor resisting systems). My experience includes organizing and directing multi-disciplinary teams of SGH staff scientists and engineers, and other consultants to investigate complex building failures, design repairs, and evaluate repair options for cost effective solutions. I have investigated many homes with problem Chinese drywall.

We attach curricula vitae for Rutila in Appendix A.

CDW-0509-0005

- 2 -

**2.     EXECUTIVE SUMMARY**

To a reasonable degree of scientific and engineering certainty within our field of expertise we conclude the following:

1. INEX received cautionary advice about the quality of Chinese manufactured drywall that it was importing, test reports thought to demonstrate the quality of the drywall it was importing that were inconsistent with the actual drywall boards it imported, and it imported drywall that was not properly labeled and did not, as a result, meet ASTM C1264 and by reference the building code.

2. Taken together, the above provided INEX or should have provided INEX with sufficient information to further investigate, visit the manufacturing and quarrying facilities, evaluate, and test the Chinese manufactured drywall it imported.

3. INEX negotiated for inspection of Chinese drywall it was importing but excluded testing from that inspection in its negotiations. Had INEX perform or had performed tests and investigations it would have further observed that the drywall had "low core purity" and it would have observed the "shale" thought to cause the sulfur off-gassing problems.

**CDW-0509-0006**

**3.     METHODOLOGY AND MATERIALS REVIEWED**

I reviewed the following documents in addition to the documents reviewed in preparation of the 21 September 2012 SGH Report:

- Dr. James A. Tompkins, 5 October 2012 report.

- Dr. Timothy D. Tonyan, 5 October 2012 report.

- Lydia Luckevich, 17 October 2012 analysis.

- Other documents listed in Appendix B.

**4.     BASIS FOR OPINIONS**

**4.1     Quality Comments Expressed to INEX during Purchasing**

During INEX negotiations regarding inspections, INEX received advice regarding one manufacturer of drywall in China, "quality: suggestion SGS inspection necessary" (Clay Geary record 9 December 2005 of email to Rudy Remont).

On 17 April 2006 INEX is advised that Chinese manufactured drywall weights "about 41 kgs (90.5 lbs) per pcs, 1.89 lbs per sqft; domestic board is 1.8 lbs per sqft." and "based on Chinese Government test, all these drywall quality can meet and/or exceed ASTM C 1396-04 quality, so we can print these words in the back of each board, attached one picture is for your reference." Then on 18 April 2006 INEX is advised "it is Knauf board unloading pictures." And on 24 April 2006 INEX is advised that "it is impossible for Knuaf board, or BPB or Lafarge board because their high price CFR port min $24511000 sqft (by bulk)," and "Chinese boards which we provide you can meet or exceed ASTM C1396-04, but quality is lower than Knauf. It is 41 kgs per sheet (1/2"x4'x12')."

**4.2     Labels and Test Reports Don't Match**

INEX accepted delivery and distributed drywall labeled with a manufacturer's/supplier's name (Taihe) that differed from the manufacturer's name (Taian Taishan Plasterboard Co. Ltd) on the test reports that were used to "ensure that the product was ASTM 36 certified" (Tompkins). This difference makes it uncertain whether the drywall delivered is produced by the same manufacturer as the drywall that was tested in the generation of the reports. Therefore, the results are unreliable and do not ensure that the drywall delivered complied with any standard. Neither Tompkins nor Tonyan report that ASTM C36 was withdrawn by ASTM International in December 2004.

CDW-0509-0007

Test reports and labels that are inconsistent with products are common, in my practice, and investigation into the inconsistencies commonly results in revised test reports with new data or the selection of different materials/material sources.

### 4.3     Drywall Labels Don't Meet ASTM C1264

INEX accepted delivery of drywall that is improperly labeled based on the required standard, ASTM C 1264 and by reference, the building code (SGH 21 September 2012 report).

Engineers, building officials, and purchasers rely on labels on products to confirm conformance to standards and codes, and to allow comparison of the products to manufacturer's literature (e.g., test reports).  Here, without the manufacturer's or supplier's name, it can be impractical to compare the product observed with the test reports used to demonstrate conformance.

Inconsistent labeling is a common indication of a material/product problem.  A recent example is the identification by Underwriters Laboratory (UL) of numerous electrical devices with improper labels that UL determined to not have been properly tested.

### 4.4     INEX Negotiates Inspection without Testing

INEX negotiated to have inspections performed including "Random inspection for details & Specs" (Jim Geary, 9 December 2005 email with preceding email with SGS North America, Inc.), but any such inspections apparently failed because INEX did not recognize the discrepancy between Taihe and Taishan in the labeling.

INEX negotiated to have rudimentary inspection performed but excluded any detailed inspection of product testing.  INEX wrote:  "We are not looking for you to do any 'testing' of the product, just a random review, as you mentioned, of dimensions, overall condition, damages, construction, and visual external verification of specifications" (Jim Geary, 9 December 2005 email with preceding email with SGS North America, Inc.).   On 9 December 2005,  INEX received advice regarding one manufacturer of drywall in China, "quality:  suggestion SGS inspection necessary" (Clay Geary record of email to Rudy Remont).

Contrary to Tompkins and Tonyan, although little or no testing can be common under some circumstances, even with known suppliers, it is common to test many "raw" or "bulk" building

- 4 -

materials for each project before they are further manufactured or installed (e.g., building stone and aggregate).

## 4.5 Testing by United States Gypsum Company

Neither Tompkins nor Tonyan acknowledge that USG identified in the Knauf board manufactured in China "low core purity", "heavy board weight of 1820 lbs/msf", and "low core and rehyd purity" as "minor deficiency." Even though the reports do not identify the methods used for these tests, Tompkins concludes that "USG … tested it per industry standards" and Tonyan concludes that "results from the USG testing gave no indication of a gypsum board defect related to odor or sulfurous gas emission." No similar testing was conducted on the board manufactured by Taishan, and the purported ASTM testing done on behalf of Taishan omits these test items.

## 5. SGH SUMMARY CONCLUSIONS

To a reasonable degree of scientific and engineering certainty within our field of expertise we conclude the following:

INEX failed to adequately respond when it received advice of quality issues and when it received drywall that did not match test reports and that did not meet required standards. INEX should have further investigated and resolved these problems. Having not done so, INEX passed by an opportunity to avoid importing defective materials. As a result, INEX let pass an early opportunity to identify the problems with Chinese manufactured drywall.

We reserve the opportunity to review further evidence provided by any party or other entity to supplement opinions herein.

Respectfully Submitted,
SIMPSON GUMPERTZ & HEGER INC.

Dean A. Rutila, P.E.
Senior Principal
Louisiana License No. PE.00035296

I:\BOS\Projects\2009\090858.10-BELL\WP\004DARutila-R-090858.10.kap.docx

**APPENDIX A**

CDW-0509-0010

# Dean A. Rutila, P.E.
Senior Principal, Safety Director
781-907-9243
darutila@sgh.com



**Registrations**
    **Professional Engineer**
        Alabama
        Connecticut
        District of Columbia
        Florida
        Georgia
        Illinois
        Louisiana
        Maine
        Maryland
        Massachusetts
        Michigan
        Mississippi
        New Hampshire
        New Jersey
        New York
        North Carolina
        Ohio
        Pennsylvania
        Rhode Island
        South Carolina
        South Dakota
        Vermont
        Virginia
        West Virginia
        Wisconsin

    **P. Eng**
        Nova Scotia
        Ontario

    **Other Registrations**
        NCEES
        OSHA Training Institute qualified instructor for 10-Hour and 30-Hour courses in Occupational Safety and Health Standards for the Construction Industry

**Education**
    University of Michigan, Ann Arbor, MI
        M.S. in Civil Engineering, 1979
        B.S. in Civil Engineering, 1978

**SIMPSON GUMPERTZ & HEGER**
Engineering of Structures and Building Enclosures

Dean Rutila joined Simpson Gumpertz & Heger Inc. (SGH) in 1987 and has extensive experience in the design and investigation of building-envelope systems.  He has led major design projects involving roofing and waterproofing for buildings of all types.  Prior to joining SGH, Mr. Rutila practiced structural engineering for over eight years and worked with general contractors.

**Experience**
- Simpson Gumpertz & Heger Inc., Waltham, MA, from 1987 to present.
- Giffels Associates (GA), Southfield, MI, Engineer, from 1979 to 1987.
- Spalding Dedecker Associates (SDA), Rochester Hills, MI, Engineer, from 1978 to 1978.

**Representative Assignments**
*Unless otherwise specified, all projects listed below are with SGH.*

**Investigation**
*Structural*
- Patrick Henry Middle School, Woodhaven, MI.  (Masonry distress from interaction with the structural frame.)
- Dilboy Field Stadium, Somerville, MA.  (Movement of precast-concrete structural elements.)
- Newton Falls Wine Company, Newton, MA.  (Plaster ceiling collapse.)
- Grove City College, Memorial Dormitory, Grove City, PA.  (Survey of structural framing.)
- University of Alabama, Indoor Practice Facility, Tuscaloosa, AL.  (Roof deck and purlin failure.)
- Tyson's Corner Center Shopping Mall, McLean, VA.  (Collapse of precast-concrete T-beams during construction.)
- Tyson's Corner Center Shopping Mall, McLean, VA.  (Partial collapse of cantilevered walkway during construction.)
- Church Street Fire Station, Newton, MA.  (Evaluation of existing bar joists for added roof loads.)
- Hooks Drugs Warehouse, Pawtucket, RI.  (Condition survey of mill buildings built between 1910 and 1930.)

*Curtain Wall/Window/Cladding*
- First Church of Christ, Scientist, Mary Baker Eddy Library, Boston, MA.  (Thermal and moisture analysis to address humidity issues, restoration of bronze windows and interior storm windows to address condensation, and roofing rehabilitation.)
- University of Massachusetts Medical Center, Campus Modernization Project, Worcester, MA.  (New cladding, double curtain walls, steel-framed additions, new entrance lobbies and canopies, and construction administration.)
- Brown University, John Carter Brown Library, Providence, RI.  (Limestone and granite cracking.)
- First Union Financial Center, Miami, FL.  (Granite strength and weathering.)
- Southwinds at Sandestin, Destin, FL.  (Stucco and window leakage.)
- Post Village Apartments, Tampa, FL.  (Siding deterioration.)
- Lenox Marriott, Atlanta, GA.  (Granite-veneer anchorage and window leakage.)
- Children's Hospital of Philadelphia, Philadelphia, PA.  (Aluminum and glass curtain wall leakage.)

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000   fax: 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

CDW-0509-0011

- Omni New Haven Hotel, New Haven, CT.  (Aluminum and glass curtain wall anchorage and leakage.)
- St. Andrews at Westwood, Orlando, FL.  (Garden style apartment siding and balcony deterioration, and window leakage.)
- Franklin County Courthouse, Columbus, OH.  (Precast concrete and metal window frame leakage on twenty-seven-story tower.)
- Champion International Building, Hamilton, OH.  (Thin marble and granite cladding failure.)
- West Avenue Office Building, Norwalk, CT.  (Masonry leakage.)
- Best Western Hotel, Lead, SD.  (Stucco cladding and roofing leakage, and condensation.)
- Imperial Polk County Justice Complex, Bartow, FL.  (Masonry cracking and attachment.)
- Harvard University, Mather House, Cambridge, MA.  (Roofing reconstruction and precast-concrete wall panel waterproofing.)
- Three Washington Circle Condominiums, Washington, DC.  (Masonry leakage, deterioration, attachment, and flashing.)
- Apple Hill Office Building, Tewksbury, MA.  (Masonry leakage and relieving angles.)
- University of Massachusetts, Fine Arts Center, Amherst, MA.  (Window and skylight leakage.)
- University of Alabama, Football Building, Tuscaloosa, AL.  (Glass curtain wall leakage.)
- Atlantic Palace Condominium, Atlantic City, NJ.  (Precast-concrete wall panel and window leakage.)
- Northern Canal Apartments, Lowell, MA.  (Condensation and wall leakage.)

*Plaza Waterproofing*
- New Cominsky Park, Chicago, IL.  (Concourse and seating area leakage.)
- Hawthorne Place, Boston, MA.  (Garage deck leakage.)
- Salem Hospital, Salem, MA.  (Tunnel and storage tank.)
- The Office Center at Short Hills, Millburn, NJ.  (Plaza leakage and evaluation of structural deterioration.)
- Cabot Estate Condominium, Boston, MA.  (Patio deck leakage.)
- Copley Square Park, Boston, MA.  (Fountain leakage.)
- Hampton Place Condominium, Newton, MA.  (Plaza leakage.)
- Atlantic Palace Condominium, Atlantic City, NJ.  (Plaza leakage.)

*Roofing*
- Harvard University, Leverett Dining Hall, Cambridge, MA.  (Built-up roofing leakage.)
- Southwinds at Sandestin, Destin, FL.  (Metal-roofing leakage and framing corrosion.)
- Royal Foods Distribution Center, North East, MD.  (Condensation and insulation instability.)
- Hadley Center, Lead, SD.  (Pool condensation and envelope leakage.)
- Fuller Pond Condominiums, Middleton, MA.  (Asphalt shingle splitting.)
- Roberts School, Cambridge, MA.  (Failure of liquid-applied deck coating.)
- Hewlett-Packard Office Building, Billerica, MA.  (Built-up roofing damaged by building creep.)
- The Meadows Condominiums, Sarasota, FL.  (Sliding of tile roofing.)
- Imperial Polk County Justice Complex, Bartow, FL.  (Tile roofing leakage.)
- 25 Braggs Lane, Barnstable, MA.  (Accident evaluation and shingle roofing.)
- 40-42 Mt. Vernon Street, Boston, MA.  (Slate roofing condition assessment.)
- Junior High School and High School Buildings, Maynard, MA.  (Built-up-roofing leakage.)

- Regional Transit Garage, Ottawa, Ontario. (Built-up roofing attachment and leakage.)
- George Robert White Health Fund Center, Hyde Park, MA. (Precast reinforced-concrete tiles deterioration.)
- CED Construction, FL, GA, SC, and MI. (Shingle and tile roofing leakage.)
- Brier Creek Country Club, Raleigh, NC. (Shingle roofing leakage.)
- Edgewood Retirement Community, North Andover, MA. (Shingle and membrane roofing leakage.)
- Solstice Townhouses, Stratton Mountain, VT. (Shingle roofing and siding leakage.)
- C & D Farms Horse Barn, Cornwall, CT. (Slate shingle leakage and condensation.)
- Welsch Residence, North Andover, MA. (Metal roofing leakage and condensation.)
- NAVCC, Library of Congress, Culpeper, VA. (Cold process built-up roofing/waterproofing.)
- Hangar 19, Andrews Air Force Base, MD. (White EPDM and urethane foam adhesive wind failure.)
- Water Filtration Facility, Rutland, VT. (Adhered-IRMA roofing leakage.)
- Airside 4, Orlando International Airport, Orlando, FL. (Modified-bitumen built-up roofing hurricane loss.)
- Symphony Hall, Boston, MA. (Copper and built-up roofing.)
- Marriott Custom House, Boston, MA. (Granite roofing evaluation.)
- Hartford Convention Center, Hartford, CT. (Adhered-PVC roofing wind failure.)
- Glenn Residence, Winter Haven, FL. (Tile roofing.)
- Santa Rosa County Jail, Milton, FL. (Adhered-EPDM roofing hurricane loss.)

**Design**

*Design and Project Administration*

- First Church of Christ, Scientist, Mary Baker Eddy Library, Boston, MA. (Exterior restoration design consulting.)
- University of Massachusetts Medical Center, Campus Modernization Project, Worcester, MA. (New cladding, double curtain walls, steel-framed additions, and new entrance lobbies and canopies, and construction administration.)
- Sterling Memorial Law School, Yale University, New Haven, CT. (Slate roofing, steel-framed windows, leaded glass, brick, granite, and limestone masonry reconstruction.)
- Sterling Memorial Library, Yale University, New Haven, CT. (Book stack environmental modifications, envelope restoration, window replacement, and main reading roof, masonry, and leaded-glass window reconstruction.)
- Harbor Apartments at Lake Howell, Orlando, FL. (Siding, stucco, and balcony repairs.)
- St. Andrews at Westwood, Orlando, FL. (Siding replacement, and balcony, roofing, and window repairs.)
- Pentagon Basement and River Terrace Reconstruction, Washington, DC. (Basement slab and terrace waterproofing.)
- Mission Park, Boston, MA. (Plaza waterproofing reconstruction and foundation repair.)
- Imperial Polk County Justice Complex, Bartow, FL. (Roofing and curtain wall replacement, and structural repairs.)
- Cabarrus Plant Expansion, Philip Morris Company, Concord, NC. (Courtyard waterproofing.)
- Lakeville State Hospital, Lakeville, MA. (EPDM roofing.)
- Honeywell Bull, Building One, Billerica, MA. (Built-up roofing.)
- Central Library Addition, Cornell University, Ithaca, NY. (Below-grade waterproofing.)

- Mullins Memorial Center, University of Massachusetts, Amherst, MA. (Sports center courtyard waterproofing.)
- Cabot Estate Condominium, Boston, MA. (Patio waterproofing, shingle roofing, and wood siding.)
- 285 Beacon Street Condominiums, Boston, MA. (Solaria, roofing, and waterproofing replacement.)
- Leverett Dining Hall, Harvard University, Cambridge, MA. (Terrace waterproofing and built-up roofing.)
- Mather House Master's House, Harvard University, Cambridge, MA. (Built-up roofing, IRMA neoprene roofing, windows, skylights, and new structural roof framing.)
- Mather House Commons, Harvard University, Cambridge, MA. (IRMA neoprene roofing and replacement windows.)
- Fogg Art Museum, Harvard University, Cambridge, MA. (PVC roofing, skylights, and doors.)
- Mather House Dormitory, Harvard University, Cambridge, MA. (Built-up roofing.)
- Mather House Tower, Harvard University, Cambridge, MA. (Wall panel perimeter sealant.)
- 157 Pleasant Street, Cambridge, MA. (Shingle and EPDM roofing, cement board siding, below-grade waterproofing design, and construction phase consulting.)
- Butler Library, Columbia University, New York, NY. (Built-up roofing investigation and reconstruction.)
- Stowe Mountain Lodge Resort, Stowe, VT. (Shingle and PVC roofing.)

**Professional Activities**
- American Concrete Institute: Member.
- American Society of Civil Engineers: Member.

**Safety Training**
- Direct safety training at SGH, (since 1999).
- Develop and present all required elements of OSHA 10-hr course periodically to SGH staff and direct this training by assistants.
- Present SGH Respiratory Protection Program training to SGH staff and supervise remaining elements of the program (medical clearance and fit test).
- Oversee specialty training for Confined Spaces and Excavations to SGH staff.

**Presentations**
- Rutila, D.A., "Principles of Design and Installation of Below-Grade and Building Deck Waterproofing in 2010," ASTM International, ASTM Committee D08 on Roofing and Waterproofing, Seventh Symposium on Roofing Research and Standards Development, 5 December 2012, Tampa, FL
- Rutila, D.A., "Review of State-of-the-Art Below-Grade Waterproofing," International Concrete Repair Institute, New England Chapter, Braintree, MA, 14 September 2010 (AIA accredited).
- Rutila, D.A. "Structural Issues Related to Curtain Walls," Perkins + Will Building Science Forum, Boston, MA, 28 April 2009.
- Rutila, D.A. "Plaza and Below-Grade Waterproofing," Daniel O'Connell's Construction Education Program, Springfield, MA, 13 April 2009.
- Rutila, D.A., "Facade Cladding Failures and Remedial Solutions," ICRI – Metro New York Chapter Technical Meeting, New York, NY, 22 January 2009.


- Rutila, D.A., "SGH Green: How Engineers and Architects can Apply the Green Principles to Their Work," Simpson Gumpertz & Heger Inc., San Francisco, CA, 27 July 2007; Rockville, MD, 27 November 2007; Los Angeles, CA and Waltham,

- MA, January 2008 (AIA accredited).
- Rutila, D.A., "Structural Issues Related to Curtain Walls" and "Thin-Stone Veneers," presented at the Symposium on How to Avoid Building-Envelope Problems, Harvard Design School, Harvard University, Cambridge, MA, July 1996, July 1997, July1998, July 1999; 3-4 August 2000, 14-15 June 2001, 8-9 July 2002, June 2003, June 2004, June 2005, July 2006, July 2007, July 2008, and July 2009.
- Rutila, D.A., "Effective Below-Grade and Plaza Deck Waterproofing – Slab On Ground Vapor Control," College of Engineering, University of Wisconsin – Madison, WI, February 2002, March 2003, February 2004, March 2005, March 2006, March 2007, March 2008, March 2009, and March 2010.
- Rutila, D.A., "Building Technology Design Practice," "Below-Grade Waterproofing Basics," and "Safety," Building Technology Boot Camp, Simpson Gumpertz & Heger Inc., 12 December 2006, December 2007, December 2008, and September 2009.
- Rutila, D.A., "Low-Slope Roofing," Turner Construction Company, Milford, CT, 30 November 2006, (AIA accredited).
- Rutila, D.A., "State of the Industry for Sub-Grade Waterproofing: Design Strategies and Installation Techniques," W.R. Grace Company, Cambridge, MA, 20 November 2006, (AIA accredited).
- Rutila, D.A., "Roofing and Waterproofing," Building Science and Technology Symposium, New York, NY, 19 May 2006 (AIA accredited).
- Rutila, D.A., "Below-Ground Waterproofing," "Design Practice," and "General Site Safety," Building Technology Boot Camp, Simpson Gumpertz & Heger Inc., 8 December 2005.
- Rutila, D.A., "Safety Review for Managers," Company Retreat, Simpson Gumpertz & Heger Inc., 8 December 2005.
- Rutila, D.A., "Subgrade Waterproofing: Design Strategies and Installation Techniques," Continuing Education Course, American Institute of Architects Connecticut Branch, 18 October 2005.
- Rutila, D.A., "Cladding Curtain Wall Materials and Design, Expression of Skin Studio," Boston Architectural Center, 17 October 2005 and 14 November 2005.
- Rutila, D.A., "Thin Stone Veneers and Structural Issues Related to Curtain Walls, Payette Associates, Inc. – Young Designers, Boston, MA, 29 April 2003.
- Rutila, D.A. "Building Deck Waterproofing – Principles and Experiences, International Concrete Repair Institute, Vancouver, BC, 27 March 2003.
- Rutila, D.A., "Effective Below-Grade and Plaza Deck Waterproofing," College of Engineering, University of Wisconsin – Madison, August 1996, August 1997, November 1998, November1999, March 2000 (Las Vegas), and February 2001.
- Rutila, D.A., Panel Presentation, "The Top Ten Ways to Prevent Screw ups," 2001 SMACNA Convention, Boca Raton, FL, 23 October 2001.
- Rutila, D.A., "Common Problems with Below-Grade Waterproofing Design Documents (The most common problems, Looking for them, and pre-construction view and resolution)," Sealant and Waterproofing Institute (SWRI) Convention, San Juan, PR, 19 February 2001.
- Rutila, D.A., "Modified Asphalt Sheet Waterproofing," presentation to the Boston Society of Architects, Building Envelope Committee, 2000.
- Rutila, D.A., "Building Durability – Know What You Know or Let's Use The Knowledge We Already Have Before We Improve Upon It," Eighth International Conference on Durability of Building Materials and Components (Service Life), Vancouver, BC, Canada, 30 May to 3 June 1999.
- Rutila, D.A., "Masonry Prevention Maintenance," moderator of panel discussion, Community Associations Institute – New England Chapter, October 1998.
- Rutila, D.A., "Contract Administration Lessons Illustrated by Building Envelope Problems," CSI Forty-Second Annual Convention and Exhibit, June 1998.
- Rutila, D.A., "Avoiding Curtain Wall Waterproofing Problems," RCI Symposium, Newark, NJ, January 1998.
- Rutila, D.A., "Masonry, Leaded Glass Window, and Slate Roofing Evaluation and

- Restoration at Yale University," AIA Conference on Managing Historic Educational Facilities, New Haven, CT, June 1997.
- Rutila, D.A., and N.W. Vigener, "Investigation and Repair of Water Leakage through Masonry Barrier Walls in a Gothic Collegiate Building," Proceedings of the Seventh North American Masonry Conference, The Masonry Society, 1996.
- Rutila, D.A., "Investigation and Repair of Leakage in Recently Constructed Curtain Walls," ASTM Symposium on Water Leakage through Building Facades, Orlando, FL, March 1996.
- Rutila, D.A., "Below-Grade and Plaza Waterproofing," International Concrete Repair Institute, New England Meeting, February 1994.

**Publications**

- Rutila, D.A., K.A. Klein, and M.J. Normandeau, "Principles of Design and Installation of Below-Grade and Building Deck Waterproofing in 2010," Journal of ASTM International, Vol. 9, No. 1, October 2011.
- Slick, D.S., N.A. Piteo, and D.A. Rutila, "Case Studies of Foamed Adhesive Failures of Low Sloped Roofing Rigid Insulation Board," Journal of ASTM International, Vol. 8, No. 9, August 2011.
- Rutila, D.A., "Black vs. White Roofing," *Buildings,* December 2009.
- Rutila, D.A., "Plaza Waterproofing Basics," *The Applicator,* Vol. 22, No. 1, winter 2000.
- Rutila, D.A., "Brick Veneer Innovations – Do You Really Want to Do That?" *The Construction Specifier,* October 1998.
- Rutila, D.A., "Investigation and Repair of Leakage Problems in Recently Constructed Curtain Walls," Water Leakage through Building Facades, ASTM STP1314, R.J. Kudder and J.l. Erdly, Eds., American Society for Testing and Materials, pp. 168-186, Philadelphia, 1997.
- Rutila, D.A., and S. Ruggiero, "Expansion Joints in Deck Waterproofing Systems," ASTM STP1254, American Society for Testing and Materials, Philadelphia, June 1994.
- Rutila, D.A., and S. Ruggiero, "Plaza Waterproofing – Design Fundamentals," *The Construction Specifier,* January 1991.
- Rutila, D.A., and S. Ruggiero, "Principles of Design and Installation of Building Deck Waterproofing," ASTM STP1084, 1990.

03/12

**APPENDIX B**

CDW-0509-0017

**SIMPSON GUMPERTZ & HEGER**
Engineering of Structures and Building Enclosures

| | |
|---|---|
| SHEET NO. | see footer |
| PROJECT NO. | 090858.10 |
| DATE | 17 October 2012 |
| BY | SAT/MSW |
| CHECKED BY | DARutila |

CLIENT: Plaintiff Steering Committee MDL 2047
SUBJECT: SGH Document List

| SGH Document No. | Date | Prepared by | Title |
|---|---|---|---|
| 317 | 21-Sep-12 | SGH | Investigation of Alleged Damage Due to Drywall, Nine Louisiana Homes |
| 318 | 21-Aug-12 | D. Galler (Electrical Engineering Solutions) | Assessment of Electrical Products, Expert Report |
| 318.1 | 21-Aug-12 | D. Galler (Electrical Engineering Solutions) | Appendix A - Light Switch - 400 Hay Place, New Orleans, LA |
| 318.2 | 21-Aug-12 | D. Galler (Electrical Engineering Solutions) | Appendix B - Light Swtich - 335/337 W. Robert E. Lee, New Orleans, LA |
| 318.3 | 21-Aug-12 | D. Galler (Electrical Engineering Solutions) | Appendix C - Light Switch - 4321 S. Liberty Street, New Orleans, LA |
| 318.4 | 21-Aug-12 | D. Galler (Electrical Engineering Solutions) | Appendix D - Light Switch - 1921 Alvar Street, New Orleans, LA |
| 318.5 | 21-Aug-12 | D. Galler (Electrical Engineering Solutions) | Appendix E - Light Switch - 422 28th Street, New Orleans, LA |
| 318.6 | 21-Aug-12 | D. Galler (Electrical Engineering Solutions) | Appendix F - Light Switch - 1909 Alvar Street, New Orleans, LA |
| 318.7 | 21-Aug-12 | D. Galler (Electrical Engineering Solutions) | Appendix G - Light Switch - 1925 Alvar Street, New Orleans, LA |
| 318.8 | 21-Aug-12 | D. Galler (Electrical Engineering Solutions) | Appendix H - Light Switch - 671 Solomon Drive, Covington, LA |
| 318.9 | 21-Aug-12 | D. Galler (Electrical Engineering Solutions) | Appendix I - Light Switch 671 Solomon Drive, Covington, LA |
| 318.10 | 21-Aug-12 | D. Galler (Electrical Engineering Solutions) | Appendix J - Smoke Dectector - 231 Summer Place Cover, Slidell, LA |
| 318.11 | 21-Aug-12 | D. Galler (Electrical Engineering Solutions) | Appendix K - Thermostat - 231 Summer Place Cover, Slidell, LA |
| 319 | 21-Sep-12 | B. Krantz, S. Rosenbloom, Ph.D. (Corrosion Testing Laboratories, Inc. (CTL)) | Assessment of Copper Materials, Expert Report |
| 319.1 | 21-Sep-12 | B. Krantz, S. Rosenbloom, Ph.D. (Corrosion Testing Laboratories, Inc. (CTL)) | Appendix A - Samples from 4321 S. Liberty St., New Orleans, LA |
| 319.2 | 21-Sep-12 | B. Krantz, S. Rosenbloom, Ph.D. (Corrosion Testing Laboratories, Inc. (CTL)) | Appendix B - Samples from 1909 Alvar St., New Orleans, LA |
| 319.3 | 21-Sep-12 | B. Krantz, S. Rosenbloom, Ph.D. (Corrosion Testing Laboratories, Inc. (CTL)) | Appendix C - Samples from 1921 Alvar St., New Orleans, LA |
| 319.4 | 21-Sep-12 | B. Krantz, S. Rosenbloom, Ph.D. (Corrosion Testing Laboratories, Inc. (CTL)) | Appendix D - Samples from 1925 Alvar St., New Orleans, LA |
| 319.5 | 21-Sep-12 | B. Krantz, S. Rosenbloom, Ph.D. (Corrosion Testing Laboratories, Inc. (CTL)) | Appendix E - Samples from 400 Hay Pl., New Orleans, LA |
| 319.6 | 21-Sep-12 | B. Krantz, S. Rosenbloom, Ph.D. (Corrosion Testing Laboratories, Inc. (CTL)) | Appendix F - Samples from 422 28th St., New Orleans, LA |
| 319.7 | 21-Sep-12 | B. Krantz, S. Rosenbloom, Ph.D. (Corrosion Testing Laboratories, Inc. (CTL)) | Appendix G - Samples from 335/337 W. Robert E. Lee, New Orleans, LA |
| 319.8 | 21-Sep-12 | B. Krantz, S. Rosenbloom, Ph.D. (Corrosion Testing Laboratories, Inc. (CTL)) | Appendix H - Samples from 671 Solomon Drive, Covington, LA |
| 319.9 | 21-Sep-12 | B. Krantz, S. Rosenbloom, Ph.D. (Corrosion Testing Laboratories, Inc. (CTL)) | Appendix I - Samples from 213 Summer Place Cove, Slidell, LA |
| 320 | 21-Aug-12 | Lori Streit, Ph.D. (Unified Engineering Inc.) | Expert Report |
| 321 | 5-Oct-12 | Tompkins International | Nov. Trial Expert Report of Dr. James Tompkins |
| 322 | 5-Oct-12 | CTL Group | Nov. Trial Expert Report of Dr. Timothy Tonyan |
| 323 | 22-Nov-05 | SGS North America Inc | Inspection Request Application |
| 324 | 11-Dec-05 | GM Production | Visit Report to Luneng Gypsum Mine |
| 325 | 21-Jul-06 | CDW | Competitive Reports dated 21 Jul 06, and 5 Apr 06 |
| 326 | 27-Dec-05 | Interior Exterior Building Supply | gysum wall board market in china email, Taihe BNBM quality comparison |
| 327 | 24-Apr-06 | Interior Exterior Building Supply | Knauf Unloading Board, less quality than Knauf |
| 328 | 21-Aug-06 | Interior Exterior Building Supply | Email Dzhang to Jgeary re lighter natural CDW boards |
| 329 | | Interior Exterior Building Supply | Photo of Taihe End Tape |
| 330 | 9-Dec-05 | Interior Exterior Building Supply | SGS quote 2909 - for sheet rock inspection in china |
| 331 | 9-Feb-06 | Quality Supervision and Inspection Center of National Building Materials Industr | Test Report |
| 332 | 13-Oct-10 | United States District Court Eastern District of Louisiana | Tapan Taishan Plasterboard Co LTD (TTP) Manufacturer Profiler Form (MPF) |
| 333 | 13-Oct-10 | United States District Court Eastern District of Louisiana | Taishan Gypsum Manufacturer Profiler Form (MPF) |
| 334 | | Tapan Taishan Plasterboard Co LTD (TTP) | EXHIBIT A to the Defendant Manufacturers' Profile Form - in Chinese |
| 335 | | Tapan Taishan Plasterboard Co LTD (TTP) | EXHIBIT A to the Defendant Manufacturers' Profile Form - in English |
| 336 | | CDW | ASTM C1396-C1396M- 09 a Standard Specification for Gypsum Board |
| 337 | 12-Sep-12 | CDW | Building Permit Spreadsheet for Trial Picks |
| 338 | 17-Oct-12 | L. Luckevich | Chinese Drywall Expert Analysis |