Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | |
| LITIGATION | : | SECTION:  L |
| | : | |
| -------------------------------- | : | JUDGE FALLON |
| This Document Relates to: | : | |
| ALL CASES | : | MAG. JUDGE |
| | : | WILKINSON |

CONFIDENTIAL - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW

THURSDAY, NOVEMBER 1, 2012

- - -

        Videotaped deposition of DEAN A. RUTILA, P.E., held at the Law Offices of Herman, Herman & Katz, L.L.C., 820 O'Keefe Avenue, New Orleans, Louisiana, commencing at 1:07 p.m., on the above date, before Leslie B. Doyle, Certified Court Reporter (LA), Registered Diplomate Reporter, Certified LiveNote Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential - Subject to Further Confidentiality Review

Page 95

1       quick?
2               THE VIDEOGRAPHER:  We're off the
3       record at 3:58 p.m.
4  (Recess.)
5               THE VIDEOGRAPHER:  Okay.  We're back
6       on the record at 4:02 p.m.
7  BY MS. EISELEN:
8       Q.   Mr. Rutila, I have one more question, and
9  depending on what your answer is will be the end of
10 our deposition.
11           In your two reports, are any of your
12 opinions based upon Lydia Luckevich's report?
13      A.   Yes, inasmuch as her report is supportive.
14 Had -- had her report contained new information that
15 was contrary to other documents or other information
16 I had, I certainly would have investigated it
17 further, but that is the -- that is the limit that I
18 used her report for.
19      Q.   Your two reports, your October 17, 2012,
20 your September 2012 report, are all your
21 opinions?
22      A.   Oh, yes, ma'am.
23      Q.   Okay.
24               MS. EISELEN:  Ms. Patrick?
25               MS. PATRICK:  I don't have any