UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## ORDER

Upon consideration of Class Counsel's Motion to Dismiss Certain Objections, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED and the objections of John and Lori Willis, Perry Homes, LLC, Daniel C. Ladner, Trevis Amerson and Delbert Hopper are dismissed.

New Orleans, Louisiana, this 13th day of November, 2012.

_____
United States District Judge