MINUTE ENTRY
FALLON, J.
NOVEMBER 13, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>09-7628, 09-6690, 10-362, 11-252, 11-1363,<br>11-2349, 11-3023 and 09-4117 | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:  Russ Herman, Esq., & Arnold Levin, Esq. for Plaintiffs
 Kerry Miller, Esq., Jay Mayesh, Esq. & Steve Glickstein, Esq. for Knauf Defendants
 Richard Duplantier, Esq. for INEX Defendants
 Philip Nizialek, Esq., for INEX Defendants
 Hugh Scott, Esq., for Liberty Mutual Insurance Company
 David Connor, Esq. for L&W Supply
 Nick Panayotopoulos, Esq. for Certain Banner Defendants
 Michael Peterson, Esq., for Banner Supply Co., Port St. Lucie, LLC
 Renita Sharma, Esq., for Chartis Insurance Company
 H. Minor Pipes, Esq., for Participating Defendants and Participating Insurers In the Global Settlement
 Hilarie Bass, Esq., for the Homebuilders' Steering Committee
 Melissa Lesselle, Esq., for Landmark Insurance Company
 Kevin Risley, Esq., for North River Insurance Company.
 Mark Milstein, Esq., & David Durkee, Esq., for Objector Wayne Kaplan

FAIRNESS HEARING regarding the Knauf, INEX, Banner, L&W Supply, Hobbie and Global Participant Settlements.

Argument was heard from the parties in favor of and objecting to the proposed settlements. The Fairness Hearing will remain open at this time, to give the parties two weeks to file additional briefing regarding the proposed settlements

Court adjourned.

JS10:    3:43