**EXHIBIT K**

**JAMES A. TOMPKINS, Ph.D**

Page 8: Line 1- Page 16: Line12.

Page 29: Line 7 – Page 52: Line 19

Page 134: Line 17 – Page 139: Line 10