

3056 Weber Drive
Aurora, Illinois 60502

Phone: 630/851-4214
Fax: 630/851-5957

www.unified-eng.com

Writer's direct dial: 630/851-5363
e-mail: streit@unified-eng.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| This Document Relates to: | * | MAGISTRATE WILKINSON |
| ALL CASES | * | |

Unified Engineering File No. 5381

Rebuttal Report Prepared by: Dr. Lori Streit, Ph.D.

Rebuttal Report Prepared on October 17, 2012

1

CDW-0506-0001

I, Lori Streit, Ph.D., a retained expert to the Plaintiff's Steering Committee in MDL 2047, *In Re: Chinese-Manufactured Drywall Products Liability Litigation,* hereby adopt and incorporate by reference:

1. My initial expert report of September 20, 2012 including all appendices.
2. My supplemental report of October 9, 2012 including all appendices.

In addition, I have reviewed the following:

1. ASTM C1396/C1396M-00 and -06a entitled "Standard Specification for Gypsum Board".
2. ASTM 473-03 entitled "Standard Test Methods for Physical Testing of Gypsum Panel Products".
3. Competitive Reports for Knauf China Gypsum Board dated April 5, 2006 and July 21, 2006.
4. Test Reports for Gypsum Board (INT/EXT00873 and 00874).
5. Pages 927-933 of Professor Hummel's Day 3 Deposition.
6. Visit Report to Luneng Gypsum Mine on 6th December 2006 by Dr. Yuan.
7. Final Report of Problematic Nature of Odors in Knauf Plasterboard from Tianjin: Causes-Results-Attempts at Solutions by Prof. Hummel (KNAUFGIPS0000927-929).
8. SGS North America Inspection Request Application dated November 22, 2005 (INT/EXT00733-00735).
9. Report by Dr. James A. Tompkins dated October 5, 2012.
10. Report by Dr. Timothy D. Tonyan dated October 5, 2012.
11. Chinese Drywall Expert Analysis by Lydia Luckevich dated October 17, 2012.
12. Personal communication with Lydia Luckevich.
13. Hydrogen Sulfide: Evaluation of Current California Air Quality Standards With Respect to Protection of Children, September 1, 2000.
14. Iowa State University PM1963a "The Science of Smell Part 1: Odor perception and physiological response", May, 2004.
15. Personal communication with ALS lab regarding "sulfur" odors during the volatile sulfur gas tests, even more noticeable after elevated temperature and humidity testing.

Based on review of the above, I have come to the following additional opinions in this matter:

1. Had INEX or it's agents visited the gypsum mine in China, they should have noted that the hydrogen sulfide levels in the mine were a concern as evidenced by the periodic monitoring for hydrogen sulfide.

2. Had INEX or it's agents visited the gypsum board manufacturing facility in China, they should have been aware of the "sulfur" odor that was emanating from the raw gypsum and the manufactured wallboard. The "sulfur" odor should have been particularly noticeable during manufacture of the gypsum board when the gypsum

2

    was wet and at elevated temperature. Sulfide corrosion of metal and electrical components in the plant may also have been detected.

3. Had INEX or it's agents visited the gypsum testing laboratory, they should have been aware of the "sulfur" odor that was emanating from the raw gypsum and/or the manufactured wallboard. Elevated temperature and humidity testing required for ASTM certification of gypsum board would have release elevated levels of sulfur gases that should have been detected by laboratory personnel.

4. INEX contracted with SGS North America to provide inspection services for certain aspects of gypsum board but declined the options to perform production monitoring and laboratory testing of gypsum board. Had they prudently elected to do so, the "sulfur" smell associated with the Chinese manufactured gypsum should have been detected.

5. No evidence has been presented to indicate that INEX or it's agents reviewed ASTM C1396 or ASTM473 test data taken on Chinese manufactured gypsum board for compliance with the standards.

My opinions are held to a reasonable degree of scientific certainty. I reserve the right to supplement my opinions should new information become available.

Respectfully submitted,

*[signature]*

Lori A. Streit, Ph.D.
Principal
Chemical and Environmental Science

CDW-0506-0003