


3056 Weber Drive
Aurora, Illinois 60502

Phone: 630/851-4214
Fax: 630/851-5957

www.unified-eng.com

Writer's direct dial: 630/851-5363
e-mail: streit@unified-eng.com

# Lori A. Streit, Ph.D.

**Chemical and Environmental Science**

Dr. Streit is a scientist with education and experience in the areas of surface analysis, microanalysis, materials characterization, chemistry, chemical analysis, materials analysis, material flammability, environmental science, and chemical safety and health. She has experience in the analysis and characterization of many substances, some of which are chemicals, metals, alloys, semiconductors, plastic, rubber, glass, ceramics, polymers, paper, textiles, minerals, composites, soot, soil, water, and air.

## Employment

| | |
|---|---|
| 1995-Present | Principal, Unified Engineering, Inc., Lombard, IL |
| 1990-1995 | Manager, Chemical and Environmental Science, Packer Engineering, Inc., Naperville, IL |
| 1990-1995 | Safety Director, Packer Engineering, Inc. Naperville, IL |
| 1987-1990 | Research Scientist, McCrone Associates, Inc., Westmont, IL |
| 1988 | Adjunct Professor of Chemistry, Elmhurst College, Elmhurst, IL |
| 1985-1987 | Research Assistant, Arizona State University, Tempe, AZ |
| 1983-1985 | Teaching Assistant, Arizona State University, Tempe, AZ |
| 1982-1983 | Research Technician, FMC Corp., Princeton, NJ |
| 1982 | Research Technician, Mobil Oil Corp., Trenton, NJ |

## Education

| | |
|---|---|
| 1987 | Ph.D. in Analytical Chemistry/Surface Analysis, Arizona State University, Tempe, AZ |
| 1983 | B.S. in Chemistry, Trenton State College, Trenton, NJ |

## Continuing Education

| | |
|---|---|
| 2001 | Indoor Air Quality, Identification of Fungal Spores, McCrone Research Institute |
| 1996 | OSHA 10-hour Occupational Safety & Health Course |
| 1993 | ASM Material Testing Methods |
| 1990, 1991 | Asbestos Worker Certification |
| 1990 | Fire Investigation Techniques, SIAAI |
| 1987 | Polarized Light Microscopy, McCrone Research Institute |

**Professional Societies**

American Chemical Society: Analytical Chemistry Division, Chemical Safety Division
American Society of Materials International (ASM)
Microbeam Analysis Society (MAS)
National Environmental Health Association (NEHA)
National Fire Protection Association (NFPA)

**Associations**

| | |
|---|---|
| 1993-1997 | Arizona State University Alumni Association Board of Directors |
| 1992-1999 | Illinois School District 203, Business/Education Advisory Board |
| 1991-1998 | Congressman Fawell's Education Advisory Committee |
| 1994-1995 | Packer Engineering, Inc. Board of Directors |
| 1991-1993 | American Vacuum Society, Illinois Chapter, Board of Directors |

**Awards**

| | |
|---|---|
| 2001 | William M. Carey Award, Best Paper, NFPA Fire Protection Research Foundation Meeting, Orlando, 2001. |
| 1987 | J. Kocoyanakis Analytical Chemistry Award, ASU |
| 1987 | AVS Arizona Chapter Student Poster Award |
| 1986 | AVS National Student Award |
| 1986 | MAS Distinguished Scholar Award |
| 1986 | ASU Superior Teaching Assistant Award |
| 1985 | Arizona Board of Regents Graduate Academic Scholarship |

**Publications**

"Quantitative analysis using sputtered neutrals in a secondary ion microanalyzer", P. Williams and L.A. Streit, Nucl. Instrum. Methods. B15 (1986) 159-164.

"Effect of microstructure on the arsenic profile in implanted silicon", W.A. Coughlan, M.H. Rhee, J.M. Williams, L.A. Streit, and P. Williams, Nucl. Instrum. Methods. B16 (1986) 171-176.

"Quantitative SIMS microanalysis of trace elements in geological samples using *in situ* ion-implanted standards", L.A. Streit, R.L. Hervig, and P. Williams, M.A.S. 22nd National Meeting, Albuquerque, 1986; M.A.S. Conf. Proc. (1986) 91-94.

"Quantitative analysis of chemical vapor deposited refractory metal silicides", L.A. Streit and P. Williams, A.V.S. 33rd National Meeting, Baltimore, 1986; J. Vac. Sci. Technol. A5(4) (1987) 1979-1983.

"Limits of sensitivity in secondary ion mass spectrometry", P. Williams, L.A. Streit, and R.T. Lareau, J. Mass Spec. and Ion Proc. (1987).

"A hollow cathode ion source for SIMS / *in situ* ion implantation of metals", L.A. Streit and P. Williams, SIMS VI International Conference, Paris, 1987; Secondary Ion Mass Spectrometry, SIMS VI (1988) 201-204.

"Development of quantitative analytical methods for secondary ion mass spectrometry", L.A. Streit, thesis, 1987.

"SIMS / *in situ* ion implantation of metals and semiconductors generated by a hollow cathode ion source", L.A. Streit and P. Williams, Anal. Chem. 1988.

"XPS / AES study of contact surface contamination", L.A. Streit and S.L. Maher, Applied Surface Science Meeting, Denver, 1988.

"Factors affecting trace determination of hydrogen by secondary ion mass spectrometry", L.A. Streit and C. Bowers, SIMS VII, Montery, 1989.

"SIMS image analysis of light element distributions in carbon composite material", L.A. Streit, SIMSVII, Montery, 1989.

"Investigations of a Black Soot Phenomenon in Florida Residential Structures Associated with New Installation of Central Heating and Air Conditioning Systems", J.D. Krause, K.K. Al-Ahmady, and L.A. Streit, Proceedings of the Engineering Conference on Air and Waste Management, North Carolina, July, 1997.

"Enhanced Deposition, Acoustic Agglomeration, and Chladni Figures in Smoke Detectors", C. Worrell, G. Gaines, R. Roby, L. Streit, and J.L. Torero, Fire Technology, 37, 343-362, 2001.

“Effect of Smoke Source and Horn Configuration on Enhanced Deposition, Acoustic Agglomeration, and Chladni Figures in Smoke Detectors”, C.L. Worrell, J.A. Lynch, G. Jomaas, R.J. Roby, L. Streit and J.L. Torero, Fire Technology, 39, 309-346, 2003.

“The Role of Smoke Detectors in Forensic Fire Investigation and Reconstruction”, Olenick, S.M, Roby, R.J., Klassen, M.S., Zhang, W., Sutula, J.A., Worrell, C., Wu, D., D’Souza, V., Ashley, A., Dubois, J., Torero, J.L., and Streit, L., presented at a published in International Symposium on Fire Investigation Science and Technology (ISFI), June 26-28, 2006.

“Evaluation of Heating, Ventilation and Air Contitioning (HVAC) Interior Surfaces to Determine the Presence of Fire-Related Particulate as a Result of a Fire in a Structure”, IESO/RIA Standard 6001 (2012), an ANSI Standard.

Lori A. Streit

Testimony List

Chemcentral vs. Mattson Associates
Circuit Court of Cook County, Illinois
No. 00 L 13340
6/2008

Chemcentral vs. Mattson Associates
Trial
Circuit Court of Cook County, Illinois
No. 00 L 13340
9/2008

Dennis vs. Coleman et al.
Superior Court of the State of California
Orange County
Case no. 30-2007 00100173
10/2008

Adell et al. vs. Nason et. al.
Superior Court of the State of Maine, Androscoggin, SS
Civil Action no. CV-07-173
10/2008

Caldwell vs. Avon et. al.
US District Court of SC
Case No. 08-cv-2287-CMC
8/2009

Mwesigwa v. DAP, Inc.
US District Court, Eastern District of Missouri
Case No. 08-cv-00605-FRB
10/2009

Bustamante et. al. v. BRK Electronics, Inc.
State of New Mexico
County of Eddy
5th Judicial District
Case No. CV-2007-738
1/2010

Chinese-Manufactured Drywall Products Liability Litigation
US District Court, Eastern District of Louisianna

MDL No. 2047
2/2010

Chinese-Manufactured Drywall Products Liability Litigation
Trial
US District Court, Eastern District of Louisianna
MDL No. 2047
2/2010

Wrenn v Aiken Chemical Company et. al.
State of South Carolina
County of Berkeley
Case No. 2009 CP 08 898
4/2010

Chinese Drywall Litigation
Seifart v Banner et. al.
Trial
Circuit Court in and for Miami-Dada County, FL
Case No. 09-38887 CA 01 (03)
6/2010

Combs v Schmidt and Pekin Insurance Company
Circuit Court of the 17th Judicial Circuit
Winnebago County, IL
Case no. 01 L 479
6/2010

Dario Orlando et. al. v Banner Supply Co, et. al.
Circuit Court of the 17th Judicial Circuit
Broward County, FL
Case no. 10-28090(12)
1/2011

Finger vs Audubon Insurance Company
Civil District Court for the Parish of New Orleans
State of Louisianna
Case no. 09-8071
3/2011

Langham et. al. vs Ace Home Center Inc. et. al.
Circuit Court of Baldwin County
State of Alabama
Case no. 05-CV-2009-900948.00
4/2011

Staggs vs. Alvarez Homes, Inc. et. al.
Circuit Court of the 13th Judicial Circuit in and for Hillsborough County
State of Florida
Case no. 09026416, Div. H
10/2011

Synalovski vs. Knauf Plasterboard (Tianjin) Co., Ltd. et. al.
Circuit Court of the 17th Judicial Circuit in and for Broward County
State of Florida
Case no. 10-41716 CA 12
11/2011

Thomas Bell v Hulsey-Nezlo Construction, LLC et al.
Circuit Court of Marshall County
State of Alabama
Case no. CV 09-431
1/2012

Tryan Chance Ard, Leland and Amy McCully v. Ace Home Center et. al.
Circuit Court of Baldwin County
State of Alabama
Civil Action No. CV-2011-901112.00
3/2012

Finley/Holt v Taylor/Vann
Superior Court of Columbia County
State of Georgia
Civil Action No. 2007-CV-0345
6/2012

Nathan Fincher et al v Mazer's Discount Home Centers, Inc.
Circuit Court of Jefferson County
State of Alabama
Civil Action No. 01-CV-2010-00147.00
6/2012

# Appendix II

## Materials Reviewed