Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  CHINESE-MANUFACTURED    :  MDL NO. 2047
     DRYWALL PRODUCTS LIABILITY      :
 5   LITIGATION                      :  SECTION:  L
                                     :
 6   ------------------------------- :  JUDGE FALLON
     This Document Relates to:       :
 7   ALL CASES                       :  MAG. JUDGE
                                     :  WILKINSON
 8
 9
10          CONFIDENTIAL - SUBJECT TO FURTHER
11                 CONFIDENTIALITY REVIEW
12
13             THURSDAY, NOVEMBER 1, 2012
14
                           - - -
15
16         Videotaped deposition of LORI A. STREIT,
     PH.D., held at the Law Offices of Herman, Herman &
17   Katz, L.L.C., 820 O'Keefe Avenue, New Orleans,
     Louisiana, commencing at 8:09 a.m., on the above
18   date, before Leslie B. Doyle, Certified Court
     Reporter (LA), Registered Diplomate Reporter,
19   Certified LiveNote Reporter.
20
21
22                         - - -
23              GOLKOW TECHNOLOGIES, INC.
24         877.370.3377 ph | 917.591.5672 fax
25                  deps@golkow.com
```

```
 1   about, where the material is actually manufactured.
 2       Q.   So you don't have an opinion as to whether
 3   they would have smelled sulfur in the warehouse
 4   before the drywall was placed on ships to be sent
 5   overseas?
 6       A.   Again, they may have.  It completely
 7   depends on the environment around the warehouse, and
 8   I -- there's nothing I can say about that.  I think
 9   it's more likely that in the enclosed environment of
10   the processing plant where they're cooking it and
11   they're baking it and the vapors are being driven
12   off, that's where I would expect to smell it.
13       Q.   Have you ever been in a drywall
14   manufacturing facility?
15       A.   No.
16       Q.   Do you know what smells are commonly
17   associated with the manufacture of drywall?
18       A.   Well, other than just a discussion with
19   Lydia, because she's my reference for manufacturing
20   process because she's been doing that for 20 years
21   as a consultant to the manufacturers.  She tells me
22   that sulfur smells of that nature, reduced sulfur
23   smells, any type of reduced sulfur smells, whether
24   it's from bacteria, elemental sulfur, whatever it
25   is, would be noticeable.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   Okay.  You say Lydia.  That's
 2   Ms. Luckevich?
 3        A.   Yes.
 4        Q.   When did you speak to Ms. Luckevich about
 5   manufacturing of drywall?
 6        A.   Probably started in the Germano case.
 7        Q.   Okay.  Did you speak with her specifically
 8   with respect to the opinions you're offering in this
 9   Interior/Exterior litigation?
10        A.   I think that it's all continuous.  I've
11   been talking to her for several years.  We had a
12   long discussion because we had to drive from the
13   airport like three hours because we got deferred, so
14   we talked all about drywall and the processes of
15   drywall and what her background was and what my
16   background was and so on.
17             So I remember a lot of that conversation
18   from there, and I have since talked to her in
19   relation to this and kind of refreshed my
20   recollection.
21        Q.   How did you get connected with
22   Ms. Luckevich?
23        A.   As a part of the Germano litigation.
24        Q.   I don't know what that means, as a part of
25   the Germano litigation.
```

| | | |
|---|---|---|
| 1 | A. | I'm sorry.  It was a MDL in Virginia.  We |
| 2 | had both gone to inspect several homes in the | |
| 3 | Virginia area. | |
| 4 | Q. | She was also retained by the PSC? |
| 5 | A. | I don't know if she was retained or she |
| 6 | was a consultant.  I don't know what her arrangement | |
| 7 | was, but she was there. | |
| 8 | Q. | What investigation have you done into her |
| 9 | background? | |
| 10 | A. | I've talked to her specifically.  I mean, |
| 11 | I asked her what her background was. | |
| 12 | Q. | Other than asking her what her background |
| 13 | was, have you done any investigation into her | |
| 14 | background? | |
| 15 | A. | No.  I just talked to her. |
| 16 | Q. | Why do you choose to use her as your |
| 17 | reference as opposed to some other expert on | |
| 18 | manufacturing of drywall? | |
| 19 | A. | Because she is the person that USG and |
| 20 | National and Temple and other people go to as an | |
| 21 | independent consultant. | |
| 22 | Q. | How do you know that? |
| 23 | A. | Because she told me. |
| 24 | Q. | Okay.  You have done anything to verify |
| 25 | that? | |

Confidential - Subject to Further Confidentiality Review

```
 1        A.    No.  I take her for her word.
 2        Q.    Okay.  Is she published in the area of
 3   drywall manufacture?
 4        A.    You know, she holds a patent in drywall.
 5   She may hold more than one.  Specifically, we were
 6   talking about one which had to do with sag
 7   resistance of the drywall.  She teaches regarding
 8   drywall processes and chemistry, and I have seen her
 9   preparations for that.  She has a publication that
10   she distributes to her students.  You know, maybe --
11   maybe more.  I don't know.  I've never really
12   reviewed a publications list or anything like that.
13        Q.    My initial question to you was:  Do you
14   know what smells are commonly associated with the
15   manufacture of drywall?
16        A.    Again, I would have to -- do I know every
17   smell that's -- I've never been in a plant.  Okay?
18   So do I know every smell?  No.  But I do know that a
19   smell coming from a sulfur source, a free sulfur
20   source, bacteria, elemental sulfur that's not bound
21   up in the sulfate of gypsum would have a different
22   odor and should have been noticeable.
23        Q.    Do you know whether a sulfur smell is
24   typically associated with the manufacture of
25   drywall?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.    Not that type of sulfur smell.  In other
 2   words, gypsum has -- when you're processing it, I'm
 3   sure, has some odor.
 4        Q.    Right.
 5        A.    But it's distinguishable from a reduced
 6   sulfur odor.  It's bound up in the sulfate, so it
 7   doesn't smell like a reduced sulfur particle would.
 8   Just like -- just like H2S.  Okay.  When people
 9   smell H2S, they think it's rotten eggs.  When you go
10   into these homes, it doesn't smell like rotten eggs.
11   It smells like a burnt fireworks kind of thing
12   because it's a blend of smells.  And so when you go
13   into a drywall plant, there is a certain odor, of
14   course.  You have wet paper.  I mean, you have all
15   kinds of stuff going on.  But it doesn't have that
16   reduced elemental sulfur smell.  It would be a
17   different smell that would send up a signal to them
18   that, you know, hey, we've got some impurities in
19   here that we need to deal with.
20        Q.    How do you know that?
21        A.    From discussion with Lydia.
22        Q.    So you rely on Lydia for that opinion?
23        A.    Yes.
24        Q.    Okay.  What is a reduced sulfur smell?
25        A.    Again, it's like the hydrogen sulfide,
```

Confidential - Subject to Further Confidentiality Review

```
 1   carbonyl sulfide, carbon disulfide, reduced sulfur
 2   gases that come from bacteria, as well.  There's
 3   a -- there's a distinct odor that's different from
 4   the gypsum smell.
 5        Q.   Can you describe the distinct odor for me?
 6        A.   I think I just did.
 7             MR. GEORGE:  Objection.
 8   BY MR. GRAU:
 9        Q.   Rotten eggs?
10        A.   Well, it's a blend.  I mean, if it's more
11   hydrogen sulfide, then you're going to smell more of
12   the rotten eggs.  If it's a blend of things like you
13   smell in the house, then it may smell more like
14   burnt fireworks.
15        Q.   Well, you're of the opinion that had
16   Interior/Exterior or its agent gone to the
17   manufacturing facility in China, they would have
18   smelled a sulfur odor.
19        A.   Yes.
20        Q.   What would they have smelled?
21        A.   Exactly that.  It would have been a
22   reduced sulfur gas odor, a strong sulfur odor that
23   would be different from what a normal processing of
24   gypsum would be.
25        Q.   I'm trying to appreciate what that would
```

```
 1   smell like.  If I walked into that manufacturing
 2   facility and they were manufacturing this defective
 3   Chinese drywall, what would I smell?
 4        A.   Have you been in a house?
 5             MR. GEORGE:  Asked and answered.
 6   BY MR. GRAU:
 7        Q.   Yes.
 8        A.   Have you smelled -- smelled what's in a
 9   house?  That's what it's going to smell like.  I
10   mean, it's -- like I said, it's very
11   distinguishable.  It's an odor that, in some cases,
12   is suffocating.  I don't know how else to describe
13   it beyond how I've described it to you.
14        Q.   So I would just walk in and, as a
15   non-chemist, instinctively know that whatever I was
16   smelling was a reduced sulfur gas smell?
17        A.   No.  I think what you would do is you'd go
18   in there and say, what's that smell, and that would
19   send a, you know, kind of a signal, saying, what's
20   going on here, you know, why -- especially if you go
21   into a testing lab, which are typically isolated
22   because they don't want all the dust from the
23   processing, and you're doing the humidity test and
24   you open the doors, you're going to get an odor.
25   You shouldn't have an odor in the finished product
```

```
 1   of the drywall.  There should not be an odor.
 2              I am told by Lydia that with respect to
 3   drywall processing, this would have come up as being
 4   a distinctly different smell than what normal
 5   processing would be, and I have to rely on her for
 6   that because I have never been in a plant.
 7       Q.   And you haven't done anything to test the
 8   veracity of that statement by Lydia, have you?
 9       A.   I have not been in a plant, so there's
10   nothing I can do other than rely on her.
11       Q.   You haven't been in a plant; you haven't
12   spoken with any other experts as to what they think
13   the smell might be, correct?
14       A.   That's correct.
15       Q.   You haven't read any publications or
16   articles or anything of the like regarding what the
17   smell would be like in one of these manufacturing
18   facilities, have you?
19       A.   No.  I'm relying on her expertise.
20       Q.   Exclusively, correct?
21       A.   Yes.
22       Q.   You're just simply, for lack of a better
23   word, parroting what she's told you?
24       A.   She is -- she is a recognized expert in
25   that area.  She is the expert that I went to.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   And you're just parroting what she's told
 2   you?
 3             MR. GEORGE:  Objection.
 4        A.   Again, I'm relying on her opinion as an
 5   expert in that area.
 6   BY MR. GRAU:
 7        Q.   If she's incorrect in her opinion, then
 8   your opinion is incorrect; is that right?
 9        A.   Well, since I'm relying on her opinion,
10   then doesn't that follow?
11        Q.   I'm asking you whether it follows.
12        A.   Like I said, she's the recognized expert
13   in that area.  If she tells me that this is what's
14   going to happen, since I haven't been in a plant,
15   I'm going to believe her.
16        Q.   Do you think it's fair for you to rely
17   exclusively on what she has to say without
18   performing any independent investigation of that?
19        A.   I think that people do that all the time.
20   You know, what's the difference if I had gone to Tim
21   Tonyan and asked him to do that and relied
22   exclusively on him?
23        Q.   Did you do that?
24        A.   No.  Because I relied on Lydia.
25        Q.   Did you call up Tim Tonyan and say, hey,
```

```
 1   what would I smell?
 2        A.   Actually, let's go back, because the odd
 3   thing about that is, when all of this started,
 4   because I knew he had worked at USG, I actually did
 5   call him.  And what he told me was that he didn't
 6   work in wallboard, and so I said, okay, fine,
 7   thanks, and went and looked for someone who did work
 8   in wallboard.
 9        Q.   You knew at the time that you rendered
10   your rebuttal report that Mr. Tonyan had offered
11   opinions with respect to the manufacturing of
12   drywall; is that correct?
13        A.   At the time I rendered my report, yes, in
14   this case.
15        Q.   Okay.  At that time, before you rendered
16   this rebuttal report on October 17th, 2012, you
17   didn't call Mr. Tonyan and ask him what his opinion
18   was about what you could smell if you went to the
19   manufacturing facility, did you?
20        A.   No.  Again, what I did a while back --
21   because we knew each other from Packard, so I've
22   worked with Tim.  I went to him because I knew him
23   and I knew he worked for USG, and I said, can you
24   help me.  And this is back in 2009.  And what he
25   told me was, I really don't -- don't work in
```

 1   wallboard.  He does work in gypsum products, but in

 2   another aspect of the business.  And I said, fine,

 3   and found someone who did work in wallboard, and

 4   that was Lydia.

 5       Q.   Object to the responsiveness of your

 6   answer.

 7            My question is:  After having reviewed his

 8   report with respect to Chinese-manufactured drywall

 9   in this litigation, but before you prepared your

10   October 17th, 2012 report, did you contact

11   Mr. Tonyan?

12       A.   No.  I think that's a little

13   inappropriate.

14       Q.   Why?

15       A.   Because he is an expert representing an

16   opposing party in this case, so I don't think it's

17   an appropriate thing for me to do.

18       Q.   But it's appropriate for you to contact an

19   expert that's been retained by the PSC?

20       A.   She -- well, for one, we're working for

21   the same entity, and she's an independent

22   consultant.  She's never been hired by USG.  She is

23   an independent consultant hired by many different

24   contractors.  She wasn't an employee of USG.

25       Q.   But in this case, she was specifically

```
 1   hired by the Plaintiff Steering Committee, correct?
 2       A.   In some capacity, that's my understanding,
 3   yes.
 4       Q.   And she was compensated for the opinions
 5   that she rendered on behalf of the Plaintiff
 6   Steering Committee, correct?
 7       A.   I assume so.
 8       Q.   You would agree with me that she's not
 9   really impartial when it comes to
10   Chinese-manufactured drywall, is she?
11       A.   No, I think you need to talk to her about
12   that.
13       Q.   Well, you don't have an opinion as to
14   whether she's impartial or not?
15       A.   I consider myself impartial, as well.  I'm
16   a scientist.  I'm -- all I'm saying is, from a
17   science perspective, here's what I found and here's
18   what I think should have been done.  And, really, it
19   doesn't matter to me whether it's the PSC or
20   somebody else.  I'm offering a scientific opinion.
21       Q.   Let's take a look -- I don't think I've
22   marked it yet.  You indicated, when we first
23   started, that you prepared four reports in this
24   matter, and we've looked at your initial report
25   dated September 20, 2012, correct?
```