UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:**
*CASES SET FOR TRIAL NOVEMBER 26*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION FOR CONTINUANCE

NOW INTO COURT, through undersigned counsel, come the Trial Plaintiffs and The North River Insurance Company, Parties involved in the trial scheduled for November 26, 2012 ("Trial") and ask that the Trial be continued until after the resolution of the pending class settlement motions relating to INEX and the Knauf Entities for the reasons set forth in the Memorandum attached..

Respectfully submitted,

/s/ Christopher Seeger

CHRISTOPHER SEEGER
Seeger Weiss, LLP
One William Street
New York, New York 10004
Telephone:   212/584-0700
Facsimile:   212/584-0799
E-mail:      cseeger@seegerweiss.com
*Counsel for Plaintiffs*

–1–

/s/ Gerald E. Meunier

GERALD E. MEUNIER
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
E-mail:        gmeunier@gainsben.com
*Counsel for Plaintiffs*

/s/ Kevin Risley

Kevin F. Risley
Thompson Coe Cousins & Irons, L.L.P.
One Riverway, Suite 1600
Houston, Texas 77056
Telephone:     713/403-8295
Facsimile:     713/403-8299
E-mail:        krisley@thompsoncoe.com

*/S ERIC B. BERGER*
SIDNEY J. ANGELLE, ESQ.
La. Bar No. 1002
ERIC B. BERGER, ESQ.
La. Bar No. 26196
LOBMAN CARNAHAN BATT ANGELLE
& NADER
400 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Phone: (504) 586-9292
Fax:   (504) 586-1290
sja@lcba-law.com
ebb@lcba-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on November 14, 2012.

                                                          /s/ `Eric B. Berger`
                                                          Eric B. Berger