**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                        **MDL NO. 2047**
                                                  **SECTION: L**
                                                  **JUDGE FALLON**
                                                  **MAG. JUDGE WILKINSON**

THIS DOCUMENT RELATES TO:
*CASES SET FOR TRIAL NOVEMBER 26*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF**
**UNOPPOSED MOTION FOR CONTINUANCE**

  The Trial Plaintiffs and The North River Insurance Company, Parties ask that the trial

scheduled for November 26, 2012 ("Trial") be continued until after the resolution of the pending

class settlement motions relating to INEX and the Knauf Entities.   As long as the pending class

settlement motions in this MDL remain unresolved, the Trial Plaintiffs and North River agree that

the uncertainties surrounding the identity of the real parties in interest as well as the scope of the

trial present significant obstacles to going forward with the Trial.  Interior/Exterior Building Supply,

LLP ("INEX"), the only other party involved in the trial, does not oppose this motion for

continuance.

  On November 13, 2012, the Court conducted class certification and class settlement fairness

hearings on five class-wide settlements.  As the Court is aware, two of those settlements, identified

as the Knauf Settlement and the INEX Settlement, directly impact the claims that will be at issue in

the Trial.  If those settlements are approved, INEX will transfer its claims against North River to the

INEX Settlement class members, who in turn will assign the right of recovery against North River

to the Knauf Entities.  (The parties disagree somewhat about what exactly will be assigned by the

class members to the Knauf Entities, although all parties agree that, at a minimum, the result of the

assignment will entitle the Knauf Entities to any recovery obtained from North River.)  The Court did not rule upon the INEX and Knauf Settlements, and has left the record open for an additional two weeks to allow interested parties to submit additional briefing.  Therefore, as of November 26, the date this Trial is set to begin, it will not be known who the real parties in interest are on the claims currently held by the INEX Settlement class members.  It will also not be known whether claims against INEX have been released or whether INEX remains a real party in interest.

In addition, the PSC, INEX, and the Knauf Entities recently filed a joint motion to amend the INEX and Knauf Settlements a second time.  The motion was not filed with the Court until October 16, 2012, and has never been set for hearing.  The primary effect of the proposed amendments would be to liquidate all claims against North River, not just the claims of the Trial Plaintiffs involved in the Trial, into a high/low settlement agreement.  The amount of damages will vary from zero to $72 million depending on the outcome of the Trial.  The parties have significant disagreement about whether the liquidation of damages is or will be binding against North River as well as whether the agreement will impact the availability of coverage under the policies issued to INEX.  North River is preparing an opposition to the motion to amend the Settlements and it will be filed shortly.  The opposition will address several issues that directly affect the Trial.

North River has objected to the consideration of the joint motion without proper notice and North River objects to the proposed amendment for several reasons, including the impact that the liquidation of damages would have on a Trial, which was intended to be a bellwether trial on the issue of whether or not INEX was a good faith seller of Chinese-manufactured drywall.  North River believes that there are substantial due process concerns raised by forcing a party to go to trial without knowledge of what the purpose and effect of the trial will be.

Despite the different views that may be held by the Plaintiffs and North River on the pending

motions, it does appear that there are new issues of standing, real party in interest, and justiciable controversy to be resolved. North River believes that the question of whether the Trial is simply a bellwether trial or whether it is intended to act as a class action trial on damages has to be determined before Trial can be held. The lack of clarity on these issues also creates significant barriers to further attempts to resolve the remaining claims short of trial. Because of these uncertainties, the PSC and North River agree that the trial should be continued until after the pending motions on approving or amending the INEX and Knauf Settlements are resolved.

All of the parties have worked diligently to complete discovery and prepare for trial on an expedited and difficult schedule. This request for a continuance of the Trial is not due to a lack of effort or a lack of preparation, but because of the pending issues outside of the Trial that will largely determine whose interests are at stake in the Trial and what the purpose of the Trial is. If these external issues can be resolved before Trial begins, the parties will be in a much better position to evaluate the risks involved in the Trial and what the Trial will mean.

For these reasons, the Trial Plaintiffs and North River jointly ask that the Trial be continued until after the resolution of the pending motions for approval and amendment of the INEX and the Knauf Settlements.

Respectfully submitted,

/s/ Christopher Seeger

CHRISTOPHER SEEGER
Seeger Weiss, LLP
One William Street
New York, New York 10004
Telephone:      212/584-0700
Facsimile:      212/584-0799
E-mail:         cseeger@seegerweiss.com

*Counsel for Plaintiffs*
/s/ Gerald E. Meunier
_____

GERALD E. MEUNIER
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
E-mail:        gmeunier@gainsben.com
*Counsel for Plaintiffs*


/s/ Kevin Risley
_____

Kevin F. Risley
Thompson Coe Cousins & Irons, L.L.P.
One Riverway, Suite 1600
Houston, Texas 77056
Telephone:     713/403-8295
Facsimile:     713/403-8299
E-mail:        krisley@thompsoncoe.com
*Counsel for defendant North River*


/s ERIC B. BERGER_____
SIDNEY J. ANGELLE, ESQ.
La. Bar No. 1002
ERIC B. BERGER, ESQ.
La. Bar No. 26196
LOBMAN CARNAHAN BATT ANGELLE
& NADER
400 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Phone: (504) 586-9292
Fax:   (504) 586-1290
sja@lcba-law.com
ebb@lcba-law.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on November 14, 2012.

/s/ Eric B. Berger_____
Eric B. Berger