UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*CASES SET FOR TRIAL NOVEMBER 26*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

Please take notice that Trial Plaintiffs and The North River Insurance Company will bring forth for hearing its Unopposed Motion for Continuance on the 12th day of December, 2012, at 9:00 o'clock a.m., before the Honorable Eldon Fallon in the United States District Court, Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana 70130.

Respectfully submitted,

THOMPSON COE COUSINS & IRONS LLP

By: _____/s Eric B. Berger_____
BRIAN S. MARTIN, ESQ.
KEVIN RISLEY, ESQ.
RODRIGO "DIEGO" GARCIA, JR., ESQ.
One Riverway, Suite 1600
Houston, Texas 77056
Phone: (713) 403-8206
Fax:  (713) 403-8299
bmartin@thompsoncoe.com

-AND-

LOBMAN CARNAHAN BATT ANGELLE
& NADER, PLC

SIDNEY J. ANGELLE, ESQ.
La. Bar No. 1002
ERIC B. BERGER, ESQ.
La. Bar No. 26196

_____
PAGE 1

                                      400 Poydras Street, Suite 2300
                                      New Orleans, Louisiana 70130
                                      Phone: (504) 586-9292
                                      Fax:    (504) 586-1290
                                      sja@lcba-law.com
                                      ebb@lcba-law.com

                                      ATTORNEYS FOR THE NORTH RIVER
                                      INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on November 14, 2012.

                                                              _____*/s Eric B. Berger*_____
                                                              ERIC B. BERGER