UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL | ) | MDL No. 2047 |
| | ) | |
| | ) | SECTION:  L |
| | ) | |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| | ) | |

**MOTION FOR AWARD OF COMPENSATION FOR CLASS REPRESENTATIVES**

COMES NOW the Plaintiffs, David and Joan Glickman, Dario Orlando, Keith San Filippo, Stephen Sines, and Thomas Wojciechowski, by and through the undersigned counsel, and respectfully moves this Court for an Order for Award of Compensation for Class Representatives, and states as follows in support:

On July 9, 2010, the Plaintiffs herein filed a state-wide class action lawsuit against Banner entities in Circuit Court in and for the Seventeenth Judicial Circuit in Florida.  *See* attached Exhibit A.

The Plaintiffs represented a cross-section of potential homeowners and associations impacted by reactive Chinese Drywall.  More specifically, the Plaintiffs could be described as follows:  David and Joan Glickman: Condominium homeowner; Dario Orlando: Individual homeowner; Keith San Filippo: Condominium homeowners and representative of association; Stephen Sines: Individual homeowner who built his home; Thomas Wojciechowski: Condominium homeowner who self-remediated and representative of association.

Each of the Plaintiffs volunteered for the role of class representative, understanding the gravity of this duty and the necessary hard work which would follow.  In fact, collectively, the plaintiffs spent approximately twenty-five (25) hours in deposition, answered approximately two

hundred and fifty (250) interrogatories, and produced hundreds pages of discovery in response to several requests for production.

The state-wide class action was vigorously litigated. See Docket Sheet attached as Exhibit B. The litigation progressed through motions to dismiss, motions for continuance, and discovery battles. In fact, on the eve of scheduled trial, the Banner Defendants sought appellate review seeking to block the progress of the trial.

Days before the trial of the State-wide Class Action was scheduled to begin, the parties agreed to stay the matter as negotiations for resolution progressed under the auspices of this Court.

Fairness dictates that these class representatives, and indeed all class representatives, be rewarded for their dedication and hard work. These types of awards incentivize future class representatives to come forward to dedicate time to fully and meaningfully represent putative class groups.

The undersigned does NOT intend to seek any attorney's fees from any award by this Court from the award. Any award must be net to the class representatives.

The award for these class representatives should be paid for by the Defendants, rather than taken from any fund necessary for remediation or recovery intended to compensate victims of reactive drywall. Alternatively, the awards could be taken from the common benefit fee and cost fund.

WHEREFORE, the Plaintiffs hereby respectfully request this Court enter a reasonable award to each class representatives who met the expectations of the status as a class representative compensating for the necessary hard work and dedication to their role as a class representative.

Respectfully submitted,

*/s/ Michael J. Ryan* _____
Michael J. Ryan
Florida Bar No. 975990
Krupnick, Campbell, Malone, Buser, Slama,
Hancock, Liberman & McKee, P.A.
Attorneys for Plaintiff
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
(954) 763-8181
FAX (954) 763-8292
mryan@krupnicklaw.com
pleadings-mjr@krupnicklaw.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing Memorandum of Law in Support of Motion for Award of Compensation for Class Representatives has been served upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of November, 2012.

              */s/ Michael J. Ryan*
              Michael J. Ryan
              Florida Bar No. 975990
              Krupnick, Campbell, Malone, Buser, Slama,
              Hancock, Liberman & McKee, P.A.
              Attorneys for Plaintiff
              12 S.E. 7 Street, Suite 801
              Ft. Lauderdale, FL  33301
              (954) 763-8181
              FAX (954) 763-8292
              mryan@krupnicklaw.com
              pleadings-mjr@krupnicklaw.com