# EXHIBIT B

## Case Detail

| | |
|---|---|
| Broward County Case Number: **CACE10028090** | State Reporting Number: **062010CA028090AXXXCE** |
| Court Type: **Civil Division - Circuit Court** | Case Type: **Products Liability** |
| Incident Date: **N/A** | Filing Date: **07/09/2010** |
| Court Location: **Central Courthouse** | Case Status: **Pending** |
| Magistrate ID / Name: **N/A** | Judge ID / Name: **12 Gates, Michael L.** |

Style: **Dario Orlando, et al Plaintiff vs. Banner Supply Co Pompano Llc, et al Defendant**

| Party(ies) | Disposition(s) | Event(s) |
|---|---|---|

[--] Party Detail

| Party Type | Party Name | Address (Per AOSC07-49, only the addresses of counsel can be displayed.) | Attorneys / Address ★ Denotes Lead Attorney (Per FL Bar Rule 1-3.3, the most current attorney contact information can be found on the Florida Bar website.) |
|---|---|---|---|
| Plaintiff | Dockside Lofts Condo Assn Inc | | |
| Plaintiff | Glickman, David | | ★ Ryan, Michael Joseph<br>Retained<br>Krupnick Campbell Malone et al<br>12 SE 7th St Ste 801<br>Fort Lauderdale, FL 33301-3426 |
| Plaintiff | Glickman, Joan | | ★ Ryan, Michael Joseph<br>Retained<br>Krupnick Campbell Malone et al<br>12 SE 7th St Ste 801<br>Fort Lauderdale, FL 33301-3426 |
| Plaintiff | Oceanpark Est Assn Inc | | |
| Plaintiff | Orlando, Dario | | ★ Ryan, Michael Joseph<br>Retained<br>Krupnick Campbell Malone et al<br>12 SE 7th St Ste 801<br>Fort Lauderdale, FL 33301-3426 |
| Plaintiff | Sines, Stephen | | |
| Plaintiff | Wojciechowski, Thomas | | |
| Defendant | Banner Supply Co Substitution | | ★ Ehrenreich, Todd R<br>Retained<br>Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC<br>2601 S. Bayshore Dr.<br>Suite 1500<br>Miami, FL 33133 |
| Defendant | Banner Supply Co Fort Myers LLC | | ★ Ehrenreich, Todd R<br>Retained<br>Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC<br>2601 S. Bayshore Dr.<br>Suite 1500<br>Miami, FL 33133 |
| Defendant | Banner Supply Co Pompano Llc | | ★ Ehrenreich, Todd R<br>Retained<br>Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC<br>2601 S. Bayshore Dr.<br>Suite 1500<br>Miami, FL 33133 |
| Defendant | Banner Supply Co Port St Lucie LLC | | ★ Peterson, Michael P., ESQ.<br>Retained<br>10631 N. Kendall Drive #220<br>Miami, FL 33176-1568 |
| Defendant | Banner Supply Co Tampa LLC | | ★ Ehrenreich, Todd R<br>Retained<br>Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC<br>2601 S. Bayshore Dr.<br>Suite 1500<br>Miami, FL 33133 |

[--] Disposition Detail

| Date | Disposition(s) |
|---|---|
| 02/04/2011 | Order Granting Motion to Dismiss<br>Comment (amended complaint as to Ct IV for private nuisance) |

[--] Events, Hearings and Orders of the Court

| Date | Description | Additional Text |
|---|---|---|
| 06/29/2011 | Notice | to stay of these proceedings pursuant to 28 usc 1651 unsigned /exhs attchd<br>Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 06/29/2011 | Notice of Filing | class certification pls' /exh to req for court participation in and supervision of the proposed banner settlement /exhs attchd<br>Party: *Plaintiff* Orlando, Dario *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan |
| 06/29/2011 | Request | class certification pls' rq for court participation in and supervision of the proposed banner settlement<br>Party: *Plaintiff* Orlando, Dario *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan |
| 06/29/2011 | Volume Created | #012 |
| 06/29/2011 | Volume Created | #013 |
| 06/22/2011 | Notice | of stay of all proceedings pursuant to 28 u.s.c. 1651 /exhs attchd /filed by dfs banner supply co, banner supply co tampa llc, banner supply co pompano llc, banner supply co fort meyers llc and banner supply intl |
| 06/22/2011 | Volume Created | #11 |
| 03/28/2011 | Notice of Unavailability | Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 02/04/2011 | Order Granting Motion to Dismiss | |
| 02/01/2011 | Notice of Unavailability | Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 01/19/2011 | Order Denying Motion | dfs' mot to stay case pending resolution of first-filed action |
| 01/18/2011 | Notice of Cancellation | of hrg 01-18-11 |
| 01/14/2011 | Agreed Order | on dfs' mot for enlargement of time to serve opp to mot for class certification, granted /dfs until 01-12-11 |
| 01/13/2011 | Notice of Cancellation | of hrg 01-14-11 2:00 |
| 01/13/2011 | Notice of Change of Address | todd r ehrenreich esq<br>Party: *Defendant* Banner Supply Co Pompano Llc *Defendant* Banner Supply Co Fort Myers LLC *Defendant* Banner Supply Co Port St Lucie LLC *Defendant* Banner Supply Co Tampa LLC |
| 01/11/2011 | Exhibit List | Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 01/11/2011 | Notice of Hearing | 01/14/11 3:00pm Rm 950 |
| 01/10/2011 | Unopposed Motion | for enlargment of time to serve opp to pls' mot for class certification<br>Party: *Defendant* Banner Supply Co Pompano Llc *Defendant* Banner Supply Co Fort Myers LLC *Defendant* Banner Supply Co Port St Lucie LLC *Defendant* Banner Supply Co Tampa LLC |
| 01/07/2011 | Motion | for Judicial Notice / exh attach<br>Party: *Attorney* Ryan, Michael Joseph |
| 01/07/2011 | Volume Created | #10 |
| 01/07/2011 | Exhibit List | Party: *Defendant* Banner Supply Co Pompano Llc *Defendant* Banner Supply Co Fort Myers LLC *Defendant* Banner Supply Co Tampa LLC |
| 01/06/2011 | Exhibit List | Party: *Plaintiff* Orlando, Dario *Plaintiff* Sines, Stephen *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan *Plaintiff* Wojciechowski, Thomas *Plaintiff* Oceanpark Est Assn Inc *Plaintiff* Dockside Lofts Condo Assn Inc |
| 01/06/2011 | Response to Request for Production | 2nd supp<br>Party: *Plaintiff* Orlando, Dario *Plaintiff* Sines, Stephen *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan *Plaintiff* Wojciechowski, Thomas *Plaintiff* Oceanpark Est Assn Inc *Plaintiff* Dockside Lofts Condo Assn Inc |
| 01/06/2011 | Response to Request for Production | 2nd supp<br>Party: *Plaintiff* Sines, Stephen |
| 01/05/2011 | Motion to Strike | df experts<br>Party: *Plaintiff* Orlando, Dario *Plaintiff* Sines, Stephen *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan *Plaintiff* Wojciechowski, Thomas *Plaintiff* Oceanpark Est Assn Inc *Plaintiff* Dockside Lofts Condo Assn Inc |
| 01/05/2011 | Motion to Compel | dates of corp representative depo<br>Party: *Plaintiff* Orlando, Dario *Plaintiff* Sines, Stephen *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan *Plaintiff* Wojciechowski, Thomas *Plaintiff* Oceanpark Est Assn Inc *Plaintiff* Dockside Lofts Condo Assn Inc |
| 01/05/2011 | Response to Request for Production | supp<br>Party: *Plaintiff* Orlando, Dario *Plaintiff* Sines, Stephen *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan *Plaintiff* Wojciechowski, Thomas *Plaintiff* Oceanpark Est Assn Inc *Plaintiff* Dockside Lofts Condo Assn Inc |

| Date | Type | Description |
|---|---|---|
| 01/04/2011 | Order Denying Motion | mot to stay case pending resolution of first-filed action |
| 01/03/2011 | Amended | 1st amended class action complaint/pltfs |
| 01/03/2011 | Response | to request for production/pltf |
| 01/03/2011 | Notice of Hearing | 1/4/11 8:45 |
| 12/30/2010 | Response to Request for Production | Party: *Plaintiff* Dockside Lofts Condo Assn Inc |
| 12/30/2010 | Response to Request for Production | Party: *Plaintiff* Orlando, Dario |
| 12/30/2010 | Response to Request for Production | Party: *Plaintiff* Sines, Stephen |
| 12/30/2010 | Response to Request for Production | Party: *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan |
| 12/30/2010 | Notice of Service of Answers to Interrogatories | not of service of filing answers to banner psl's interrogs of 12/3/10 Party: *Plaintiff* Orlando, Dario |
| 12/30/2010 | Supplemental Response/Request for Production | pls supp respo to req for produc Party: *Plaintiff* Dockside Lofts Condo Assn Inc |
| 12/30/2010 | Response to Request for Production | Party: *Plaintiff* Wojciechowski, Thomas |
| 12/23/2010 | Subpoena for Deposition Duces Tecum Returned Served | |
| 12/23/2010 | Notice of Service | of filing ans to banner psl's interrog of 12-3-10 Party: *Plaintiff* Sines, Stephen |
| 12/23/2010 | Notice of Service | of ans to banner psl's interrog of 12-3-10 Party: *Plaintiff* Wojciechowski, Thomas |
| 12/23/2010 | Notice of Service | of ans to banner psl's interrog of 12-3-10 Party: *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan |
| 12/23/2010 | Notice of Service | of filing ans to banner psl's interrog of 12-3-10 Party: *Plaintiff* Dockside Lofts Condo Assn Inc |
| 12/23/2010 | Notice of Service | of filing ans to banner psl's interrog of 12-3-10 Party: *Plaintiff* Oceanpark Est Assn Inc |
| 12/22/2010 | Disclosure of Expert Witness | Party: *Defendant* Banner Supply Co Pompano Llc *Defendant* Banner Supply Co Port St Lucie LLC |
| 12/22/2010 | Volume Created | #9 |
| 12/21/2010 | Disclosure of Expert Witness | exhs attchd Party: *Defendant* Banner Supply Co Pompano Llc *Defendant* Banner Supply Co Fort Myers LLC *Defendant* Banner Supply Co Tampa LLC |
| 12/20/2010 | Subpoena for Deposition Duces Tecum Returned Served | |
| 12/20/2010 | Subpoena for Deposition Duces Tecum Returned Served | |
| 12/16/2010 | Expert Witness List | disclosure for class cert hrg Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 12/16/2010 | Expert Witness List | disclosure for class cert hrg Party: *Defendant* Banner Supply Co Fort Myers LLC |
| 12/16/2010 | Expert Witness List | disclosure for class cert hrg Party: *Defendant* Banner Supply Co Pompano Llc |
| 12/16/2010 | Expert Witness List | disclosure for class cert hrg Party: *Defendant* Banner Supply Co Tampa LLC |
| 12/15/2010 | Disclosure of Expert Witness | for class certification hrg Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 12/14/2010 | Request for Production of Documents | to pl stephen sines Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 12/14/2010 | Request for Production of Documents | 1st to pl thomas wojciechowski Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 12/14/2010 | Request for Production of Documents | 1st of pls davd glickman and joan glickman Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 12/14/2010 | Request for Production of Documents | 1st to pl ocean park estates assn inc Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 12/14/2010 | Request for Production of Documents | 1st to pl dockside lofts condo assn inc Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 12/14/2010 | Request for Production of Documents | 1st to pl dario orlando Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 12/14/2010 | Memorandum of Law | in opp to df banner supply co port st lucie llc's mot to dismiss the 1st amended class action complaint /exhs attchd Party: *Plaintiff* Orlando, Dario *Plaintiff* Sines, Stephen *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan *Plaintiff* Wojciechowski, Thomas *Plaintiff* Oceanpark Est Assn Inc |
| 12/14/2010 | Re-Notice of Taking Deposition | dt of rc/f vicino and co inc |
| 12/14/2010 | Memorandum of Law | in opp to df banner entities' mot to stay case Party: *Plaintiff* Orlando, Dario *Plaintiff* Sines, Stephen *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan *Plaintiff* Wojciechowski, Thomas *Plaintiff* Oceanpark Est Assn Inc *Plaintiff* Dockside Lofts Condo Assn Inc |

| Date | Event | Details |
|---|---|---|
| 12/14/2010 | Volume Created | #8 |
| 12/14/2010 | Re-Notice of Hearing | 01-14-11 2:00 rm 950 |
| 12/13/2010 | Notice of Service | of Unverified Ans to Pl's First Set of Interrogs<br>Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 12/13/2010 | Response to Request for Admissions | Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 12/13/2010 | Response | and Objections to Pl Dario's First Req f/Prod<br>Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 12/10/2010 | Notice of Service | banner supply co port st lucie llc's 1st set of interrogs to ocean park estate assn's inc<br>Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 12/10/2010 | Notice of Service of Answers to Interrogatories | unverified ans to 2nd interrogs<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 12/10/2010 | Notice of Service of Answers to Interrogatories | unverified<br>Party: *Defendant* Banner Supply Co Tampa LLC |
| 12/10/2010 | Notice of Service of Answers to Interrogatories | unverified<br>Party: *Defendant* Banner Supply Co Fort Myers LLC |
| 12/10/2010 | Notice of Service of Answers to Interrogatories | unverified<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 12/10/2010 | Response to Request for Admissions | 1st<br>Party: *Defendant* Banner Supply Co Fort Myers LLC |
| 12/10/2010 | Response to Request for Admissions | 1st<br>Party: *Defendant* Banner Supply Co Fort Myers LLC |
| 12/10/2010 | Response to Request for Admissions | Party: *Defendant* Banner Supply Co Tampa LLC |
| 12/10/2010 | Response to Request for Admissions | Party: *Defendant* Banner Supply Co Pompano Llc |
| 12/10/2010 | Response to Request for Admissions | 2nd<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 12/10/2010 | Response to Request for Production | of docs /1st<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 12/10/2010 | Response to Request for Production | to dario orlando's 2nd req<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 12/10/2010 | Response to Request for Production | 1st of docs<br>Party: *Defendant* Banner Supply Co Tampa LLC |
| 12/10/2010 | Response to Request for Production | 1st of docs<br>Party: *Defendant* Banner Supply Co Fort Myers LLC |
| 12/10/2010 | Volume Created | #7 |
| 12/08/2010 | Disclosure of Expert Witness | for class certification hrg and pursuant to frcp 1280<br>Party: *Plaintiff* Orlando, Dario *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan |
| 12/08/2010 | Notice of Service | banner supply co port st lucie llc's 1st set of interrogs to david and joan glickman<br>Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 12/08/2010 | Notice of Service | banner supply co port st lucie, llc's 1st set of interrogs to stephen sines<br>Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 12/08/2010 | Notice of Service | banner supply co port st lucie, llc's 1st set of interrogs to dosckside lofts condo assn inc |
| 12/08/2010 | Notice of Service | banner supply co port st lucie, llc's 1st set of interrogs to thomas wojciechowski |
| 12/08/2010 | Notice of Service | banner supply co port st lucie, llc's 1st set of interrogs to dario orlando |
| 12/08/2010 | Subpoena for Deposition Duces Tecum Returned Served | corrected |
| 12/08/2010 | Subpoena for Deposition Duces Tecum Returned Served | corrected |
| 12/08/2010 | Subpoena for Deposition Duces Tecum Returned Served | corrected |
| 12/08/2010 | Subpoena for Deposition Duces Tecum Returned Served | corrected |
| 12/07/2010 | Order | scheduling order for class certification hearing /see file |
| 12/06/2010 | Volume Created | vol #5 |
| 12/06/2010 | Response to Request for Production | Party: *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan |
| 12/06/2010 | Notice of Taking Deposition Duces Tecum | of rc/charlotte county property appraiser |
| 12/06/2010 | Notice of Taking Deposition Duces Tecum | of rc/hillsborough property appraiser |
| 12/06/2010 | Notice of Service of Answers to Interrogatories | Party: *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan |
| 12/03/2010 | Re-Notice of Taking Deposition | video dt of corp rep banner supply co |

| Date | Type | Description |
|---|---|---|
| 12/03/2010 | Re-Notice of Taking Deposition | video dt of corp rep banner supply co port st lucie |
| 12/03/2010 | Re-Notice of Taking Deposition | video dt of corp rep banner supply co tampa |
| 12/03/2010 | Re-Notice of Taking Deposition | video dt of corp rep banner supply co pompano |
| 12/03/2010 | Re-Notice of Taking Deposition | video dt of corp rp banner supply co fort myers |
| 12/02/2010 | Notice of Hearing | 12-16-10 11:00 rm 950 |
| 12/02/2010 | Witness List | initial witness list for class certification<br>Party: *Defendant* Banner Supply Co Pompano Llc *Defendant* Banner Supply Co Fort Myers LLC *Defendant* Banner Supply Co Port St Lucie LLC *Defendant* Banner Supply Co Tampa LLC |
| 12/02/2010 | Subpoena for Deposition Duces Tecum Returned Served | |
| 12/02/2010 | Subpoena for Deposition Duces Tecum Returned Served | |
| 12/02/2010 | Subpoena for Deposition Duces Tecum Returned Served | |
| 12/02/2010 | Subpoena for Deposition Duces Tecum Returned Served | |
| 12/02/2010 | Subpoena for Deposition Duces Tecum Returned Served | |
| 12/02/2010 | Subpoena for Deposition Duces Tecum Returned Served | |
| 12/02/2010 | Subpoena for Deposition Duces Tecum Returned Served | |
| 11/30/2010 | Disclosure | expert disclosure for class certification hrg<br>Party: *Plaintiff* Orlando, Dario |
| 11/29/2010 | Motion to Stay | case pending resolution of first-filed action<br>Party: *Defendant* Banner Supply Co Pompano Llc *Defendant* Banner Supply Co Fort Myers LLC *Defendant* Banner Supply Co Tampa LLC |
| 11/29/2010 | Volume Created | #6 |
| 11/23/2010 | Notice of Service | of filing answers to interrogs<br>Party: *Plaintiff* Oceanpark Est Assn Inc |
| 11/23/2010 | Response to Request for Production | Party: *Plaintiff* Orlando, Dario |
| 11/23/2010 | Response to Request for Production | Party: *Plaintiff* Oceanpark Est Assn Inc |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | records custodian of sarasota property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | records custodian of st. lucie county property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | records custodian of pasco county property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | records custodian of broward county property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | records custodian of collier county property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | records custodian miami-dade county property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | records custodian of charlotte county property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | records custodian of manatee county property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | records custodian of indian river property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | records custodian of lee county property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | records custodian of martin county property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | records custodian of palm beach county property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | (corrected) records custodian of martin county property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | (corrected) records custodian of manatee county property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | (corrected) records custodian of palm beach county property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | (corrected) records custodian of indian river property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | (corrected) records custodian of lee county property appraiser |
| 11/23/2010 | | |

| | Notice of Taking Deposition Duces Tecum | (corrected) records custodian of miami-dade county property appraiser |
|---|---|---|
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | (corrected) records custodian of collier county property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | (corrected) records custodian of charlotte county property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | (corrected) records custodian of pasco county property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | (corrected) records custodian of broward county property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | (corrected) records custodian of st. lucie county property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | (corrected) records custodian of sarasota property appraiser |
| 11/23/2010 | Notice of Taking Deposition Duces Tecum | records custodian of F. Vicino and Co inc |
| 11/23/2010 | Notice of Service of Answers to Interrogatories | unverified to david and joan glickman<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 11/23/2010 | Notice of Service of Answers to Interrogatories | unverified ans to thomas wojciechowski's<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 11/23/2010 | Notice of Service of Answers to Interrogatories | unverified ans to stephen sines<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 11/23/2010 | Response to Request for Production | to dario orlando 1st req for prod<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 11/23/2010 | Response to Request for Production | to thomas wojciechowski's 1st req<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 11/23/2010 | Response to Request for Production | to stephen sines' 1st req for prod<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 11/23/2010 | Response to Request for Production | to oceanpark estates assn inc;s 1st req for prod<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 11/23/2010 | Response to Request for Production | to david and joan glickman's 1st req for prod<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 11/23/2010 | Response to Request for Production | to dockside lofts condo assos inc's 1st req for prod<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 11/23/2010 | Response to Request for Admissions | to thomas wojciechowski's 1st req for admissions<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 11/23/2010 | Response to Request for Admissions | to stephen sines' 1st req for admissions<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 11/23/2010 | Notice of Service of Answers to Interrogatories | of unverified ans to dario orlando's Interrogs.<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 11/23/2010 | Response to Request for Admissions | to dario orlando's 1st req for admissions<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 11/23/2010 | Response to Request for Admissions | to oceanpark esates assn inc's 1st req for prod<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 11/23/2010 | Response to Request for Admissions | to david and joan glickman's 1st req for admisions<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 11/23/2010 | Response to Request for Admissions | to dockside lofts condo assninc's 1st req for prod<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 11/23/2010 | Notice of Service of Answers to Interrogatories | unverified ans to dockside loft's condo assn inc's interrogs<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 11/23/2010 | Notice of Service of Answers to Interrogatories | unverified ans to oceanpark estates assn inc's interrogs<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 11/22/2010 | Response to Request for Production | Party: *Plaintiff* Dockside Lofts Condo Assn Inc |
| 11/22/2010 | Motion to Dismiss | the 1st amd class action complaint & incorporated memo of law / exh attach<br>Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 11/22/2010 | Witness List | initial witness list for class certification hrg<br>Party: *Plaintiff* Orlando, Dario |
| 11/19/2010 | Notice of Taking Deposition Duces Tecum | rc/st lucie county property appraiser |
| 11/19/2010 | Notice of Taking Deposition Duces Tecum | of rc/indian river property appraiser |
| 11/19/2010 | Notice of Taking Deposition Duces Tecum | of rc/sarasota property appraiser |
| 11/19/2010 | Notice of Taking Deposition Duces Tecum | of rc/collier county property appraiser |
| 11/19/2010 | Notice of Taking Deposition Duces Tecum | of rc/martin county property appraiser |
| 11/19/2010 | | of rc/manatee county property appraiser |

| | | |
|---|---|---|
| | Notice of Taking Deposition Duces Tecum | |
| 11/19/2010 | Notice of Taking Deposition Duces Tecum | of rc/ pasco county property appraiser |
| 11/19/2010 | Notice of Taking Deposition Duces Tecum | of rc/charlotte county property appraiser |
| 11/19/2010 | Notice of Taking Deposition Duces Tecum | of rc/lee county property appraiser |
| 11/19/2010 | Notice of Taking Deposition Duces Tecum | rc/miami dade county property appraiser |
| 11/19/2010 | Notice of Taking Deposition Duces Tecum | rs/palm beach cty property appraiser |
| 11/19/2010 | Notice of Taking Deposition Duces Tecum | rc/brwd cty property appraiser |
| 11/19/2010 | Order | Scheduling order for class certification hrg /see file |
| 11/19/2010 | Notice of Taking Deposition Duces Tecum | of corp rep of banner supply co port st lucie |
| 11/19/2010 | Notice of Taking Deposition Duces Tecum | corp rep of banner supply co |
| 11/19/2010 | Notice of Taking Deposition Duces Tecum | corp rep of banner supply co tampa |
| 11/19/2010 | Notice of Taking Deposition Duces Tecum | corp rep of banner supply co fort myers |
| 11/19/2010 | Notice of Taking Deposition Duces Tecum | corp rep of banner supply co pompano |
| 11/18/2010 | Request for Production | 2nd to df banner supply co tampa llc<br>Party: *Plaintiff* Orlando, Dario |
| 11/18/2010 | Request for Production | 2nd to df banner supply co fort myers llc<br>Party: *Plaintiff* Orlando, Dario |
| 11/18/2010 | Request for Production | 2nd to df banner supply company ort st lucie lc<br>Party: *Plaintiff* Orlando, Dario |
| 11/18/2010 | Request for Production | 2nd to df banner supply co pompano llc<br>Party: *Plaintiff* Orlando, Dario |
| 11/18/2010 | Request for Production | 3rd to df banner supply co<br>Party: *Plaintiff* Orlando, Dario |
| 11/18/2010 | Reply to Affirmative Defenses | to bscfm's<br>Party: *Plaintiff* Orlando, Dario |
| 11/18/2010 | Reply to Affirmative Defenses | Party: *Plaintiff* Orlando, Dario |
| 11/18/2010 | Response to Request for Production | Party: *Plaintiff* Orlando, Dario |
| 11/16/2010 | Motion for Enlargement of Time | to respond to the 1st amended class action complaint and demand for jury trial<br>Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 11/16/2010 | Volume Created | vol #4 |
| 11/16/2010 | Request for Production | 1st to deft/pltfs |
| 11/16/2010 | Notice of Service | of interrogatories to deft/pltfs |
| 11/16/2010 | Notice of Service | of interrogatories to deft/pltfs |
| 11/16/2010 | Notice of Service | of interrogatories to deft/pltfs |
| 11/16/2010 | Notice of Service | of interrogatories to deft/pltfs |
| 11/16/2010 | Request for Admissions | to deft/pltfs |
| 11/16/2010 | Request for Admissions | to deft/pltfs |
| 11/16/2010 | Request for Admissions | to deft/pltfs |
| 11/16/2010 | Request for Admissions | to deft/pltfs |
| 11/16/2010 | Request for Production | 1st to deft/pltfs |
| 11/16/2010 | Request for Production | 1st to deft/pltfs |
| 11/16/2010 | Request for Production | 1st to deft/pltfs |
| 11/16/2010 | Request for Production | 2nd to deft/pltfs |
| 11/16/2010 | Notice of Service | of second interrogatories to deft/pltfs |
| 11/16/2010 | Request for Admissions | 2nd to deft/pltfs |
| 11/15/2010 | Notice of Service of Answers to Interrogatories | Party: *Plaintiff* Orlando, Dario |
| 11/15/2010 | Notice of Service of Answers to Interrogatories | Party: *Plaintiff* Dockside Lofts Condo Assn Inc |
| 11/15/2010 | Notice of Hearing | 11-18-10 10:00 rm 950 |
| 11/15/2010 | Response to Request for Production | Party: *Plaintiff* Sines, Stephen |
| 11/12/2010 | Answer to Amended Complaint | 1st<br>Party: *Defendant* Banner Supply Co Fort Myers LLC |
| 11/12/2010 | Answer to Amended Complaint | 1st<br>Party: *Defendant* Banner Supply Co Tampa LLC |

| Date | Event | Details |
|---|---|---|
| 11/12/2010 | Notice of Service of Answers to Interrogatories | Party: *Plaintiff* Sines, Stephen |
| 11/12/2010 | Motion | supp mot for class certification<br>Party: *Plaintiff* Orlando, Dario *Plaintiff* Sines, Stephen *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan *Plaintiff* Wojciechoski, Thomas *Plaintiff* Oceanpark Est Assn Inc *Plaintiff* Dockside Lofts Condo Assn Inc |
| 11/12/2010 | Notice of Service of Answers to Interrogatories | Party: *Plaintiff* Wojciechoski, Thomas |
| 11/09/2010 | Subpoena for Deposition Duces Tecum Returned Served | |
| 11/08/2010 | Notice of Hearing | 11-12-10 2:00 rm 950 |
| 11/05/2010 | Reply to Affirmative Defenses | Party: *Plaintiff* Orlando, Dario *Plaintiff* Sines, Stephen *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan *Plaintiff* Wojciechoski, Thomas *Plaintiff* Oceanpark Est Assn Inc *Plaintiff* Dockside Lofts Condo Assn Inc |
| 11/05/2010 | Reply to Affirmative Defenses | Party: *Plaintiff* Orlando, Dario *Plaintiff* Sines, Stephen *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan *Plaintiff* Wojciechoski, Thomas *Plaintiff* Oceanpark Est Assn Inc *Plaintiff* Dockside Lofts Condo Assn Inc |
| 11/04/2010 | Motion | for Class Certification and Incorporated Memorandum of Law (Exh Attchd)<br>Party: *Plaintiff* Orlando, Dario *Plaintiff* Sines, Stephen *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan *Plaintiff* Wojciechoski, Thomas *Plaintiff* Oceanpark Est Assn Inc *Plaintiff* Dockside Lofts Condo Assn Inc |
| 11/04/2010 | Answer to Amended Complaint | 1st amended<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 11/04/2010 | Answer to Amended Complaint | 1st amended<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 10/28/2010 | Summons Returned Served | 10/22/10<br>Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 10/28/2010 | Summons Returned Served | 10/21/10<br>Party: *Defendant* Banner Supply Co Tampa LLC |
| 10/28/2010 | Summons Returned Served | 10/21/10<br>Party: *Defendant* Banner Supply Co Fort Myers LLC |
| 10/18/2010 | Summons on Amended Complaint Issued | hb to ps<br>Party: *Defendant* Banner Supply Co Fort Myers LLC |
| 10/18/2010 | Summons on Amended Complaint Issued | hb to ps<br>Party: *Defendant* Banner Supply Co Port St Lucie LLC |
| 10/18/2010 | Summons on Amended Complaint Issued | hb to ps<br>Party: *Defendant* Banner Supply Co Tampa LLC |
| 10/18/2010 | Summons Issued Fee | Payor: Ryan, Michael Joseph ; Userid: CTS-lbynes ; Receipt: 20101YE1F008851; Comments: CHK#65423/SIS 3 ; Amount: $30.00 |
| 10/15/2010 | Notice of Cancellation | videotaped depo of rc/center for toxicology and env health llc |
| 10/15/2010 | Agreed Order | pls' mot to amend complaint to allow pls to add party dfs, granted /df banner supply pompano llc 20 days |
| 10/13/2010 | Notice of Video Deposition | of rc/center for toxicology and environmental health llc |
| 10/12/2010 | Request for Production | directed to pl stephen sines<br>Party: *Defendant* Banner Supply Co Pompano Llc |
| 10/11/2010 | Cross Notice of Taking Deposition | videotaped of knauf gips kg |
| 10/11/2010 | Cross Notice of Taking Deposition | videotaped of knauf gips kg |
| 10/08/2010 | Motion to Amend Complaint | to allow pls to add party dfs /attchd proposed 1st amd complaint as exh a<br>Party: *Plaintiff* Orlando, Dario *Plaintiff* Sines, Stephen *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan *Plaintiff* Wojciechoski, Thomas *Plaintiff* Oceanpark Est Assn Inc *Plaintiff* Dockside Lofts Condo Assn Inc |
| 10/07/2010 | Request for Production | directed to pl thomas wojciechoski<br>Party: *Defendant* Banner Supply Co Pompano Llc *Defendant* Banner Supply Co Fort Myers LLC *Defendant* Banner Supply Co Port St Lucie LLC *Defendant* Banner Supply Co Tampa LLC |
| 10/07/2010 | Request for Production | to directed to pl david and joan<br>Party: *Defendant* Banner Supply Co Pompano Llc *Defendant* Banner Supply Co Fort Myers LLC *Defendant* Banner Supply Co Port St Lucie LLC *Defendant* Banner Supply Co Tampa LLC |
| 10/07/2010 | Notice of Service of Interrogs | to pl dockside lofts condo assn inc<br>Party: *Defendant* Banner Supply Co Pompano Llc *Defendant* Banner |

| | | |
|---|---|---|
| | | Supply Co Fort Myers LLC *Defendant* Banner Supply Co Port St Lucie LLC *Defendant* Banner Supply Co Tampa LLC |
| 10/07/2010 | Notice of Service of Interrogs | directed to pl oceanpark estates assn inc<br>Party: *Defendant* Banner Supply Co Pompano Llc *Defendant* Banner Supply Co Fort Myers LLC *Defendant* Banner Supply Co Port St Lucie LLC *Defendant* Banner Supply Co Tampa LLC |
| 10/07/2010 | Notice of Service of Interrogs | directed to pl stephen sines<br>Party: *Defendant* Banner Supply Co Pompano Llc *Defendant* Banner Supply Co Fort Myers LLC *Defendant* Banner Supply Co Port St Lucie LLC *Defendant* Banner Supply Co Tampa LLC |
| 10/07/2010 | Notice of Service of Interrogs | directed to pl david and joan<br>Party: *Defendant* Banner Supply Co Pompano Llc *Defendant* Banner Supply Co Fort Myers LLC *Defendant* Banner Supply Co Port St Lucie LLC *Defendant* Banner Supply Co Tampa LLC |
| 10/07/2010 | Notice of Service of Interrogs | directed to pl thomas<br>Party: *Defendant* Banner Supply Co Pompano Llc *Defendant* Banner Supply Co Fort Myers LLC *Defendant* Banner Supply Co Port St Lucie LLC *Defendant* Banner Supply Co Tampa LLC |
| 10/07/2010 | Notice of Service of Interrogs | directed to pl dario orlando<br>Party: *Defendant* Banner Supply Co Pompano Llc *Defendant* Banner Supply Co Fort Myers LLC *Defendant* Banner Supply Co Port St Lucie LLC *Defendant* Banner Supply Co Tampa LLC |
| 10/07/2010 | Request for Production | directed to pl dario orlando<br>Party: *Defendant* Banner Supply Co Pompano Llc *Defendant* Banner Supply Co Fort Myers LLC *Defendant* Banner Supply Co Port St Lucie LLC *Defendant* Banner Supply Co Tampa LLC |
| 10/07/2010 | Request for Production | directed to pl doskside lofts condo assn inc<br>Party: *Defendant* Banner Supply Co Pompano Llc *Defendant* Banner Supply Co Fort Myers LLC *Defendant* Banner Supply Co Port St Lucie LLC *Defendant* Banner Supply Co Tampa LLC |
| 10/07/2010 | Request for Production | directed to pl oceanpark estates assn inc<br>Party: *Defendant* Banner Supply Co Pompano Llc *Defendant* Banner Supply Co Fort Myers LLC *Defendant* Banner Supply Co Port St Lucie LLC *Defendant* Banner Supply Co Tampa LLC |
| 10/07/2010 | Request for Production | to pl stephen sines<br>Party: *Defendant* Banner Supply Co Pompano Llc *Defendant* Banner Supply Co Fort Myers LLC *Defendant* Banner Supply Co Port St Lucie LLC *Defendant* Banner Supply Co Tampa LLC |
| 10/07/2010 | Request for Production | directed to pl stephen sines<br>Party: *Defendant* Banner Supply Co Pompano Llc *Defendant* Banner Supply Co Fort Myers LLC *Defendant* Banner Supply Co Port St Lucie LLC *Defendant* Banner Supply Co Tampa LLC |
| 10/07/2010 | Volume Created | #3 |
| 10/06/2010 | Notice of Service of Interrogs | to df banner supply co<br>Party: *Plaintiff* Orlando, Dario *Plaintiff* Sines, Stephen *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan *Plaintiff* Wojciechowski, Thomas *Plaintiff* Oceanpark Est Assn Inc *Plaintiff* Dockside Lofts Condo Assn Inc *Attorney* Ryan, Michael Joseph |
| 10/06/2010 | Request for Admissions | 1st to df banner supply co<br>Party: *Plaintiff* Sines, Stephen |
| 10/06/2010 | Request for Production | 1st to df banner supply co<br>Party: *Plaintiff* Orlando, Dario |
| 10/06/2010 | Notice of Service of Interrogs | to df banner sypply co<br>Party: *Plaintiff* Orlando, Dario *Plaintiff* Sines, Stephen *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan *Plaintiff* Wojciechowski, Thomas *Plaintiff* Oceanpark Est Assn Inc *Plaintiff* Dockside Lofts Condo Assn Inc |
| 10/06/2010 | Request for Admissions | 1st to df banner supply co<br>Party: *Plaintiff* Orlando, Dario |
| 10/06/2010 | Request for Production | 1st to df banner supply co<br>Party: *Plaintiff* Dockside Lofts Condo Assn Inc |
| 10/06/2010 | Notice of Service of Interrogs | to df banner supply co<br>Party: *Plaintiff* Orlando, Dario *Plaintiff* Sines, Stephen *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan *Plaintiff* Wojciechowski, Thomas *Plaintiff* Oceanpark Est Assn Inc *Plaintiff* Dockside Lofts Condo Assn Inc |
| 10/06/2010 | Request for Admissions | 1st to df banner supply co<br>Party: *Plaintiff* Dockside Lofts Condo Assn Inc |
| 10/06/2010 | Request for Production | 1st todf banner supply co<br>Party: *Plaintiff* Oceanpark Est Assn Inc |

| Date | Type | Description |
|---|---|---|
| 10/06/2010 | Notice of Service of Interrogs | to banner supply co<br>Party: *Plaintiff* Orlando, Dario *Plaintiff* Sines, Stephen *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan *Plaintiff* Wojciechowski, Thomas *Plaintiff* Oceanpark Est Assn Inc *Plaintiff* Dockside Lofts Condo Assn Inc |
| 10/06/2010 | Request for Admissions | to df banner supply co<br>Party: *Plaintiff* Oceanpark Est Assn Inc |
| 10/06/2010 | Request for Production | 1st to df banner supply co<br>Party: *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan |
| 10/06/2010 | Notice of Service of Interrogs | to df banner supplky co<br>Party: *Plaintiff* Orlando, Dario *Plaintiff* Sines, Stephen *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan *Plaintiff* Wojciechowski, Thomas *Plaintiff* Oceanpark Est Assn Inc *Plaintiff* Dockside Lofts Condo Assn Inc |
| 10/06/2010 | Request for Admissions | 1st to df banner supply co<br>Party: *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan |
| 10/06/2010 | Request for Production | to df banner supply co<br>Party: *Plaintiff* Wojciechowski, Thomas |
| 10/06/2010 | Notice of Service of Interrogs | to df banner supply inc<br>Party: *Plaintiff* Orlando, Dario *Plaintiff* Sines, Stephen *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan *Plaintiff* Wojciechowski, Thomas *Plaintiff* Oceanpark Est Assn Inc *Plaintiff* Dockside Lofts Condo Assn Inc |
| 10/06/2010 | Request for Admissions | 1st to df banner supply co<br>Party: *Plaintiff* Wojciechowski, Thomas |
| 10/06/2010 | Request for Production | 1st to df banner supply co<br>Party: *Plaintiff* Sines, Stephen |
| 10/06/2010 | Volume Created | #2 |
| 10/05/2010 | Reply to Affirmative Defenses | Party: *Plaintiff* Orlando, Dario *Plaintiff* Sines, Stephen *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan *Plaintiff* Wojciechowski, Thomas *Plaintiff* Oceanpark Est Assn Inc *Plaintiff* Dockside Lofts Condo Assn Inc |
| 09/30/2010 | Answer | Party: *Defendant* Banner Supply Co Pompano Llc |
| 09/28/2010 | Order Granting Motion | pl's mot to amend complaint by interlineation to correct party df's name /banner supply co shall be corrected on all pleadings to read banner supply co pompano llc |
| 09/28/2010 | Order Denying Motion | on pl's mot for 20 days enlaregment of time to file responses to discovery /pl 20 days |
| 09/07/2010 | Motion for Leave to Amend | Complaint by Interlineation<br>Party: *Attorney* Ehrenreich, Todd R *Plaintiff* Orlando, Dario *Plaintiff* Sines, Stephen *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan *Plaintiff* Wojciechowski, Thomas *Plaintiff* Oceanpark Est Assn Inc *Plaintiff* Dockside Lofts Condo Assn Inc *Attorney* Ryan, Michael Joseph |
| 09/07/2010 | Order Granting Motion | on pltf's mot to amend complaint by interlineation to correct party deft's name;fld |
| 08/30/2010 | Memorandum of Law | in opp tp df banner's mot to dismiss class action complaint /exhs attchd<br>Party: *Plaintiff* Orlando, Dario *Plaintiff* Sines, Stephen *Plaintiff* Glickman, David *Plaintiff* Glickman, Joan *Plaintiff* Wojciechowski, Thomas *Plaintiff* Oceanpark Est Assn Inc *Plaintiff* Dockside Lofts Condo Assn Inc |
| 08/23/2010 | Motion to Dismiss | PLTFS' CLASS ACTION COMPLAINT AND INCORPORATED MEMORANDUM OF LAW<br>Party: *Defendant* Banner Supply Co |
| 08/18/2010 | Order | on Motion to Disqualify and Motion for Court Orders Inspection of Corp Records; Denied W/O Prej |
| 08/18/2010 | Motion to Withdraw | as Co-Counsel of Record/ Law Firm of Adorno & Yoss LLP / Df Banner Supply Co<br>Party: *Defendant* Banner Supply Co |
| 08/13/2010 | Stipulation | extending the time for df banner supply co to respond to pl's complaint<br>Party: *Defendant* Banner Supply Co |
| 07/29/2010 | Summons Returned Served | 07/21/10<br>Party: *Defendant* Banner Supply Co |
| 07/09/2010 | Summons Issued | Party: *Defendant* Banner Supply Co |
| 07/09/2010 | Civil Cover Sheet | |
| 07/09/2010 | Complaint | |
| 07/09/2010 | Filing Fee | |

|  |  | Payor: Ryan, Michael Joseph ; Userid: CTS-lbynes ; Receipt: 20101YE1F005674; Comments: CHK#645473/SIS 1 ; Amount: $401.00 |
| 07/09/2010 | Summons Issued Fee | Payor: Ryan, Michael Joseph ; Userid: CTS-lbynes ; Receipt: 20101YE1F005674; Comments: CHK#645473/SIS 1 ; Amount: $10.00 |

Perform Another Search   Back

Clicking the button above, exits your paid search.