UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL           MDL NO. 2047
   PRODUCTS LIABILITY LITIGATION

                                                SECTION:  L

                                                JUDGE FALLON
_____          MAG. JUDGE WILKINSON

## REQUEST FOR ORAL ARGUMENT

COMES NOW the undersigned counsel and Plaintiffs pursuant to Local Rule 78.1, and respectfully request oral argument on Plaintiffs' Motion for Award of Compensation for Class Representatives set for hearing before this Honorable Court on the 11th day of December, 2012, at 9:00 a.m. at the December monthly status conference for the MDL 2047 Chinese-Manufactured Drywall Products Liability Litigation or at a time set by this court so as to more fully address any questions the court may have concerning Plaintiffs' Motion.

Respectfully submitted,

/s *Michael J. Ryan*_____
Michael J. Ryan, Esquire
Bar No. 975990
Krupnick, Campbell, Malone, Buser, Slama,
Hancock, Liberman & McKee, P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181
Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Memorandum of Law in Support of Motion for Award of Compensation for Class Representatives has been served upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of November, 2012.

/s/ *Michael J. Ryan*
Michael J. Ryan, Esquire
Bar No. 975990
Krupnick, Campbell, Malone, Buser, Slama,
Hancock, Liberman & McKee, P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL 33301
Phone (954) 763-8181
Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
Attorneys for Plaintiffs