UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>Robert W. Block, III, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al; Cause No. 11-1363 | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF DEFENDANT STREAMLINE HOMES, INC.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Michael and Melissa Estela, hereby dismiss without prejudice all of their claims against DEFENDANT STREAMLINE HOMES, INC., in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein.   Each party is to bear its own attorneys' fees and costs. Plaintiffs, Michael and Melissa Estela, shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein.   Attached hereto as Exhibit "A", is correspondence from Bruce Steckler, counsel for Plaintiff, dated October 19, 2012, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated:   November 15, 2012

/s/ Russ M. Herman_____
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
Herman, Herman, & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

1

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 15th day of November, 2012.

       /s/ Leonard Davis
       Leonard A. Davis, Esquire (Bar No. 14190)
       Herman, Herman, & Katz, LLC
       820 O'Keefe Avenue
       New Orleans, Louisiana 70113
       Fax: (504) 561-6024
       LDavis@hhklawfirm.com
       Plaintiffs' Liaison Counsel