

**BARON ⬢ BUDD, P.C.** | DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE | MIAMI

800.222.2766  3102 Oak Lawn Avenue
tel 214.521.3605     Suite 1100
fax 214.520.1181  Dallas, TX 75219-4281

October 19, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113

  Re: **In re: Chinese Manufactured Drywall Products Liability Litigation**
     **Robert W. Block, III, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG,**
     **et al; Cause No. 11-1363**
     **Plaintiffs: Michael and Melissa Estela**

Dear Russ and Lenny:

  My clients, Michael and Melissa Estela, authorize the attorneys of Herman, Herman, & Katz, LLC to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant, Streamline Homes, Inc. in the above matter, reserving their rights and claims against any and all other defendants therein.

         Very truly yours,

         Bruce W. Steckler