# WHITFIELD BRYSON & MASON LLP
ATTORNEYS AT LAW

John C. Whitfield +
Daniel K. Bryson +•
Gary E. Mason ◊∞*
Donna F. Solen «◊
Nicholas A. Migliaccio ◊∞
Scott C. Harris •
Matthew E. Lee •

Jason Rathod •◊
Karl Amelchenko •×
Monica Bansal ◊△
Thomas B. Spain (Of Counsel) +
Robert B. Brown III (Of Counsel) «
Charles A. Schneider (Of Counsel) ◊
Martha B. Schneider (Of Counsel) ◊

900 W. Morgan Street
Raleigh, North Carolina 27603
Office: 919.600.5000
Fax: 919.600.5035
www.wbmllp.com

State Bar Admissions:
+ KY  ◊ DC  « FL  º MD  △ TX
• NC  ∞ NY  * IL  × TN

October 29, 2012

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

In Re:  Chinese Manufactured Drywall Products Liability Litigation
Payton, et al. v. Knauf GIPS KG, et al.
Case No.: 09-7628

Dear Lenny and Russ:

My clients, Randy and Pamela Raborn, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss with prejudice all of their claims against defendant, United-Bilt Homes, Inc. n/k/a United-Bilt Homes, LLC, in the above referenced Omni complaint. Randy and Pamela Raborn shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.

Very Truly Yours,

Daniel K. Bryson