

| | | | |
|---|---|---|---|
| AMANDA S. BARR | FREDRIC G. LEVIN | MIKE PAPANTONIO | OF COUNSEL: |
| BRIAN H. BARR | MARTIN H. LEVIN | CHRISTOPHER G. PAULOS | ROBERT F. KENNEDY, JR. |
| M. ROBERT BLANCHARD | ROBERT M. LOEHR | ROBERT E. PRICE | (LICENSED ONLY IN NEW YORK) |
| BRANDON L. BOGLE | NEIL E. McWILLIAMS, JR. | MARK J. PROCTOR | |
| WESLEY A. BOWDEN | Wm. JEMISON MIMS, JR. | TROY A. RAFFERTY | BEN W. GORDON, JR. |
| VIRGINIA M. BUCHANAN | CLAY MITCHELL | MATTHEW D. SCHULTZ | GERALD A. McGILL |
| WILLIAM F. CASH III | R. LARRY MORRIS | W. CAMERON STEPHENSON | LEFFERTS L. MABIE, JR. (1925-1996) |
| MEREDITH R. DURHAM | K. LEA MORRIS | LEO A. THOMAS | D.L. MIDDLEBROOKS (1926-1997) |
| (LICENSED ONLY IN LA) | PETER J. MOUGEY | BRETT VIGODSKY | DAVID H. LEVIN (1928-2002) |
| RACHAEL R. GILMER | DANIEL A. NIGH | AARON L. WATSON | STANLEY B. LEVIN (1938-2009) |
| JAMES L. KAUFFMAN | TIMOTHY M. O'BRIEN | | |
| KIMBERLY R. LAMBERT | | | |

LEVIN · PAPANTONIO
THOMAS · MITCHELL
RAFFERTY & PROCTOR · P.A.
PROFESSIONAL CORPORATION    ATTORNEYS AT LAW

October 30, 2012

Russ M. Herman
Herman, Herman & Katz, L.L.C.
Herman Gerel, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

RE: Notice of Voluntary Dismissal

Dear Russ:

Please find enclosed a Notice of Voluntary Dismissal Without Prejudice of Defendant, Lowe's Home Centers, Inc. At this time we request that you file the enclosed document on behalf of our clients James Gillman c/o Carolyn Houck.

Sincerely,

Ben W. Gordon, Jr.

BWG/cac
Enclosure

OFFICE: 316 S. BAYLEN STREET · SUITE 600 · PENSACOLA, FL 32502
CORRESPONDENCE: P.O. BOX 12308 · PENSACOLA, FL 32591   CONTACT: (850) 435-7000 · (850) 435-7020 FAX · WWW.LEVINLAW.COM