UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Kenneth and Barbara Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et al. Case No. 10-361 | ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

### KEITH WILLETT'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Keith Willett, hereby dismisses without prejudice all claims or causes of action in *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.* Each party is to bear its own attorneys' fees and costs.

Respectfully Submitted,

/s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, & Katz  LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of November, 2012.

                                          /s/ Leonard A. Davis_____