

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

November 1, 2012

Mr. Leonard Davis
Herman Herman & Katz
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

RE: Chinese Manufactured Drywall Products Liability Litigation
MDL No. 2047 – Willett Notice of Voluntary Dismissal Without Prejudice

Dear Leonard:

We respectfully request that you file the enclosed Notice of Voluntary Dismissal Without Prejudice on behalf of our client, Keith Willett.

Very truly yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: as stated

| THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
| 255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM
| 2101 L STREET, N.W. | 10TH FLOOR | WASHINGTON, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 CARONDELET STREET, ROOMS 810 & 812 | NEW ORLEANS, LA | 70130
| T: 305.476.7400 | F: 305.476.7444