IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ============================== | x | ============================ |
| | x | |
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | x | |
| ============================== | x | ============================ |

**O R D E R**

Considering the Motion for Leave of Court to File Exhibits Under Seal filed the Plaintiff's Steering Committee ("PSC") and the Plaintiffs in the upcoming trial against Interior Exterior Building Supply, L.P. ("INEX") and North River Insurance Company ("North River");

IT IS ORDERED BY THE COURT that the motion is granted and Exhibits "B", "F" and "G" attached to the Motion to Exclude The Expert Report and Testimony of Dr. Timothy Tonyan be and are hereby FILED UNDER SEAL.

New Orleans, Louisiana, this 13th day of November, 2012.

_____
Eldon E. Fallon
United States District Court Judge