CTLGROUP

www.CTLGroup.com

# Timothy D. Tonyan

Vice President & Manager

Materials Consulting

Dr. Tonyan consults on cement based materials, concrete and building systems performance, and construction project management. Dr. Tonyan is a named inventor on 15 patents related to cement and gypsum based materials and building systems. His consulting and research include characterizing the microstructure of cementitious and gypsum based composite materials.

Dr. Tonyan has over 20 years of experience in building materials research and construction project management. Prior to joining CTLGroup, Dr. Tonyan directed materials and building systems research laboratories for a multi-national building materials manufacturer. He has also consulted extensively in construction project management throughout the U.S. and internationally.

## Services

- Materials Consulting
- Building Systems Evaluation
- Exterior Cladding Investigations
- Code Certification Testing
- Product Evaluation and Technology Assessment
- Scheduling and Delay Claims Analysis on Infrastructure and Buildings

## Awards

- Innovation Award
  USG Corporation, 2005

## Contact

5400 Old Orchard Road
Skokie, Illinois 60077-1030
Phone: 847-972-3146
Fax: 847-965-6541
Email: TTonyan@CTLGroup.com

## Credentials

- Ph.D. in Civil Engineering
  Massachusetts Institute of Technology, 1991
- M.S. in Civil Engineering
  Massachusetts Institute of Technology, 1987
- B.S. in Building Construction
  Georgia Institute of Technology, 1977

## Affiliations

- American Concrete Institute (ACI) - Member
  - Member - Working Group on Materials, ACI 359 - Concrete Components for Nuclear Reactors
- ASTM International - Member
  - Precast Concrete Committee (C27)
  - Fiber Reinforced Precast Concrete Subcommittee (C27.40)
- Sigma Xi Scientific Research Society - Member



www.CTLGroup.com

# Timothy D. Tonyan

Vice President & Manager

## Experience

### Materials Consulting

Principal in charge on a major DOE project involving constituent materials characterization and concrete mixture proportioning.

Directed investigations of performance problems with building façades on projects in Illinois, Virginia and Michigan. Causes of the failures were identified and solutions developed.

Named inventor on nine patents related to cement and gypsum based materials and building systems. Consulting and research include characterizing the microstructure of cementitious and gypsum based composite materials.

### Building Systems Evaluation

As the manager of systems development for a multi-national building materials manufacturer, designed and executed testing programs characterizing the structural, fire and acoustical performance of floor and wall systems using a new proprietary structural panel. Results of the testing led to commercialization of a new product platform and recognition by national codes.

### Exterior Cladding Investigations

Provided technical leadership for the field and laboratory investigations determining the cause of systemic failures in EIFS clad houses in the southeastern U.S. In addition to determining the cause of the failures, solutions were developed as a result of collaborative research conducted with the National Research Council of Canada (NRCC). The solutions identified led to the development of drainable and water managed EIFS, which are now widely used in the industry.

### Code Certification Testing

Working with national regulatory agencies and testing laboratories, obtained regulatory approval for a new structural panel product and floor system launched in 2006. Testing and evaluation programs were developed and executed to verify compliance with regulatory requirements. Obtaining UL designs and an ICC-ES Report led to a year over year tripling of sales for the new structural panel.

### Scheduling and Delay Claims Analysis

As the director of the Chicago office for a project management consulting firm, designed and executed the project schedule control system for the construction of the Chicago Premium Outlets retail center in North Aurora, Illinois. Chicago Premium Outlets is a 475,000 square foot retail center with over 100 stores in the western suburbs of Chicago. The project was completed on time and on budget.

Dr. Tonyan has also conducted delay claims analysis on large infrastructure and commercial development projects.

# Timothy D. Tonyan

Vice President & Manager, Materials Consulting

## Publications & Presentations


1. Eamon, C.D., A. Dubey, M. J. Roth, T. R. Slawson, and T. D. Tonyan. 2010. "Ultra-High-Strength, Glass Fiber-Reinforced Concrete: Mechanical Behavior and Numerical Modeling." *Materials Journal*, American Concrete Institute, Volume 107, Issue 2: 158-194. March.
2. Tonyan, T.D. 2009. "Sustainability in New Building Systems Development: A Manufacturers Perspective." Conference and Workshop on Sustainable Green Building Design and Construction, Cairo, Egypt. March 10-12.
3. Bonen, D. and T. D. Tonyan. 2000. "Microstructure and Mechanical Properties of a Composite Made of Well Embeddded AR Glass Fiber." Fifth RILEM Symposium on Fiber Reinforced Cement 2000. Eds. P. Rossi and G. Chanvillard, RILEM Publications s.a.r.l. 735-745.
4. Tonyan, T. D., K. W. Moyer, and W. C. Brown. 1999. "Water Management and Moisture Transport in Direct-Applied and EIFS Wall Assemblies." *Journal of Testing and Evaluation*, American Society for Testing and Materials, 219-230. West Conshocken, Pennsylvania. May.
5. Brown, W. C., P. Adams, T. D. Tonyan, and J. M. Ullett. 1997. "Water Management in Exterior Wall Claddings." *Journal of Thermal Insulation and Building Envelopes*. Volume 21: 253-43. Technomic Publishing Inc. July.
6. Brown. W. C., J. M. Ullett, A. Karagiozis, and T. D. Tonyan. 1997. "Barrier EIFS Clad Walls: Results from a Moisture Engineering Study." *Journal of Thermal Insulation and Building Envelopes*, Volume 20: 206-226. Technomic Publishing Inc. January.
7. Tonyan, T. D. 1995. "Precast Concrete Sandwich Panels Using Cellular Concrete Cores." Presented at the American Concrete Institute Spring Convention, Salt Lake City, Utah. March 9.
8. Karam, G. and T.D. Tonyan. 1993. "Fractal Morphology of Cement Foams." *Materials Letters*, Volume 16, Number 5: 278-280. May.
9. Tonyan, T. D. and L. J. Gibson. 1993. "Structure and Mechanics of Cement Foams." *Journal of Materials Science*, 27: 6371-6378. December.
10. Tonyan, T. D. and L. J. Gibson. 1992. "Strengthening of Cement Foams." *Journal of Materials Science*, 27: 6379-6386. December.
11. Toole, T. M. and T. D. Tonyan. 1992. "The Adoption of Innovative Building Systems: A Case Study." *Building Research Journal*, 27, Volume 1, Number 1, University of Illinois at Urbana-Champaign. January.



# Timothy D. Tonyan

Vice President & Manager, Materials Consulting

## Patents

1. Tonyan, Timothy D., James M. Ullett, and James E. Reicherts. 2012. Non-combustible reinforced cementitious lightweight panels and metal frame system for a fire wall and other fire resistive assemblies. U.S. Patent 8,122,679, filed on November 15, 2010, and issued February 28, 2012.
2. Tonyan, Timothy D., James M. Ullett, and James E. Reicherts. 2011. Non-combustible reinforced cementitious lightweight panels and metal frame system for shear walls. U.S. Patent 8,079,198, filed on November 15, 2010, and issued December 20, 2011.
3. Tonyan, Timothy D., James M. Ullett, and James E. Reicherts. 2011. Non-combustible reinforced cementitious lightweight panels and metal frame systems for flooring. U.S. Patent 8,069,633, filed on November 15, 2010, and issued December 6, 2011.
4. Tonyan, Timothy D. and James E. Reicherts. 2011. Reinforced cementitious shear panels. U.S. Patent 8,065,853, filed on November 9, 2010, and issued November 29, 2011.
5. Tonyan, Timothy D., James M. Ullett, and James E. Reicherts. 2011. Non-combustible reinforced cementitious lightweight panels and metal frame system for roofing. U.S. Patent 8,065,852, filed October 31, 2010, and issued November 29, 2011.
6. Tonyan, Timothy D., et al. 2011. Cement based laminated armor panels. U.S. Patent 8,062,741, filed on February 27, 2009 and issued November 22, 2011.
7. Tonyan, Timothy D., James M. Ullett, and James E. Reicherts. 2011. Non-combustible reinforced cementitious lightweight panels and metal frame system for building foundations. U.S. Patent 8,061,108, filed on November 17, 2010, and issued November 22, 2011.
8. Tonyan, Timothy D., et al. 2011. Cement based armor panel system. U.S. Patent 8,061,257, filed on February 27. 2009, and issued November 22, 2011.
9. Tonyan, Timothy D., James M. Ullett, and James E. Reicherts. 2011. Non-combustible reinforced cementitious lightweight panels and metal frame system for building foundations. U.S. Patent 7,870,698, filed on June 15, 2007, and issued January 18, 2011.
10. Tonyan, Timothy D., James M. Ullett, and James E. Reicherts. 2010. Non-combustible reinforced cementitious lightweight panels and metal frame systems for shear walls. U.S. Patent 7,849,649, filed on December 30,2005, and issued December 14, 2010.
11. Tonyan, Timothy D., James M. Ullett, and James E. Reicherts. 2010. Non-combustible reinforced cementitious lightweight panels and metal frame system for a fire wall and other fire resistive assemblies. U.S. Patent 7,849,650, filed on January 19, 2006, and issued December 14, 2010.
12. Tonyan, Timothy D., James M. Ullett, and James E. Reicherts. 2010. Non-combustible reinforced cementitious lightweight panels and metal frame system for flooring. U.S. Patent 7,849,648, filed December 9. 2005, and issued December 14, 2010.



# Timothy D. Tonyan

Vice President & Manager, Materials Consulting

## Patents

13. Tonyan, Timothy D. and James E. Reicherts. 2010. Reinforced cementitious shear panels. U.S. Patent 7,845,130, filed December 7, 2006, and issued December 7, 2010.

14. Tonyan, Timothy D., James M. Ullett, and James E. Reicherts. Non-combustible reinforced cementitious lightweight panels and metal frame system for roofing. U.S. Patent 7,841,148, filed December 29, 2005, and issued November 30, 2010.

15. Tonyan, Timothy D., David M. Bonen, Ashish Dubey, and Kumar C. Natesaiyer. 2003. Structural sheathing panels. U.S. Patent 6,620,487, filed on November 21, 2000, and issued September 16, 2003.

16. Reicherts, James, Timothy Tonyan, John Lankford, and Timothy Kenny. 2002. Water durable board for exterior wall assembly water management system. U.S. Patent 6,410,118, filed on November 14,1997, and issued June 25,2002.

17. Tonyan, Timothy D. 2001. Drainable sheathing membrane for exterior wall assembly water management system. U.S. Patent 6,233,890, filed February 24, 1999, and issued May 22,2001.



## Depositions and Trial Testimony within the Last Four Years (2008-2012)

Case No RG-08-378152: Dayton Superior Corporation vs. United States Gypsum Co.
In the Superior Court of the State of California
In and for the County of Alameda

| | |
|---|---|
| Testimony at Trial: | December, 2010 |
| Deposition: | September, 2010 |

Austin, TX • Chicago, IL • Washington, DC
Corporate Office: 5400 Old Orchard Road, Skokie, IL 60077-1030 P: 847-965-7500 F: 847-965-6541 www.CTLGroup.com
CTLGroup is a registered d/b/a of Construction Technology Laboratories, Inc.