IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| =============================== | x | ============================ |
|---|---|---|
| | x | |
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | x | SECTION: L |
| LITIGATION | x | JUDGE FALLON |
| | x | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | x | |
| =============================== | x | ============================ |

**O R D E R**

Considering the Motion to Correct Clerical Error filed by the Plaintiff's Steering Committee ("PSC") and the Plaintiffs in the upcoming trial against Interior Exterior Building Supply, L.P. ("INEX") and North River Insurance Company ("North River");

IT IS ORDERED BY THE COURT that Exhibits "B" and "C" attached to the Motion to Exclude the Expert Report and Testimony of Dr. Timothy Tonyan [Rec. Doc. 16202 thru 16202-12] are to be reversed/corrected/clarified to be Exhibit "B" - the Deposition of Timothy D. Tonyan (FILED UNDER SEAL) and Exhibit "C" - the Curriculum Vita of Dr. Timothy D. Tonyan, as is filed in the record.

New Orleans, Louisiana, this 13th day of November, 2012.

_____
Eldon E. Fallon
United States District Court Judge