UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | CIVIL ACTION NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | JUDGE FALLON |
| _____ | ) | |
| **This Document Relates to:** | | MAGISTRATE WILKINSON |
| ALL CASES | | |

## PROPOSED ORDER

Considering the foregoing Ex Parte Motion for Leave to File Reply Memorandum;

**IT IS HEREBY ORDERED** that the defendant, Interior Exterior Building Supply, L.P. is hereby granted leave to file their Reply Memorandum.

New Orleans, Louisiana this _____ day of _____, 2012.

_____
ELDON E. FALLON
United States District Judge