MINUTE ENTRY
FALLON, J.
NOVEMBER 15, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE-MANUFACTURED DRY WALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephonic conference was held on this date in the Chambers of District Judge Eldon E. Fallon to discuss questionnaires submitted by potential jurors in the upcoming trial involving INEX and North River, which is scheduled to begin at 8:30 a.m. central time on Monday, November 26, 2012. The conference was transcribed by Susan Zielie, Official Court Reporter. Ms. Movahed can be reached at 504-589-7781. After consulting with counsel for the parties and reviewing the submitted questionnaires, the Court is now ready to excuse certain potential jurors for cause.

Accordingly, **IT IS ORDERED** that the following potential jurors be excused from

JS10(01:25)

service with the Court's thanks:

Adams, Virginia M.
App, Kristiann E.
Barnes, Ingrid F.
Barrett, William M.
Bienvenu, Warren C.
Bollhalter, Samuel R.
Brown, Renate M.
Carbo, Jr., John M.
Childress, Ben C.
Cyprian, Pamela B.
Dantoni, Mattie S.
Dennington, William L.
Duhe, Timothy A.
Garner, James L.
Gomez, Xiomara D.
Henry, Clarence
Herbert, Dianne D.
Jasmine, Elisha W.
Jones, Mitze B.
Kennedy, Mary G.
Lacour, Ormond P.
Le, Tuyen Q.
Lejeune, Kristy R.
Melancon, Jr., James
Naquin, Jr., Farren P.
Odaniels, Michelle M.
Ortego, Brandy R.
Owens, Aisha L.
Ripley, Douglas S.
Rubenstein, Joshua L.
Smith, Danielle L.
Spaulding, Lucas J.
Stradley, John W.
Thibodeaux, James J.