MINUTE ENTRY
FALLON, J.
NOVEMBER 16, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED<br>    DRYWALL PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>Cases Set for Trial Involving Interior/Exterior<br>and North River | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:   Gerald Meunier, Esq., Leonard Davis, Esq., Dan Bryson, Esq., and Scott Allen
         George, Esq., for Plaintiffs
           Benjamin Grau, Esq. for INEX Defendants
           Kevin Risley, Esq., for North River Insurance Company

---

1. Joint Motion of the Trial Plaintiffs and Defendant North River Insurance Company, to Continue Trial Pending Resolution of the Pending Class Action Settlements (16242)

After Argument - DENIED

2. Motion in Limine to Exclude Defendants' Expert Opinion or Other Evidence to the Effect That a Manufacturer Was at Fault by Plaintiff-Intervenors   (15990)

After Argument -  TAKEN UNDER ADVISEMENT

3. Motion in Limine to Exclude Certain Testimony Regarding New Orleans Area Habitat for Humanity's Purchase, Testing, Distribution and Sale of Drywall by the Plaintiffs' Steering Committee   (16069)

After Argument - DENIED

4. Motion in Limine Concerning Standard for Good Faith Seller's Knowledge by  The North River Insurance Company    (16074)

After Argument -  TAKEN UNDER ADVISEMENT

MDL 2047                                                                                                       Page 2
November 16, 2012

5. Motion in Limine to address specific evidentiary issues at trial by The North River Insurance Company   (16075)

After Argument -  TAKEN UNDER ADVISEMENT

6. Motion in Limine re: Standard In Redhbition by Defendants Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC   (16077)

After Argument -  TAKEN UNDER ADVISEMENT

6. Motion in Limine re: Irrelevant and/or Prejudicial Evidence by  Defendants Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC   (16084)

After Argument -  TAKEN UNDER ADVISEMENT

8. Motion to Strike Plaintiffs' Exhibit List for the Bellwether Trial Scheduled for November 26, 2012 by Defendants Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC    (16140)

After Argument - DENIED

9. Motion to Exclude or Limit the Testimony of Rosemary Coates by Defendant The North River Insurance Company (16162)

After Argument - GRANTED IN PART and DENIED IN PART for the reasons orally stated

10.  Motion to Exclude or Limit the Testimony of Dr. Lori Streit by Defendant The North River Insurance Company (16163)

After Argument - DENIED

11. Motion to Exclude or Limit the Testimony of Dean Rutila by Defendant The North River Insurance Company (16164)

After Argument - DENIED

12. Fifth Motion in Limine prohibiting Plaintiffs from presenting any opinion from Rosemary Coates by  Defendants Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC (16196)

After Argument - GRANTED IN PART and DENIED IN PART for the reasons orally stated

MDL 2047                                                                                           Page 3
November 16, 2012

13. Fourth Motion in Limine prohibiting the plaintiffs from presenting any opinion testimony of Lori Streit by Defendants Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC (16198)

After Argument - DENIED

14. Third Motion in Limine prohibiting the Plaintiffs from presenting any opinion testimony of Dean Rutila by Defendants Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC (16199)

After Argument - DENIED

15. Sixth Motion in Limine prohibiting the Plaintiffs from presenting any opinion testimony of Johnny Odom by Defendants Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC (16200)

After Argument - GRANTED

16. Motion in Limine to Exclude the Expert Report and Testimony of Dr. Timothy Tonyan by the Plaintiffs' Steering Committee   (16250)

After Argument - DENIED

JS10:     1:08