UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND | JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |
| *Payton, et. al. v. Knauf Gips, KG, et. al.* <br> Case No. 2:09-cv-07628 (E.D. La.) | |
| *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.* <br> Case No. 1:09-cv-00361 (E.D. La.) | |
| *Gross, et. al. v. Knauf Gips, KG, et. al.* <br> Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.* <br> Case No. 2:10-cv-00362 (E.D. La.) | |
| *Amato, et. al. v. Liberty Mutual Ins. Co., et. al.* <br> Case No. 2:10-cv-00932 | |
| *Hernandez, et. al. v. AAA Insurance, et. al.* <br> Case No. 2:10-cv-3070 (E.D. La.) | |
| *Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.* <br> Case No. 2:11-cv-00080 (E.D. La.) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* <br> Case No. 2:110cv000252 (E.D. La.) | |
| *Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.* <br> Case No. 2:11-cv-01077 (E.D. La.) | |
| *Vikers, et. al. v. Knauf Gips KG, et. al.* <br> Case No. 2:09-cv-04117 (E.D. La.) | |

## **ORDER**

Considering the Motion and other supporting evidence deemed necessary, the COURT will GRANT Objectors' Motion for Sanctions and ORDER that this Court issue an order to show cause why Class Counsel should not be sanctioned; GRANT an order admonishing Class Counsel; GRANT order enjoining Class Counsel from asking any harassing questions, serving an harassing discovery, or otherwise behaving unprofessionally; and GRANT any additional appropriate sanction or sanctions as determined by the Court.

IT IS ORDERED that that this Court issue an order to show cause why Class Counsel should not be sanctioned; ORDERED that Class Counsel is admonished as follows:_____; ORDERED that Class Counsel not ask any harassing questions, serve an harassing discovery, or otherwise behave unprofessionally; and FURTHER ORDERED that the Court shall issue an additional appropriate sanction or sanctions as determined by the Court.

Dated this the _____ day of November, 2012.

                                                             United States District Judge