UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| *Payton, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-07628 (E.D. La.) | |
| *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.*<br>Case No. 1:09-cv-00361 (E.D. La.) | |
| *Gross, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:10-cv-00362 (E.D. La.) | |
| *Amato, et. al. v. Liberty Mutual Ins. Co., et. al.*<br>Case No. 2:10-cv-00932 | |
| *Hernandez, et. al. v. AAA Insurance, et. al.*<br>Case No. 2:10-cv-3070 (E.D. La.) | |
| *Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-00080 (E.D. La.) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 2:110cv000252 (E.D. La.) | |
| *Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-01077 (E.D. La.) | |
| *Vikers, et. al. v. Knauf Gips KG, et. al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | |

Exhibit 1

## AFFIDAVIT OF SAUL SOTO

STATE OF TEXAS  §
§
COUNTY OF NUECES  §

BEFORE ME, the undersigned notary, on this day, personally appeared SAUL SOTO, a person whose identity is known to me. After I administered an oath to her, upon her oath, she said:

"My name is Saul Soto. I am over the age of eighteen (18) years. I have never been convicted of a felony. I am qualified and competent to make this affidavit. The facts stated herein are within my personal knowledge.

"I had an attorney-client relationship with Christopher Batman before I filed this objection or spoke with Christopher Bandas. Mr. Batman had given me legal advice about car accidents and about immigration matters.

"I have done some remodeling work on his house in the past; this was also before my making an objection to this settlement.

"I would expect Mr. Batman to give me legal advice bout any legal matter in which he thought I might have an interest. Mr. Batman first contacted me about this class settlement, and he referred me to Christopher Bandas. I do not have any agreement of any kind with Mr. Batman regarding this case. I have not paid him anything for referring me to Mr. Bandas, and I have not promised him anything for that.

"I executed a fee agreement with Bandas Law Firm, P.C., on September 28, 2012. He is my attorney of record in this matter.

DATED this the 16th day of November, 2012.

_____
SAUL SOTO, Affiant

SWORN TO AND SUBSCRIBED before me on this the 16th day of November, 2012.

M. Margot Valdez
Notary Public in and for
The State of Texas

[Notary Seal: M MARGOT VALDEZ, Notary Public, STATE OF TEXAS, My Comm. Exp. 01-17-2016]

2