UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND | JUDGE FALLON |
| *Payton, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:09-cv-07628 (E.D. La.) | MAG. JUDGE WILKINSON |
| *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.* Case No. 1:09-cv-00361 (E.D. La.) | |
| *Gross, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:10-cv-00362 (E.D. La.) | |
| *Amato, et. al. v. Liberty Mutual Ins. Co., et. al.* Case No. 2:10-cv-00932 | |
| *Hernandez, et. al. v. AAA Insurance, et. al.* Case No. 2:10-cv-3070 (E.D. La.) | |
| *Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.* Case No. 2:11-cv-00080 (E.D. La.) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 2:110cv000252 (E.D. La.) | |
| *Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.* Case No. 2:11-cv-01077 (E.D. La.) | |
| *Vikers, et. al. v. Knauf Gips KG, et. al.* Case No. 2:09-cv-04117 (E.D. La.) | |

Exhibit 2

## AFFIDAVIT OF RONNIE GARCIA

STATE OF TEXAS §
§
COUNTY OF NUECES §

BEFORE ME, the undersigned notary, on this day, personally appeared RONNIE GARCIA, a person whose identity is known to me, and he testified as follows:

"My name is Ronnie Garcia. I am over the age of eighteen (18) years. I have never been convicted of a felony. I am qualified and competent to make this affidavit. The facts stated herein are within my personal knowledge.

"As I said in my deposition, I knew Christopher Batman and his investigator Bert Chapa long before I made any objection to this class settlement. I had played golf with both of them, and Mr. Batman sometimes gave me legal advice on questions about liens and other things related to my construction business.

"Mr. Chapa knows I am a contractor, and he told me about this class settlement. Since Mr. Chapa is a friend and works for a lawyer who has given me some legal advice, I was happy to have him bring this to my attention. He suggested I talk about it with Mr. Bandas.

"Mr. Batman never charged me anything for anything to do with class settlement or anything else I can recall. I haven't promised to pay him anything for anything to do with this objection. The same is true for Mr. Chapa.

"I signed a fee agreement with Bandas Law Firm, P.C., on September 28, 2012. Mr. Bandas represents me in that matter."

DATED November 16, 2012.

_____
RONNIE GARCIA, Affiant

SWORN TO AND SUBSCRIBED before me on November 16, 2012..

_____
Notary Public in and for
The State of Texas

SUSAN McROBERTS
Notary Public
STATE OF TEXAS
My Comm. Exp. 1/31/13

2