UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION NO. 09-2047<br><br>JUDGE FALLON |
| This Document Relates to:<br>ALL CASES | ) | MAGISTRATE WILKINSON |

## PROPOSED ORDER

Considering the foregoing Ex Parte Motion for Leave to File Reply Memorandum;

**IT IS HEREBY ORDERED** that the defendant, Interior Exterior Building Supply, L.P. is hereby granted leave to file their Reply Memorandum.

New Orleans, Louisiana this __16th__ day of __November__, 2012.

_____
ELDON E. FALLON
United States District Judge

1