# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:** ALL CASES AND<br><br>*Silva, et al. v. Interior Exterior Building Supply, LP, et al.*<br>*Case No. 09-08030 (E.D. La.)*<br><br>*Silva, et al. v. Arch Insurance Company, et al.*<br>*Case No. 09-08034 (E.D. La.)*<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:09-cv-07628 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>**Case No. 2:10-cv-00361 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:09-cv-06690 (E.D. La.)**<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:10-cv-00362 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Ins. Co., et al.*<br>**Case No. 2:10-cv-00932 (E.D. La.)**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>**Case No. 2:11-cv-00080 (E.D. La.)**<br><br>*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 2:11-cv-00252 (E.D. La.)** | |

**ORDER CONSIDERING THE JOINT MOTION FOR PRELIMINARY AND FINAL APPROVAL OF THE SECOND AMENDMENT TO THE AMENDED INEX AND KNAUF CLASS SETTLEMENTS AND FOR JUDICIAL RECOGNITION OF <u>EXHAUSTION AND THE MEMORANDUM IN SUPPORT THEREOF</u>**

<u>**ORDER**</u>

Having considered the Joint Motion For Preliminary And Final Approval Of The Second Amendment To The Amended InEx and Knauf Class Settlements And For Judicial Recognition Of Exhaustion And The Memorandum In Support Thereof:

1.

IT IS ORDERED that the Second Amendment to the InEx and Knauf Class Settlement is hereby preliminarily approved;

and,

2.

That this matter be set for final approval following the Monthly Status Conference on Tuesday, December 11, 2012.

New Orleans, Louisiana this 19th day of November, 2012.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE