# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 15, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW

No. 10-30568 & 12-31017  In Re: Chinese-Manufactured
    USDC No. 2:09-MD-2047
    USDC No. 2:09-CV-6687
    USDC No. 2:09-MD-2047
    USDC No. 2:09-CV-6687

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV 19 2012
LORETTA G. WHYTE
CLERK

The court has granted an extension of time to and including December 4, 2012 for filing the designation of record with the U.S. District Court for the above referenced appeals.

Sincerely,

LYLE W. CAYCE, Clerk

By: Cindy M. Broadhead
Cindy M. Broadhead, Deputy Clerk
504-310-7707

Mr. Joe Cyr
Mr. Robert Gary
Mr. Faris Ghareeb
Mr. Arnold Levin
Mr. Thomas Patrick Owen Jr.
Mr. Richard James Serpe
Mr. Frank T. Spano
Mr. Richard C Stanley
Mr. Eric D. Statman
Mr. Richard W. Stimson
Ms. Christina Taber-Kewene
Ms. Loretta Whyte

Fee
Process
X Dktd
CtRmDep
Doc. No.