UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION  **THIS DOCUMENT RELATES TO:** ALL CASES AND  *Silva, et al. v. Interior Exterior Building Supply, LP, et al.* Case No. 09-08030 (E.D. La.)  *Silva, et al. v. Arch Insurance Company, et al.* Case No. 09-08034 (E.D. La.)  *Payton, et al. v. Knauf Gips, KG, et al.* Case No. 2:09-cv-07628 (E.D. La.)  *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Case No. 2:10-cv-00361 (E.D. La.)  *Gross, et al. v. Knauf Gips, KG, et al.* Case No. 2:09-cv-06690 (E.D. La.)  *Rogers, et al. v. Knauf Gips, KG, et al.* Case No. 2:10-cv-00362 (E.D. La.)  *Amato, et al. v. Liberty Mutual Ins. Co., et al.* Case No. 2:10-cv-00932 (E.D. La.)  *Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* Case No. 2:11-cv-00080 (E.D. La.)  *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* Case No. 2:11-cv-00252 (E.D. La.) | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

## **ORDER**

The Fairness Hearing begun on November 13, 2012 will resume on December 11, 2012 to consider the Motion of Interior Exterior Building Supply, L.P. ("InEx"), the Plaintiffs' Steering Committee ("PSC"), and the Knauf Defendants for Approval of the Second Amendment to the Amended InEx and Knauf Class Settlements [Rec. Doc. 15948], as modified in their motion to set a hearing and amend relief requested [Rec. Doc. 16264].  Any objections must be filed by December 3, 2012 and any responses to such objections must be filed by December 6, 2012.  This Order amends the Court's previous Order of November 19, 2012 [Rec. Doc. 16266].

New Orleans, Louisiana, this 20th day of November, 2012.

_____
ELDON E. FALLON
United States District Judge