## Benjamin R. Grau

| | |
|---|---|
| **From:** | Anthony Irpino [airpino@irpinolaw.com] |
| **Sent:** | Tuesday, November 20, 2012 10:51 PM |
| **To:** | Benjamin R. Grau; Richard G. Duplantier, Jr.; Carlina C. Eiselen |
| **Cc:** | Kevin Risley; Gerald Meunier; 'dmartin@gainsben.com'; Chris Seeger; Scott George; Daniel K. Bryson (dan@wbmllp.com) (dan@wbmllp.com); Penny Herman |
| **Subject:** | FW: CDW-NR-TRIAL EXHIBIT LIST |
| **Attachments:** | 2nd Amended CDW-NR-INEX Trial Exhibits - 11-20-12.xlsx |

Ben, the revised exhibit list (with more deletions based on our meet and confer) went to Rick earlier because I asked Penny to send out the revised list ASAP, but I wanted to make sure that you had a copy which is consistent the below information to make it easier to list your exhibit objections. Please be sure to use the attached copy to list your objections. Also, as discussed, please forward a workable (excel format) of the defense exhibit list when you get a chance. Finally, I just want to state a few things which were discussed at the meet and confer and clarify a few things. So, the following confirms and/or clarifies:

1) As discussed during our meet and confer, the specific learned treatises (listed on Exhibit C to the Plaintiffs' Trial Exhibit List) are not being introduced into evidence. They are listed so that the parties know which learned treatises the plaintiffs' experts used, referenced, read, relied upon and/or which may be read from during the trial. However, they will not be introduced into evidence unless they are listed on the attached trial exhibit list.

2) As discussed during our meet and confer, our trial exhibit listing of "Any exhibit to any deposition taken in this matter" has been narrowed down to depo exhibits from 3 deponents. Plaintiffs plan on introducing exhibits from the depositions of Ray Stoltz, William Garcia and Jim Tompkins. Please take a look at those exhibits to see if you have any objections. Some of these depo exhibits were already listed individually/specifically on our exhibit list. For any which were not separately listed, I have assigned them a specific trial exhibit number. I have set forth below which of these depo exhibits were already individually listed and which ones have been assigned a new specific number. Any new numbers have been listed on the attached in bold and in sequential order. Here is the information:

   - The Stoltz exhibits were originally listed as P-NR/INEX-0501, 0502, 0503, 0505 and 0506. They are separate from our P-NR/INEX-1302 cumulative INEX invoices exhibit. As such, I have included them as P-NR/INEX-1302a, 1302b, 1302c, 1302d & 1302e (respectively) on the attached chart.
   - The two William Garcia exhibits include the Mundee INEX invoice (already listed as P-NR/INEX-1206) and the floor plan of the Mundee home with Mr. Garcia's highlighting where the drywall was installed. I have included this exhibit on the attached chart immediately after the Mundee INEX invoice. The trial exhibit number for this depo exhibit is P-NR/INEX-1206a (and it is bolded).
   - The Tompkins trial depo exhibits are as follows Tompkins Depo – Plaintiff's Ex. 1 (listed on the attached as P-NR/INEX-1304a), Tompkins Depo – Plaintiff's Ex. 2 (listed on the attached as P-NR/INEX-1304b), Tompkins Depo – Plaintiff's Ex. 3 (listed on the attached as P-NR/INEX-1304c), Tompkins Depo – Plaintiff's Ex. 4 (listed on the attached as P-NR/INEX-1304d), Tompkins Depo – Plaintiff's Ex. 5 (listed on the attached as P-NR/INEX-0343 & 0344), Tompkins Depo – Plaintiff's Ex. 6 (listed on the attached as P-NR/INEX-0366), Tompkins Depo – Plaintiff's Ex. 7 (listed on the attached as P-NR/INEX-0202), Tompkins Depo – Plaintiff's Ex. 8 (listed on the attached as P-NR/INEX-0371), Tompkins

    Depo – Plaintiff's Ex. 9 (listed on the attached as P-NR/INEX-1304e), Tompkins Depo – Plaintiff's Ex. 10 (listed on the attached as P-NR/INEX-0055), Tompkins Depo – Plaintiff's Ex. 11 (listed on the attached as P-NR/INEX-1304f), Tompkins Depo – Plaintiff's Ex. 12 (listed on the attached as P-NR/INEX-1304g), and Tompkins Depo – Plaintiff's Ex. 13 (listed on the attached as P-NR/INEX-1304h).

3) I think that we accidentally listed that exhibit P-NR/INEX-0372 was a duplicate when we should have marked P-NR/INEX-0374 as a duplicate. I say this b/c my notes show that we marked 372 as a duplicate and kept 374. I think that 374 is a duplicate and not 372. In order to be clear, we need to keep P-NR/INEX-0372 and delete P-NR/INEX-0374. Exhibit P-NR/INEX-0372 is included (and bolded) on the attached. My notes indicate that we did not delete P-NR/INEX-0374 – and that can be deleted (and it already was deleted by Penny from the attached list).

4) Exhibit P-NR/INEX-0910 was accidentally included on the attached list. We have agreed to withdraw that exhibit and this confirms same (even though it is on the attached list by accident). I am not very good with deleting in excel and I don't want to mess with the formatting, but you have our permission to delete P-NR/INEX-0910 or you can state in your objections that the PSC has agreed to remove it.

5) Exhibit P-NR/INEX-0910 is included on the attached list. My notes indicate that we discussed that it would not be included, however, I was incorrect.

6) Exhibits P-NR/INEX-0924-0930 and P-NR/INEX-1286 have been changed from exhibits to demonstrative aids. Accordingly, they are not on the attached exhibit list, however, we just wanted you to be advised that we may use them as demonstrative aids.

7) We discussed two exhibits which the PSC wanted to make sure were on the list (b/c we thought they were under different bates numbers and/or within different e-mail chains but were not sure). I have found one of those, however, I have not yet found the other (INT/EXT 876 – 878). To be safe, we have listed on the attached as an exhibit (P-NR/INEX-1303). I will continue looking.

I think that this covers everything, but if there is anything else I will let you know. Please call me if you have any questions. My cell is (504) 259-6554.


Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine St.
New Orleans, LA 70130
Tel: (504) 525-1500
Fax: (504) 525-1501

**From:** Penny Herman Grisamore [mailto:pennyhg14@gmail.com]
**Sent:** Tuesday, November 20, 2012 7:35 PM
**To:** Richard G. Duplantier, Jr.
**Cc:** Kevin Risley; Anthony Irpino; Gerald Meunier; Christopher Seeger; George Scott; Scott George
**Subject:** CDW-NR-TRIAL EXHIBIT LIST

Rick,

Please find attached, Plaintiffs' trial exhibit list from which Plaintiffs' may seek to introduce into

11/21/2012

evidence at trial.  I have attached the list in a workable excel spreadsheet.

Thank You
Penny

--
Penny Herman Grisamore
Litgistics
Senior Paralegal / Manager for the PSC:
  Chinese Drywall MDL Depository
  Vioxx MDL Depository

Litgistics
1008 Napa Way
Niceville, FL 32578
c: (850) 420-5307
www.litgistics.com
penny@litgistics.com

This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT

11/21/2012