UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION NO. 09-2047 JUDGE FALLON |
| **This Document Relates to:** ALL CASES | | MAGISTRATE WILKINSON |

**PROPOSED ORDER**

Considering the foregoing Motion for Emergency Expedited Hearing;

**IT IS ORDERED** that a hearing on Interior Building Supply, L.P.'s, Second Motion to Strike Plaintiffs' Exhibit shall be held on an expedited basis on Wednesday, November 21, 2012, at _____ \_.m.

New Orleans, Louisiana this _____ day of _____, 2012.

_____
ELDON E. FALLON
United States District Judge

1