**MINUTE ENTRY**
**FALLON, J.**
**NOVEMBER 19, 2012**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 <br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A pre-trial conference was held on this date in the Chambers of District Judge Eldon E. Fallon. Russ Herman, Leonard Davis, Anthony Irpino, Gerald Meunier, and Scott George participated on behalf of the Plaintiff-Intervenors and the Plaintiffs' Steering Committee; Richard Duplantier, Ben Grau, and Phil Nizalek participated on behalf of Defendant INEX; and Kevin Risley, Brian Martin, Suzanne Patrick, and Sidney Angelle participated on behalf of Defendant North River. At the conference, the parties discussed the upcoming trial. **IT IS ORDERED** that the parties' proposed pre-trial order (R. Doc. 16252) is hereby **AMENDED** to add a reference to this Court's jurisdiction as an MDL court pursuant to Title 28 of the United States Code, Section 1407 and is otherwise **ACCEPTED AND ADOPTED**.

**IT IS FURTHER ORDERED** that the following dates shall apply:

The jury trial is scheduled to begin on **Monday, November 26, 2012 at 8:30 a.m.** and is expected to take seven to ten days. Counsel shall report to Chambers at **8:00 a.m.** on the first day and at **8:30 a.m.** on the following days.

1

JS10(00:24)

The following document is to be <u>delivered electronically to Chambers</u> no later than **Wednesday, November 21, 2012**:

(a) A Microsoft Excel spreadsheet with the parties' exhibit information and objections as described by the following column headings: NR/INEX Trial Exhibit Number; Beginning Bates Number; Ending Bates Number; Description; Objection; Response to Objection; Court's Ruling.

The following document is to be <u>delivered to Chambers</u> no later than **Wednesday, November 21, 2012**:

(a) Bench books (one book of joint exhibits; one book of Plaintiff's objected-to exhibits; one book of Defendant's objected-to exhibits).

The Court's electronic equipment shall be available for the parties' use. The parties shall contact the Case Manager, Dean Oser, 589-7686 with any questions regarding the use of the electronic equipment.