UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| This Document Relates to All Cases | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Gail K. Walters. **IT IS ORDERED** that this correspondence be filed into the record. **IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel contact Mrs. Walters, investigate the issues raised in this correspondence, and contact the Court to report their findings.

New Orleans, Louisiana, this 20th day of November, 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Gail K. Walters
1181 NE 44th Ln.
Cape Coral
FL 33909