Judge Fallon,

In 2009 my husband and I purchased our home in Cape Coral Florida. After 30 years of hard work we were able to purchase our first home and finally live the American Dream. We were able to pack up a 26 foot truck from Indiana and begin our lives in Florida.

We did not have an inspection of the home.

We moved in into our dream home in May of 2009.

We did notice a smell in the house but everyone was telling us it was the well water. We had never been around a well so we didn't know any better. The mirrors were all turning black and my jewelry was pitting. Our microwave stopped working. Still we had no idea what was wrong with our house. The toaster stopped and then the car battery and computer.

In November we both got sick. My husband had a staff infection in his nose. I had a respiratory infection. We both had to go on medication and shots.

In December it was cold enough that we had to turn on the heat. Our furnace worked for one day and then stopped working. After they came out to service the unit they told us the bad news, our house was built with Chinese Drywall. We were forced to shut up the house and move back to Indiana. There we sat all winter wondering what to do with our dream home back in Florida. Finally, my husband suggested that we get a loan and do the remediation ourselves. Abisso Cleanse took our home down to the metal studs and rebuilt. China hurt us both financially and emotionally.

All these years later we continue to wait for Knauf to pay us back for the cost to remediate. A cost that we had to put out back in 2010 and are still paying a loan on to our bank in Indiana. Two years later we do not see any sign as to when this will disaster will come to an end.

While we need to get the money back that we put out for remediation this is in no way enough compensation for all of our losses over these last few years from our appliances and electronics to the mental suffering, stress and undo hardship on our lives. Let's not leave out the use and enjoyment of our dream home.

Joe and Gail Walters – Cape Coral, Florida

gwaLTe711@AoL.Com

Thank You
Gail Walters