UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| This Document Relates to All Cases | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Sheree Juliano. **IT IS ORDERED** that this correspondence be filed into the record. **IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel contact Ms. Juliano, investigate the issues raised in this correspondence, and contact the Court to report their findings.

New Orleans, Louisiana, this 20th day of November, 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Sheree Juliano
5816 Water Point Ln
Hoover
AL 35244