RECEIVED

NOV 19 2012

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

11/15/12
5816 Water Point Ln
Hoover, AL 35244

Judge Fallon:

Please help me! I have lowercase
Knauf. "I'm branded" why would
anyone buy my house with
"lowercase Knauf" Especially since
I'm the only one on my street that
has it. Lowercase or uppercase that
doesn't matter to a buyer.
   "It's Knauf" thats all they see.
They will just stay away for
safety sake. So yes this means
"I'm branded" Stuck in this house
forever. I smell the drywall
its horrible. Since we have been
living here 2 out of 3 of us
have been diagnosed with Asthma.
I'm not so sure its not putting
off gases. I Know if I was
going to purchase a house, I
would stay away from a "lowercase Knauf"
house. I would not take a chance.
Would you buy a lowercause Knauf house?
I have put my life savings into this
house I can't walk away and
foreclose. Please I'm begging you to help me!
                    "Branded lowercase"
                    Sheree Juliano