UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br>SECTION: L |
| This Document Relates to All Cases | : : | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Mr. and Mrs. Patrick Farley. **IT IS ORDERED** that this correspondence be filed into the record. **IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel contact Mr. and Mrs. Farley, investigate the issues raised in this correspondence, and contact the Court to report their findings.

New Orleans, Louisiana, this 20th day of November, 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Mr. and Mrs. Patrick Farley
P. O. Box 2235
Chalmette
LA 70044