RECEIVED
NOV 19 2012
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

November 16, 2012

Dear Judge Fallon,

Due to hurricane Katrina and Rita my husband and I loss everything. After living in a FEMA Trailer for 11 months not knowing which way to go, we decided to rebuild our home in Chalmette, LA with the little LRA money we received and 2 SBA loans, a loan on my 401K, and a lot of hard work we did ourselves to help out financially. We had Insurance just not enough. Unknown to us at that time, we purchased contaminated Chinese Drywall. We lived in our home for 4 years breathing in the contaminated sulfur before we even knew that we had that type of drywall, which lead to both of us, our son, and our Chihuahua puppy having breathing problems. Due to our health issues we were told by our Doctors that if we did not move out soon our health was just going to get worse. Knowing that we could not afford to pay rent we started seeking help from the State. Thanks to the S.T.A.R.S. program we were able to move out of our house into the rental, without them we would not have been able to move, and would still living in the contamination. The lease on this rental is up on April 30, 2013, and we were informed that they will not be able to give us an extension on the rental assistance. With that in mind we will either have to move back into our contaminated house, or be on the streets. We can not afford to pay $1200.00 a month rent plus the 2 SBA loans and all the other bills we have.

My husband has developed COPD, and he is limited to work, he takes breathing treatments twice a day, and some days he is on Oxygen depending on the weather. He is an Electrical Contractor, and owns his own Company, but with the health issues we are going to be forced to shut the business down. He has not worked are received a pay check in the last 4 years. We are living on my salary alone, and times are getting hard. We wish we had the money to rebuild our house while waiting for this lawsuit to be settled. But living on one salary only gives you a limit to what you can do.

We are hoping that a settlement can be reached by the end of our lease. All we want is closure in our lives, and to be able to move on. We still feel homeless, because we are paying for a house that we can not live in and living in a house that is not ours. Till today we have yet to hang a picture on the walls, because we don't feel like we are at home.

Judge Fallon, please anything you can do to help speed up this settlement will be greatly appreciated.

Yours truly
Mr. and Mrs. Patrick Farley

504-442-7636 PAT Cell
504-512-3676 Josie Cell
504 271-3822 Home
e-mail
jgfarley@Bellsouth.Net