IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | MAG. JUDGE WILKINSON |

THE NORTH RIVER INSURANCE COMPANY's
SUPPLEMENTAL DEPOSITION DESIGNATIONS FOR
NOVEMBER 26, 2012 TRIAL

NOW INTO COURT, through undersigned counsel, comes Defendant, The North River Insurance Company ("North River"), and for providing designations of depositions to be used in lieu of live testimony and introduced into evidence at the trial of this matter, herein makes the following supplemental designations contained in Exhibit N:

Exhibit N: James A. Tompkins – November 7, 2012

North River reserves the right to amend these designations based on the Court's rulings on Motions in Limine or other rulings on admissibility.

Respectfully submitted,

THOMPSON COE COUSINS & IRONS LLP

By:      /s Eric B. Berger
BRIAN S. MARTIN, ESQ.
KEVIN RISLEY, ESQ.
RODRIGO "DIEGO" GARCIA, JR., ESQ.
One Riverway, Suite 1600
Houston, Texas 77056
Phone: (713) 403-8206
Fax:  (713) 403-8299
bmartin@thompsoncoe.com

PAGE 1

-AND-

LOBMAN CARNAHAN BATT ANGELLE & NADER

SIDNEY J. ANGELLE, ESQ.
La. Bar No. 1002
ERIC B. BERGER, ESQ.
La. Bar No. 26196
400 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Phone: (504) 586-9292
Fax:    (504) 586-1290
sja@lcba-law.com
ebb@lcba-law.com

ATTORNEYS FOR THE NORTH RIVER INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on November 21, 2012.

　　／s Eric B. Berger_____
ERIC B. BERGER