## **EXHIBIT N**

Page 8, Line 1 – Page 16, Line 12

Page 29, Line 7 – Page 52, Line 19

Page 134, Line 17 – Page 139:10