UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CIVIL ACTION NO. 09-2047 JUDGE FALLON |
| This Document Relates to: ALL CASES | | MAGISTRATE WILKINSON |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF INTERIOR EXTERIOR'S _SECOND_ MOTION TO STRIKE PLAINTIFFS' EXHIBITS**

MAY IT PLEASE THE COURT:

Following the submission of Interior Exterior's Second Motion to Strike Plaintiffs' Exhibits, we discovered that numerous exhibits that Plaintiffs had agreed to withdraw during the "meet and confer" meeting on the 20th were added back to their "current" exhibit list, provided at 10:51 p.m. last night. These exhibits are the following:

| Exhibit No. | Description | Objection |
|---|---|---|
| P-NR/INEX-0252 | INEX Web Pages (Black & White) | Counsel Previously Withdrew; |
| P-NR/INEX-0270 | INEX Contract with Knauf Wuhu | Counsel Previously Withdrew; |
| P-NR/INEX-0276 | Email from William S. App Jr. to Cecilia Wang, ccing Clay Geary (3/21/06), includes email string | Counsel Previously Withdrew; |
| P-NR/INEX-0277 | Email from William S. App Jr. to Clay Geary (3/21/06) | Counsel Previously Withdrew; |
| P-NR/INEX-0278 | Email from William S. App Jr. to Victor Wei, cc'd Clay Geary (3/14/06) | Counsel Previously Withdrew; |
| P-NR/INEX-0280 | Email from William S. App Jr. to Clay Geary on (3/10/06), includes email string | Counsel Previously Withdrew; |
| P-NR/INEX-0281 | Email from William S. App Jr. to Clay Geary (3/09/06), includes email string | Counsel Previously Withdrew; |
| P-NR/INEX-0282 | Email from William S. App Jr. to Clay Geary (3/07/06), includes email string | Counsel Previously Withdrew; |

| | | |
|---|---|---|
| P-NR/INEX-0283 | Email from William S. App Jr. to Clay Geary (2/28/06), includes email string | Counsel Previously Withdrew; |
| P-NR/INEX-0284 | Addendum to Letter of Credit | Counsel Previously Withdrew; |
| P-NR/INEX-0289 | Email from William S. App, Jr. to Clay Geary (1/19/06) | Counsel Previously Withdrew; |
| P-NR/INEX-0290 | Email from William S. App, Jr. to Victor Wei and Clay Geary (1/17/06) | Counsel Previously Withdrew; |
| P-NR/INEX-0291 | Vessel #1 Mystras | Counsel Previously Withdrew; |
| P-NR/INEX-0295 | Knauf plasterboard (Tianjin) Co. Ltd. "Informal Tender for Freight Delivery (April 2006) | Counsel Previously Withdrew; |
| P-NR/INEX-0300 | Delivery Orders | Counsel Previously Withdrew; |
| P-NR/INEX-0303 | INEX delivery schedule | Counsel Previously Withdrew; Duplicative |
| P-NR/INEX-0304 | INEX delivery schedule | Counsel Previously Withdrew; |
| P-NR/INEX-0305 | Email from Jerry Becnel to Clay Geary (11/12/06) | Counsel Previously Withdrew; |
| P-NR/INEX-0306 | Email from Jerry becnel to Clay Geary (6/13/06) | Counsel Previously Withdrew; |
| P-NR/INEX-0307 | Email from Jerry becnel to Clay Geary (3/10/06) | Counsel Previously Withdrew; |
| P-NR/INEX-0310 | Email from Jerry becnel to Clay Geary (2/04/06) | Counsel Previously Withdrew; |
| P-NR/INEX-0311 | Email from Bobby Freedman to Clay Geary and Jim Geary (2/01/06) | Counsel Previously Withdrew; |
| P-NR/INEX-0312 | Email from Jerry Becnel to Jeff Boyte, cc'd Clay Geary 1/30/06) | Counsel Previously Withdrew; |
| P-NR/INEX-0314 | Photographs | Counsel Previously Withdrew; |
| P-NR/INEX-0315 | Freight invoice to INEX | Counsel Previously Withdrew; |
| P-NR/INEX-0317 | Email from Victor Wei email to WangLan@mail.knauf.com, cc'd Clay Geary (3/14/06) | Counsel Previously Withdrew; |
| P-NR/INEX-0318 | Email from Victor Wei to William S. App., Jr. and WangLan@mail.knauf.com, cc'd Clay Geary (3/14/06) | Counsel Previously Withdrew; |

| Exhibit | Description | Objection |
|---|---|---|
| P-NR/INEX-0319 | Email from William App to Clay Geary (3/14/06) | Counsel Previously Withdrew; |
| P-NR/INEX-0320 | Email from WangLan@mail.knauf.com to Clay Geary (3/08/06) | Counsel Previously Withdrew; |
| P-NR/INEX-0321 | Email from William App to Cecilia Wang and cc'd Clay Geary (3/05/06) | Counsel Previously Withdrew; |
| P-NR/INEX-0324 | Email from William App to Clay Geary (3/07/06) | Counsel Previously Withdrew; |
| P-NR/INEX-0325 | Email from William App to Rudy Demont, cc'd Clay Geary (3/05/06) | Counsel Previously Withdrew; |
| P-NR/INEX-0372 | INEX Contract with Metro Resources Corporation (5/09/06) | Counsel previously withdrew; |
| P-NR/INEX-0373 | INEX Contract with Metro Resources Corporation (3/28/06) | Counsel previously withdrew; |
| P-NR/INEX-0376 | Hold Order (4/08/09) | Counsel previously withdrew |
| P-NR/INEX-0909 | INEX Website Pages Used as exhibits in various depositions | Plaintiffs withdrew pages 2,3,5,6 |
| P-NR/INEX-0910 | List of Web-sites | Counsel previously withdrew |
| P-NR/INEX-0942 | Pages 927-933 of the deposition transcript of Professor Hummel's Day 3 | Counsel previously withdrew; Hearsay |
| P-NR/INEX-1043 | (CPSC) Matheson, Joanna PhD. (September 2011) Staff Summary Report on the Contractor's Phase II Drywall Chamber Test Results- Reactive Sulfur Gases | Counsel previously withdrew; Relevance; Hearsay |
| P-NR/INEX-1066 | (IRC) International Residential Code for One- and Two- Family Dwellings (2003), Chapter 1: Administration | Counsel previously withdrew |

For the reasons set forth in our previous filings, Interior Exterior also moves for an order striking these exhibits referenced above.

Respectfully submitted,

*Richard G. Duplantier, Jr.   /s/*
Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Benjamin R. Grau (#26307)
Carlina C. Eiselen, (# 28524)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gjtbs.com /jhassinger@gjtbs.com
bgrau@gjtbs.com / ceiselen@gjtbs.com
*Counsel for Defendant, Interior Exterior Building Supply, L.P.*
*and Interior Exterior Enterprises, LLC*

## Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 22nd day of November, 2012.

*Richard G. Duplantier, Jr.   /s/*
RICHARD G. DUPLANTIER, JR.