UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### FIFTH SUPPLEMENTAL NOTICE OF FILING BY CLASS COUNSEL (RE: RESCISSION OF OPT-OUTS)

PLEASE TAKE NOTICE that pursuant to the various settlement agreements that were preliminarily approved by the Court, class counsel hereby submit the attached rescissions of opt-outs that were served on class counsel, as follows:

A. **Recisions of Opt-Outs**–See attached chart and Exhibit A

Respectfully submitted,

Dated: November 21, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*

> Arnold Levin
> Fred S. Longer
> LEVIN, FISHBEIN, SEDRAN & BERMAN
> 510 Walnut Street, Suite 500
> Philadelphia, PA 19106
> Phone: (215) 592-1500
> Fax: (215) 592-4663
> Alevin@lfsblaw.com
> *Plaintiffs' Lead Counsel in MDL 2047*

**CLASS COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of November, 2012.

> /s/ Leonard A. Davis
> Leonard A. Davis, Esquire
> HERMAN, HERMAN, KATZ & COTLAR, LLP
> 820 O'Keefe Avenue
> New Orleans, Louisiana 70113
> Phone: (504) 581-4892
> Fax: (504) 561-6024
> Ldavis@hhkc.com
> *Plaintiffs' Liaison Counsel in MDL 2047*
> *Co-counsel for Plaintiffs*

# IN RE CHINESE DRYWALL LITIGATION

## RESCISSIONS OF SETTLEMENT EXCLUSIONS

|    | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|----|------------|----------|------------|
|    | **RESCISSIONS** | | |
| 1. | Arriola, Gladys | C. David Durkee<br>Roberts & Durkee | Banner |
| 2. | Allen, Sallie[1] | | Global |
| 3. | Boynton Village, LLC | Broad and Cassel | Banner |
| 4. | Brown, Dorene C. | Bruce Steckler<br>Baron & Budd, P.C. | Global, Banner, Knauf |
| 5. | Core Construction Group, LTD | Mintzer, Sarowitz, Zeris<br>Brian Eves | Banner |
| 6. | Davidson, Patricia[2] | | Global |
| 7. | Edelman, Michael and Francine | Bruce Steckler<br>Baron & Budd, P.C. | Global, Banner, Knauf |
| 8. | Hunt, Walter and Catherine | | Global |
| 9. | Ledford, Samuel | Daniel K. Bryson<br>Lewis & Roberts | Global |
| 10. | Moses, Carolyn and Moses | | Global, Banner, Knauf |
| 11. | Shukow, Allen and Donna | | Global, Banner, Knauf |
| 12. | Smith, Linda L. | | Global |

1. Original Opt-Out Never Received

2. Original Opt-Out Never Received