# EXHIBIT A

## NOTICE TO RESCIND BANNER SETTLEMENT OPT OUT FORM

The undersigned, GLADYS ARRIOLA, who currently resides at and owns this property which is allegedly damaged by Chinese Drywall which is located at 3000 SW 145th Court Miami, FL 33175, and hereby rescinds its opt-out form from the Banner Settlement which was previously submitted. (See copy of previously submitted Banner Opt-Out form attached hereto as Exhibit "A").

Dated: 11-5-12

*[signature]*
GLADYS ARRIOLA

# EXHIBIT "A"

# REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby opts out from the Banner Settlement Class in the Chinese Drywall Action.

Name: __GLADYS___ __M.___ __ARRIOLA___
    First    Middle    Last

Name: _____
    First    Middle    Last

Address: __3000 SW 145 CT__
    Street Address

__MIAMI FL 33175__
City, State, Zip

Executed by __[signature] Gladys M. Arriola__ __October 24, 2011__
     Signature        Date

Executed by _____ _____
     Signature        Date

To: Arnold Levin
   LEVIN, FISHBEIN, SEDRAN & BERMAN
   510 Walnut Street, Suite 500
   Philadelphia, PA 19106

   Michael A. Sexton, Esq.
   Weinberg Wheeler Hudgins Gunn & Dial LLC
   3344 Peachtree Road, NE
   Suite 2400
   Atlanta, GA 30326

   Todd R. Ehrenreich
   WEINBERG WHEELER HUDGINS GUNN & DIAL
   2601 South Bayshore Drive, Suite 1500
   Miami, FL 33133

   Dorothy Wimberly, Esq.
   Stone Pigman Walther Wittmann LLC
   546 Carondelet Street
   New Orleans, LA 70130

   Michael P. Peterson
   PETERSON & ESPINO, P.A.
   10631 S.W. 88th Street, Suite 220
   Miami, FL 33186

| VIA FAX: 215-592-4663 | VIA FAX: 504-561-6024 |
|---|---|
| Arnold Levin, Esq. | Russ M. Herman, Esq. |
| Levin, Fishbein, Sedran & Berman | Herman, Herman & Katz, LLP |
| 510 Walnut Street, Suite 500 | 820 O'Keefe Avenue |
| Philadelphia, PA 19106 | New Orleans, LA 70113 |

Re: In Re: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Easter District of Louisiana

## Notice of Rescission of Opt-Out

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"), please consider this notice of my desire to *rescind* my opt-out as to the Global Settlement. My address of the property damaged by the Chinese Drywall is:

1436 Delery St,    New Orleans    LA.    70117
Address              City            State    Zip

Allen, Sallie         Sallie Allen        11/12/2012
Signature            Printed Name        Date

Allen

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

*The only participating defendant for my home is Habitat for Humanity*

**RESCISSION OF REQUEST FOR EXCLUSION**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

Proposed Class Member, Boynton Village, LLC, whose address is 2100 Hollywood Boulevard, Hollywood, Florida 33020, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall Action, submitted September 28, 2012.[1]

Boynton Village, LLC

By: Leon Wolfe

Dated: November 5, 2012

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael Sexton
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

---

[1] Due to the simultaneous deadlines for opt outs in both the Banner Settlement and the Builder, Installer, Supplier & Insurer Settlement Agreement ("Builder Settlement"), it is impossible for this Class Member to identify those homeowner plaintiffs and property addresses that opt out of the Builder Settlement sufficiently so that this Class Member can evaluate whether to participate in the Banner Settlement. Accordingly, this opt out is intended to be a provisional opt out such that this Class Member can evaluate the number of homeowner opt outs in Builder Settlement Agreement. This Class Member is in favor of the Banner Settlement and Builder Settlement, and intends to utilize the time period provided for following the opt out deadline within which to evaluate opt outs that affect the Builder Settlement such that it may be possible to withdraw this opt out.

## Rescission of Knauf Settlement Opt Out, Global Settlement Opt Out, and Banner Settlement Opt Out

Name: Dorene C. Brown
Address: 200 East Palmetto Park Rd #811
Boca Raton, FL 33432

Date: November 21, 2012

VIA FIRST CLASS U.S. MAIL

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re: In Re: Chinese-Manufactured Drywall Products Liability Litigation
U.S. District Court, Eastern District of Louisiana, MDL 2047
Rescission of Knauf Settlement Opt Out, Global Settlement Opt Out, and Banner Settlement Opt Out

Dear Sirs:

The undersigned hereby rescinds her opt out from the Knauf Settlement, the Global Settlement, and the Banner Settlement in the Chinese Drywall Action.

Current address is: 200 East Palmetto Park Rd #811
Boca Raton, FL 33432

Subject Property address: 17946 Lake Azure Way
Boca Raton, FL 33496

_____          _____
Signed                              Signed

Dorene C. Brown                     _____
Printed Name                        Printed Name

007028.000005

## NOTICE OF RESCISSION OF REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To: Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther, Willman, LLC
546 Carondelet Street
New Orleans, LA 70130

As to date the filings show that no class member with a known claim against the undersigned has opted out of the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement"). Therefore, the undersigned hereby rescinds it previously filed Request For Exclusion ("Opt Out") attached as Exhibit A for reference.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of a claim of a class member is allowed to opt out of the Global Settlement(s) in the future. Furthermore, the undersigned reserves the right to withdraw this Rescission if class members with claims against the undersigned have opted-out of the Global Settlement without Notice being provided to the undersigned.

Contractor: Core Construction Group, LTD.
Address: 866 North Main Street, Morton, IL 61550

By: _____
BRIAN EVES
Florida Bar No. 43794
Counsel for Core Construction

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:  Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

To the extent permitted by existing or future order of the Chinese Drywall MDL Court, it is the intent of this notice to opt out of the Banner Settlement Class to the extent of the claim of a class member in both the Banner Settlement and the Class Action Settlement between the PSC and Participating Suppliers, Builders and Installers and Participating Insurers (the "Global Settlement") opts out of the Global Settlement.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Contractor/Installer: Core Construction Group, LTD.

Address: 866 North Main Street, Morton, IL 61550

Executed by: _____

Brian A. Eves, Esq.
Florida Bar #0043794
Counsel for Core Construction

5245207.1

| VIA FAX: 215-592-4663 | VIA FAX: 504-561-6024 |
|---|---|
| Arnold Levin, Esq. | Russ M. Herman, Esq. |
| Levin, Fishbein, Sedran & Berman | Herman, Herman & Katz, LLP |
| 510 Walnut Street, Suite 500 | 820 O'Keefe Avenue |
| Philadelphia, PA 19106 | New Orleans, LA 70113 |

Re: **In Re: Chinese-Manufactured Drywall Products Liability Litigation**
United States District Court, Easter District of Louisiana

**Notice of Rescission of Opt-Out**

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"), please consider this notice of my desire to *rescind* my opt-out as to the Global Settlement. My address of the property damaged by the Chinese Drywall is:

4520 + 4520½ N. Villere St.   New Orleans,   Louisiana,   70117
Address                        City            State         Zip

Patricia Davidson          Patricia Davidson       11-12-2012
Signature                  Printed Name            Date

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

*The only participating defendant for my home is Habitat for Humanity*

## Rescission of Knauf Settlement Opt Out, Global Settlement Opt Out, and Banner Settlement Opt Out

Name: Michael (and) Francine Edelman
Address: 10 Old Jackson Ave Unit 18
Hastings on Hudson NY 10706

Date: 11/20/2012

VIA FIRST CLASS U.S. MAIL

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re: In Re: Chinese-Manufactured Drywall Products Liability Litigation
U.S. District Court, Eastern District of Louisiana, MDL 2047
Rescission of Knauf Settlement Opt Out, Global Settlement Opt Out, and Banner Settlement Opt Out

Dear Sirs:

The undersigned hereby rescind their opt out from the Knauf Settlement, the Global Settlement, and the Banner Settlement in the Chinese Drywall Action.

Current address is: 10 Old Jackson Ave #18 Hastings on Hudson NY 10706

Subject Property address: 9401 Scarborough Port St Lucie, FL 34986

_____          _____
Signed                                                    Signed

Michael R Edelman                                  Francine Edelman
Printed Name                                         Printed Name

| VIA FAX: 215-592-4663 | VIA FAX: 504-561-6024 |
|---|---|
| Arnold Levin, Esq. | Russ M. Herman, Esq. |
| Levin, Fishbein, Sedran & Berman | Herman, Herman & Katz, LLP |
| 510 Walnut Street, Suite 500 | 820 O'Keefe Avenue |
| Philadelphia, PA 19106 | New Orleans, LA 70113 |

Re: In Re: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Easter District of Louisiana

**Notice of Rescission of Opt-Out**

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"), please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement. Our address of the property damaged by the Chinese Drywall is:

| 10695 Durban Fork Road | Bay Minette | AL | 36507 |
|---|---|---|---|
| Address | City | State | Zip |

| C.H. (signature) | Walter C. Hunt II | 11-9-12 |
|---|---|---|
| Signature | Printed Name | Date |

| Catherine C. Hunt (signature) | Catherine C. Hunt | 11-9-12 |
|---|---|---|
| Signature | Printed Name | Date |

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

Sincerely,

Curt and Catherine Hunt

| VIA FAX: 215-592-4663 | VIA FAX: 504-561-6024 |
|---|---|
| Arnold Levin, Esq. | Russ M. Herman, Esq. |
| Levin, Fishbein, Sedran & Berman | Herman, Herman & Katz, LLP |
| 510 Walnut Street, Suite 500 | 820 O'Keefe Avenue |
| Philadelphia, PA 19106 | New Orleans, LA 70113 |

Re: In Re: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Easter District of Louisiana

### Notice of Rescission of Opt-Out

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"), please consider this notice of my desire to *rescind* my opt-out as to the Global Settlement. My address of the property damaged by the Chinese Drywall is:

| 10308 Renfroe Rd | Alpine | AL | 35014 |
|---|---|---|---|
| Address | City | State | Zip |

Signature: *Samuel Ledford*  Printed Name: Samuel Ledford  Date: 11-08-12

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

Sincerely,

Samuel Ledford

**Rescission of Knauf Settlement Opt Out, Global Settlement Opt Out,
and Banner Settlement Opt Out**

Name: Carolyn & William Moses
Address: 9861 Cobblestone Creek Dr
Boynton Beach FL 33472

Date: 11/8/12

VIA FIRST CLASS U.S. MAIL

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re: In Re: Chinese-Manufactured Drywall Products Liability Litigation
U.S. District Court, Eastern District of Louisiana, MDL 2047
Rescission of Knauf Settlement Opt Out, Global Settlement Opt Out, and Banner
Settlement Opt Out

Dear Sirs:

The undersigned hereby rescind their opt outs from the Knauf Settlement, the Global Settlement, and the Banner Settlement in the Chinese Drywall Action.

Current address is: 9861 Cobblestone Creek Dr. Boynton Beach FL 33472

Subject Property address: Same as above

_William J Moses_
Signed

_Carolyn J Moses_
Signed

William L Moses
Printed Name

Carolyn J Moses
Printed Name

## Rescission of Knauf Settlement Opt Out, Global Settlement Opt Out, and Banner Settlement Opt Out

Name: Allen and Donna Shukow
Address: 17538 Middlebrook Way
Boca Raton, FL 33496

Date: November 8, 2012

VIA FIRST CLASS U.S. MAIL

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re: In Re: Chinese-Manufactured Drywall Products Liability Litigation
U.S. District Court, Eastern District of Louisiana, MDL 2047
Rescission of Knauf Settlement Opt Out, Global Settlement Opt Out, and Banner Settlement Opt Out

Dear Sirs:

The undersigned hereby rescind their opt outs from the Knauf Settlement, the Global Settlement, and the Banner Settlement in the Chinese Drywall Action.

Current address is: 17538 Middlebrook Way
Boca Raton, FL 33496

Subject Property address: 17538 Middlebrook Way
Boca Raton, FL 33496

Signed _____          Signed _____

Printed Name: Allen Shukow              Printed Name: Donna E. Shukow

*VIA FAX: 215-592-4663*
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

*VIA FAX: 504-561-6024*
Russ M. Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:  In Re: Chinese-Manufactured Drywall Products Liability Litigation
     United States District Court, Easter District of Louisiana

**Notice of Rescission of Opt-Out**

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"), please consider this notice of my desire to *rescind* my opt-out as to the Global Settlement. My address of the property damaged by the Chinese Drywall is:

| 5001 North Prieur St. | New Orleans | LA | 70117 |
|---|---|---|---|
| Address | City | State | Zip |

| *Linda L. Smith* (Signature) | Linda L. Smith (Printed Name) | 11/12/2012 (Date) |
|---|---|---|

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

Sincerely,

*Linda L. Smith*
Linda Smith