**Houston ♦ St. Louis ♦ Lafayette ♦ Mandeville ♦ New Orleans ♦ Gulfport ♦ Mobile ♦ Pensacola ♦ Tampa ♦ Atlanta**

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION
DO NOT FORWARD WITHOUT PERMISSION

---

**From:** Anthony Irpino [mailto:airpino@irpinolaw.com]
**Sent:** Monday, November 12, 2012 4:14 PM
**To:** Richard G. Duplantier, Jr.
**Cc:** Scott George; Member GEM (membergem@gainsben.com)
**Subject:** Plaintiffs' Exhibit List

Rick, in following up on the Court's direction at our last conference, please let me know when you are available to meet and confer this week about Plaintiffs' Exhibit List. As discussed, there are a significant number of documents which can be handled via a FRE 1006 summary (e.g., the INEX invoices) and another significant group of documents which can be eliminated once we finalize the stipulation. Just let me know what works. Thanks.

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine St.
New Orleans, LA 70130
Tel: (504) 525-1500
Fax: (504) 525-1501

EXHIBIT 1