**Anthony Irpino**

| | |
|---|---|
| **From:** | Anthony Irpino |
| **Sent:** | Monday, November 12, 2012 4:24 PM |
| **To:** | 'Richard G. Duplantier, Jr.' |
| **Cc:** | Scott George; Member GEM (membergem@gainsben.com) |
| **Subject:** | RE: Plaintiffs' Exhibit List |

Gotcha. I will keep those days open. Please let me know which day (Mon or Tue) and what time you prefer. Thanks.

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine St.
New Orleans, LA 70130
Tel: (504) 525-1500
Fax: (504) 525-1501

**From:** Richard G. Duplantier, Jr. [mailto:RDuplantier@gjtbs.com]
**Sent:** Monday, November 12, 2012 4:17 PM
**To:** Anthony Irpino
**Cc:** Scott George; Member GEM (membergem@gainsben.com)
**Subject:** RE: Plaintiffs' Exhibit List

Anthony -

We are not available this week. We are available next Monday or Tuesday for this conference.

Cordially

Rick Duplantier

**Sincerely,**



GALLOWAY
JOHNSON
TOMPKINS
BURR AND
SMITH

**Richard G. Duplantier, Jr., Director**
**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC**
**Phone: 504-525-6802 | Cell: 504-616-5304 | Fax: 504-525-2456**
**One Shell Square , 701 Poydras St., 40th Floor , New Orleans, Louisiana 70139**
**Email: RDuplantier@gjtbs.com**



AV

**EXHIBIT**

**2**

**Website | Bio | vCard**