# Anthony Irpino

**From:** Anthony Irpino
**Sent:** Monday, November 19, 2012 10:52 AM
**To:** 'Richard G. Duplantier, Jr.'
**Subject:** RE: Plaintiffs' Exhibit List


Rick, would you like to meet after the conference today?

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine St.
New Orleans, LA 70130
Tel: (504) 525-1500
Fax: (504) 525-1501

---

**From:** Richard G. Duplantier, Jr. [mailto:RDuplantier@gjtbs.com]
**Sent:** Monday, November 12, 2012 4:17 PM
**To:** Anthony Irpino
**Cc:** Scott George; Member GEM (membergem@gainsben.com)
**Subject:** RE: Plaintiffs' Exhibit List

Anthony -

We are not available this week. We are available next Monday or Tuesday for this conference.

Cordially

Rick Duplantier



Sincerely,



GALLOWAY
JOHNSON
TOMPKINS
BURR AND
SMITH

**Richard G. Duplantier, Jr., Director**
**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC**
Phone: 504-525-6802 | Cell: 504-616-5304 | Fax: 504-525-2456
One Shell Square , 701 Poydras St., 40th Floor , New Orleans, Louisiana 70139
Email: RDuplantier@gjtbs.com



**EXHIBIT 3**

Website | Bio | vCard