MINUTE ENTRY
FALLON, J.
NOVEMBER 21, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2047 |
| IN RE: CHINESE-MANUFACTURED DRY WALL | : |  |
|  PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |
| ................................................. | : |  |

**THIS DOCUMENT RELATES TO ALL CASES**

     A telephonic hearing was held on this date in the Chambers of District Judge Eldon E. Fallon to discuss recurring issues involving the exchange of trial exhibits in preparation for the upcoming trial involving INEX and North River, which is scheduled to begin at 8:30 a.m. central time on Monday, November 26, 2012. The Court heard arguments from counsel for all parties regarding the pending Motion to Strike Plaintiffs' Exhibits filed on behalf of INEX. (R. Doc. 16270). The hearing was transcribed by Cathy Pepper, Official Court Reporter. Ms. Pepper can be reached at 504-589-7779.

     The Court notes that the upcoming bellwether trial has been set for nearly six months. The parties have conducted discovery according to the Court's Scheduling Order (R. Doc. 15588), which the parties themselves proposed and which the Court adopted. According to the Scheduling Order, the date for exchanging trial exhibits was October 30, 2012. At the pre-trial conference on November 19, 2012, it was clear that a meaningful exchange had not yet occurred; the Defendants had provided their exhibits, but the Plaintiffs-Intervenors had not yet done so.

JS10(00:18)

The parties advised the Court that they would make a last-minute attempt to complete the exchange.

At today's hearing, the parties advised the Court that this last-minute attempt failed to accomplish its purpose. The Defendants have now moved to exclude various exhibits, as described above. (R. Doc. 16270).

Accordingly, **IT IS ORDERED** that INEX's Motion for Emergency Expedited Hearing on Interior Exterior's Second Motion [to] Strike Plaintiffs' Exhibits (R. Doc. 16271) be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that any response to INEX's Motion to Strike Plainiffs' Exhibits must be filed no later than 1:00 p.m. central time on Wednesday, November 21, 2012.