# EXHIBIT "A"

| Trial Exhibit Number | Description | Objection to Exhibit | Response to Objection | Court Ruling |
|---|---|---|---|---|
| INEX 001 | Sample – Knauf Tianjin Drywall | None, Subject to Authentication | | |
| INEX 002 | Sample – Taishan Drywall | None, Subject to Authentication | | |
| INEX 003 | Sample – U.S. Gypsum Drywall | None, Subject to Authentication | | |
| INEX 004 | Sample – National Gypsum Drywall | None, Subject to Authentication | | |
| INEX 005 | Color photograph of Taishan Drywall | None, Subject to Authentication | | |
| INEX 006 | Color photograph of Knauf Drywall | None, Subject to Authentication | | |
| INEX 007 | Commercial Invoice and Certificates of Warranties for Knauf Tianjin purchases | None | | |
| INEX 008 | Sales Contract, Letter of Credit, Certificates, Commercial Invoices for Taishan Drywall from Metro Resources | None | | |
| INEX 009a | ASTM C1396 (06); ASTM C1396 (04) | None | | |
| INEX 009b | ASTM C 36 (99) | None | | |
| INEX 009c | ASTM C1264 (99) | None | | |
| INEX 009d | ASTM C1264 (05) | None | | |
| INEX 009e | ASTM C 473 (03) | None | | |
| INEX 010 | Knauf Tianjin's Material Safety Data Sheet | None | | |
| INEX 011 | Email concerning Taishan's C1396 compliance | None | | |
| INEX 012 | INEX Purchase Orders for sale of 4x12x1/2 drywall | Objection, Relevance | | |
| INEX 013 | INEX Invoices | Objection, Relevance | | |
| INEX 014 | Davis Construction Supply, LLC's Flyer for drywall. | None | | |
| INEX 015 | PABCO Gypsum Physical Sheet for sale of drywall | None | | |
| INEX 016 | Clay Geary's records and notes concerning possible imported board. | None | | |
| INEX 017 | World Trade Brokers document | None | | |
| INEX 018 | Email from & to Clay Geary re: Imported Board | None | | |
| INEX 019 | COMEX International drywall advertisement | Objection, Relevance | | |
| INEX 020 | UNI-PAC, LTD drywall advertisement | None | | |
| INEX 021 | Email from Robert McCay to Clay Geary re: cheap sheetrock. | None | | |
| INEX 022 | DestinAsia Material, LLC's gypsum board price sheet | Objection, Relevance | | |
| INEX 023 | Email from Jim Geary to Clay Geary re: Sheetrock; Crescent City Gypsum. | Objection, Relevance | | |
| INEX 024 | Email from Jeff Brisely to Kurt Heider re: Wallboard requirements for Knauf USA Customers. | None | | |
| INEX 025 | Email from Jeff Brisely to Kurt Heider re: Wallboard Costs INEX | None | | |
| INEX 026 | Email from John Davis to Clay Geary re: Plasterboard to New Orleans. | None | | |

| INEX 027 | Email from John Davis to Clay Geary re: "made in china". | None | | |
|---|---|---|---|---|
| INEX 028 | Email from John Davis to Clay Geary re: USA Wallboard. | None | | |
| INEX 029 | Email from John Davis to Clay Geary re: New Contact. | None | | |
| INEX 030 | Email from Cecilia Wang to Clay Geary re: Knauf Contract and L/C confirmation. | None | | |
| INEX 031 | Letter of Credit for Knauf Tainjin board | None | | |
| INEX 032 | Email from Clay Geary to Jeff Brisley re: Knauf Drywall. | None | | |
| INEX 033 | Clay Geary's notes concerning drywall | None | | |
| INEX 034 | Fax from William App to INEX re: wallboard | None | | |
| INEX 035 | Email from Cecilia Wang to Clay Geary re: Additional Gypsum Board. | None | | |
| INEX 036 | Standing Order from INEX to Knauf Tianjin | None | | |
| INEX 037 | Fax from Knauf Tainjin to INEX re: order | None | | |
| INEX 038 | Email from William App to Clay Geary re: order | None | | |
| INEX 039 | Email from William App to Clay Geary re: Wallboard Business- Continuation | None | | |
| INEX 040 | Emailf rom Russell Wahl to Clay Geary re: gyspum board in container | None | | |
| INEX 041 | Fax from William App to INEX re: 3898 MT Wallboard | None | | |
| INEX 042 | Email from Jerry Becnel to Clay Geary re: Customs POA, Terms & Conditions | None | | |
| INEX 043 | Email from Rudy Remont to William App re: Knauf Tianjin photos | None | | |
| INEX 044 | Email from William App to Jim Geary re: MV Mystras | None | | |
| INEX 045 | Fixture Note | None | | |
| INEX 046 | Emails from Susan Li re: loading pictures | None | | |
| INEX 047 | Email from Jerry Becnel to Clay Geary re: Mystras Customs Clearance | Objection, Relevance | | |
| INEX 048 | Email from William App to Victor Wei re: MV Mystras | Objection, Relevance | | |
| INEX 049 | J.W. Allen & Company's Invoice re: Mystras | Objection, Relevance | | |
| INEX 050 | Prime Maritime Agency's Arrival Notice | Objection, Relevance | | |
| INEX 051 | Survey Order – MV Alexander Gracht | None | | |
| INEX 052 | Email from William App to Jesse Weisman re: pallet weights- imported board | Objection, Relevance | | |
| INEX 053 | Contract and Certificates of Warranties with Knauf Wuhu | None | | |
| INEX 054 | Email from William App to Clay Geary re: IEBS Container Business Ex Knauf Wuhu | Objection, Relevance | | |
| INEX 055 | Email from William App to Clay Geary re: Change in Terms of Sale from FAS Shanghai o FOB Wuhu | Objection, Relevance | | |
| INEX 056 | Email from Rudy Redmont to Clay Geary re: Sheetrock | None | | |
| INEX 057 | Email from David Zhang to Jim Geary re: Draft Contract | Objection, Relevance | | |

| | | | | |
|---|---|---|---|---|
| INEX 058 | Email from David Zhang to Jim Geary re: letter of credit | None | | |
| INEX 059 | Email from David Zhang to Jim Geary re: letter of credit | None | | |
| INEX 060 | Dun and Bradstreet Report on Metro Resources Corp. | None | | |
| INEX 061 | Email from David Zhang to Jim Geary re: Dun & Bradstreet | None | | |
| INEX 062 | Email from David Zhang to Jim Geary re: drywall | None | | |
| INEX 063 | Email from David Zhang to Lydia Alvarez re: L/C CM52182 | None | | |
| INEX 064 | Letter of Credit re: Metro Resources | None | | |
| INEX 065 | USG's purchase of Knauf Tianjin drywall from INEX and test results thereof. | None | | |
| INEX 066 | J. W. Allen's Delivery Tickets | Objection, Relevance and can be stipulated without unnecessary and voluminous cluttering of record | | |
| INEX 067 | Correspondence from Knauf Tianjin to Salomon Adabi re: test results from CTEH. | None, Subject to Authentication | | |
| INEX 068 | Visit report to Luneng Gypsum Mine | None, Subject to Authentication | | |
| INEX 069 | Wall Street Journal Article entitled "Chinese Drywall Cited in Building Woes." | Objection, Hearsay | | |
| INEX 070 | Sample INEX Invoices evidencing customer preferences prior to purchase of Chinese drywall | None | | |
| INEX 071 | Photographs of loading of Knauf Tianjin board | None | | |
| INEX 072 | Columbia Analytical Services Lab Result | Objection, Relevance and FRE 403 | | |
| INEX 073 | EASI's Lab Results | Objection, Relevance and FRE 403 | | |
| INEX 074 | CPSC Press Statement Regarding Drywall and Phosphogypsum | Objection, Authentication (Undated) | | |
| INEX 075 | USCPSC's Summary of Contractor's Indoor Air Quality Assessment of Homes Containing Chinese Drywall | Objection, Relevance/FRE 403 | | |
| INEX 076 | Email from Jim Pate to Frank Vardeman re: Chinese Drywall Issue | None | | |
| INEX 077 | NOAHH Sales from 7/1/2006-9/30/2009 | None | | |
| INEX 078 | Fly System, Inc. correspondence to NOAHH | Objection, Relevance/FRE 403 | | |
| INEX 079 | NOAHH Drywall Timeline (July 14, 2010) | Objection, Hearsay/Authentication | | |
| INEX 080 | Email from Jim Pate to Bob Mayre re: Sheetrock | None | | |
| INEX 081 | Email from Jim Pate to dkoehler re: Chinese drywall | None | | |
| INEX 082 | NOAHH Memorandum | Objection, FRE 403 | | |
| INEX 083 | Email from Jim Pate to Bill Wright | Objection, FRE 403 | | |
| INEX 084 | Knauf's memo concerning odor issue from drywall | None | | |
| INEX 085 | James A. Tompkins, Ph.D.'s CV | Objection unless the CV provided with his report is also included | | |
| INEX 086 | Dr. Timothy D. Tonyan's CV | None | | |