UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO. 2047 : : SECTION: L : |
| This Document Relates to All Cases | : JUDGE FALLON : MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Christopher Eric Bailey. **IT IS ORDERED** that this correspondence be filed into the record.

New Orleans, Louisiana, this 20th day of November, 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Christopher Eric Bailey
69 Zenith Loop
Newport News
VA 23601