November 15, 2012



Christopher Eric Bailey
69 Zenith Loop
Newport News, Va. 23601


The Honorable Judge Fallon,
500 Poydras Street Room C-456
New Orleans, Louisiana 70130


Greetings Judge Fallon,

I am writing to inform you of my plight with toxic Chinese drywall from Taishan. First, I must say, this drywall problem has turned my life upside down. I live in Newport News, VA. I lost everything I had worked for in my adult life from my finances to my personal belongings. I was essentially forced to walk away from my home.

It is beyond me, that any of these attorneys representing the victims of defective drywall could possibly cave in to these settlements. To call these settlements fair and just is an insult to all of the homeowner's who have lost so much. We are essentially going to get pennies on the dollar, if we get anything at all !!!

A home is our most prized possession, the American Dream, yet this dream has been stolen from us. All defendants involved have been allowed to walk away with minimal damage to themselves, their companies, and their insurance. While, we, the plaintiffs, who did nothing wrong, have lost everything. I want to be made whole, and this pending settlement in VA leaves me sad to be part of this country. I always thought we had a fair and just legal system. Now, I am left scratching my head that big business and insurance can steal the " American Dream " from people.

I felt compelled to inform you of our plight and displeasure with the speed of these proceedings. I also feel you should know how upset many of us are with our attorneys. They never tell it to us like it really is,. We get a sugarcoated version to make us leave them alone and hang on to the lawsuits so they can be paid. I want the truth...

I am also very let down by our entire United States Government for not standing up for all of the taxpayers of this country. I did not go to China and make these trade deals. If our elected officials do not take care of the obligations they took an oath to uphold, why should we support them?

Regards,
C. Bailey