UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**O R D E R**

Considering the Motion for Leave of Court to File Class Counsel's Reply to Objector's Reckless Allegation of Barratry at Fairness Hearing;

IT IS ORDERED BY THE COURT that the Class Counsel is granted leave of court to file the Reply to the Objector's Reckless Allegation of Barratry at Fairness Hearing and same is hereby filed into the record herein.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge