UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

CLASS COUNSEL'S REPLY TO THE OBJECTORS' RESPONSE TO
CLASS COUNSEL RUSS HERMAN'S RECKLESS ALLEGATION
OF BARRATRY AT FAIRNESS HEARING

**I. INTRODUCTION**

Class Counsel submit this reply to the Remaining Bandas Objectors' so-called Response to Class Counsel Russ Herman's Reckless Allegation of Barratry at Fairness Hearing.

**II. ARGUMENT**

At the Fairness Hearing, Mr. Herman depicted from the record the sordid efforts of Mr. Bandas to solicit clients that would afford him the ability to sustain his cottage industry as a professional objector. It is reasonable to infer from the testimony of Mr. Soto and Mr. Garcia, the Remaining Bandas Objectors, that Mr. Bandas asked an attorney that shares his office space, Mr. Batman (and that Mr. Batman, in turn, asked his investigator, Mr. Chapa), to solicit clients on Mr. Bandas' behalf even if the potential client exhibited absolutely no possible relation to the Global Settlement's Class definition. Mr. Bandas, who is not Simon Pure but was present at the Fairness hearing, was afforded the opportunity to speak to the matter but chose to remain silent at the time. Outside the presence of the Court, counsel, and his peers present at the hearing he speaks.

And what does Mr. Bandas say? Nothing that he did to solicit clients was improper

because he used Mr. Batman to do it.  But the inference that Mr. Herman drew from the Remaining Bandas' Objectors' testimony is supported by the record, consistent with Mr. Bandas' history as a serial objector, and appropriately raised before the Court.  Far from a reckless and unfounded allegation, the presentation by Mr. Herman was carefully considered, well founded and accurately presented.

Mr. Bandas has already apologized once to this Court for having thrust his office manager into being an objector to the Global Settlement despite the absence of any possible nexus between her and any Participating Defendant in the Global Settlement.  His baseless accusation of reckless behavior on the part of Mr. Herman calls to mind the need for another apology not only to Mr. Herman, but to this Court as well.

### III.  CONCLUSION

Wherefore, the Remaining Bandas Objectors' request for a protective order should be DENIED.

Respectfully submitted,

Dated: November 23, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047 and Class Counsel*

Arnold Levin (On the Brief)

>Fred S. Longer (On the Brief)
>Sandra L. Duggan (On the Brief)
>Matthew C. Gaughan (On the Brief)
>LEVIN, FISHBEIN, SEDRAN & BERMAN
>510 Walnut Street, Suite 500
>Philadelphia, PA 19106
>Phone: (215) 592-1500
>Fax: (215) 592-4663
>Alevin@lfsblaw.com
>*Plaintiffs' Lead Counsel in MDL 2047*
>*and Class Counsel*