UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND<br><br>*Payton, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-07628 (E.D. La.)<br><br>*Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.*<br>Case No. 1:09-cv-00361 (E.D. La.)<br><br>*Gross, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-06690 (E.D. La.)<br><br>*Rogers, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:10-cv-00362 (E.D. La.)<br><br>*Amato, et. al. v. Liberty Mutual Ins. Co., et. al.*<br>Case No. 2:10-cv-00932<br><br>*Hernandez, et. al. v. AAA Insurance, et. al.*<br>Case No. 2:10-cv-3070 (E.D. La.)<br><br>*Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-00080 (E.D. La.)<br><br>*Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 2:110cv000252 (E.D. La.)<br><br>*Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-01077 (E.D. La.)<br><br>*Vikers, et. al. v. Knauf Gips KG, et. al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

1

**NONPARTY ERNEST VITELA'S MOTION
TO QUASH OR MODIFY SUBPOENA UNDER RULE 45**

Nonparty Ernest Vitela, individually and as representative of E and E Construction (collectively, "Vitela"), files this Motion To Quash or Modify Subpoena, for the reasons set forth in his Memorandum in Support of Motion To Quash or Modify Subpoena.

Dated: November 23, 2012

                Respectfully submitted,

          By:   /s/ Christopher A. Bandas
              Christopher A. Bandas
              State Bar No. 00787637
              Southern Bar No. 17509
              BANDAS LAW FIRM, P.C.
              500 North Shoreline Blvd., Suite 1020
              Corpus Christi, Texas 78401-0353
              T:  (361) 698-5200
              F:  (361) 698-5222

              R. Joshua Koch, Jr.
              State Bar No. 2492
              Koch & Schmidt, LLC
              650 Poydras St., Suite 2415
              New Orleans, LA 70130
              T: (504) 208-9040
              F: (504) 208-9041

              Counsel for Movants Ernest Vitela, and E and E
              Construction Co.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 23rd day of November, 2012, a true and correct copy of the above and foregoing was served on the following as indicated below as well as all counsel of record via the Court's CM/ECF system.

Arnold Levin
Levin, Fishein, Sedran & Berman
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Plaintiffs' Lead Counsel

Leonard A. Davis
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70013
Defendants' Counsel

        /s/ Christopher A. Bandas
Christopher A. Bandas