UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND | JUDGE FALLON MAG. JUDGE WILKINSON |
| *Payton, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:09-cv-07628 (E.D. La.) | |
| *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.* Case No. 1:09-cv-00361 (E.D. La.) | |
| *Gross, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:10-cv-00362 (E.D. La.) | |
| *Amato, et. al. v. Liberty Mutual Ins. Co., et. al.* Case No. 2:10-cv-00932 | |
| *Hernandez, et. al. v. AAA Insurance, et. al.* Case No. 2:10-cv-3070 (E.D. La.) | |
| *Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.* Case No. 2:11-cv-00080 (E.D. La.) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 2:110cv000252 (E.D. La.) | |
| *Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.* Case No. 2:11-cv-01077 (E.D. La.) | |
| *Vikers, et. al. v. Knauf Gips KG, et. al.* Case No. 2:09-cv-04117 (E.D. La.) | |

NOTICE OF SUBMISSION OF VITELA'S
MOTION TO QUASH OR MODIFY SUBPOENA

Nonparty Ernest Vitela, individually and as representative of E and E Construction (collectively, "Vitela"), submits his Motion To Quash or Modify Subpoena for decision in front of the Honorable Eldon E. Fallon of the United States District Court, Eastern District of Louisiana, at such time as set by the Court.

Dated: November 23, 2012

                                            Respectfully submitted,

By:       /s/ Christopher A. Bandas
           Christopher A. Bandas
           State Bar No. 00787637
           Southern Bar No. 17509
           BANDAS LAW FIRM, P.C.
           500 North Shoreline Blvd., Suite 1020
           Corpus Christi, Texas 78401-0353
           T: (361) 698-5200
           F: (361) 698-5222

           R. Joshua Koch, Jr.
           State Bar No. 2492
           Koch & Schmidt, LLC
           650 Poydras St., Suite 2415
           New Orleans, LA 70130
           T: (504) 208-9040
           F: (504) 208-9041

           Counsel for Movants Ernest Vitela, and E and E Construction Co.

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November 2012 a true and correct copy of the above and foregoing was served on the following as indicated below as well as all counsel of record via the Court's CM/ECF system.

Arnold Levin
Levin, Fishein, Sedran & Berman
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Plaintiffs' Lead Counsel

Leonard A. Davis
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70013
Defendants' Counsel

                                                /s/ Christopher A. Bandas
                                                Christopher A. Bandas