UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND | JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |
| *Payton, et. al. v. Knauf Gips, KG, et. al.* <br> Case No. 2:09-cv-07628 (E.D. La.) | |
| *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.* <br> Case No. 1:09-cv-00361 (E.D. La.) | |
| *Gross, et. al. v. Knauf Gips, KG, et. al.* <br> Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.* <br> Case No. 2:10-cv-00362 (E.D. La.) | |
| *Amato, et. al. v. Liberty Mutual Ins. Co., et. al.* <br> Case No. 2:10-cv-00932 | |
| *Hernandez, et. al. v. AAA Insurance, et. al.* <br> Case No. 2:10-cv-3070 (E.D. La.) | |
| *Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.* <br> Case No. 2:11-cv-00080 (E.D. La.) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* <br> Case No. 2:110cv000252 (E.D. La.) | |
| *Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.* <br> Case No. 2:11-cv-01077 (E.D. La.) | |
| *Vikers, et. al. v. Knauf Gips KG, et. al.* <br> Case No. 2:09-cv-04117 (E.D. La.) | |

**NOTICE OF SUBMISSION OF OBJECTORS' MOTION FOR LEAVE TO FILE SUR-REPLY TO CLASS COUNSEL'S MOTION TO STRIKE OBJECTIONS**

Objectors Saul Soto, SHS Construction, Ronnie Garcia, and Bay Area Contracting and Construction, Inc. submits their Motion for Leave to File Sur-Reply to Class Counsel's Motion to Strike Objection for decision in front of the Honorable Eldon E. Fallon of the United States District Court, Eastern District of Louisiana, at such time as set by the Court.

Dated:  November 23, 2012

                                        Respectfully submitted,

By:      /s/ Christopher A. Bandas
        Christopher A. Bandas
        State Bar No. 00787637
        Southern Bar No. 17509
        BANDAS LAW FIRM, P.C.
        500 North Shoreline Blvd., Suite 1020
        Corpus Christi, Texas 78401-0353
        T:  (361) 698-5200
        F:  (361) 698-5222

        R. Joshua Koch, Jr.
        State Bar No. 2492
        Koch & Schmidt, LLC
        650 Poydras St., Suite 2415
        New Orleans, LA 70130
        T: (504) 208-9040
        F: (504) 208-9041

        Counsel for Movants Ernest Vitela, and E and E Construction Co.

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November 2012 a true and correct copy of the above and foregoing was served on the following as indicated below as well as all counsel of record via the Court's CM/ECF system.

Arnold Levin
Levin, Fishein, Sedran & Berman
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Plaintiffs' Lead Counsel

Leonard A. Davis
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70013
Defendants' Counsel

    /s/ Christopher A. Bandas
    Christopher A. Bandas