UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND | JUDGE FALLON MAG. JUDGE WILKINSON |
| *Payton, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:09-cv-07628 (E.D. La.) | |
| *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.* Case No. 1:09-cv-00361 (E.D. La.) | |
| *Gross, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:10-cv-00362 (E.D. La.) | |
| *Amato, et. al. v. Liberty Mutual Ins. Co., et. al.* Case No. 2:10-cv-00932 | |
| *Hernandez, et. al. v. AAA Insurance, et. al.* Case No. 2:10-cv-3070 (E.D. La.) | |
| *Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.* Case No. 2:11-cv-00080 (E.D. La.) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 2:110cv000252 (E.D. La.) | |
| *Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.* Case No. 2:11-cv-01077 (E.D. La.) | |
| *Vikers, et. al. v. Knauf Gips KG, et. al.* Case No. 2:09-cv-04117 (E.D. La.) | |

NOTICE OF FILING

  PLEASE TAKE NOTICE that Nonparty Witness Ernest Vitela hereby submits and files of record the Reply in Support of his Motion To Quash or Modify Subpoena Under Rule 45 filed in the United States District Court, Southern District of Texas, Corpus Christi Division on November 26, 2012.

Dated:  November 26, 2012

              Respectfully submitted,

         By: /s/ Christopher A. Bandas
            Christopher A. Bandas
            State Bar No. 00787637
            Southern District Bar No. 17509
            BANDAS LAW FIRM, P.C.
            500 North Shoreline Blvd., Suite 1020
            Corpus Christi, Texas 78401-0353
            T:  (361) 698-5200
            F:  (361) 698-5222

            R. Joshua Koch, Jr.
            State Bar No. 2492
            Koch & Schmidt, LLC
            650 Poydras St., Suite 2415
            New Orleans, LA 70130
            T: (504) 208-9040
            F: (504) 208-9041

            Counsel for Movants Ernest Vitela, and E and E Construction Co.

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of November, 2012 a true and correct copy of the above and foregoing was served on the following as indicated below as well as all counsel of record via the Court's CM/ECF system.

**Via Email & Facsimile**
Arnold Levin
Levin, Fishein, Sedran & Berman
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Plaintiffs' Lead Counsel

**Via Email & Facsimile**
Leonard A. Davis
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70013
Defendants' Counsel

/s/ Christopher A. Bandas
Christopher A. Bandas