# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | MAG. JUDGE WILKINSON |

### MOTION OF DEFENDANT THE NORTH RIVER INSURANCE COMPANY TO VACATE THE ORDER GRANTING PRELIMINARY APPROVAL OF THE SECOND AMENDMENT TO THE AMENDED INEX AND KNAUF SETTLEMENTS

NOW INTO COURT, through undersigned counsel, comes Defendant The North River Insurance Company ("North River"), to move that the Court vacate the Order Considering the Joint Motion for Preliminary and Final Approval of the Second Amendment to the Amended INEX and Knauf Settlements and for Judicial Recognition of Exhaustion and the Memorandum in Support Thereof ("Order") entered on November 19, 2012 [Doc. No. 16266] for the reasons set forth in the Memorandum being filed with this Motion

Respectfully submitted,

THOMPSON COE COUSINS & IRONS LLP

_____/s Eric B. Berger_____
BRIAN S. MARTIN, ESQ.
KEVIN RISLEY, ESQ.
RODRIGO "DIEGO" GARCIA, JR., ESQ.
One Riverway, Suite 1600
Houston, Texas 77056
Phone: (713) 403-8206
Fax:  (713) 403-8299

                LOBMAN CARNAHAN BATT ANGELLE
                      & NADER

            SIDNEY J. ANGELLE, ESQ.
            La. Bar No. 1002
            ERIC B. BERGER, ESQ.
            La. Bar No. 26196
            400 Poydras Street, Suite 2300
            New Orleans, Louisiana 70130
            Phone: (504) 586-9292
            Fax:   (504) 586-1290

            ATTORNEYS FOR THE NORTH RIVER
            INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on November 26th, 2012.

                                                      _____*/s Eric B. Berger*_____
                                                      ERIC B. BERGER