UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

Considering the Motion for Leave of Court to File Class Counsel's Reply in Support of Motion to Strike the Objection of Saul Soto, SHS Construction, Ronnie Garcia and Bay Area Contracting & Construction, Inc.;

IT IS ORDERED BY THE COURT that the Class Counsel is granted leave of court to file the Reply in Support of Motion to Strike the Objection of Saul Soto, SHS Construction, Ronnie Garcia and Bay Area Contracting & Construction, Inc. and same is hereby filed into the record herein.

New Orleans, Louisiana, this 26th day of November, 2012.

_____
Eldon E. Fallon
United States District Court Judge