MINUTE ENTRY
FALLON, J.
NOVEMBER 26, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL NO. 2047
       DRYWALL PRODUCTS
       LIABILITY LITIGATION             SECTION: L

                                                   JUDGE FALLON
                                                   MAGISTRATE WILKINSON

**THIS DOCUMENT RELATES ONLY TO:**
**09-7628 Edward & Susan Beckendorf v. Knauf Gips KG, et al**
**11-252 New Orleans Habitat for Humanity v. Gebruder Knauf, et al (Casey LeBlanc)**
**12-498 Beryl Mundee v. Taishan Gypsum Co. Ltd., et al**
**09-6690, 10-932, 11-80, David & Cheryl Gross v. Knauf Gips, KG, et al**

BEFORE JUDGE ELDON E. FALLON          MONDAY, NOVEMBER 26, 2012, 8:50 am
Case Manager: Dean Oser
Court Reporter: Cathy Pepper/Toni Tusa

Appearances: Gerald Meunier, Esq., Chris Seegher, Esq., Scott George, Esq., Dan Bryson Esq.,
             Anthony Irpino, Esq. for plaintiffs
            Richard Duplantier, Esq., Benjamin Grau, Esq., Carlina Eiselen, Esq. for
            defendant Interior Exterior Building Supply
            Kevin Risley, Esq., Sidney Angelle, Esq., for defendant North River Insurance
            Company

<u>JURY TRIAL:</u>
Case called; all present and ready.
Jury called; sworn on Oath of Voir Dire, and being found acceptable, sworn on Oath to Truly Try Case.
Notice for Removal of Exhibits given to all counsel.
Joint Stipulation submitted to the Court - Comments made by counsel for North River Insurance Company were addressed by the Court
Motion to sequester witnesses - GRANTED
Opening Statements.
<u>Plaintiff's Witnesses</u>
Edward Beckendorf, III - sworn and testified
Raymond Stoltz - sworn and testified
Rosemary Coats - sworn, accepted as an expert in global supply with particular expertise in Chinese manufactured products - testified
Court adjourned at 5:14pm until Tuesday, November 27, 2012, at 8:30 am.

JS10:    6:39