UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED            CIVIL ACTION
DRYWALL PRODUCTS LIABILITY
LITIGATION

                                        NO: 09-2047

                                        SECTION:  L

**THIS DOCUMENT RELATES ONLY TO:**
**09-7628 Edward & Susan Beckendorf v. Knauf Gips KG, et al**
**11-252 New Orleans Habitat for Humanity v. Gebruder Knauf, et al (Casey LeBlanc)**
**12-498 Beryl Mundee v. Taishan Gypsum Co. Ltd., et al**
**09-6690, 10-932, 11-80, David & Cheryl Gross v. Knauf Gips, KG, et al**

### NOTICE FOR REMOVAL OF EXHIBITS

    Pursuant to Rule 79.3 of the Local Rules of this Court, all exhibits in the custody of the Clerk will be destroyed after 35 days from final disposition of the case.  It shall be the responsibility of the party or attorney offering the exhibits to secure their removal from the Clerk's custody within 35 days of the final disposition of the case.

    LOCAL RULE 79.3 states "All exhibits in the custody of the Clerk shall be removed within 35 days of the final disposition of the case.  The party offering exhibits shall be responsible for their removal and shall give a detailed receipt for the Clerk's records.  If the parties or their attorneys fail or refuse to remove exhibits within 35 days, the exhibits may be destroyed or otherwise disposed of by the Clerk."

    New Orleans, LA, this <u>26th</u> day of NOVEMBER, 2012.

                                        DEAN OSER
                                        CASE MANAGER-SECTION L

    *THERE WILL BE NO FURTHER NOTICE ISSUED BY THE COURT REGARDING THE REMOVAL OR DESTRUCTION OF EXHIBITS

```
____Fee_____
____Process_____
X___Docket_____
X___CtRm Dep_____
____Document No.__
```