MINUTE ENTRY
FALLON, J.
NOVEMBER 27, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED            MDL NO. 2047
   DRYWALL PRODUCTS
   LIABILITY LITIGATION            SECTION: L

                   JUDGE FALLON
                   MAGISTRATE WILKINSON

**THIS DOCUMENT RELATES ONLY TO:**
**09-7628 Edward & Susan Beckendorf v. Knauf Gips KG, et al**
**11-252 New Orleans Habitat for Humanity v. Gebruder Knauf, et al (Casey LeBlanc)**
**12-498 Beryl Mundee v. Taishan Gypsum Co. Ltd., et al**
**09-6690, 10-932, 11-80, David & Cheryl Gross v. Knauf Gips, KG, et al**


BEFORE JUDGE ELDON E. FALLON   TUESDAY, NOVEMBER 27, 2012, 8:52 am
Case Manager: Dean Oser         (Continued from 11/26/12)
Court Reporter: Cathy Pepper/Toni Tusa

Appearances: Gerald Meunier, Esq., Chris Seegher, Esq., Scott George, Esq., Dan Bryson Esq.,
      Anthony Irpino, Esq. for plaintiffs
      Richard Duplantier, Esq., Benjamin Grau, Esq., Carlina Eiselen, Esq. for
      defendant Interior Exterior Building Supply
      Kevin Risley, Esq., Sidney Angelle, Esq., for defendant North River Insurance
      Company

<u>JURY TRIAL:</u>

<u>Plaintiffs' Witnesses continued:</u>
William J. App, Jr. - sworn and testified
Beryl Mundee - sworn and testified
Glen Lemm - by video
John Bush - by video
James Pate - sworn and testified
Casey LeBlanc - sworn and testified


Court adjourned at 4:20pm until Wednesday, November 28, 2012, at 8:30 am.

JS10:  5:22