**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** **SECTION: L** **JUDGE FALLON** **MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:** **ALL ACTIONS** | |

**NOTICE OF FILING BY CLASS COUNSEL**

PLEASE TAKE NOTICE that Class Counsel hereby submits the following additional exhibits for purposes of use in the Fairness Hearing proceedings:

1.      Transcript of telephone status conference with the Honorable Nelva Gonzales Ramos, United States District Judge, Southern District of Texas, Corpus Christi Division, on November 26, 2012, relating to the Motion to Quash Deposition of Ernest Vitela.

Respectfully submitted,

Dated: November 29, 2012          /s/ Russ M. Herman
                                                    Russ M. Herman, Esquire (Bar No. 6819)
                                                    Leonard A. Davis, Esquire (Bar No. 14190)
                                                    Stephen J. Herman, Esquire (Bar No. 23129)
                                                    HERMAN, HERMAN & KATZ, LLP
                                                    820 O'Keefe Avenue
                                                    New Orleans, LA 70113
                                                    Phone: (504) 581-4892
                                                    Fax: (504) 561-6024
                                                    Ldavis@hhklawfirm.com
                                                    *Plaintiffs' Liaison Counsel in MDL 2047*
                                                    *and Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047
and Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 29th day of November, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*
*Co-counsel for Plaintiffs*