MINUTE ENTRY
FALLON, J.
NOVEMBER 28, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED         MDL NO. 2047
    DRYWALL PRODUCTS
    LIABILITY LITIGATION              SECTION: L

                                               JUDGE FALLON
                                               MAGISTRATE WILKINSON

**THIS DOCUMENT RELATES ONLY TO:**
**09-7628 Edward & Susan Beckendorf v. Knauf Gips KG, et al**
**11-252 New Orleans Habitat for Humanity v. Gebruder Knauf, et al (Casey LeBlanc)**
**12-498 Beryl Mundee v. Taishan Gypsum Co. Ltd., et al**
**09-6690, 10-932, 11-80, David & Cheryl Gross v. Knauf Gips, KG, et al**


BEFORE JUDGE ELDON E. FALLON      WEDNESDAY, NOVEMBER 28, 2012, 8:41am
Case Manager: Dean Oser                            (Continued from 11/27/12)
Court Reporter: Cathy Pepper/Toni Tusa

Appearances: Gerald Meunier, Esq., Chris Seeger, Esq., Scott George, Esq., Dan Bryson Esq.,
             Anthony Irpino, Esq. for plaintiffs
           Richard Duplantier, Esq., Benjamin Grau, Esq., Carlina Eiselen, Esq. for
           defendant Interior Exterior Building Supply
           Kevin Risley, Esq., Sidney Angelle, Esq., for defendant North River Insurance
           Company

<u>JURY TRIAL:</u>

<u>Plaintiffs' Witnesses continued:</u>
Cheryl Gross - sworn and testified
Martin Halbach - by video deposition
Dr. Lori Ann Streit - sworn, accepted as an expert in chemical materials analysis - testified
Dean A. Rutila - sworn, accepted as an expert engineer in the field of multi disciplinary
investigations of building products and assemblies - testified


Plaintiffs rest


Court adjourned at 4:58 m until Thursday, November 29, 2012, at 9:00 am.

JS10:    5:58