# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------------x
IN RE: CHINESE-MANUFACTURED           :    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY            :    SECTION: L
LITIGATION                            :
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:             :    JUDGE FALLON
ALL CASES AND                         :    MAG. JUDGE WILKINSON
                                      :
Payton, et al. v. Knauf Gips KG, et al.   :
Case No. 2:09-cv-07628 (E.D. La.)     :
                                      :
Gross, et al. v. Knauf Gips KG, et al.    :
Case No. 2:09-cv-06690 (E.D. La.)     :
                                      :
Rogers, et al. v. Knauf Gips KG, et al.   :
Case No. 2:10-cv-00362 (E.D. La.)     :
                                      :
Abreu, et al. v. Gebrueder Knauf      :
Verwaltungsgesellschaft KG, et al.    :
Case No. 2:11-cv-00252 (E.D. La.)     :
                                      :
Block, et al. v. Gebrueder Knauf      :
Verwaltungsgesellschaft KG, et al.    :
Case No. 11-cv-1363 (E.D. La.)        :
                                      :
Arndt, et al. v. Gebrueder Knauf      :
Verwaltungsgesellschaft KG, et al.    :
Case No. 11-cv-2349 (E.D. La.)        :
                                      :
Cassidy, et al. v. Gebrueder Knauf    :
Verwaltungsgesellschaft KG, et al.    :
Case No. 11-cv-3023 (E.D. La.)        :
                                      :
Vickers, et al. v. Knauf Gips KG, et al.  :
Case No. 2:09-cv-04117 (E.D. La.)     :
-----------------------------------------------------------------x
```

**ORDER REGARDING FAIRNESS HEARING**

1. In light of the resumption of the Fairness Hearing on December 11, 2012 [Rec. Doc. 16269], the deadlines for rescissions, opt-outs, and withdrawals are revised as follows:

2. The rights of Settling Defendants (other than Banner and its insurers) to terminate the respective Settlements, or for Participating Defendants or Participating Insurers to withdraw from the Global Settlement, is extended until three days after the conclusion of the Fairness Hearing, which is currently scheduled for December 11, 2012. Any such termination or withdrawal shall be delivered to Liaison and Lead Counsel for the PSC by facsimile, email or hand delivery so that it is received by 4 p.m. Central Time on the due date.

    a. A Settling Defendant, Participating Defendant or Participating Insurer (other than Banner and its insurers) that does not exercise its termination right by three days after the conclusion of the Fairness Hearing will be bound by its Settlement if all other Settling Defendants, Participating Defendants or Participating Insurers also do not exercise their termination or withdrawal rights by that date.

    b. A Settling Defendant, Participating Defendant or Participating Insurer (other than Banner and its insurers) that does not exercise its termination or withdrawal right by three days after the conclusion of the Fairness Hearing may nonetheless terminate its Settlement by six days after the conclusion of the Fairness Hearing, currently December 17, 2012, if both (a) any other Settling Defendant, Participating Defendant or Participating Insurer has exercised its termination or withdrawal right by three days after the conclusion of the Fairness Hearing, and (b) the conditions entitling the Settling Defendant, Participating Defendant or Participating Insurer to terminate or withdraw are satisfied. Any such termination or withdrawal shall be

delivered to Liaison and Lead Counsel for the PSC by facsimile, email or hand delivery so that it is received on or before 12 p.m. Central Time on the due date.

        c.       The rights of Banner and its insurers to terminate the Banner Settlement shall be governed by their existing Settlement. Banner shall deliver any termination notice to Liaison and Lead Counsel for the PSC by facsimile, email or hand delivery so that it is received on or before 4 p.m. Central Time on the date specified in the Banner Settlement; however if Banner terminates, all other Settling Defendants, Participating Defendants and Participating Insurers shall have three business days from the date of Banner's notice to terminate their respective Settlements by providing a termination notice to Liaison and Lead Counsel for the PSC by facsimile, email or hand delivery so that it is received on or before 4 p.m. Central Time on the due date.

        3.       The deadline for the rescission of any opt-outs to any of the pending settlements is extended until December 11, 2012, and all prior rescissions of opt-outs filed with this Court are accepted as timely.

        New Orleans, Louisiana, this 29th day of November, 2012.

        _____
        HONORABLE ELDON E. FALLON
        United States District Judge