UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### CLASS COUNSEL'S RESPONSE IN OPPOSITION TO MOTION FOR AWARD OF COMPENSATION FOR CLASS REPRESENTATIVES

Class Counsel hereby submit this response in opposition to the motion for award of compensation for class representatives.

Plaintiffs in a Broward County Florida class action involving Chinese drywall have moved this Court for an incentive award for their role as class representatives. Movants contend that any incentive award "should be paid for by the defendants, rather than take from any fund necessary for remediation or recovery intended to compensate victims of reactive drywall." Motion at 2. [Rec.Doc. No. 16243]. Unfortunately, no such separate fund exists to provide incentive awards for these plaintiffs. Nor is there any procedure in place in any of the five interrelated settlements pending before the Court that address incentive awards to plaintiffs. Frankly, such additional compensation was not contemplated as all of the plaintiffs on the MDL Omni complaints were class representatives. And, indeed, each of the movants are also class representatives on an MDL Omni complaint.

Accordingly, Class Counsel respectfully requests that the present motion be denied.

Respectfully submitted,

Dated: November 30, 2012        /s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin
Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

**CLASS COUNSEL**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 30th day of November, 2012.

    /s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*