MINUTE ENTRY
FALLON, J.
NOVEMBER 29, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |

**THIS DOCUMENT RELATES ONLY TO:**
**09-7628 Edward & Susan Beckendorf v. Knauf Gips KG, et al**
**11-252 New Orleans Habitat for Humanity v. Gebruder Knauf, et al (Casey LeBlanc)**
**12-498 Beryl Mundee v. Taishan Gypsum Co. Ltd., et al**
**09-6690, 10-932, 11-80, David & Cheryl Gross v. Knauf Gips, KG, et al**

BEFORE JUDGE ELDON E. FALLON      THURSDAY, NOVEMBER 29, 2012, 9:08am
Case Manager: Dean Oser                           (Continued from 11/28/12)
Court Reporter: Cathy Pepper/Toni Tusa

Appearances: Gerald Meunier, Esq., Chris Seeger, Esq., Scott George, Esq., Dan Bryson Esq.,
           Anthony Irpino, Esq. for plaintiffs
           Richard Duplantier, Esq., Benjamin Grau, Esq., Carlina Eiselen, Esq. for
           defendant Interior Exterior Building Supply
           Kevin Risley, Esq., Sidney Angelle, Esq., for defendant North River Insurance
           Company

<u>JURY TRIAL:</u>

Motion of Defendant North River, for a Judgment as a Matter of Law Pursuant to Rule 50 -
Motion DENIED in part and Held in Abeyance in part

<u>Defendants' Witnesses:</u>
Clayton Geary - sworn and testified
Jim Geary - sworn and testified
Don M. Joseph - sworn and testified
John Mezzenga - by video deposition


Court adjourned at 4:47 pm until Friday, November 30, 2012, at 8:30 am.

JS10:   5:29