UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**THE PLAINTIFFS' STEERING COMMITTEE'S TWENTY SIXTH
STATUS REPORT PURSUANT TO PRE-TRIAL ORDER 1H
(POST-NOTICE OF COMPLETION MOTIONS PRACTICE)**

In accordance with Pre-Trial Order 1H [doc# 6083], the Plaintiffs' Steering Committee ("PSC") hereby advises the Court regarding the current status of service of the several omnibus class action complaints:

1.  **Omnibus I and Related Intervention Complaints.**

    A.  *Payton, et al. v. Knauf GIPS KG, et. al.*, **Case No. 2:09-cv-07628 (E.D.La.) (Original Omnibus I Complaint):**

        •   410 domestic defendants have been served;

        •   73 domestic defendants - service has been attempted but not yet perfected;

        •   4 of the 5 foreign defendants (Knauf Gips KG ("Knauf Gips"); Knauf Plasterboard (Tianjin) Co., Ltd. ("Knauf Tianjin"); Knauf Plasterboard (Wuhu) Co., Ltd. ("Knauf Wuhu"); and Guangdong Knauf New Building Materials Products Co., Ltd. ("Guangdong Knauf")) have been served pursuant to the Hague Convention;

        •   The PSC has suspended its efforts to serve the other foreign defendant, Rothchilt International, Ltd. ("Rothchilt"), since the whereabouts of this defendant are unknown;

        •   85 defendants have been dismissed.

1

B. **Amended Omnibus I Complaint [document # 3160]:**

- 379 domestic defendants have been served;

- 34 domestic defendants - service has been attempted but not yet perfected;

- 4 of the 5 foreign defendants (Knauf Gips, Knauf Tianjin, Knauf Wuhu, and Guangdong Knauf) have been served pursuant to the stipulation on service with Knauf;

- The PSC has suspended its efforts to serve Rothchilt since the whereabouts of this defendant are unknown;

- 59 defendants have been dismissed.

C. **Intervention Complaint by Phillip Kennedy and Lyzet Machado-Kennedy (Omnibus I(A)) [document # 5578]:**

- 324 domestic defendants have been served;

- 55 domestic defendants - service has been attempted but not yet perfected;

- 5 of the 6 foreign defendants (Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, and Knauf Insulation GmbH ("Knauf Insulation")) have been served pursuant to the stipulation on service with Knauf;

- The PSC has suspended its efforts to serve Rothchilt since the whereabouts of this defendant are unknown.

D. **Intervention Complaint by Benjamin and Jennifer Abt (Omnibus I(B)) [document # 6563]:**

- 323 domestic defendant has been served with the complaint;

- 44 domestic defendants - service has been attempted but not yet perfected;

- 5 of the 6 foreign defendants (Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, and Knauf Insulation) have been served pursuant to the stipulation on service with Knauf;

- The PSC has suspended its efforts to serve Rothchilt since the

whereabouts of this defendant are unknown.

E. **Intervention Complaint by Bonnie and John H. Adams, III (Omnibus I(C) [document # 7181]:**

- 308 domestic defendant has been served with the complaint;

- 68 domestic defendants - service has been attempted but not yet perfected;

- 8 of the 9 foreign defendants (Gebrueder Knauf Verwaltungsgesellschaft, KG ("GKV"); Knauf International GmbH ("Knauf International"); Knauf UK GMBH ("Knauf UK"); Knauf Gips; Knauf Tianjin; Knauf Wuhu; Guangdong Knauf; and Knauf Insulation GmbH ("Knauf Insulation")) have been served pursuant to the stipulation on service with Knauf;

- The PSC has suspended its efforts to serve Rothchilt since the whereabouts of this defendant are unknown.

2. **Omnibus II and Related Intervention Complaints.**

A. *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.*, **Case No. 2:10-cv-00361 (E.D.La.) (Omnibus II) [document # 1747]**:

- 171 domestic defendants have been served;

- 53 domestic defendants - service has been attempted but not yet perfected;

- All of the foreign defendants have been served with the complaint;

- 4 of the 5 foreign defendants have been served by virtue of leaving rejected legal process with the defendant (Beijing New Building Materials Public Limited Co.; Taishan Gypsum Co., Ltd.; Taian Taishan Plasterboard Co., Ltd.; and Qinhuangdao Taishan Building Materials Co., Ltd.);

- Counsel for Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. have entered their appearance;

3

- The Court granted Plaintiffs' motion for preliminary default judgment with regard to Beijing New Building Materials Public Limited Co. [document # 7735];

- 9 of the defendants are listed as unascertainable - the PSC is not presently attempting service on these defendants since their identities and whereabouts are unknown;

- 2 defendants have been dismissed.

B. **Intervention Complaint by Kenneth and Cynthia Burke (Omnibus II(A)) [document # 5579]:**

- 165 domestic defendants have been served;

- 23 domestic - APS is in the process of serving summonses and complaints;

- 5 foreign defendants are in the process of being served under the Hague Convention;

- 9 of the defendants are listed as unascertainable - the PSC is not presently attempting service on these defendants since their identities and whereabouts are unknown.

C. **Intervention Complaint by Eduardo and Carmen Armorin (Omnibus II(B)) [document # 6567]:**

- 154 domestic defendants have been served;

- 34 domestic - APS is in the process of serving summonses and complaints;

- 5 foreign defendants are in the process of being served under the Hague Convention;

- 9 of the defendants are listed as unascertainable - the PSC is not presently attempting service on these defendants since their identities and whereabouts are unknown.

D. **Intervention Complaint by Clifford Abromatts and Janice Worobec (Omnibus II(C)) [document # 7182]:**

- 153 domestic defendants have been served;
- 35 domestic - APS is in the process of serving summonses and

    complaints;

-  5 foreign defendants are in the process of being served under the Hague Convention;

-  9 of the defendants are listed as unascertainable - the PSC is not presently attempting service on these defendants since their identities and whereabouts are unknown.

### 3.  *Gross* **and Related Intervention Complaints:**

 **A.**  *Gross, et al. v. Knauf Gips KG, et al.*, **Case No. 2:09-cv-6690 (E.D.La.) [document # 366]:**

-  35 domestic defendants have been served;

-  5 domestic defendants - service has been attempted but not yet perfected for several reasons. Some defendants may no longer exist and/or may not be present at their listed addresses. Efforts to perfect service on these defendants are at an impasse for the moment;

-  40 foreign defendants have been served - of these foreign defendants (Guangdong Knauf, Knauf Wuhu, Knauf DO Brasil, Ltd. ("Knauf Brasil"), and Knauf Gips Indonesia ("Knauf Indonesia")) have been served pursuant to the stipulation on service with Knauf;

-  8 foreign defendants are in the process of being served under the Hague Convention;

-  The PSC has suspended its efforts to serve Rothchilt since the whereabouts of this defendant are unknown;

-  The Court granted the PSC's omnibus motions seeking preliminary default judgment [document #s 5621 and 6970] against thirty-three foreign defendants who have failed to enter an appearance after being served with the complaint [document #s 7302 and 7736];

-  6 defendants have been dismissed;

-  The April 8, 2010 Order amending portions of the *Gross* complaint is currently being served on the defendants.

5

  **B.** **Intervention Complaint by Mary Anne Benes (Omnibus III) [document # 2187]:**

- 286 domestic defendants have been served;

- 111 domestic defendants - service has been attempted but not yet perfected;

- 40 foreign defendants have been served - of these foreign defendants (Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, Knauf Insulation, Knauf Brasil, Knauf Indonesia, and Knauf AMF GMBH & Co., KG ("Knauf AMF")) have been served pursuant to the stipulation on service with Knauf;

- 8 foreign defendants are in the process of being served under the Hague Convention;

- The PSC has suspended its efforts to serve Rothchilt since the whereabouts of this defendant are unknown;

- 18 defendants have been dismissed.

  **C.** **Intervention Complaint by Ruben Jaen (Omnibus III(A)) [document # 5580]:**

- 252 domestic defendants have been served;

- 79 domestic defendants - APS is in the process of serving summonses and complaints;

- 8 foreign defendants (Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, Knauf Insulation, Knauf Brasil, Knauf Indonesia, and Knauf AMF) have been served pursuant to the stipulation on service with Knauf;

- 40 foreign defendants are in the process of being served under the Hague Convention;

- The PSC has suspended its efforts to serve Rothchilt since the whereabouts of this defendant are unknown.

**4.** **Omnibus IV and Related Intervention Complaints.**

  **A.** *Rogers, et al. v. Knauf GIPS KG, et. al.*, **Case No. 2:10-cv-00362 (E.D.La.) (Omnibus IV) [document # 1749]:**

- 114 domestic defendants have been served;

- 27 domestic defendants - service has been attempted but not yet perfected;

- Each of the foreign defendants (Knauf Gips, Knauf Tianjin, Knauf Wuhu, and Guangdong Knauf) have been served pursuant to the stipulation on service with Knauf;

- 1 defendant has been dismissed.

B. **Intervention Complaint by Kathleen and Mariss Barbee (Omnibus IV(A)) [document 5575]:**

- 106 domestic defendants have been served;

- 9 domestic defendants - service has been attempted but not yet perfected;

- Each of the foreign defendants (Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, and Knauf Insulation) have been served pursuant to the stipulation on service with Knauf.

C. **Intervention Complaint by Roxanne Burey (Omnibus IV(B)) [document # 6568]:**

- 108 domestic defendants have been served;

- 4 domestic defendants - service has been attempted but not yet perfected;

- Each of the foreign defendants (Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, and Knauf Insulation) have been served pursuant to the stipulation on service with Knauf.

D. **Intervention Complaint by Alfons and Dawn Bucaj (Omnibus IV(C)) [document # 7178]:**

- 102 domestic defendants have been served;

- 22 domestic defendants - service has been attempted but not yet perfected;

- Each of the foreign defendants (GKV, Knauf International, Knauf UK, Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf,

and Knauf Insulation) have been served pursuant to the stipulation on service with Knauf.

5. **Omnibus V Complaint.**

   A. *Dean Dawn Amato, et al. v. Liberty Mutual Insurance Company*, **Case No. 2:10-cv-00932 (E.D.La.) (Omnibus V) [document # 3132]:**

   • 184 of the 195 defendants have been served;

   • 11 defendants - service has been attempted but not yet perfected for several reasons. Some defendants may no longer exist and/or may not be present at their listed addresses. Efforts to perfect service on these defendants are at an impasse for the moment;

   • 2 defendants have been dismissed.

6. **Omnibus VI Complaint.**

   A. *Charlene and Tatum Hernandez, et al. v. AAA Insurance, et al.*, **Case No. 2:10-cv-3070 (E.D.La.) (Omnibus VI):**

   • The Court granted the PSC's motion to dismiss the Omnibus VI complaint by order dated March 17, 2011 [document # 8199].

7. **Omnibus VII Complaint.**

   A. *Abel, et. al. v. Taishan Gypsum Co., Ltd.., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*, **Case No. 2:11-cv-080 (E.D.La.) (Omnibus VII):**

   • 212 of the 290 domestic defendants have been served;

   • 3 foreign defendants are in the process of being served under the Hague Convention.

8. **Omnibus VIII Complaint.**

   A. *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG*, **Case No. 2:11-cv-252 (E.D.La.) (Omnibus VIII):**

   • 99 of the 127 domestic defendants have been served;

   • Each of the foreign defendants (GKV, Knauf International, Knauf UK, Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf,

and Knauf Insulation) have been served pursuant to the stipulation on service with Knauf.

9. **Omnibus IX and Related Complaints.**

   A. *Haya, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*
   **Case No.: 11-cv-1077 (E.D.La.) (Omnibus IX):**

   • 227 of the 301 domestic defendants have been served;

   • 3 foreign defendants are in the process of being served under the Hague Convention.

   B. **Amended Omnibus IX Complaint [document # 8781]:**

   • 226 of the 301 domestic defendants have been served;

   • 3 foreign defendants are in the process of being served under the Hague Convention.

   C. **Second Amended Omnibus IX Complaint**:

   • 205 of the 300 domestic defendants have been served;

   • 3 foreign defendants are in the process of being served under the Hague Convention.

10. **Omnibus X Complaint.**

    A. *Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*
    **Case No.: 11-cv-1363 (E.D.La.) (Omnibus X):**

    • 211 of the 289 domestic defendants have been served;

    • Each of the foreign defendants (GKV, Knauf International, Knauf UK, Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, and Knauf Insulation) have been served pursuant to the stipulation on service with Knauf.

11. **Omnibus XI Complaint.**

    A. *Benoit, et al v. Lafarge S.A., et al*, **Case No.: 11-cv-1893 (E.D.La.) (Omnibus XI):**

    • 29 of the 41 domestic defendants have been served;

- 1 foreign defendant has been served;

- 4 foreign defendants are in the process of being served under the Hague Convention.

12. **Omnibus XII Complaint.**

   A. *Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* **Case No.: 11-cv-2349 (E.D.La.) (Omnibus XII):**

   - 81 of the 123 domestic defendants have been served;

   - Each of the foreign defendants (GKV, Knauf International, Knauf UK, Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, Knauf Insulation, Knauf Brasil, Knauf Indonesia, and Knauf AMF) have been served pursuant to the stipulation on service with Knauf.

13. **Omnibus XIV Complaint.**

   A. *Cassidy, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, **Case No.: 11-cv-3023 (E.D.La.) (Omnibus XIV):**

   - 79 of the 112 domestic defendants have been served;

   - Each of the foreign defendants (GKV, Knauf International, Knauf UK, Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, Knauf Insulation, Knauf Brasil, Knauf Indonesia, and Knauf AMF) have been served pursuant to the stipulation on service with Knauf.

   B. **Amended Omnibus XIV Complaint:**

   - 79 of the 112 domestic defendants have been served;

   - Each of the foreign defendants (GKV, Knauf International, Knauf UK, Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, Knauf Insulation, Knauf Brasil, Knauf Indonesia, and Knauf AMF) have been served pursuant to the stipulation on service with Knauf.

14. **Omnibus XIII Complaint.**

   A. *Almeroth, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* **Case No.: 12-cv-498 (E.D.La.) (Omnibus XIII):**

   - 201 of the 293 domestic defendants have been served;

- 3 foreign defendants are in the process of being served under the Hague Convention.

Based on the current status of service and discovery, the PSC is not prepared to file a notice of completion of amendments for any of the omnibus class action complaints.

Dated: November 30, 2012

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
Daniel@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony Irpino
Irpino Law Firm
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Status Report Pursuant to Pre-Trial Order 1H (Post-Notice of Completion Motions Practice) has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 30th day of November, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*