UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## NOTICE OF FILING BY CLASS COUNSEL

PLEASE TAKE NOTICE that Class Counsel hereby submits the following additional exhibits for purposes of use in the Fairness Hearing proceedings:

1. Updated Report from Rust Consulting of Call Center and Registration Statistics as of 11/29/2012.

                                                  Respectfully submitted,

Dated: November 30, 2012          /s/ Russ M. Herman
                                          Russ M. Herman, Esquire (Bar No. 6819)
                                          Leonard A. Davis, Esquire (Bar No. 14190)
                                          Stephen J. Herman, Esquire (Bar No. 23129)
                                          HERMAN, HERMAN & KATZ, LLP
                                          820 O'Keefe Avenue
                                          New Orleans, LA 70113
                                          Phone: (504) 581-4892
                                          Fax: (504) 561-6024
                                          Ldavis@hhklawfirm.com
                                          *Plaintiffs' Liaison Counsel in MDL 2047*
                                          *and Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
L<small>EVIN</small>, F<small>ISHBEIN</small>, S<small>EDRAN</small> & B<small>ERMAN</small>
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*
*and Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 30th day of November, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*
*Co-counsel for Plaintiffs*