MINUTE ENTRY
FALLON, J.
NOVEMBER 30, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |

**THIS DOCUMENT RELATES ONLY TO:**
**09-7628 Edward & Susan Beckendorf v. Knauf Gips KG, et al**
**11-252 New Orleans Habitat for Humanity v. Gebruder Knauf, et al (Casey LeBlanc)**
**12-498 Beryl Mundee v. Taishan Gypsum Co. Ltd., et al**
**09-6690, 10-932, 11-80, David & Cheryl Gross v. Knauf Gips, KG, et al**

| | |
|---|---|
| BEFORE JUDGE ELDON E. FALLON | FRIDAY, NOVEMBER 30, 2012, 8:28am |
| Case Manager: Dean Oser | (Continued from 11/29/12) |
| Court Reporter: Cathy Pepper | |

Appearances: Gerald Meunier, Esq., Chris Seeger, Esq., Scott George, Esq., Dan Bryson Esq., Anthony Irpino, Esq. for plaintiffs
Richard Duplantier, Esq., Benjamin Grau, Esq., Carlina Eiselen, Esq. for defendant Interior Exterior Building Supply
Kevin Risley, Esq., Sidney Angelle, Esq., for defendant North River Insurance Company

<u>JURY TRIAL:</u>

<u>Defendants' Witnesses Continued:</u>
Brandon Carlisle - sworn and testified
Dr. James A. Tompkins - by video - accepted as an expert in Global Supply Chain Activity and Product Sourcing - testified
Dr. Timothy D. Tonyan - sworn, accepted as an expert as to Gypsum Wallboard Testing, Manufacturing, Certification and Distribution - testified


Court adjourned at 1:18 pm until Monday, December 3, 2012, at 8:30 am.

JS10:   4:12