UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*CASES SET FOR TRIAL INVOLVING INTERIOR/
EXTERIOR AND NORTH RIVER*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT STIPULATION

NOW INTO COURT, through undersigned counsel, come the Trial Plaintiffs herein and defendants INEX and North River as the insurer of INEX, who, for purposes limited solely to the trial scheduled to commence herein on Monday, November 26, 2012, and not for any other trial or proceeding, stipulate as follows:

1. Trial plaintiffs agree and stipulate that they will dismiss with prejudice any claims that have been asserted against INEX or INEX Insurers other than claims in redhibition and fitness for ordinary purpose pursuant to LCC Articles 2520, *et seq.*, including LCC Article 2545, and that they will not pursue any other claims against INEX or INEX Insurers at any time in the future.

2. The drywall manufactured in China by Knauf/KPT, sold and distributed by INEX, and installed in certain homes, emits sulfur gases which can and, in the homes of some individuals did, corrode some copper and silver.

3. The drywall manufactured in China by Taian Taishan Plasterboard Company, Ltd., sold and distributed by INEX, and installed in the homes of the Trial Plaintiffs, emits sulfur

-1-

gases which can, and in the homes of the Trial Plaintiffs, emits sulfur gases which can, and in the homes of the Trial Plaintiffs did, corrode some copper and silver.

4. Some drywall manufactured in China by Knauf/KPT was purchased from INEX on or about March 17, 2006, and installed in the property owned by Trial Plaintiffs Edward and Susan Beckendorf and located at 304 Brown Thrasher Loop South, Madisonville, LA 70447.

5. Some drywall manufactured in China by Knauf/KPT was purchased from INEX by Trial Plaintiff New Orleans Area Habitat for Humanity, Inc. on or about July 26, 2006, and installed in the property owned by Casey LeBlanc and located at 1909 Alvar Street, New Orleans, LA 70117.

6. Some drywall manufactured in China by Taian Taishan Plasterboard Company, Ltd., was purchased from INEX on or about September 15, 2006, and installed in the property owned by Trial Plaintiff David and Cheryl Gross and located at 400 Hay Place, New Orleans, LA 70124.

7. Some drywall manufactured in China by Taian Taishan Plasterboard Company, Ltd., was purchased from INEX on or about November 7, 2006, and installed in the property owned by Trial Plaintiff Beryl Mundee and located at 4321 South Liberty Street, New Orleans, Louisiana.

8. It was not known to any Trial Plaintiffs at the time Chinese Drywall was delivered to and installed in their homes, that this drywall emitted sulfur gases which can corrode copper and silver.

9. The Chinese Drywall installed in the homes of all Trial Plaintiffs was not fit for its

ordinary or intended purpose, and none of the Trial Plaintiffs would have purchased the Chinese Drywall had they known about the defective nature of the Chinese Drywall at the time it was purchased.

10. The International Residential Code [IRC] has been adopted by the State of Louisiana as a residential building code.

Dated: December 3, 2012.

/s/Christopher Seeger
CHRISTOPHER SEEGER
Seeger Weiss, LLP
One William Street
New York, New York 10004
Telephone:   212/584-0700
Facsimile:   212/584-0799
E-mail:   cseeger@seegerweiss.com
*Counsel for Plaintiffs*

/s/Gerald E. Meunier
GERALD E. MEUNIER
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
E-mail:   gmeunier@gainsben.com
*Counsel for Plaintiffs*

/s/ Richard G. Duplantier, Jr.
Richard G. Duplantier, Jr.
Galloway, Johnson, Tompkins,
Burr & Smith
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone:   504/525-6802
Facsimile:   504/525-2456
E-mail:   rduplantier@gjtbs.com
*Counsel for defendant Interior Exterior*

-3-

/s/ Kevin F. Risley
Kevin F. Risley
Thompson Coe Cousins & Irons, L.L.P.
One Riverway, Suite 1600
Houston, Texas 77056
Telephone:    713/403-8295
Facsimile:    713/403-8299
E-mail:       krisley@thompsoncoe.com
*Counsel for defendant North River*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of December, 2012.

/s/Gerald E. Meunier
GERALD E. MEUNIER