UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET:  2047<br>SECTION:  L<br>MAG. JUDGE WILKINSON<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

**BANNER ENTITIES' JOINDER IN OPPOSITION
TO MOTION FOR AWARD OF COMPENSATION FOR CLASS REPRESENTATIVES**

Defendants Banner Supply Company, Banner Supply Company Fort Myers, LLC, Banner Supply International, LLC, Banner Supply Company Pompano, LLC, Banner Supply Company Port St. Lucie LLC, and Banner Supply Company Tampa, LLC (the "Banner Entities") by and through counsel, and join Class Counsel's Response in Opposition to Motion for Award of Compensation for Class Representatives, Document No. 16324, filed herein on November 30, 2012, to the extent the Plaintiffs in the Broward County class action seek to obtain an award from the Banner Defendants, for the same reasons set forth therein.

Respectfully submitted this 3rd day of December, 2012.

                          **WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC**

                          */s/ Nicholas P. Panayotopoulos*
                          **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
                          Georgia Bar Number: 560679
                          3344 Peachtree Road, Suite 2400
                          Atlanta, GA  30326
                          Telephone (404)876-2700
                          npanayo@wwhgd.com
                          *Counsel for Banner Supply Company; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC*

**PETERSON & ESPINO, P.A.**

*/s/ Michael P. Peterson*
**MICHAEL P. PETERSON, ESQUIRE**
10631 Southwest 88th Street, Suite 220
Miami, Florida 33176
Telephone: (305) 270-3773
Facsimile:  (305) 275-7410
mpeterson@petersonespino.com
*Counsel for Banner Supply Company Port St. Lucie, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Banner Entities' Joinder in Opposition to Motion for Award of Compensation for Class Representatives has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of December, 2012.

*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**