IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | MAG. JUDGE WILKINSON |

### EX PARTE MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Pursuant to Local Rule 7.7, the North River Insurance Company ["North River"] respectfully requests leave of court to exceed the 25-page limit for their memorandum of law in Opposition to the Joint Motion For Preliminary And Final Approval Of The Second Amendment To The Amended Inex And Knauf Settlements.  North River's proposed memorandum in Opposition is attached as Exhibit A.  This Court's order of November 20, 2012, [Doc. No. 16269] provided that this matter will be taken up at the resumption of the Fairness Hearing on December 11, 2012.  North River needs to exceed this Court's 25-page limit to address thoroughly all of the issues raised by the Joint Motion for Approval relating to the Second Amendment to the INEX and Knauf settlements.

WHEREFORE, Defendant North River respectfully requests that the instant Motion be granted and that an Order be entered permitting North River's Opposition to the Joint Motion For Preliminary And Final Approval Of The Second Amendment To The Amended Inex And Knauf Settlements to exceed the twenty-five page limitation.

Respectfully submitted,

THOMPSON COE COUSINS & IRONS LLP

_____/s Eric B. Berger_____
BRIAN S. MARTIN, ESQ.

          KEVIN RISLEY, ESQ.
          RODRIGO "DIEGO" GARCIA, JR., ESQ.
          One Riverway, Suite 1600
          Houston, Texas 77056
          Phone: (713) 403-8206
          Fax:  (713) 403-8299

          LOBMAN CARNAHAN BATT ANGELLE
            & NADER

          SIDNEY J. ANGELLE, ESQ.
          La. Bar No. 1002
          ERIC B. BERGER, ESQ.
          La. Bar No. 26196
          400 Poydras Street, Suite 2300
          New Orleans, Louisiana 70130
          Phone: (504) 586-9292
          Fax:    (504) 586-1290

          ATTORNEYS FOR THE NORTH RIVER
          INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on December 3, 2012.

                    */s Eric B. Berger*
                    ERIC B. BERGER