**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED** | **MDL NO. 09-2047** |
| **DRYWALL PRODUCTS LIABILITY** | |
| **LITIGATION** | **SECTION L** |
| | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO** | |
| **ALL CASES** | **MAG. JUDGE WILKINSON** |

**ORDER ON EX PARTE MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

IT IS ORDERED THAT the North River Insurance Company is granted leave to exceed the 25-page limit in connection with its <u>Opposition to the Joint Motion For Preliminary And Final Approval Of The Second Amendment To The Amended Inex And Knauf Settlements,</u>

New Orleans, Louisiana this ___ day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE