# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES AND**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No.: 2:11-cv-1395 (E.D.La.)**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No.: 2:11-cv-1672 (E.D.La.)**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No.: 2:11-cv-1673 (E.D.La.)** | |

## ORDER

Upon consideration of plaintiffs' Rule 6(b) motion for extension of time for service of process under Rule 4(m);

It is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED. Plaintiffs are hereby granted an extension of the 120 day period for service of process under Rule 4(m) for service of the intervention complaints in *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Case No.: 2:11-cv-1395 (E.D.La.)(Omnibus XVI); *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Case No.: 2:11-cv-1672 (E.D.La.)(Omnibus XV); and *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Case No.: 2:11-cv-1673 (E.D.La.)(Omnibus XVII).

New Orleans, Louisiana, this _____ day of _____, 2012.

                                                                                              _____
                                                                                              Eldon E. Fallon
                                                                                              United States District Court Judge