UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Rebecca Faggard. **IT IS ORDERED** that this correspondence be filed into the record. **IT IS FURTHER ORDERED** that Liaison Counsel for Plaintiffs review the correspondence and take appropriate action, if any.

New Orleans, Louisiana, this 27th day of November, 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Rebecca Faggard
6113 Clubhouse Drive
Trussville
AL 35173