RECEIVED
NOV 27 2012
U.S. CHAMBERS OF
DISTRICT JUDGE
ELDON E. FALLON

November 23, 2012

Judge Eldon Fallon
500 Poydras Street
Room C-456
New Orleans, LA 70130

Dear Judge Fallon,

Let me introduce myself, my name is Rebecca Faggard and my family and I have lived in a Chinese Drywall home since December 2006. We purchased our home from Vintage Homes in Birmingham, AL, who eventually went bankrupt. Our home is located in the suburb of Trussville, AL, we are located just outside of the city of Birmingham. My family consists of myself, my husband, our children, son age 12, daughter age 6 and my elderly mother. I wanted to tell you our story....

We purchased our dream home in 2006 and we were so excited about our new home. It was all we ever wanted, but then within a year things started to go downhill. We went on vacation for a week and upon coming home we found that our upstairs air unit had stopped working. We thought "Wow", that didn't last very long. Come to find out it was the A/C coil, so because our unit was under warranty, the HVAC company replaced the coil. Little did we know that this was only the beginning of our problems. The A/C coil went out 3 more times within a 2 year period, in fact Trane even "dipped" our coil because they thought it was a manufacturing issue on their end. We soon found out that wasn't the case.

We not only replaced A/C coils, we replaced several coffee makers, two televisions, a washing machine, toaster oven and computer. Our built-in microwave died and wouldn't work, the dishwasher quit working and our clothes dryer was almost burnt up when we moved out. Not only did we have electrical issues, we had medical issues too. Our son was diagnosed with asthma shortly after we moved in, our daughter kept a constant sinus infection, my mother would have spontaneous nose bleeds, my husband, who has childhood asthma, had an increase in breathing issues and I keep a headache and sinus infection too.

I know this probably seems minor, but we've lived in this for the last 6 years. Our entire household sick all the time. Medical bills all the time, medicine all the time, money, money, money!! Granted we have health insurance, but its so disheartening to see your family sick all the time. My six year old daughter has lived in the house since she was 8 months old and so her entire life has been spent being sick. Now that we have moved out and our home is being remediated, the sicknesses are getting much better. This should tell you something. Move out, get better, HELLO, the drywall was what was making us sick all the time.

Our son was almost 6 years old when we moved in to our home and as I stated previously, he started to have difficultly breathing. The pediatrician diagnosed him with asthma, and we began to use Albuterol inhalers, added Singular and Allegra when things got worse and put a HEPA air purifier in his room, in the hopes that this would help his breathing get better. Three medications that my son was taking for last 6 years. That's too much for a young child to take. I know that things could have been worse, but our children were very healthy before moving into our home.

I know that there are thousands of families in the MDL for this nasty stuff and currently our home is in remediation, which is a GOD send. Please know that just because our home is being fixed, the trauma of all of this is hard on our children. We as adults can adjust and work through the issues, but our children have suffered physically and mentally.

Judge Fallon, please remember my story as well as the thousands of other families that had endured so much from this situation. We are grateful that our homes are being fixed, and that we will have a new and safe environment to live in, but we have endured so much more. Our health has been sacrificed and the money that we have spent on medical bills and the replacement of electronics and small appliances can never be replaced as well as the memory of our journey.

Thank you for your time in this matter. God Bless you.

Sincerely,

*Rebecca Faggard*
Rebecca Faggard and Family