**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **EDWARD BECKENDORF, ET AL.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **MDL 2047** |
| | * | |
| **INTERIOR EXTERIOR BUILDING SUPPLY, ET AL.** | * | **SECTION "L"(2)** |

## <u>NOTICE</u>

    The Court has reviewed and considered counsel's suggestions.  The Court will use the

Jury Verdict Form attached to this correspondence, which mirrors the language found in the

Court's charge to the jury.


    New Orleans, Louisiana, this 30th day of November, 2012.