**JURY VERDICT FORM**

YOU MUST ANSWER EACH QUESTION BELOW:

1. Do you find by a preponderance of the evidence that defendant INEX had actual knowledge of the defect in the drywall, which was manufactured by Knauf Plasterboard Tianjin, at the time that INEX sold the drywall to Plaintiffs Edward and Susan Beckendorf, on or about March 17, 2006?

_____        _____
YES             NO

[NOTE: Proceed to Question 2.]

2. Do you find by a preponderance of the evidence that defendant INEX should have known ("constructive knowledge") of the defect in the drywall, which was manufactured by Knauf Plasterboard Tianjin, at the time that INEX sold the drywall to Plaintiffs Edward and Susan Beckendorf, on or about March 17, 2006?

_____        _____
YES             NO

[NOTE: Proceed to Question 3.]

3. Do you find by a preponderance of the evidence that defendant INEX had actual knowledge of the defect in the drywall, which was manufactured by Knauf Plasterboard Tianjin, at the time that INEX sold the drywall to Plaintiff New Orleans Area Habitat for Humanity, Inc., to be installed in the property owned by Casey Leblanc, on or about July 26, 2006?

_____        _____
YES             NO

[NOTE: Proceed to Question 4.]

4. Do you find by a preponderance of the evidence that defendant INEX should have known ("constructive knowledge") of the defect in the drywall, which was manufactured by Knauf Plasterboard Tianjin at the time that INEX sold the drywall to Plaintiff New Orleans Area Habitat for Humanity, Inc., to be installed in the property owned by Casey Leblanc, on or about July 26, 2006?

_____        _____
YES             NO

[NOTE: Proceed to Question 5.]

5. Do you find by a preponderance of the evidence that defendant INEX had actual knowledge of the defect in the drywall, which was manufactured by Taian Taishan Plasterboard, at the time that INEX sold the drywall to Plaintiffs David and Cheryl Gross, on or about September 15, 2006?

_____          _____
YES                 NO

[NOTE: Proceed to Question 6.]

6. Do you find by a preponderance of the evidence that defendant INEX should have known ("constructive knowledge") of the defect in the drywall, which was manufactured by Taian Taishan Plasterboard, at the time that INEX sold the drywall to Plaintiffs David and Cheryl Gross, on or about September 15, 2006?

_____          _____
YES                 NO

[NOTE: Proceed to Question 7.]

7. Do you find by a preponderance of the evidence that defendant INEX had actual knowledge of the defect in the drywall, which was manufactured by Taian Taishan Plasterboard, at the time that INEX sold the drywall to Plaintiff Beryl Mundee, on or about November 7, 2006?

_____          _____
YES                 NO

[NOTE: Proceed to Question 8.]

8. Do you find by a preponderance of the evidence that defendant INEX should have known ("constructive knowledge") of the defect in the drywall, which was manufactured by Taian Taishan Plasterboard, at the time that INEX sold the drywall to Plaintiff Beryl Mundee, on or about November 7, 2006?

_____          _____
YES                 NO

**PLEASE DATE AND SIGN THE FORM AND NOTIFY THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.**

New Orleans, Louisiana, this ____ day of December, 2012.

_____
JURY FOREPERSON