UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE WILKINSON |
| ) | |

THIS DOCUMENT RELATES TO ALL CASES

## MOTION FOR AWARD OF ATTORNEYS' FEES

COMES NOW, counsel for the Plaintiffs, David & Suzanne Ezekiel and move this Honorable Court for an award of fees and expenses for their representation and resolution of their claim in the amount requested herein. In support of this motion, the Plaintiffs would show the following:

1. On October 28, 2009 it was discovered the home of David & Suzanne Ezekiel ("Plaintiffs") located at 2162 Timberline Drive, Calera, Alabama 35020 contained Chinese Drywall manufactured by Knauf.

2. On December 9, 2009, Plaintiffs filed suit against Knauf and other defendants in *Sean Payton, et al. v. Knauf Gips KG, et al.*

3. On October 14, 2010, the Plaintiffs' Steering Committee ("PSC") and Knauf entered into the Settlement Agreement for the Demonstration Remediation of Homes with KPT Drywall ("Pilot Program Settlement Agreement").

4. Pursuant to the Pilot Program Settlement Agreement, Plaintiffs' home was selected for remediation. The Plaintiffs moved out of their home and remediation began on May 14, 2012. The remediation was completed on July 25, 2012. All releases and other documents required by the

Pilot Program Settlement Agreement have been signed and delivered.

5. Section X of the Pilot Program Settlement Agreement states that the parties agree that the PSC, common benefit attorneys, and the counsel for the homeowner are entitled to attorneys' fees, paid by Knauf entities separately and in addition to any consideration received by homeowner under this agreement.

WHEREFORE, PREMISES CONSIDERED, counsel requests this Honorable Court to award and order fees and expenses to be paid in the amounts requested herein. Counsel on behalf of the Plaintiffs request such other relief to which they may be entitled. Counsel will provide this Court with any evidentiary or other information required by this Honorable Court.

Dated: December 4, 2012

Respectfully submitted,

/s/ Eric D. Hoaglund
Eric D. Hoaglund

OF COUNSEL:
Charles A. McCallum, III
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Telephone: (205)824-7767
Facsimile: (205)824-7768
Email: ehoaglund@mhcilaw.com
       cmccallum@mhcilaw.com

/s/ K. Edward Sexton, II
K. Edward Sexton, II

OF COUNSEL:
Gentle, Turner, Sexton, Debrosse & Harbison
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
Telephone: (205) 716-3000
Facsimile: (205) 716-3010
Email: esexton@gtandslaw.com
*Attorneys for Plaintiffs David & Suzanne Ezekiel*

**CERTIFICATE OF SERVICE**

  This is to certify that on December 4, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which automatically notifies counsel as follows:

             /s/ Eric D. Hoaglund
             Eric D. Hoaglund
             Charles A. McCallum, III
             McCallum, Hoaglund, Cook & Irby, LLP
             905 Montgomery Highway
             Suite 201
             Vestavia Hills, Alabama 35216
             Telephone: (205)824-7767
             Facsimile: (205)824-7768
             Email: ehoaglund@mhcilaw.com
                cmccallum@mhcilaw.com
             *Attorneys for Plaintiffs David & Suzanne Ezekiel*