UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE WILKINSON |
| ) | |

THIS DOCUMENT RELATES TO ALL CASES

### MEMORANDUM OF LAW IN SUPPORT OF DAVID & SUZANNE EZEKIEL'S MOTION FOR AWARD OF ATTORNEYS' FEES

COMES NOW, counsel for the Plaintiffs, David & Suzanne Ezekiel ("Plaintiffs") and file this Memorandum of Law in Support of Their Motion for Award of Attorneys' Fees. In support thereof, Plaintiffs submit the following memorandum of law:

On October 28, 2009 it was discovered the home of David & Suzanne Ezekiel ("Plaintiffs") located at 2162 Timberline Drive, Calera, Alabama 35020 contained Chinese Drywall manufactured by Knauf. On December 9, 2009, Plaintiffs filed suit against Knauf and other defendants in *Sean Payton, et al. v. Knauf Gips KG, et al.* On October 14, 2010, the Plaintiffs' Steering Committee ("PSC") and Knauf entered into the Settlement Agreement for the Demonstration Remediation of Homes with KPT Drywall ("Pilot Program Settlement Agreement"). Pursuant to the Pilot Program Settlement Agreement, Plaintiffs' home was selected for remediation. The Plaintiffs moved out of their home and remediation began on May 14, 2012. The remediation was completed on July 25, 2012. All releases and other documents required by the Pilot Program Settlement Agreement have been signed and delivered.

Plaintiffs received $15,291.50 in a lump sum payment from Knauf pursuant to the Pilot Program Settlement Agreement. The estimated cost for remediation of the home was $121,199.62.

Based upon information provided by Brown Greer, the final cost of the remediation was $125,417.81. The total benefit to the Ezekiels including the lump sum payment and the final cost of remediation equals $140,709.31. Section X of the Pilot Program Settlement Agreement states as follows:

> **Attorney Fees**
>
> Subject to, and consistent with, any order entered by the MDL Court and the 11th Judicial Circuit of Florida governing Attorneys' Fees, the parties agree that the PSC, including Harrell Class Counsel, common benefit attorneys, and the counsel for the homeowner are entitled to Attorneys' Fees, paid by the Knauf Entities separately and in addition to any consideration received by a homeowner under this Agreement, the calculation and/or amount of which will be determined by a separate agreement(s) between the PSC, including, as to the Harrell Remediation Homes, Harrell class counsel, and the Knauf Entities, which agreement(s) will be submitted to the MDL Court for approval and, in the case of the Harrell Remediation Homes, to the 11th Judicial Circuit of Florida, unless these respective courts, upon application of the PSC, including Harrell Class Counsel, direct otherwise. In the event the parties are unable to agree on the calculation and/or amount of Attorney's Fees within six months of the execution of this Demonstration Remediation Agreement, then the dispute will be submitted to the MDL Court for resolution, and/or, as to the Harrell Remediation Homes, to the 11th Judicial Circuit of Florida. In either event, (i) no distribution of Attorneys' Fees will take place without the approval of the MDL Court and, as to the Harrell Class Action, the 11th Judicial Circuit Court of Florida; (ii) and the rulings of those courts regarding Attorneys' Fees shall be non-appealable.

The Plaintiffs entered into a Contingency Fee Agreement with McCallum, Hoaglund, Cook & Irby, LLP ("MHCI") on November 24, 2009 for thirty-five percent (35%) plus expenses if settled prior to trial. In prosecution of the Plaintiffs' claims and bringing those claims to a successful resolution counsel incurred unreimbursed expenses of $1,439.96 to date. The total benefit received by Plaintiffs totals $140,709.31. Counsel seeks an award of thirty-five percent (35%) of $140,709.31

for attorneys' fees ($49,248.26) plus expenses of $1,439.96, for a total payment of fees and expenses equaling $50,688.22.

As such, counsel requests this Honorable Court to award and order fees and expenses to be paid in the amounts requested herein or such other relief to which they may be entitled.

Dated:   December 4, 2012

Respectfully submitted,

/s/ Eric D. Hoaglund
Eric D. Hoaglund

OF COUNSEL:
Charles A. McCallum, III
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama 35216
Telephone: (205)824-7767
Facsimile: (205)824-7768
Email: ehoaglund@mhcilaw.com
       cmccallum@mhcilaw.com

/s/ K. Edward Sexton, II
K. Edward Sexton, II

OF COUNSEL:
Gentle, Turner, Sexton, Debrosse & Harbison
501 Riverchase Parkway East
Suite 100
Hoover, Alabama 35244
Telephone: (205) 716-3000
Facsimile:  (205) 716-3010
Email: esexton@gtandslaw.com

*Attorneys for Plaintiffs David & Suzanne Ezekiel*

## **CERTIFICATE OF SERVICE**

  This is to certify that on December 4, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which automatically notifies counsel as follows:

                /s/ Eric D. Hoaglund
                Eric D. Hoaglund
                Charles A. McCallum, III
                McCallum, Hoaglund, Cook & Irby, LLP
                905 Montgomery Highway
                Suite 201
                Vestavia Hills, Alabama 35216
                Telephone: (205)824-7767
                Facsimile: (205)824-7768
                Email: ehoaglund@mhcilaw.com
                    cmccallum@mhcilaw.com
                *Attorneys for Plaintiffs David & Suzanne Ezekiel*