# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE WILKINSON |
| ) | |

**THIS DOCUMENT RELATES TO ALL CASES**

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs David & Suzanne Ezekiel ("Plaintiffs"), appearing through undersigned counsel, will bring the foregoing Motion for Award of Attorneys' Fees and Expenses for hearing before the Honorable Eldon E. Fallon, Section "E," of the United States District Court, Eastern District of Louisiana, located at 500 Poydras Street, New Orleans, Louisiana on the 16th day of January, 2013 beginning at 9:00 a.m. or as soon thereafter as counsel can be heard.

Dated:   December 4, 2012

Respectfully submitted,

/s/ Eric D. Hoaglund
Eric D. Hoaglund

OF COUNSEL:
Charles A. McCallum, III
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Telephone: (205)824-7767
Facsimile: (205)824-7768
Email: ehoaglund@mhcilaw.com
           cmccallum@mhcilaw.com

/s/ K. Edward Sexton, II  
K. Edward Sexton, II

OF COUNSEL:  
Gentle, Turner, Sexton, Debrosse & Harbison  
501 Riverchase Parkway East  
Suite 100  
Hoover, Alabama 35244  
Telephone: (205) 716-3000  
Facsimile:  (205) 716-3010  
Email: esexton@gtandslaw.com

*Attorneys for Plaintiffs David & Suzanne Ezekiel*

## CERTIFICATE OF SERVICE

This is to certify that on December 4, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which automatically notifies counsel as follows:

/s/ Eric D. Hoaglund  
Eric D. Hoaglund  
Charles A. McCallum, III  
McCallum, Hoaglund, Cook & Irby, LLP  
905 Montgomery Highway  
Suite 201  
Vestavia Hills, Alabama 35216  
Telephone: (205)824-7767  
Facsimile: (205)824-7768  
Email: ehoaglund@mhcilaw.com  
cmccallum@mhcilaw.com  
*Attorneys for Plaintiffs David & Suzanne Ezekiel*
