

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

October 5, 2012

Mr. Leonard Davis
Herman Herman & Katz
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

RE:   Chinese Manufactured Drywall Products Liability Litigation
      MDL No. 2047 – Peek Notice of Voluntary Dismissal Without Prejudice

Dear Leonard:

We respectfully request that you file the enclosed Notice of Voluntary Dismissal Without Prejudice on behalf of our clients, William & Stacey Peek.

Very truly yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: as stated

| The Law Firm of Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzalez, Kalbac & Kane
| 255 Alhambra Circle, Penthouse | Coral Gables, Florida | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: colson.com
| 2101 L Street, N.W. | 10th Floor | Washington, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 Carondelet Street, Rooms 810 & 812 | New Orleans, LA | 70130
| T: 305.476.7400 | F: 305.476.7444