UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED      MDL NO. 2047
        DRYWALL PRODUCTS
        LIABILITY LITIGATION           SECTION L

                                                                     JUDGE FALLON
                                                                     MAGISTRATE WILKINSON

**THIS DOCUMENT RELATES ONLY TO:**
09-7628 Edward & Susan Beckendorf v. Knauf Gips KG, et al
11-252 New Orleans Habitat for Humanity v. Gebruder Knauf, et al (Casey LeBlanc)
12-498 Beryl Mundee v. Taishan Gypsum Co. Ltd., et al
09-6690, 10-932, 11-80, David & Cheryl Gross v. Knauf Gips, KG, et al

**CERTIFICATION OF TRIAL EXHIBITS**

       Undersigned counsel have reviewed all of the exhibits in the possession of the Court and certify that these comprise all of the exhibits admitted into evidence by the Court during the course of the trial. Said exhibits, excluding any proffers, will be sent to the jury for use in their deliberations.

       New Orleans, Louisiana, this **3d** day of **December**, 2012.

_____                      _____
**Counsel for Plaintiff(s)**                                   **Counsel for Defendant(s)**

PSC - NR/INEX ADMITTED TRIAL EXHIBITS

| NR/INEX Trial Exh # | BegBates# | DESCRIPTION for the court and Defense Counsel | Objection to Exhibit | Response to Objection | Court Ruling | Admitted | Witness at Trial |
|---|---|---|---|---|---|---|---|
| P-NR/INEX-0031 | INT_EXT 00733 | SGS Inspection Application signed by Clay Geary (11/22/05) | | | | X | Rutila |
| P-NR/INEX-0032 | INT_EXT 00738 | Email from Jeffrey Zeng to Clay Geary (11/22 and 23/05) | | | | X | Rutila |
| P-NR/INEX-0033 | INT_EXT 00744 | SGS Inspection of Indonesian (Elephant) Board | Relevance; Hearsay | Testimony will show relevance and cure hearsay. Business record | | X | Jim Geary (Cross) |
| P-NR/INEX-0040 | INT_EXT 00873 | Test Reports for Gypsum Board (Taishan) | | | | X | Admitted during Rutila (Streit; Tonyan; Clay Geary) |
| P-NR/INEX-0046 | INT_EXT 00957 | Sales Contract with Metro Resources Corporation (5/09/06) | | | | X (Jerry to formally ADMIT) | Jim Geary (Cross) |
| P-NR/INEX-0055 | INT_EXT 00967 | Letter from Metro Resources Corporation to INEX (6/20/06) | | | | X | Rutila |
| P-NR/INEX-0060 | INT_EXT 00972 | Metro Resources Corporation Packing List (6/20/06) | | | | X | Rutila |
| P-NR/INEX-0207 | INT_EXT 02136 | Email from William S. App, Jr. to Clay Geary (4/05/06), includes email string | Relevance; Hearsay | Testimony will show relevance and cure hearsay. Business record exception | Excluded by Order 11/21/12 | Top poprtion of pg. 1 (showing the attachments) admitted under 803(6) hearsay | App; Jim Geary (Cross) |

PSC - NR/INEX ADMITTED TRIAL EXHIBITS

| | | | | | |
|---|---|---|---|---|---|
| P-NR/INEX-0228 | INT_EXT 02233 | Email from Jim Geary to Clay Geary including Chain from David Zhang (12/07/05) | | X | Jim Geary (Cross) |
| P-NR/INEX-0230 | INT_EXT 02250 | Email from Jim Geary to Clay Geary (4/24/06) | | X | Jim Geary (Cross) |
| P-NR/INEX-0316 | INT_EXT 05017 | Photographs | | p. 11 | App |
| P-NR/INEX-0323 | INT_EXT 05143 | Email from William App to Clay Geary (2/21/06), inludes emaqil string | Relevance; 403 | X - bus record | App |
| P-NR/INEX-0353 | INT_EXT 05796 | Email from Jim Geary to David Zhang (12/01/06) | Relevancy; Hearsay Testimony will show relevance. More probative than prejudicial. | X | Jim Geary (Cross) |
| P-NR/INEX-0354 | INT_EXT 05897 | Email from David Zhang to Jim Geary (5/26/06) | Relevancy; Hearsay Testimony will show relevance and cure hearsay. Business record | X | Jim Geary (Cross) |
| P-NR/INEX-0355 | INT_EXT 05932 | Email from Damon Sun to Jim Geary, cc'd Clay Geary (5/05/06) | Relevancy; Testimony will show relevance and cure hearsay. Business record | X | Jim Geary (Cross) |
| P-NR/INEX-0359 | INT_EXT 05948 | Jim Geary to Cisneros, Carlos (12/09/05) | | X | Rutila; Clay & Jim Geary (Cross) |
| P-NR/INEX-0369 | INT_EXT 06038 | Photograph | | X | Rutila |
| P-NR/INEX-0371 | INT_EXT 06045 | Letter of Certificate from Taian Taishan Plasterboard Co. Ltd. | | X | Jim Geary (Cross) |
| P-NR/INEX-0840 | INT_EXT 31275 | INEX Invoice | | X | Beckendorf |

| | | | | | |
|---|---|---|---|---|---|
| P-NR/INEX-0890 | L&W - MDL 031012 | USG Test Results (Competative Reports) (July 2006) | | X | Rutila; (Coates Cross) |
| P-NR/INEX-0891 | L&W - MDL 031015 | USG Test Results (April 2006) | | X | Rutila; (Coates Cross) |
| P-NR/INEX-0980 | CDW-0142 | (ASTM) C 1264 (May 1, 2005), Standard Specification for Sampling, Inspection, Rejection, Certification, Packaging, Marking, Shipping, Handling, and Storage of Gypsum Panel Products | | X | Rutila |
| P-NR/INEX-1005 | CDW-0531 | (ASTM) 473-03, Standard Test Methods for Physical Testing of Gypsum Board | | X | Streit; Tonyan Cross |
| P-NR/INEX-1006 | CDW-0560 | (ASTM) C 1396/C 1396-04, Standard Specification for Gypsum Wallboard | | X | Streit; Rutila |
| P-NR/INEX-1066 | CDW-0405 | (IRC) International Residential Code for One- and Two- Family Dwellings (2003), Chapter 1: Administration | Plaintiff disagrees. But agrees to WITHDRAW now. (agreed in court to allow) | X | Rutila |
| P-NR/INEX-1084 | CDW-0564 | Photograph - Eide-Taihe | Counsel agreed to withdraw (agreed in court to allow) | Excluded by Order 11/21/12 | Rutila |
| P-NR/INEX-1093 | CDW-0474 | Photographs (SGH) of the GrossProperty: 400 Hay Place, New Orleans, LA 70124 | Relevance. Stipulations of Parties. Rule 403 | Relevant to trial plaintiff. | X (pg. 80) | Mundee |
| P-NR/INEX-1139 | CDW-0583 | Gross - Photo - House | Relevance | Relevant to trial plaintiff. | X | Cheryl Gross |

PSC - NR/INEX ADMITTED TRIAL EXHIBITS

| | | | | | | |
|---|---|---|---|---|---|---|
| P-NR/INEX-1140 | INT_EXT 31219 | Gross 02 - INEX Invoice 2006-09-15 | | | X | Cheryl Gross |
| P-NR/INEX-1164 | CDW-0397 | Gross (Photograph) - "Made in China" | | | X | Rutila |
| P-NR/INEX-1206 | INT_EXT 30751 | Mundee02 - INEX Invoice 2006-11-07 - INTEXT30751 | | | X | Mundee |
| P-NR/INEX-1206a | Mundee B008 | Floor Plan of Mundee home with highlighting from W. Garcia - Exhibit 2 (last page - Mundee B008) to the 10/2/2012 depo of William Garcia | | | X | Garcia |
| P-NR/INEX-1212 | NOAHH-0000001 | Noahh10 - Natl Gypsum Ltr 2009-08-20 | Relevance; Hearsay | | X | Pate |
| P-NR/INEX-1239 | CDW-0634 | 1909 Alvar - LeBlanc - Photo - House post remediation | Testimony will show relevance and cure hearsay. | | X | LeBlanc |
| P-NR/INEX-1289 | CDW-0368 0014 | Dean A. Rutila, P.E. - CV | | | X | Rutila |
| P-NR/INEX-1290 | CDW-0364 011 | Lori A. Streit, Ph.D. - CV | | | X | Streit |
| P-NR/INEX-1291 | CDW-0367 023 | Rosemary Coates CV | | | X | Coates |
| P-NR/INEX-1299 | Beckendorf-000029 | Beckendorf - Photo- Home | | | X | Beckendorf |
| P-NR/INEX-1302 | | INEX Invoices | | | X | Clay Geary (cross) |
| P-NR/INEX-1302a | INT/EXT 24738 | 4/13/06 INEX Invoice (Ex. 1 to 10/15/2012 depo of Ray Stoltz) | | | X | Stoltz |
| P-NR/INEX-1302b | INT/EXT 24739 | 4/13/06 INEX Invoice (Ex. 2 to 10/15/2012 depo of Ray Stoltz) | | | X | Stoltz |
| P-NR/INEX-1302c | INT/EXT 24745 | 4/20/06 INEX Invoice (Ex. 3 to 10/15/2012 depo of Ray Stoltz) | | | X | Stoltz |

PSC - NR/INEX ADMITTED TRIAL EXHIBITS

| | | | | | |
|---|---|---|---|---|---|
| ✓ P-NR/INEX-1302d | INT/EXT 24773 | 6/22/06 INEX Invoice (Ex. 4 to 10/15/2012 depo of Ray Stoltz) | | X | Stoltz |
| ✓ P-NR/INEX-1302e | INT/EXT 24836 | 10/31/06 INEX Invoice (Ex. 5 to 10/15/2012 depo of Ray Stoltz) | | X | Stoltz |
| ✓ P-NR/INEX-1304a | Tompkins Depo: P-1 | "China is changing supply chains around the world" - Plaintiff's Exhibit 1 to 11/7/12 trial depo of James Tompkins | | | Tompkins (Cross) |
| ✓ P-NR/INEX-1304b | Tompkins Depo: P-2 | Excerpts from "Caught Between the Tiger and the Dragon" - Plaintiff's Exhibit 2 to 11/7/12 trial depo of James Tompkins | | | Tompkins (Cross) |
| ✓ P-NR/INEX-1304c | Tompkins Depo: P-3 | "China Business Review" Article - Plaintiff's Exhibit 3 to 11/7/12 trial depo of James Tompkins | | | Tompkins (Cross) |
| ✓ P-NR/INEX-1304d | Tompkins Depo: P-4 | Excerpts from "Winning Manufacturing" - Plaintiff's Exhibit 4 to 11/7/12 trial depo of James Tompkins | | | Tompkins (Cross) |
| ✓ P-NR/INEX-1304e | INT/EXT 05744 | Test Report - Plaintiff's Exhibit 9 to 11/7/12 trial depo of James Tompkins | | | Tompkins (Cross) |
| ✓ P-NR/INEX-1304f | NOR-PAC 002641 | Test Report - Plaintiff's Exhibit 11 to 11/7/12 trial depo of James Tompkins | | | Tompkins (Cross) |
| ✓ P-NR/INEX-1304g | INT/EXT 01990 | Test Report - Plaintiff's Exhibit 12 to 11/7/12 trial depo of James Tompkins | | X | Coates; Tompkins (Cross) |
| 1305 | | Invoices played during lemm'd deposition | | X | Lemm |
| 1306 | | Bush Depo Ex. 1 | | X | Bush |
| 1307 | 1302-15 | Bush Depo Ex 2 | | X | Bush |

1309 ✗

PSC - **NR/INEX** ADMITTED TRIAL EXHIBITS

| | | | | | | |
|---|---|---|---|---|---|---|
| 1309 | | Tompkins CV he brought with him to his Deposition; Deposition Exhibit 85A to 11/7/12 trial depo of James Tompkins | | | X | Tompkins (Cross) |

| Trial Exhibit Number | Description | Objection to Exhibit | Response to Objection | Court Ruling | Admitted | Witness at Trial |
|---|---|---|---|---|---|---|
| INEX 007 | Commercial Invoice and Certificates of Warranties for Knauf Tianjin purchases | None | | | X | Clay Geary; Tompkins |
| INEX 008 | Sales Contract, Letter of Credit, Certificates, Commercial Invoices for Taishan Drywall from Metro Resources | None | | | X | Clay Geary; Tompkins |
| INEX 009d | ASTM C1264 (05) | None | | | X | Tonyan |
| INEX 014 | Davis Construction Supply, LLC's Flyer for drywall. | None | | | X | Clay Geary; |
| INEX 015 | PABCO Gypsum Physical Sheet for sale of drywall | None | | | X | Clay Geary |
| INEX 017 | World Trade Brokers document | None | | | X | Clay Geary; Tonyan |
| INEX 025 | Email from Jeff Brisely to Kurt Heider re: Wallboard Costs INEX | None | | | X | Clay Geary |
| INEX 026 | Email from John Davis to Clay Geary re: Plasterboard to New Orleans. | None | | | X | Clay Geary |
| INEX 028 | Email from John Davis to Clay Geary re: USA Wallboard. | None | | | X | Clay Geary |
| INEX 031 | Letter of Credit for Knauf Tainjin board | None | | | X | Clay Geary |
| INEX 032 | Email from Clay Geary to Jeff Brisley re: Knauf Drywall. | None | | | X | Clay Geary |
| INEX 039 | Email from William App to Clay Geary re: Wallboard Business- Continuation | None | | | X | App |

INEX ADMITTED EXHIBITS

| Exhibit | Description | Objection | | | Admitted | Witness |
|---|---|---|---|---|---|---|
| INEX 043 ✓ | Email from Rudy Remont to William App re: Knauf Tianjin photos | None | | | X | App |
| INEX 044 ✓ | Email from William App to Jim Geary re: MV Mystras | None | | | X | App |
| INEX 047 ✓ | Email from Jerry Becnel to Clay Geary re: Mystras Customs Clearance | Objection, Relevance | | | X | App |
| INEX 049 ✓ | J.W. Allen & Company's Invoice re: Mystras | Objection, Relevance | | | X | App |
| INEX 053 ✓ | Contract and Certificates of Warranties with Knauf Wuhu | None | | | X | |
| INEX 060 ✓ | Dun and Bradstreet Report on Metro Resources Corp. | None | | | X | |
| INEX 070 ✓ | Sample INEX Invoices evidencing customer preferences prior to purchase of Chinese drywall | None | | | X | Clay & Jim Geary |
| INEX 072 ✓ | Columbia Analytical Services Lab Result | Objection, Relevance and FRE 403 | | | X | Pate |
| INEX 073 ✓ | EASI's Lab Results | Objection, Relevance and FRE 403 | | | X | Pate |
| INEX 076 ✓ | Email from Jim Pate to Frank Vardeman re: Chinese Drywall Issue | None | | | X | Pate |
| INEX 078 ✓ | Fly System, Inc. correspondence to NOAHH | Objection, Relevance/FRE 403 | | | X | Pate |
| INEX 079 ✓ | NOAHH Drywall Timeline (July 14, 2010) | Objection, Hearsay/Authentication | | | X | Pate |
| INEX 080 ✓ | Email from Jim Pate to Bob Mayre re: Sheetrock | None | | | X; Only the top portion Admitted | Pate |

| Exhibit | Description | Objection | Admitted | Witness |
|---|---|---|---|---|
| INEX 081 ✓ | Email from Jim Pate to dkoehler re: Chinese drywall | None | X | Pate |
| INEX 083 ✓ | Email from Jim Pate to Bill Wright | Objection, FRE 403 | X | Pate |
| INEX 085 ✓ | James A. Tompkins, Ph.D.'s CV | Objection unless the CV provided with his report is also included | X | Tompkins |
| INEX 087 ✓ | Mazzenga Deposiotion Exhibit 1 | None | X | Mazzenga |
| INEX 088 ✓ | Mazzenga Deposiotion Exhibit 2 | None | X | Mazzenga |
| INEX 089 ✓ | Mazzenga Deposiotion Exhibit 3 | None | X | Mazzenga |

INEX 86 Dr. Timothy Tonyan's CV    X

INEX ADMITTED EXHIBITS