# Exhibit A

Glickstein, Steven
___

| | |
|---|---|
| **From:** | Glickstein, Steven |
| **Sent:** | Thursday, November 08, 2012 7:57 PM |
| **To:** | Risley, Kevin; Martin, Brian |
| **Cc:** | 'ALevin@lfsblaw.com'; 'flonger@lfsblaw.com'; 'LDAVIS@hhklawfirm.com'; Richard G. Duplantier, Jr.; Philip D. Nizialek; Scott, A. Hugh; drh@ahhelaw.com; kmiller; McShane, Patrick J. |
| **Subject:** | Fairness Hearing |

Kevin and Brian,

Counsel for the PSC, InEx, Arch, Liberty and Knauf conferred to clarify what relief they will be asking of Judge Fallon at the Fairness Hearing. As a result of that call, we wanted to let you know in advance of the call with Judge Fallon tomorrow how we propose at the Fairness Hearing to handle certain issues relating to the Second Amendment.

The proponents of the InEx and Knauf settlements will ask the Court to make a determination under Rule 23 that those two settlements, including the Second Amendment, are fair, adequate and reasonable to the class. Similarly, the proponents will ask the court to determine that the payment of the insurance proceeds exhausts the primary policies, because the issue of exhaustion is relevant to Rule 23 approval, in that the Court must rule that the portion of the settlement stating that the policies have been exhausted is fair to the class.

The proponents of the InEx and Knauf settlements will not ask the Court to make a determination that the Second Amendment is binding on North River. We are in agreement that whether the Second Amendment is binding on North River is an issue to be determined separately and is not before the Court at the Fairness Hearing.

**Steven Glickstein**
KAYE SCHOLER LLP

425 PARK AVENUE • NEW YORK, NEW YORK 10022
PHONE: 212.836.8485 · FAX: 212.836.6485
SGLICKSTEIN@KAYESCHOLER.COM
WWW.KAYESCHOLER.COM

1