# Exhibit B

## Glickstein, Steven

| | |
|---|---|
| **From:** | Risley, Kevin [KRisley@thompsoncoe.com] |
| **Sent:** | Monday, November 19, 2012 5:55 PM |
| **To:** | Glickstein, Steven |
| **Subject:** | Re: Chinese Drywall Litigation MDL 2047 |

Thanks.

------------------------------

Kevin F. Risley
(713) 403-8295
Sent from my BlackBerry Wireless Device

**From:** Glickstein, Steven [mailto:Steven.Glickstein@kayescholer.com]
**Sent:** Monday, November 19, 2012 03:59 PM
**To:** Risley, Kevin; Martin, Brian; Sidney Angelle <sja@lcba-law.com>
**Cc:** Grass, Robert <Robert.Grass@kayescholer.com>; kmiller <kmiller@frilot.com>; kspaulding <kspaulding@frilot.com>
**Subject:** FW: Chinese Drywall Litigation MDL 2047

Kevin, Brian, Sid

Attached are courtesy copies of the papers filed today.

**Steven Glickstein**
KAYE SCHOLER LLP

425 PARK AVENUE • NEW YORK, NEW YORK 10022
PHONE: 212.836.8485 · FAX: 212.836.6485
SGLICKSTEIN@KAYESCHOLER.COM
WWW.KAYESCHOLER.COM

**From:** Cavet, Susan A. [mailto:SCavet@frilot.com]
**Sent:** Monday, November 19, 2012 2:30 PM
**To:** "Russ Herman' (RHERMAN@hhkc.com)'; "Lenny Davis' (ldavis@hhkc.com)'; 'alevin@lfsblaw.com'; 'Fred Longer'; Phillip Wittmann; Dorothy Wimberly; Judy Barrasso; Thomas Owen
**Subject:** Chinese Drywall Litigation MDL 2047

### SENT ON BEHALF OF KYLE A. SPAULDING

Attached please find Joint Motion to Set Hearing and to Amend Relief Requested and a Proposed Order which have been e-filed with the Court and uploaded with LexisNexis.

Susan A. Cavet
Secretary to Kerry J. Miller
& Kyle A. Spaulding
FRILOT LLC
1100 Poydras Street

1

Suite 3700
New Orleans, LA 70163
Telephone: 504-599-8037
E-mail: scavet@frilot.com

CONFIDENTIALITY NOTICE: This electronic message is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-2521 and is legally privileged. This message and any attachments hereto may contain confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail from your computer. The sender does not waive any privilege in the event this message was inadvertently disseminated.

**Confidentiality Notice:** This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information exempt from disclosure under applicable law. Unauthorized review, use, disclosure, or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy the original and all copies of the message. Thank you.

Tax Advice Disclosure: Any U.S. federal tax advice contained in this communication, including any attachment(s), unless expressly stated otherwise, was and is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.