MINUTE ENTRY
FALLON, J.
DECEMBER 3, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED           MDL NO. 2047
    DRYWALL PRODUCTS
    LIABILITY LITIGATION                SECTION: L

                                                    JUDGE FALLON
                                                    MAGISTRATE WILKINSON

**THIS DOCUMENT RELATES ONLY TO:**
09-7628 Edward & Susan Beckendorf v. Knauf Gips KG, et al
11-252 New Orleans Habitat for Humanity v. Gebruder Knauf, et al (Casey LeBlanc)
12-498 Beryl Mundee v. Taishan Gypsum Co. Ltd., et al
09-6690, 10-932, 11-80, David & Cheryl Gross v. Knauf Gips, KG, et al

BEFORE JUDGE ELDON E. FALLON         MONDAY, DECEMBER 3, 2012, 8:30am
Case Manager: Dean Oser                        (Continued from 11/30/12)
Court Reporter: Toni Tusa

Appearances: Gerald Meunier, Esq., Chris Seeger, Esq., Scott George, Esq., Dan Bryson Esq.,
               Anthony Irpino, Esq. for plaintiffs
               Richard Duplantier, Esq., Benjamin Grau, Esq., Carlina Eiselen, Esq. for
               defendant Interior Exterior Building Supply
               Kevin Risley, Esq., Sidney Angelle, Esq., for defendant North River Insurance
               Company

JURY TRIAL:
Defendants' Witnesses continued:
Isabel Knauf - by video deposition
Out of presence of jury -Defendants' renewed their Motion for Directed Verdict - DENIED in Part and RESERVED in Part.
Joint Stipulation to be filed into the record.
Objections to jury charges were addressed by the Court.
Closing arguments
Jury charged and instructed by Court.
Jury retires for deliberation at 11:45am
Jury returned from deliberations at 1:47pm
VERDICT: In favor of Defendants - See verdict form attached.
The Court orders that the verdict be entered into the record and be made judgment of the Court.
Jury polled; all answer in affirmative.
The Jury is thanked and excused.
Court adjourned at 1:54pm
JS10:    3:05: