IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047 |
| | SECTION L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | MAG. JUDGE WILKINSON |

**ORDER ON EX PARTE MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

IT IS ORDERED THAT the North River Insurance Company is granted leave to exceed the 25-page limit in connection with its <u>Opposition to the Joint Motion For Preliminary And Final Approval Of The Second Amendment To The Amended Inex And Knauf Settlements</u>,

New Orleans, Louisiana this <u>4th</u> day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE