UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| *Payton, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-07628 (E.D. La.) | |
| *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.*<br>Case No. 1:09-cv-00361 (E.D. La.) | |
| *Gross, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:10-cv-00362 (E.D. La.) | |
| *Amato, et. al. v. Liberty Mutual Ins. Co., et. al.*<br>Case No. 2:10-cv-00932 | |
| *Hernandez, et. al. v. AAA Insurance, et. al.*<br>Case No. 2:10-cv-3070 (E.D. La.) | |
| *Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-00080 (E.D. La.) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 2:110cv000252 (E.D. La.) | |
| *Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*<br>Case No. 2:11-cv-01077 (E.D. La.) | |
| *Vikers, et. al. v. Knauf Gips KG, et. al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | |

**OBJECTORS' MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW OBJECTIONS**

Saul Soto, SHS Construction, Ronnie Garcia, and Bay Area Contracting & Construction, Inc., Jan Petrus, Ernest Vitela and E and E Construction file this memorandum in support of Objectors' unopposed motion to withdraw objections pursuant to Rule 23(e)(5).

**1.     Preliminary Statement**

The purpose of this unopposed motion to withdraw Objectors' objections with Court approval pursuant to Rule 23(e)(5) and bring to a close all pending disputes between Objectors, their attorneys, or representatives on the one hand, and any other party to this litigation, their attorneys, or representatives on the other hand, in connection with the proposed Global Settlement. Neither Objectors nor their counsel have been paid any compensation in exchange for withdrawing their objections nor have Objectors or their counsel sought or demanded any compensation in this matter. This unopposed motion is being brought by Objectors after weighing the risks and benefits of proceeding with this matter and the impact of any continued litigation on the proposed settlement class. Should the Court approve this unopposed motion to withdraw the objections, then Objectors would further ask this Court to deny as moot various pending motions between Objectors and Class Counsel arising from these objections.

**2.     Relevant Procedural History.**

Objectors Saul Soto, SHS Construction, Ronnie Garcia, and Bay Area Contracting & Construction, Inc., Jan Petrus, Ernest Vitela and E and E Construction filed objections to the proposed Global Settlement on September 28, 2012 (Doc. No. 15859).

Subsequent to that filing, Objectors and Class Counsel have filed discovery motions, engaged in discovery, and filed related motions, including motions for sanctions, in this matter, including the following motions which are currently pending before the Court:

      a.      Motion for Sanctions filed by Plaintiffs (Doc. No. 15982);

      b.      Motion to Strike Objections filed by Plaintiffs (Doc. No. 16083); and

      c.      Motion for Sanctions Against Class Counsel filed by Objectors (Doc. No. 16256).

Related to these motions are papers filed in opposition to these motions and replies to those papers filed in opposition.

Objectors Jan Petrus, Ernest Vitela, and E and E Construction have also previously filed the following motions to withdraw their objections, which have not been ruled upon by the Court:

      a.      Motion to Dismiss Objection by Jan Petrus (Doc. Nos. 15957, 15973);

      b.      Motion to Dismiss Objection by Ernest Vitela (Doc. Nos. 15979); and

      c.      Motion to Dismiss Objection of E and E Construction (Doc. Nos. 15992, 16040).

Pending this Court's approval of the dismissal of the Petrus, Vitela and E and E Construction, Class Counsel has indicated that they intend to seek the depositions of Mr. Petrus and Mr. Vitela, individually and as representative of E and E Construction.

**3.    Argument.**

Rule 23(e)(5) requires court approval of the withdrawal of an objection to a proposed class action settlement. The main reason behind Rule 23(e)(5)'s requirement of court approval to withdraw an objection is so that the proponents of the settlement do not settle objections prior to the fairness hearing and then represent that there is no opposition to the settlement without the District Court being aware of the circumstances of the settlements of those objections. *See, e.g., Manual for Complex Litigation*, *Fourth*, § 21.643 ("If the objector simply abandons pursuit of the objection, the judge should inquire into the circumstances, asking the parties and the objector

to identify any benefit conveyed or promised to the objector or objector's counsel in connection with the withdrawal.").

In this case, no benefit was paid or promised to Objectors or their counsel in return for the withdrawal of any objections, nor have Objectors or their counsel demanded any such benefit. The requirements of Rule 23(e)(5)'s have been satisfied.

Should the Court approve of the withdrawal of the objections as requested herein, then Objectors further seek that this Court deny as moot the pending motions for sanctions and other relief currently between Objectors and Class Counsel, including those identified above.

WHEREFORE, PREMISES CONSIDERED, Objectors request that this Court grant their motion to withdraw their objections, and for any other relief to which he may be entitled.

Dated: December 5, 2012

        Respectfully submitted,

By:   /s/ Christopher A. Bandas
      Christopher A. Bandas
      State Bar No. 00787637
      Southern Bar No. 17509
      BANDAS LAW FIRM, P.C.
      500 North Shoreline Blvd., Suite 1020
      Corpus Christi, Texas 78401-0353
      T: (361) 698-5200
      F: (361) 698-5222

      R. Joshua Koch, Jr.
      State Bar No. 2492
      Koch & Schmidt, LLC
      650 Poydras St., Suite 2415
      New Orleans, LA 70130
      T: (504) 208-9040
      F: (504) 208-9041

      Counsel for Objectors.

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, 2012 a true and correct copy of the above and foregoing was served on the following as indicated below as well as all counsel of record via the Court's CM/ECF system.

Arnold Levin
Levin, Fishein, Sedran & Berman
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Plaintiffs' Lead Counsel

Leonard A. Davis
Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70013
Defendants' Counsel

/s/ Christopher A. Bandas
Christopher A. Bandas