UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L |
| THIS DOCUMENTS RELATES TO: ALL CASES AND | JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |
| *Payton, et. al. v. Knauf Gips, KG, et. al.* <br> Case No. 2:09-cv-07628 (E.D. La.) | |
| *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et. al.* <br> Case No. 1:09-cv-00361 (E.D. La.) | |
| *Gross, et. al. v. Knauf Gips, KG, et. al.* <br> Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.* <br> Case No. 2:10-cv-00362 (E.D. La.) | |
| *Amato, et. al. v. Liberty Mutual Ins. Co., et. al.* <br> Case No. 2:10-cv-00932 | |
| *Hernandez, et. al. v. AAA Insurance, et. al.* <br> Case No. 2:10-cv-3070 (E.D. La.) | |
| *Abel, et. al. v. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.* <br> Case No. 2:11-cv-00080 (E.D. La.) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* <br> Case No. 2:110cv000252 (E.D. La.) | |
| *Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.* <br> Case No. 2:11-cv-01077 (E.D. La.) | |
| *Vikers, et. al. v. Knauf Gips KG, et. al.* <br> Case No. 2:09-cv-04117 (E.D. La.) | |

## **ORDER**

Considering the Motion and other supporting evidence deemed necessary, the COURT will GRANT Objectors' Unopposed Motion to Withdraw Objections.

IT IS ORDERED that the objections filed by Saul Soto, SHS Construction, Ronnie Garcia, and Bay Area Contracting & Construction, Inc., Jan Petrus, Ernest Vitela and E and E Construction (Doc. No. 15859) are withdrawn and dismissed with prejudice.

IT IS FURTHER ORDERED, that the following motions are DENIED AS MOOT:

a. Motion for Sanctions filed by Plaintiffs (Doc. No. 15982);

b. Motion to Strike Objections filed by Plaintiffs (Doc. No. 16083); and

c. Motion for Sanctions Against Class Counsel filed by Objectors (Doc. No. 16256).

IT IS FURTHER ORDERED, that all parties bear their own costs and fees incurred in connection with pursuing or defending these objections.

DATED this the _____ day of December 2012.

                                                                         _____
                                                                         JUDGE PRESIDING