UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED　　　　　　　MDL NO. 2047
　　　　　DRYWALL PRODUCTS
　　　　　LIABILITY LITIGATION　　　　　　　　　SECTION: L

　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE FALLON
　　　　　　　　　　　　　　　　　　　　　　　　　MAGISTRATE WILKINSON

THIS DOCUMENT RELATES ONLY TO:
09-7628 Edward & Susan Beckendorf v. Knauf Gips KG, et al
11-252 New Orleans Habitat for Humanity v. Gebruder Knauf, et al (Casey LeBlanc)
12-498 Beryl Mundee v. Taishan Gypsum Co. Ltd., et al
09-6690, 10-932, 11-80, David & Cheryl Gross v. Knauf Gips, KG, et al

## ORDER

IT IS ORDERED that the clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above numbered and entitled case.

IT IS FURTHER ORDERED that the clerk pay to Welty's Deli the sum of $83.25 for LUNCH provided for the jury in this matter on December 3, 2012.

New Orleans, Louisiana, this _____ day of December, 2012.

　　　　　　　　　　　　　　　　　　　ELDON E. FALLON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

879874

11:45  Monday

| | | | |
|---|---|---|---|
| customer's order no. Sean | phone 589-7545 | date 12-3-12 | |
| name | Jury | | PICK-UP |
| address | | | |
| city, state, zip | | | |
| sold by | cash ☐  charge ☐  shipping information | | |
| | c.o.d. ☐  on acct. ☒ | 8 ppl | |

WELTY'S DELI
538 CAMP ST
NEW ORLEANS, LA 70130
504-592-0325-PHONE
504-592-0324-FAX

| quantity | description | price | amount |
|---|---|---|---|
| 1 | | | |
| 2 | muff / soup | | 10.75 |
| 3 | | | |
| 4 | muffuletta | | 11.50 |
| 5 | | | |
| 6 | tky-white | | 7.50 |
| 7 | | | |
| 8 | club-cheddar ~~pump~~ pumpernickel | | 9.50 |
| 9 | | | |
| 10 | ✓ chef-italian | | 10.50 |
| 11 | | | |
| 12 | ✓ asian | | 10.50 |
| 13 | ✓ (2) shrimp remoulades | | 23.00 |
| 14 | | Subtotal | 83.25 |
| received by | | Tax | 7.49 |
| @adams  Judge Fallon | keep this slip for reference | Total | 90.74 |