**Chinese Drywall Help**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Hon. Judge Fallon | **From:** | Brent Ortigoza |
| **Fax:** | (504) 589-6966 | **Pages:** | 3 including cover |
| **Phone:** | | **Date:** | |
| **Re:** | Chinese Drywall Help | **cc:** | talksmartphones@gmail.com |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

● **Comments:** Please read this, I need someone to help my family. God Bless you and Thanks!

Brent D. Ortigoza
Re: Hardship Letter
Bank of America Home Loans
Loan Number-201305514
1091 S San Mateo Drive
North Port, FL 34288

To whom it may concern,

I am writing you this letter because I want to save my home. This is my first home and it was perfect for my family of five... that is until I found out I had defective "Chinese Drywall". I lived in the home for a year and was never late on any mortgage payments. That year was stressful due to the fact that my family was being poisoned by this drywall without our knowledge. My 6-year old son was hospitalized several times with different upper respiratory issues. As a result he now has permanent health issues and needs to be on a breathing machine every time he has trouble breathing and he was diagnosed with Asthma. My wife's hair was falling out, and my other kids were always sick. The drywall also made me dizzy to the point of passing out several times. For that first year we were unaware of the drywall because it our house was inspected several times for this drywall and they could never find it. After my microwave malfunctioned three times and my TV died I was skeptical but could not prove it. My A/C broke down several times. Then one day I had an A/C repair person at my house tell me that he was sure that we had Chinese Drywall because he had it personally in his house. We hired an attorney and at the time there was no recourse because we had the house inspected two more times and they could not find the defective drywall. We immediately moved out of our house in June 2010 and we have been renting a home down the street ever since. The day after we moved out all of us started feeling better and we realized the house was the cause of our illnesses. We filed a claim with our insurance and they have an "environmental clause" in their policy that protects them from "Chinese Drywall". We then proceeded to file a claim against the builder and they had already gone out of business. We then proceeded to join an MDL lawsuit against Knauf that was spearheaded by Judge Fallon in Louisiana. We then proceeded to ask Bank of America for mortgage forbearance and we were granted one year. A year past and our house was inspected for a fourth time by a Chinese Drywall specialist that was appointed by the court and he found that our interior walls were all imported from China and distributed by Knauf. We then proceeded to ask Bank of America for an extension of the forbearance and we were denied. We then were told that the ONLY way to get assistance was to let the mortgage lapse and then we would be eligible for a loan modification. Three months passed and were denied a loan modification because we were not living in the home. They did not tell us initially that we would have to be living in the home in order to get assistance. We then proceeded to ask the bank if they would allow us to do a short sale to avoid foreclosure and we were denied because they said we needed to have the walls repaired before they could consider us for a short sale. We had a buyer and were going to sacrifice our house because we did not know if we would be able to save our home because the lawsuit was still being settled. We kept the majority of our valuables in our garage and visited the house daily. Since the house was "vacant" Bank of America proceeded to send a property preservation team out to the property and they were mowing our lawn and putting vacant signs on the front of the house. I immediately called and told them that I was still paying someone to mow the lawn weekly and asked for them not to put any vacancy signs on the house so that it would not be targeted by looters. They proceeded to tell me that there was nothing I could do to stop it and they proceed to put signs and my house was burglarized and everything that was in the garage was stolen to the tune of $20,000.

I could not file an insurance claim because I had no insurance, they dropped me as soon as they found out I had Chinese Drywall. Bank of America's "preservation team" then proceeded to break in to the house break my back sliding glass door lock, break my front door lock and lock me out of my own house. I called and asked for a copy of the key and they told me they were going to ship it to me and I never received the key. I then called the Office of the President of Bank of America Home Loans and was assigned a personal point of contact that proceeded to tell me that there was nothing they could do for me except submit for another loan modification. Fast forward to today I finally receive relief by way of a rebuilding pilot program set up by my attorney's to have the house rebuilt by Knauf's contractors. The house repairs are in excess of $60,000. I finally saw the light at the end of the tunnel and it all came crashing down when I was served foreclosure papers by Bank of America's attorneys. The house is due to be foreclosed on in 20 days which ironically would make that Christmas Eve. The only reason I have not paid the mortgage was because I am not able to pay for rent on one home and a mortgage on another. It was not because I lost my job or as a result of a disability it was because China decided to cut corners, an American company had no concern for the wellbeing of their customers and I in turn have to pay the price. My credit was previously perfect and now it is ruined. I promised my six year old that I would get him his room back because he has been sleeping in my room for the last 2 ½ years and I am going to have to explain to him that Bank of America does not help victims of Chinese Drywall only victims of this economy. I have told Bank of America that I would pay the delinquent loan back in payments if I was approved for any type of assistance. I am willing to work 2 jobs and pay accelerated payments to bring the mortgage current and they told me sorry you must pay it all in full. Please if you read this story in its entirety I beg you for assistance. Thank you for your time and consideration.

Sincerely,

Brent D. Ortigoza
813-765-3519

Cc:
William Weatherford-FL Speaker of the House
Rick Scott-FL Governor
Jennifer Carroll-FL Lt. Governor
Brian T. Moynihan-CEO Bank of America
America's Watchdog/Chinese Drywall Complaint Center
Honorable Judge Eldon Fallon