UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is a Motion for Attorney Fees filed by Eric Hoaglund. (R. Doc. 16348). As the Plaintiffs' Steering Committee correctly notes in its opposition to the Motion (R. Doc. 16352), the Court has not yet ruled on the fairness of the proposed settlement from which Attorney Hoaglund seeks a fee. The Court will order any necessary hearings and allow for submissions regarding attorney fees at an appropriate time. For now, the Court remains focused on resolving the claims of the parties rather than any claims by attorneys, which are at this time premature.

Accordingly, **IT IS ORDERED** that Eric Hoaglund's Motion for Attorney Fees (R. Doc. 16348) is hereby **DENIED** without prejudice to his right to seek fees at an appropriate time.

New Orleans, Louisiana, this 5th day of December, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE