# EXHIBIT A

## **RESCISSION OF REQUEST FOR EXCLUSION**
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member, Alvarez Homes, Inc., whose address is 3617 Hudson Lane, Tampa, FL 33618, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted September 28, 2012.

Dated: December 6, 2012

Valerie Greenberg
Counsel for Alvarez Homes, Inc.
Akerman Senterfitt
One Southeast Third Avenue
25th Floor
Miami, FL 33131
Telephone: 305-374-5600
Facsimile: 305-374-5095

TO:

Seth Alhadeff
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

H. Minor Pipes, III
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Michael A. Sexton
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN
& DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

{25517560;1}

## **RESCISSION OF REQUEST FOR EXCLUSION**
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member, Breakwater Custom Homes, Inc., whose address is 677 South Reeve Road, Saint Helena Island, SC 29920, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted September 28, 2012.

Dated: December 6, 2012

_____
Valerie Greenberg
Counsel for Breakwater Custom Homes, Inc.
Akerman Senterfitt
One Southeast Third Avenue
25th Floor
Miami, FL 33131
Telephone: 305-374-5600
Facsimile: 305-374-5095

TO:

Seth Alhadeff
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

H. Minor Pipes, III
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Michael A. Sexton
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

{25517956;1}

*VIA FAX: 215-592-4663*
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

*VIA FAX: 504-561-6024*
Russ M. Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:  In Re: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Easter District of Louisiana

**Notice of Rescission of Opt-Out**

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"), please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement. My/Our address of the property damaged by the Chinese Drywall is:

| 12680 Woodland Circle | D'Iberville | MS | 39540 |
|---|---|---|---|
| Address | City | State | Zip |

/s/ Julius S. Broussard    Julius T. Broussard    12-6-12
Signature                  Printed Name            Date

/s/ Jessica A. Broussard   Jessica Ann Broussard   12-6-12
Signature                  Printed Name            Date

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

Sincerely,

Julius and Jessica Brussard

## Rescission of Knauf Settlement Opt Out, Global Settlement Opt Out, and Banner Settlement Opt Out

Name: Dorene C. Brown
Address: 200 East Palmetto Park Rd #811
Boca Raton, FL 33432

Date: November 21, 2012

VIA FIRST CLASS U.S. MAIL

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:  In Re: Chinese-Manufactured Drywall Products Liability Litigation
U.S. District Court, Eastern District of Louisiana, MDL 2047
Rescission of Knauf Settlement Opt Out, Global Settlement Opt Out, and Banner Settlement Opt Out

Dear Sirs:

The undersigned hereby rescinds her opt out from the Knauf Settlement, the Global Settlement, and the Banner Settlement in the Chinese Drywall Action.

Current address is: 200 East Palmetto Park Rd #811
Boca Raton, FL 33432

Subject Property address: 17946 Lake Azure Way
Boca Raton, FL 33496

_Dorene C. Brown_
Signed

_____
Signed

Dorene C. Brown
Printed Name

_____
Printed Name

**Rescission of Knauf Settlement Opt Out, Global Settlement Opt Out, and Banner Settlement Opt Out**

Name: Michael and Francine Edelman
Address: 10 Old Jackson Ave
Unit 12
Hastings on Hudson NY 10706

Date: 11/20/2012

VIA FIRST CLASS U.S. MAIL

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re: In Re: Chinese-Manufactured Drywall Products Liability Litigation
U.S. District Court, Eastern District of Louisiana, MDL 2047
Rescission of Knauf Settlement Opt Out, Global Settlement Opt Out, and Banner Settlement Opt Out

Dear Sirs:

The undersigned hereby rescind their opt out from the Knauf Settlement, the Global Settlement, and the Banner Settlement in the Chinese Drywall Action.

Current address is: 10 Old Jackman Ave #12
Hastings on Hudson NY 10706

Subject Property address: 9401 Carborough
Port St Lucie, Fla 34986

_____     _____
Signed                         Signed

Michael R Edelman              Francine Edelman
Printed Name                   Printed Name

| VIA FAX: 215-592-4663 | VIA FAX: 504-561-6024 |
|---|---|
| Arnold Levin, Esq. | Russ M. Herman, Esq. |
| Levin, Fishbein, Sedran & Berman | Herman, Herman & Katz, LLP |
| 510 Walnut Street, Suite 500 | 820 O'Keefe Avenue |
| Philadelphia, PA 19106 | New Orleans, LA 70113 |

Re: In Re: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Easter District of Louisiana

Notice of Rescission of Opt-Out

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"), please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement. Our address of the property damaged by the Chinese Drywall is:

| 2926 N.E. 2nd Drive | Homestead | FL | 33033 |
|---|---|---|---|
| Address | City | State | Zip |

_William J. Elliott Jr._ (Signature)  William J. Elliott, Jr.  11/26/12
William Elliott                         Date

_Mary Ann Frye_ (Signature)  Mary Ann Frye  11/26/12
Mary Ann Frye                   Date

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

Sincerely,

William Elliott Jr.
William Elliott

Mary Ann Frye
Mary Ann Frye

| | |
|---|---|
| *VIA FAX: 215-592-4663*<br>Arnold Levin, Esq.<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106 | *VIA FAX: 504-561-6024*<br>Russ M. Herman, Esq.<br>Herman, Herman & Katz, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 |

Re: In Re: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Easter District of Louisiana

**Notice of Rescission of Opt-Out**

Dear Counselors:

Pursuant the Settlement Agreement in MDL No. 2047 Regarding Claims Involving the Knauf Defendants, please consider this notice of our desire to *rescind* our opt-out as to the Knauf Settlement. Our address of the property damaged by the Chinese Drywall is:

| 2926 N.E. 2nd Drive | Homestead | FL | 33033 |
|---|---|---|---|
| Address | City | State | Zip |

_William J. Elliott_   William J. Elliott, Jr.   11/28/12
Signature                  William Elliott                 Date

_Mary Ann Frye_   Mary Ann Frye   11/28/12
Signature                 Mary Ann Frye               Date

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

Sincerely,

_William J. Elliott, Jr._
William Elliott

_Mary Ann Frye_
Mary Ann Frye

| | |
|---|---|
| *VIA FAX: 215-592-4663*<br>Arnold Levin, Esq.<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106 | *VIA FAX: 504-561-6024*<br>Russ M. Herman, Esq.<br>Herman, Herman & Katz, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 |

Re:   In Re: Chinese-Manufactured Drywall Products Liability Litigation
       United States District Court, Easter District of Louisiana

**Notice of Rescission of Opt-Out**

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"), please consider this notice of my desire to *rescind* my opt-out as to the Global Settlement. My address of the property damaged by the Chinese Drywall is:

| 2534 Faulkner Court | Ocean Springs | MS | 39564 |
|---|---|---|---|
| Address | City | State | Zip |

Signature: [signed]
Printed Name: ANN MAGRUDER
Date: 12/6/12

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

Sincerely,

Ann Magruder

**Marion Hutson**

| | |
|---|---|
| **From:** | Drew York [dyork@lrmlaw.com] |
| **Sent:** | Thursday, November 29, 2012 9:13 PM |
| **To:** | Marion Hutson |
| **Cc:** | Fred Longer; 'Michael C. Brisch' |
| **Subject:** | RE: CDW Perry Homes |

Fred,

Thank you for your email. Perry Homes received full settlement payment for the 13 homes identified on Exhibit "A" of the opt-out notice to the Settlement Agreement Regarding Claims Against the Knauf Defendants (the "Knauf-PSC Settlement"). Perry therefore withdraws its notice of opt-out and withdraws its objection to the Knauf-PSC Settlement with respect to those 13 homes identified on Exhibit "A" as stated in my November 8 email to Mr. Levin. Please let me know if you have any further questions.

Drew


Andrew York
Associate

**Looper Reed & McGraw, P.C.**
1601 Elm Street, Suite 4600
Dallas, TX 75201
Tel 214.954.4135 | Fax 214.953.1332
dyork@lrmlaw.com | www.lrmlaw.com

**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient (s) is strictly prohibited.

==================================================================
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the
U.S. Internal Revenue Service, we inform you that any tax advice contained in this
communication (including any attachments) was not intended or written to be used,
and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties
under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to
another party any tax-related matters addressed herein.
==================================================================

**From:** Marion Hutson [mailto:MHutson@lfsblaw.com]
**Sent:** Thursday, November 29, 2012 3:05 PM
**To:** Drew York
**Cc:** Fred Longer
**Subject:** CDW Perry Homes

THE FOLLOWING IS AN EMAIL FROM FRED S. LONGER

1

Dear Mr. York, as a follow-up to your email of November 8, 2012 to my partner, Arnold Levin, regarding your client Perry Homes, please confirm that we should now list Perry Homes as a rescinded opt-out.

Thank you.

FRED

2

# Marion Hutson

| | |
|---|---|
| **From:** | Fred Longer |
| **Sent:** | Thursday, November 08, 2012 3:02 PM |
| **To:** | Marion Hutson |
| **Subject:** | FW: In re Chinese-Manufactured Drywall Litigation: Perry Homes' Opt Out of the Global Settlement |

Fyi re Perry

**From:** Debbie Murphy
**Sent:** Thursday, November 08, 2012 2:53 PM
**To:** Fred Longer
**Subject:** FW: In re Chinese-Manufactured Drywall Litigation: Perry Homes' Opt Out of the Global Settlement


Debbie Murphy
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Drew York [mailto:dyork@lrmlaw.com]
**Sent:** Thursday, November 08, 2012 2:37 PM
**To:** Arnold Levin; 'rherman@hhklawfirm.com'
**Cc:** 'Colletta, Louis'
**Subject:** In re Chinese-Manufactured Drywall Litigation: Perry Homes' Opt Out of the Global Settlement

Gentlemen:

As you know, my office represents Perry Homes, LLC ("Perry"), with respect to Chinese-Manufactured Drywall issues. On September 28, 2012, Perry timely opted out of the Settlement Agreement Involving Builders, Installers, Suppliers and Participating Insurers (the "Global Settlement"). Each of you should have received that opt-out notice. Subsequently, Perry and the Knauf Defendants executed a separate settlement agreement resolving claims relating to the 13 homes identified in Exhibit "A" to Perry's opt-out notice. Please allow this email to serve as notice that subject to, and conditioned upon, receipt of the full settlement payment from the Knauf Defendants under its agreement with Perry, Perry withdraws its notice of opt-out from the Global Settlement with respect to those 13 homes identified on Exhibit "A."

It is my understanding from the Knauf Defendants' counsel that Perry should receive its settlement payment in full on Monday. I believe Monday is a federal banking holiday in the United States. If any of you need confirmation from Perry that the condition has been met so that you can report that information to Judge Fallon at the Joint Fairness Hearing next week, please email me and I will respond once my client confirms the receipt of the funds.

If you have any questions, please feel free to call me at (214) 237-6361.

Drew York

Andrew York
Associate

## Looper Reed & McGraw, P.C.
1601 Elm Street, Suite 4600
Dallas, TX 75201
Tel 214.954.4135 | Fax 214.953.1332
dyork@lrmlaw.com | www.lrmlaw.com

**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient (s) is strictly prohibited.

==========================================================================
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.
==========================================================================

2

**LAW OFFICES OF**
**WAYNE E. FERRELL, JR., PLLC**
POST OFFICE BOX 24448
405 TOMBIGBEE STREET
JACKSON, MISSISSIPPI 39225-4448
Telephone: 601.969.4700
Fax: 601.969.7514

| WEB PAGE | MASTER OF LAWS, L.L.M. | EMAIL: |
|---|---|---|
| www.airlawonline.com | AVIATION & SPACE LAW | wferrell@airlawonline.com |

May 3, 2012

Garrett W. Thalgott
Frilot LLC
1100 Poydras St. Suite 3700
New Orleans, LA 70163

Re:  *Anita Sanderford, Jim Sanderford and Wes Sanderford v. Knauf Gips, et al,* No. A2401-2010-397

   *Anita Sanderford, Jim Sanderford and Wes Sanderford v. Knauf Gips, et al,* No. A2401-11-225

   Marilyn Clark and Francis Parlow v. Knauf Gips, et al, No. A2401-2010-418

   *Shea Michael Ladner and Desiree Day Ladner, individually and as natual parents, next friends and guardians of Brendon Michael Ladner, a minor, and Brooklynn Lee Ladner, a minor v. Knauf Gips, et al,* No. A2401-2011-128

Dear Garrett:

   I am, pursuant to our conversation, and our agreement with you, Knauf and Knauf's insurance companies, agreeing for our Chinese drywall clients (listed above) to be moved to the class action or MDL litigation for purposes of joining in on these settlements and for all other purposes, including participating in any monies that may be paid in by Knauf, Bailey Lumber, or any other Defendants in the above styled and numbered causes, the class action litigation and/or the MDL litigation. I understand that this letter will allow the above named individuals to participate for all purposes and allow our clients to be full participating members of the class action and/or MDL litigation and that they will receive the maximum amount of benefits that may be or might be received by other participants of the class action and/or MDL litigation. I understand that this letter will also serve as our clients' agreement to opt in to the

May 3, 2012
Page 2

class action or MDL litigation and will serve to withdraw our clients' previous agreements to opt out of the class action and/or MDL settlements. The purpose of our clients opting into the settlement is so our clients will be compensated to the full extent possible. If I have misunderstood our conversation or if I need to do anything different to fully include the above named homeowners and Plaintiffs in the class please let me know at the earliest possible date.

    If you have any questions please feel free to call me.

                            Sincerely,

                            Wayne E. Ferrell, Jr.

WEFjr/dc
cc:   John Hunter, Esq.
       Jim and Anita Sanderford
       Marilyn Clark
       Shea Ladner

## **RESCISSION OF REQUEST FOR EXCLUSION**
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member, Tapia Construction, LLC, whose address is 5143 South Lakeland Drive, Suite 1, Lakeland, FL 33813, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted September 28, 2012.

Dated: December 6, 2012

Valerie Greenberg
Counsel for Tapia Construction, LLC
Akerman Senterfitt
One Southeast Third Avenue
25th Floor
Miami, FL 33131
Telephone: 305-374-5600
Facsimile: 305-374-5095

TO:

Seth Alhadeff
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

H. Minor Pipes, III
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Michael A. Sexton
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN
& DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

{25517925;1}