# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC - 7 2012
LORETTA G. WHYTE
CLERK

No. 12-90069

MD 09-2047-L

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

------------------------------------------------------------

TAISHAN GYPSUM COMPANY, LIMITED; TAI'AN TAISHAN PLASTERBOARD, COMPANY, LIMITED,

    Defendants - Petitioners

v.

DAVID GROSS; CHERYL GROSS; LOUIS VELEZ, individually and on behalf of others similarly situated,

    Plaintiffs - Respondents

---

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

------------------------------------------------------------

TAISHAN GYPSUM COMPANY, LIMITED; TAI'AN TAISHAN PLASTERBOARD, COMPANY, LIMITED,

    Defendants - Petitioners

v.

MITCHELL COMPANY, INCORPORATED, individually and on behalf of others similarly situated

    Plaintiff - Respondent

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

---

TAISHAN GYPSUM COMPANY, LIMITED; TAI'AN TAISHAN PLASTERBOARD, COMPANY, LIMITED,

    Defendants - Petitioners

v.

KENNETH WILTZ, individually and on behalf of all others similarly situated; BARBARA WILTZ, individually and on behalf of all others similarly situated,

    Plaintiffs - Respondents

---

Motions for Leave to Appeal from an Interlocutory Order

---

Before JOLLY, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that leave to appeal from the interlocutory order of the United States District Court of the Eastern District of Louisiana, New Orleans, entered on September 4, 2012, is **Granted**.

LEO
ECP

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana    DEC 0 4 2012

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

December 04, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-90069   In Re: Chinese-Manufactured, et al  
        USDC No. 2:09-MD-2047  
        USDC No. 2:10-CV-361  
        USDC No. 2:09-CV-4115  
        USDC No. 2:09-CV-6690

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Shawn D. Henderson, Deputy Clerk  
504-310-7668

Ms. Elizabeth Joan Cabraser  
Mr. Joe Cyr  
Mr. Leonard Arthur Davis  
Mr. Russ M. Herman  
Mr. Fred S. Longer  
Mr. Steven L Nicholas  
Mr. Thomas Patrick Owen Jr.  
Mr. Jonathan David Selbin  
Mr. Frank T. Spano  
Mr. Richard C Stanley  
Mrs. Brooke C. Tigchelaar  
Ms. Loretta Whyte  
Ms. Dorothy Hudson Wimberly  
Mr. Phillip A. Wittmann