```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    DEC - 7 2012

         LYLE W. CAYCE
         LORETTA G. WHYTE
              CLERK
```

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 04, 2012

TO: All Counsel and Parties Listed Below

    Misc. No. 12-90069   In Re: Chinese-Manufactured, et al, et al
    USDC No. 2:09-MD-2047
    USDC No. 2:09-CV-6690
    USDC No. 2:10-CV-361
    USDC No. 2:09-CV-4115

Enclosed is a copy of the court's order granting the application(s) for leave to appeal. The case is transferred to the court's general docket. All future inquiries should refer to docket No. 12-31213.

Unless the district court has granted you leave to proceed on appeal in forma pauperis, the appellant(s) should immediately pay the court of appeals' $455.00 appellate filing fee for each of the 3 appeals to the **clerk of the district court**, and notify this office of your payment within 14 days from the date of this letter. If you do not, we will dismiss the appeal, see 5TH CIR. R. 42.3.

Counsel who desire to appear in this case must electronically file a "Form for Appearance of Counsel", naming each party you represent, within 14 days from the date of this letter. The form is available from the Fifth Circuit web site, www.ca5.uscourts.gov. If you fail to electronically file the form we will remove your name from the docket. Pro se parties do not need to file an appearance form.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Shawn Henderson
Shawn D. Henderson, Deputy Clerk
504-310-7668

Ms. Elizabeth Joan Cabraser
Mr. Joe Cyr
Mr. Leonard Arthur Davis
Mr. Russ M. Herman
Mr. Fred S. Longer
Mr. Steven L Nicholas
Mr. Thomas Patrick Owen Jr.
Mr. Jonathan David Selbin

Mr. Frank T. Spano
Mr. Richard C Stanley
Mrs. Brooke C. Tigchelaar

Enclosure(s)

cc:   Ms. Loretta Whyte