UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL | ) | MDL No. 2047 |
| | ) | |
| | ) | SECTION:  L |
| | ) | |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| | ) | |

**NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE
BY PETER AND DONNA KARL**

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Peter and Donna Karl hereby give notice of their intention to dispose of the physical evidence that they were previously preserving pursuant to the requirements of Pretrial Order No. 1B.  Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Peter and Donna Karl by contacting:  Michael Ryan by telephone at (954) 763-8181 or by email at pleadings-mjr@krupnicklaw.com.  Upon the expiration of the thirty (30) day period, Peter and Donna Karl may dispose of such physical evidence.

Dated: December  10, 2012.

> Respectfully submitted,
>
> */s/ Michael J. Ryan*
> Michael J. Ryan
> Florida Bar No. 975990
> Krupnick, Campbell, Malone, Buser, Slama,
> Hancock, Liberman & McKee, P.A.
> Attorneys for Plaintiff
> 12 S.E. 7 Street, Suite 801
> Ft. Lauderdale, FL  33301
> (954) 763-8181
> FAX (954) 763-8292
> mryan@krupnicklaw.com
> pleadings-mjr@krupnicklaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Disposal of Physical Evidence has been served by U.S. Mail and email to: Russ Herman, Esquire, Plaintiffs' Liaison Counsel, Herman, Herman, Katz & Cotlar, L.L.P., 820 O'Keefe Avenue, New Orleans, LA 70113 (drywall@hhkc.com); Kerry Miller, Esquire, Defendants' Liaison Counsel, Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 (kmiller@frilot.com); Dorothy Wimberly, Esquire, Homebuilders' Liaison Counsel, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130 (dwimberly@stonepigman.com); and Judy Y Barrasso, Esquire, Insurance Liaison Counsel, Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC, 909 Poydras Street, 24th Floor, New Orleans, LA 70112 (cdwinsurance@barrassousdin.com) and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of December, 2012.

                                        */s/ Michael J. Ryan*
                                        Michael J. Ryan
                                        Florida Bar No. 975990
                                        Krupnick, Campbell, Malone, Buser, Slama,
                                        Hancock, Liberman & McKee, P.A.
                                        Attorneys for Plaintiff
                                        12 S.E. 7 Street, Suite 801
                                        Ft. Lauderdale, FL  33301
                                        (954) 763-8181
                                        FAX (954) 763-8292
                                        mryan@krupnicklaw.com
                                        pleadings-mjr@krupnicklaw.com