UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | MDL No. 2047 |
| | ) | |
| | ) | SECTION: L |
| | ) | |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| | ) | |

**NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE**
**BY HANS (YOSHI) KIRSCH**

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Hans (Yoshi) Kirsch hereby gives notice of his intention to dispose of the physical evidence that he was previously preserving pursuant to the requirements of Pretrial Order No. 1B. Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Hans (Yoshi) Kirsch by contacting: Michael Ryan by telephone at (954) 763-8181 or by email at pleadings-mjr@krupnicklaw.com. Upon the expiration of the thirty (30) day period, Hans (Yoshi) Kirsch may dispose of such physical evidence.

Dated: December 10, 2012.

Respectfully submitted,

*/s/ Michael J. Ryan*
Michael J. Ryan
Florida Bar No. 975990
Krupnick, Campbell, Malone, Buser, Slama,
Hancock, Liberman & McKee, P.A.
Attorneys for Plaintiff
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL 33301
(954) 763-8181
FAX (954) 763-8292
mryan@krupnicklaw.com
pleadings-mjr@krupnicklaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Disposal of Physical Evidence has been served by U.S. Mail and email to: Russ Herman, Esquire, Plaintiffs' Liaison Counsel, Herman, Herman, Katz & Cotlar, L.L.P., 820 O'Keefe Avenue, New Orleans, LA 70113 (drywall@hhkc.com); Kerry Miller, Esquire, Defendants' Liaison Counsel, Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 (kmiller@frilot.com); Dorothy Wimberly, Esquire, Homebuilders' Liaison Counsel, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130 (dwimberly@stonepigman.com); and Judy Y Barrasso, Esquire, Insurance Liaison Counsel, Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC, 909 Poydras Street, 24th Floor, New Orleans, LA 70112 (cdwinsurance@barrassousdin.com) and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of December, 2012.

                                                 */s/ Michael J. Ryan*
                                                 Michael J. Ryan
                                                 Florida Bar No. 975990
                                                 Krupnick, Campbell, Malone, Buser, Slama,
                                                 Hancock, Liberman & McKee, P.A.
                                                 Attorneys for Plaintiff
                                                 12 S.E. 7 Street, Suite 801
                                                 Ft. Lauderdale, FL 33301
                                                 (954) 763-8181
                                                 FAX (954) 763-8292
                                                 mryan@krupnicklaw.com
                                                 pleadings-mjr@krupnicklaw.com