NITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL | ) | MDL No. 2047 |
| | ) | |
| | ) | SECTION:  L |
| | ) | |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| | ) | |

**NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE**
**BY TALUT LOWE AND LINTON AND MERCEDES LOWE**

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, TALUT LOWE AND LINTON AND MERCEDES LOWE hereby gives notice of their intention to dispose of the physical evidence that they were previously preserving pursuant to the requirements of Pretrial Order No. 1B.  Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to TALUT LOWE AND LINTON AND MERCEDES LOWE by contacting:  Michael Ryan by telephone at (954) 763-8181 or by email at pleadings-mjr@krupnicklaw.com.   Upon the expiration of the thirty (30) day period, TALUT LOWE AND LINTON AND MERCEDES LOWE may dispose of such physical evidence.

Dated: December   10, 2012.          Respectfully submitted,

                                                      */s/ Michael J. Ryan*
                                                    Michael J. Ryan
                                                    Florida Bar No. 975990
                                                    Krupnick, Campbell, Malone, Buser, Slama,
                                                    Hancock, Liberman & McKee, P.A.
                                                    Attorneys for Plaintiff
                                                    12 S.E. 7 Street, Suite 801
                                                    Ft. Lauderdale, FL  33301
                                                    (954) 763-8181; FAX (954) 763-8292
                                                    mryan@krupnicklaw.com;
                                                    pleadings-mjr@krupnicklaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Disposal of Physical Evidence has been served by U.S. Mail and email to: Russ Herman, Esquire, Plaintiffs' Liaison Counsel, Herman, Herman, Katz & Cotlar, L.L.P., 820 O'Keefe Avenue, New Orleans, LA 70113 (drywall@hhkc.com); Kerry Miller, Esquire, Defendants' Liaison Counsel, Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 (kmiller@frilot.com); Dorothy Wimberly, Esquire, Homebuilders' Liaison Counsel, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130 (dwimberly@stonepigman.com); and Judy Y Barrasso, Esquire, Insurance Liaison Counsel, Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC, 909 Poydras Street, 24th Floor, New Orleans, LA 70112 (cdwinsurance@barrassousdin.com) and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of December, 2012.

/s/ Michael J. Ryan  
Michael J. Ryan  
Florida Bar No. 975990  
Krupnick, Campbell, Malone, Buser, Slama,  
Hancock, Liberman & McKee, P.A.  
Attorneys for Plaintiff  
12 S.E. 7 Street, Suite 801  
Ft. Lauderdale, FL  33301  
(954) 763-8181  
FAX (954) 763-8292  
mryan@krupnicklaw.com  
pleadings-mjr@krupnicklaw.com