UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2:09-md-2047<br>*<br>*  SECTION "L"<br>* |
| THIS DOCUMENT RELATES TO: | *  JUDGE  ELDON E. FALLON<br>* |
| **09-cv-3192** Mitchell, et al v. Knauf Gips KG et al | *<br>* |
| **09-cv-6690** Gross, et al v. Knauf Gips KG, et al | *<br>* |
| **09-cv-7628** Payton, et al v. Knauf Gips KG, et al | *<br>* |
| **10-cv-0361** Wiltz, et al v Beijing New Building Material Public Limited Company, et al | *  MAGISTRATE JUDGE JOSEPH<br>   C. WILKINSON, JR.<br>* |
| **2:11-cv-0080** Abel v. Taishan Gypsum Co., et al | *<br>* |
| **2:11-cv-1077** Hava, et al v. Taishan Gypsum | * |

* * * * * * * * * * * * * * *

### MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

**COME NOW**, Jeremy D. Goux, Esq., Martha D. Bowden, Esq., and the law firm of Wynne, Goux & Lobello, Attorneys At Law, L.L.C., attorneys of record for Defendants Laporte Family Properties, L.L.C., Chinchuba Creek Gardenhomes, L.L.C., Southern Star Construction Company, Inc., and Leroy J. Laporte, Jr., who pursuant to Rule 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana move this Honorable Court to enter an Order granting leave to withdraw as counsel for said Defendants for the following reasons:

    1.      Wynne, Goux & Lobello, Attorneys At Law, L.L.C., was retained directly by Defendants Laporte Family Properties, L.L.C., Chinchuba Creek Gardenhomes,

      L.L.C., and Leroy J. Laporte, Jr., to represent them in the instant multi-district litigation.

2. Defendants Laporte Family Properties, L.L.C., Chinchuba Creek Gardenhomes, L.L.C., Southern Star Construction Company, Inc., and Leroy J. Laporte, Jr., are no longer in a position, financially or otherwise to employ Wynne, Goux & Lobello, Attorneys At Law, L.L.C., to represent them in this matter and have stated they are no longer willing or able to pay for the representation.

3. Wynne, Goux & Lobello, Attorneys At Law, L.L.C., can no longer effectively represent Defendants Laporte Family Properties, L.L.C., Chinchuba Creek Gardenhomes, L.L.C., Southern Star Construction Company, Inc., and Leroy J. Laporte, Jr., in this matter and has been instructed by said defendants to file this Motion to Withdraw.

4. A letter with a copy of this Motion has been provided to the last known address for Defendants by certified mail, return receipt requested, email and regular mail. The letter advises Defendants:

    a. Jeremy D. Goux, Esq., Martha D. Bowden, Esq., and the law firm of Wynne, Goux & Lobello, Attorneys At Law, L.L.C., are withdrawing as counsel of record;

    b. Substitute counsel need to be retained; and

    c. Notifies Defendants of all upcoming hearings and deadlines.

5.  The last known address, phone number and email of Defendants Laporte Family Properties, L.L.C., Chinchuba Creek Gardenhomes, L.L.C., Southern Star Construction Company, Inc., and Leroy J. Laporte, Jr., are as follows:

Address:   950 West Causeway Approach, Mandeville, Louisiana 70471

Telephone:  985-674-0720

Email:  leelaporte1@yahoo.com

**WHEREFORE** the undersigned respectfully requests that this Honorable Court Grant this Motion to Withdraw as Counsel for Defendants Laporte Family Properties, L.L.C., Chinchuba Creek Gardenhomes, L.L.C., Southern Star Construction Company, Inc., and Leroy J. Laporte, Jr., in the above captioned cases.

RESPECTFULLY SUBMITTED:

WYNNE, GOUX & LOBELLO
Attorneys At Law, L.L.C.

Original /s/ *Martha D. Bowden*
_____
JEREMY D. GOUX, LBRN 25065
MARTHA D. BOWDEN, LBRN 28316
410 North Jefferson Street
Covington, Louisiana 70433
985-898-0504 – Telephone
985-898-0840 – Facsimile
Email:  jgoux@wgllawfirm.com
Email:  mbowden@wgllawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** the above and foregoing Motion to Withdraw as Counsel Without Substitution has been served on Plaintiffs' Liaison Counsel and Defendants' Liaison

Counsel by e-mail and upon all parties by electronically uploading same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this the 10th day of December, 2012.  I further certify the above and foregoing has been served on DEFENDANTS LAPORTE FAMILY PROPERTIES, L.L.C., CHINCHUBA CREEK GARDENHOMES, L.L.C., SOUTHERN STAR CONSTRUCTION COMPANY, INC., AND LEROY J. LAPORTE, JR, 950 West Causeway Approach, Mandeville, Louisiana 70471, along with notifications of all pending deadlines and court appearances in this litigation, via United States Mail – Certified, regular mail and email to leelaporte1@yahoo.com.

                                   Original /s/ *Martha D. Bowden*
                              _____
                               Martha D. Bowden, LBRN 28316