| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2:09-md-2047<br>*<br>* SECTION "L"<br>* |
| THIS DOCUMENT RELATES TO: | * JUDGE ELDON E. FALLON<br>* |
| **09-cv-3192** Mitchell, et al v. Knauf Gips KG et al | *<br>* |
| **09-cv-6690** Gross, et al v. Knauf Gips KG, et al | *<br>* |
| **09-cv-7628** Payton, et al v. Knauf Gips KG, et al | *<br>* |
| **10-cv-0361** Wiltz, et al v Beijing New Building Material Public Limited Company, et al | * MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.<br>* |
| **2:11-cv-0080** Abel v. Taishan Gypsum Co., et al | *<br>* |
| **2:11-cv-1077** Hava, et al v. Taishan Gypsum | * |

* * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing:

**IT IS HEREBY ORDERED** the *Motion To Withdraw As Counsel Without Substitution* filed by Jeremy D. Goux, Martha D. Bowden, and the law firm of Wynne, Goux & Lobello, Attorneys At Law, L.L.C. as counsel for Defendants Laporte Family Properties, L.L.C., Chinchuba Creek Gardenhomes, L.L.C., Southern Star Construction Company, Inc., and Leroy J. Laporte, Jr. is **GRANTED**.

**IT IS FURTHER ORDERED** Jeremy D. Goux, Martha D. Bowden, and the law firm of Wynne, Goux & Lobello, Attorneys At Law are discharged from any further obligation and relieved of any further appearance in the cases captioned above and any and all other cases which may be unknown to them at this time within the above

captioned Master Case, on behalf of Defendants Laporte Family Properties, L.L.C., Chinchuba Creek Gardenhomes, L.L.C., Southern Star Construction Company, Inc., and Leroy J. Laporte, Jr.

**IT IS FURTHER ORDERED** until such time as a Notice of Appearance is filed by new counsel for Defendants Laporte Family Properties, L.L.C., Chinchuba Creek Gardenhomes, L.L.C., Southern Star Construction Company, Inc., and Leroy J. Laporte, Jr., all pleadings shall be served on said Defendants at 950 West Causeway Approach, Mandeville, Louisiana 70471.

New Orleans, this _____ day of _____, 2012.

_____
**HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE**