UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: RICHARD and CONSTANCE ALMEROTH, et al. vs. TAISHAN GYPSUM CO., LTD., et al Case No. 12-0498 | * * * * * * | JUDGE FALLON (L) MAG. WILKINSON (4) |

**ORDER GRANTING DEFENDANT ALVIAN HOMES, INC.'S**
<u>**MOTION TO EXCEED PAGE LIMITATION**</u>

Considering Defendant Alvian Homes, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana this 7th day of December, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE