UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL     :     MDL NO. 2047
   PRODUCTS LIABILITY LITIGATION     :     SECTION: L
                                                               :     JUDGE FALLON
This Document Relates to All Cases     :     MAG. JUDGE WILKINSON

## ORDER

Before the Court is a Motion for Award of Compensation for Class Representatives filed by Michael Ryan.  (R. Doc. 16243).  As the Plaintiffs' Steering Committee correctly notes in its opposition to the Motion (R. Doc. 16324), the Plaintiffs who seek an incentive fee are members of omnibus complaints, and all Plaintiffs named in omnibus complaints are class representatives. The Court finds that an incentive award is not appropriate in this case and will therefore decline to exercise its discretion to make such an award.

Accordingly, **IT IS ORDERED** that the Motion for Award of Compensation for Class Representatives (R. Doc. 16243) is hereby **DENIED**.

New Orleans, Louisiana, this 10th day of December, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE