UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED * MDL No. 2047
DRYWALL PRODUCTS LIABILITY *
LITIGATION *
 *
THIS DOCUMENT RELATES TO: * JUDGE FALLON (L)
 *
ALL CASES *
 *
 * MAGISTRATE WILKINSON (4)

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

ROBERT W. RIMANY, JR.

who, being duly sworn, upon his oath deposed and stated as follows:

1. His the President of Alvian Homes, Inc. ("Alvian Homes"), and as such, has personal knowledge of the following based on his review of records maintained by Alvian Homes in the regular course of business.

2. Alvian Homes is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Lee County, Florida.

3. Alvian Homes is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.

4. Alvian Homes has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. Alvian Homes has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.



EXHIBIT "A"

Case 2:09-md-02047-EEF-MBN  Document 16404-2  Filed 12/10/12  Page 2 of 2

6. Alvian Homes does not have an agent for service of process in Louisiana.

7. Alvian Homes does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Alvian Homes does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Alvian Homes has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Alvian Homes does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Alvian Homes has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Alvian Homes never anticipated it would be haled into court in Louisiana.

_____
ROBERT W. RIMANY, JR.

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 10th DAY OF MAY, 2011.

_____
NOTARY PUBLIC

J. RISSLING
MY COMMISSION # DD 900790
EXPIRES: October 16, 2013
Bonded Thru Notary Public Underwriters