UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

----------------------------------------------------------------x
IN RE: CHINESE-MANUFACTURED : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY : SECTION: L
LITIGATION :
 :
----------------------------------------------------------------x
THIS DOCUMENT RELATES TO: : JUDGE FALLON
ALL CASES AND : MAG. JUDGE WILKINSON
 :
*Payton, et al. v. Knauf Gips KG, et al.* :
Case No. 2:09-cv-07628 (E.D. La.) :
 :
*Gross, et al. v. Knauf Gips KG, et al.* :
Case No. 2:09-cv-06690 (E.D. La.) :
 :
*Rogers, et al. v. Knauf Gips KG, et al.* :
Case No. 2:10-cv-00362 (E.D. La.) :
 :
*Abreu, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 2:11-cv-00252 (E.D. La.) :
 :
*Block, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 11-cv-1363 (E.D. La.) :
 :
*Arndt, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 11-cv-2349 (E.D. La.) :
 :
*Cassidy, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 11-cv-3023 (E.D. La.) :
 :
*Vickers, et al. v. Knauf Gips KG, et al.* :
Case No. 2:09-cv-04117 (E.D. La.) :
----------------------------------------------------------------x

**JOINT MOTION TO SUBSTITUTE AMENDED SETTLEMENT AGREEMENT
REGARDING CLAIMS AGAINST THE KNAUF DEFENDANTS IN MDL NO. 2047**

NOW INTO COURT, come the Knauf Defendants, Settlement Class Counsel and the

Plaintiffs' Steering Committee ("PSC") who respectfully request that this Court approve the

substitution of the attached Third Amended Settlement Agreement Regarding Claims Against The Knauf Defendants In MDL No. 2047 ("Third Amended Agreement") and the amended exhibits to the Third Amended Agreement in place of the prior version of the Agreement as amended previously approved by this Court in the Order Preliminarily Approving Knauf Settlement, Conditionally Certifying A Knauf Settlement Class, Issuing Class Notice, Scheduling A Settlement Fairness Hearing, And Staying Claims As To the Knauf Defendants [Rec. Doc. 12138, 15786].

The purpose of this amendment is to respond to concerns raised by Class Members by making certain terms more favorable to the Class and to update the Agreement in light of events subsequent to its enactment. The Third Amended Agreement reflects the following changes, which are shown on the redline attached as Exhibit B:

- **Section 1.7** has been revised to reflect amendments to the Banner Class Settlement.

- **Section 1.19** is a definition that is only used in Section 14.1 and has been revised to cross-reference that Section.

- **Section 1.21** has been revised to reflect amendments to the InEx Class Settlement.

- **Section 1.24** has been revised to reflect amendments to the Insurer Class Settlement.

- **Section 1.26.1** has been revised to conform with revisions to Section 4.9 that provide additional options for Class Members who own or rent property with Lower-Case KPT Chinese Drywall.

- **Section 1.78** has been added to include a definition for the Second Amendment to the InEx Class Settlement and to the Knauf Class Settlement, which was preliminarily approved by the Court on November 19, 2012.

- **Section 4.22** has been revised to provide that within 15 days of the Court's Order and Judgment approving the Settlement, the parties will transfer any funds remaining in the escrow account for the Pilot Program to the Remediation Fund as part of the Knauf Defendants' initial $200 million contribution.

- **Section 4.2.3** has been revised to clarify that Class Members will keep any amounts recovered from Excluded Releasees and/or their insurers. **Sections 4.6.3 and 4.8.1** have been revised for the same reason.

- **Section 4.7.2.2** has been revised at the request of counsel for certain Class Members to provide that claimants seeking recovery for alleged bodily injury must show that they were treated by a healthcare provider contemporaneously with complaints that they now relate to KPT Chinese Drywall, rather than have had a contemporaneous diagnosis attributing the complaint to KPT Chinese Drywall.

- **Section 4.7.2.3** has been revised at the request of counsel for certain Class Members to permit the Claimant to represent that the necessary records have been provided or that best efforts have been made to obtain the relevant records.

- **Section 4.7.3.1** has been added at the request of counsel for certain Class Members to provide that the Special Master and the Court may in their discretion consider claims to the Other Loss Fund not specifically provided for in Sections 4.7.11 through 4.7.1.6 so long as they are equitably justified and not specifically excluded by other provisions of the Third Amended Agreement.

- **Section 4.7.4.4.1** has been revised at the request of counsel for certain Class Members to eliminate the provision requiring the Special Master to reduce any Approved Claims to the Other Loss Fund by amounts that could have been recovered from the Class

Member's insurance policies.  Approved Claims will be reduced only by amounts that actually were recovered from the Class Member's insurance policies.

- **Section 4.8.2.2** has been revised to provide that provisions regarding the assignment by InEx Settlement Class Members of any supplemental recovery from The North River Insurance Company will be governed by the Second Amendment.

- **Section 4.9** has been revised at the request of counsel for certain Class Members to provide an additional option to Class Members with Lower-Case KPT Chinese Drywall. In particular, Class Members who own properties with Lower-Case KPT Chinese Drywall can elect to have the Knauf Defendants provide an inspection report in the form of added Exhibit J certifying that there is no evidence of reactive Chinese Drywall in the property.[1]  If the Knauf Defendants provide the certificate, the Class Member will assign 50% of his/her recovery from the Insurer Class Settlement to the Remediation Fund and retain 50% of his/her recovery from the Insurer Class Settlement.  In addition, the Knauf Defendants will pay each such Class Member an amount equal to 50% of what their net recovery would be under the Banner, InEx and/or L&W Class Settlements, although the Class Member will make no such claim against those Settlements.  Class Members with Lower-Case KPT Chinese Drywall retain the option to establish that the drywall is reactive under the terms as originally set forth in the Settlement Agreement.

As set forth above, none of the revised provisions diminish Class Members' benefits or adversely impact their rights; virtually all are beneficial to Class Members and the others simply clarify language in response to inquiries.  The Parties request that the Court post the Third

---

[1]   Aside from the addition of Exhibit J, none of the other exhibits have been changed.

Amended Agreement on the Court's website so that Class Members and their counsel have access to the Third Amended Agreement.  For those reasons, there is no need for additional notice to the Class.

      WHEREFORE, the Knauf Defendants, Class Counsel and the PSC respectfully request that the Court approve the substitution of this Third Amended Agreement and its exhibits and approve it as amended.

Dated:  December 11, 2012　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| Russ M. Herman(#6819) | By:  Kyle A. Spaulding |
| Leonard A. Davis (#14190) | Miles P. Clements (#4184) |
| Stephen J. Herman (# #23129) | Peter E. Sperling (#17812) |
| HERMAN, HERMAN & KATZ, LLP | Kerry J. Miller (#24562) |
| 820 O'Keefe Avenue | Kyle A. Spaulding (#29000) |
| New Orleans, LA 70113 | Paul C. Thibodeaux (#29446) |
| Phone:  (504) 581-4892 | FRILOT L.L.C. |
| Facsimile:  (504) 561-6024 | 1100 Poydras Street |
| Email:  LDavis@hhklawfirm.com | Suite 3700 |
| | New Orleans, LA 70163 |
| *Plaintiffs' Liaison Counsel* | Telephone:  (504) 599-8194 |
| | Facsimile:  (504) 599-8145 |
| | Email:  kmiller@frilot.com |
| Arnold Levin | |
| Fred S. Longer | - AND - |
| Sandra L. Duggan | |
| Matthew C. Gaughan | Steven Glickstein (NY Bar No. 1038157) |
| LEVIN, FISHBEIN, SEDRAN & | Jay P. Mayesh (NY Bar No. 1081603) |
|  BERMAN | KAYE SCHOLER LLP |
| 510 Walnut Street | 425 Park Avenue |
| Philadelphia, PA 19106 | New York, NY 10022 |
| Phone:  (215) 592-1500 | Telephone:  (212) 836-8485 |
| Facsimile:  (215) 592-4663 | Facsimile:  (212) 836-6485 |
| Email:  ALevin@lfsblaw.com | Email:  sglickstein@kayescholer.com |
| | |
| *Plaintiffs' Lead Counsel* | *Counsel for the Knauf Defendants* |

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Dawn M. Barrios | Daniel E. Becnel, Jr. |
| Barrios, Kingsdorf & Casteix, LLP | Becnel Law Firm, LLC |
| 701 Poydras Street | P.O. Drawer H |

New Orleans, LA 70139  
Phone: (504) 524-3300  
Fax: (504) 524-3313  
Barrios@bkc-law.com  

Robert C. Josefsberg  
Podhurst Orseck, P.A.  
25 Flagler Street, 8th Floor  
Miami, FL 33130  
Phone: (305) 358-2800  
Fax: (305) 3558-2382  
rjosefsberg@podhurst.com  

Bruce William Steckler  
Baron & Budd, P.C.  
3102 Oak Lawn Ave., Suite 1100  
Dallas, TX 75219  
Phone: (214) 521-3695  
Fax: (214) 520-1181  
bsteckler@baronbudd.com  

Ervin A. Gonzalez  
Colson Hicks, Edison  
255 Alhambra Circle, Penthouse  
Coral Gables, FL 3313  
Phone: (305) 476-7400  
Fax: (305) 476-7444  
Ervin@colson.com  

Ben W. Gordon, Jr.  
Levin, Papantonio, Thomas, Mitchell,  
 Echsner & Proctor, P.A.  
316 S. Baylen Street, Suite 600  
Pensacola, FL 32502  
Phone: (850) 435-7000  
Fax: (850) 435-7020  
bgordon@levinlaw.com  

Hugh. P. Lambert  
Lambert and Nelson  
701 Magazine Street  
New Orleans, LA 70130  
Phone: (504) 581-1750  

106 W. Seventh Street  
Reserve, LA 70084  
Phone: (985) 536-1186  
Fax: (985) 536-6445  
dbecnel@becnellaw.com  

Gerald E. Meunier  
Gainsburgh, Benjamin, David, Meunier  
 & Warshauer, LLC  
2800 Energy Centre, 1100 Poydras Street  
New Orleans, LA 70163-2800  
Phone: (504) 522-2304  
Fax: (504) 528-9973  
gmeunier@gainsben.com  

Jerold Seth Parker  
Parker, Waichman, Alonso, LLP  
3301 Bonita Beach Road  
Bonita Springs, FL 34134  
Phone: (239) 390-1000  
Fax: (239) 390-0055  
Jerry@yourlawyer.com  

Scott Wm. Weinstein  
Morgan & Morgan  
12800 University Drive, Suite 600  
Ft. Myers, FL 33907  
Phone: (239) 433-6880  
Fax: (239) 433-6836  
sweinstein@forthepeople.com  

James Robert Reeves  
Lumpkin & Reeves  
160 Main Street  
Biloxi, MS 39530  
Phone: (228) 374-5151  
Fax: (228) 374-6630  
jrr@lumpkinreeves.com  

Christopher Seeger  
Seeger Weiss, LLP  
77 Water Street  
New York, NY 10004  
Phone: (212) 584-0700

Fax: (504) 529-2931
hlambert@lambertandnelson.com

Daniel K. Bryson
Whitfield Bryson & Mason LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
dan@wbmllp.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Fax: (212) 584-0799
cseeger@seegerweiss.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
Hausfeld LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
Irpino Law Firm
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## SETTLEMENT CLASS COUNSEL

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663

Russ M. Herman (#6819)
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024

| | |
|---|---|
| ALevin@lfsblaw.com | RHerman@hhklawfirm.com |

## CERTIFICATE OF SERVICE

I certify that the above and foregoing Joint Motion to Substitute Third Amended Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 11th day of December, 2012.

                                                     /s/ Kyle Spaulding