# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------x
IN RE:  CHINESE-MANUFACTURED              :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY                :   SECTION:  L
LITIGATION                                :
-----------------------------------------------------------x
THIS DOCUMENT RELATES TO:                 :   JUDGE FALLON
ALL CASES AND                             :   MAG. JUDGE WILKINSON
                                          :
Payton, et al. v. Knauf Gips KG, et al.   :
Case No. 2:09-cv-07628 (E.D. La.)         :
                                          :
Gross, et al. v. Knauf Gips KG, et al.    :
Case No. 2:09-cv-06690 (E.D. La.)         :
                                          :
Rogers, et al. v. Knauf Gips KG, et al.   :
Case No. 2:10-cv-00362 (E.D. La.)         :
                                          :
Abreu, et al. v. Gebrueder Knauf          :
Verwaltungsgesellschaft KG, et al.        :
Case No. 2:11-cv-00252 (E.D. La.)         :
                                          :
Block, et al. v. Gebrueder Knauf          :
Verwaltungsgesellschaft KG, et al.        :
Case No. 11-cv-1363 (E.D. La.)            :
                                          :
Arndt, et al. v. Gebrueder Knauf          :
Verwaltungsgesellschaft KG, et al.        :
Case No. 11-cv-2349 (E.D. La.)            :
                                          :
Cassidy, et al. v. Gebrueder Knauf        :
Verwaltungsgesellschaft KG, et al.        :
Case No. 11-cv-3023 (E.D. La.)            :
                                          :
Vickers, et al. v. Knauf Gips KG, et al.  :
Case No. 2:09-cv-04117 (E.D. La.)         :
-----------------------------------------------------------x
```

# MEMORANDUM IN SUPPORT OF JOINT MOTION TO SUBSTITUTE THIRD AMENDED SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST THE KNAUF DEFENDANTS IN MDL NO. 2047

The Knauf Defendants, Settlement Class Counsel and the Plaintiffs' Steering Committee ("PSC") submit this memorandum in support of their Joint Motion to Substitute a Third Amended Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 ("Amended Agreement") and the amended exhibits to the Amended Agreement in place of the prior version of the Agreement as amended previously approved by this Court in the Order Preliminarily Approving Knauf Settlement, Conditionally Certifying A Knauf Settlement Class, Issuing Class Notice, Scheduling A Settlement Fairness Hearing, And Staying Claims As To the Knauf Defendants [Rec. Doc. 12138, 15786].

As set forth in the accompanying joint motion, the Amended Agreement responds to concerns raised by Class Members by making certain terms more favorable to the Class and also clarifies certain provisions in response to inquiries.  None of the revised provisions diminish Class Members' benefits or adversely impact their rights; virtually all are beneficial to Class Members and the others simply clarify language in response to inquiries.  Aside from the addition of Exhibit J, none of the exhibits have changed.  The Parties request that the Court post the Third Amended Agreement on the Court's website so that Class Members and their counsel have access to the Third Amended Agreement.  For those reasons, there is no need for additional notice to the Class.

For the reasons set forth above and in the joint motion, the Court should grant the joint motion.

Dated:  December 11, 2012                  Respectfully submitted,

| | |
|---|---|
| Russ M. Herman(#6819) | By:  Kyle A. Spaulding |
| Leonard A. Davis (#14190) | Miles P. Clements (#4184) |
| Stephen J. Herman (# #23129) | Peter E. Sperling (#17812) |
| HERMAN, HERMAN & KATZ, LLP | Kerry J. Miller (#24562) |
| 820 O'Keefe Avenue | Kyle A. Spaulding (#29000) |
| New Orleans, LA 70113 | Paul C. Thibodeaux (#29446) |

Phone:  (504) 581-4892  
Facsimile:  (504) 561-6024  
Email:  LDavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel*

Arnold Levin  
Fred S. Longer  
Sandra L. Duggan  
Matthew C. Gaughan  
LEVIN, FISHBEIN, SEDRAN &  
 BERMAN  
510 Walnut Street  
Philadelphia, PA 19106  
Phone:  (215) 592-1500  
Facsimile:  (215) 592-4663  
Email:  ALevin@lfsblaw.com

*Plaintiffs' Lead Counsel*

FRILOT L.L.C.  
1100 Poydras Street  
Suite 3700  
New Orleans, LA 70163  
Telephone:  (504) 599-8194  
Facsimile:  (504) 599-8145  
Email:  kmiller@frilot.com

- AND -

Steven Glickstein (NY Bar No. 1038157)  
Jay P. Mayesh (NY Bar No. 1081603)  
KAYE SCHOLER LLP  
425 Park Avenue  
New York, NY 10022  
Telephone:  (212) 836-8485  
Facsimile:  (212) 836-6485  
Email:  sglickstein@kayescholer.com

*Counsel for the Knauf Defendants*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios  
Barrios, Kingsdorf & Casteix, LLP  
701 Poydras Street  
New Orleans, LA 70139  
Phone:  (504) 524-3300  
Fax:  (504) 524-3313  
Barrios@bkc-law.com

Robert C. Josefsberg  
Podhurst Orseck, P.A.  
25 Flagler Street, 8th Floor  
Miami, FL 33130  
Phone:  (305) 358-2800  
Fax:  (305) 3558-2382  
rjosefsberg@podhurst.com

Bruce William Steckler  
Baron & Budd, P.C.  
3102 Oak Lawn Ave., Suite 1100  
Dallas, TX 75219  
Phone:  (214) 521-3695

Daniel E. Becnel, Jr.  
Becnel Law Firm, LLC  
P.O. Drawer H  
106 W. Seventh Street  
Reserve, LA 70084  
Phone:  (985) 536-1186  
Fax:  (985) 536-6445  
dbecnel@becnellaw.com

Gerald E. Meunier  
Gainsburgh, Benjamin, David, Meunier  
 & Warshauer, LLC  
2800 Energy Centre, 1100 Poydras Street  
New Orleans, LA 70163-2800  
Phone:  (504) 522-2304  
Fax:  (504) 528-9973  
gmeunier@gainsben.com

Jerold Seth Parker  
Parker, Waichman, Alonso, LLP  
3301 Bonita Beach Road  
Bonita Springs, FL 34134  
Phone:  (239) 390-1000

Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson Hicks, Edison
255 Alhambra Circle, Penthouse
Coral Gables, FL 3313
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell,
  Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh. P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Daniel K. Bryson
Whitfield Bryson & Mason LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
dan@wbmllp.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
Hausfeld LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
Irpino Law Firm
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**SETTLEMENT CLASS COUNSEL**

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
ALevin@lfsblaw.com

Russ M. Herman (#6819)
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfirm.com

**CERTIFICATE OF SERVICE**

    I certify that the above and foregoing Memorandum in Support of Joint Motion to Substitute Third Amended Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 11th day of December, 2012.

                                                                     /s/ Kyle Spaulding