# EXHIBIT C-1

Case 2:09-md-02047-EEF-JCW Document 12061-10 Filed 12/20/11 Page 2 of 45

**Drywall**

**Indicia**

**Guide**

**KPT CHINESE Drywall**

     # 1     Knauf Plasterboard (Tianjin) Ltd.         page  3 - 4

**NON-KPT CHINESE DRYWALL**

     # 2     Crescent City         page  5

     # 3     Taihe         page  6

     # 4     Taishan         page  7 - 8

     # 5     Venture Supply         page  9

     # 6     BNBM         page  10

     # 7     C&K         page  11

     # 8     Dragon Brand         page  12

     # 9     IMG         page  13

     # 10     Bedrock Gypsum         page  14

     # 11     IMT         page  15

     # 12     ProWall Inc.         page  16

     # 13     KNAUF MADE IN GERMANY – Counterfeit Board         page  17

     # 14     LAFARGE MADE IN GERMANY – Counterfeit Board         page  18

     # 15     Unknown Chinese Manufacturer 1         page  19

     # 16     Unknown Chinese Manufacturer 2         page  20

     # 17     Unknown Chinese Manufacturer 3         page  21

**NON-REACTIVE DRYWALL**

     # 18     National Gypsum         page  22

     # 19     American Gypsum         page  23 - 25

     # 20     CertainTeed/ProRoc         page  26 - 27

     # 21     Georgia Pacific         page  28 - 29

     # 22     Lafarge         page  30 - 31

     # 23     NORGIPS USA Inc.         page  32

     # 24     Panel Rey         page  33

     # 25     USG         page  34 - 35

     # 26     PT Knauf Gypsum Indonesia Ltd.         page  36

     # 27     Guangdong Knauf New Building Material Products Co. Ltd.         page  37

     # 28     Knauf Plasterboard (Wuhu) Co. Ltd.         page  38

     # 29     Knauf do Brasil Ltd.         page  39

     # 30     Knauf Gips KG         page  40

     # 31     James Hardie         page  41

     # 32     Federal Gypsum Company         page  42

     # 33     Temple Inland         page  43

     # 34     Flintcote Company         page  44

**KPT CHINESE DRYWALL**

# # 1   Knauf Plasterboard (Tianjin) Ltd.

## Reactive KPT Chinese Drywall

**M1:**

Label:



Marking:        **KNAUF – TIANJIN CHINA – ASTM C36**

Printing Type:  BLUE – DOUBLE – DOT

Requirements:   Indicia photos must clearly indicate the presence of KPT drywall
                by displaying the full marking or distinctive parts such as
                "KNAUF-" and/or "TIANJIN CHINA" in blue-double-dot printing.

                Please note that photos only displaying "KNAUF", "ASTM C36"
                or parts of it are not a unique indicia for KPT and therefore
                insufficient.

## Non - reactive KPT Chinese Drywall (subject to Section 4.9 of the Settlement   Agreement)

**M 2:**

Label:



Marking:        **KNAUF – TianJin, China – ASTM C36 -  [DATE]  [TIME]**

Printing Type:  BLUE – DOUBLE – DOT

Requirements:   Photo must allow unique identification of KPT drywall by
                displaying the full marking or distinctive parts such as "KNAUF-"
                and/or "TianJin, CHINA" in blue-double-dot printing.

                Please note that photos only displaying "KNAUF", "ASTM C36"
                or parts of it are not a unique indicia for KPT and therefore
                insufficient.



**# 1    Knauf Plasterboard (Tianjin) Ltd.**                                              2 of 2

## Insufficient Indicia for KPT

| | |
|---|---|
| Edge Tape: | Blue – Yellow |
| Label: |  |
| Marking: | " KNAUF    CERTIFIED TO ISO 9001    KNAUF    STANDARD BOARD " |
| Note: | The blue-yellow edge tape is also used by other Knauf companies, see Guangdong Knauf New Building Material Products Co. Ltd (# 27, p. 36), and therefore an insufficient indicia for KPT. Please provide a photo either of the marking M1 or M2 as stated above. |

| | |
|---|---|
| Front marking: | " **K** " |
| Label: |  |
| Note: | The label "K" on the front side of the drywall sheet is used by most Knauf companies and therefore insufficient indicia for KPT. Please provide a photo either of the marking M1 or M2 of the back side of the board as stated above. |

p. 4

Case 2:09-md-02047-EEF-JCW Document 12069-10 Filed 12/12/11 Page 6 of 45

**NON – KPT CHINESE DRYWALL**

### # 2    Crescent City

**Marking:**

Label:



Marking:        **Made in China Crescent City Gypsum**

Printing Type:  black letters

Case 2:09-md-02047-EEF-JCW Document 16497-7 Filed 12/11/12 Page 7 of 45

NON – KPT CHINESE DRYWALL

# # 3    Taihe

**Marking:**

Label:





Marking:            **MADE IN CHINA, MEETS OR EXCEEDS ASTM C1396 04 STANDARD**

Printing Type:    black letters

Edge Tape:        White – Blue – Green

Label





Marking:            " Taihe "   +   white triangle in red circle   +   [chinese symbols]



**NON – KPT CHINESE DRYWALL**

# 4    **Taishan**

---

**M 1:**

Label:



Marking:    **4feetX12feetX1/2inch     DrYwall     [DATE] [TIME]**

Printing Type:   black letters

---

**M 2:**

Label:



Marking:    **TAIAN   TAISHAN**

Printing Type:   black letters

---

**M 3:**    **Drywall   4feetx12feetx1/2inch**

Label:



Marking:    **Drywall   4feetx12feetx1/2inch**

Printing Type:   black letters

**NON – KPT CHINESE DRYWALL**

# 4    Taishan

**M 4:**

Label:



Marking:    **DRYWALL  4feet*12feet*1/2inch**

Printing Type:  black letters

Edge Tape:    White – Glossy  (Material: plastic)

Label:



Marking:      no marking on edge tape

**NON – KPT CHINESE DRYWALL**

## # 5   Venture Supply

**M 1:**

Label:



Marking:   **VENTURE SUPPLY INC.**  MFG TAJHE CHINA

Printing Type:   black letters

**M 2:**

Label:



Marking:   **VENTURE SUPPLY INC.**  MFG TAIHE CHINA

Printing Type:   black letters

**NON – KPT CHINESE DRYWALL**

## # 6    BNBM

---

**M 1:**

Label:



Marking:    **BEIJING NEW BUILDING MATERIALS CO LTD.**

Printing Type:    Blue letters,  framed

---

**M 2:**

Label:



Marking:    **BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY
Beijing, China ASTM 1396-04  [DATE]  [TIME]**

Printing Type:    black letters

**NON – KPT CHINESE DRYWALL**

**# 7   C & K**

**Marking:**

Label



Marking:        **C&K GYPSUM BOARD ASTM C 1396 MADE IN CHINA**

Printing Type:  black letters

Edge Tape:      Blue – Grey – White

Label:





Marking:        " C&K"   +   [Chinese symbol]

p. 11

## NON – KPT CHINESE DRYWALL

## # 8    Dragon Brand

**Marking:**

Label:

DRAGON BRAND DRYWALL PER 1/2" 4'X12' A
MADE IN CHINA        23:49      23/03/06

Marking:    **DRAGON BRAND DRYWALL PER ½" 4`X12`ASTM C 1396  MADE IN CHINA    [TIME] [DATE]**

Printing Type:    black letters

Edge Tape:    Light – Dark Blue – White

Label:





Marking:    " DRYWALL "

**NON – KPT CHINESE DRYWALL**

**# 9    IMG**

---

**Marking:**

Label:



Marking:        **IMG ASTM C 1396** Made in CHINA [DATE]

Printing Type:  black letters

---

Edge Tape:      Blue – White

Label:



Marking:        n/a

| NON – KPT CHINESE DRYWALL | # 10  Bedrock Gypsum |
| --- | --- |

| | |
| --- | --- |
| Edge Tape: | Yellow – Black – White |
| Label: |  |
| Marking: | Bedrock Gypsum$^{TM}$ Manufactured to ASTM C 1396 388 Market Street 4th Floor, San Francisco CA 94111 Made in China |

**NON – KPT CHINESE DRYWALL**

# 11   IMT

**Marking:**

Label:



Marking: **MADE IN CHINA IMTGYPSUM.COM ASTM C 1396**

Printing Type: black letters

**NON – KPT CHINESE DRYWALL**

## # 12   Pro Wall Inc.

Marking:

Label:



Marking:        **MADE IN CHINA MEETS ASTM C36/C1396 STANDARD**

Printing Type:  black letters

---

Edge Tape:      White – Blue – Yellow

Label:



Marking:        " ½" x 12`TE     ProWall "

**NON – KPT CHINESE DRYWALL**

## # 13  KNAUF MADE IN GERMANY

### COUNTERFEIT BOARD

---

**M 1:**

Label:



Marking:  GYPSUM WALLBOARD [DATE] [TIME]  -96-  MADE IN    GERMANY BY       **KNAUF**
MADE TO ASTM C36                     ½" THICK            FDG GYPSUM

Printing Type:  blue – single – dot    **and**   blue – double – dot

Note:  This marking is apparently a counterfeit board and has not been produced by any Knauf company

" FDG " is the wrong shortcut of flue gas desulflurization

**Correct:  FGD**

---

**M 2:**

Label:

Marking:  **[DATE]    MADE IN GERMANY**

Printing Type:  black letters

Note:  Printing " MADE IN GERMANY "  **and**  [DATE] (Month/Day/Year) is no typical marking for any German company

**NON – KPT CHINESE DRYWALL**

# # 14   LAFARGE MADE IN GERMANY

**Marking:**

Label:



Marking:        **LAFARGE    [DATE]  [TIME]                      GER 1     ASTM C36**

**MADE IN GERMANY**

Printing Type:   black letters

Note:            This is assumingly a counterfeit board produced in China

Printing " MADE IN GERMANY "  **and**  [DATE] (Month/Day/Year) is no typical marking for any German company

## # 15   Unknown Chinese Manufacturer 1

**NON – KPT CHINESE DRYWALL**

**Marking:**

Label:



Marking:        **[DATE]  J  [TIME]  1   MEETS ASTM C36**

Printing Type:   black letters

Note:            Unknown Chinese Manufacturer

**NON – KPT CHINESE DRYWALL**

## # 16   Unknown Chinese Manufacturer 2

**Marking:**

Label:





Marking:  **Manufactured to Conform to ASTM Standard C36**

**4 x 12 x 1/2           MADE IN CHINA**

Printing Type:  black letters

Note:            Unknown Chinese Manufacturer

**NON – KPT CHINESE DRYWALL**

# # 17   Unknown Chinese Manufacturer 3

**Marking:**

Label:



Marking:        **MADE IN CHINA ASTM C 1396**

Printing Type:  black letters

Note:            Unknown Chinese Manufacturer

**NON REACTIVE DRYWALL**

## # 18  National Gypsum

---

**M 1:**

Label:



Marking:          **National Gypsum company**

Printing Type:   black letters

---

**M 2:**

Label:



Marking:          **GridMarX** $^{TM}$ **Patent Product**
                  **National Gypsum Properties**
                  **PRODUCT  INFO  @  www.gridmarx.com**

Printing Type:   black letters

---

Edge Tape:       White – Black – Yellow

Label:



Marking:          (12,7 x 3658mm)        National Gypsum Company  Charlotte, NC 28211

**NON REACTIVE DRYWALL**

**# 19  American Gypsum**

**M 1:**

Label:



Marking:        **ARMENDARTZ  [TIME]**

Printing Type:  black letters

**M 2:**

Label:



Marking:        **UNDERWRITER LABORATORIES INC.  [DATE]**
                **[NAME, eg. C. Stone]**

Printing Type:  black letters

Note:        There are different varieties of the marking behind [DATE]

NON REACTIVE DRYWALL

**# 19  American Gypsum**

2 of 3

---

**M 3:**

Label:



Marking: **Gypsum Board F-3724 FIRE RESISTANCE CLASSIFICATION SEE UL FIRE RESISTANCE DIRECTORY R14169**

Printing Type:  blue – single – dot

---

Edge Tape:  Blue – White – Red

Label:



**M 1:**  AMERICAN GYPSUM, ALBUQUERQUE, NM

Label:



**M 2:**  MANUFACTURED TO MEET ASTM C1396 AND C36

**NON REACTIVE DRYWALL**

# 19  American Gypsum

3 of 3

| | |
|---|---|
| Edge Tape: | White – Purple |

Label:



**M 1:**  AMERICAN GYPSUM, INTERIOR CEILING BOARD  Panel de techo para interiors

Label:



**M 2:**  MANUFACTURED BY AMERICAN GYPSUM, DALLAS, TX

**NON REACTIVE DRYWALL**

# 20   CertainTeed / ProRoc

**Marking:**

Label:





Marking:  **GYPSUM BOARD ISSUE NO. F-3600 FIRE RESISTANCE CLASSIFICATION SEE UL PRODUCTS CERTIFIED FOR CANADA DIRECTORY AND FIRE RESISTANCE DIRECTORY R3660**

**MADE IN USA ASTM 1396 & C36  CAN/CSA**

Printing Type:  black letters

Edge Tape:  Black – Blue

Label:



Marking:       CertainTeed    ProRoc       REGULAR GYPSUM BOARD

**NON REACTIVE DRYWALL**

**# 20   CertainTeed / ProRoc**

2 of 2

| | |
|---|---|
| Edge Tape: | White with Red letters |
| Label: |  |
| Marking: | ProRoc   PANEL DE YESO TIPO X |

**NON REACTIVE DRYWALL**

**# 21   Georgia Pacific**

---

**M 1:**

Label:



Marking: **GP DENSGLASS ULTRA**

Printing Type: black letters

---

**M 2:**

Label:



Marking: **[DATE]   IN1B   [TIME]   GP TR: CERTIFIED 96% RECYCLED**

Printing Type: black letters

---

**M 3:**

Label:



Marking: **DENS SHIELD TILE BACKER   [DATE]**

Printing Type: black letters

## # 21   Georgia Pacific

**M 4:**

Label:



Marking:       **[DATE]  /  TX1   08**

Printing Type:   black letters

Edge Tape:   Black – White – Red

Label:

Marking:       TOUGHROCK

NON
REACTIVE
DRYWALL

# # 22   Lafarge

**M 1:**

Label:



Marking:    LABORATORIES INC. GYPSUM BOARD FIRE RESISTANCE
DIRECTORY IN WIDE TYPE LGC6A

Printing Type:  black letters

**M 2:**

Label:



Marking:    [DATE]       PALATKA, FL           [TIME]

Printing Type:  black letters

**NON REACTIVE DRYWALL**

# 22   Lafarge

**M 3:**

Label:



Marking:        [TIME]   [COLOUR]   TEAM

Printing Type:   black letters

Note:            [Colour] could be WHITE, YELLOW, BLUE or RED


Edge Tape:       white

Label:



Marking:        LAFARGE     Manufactured by Lafarge North America Inc.

                Fabricado por Lafarge North America Inc.

**NON REACTIVE DRYWALL**

## # 23   NORGIPS Inc.

**M 1:**

Label:





Marking:   NORGIPS USA INC. GYPSUM WALLBOARD THICKNESS ½"

Printing Type:   blue letters

**M 2:**

Label:



Marking:   MADE IN POLAND OPOLEN

Printing Type:   blue letters

**NON REACTIVE DRYWALL**

## # 24   Panel Rey

**M 1:**

Label:



Marking:          PANEL REY 2

Printing Type:  black letters

**M 2:**

Label:





Marking:          ½"X12´ REG   [TIME]   [DATE]

Printing Type:  black letters

Edge Tape:       White - Blue

Label:



Marking:          Hecho en Mèxico por PANEL REY S.A., Hidalgo

**NON REACTIVE DRYWALL**

# 25   USG

**M 1:**

Label:





Marking:        100 % RECYCLED PAPER SINCE 1967

Printing Type:  black letters

**M 2:**

Label:



Marking:        GYPSUM BOARD

Printing Type:  black letters,  framed

| | |
|---|---|
| Edge Tape: | White – Blue |
| Label: |  |
| **M 1:** | USG SHEETROCK  Brand    Interior Ceiling Panel  Sag-Resistant |
| Label: |  |
| **M 2:** | United States Gypsum Company<br>125 South Franklin Street, Chicago, IL 60606<br>A Subsidiary of USG Corporation |

| | |
|---|---|
| Edge Tape: | White – Yellow – Green |
| Label: |  |
| **Marking:** | United States Gypsum Company<br>125 South Franklin Street, Chicago, IL 60606<br>A Subsidiary of USG Corporation |

NON REACTIVE DRYWALL

# # 26   PT Knauf Gypsum Indonesia Ltd.

**M 1:**

Label:





Marking:

**KNAUF –**   PLASTERBOARD 48  STD  12,5x1220x3660 mm TE
NATURAL  GYPSUM     [DATE]  ASTM C36

Printing Type:   blue letters

Note:   plant number:  48

Edge Tape:   Grey – Blue

Label:



Marking:   STANDARD BOARD      KNAUF

**NON REACTIVE DRYWALL**

**# 27   Guangdong Knauf New Building Material Products Co. Ltd.**

**M 1:**

Label:



Marking:          Dongguan China ASTM C 36

Printing Type:    blue – single – dot

**M 2:**

Label:



Marking:          plant number:  38

Printing Type:    blue – single – dot

Edge Tape:        Blue – Yellow

Label:



Marking:          " KNAUF    CERTIFIED TO ISO 9001    KNAUF    STANDARD BOARD "

**NON REACTIVE DRYWALL**

## # 28  Knauf Plasterboard (Wuhu) Co. Ltd.

**M 1:**

Label:



 

Marking:        KNAUF – WuHu,   China – ASTM C36 – [DATE]  [TIME]

Printing Type:  blue letters

**M 2:**

Label:



Marking:        KNAUF  [Chinese symbols]  18  (plant number)

Printing Type:  blue letters

Edge Tape:      Blue – Yellow - White

Label:



Marking:        " KNAUF "

**NON REACTIVE DRYWALL**

## # 29   Knauf do Brasil Ltd.

**Marking:**

Label:



Marking:          KNAUF ST – 12,5mm – ARMAZENAR EM LOCAL SECO - OO

Printing Type:   blue – double – dot                 blue – single – dot

Edge Tape:     Blue - Yellow

Label:



Marking:          " KNAUF "

**NON REACTIVE DRYWALL**

## # 30   Knauf Gips KG

**Marking:**

Label:





| | | |
|---|---|---|
| Marking: | CE KNAUF | AUSBAUPLATTE |
| Printing Type: | blue – or – red – double dot | blue – single - dot |

NON REACTIVE DRYWALL

# 31   James Hardie

**Marking:**

Label:



Marking:          HARDIEBACKER

**NON REACTIVE DRYWALL**

# # 32  Federal Gypsum Company

| | |
|---|---|
| Edge Tape: | White - Green |
| Label: |  |
| Marking: | Federal Gypsum Company |

## # 33  Temple Inland

**Marking:**

Label:



Marking:        A071806 01144

Printing Type:  black letters

Edge Tape:      White – Blue – Pink

Label:





Marking:        Temple Inland        ½" X 12                54

## # 34  Flintcote Company

**Marking:**

Label:



Marking:        THE FLINTCOTE COMPANY

NON REACTIVE DRYWALL