# EXHIBIT J

# GFA INTERNATIONAL

FLORIDA'S LEADING ENGINEERING SOURCE

## CHINESE DRYWALL THRESHOLD INSPECTION REPORT

▮▮▮▮ Residence
▮▮▮ SW ▮▮ Terrace
Cape Coral, Lee County, Florida 33991

October 31, 2011
GFA Project No.: 11-1378.00

For: ▮▮▮▮▮▮▮▮▮
▮▮▮ SW ▮▮ Terrace
Cape Coral, Florida 33991



**Our Specialties**
Environmental Consulting  /  Geotechnical Engineering  /  Construction Materials Testing
Threshold & Special Inspections  /  Private Provider & Code Compliance

# SIGNATURE OF PROFESSIONALS

## CHINESE DRYWALL THRESHOLD INSPECTION

Conducted on:

■ **Residence**
■ SW ■th Terrace
Cape Coral, Lee County, Florida 33991
GFA Project No.: 11-1378

Prepared For:



For: ■ ■
■ SW ■ Terrace
Cape Coral, Florida 33991

October 31, 2011

**REPORT PREPARED BY:**

Christopher J. Pacitto, P.E.
Professional Engineer
State of Florida #59445

_____
                        *Signature*



# TABLE OF CONTENTS

1.0   INTRODUCTION ................................................................................................ 3
    1.1 Background ................................................................................................. 3
2.0   FIELD ACTIVITIES ........................................................................................... 3
    2.1 Threshold Inspection & Observations ........................................................ 3
3.0   CONCLUSIONS ................................................................................................ 4

### 1.0 Introduction

GFA International, Inc. (GFA) is pleased to present this Chinese Drywall Threshold Inspection Report for the ▓▓▓ residence located at ▓▓▓ SW ▓▓▓ Terrace, Cape Coral, Lee County, Florida. The threshold inspection was performed based on the documents entitled "Identification Guidance for Homes with Corrosion from Problem Drywall as of March 18, 2011" by the U.S. Consumer Product Safety Commission and the U.S. Department of Housing and Urban Development.

The CPSC/HUD program consists of a two-phased approach consisting of an initial "threshold inspection" for visual signs of contaminated drywall and a supplemental investigation for "corroborating evidence", "supporting indicators", and/or "confirmatory evidence" confirming its presence.

### 1.1   Background

The objective of this Chinese Drywall Threshold Inspection is to assess the presence or likely presence of Chinese drywall in the residence. The client requested GFA perform a visual inspection of drywall associated corrosion and to note observations made of building components that typically show evidence (blackening) of contamination from Chinese drywall (potentially contaminated components) such as HVAC coils, copper wires, ground wires, electrical connectors, chrome-plated fixtures, and mirror backing.

### 2.0   FIELD ACTIVITIES

### 2.1   Threshold Inspection and Observations

On October 30, 2011, GFA conducted a walkthrough of the residence with the client. The following observations were made:



- Upon entry into the residence, no unusual odor was detected.

- The bare copper wire in the main circuit breaker panel was observed to have no apparent effects of drywall sulfur contamination.

- Various outlet and switch covers were removed throughout the residence. Normal weathering of the bare copper ground wires was observed but there was no significant discoloration or blackening.

- The panel cover of the heating, ventilation and air conditioning (HVAC) air handler unit was removed. Normal copper discoloration was observed on the copper coils and piping. No black discoloration was observed.

- No pitting or discoloration of the chrome-plated fixtures or mirror backings was observed.

## 3.0   CONCLUSIONS

Based upon our visual observations, no evidence of reactive Chinese Drywall was observed/detected at the time our site visit.

