## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

-----------------------------------------------------------------x
IN RE: CHINESE-MANUFACTURED : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY : SECTION: L
LITIGATION :
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO: : JUDGE FALLON
ALL CASES AND : MAG. JUDGE WILKINSON
　　　　　　　　　　　　　　　　　　　　　　　　　　:
*Payton, et al. v. Knauf Gips KG, et al.* :
Case No. 2:09-cv-07628 (E.D. La.) :
　　　　　　　　　　　　　　　　　　　　　　　　　　:
*Gross, et al. v. Knauf Gips KG, et al.* :
Case No. 2:09-cv-06690 (E.D. La.) :
　　　　　　　　　　　　　　　　　　　　　　　　　　:
*Rogers, et al. v. Knauf Gips KG, et al.* :
Case No. 2:10-cv-00362 (E.D. La.) :
　　　　　　　　　　　　　　　　　　　　　　　　　　:
*Abreu, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 2:11-cv-00252 (E.D. La.) :
　　　　　　　　　　　　　　　　　　　　　　　　　　:
*Block, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 11-cv-1363 (E.D. La.) :
　　　　　　　　　　　　　　　　　　　　　　　　　　:
*Arndt, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 11-cv-2349 (E.D. La.) :
　　　　　　　　　　　　　　　　　　　　　　　　　　:
*Cassidy, et al. v. Gebrueder Knauf* :
*Verwaltungsgesellschaft KG, et al.* :
Case No. 11-cv-3023 (E.D. La.) :
　　　　　　　　　　　　　　　　　　　　　　　　　　:
*Vickers, et al. v. Knauf Gips KG, et al.* :
Case No. 2:09-cv-04117 (E.D. La.) :
-----------------------------------------------------------------x

**EX PARTE MOTION TO FILE CERTAIN EXHIBITS TO THE THIRD AMENDED SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST THE KNAUF DEFENDANTS IN MDL NO. 2047 UNDER SEAL**

The Knauf Defendants, Settlement Class Counsel and the Plaintiffs' Steering Committee respectfully request leave of court to file exhibits D and H to the Third Amended Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 under seal.

Dated: December 11, 2012

Respectfully submitted,

| | |
|---|---|
| Russ M. Herman(#6819) | By: Kyle A. Spaulding |
| Leonard A. Davis (#14190) | Miles P. Clements (#4184) |
| Stephen J. Herman (# #23129) | Peter E. Sperling (#17812) |
| HERMAN, HERMAN & KATZ, LLP | Kerry J. Miller (#24562) |
| 820 O'Keefe Avenue | Kyle A. Spaulding (#29000) |
| New Orleans, LA 70113 | Paul C. Thibodeaux (#29446) |
| Phone: (504) 581-4892 | FRILOT L.L.C. |
| Facsimile: (504) 561-6024 | 1100 Poydras Street |
| Email: LDavis@hhklawfirm.com | Suite 3700 |
| | New Orleans, LA 70163 |
| *Plaintiffs' Liaison Counsel* | Telephone: (504) 599-8194 |
| | Facsimile: (504) 599-8145 |
| | Email: kmiller@frilot.com |
| Arnold Levin | |
| Fred S. Longer | - AND - |
| Sandra L. Duggan | |
| Matthew C. Gaughan | Steven Glickstein (NY Bar No. 1038157) |
| LEVIN, FISHBEIN, SEDRAN & | Jay P. Mayesh (NY Bar No. 1081603) |
|   BERMAN | KAYE SCHOLER LLP |
| 510 Walnut Street | 425 Park Avenue |
| Philadelphia, PA 19106 | New York, NY 10022 |
| Phone: (215) 592-1500 | Telephone: (212) 836-8485 |
| Facsimile: (215) 592-4663 | Facsimile: (212) 836-6485 |
| Email: ALevin@lfsblaw.com | Email: sglickstein@kayescholer.com |
| | |
| *Plaintiffs' Lead Counsel* | *Counsel for the Knauf Defendants* |

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Dawn M. Barrios | Daniel E. Becnel, Jr. |
| Barrios, Kingsdorf & Casteix, LLP | Becnel Law Firm, LLC |
| 701 Poydras Street | P.O. Drawer H |
| New Orleans, LA 70139 | 106 W. Seventh Street |
| Phone: (504) 524-3300 | Reserve, LA 70084 |
| Fax: (504) 524-3313 | Phone: (985) 536-1186 |
| Barrios@bkc-law.com | Fax: (985) 536-6445 |
| | dbecnel@becnellaw.com |

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 3558-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3695
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson Hicks, Edison
255 Alhambra Circle, Penthouse
Coral Gables, FL 3313
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell,
  Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh. P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Daniel K. Bryson
Whitfield Bryson & Mason LLP

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
  & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerold Seth Parker
Parker, Waichman, Alonso, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe

900 W. Morgan Street
Raleigh, NC 27603
Phone:  (919) 600-5000
Fax:  (919) 600-5035
dan@wbmllp.com

Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone:  (305) 704-3200
Fax:  (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
Hausfeld LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Phone:  (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone:  (985) 783-6789
Fax:  (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
Irpino Law Firm
2216 Magazine Street
New Orleans, LA 70130
Phone:  (504) 525-1500
Fax:  (504) 525-1501
airpino@irpinolaw.com

## SETTLEMENT CLASS COUNSEL

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone:  (215) 592-1500
Fax:  (215) 592-4663
ALevin@lfsblaw.com

Russ M. Herman (#6819)
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone:  (504) 581-4892
Fax:  (504) 561-6024
RHerman@hhklawfirm.com

**CERTIFICATE OF SERVICE**

    I certify that the above and foregoing Motion to File Certain Exhibits to the Amended Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 11th day of December, 2012.

                                            /s/ Kyle Spaulding