# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------------x
| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO. 2047<br>: SECTION:  L<br>: |
------------------------------------------------------------------x
| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON<br>: |
| *Payton, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-07628 (E.D. La.) | :<br>:<br>: |
| *Gross, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-06690 (E.D. La.) | :<br>:<br>: |
| *Rogers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.) | :<br>:<br>: |
| *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*<br>Case No. 2:11-cv-00252 (E.D. La.) | :<br>:<br>:<br>: |
| *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*<br>Case No. 11-cv-1363 (E.D. La.) | :<br>:<br>:<br>: |
| *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*<br>Case No. 11-cv-2349 (E.D. La.) | :<br>:<br>:<br>: |
| *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*<br>Case No. 11-cv-3023 (E.D. La.) | :<br>:<br>:<br>: |
| *Vickers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | :<br>: |
------------------------------------------------------------------x

**ORDER ON EX PARTE MOTION TO FILE CERTAIN EXHIBITS TO THE THIRD AMENDED SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST THE KNAUF DEFENDANTS IN MDL NO. 2047 UNDER SEAL**

IT IS ORDERED THAT the Parties are granted leave to file exhibits D and H to the Third Amended Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 under seal.

New Oreleans, Louisiana this ___ day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE