UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES AND | : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| *Payton, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-07628 (E.D. La.) | : : | |
| *Gross, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-06690 (E.D. La.) | : : | |
| *Rogers, et al. v. Knauf Gips KG, et al.* Case No. 2:10-cv-00362 (E.D. La.) | : : | |
| *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* Case No. 2:11-cv-00252 (E.D. La.) | : : : | |
| *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* Case No. 11-cv-1363 (E.D. La.) | : : : | |
| *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* Case No. 11-cv-2349 (E.D. La.) | : : : | |
| *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* Case No. 11-cv-3023 (E.D. La.) | : : : | |
| *Vickers, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-04117 (E.D. La.) | : : | |

## ORDER

Considering the Joint Motion to Substitute Third Amended Settlement Agreement

Regarding Claims Against the Knauf Defendants in MDL No. 2047 ("Joint Motion");

IT IS ORDERED THAT Exhibit A to the Joint Motion for an Order: (1) Preliminarily Approving the Knauf Settlement; (2) Conditionally Certifying a Settlement Class; (3) Issuing Class Notice; (4) Scheduling a Fairness Hearing; and (5) Staying Claims Against the Knauf Defendants [Rec. Doc. 12061-5], be substituted with the Third Amended Exhibit A and the exhibits attached to the Joint Motion.

IT IS FURTHER ORDERED THAT the prior Preliminary Approval of the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 [Rec. Doc. 12138, 15786] is equally applicable to the Third Amended Agreement, and the Court preliminarily approves the Third Amended Agreement.

IT IS FURTHER ORDERED THAT the Third Amended Agreement shall be posted on the Court's website.

New Orleans, this 12th day of December, 2012.

_____
Eldon E. Fallon
United States District Judge