**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

---

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES AND: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Silva, et al. v. Interior Exterior Building Supply, LP, et al.* Case No. 09-08030 (E.D.La.) | |
| *Silva, et al. v. Arch Ins. Co., et al.* Case No. 09-08034 (E.D.La.) | |
| *Payton, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-07628 (E.D. La.) | |
| *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Case No. 2:10-cv-00361 (E.D.La.) | |
| *Gross, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et al. v. Knauf Gips KG, et al.* Case No. 2:10-cv-00362 (E.D. La.) | |
| *Amato, et al. v. Liberty Mutual Ins. Co., et al.* Case No. 2:10-cv-00932 (E.D.La.) | |
| *Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* Case No. 2:11-cv-00080 (E.D.La.) | |
| *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* Case No. 2:11-cv-00252 (E.D. La.) | |

---

**ORDER ON JOINT MOTION OF THE PSC, INEX AND THE KNAUF DEFENDANTS
TO AMEND RESPONSE OF THE PSC, INEX AND KNAUF DEFENDANTS TO
MOTION OF NORTH RIVER INSURANCE COMPANY TO VACATE THE ORDER
GRANTING PRELIMINARY APPROVAL OF THE SECOND AMENDMENT TO THE
AMENDED INEX AND KNAUF SETTLEMENTS**

IT IS ORDERED THAT the Parties are granted leave to amend the Response of the PSC, InEx and Knauf Defendants to Motion of North River Insurance Company to Vacate the Order Granting Preliminary Approval of the Second Amendment to the Amended InEx and Knauf Settlements for the purpose of attaching Exhibit A-1.

New Orleans, Louisiana this 12th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE